IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-WYD-CBS

JOHANA PAOLA BELTRAN, and those similarly situated,

    Plaintiff,

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A/ CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR,
AGENT AU PAIR,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

## CERTIFICATE OF SERVICE

---

I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to the United States Marshal Service for service of process on Pamela H. Noonan, Thomas J. Noonan, Interexchange, Inc., Usaupair, Inc., Greataupair, Llc, Expert Group International Inc., Euraupair Intercultural Child Care Programs, Cultural Homestay International, Cultural Care, Inc., Aupaircare Inc., Au Pair International, Inc., APF Global Exchange, Nfp, American Institute for Foreign Study, American Cultural Exchange, Llc,  Agent Au Pair, A.p.e.x. American Professional Exchange, Llc, and 20/20 Care Exchange, Inc.  : COMPLAINT FILED 11/13/14, SUMMONS,  and NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on November 20, 2014.

Alexander N. Hood
Attorney at Law
c/o Johana P. Beltran
**DELIVERED ELECTRONICALLY - VIA EMAIL**


US Marshal Service
Service Clerk
Service forms for :Pamela H. Noonan, Thomas J. Noonan, Interexchange, Inc., Usaupair, Inc., Greataupair, Llc, Expert Group International Inc.,  Euraupair Intercultural Child Care Programs, Cultural Homestay International, Cultural Care, Inc., Aupaircare Inc., Au Pair International, Inc., APF Global Exchange, Nfp, American Institute for Foreign Study, American Cultural Exchange, Llc,  Agent Au Pair, A.p.e.x. American Professional Exchange, Llc, and 20/20 Care Exchange, Inc.

                                                                          s/ s phillips
                                                                         Deputy Clerk