**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**  TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE  TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** November 24, 2014

**RE:** Civil Action No. **14-cv-03074-WYD-CBS**
**JOHANA PAOLA BELTRAN; and those similarly situated v. PAMELA H NOONAN; THOMAS J NOONAN; INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP; AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR; AGENT AU PAIR; A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and 20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.