| U.S. Department of Justice<br>United States Marshals Service | RECEIVED<br>2014 NOV 21 P 12:30<br>DISTRICT OF COLORADO | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | FILED<br>U.S. DISTRICT COURT<br>OF COLORADO<br>2014 DEC 22 PM 4:32 |
|---|---|---|---|

| PLAINTIFF<br>Johana Paola Beltran | COURT CASE NUMBER<br>14-cv-03074-WYD-CBS | JEFFREY P. COLWELL<br>CLERK |
|---|---|---|
| DEFENDANT<br>Au Pair International., et al | TYPE OF PROCESS<br>S/C | BY _____ DEP. CLK |

| SERVE<br>➡<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Au Pair International, et al |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>4450 Arapahoe Avenue, Sutie 100, Boulder, CO 80303 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br><br>**Alexander N. Hood**<br>c/o Johana P. Beltran<br>Attorney at law<br>via CM/ECF | Number of process to be served with this Form - 285 | 11 |
|---|---|---|
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## Personal Service

| Signature of Attorney or other Originator requesting service on behalf of:s/ s phillips<br>Deputy Clerk | X  PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>11/20/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 13 | Signature of Authorized USMS Deputy or Clerk<br>BWalsh | Date<br>11/21/2014 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, _X_ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>Jennifer Downum  Receptionist. | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 12-15-14  Time: 11:30  pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges<br>(including endeavors)<br>29.68 | Forwarding Fee | Total Charges<br>94.68 | Advance Deposits | Amount owed to U.S. Marshal or<br>94.68 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   14-cr-00251-CMA

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any)   Kim Blanchard

was received by me on (date)   12/4/14 .

☒ I served the subpoena by delivering a copy to the named person as follows:   Kim Blanchard

on (date)   12/12/14   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $   $130.00   for travel and $   $33.60   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   12/12/14

_____
Server's signature

Eric B. Schmucker
Printed name and title

901 19th St.
Denver CO 80294
Server's address

Additional information regarding attempted service, etc:

1st Endeavor on 12/5/14 @ 1400