IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 2014-CV-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURUAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NRP;
AMERICAN INSTITUTE FOR FREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
_____

    Plaintiff, through her undersigned counsel, and Defendants Pamela H. Noonan

and Thomas J. Noonan (together, the "Noonans"), by and through their counsel, H&K

Law, LLC, hereby move the Court for an extension of time beyond that set forth in D.C. COLO L.Civ.R. 6.1 and state as follows:

1. The Noonans had no prior notice of this putative class action and were served on December 5, 2014.

2. The Noonans' answer or other responsive pleading is due to be filed on December 26, 2014.

3. Due to the Noonans' counsel's need to investigate matters and the holidays, the parties have agreed to a 35-day extension of time, up to and including January 30, 2015.

4. Not all defendants have been served.

5. As to other defendants who have been served, those parties have agreed upon an extension of time up to and including January 30, 2015. For these reasons, this extension will not prejudice the Court or other parties.

Wherefore, Plaintiff and the Noonans respectfully request that the Court grant the Noonans an extension of time, up to and including January 30, 2015, within which the Noonans may answer or otherwise respond to the complaint.

Respectfully submitted this 26th day of December, 2014.

/s/ Alexander Hood
Alexander Hood
Towards Justice
601 16th St., Suite C #207
Golden CO 80401
Tel.: 720-239-2606

        Fax: 303-957-2289
        Email: alex@towardsjustice.org
        Attorneys for Plaintiff

        /s/ Susan P. Klopman
        Susan P. Klopman
        H&K Law, LLC
        3900 E. Mexico Ave. Ste.330
        Denver, CO 80210
        Tel: 303.749.0659
        Fax: 303.927.0809
        Email: sklopman@hklawllc.com
        Attorneys for Defendants Pamela H. Noonan
        and Thomas J. Noonan

Counsel for the Noonans certifies she has provided a copy of this Motion for Extension of Time to the Noonans by email.

Counsel for the Plaintiff Beltran certifies he has provided a copy of this Motion for Extension of Time to Plaintiff Beltran by email.