IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN, and those similarly situated

Plaintiffs.

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

## AU PAIR INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

Defendant Au Pair International, Inc. ("API"), by its undersigned counsel, respectfully requests an extension of time in which to respond to the Complaint filed against it by the Plaintiff, Johana Paola Beltran, and states as grounds therefor:

1. **Certificate of Compliance With D.Colo.L.R. 7.1**.  The undersigned represents that he has discussed the relief requested herein with Alexander Hood, Esq., counsel for Plaintiff.  Mr. Hood stated that Plaintiff does not oppose this Motion.

2. API was served with the Complaint and Summons on December 16, 2014. Accordingly, API's deadline for responding to the Complaint is January 6, 2015.

3. API retained the undersigned to represent it in this matter on December 31, 2014.

4. The undersigned requires an extension of time in which to prepare (or, more accurately, supervise preparation of) a responsive filing on API's behalf. In particular, progress on this matter necessarily is slowed by the undersigned's simultaneous preparation for a three-week jury trial set to commence in this Court on January 26, Case No. 1:12-cv-03040-CMA.

5. No party will be prejudiced by grant of an extension through January 30, 2015. The only other Defendants who have yet appeared already have received an extension of time through that date, and it is unclear whether all defendants have even been served as of this filing.

WHEREFORE, Defendant Au Pair International, Inc. respectfully requests an extension of time through January 30, 2015 in which to file an answer or otherwise respond to the Complaint against it.

Respectfully submitted this 5th day of January, 2015.

JESTER GIBSON & MOORE, LLP
*Attorneys for Defendants*

s/ Brian T. Moore
Brian T. Moore
1999 Broadway, Suite 3225
Denver, Colorado 80202
(303) 339-4779
BMoore@jgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2015, a true and correct copy of the foregoing **AU PAIR INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** was filed and served via ECF/CM addressed to the following:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
Tel.: 303-749-0659
Fax: 303-927-0809
sklopman@hklawllc.com

s/ Cristina Tostado
Cristina Tostado, Paralegal