# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT BY DEFENDANT INTEREXCHANGE, INC.

---

    DEFENDANT InterExchange, Inc., by its attorneys, Sherman & Howard L.L.C., submits the following Unopposed Motion for Extension of Time to Respond to Complaint.

    1.    The Complaint in this case was filed on November 13, 2014. InterExchange, Inc. may have been served as early as December 16, 2014, and therefore, a responsive pleading may

have been due as early as January 6, 2015.  The undersigned counsel for InterExchange, Inc. was retained January 8, 2015, and began efforts to contact Plaintiff's counsel the same day regarding this Motion.

2. InterExchange, Inc. seeks an extension of time up to and including January 30, 2015, in order for it to investigate matters and prepare its response to the Complaint.  No other extensions of time have been sought by InterExchange, Inc., and the granting of this motion will not prejudice any of the parties, as several other Defendants have already received an extension up to and including January 30, 2015, to respond to the Complaint.

3. Pursuant to D.C.COLO.LCivR 7.1A, counsel for InterExchange, Inc. conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the extension of time sought herein.

4. In accordance with D.C.COLO.LCivR 6.1E, a copy of this motion has been served on InterExchange, Inc.

WHEREFORE, InterExchange, Inc. respectfully requests an extension of time up to and including January 30, 2015, to answer or otherwise respond to the Complaint in the above-captioned matter.

DATED this 9th day of January, 2015.

        Respectfully submitted,

        *s/ Raymond M. Deeny*
        Raymond M. Deeny

        *s/ Heather F. Vickles*
        Heather F. Vickles

        *s/ Brooke A. Colaizzi*
        Brooke A. Colaizzi
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Tel: (303) 297-2900
        Fax: (303) 298-0940
        rdeeny@shermanhoward.com
        hvickles@shermanhoward.com
        bcolaizzi@shermanhoward.com

        ATTORNEYS FOR DEFENDANT
        INTEREXCHANGE, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 9th day of January, 2015, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT INTEREXCHANGE, INC.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401
Email:  alex@towardsjustice.org

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO  80210
Email:  sklopman@hklawllc.com

Brian T. Moore
Jester Gibson Moore, LLP
1999 Broadway, Suite 3225
Denver, CO  80202
Email:  BMoore@jgllp.com

James E. Hartley
Joseph Neguse
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
           jneguse@hollandhart.com

*s/ Lynn Zola Howell*