**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## *UNOPPOSED* MOTION FOR EXTENSION OF TIME

    Defendant Au Pair International, Inc., by its attorneys, The Rietz Law Firm, LLC, hereby moves this Court for an extension of time up to and including January 30, 2015 to answer or otherwise respond to the complaint in the above-captioned matter. This motion for extension of time is unopposed.

    As grounds for this motion, Au Pair International states as follows:

-2-

1. The complaint in this case was filed on November 13, 2014. Au Pair International may have been served as early as December 22, 2014, and therefore, a responsive pleading may be due as early as January 12, 2015.

2. Au Pair International seeks an extension of time up to and including January 30, 2015 in order for it to investigate matters and prepare its response to the complaint. No other extensions of time have been sought by Au Pair International, and the granting of this motion will not prejudice any of the parties, as several other defendants have already received an extension up to and including January 30, 2015 to respond to the complaint.

3. Pursuant to D.C. Colo. L.Civ. R. 7.1.A, consent to the extension was obtained from counsel for plaintiff, who indicated that plaintiff did not oppose the extension of time sought herein.

4. In accordance with D.C. Colo. L.Civ. R. 6.1.E, a copy of this motion has been served on Au Pair International.

WHEREFORE, Au Pair International respectfully requests an extension of time up to and including January 30, 2015 to answer or otherwise respond to the complaint in the above-captioned matter.

Respectfully submitted this January 12, 2015.

THE RIETZ LAW FIRM, L.L.C.

/s/ Brian A. Birenbach

_____

(original signature on file)
Brian A. Birenbach

-3-

                              The Rietz Law Firm, LLC
                              114 Village Place, Suite 301
                              Dillon, CO 80435
                              Telephone: (970) 468-0210
                              FAX: (970) 468-0371
                              Email: brian@rietzlawfirm.com

                              ATTORNEYS FOR DEFENDANT
                              AU PAIR INTERNATIONAL, INC.

### Certificate of Service

      I hereby certify that on January 12, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
Tel.: 303-749-0659
Fax: 303-927-0809
sklopman@hklawllc.com

Brian T. Moore
1999 Broadway, Suite 3225
Denver, Colorado 80202
(303) 339-4779
BMoore@jgllp.com

James E. Hartley
Joseph Neguse

-4-

Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Phone:  (303) 295-8000
Fax:  (303) 713-6202
jhartley@hollandhart.com
jneguse@hollandhart.com

          s/ *Caroline A. Aponte*
          Caroline Aponte