IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

      Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

      The undersigned, Walter V. Siebert, of the law firm of Sherman & Howard, L.L.C., a

member in good standing of the Bar of this Court, pursuant to D.C.COLO.LCivR 11.1(a), hereby

enters his appearance as counsel on behalf of Defendant Cultural Care, Inc. d/b/a Cultural Care

AuPair.

DATED this 14th day of January, 2015.

Respectfully submitted,


s/ W.V. Bernie Siebert
W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC. d/b/a CULTURAL
CARE AUPAIR

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 14th day of January, 2015, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401
Email:  alex@towardsjustice.org

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO  80210
Email:  sklopman@hklawllc.com

Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO  80220
Email:  BMoore@jgllp.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

James E. Hartley
Joseph Neguse
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
jneguse@hollandhart.com

Heather F. Vickles
Raymond M. Deeny
Brooke A. Colaizzi
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
hvickles@shermanhoward.com
rdeeny@shermanhoward.com
bcolaizzi@shermanhoward.com

*s/ Lynn Zola Howell*