| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* | |
|---|---|---|---|
| PLAINTIFF<br>Johana Paola Beltran | | COURT CASE NUMBER<br>14-cv-03074-WYD-CBS | |
| DEFENDANT<br>20/20 Care Exchange., et al | | TYPE OF PROCESS<br>S/C | |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2015 JAN 14  AM 10: 37
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| **SERVE →** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **AT** | 20/20 Care Exchange., et al   STE I. |
| | ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*<br>1250 Newell Avenue, Walnut Creek, CA 94597 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:<br><br>**Alexander N. Hood**<br>c/o Johana P. Beltran<br>Attorney at law<br>via CM/ECF | Number of process to be served with this Form - 285 | 17 |
|---|---|---|
| | Number of parties to be served in this case | 17 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

**Personal Service**

| Signature of Attorney or other Originator requesting service on behalf of:<br>s/ s phillips<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>11/20/2014 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 13 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk<br>A. Howard<br>BWalsh | Date<br>12/17/14<br>11/21/2014 |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served *(if not shown above)*<br>Jason Mispagel, both to accept | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)*<br>Confidential Address not provided by Plf | Date of Service: 1/7/2015   Time: 1735 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee<br>138.00 | Total Mileage Charges (including endeavors)<br>28.89 | Forwarding Fee<br>8.00 | Total Charges<br>174.89 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 12/23: Endvr - business not found. Deft spoke by phone w/ deft. The deft uses a mailing service @ address. Has agreed to accept (1 hr/24.7 mi)

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

by mail.

MAILED
12/23/14

1/7 - Returned to Svc ($8.00/u)
1/14 - 1 hr/26.9 mi