**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The Clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as additional counsel of record for Defendant Cultural Homestay International.

    Dated: January 14, 2015.

-2-

*s/ James E. Hartley*
James E. Hartley
Joseph Neguse
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Phone:  (303) 295-8000
E-mail: jhartley@hollandhart.com
        jneguse@hollandhart.com


**ATTORNEYS FOR DEFENDANT**
**CULTURAL HOMESTAY INTERNATIONAL**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Hood
TOWARDS JUSTICE
601 16 Street, Suite C #207
Golden, CO 80401
alex@towardsjustice.org

Susan Penniman Klopman
H & K LAW, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
sklopman@hklawllc.com

Brian T. Moore
JESTER GIBSON & MOORE LLP
1999 Broadway, Suite 3225
Denver, Colorado 80202
BMoore@jgllp.com

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
SHERMAN & HOWARD, LLC
633 17th Street, Suite 3000
Denver, CO 80202-3622
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com

Brian Alan Birencach
RIETZ LAW FIRM, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com

                s/ *James E. Hartley*
                James E. Hartley
                HOLLAND & HART LLP

7448436_1