IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

      Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT BY DEFENDANT CULTURAL CARE, INC.**

---

DEFENDANT Cultural Care, Inc. d/b/a Cultural Care Au Pair, by its attorneys, Sherman & Howard L.L.C., hereby submits the following Unopposed Motion for Extension of Time to Respond to Complaint.

1.      The Complaint in this case was filed on November 13, 2014.  Cultural Care, Inc. was served on January 9, 2015, and therefore, a responsive pleading is due January 30, 2015. The undersigned counsel for Cultural Care, Inc. was retained January 9, 2015, and began efforts to contact Plaintiff's counsel the same day regarding this Motion.

2.      Cultural Care, Inc. seeks an extension of time up to and including February 16, 2015, in order for it to investigate matters and prepare its response to the Complaint.  No other extensions of time have been sought by Cultural Care, Inc., and the granting of this motion will not prejudice any of the parties, as several other Defendants have already received an extension up to and including February 16, 2015, to respond to the Complaint.

3.      Pursuant to D.C.COLO.LCivR 7.1A, counsel for Cultural Care, Inc. conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the extension of time sought herein.

4.      In accordance with D.C.COLO.LCivR 6.1E, a copy of this motion has been served on Cultural Care, Inc.

WHEREFORE, Cultural Care, Inc. respectfully requests an extension of time up to and including February 16, 2015, to answer or otherwise respond to the Complaint in the above-captioned matter.

DATED this 22nd day of January, 2015.

Respectfully submitted,


*s/ W.V. Bernie Siebert*
W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  bsiebert@shermanhoward.com

Jeffrey P. Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Boston, MA  02210
Tel:  (617) 439-4990
Fax:  (617) 439-3987
Email:  jallen@lawson-weitzen.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC. d/b/a CULTURAL
CARE AUPAIR

EMPLOY/1177950.1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 22nd day of January, 2015, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT CULTURAL CARE, INC**. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401
Email:  alex@towardsjustice.org

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO  80210
Email:  sklopman@hklawllc.com

Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO  80220
Email:  BMoore@jgllp.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

James E. Hartley
Joseph Neguse
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
     jneguse@hollandhart.com

Heather F. Vickles
Raymond M. Deeny
Brooke A. Colaizzi
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  hvickles@shermanhoward.com
Email:  rdeeny@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com

*s/ Lynn Zola Howell*