UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR; AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

## **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that James D. Kilroy and Neal McConomy, of the law firm Snell & Wilmer L.L.P, hereby enter appearances on behalf of Defendants A.P.EX. American Professional Exchange, L.L.C. d/b/a Pro Au Pair and 20/20 Care Exchange, Inc. d/b/a the International Au Pair Exchange in the above action, and request that they receive copies of all electronic filings in this case.

Dated this 23rd day of January, 2015.

    Respectfully submitted,

    SNELL & WILMER L.L.P.

    By: *s/ James D. Kilroy*
    James D. Kilroy, #20872
    Neal McConomy, #46299
    1200 Seventeenth Street, Suite 1900
    Denver, Colorado 80202
    Telephone: (303) 634-2000
    Facsimile: (303) 634-2020
    ***Attorneys for Defendants A.P.EX. American Professional Exchange, L.L.C. d/b/a Pro Au Pair and 20/20 Care Exchange, Inc. d/b/a the International Au Pair Exchange***

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    *s/Amanda B. Hite*
    for Snell & Wilmer L.L.P.