IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

       Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULUTURAL HOMESTAY INTERNATIONAL;
CULUTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC D/B/A PROAUPAIR; and
20/20 CARE EXCHANGE, INC. D/B/A THE INTERNATIONAL AU PAIR EXCHANGE,

       Defendants.

## NOTICE OF ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that William J. Kelly III, of the law firm KELLY & WALKER LLC, hereby enters his appearance on behalf of USAuPair, Inc. in the above action, and requests copies of all electronic filings in this case.

Dated this 23rd day of January, 2015.

                                            **KELLY & WALKER LLC**

                                            *s/William J. Kelly III*
                                            William J. Kelly III, No. 38749
                                            1401 17th Street, Suite 925
                                            Denver, CO 80202
                                            Tel. (720) 236-1800
                                            Fax (720) 236-1799
                                            Email: wkelly@kellywalkerlaw.com

                                            *Attorneys for Defendant USAuPair, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2015, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CMECMF systems which will send notification of such filing to the following:

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO 80401
Email: alex@towardsjustice.org

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Brian T. Moore
1999 Broadway, Suite 3225
Denver, CO 80220
Email: BMoore@jgllp.com

Brian A. Birenbach
The Reitz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

James D. Kilroy
Neal McConomy
Snell & Wilmer LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Email: jkilroy@swlaw.com
       nmcconomy@swlaw.com

James E. Hartley
Joseph Neguse
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Email: jhartley@hollandhart.com
       jneguse@hollandhart.com

Heather F. Vickles
Raymond M. Deeny
Brooke A. Colaizzi
Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: hvivkles@shermanhoward.com
       rdeeny@shermanhoward.com
       bcolaizzi@shermanhoward.com

W.V. Bernie Siebert
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bsiebert@shermanhoward.com

Jeffrey P. Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
Email: jallen@lawson-weitz.com

*s/Courtney Puckett*
Courtney Puckett