IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT AND TO ESTABLISH COMMON RESPONSE DATE
BY DEFENDANTS PAMELA H. NOONAN; THOMAS J. NOONAN;
INTEREXCHANGE, INC.; USAUPAIR, INC.; CULTURAL HOMESTAY
INTERNATIONAL; CULTURAL CARE INC. D/B/A CULTURAL CARE AU PAIR; AU
PAIR INTERNATIONAL, INC.; AMERICAN CULTURAL EXCHANGE, LLC, D/B/A
GOAUPAIR; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE,
LLC D/B/A PROAUPAIR; AND 20/20 CARE EXCHANGE, INC. D/B/A THE
INTERNATIONAL AU PAIR EXCHANGE**

---

EMPLOY/1178201.3

DEFENDANTS Pamela J. Noonan; Thomas J. Noonan; InterExchange, Inc.; USAuPair, Inc.; Cultural Homestay International; Cultural Care Inc. d/b/a Cultural Care Au Pair; Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAUPAIR;  Agent Au Pair; A.P.E.X. American Professional Exchange, LLC d/b/a PROaupair; and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange, by and through their respective undersigned counsel, jointly move for an extension of time and a common date on which to respond to the Complaint filed by Plaintiff Johana Paola Beltran ("Plaintiff") (Doc. #1).

1. The Complaint in this case was filed on November 13, 2014.  Plaintiff has sued two individuals, the Noonans ("the Individual Defendants"), who were a host family under the U.S. Department of State's *au pair* program, and fifteen separate agencies that are Department of State-designated sponsors for the *au pair* program ("the Agency Defendants").

2. As of the filing date of this Unopposed Motion, the Individual Defendants and the nine agencies joining in this Motion (collectively "the Motion Defendants")  are the Defendants to have counsel of record in this case.  Many of the Motion Defendants were served on different dates and therefore currently have different response dates.

3. For the reasons stated below, the Motion Defendants request that the Court establish a common deadline of **February 23, 2015** for the Motion Defendants to answer or otherwise respond to Plaintiff's Complaint (Doc. #1).

4. Plaintiff has pleaded an antitrust/restraint of trade claim (Count I) against the Agency Defendants.  (Doc. #1 ¶¶ 82-92).

5. With the exception of Motion Defendant InterExchange, Inc., Count I is the only claim pleaded against the Agency Defendants.  (Doc. #1.)

2

6. The Motion Defendants believe that, with additional time for investigation and conferral, one or more joint responses to Count I may be possible and appropriate.

7. Limiting the number of responses to Count I would serve to simplify and possibly expedite the litigation, preserve judicial economy, and provide cost savings to the Motion Defendants. Extending the common response date to the Individual Defendants further simplifies and expedites the litigation by creating a unified response date for as many Defendants as possible.

8. Pursuant to D.C.COLO.LCivR 7.1A, representative counsel for the Motion Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff agreed with a common response date for all Defendants and does not oppose the extension of time sought herein. Plaintiff's counsel agreed with representative counsel to identify February 23, 2015, as a mutually acceptable common response date.

9. Due to different service dates and the process of securing counsel and filing entries of appearance, certain Motion Defendants previously sought response extensions as follows:

    a. On December 29, 2014, Motion Defendants Pamela H. Noonan and Thomas J. Noonan filed an Unopposed Motion for Extension of Time to January 30, 2015 (Doc. #14). The Court granted that extension on December 29, 2014 (Doc. #15).

    b. On January 5, 2015, Motion Defendant Au Pair International, Inc. filed an Unopposed Motion for Extension of Time to respond to January 30, 2015 (Doc. #16). The Court granted that extension on January 8, 2015 (Doc. #20).

      c.      On January 7, 2015, Motion Defendant Cultural Homestay International filed an Unopposed Motion for Extension of Time to January 30, 2015 (Doc. #19). The Court granted that extension on January 8, 2015 (Doc # 21).

      d.      On January 9, 2015, Motion Defendant InterExchange, Inc. filed an Unopposed Motion for Extension of Time to January 30, 2015 (Doc. #22). The Court granted that extension on January 13, 2014 (Doc. #25).

