IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF KATHRYN A. REILLY**

TO ALL PARTIES:

    Please take notice that Kathryn A. Reilly, of the law firm Wheeler Trigg O'Donnell LLP, hereby enters her appearance on behalf of Defendant Agent Au Pair, Inc. in the above-captioned action.

2

Dated:  January 23, 2015.                    Respectfully submitted,


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: 303.244.1800
Facsimile:  303.244.1879
Email: reilly@wtotrial.com

*Attorneys for Defendant Agent Au Pair, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE OF KATHRYN A. REILLY with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

**Alexander Hood**
alex@towardsjustice.org

**Susan P. Klopman**
sklopman@hklawllc.com

**Brian T. Moore**
bmoore@jgllp.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**James E. Hartley**
**Joseph Neguse**
Mher Hartoonian
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

**Brooke A. Colaizzi**
**Raymond M. Deeny**
**Heather F. Vickles**
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**Jeffrey P. Allen**
jallen@lawson-weitzen.com

**James D. Kilroy**
**Neal J.G. McConomy**
jkilroy@swlaw.com
nmcconomy@swlaw.com

*s/ Karen L. Brock*
Karen L. Brock
