**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## MOTION TO WITHDRAW

    Defendant Cultural Homestay International respectfully requests that Joseph Neguse of Holland & Hart, LLP be permitted to withdraw as counsel for Defendant. James Hartley of Holland & Hart, LLP will continue to represent Defendant in this matter.

    Dated: January 26, 2015.

-2-

Respectfully submitted,

*s/Joseph Neguse*
James E. Hartley
Joseph Neguse
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado  80202
Phone:  (303) 295-8000
Fax:  (303) 713-6202
E-mail: jhartley@hollandhart.com
         jneguse@hollandhart.com


**ATTORNEYS FOR DEFENDANT CULTURAL HOMESTAY INTERNATIONAL**

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue, Suite 330
Denver, CO 80210
Tel.: 303-749-0659
Fax: 303-927-0809
sklopman@hklawllc.com

Brian T. Moore
1999 Broadway, Suite 3225
Denver, Colorado 80202
(303) 339-4779
BMoore@jgllp.com

                    s/ *Brenda S. Proskey*
                    Brenda S. Proskey

7475155_1