U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED 2014 NOV 21 PM 12:28

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Johana Paola Beltran | 14-cv-03074-WYD-CBS |
| DEFENDANT | TYPE OF PROCESS |
| USAuPair, Inc., et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Usaupair, Inc., et al

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
252 'A' Avenue, Suite 100, Lake Oswego, OR 97034

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Alexander N. Hood
c/o Johana P. Beltran
Attorney at law
via CM/ECF

Number of process to be served with this Form - 285: 4

Number of parties to be served in this case:

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**Personal Service**

Signature of Attorney or other Originator requesting service on behalf of:/s/ s phillips
Deputy Clerk

X PLAINTIFF
___ DEFENDANT

TELEPHONE NUMBER: 303-844-3433
DATE: 11/20/2014

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 13 | District to Serve No. 065 | Signature of Authorized USMS Deputy or Clerk 065 Delia [sig] BWalsh | Date 12/15/2014 11/21/2014 |
|---|---|---|---|---|---|

I hereby certify and return that I __X__ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Helene Young, President

___ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 01/16/15
Time: 12:30 pm

Signature of U.S. Marshal or Deputy
J. Lindgren #30422

| Service Fee 130.00 $65.00 | Total Mileage Charges (including endeavors) $17.02 | Forwarding Fee 8.00 | Total Charges 155.02 $90.02 | Advance Deposits | Amount owed to U.S. Marshal or $90.02 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
END. 1st ATTEMPT ON 12/30/14 AT 1615. BUSINESS UNOCCUPIED. LEFT CARD REQUESTING CALL-BACK. -JML

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)