IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

    v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
APEX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record.

Please take notice that Bogdan Enica, a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendant Expert Group International Inc., d/b/a Expert Aupair in the above-captioned action, and requests that he receives copies of all electronic filings in this case.

DATED at St. Petersburg, Florida this 30th day of January, 2015.

Respectfully submitted,

*s/ Bogdan Enica*

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste.213
St. Petersburg, FL  33701
Telephone: (727) 388-3742
bogdan@expertaupair.com

ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC., D/B/A EXPERT AUPAIR

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on January 30, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

                                            *s/ Bogdan Enica*

                                            Bogdan Enica