**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

## ENTRY OF APPEARANCE

---

Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C. hereby enter their appearance on behalf of Defendants, A.P.EX. American Professional

{00638560.1}

Exchange, LLC dba ProAuPair, and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange.

Respectfully submitted this 2nd day of February, 2015.

DUFFORD & BROWN, P.C.

s/ Lawrence D. Stone
Lawrence D. Stone
Christian D. Hammond
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Telephone:  (303) 861-8013
E-mail:  lstone@duffordbrown.com
         chammond@duffordbrown.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2015, I served the foregoing **ENTRY OF APPEARANCE** via the method indicated below, to the following:

| | |
|---|---|
| Alexander Hood<br>Towards Justice<br>601 16th Street, Suite C #207<br>Golden, CO  80401<br>alex@towardsjustice.org | ( )  via U.S. Mail<br>( )  via Hand Delivery<br>( )  via Facsimile<br>( )  via Overnight Mail<br>( )  via E-mail<br>( x )  via CM/ECF |

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook