UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-03074-CMA

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP,
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA,
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR; AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## MOTION TO WITHDRAW

Pursuant to D.C.COLO. LAttyR 5(b), James D. Kilroy and Neal McConomy move to withdraw as counsel of record for Defendants A.P.E.X. American Professional Exchange, L.L.C. d/b/a Pro Au Pair ("**A.P.E.X.**") and 20/20 Care Exchange, Inc. d/b/a the International Au Pair Exchange ("**20/20 Care Exchange**") in the above action, stating as follows:

    1.    Because this motion is based on D.C.COLO.LAttyR 5(b), undersigned counsel has not conferred with opposing counsel before filing this motion, as conferral in this context is not required.  D.C.COLO.LCivR 7.1(b)(4).

2. On January 23, 2015, James D. Kilroy and Neal McConomy entered appearances as counsel of record for Defendants A.P.E.X. and 20/20 Care Exchange in this action. *See* Doc. 38.

3. On February 2, 2015, Lawrence Daniel Stone and Christian D. Hammond entered appearances on behalf of Defendants A.P.E.X. and 20/20 Care Exchange in this action. *See* Doc. 53.

4. There is good cause for this motion. Specifically, A.P.E.X. and 20/20 Care Exchange desire to have Mr. Stone and Mr. Hammond represent their interest in this matter, and Mr. Stone and Mr. Hammond have already entered their appearances. Upon the withdrawal of James D. Kilroy and Neal McConomy as counsel of record for Defendants A.P.E.X. and 20/20 Care Exchange in this action, both Defendants will remain represented by counsel of record in good standing with this Court.

WHEREFORE, upon good cause shown, James D. Kilroy and Neal McConomy respectfully request this Court grant their Motion to Withdraw.

Dated this 3rd day of February, 2015.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: *s/ James D. Kilroy*
James D. Kilroy, #20872
Neal McConomy, #46299
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
Telephone:  (303) 634-2000
Facsimile:   (303) 634-2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2015, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I further certify notice of the foregoing **MOTION TO WITHDRAW** was served upon A.P.E.X. American Professional Exchange, L.L.C. d/b/a Pro Au Pair and 20/20 Care Exchange, Inc. d/b/a the International Au Pair Exchange via email at the following addresses:

Susan Asay
proaupair@gmail.com

Heidi Mispagel
heidi@proaupair.com

*s/Amanda B. Hite*
for Snell & Wilmer L.L.P.

20942470

3