IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

  v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
APEX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT EXPERT AUPAIR**

---

DEFENDANT Expert Group International Inc., d//b/a Expert AuPair, by and through its undersigned attorney hereby moves this Court for an Enlargement of Time to respond to Plaintiff's Complaint, and in support state as follows:

1. This is a class action filed in the U.S. District Court for the District of Colorado.

2. Expert Group International Inc., d//b/a Expert AuPair, was only served on January 28, 2015, long after most of the defendants were served.

3. The undersigned needs a brief extension of time to properly respond to said Complaint.

4. Expert Group International Inc., d//b/a Expert AuPair seeks an extension of time of 15 days in order for it to investigate matters and prepare its response to the Complaint.

5. No other extensions of time have been sought by DEFENDANT Expert Group International Inc., d//b/a Expert AuPair.

6. Granting of this Motion will not prejudice the other parties as several other Defendants have already received one or more extensions of time to respond to Complaint.

7. Pursuant to D.C.COLO.LCivR 7.1A, counsel for Expert Group International Inc., d//b/a Expert AuPair conferred with counsel for Plaintiff who indicated that Plaintiff does not oppose the extension of time sought herein.

8. This Motion is not being made for improper delay or for any other improper purpose.

WHEREFORE, the Defendant Expert Group International Inc., d//b/a Expert AuPair, respectfully requests an extension of time up to and including March 5, 2015 to answer or otherwise respond to the Complaint in the above-captioned matter.

DATED at St. Petersburg, Florida this 11th day of February, 2015.

Respectfully submitted,

*s/ Bogdan Enica*

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste.213
St. Petersburg, FL  33701
Telephone: (727) 388-3742
bogdan@expertaupair.com
bogdane@hotmail.com

ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC., D/B/A EXPERT AUPAIR

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 11, 2015, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT EXPERT AUPAIR with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*s/ Bogdan Enica*

Bogdan Enica