IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-03074 GPG

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

JOINT STIPULATION FOR EXTENSION OF TIME

---

Plaintiffs Johana Paola Beltran, et al. ("Plaintiffs") and Defendant GreatAuPair, LLC ("GreatAuPair") hereby stipulate to an extension of time pursuant to D.C.COLO.LCivR 6.1(a) for up to and including February 27, 2015 to answer or respond to the Complaint filed by Plaintiffs in the above-captioned matter. GreatAuPair was served on January 21, 2015, and therefore, a responsive pleading is due on February 11, 2015.

DATED this 11th day of February, 2015.

By: *s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Rhoadesm@gtlaw.com
Estevaom@gtlaw.com
Tel: (303) 572-6500
Fax: (303) 572-6540
*Attorneys for Defendant GreatAuPair, LLC*

*s/ Alexander Neville Hood*
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2015, a true and correct copy of the foregoing **JOINT STIPULATION FOR EXTENSION OF TIME** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
*Attorney for Plaintiffs*

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
*Attorney for Pamela H. Noonan
and Thomas J. Noonan*

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@sah.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
*Attorney for USAuPair, Inc.*

Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International, Inc.*

James Edward Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart, LLP
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay International*

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
*Attorney for Cultural Care, Inc.
d/b/a Cultural Care Au Pair*

Walter Vernon Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
*Attorney for Cultural Care, Inc.*
  *d/b/a Cultural Care Au Pair*

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for Au Pair International, Inc.*

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
*Attorney for Au Pair International, Inc.*

Brian Alan Birenback
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for American Cultural Exchange,*
*LLC  d/b/a GoAuPair*

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
*Attorney for Agent Au Pair*

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
*Attorneys for A.P.E.X. American*
*Professional Exchange, LLC d/b/a*
*ProAuPair and 20/20 Care Exchange, Inc.*
*d/b/a The International Au Pair Exchange*

    *s/  Karen R. Loveland*
        Karen R. Loveland