## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

    v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Martha L. Fitzgerald hereby gives notice of her appearance on behalf of Defendant EurAupair Intercultural Child Care Programs.

Dated this 11th day of February, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
 Martha L. Fitzgerald, #14078
 Brownstein Hyatt Farber Schreck, LLP
 410 Seventeenth Street, Suite 2200
 Denver, Colorado 80202-4432
 Phone: 303-223-1100
 mfitzgerald@bhfs.com

*Attorneys for Defendant EurAupair
Intercultural Child Care Programs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of February, 2015, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alexander N. Hood<br>Towards Justice-Golden<br>601 16th Street, Suite C #207<br>Golden, CO 80401<br>Telephone: (720) 239-2606<br>alex@towardsjustice.org<br><br>Attorney for Plaintiff and those similarly situated | Susan P. Klopman<br>H&K Law, LLC<br>3900 E. Mexico Ave. Ste. 330<br>Denver, CO 80210<br>Telephone: (303) 749-0659<br>sklopman@hklawllc.com<br><br>Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan |
| Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>bcolaizzi@shermanhoward.com<br><br>Attorneys for Defendant Interexchange, Inc. | William J. Kelly III<br>Kelly & Walker LLC<br>1401 17th Street, Suite 925<br>Denver, CO 80202<br>Telephone: (720) 236-1800<br>wkelly@kellywalkerlaw.com<br><br>Attorneys for Defendant USAuPair, Inc. |
| Meshach Y. Rhoades<br>Kutak Rock, LLP<br>1801 California Street, Suite 3000<br>Denver, CO 80202-2626<br>Telephone:  (303) 297-2400<br>rhoadesm@gtlaw.com<br><br>Attorneys for Defendant GreatAuPair, LLC | Bogdan Enica<br>111 2nd Avenue NE, Suite 213<br>St. Petersburg, FL 33701-3440<br>Telephone:  (727) 225-2649<br>bogdane@hotmail.com<br><br>Attorney for Expert Group International, Inc. d/b/a Expert AuPair |

| | |
|---|---|
| James E. Hartley<br>Joseph Neguse<br>Mher Hartoonian<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Telephone: (303) 295-8000<br>jhartley@hollandhart.com<br>jneguse@hollandhart.com<br>mhartoonian@hollandhart.com<br><br>Attorneys for Defendant Cultural Homestay International | Jeffrey P. Allen<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave. Suite 345<br>Boston, MA 02210<br>Telephone: (617) 439-4990<br>jallen@lawson-weitzen.com<br><br><br><br><br>Attorneys for Defendant Cultural Care, Inc., d/b/a Cultural Care Au Pair |
| W.V. Bernie Siebert<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>bsiebert@shermanhoward.com<br><br>Attorneys for Defendant Cultural Care, Inc., d/b/a Cultural Care Au Pair | Brian T. Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO 80202<br>Telephone: (303) 339-4779<br>bmoore@jgllp.com<br><br>Attorney for Defendant Au Pair International, Inc. |
| Brian A. Birenbach<br>The Rietz Law Firm, LLC<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Telephone: (970) 468-0210<br>brian@rietzlawfirm.com<br><br>Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange LLC | Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>reilly@wtotrial.com<br><br>Attorney for Defendant Agent Au Pair, Inc. |
| James D. Kilroy<br>Neal J.G. McConomy<br>Snell & Wilmer L.L.P.<br>Tabor Center<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202<br>Telephone: (303) 634-2005<br>jkilroy@swlaw.com<br>nmcconomy@swlaw.com | Lawrence Daniel Stone<br>Dufford & Brown, P.C.<br>1700 Broadway, Suite 2100<br>Denver, CO 80290-2101<br>Telephone:  (303) 861-8013<br>lstone@duffordbrown.com |

009411\0401\11801250.1

| | |
|---|---|
| Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange | Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange |
| | *s/ ShirleyM. Newman*<br>Shirley M. Newman, Paralegal |