**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC.DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA**
_____

Lawrence Lee of the law firm of Fisher & Phillips LLP, hereby enters his appearance as lead counsel of record on behalf of Defendant American Institute for Foreign Study dba Au Pair In America, in the above-captioned matter.

1

Respectfully submitted this 11th day of February, 2015.

                                FISHER & PHILLIPS LLP

*s/ Lawrence Lee*
Lawrence Lee
1801 California Street, Suite 2700
Denver, CO  80202
Telephone:  (303) 218-3650
Facsimile:  (303) 218-3651
llee@laborlawyers.com

## CERTIFICATE OF SERVICE

       I hereby certify that on February 11, 2015, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA** with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record:

                                          s/ *Lawrence Lee*

                                          Lawrence Lee