# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

      Plaintiffs,

      v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

    Kathryn A. Barrett hereby gives notice of her appearance on behalf of Defendant

EurAupair Intercultural Child Care Programs.

Dated this 11th day of February, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Kathryn A. Barrett*
    Kathryn A. Barrett, #43900
    Brownstein Hyatt Farber Schreck, LLP
    410 Seventeenth Street, Suite 2200
    Denver, Colorado  80202-4432
    Phone:  303-223-1100
    kbarrett@bhfs.com

*Attorneys for Defendant EurAupair*
*Intercultural Child Care Programs*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 11th day of February, 2015, a true and

correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically

filed with the Court using the CM/ECF system which will send notification of such filing to the

following:

Alexander N. Hood
Towards Justice-Golden
601 16th Street, Suite C #207
Golden, CO 80401
Telephone: (720) 239-2606
alex@towardsjustice.org

Attorney for Plaintiff and those similarly
situated

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

Attorneys for Defendant Interexchange, Inc.

Meshach Y. Rhoades
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO 80202-2626
Telephone: (303) 297-2400
rhoadesm@gtlaw.com

Attorneys for Defendant GreatAuPair, LLC

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

Attorney for Defendants Pamela H. Noonan
and Thomas J. Noonan

William J. Kelly III
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com

Attorneys for Defendant USAuPair, Inc.

Bogdan Enica
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone:  (727) 225-2649
bogdane@hotmail.com

Attorney for Expert Group International, Inc.
d/b/a Expert AuPair

James E. Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

Attorneys for Defendant Cultural Homestay
International

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
bsiebert@shermanhoward.com

Attorneys for Defendant Cultural Care, Inc.,
d/b/a Cultural Care Au Pair

Brian A. Birenbach
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

Attorney for Defendants Au Pair International,
Inc. and American Cultural Exchange LLC

James D. Kilroy
Neal J.G. McConomy
Snell & Wilmer L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2005
jkilroy@swlaw.com
nmcconomy@swlaw.com

Jeffrey P. Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave. Suite 345
Boston, MA 02210
Telephone: (617) 439-4990
jallen@lawson-weitzen.com

Attorneys for Defendant Cultural Care, Inc.,
d/b/a Cultural Care Au Pair

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 339-4779
bmoore@jgllp.com

Attorney for Defendant Au Pair International,
Inc.

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

Attorney for Defendant Agent Au Pair, Inc.

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

Attorneys for Defendants A.P.E.X. American
Professional Exchange, LLC d/b/a ProAuPair
and 20/20 Care Exchange, Inc., d/b/a The
International Au Pair Exchange

Attorneys for Defendants A.P.E.X. American
Professional Exchange, LLC d/b/a ProAuPair
and 20/20 Care Exchange, Inc., d/b/a The
International Au Pair Exchange

_s/ ShirleyM. Newman_
Shirley M. Newman, Paralegal