**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

    v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

**EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS'
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendant EurAupair Intercultural Child Care Programs ("EurAupair") by and through undersigned counsel, moves for an extension of time on which to respond to the Complaint filed by Plaintiff Johana Paola Beltran ("Plaintiff") (Compl., ECF No. 1) to

099999\1616\11898262.1

the common response date of February 23, 2015, as established by Defendants Pamela J. Noonan; Thomas J. Noonan; InterExchange, Inc.; USAuPair, Inc.; Cultural Homestay International; Cultural Care Inc. d/b/a Cultural Care Au Pair; Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAUPAIR; Agent Au Pair; A.P.E.X. American Professional Exchange, LLC d/b/a PROaupair; and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange (collectively "the Motion Defendants"). In support, EurAupair states as follows:

1. The Complaint in this case was filed on November 13, 2014. Plaintiff has sued two individuals, the Noonans (the "Individual Defendants"), who were a host family under the U.S. Department of State's *au pair* program, and fifteen separate agencies, including EurAupair, that are Department of State-designated sponsors for the *au pair* program (collectively, "the Agency Defendants").

2. The only claim Plaintiff has pled against EurAupair is Count I, an antitrust/restraint of trade claim. This claim was also pled against the other fourteen Agency Defendants. *See* Compl. ¶¶ 82–92.

3. On January 23, 2015, the Motion Defendants filed an Unopposed Motion establishing a common deadline of **February 23, 2015** (the "Common Response Date") for the Motion Defendants to answer or otherwise respond to Plaintiff's Complaint. *See generally* Motion, ECF No. 42 (the "Common Deadline Motion").

4. At the time the Motion Defendants filed the Common Deadline Motion, EurAupair had not yet retained counsel and thus did not participate in the Common Deadline Motion.

5. EurAupair has now retained undersigned counsel. To the extent the Motion Defendants participate in a joint response to Claim I, EurAupair anticipates that it will also participate in that response.

6. EurAupair therefore requests that its deadline to answer or otherwise respond to the Complaint be set as the Common Response Date. Because EurAupair was served with the Complaint on January 15, 2015 and D.C.COLO.LCivR 6.1 only permits the parties to stipulate up to a twenty-one day extension of time (which here would be through February 16, 2015), this motion to the Court is necessary.

7. Limiting the number of responses to Count I would serve to simplify and possibly expedite the litigation, preserve judicial economy, and provide cost savings to the Motion Defendants and EurAupair. Extending the Common Response Date to EurAupair further simplifies and expedites the litigation by creating a unified response date for as many Defendants as possible.

8. Pursuant to D.C.COLO.LCivR 7.1A, counsel for EurAupair conferred with Plaintiff's counsel, who indicated that Plaintiff agreed to extend the Common Response Date to EurAupair and that he does not oppose the extension of time sought herein.

9. In accordance with D.C.COLO.LCivR 6.1E, undersigned counsel represent that a copy of this Motion has been served on their respective clients contemporaneous with its filing.

WHEREFORE, EurAupair respectfully requests that the Court set its deadline to answer or otherwise respond to the Complaint as **February 23, 2015**.

Dated this 12th day of February, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
 Martha L. Fitzgerald, #14078
 Kathryn A. Barrett, #43900
 Brownstein Hyatt Farber Schreck, LLP
 410 Seventeenth Street, Suite 2200
 Denver, Colorado  80202-4432
 Phone:  303-223-1100
 mfitzgerald@bhfs.com
 kbarrett@bhfs.com

*Attorneys for Defendant EurAupair Intercultural Child Care Programs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of February, 2015, a true and correct copy of the foregoing **EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alexander N. Hood<br>Towards Justice-Golden<br>601 16th Street, Suite C #207<br>Golden, CO 80401<br>Telephone: (720) 239-2606<br>alex@towardsjustice.org<br><br>Attorney for Plaintiff and those similarly situated | Susan P. Klopman<br>H&K Law, LLC<br>3900 E. Mexico Ave. Ste. 330<br>Denver, CO 80210<br>Telephone: (303) 749-0659<br>sklopman@hklawllc.com<br><br>Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan |
| Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>bcolaizzi@shermanhoward.com<br><br>Attorneys for Defendant Interexchange, Inc. | William J. Kelly III<br>Kelly & Walker LLC<br>1401 17th Street, Suite 925<br>Denver, CO 80202<br>Telephone: (720) 236-1800<br>wkelly@kellywalkerlaw.com<br><br>Attorneys for Defendant USAuPair, Inc. |
| Meshach Y. Rhoades<br>Kutak Rock, LLP<br>1801 California Street, Suite 3000<br>Denver, CO 80202-2626<br>Telephone: (303) 297-2400<br>rhoadesm@gtlaw.com<br><br>Attorneys for Defendant GreatAuPair, LLC | Bogdan Enica<br>111 2nd Avenue NE, Suite 213<br>St. Petersburg, FL 33701-3440<br>Telephone: (727) 225-2649<br>bogdane@hotmail.com<br><br>Attorney for Expert Group International, Inc. d/b/a Expert AuPair |

| | |
|---|---|
| James E. Hartley<br>Joseph Neguse<br>Mher Hartoonian<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Telephone: (303) 295-8000<br>jhartley@hollandhart.com<br>jneguse@hollandhart.com<br>mhartoonian@hollandhart.com<br><br>Attorneys for Defendant Cultural Homestay International | Jeffrey P. Allen<br>Lawson & Weitzen, LLP<br>88 Black Falcon Ave. Suite 345<br>Boston, MA 02210<br>Telephone: (617) 439-4990<br>jallen@lawson-weitzen.com<br><br>Attorneys for Defendant Cultural Care, Inc., d/b/a Cultural Care Au Pair |
| W.V. Bernie Siebert<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>bsiebert@shermanhoward.com<br><br>Attorneys for Defendant Cultural Care, Inc., d/b/a Cultural Care Au Pair | Brian T. Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO 80202<br>Telephone: (303) 339-4779<br>bmoore@jgllp.com<br><br>Attorney for Defendant Au Pair International, Inc. |
| Brian A. Birenbach<br>The Rietz Law Firm, LLC<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Telephone: (970) 468-0210<br>brian@rietzlawfirm.com<br><br>Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange LLC | Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>reilly@wtotrial.com<br><br>Attorney for Defendant Agent Au Pair, Inc. |
| James D. Kilroy<br>Neal J.G. McConomy<br>Snell & Wilmer L.L.P.<br>Tabor Center<br>1200 Seventeenth Street, Suite 1900<br>Denver, CO 80202<br>Telephone: (303) 634-2005<br>jkilroy@swlaw.com | Lawrence Daniel Stone<br>Dufford & Brown, P.C.<br>1700 Broadway, Suite 2100<br>Denver, CO 80290-2101<br>Telephone: (303) 861-8013<br>lstone@duffordbrown.com |

nmcconomy@swlaw.com

Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange

Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
llee@laborlawyers.com
dperkins@laborlawyers.com

Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America and APF Global Exchange, NFP

*s/ ShirleyM. Newman*
   Shirley M. Newman, Paralegal