**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

Defendants, A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "Defendants"), by their attorneys, Lawrence D. Stone and Christian D. Hammond of

{00640890.1}

Dufford & Brown, P.C., hereby state they are not wholly owned subsidiaries of any other entities.

Respectfully submitted this 19th day of February, 2015.

                                            DUFFORD & BROWN, P.C.

                                            s/ Lawrence D. Stone
                                            Lawrence D. Stone
                                            Christian D. Hammond
                                            1700 Broadway, Suite 2100
                                            Denver, CO  80290-2101
                                            Telephone:  (303) 861-8013
                                            E-mail:  lstone@duffordbrown.com
                                                                         chammond@duffordbrown.com

                                            Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2015, I served the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification via e-mail to all counsel of record.

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook