IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly
situated,

      Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendant Agent Au Pair, Inc. states as follows:

Defendant Agent Au Pair, Inc. is not owned by any other corporation.

Dated:  February 19, 2015        Respectfully submitted,


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  reilly@wtotrial.com

Attorney for Agent Au Pair, Inc.

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on February 19, 2015, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Alexander Hood**
  alex@towardsjustice.org

- **Bogdan Enica**
  bogdan@expertaupair.com

- **Brian A. Birenbach**
  brian@rietzlawfirm.com

- **Brian T. Moore**
  bmoore@jgllp.com

- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com

- **Daniel C. Perkins**
  dperkins@laborlawyers.com

- **Heather F. Vickles**
  hvickles@shermanhoward.com

- **James E. Hartley**
  jhartley@hollandhart.com

- **Jeffrey P. Allen**
  jallen@lawson-weitzen.com

- **Kathryn Anne Barrett**
  kbarrett@bhfs.com

- **Lawrence D. Stone**
  lstone@duffordbrown.com

- **Lawrence L. Lee**
  llee@laborlawyers.com

- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com

- **Meshach Y. Rhoades**
  rhoadesm@gtlaw.com

- **Mher Hartoonian**
  mhartoonian@hollandhard.com

- **Raymond M. Deeny**
  rdeeny@shermanhoward.com

- **Susan P. Klopman**
  sklopman@hklawllc.com

- **William J. Kelly III**
  wkelly@kellywalkerlaw.com

- **W.V. Bernie Siebert**
  bsiebert@shermanhoward.com

*s/ Claudia Jones*