# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

The undersigned, Donald J. Gentile, hereby enters his appearance as counsel on behalf of Defendant Cultural Care, Inc.

1

Respectfully Submitted,

\_\_\_/s/ Donald J. Gentile_____
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

ATTORNEY FOR DEFENDANT
CULTURAL CARE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February, 2015, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander N. Hood
Towards Justice-Golden
601 16th Street, Suite C #207
Golden, CO 80401
Telephone: (720) 239-2606
alex@towardsjustice.org

*Attorney for Johana Paola Beltran and those similarly situated*

William J. Kelly III
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com

*Attorney for Defendant USAuPair, Inc.*

Meshach Y. Rhoades
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO 80202-2626
Telephone: (303) 297-2400

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan*

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

*Attorney for Agent Au Pair, Inc.*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone: (727) 225-2649

rhoadesm@gtlaw.com

*Attorney for Defendant GreatAuPair, LLC*

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 377-7075
bmoore@jgllp.com

*Attorney for Defendant Au Pair International, Inc.*

Katherine A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
Telephone: (303) 223-1100
Kbarrett@bhfs.com
Mfitzgerald@bhfs.com

*Attorneys for Defendant EuRaupair InterCultural Child Care Programs*

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

*Attorneys for Defendant Interexchange, Inc.*

bogdane@hotmail.com

*Attorney for Expert Group International, Inc. d/b/a Expert AuPair*

Brian A. Birenbach
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC*

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
Telephone: (303) 218-3650
dperkins@laborlawlawyers.com
llee@laborlawlawyers.com

*Attorneys for APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America*

James E. Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

*Attorneys for Defendant Cultural Homestay International*

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

*Attorney for Defendants A.P.E.X.
American Professional Exchange, LLC
d/b/a ProAuPair and 20/20 Care
Exchange, Inc., d/b/a The International
AuPair Exchange*

      /s/ Donald J. Gentile
_____
Donald J. Gentile

4