UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

**DEFENDANT CULTURAL CARE, INC.'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cultural Care, Inc. ("Cultural Care") states that Cultural Care Management, Inc., a privately held Delaware corporation, owns in excess of ten (10%) percent of the stock of Cultural Care, Inc.

1

        Respectfully Submitted,

        ___/s/ Jeffrey P. Allen_____
        Jeffrey P. Allen
        E-mail: jallen@lawson-weitzen.com
        Donald J. Gentile
        E-mail: dgentile@lawson-weitzen.com
        LAWSON & WEITZEN, LLP
        88 Black Falcon Avenue
        Boston, MA 02210
        Telephone: (617) 439-4990
        Facsimile:  (617) 439-3987

        -and-

        W.V. Bernie Siebert
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Tel: (303) 297-2900
        Fax: (303) 298-0940
        Email: bsiebert@shermanhoward.com

        ATTORNEYS FOR DEFENDANT
        CULTURAL CARE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of February, 2015, a true and correct copy of the foregoing **DEFENDANT CULTURAL CARE, INC.'S CORPORATE DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Alexander N. Hood<br>Towards Justice-Golden<br>601 16th Street, Suite C #207<br>Golden, CO 80401<br>Telephone: (720) 239-2606<br>alex@towardsjustice.org<br><br>*Attorney for Johana Paola Beltran and those similarly situated* | Susan P. Klopman<br>H&K Law, LLC<br>3900 E. Mexico Ave. Ste. 330<br>Denver, CO 80210<br>Telephone: (303) 749-0659<br>sklopman@hklawllc.com<br><br>*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan* |

| | |
|---|---|
| William J. Kelly III<br>Kelly & Walker LLC<br>1401 17th Street, Suite 925<br>Denver, CO 80202<br>Telephone: (720) 236-1800<br>wkelly@kellywalkerlaw.com<br><br>*Attorney for Defendant USAuPair, Inc.* | Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>reilly@wtotrial.com<br><br>*Attorney for Agent Au Pair, Inc.* |
| Meshach Y. Rhoades<br>Kutak Rock, LLP<br>1801 California Street, Suite 3000<br>Denver, CO 80202-2626<br>Telephone: (303) 297-2400<br>rhoadesm@gtlaw.com<br><br>*Attorney for Defendant GreatAuPair, LLC* | Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 2nd Avenue NE, Suite 213<br>St. Petersburg, FL 33701-3440<br>Telephone: (727) 225-2649<br>bogdane@hotmail.com<br><br>*Attorney for Expert Group International, Inc. d/b/a Expert AuPair* |
| Brian T. Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO 80202<br>Telephone: (303) 377-7075<br>bmoore@jgllp.com<br><br>*Attorney for Defendant Au Pair International, Inc.* | Brian A. Birenbach<br>The Rietz Law Firm, LLC<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Telephone: (970) 468-0210<br>brian@rietzlawfirm.com<br><br>*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC* |
| Katherine A. Barrett<br>Martha L. Fitzgerald<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4432<br>Telephone: (303) 223-1100<br>Kbarrett@bhfs.com<br>Mfitzgerald@bhfs.com<br><br>*Attorneys for Defendant EuRaupair InterCultural Child Care Programs* | Daniel C. Perkins<br>Lawrence L. Lee<br>Fisher & Phillips, LLP<br>1801 California St., Suite 2700<br>Denver, CO 80202-3025<br>Telephone: (303) 218-3650<br>dperkins@laborlawlawyers.com<br>llee@laborlawlawyers.com<br><br>*Attorneys for APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America* |

3

| | |
|---|---|
| Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>bcolaizzi@shermanhoward.com<br><br>*Attorneys for Defendant Interexchange, Inc.* | James E. Hartley<br>Joseph Neguse<br>Mher Hartoonian<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Telephone: (303) 295-8000<br>jhartley@hollandhart.com<br>jneguse@hollandhart.com<br>mhartoonian@hollandhart.com<br><br>*Attorneys for Defendant Cultural Homestay International* |

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

*Attorney for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International AuPair Exchange*

        /s/ Jeffrey P. Allen
_____
Jeffrey P. Allen

4