# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

---

## ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND DISMISSING ALL CLAIMS ASSERTED AGAINST CULTURAL CARE, INC. WITH PREJUDICE

---

The Court has reviewed Cultural Care, Inc.'s ("Cultural Care") Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss") along with all

opposition papers submitted by Plaintiff Johana Paola Beltran, and is otherwise advised on the matter.

It is hereby ORDERED that Cultural Care's Motion to Dismiss is **GRANTED** and Plaintiff's claim against Cultural Care in Count I of the Complaint for alleged violation of Section 1 of the Sherman Act, 15 U.S.C § 1 *et seq.*, which is the only claim asserted against Cultural Care in the above case, is hereby dismissed with prejudice.

DATED this ___ day of _____ 2015.


_____
DISTRICT COURT JUDGE