# EXHIBIT 2



## NOTICE

## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour.  The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage.  The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs.  The room and board credit currently is 40% of an au pair's credited compensation.  The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I – July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007