IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA

JOHANA PAOLA BELTRAN, and those similarly situated

Plaintiffs.

v.
PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

### AU PAIR INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Au Pair International, Inc. ("Au Pair") states that Au Pair is not owned by any other corporation.

Respectfully submitted this 20th day of February, 2015.

JESTER GIBSON & MOORE, LLP
*Attorneys for Defendants*


*s/ Brian T. Moore*
Brian T. Moore
1999 Broadway, Suite 3225
Denver, Colorado 80202
(303) 339-4779
BMoore@jgllp.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2015, a true and correct copy of AU PAIR INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT foregoing was filed and served via ECF/CM addressed to the following:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
Email: alex@towardsjustice.org

Raymond Myles Deeny
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
Email: rdeeny@shermanhoward.com

Heather Fox Vickles
Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000
Denver, CO 80202-3622
Email: hvickles@sah.com

William James Kelly , III
Kelly & Walker, LLC
1401 17th Street
Suite 925
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street
Suite 3000
Denver, CO 80202-2626
Email: rhoadesm@gtlaw.com

Bogdan Enica
111 2nd Avenue NE Suite 213
St Petersburg, FL 33701-3440
Email: bogdane@hotmail.com

Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP-
410 17th Street Suite 2200
Denver, CO 80202-4432
Email: kbarrett@bhfs.com

Brooke A. Colaizzi
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
Email: BColaizzi@shermanhoward.com

Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com

James Edward Hartley
Holland & Hart, LLP
555 17th Street
Suite 3200
Denver, CO 80201-8749
Email: jhartley@hollandhart.com

Mher Hartoonian
Holland & Hart, LLP-Denver
555 17th Street Suite 3200
Denver, CO 80201-8749
Email: mhartoonian@hollandhart.com

Donald Joseph Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
Email: dgentile@lawson-weitzen.com

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
Email: jallen@lawson-weitzen.com

Walter Vernon Bernie Siebert
Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000
Denver, CO 80202-3622
Email: bsiebert@shermanhoward.com

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place #301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Daniel C. Perkins
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700
Denver, CO 80202-3025
Email: dperkins@laborlawyers.com

Lawrence L. Lee
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700
Denver, CO 80202-3025
Email: llee@laborlawyers.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway Suite 2100
Denver, CO 80290-2101
Email: lstone@duffordbrown.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

*s/ Cristina Tostado*
Cristina Tostado, Paralegal