**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

    Plaintiffs,

    v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

**EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS'**
**CORPORATE DISCLOSURE STATEMENT**

---

Defendant EurAupair Intercultural Child Care Programs ("EurAupair") by and through undersigned counsel hereby submits its Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 identifying any parent entities and any publicly held entity that owns ten percent or more of its stock and states as follows:

2

Defendant EurAupair states that there is no such parent corporation or publicly held corporation owning 10% or more of EurAupair's stock.

Dated this 23rd day of February, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
Martha L. Fitzgerald, #14078
Kathryn A. Barrett, #43900
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado  80202-4432
Phone:  303-223-1100
mfitzgerald@bhfs.com
kbarrett@bhfs.com

*Attorneys for Defendant EurAupair Intercultural Child Care Programs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of February, 2015, a true and correct copy of the foregoing **EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS' CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander N. Hood
Towards Justice-Golden
601 16th Street, Suite C #207
Golden, CO 80401
Telephone: (720) 239-2606
alex@towardsjustice.org

Attorney for Plaintiff and those similarly situated

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

Attorneys for Defendant Interexchange, Inc.

Meshach Y. Rhoades
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO 80202-2626
Telephone: (303) 297-2400
rhoadesm@gtlaw.com

Attorneys for Defendant GreatAuPair, LLC

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan

William J. Kelly III
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com

Attorneys for Defendant USAuPair, Inc.

Bogdan Enica
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone: (727) 225-2649
bogdane@hotmail.com

Attorney for Expert Group International, Inc. d/b/a Expert AuPair

James E. Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

Attorneys for Defendant Cultural
Homestay International

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
bsiebert@shermanhoward.com

Attorneys for Defendant Cultural Care,
Inc., d/b/a Cultural Care Au Pair

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 339-4779
bmoore@jgllp.com

Attorney for Defendant Au Pair
International, Inc.

James D. Kilroy
Neal J.G. McConomy
Snell & Wilmer L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2005
jkilroy@swlaw.com

Jeffrey P. Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave. Suite 345
Boston, MA 02210
Telephone: (617) 439-4990
jallen@lawson-weitzen.com

Attorneys for Defendant Cultural Care,
Inc., d/b/a Cultural Care Au Pair

Donald J. Gentile
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
dgentile@lawson-weitzen.com

Attorneys for Defendant Cultural Care,
Inc., d/b/a Cultural Care Au Pair

Brian A. Birenbach
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

Attorney for Defendants Au Pair
International, Inc. and American Cultural
Exchange LLC

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone:  (303) 861-8013
lstone@duffordbrown.com

nmcconomy@swlaw.com

Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
llee@laborlawyers.com
dperkins@laborlawyers.com

Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America and APF Global Exchange, NFP

Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

Attorney for Defendant Agent Au Pair, Inc.

　　　　　　　　　　　　*s/ ShirleyM. Newman*　　　　　
　　　　　　　　　　　　Shirley M. Newman, Paralegal

5