IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULUTURAL HOMESTAY INTERNATIONAL;
CULUTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC D/B/A PROAUPAIR; and
20/20 CARE EXCHANGE, INC. D/B/A THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Chanda M. Feldkamp, of the law firm KELLY & WALKER LLC, hereby enters her appearance on behalf of USAuPair, Inc. in the above action, and requests copies of all electronic filings in this case.

Dated this 23rd day of February, 2015.

          **KELLY & WALKER LLC**

          *s/Chanda M. Feldkamp*
          Chanda M. Feldkamp, No. 44260
          1401 17th Street, Suite 925
          Denver, CO 80202
          Tel. (720) 236-1800
          Fax (720) 236-1799
          Email: cfeldkamp@kellywalkerlaw.com

          *Attorneys for Defendant USAuPair, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2015, I electronically filed the foregoing **Notice of Entry of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel for record who are participants in the Court's ECF filing system.

*s/Chanda M. Feldkamp*
Chanda M. Feldkamp
