IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

    v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
APEX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

## CORPORATE DISCLOSURE STATEMENT
---

    DEFENDANT Expert Group International Inc., d//b/a Expert AuPair, by and through its undersigned attorney and pursuant to Fed. R. Civ. P. 7.1 state as follows:

    Defendant Expert Group International Inc. does not issue stock and it is not owned by any other corporation.

    DATED at St. Petersburg, Florida this 23rd day of February, 2015.

Respectfully submitted,

*s/ Bogdan Enica*

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste.213
St. Petersburg, FL  33701
Telephone: (727) 388-3742
bogdan@expertaupair.com
bogdane@hotmail.com

ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL INC., D/B/A
EXPERT AUPAIR

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 23, 2015, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following counsel of record:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207, Golden, CO 80401
Email: alex@towardsjustice.org

Raymond Myles Deeny
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000, Denver, CO 80202
Email: rdeeny@shermanhoward.com

Brian T. Moore
Jester Gibson & Moore LLP
1999 Brodway, Suite 3225, Denver, CO 80202
Email: bmoore@jgllp.com

Heather Fox Vickles
Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000, Denver, CO 80202
Email: hvickles@sah.com

William James Kelly , III
Kelly & Walker, LLC
1401 17th Street, Suite 925, Denver, CO 80202
Email: wkelly@kellywalkerlaw.com

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street Suite 3000, Denver, CO 80202
Email: rhoadesm@gtlaw.com

Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street Suite 2200, Denver, CO 80202
Email: kbarrett@bhfs.com

Brooke A. Colaizzi
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000, Denver, CO 80202
Email: BColaizzi@shermanhoward.com

Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street Suite 2200, Denver, CO 80202
Email: mfitzgerald@bhfs.com

James Edward Hartley
Holland & Hart, LLP
555 17th Street, Suite 3200, Denver, CO 80201
Email: jhartley@hollandhart.com

Mher Hartoonian
Holland & Hart, LLP-Denver
555 17th Street Suite 3200, Denver, CO 80201
Email: mhartoonian@hollandhart.com

Donald Joseph Gentile Lawson & Weitzen, LLP
88 Black Falcon Avenue Suite 345, Boston, MA 02210
Email: dgentile@lawson-weitzen.com

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue Suite 345, Boston, MA 02210
Email: jallen@lawson-weitzen.com

Walter Vernon
Bernie Siebert Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000, Denver, CO 80202
Email: bsiebert@shermanhoward.com

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place #301, Dillon, CO 80435
Email: brian@rietzlawfirm.com

Daniel C. Perkins
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700 , Denver, CO 80202
Email: dperkins@laborlawyers.com

Lawrence L. Lee
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700 Denver, CO 80202
Email: llee@laborlawyers.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street Suite 4500 Denver, CO 80202
Email: reilly@wtotrial.com

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway Suite 2100 Denver, CO 80290
Email: lstone@duffordbrown.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue Suite 330 Denver, CO 80210
Email: sklopman@hklawllc.com

                          *s/ Bogdan Enica*
                           Bogdan Enica