IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

TO ALL PARTIES:

Please take notice that Kathryn A. Reilly, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters her appearance on behalf of Defendant American Cultural Exchange, LLC d/b/a GoAuPair in the above-captioned action.

Dated: February 23, 2015.

Respectfully submitted,

*s/ Kathryn A. Reilly*

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: reilly@wtotrial.com

Attorneys for Defendant American Cultural Exchange, LLC d/b/a GoAuPair

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 23, 2015, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Alexander Hood**
  alex@towardsjustice.org
- **Bogdan Enica**
  bogdan@expertaupair.com
- **Brian A. Birenbach**
  brian@rietzlawfirm.com
- **Brian T. Moore**
  bmoore@jgllp.com
- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com
- **Chandra M. Feldkamp**
  cfeldkamp@kellywalkerlaw.com
- **Daniel C. Perkins**
  dperkins@laborlawyers.com
- **Donald J. Gentile**
  dgentile@lawson-weitzen.com
- **Heather F. Vickles**
  hvickles@shermanhoward.com
- **James E. Hartley**
  jhartley@hollandhart.com
- **Jeffrey P. Allen**
  jallen@lawson-weitzen.com
- **Kathryn Anne Barrett**
  kbarrett@bhfs.com
- **Lawrence D. Stone**
  lstone@duffordbrown.com
- **Lawrence L. Lee**
  llee@laborlawyers.com
- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com
- **Meshach Y. Rhoades**
  rhoadesm@gtlaw.com
- **Mher Hartoonian**
  mhartoonian@hollandhard.com
- **Raymond M. Deeny**
  rdeeny@shermanhoward.com
- **Susan P. Klopman**
  sklopman@hklawllc.com
- **William J. Kelly III**
  wkelly@kellywalkerlaw.com
- **W.V. Bernie Siebert**
  bsiebert@shermanhoward.com

*s/ Claudia Jones*