**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR;
AGENT AU PAIR, Inc.;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR; and
20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL AU PAIR EXCHANGE;

Defendants.

**ORDER GRANTING JOINT MOTION TO DISMISS
BY CERTAIN SPONSOR DEFENDANTS**

The Court has reviewed the joint motion to dismiss pursuant to Federal Rule of

Civil Procedure 12(b)(6) filed by defendants InterExchange, Inc., UsAuPair, Inc.,

GreatAuPair, LLC, EurAupair Intercultural Child Care Programs, Cultural Homestay

International, APF Global Exchange, NFP, American Institute For Foreign Study d/b/a

Au Pair In America, and Agent Au Pair (collectively, the "Moving Defendants"), along

with all opposition papers submitted by plaintiff Johana Paola Beltran, and is otherwise fully advised on the matter.

It is hereby ORDERED that the Motion to Dismiss is **GRANTED** and plaintiff's claim against the Moving Defendants in Count I of the Complaint for alleged violation of Section 1 of the Sherman Act, 15 U.S.C § 1 *et seq.*, which is the only claim asserted against the Moving Defendants in the this case, is dismissed.  Because the plaintiff has not suggested that the deficiencies in the complaint can be cured by amendment, the complaint is dismissed with prejudice.

DATED this ___ day of _____ 2015.

BY THE COURT

_____
Christine M. Arguello
United States District Court