# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI; and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

## UNOPPOSED MOTION FOR STAY OF ALL DEADLINES FOR DEFENDANTS PAMELA AND THOMAS NOONAN PENDING SETTLEMENT

---

COMES NOW, the above-named Plaintiff with the following unopposed Motion.

**CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)**

Plaintiff's counsel conferred with counsel for Defendants Pamela and Thomas Noonan prior to filing this motion. They do not oppose this Motion.

Ms. Beltran, the named Plaintiff, and Defendants Pamela and Thomas Noonan (the "Noonans") have come to terms in principle on a settlement for all claims in this action brought against the Noonans and are in the process of drafting and finalizing a settlement agreement. In order to facilitate the settlement, Ms. Beltran requests a three week stay of all deadlines for the Noonans, including the deadline to answer or otherwise respond to the Complaint. All claims brought by Ms. Beltran against the Noonans are individual claims. No claims have been asserted by Ms. Beltran against the Noonans on behalf of a Rule 23 class or a Fair Labor Standards Act 29 U.S.C. § 216(b) collective class.

WHEREFORE, the Plaintiff respectfully requests that the Court stay all deadlines in this case for Defendants Pamela and Thomas Noonan for three weeks from any order granting this Motion.

Dated: 2/23/15

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
601 16th St., Suite C #207
Golden, CO 80401
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on 2/23/15 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue
Suite 330
Denver, CO 80210
303-749-0659
Fax: 303-927-0809
Email: sklopman@hklawllc.com
ATTORNEY TO BE NOTICED

Brooke A. Colaizzi
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: BColaizzi@shermanhoward.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Raymond Myles Deeny
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-299-8194
Fax: 303-298-0940
Email: rdeeny@shermanhoward.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Heather Fox Vickles
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: hvickles@sah.com
Chanda Marie Feldkamp
ATTORNEY TO BE NOTICED

Kelly & Walker, LLC
1401 17th Street
Suite 925
Denver, CO 80202
720-236-1800
Fax: 720-236-1799
Email: cfeldkamp@kellywalkerlaw.com
ATTORNEY TO BE NOTICED

William James Kelly , III
Kelly & Walker, LLC
1401 17th Street
Suite 925
Denver, CO 80202
720-236-1800
Fax: 720-236-1799
Email: wkelly@kellywalkerlaw.com
ATTORNEY TO BE NOTICED

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street
Suite 3000
Denver, CO 80202-2626
303-297-2400
Email: rhoadesm@gtlaw.com
ATTORNEY TO BE NOTICED

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE
Suite 213
St Petersburg, FL 33701-3440
727-225-2649
Fax: 727-822-8959
Email: bogdane@hotmail.com
ATTORNEY TO BE NOTICED

Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1126
Fax: 303-223-1111
Email: kbarrett@bhfs.com
ATTORNEY TO BE NOTICED

Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1100
Fax: 303-223-1111
Email: mfitzgerald@bhfs.com
ATTORNEY TO BE NOTICED

James Edward Hartley
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
Suite 3200
Denver, CO 80201-8749
303-295-8000
Fax: 303-295-8261
Email: jhartley@hollandhart.com
ATTORNEY TO BE NOTICED

Mher Hartoonian
Holland & Hart, LLP-Denver
P.O. Box 8749
555 17th Street
Suite 3200
Denver, CO 80201-8749
303-295-8000
Fax: 303-295-8261
Email: mhartoonian@hollandhart.com
ATTORNEY TO BE NOTICED

Donald Joseph Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
617-439-4990
Fax: 617-439-3987
Email: dgentile@lawson-weitzen.com
ATTORNEY TO BE NOTICED

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
617-439-4990
Fax: 617-439-3987
Email: jallen@lawson-weitzen.com
ATTORNEY TO BE NOTICED

Walter Vernon Bernie Siebert
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
303-297-2900
Fax: 303-298-0940
Email: bsiebert@shermanhoward.com
ATTORNEY TO BE NOTICED

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place
#301
Dillon, CO 80435
970-468-0210
Fax: 970-468-0371
Email: brian@rietzlawfirm.com
ATTORNEY TO BE NOTICED

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway
#3225
Denver, CO 80202
303-377-7888
Fax: 303-377-7075
Email: bmoore@jgllp.com
ATTORNEY TO BE NOTICED

Daniel C. Perkins
Fisher & Phillips, LLP-Denver
1801 California Street
Suite 2700
Denver, CO 80202-3025
303-218-3650
Fax: 303-218-3651
Email: dperkins@laborlawyers.com
ATTORNEY TO BE NOTICED

Lawrence L. Lee
Fisher & Phillips, LLP-Denver
1801 California Street
Suite 2700
Denver, CO 80202-3025
303-218-3650
Fax: 303-218-3651
Email: llee@laborlawyers.com
ATTORNEY TO BE NOTICED

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street
Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
Email: reilly@wtotrial.com
ATTORNEY TO BE NOTICED

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway
Suite 2100
Denver, CO 80290-2101
303-861-8013
Fax: 303-832-3804
Email: lstone@duffordbrown.com
ATTORNEY TO BE NOTICED

  s/ Alexander Hood
Alexander Hood
Attorney for the Plaintiff