# Expert AuPair

Username

Password

Login

Forgot password?        AuPair Register        Host Register

| Home | Special Offers | Contact Us | Au Pairs | Host Families | FAQs | Testimonials |
|---|---|---|---|---|---|---|

## What is an Au Pair? How Do I Become a Host Family?

**We are a designated agency. You may check our designation with the US Department of State.**

An au pair is a young adult who lives with a host family and provides childcare services for that family. Au pairs enter the United States legally on J-1 visas, and stay for one year. There is a one-time option to extend an au pair's stay in the US for up to a year. **Become a host family and give your children the gift of a global perspective.**

The term "au pair" means "on par", and this reflects the ideals of the program. The best way to have the most valuable cultural experience is to **treat your au pair as a member of your family**. You will then have a chance to **experience another culture in depth**. Your children will have a chance to learn about people in other nations, and about how they view the world.

Your children will learn the basics of another language -- or if you choose an English speaking au pair, they will learn new words, and maybe be able to imitate another accent. They will make a friend they will remember for the rest of their lives. All these things will **prepare your children at an early age for a world in which cross-cultural competence is essential to success**. That being said, **hiring a live-in au pair is an excellent long-term investment in your child's future**.

## Live-in Au Pair Childcare Services - How it Works

Of course, your au pair will also be your employee. Your au pair's immigration status will allow them to work for and provide childcare services only to you. Because of the nature of the au pair relationship, au pairs are generally more flexible than other childcare services -- however, au pairs must be paid at least $195.75 per week, and must not work more than 45 hours per week.

As with any employee, pre-screening is important to us. **We verify that they have no criminal record**, that they are **proficient in English**, and that they are **physically well**. We perform a psychometric test and unlike other au pair agencies, **we conduct an in-person interview overseas**, and we check that the references provided are accurate. We reject au pair candidates often, but that being said, we don't force you to take any specific au pair.

As the cost of childcare services and nannies continue to grow, the au pair option is **becoming a good short-term financial decision** as well. The total cost to each host family of our program is around $320 per week, and in many cases part of this cost is tax-deductible. If you are looking to become an au pair host family, feel free to call us at 727-388-3472, between 9am and 5pm Eastern. You can also reach us by fax at 727-231-8256. We'll be more than happy to answer any questions you have.

## What is the Law?

**The U.S. au pair program is carefully regulated by the Department of State. A full listing of the law can be found at 22 CFR 62 here.**

### About Au Pairs

### Programs Available

### Why Us?

### What is Included?

### Hosting Qualifications

### Fees and Costs

### Steps

### Register Now

Tweet  15

Like  Be the first of your friends to like this.

g+1

back to top

copyright 2011 expertaupair.com
all rights reserved website designed and hosted by Digital Eel Inc.

Home | Packet Request | Contact Us
Au Pairs | Host Families | FAQs | Testimonials | Privacy Policy



Username

Password

Login

Forgot password?        AuPair Register        Host Register

| Home | Special Offers | Contact Us | Au Pairs | Host Families | FAQs | Testimonials |
|------|----------------|------------|----------|---------------|------|--------------|

## Costs

About Au Pairs

Programs Available

Why Us?

What is Included?

Hosting Qualifications

Fees and Costs

Steps

Register Now

**Weekly average**

If you average the fees, wages, and educational stipend listed below over 52 weeks, the total fees and wages come to approximately $325 per week to host a regular au pair and about $285 a week to host an EduCare au pair.

**Fees paid to Expert AuPair**

Our fees cover the costs for home-country au pair screening, embassy fees, international airfare, orientation with 32 hours of childcare training, local and regional representatives for the full year of your program, and health insurance for your au pair during his/her stay.

Please check our discount page to see if you can benefit from preferential pricing today!

| ITEM | COST | DUE |
|------|------|-----|
| Application Fee & Documentation Fee | $400 | Due prior to the au pair's embassy paperwork being issued. $25 of this sum constitutes your application fee and the balance covers your documentation fee |
| Program Fee | $6,000 | Due before au pair arrival |
| Domestic Transfer Fee | Varies, capped at $350 | Please see our domestic transfer page for details.  This fee is due before your au pair arrives. |
| **TOTAL** | **$6,400 plus domestic transfer** | |

**Amount paid to your au pair**

Note: the figures below are the minimum required. You can pay more to your au pairs, according to the terms of your contract with them. These figures are based on one full year of full time childcare, and refer to the regular (45 hour per week) au pair program, and separately to the Educare (30 hour per week) options.

| ITEM | COST | DUE |
|------|------|-----|
| Pay | Regular: $10,179 ($195.75* X 52 weeks)<br><br>Educare: $7,634.12 ($146.81* X 52 weeks) | Due according to contract |
| Tuition allowance | Regular: $500<br><br>Educare: $1000 | Due at time of enrollment in accredited post-secondary institution |
| **TOTAL** | **Regular: $10,679**<br><br>**Educare: $8,634.12** | |

You will be expected to comply with the terms of the au pair program, which means that you will pay room and board for the au pair, provide car insurance for the au pair which should be enough to cover costs and liabilities in the event of an accident, and other costs that may be associated with making the au pair feel like a member of your family.

* We have no reason to expect further changes in the near future, but determinations are the responsibility of the U.S. Department of Labor and the U.S. Department of State, and therefore are not under our control.



Be the first of your friends to like this.

back to top

copyright 2011 expertaupair.com
all rights reserved website designed and hosted by Digital Eel Inc.

Home | Packet Request | Contact Us
Au Pairs | Host Families | FAQs | Testimonials | Privacy Policy