# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

      Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

---

## DEFENDANT 20/20 CARE EXCHANGE, INC.'S JOINDER OF JOINT MOTION TO DISMISS

---

Defendant 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange

("20/20"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford &

Brown, P.C., hereby joins the Joint Motion to Dismiss by Certain Sponsor Defendants

{00641893.1}

(the "Joint Motion") (Doc. # 82), and incorporates by reference the Joint Motion as if fully set forth herein.[1]

WHEREFORE, for the reasons set forth in the Joint Motion, 20/20 respectfully requests the Court to dismiss Plaintiff's Count I for alleged violation of Section 1 of the Sherman Act with prejudice, and for such further relief as the Court deems appropriate.

Respectfully submitted this 23rd day of February, 2015.

DUFFORD & BROWN, P.C.

s/ Lawrence D. Stone
Lawrence D. Stone
Christian D. Hammond
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone:  (303) 861-8013
E-mail:  lstone@duffordbrown.com
         chammond@duffordbrown.com

Attorneys for Defendants 20/20 Care
Exchange d/b/a The International Au Pair
Exchange

---

[1]  In accordance with this Court's Civil Practice Standard 7.1D, undersigned counsel spoke with Plaintiff's counsel by telephone to discuss the Complaint's pleading deficiency and the relief requested herein.  20/20's counsel is authorized to state that the Plaintiff opposes the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of February, 2015, I served the foregoing **DEFENDANT 20/20 CARE EXCHANGE, INC.'S JOINDER OF JOINT MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification via e-mail to all counsel of record.

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

{00641893.1}