## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.  14-cv-03074-CMA

JOHANA PAOLA BELTRAN, and those similarly situated

    Plaintiffs.

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

### DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA'S CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Fed. R. Civ. P. 7.1, Defendant American Institute for Foreign Study dba Au Pair in America, provides the following Corporate Disclosure Statement:

Defendant American Institute for Foreign Study is a Delaware corporation. American Institute for Foreign Study does not have a parent corporation and it does not have a publically traded corporation that owns ten percent or more of its stock.

FPDOCS 30400486.2

Dated this 24th day of February, 2015.

        Respectfully submitted,

        FISHER & PHILLIPS LLP

        *s/ Lawrence Lee*
        Lawrence L. Lee
        Daniel C. Perkins
        1801 California Street, Suite 2700
        Denver, Colorado 80202
        Telephone: (303) 218-3650
        Facsimile:  (303) 218-3651
        llee@laborlawyers.com
        dperkins@laborlawyers.com

        *Attorneys for Defendant*
        *American Institute for Foreign Study dba*
        *Au Pair in America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2015, a true and correct copy of **DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA'S CORPORATE DISCLOSURE STATEMENT** was filed and served via CM/ECF on the following:

| | |
|---|---|
| Alexander Neville Hood<br>Towards Justice<br>601 16th Street, Suite C #207<br>Golden, CO 80401<br>alex@towardsjustice.org | Brian A. Birenbach<br>The Rietz Law Firm, LLC<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>brian@rietzlawfirm.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave., Suite 330<br>Denver, CO 80210<br>sklopman@hklawllc.com | James E. Hartley<br>Mher Hartoonian<br>Holland & Hart, LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>jhartley@hollandhart.com<br>mhartoonian@hollandhart.com |
| Brian T. Moore<br>Jester, Gibson & Moore, LLP<br>1999 Broadway, Suite 3225 | W.V. Bernie Siebert<br>Sherman & Howard, LLC<br>633 Seventeenth Street, Suite 3000 |

FPDOCS 30400486.2

Denver, CO 80202
BMoore@jgllp.com

Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
lstone@duffordbrown.com
chammond@duffordbrown.com

William J. Kelly III
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO 80202
wkelly@kellywalkerlaw.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Rhoadesm@gtlaw.com
Estevaom@gtlaw.com

(No Appearance on file for Defendant AuPairCare, Inc.)

Denver, CO 80202
bsiebert@shermanhoward.com

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701
Bogdan@expertaupair.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Sherman & Howard LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com
rdeeny@shermanhoward.com

Martha L. Fitzgerald
Kathryn A. Barrett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
mfitzgerald@bhfs.com
kbarrett@bhfs.com

/s/ Daniel Perkins
Daniel C. Perkins
FISHER & PHILLIPS LLP