IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULUTURAL HOMESTAY INTERNATIONAL;
CULUTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC D/B/A PROAUPAIR; and
20/20 CARE EXCHANGE, INC. D/B/A THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, through undersigned counsel, Defendant USAuPair, Inc. states that it is not owned by a parent company and no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated this 24th day of February, 2015.

                                              **KELLY & WALKER LLC**

                                              *s/William J. Kelly III*
William J. Kelly III, No. 38749
Chanda M. Feldkamp, No. 44260
1401 17th Street, Suite 925
Denver, CO 80202
Tel. (720) 236-1800
Fax (720) 236-1799
Email: wkelly@kellywalkerlaw.com
        cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant USAuPair, Inc.*

CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of February, 2015, I electronically filed the foregoing CORPORTE DISCLOSURE with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record who are participants in the Court's ECF filing system.

               *s/William J. Kelly III*
               William J. Kelly III