IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

## CORPORATE DISCLOSURE STATEMENT
_____

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant AuPairCare, Inc., states that AuPairCare, Inc. is 100% owned by Intrax, Inc.

    Respectfully submitted this 27th day of February, 2015,

*s/John R. Mann*
Thomas B. Quinn
John R. Mann
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202

*Attorneys for Defendant*
*AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 27, 2015, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
alex@towardsjustice.org

Raymond Myles Deeny
Heather Fox Vickles
Brooke A. Colaizzi
Walter Vernon Bernie Siebert
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202-3622
rdeeny@shermanhoward.com
hvickles@sah.com
BColaizzi@shermanhoward.com
bsiebert@shermanhoward.com

William James Kelly , III
Chanda M. Feldkamp
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street, Suite 3000
Denver, CO 80202-2626
rhoadesm@gtlaw.com

Bogdan Enica
111 2nd Avenue NE Suite 213
St Petersburg, FL 33701-3440
bogdane@hotmail.com

Kathryn Anne Barrett
Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
kbarrett@bhfs.com
mfitzgerald@bhfs.com

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
jhartley@hollandhart.com
mhartoonian@hollandhart.com

- 2 -

Donald Joseph Gentile
Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
dgentile@lawson-weitzen.com
jallen@lawson-weitzen.com

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place #301
Dillon, CO 80435
brian@rietzlawfirm.com

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
dperkins@laborlawyers.com
llee@laborlawyers.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street Suite 4500
Denver, CO 80202-5647
reilly@wtotrial.com

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway Suite 2100
Denver, CO 80290-2101
lstone@duffordbrown.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue Suite 330
Denver, CO 80210
sklopman@hklawllc.com


 s/John R. Mann