IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:14-cv-03074 GPG

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## CORPORATE DISCLOSURE STATEMENT OF GREATAUPAIR, LLC

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Great AuPair, LLC ("Great AuPair") states that Great AuPair is not owned in whole or in part by any other corporation.

DATED this 27th day of February, 2015.

                                                       By: *s/ Meshach Y. Rhoades*
                                                            Meshach Y. Rhoades
                                                            Martin J. Estevao
                                                            Greenberg Traurig, LLP
                                                            1200 17th Street, Suite 2400
                                                            Denver, CO 80202
                                                            Rhoadesm@gtlaw.com
                                                            Estevaom@gtlaw.com
                                                            Tel:  (303) 572-6500
                                                            Fax:  (303) 572-6540
                                                            *Attorneys for Defendant GreatAuPair, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2015, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF GREATAUPAIR, LLC** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
*Attorney for Plaintiffs*

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
*Attorney for Pamela H. Noonan*
 *and Thomas J. Noonan*

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@sah.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for USAuPair, Inc.*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International, Inc.*

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay International*

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

3

Walter Vernon Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
*Attorney for Cultural Care, Inc.
 d/b/a Cultural Care Au Pair*

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for Au Pair International, Inc.*

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
*Attorney for Au Pair International, Inc.*

Brian Alan Birenback
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for American Cultural Exchange,
LLC  d/b/a GoAuPair*

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
*Attorney for Agent Au Pair; American
Cultural Exchange, LLC d/b/a GoAuPair*

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
*Attorneys for A.P.E.X. American
Professional Exchange, LLC d/b/a
ProAuPair and 20/20 Care Exchange, Inc.
d/b/a The International Au Pair Exchange*

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for EurAupair Intercultural Child
Care Programs*

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
*Attorneys for American Institute for Foreign
Study d/b/a Au Pair in America; APF
Global Exchange, NFP*

   *s/ Julie Eaton*
          Julie Eaton

4