IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.
_____

**DEFENDANT AUPAIRCARE, INC.'S JOINDER IN JOINT MOTION TO DISMISS BY CERTAIN SPONSOR DEFENDANTS (DOC. 82)**
_____

    Defendant AuPairCare, Inc., by counsel, Thomas B. Quinn and John R. Mann of Gordon & Rees LLP, hereby joins in the Joint Motion to Dismiss by Certain Sponsor Defendants (Doc. 82), filed February 23, 2015, and incorporates by reference the Joint Motion to Dismiss as if fully set forth herein.

Pursuant to Civil Practice Standard 7.1D(a), the undersigned counsel states that he contacted counsel for Plaintiff to determine whether the pleading deficiency set forth in the Joint Motion to Dismiss (Doc. 82) could be corrected by an amendment to the complaint. After conferring with Plaintiff's counsel, the undersigned counsel does not believe that the deficiency can be cured or corrected by amendment.

WHEREFORE, for the reasons set forth in the Joint Motion to Dismiss (Doc. 82), Defendant AuPairCare, Inc. respectfully requests that the Court enter an order dismissing Plaintiff's Complaint against it with prejudice, and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 2nd day of March, 2015,

*s/John R. Mann*
Thomas B. Quinn
John R. Mann
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202

*Attorneys for Defendant
AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on March 2, 2015, I electronically filed the foregoing **DEFENDANT AUPAIRCARE, INC.'S JOINDER IN JOINT MOTION TO DISMISS BY CERTAIN SPONSOR DEFENDANTS (DOC. 82)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
alex@towardsjustice.org

Raymond Myles Deeny
Heather Fox Vickles
Brooke A. Colaizzi
Walter Vernon Bernie Siebert
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202-3622
rdeeny@shermanhoward.com
hvickles@sah.com
BColaizzi@shermanhoward.com
bsiebert@shermanhoward.com

William James Kelly, III
Chanda M. Feldkamp
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street, Suite 3000
Denver, CO 80202-2626
rhoadesm@gtlaw.com

Bogdan Enica
111 2nd Avenue NE Suite 213
St Petersburg, FL 33701-3440
bogdane@hotmail.com

Kathryn Anne Barrett
Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
kbarrett@bhfs.com
mfitzgerald@bhfs.com

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
jhartley@hollandhart.com
mhartoonian@hollandhart.com

Donald Joseph Gentile
Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
dgentile@lawson-weitzen.com
jallen@lawson-weitzen.com

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place #301
Dillon, CO 80435
brian@rietzlawfirm.com

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
dperkins@laborlawyers.com
llee@laborlawyers.com

- 4 -

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street Suite 4500
Denver, CO 80202-5647
reilly@wtotrial.com

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway Suite 2100
Denver, CO 80290-2101
lstone@duffordbrown.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Avenue Suite 330
Denver, CO 80210
sklopman@hklawllc.com

*s/John R. Mann*