**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## NOTICE OF FILING AMENDED PLEADING

COMES NOW the above-named plaintiffs hereby give notice that on this date

they have filed their First Amended Complaint pursuant to Federal Rule of Civil

Procedure 15(a)(1).  Plaintiffs attach as an exhibit to this Notice a copy of the amended

1

pleading which strikes through the text to be deleted and underlines the text to be added as required by Local Rule 15.1.

Dated:  March 13, 2015

                Respectfully Submitted,

                s/ Alexander Hood_____
                Alexander Hood
                Towards Justice
                1535 High Street, Suite 300
                Denver, CO 80218
                Tel.: 720-239-2606
                Fax: 303-957-2289
                Email: alex@towardsjustice.org

                *Attorney for the Plaintiffs*

**Certificate of Service**

I hereby certify that on March 13, 2015, I served a true and correct copy of the forgoing Notice of Filing Amended Pleading on the individuals below pursuant to F.R.C.P. 5.

Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

*Attorneys for Defendant Cultural Care, Inc.*

John R. Mann
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
jmann@gordonrees.com

*Attorneys for Defendant AuPairCare, Inc.*

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan*

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

*Attorney for Defendants Agent Au Pair, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair*

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 377-7075
bmoore@jgllp.com

*Attorney for Defendant Au Pair International, Inc.*

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

*Attorney for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone: (727) 225-2649
bogdane@hotmail.com

*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*

3

| | |
|---|---|
| Meshach Y. Rhoades<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, Colorado 80202<br>Telephone: (303) 572-6508<br>rhoadesm@gtlaw.com<br><br>*Attorney for Defendant GreatAuPair, LLC* | Brian A. Birenbach<br>The Rietz Law Firm, LLC<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Telephone: (970) 468-0210<br>brian@rietzlawfirm.com<br><br>*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC* |
| Martha L. Fitzgerald<br>Kathryn A. Barrett<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202-4432<br>Telephone: (303) 223-1100<br>Mfitzgerald@bhfs.com<br>Kbarrett@bhfs.com<br><br>*Attorneys for Defendant EurAupair Intercultural Child Care Programs* | Daniel C. Perkins<br>Lawrence L. Lee<br>Fisher & Phillips, LLP<br>1801 California St., Suite 2700<br>Denver, CO 80202-3025<br>Telephone: (303) 218-3650<br>dperkins@laborlawlawyers.com<br>llee@laborlawlawyers.com<br><br>*Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America* |
| Brooke A. Colaizzi<br>Heather F. Vickles<br>Sherman & Howard L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Telephone: (303) 297-2900<br>hvickles@shermanhoward.com<br>bcolaizzi@shermanhoward.com<br><br>*Attorneys for Defendant Interexchange, Inc.* | James E. Hartley<br>Mher Hartoonian<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Telephone: (303) 295-8000<br>jhartley@hollandhart.com<br>mhartoonian@hollandhart.com<br><br>*Attorneys for Defendant Cultural Homestay International* |
| William J. Kelly III<br>Chanda M. Feldkamp<br>Kelly & Walker LLC<br>1401 17th Street, Suite 925<br>Denver, CO 80202<br>Telephone: (720) 236-1800<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br><br>*Attorneys for Defendant USAuPair, Inc.* | |

s/ Alexander Hood
Alexander Hood

4