**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,
v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS
## [DOC #s 74, 75, 82, 84-86 & 97]

COMES NOW, the above named Plaintiffs, with the following Response:

1

Subsequent to Defendants' Motions, the Plaintiffs filed their First Amended Complaint. The Motions to Dismiss are now moot and should be withdrawn by the Defendants or denied. *See Gilles v. U.S.,* 906 F.2d 1386, 1389 (10th Cir. 1990).

WHEREFORE, the Plaintiffs requests that Defendants' Motions to Dismiss Plaintiffs' original complaint (including DOC #s 74, 75, 82, 84-86 & 97) be denied.

Dated: March 13, 2015

Respectfully Submitted,

s/ Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

*Attorney for the Plaintiffs*

**Certificate of Service**

  I hereby certify that on March 13, 2015, I served a true and correct copy of the forgoing Response to Defendants' Motions to Dismiss on the individuals below pursuant to F.R.C.P. 5.

| | |
|---|---|
| Donald J. Gentile<br>E-mail: dgentile@lawson-weitzen.com<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue<br>Boston, MA 02210<br>Telephone: (617) 439-4990<br>Facsimile: (617) 439-3987 | John R. Mann<br>Gordon & Rees LLP<br>555 17th Street, Suite 3400<br>Denver, CO 80202<br>Telephone: (303) 534-5160<br>jmann@gordonrees.com<br><br>*Attorneys for Defendant AuPairCare, Inc.* |
| W.V. Bernie Siebert<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Tel: (303) 297-2900<br>Fax: (303) 298-0940<br>Email: bsiebert@shermanhoward.com<br><br>*Attorneys for Defendant Cultural Care, Inc.* | Susan P. Klopman<br>H&K Law, LLC<br>3900 E. Mexico Ave. Ste. 330<br>Denver, CO 80210<br>Telephone: (303) 749-0659<br>sklopman@hklawllc.com<br><br>*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan* |
| Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800<br>reilly@wtotrial.com<br><br>*Attorney for Defendants Agent Au Pair, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair* | Lawrence Daniel Stone<br>Dufford & Brown, P.C.<br>1700 Broadway, Suite 2100<br>Denver, CO 80290-2101<br>Telephone: (303) 861-8013<br>lstone@duffordbrown.com<br><br>*Attorney for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange* |
| Brian T. Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO 80202<br>Telephone: (303) 377-7075<br>bmoore@jgllp.com<br><br>*Attorney for Defendant Au Pair International, Inc.* | Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 2nd Avenue NE, Suite 213<br>St. Petersburg, FL 33701-3440<br>Telephone: (727) 225-2649<br>bogdane@hotmail.com<br><br>*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair* |

3

Meshach Y. Rhoades
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6508
rhoadesm@gtlaw.com

*Attorney for Defendant GreatAuPair, LLC*

Martha L. Fitzgerald
Kathryn A. Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
Telephone: (303) 223-1100
Mfitzgerald@bhfs.com
Kbarrett@bhfs.com

*Attorneys for Defendant EurAupair Intercultural Child Care Programs*

Brooke A. Colaizzi
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

*Attorneys for Defendant Interexchange, Inc.*

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant USAuPair, Inc.*

Brian A. Birenbach
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC*

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
Telephone: (303) 218-3650
dperkins@laborlawlawyers.com
llee@laborlawlawyers.com

*Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America*

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
mhartoonian@hollandhart.com

*Attorneys for Defendant Cultural Homestay International*

s/ Alexander Hood
Alexander Hood

4