IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:14-cv-03074 GPG

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

       Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

       Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Martin J. Estevao of the law firm of Greenberg Traurig, LLP hereby enters his appearance on behalf of Defendant Great AuPair, LLC in the above-captioned action and requests that he receive copies of all filings in this case.

Respectfully submitted this 17th day of March, 2015.

By: *s/ Martin J. Estevao*
Martin J. Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
Estevaom@gtlaw.com
Tele:  303-572-6500
Fax:  303-572-6540

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2015, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
*Attorney for Plaintiffs*

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
*Attorney for Pamela H. Noonan*
 *and Thomas J. Noonan*

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@sah.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for USAuPair, Inc.*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International, Inc.*

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay International*

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

3

Walter Vernon Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for Au Pair International, Inc.*

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
*Attorney for Au Pair International, Inc.*

Brian Alan Birenback
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for American Cultural Exchange,
LLC  d/b/a GoAuPair*

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
*Attorney for Agent Au Pair; American
Cultural Exchange, LLC d/b/a GoAuPair*

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
*Attorneys for A.P.E.X. American
Professional Exchange, LLC d/b/a
ProAuPair and 20/20 Care Exchange, Inc.
d/b/a The International Au Pair Exchange*

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for EurAupair Intercultural Child
Care Programs*

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
*Attorneys for American Institute for Foreign
Study d/b/a Au Pair in America; APF
Global Exchange, NFP*

Thomas B. Quinn
John R. Mann
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202
tquinn@gordonrees.com
jmann@gordonrees.com
*Attorneys for AuPairCare, Inc.*

4

5

   *s/ Julie Eaton*
     Julie Eaton