# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

## JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE BY
## DEFENDANT CULTURAL CARE, INC. AND ALL PLAINTIFFS

## CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1 and 6.1

Jeffrey P. Allen, counsel for Cultural Care, has conferred with counsel for all the parties regarding the requested relief.  Counsel for each of the other defendants stated that their clients do not oppose the request. The Plaintiffs join the Motion. The Motion shall be served on Defendant Cultural Care and all Plaintiffs pursuant to D.C.COLO.LCivR 6.1.

## ARGUMENT

A proposed scheduling order from all parties is due today for the March 25, 2015 scheduling conference. However, the Plaintiffs filed a 102 page amended complaint on March 13, 2015, which includes significant new allegations against Defendant Cultural Care. Cultural Care is now named in ten claims instead of one. Leading up to the amendment, all parties engaged in negotiations regarding a draft scheduling order, including two phone conferences with all parties present and the exchange of several drafts. But, given the scope and length of the amended complaint, Defendant Cultural Care has not had sufficient time to digest its implications, added claims, and added parties, and therefore is not now comfortable submitting a draft case schedule and settling on discovery limitations. Cultural Care believes the best course is to continue the scheduling conference for one month to allow it to properly analyze the complaint and submit a well-reasoned proposed scheduling order in advance of the conference.

Plaintiffs believe Cultural Care's rationale and request are proffered in good faith and therefore join in the motion.

## **CONCLUSION**

For the reasons discussed above, the Plaintiffs and Defendant Cultural Care request that this Court continue the scheduling conference currently scheduled for March 25, 2015 until a day convenient for the Court during the week of April 27, 2015.

Respectfully Submitted,

\_\_\_s/ Jeffrey P. Allen_____
Jeffrey P. Allen
E-mail: jallen@lawson-weitzen.com
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987


W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

        s/ Alexander Hood
_____
Alexander Hood
Towards Justice
1535 High St.
Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

ATTORNEY FOR THE PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of March, 2015, a true and correct copy of the foregoing motion was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander N. Hood
Towards Justice-Golden
601 16th Street, Suite C #207
Golden, CO 80401
Telephone: (720) 239-2606
alex@towardsjustice.org

*Attorney for Plaintiff Johana Paola Beltran and those similarly situated*

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

*Attorney for Defendants Agent Au Pair, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair*

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 377-7075
bmoore@jgllp.com

*Attorney for Defendant Au Pair International, Inc.*

John R. Mann

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan*

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

*Attorney for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone: (727) 225-2649
bogdane@hotmail.com

*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*

Brian A. Birenbach

5

Thomas B. Quinn
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160
tquinn@gordonrees.com
jmann@gordonrees.com

*Attorneys for Defendant AuPairCare, Inc.*

Katherine A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
Telephone: (303) 223-1100
Kbarrett@bhfs.com
Mfitzgerald@bhfs.com

*Attorneys for Defendant EuRaupair InterCultural Child Care Programs*

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

*Attorneys for Defendant Interexchange, Inc.*

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC

The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC*

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
Telephone: (303) 218-3650
dperkins@laborlawlawyers.com
llee@laborlawlawyers.com

*Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America*

James E. Hartley
Joseph Neguse
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
jneguse@hollandhart.com
mhartoonian@hollandhart.com

*Attorneys for Defendant Cultural Homestay International*

Meshach Y. Rhoades
Kutak Rock, LLP
1801 California Street, Suite 3000

1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant USAuPair, Inc.*

Denver, CO 80202-2626
Telephone: (303) 297-2400
rhoadesm@gtlaw.com

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
estevaom@gtlaw.com

*Attorneys for Defendant GreatAuPair, LLC*


\_\_\_\_\_s/ Donald J. Gentile_____
Donald J. Gentile