

1535 High Street, Suite 300
Denver, CO 80218
T: (720) 441-2236
F: (303) 957-2289
www.towardsjustice.org

March 17, 2015

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

      RE:    Motion to Continue Scheduling Conference
             *Beltran v. Noonan et al.*
             Case No. 14-cv-03074-CMA-CBS

Dear Ms. Colaizzi:

Thank you for sharing your motion to continue the scheduling conference with me. My clients do not oppose the relief you seek, but do oppose your characterizations in the body of the motion itself. My clients accept that, as I understand your position to be, you need time to digest the amended complaint prior to committing to any scheduling timelines or discovery limits. That is a reasonable position for you to take and I am happy to draft a joint motion with that reasoning supporting the request for a continuance.

Further, I suspect that your inability to incorporate any of my suggested changes into your motion stems from you first sharing your draft of the motion with me at roughly 2:30pm this afternoon and that you have been unable to gain approval from the other Defendants for any of my proposed changes prior to your self-imposed 5pm filing deadline. To that end, there is no reason this motion cannot be filed tomorrow and, to the extent you believe a deadline exists today, I am happy to consent to an extension of time.

Finally, similar to my suggestion on Friday, rather than vacating next week's hearing, I suggest that we request that the hearing still be held as a status conference to discuss our fundamental disagreements on scheduling, including whether or not the scheduling order should address scheduling for class certification only or include the merits as well.

I look forward to further consulting with you on the motion.

Sincerely,

Alexander N. Hood

1

CC:

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Susan Penniman Klopman
sklopman@hklawllc.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com