**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## NOTICE OF DISMISSAL OF DEFENDANT ASSOCIATES IN CULTURAL EXCHANGE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**TO: THE COURT AND THE ABOVE PARTIES**

1

**TAKE NOTICE THAT** the Plaintiffs hereby dismiss all claims against Defendant ASSOCIATES IN CULTURAL EXCHANGE dba GOAUPAIR pursuant to F.R.C.P. 41(a)(1)(A)(i). The Plaintiffs maintain their claims against all other Defendants.

Dated: March 23, 2015

        Respectfully Submitted,

        s/Alexander Hood_____
        Alexander Hood
        Towards Justice
        1535 High Street, Suite 300
        Denver, CO  80218
        Tel: 720-239-2606
        Fax: 303-957-2289
        Email: alex@towardsjustice.org

        *Attorney for the Plaintiffs*

## Certificate of Service

I hereby certify that on March 23, 2015, I served a true and correct copy of the forgoing Notice on the individuals below pursuant to F.R.C.P. 5.

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Susan Penniman Klopman
sklopman@hklawllc.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

s/ Alexander Hood
Alexander Hood

3