IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR AGENCY DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

---

COME NOW the Plaintiffs and the agency Defendants, by and through their respective undersigned counsel, pursuant to D.C.COLO.LCivR 6.1(a), and stipulate to a 21-day extension of time for the agency Defendants to respond to Plaintiffs' First Amended Complaint, filed March 13, 2015 (Doc. #101). The signatories to this Stipulation agree that this extension establishes **April 20, 2015** as the deadline for the agency Defendants' responses.  None of the agency Defendants has previously sought an extension of this deadline.  The undersigned certify that a copy of this Stipulation was simultaneously served on their respective clients.

DATED this 26th day of March, 2015.

Respectfully submitted,

| | |
|---|---|
| _s/Alexander Hood_<br>Alexander Hood<br>Towards Justice<br>1535 High Street, Suite 300<br>Denver, CO  80218<br>Tel:  (720) 239-2606<br>Fax:  (303) 957-2289<br>Email:  alex@towardsjustice.org<br><br>Attorney for Plaintiffs | _s/Jeffrey P. Allen_<br>Jeffrey P. Allen<br>Donald J. Gentile<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA  02210<br>Tel:  (617) 439-4990<br>Fax:  (617) 439-3987<br>Email:  jallen@lawson-weitzen.com<br>Email:  dgentile@lawson-weitzen.com<br><br>W.V. Bernie Siebert<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Tel:  (303) 297-2900<br>Fax:  (303) 298-0940<br>Email:  bsiebert@shermanhoward.com<br><br>Attorneys for Defendant Cultural Care, Inc. |

| | |
|---|---|
| *s/ Brooke A. Colaizzi*<br>Heather F. Vickles<br>Brooke A. Colaizzi<br>Raymond M. Deeny<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, CO 80202<br>Tel: (303) 297-2900<br>Fax: (303) 298-0940<br>Email: hvickles@shermanhoward.com<br>Email: bcolaizzi@shermanhoward.com<br>Email: rdeeny@shermanhoward.com<br><br>Attorneys for Defendant InterExchange, Inc. | *s/William J. Kelly III*<br>William J. Kelly III<br>Chanda M. Feldkamp<br>KELLY & WALKER LLC<br>1401 17th Street, Suite 925<br>Denver, CO 80202<br>Tel: (720) 236-1800<br>Fax: (720) 236-1799<br>Email: wkelly@kellywalkerlaw.com<br>Email: cfeldkamp@kellywalkerlaw.com<br><br>Attorneys for Defendant USAupair, Inc. |
| *s/Brian A. Birenbach*<br>Brian A. Birenbach<br>The Rietz Law Firm, L.L.C.<br>114 Village Place, Suite 301<br>Dillon, CO 80435<br>Tel: (970) 468-0210<br>Fax: (970) 468-0371<br>Email: brian@rietzlawfirm.com<br><br>Attorney for Defendant Au Pair International, Inc. | *s/Bogdan Enica*<br>Bogdan Enica<br>Expert AuPair<br>111 Second Ave NE, Ste. 213<br>St. Petersburg, FL 33701<br>Tel: (727) 388-3742<br>Email: Bogdan@expertaupair.com<br><br>Attorney for Defendant Expert AuPair |
| *s/Kathryn A. Reilly*<br>Kathryn A. Reilly<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street Suite 4500<br>Denver CO 80202-5647<br>Tel: (303) 244-1800<br>Fax: (303) 244-1879<br>Email: reilly@wtotrial.com<br><br>Attorney for Defendants Agent Au Pair, Inc. and American Cultural Exchange d/b/a GoAuPair | *s/Lawrence Lee*<br>Lawrence Lee<br>Daniel C. Perkins<br>Fisher & Phillips LLP<br>1801 California Street, Suite 2700<br>Denver, CO 80202<br>Tel: (303) 218-3650<br>Fax: (303) 218-3651<br>Email: llee@laborlawyers.com<br>Email: dperkins@laborlawyers.com<br><br>Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a Au Pair in America |
| | |

| | |
|---|---|
| *s/Brian T. Moore*<br>Brian T. Moore<br>Jester Gibson & Moore, LLP<br>1999 Broadway, Suite 3225<br>Denver, CO  80220<br>Tel:  (303) 377-7888<br>Fax:  (303) 377-7075<br>Email:  BMoore@jgllp.com<br><br>Attorney for Defendant Au Pair International, Inc. | *s/Meshach Y. Rhoades*<br>Meshach Y. Rhoades<br>Martin Estevao<br>Greenberg Traurig, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO  80202<br>Tel:  (303) 572-6500<br>Fax:  (303) 572-6540<br>Email:  Rhoadesm@gtlaw.com<br>Email:  Estevaom@gtlaw.com<br><br>Attorneys for Defendant GreatAuPair, LLC |
| *s/James E. Hartley*<br>James E. Hartley<br>Mher Hartoonian<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO  80202<br>Tel:  (303) 295-8000<br>Fax:  (303) 713-6202<br>Email:  jhartley@hollandhart.com<br>Email:  mhartoonian@hollandhart.com<br><br>Attorneys for Defendant Cultural Homestay International | *s/Martha L. Fitzgerald*<br>Martha L. Fitzgerald<br>Kathryn A. Barrett<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO  80202-4432<br>Tel:  (303) 223-1100<br>Email:  mfitzgerald@bhfs.com<br>Email:  kbarrett@bhfs.com<br><br>Attorneys for Defendant EuRaupair Intercultural Child Care Programs |
| *s/Lawrence D. Stone*<br>Lawrence D. Stone<br>Christian D. Hammond<br>Dufford & Brown, P.C.<br>1700 Broadway, Suite 2100<br>Denver, CO  80290-2101<br>Tel:  (303) 861-8013<br>Fax:  (303) 832-3804<br>Email: lstone@duffordbrown.com<br>         chammond@duffordbrown.com<br><br>Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a Pro Au Pair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange | *s/John R. Mann*<br>John R. Mann<br>Thomas B. Quinn<br>Gordon & Rees, LLP<br>555 Seventeenth Street, Suite 3400<br>Denver, CO 80202<br>Tel:  (303) 534-5160<br>Fax:  (303) 534-5161<br>Email:  jmann@gordonrees.com<br>Email:  tquinn@gordonrees.com<br><br>Attorneys for Defendant AuPairCare, Inc. |

EMPLOY/1194408.1

5

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 26th day of March, 2015, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME FOR AGENCY DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO  80210
Email:  sklopman@hklawllc.com

*s/Clarine R. Kuntz*

5