**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

**UNOPPOSED MOTION FOR LEAVE TO FILE ENLARGED MOTION TO DISMISS BY DEFENDANT CULTURAL CARE, INC.**

Defendant Cultural Care, Inc. ("Cultural Care"), pursuant to Judge Arguello's Civ. Practice Standard 10.1(c)(3), hereby respectfully requests that this Honorable Court grant it leave to file a motion to dismiss in response to Plaintiffs' First Amended Complaint (Docket No. 101) not to exceed 25 pages.  Good cause exists for an enlarged motion because the additional space is necessary to adequately address the allegations in the 102-page Amended Complaint, which includes ten claims against Cultural Care.  Plaintiffs do not oppose the relief requested herein.

In further support of this Motion, Cultural Care states as follows:

1. This case involves the United States au pair cultural exchange program under which foreign au pair candidates are afforded the opportunity to live in the United States and participate in the home life of an American host family.  Au pair candidates are placed with host families by exchange visitor program sponsors that are designated by the U.S. Department of State ("DOS").  The defendants in this case, other than Pamela and Thomas Noonan, are the sponsors for the program.  The program is overseen, facilitated, and regulated by DOS.

2. Plaintiff Johana Paola Beltran, who alleges that she participated in the program after being placed with a host family by InterExchange, Inc., filed the initial 27-page Complaint in this case on November 13, 2014.  She asserted only a single claim under Section 1 of the Sherman Act against Cultural Care.

3. Cultural Care filed its Motion to Dismiss with the Court on February 20, 2015 (Docket No. 74) seeking dismissal of Plaintiff Beltran's single claim against it.  All 15 pages allowed under Judge Arguello's practice standards were necessary to adequately

2

brief the facts relevant to the exchange program and the issues surrounding the Sherman Act claim.

4. On Friday, March 13, 2015, a 102-page First Amended Complaint was filed (Docket No. 101) that, among other things, added four additional plaintiffs and increased the number of claims asserted against Cultural Care from 1 to 10.

5. Instead of a single Sherman Act claim, the following ten claims were asserted against Cultural Care in the First Amended Complaint:

        Count I:       Sherman Act;

        Count II:      Civil RICO;

        Count III:     Breach of Fiduciary Duty Based on Laws of Several States;

        Count IV:     Negligent Misrepresentation;

        Count V:      Constructive Fraud and Fraudulent Concealment;

        Count VI:     Consumer Protection;

        Count VII:    Breach of Contract and Quasi Contract;

        Count VIII:   FLSA Minimum Wage and Overtime;

        Count IX:     Unpaid Wages Under Laws of Several States; and

        Count X:      Violations of New York Wage Act.

6. Cultural Care will be unable to address all pertinent issues related to the First Amended Complaint within the 15-page limitation in Judge Arguello's Civ. Practice Standard 10.1(c)(1).

7. While Cultural Care was able to adequately brief the facts relevant to the exchange program and the issues surrounding the Sherman Act claim within the 15-page

3

limit, it is unable to conform to the length limitation now that the complaint has been expanded from 27 to 102 pages and the number of claims asserted against Cultural Care has been increased from 1 to 10.

8. An increase in the page limitation from 15 to 25 pages will allow Cultural Care to present this Court with the information necessary to make an informed decision with respect to the allegations and claims asserted in the First Amended Complaint.

9. Counsel for the Plaintiffs, Alexander Hood, has agreed to an extension through April 20, 2015 for defendants to respond to the First Amended Complaint and counsel filed a stipulation under D.C.COLO.LCivR 6.1(a) on March 26, 2015 (Docket No. 115).

10. Cultural Care has endeavored to comply with Judge Arguello's Civ. Practice Standard 10.1(c)(3) by filing this motion well in advance of the April 20, 2015 deadline for filing a responsive pleading.

11. Purusant to D.C.COLO.LCivR 7.1, counsel for Cultural Care, Donald J. Gentile, conferred with Attorney Hood regarding the relief requested herein, and Attorney Hood indicated that Plaintiffs do not oppose such relief.

WHEREFORE, Cultural Care respectfully requests that this Honorable Court grant it leave to file a motion to dismiss in response to Plaintiffs' First Amended Complaint not to exceed 25 pages.

Respectfully Submitted,


   s/ Donald J. Gentile_____
Jeffrey P. Allen
E-mail: jallen@lawson-weitzen.com
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

-and-

W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of March, 2015, a true and correct copy of the foregoing motion was electronically filed with the Court using the CM/ECF system which will send notification of such filing to the following:

Alexander N. Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Telephone: (720) 239-2606
alex@towardsjustice.org

*Attorney for Plaintiff Johana Paola Beltran and those similarly situated*

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

*Attorney for Defendants Agent Au Pair, Inc. and American Cultural Exchange, LLC d/b/a GoAuPair*

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
Telephone: (303) 377-7075
bmoore@jgllp.com

*Attorney for Defendant Au Pair International, Inc.*

John R. Mann
Thomas B. Quinn
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202
Telephone: (303) 534-5160

Susan P. Klopman
H&K Law, LLC
3900 E. Mexico Ave. Ste. 330
Denver, CO 80210
Telephone: (303) 749-0659
sklopman@hklawllc.com

*Attorney for Defendants Pamela H. Noonan and Thomas J. Noonan*

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
lstone@duffordbrown.com

*Attorney for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701-3440
Telephone: (727) 225-2649
bogdane@hotmail.com

*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*

Brian A. Birenbach
The Rietz Law Firm, LLC
114 Village Place, Suite 301
Dillon, CO 80435
Telephone: (970) 468-0210
brian@rietzlawfirm.com

6

tquinn@gordonrees.com
jmann@gordonrees.com

*Attorneys for Defendant AuPairCare, Inc.*

Katherine A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432
Telephone: (303) 223-1100
Kbarrett@bhfs.com
Mfitzgerald@bhfs.com

*Attorneys for Defendant EuRaupair InterCultural Child Care Programs*

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

*Attorneys for Defendant Interexchange, Inc.*

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Telephone: (720) 236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant USAuPair, Inc.*

*Attorney for Defendants Au Pair International, Inc. and American Cultural Exchange, LLC*

Daniel C. Perkins
Lawrence L. Lee
Fisher & Phillips, LLP
1801 California St., Suite 2700
Denver, CO 80202-3025
Telephone: (303) 218-3650
dperkins@laborlawlawyers.com
llee@laborlawlawyers.com

*Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study, d/b/a Au Pair in America*

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
jhartley@hollandhart.com
mhartoonian@hollandhart.com

*Attorneys for Defendant Cultural Homestay International*

Meshach Y. Rhoades
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO 80202-2626
Telephone: (303) 297-2400
rhoadesm@gtlaw.com

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500

7

estevaom@gtlaw.com

*Attorneys for Defendant GreatAuPair, LLC*

   s/ Donald J. Gentile
_____
Donald J. Gentile