IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHENENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRE IVETTE GONZALES;
and those similarly situated

  Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

  Defendants.

**UNOPPOSED MOTION TO FILE ENLARGED MOTION TO DISMISS**

COMES NOW Defendant InterExchange, Inc. ("InterExchange"), by and through its undersigned counsel, and hereby moves the Court pursuant to Civil Practice Standard 10.1(c)(3) for leave to file a Motion to Dismiss in excess of the 15-page limit set forth in the Court's Civil Practice Standard 10.1(c)(1). As good cause therefore, InterExchange states as follows:

1. The original Complaint was filed November 13, 2014. (Doc. #1.)

2. The original Complaint was filed on behalf of a single named Plaintiff, Johana Paola Beltran, against InterExchange, fourteen other agency Defendants, and two individuals, Pamela H. and Thomas J. Noonan. (Doc. #1.)

3. The original Complaint with attachments was 132 paragraphs and 29 pages long.

4. The original Complaint pleaded an antitrust claim against the fifteen agency Defendants. (Doc. #1 at ¶¶ 82-92.) Four of the remaining five claims were pleaded against InterExchange and/or InterExchange and the Noonans, and one claim was pleaded only against the Noonans. (Id. at ¶¶ 93-123.)

5. The claims Plaintiff Beltran pleaded against InterExchange in the original Complaint were a collective action under the Fair Labor Standards Act (Doc. #1 at ¶¶ 93-102), class action violation of multiple unspecified states' wage laws (id. at ¶¶ 103-112), class action breach of fiduciary duty (id. at ¶¶ 113-119), and class action violation of New York state wage law (id. at ¶¶ 120-123).

6. InterExchange filed a Motion to Dismiss the original Complaint on February 20, 2015. The motion was fifteen (15) pages long. (Doc. #75.) It did not include argument

2

regarding the antitrust claim; InterExchange joined with certain other agency Defendants in a separate motion to dismiss that claim.  (Doc. #82.)

7.   A First Amended Complaint was filed on March 13, 2015.  (Doc. #101.)  It is 534 paragraphs long, and with attachments, 112 pages long.  (Id.)

8.   The First Amended Complaint joined four new plaintiffs.  (Doc. #101.)  The First Amended Complaint also asserted a multitude of new facts and made the following changes or additions to claims in the Complaint:

    a. Added a new antitrust theory to Count I pleaded against all of the agency Defendants (Doc. #101 at ¶ 471);

    b. Added a civil class action claim under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964(C) against InterExchange and agency Defendants Cultural Care and Au Pair in America (Doc. #101 at ¶¶ 475-481);

    c. Added agency Defendants Cultural Care, Au Pair in America, and GoAuPair as Defendants to the class action breach of fiduciary duty claim (Doc. #101 at ¶¶ 482-484);

    d. Added a class action negligent misrepresentation claim under unspecified states' laws against InterExchange and agency Defendants Cultural Care, Au Pair in America, and GoAuPair (Doc. #101 at ¶¶ 485-487);

    e. Added a class action constructive fraud/fraudulent concealment claim under unspecified states' laws against InterExchange and agency

3

    Defendants Cultural Care, Au Pair in America, and GoAuPair (Doc. #101 at ¶¶ 488-490);

 f. Added a class action consumer protection claim under unspecified states' laws against InterExchange and agency defendants Cultural Care, Au Pair in America, and GoAuPair (Doc. #101 at ¶¶ 491-493);

 g. Added a class action breach of contract/quasi contract claim against InterExchange and agency Defendants Cultural Care, Au Pair in America, and GoAuPair (Doc. #101 at ¶¶ 494-500);

 h. Added Cultural Care, Au Pair in America, and GoAuPair as defendants to the collective action FLSA claim (Doc. #101 at ¶¶ 501-512);

 i. Added Cultural Care, Au Pair in America, and GoAuPair as defendants to the class action claim for unpaid wages under unspecified states' laws (Doc. #101 at ¶¶ 513-521); and

 j. Added Cultural Care, Au Pair in America, and GoAuPair as defendants to the class action wage claim under New York law (Doc. #101 at ¶¶ 522-527).

9. Due to the length of the First Amended Complaint, the parties stipulated to a 21-day extension to the agency Defendants' response time, to April 20, 2015.  (Doc. #115.)

10. InterExchange intends to file a Motion to Dismiss directed to most, if not all, of the claims pleaded against it in the First Amended Complaint.

11. InterExchange anticipates that it will be unable to adequately address all issues involved in a Motion to Dismiss the lengthy First Amended Complaint in fifteen (15) pages.

12. InterExchange respectfully requests leave to a file a Motion to Dismiss no longer than 25 pages, inclusive of the items included in Civil Practice Standard 10.1(c)(1).

13. Pursuant to D.C.COLO.LCivR 7.1, counsel for InterExchange conferred with Plaintiffs' counsel on March 31, 2015, who indicated that Plaintiffs do not oppose this request.

14. InterExchange makes this request nearly three weeks in advance of the response deadline.

For the reasons stated herein, InterExchange respectfully requests that it be granted leave to file a Motion to Dismiss no longer than 25 pages, inclusive of the items in Civil Practice Standard 10.1(c)(1).

DATED this 31st day of March, 2015.

        Respectfully submitted,

        *s/ Brooke A. Colaizzi*
        Brooke A. Colaizzi
        Raymond M. Deeny
        Heather F. Vickles
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Tel: (303) 297-2900
        Fax: (303) 298-0940
        Email:  bcolaizzi@shermanhoward.com
        Email:  rdeeny@shermanhoward.com
        Email:  hvickles@shermanhoward.com

        ATTORNEYS FOR DEFENDANT
        INTEREXCHANGE, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of March, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO FILE ENLARGED MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
Email: alex@towardsjustice.org

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Brian T. Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80220
Email: BMoore@jgllp.com

Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Email: lstone@duffordbrown.com
Email: chammond@duffordbrown.com

William J. Kelly III
Chandra M. Feldkamp
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Email: reilly@wtotrial.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: mhartoonian@hollandhart.com

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bsiebert@shermanhoward.com

Jeffrey P. Allen
Donald Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Email: jallen@lawson-weitzen.com
Email: dgentile@lawson-weitzen.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL  33701
Email:  Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, CO  80202
Email:  Rhoadesm@gtlaw.com
Email:  Estevaom@gtlaw.com

Martha L. Fitzgerald
Kathryn A. Barrett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email:  kbarrett@bhfs.com

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  dperkins@laborlawyers.com

Thomas Quinn
John Mann
Gordon Rees Scully Mansukhani LLP
555 Seventeenth Street, Suite 3400
Denver, CO  80202
Email:  tquinn@gordonrees.com
Email:  jmann@gordonrees.com

*s/ Clarine R. Kuntz*

8