**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

**STIPULATED DISMISSAL OF DEFENDANTS PAMELA NOONAN AND THOMAS NOONAN PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) & (ii) AND MOTION TO AMEND COURT CAPTION**

---

Plaintiff Beltran and Defendants Pamela and Thomas Noonan hereby jointly notice the dismissal of all claims against Defendants Pamela Noonan and Thomas Noonan pursuant to F.R.C.P. 41(a)(1)(A)(i) and (ii) with prejudice, and with Plaintiff Beltran and the Noonans to pay her/their own costs.  The above parties also jointly request that the case caption be amended to remove Pamela and Thomas Noonan's names.

The Plaintiffs maintain all other claims against all other Defendants.

Dated: April 3, 2015.

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Tel: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

*Attorney for the Plaintiffs*

s/Susan Klopman
Susan P. Klopman
Attorney for Pamela and Thomas Noonan
H&K Law, LLC
3900 E. Mexico Avenue
Suite 330
Denver, CO 80210
sklopman@hklawllc.com
O: (303) 749-0659
F: (303) 927-0809

Case No. 1:14-cv-03074-CMA-KMT   Document 118   filed 04/03/15   USDC Colorado   pg 2 of 3

## Certificate of Service

   I hereby certify that on April 3, 2015, I served a true and correct copy of the forgoing Notice on the individuals below pursuant to F.R.C.P. 5.

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

            s/ Alexander Hood
            Alexander Hood