**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEEELEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR;
AGENT AU PAIR; INC.;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR; and
20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

**UNOPPOSED MOTION TO FILE A JOINT MOTION TO DISMISS
IN EXCESS OF 15 PAGES**

Pursuant to the Court's Civil Practice Standard 10.1(c)(3), defendant Cultural

Homestay International ("CHI") respectfully moves for leave to file a joint motion to

dismiss in excess of the 15-page limit set forth in Civil Practice Standard 10.1(c)(1). Specifically, CHI requests leave to file a joint motion to dismiss of up to 25 pages, inclusive of cover page, table of contents, table of cases and argument (but exclusive of signature pages).

CHI is authorized to state that plaintiffs do not oppose this motion.

For the following reasons, CHI submits that good cause exists for it to file a joint motion to dismiss in excess of the normal 15-page limit.

1. The First Amended Complaint was filed on March 13, 2015 and is slightly over 100 pages long. (Doc. #101). By stipulation, April 20, 2015 is the deadline for defendants to respond to the amended complaint. (Doc. #115.)

2. CHI will be filing a motion to dismiss on behalf of most of the agency defendants. The present draft of the joint motion is approximately 18-pages, exclusive of signature pages.

3. CHI has attempted to be as concise as possible in drafting the joint motion, but counsel for CHI believes that the additional pages are necessary to allow the submission of a joint motion that adequately addresses issues relating to the multiple defendants who will be joining in the motion. In addition, counsel for CHI believes it would be useful for the Court to have a table of contents and table of cases.

4. Including the cover page, table of contents, table of cases and substance of the motion (but not including signature pages), the final version of the joint motion, will not exceed 25-pages.

Therefore, pursuant to Civil Practice Standard 10.1(c)(3), CHI respectfully seeks leave to file a joint motion to dismiss not to exceed 25-pages, exclusive of signature pages.

Dated April 13, 2015.

Respectfully submitted,

*s/James E. Hartley*
James E. Hartley
Mher Hartoonian
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone:  303-295-8000
jhartley@hollandhart.com
mhartoonian@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Alexander Neville Hood
TOWARDS JUSTICE-GOLDEN
alex@towardsjustice.org

Susan Penniman Klopman
H & K LAW, LLC
sklopman@hklawllc.com

Brian T. Moore
JESTER GIBSON & MOORE LLP
BMoore@jgllp.com

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
W.V.Bernie Siebert
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bsiebert@shermanhoward.com

Bogdan Enica
EXPERT AUPAIR
Bogdan@expertaupair.com

Martha Louise Fitzgerald
Kathryn Anne Barrett
BROWNSTEIN HYATT FARBER SCHRECK, LLP
mfitzgerald@bhfs.com
kbarrett@bhfs.com

Jeffrey Paul Allen
Donald J. Gentile
LAWSON & WEITZEN, LLP
jallen@lawson-weitzen.com

William James Kelly, III
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com

Brian Alan Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

Kathryn A. Reilly
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com

Lawrence D. Stone
Christian D. Hammond
DUFFORD & BROWN, P.C.
lstone@duffordbrown.com'
chammond@duffordbrown.com

Meshach Y. Rhoades
Martin Estevao
GREENBERG TRAURIG, LLP
rhoadesm@gtlaw.com
estevaom@gtlaw.com

Lawrence L. Lee
Daniel C. Perkins
FISHER & PHILLIPS LLP
llee@laborlawyers.com
dperkins@laborlawyers.com

s/James E. Hartley
James E. Hartley
HOLLAND & HART LLP

7724400_1