IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-03074-CMA-CBS | Date: April 16, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

JOHANA PAOLA BELTRAN, *et al.,*        Alexander Hood

Plaintiff,

v.

PAMELA H NOONAN, *et al.,*             Heather Vickles
                                        William Kelly
                                        Martin Estevao
                                        Meshach Rhoades
                                        Bogdan Enica
                                        Kathryn Barrett
                                        Martha Fitzgerald
                                        James Hartley
                                        Mher Hartoonian
                                        Donald Gentile
                                        Jeffrey Allen
                                        Walter Siebert
                                        John Mann
                                        Thomas Quinn
                                        Brian Moore
                                        Daniel Perkins
                                        Lawrence Lee
                                        Kathryn Reilly
                                        Lawrence Stone
                                        Christian Hammond

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 03:10 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to the defendants wanting a protective order which would stay discovery pending a ruling on motions to dismiss which will be filed on Monday.

**ORDERED:**  Discovery is STAYED, including initial disclosures until the Scheduling Conference set for May 26, 2015.

Hearing Concluded.

**Court in recess: 03:22 p.m.**
Total time in court: 00:12

To order transcripts of hearing with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.