# Exhibit A

.. .



Call **888.AUPAIR.1**
**888.287.2471**

Login

*a cultural child care experience*    HOME | FIND AN AU PAIR | BE AN AU PAIR | PARTNERS | RESOURCES | CONTACT US

OVERVIEW    PRICING    BENEFITS    HOW IT WORKS    WHY GO AU PAIR    VIEW AU PAIRS    REGISTER    FAQ    BLOG

**Plans & Pricing** > Fees by Au Pair Type

### Available Au Pair Programs

**APPLY ONLINE**

**Watch Program Pricing Video**

| 1 Year Program Fees | Standard | Educare | Plus | Premiere |
|---|---|---|---|---|
| Application Fee | $250 | $250 | $250 | $250 |
| Program Fee | $7,695 | $6,995 | $7,695 | $7,895 |
| International & Domestic Air Travel Fees | Learn More | Learn More | Learn More | Learn More |
| Minimum Weekly Stipend | $195.75 | $146.81 | $215.00 | $255.00 |
| Education Contribution | $500 | $1,000 | $500 | $500 |
| Hours Per Week | 45 hours | 30 hours | 45 hours | 45 hours |
| **Average Weekly Cost** | **$353.35** | **$300.56** | **$372.60** | **$416.44** |
| **Average Hourly Cost** | **$7.85** | **$10.02** | **$8.28** | **$9.25** |

**SEARCH AU PAIRS**

**Request** Information

[ I want to be a Host Family ▼ ]

[ First Name ] [ Last Name ]

[ Email Address ]

[ Phone ] [ Zip ]

[ What are your child care needs? ]

**SUBMIT REQUEST**

In country Au Pairs are priced uniquely. Contact our office for more details.

### Variations by Au Pair Type and Host Family

Fees for Au Pair child care depend on both the Host Family and the type of Au Pair chosen. Variations exist in the following categories:

- Number of hours the Au Pair works each week
- Number of weeks in the placement
- Weekly stipend
- Educational contribution
- Program fee
- Domestic and international air travel fee
- Optional New York Introductory Workshop (additional $400)
- Discounts or promotions awarded

Go Au Pair does not charge an additional fee for infant qualified Au Pairs.

The **number of hours the Au Pair works each week** is determined by the Host Family and cannot exceed regulation maximums. EduCare Au Pairs work a maximum of 30 hours per week. All other Au Pairs work a maximum of 45 hours per week. Any Au Pair may work fewer hours than the regulation maximum which results in a different hourly average cost.

The **number of weeks in the placement** is 52 for a full-year out of country Au Pair (51 if the Au Pair attends the New York Introductory Workshop) and varies widely for in country Au Pairs. Out of country Au Pairs are currently residing outside the United States and upon matching with a Host Family, are available to travel to the US upon finalizing the paperwork. In country Au Pairs are currently residing within the United States and are available to extend their Au Pair experience or transfer Host Families. These in country Au Pairs are typically available sooner and have already been working as an Au Pair for a Host Family in the United States.

The **educational contribution** is a maximum contribution amount paid by Host Families and set by regulations. The maximum educational contribution is $1,000 for EduCare Au Pairs and $500 for all other Au Pairs.

**Domestic and international air travel fees** may apply to your out of country Au Pair depending on the international airport your Au Pair departs from and the domestic airport your Au Pair arrives into. Au Pairs already in the U.S. have unique air travel fees associated. Learn more about Domestic Air Travel fee and International Air Travel fees or contact us for specifics.

The **optional New York Introductory Workshop ($400)** includes CPR and First Aid Certification, a discussion on cultural differences, information on what to expect as an Au Pair, and a tour of New York City.

**Discounts and promotions** depend on the Host Family. All Host Families receive our application fee discount. Learn what other discounts you are eligible for on our discounts page.

   

- Albuquerque Au Pairs
- Allentown Au Pairs
- Anchorage Au Pairs
- Appleton Au Pairs
- Arlington, VA Au Pairs
- Aspen Au Pairs
- Athens Au Pairs
- Atlanta Au Pairs
- Austin Au Pairs
- Baltimore Au Pairs
- Boston Au Pairs
- Boulder Au Pairs
- Bozeman Au Pairs
- Buffalo Au Pairs
- Burlington Au Pairs
- Central New Jersey Au Pairs
- Charleston WV Au Pairs
- Charlotte Au Pairs
- Chicago Au Pairs
- Chico Au Pairs
- Cincinnati Au Pairs
- Cleveland Au Pairs
- Columbus Au Pairs
- Corpus Christi Au Pairs
- Dallas Au Pairs
- Denver Au Pairs
- Detroit Au Pairs
- Durham Au Pairs
- Fairfax Au Pairs
- Fayetteville, NC Au Pairs
- Fort Lauderdale Au Pairs
- Fort Myers Au Pairs
- Fort Walton Beach Au Pairs
- Fredericksburg Au Pairs
- Fresno Au Pairs
- Gainesville Au Pairs
- Gilroy Au Pairs
- Glen Rock Au Pairs
- Grand Rapids Au Pairs
- Greenville Au Pairs
- Gulfport Au Pairs
- Hampton Roads Au Pairs
- Harrisburg Au Pairs
- Hartford Au Pairs
- Houston Au Pairs
- Indianapolis Au Pairs
- Jackson, WY Au Pairs
- Jacksonville, NC Au Pairs
- Kansas City Au Pairs
- Knoxville Au Pairs
- Las Vegas Au Pairs
- Lexington Au Pairs
- Little Rock Au Pairs
- Long Beach Au Pairs
- Long Island Au Pairs
- Los Angeles Au Pairs
- Louisville Au Pairs
- Madison Au Pairs
- Manchester Au Pairs
- Memphis Au Pairs
- Miami Au Pairs
- Milford Au Pairs
- Minneapolis Au Pairs
- Monterey Bay Au Pairs
- Morgantown Au Pairs
- Myrtle Beach Au Pairs
- Nashville Au Pairs
- New Orleans Au Pairs
- New York City Au Pairs
- North Bay Au Pairs
- Northern New Jersey Au Pairs
- Ocala Au Pairs
- Oklahoma City Au Pairs
- Omaha Au Pairs
- Orange Au Pairs
- Orlando Au Pairs
- Palm Bay Au Pairs
- Pensacola Au Pairs
- Peoria Au Pairs
- Philadelphia Au Pairs
- Phoenix Au Pairs
- Pittsburgh Au Pairs
- Portland Au Pairs
- Portland ME Au Apairs
- Poughkeepsie Au Pairs
- Princeton
- Providence Au Pairs
- Raleigh-Durham Au Pairs
- Reno Au Pairs
- Reston Au Pairs
- Richmond Au Pairs
- Riverside Au Pairs
- Roanoke Au Pairs
- Sacramento Au Pairs
- Salt Lake City Au Pairs
- San Antonio Au Pairs
- San Diego Au Pairs
- San Francisco Au Pairs
- San Jose Au Pairs
- Santa Rosa Au Pairs
- Scranton Au Pairs
- Seattle Au Pairs
- Sioux Falls Au Pairs
- South Bend Au Pairs
- South West Maryland Au Pairs
- Southern New Jersey Au Pairs
- Spokane Au Pairs
- Springfield, IL Au Pairs
- St. Louis Au Pairs
- Tacoma Au Pairs
- Tahoe Au Pairs
- Tallahassee Au Pairs
- Tampa Au Pairs
- Toledo Au Pairs
- Tucson Au Pairs
- Tulsa Au Pairs
- Washington DC Au Pairs
- Williamsport Au Pairs
- Wilmington, NC Au Pairs