# Exhibit E



United States Department of State

Bureau of Educational and Cultural Affairs

Washington, DC 20522

www.state.gov

December, 2010

Dear Au Pair Program Participant,

On behalf of the U.S. Department of State, I am pleased to welcome you to the Au Pair program. This program is a unique opportunity for you to experience first-hand the culture and diversity that the United States has to offer. As a valued participant in this program, you are among many young adult exchange visitors serving as your country's citizen ambassador in the United States. We want your experience to be both positive and rewarding. It is our hope that such an experience will promote and foster a better understanding of the values of the American people.

As a participant in a formal exchange program you have signed a contractual agreement with an American host family to care for their children while you live as an employee and a guest in their home. The program also requires you to complete an educational component. You are expected to return to your home country when your program ends. We know that with a positive attitude and respect for others you will achieve a close and successful relationship with your host family.

We welcome your decision to come to the United States. It is extremely important that you notify your sponsoring organization with any concerns or problems you may have, especially if you find yourself in a circumstance that threatens your personal health, safety or well-being or a situation that makes you uncomfortable. If your sponsor organization is not responsive to your concerns, you should not hesitate to contact the Department of State directly at jvisas@state.gov . Information about the Au Pair program may be found on our website at http://exchanges.state.gov/jexchanges/programs/aupair.html . The regulations governing the program are found at http://exchanges.state.gov/jexchanges/regs_and_resources.html (click on the link for 22 CFR 62 Exchange Visitor Program and select section 62.31 Au Pairs.) These regulations address most frequently asked questions about the program and provide the rules under which the program operates.

Best wishes for a rewarding, enriching and fun experience. Welcome to the United States!

Sincerely,

Stanley S. Colvin
Deputy Assistant Secretary
 for Private Sector Exchange