# Exhibit F



United States Department of State

*Assistant Secretary for*
*Educational and Cultural Affairs*

*Washington, DC 20522*

Dear American Host Family:

On behalf of the U.S. Department of State, I welcome your decision to host an Au Pair exchange participant. This is a unique opportunity for you to experience first-hand the richness and diversity of a culture different from your own. Through this program, you are among thousands of American families who serve as citizen ambassadors of the United States, and many families have found the Au Pair program to be a rewarding and enjoyable experience.

It is important that you understand the program before deciding if you and your family will benefit. Please keep in mind that while you are an employer of the young person who will care for your children in the next year, you are also a host. The au pair is a guest in your home and in the United States, perhaps for the first time, and how you interact with the au pair will create powerful and lasting images about your country and its people.

The ultimate responsibility for the well being of your children continues to rest with you, and you must be prepared to work with the au pair to establish the best care for your children. Au pairs may not provide more than 10 hours of child care per day, or exceed 45 hours per week. Those participating in the EduCare program may work no more than 30 hours per week, and may not be placed in homes with pre-school children, unless alternative full-time arrangements for their supervision is in place. All au pairs receive one and one-half days off each week, a complete weekend off each month, and two weeks of paid vacation. Au pairs may not perform general housekeeping chores unrelated to the care of your children. Au pairs are required to complete an educational component, thus flexibility in arranging work schedules may be needed.

Information about the Au Pair program may be found on our website at http://j1visa.state.gov/programs/au-pair/. The regulations governing the program are found at http://j1visa.state.gov/sponsors/current/regulations-compliance/ (click on the link for 22 CFR 62 Exchange Visitor Program and select section 62.31 Au Pairs.) These regulations address most frequently asked questions about the Program and provide the rules under which the program operates. The Department is unable to mediate disputes involving au pairs, host families and sponsoring organizations. It is extremely important that you notify your sponsoring organization if you have any concerns or if the au pair's personal health, safety or well-being is threatened in any way. If the sponsoring organization is not responsive to your concerns, you should contact the Department directly at our email address (jvisas@state.gov).

2

I hope this will be a positive and rewarding experience for you and your Au Pair. The U.S. Department of State is deeply appreciative of your part in making this educational and cultural experience possible.

Sincerely,

Rick A. Ruth
Deputy Assistant Secretary
   for Private Sector Exchange, Acting