# EXHIBIT 2

| | |
|---|---|
| **From:** | Reilly, Katie <Reilly@wtotrial.com> |
| **Sent:** | Wednesday, March 18, 2015 6:51 PM |
| **To:** | 'Alex Hood' |
| **Cc:** | Colaizzi, Brooke A.; Brian T. Moore; Bogdan E; brian@rietzlawfirm.com; Siebert, W. V. Bernie; cfeldkamp@kellywalkerlaw.com; Perkins, Daniel; hvickles@sah.com; Allen, Jeffrey; Jim Hartley; jmann@gordonrees.com; Barrett, Kathryn A.; Lee, Lawrence; To:; Fitzgerald, Martha L.; MHartoonian@hollandhart.com; Deeny, Raymond M.; rhoadesm@gtlaw.com; Susan Klopman; Quinn, Thomas B.; wkelly@kellywalkerlaw.com; Gentile, Donald |
| **Subject:** | Conferral - communications with defendants referenced in amended complaint |

Alex,

I am writing to confer with you regarding the alleged communications with Defendants' "directors" referenced in paragraphs 92-94 of the Amended Complaint (the ▯Communications▯).  Several of us are concerned that the alleged Communications with certain (unspecified) defendants addressed the subject matter of the litigation, yet took place outside the presence of counsel subsequent to the filing of the lawsuit.  Please help us understand the circumstances surrounding these phone calls.

Specifically, please send us the following information for each Communication before close of business tomorrow:

- who made or attempted the Communications
- to whom the Communications were made
- at whose direction the Communications were made
- the date of all Communications
- exactly what was said, and
- whether there are any notes or recordings of the Communications.

Thank you in advance for providing this information.  Time is of the essence; your prompt reply is appreciated.  Feel free to call me if you have any questions.

Katie


**Kathryn A. Reilly**
Partner
303.244.1983
reilly@wtotrial.com

**Wheeler Trigg O'Donnell LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
www.wtotrial.com/Reilly

1