# EXHIBIT 4

|  |  |
|---|---|
| **From:** | Reilly, Katie <Reilly@wtotrial.com> |
| **Sent:** | Thursday, March 19, 2015 4:12 PM |
| **To:** | Alex Hood |
| **Cc:** | Colaizzi, Brooke A.; Brian T. Moore; Bogdan E; brian@rietzlawfirm.com; Siebert, W. V. Bernie; cfeldkamp@kellywalkerlaw.com; Perkins, Daniel; hvickles@sah.com; Allen, Jeffrey; Jim Hartley; jmann@gordonrees.com; Barrett, Kathryn A.; Lee, Lawrence; To:; Fitzgerald, Martha L.; MHartoonian@hollandhart.com; Deeny, Raymond M.; rhoadesm@gtlaw.com; Susan Klopman; Quinn, Thomas B.; wkelly@kellywalkerlaw.com; Gentile, Donald |
| **Subject:** | RE: Conferral - communications with defendants referenced in amended complaint |

Alex,

My concern is that the Amended Complaint suggests that the calls may have been placed by you or by others at your direction.  If that is the case, there is a strong possibility that the communications were improper in light of the pending litigation.  We need to understand the circumstances surrounding the communications so we can fairly assess these issues.

Katie


**Kathryn A. Reilly**
Partner
303.244.1983
reilly@wtotrial.com

**Wheeler Trigg O'Donnell LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
www.wtotrial.com/Reilly

**From:** Alex Hood [mailto:alex@towardsjustice.org]
**Sent:** Thursday, March 19, 2015 1:13 PM
**To:** Reilly, Katie
**Cc:** Colaizzi, Brooke A.; Brian T. Moore; Bogdan E; brian@rietzlawfirm.com; Siebert, W. V. Bernie; cfeldkamp@kellywalkerlaw.com; dperkins@laborlawyers.com; hvickles@sah.com; Allen, Jeffrey; Jim Hartley; jmann@gordonrees.com; Barrett, Kathryn A.; llee@laborlawyers.com; To:; Fitzgerald, Martha L.; MHartoonian@hollandhart.com; Deeny, Raymond M.; rhoadesm@gtlaw.com; Susan Klopman; Quinn, Thomas B.; wkelly@kellywalkerlaw.com; Gentile, Donald
**Subject:** Re: Conferral - communications with defendants referenced in amended complaint

Katie,

Please articulate specifically what your concern is.


**Alexander Hood**
**Attorney & Director of Litigation**



1

1535 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
Email: alex@towardsjustice.org
www.towardsjustice.org

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

On Thu, Mar 19, 2015 at 12:17 PM, Reilly, Katie <Reilly@wtotrial.com> wrote:

Alex,


❍our email heightens rather than addresses our concerns about the communications with our clients.  ❍lease provide the re❍uested information promptly.  ❍urther, to the extent you or your agents had communications with employees of the defendants other than those referred to in the Complaint, please provide the categories of information listed below for those communications as well.



❍incerely,



Katie




**Kathryn A. Reilly**

Partner

303.244.1983

reilly@wtotrial.com

**Wheeler Trigg O'Donnell LLP**

2

370 Seventeenth Street, Suite 4500

Denver, CO 80202

www.wtotrial.com/Reilly

**From:** Alex Hood [mailto:alex@towardsjustice.org]
**Sent:** Wednesday, March 1☐ 2015 ☐3☐PM
**To:** Reilly, Katie
**Cc:** Colaizzi, Brooke A.; Brian T. Moore; Bogdan E; brian@rietzlawfirm.com; Siebert, W. V. Bernie; cfeldkamp@kellywalkerlaw.com; dperkins@laborlawyers.com; hvickles@sah.com; Allen, Jeffrey; Jim Hartley; jmann@gordonrees.com; Barrett, Kathryn A.; llee@laborlawyers.com; To:; Fitzgerald, Martha L.; MHartoonian@hollandhart.com; Deeny, Raymond M.; rhoadesm@gtlaw.com; Susan Klopman; Quinn, Thomas B.; wkelly@kellywalkerlaw.com; Gentile, Donald
**Subject:** Re: Conferral - communications with defendants referenced in amended complaint

Ms. Reilly,

All of the referenced communications occurred before any defendants were served in the matter.

Sincerely,

# Alexander Hood

## Attorney & Director of Litigation



1535 High Street, Suite 300

Denver, CO 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
Email: alex@towardsjustice.org
www.towardsjustice.org

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

On Wed, Mar 18, 2015 at 6:51 PM, Reilly, Katie <Reilly@wtotrial.com> wrote:

Alex,

I am writing to confer with you regarding the alleged communications with Defendants' "directors" referenced in paragraphs 92-94 of the Amended Complaint (the "Communications").  Several of us are concerned that the alleged Communications with certain (unspecified) defendants addressed the subject matter of the litigation, yet took place outside the presence of counsel subsequent to the filing of the lawsuit.  Please help us understand the circumstances surrounding these phone calls.

Specifically, please send us the following information for each Communication before close of business tomorrow:

- who made or attempted the Communications

- to whom the Communications were made

- at whose direction the Communications were made

- the date of all Communications

- exactly what was said, and

- whether there are any notes or recordings of the Communications.

Thank you in advance for providing this information.  Time is of the essence; your prompt reply is appreciated.  Feel free to call me if you have any questions.

Katie

**Kathryn A. Reilly**

Partner

303.244.1983

reilly@wtotrial.com

**Wheeler Trigg O'Donnell LLP**

370 Seventeenth Street, Suite 4500

Denver, CO 80202

www.wtotrial.com/Reilly

5