# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

**PLAINTIFFS' FEDERAL RULES OF CIVIL PROCEDURE 26(a) DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiffs, through counsel, make the following disclosures:

A. Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the following individuals are likely to have discoverable information that the Plaintiffs may use to support their claims:

1. <u>All Plaintiffs</u>
   **Last Known Address:** C/O Towards Justice, 601 16th St., STE C-207, Golden, CO 80401
   **Last Known Phone:** C/O Towards Justice, 720-239-2606

2. <u>All Defendants</u>

3. <u>Lynn Shotwell</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

4. <u>Laura Rose</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

5. <u>Ellen Hoggard</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

6. <u>Mariam Assefa</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

7. <u>Beverly Attallah</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

8. <u>Dr. Paul Beresford-Hill</u>
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown

Among other things, may have knowledge regarding communications among the sponsors Defendants supporting the alleged conspiracy and fraud.

9. Jennifer Clinton
   **Last Known Address:** Unknown
   **Last Known Phone:** Unknown
   Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

10. Dr. Dan Davidson
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

11. Robert Fenstermacher
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

12. William Gertz
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

13. Michael Hill
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

14. Carol Jenkins
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

15. Theodore Kattouf
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

16. Patti McGill Peterson
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

17. Michael McCarry
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding communications among the sponsor Defendants supporting the alleged conspiracy and fraud.

18. David Keil
    **Last Known Address:** 191 University Blvd., #250, Denver, Colorado 80206
    **Last Known Phone:** 303-916-1376
    Among other things, has knowledge regarding the Defendant sponsors' alleged price fixing conspiracy and fraud.

19. Celia Harquail
    **Last Known Address:** Unknown
    **Last Known Phone:** Unknown
    Among other things, may have knowledge regarding the Defendant sponsors' alleged price fixing conspiracy and fraud.

20. Agents of the U.S. Department of State responsible for administering the Au Pair J-1 Visa Program.
    **Last Known Address:** 2201 C St NW, Washington, DC
    **Last Known Phone:** (202) 647-4000
    Among other things, may have knowledge regarding communications between the State Department and the various sponsor Defendants regarding the alleged fraud and conspiracy; may have knowledge regarding communications amongst the various sponsor Defendants regarding the alleged fraud and conspiracy; may have knowledge regarding amounts actually paid to the named Plaintiffs and those similarly situated.

21. Irina Gussev
    **Last Known Address:** 250 North Coast Highways
    Laguna Beach, CA., 92651
    **Last Known Phone:** (949) 949-5500
    Among other things, has knowledge regarding the Defendant sponsors' alleged price fixing conspiracy and fraud.

4

22. <u>Carrie Crompton</u>
    **Last Known Address:** Saint Louis, Missouri (otherwise unknown)
    **Last Known Phone:** (866) 428-7247
    Among other things, has knowledge regarding the Defendant sponsors' alleged price fixing conspiracy and fraud.

23. <u>Joanna (last name unknown)</u>
    **Last Known Address:** Santa Fe, New Mexico (otherwise, unknown)
    **Last Known Phone:** (720)-221-3570
    Among other things, has knowledge regarding the Defendant sponsors' alleged price fixing conspiracy and fraud.

24. **All current and former employees and agents of the Defendants.**

25. **Any and all persons disclosed by the other parties in this litigation.**

26. **All named representatives from each of the named parties in this litigation.**

27. **Any individual needed for purposes of impeachment, rebuttal, or the authentication of any document.**

28. **The Plaintiffs reserve the right to disclose additional individuals who may be ascertained in the course of discovery and/or investigation.**

B.  Pursuant to Fed. R. Civ. P. 26 (a)(1)(A)(ii):

   1. **Documents that the Plaintiffs may use to support their claims.**

      a. The Defendant sponsors' websites.
      b. The State Department J1 Visa Website
      c. Contracts between the various named Plaintiffs and their respective sponsors.
      d. Handbooks, notices, and other informational documents provided to the named Plaintiffs by their respective sponsors.
      e. The Plaintiffs are still examining their records for documents in support of their suit and reserve the right to disclose additional documents ascertained in the course of those examinations and during discovery and/or investigation.

   2. **Documents that the Plaintiffs may use to support his claims, but which are being withheld from disclosure on the basis of both attorney-client and work-product privilege:**

5

     a. Documents prepared by the Plaintiffs, their attorneys, and agents of their attorneys in anticipation of litigation regarding matters at issue in this lawsuit.
     b. Notes and other documents prepared by Plaintiffs' attorneys containing the results of their investigation into the claims that are the basis of the litigation.
     c. Correspondence between Plaintiffs' attorneys and the Plaintiffs regarding this case.

C.     Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), the Plaintiffs disclose the following damages calculation. Damages cannot currently be calculated without further discovery and consultation with a yet to be retained expert. With that caveat, Plaintiffs currently estimate roughly $400,000,000.00 per year in actual damages, with the damages ongoing. This number is based upon the difference between the $195.75 per week paid to the named Plaintiffs and those similarly situated and the $39,000 alternative annual nanny wage provided on Defendant Au Pair in America's website. The categories of damages that Plaintiffs currently anticipate requesting are as follows:

1. Treble damages and attorneys' fees pursuant to the Sherman Anti-Trust Act (18 USC § 1964(c)).
2. Treble damages and attorneys' fees pursuant to RICO (15 USC § 15(a))
3. Unpaid minimum wage and overtime, liquidated damages, and attorneys' fees pursuant to the FLSA (29 U.S.C. §§ 201 *et seq.*)
4. Liquidated damages pursuant to the FLSA (29 U.S.C. §§ 201 *et seq*);
5. Actual damages, and (where available) statutory damages and attorneys' fees, under the various state consumer protection statutes;
6. Damages for Plaintiffs' various state common law claims, including contract or quasi-contract, breach of fiduciary duty, negligent misrepresentation, and constructive fraud,
7. Actual damages for unpaid labor pursuant to the laws of the several states, and statutory damages and attorneys' fees where available;
8. Costs;
9. Prejudgment and post-judgment interest, when allowable by law; and
10. Such other relief as this Court deems just and proper.

Dated 3/16/15

                By:

                  s/ Alexander Hood
                Alexander Hood
                Attorney for the Plaintiff
                Towards Justice

              601 16th St., Suite C #207
              Golden, CO 80401
              Tel.: 720-239-2606
              Fax: 303-957-2289
              Email: alex@towardsjustice.org

## Certificate of Service

I hereby certify that on March 16, 2015 I served a true and correct copy of the foregoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants:*

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Susan Penniman Klopman
sklopman@hklawllc.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

    s/ Alexander Hood
    Alexander Hood
    *Attorney for the Plaintiffs*