# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  14-cv-03074-CMA

JOHANA PAOLA BELTRAN, and those similarly situated

Plaintiffs.

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

## DECLARATION OF JOANNA GORRY

I, Joanna Gorry, being over eighteen years of age, make this declaration based upon my own knowledge:

1.      I am employed by Au Pair International, Inc. ("API") as a part-time Placement Coordinator.  I work mornings, and API's other placement coordinator works afternoons.

2.      My primary job function is to assist host families in selecting an au pair. However, API is a small organization, and during my shift all calls to API's toll free number are forwarded to me.  As a result, I spend a fair amount of my work time speaking with individuals who are either still in the process of learning about the au pair program generally, and/or seeking information about API in particular.

3.      If a call requires follow up, seems likely to result in a new client, or otherwise is noteworthy, then I make a note of it in our call log.  Otherwise, I do not.

4.      API's telephone system maintains an electronic register of all incoming calls. This register shows the date and time of the call, the number from which the call originated, the name associated with that number (if available), and the duration of the call.

5.      API's register includes the following call:

11/21/2014 9:09     Forwarded    KEIL,DAVID (303) 916-1376       12:48

6.      My understanding is that 9:09 refers to the time of the call, and 12:48 refers to its duration.  I was working the morning of November 21, 2014, so this call would have been forwarded to me.

7.      I do not recognize the name David Keil.  I have reviewed our call log, and do not appear to have made any notes of this call.

8.      Because I do not recognize Mr. Keil's name and do not have any notes of this call, I cannot identify this call from memory.  However, I can state with confidence that no caller, on this date or any other, disclosed that he was calling on behalf of an individual who had filed a lawsuit against API, or against other sponsor agencies.  No caller disclosed that he was calling on behalf of attorney Alex Hood.  No caller disclosed that he was calling for any reason other than that he was personally interested in, or was calling on behalf of someone else who was personally interested in, acting as a host family to an au pair.

9.      If any caller had disclosed that he was investigator, or that he was calling on behalf an attorney or individual who had filed suit against API, I would remember that call, I would have reported that call to API's owner, and I would have made a record of that call.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed on April __17th__, 2015

_____
Joanna Gorry, Declarant