# EXHIBIT 8

Case No. 1:14-cv-03074-CMA-KMT   Document 134-8   filed 04/20/15   USDC Colorado   pg 1 of 4

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

---

**DECLARATION OF CHRISTIAN RHEAULT**

---

COMMONWEALTH OF MASSACHUSETTS    )
                                 )    SS
COUNTY OF MIDDLESEX              )

The undersigned, Christian Rheault, deposes and states as follows:

1

1.      My name is Christian Rheault.  I am over the age of eighteen (18), and I am fully competent to testify to the matters set forth herein.  I make this declaration based upon my own personal knowledge.

2.      I am presently employed by Cultural Care, Inc. ("Cultural Care").  I work within the information technology department and my job title is Director of Infrastructure.  Among my many duties, I maintain and provide technical assistance with respect to Cultural Care's telephone system and work directly with Cultural Care's telephone vendor.

3.      I worked with Cultural Care's telephone vendor to determine if Cultural Care was called from Colorado telephone number (303) 916-1376 between October 24, 2014 and December 23, 2014.

4.      The telephone vendor indicated that Cultural Care was called from this number on November 24, 2014.  The call came into our main toll-free number, (800) 333-6056, and our vendor was able to provide the following call detail record:

    Customer Number:  204878141
    Detail Call Date:  11/24/14
    Detail Call Time:  2:59:00PM EST
    Originating Number:  303-916-1376
    Originating City State:  Englewood, CO
    Called 800 Number:  800-333-6056
    Total Usage (mins):  2.3
    Total Amount (dollars):  XXXX[1]

5.      After receiving the call information from our vendor, I conducted a search of Cultural Care's own telephone system records in an attempt to collect additional information regarding the call.

---

[1] Cost of call has been redacted for confidentiality.

6.      It was difficult to locate the call within Cultural Care's phone system records because the caller appeared to block caller ID.  However, using the detail record provided by Cultural Care's vendor as a cross reference, I was able to locate the call within our call center application.

7.      The   information   from   Cultural   Care's   call   center   application indicated/confirmed the following:

  a.  the caller ID was blocked (no 10 digit originating number);

  b.  the call came into our main (800) 333-6056 number;

  c.  the call entered our system on November 24, 2014 2:59PM EST;

  d.  The caller entered our "Sales" queue after 24 seconds;

  e.  The caller waited in queue for 112 seconds;

  f.  Total call length was 136 seconds; and

  a.  the caller abandoned the call after waiting in queue for 112 seconds.

8.      The call detail records from our vendor and our own call center application match.

Further, declarant sayeth not.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 17th day of April 2015.

_Christian Rheault_

CHRISTIAN RHEAULT

3