# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LSUAPHO HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated

       Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

       Defendants.

---

## DECLARATION OF THERESA NELSON

---

STATE OF CALIFORNIA     )
                                 )   SS
COUNTY OF Sonoma   )

     The undersigned, Theresa Nelson, deposes and states as follows:

1

1.      My name is Theresa Nelson.  I am over the age of eighteen (18), and I am fully competent to testify to the matters set forth herein.  I make this declaration based upon my own personal knowledge.

2.      I am presently employed by APF Global Foundation, NFP.  My job title is Vice President, ARO Finance and Administration.  Among my many duties, I occasionally answer telephone calls from prospective host families seeking information about APF Global Foundation, NFP's au pair program.  Generally, however, those duties are handled primarily by APF Global Foundation, NFP's National Director of Field Operations, Carrie Crompton and the "Regional Directors" with whom APF Global Foundation contracts to oversee field operations in the various regions where the organization has placed au pairs.  These Regional Directors are not employees of APF Global Foundation, but rather independent contractors.  They are not policy makers for our agency, nor are they persons who have been authorized by APF Global Foundation, NFP to bind the agency with any representations concerning how the agency operates.

3.      I am aware that a lawsuit has been filed against APF Global Foundation, NFP and other J-1 visa sponsor agencies by Johanna Paola Beltran Lsuapho Hlatshenani, Beaudette Deetleef,s,  Dayanna Paola Cardenas Caicedo, and Alexandra Ivette Gonzalez on behalf of themselves and other au pairs in the United States.  I am generally aware of the nature of this lawsuit as it pertains to APF Global Foundation, NFP and understand that the Plaintiffs claim that our agency and all other au pair agencies have supposedly conspired to fix the au pair stipend at an artificially low level in violation of federal law.  This allegation simply is not true.

4.      I am also aware that the Plaintiffs contend that in one or more telephone conversations, representatives of two or more of the sponsor agencies, including APF Global

Foundation, NFP, made statements that the Plaintiffs claim are evidence of this alleged conspiracy or agreement to fix the au pair stipend.   I am aware that the Plaintiffs claim that these conversations took place on or around November 20, 2014 and/or November 21, 2014.  I am aware of these alleged conversations and the allegation that at least one of those conversations involved representatives of APF Global Foundation, NFP because, upon request from the attorneys representing APF Global Foundation, NFP  the Plaintiffs' attorneys disclosed several quotations which Plaintiffs' attorneys claim were statements made by a "director" at APF Global Foundation, NFP.

5.      I have reviewed the purported "statements" disclosed by the Plaintiffs' attorneys. Without context or a recording, I cannot be certain whether I or any other person affiliated with APF Global Foundation might have made any of those statements.  I can state with absolute certainty, however, that there are only four persons affiliated with APF Global Foundation, NFP who could have made those statements.  Those four persons are:  (1) me; (2) National Field Director Carrie Crompton; (3) Reginal Director Jana Smolenski; or (4) Regional Director Julie Moeller.  We are the only persons affiliated with APF Global Foundation, NFP who answer these kinds of informational calls.  I reiterate as well, that Ms. Smolenski and Ms. Moeller are not employees of APF Global Foundation, NFP and are not vested with any authority to bind our organization in any way.

6.      Although I have no ability to confirm or deny that I am the person who fielded the call or calls alleged to have been made to APF Global Foundation, NFP on or around November 20-21, 2014, I can and do state with absolute certainty that I have never answered a telephone call from any person who identified himself or herself as an attorney representing Johanna Paola

3

Beltran, Lsuapho Hlatshenani, Beaudette Deetleef,s,  Dayanna Paola Cardenas Caicedo, Alexandra Ivette Gonzalez, or any other plaintiff in a lawsuit against APF Global Foundation, NFP.

7.        I have never answered any telephone call from any person who identified himself or herself as an investigator, agent, or representative of a lawyer representing these or other plaintiffs in any lawsuit against APF Global Foundation, NFP.  I would remember receiving a call from an attorney or his/her representative or investigator had been informed of that information upon taking the call.  Furthermore, I would remember having been told in any telephone call that any questions being asked of me pertained to a lawsuit against APF Global Foundation, NFP had any such information ever been disclosed to me.  I know with absolute certainty that no such disclosures have ever been made to me on a telephone call related to my work.

Further, declarant sayeth not.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 20th day of April 2015.

_____
THERESA NELSON