# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LSUAPHO HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

---

## DECLARATION OF CARRIE CROMPTON

---

STATE OF MISSOURI     )
                                ) SS
COUNTY OF ST. LOUIS CITY )

    The undersigned, Carrie Crompton, deposes and states as follows:

1. My name is Carrie Crompton. I am over the age of eighteen (18), and I am fully competent to testify to the matters set forth herein. I make this declaration based upon my own personal knowledge.

2. I am presently employed by APF Global Foundation, NFP. My job title is National Director of Field Operations. Among my many duties, I answer numerous telephone calls on a regular basis from prospective host families looking for information about APF Global Foundation, NFP's au pair program. To my knowledge, I am the only employee of APF Global Foundation, NFP with a job title that includes the word "director." APF Global Foundation, NFP does have "Regional Directors" who also field many similar informational calls; however, those Regional Directors are independent contractors, not employees of the company.

3. I am generally aware of the lawsuit filed against APF Global Foundation, NFP and other J-1 visa sponsor agencies by Johanna Paola Beltran and others, however, I have no knowledge of all of the specifics of the lawsuit.

4. It is my understanding that the Plaintiffs in this lawsuit claim that they, their attorneys, or some other representative or agent of the Plaintiffs have telephoned two or more of the sponsor agencies, including APF Global Foundation, NFP, on or around November 20, 2014 and/or November 21, 2014. I am further aware that the Plaintiffs claim that in these conversations, certain admissions or statements were made by the sponsor agency representatives to whom they spoke.

5. Since I am the only employee at APF Global Foundation, NFP with a "Director" title, and because my job duties include fielding telephone calls and inquiries about APF Global Foundation, NFP's au pair program, I may be the person or one of the people who answered any of the volume of calls to APF Global Foundation, NFP referenced by the Plaintiffs in their First Amended Complaint. The only other "directors" affiliated with APF Global Foundation, NFP who

could have taken a phone call like the calls described in Paragraphs 90 through 94 of Plaintiffs' First Amended Complaint are two Regional Directors, Jana Smolenski and Julie Moeller, both of whom are independent contractors with no authority to speak as representatives for APF Global Foundation, NFP.

6. I have been provided the "admissions" or statements purportedly made by a representative of APF Global Foundation, NFP. Without context, I cannot be certain whether I might have made any of those statements; however, I can state with absolute certainty that I have never, including in November and December of 2014, answered a telephone call from any person who identified himself or herself as an attorney representing Johanna Paola Beltran, Lsuapho Hlatshenani, Beaudette Deetleef,s, Dayanna Paola Cardenas Caicedo, Alexandra Ivette Gonzalez, or any other plaintiff in a lawsuit against APF Global Foundation, NFP.

7. Furthermore, I have never taken any telephone call from any person who identified himself or herself as an investigator, agent, or representative of a lawyer representing these or other plaintiffs in any lawsuit against APF Global Foundation, NFP. I would remember receiving a call from an attorney or his/her representative or investigator and I would remember having been told that the questions pertained to a lawsuit against APF Global Foundation, NFP had any such information ever been disclosed to me. I know with absolute certainty that no such disclosures have ever been made to me on a telephone call related to my work.

Further, declarant sayeth not.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ____ day of April 2015.

CARRIE CROMPTON