# EXHIBIT

# 11-A through 11-P

# SHERMAN&HOWARD

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202-3622
Telephone: 303.297.2900  Fax: 303.298.0940  www.shermanhoward.com

**Brooke A. Colaizzi**
**Sherman & Howard L.L.C.**
**Direct Dial Number:  303.299.8471**
**E-mail:  bcolaizzi@shermanhoward.com**

March 26, 2015

**VIA E-MAIL (ALEX@TOWARDSJUSTICE.ORG)**

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

   Re: *Beltran, et al. v. Noonan, et al.*
     USDC Case No. 14-cv-3074-CMA-CBS

Dear Alex:

  Please consider this a request by a party pursuant to Fed. R. Civ. P. 26(b)(3)(C), for the production of any recordings, transcriptions, or notes reflecting any previous statements made by Defendant InterExchange, Inc. concerning this action or its subject matter.  Please provide us with any such materials by the close of business Friday, March 27, 2015.

  If there are no such materials, please confirm this in writing.  Thank you.

      Sincerely,

      Brooke A. Colaizzi

BAC/ck

EMPLOY/1194376.1

**EXHIBIT 11-A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT INTEREXCHANGE, INC.**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 26, 2015, by Defendant InterExchange, Inc. ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Please consider this a request by a party pursuant to Fed. R. Civ. P. 26(b)(3)(C), for the production of any recordings, transcriptions, or notes reflecting any previous statements made by Defendant InterExchange, Inc. concerning this action or its subject matter. Please provide us with any such materials by the close of business Friday, March 27, 2015.**

EXHIBIT 11-B

Plaintiffs object to the one-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant InterExchange, Inc. on the individuals below by electronic mail and first class mail:

Brooke A. Colaizzi
Heather F. Vickles
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com

*Attorneys for Defendant InterExchange, Inc.*

s/ Alexander Hood
Alexander Hood



Kathryn A. Reilly<br>
303.244.1983<br>
reilly@wtotrial.com

March 25, 2015

***By Email and US Mail***
Alexander N. Hood, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, Colorado  80218

      Re:    *Beltran, et al. v. Noonan, et al.*
              USDC Case No. 14-cv-03074-CMA-CBS

Dear Mr. Hood:

      As you are aware, my law firm represents American Cultural Exchange, LLC, d/b/a/ Go Au Pair ("Go Au Pair") and Agent Au Pair, Inc. ("Agent Au Pair") in the above-captioned litigation.  It has come to our attention that one or both of our clients have been contacted by Towards Justice or its agents concerning the subject matter of the lawsuit.  Despite repeated requests, you have refused to provide information describing the circumstances surrounding these communications.  Without the benefit of that information, and based on our own investigation, we are concerned that the communications with our clients may have violated the Colorado Rules of Professional Conduct, including but not limited to Rules 4.2, 4.3, and 8.4.

      In a final effort to confer, I again ask that you immediately provide the following information regarding the alleged communications with Defendants referenced in paragraphs 92-94 of the Amended Complaint and any other communications you or your agents had with employees of Defendants:

- who made or attempted the communications

- to whom the communications were made

- at whose direction the communications were made

- the date of all communications

- exactly what was said, and

- whether there are any notes or recordings of the communications.

EXHIBIT 11-C

# Wheeler Trigg O'Donnell LLP

March 25, 2015
Page 2

Further, pursuant to Rule 26(b)(3)(B)(C), please provide no later than close of business on Friday, March 27 any recordings or notes reflecting previous statements made by Go Au Pair and/or Agent Au Pair concerning the subject matter of the litigation.  If there are no such recordings or notes, please confirm that in writing.

If you do not comply with these requests, my clients will seek appropriate relief from the Court, including their fees and costs.

Sincerely,

Kathryn A. Reilly

KAR:cj

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

     Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

     Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(B)(3)(C)
DISCOVERY REQUEST FROM DEFENDANTS APF GLOBAL EXCHANGE AND AU
PAIR IN AMERICA**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendants American Cultural Exchange, LLC d/b/a/ Go Au Pair and Agent Au Pair, Inc. ("Defendants"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.    Pursuant to Rule 26(b)(3)(B)(C), please provide no later than close of business on Friday, March 27 any recordings or notes reflecting previous statements made by Go Au Pair and/or Agent Au Pair concerning the subject matter of the litigation.**

EXHIBIT 11-D

Plaintiffs object to the two-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

       I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants Agent Au Pair and Expert Au Pair on the individuals below by electronic mail and first class mail:

> Kathryn A. Reilly
> Wheeler Trigg O'Donnell LLP
> 370 Seventeenth Street, Suite 4500
> Denver, CO 80202
> Telephone: (303) 244-1800
> reilly@wtotrial.com
>
> *Attorney for Defendants Agent Au Pair, Inc.*
> *and American Cultural Exchange, LLC d/b/a GoAuPair*
>
>
> s/ Alexander Hood
> Alexander Hood

# LAWSON & WEITZEN, LLP
### ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

**BOSTON**
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

**CAPE COD**
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

EVAN T. LAWSON (1943-2013)
RICHARD B. WEITZEN*
PAMELA B. BANKERT, PC
IRA H. ZALEZNIK
VALERIE L. PAWSON, LLC
GEORGE F. HAILER, PC†
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOHN A. TENNARO, PC
DAVID A. RICH, LLC*
PATRICIA L. FARNSWORTH
K. SCOTT GRIGGS†††
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.

