# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

    Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

    Defendants.

**PLAINTIFFS' AMENDED OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C) DISCOVERY REQUEST FROM DEFENDANTS APF GLOBAL EXCHANGE, NFP AND AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A/ AU PAIR IN AMERICA**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a/ Au Pair in America ("Defendants"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST**
**FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recording or notes reflecting any and all previous statements made either/both APF Global Exchange, NFP and/or Au Pair in America concerning the subject matter of the litigation.**

Plaintiffs object to the one-week deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs respond as follows. Plaintiffs have no responsive statements related to American Institute for Foreign Study d/b/a/ Au Pair in America. Plaintiffs produce the following statements made by APF Global Exchange, NFP:

"We are in the middle, price-wise"

"the more fixed expenses, like the stipend paid to the au pairs."

"That is where pricing becomes standard across all agencies. There is no difference in prices, as far as the stipend goes, between all of the agencies."

" Well, yea, it's that".

"Plus, we are all subject to the same federal guidelines, so we all stay within that."

"Sure, the government sets an amount, and we all pay that amount."

"Correct, correct! Everybody agrees, correct!

2

Dated: April 6, 2015

                Respectfully Submitted,

                s/Alexander Hood_____
                Alexander Hood
                Towards Justice
                1535 High Street, Suite 300
                Denver, CO 80203
                Tel.: 720-239-2606
                Fax: 303-957-2289
                Email: alex@towardsjustice.org
                Attorneys for the Plaintiffs

3

**Certificate of Service**

  I hereby certify that on April 6, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants APF Global Exchange, NFP and Au Pair in America on the individuals below by electronic mail and first class mail:

         Daniel C. Perkins
         Lawrence Lee
         Fisher & Phillips LLP
         1801 California Street, Suite 2700
         Denver, CO 80202
         dperkins@laborlawyers.com


         <u>s/ Alexander Hood</u>
         Alexander Hood

4