IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**DEFENDANT AUPAIRCARE, INC.'S SUPPLEMENT TO JOINT MOTION TO STRIKE CERTAIN ALLEGATIONS (DOC. 134)**
_____

    Defendant AuPairCare, Inc., by counsel, John R. Mann of Gordon & Rees LLP, hereby supplements the Joint Motion to Strike Certain Allegations (Doc. 134), filed April 20, 2015 as follows:

    On March 31, 2015, the undersigned counsel for Defendant AuPairCare, Inc. sent the letter submitted with this Supplement as Exhibit A to counsel for Plaintiffs by

email and U.S. Mail requesting statements from Defendant AuPairCare, Inc. obtained by Plaintiffs' counsel or anyone else acting at his direction or on his or his  clients' behalf (including any private investigators) pursuant to Fed.R.Civ.P. 26(b)(3)(C). As of the time of the filing of this Supplement on April 21, 2015, no response to this request has been received from Plaintiffs' counsel, nor has the receipt of this request been acknowledged by Plaintiffs' counsel.

Respectfully submitted this 21st day of April, 2015,

*s/John R. Mann*
Thomas B. Quinn
John R. Mann
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
jmann@gordonrees.com
tquinn@gordonrees.com

*Attorneys for Defendant AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 21, 2015, I electronically filed the foregoing **DEFENDANT AUPAIRCARE, INC.'S SUPPLEMENT TO JOINT MOTION TO STRIKE CERTAIN ALLEGATIONS (DOC. 134)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
***Attorney for Plaintiffs***

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
***Attorney for Pamela H. Noonan and Thomas J. Noonan***

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
***Attorneys for InterExchange, Inc.***

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for USAuPair, Inc.***

Meshach Y. Rhoades
Kutak Rock, LLP-Denver
1801 California, Ste. 3000
Denver, CO 80202
rhoadesm@gtlaw.com
***Attorney for Great AuPair, LLC***

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
***Attorney for Expert Group International, Inc.***

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for EurAupair Intercultural Child Care Programs***

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
***Attorneys for Cultural Homestay International***

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
***Attorneys for Cultural Care, Inc. d/b/a Cultural Care Au Pair***

- 4 -

Walter V. Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
***Attorney for Cultural Care, Inc.
d/b/a Cultural Care Au Pair***

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
***Attorney for Au Pair International,
Inc.; American Cultural Exchange,
LLC d/b/a GoAuPair***

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
***Attorney for Au Pair International,
Inc.***

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
***Attorney for American Cultural
Exchange, LLC d/b/a GoAuPair;
Agent Au Pair***

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
***Attorneys for APF Global Exchange,
NFP d/b/a Aupair Foundation;
American Institute for ForeignStudy
d/b/a Au Pair in America***

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
***Attorneys for A.P.E.X. American
Professional Exchange, LLC d/b/a
ProAuPair;
20/20 Care Exchange, Inc.
d/b/a The International Au Pair
Exchange***

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th St., Ste. 2400
Denver, CO 80202
estevaom@gtlaw.com
***Attorney for Great AuPair, LLC***

*s/John R. Mann*