**GORDON & REES LLP**

March 31, 2015

***VIA FIRST CLASS MAIL AND EMAIL (alex@towardsjustice.org)***
Alexander Hood, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, Colorado 80218

    Re: *Beltran v. Noonan et al.*, USDC Colorado No. 14-cv-03074-CMA-CBS

Dear Mr. Hood,

    This firm represents AuPairCare, Inc., a defendant in the above-referenced lawsuit. Pursuant to Federal Rule of Civil Procedure 26(b)(3)(C), AuPairCare, Inc. hereby requests that you provide me with any and all notes, recordings, correspondence, or other documentation, whether made by you or anyone else acting at your direction or on your or your clients' behalf (including any private investigators), that contain or reflect the following statements made by any person at AuPairCare, including any of its employees, agents, officers, and directors: (1) any written statement that the person has signed or otherwise adopted or approved; and (2) any contemporaneous stenographic, mechanical, electrical, or other recording, or a transcription of it, that recites substantially verbatim the person's oral statement.

    In particular, but not as a limitation, AuPairCare requests all statements obtained from AuPairCare, its employees, agents, officers, and/or directors which are referenced in ¶¶ 90-94 and 143-144 of your Amended Complaint (Doc. 101). Please be advised that statements of an adverse party are specifically excluded from work product protection by Rule 26(b)(3)(C). Although these statements should have been disclosed in the plaintiffs' initial Rule 26(a)(1) disclosures, we will forego any motion to correct this deficiency if the statements are produced as required by Rule 26(b)(3)(C).

    Please produce these statements no later than Tuesday, April 8, 2015. If no such writings or recordings exist, please confirm as much in writing.

                  Very truly yours,

                  John R. Mann
                  GORDON & REES LLP

**EXHIBIT A**