## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [DOCS. 127, 130-133, 135-136]

---

COMES NOW, the Plaintiffs, by and through the undersigned counsel, with the following Motion:

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

Plaintiffs' counsel consulted with counsel for all Defendants prior to filing this Motion. The Defendants responded to the conferral as follows: "Defendants do not oppose the requested extension until June 1, 2015, but are reluctant to assent to the motion in deference to the expectations expressed during the telephone conference on April 16, 2015 by Magistrate Judge Shaffer that the Court expected that responses to the motions to dismiss would be filed in advance of the May 26, 2015 scheduling conference. The Court stated that the motions to dismiss and the oppositions thereto would assist the Court regarding the motion to stay discovery. Thus, the defendants defer to the Court's discretion regarding the extension being sought."

The Defendants filed 7 motions to dismiss on 4/17/2015 and 4/20/2015. (Docs. 127, 130-133, 135-136). The motions seek to dismiss Plaintiffs' First Amended Complaint in its entirety and raise a myriad of complex legal issues. Plaintiffs request an

1

extension of time to 6/1/2015 to respond to all of the motions to dismiss. Defendants

received a similar extension of time to file their motions. (Doc. 115).

WHERFORE, the Plaintiffs request that:

1. Their deadline to respond to Defendants' Motions to Dismiss (Docs. 127,

130-133, 135-136) be extended to 6/1/2015.

Dated: 4/30/2015

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Tel: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

2

## Certificate of Service

I hereby certify that on 4/30/2015 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

| | |
|---|---|
| Raymond Myles Deeny<br>rdeeny@shermanhoward.com | Kathryn A. Reilly<br>reilly@wtotrial.com |
| Martha Louise Fitzgerald<br>mfitzgerald@bhfs.com | William James Kelly, III<br>wkelly@kellywalkerlaw.com |
| James Edward Hartley<br>jhartley@hollandhart.com | Daniel C. Perkins<br>dperkins@laborlawyers.com |
| John Roger Mann<br>jmann@gordonrees.com | Brian Alan Birenbach<br>brian@rietzlawfirm.com |
| Lawrence Daniel Stone<br>lstone@duffordbrown.com | Kathryn Anne Barrett<br>kbarrett@bhfs.com |
| Walter Vernon Bernie Siebert<br>bsiebert@shermanhoward.com | Chanda Marie Feldkamp<br>cfeldkamp@kellywalkerlaw.com |
| Thomas Baker Quinn<br>tquinn@gordonrees.com | Mher Hartoonian<br>mhartoonian@hollandhart.com |
| Heather Fox Vickles<br>hvickles@sah.com | Bogdan Enica<br>bogdane@hotmail.com |
| Lawrence L. Lee<br>llee@laborlawyers.com | Jeffrey Paul Allen<br>jallen@lawson-weitzen.com |
| Brian Thomas Moore<br>bmoore@jgllp.com | Brooke A. Colaizzi<br>BColaizzi@shermanhoward.com |
| Meshach Yustine Rhoades<br>rhoadesm@gtlaw.com | Donald Joseph Gentile<br>dgentile@lawson-weitzen.com |

s/Alexander Hood
Alexander Hood

3