From: **Alex Hood** <alex@towardsjustice.org>
Date: Wed, Apr 1, 2015 at 3:35 PM
Subject: Re: Beltran, et al. v. Noonan, et al.
To: "Bailey, Jessica" <jbailey@lawson-weitzen.com>
Cc: "William J. Kelly III" <wkelly@kellywalkerlaw.com>, "cfeldkamp@kellywalkerlaw.com" <cfeldkamp@kellywalkerlaw.com>, "rhoadesm@gtlaw.com" <rhoadesm@gtlaw.com>, "estevaom@gtlaw.com" <estevaom@gtlaw.com>, "bogdane@hotmail.com" <bogdane@hotmail.com>, "mfitzgerald@bhfs.com" <mfitzgerald@bhfs.com>, "kbarrett@bhfs.com" <kbarrett@bhfs.com>, "Jim Hartley (JHartley@hollandhart.com)" <JHartley@hollandhart.com>, "Mher Hartoonian (MHartoonian@hollandhart.com)" <MHartoonian@hollandhart.com>, "Siebert, W. V. Bernie" <BSIEBERT@shermanhoward.com>, "Allen, Jeffrey" <jallen@lawson-weitzen.com>, "Gentile, Donald" <dgentile@lawson-weitzen.com>, "Tom Quinn (tquinn@gordonrees.com)" <tquinn@gordonrees.com>, "Jack Mann (jmann@gordonrees.com)" <jmann@gordonrees.com>, "brian@rietzlawfirm.com" <brian@rietzlawfirm.com>, "bmoore@jgllp.com" <bmoore@jgllp.com>, "llee@laborlawyers.com" <llee@laborlawyers.com>, "dperkins@laborlawyers.com" <dperkins@laborlawyers.com>, "Reilly, Katie" <Reilly@wtotrial.com>, "lstone@duffordbrown.com" <lstone@duffordbrown.com>, "chammond@duffordbrown.com" <chammond@duffordbrown.com>, "Vickles, Heather F." <HVICKLES@shermanhoward.com>, "Deeny, Raymond M." <RDeeny@shermanhoward.com>, "Colaizzi, Brooke A." <bcolaizzi@shermanhoward.com>

All,

At this point I believe I responded to all of the discovery requests I received last week pursuant to FRCP 26(b)(3)(C). If you have not received a response and you served me with a request, please let me know. I'll correct the oversight asap.

Best,

**Alexander Hood**
**Attorney & Director of Litigation**

TOWARDS JUSTICE

1535 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
Email: alex@towardsjustice.org
www.towardsjustice.org

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.