**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**RESPONSE TO DEFENDANT AUPAIRCARE, INC.'S SUPPLEMENT TO JOINT MOTION TO STRIKE CERTAIN ALLEGATIONS**

---

Plaintiffs submit this brief response to the submission by Defendant AuPairCare, Inc. (AuPairCare), dated April 21, 2015, and docketed as document 137 (the Supplement), regarding the Joint Motion to Strike Certain Allegations (the Joint Motion).

AuPairCare suggests that Plaintiffs failed to provide a timely response to a discovery request by AuPairCare. As an initial matter, AuPairCare never explains how this argument relates to the Joint Motion. In any event, AuPairCare is wrong. Plaintiffs did not miss any deadlines in responding to discovery, and the only reason Plaintiffs have not responded to AuPairCare's discovery request is because AuPairCare obtained a temporary stay of discovery from this Court.

As background, AuPairCare served Plaintiffs with a request for statements pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure on March 31, 2015. *See* Supplement, Exhibit A. The request demanded a response by April 8, 2015.

AuPairCare provided no justification for this nine-day deadline, which is not required under the Federal Rules of Civil Procedure.

Nevertheless, Plaintiffs were prepared to respond to AuPairCare on April 1, 2015, when Plaintiffs responded to other defendants' Rule 26(b)(3)(C) requests. On that date, Plaintiffs' counsel wrote defendants' counsel, including attorneys Thomas B. Quinn and John R. Mann of Gordon & Rees LLP, as counsel for AuPairCare:

> All,
>
> At this point I believe I responded to all of the discovery requests I received last week pursuant to FRCP 26(b)(3)(C). If you have not received a response and you served me with a request, please let me know. I'll correct the oversight asap.

Email dated April 1, 2015, attached as Exhibit A to Declaration of Alexander Hood, Esq., dated April 13, 2015. AuPairCare simply ignored the message. Hood Decl. ¶ 49.

Instead of asking Plaintiffs to produce a Rule 26(b)(3)(C) response, AuPairCare asked the Court to stay all discovery pending the motion to dismiss. *See id.* ¶¶ 51-53. Defendants sought the stay to avoid responding to discovery served by Plaintiffs a month earlier. *See id.* ¶ 52. The Magistrate Judge entered a temporary stay of all discovery through May 26, 2015. *See* Minute Order, dated Apr. 16, 2015 [Dkt. 126].[1] As a result of the temporary stay, which AuPairCare requested, Plaintiffs have not responded to AuPairCare's Rule 26(b)(3)(C) request. Similarly, AuPairCare has not

---

[1] The Magistrate Judge did not grant defendants' application for a stay pending a ruling on the motion to dismiss. Rather, the Magistrate Judge asked the parties to address any such application at the initial scheduling conference. *See id.*

responded to any of Plaintiffs' discovery requests, which Plaintiffs served weeks before receiving the Rule 26(b)(3)(C) request.  *See* Hood Decl. ¶ 52.

There is thus no merit to AuPairCare's suggestion that Plaintiffs failed to respond properly to its Rule 26(b)(3)(C) discovery request.  Plaintiffs did not miss any deadline.  Moreover, Plaintiffs offered to respond on April 1, but AuPairCare ignored Plaintiffs' offer.  The only reason Plaintiffs have not responded since then is because discovery was temporarily stayed at AuPairCare's request.

Dated: May 13, 2015

>Respectfully Submitted,
>
>s/ Alexander Hood
>Alexander Hood
>Towards Justice
>1535 High Street, Suite 300
>Denver, CO  80218
>Tel: 720-239-2606
>Fax: 303-957-2289
>Email: alex@towardsjustice.org

## Certificate of Service

I hereby certify that on May 13, 2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

s/ Alexander Hood
Alexander Hood
