IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

        Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULUTURAL HOMESTAY INTERNATIONAL;
CULUTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC D/B/A PROAUPAIR; and
20/20 CARE EXCHANGE, INC. D/B/A THE INTERNATIONAL AU PAIR EXCHANGE,

        Defendants.

---

## NOTICE OF CHANGE OF ADDRESS

---

Please take notice that effective immediately, the address for Chanda M. Feldkamp of the

law firm of Kelly & Walker LLC is 1512 Larimer Street, Suite 200, Denver, CO 80202.  Email,

telephone and facsimile numbers remain the same.

Respectfully submitted this 19th day of May, 2015.

**KELLY & WALKER LLC**

*s/Chanda M. Feldkamp*
Chanda M. Feldkamp, No. 44260
1512 Larimer Street, Suite 200
Denver, CO 80202
Tel. (720) 236-1800
Fax (720) 236-1799
Email: cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant USAuPair, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2015, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record who are participants in the Court's ECF filing system.

_s/Chanda M. Feldkamp_
Chanda M. Feldkamp