IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [DOCS. 127, 130-133, 135-136] AND FOR LEAVE TO FILE EXCESS PAGES**

---

COME NOW, the Plaintiffs, by and through the undersigned counsel, with the following motion:

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

Plaintiffs' counsel consulted with counsel for all Defendants prior to filing this motion. The Defendants do not oppose this motion.

The Defendants filed 7 motions to dismiss on 4/17/2015 and 4/20/2015. (Docs. 127, 130-133, 135-136). The motions seek to dismiss Plaintiffs' First Amended Complaint in its entirety. The Plaintiffs previously sought and received an extension to June 1, 2015 to respond to the motions. (Doc. 140). On 5/13/2015, the Plaintiffs responded to Defendants' motions to strike allegations in the First Amended Complaint – which were filed on the same day as all but one of the motions to dismiss -- and spent significantly more time than initially expected researching and drafting the responses.

1

(Docs. 134 and 137 (motions to strike); Docs. 147 and 148 (responses to motions to strike)). Plaintiffs believe they need more time to research and respond to the motions to dismiss, which raise a myriad of complex legal issues and, in total, are over 100 pages long. The Plaintiffs respectfully request an additional extension until June 26, 2015 to respond.

Further, the Plaintiffs respectfully request leave to file excess pages in responding to the motions to dismiss. To avoid unnecessarily repeating arguments, the Plaintiffs intend to file a single unified response to Defendants' motions. The Plaintiffs initially believed they were governed by Magistrate Judge Shaffer's practice standards in responding, which have no page limits. After Magistrate Judge Shaffer's 5/8/2015 recusal, Plaintiffs' counsel contacted Judge Arguello's chambers to clarify what practice standards applied to Plaintiffs' response and was instructed to respond under Judge Arguello's practice standards regardless of any referral to a magistrate judge. Judge Arguello's practice standards include a 15 page limit for responses to motions to dismiss. The Plaintiffs therefore now request 75 pages for their single unified response to Defendants' 5 substantive motions. (Docs. 127, 130-131, 135-136). The Plaintiffs would be entitled to 75 pages if they responded individually to each of the 5 substantive motions, 75 pages is far less than the over 100 pages filed by the Defendants, and several Defendants received extra pages for their motions. (Docs. 119-120, 122 (orders granting excess pages for Defendants' motions)).

WHERFORE, the Plaintiffs request that:

1. Their deadline to respond to Defendants' motions to dismiss (Docs. 127, 130-133, 135-136) be extended to 6/26/2015; and

2. They be granted leave to file a single response to Defendants' motions to dismiss (Docs. 127, 130-133, 135-136) of up to 75 pages in length.

Dated: 5/21/2015

                Respectfully Submitted,

                <u>s/Alexander Hood</u>
                Alexander Hood
                Towards Justice
                1535 High Street, Suite 300
                Denver, CO  80218
                Tel: 720-239-2606
                Fax: 303-957-2289
                Email: alex@towardsjustice.org

## Certificate of Service

I hereby certify that on 5/21/2015 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Erica Herrera Gutherz
egutherz@shermanhoward.com

s/Alexander Hood
Alexander Hood

4