IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STAY OF DISCOVERY**
_____

Defendants, by their respective undersigned counsel, hereby move the Court to continue the stay of discovery entered on April 16, 2015 until the Scheduling Conference set for July 6, 2015, and as grounds for extending the stay state as follows:

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

Counsel for Defendants have conferred with Plaintiffs' counsel about the relief requested by this motion before filing this motion, who provided the following statement: "Plaintiffs continue to oppose a stay of discovery. However, given Magistrate Judge Shaffer's order allowing a temporary stay through the now-vacated late May scheduling conference, Plaintiffs believe it would be a waste of the Court's and the parties' resources to argue that the temporary stay does not remain in place until the newly set July scheduling conference. Plaintiffs therefore do not oppose the motion."

1. Following a hearing on April 16, 2015, Magistrate Judge Shaffer entered an order staying discovery in this case, including initial disclosures, until the Scheduling Conference set for May 26, 2015 (Dkt. 126).

2. Before the Scheduling Conference set for May 26, 2015 occurred, however, Magistrate Judge Shaffer recused himself from the case and the May 26, 2015 Scheduling Conference was vacated (Dkt. 141, 142). The case was then reassigned to Magistrate Judge Tafoya and a new Scheduling Conference was set for July 6, 2015 (Dkt. 143, 144).

3. To preserve the status quo prior to the July 6, 2015 Scheduling Conference, Defendants move to extend the stay of discovery entered on April 16, 2015 until the Scheduling Conference set for July 6, 2015. As stated above, Plaintiffs do not oppose this brief extension of the stay, and no party will be prejudiced thereby.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the stay of discovery entered on April 16, 2015 until the Scheduling Conference set for July 6, 2015, and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 22nd day of May, 2015,

*s/John R. Mann*
Thomas B. Quinn
John R. Mann
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
jmann@gordonrees.com
tquinn@gordonrees.com
*Attorneys for Defendant*
*AuPairCare, Inc.*

*s/James E. Hartley*
James E. Hartley
Mher Hartoonian
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
303-295-8000
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Defendant*
*Cultural Homestay International*

*s/William J. Kelly, III*
William James Kelly, III
Chanda Marie Feldkamp
KELLY & WALKER, LLC
1401 17th Street, Suite 925
Denver, CO 80202
720-236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant UsAuPair, Inc.*

*s/Bogdan Enica*
Bogdan Enica
111 2nd Avenue NE, Suite 213
St Petersburg, FL 33701-3440
727-225-2649
bogdane@hotmail.com
*Attorney for Defendant Expert Group*
*International Inc., d/b/a Expert AuPair*

*s/Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin Estevao
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
303-572-6500
rhoadesm@gtlaw.com
estevaom@gtlaw.com
*Attorneys for Defendant*
*GreatAuPair, LLC*

*s/Martha L. Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
303-223-1126
mfitzgerald@bhfs.com
kbarrett@bhfs.com
*Attorneys for Defendant EurAuPair*
*Intercultural Child Care Programs*

s/Kathryn A. Reilly
Kathryn A. Reilly
WHEELER TRIGG O'DONNELL, LLP
370 17th Street, Suite 4500
Denver, CO 80202
303-244-1800
reilly@wtotrial.com
*Attorneys for Defendants*
*American Cultural Exchange, LLC d/b/a*
*GoAuPair and Agent Au Pair*

s/Lawrence Lee
Lawrence L. Lee
Daniel C. Perkins
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO 80202
303-218-3650
llee@laborlawyers.com
dperkins@laborlawyers.com
*Attorneys for Defendants*
*APF GlobalExchange, NFP d/b/a AuPair*
*Foundation and American Institute for*
*Foreign Study d/b/a Au Pair In America*

s/Jeffrey Paul Allen
Jeffrey Paul Allen
Donald J. Gentile
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorneys For Defendant Cultural Care,*
*Inc. d/b/a Cultural Care Au Pair*

s/Brian Thomas Moore
Brian Thomas Moore
JESTER GIBSON & MOORE, LLP
1999 Broadway, #3225
Denver, CO 80202
303-377-7888
bmoore@jgllp.com
*Attorneys for Defendant*
*Au Pair International, Inc.*

s/Brooke A. Colaizzi
Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Erica H. Gutherz
SHERMAN & HOWARD LLC
633 17th Street, Suite 3000
Denver, CO 80202
303-297-2900
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
egutherz@shermanhoward.com
*Attorneys for Defendant*
*InterExchange, Inc.*

s/Lawrence Daniel Stone
Lawrence Daniel Stone
Christian D. Hammond
DUFFORD & BROWN, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
303-861-8013
lstone@duffordbrown.com
chammond@duffordbrown.com
*Attorneys for Defendants A.P.E.X.*
*American Professional Exchange, LLC*
*d/b/a ProAuPair and 20/20 Care*
*Exchange, Inc. d/b/a The International*
*Au Pair Exchange*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 22, 2015, I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STAY OF DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
***Attorney for Plaintiffs***

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Erica H. Gutherz
Sherman & Howard LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
egutherz@shermanhoward.com
***Attorneys for InterExchange, Inc.***

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for USAuPair, Inc.***

Meshach Y. Rhoades
Kutak Rock, LLP-Denver
1801 California, Ste. 3000
Denver, CO 80202
rhoadesm@gtlaw.com
***Attorney for Great AuPair, LLC***

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th St., Ste. 2400
Denver, CO 80202
estevaom@gtlaw.com
***Attorney for Great AuPair, LLC***

Bogdan Enica
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
***Attorney for Expert Group International, Inc.***

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for EurAupair Intercultural Child Care Programs***

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
***Attorneys for Cultural Homestay International***

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
***Attorneys for Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
***Attorney for Au Pair International, Inc.***

Walter V. Bernie Siebert
Sherman & Howard LLC
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
***Attorney for Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
***Attorney for Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair***

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
***Attorney for American Cultural Exchange, LLC d/b/a GoAuPair; Agent Au Pair***

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
***Attorneys for APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for ForeignStudy d/b/a Au Pair in America***

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
***Attorneys for A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

*s/John R. Mann*