**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

**NOTICE OF HIRING OF COURT'S FORMER LAW CLERK**

**TO THE COURT AND ALL PARTIES:**

**TAKE NOTICE THAT** Towards Justice, the legal organization employing Plaintiffs' counsel, has hired Judge Arguello's former law clerk, Dermot Lynch. Mr Lynch will begin working as an attorney at Towards Justice no sooner than June 4, 2015. We have asked Mr. Lynch whether he worked on the above-captioned matter during his clerkship, and he informed us that he does not recall doing so. Nevertheless, out of an abundance of caution, Towards Justice will wall off Mr. Lynch from involvement in this case. He will have no access to the case file; Towards Justice will inform all of its employees not to communicate with Mr. Lynch regarding the case; and Mr. Lynch will not otherwise participate in this matter.

1

Dated: May 29, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Tel: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

*Attorney for the Plaintiffs*

## Certificate of Service

I hereby certify that on 5/29/2015 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Raymond Myles Deeny
rdeeny@shermanhoward.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

John Roger Mann
jmann@gordonrees.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

Thomas Baker Quinn
tquinn@gordonrees.com

Heather Fox Vickles
hvickles@sah.com

Lawrence L. Lee
llee@laborlawyers.com

Brian Thomas Moore
bmoore@jgllp.com

Meshach Yustine Rhoades
rhoadesm@gtlaw.com

Kathryn A. Reilly
reilly@wtotrial.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Bogdan Enica
bogdane@hotmail.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Erica Herrera Gutherz
egutherz@shermanhoward.com

s/Alexander Hood
Alexander Hood