**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
DAYANNA PAOLA CARDENAS CAICEDO;
BEAUDETTE DEETLEFS;
ALEXANDRA IVETTE GONZALEZ;
LUSAPHO HLATSHANENI; and those similarly situated

       Plaintiffs,

       v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

       Defendants.

---

**EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS'
JOINDER IN MOTIONS FOR PROTECTIVE ORDER**

---

Defendant EurAupair Intercultural Child Care Programs ("EurAupair"), by and

through undersigned counsel, hereby submits this Joinder in the Joint Motion by Certain

Sponsor Defendants for Protective Order (ECF No. 162) and Defendant Interexchange,

Inc, American Cultural Exchange, LLC, and American Institute for Foreign Study's Motion for Protective Order to Stay Discovery Pending Resolution of Motions to Dismiss (ECF No. 164) (collectively, the "Motions"). In further support thereof, EurAupair states as follows:

1.     In the 534-paragraph Amended Complaint, plaintiffs mention EurAupair by name only five (5) times, or 0.936% of the allegations. *See* ECF No. 101 ¶¶ 28, 103, 126, 127, 412.

2.     Plaintiffs assert only one claim against EurAupair, namely Claim 1. *See generally* ECF No. 101

3.     EurAupair has not served a request on Plaintiffs pursuant to Fed. R. Civ. P. 26(e)(1)(a).

Dated this 16th day of June, 2015.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
    Martha L. Fitzgerald, #14078
    Kathryn A. Barrett, #43900
    Brownstein Hyatt Farber Schreck, LLP
    410 Seventeenth Street, Suite 2200
    Denver, Colorado  80202-4432
    Phone:  303-223-1100
    mfitzgerald@bhfs.com
    kbarrett@bhfs.com

*Attorneys for Defendant EurAupair Intercultural Child Care Programs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 16th day of June, 2015, a true and

correct copy of the foregoing **EURAUPAIR INTERCULTURAL CHILD CARE**

**PROGRAMS' JOINDER** was filed via CM/ECF which will send notification of such filing

to the following:

| | |
|---|---|
| Alexander N. Hood<br>alex@towardsjustice.org | Susan P. Klopman<br>sklopman@hklawllc.com |
| Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com | Raymond M. Deeny<br>rdeeny@shermanhoward.com |
| Heather F. Vickles<br>hvickles@shermanhoward.com | Erica H. Gutherz<br>egutherz@shermanhoward.com |
| William J. Kelly III<br>wkelly@kellywalkerlaw.com | Chanda M. Feldkamp<br>cfeldkamp@kellywalkerlaw.com |
| Martin J. Estevao<br>estevaom@gtlaw.com | Meshach Y. Rhoades<br>rhoadesm@gtlaw.com |
| Bogdan Enica<br>bogdane@hotmail.com | James E. Hartley<br>jhartley@hollandhart.com |
| Mher Hartoonian<br>mhartoonian@hollandhart.com | Jeffrey P. Allen<br>jallen@lawson-weitzen.com |
| Donald J. Gentile<br>dgentile@lawson-weitzen.com | W.V. Bernie Siebert<br>bsiebert@shermanhoward.com |
| Brian T. Moore<br>bmoore@jgllp.com | Brian A. Birenbach<br>brian@rietzlawfirm.com |
| Toren G.E. Mushovic<br>mushovic@wtotrial.com | Lawrence L. Lee<br>llee@laborlawyers.com |
| Daniel C. Perkins<br>dperkins@laborlawyers.com | Kathryn A. Reilly<br>reilly@wtotrial.com |
| Lawrence Daniel Stone | John R. Mann |

lstone@duffordbrown.com

Christine D. Hammond
chammond@duffordbrown.com

jmann@gordonrees.com

Thomas B. Quinn
tquinn@gordonrees.com

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal

017997\0001\12121041.1