# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

   Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P. EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

   Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

  To:  The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for Plaintiffs JOHANA PAOLA BELTRAN

and LUSAPHO HLATSHANENI.

DATED at Ft. Lauderdale, Florida this 24th day of June, 2015.

Respectfully submitted,

/s/ Sigrid S. McCawley

Sigrid S. McCawley
BOIES, SCHILLER &
FLEXNER, LLP
401 East Las Olas Blvd.
Suite 1200
Ft. Lauderdale, Florida  33301
Phone: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I electronically filed the foregoing ENTRY

OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF

system.  I also certify that the foregoing document is being served this day on all

counsel of record or pro se parties via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.


<u>/s/</u> Sigrid M. McCawley
Sigrid M. McCawley