Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(B)(3)(C)
DISCOVERY REQUEST FROM DEFENDANTS APF GLOBAL EXCHANGE AND AU
PAIR IN AMERICA**

---

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendants American Cultural Exchange, LLC d/b/a/ Go Au Pair and Agent Au Pair, Inc. ("Defendants"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.      Pursuant to Rule 26(b)(3)(B)(C), please provide no later than close of business on Friday, March 27 any recordings or notes reflecting previous statements made by Go Au Pair and/or Agent Au Pair concerning the subject matter of the litigation.**

Plaintiffs object to the two-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants Agent Au Pair and Expert Au Pair on the individuals below by electronic mail and first class mail:

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
reilly@wtotrial.com

*Attorney for Defendants Agent Au Pair, Inc.*
*and American Cultural Exchange, LLC d/b/a GoAuPair*

s/ Alexander Hood
Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANTS A.P.EX. AND 20/20 CARE
EXCHANGE, INC.**

---

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 31, 2015, by Defendants A.P. Ex. American Professoinal Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange ("Defendants"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Pursuant to Rule 26(b)(3)(C), please provide no later than close of business on Friday, April 3, 2015 any recordings or notes reflecting**

**previous statements made by defendants APEX and/or 20/20 concerning the subject matter of the litigation.**

Plaintiffs object to the three-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants APEX and 20/20 on the individuals below by electronic mail and first class mail:

Lawrence D. Stone, Esq.
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, Colorado 80290
lstone@duffordbrown.com

s/ Alexander Hood
Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANTS APF GLOBAL EXCHANGE, NFP
AND AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A/ AU PAIR IN AMERICA**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a/ Au Pair in America ("Defendants"), as follows:

**<u>OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)</u>**

**1.      Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recording or notes reflecting any and all previous statements made either/both APF Global Exchange, NFP and/or Au Pair in America concerning the subject matter of the litigation.**

Plaintiffs object to the one-week deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs produce the following statements:

"We are in the middle, price-wise"

"the more fixed expenses, like the stipend paid to the au pairs."

"That is where pricing becomes standard across all agencies. There is no difference in prices, as far as the stipend goes, between all of the agencies."

" Well, yea, it's that".

"Plus, we are all subject to the same federal guidelines, so we all stay within that."

"Sure, the government sets an amount, and we all pay that amount."

"Correct, correct! Everybody agrees, correct!

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org
Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendants APF Global Exchange, NFP and Au Pair in America on the individuals below by electronic mail and first class mail:

> Daniel C. Perkins
> Lawrence Lee
> Fisher & Phillips LLP
> 1801 California Street, Suite 2700
> Denver, CO 80202
> dperkins@laborlawyers.com

> s/ Alexander Hood
> Alexander Hood

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

    Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

    Defendants.

---

## PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C) DISCOVERY REQUEST FROM DEFENDANT CULTURAL CARE, INC.

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 26, 2015, by Defendant Cultural Care, Inc. ("Defendant"), as follows:

## OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)

**1.     Pursuant to Fed. R. Civ. P. 26(b)(3)(C), please provide no later than close of business tomorrow recordings or notes reflecting any and all previous statements made by Cultural Care concerning the subject matter of the litigation.**

Plaintiffs object to the one-day deadline in this request. That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant Cultural Care, Inc. on the individuals below by electronic mail and first class mail:

> Donald J. Gentile
> E-mail: dgentile@lawson-weitzen.com
> LAWSON & WEITZEN, LLP
> 88 Black Falcon Avenue
> Boston, MA 02210
> Telephone: (617) 439-4990
> Facsimile:  (617) 439-3987
>
>
> *Attorneys for Defendant Cultural Care, Inc.*
>
>
> s/ Alexander Hood
> Alexander Hood

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

## PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C) DISCOVERY REQUEST FROM DEFENDANT EXPERT AUPAIR

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendant Expert Group International d/b/a Expert AuPair ("Defendant"), as follows:

## OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)

**1.** **Please provide me with any recordings, transcripts or notes reflecting previous statements made by Expert Group International d/b/a Expert AuPair concerning the above-mentioned litigation.  Please provide such documents no later than close of business on Thursday, April 2nd, 2015.**

Plaintiffs object to the six-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

      I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant Expert AuPair on the individuals below by electronic mail and first class mail:

> Bogdan Enica
> Expert AuPair
> 111 Second Avenue NE, Suite 213
> St. Petersburg, Florida 33441
> bogdane@hotmail.com

> s/ Alexander Hood
> Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

      Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

      Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT INTEREXCHANGE, INC.**

---

      Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 26, 2015, by Defendant InterExchange, Inc. ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.     Please consider this a request by a party pursuant to Fed. R. Civ. P. 26(b)(3)(C), for the production of any recordings, transcriptions, or notes reflecting any previous statements made by Defendant InterExchange, Inc. concerning this action or its subject matter. Please provide us with any such materials by the close of business Friday, March 27, 2015.**

Plaintiffs object to the one-day deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant InterExchange, Inc. on the individuals below by electronic mail and first class mail:

> Brooke A. Colaizzi
> Heather F. Vickles
> Sherman & Howard L.L.C.
> 633 Seventeenth Street, Suite 3000
> Denver, CO 80202
> Telephone: (303) 297-2900
> hvickles@shermanhoward.com
> bcolaizzi@shermanhoward.com
>
> *Attorneys for Defendant InterExchange, Inc.*

> s/ Alexander Hood
> Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, ET AL.

     Plaintiffs,

v.

PAMELA H NOONAN, ET AL.

     Defendants.

---

**PLAINTIFFS' OBJECTIONS AND RESPONSE TO FED. R. CIV. P. 26(b)(3)(C)
DISCOVERY REQUEST FROM DEFENDANT USAUPAIR, INC.**

---

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, Towards Justice, hereby respond in writing to the request for previous statements under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure presented on March 27, 2015, by Defendant USAuPair, Inc. ("Defendant"), as follows:

**OBJECTIONS AND RESPONSE TO DISCOVERY REQUEST
FOR PREVIOUS STATEMENTS UNDER FED. R. CIV. P. 26(b)(3)(C)**

**1.      Pursuant to Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure, please provide no later than April 3, 2015, all recording or notes reflecting any and all previous statements made by USAuPair, Inc., concerning the subject matter of the litigation.**

Plaintiffs object to the one-week deadline in this request.  That deadline is unreasonable and not grounded in the Federal Rules of Civil Procedure.

Plaintiffs object to this request under Rule 26(b)(3)(C) of the Federal Rules of Civil Procedure to the extent it seeks statements beyond the scope of Rule 26(a)(3)(C).

Without waiving the foregoing objections, and construing this request as seeking previous statements within the scope of Rule 26(b)(3)(C), Plaintiffs have no responsive statements.

Dated: April 1, 2015

Respectfully Submitted,

s/Alexander Hood_____
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80203
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorneys for the Plaintiffs

**Certificate of Service**

I hereby certify that on April 1, 2015, I served a true and correct copy of the Plaintiffs' Objections and response to Fed. R. Civ. P. 26(b)(3)(C) Discovery Request from Defendant USAuPair, Inc. on the individuals below by electronic mail and first class mail:

William J. Kelly
Kelly & Walker LLC
1401 17th Street, Suite 925
Denver, CO 80202
wkelly@kellywalkerlaw.com

s/ Alexander Hood
Alexander Hood