IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**CERTAIN SPONSOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs have sought—and received—extension after extension in this case. Until now, Defendants have not opposed these requests. Defendants do oppose Plaintiffs' latest request for another lengthy (28-day) extension. Plaintiffs have failed to assert plausible claims in the First Amended Complaint ("FAC"), and resolution of the Motions to Dismiss cannot be delayed any further. Further, the requested extension undermines principles of judicial economy. Consequently, Defendants Agent Au Pair, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair; EurAupair Intercultural Child Care Programs; Expert Group International Inc.; APF GlobalExchange, NFP; American Institute for Foreign Study; USAuPair, Inc.; AuPairCare, Inc.; Interexchange, Inc. and Cultural Homestay International (collectively, "Opposing Defendants"), oppose Plaintiffs' Motion for Extension of Time to File Responses to Defendants' Motion to Dismiss ("Third Extension Motion"). (ECF No 174.)

1.      On February 20, 2015, Opposing Defendants moved to dismiss the Complaint. Plaintiffs never responded to Defendants' arguments; on the day their response was due, Plaintiffs instead filed the FAC. (ECF No. 101.)

2.      Defendants moved to dismiss the FAC on April 17 and 20, 2015. (ECF Nos. 130, 131, 135.)

3.      Plaintiffs have yet to respond to Defendants' Motions, as they instead requested—and received—two previous extensions.

4.      Plaintiffs requested their first extension on April 30, 2015. (ECF No. 139.) Defendants did not oppose this first request for extension, and the Court granted the extension allowing Plaintiffs to file their responsive pleading by June 1, 2015. (ECF No. 140.)

5.      On May 21, 2015, Plaintiffs requested another extension. (ECF No. 152.) Again, Defendants did not oppose the second extension. Plaintiffs' responsive pleadings are currently due on June 26, 2015.

6.      On June 23, 2015—just three days before Plaintiffs' deadline—Plaintiffs' counsel, Alex Hood, sent a conferral e-mail to Defendants' counsel, requesting yet another extension due to the expedited briefing schedule established by the Court for the motions to stay discovery. (June 23, 2015 email from Mr. A. Hood, attached as **Exhibit A**.) In his conferral e-mail, Mr. Hood did not mention that Plaintiffs' had retained new counsel, much less that this development was a ground for the requested extension. Defendants' counsel notified Mr. Hood that Defendants objected to the third extension requested by Mr. Hood for the reasons set forth below.

7. The next day (only two days before their deadline), Plaintiffs filed their Third Extension Motion. The Court's Civil Practice Standards states that motions for extension of time "shall be filed as **early as practical** based on the circumstances pertaining to the underlying reason for the request for additional time." CMA Civ. Practice Standard, 6.1(b)(3) (emphasis added). Plaintiffs failed to file this third request for extension as early as practical, but rather waited until the last minute.

8. Under the current deadline, Plaintiffs have had 70 days to oppose the Motions to Dismiss, 49 days more than allowed under this Court's local rules. *See* D.C.Colo.L.CivR7.1.

9. Opposing Defendants oppose any further extension on the ground that any further delay would cause prejudice to Defendants, and would be antithetical to securing "the just, speedy, and inexpensive determination of every action and proceeding," as required under Federal Rule of Civil Procedure 1.

10. As set forth in the Motions to Dismiss, Plaintiffs have not asserted plausible claims against Opposing Defendants. (*See* Joint Motion to Dismiss (ECF No. 135) at 9-17.) Pursuant to the Supreme Court decision in *Bell Atl. Corp. v. Twombly*, Defendants should not have to incur the expense of burdensome discovery unless Plaintiffs can assert a plausible claim. 550 U.S. 544, 570 (2007).

11. Opposing Defendants joined other sponsor Defendants and filed for a Protective Order to stay discovery until the Court rules on the Motions to Dismiss (ECF No. 162), in an attempt to avoid incurring the significant expense of discovery prior to the Court's ruling on the Motions to Dismiss. In an effort to ensure the Court's

consideration of the Motions to Dismiss is not unduly delayed, Defendants have no choice but to oppose Plaintiffs' third request for an additional 28-day extension of time to respond to the Motions to Dismiss.

12. Lastly, Plaintiffs have not established good cause for the extension. Here, Plaintiffs' sole reason for extension—the retention of new counsel—is insufficient to establish good cause. As an initial matter, this is not a case of substitution of new counsel, but merely the addition of new counsel. Moreover, retaining new counsel with new litigation strategies does not amount to good cause. To find good cause simply on the basis of new counsel would be "to allow a party to manufacture 'good cause at any time simply by switching counsel.'" *Alexander v. Westbury Union Free School Dist.*, 829 F. Supp. 2d 89, 118 (E.D.N.Y. 2011) (quoting *Glover v. Jones*, 2006 WL 3207506, * 4 (W.D.N.Y. Nov. 3, 2006)). Plaintiffs' counsel have understood the grounds for dismissal since February, when Defendants moved to dismiss the original Complaint. Four months later, Plaintiffs have yet to respond to those arguments.

