*Johana Paola Beltran, et al. v. Interexchange, Inc., et al.*

Civil Action No. 1:14-cv-03074-CMA-KMT

# Exhibit A

# CERTAIN SPONSOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

**From:** Alex Hood [mailto:alex@towardsjustice.org]
**Sent:** Tuesday, June 23, 2015 4:20 PM
**To:** Colaizzi, Brooke A.; Brian T. Moore; Bogdan E; brian@rietzlawfirm.com; Siebert, W. V. Bernie; cfeldkamp@kellywalkerlaw.com; Gentile, Donald; dperkins@laborlawyers.com; egutherz@shermanhoward.com; hvickles@sah.com; Allen, Jeffrey; Jim Hartley; jmann@gordonrees.com; Barrett, Kathryn A.; llee@laborlawyers.com; To:; Fitzgerald, Martha L.; MHartoonian@hollandhart.com; Deeny, Raymond M.; Reilly, Katie; rhoadesm@gtlaw.com; Quinn, Thomas B.; wkelly@kellywalkerlaw.com
**Subject:** Beltran v. Noonan -- Motions to Dismiss Response Extension

All,

Please let me know whether or not you oppose an extension on the response to the motions to dismiss. Because of the magistrate's accelerated briefing schedule on the motions to stay discovery, we have been forced to divert our attention to that response. We propose an additional 28 days to respond to the motions to dismiss, but are open to all suggestions to avoid a disputed motion.

Best,

**Alexander Hood**
**Attorney & Director of Litigation**



1535 High Street, Suite 300
Denver, CO 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
Email: alex@towardsjustice.org
www.towardsjustice.org

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.