IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  14-cv-03074-CMA

JOHANA PAOLA BELTRAN; et al.

Plaintiffs.

v.

PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

---

**DEFENDANT GREATAUPAIR, LLC'S JOINDER OF CERTAIN SPONSOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

---

Defendant GreatAuPair, LLC ("GreatAuPair"), by and through its undersigned counsel,

hereby joins in the Opposition to Plaintiffs' Motion for Extension of Time to Respond to

Defendants' Motion to Dismiss filed by certain sponsor Defendants (the "Opposition") on June

25, 2015 (Doc. #176).   For the reasons stated in the Opposition, GreatAuPair respectfully

requests that the Court deny Plaintiffs' Motion for Extension of Time in its entirety and grant

such other relief as the Court deems just and proper.

Respectfully submitted this 25th day of June, 2015.

GREENBERG TRAURIG, LLP

/s/     *Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Phone Number:  303.572.6500
Fax Number:  303.572.6540
E-Mail:  RhoadesM@gtlaw.com
            EstevaoM@gtlaw.com

**ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of June, 2015, a true and correct copy of the foregoing **DEFENDANT GREATAUPAIR, LLC'S JOINDER OF CERTAIN SPONSOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
*Attorney for Plaintiffs*

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
llouis@bsfllp.com
smccawley@bsfllp.com
*Attorneys for Plaintiffs*

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
*Attorney for Pamela H. Noonan*
 *and Thomas J. Noonan*

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Erica H. Gutherz
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@sah.com
egutherz@shermanhoward.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for USAuPair, Inc.*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International,*
*Inc.*

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay*
*International*

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

Walter Vernon Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

Brian Thomas Moore
Jester Gibson & Moore, LLP
1999 Broadway, Suite 3225
Denver, CO 80202
bmoore@jgllp.com
*Attorney for Au Pair International, Inc.*

Brian Alan Birenback
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for American Cultural Exchange,*
*LLC  d/b/a GoAuPair; Au Pair*
*International, Inc.*

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
*Attorney for Agent Au Pair; American*
*Cultural Exchange, LLC d/b/a GoAuPair*

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
*Attorneys for A.P.E.X. American*
*Professional Exchange, LLC d/b/a*
*ProAuPair and 20/20 Care Exchange, Inc.*
*d/b/a The International Au Pair Exchange*

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for EurAupair Intercultural Child*
*Care Programs*

Lawrence Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
*Attorneys for American Institute for Foreign*
*Study d/b/a Au Pair in America; APF*
*Global Exchange, NFP*

Thomas B. Quinn
John R. Mann
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202
tquinn@gordonrees.com
jmann@gordonrees.com
*Attorneys for AuPairCare, Inc.*

Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Mushovic@wtotrial.com
*Attorneys for American Cultural Exchange,*
*LLC d/b/a GoAuPair; Agent Au Pair, Inc.*

  *s/ Julie Eaton*
    Julie Eaton

*(Original on file at offices of Greenberg Traurig,*
*LLP, pursuant to C.R.C.P. 121, § 1-26)*

*DEN 98846180v1*