IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE
BY TELEPHONE**

---

Defendants, A.P.EX. American Professional Exchange, LLC dba ProAuPair; and

20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter

{00663870.1}

"Defendants"), by their attorney, Lawrence D. Stone of Dufford & Brown, P.C., hereby requests leave of Court to appear at the scheduling conference scheduled for July 6, 2015 at 9:45 a.m. MDT by telephone, and as grounds therefor, states as follows:

1.   The scheduling conference is scheduled for July 6, 2015 at 9:45 a.m. MDT. The two attorneys who have entered an appearance for the above referenced Defendants, Lawrence D. Stone and Christian D. Hammond, will be out of state on the date of the scheduling conference based on previously scheduled plans.

2.   Undersigned counsel requests leave of Court to participate in the scheduling conference as no other attorneys in undersigned counsel's office have any knowledge of the details of the lawsuit or the proposed scheduling order.

3.   Undersigned counsel has conferred with the other parties to the lawsuit via e-mail about this request. Plaintiffs' counsel does not oppose the motion and undersigned counsel has not received any objections from any of the co-defendants.

4.   Undersigned counsel does not anticipate any lengthy discussion at the scheduling conference on behalf of Defendants as counsel for co-defendants will likely articulate positions that will be acceptable to Defendants. Accordingly, no prejudice will result from an appearance at the scheduling conference by telephone.

WHEREFORE, Defendants respectfully request to appear at the scheduling conference by telephone, and for such other and further relief as deemed appropriate by the Court.

Respectfully submitted this 26th day of June, 2015.

        DUFFORD & BROWN, P.C.

        s/ Lawrence D. Stone
        Lawrence D. Stone
        Christian D. Hammond
        1700 Broadway, Suite 2100
        Denver, CO  80290-2101
        Telephone:  (303) 861-8013
        E-mail:  lstone@duffordbrown.com
                chammond@duffordbrown.com

        Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2015, I served the foregoing **UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE BY TELEPHONE** using the CM/ECF system which will send notification via e-mail to the following:

Alexander Hood
alex@towardsjustice.org

Bogdan Enica
bogdan@expertaupair.com

Brian A. Birenbach
brian@rietzlawfirm.com

Brian T. Moore
bmoore@jgllp.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Chandra M. Feldkamp
cfeldkamp@kellywalkerlaw.com

Daniel C. Perkins
dperkins@laborlawyers.com

Donald J. Gentile
dgentile@lawson-weitzen.com

Heather F. Vickles
hvickles@shermanhoward.com

James E. Hartley
jhartley@hollandhart.com

Jeffrey P. Allen
jallen@lawson-weitzen.com

John R. Mann
jmann@gordonrees.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Kathryn A. Reilly
reilly@wtotrial.com

Lawrence Lee
llee@laborlawyers.com

Martha L. Fitzgerald
mfitzgerald@bhfs.com

Meshach Y. Rhoades
rhoadesm@gtlaw.com

Mher Hartoonian
mhartoonian@hollandhart.com

Raymond M. Deeny
rdeeny@shermanhoward.com

Thomas B. Quinn
tquinn@gordonrees.com

W.V. Bernie Siebert
bsiebert@shermanhoward.com

William J. Kelly III
wkelly@kellywalkerlaw.com

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook