IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  14-cv-03074-CMA

JOHANA PAOLA BELTRAN, and those similarly situated

Plaintiffs.

v.
PAMELA H. NOONAN,
THOMAS J. NOONAN,
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE INC. D/B/A CULTURAL AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

## UNOPPOSED MOTION TO WITHDRAW

*Certificate of Compliance with D.Colo.L.R. 7.1*. The undersigned certifies that he conferred regarding the relief requested herein with counsel for all parties. The undersigned understands that there will be no objection to this motion.

Defendant Au Pair International, Inc. respectfully requests that Brian T. Moore of Jester Gibson & Moore, LLP be permitted to withdraw as its counsel in this action. Toren G. E. Mushovic of Wheeler Trigg O'Donnell, LLP has entered his appearance on

behalf of Au Pair International, Inc. (doc. # 180) and will continue to represent it in this matter.

Respectfully submitted this 29th day of June, 2015.

JESTER GIBSON & MOORE, LLP
*Attorneys for Defendants*

*s/ Brian T. Moore*
Brian T. Moore
1999 Broadway, Suite 3225
Denver, Colorado 80202
(303) 339-4779
BMoore@jgllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2015, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was filed and served via ECF/CM addressed to the following:

Alexander Hood
Towards Justice
601 16 Street, Suite C #207
Golden, CO 80401
Email: alex@towardsjustice.org

Raymond Myles Deeny
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
Email: rdeeny@shermanhoward.com

Heather Fox Vickles
Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000
Denver, CO 80202-3622
Email: hvickles@sah.com

Martin Jose Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Email: estevaom@gtlaw.com

William James Kelly, III
Kelly & Walker, LLC
1401 17th Street
Suite 925
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com

Meshach Yustine Rhoades
Kutak Rock, LLP-Denver
1801 California Street
Suite 3000
Denver, CO 80202-2626
Email: rhoadesm@gtlaw.com

Bogdan Enica
111 2nd Avenue NE Suite 213
St Petersburg, FL 33701-3440
Email: bogdane@hotmail.com

Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP-
410 17th Street Suite 2200
Denver, CO 80202-4432
Email: kbarrett@bhfs.com

Brooke A. Colaizzi
Sherman & Howard, L.L.C.-Denver
633 17th Street
Suite 3000
Denver, CO 80202-3622
Email: BColaizzi@shermanhoward.com

Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com

James Edward Hartley
Holland & Hart, LLP
555 17th Street
Suite 3200
Denver, CO 80201-8749
Email: jhartley@hollandhart.com

Mher Hartoonian
Holland & Hart, LLP-Denver
555 17th Street Suite 3200
Denver, CO 80201-8749
Email: mhartoonian@hollandhart.com

Donald Joseph Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
Email: dgentile@lawson-weitzen.com

Jeffrey Paul Allen
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
Email: jallen@lawson-weitzen.com

Walter Vernon Bernie Siebert
Sherman & Howard, L.L.C.-Denver
633 17th Street Suite 3000
Denver, CO 80202-3622
Email: bsiebert@shermanhoward.com

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place #301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Daniel C. Perkins
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700
Denver, CO 80202-3025
Email: dperkins@laborlawyers.com

Chanda Marie Feldkamp
Kelly & Walker, LLC
1401 17th Street
Suite 925
Denver, CO 80202
720-236-1800
Fax: 720-236-1799
Email: cfeldkamp@kellywalkerlaw.com

Thomas Baker Quinn
John Roger Mann
Gordon & Rees, LLP-Denver
555 17th Street
Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: tquinn@gordonrees.com

Lawrence L. Lee
Fisher & Phillips, LLP-Denver
1801 California Street Suite 2700
Denver, CO 80202-3025
Email: llee@laborlawyers.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com

Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway Suite 2100
Denver, CO 80290-2101
Email: lstone@duffordbrown.com

Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Email: mushovic@wtotrial.com

Erica H. Gutherz
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
Email: egutherz@shermanhoward.com

Christian D. Hammond
Dufford & Brown, PC
1700 Broadway, Suite 80290
Email: chammond@duffordbrown.com

Randall W. Jackson
Boies, Schiller, & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Email: rjackson@bsfllp.com

Lauren F. Louis
Boies, Schiller, & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Email: lloius@bsfllp.com

John R. Mann
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com

Sigrid S. McCawley
Boies, Schiller, & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Email: smccawley@bsfllp.com

Matthew L. Schwartz
Boies, Schiller, & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Email: mlschwartz@bsfllp.com

Peter M. Skinner
Boies, Schiller, & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Email: pskinner@bsfllp.com

Au Pair International, Inc.
c/o Steve Lehan
Email: slehan@aupairint.com