IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

TO ALL PARTIES:

    Please take notice that Kathryn A. Reilly, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters her appearance on behalf of Defendant Au Pair International, Inc. in the above-captioned action.

Dated:  June 29, 2015.	Respectfully submitted,


		*s/ Kathryn A. Reilly*
		Kathryn A. Reilly
		Toren G.E. Mushovic
		Wheeler Trigg O'Donnell LLP
		370 Seventeenth Street, Suite 4500
		Denver, CO  80202-5647
		Telephone:  303.244.1800
		Facsimile:  303.244.1989
		Email:  mushovic@wtotrial.com

		Attorneys for Defendant Agent Au Pair, Inc.
		and American Cultural Exchange, LLC d/b/a
		GoAuPair and Au Pair International, Inc.

2

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 29, 2015, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Alexander Hood**
  alex@towardsjustice.org

- **Bogdan Enica**
  bogdan@expertaupair.com

- **Brian A. Birenbach**
  brian@rietzlawfirm.com

- **Brian T. Moore**
  bmoore@jgllp.com

- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com

- **Chandra M. Feldkamp**
  cfeldkamp@kellywalkerlaw.com

- **Daniel C. Perkins**
  dperkins@laborlawyers.com

- **Donald J. Gentile**
  dgentile@lawson-weitzen.com

- **Heather F. Vickles**
  hvickles@shermanhoward.com

- **James E. Hartley**
  jhartley@hollandhart.com

- **Jeffrey P. Allen**
  jallen@lawson-weitzen.com

- **John R. Mann**
  jmann@gordonrees.com

- **Kathryn Anne Barrett**
  kbarrett@bhfs.com

- **Lawrence D. Stone**
  lstone@duffordbrown.com

- **Lawrence L. Lee**
  llee@laborlawyers.com

- **Martin J. Estevao**
  estevaom@gtlaw.com

- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com

- **Meshach Y. Rhoades**
  rhoadesm@gtlaw.com

- **Mher Hartoonian**
  mhartoonian@hollandhart.com

- **Raymond M. Deeny**
  rdeeny@shermanhoward.com

- **Thomas B. Quinn**
  tquinn@gordonrees.com

- **W.V. Bernie Siebert**
  bsiebert@shermanhoward.com

- **William J. Kelly III**
  wkelly@kellywalkerlaw.com

*s/ Jeffery Burgdoff*
Jeffery Burgdoff

3