# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

    Plaintiffs,
v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P. EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

    To:    The clerk of court and all parties of record

        I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for Plaintiffs BEAUDETTE DEETLEFS, DAYANNA PAOLA CARDENAS CAICEDO, and ALEXANDRA IVETTE GONZÁLEZ.

DATED at New York, New York this 5th day of July, 2015.

                                              Respectfully submitted,

                                              /s/ Randall W. Jackson

                                              Randall W. Jackson
                                              BOIES, SCHILLER & FLEXNER, LLP
                                              575 Lexington Avenue, 7th Floor
                                              New York, New York 10022
                                              Phone: (212) 446-2300
                                              Fax: (212) 446-2350
                                              rjackson@bsfllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      */s/* Randall W. Jackson  
                                                      Randall W. Jackson