**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

       Plaintiffs,

v.

PAMELA H. NOONAN;
THOMAS J. NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P. EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

       Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

    To:    The clerk of court and all parties of record

        I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel Plaintiffs BEAUDETTE DEETLEFS,

DAYANNA PAOLA CARDENAS CAICEDO, and ALEXANDRA IVETTE

GONZÁLEZ.

DATED at Ft. Lauderdale, Florida this 5th day of July, 2015.

Respectfully submitted,

*/s/* Lauren F. Louis

Lauren F. Louis
BOIES, SCHILLER &
FLEXNER, LLP
401 East Las Olas Blvd.
Suite 1200
Ft. Lauderdale, Florida  33301
Phone: (954) 356-0011
Fax: (954) 356-0022
llouis@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2015, I electronically filed the foregoing ENTRY

OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF

system.  I also certify that the foregoing document is being served this day on all

counsel of record or pro se parties via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.


/s/ Lauren F. Louis
Lauren F. Louis