IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   14-cv-03074-CMA-KMT | Date:   July 6, 2015 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

*Parties:*  *Counsel:*

JOHANA PAOLA BELTRAN,  Randall Jackson
LUSAPHO HLATSHANENI,  Peter Skinner
BEAUDETTE DEETLEFS,  Alexander Hood
DAYANNA PAOLA CARDENAS CAICEDO, and
ALEXANDRA IVETTE GONZALES,

   Plaintiffs,

v.

INTEREXCHANGE, INC,  Brooke Colaizzi
  Erica Gutherz
USAUPAIR, INC.,  William Kelly
GREAT AUPAIR, LLC,  Martin Estevao
  Meshach Rhoades
EXPERT GROUP INTERNATIONAL INC., DBA  Bogdan Enica
EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE  Kathryn Barrett
PROGRAMS,  Martha Fitzgerald
CULTURAL HOMSTAY INTERNATIONAL,  James Hartley
  Mher Hartoonian
CULTURAL CARE, INC. D/B/A CULTURAL CARE  Jeffrey Allen
AU PAIR,  Walter Siebert
AUPAIRCARE INC.,  John Mann
AU PAIR INTERNATIONAL, INC.,  Toren Mushovic
AMERICAN CULTURAL EXCHANGE, LLC, DBA  Kathryn Reilly
GOAUPAIR,
AGENT AU PAIR,
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR  Lawrence Lee
FOUNDATION,  Daniel Perkins
AMERICAN INSTITUTE FOR FOREIGN STUDY
DBA AU PAIR IN AMERICA,
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE,  Lawrence Stone (by telephone)
LLC DBA PROAUPAIR, and
20/20 CARE EXCHANGE, INC. DBA THE

INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

# COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**9:58 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding pending motions for protective order, potential stay of discovery, tolling the statute of limitations for purposes of the FLSA claim from today until the recommendation is filed, and potential protective order.

**ORDERED:** Defendant Cultural Care, Inc.'s Motion for Protective Order [160] is **GRANTED.**

**ORDERED:** Joint Motion by Certain Sponsor Defendants for Protective Order [162] is **GRANTED.**

**ORDERED:** Defendant InterExchange, Inc., American Cultural Exchange, LLC, and American Institute for Foreign Study's Motion for Protective Order to Stay Discovery Pending Resolution of Motions to Dismiss [164] is GRANTED.

Court states its findings.

**ORDERED:** Discovery is STAYED pending the issuance of a recommendation on Defendants' motions to dismiss. The parties shall file a Status Report within 10 days of the recommendation on the motions to dismiss indicating the next course of action, as discussed.

The parties agree to file a stipulation and proposed order with respect to the tolling agreement between the parties.

**11:11 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   01:13

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.