# EXHIBIT E

# KNOW YOUR RIGHTS



# Each year, the United States welcomes millions of international visitors.



# Many come to work in the United States temporarily.



In the United States, laws protect all workers against abuse and discrimination.

WE WANT YOU TO KNOW YOUR RIGHTS.

The U.S. government is committed to combating human trafficking and labor rights violations and has prepared an information pamphlet describing your rights while working in the United States.

# THE NONIMMIGRANT VISA

- Apply for the visa at the appropriate U.S. Embassy or Consulate abroad

- Present the visa to a U.S. Customs and Border Protection officer at a U.S. port of entry

# IF YOU ARE APPLYING FOR ANY OF THE FOLLOWING VISAS:



- B-1 domestic employee
- H-1B, H-1B1, H-2A, H-2B
- J-1
- A-3
- G-5
- NATO-7

Please read and understand the information pamphlet **before** your visa is issued.

# EMPLOYMENT-BASED VISAS

- Give permission to work only for the employer listed on your visa application



- For some employees it may be possible to change employers

**DO NOT CONTINUE WORKING FOR AN ABUSIVE EMPLOYER**



If your employer has violated your rights, report this to the consular officer during your visa interview.

# WHILE EMPLOYED IN THE UNITED STATES, YOU HAVE THE RIGHT TO:

1. Keep your passport and other I.D. with you

2. Be paid at least the minimum wage

3. Have a safe and healthy workplace



# YOUR RIGHTS, CONTINUED:

4. Not be subject to unlawful discrimination in employment

5. Join a union to improve wages and working conditions

6. Not be held in a job against your will



Image courtesy of the Coalition of Immokalee Workers

# YOUR RIGHTS, CONTINUED:

7. Report violations of these rights

8. Receive protection under state and federal law

9. Seek justice in U.S. courts



# H-2A WORKERS

- You are entitled to payment of the agreed, legal wage

- You must receive written information about the wages, hours, working conditions, and benefits of your employment



# H-2A WORKERS

- Your employer must provide
  - clean and safe housing at no charge
  - tools, supplies, and equipment needed for your job at no charge
- You do not have to pay fees to recruiters in your country
- You have other rights described in the pamphlet



# A-3, G-5, AND NATO-7 WORKERS



- You must be paid by check or electronic deposit into a U.S. bank account in your name

- You cannot be paid in cash

- Your employer must not deduct money out of your pay for food or lodging or for other expenses

# CONTRACTS



IF YOU ARE APPLYING FOR AN H OR J VISA, YOUR EMPLOYER MAY ASK YOU TO SIGN AN AGREEMENT OUTLINING YOUR DUTIES.

READ THE PAMPHLET FOR MORE INFORMATION ON EMPLOYMENT AGREEMENTS

# CONTRACTS ARE REQUIRED FOR B-1 DOMESTIC EMPLOYEES, A-3, G-5, AND NATO-7 VISAS

## In the contract, your employer **must:**

- Agree not to keep your important documents and personal property

- Agree to obey all U.S. laws



# Contracts are Required for B-1 Domestic Employees, A-3, G-5, and NATO-7 Visas

## In the contract, your employer **must**:



- Describe your work duties and work hours

- Explain how you will be paid for your work

# DO NOT SIGN ANYTHING
# THAT YOU DO NOT UNDERSTAND

ASK SOMEONE YOU TRUST
TO READ, TRANSLATE, AND EXPLAIN THE TERMS OF YOUR CONTRACT.

YOU SHOULD ONLY HAVE ONE CONTRACT.   YOU SHOULD KEEP A COPY OF
THE SIGNED CONTRACT.

## KNOW YOUR RIGHTS
## READ THE INFORMATION PAMPHLET

# HUMAN TRAFFICKING

It is a crime to exploit a person through force, fraud or coercion for labor, services, or commercial sex.



# EMPLOYERS SHOULD <u>NOT</u>:

- Threaten to deport or abuse you or your family

- Force you to stay in your job

- Physically or sexually abuse you



# EMPLOYERS SHOULD <u>NOT</u>:

- Restrict where you can live or go on your time off

- Deny you pay for overtime work

- Limit who you talk to outside the workplace

# EMPLOYERS SHOULD <u>NOT</u>:

- Keep your passport, visa, or other identification

- Deny you food, sleep, or medical attention

  

# EMPLOYERS SHOULD <u>NOT</u>:

- Lie about your working conditions or duties, housing, or wage

- Deny your rights and ability to get help



The first step to protect yourself and your rights is to ask for help.

# IF YOU BECOME A VICTIM OF HUMAN TRAFFICKING OR ABUSE OR SUSPECT SOMEONE IS BEING TRAFFICKED OR ABUSED

## Report it!



Call **911**

if you or someone you know is in immediate danger

# National Human Trafficking Resource Center's
## 24 Hour Toll-Free Hotline

## 1-888-373-7888
## Text "Be Free" to 233733
## NHTRC@polarisproject.org

## www.polarisproject.org

(Run by a non-governmental organization)

# Trafficking in Persons and Worker Exploitation
# Task Force Complaint Line
## (Monday – Friday, 9am – 5pm Eastern Time)

## 1-888-428-7581

(Run by the U.S. Department of Justice)

# DON'T BE AFRAID TO SEEK HELP!



- You should not be afraid to report violations of your rights

- You may enjoy legal protection against deportation

- Read the pamphlet for more information

# THE PAMPHLET

1. **Keep it with you**

2. **Know your rights**

3. **Protect yourself**

We value the
diverse skills and experience
that nonimmigrant workers bring
to our country.

We want your
time in the United States to be
rewarding.

WE ALSO WANT YOU TO BE SAFE.

# U.S. GOVERNMENT HOTLINES

❖ U.S. Department of Homeland Security, Investigations Tip Line:

## 1-866-347-2423

❖ U.S. Department of Justice, Office of Special Counsel for Immigration Related Unfair Employment Practices:

## 1-800-255-7688



# U.S. GOVERNMENT HOTLINES

## U.S. Department of Labor,

❖ **Occupational Safety and Health Administration:**

# 1-800-321-6742

❖ **Office of the Inspector General Hotline:**

# 1-800-347-3756

❖ **Wage and Hour Division:**

# 1-866-487-9243



# U.S. GOVERNMENT AND OTHER HOTLINES

❖ U.S. Equal Employment Opportunity Commission:

## 1-800-669-4000

❖ U.S. National Labor Relations Board:

## 1-866-667-6572

❖ National Center for Missing & Exploited Children:

## 1-800-843-5678



# ADDITIONAL INFORMATION

❖ Department of State, website for visa information:
   [www.travel.state.gov](http://www.travel.state.gov)

❖ Department of State, Office to Monitor and Combat Trafficking in Persons:

   [www.state.gov/j/tip/](http://www.state.gov/j/tip/)

   YOUR U.S. EMBASSY OR CONSULATE HAS MORE INFORMATION.
   ASK FOR THE INFORMATION PAMPHLET ON
   RIGHTS AND PROTECTIONS FOR TEMPORARY WORKERS.

