UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY AND FOR LEAVE TO FILE ENLARGED REPLY BY DEFENDANT CULTURAL CARE, INC.**

**CERTIFICATION OF COMPLIANCE WITH D.C.COLO.LCivR 7.1 and 6.1**

Donald J. Gentile, counsel for Cultural Care, Inc., has conferred with Matthew Schwartz, counsel for Plaintiffs, regarding the requested relief.  Mr. Schwartz indicated that his clients do not oppose the relief requested herein.  The Motion shall be served on Defendant Cultural Care pursuant to D.C.COLO.LCivR 6.1(c)

Defendant Cultural Care, Inc. ("Cultural Care"), pursuant to Judge Arguello's Civil Practice Standards 6.1(b) and 10.1(c)(3), hereby respectfully requests that this Honorable Court grant it:

1) a fourteen (14) day extension, to and including August 10, 2015, to file its reply in response to Plaintiffs' Consolidated Opposition to Motions to Dismiss (Docket No. 199) (the "Opposition"); and

2) leave to file an enlarged reply not to exceed fifteen (15) pages.

Good cause exists for the extension because Cultural Care requires the additional time to respond to Plaintiffs' 74-page Opposition, which makes numerous legal arguments related to Plaintiffs' ten claims against Cultural Care. Good cause also exists for an enlarged reply because the additional space is necessary to adequately address the arguments raised in Plaintiffs' lengthy Opposition. Plaintiffs do not oppose the relief requested herein.

In further support of this Motion, Cultural Care states as follows:

1. The initial 27-page complaint in this case was filed on November 13, 2014 in which a single claim under Section 1 of the Sherman Act was asserted against Cultural Care.

2. The defendants filed motions to dismiss in response to the initial complaint, and, in response, Plaintiffs filed the 102-page amended complaint on March 13, 2015 that, among other things, added four additional plaintiffs and increased the number of claims asserted against Cultural Care from 1 to 10. Plaintiffs assert claims against

Cultural Care under, among other things, the Sherman Antitrust Act, RICO statute, Fair Labor Standards Act, and various state law wage statutes.

3. Cultural Care and the other defendants filed a second round of motions to dismiss on April 17th and 20th in response to the amended complaint. Plaintiffs requested and received three extensions totaling 84 days to respond to the motions. Plaintiffs also requested and received leave to file a consolidated response not to exceed 75 pages. Plaintiffs filed their 74-page Opposition on July 10, 2015, which makes numerous legal arguments related to Plaintiffs' ten claims against Cultural Care.

4. A 14 day extension, to and including August 10, 2015, to file Cultural Care's reply would ensure that Cultural Care's counsel have appropriate time to consider the issues raised in the Opposition and provide this Court with appropriate briefing.

5. Cultural Care's counsel believes that they will be unable to conform to the 10-page length limitation in Judge Arguello's Civil Practice Standards given the numerous arguments offered in Plaintiffs' lengthy Opposition. An increase in the page limitation from 10 to 15 pages will allow Cultural Care to present this Court with the information necessary to make an informed decision with respect to the issues raised in the Opposition.

6. Cultural Care has endeavored to comply with Judge Arguello's Civ. Practice Standard 10.1(c)(3) by filing this motion well in advance of the July 27, 2015 filing deadline for the reply.

3

7. Pursuant to D.C.COLO.LCivR 7.1, counsel for Cultural Care, Donald J. Gentile, conferred with Plaintiffs' counsel, Matthew Schwartz, regarding the relief requested herein, and Attorney Schwartz indicated that Plaintiffs do not oppose such relief.

8. Cultural Care has not previously requested an extension to file its reply.

WHEREFORE, Cultural Care respectfully requests that this Honorable Court grant it 1) a fourteen (14) day extension, to and including August 10, 2015, to file its reply in response to Plaintiffs' Opposition; and 2) leave to file an enlarged reply not to exceed fifteen (15) pages.

Respectfully Submitted,

   s/ Jeffrey P. Allen
Jeffrey P. Allen
E-mail: jallen@lawson-weitzen.com
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile: (617) 439-3987

-and-

W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

    I hereby certify that on July 17, 2015, I electronically filed the foregoing Unopposed Motion for Extension to File Reply and for Leave to File Enlarged Reply by Defendant Cultural Care, Inc. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| **Lauren Fleischer Louis**<br>llouis@bsfllp.com | **Peter Murray Skinner**<br>pskinner@bsfllp.com |
| **Sigrid Stone McCawley**<br>smccawley@bsfllp.com | **Randall Wade Jackson**<br>rjackson@bsfllp.com |
| **Matthew Lane Schwartz**<br>mlschwartz@bsfllp.com | **Alexander Hood**<br>alex@towardsjustice.org |

5

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Howard**
chammond@duffordbrown.com

**Daniel C. Perkins**
dperkins@laborlawyers.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**Toren G. E. Mushovic**
mushovic@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Kathryn Anne Barrett**
kbarrett@bhfs.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
estevaom@gtlaw.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@gtlaw.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

    s/ Jeffrey P. Allen
Jeffrey P. Allen