IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**CERTAIN SPONSOR DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY AND FOR LEAVE TO FILE ENLARGED REPLY**

---

Pursuant to Fed. R. Civ. P. 6(b), D.C.COLO.LCivR 6.1(c), and Civ. Practice Standards 6.1(b) and 10.1(c)(3), Defendants Agent Au Pair, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair; Au Pair International, Inc.; GreatAuPair, LLC; EurAupair Intercultural Child Care Programs; Expert Group International, Inc.; APF GlobalExchange, NFP; American Institute for Foreign Study; USAuPair, Inc.; AuPairCare, Inc.; InterExchange, Inc.; Cultural Homestay International; A.P.EX. American Professional Exchange, LLC d/b/a PROaupair and 20/20 Care Exchange d/b/a The International Au Pair Exchange (collectively, "Moving Defendants") respectfully request: (1) a fourteen (14) day extension, to and including August 10, 2015, to file their replies in response to Plaintiffs' Consolidated Opposition to Motions to Dismiss (Doc. 199) (the "Opposition"); and (2) leave to file enlarged replies not to

exceed fifteen (15) pages, not including the cover page, any table of contents, any table of authorities, signature block and certificate of service.  As grounds therefore, Defendants state as follows:

      1.      **D.C.COLO.L.CivR 7.1(a) Certification:**  Toren Mushovic, counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC and Au Pair International, Inc., conferred on behalf of Moving Defendants with Plaintiffs' counsel concerning this Motion.  Plaintiffs do not oppose this Motion.

      2.      Plaintiffs filed the 101-page amended complaint on March 13, 2015.  (Doc. 101.)

      3.      Plaintiffs assert an antitrust/restraint of trade claim (Count I) against all Moving Defendants.

      4.      Plaintiffs also assert Fair Labor Standards Act and state law claims against InterExchange, Inc.; American Cultural Exchange, LLC; and American Institute for Foreign Study (the "additional claims").

      5.      Moving Defendants filed motions to dismiss on April 17th and 20th in response to the amended complaint.  Plaintiffs requested and received three extensions totaling 84 days to respond to the motions.  Plaintiffs also requested and received leave to file a consolidated response not to exceed 75 pages.  Plaintiffs filed their 74-page Opposition on July 10, 2015, which makes numerous legal arguments related to Plaintiffs' 10 claims against Moving Defendants.

      6.      A fourteen (14) day extension, to and including August 10, 2015, to file Moving Defendants' replies will ensure Moving Defendants have adequate time to

consider the issues raised in the Opposition and provide this Court with appropriate briefing.

7. Moving Defendants believe that they will be unable to conform to the 10-page length limitation in Judge Arguello's Civil Practice Standards given the numerous arguments offered in Plaintiffs' voluminous Opposition. Moving Defendants intend to file the following replies: (1) one joint reply addressing the antitrust claims, and (2) one joint reply addressing the additional claims.

8. Moving Defendants respectfully request leave to file both replies no longer than 15 pages each. Defendants propose that the 15-page limit would <u>not</u> include the cover page and any table of contents and table of authorities, but would include the "jurisdictional statement, statement of facts, procedural history, argument, authority, closing, and all other matters, except the signature block and certificate of service." Civ. Practice Standard 10.1(c)(1) (Arguello, J.).

9. Defendants respectfully submit that an increase in the page limitation from 10 to 15 pages will allow Moving Defendants to present this Court with the information necessary to make an informed decision with respect to the issues raised in the Opposition.

10. Individual defendants may submit individual replies concerning specific allegations raised against those defendants, but these individual replies will conform to the 10-page length limitation in Judge Arguello's Civil Practice Standards.

For the reasons explained above, Moving Defendants respectfully request that this Honorable Court grant them 1) a fourteen (14) day extension, to and including

3

4

August 10, 2015, to file their replies in response to Plaintiffs' Opposition; and 2) leave to file two joint enlarged replies not to exceed fifteen (15) pages each, <u>not</u> including the cover page, any table of contents, any table of authorities, signature block and certificate of service.

Dated:  July 21, 2015                    Respectfully submitted,


*s/ Toren G.E. Mushovic*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:   Reilly@wtotrial.com
             Mushovic@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, Au Pair International, Inc.

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Erica Herrera Gutherz
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Telephone:  303.297.2900
Denver, CO 80202
Email:  bcolaizzi@shermanhoward.com
           hvickles@shermanhoward.com
           redeny@shermanhoward.com
           egutherz@shermanhoward.com

Attorneys for Defendant InterExchange, Inc.

*s/ William J. Kelly, III*
Williams James Kelly III
Chanda Marie Feldkamp
Kelly & Walker, LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Telephone:  720.236.1800
Email:  wkelly@kellywalkerlaw.com
           cfeldkamp@kellywalkerlaw.com

Attorneys for Defendant USAuPair, Inc.

