**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**DEFENDANT A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC'S JOINDER IN AND SUPPLEMENT TO MOVING DEFENDANTS' REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' CONSOLIDATED OPPOSITION (ECF NO. 199) AND IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFFS' ANTITRUST CLAIM (ECF NO. 135)**
_____

Defendant A.P.EX. American Professional Exchange, LLC, d/b/a PROaupair (hereinafter "PROaupair"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C., hereby joins the Moving Defendants' Reply in Response to Plaintiffs' Consolidated Opposition and in Support of Their Joint Motion to Dismiss Plaintiffs' Antitrust Claim [Doc. #211] (hereinafter "Joint Reply"), and incorporates by reference the Joint Reply as if fully set forth herein.  Additionally, PROaupair supplements the Joint Reply as follows:

## I.   ARGUMENT

In Defendant PROaupair's Joinder in and Supplement to Joint Motion to Dismiss [Doc. #133] (hereinafter "PROaupair Joinder"), PROaupair incorporated by reference

{00671456.1}

the arguments supporting dismissal of Plaintiffs' antitrust claim as set forth in the Joint Motion by Certain Sponsor Defendants to Dismiss the First Amended Complaint and Certification of Compliance with Civil Practice Standard 7.1D. [Doc. #135].  *See* PROaupair Joinder at p. 3.

In addition to these arguments, PROaupair argued that the Plaintiffs' antitrust claim against it should be dismissed because Plaintiffs' First Amended Complaint does not include any specific allegations pertaining to PROaupair, much less allegations that PROaupair was involved in a conspiracy involving the amount of the stipend host families pay to au pairs.  *Id.* at pp. 3-4 (and cases cited therein).  Furthermore, PROaupair asserted that it is not a participant in the alleged conspiracy because it is one of the six Sponsor Defendants Plaintiffs acknowledge instruct its host families to pay a weekly stipend to more experienced au pairs that exceeds the minimum stipend established by the Department of Labor and the Department of State.  *Id.* at pp. 4-5 (citing First Amended Complaint [Doc. #101] at ¶¶ 170-171).

In their Consolidated Opposition to Defendants' Motions to Dismiss [Doc. #199], the Plaintiffs failed to respond to PROaupair's additional arguments.  *See* Consolidated Opposition at pp. 9-21.  Accordingly, because Plaintiffs' lack of specificity as to PROaupair's involvement in the alleged price fixing conspiracy is fatal to its sole claim asserted against PROaupair, and because PROaupair clearly is not a participant in the alleged conspiracy since it instructs its host families to pay a stipend to more experienced au pairs that exceeds the minimum stipend, Plaintiffs' claim against PROaupair for alleged violation of Section 1 of the Sherman Act should be dismissed.

Respectfully submitted this 10th day of August, 2015.

                    DUFFORD & BROWN, P.C.

                    *s/ Lawrence D. Stone*
                    Lawrence D. Stone
                    Christian D. Hammond
                    1700 Broadway, Suite 2100
                    Denver, CO  80290-2101
                    Telephone:  (303) 861-8013
                    E-mail:  lstone@duffordbrown.com
                             chammond@duffordbrown.com

                    Attorneys for Defendants A.P.EX. American Professional Exchange, LLC d/b/a PROaupair

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2015, I served the foregoing **DEFENDANT A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC'S JOINDER IN AND SUPPLEMENT TO MOVING DEFENDANTS' REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' CONSOLIDATED OPPOSITION (ECF NO. 199) AND IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFFS' ANTITRUST CLAIM (ECF NO. 135)** with the Clerk of the Court using the CM/ECF system which will send notification via e-mail to all counsel of record.

| Name | Email |
|---|---|
| Sigrid Stone McCawley | smccawley@bsfllp.com; |
| Lauren Fleischer Louis | llouis@bsfllp.com; |
| Matthew Lane Schwartz | mlschwartz@bsfllp.com; |
| Peter Murray Skinner | pskinner@bsfllp.com; |
| Randall Wade Jackson | rjackson@bsfllp.com; |
| Alexander Neville Hood | alex@towardsjustice.org; |
| Raymond Myles Deeny | rdeeny@shermanhoward.com; |
| Martha Louise Fitzgerald | mfitzgerald@bhfs.com; |
| John Roger Mann | jmann@gordonrees.com; |
| James E. Hartley | jhartley@hollandhart.com |
| Mher Hartoonian | mhartoonian@hollandhart.com |
| Walter Vernon Bernie Siebert | bsiebert@shermanhoward.com; |
| Thomas Baker Quinn | tquinn@gordonrees.com; |
| Heather Fox Vickles | hvickles@sah.com; |
| Lawrence L. Lee | llee@laborlawyers.com; |
| Brooke A. Colaizzi | BColaizzi@shermanhoward.com; |
| Meshach Yustine Rhoades | rhoadesm@gtlaw.com; |
| Kathryn A. Reilly | reilly@wtotrial.com; |
| William James Kelly, III | wkelly@kellywalkerlaw.com; |
| Daniel C. Perkins | dperkins@laborlawyers.com; |
| Brian Alan Birenbach | brian@rietzlawfirm.com; |
| Kathryn Anne Barrett | kbarrett@bhfs.com; |
| Chanda Marie Feldkamp | cfeldkamp@kellywalkerlaw.com; |
| Toren G. E. Mushovic | mushovic@wtotrial.com; |
| Bogdan Enica | bogdane@hotmail.com |
| Jeffrey Paul Allen | jallen@lawson-weitzen.com; |
| Donald Joseph Gentile | dgentile@lawson-weitzen.com; |
| Martin Jose Estevao | estevaom@gtlaw.com; |
| Erica Herrera Gutherz | egutherz@shermanhoward.com; |

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

{00671456.1}    4