**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**DEFENDANT 20/20 CARE EXCHANGE, INC.'S JOINDER IN AND SUPPLEMENT TO MOVING DEFENDANTS' REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' CONSOLIDATED OPPOSITION (ECF NO. 199) AND IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFFS' ANTITRUST CLAIM (ECF NO. 135)**

_____

    Defendant 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange (hereinafter "20/20"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C., hereby joins the Moving Defendants' Reply in Response to Plaintiffs' Consolidated Opposition and in Support of Their Joint Motion to Dismiss Plaintiffs' Antitrust Claim [Doc. #211] (hereinafter "Joint Reply"), and incorporates by reference the Joint Reply as if fully set forth herein.  Additionally, 20/20 supplements the Joint Reply as follows:

**I.     ARGUMENT**

    In Defendant 20/20's Joinder in and Supplement to Joint Motion to Dismiss [Doc. #132] (hereinafter "20/20 Joinder"), 20/20 incorporated by reference the arguments supporting dismissal of Plaintiffs' antitrust claim as set forth in the Joint Motion by

{00671497.1}

Certain Sponsor Defendants to Dismiss the First Amended Complaint and Certification of Compliance with Civil Practice Standard 7.1D. [Doc. #135].  *See* 20/20 Joinder at p. 2.  In addition to these arguments, 20/20 argued that the Plaintiffs' antitrust claim against it should be dismissed because Plaintiffs' First Amended Complaint does not include any specific allegations pertaining to 20/20, much less allegations that 20/20 was involved in a conspiracy involving the amount of the stipend host families pay to au pairs.  *Id.* at pp. 2-3 (and cases cited therein).

In their Consolidated Opposition to Defendants' Motions to Dismiss [Doc. #199], the Plaintiffs failed to respond to 20/20's additional argument.  *See* Consolidated Opposition at pp. 9-21.  Accordingly, because Plaintiffs' lack of specificity as to 20/20's involvement in the alleged price fixing conspiracy is fatal to its sole claim asserted against 20/20, Plaintiffs' claim for alleged violation of Section 1 of the Sherman Act should be dismissed.

Respectfully submitted this 10th day of August, 2015.

                                      DUFFORD & BROWN, P.C.

                                      *s/ Lawrence D. Stone*
                                      Lawrence D. Stone
                                      Christian D. Hammond
                                      1700 Broadway, Suite 2100
                                      Denver, CO  80290-2101
                                      Telephone:  (303) 861-8013
                                      E-mail:  lstone@duffordbrown.com
                                                       chammond@duffordbrown.com

                                      Attorneys for Defendants 20/20 Care
                                      Exchange d/b/a The International Au Pair
                                      Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2015, I served the foregoing **DEFENDANT 20/20 CARE EXCHANGE, INC.'S JOINDER IN AND SUPPLEMENT TO MOVING DEFENDANTS' REPLY MEMORANDUM IN RESPONSE TO PLAINTIFFS' CONSOLIDATED OPPOSITION (ECF NO. 199) AND IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFFS' ANTITRUST CLAIM (ECF NO. 135)** with the Clerk of the Court using the CM/ECF system which will send notification via e-mail to all counsel of record.

| | |
|---|---|
| Sigrid Stone McCawley | smccawley@bsfllp.com; |
| Lauren Fleischer Louis | llouis@bsfllp.com; |
| Matthew Lane Schwartz | mlschwartz@bsfllp.com; |
| Peter Murray Skinner | pskinner@bsfllp.com; |
| Randall Wade Jackson | rjackson@bsfllp.com; |
| Alexander Neville Hood | alex@towardsjustice.org; |
| Raymond Myles Deeny | rdeeny@shermanhoward.com; |
| Martha Louise Fitzgerald | mfitzgerald@bhfs.com; |
| John Roger Mann | jmann@gordonrees.com; |
| James E. Hartley | jhartley@hollandhart.com |
| Mher Hartoonian | mhartoonian@hollandhart.com |
| Walter Vernon Bernie Siebert | bsiebert@shermanhoward.com; |
| Thomas Baker Quinn | tquinn@gordonrees.com; |
| Heather Fox Vickles | hvickles@sah.com; |
| Lawrence L. Lee | llee@laborlawyers.com; |
| Brooke A. Colaizzi | BColaizzi@shermanhoward.com; |
| Meshach Yustine Rhoades | rhoadesm@gtlaw.com; |
| Kathryn A. Reilly | reilly@wtotrial.com; |
| William James Kelly, III | wkelly@kellywalkerlaw.com; |
| Daniel C. Perkins | dperkins@laborlawyers.com; |
| Brian Alan Birenbach | brian@rietzlawfirm.com; |
| Kathryn Anne Barrett | kbarrett@bhfs.com; |
| Chanda Marie Feldkamp | cfeldkamp@kellywalkerlaw.com; |
| Toren G. E. Mushovic | mushovic@wtotrial.com; |
| Bogdan Enica | bogdane@hotmail.com |
| Jeffrey Paul Allen | jallen@lawson-weitzen.com; |
| Donald Joseph Gentile | dgentile@lawson-weitzen.com; |
| Martin Jose Estevao | estevaom@gtlaw.com; |
| Erica Herrera Gutherz | egutherz@shermanhoward.com; |

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

{00671497.1}                        3