# Exhibit I

## 2) Choose you Au Pair

During the matching process, you will work closely with a dedicated Placement Coordinator who will assist you with your Au Pair selection.

With Go Au Pair's exclusive Mutual Match process you will review Au Pair applications, use our Search Au Pairs tool, interview potential applicants and ultimately extend an offer.

After your Au Pair accepts your offer, preparations for your Au Pair's arrival will begin.

How to choose your Au Pair



## We provide you with helpful tools

We provide you with useful tools to make it easy for you to search and select the right Au Pair for your family.

**Host Family Portal** - The Host Family Portal is your **24x7 resource** to available Au Pairs and continues to provide you support during the experience. Access your portal and review potential applicants when it's convenient for you.

Review a full Au Pair's file including key characteristics and all supporting documents in one quick glance. Manage and organize your preferred applicants to quickly prioritize those who you want to pursue. Easily take the next steps in your evaluation process.

**Search Au Pairs** - Search Au Pairs enables you to easily sort through hundreds of available Au Pairs on various criteria and review basic information to **quickly narrow down** candidates in whom you are interested.

**Placement Coordinator** - Your Placement Coordinator is your personal dedicated resource from headquarters who assists you with your Au Pair search and continues to support you during your child care experience. Using your Host Family application, your Placement Coordinator **saves you time** by suggesting applicants who match your preferences.

**Telephone Tips** - We provide you with detailed telephone tips to **best prepare you** for your interview with your potential Au Pair. The telephone tips cover a range of topics and techniques and provide sample questions. Your phone interview is a critical part of the evaluation process and is required to extend an offer to an Au Pair.

**Simultaneous Review Process** - To instill **confidence in your Au Pair choice,** we allow families to review and interview multiple applicants simultaneously. You can review an applicant for any duration of time and can review as many applicants as you need. All Go Au Pair families have this option and Au Pairs may be evaluated by multiple families at once.

## You choose your Au Pair

During step two of Au Pair care, you search and select the best Au Pair for your family. Using your Host Family portal and Search Au Pairs, you compare multiple, prescreened candidates focusing on their unique individual qualities. Using your portal and your Placement Coordinator's support, you narrow down your search to an organized, managed list. Interview as many candidates as needed using our telephone tips to assist you in your evaluation of the applicant. Send your application, letter and written agreement to your desired Au Pair applicant allowing your potential Au Pair to review the information about you, your family and your child care expectations.

Only you can choose the right Au Pair for your family. Extend an offer to your desired applicant with confidence and rely on our Mutual Match process to confirm your choice. Over 20 years of experience has taught us that Au Pair child care is best when the Au Pair willingly accepts a family's offer. Mutual Match gives your Au Pair a choice. Your Au Pair must also choose you!

2