# Exhibit J

### Can I really change my Au Pair's work schedule whenever I want?

Yes, with proper advance notice you can change your Au Pair's work schedule whenever you need. Typically, Host Families record and discuss work schedules a week in advance and most Au Pairs are flexible to accommodate snow days, sick days and unexpected emergencies.

Your Au Pair's work schedule must adhere to program regulations and consider your Au Pair's personal time for attending classes and organized cultural events. Remember, your Au Pair is here to experience life in the United States in addition to caring for your children.