IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-03074 GPG

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

**GREAT AUPAIR, LLC'S NOTICE OF CHANGE OF LAW FIRM AFFLIATION**

---

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

Effective August 18, 2015, the undersigned counsel for Defendant Great AuPair, LLC, have hereby changed firm affiliation and address. The new contact information for counsel is as follows:

Meshach Y. Rhoades
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Main Office: (720) 200-0676
Fax: (720) 200-0679
Email: mrhoades@armstrongteasdale.com

Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Main Office: (720) 200-0676
Fax: (720) 200-0679
Email: mrhoades@armstrongteasdale.com

Respectfully submitted this 18th day of August, 2015.

By: *s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Main Office: (720) 200-0676
Fax: (720) 200-0679
Email: mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2015, a true and correct copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFLIATION** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Alexander Neville Hood
TOWARDS JUSTICE-GOLDEN
alex@towardsjustice.org

Martha Louis Fitzgerald
Kathryn Anne Barrett
BROWNSTEIN HYATT FARBER SCHRECK, LLP
mfitzgerald@bhfs.com
kbarrett@bhfs.com

Susan Penniman Klopman
H&K LAW, LLC
sklopman@hklawllc.com

Jeffrey Paul Allen
LAWSON & WEITZEN, LLP
jallen@lawson-weitzen.com

Brian Thomas Moore
JESTER GIBSON & MOORE, LLP
bmoore@jgllp.com

William James Kelly, III
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
W.V. Bernie Siebert
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bsiebert@shermanhoward.com

Brian Alan Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

Kathryn A. Reilly
Torin G.E. Mushovic
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
mushovic@wtotrial.com

Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
Bogdan@expertaupair.com

Lawrence Daniel Stone
Christian D. Hammond
DUFFORD & BROWN, P.C.
lstone@duffordbrown.com
chammond@duffordbrown.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sigrid S. McCawley
Lauren Fleischer Louis
BOIES, SCHILLER & FLEXNER LLP
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smmcawley@bsfllp.com
llouis@bsfllp.com

*s/Kimberly Browning*
Kimberly Browning