      e.      On January 12, 2015, Motion Defendant American Cultural Exchange LLC filed an Unopposed Motion for Extension of Time to January 30, 2015 (Doc. #23). The Court granted the Motion on January 23, 2015 (Doc. # 39).

      f.      On January 12, 2015, Motion Defendant Au Pair International, Inc. filed an Unopposed Motion for Extension of Time to January 30, 2015 (Doc. #24). The Court has not yet ruled on the motion.

      g.      On January 22, 2015, Motion Defendant Cultural Care, Inc. filed an Unopposed Motion for Extension of Time to February 16, 2015 (Doc. #37). The Court granted the motion on January 23, 2015 (Doc. #40).

      h.      No other extensions of time have been sought by the Motion Defendants.

10.    In accordance with D.C.COLO.LCivR 6.1E, undersigned counsel represent that a copy of this Motion has been served on their respective clients contemporaneous with its filing.

WHEREFORE, the Motion Defendants respectfully request that the Court set a common response date of **February 23, 2015** and to extend all individual response deadlines of the Motion Defendants as needed to that date.

4

Dated this 23rd day of January, 2015.

Respectfully submitted,

*s/Susan P. Klopman*
Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO  80210
Telephone:  (303) 749-0659
sklopman@hklawllc.com

ATTORNEY FOR DEFENDANTS PAMELA H. NOONAN AND THOMAS J. NOONAN

*s/Brian T. Moore*
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO  80202
Telephone:  (303) 339-4779
bmoore@jgllp.com

ATTORNEY FOR DEFENDANT AU PAIR INTERNATIONAL, INC.

*s/Brian A. Birenbach*
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO  80435
Telephone:  (970) 468-0210
brian@rietzlawfirm.com

ATTORNEY FOR DEFENDANTS AU PAIR INTERNATIONAL, INC. AND AMERICAN CULTURAL EXCHANGE LLC

*s/James E. Hartley*
James E. Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200

5

Denver, CO  80202
Telephone:  (303) 295-8000
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL

*s/Brooke A. Colaizzi*
Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

*s/William J. Kelly III*
William J. Kelly III
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO  80202
Telephone:  (720) 236-1800
wkelly@kellywalkerlaw.com

ATTORNEY FOR DEFENDANT USAUPAIR,
INC.

*s/W.V. Bernie Siebert*
W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 297-2900
bsiebert@shermanhoward.com

6

Jeffrey P. Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave. Suite 345
Boston, MA  02210
Telephone:  (617) 439-4990
jallen@lawson-weitzen.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC. d/b/a/ CULTURAL
CARE AU PAIR

*s/Kathryn A. Reilly*
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202
Telephone:  (303) 244-1800
reilly@wtotrial.com

ATTORNEY FOR DEFENDANT AGENT AU
PAIR, INC.

*s/James D. Kilroy*
James D. Kilroy
Neal J.G. McConomy
Snell & Wilmer L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1900
Denver, CO  80202
Telephone:  (303) 634-2005
              (303) 634-2079
jkilroy@swlaw.com
nmcconomy@swlaw.com

ATTORNEYS FOR DEFENDANTS A.P.E.X.
AMERICAN PROFESSIONAL EXCHANGE,
LLC D/B/A PROAUPAIR AND 20/20 CARE
EXCHANGE, INC. D/B/A THE
INTERNATIONAL AU PAIR EXCHANGE

7

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 23rd day of January, 2015, I electronically filed the foregoing **UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH COMMON RESPONSE DATE BY DEFENDANTS INTEREXCHANGE, INC.; USAUPAIR, INC.; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE INC. D/B/A CULTURAL CARE AU PAIR; AU PAIR INTERNATIONAL, INC.; AMERICAN CULTURAL EXCHANGE, LLC, D/B/A GOAUPAIR; AGENT AU PAIR; A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC D/B/A PROAUPAIR; AND 20/20 CARE EXCHANGE, INC. D/B/A THE INTERNATIONAL AU PAIR EXCHANGE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401
Email:  alex@towardsjustice.org

*s/Clarine R. Kuntz*

8