J. MARK DICKISON**
CAROLINE A. O'CONNELL*
GLENN P. FRANK*
SCOTT P. LOPEZ
JEFFREY P. ALLEN
KENNETH B. SKELLY***
DAVID E. GROSSMAN
IRVING SALLOWAY
DARLY G. DAVID
MARIA GALVAGNA MESINGER
JONATHAN P. ASH
LORI ANN ROUECHE*
ROBERT J. ROUGHSEDGE††
CHRISTINE M. PALKOSKI
MICHAEL WILLIAMS

KRISTINA A. ENGBERG
RYAN A. CIPORKIN
JOSHUA M.D. SEGAL*
DONALD J. GENTILE*
ADAM C. LaFRANCE
CAITLIN P. CONDON**
ANNA E. STANFORD
KRISTEN BAHMAN McDONOUGH
JESSICA K. McGEE****
PREETI TANKSALE ARUN
LAUREN J. WEITZEN

March 26, 2015

*__VIA FIRST CLASS MAIL AND E-MAIL (alex@towardsjustice.org)__*

Alexander N. Hood, Esq.
Towards Justice
1535 High Street
Suite 300
Denver, CO 80218

**Re:    __Johana Paola Beltran, et al. v. Pamela H. Noonan, et al.; C.A. No. 14-cv-03074-CMA-CBS__**

Dear Mr. Hood,

As you know, this firm represents Cultural Care, Inc. ("Cultural Care") in the above case. Pursuant to Fed. R. Civ. P. 26(b)(3)(C), please provide no later than close of business tomorrow recordings or notes reflecting any and all previous statements made by Cultural Care concerning the subject matter of the litigation. If there are no such recordings or notes, please confirm that in writing. Without limiting my request, I note the allegations in paragraphs 92-94 of the First Amended Complaint referring to alleged statements made by unnamed sponsors.

Very truly yours,

Donald J. Gentile

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN NH
†ALSO ADMITTED IN DC
††ALSO ADMITTED IN RI,CT,NH & ME
***ONLY ADMITTED IN PA
†††ALSO ADMITTED IN RI,CT, & NH
****ALSO ADMITTED IN RI

EXHIBT 11-E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

    Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

    Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)**
**DISCOVERY REQUEST FROM DEFENDANT CULTURAL CARE, INC.**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 26, 2015, by Defendant Cultural Care, Inc. ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST**
**FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.    Pursuant to Fed. R. Civ. P. 26(b)(3)(C), please provide no later than close of business tomorrow recordings or notes reflecting any and all previous statements made by Cultural Care concerning the subject matter of the litigation.**

Plaintiffs object to the one-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

EXHIBIT 11-F

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

      I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant Cultural Care, Inc. on the individuals below by electronic mail and first class mail:

> Donald J. Gentile
> E-mail: dgentile@lawson-weitzen.com
> LAWSON & WEITZEN, LLP
> 88 Black Falcon Avenue
> Boston, MA 02210
> Telephone: (617) 439-4990
> Facsimile:  (617) 439-3987
>
>
> *Attorneys for Defendant Cultural Care, Inc.*
>
>
> s/ Alexander Hood
> Alexander Hood



FISHER & PHILLIPS LLP

A T T O R N E Y S   A T   L A W

www.laborlawyers.com

**Denver**
1801 California
Suite 2700
Denver, CO 80202

(303) 218-3650 Tel
(303) 218-3651 Fax

**Writer's Direct Dial:**
(303)218-3656

**Writer's E-mail:**
dperkins@laborlawyers.com

March 27, 2015

Alexander N. Hood, Esq.
Towards Justice
1535 High Street
Suite 300
Denver, CO 80218

Re:    *Civil Action No. 14-cv-03074-CMA-CBS; Beltran, et al. v. Noonan, et al.*

Dear Mr. Hood:

On behalf of our clients, APF Global Exchange, NFP and American Institute for Foreign Study d/b/a Au Pair in America, and pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recordings or notes reflecting any and all previous statements made by either/both APF Global Exchange, NFP and/or Au Pair in America concerning the subject matter of the above-referenced litigation.  If you do not have any such recordings or notes, or if no such recordings or notes exist, please confirm that in writing in your response to this request.  This request includes, but is not limited to any statements that may be reflected in paragraphs 92-94 of Plaintiffs' First Amended Complaint.