For the reasons explained above, Opposing Defendants respectfully request that the Court deny Plaintiffs' Third Extension Motion.

Dated:  June 25, 2015.						Respectfully submitted,


							s/ Toren G.E. Mushovic
							Kathryn A. Reilly
							Toren G.E. Mushovic
							Wheeler Trigg O'Donnell LLP
							370 Seventeenth Street, Suite 4500
							Denver, CO  80202-5647
							Telephone:  303.244.1800
							Facsimile:  303.244.1879
							Email:   Reilly@wtotrial.com
								 Mushovic@wtotrial.com

							Attorneys for Defendants Agent Au Pair, Inc.,
							American Cultural Exchange, LLC d/b/a
							GoAuPair

							s/ Brooke A. Colaizzi
							Brooke A. Colaizzi
							Heather F. Vickles
							Sherman & Howard L.L.C.
							633 Seventeenth Street, Suite 3000
							Telephone:  303.297.2900
							Denver, CO 80202
							Email:  bcolaizzi@shermanhoward.com
								 hvickles@shermanhoward.com

							Attorneys for Defendant Interexchange, Inc.

							s/ William J. Kelly, III
							Williams James Kelly, III
							Chanda Marie Feldkamp
							Kelly & Walker, LLC
							1401 17th Street, Suite 925
							Denver, CO 80202
							Telephone:  720.236.18700
							Email:  wkelly@kellywalkerlaw.com
								 cfeldkamp@kellywalkerlaw.com

							Attorneys for Defendant USAuPair, Inc.

5

*s/ Bogdan Enica*
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL  33701-3440
Telephone:  727.225.2649
Email:  bogdane@hotmail.com

Attorney for Defendant Expert Group
International Inc., d/b/a Expert AuPair

*s/ James E. Hartley*
James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Telephone:  303.295.8000
Email:  jhartley@hollandhart.com
         mhartoonian@hollandhart.com

Attorneys for Defendant Cultural Homestay
International

*s/ Martha Louise Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Telephone:  303.223.1126
Email:  mfitzgerald@bhfs.com
         kbarrett@bhfs.com

Attorneys for Defendant EurAupair Intercultural
Child Care Programs

*s/ John R. Mann*
John Roger Mann
Thomas Baker Quinn
Gordon & Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO  80202
Telephone:  303.534.5160
Email:  jmann@gordonrees.com
         tquinn@gordonrees.com

Attorneys for Defendant AuPairCare, Inc.

6

*s/ Lawrence L. Lee*
Lawrence L. Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Telephone:  303.218.3650
Email:  llee@laborlawyers.com
            dperkins@laborlawyers.com

Attorneys for Defendants APF GlobalExchange, NFP d/b/a Aupair Foundation, and American Institute for Foreign Study

7

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 25, 2015, I electronically filed the foregoing **CERTAIN SPONSOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Alexander Hood**
  alex@towardsjustice.org

- **Bogdan Enica**
  bogdane@hotmail.com

- **Brian A. Birenbach**
  brian@rietzlawfirm.com

- **Brian T. Moore**
  bmoore@jgllp.com

- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com

- **Chandra M. Feldkamp**
  cfeldkamp@kellywalkerlaw.com

- **Christian D. Howard**
  chammond@duffordbrown.com

- **Daniel C. Perkins**
  dperkins@laborlawyers.com

- **Donald J. Gentile**
  dgentile@lawson-weitzen.com

- **Heather F. Vickles**
  hvickles@shermanhoward.com

- **James E. Hartley**
  jhartley@hollandhart.com

- **Jeffrey P. Allen**
  jallen@lawson-weitzen.com

- **John R. Mann**
  jmann@gordonrees.com

- **Kathryn Anne Barrett**
  kbarrett@bhfs.com

- **Lawrence D. Stone**
  lstone@duffordbrown.com

- **Lawrence L. Lee**
  llee@laborlawyers.com

- **Martin J. Estevao**
  estevaom@gtlaw.com

- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com

- **Meshach Y. Rhoades**
  rhoadesm@gtlaw.com

- **Mher Hartoonian**
  mhartoonian@hollandhart.com

- **Raymond M. Deeny**
  rdeeny@shermanhoward.com

- **Thomas B. Quinn**
  tquinn@gordonrees.com

- **W.V. Bernie Siebert**
  bsiebert@shermanhoward.com

- **William J. Kelly III**
  wkelly@kellywalkerlaw.com

*s/ Linda S. Burch for Toren G.E. Mushovic*

8