*s/ Bogdan Enica*
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL  33701-3440
Telephone:  727.225.2649
Email:  bogdane@hotmail.com

Attorney for Defendant Expert Group
International Inc., d/b/a Expert AuPair

*s/ James E. Hartley*
James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO  80202
Telephone:  303.295.8000
Email:  jhartley@hollandhart.com
          mhartoonian@hollandhart.com

Attorneys for Defendant Cultural Homestay
International

*s/ Martha Louise Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Telephone:  303.223.1126
Email:  mfitzgerald@bhfs.com
          kbarrett@bhfs.com

Attorneys for Defendant EurAupair Intercultural
Child Care Programs

*s/ John R. Mann*
John Roger Mann
Thomas Baker Quinn
Gordon & Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO  80202
Telephone:  303.534.5160
Email:  jmann@gordonrees.com
          tquinn@gordonrees.com

Attorneys for Defendant AuPairCare, Inc.

6

*s/ Lawrence L. Lee*
Lawrence L. Lee
Daniel C. Perkins
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Telephone:  303.218.3650
Email:  llee@laborlawyers.com
            dperkins@laborlawyers.com

Attorneys for Defendants APF GlobalExchange, NFP d/b/a Aupair Foundation, and American Institute for Foreign Study

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Phone Number: 303.572.6500
Fax Number: 303.572.6540
E-Mail: RhoadesM@gtlaw.com
            EstevaoM@gtlaw.com

Attorneys for Defendants GreatAuPair, LLC

*s/ Christian D. Hammond*
Lawrence D. Stone
Christian D. Hammond
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Telephone: (303) 861-8013
E-mail: lstone@duffordbrown.com
            chammond@duffordbrown.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC d/b/a PROaupair and 20/20 Care Exchange d/b/a The International Au Pair Exchange

7

### **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 21, 2015, I electronically filed the foregoing **CERTAIN SPONSOR DEFENDANTS' JOINT UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY AND FOR LEAVE TO FILE ENLARGED REPLY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Alexander Hood
  alex@towardsjustice.org

- Bogdan Enica
  bogdane@hotmail.com

- Brooke A. Colaizzi
  bcolaizzi@shermanhoward.com

- Chandra M. Feldkamp
  cfeldkamp@kellywalkerlaw.com

- Christian D. Howard
  chammond@duffordbrown.com

- Daniel C. Perkins
  dperkins@laborlawyers.com

- Donald J. Gentile
  dgentile@lawson-weitzen.com

- Erica H. Gutherz
  egutherz@shermanhoward.com

- Heather F. Vickles
  hvickles@shermanhoward.com

- James E. Hartley
  jhartley@hollandhart.com

- Jeffrey P. Allen
  jallen@lawson-weitzen.com

- John R. Mann
  jmann@gordonrees.com

- Kathryn Anne Barrett
  kbarrett@bhfs.com

- Lauren F. Louis
  llouis@bsfllp.com

- Lawrence D. Stone
  lstone@duffordbrown.com

- Lawrence L. Lee
  llee@laborlawyers.com

- Martin J. Estevao
  estevaom@gtlaw.com

- Martha L. Fitzgerald
  mfitzgerald@bhfs.com

- Matthew L. Schwartz
  mlschwartz@bsfllp.com

- Meshach Y. Rhoades
  rhoadesm@gtlaw.com

- Mher Hartoonian
  mhartoonian@hollandhart.com

- Peter M. Skinner
  pskinner@bsfllp.com

- Randall W. Jackson
  rjackson@bsfllp.com

- Raymond M. Deeny
  rdeeny@shermanhoward.com

- Sigrid S. McCawley
  smccawley@bsfllp.com

- Thomas B. Quinn
  tquinn@gordonrees.com

- W.V. Bernie Siebert
  bsiebert@shermanhoward.com

- William J. Kelly III
  wkelly@kellywalkerlaw.com

Additionally, a copy of this motion has been sent to the client via email as required by D.C.COLO.LCivR. 6.1(c) as follows:

Stacey L. Frank
Stacey@agentaupair.com

Bill Kapler
bkapler@goaupair.com

Steve Lehan
slehan@aupairint.com

Christine LaMonica-Lunn
clamonica-lunn@interexchange.org

Sarah McNamara
smcnamara@aupaircare.com

Tom Areton
chitom@chinet.org

Shannon Pitts
Shannon@greataupair.com

Heidi Mispagel
Heidi@proaupair.com

Helene Young
hly@usaupair.com

admin@expertaupair.com

Theresa Nelson
theresa@aupairfoundation.org

Steve Rasch
srasch@loebblock.com

Susan Hayes
Susan@Euraupair.com

*s/ Toren G.E. Mushovic*
Toren G.E. Mushovic

9