Thank you for your prompt attention to this matter.

Sincerely,

Daniel C. Perkins
Lawrence Lee
For FISHER & PHILLIPS LLP

DCP

EXHIBIT 11-G

Phoenix • Portland • San Antonio • San Diego • San Francisco • Tampa • Washington, DC

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

     Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

     Defendants.

---

**PLAINTIFFS' AMENDED OBJECTIONS AND RESPONSE TO FED. R. CIV. P.
26(b)(3)(C) DISCOVERY REQUEST FROM DEFENDANTS APF GLOBAL
EXCHANGE, NFP AND AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A/ AU
PAIR IN AMERICA**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a/ Au Pair in America ("Defendants"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.      Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recording or notes reflecting any and all previous statements made either/both APF Global Exchange, NFP and/or Au Pair in America concerning the subject matter of the litigation.**

EXHIBIT 11-H

Plaintiffs object to the one-week deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs respond as follows. Plaintiffs have no responsive statements related to American Institute for Foreign Study d/b/a/ Au Pair in America. Plaintiffs produce the following statements made by APF Global Exchange, NFP:

"We are in the middle, price-wise"

"the more fixed expenses, like the stipend paid to the au pairs."

"That is where pricing becomes standard across all agencies. There is no difference in prices, as far as the stipend goes, between all of the agencies."

" Well, yea, it's that".

"Plus, we are all subject to the same federal guidelines, so we all stay within that."

"Sure, the government sets an amount, and we all pay that amount."

"Correct, correct! Everybody agrees, correct!

Dated: April 6, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org
Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 6, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants APF Global Exchange, NFP and Au Pair in America on the individuals below by electronic mail and first class mail:

> Daniel C. Perkins
> Lawrence Lee
> Fisher & Phillips LLP
> 1801 California Street, Suite 2700
> Denver, CO 80202
> dperkins@laborlawyers.com
>
>
> s/ Alexander Hood
> Alexander Hood



**ATTORNEYS AT LAW**
1401 17ᵀᴴ STREET, SUITE 925
DENVER, COLORADO 80202
720-236-1800
TELECOPIER 720-236-1799
WWW.KELLYWALKERLAW.COM

WILLIAM J. KELLY III
E-MAIL: WKELLY@KELLYWALKERLAW.COM
DIRECT: (720) 236-1801

**March 27, 2015**

Alexander N. Hood, Esq.
Towards Justice
1535 High Street
Suite 300
Denver, CO 80218

Re: *Civil Action No. 14-cv-03074-CMA-CBS; Beltran, et al. v. Noonan, et al.*

Dear Mr. Hood:

On behalf of our client, USAuPair, Inc., and pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recordings or notes reflecting any and all previous statements made by USAuPair, Inc., concerning the subject matter of the above-referenced litigation.

If you do not have any such recordings or notes, or if no such recordings or notes exist, please confirm that in writing in your response to this request. This request includes, but is not limited to any statements that may be reflected in paragraphs 92-94 of Plaintiffs' First Amended Complaint.

Thank you for your prompt attention to this matter.

Very truly yours,

**KELLY & WALKER LLC**

William J. Kelly III

EXHIBIT 11-I

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT USAUPAIR, INC.**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendant USAuPair, Inc. ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recording or notes reflecting any and all previous statements made by USAuPair, Inc., concerning the subject matter of the litigation.**

Plaintiffs object to the one-week deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

EXHIBIT 11-J

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant USAuPair, Inc. on the individuals below by electronic mail and first class mail:

William J. Kelly
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
wkelly@kellywalkerlaw.com


s/ Alexander Hood
Alexander Hood



Mher Hartoonian
Phone (303) 295-8079
Fax (303) 295-8261
mhartoonian@hollandhart.com
86659

April 3, 2015

*VIA EMAIL*

Alexander N. Hood, Esq.
Towards Justice
1535 High Street, Ste. 300
Denver, CO  80218

> **Re:**   **Johana Paolo Beltran, et al. v. Pamela H. Noonan**
> **Civil Action No. 14-cv-03074-CMA-CBS, (D. Colo.)**

Dear Mr. Hood:

Our firm represents Cultural Homestay International ("CHI") in the referenced case. Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than close of business on Tuesday, April 7, any and all statements, recordings, notes or other information reflecting any and all previous statements made by a representative of CHI concerning the subject matter of this litigation.  If there are no such statements, recordings, notes or other information, please confirm that in writing.  Without limiting this request, I note that paragraphs 92-94 of the First Amended Complaint quote alleged statements made by unnamed sponsors, which would suggest that some form of statement, recording, notes or other documentation does exist.

Very truly yours,

Mher Hartoonian
for HOLLAND & HART LLP

7680321_1

Holland & Hart LLP  Attorneys at Law

Phone (303) 295-8000  Fax (303) 295-8261  www.hollandhart.com

555 17th Street Suite 3200 Denver, CO 80202-3979  Mailing Address Post Office Box 8749 Denver, CO 80201-8749

Aspen Billings Boise Boulder Carson City Cheyenne Colorado Springs Denver Denver Tech Center Jackson Hole Las Vegas Reno Salt Lake City Santa Fe Washington, D.C.

EXHIBIT 11-K

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT CULTURAL HOMESTAY
INTERNATIONAL**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on April 3, 2015, by Defendant Cultural Homestay International ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.      Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than close of business on Tuesday, April 7, any and all statements, recordings, notes or other information reflecting any and all previous statements made by a representative of CHI concerning the subject matter of this litigation.**

EXHIBIT 11-L

Plaintiffs object to the four-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 6, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 6, 2015, I served a true and correct copy of the Plaintiffs' Objections and Response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant Cultural Homestay International on the individual below by electronic mail and first class mail:

Mher Hartoonian
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
mhartoonian@hollandhart.com


s/ Alexander Hood
Alexander Hood



Meshach Rhoades
Tel 303.572.6508
Fax 303.572.6540
rhoadesm@gtlaw.com

March 27, 2015

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org

Re:    Johana Paola Beltran, et al. v. Pamela H. Noonan, et al.
       Case No. 2014-CV-03074

Dear Mr. Hood:

As you know, this firm represents GreatAuPair, LLC ("GreatAuPair") in the above-referenced case.  Pursuant to Fed.R.Civ.P. 26(b)(3)(C), please provide no later than close of business Monday, March 30 recordings or notes reflecting any and all previous statements made by GreatAuPair concerning the subject matter of the litigation.  If there are no recordings or notes, please confirm that in writing.  Without limiting my request, I note the allegations in paragraphs 92-94 of the First Amended Complaint referring to alleged statements made by unnamed sponsors.

Best regards,

Meshach Rhoades

MYR/je

*DEN 98776066v1*

EXHIBIT 11-M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

  Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

  Defendants.

---

## PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C) DISCOVERY REQUEST FROM DEFENDANT GREATAUPAIR, LLC

---

  Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendant GreatAuPair, LLC ("Defendant"), as follows:

### OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)

**1.  Pursuant to Fed.R.Civ.P. 26(b)(3)(C), please provide no later than close of business Monday, March 30 recordings or notes reflecting any and all previous statements made by GreatAuPair concerning the subject matter of the litigation.**

  Plaintiffs object to the three-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

EXHIBIT 11-N

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 2, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 2, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant GreatAuPair on the individuals below by electronic mail and first class mail:

> Meshach Rhoades
> GreenbergTraurig
> The Tabor Center
> 1200 17th Street, Suite 2400
> Denver, Colorado  80202
> rhoadesm@gtlaw.com
>
> s/ Alexander Hood
> Alexander Hood

Bogdan Enica, Esq.
Expert AuPair
111 2nd Ave NE, Ste.213
St Petersburg FL 33701
bogdane@hotmail.com

**Sent by Email and US Mail**

March 27, 2015

Alexander N. Hood, Esq.
Towards Justice
1535 High Street, Ste.300
Denver CO 80218

## Re: *Beltran, et al. v. Noonan, et al.*
## Case No.: 14-cv-03074-CMA-CBS

Dear Mr. Alexander N. Hood:

Please provide me with any recordings, transcripts or notes reflecting any previous statements made by Expert Group International d/b/a Expert AuPair concerning the above-mentioned litigation. Please provide such documents no later than close of business on Thursday, April 2nd, 2015.

I am making this request pursuant to Fed. R. Civ. P. 26(b)(3)(C).

In the eventuality that this request is refused, we will seek the appropriate relief from the Court, including costs and fees.

Yours very truly,

Bogdan Enica, Esq.

EXHIBIT 11-O

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT EXPERT AUPAIR**

---

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendant Expert Group International d/b/a Expert AuPair ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Please provide me with any recordings, transcripts or notes reflecting previous statements made by Expert Group International d/b/a Expert AuPair concerning the above-mentioned litigation.  Please provide such documents no later than close of business on Thursday, April 2nd, 2015.**

EXHIBIT 11-P

Plaintiffs object to the six-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

2

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant Expert AuPair on the individuals below by electronic mail and first class mail:

Bogdan Enica
Expert AuPair
111 Second Avenue NE, Suite 213
St. Petersburg, Florida 33441
bogdane@hotmail.com


s/ Alexander Hood
Alexander Hood