IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## UNOPPOSED MOTION FOR LEAVE TO CITE NEW RELEVANT AUTHORITY

Defendants Cultural Homestay International, UsAuPair, Inc., GreatAuPair, LLC, Expert Group International, Inc., EurAupair Intercultural Child Care Programs, AuPair Care, Inc., Au Pair International, Inc., Agent Au Pair, APF Global Exchange, NFP, American Institute for Foreign Study, Cultural Care, Inc., InterExchange, Inc., 20/20 Care Exchange, Inc., and A.P.EX. American Professional Exchange, LLC (collectively, the "Moving Defendants"), through undersigned counsel, respectfully move pursuant to this Court's Civil Practice Standard 7.1A(d)(3) for leave to cite new relevant authority in connection with their pending motions to dismiss (ECF Nos. 130, 131, 132, 133, 135, 136).

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with counsel for Plaintiff regarding this Motion. Defendants' counsel stated that they do not oppose the relief requested.

1.      On April 20, 2015, 1) defendants Cultural Homestay International, UsAuPair, Inc., GreatAuPair, LLC, Expert Group International, Inc., EurAupair Intercultural Child Care Programs, AuPair Care, Inc., Au Pair International, Inc., APF Global Exchange, NFP, and Agent Au Pair, jointly moved to dismiss the antitrust claim asserted in count I of the First Amended Complaint (ECF No. 135); 2) defendant InterExchange, Inc. moved to dismiss the First Amended Complaint (ECF No. 130); 3) defendant American Cultural Exchange, LLC moved to dismiss Counts I, III, IV, V, VI, VII, VIII, IX and X of the First Amended Complaint (ECF No. 131); 4) defendant 20/20 Care Exchange, Inc. joined the joint motion to dismiss (ECF No. 135) and supplemented that motion (ECF No. 132); 5) defendant A.P.EX. American Professional Exchange, LLC joined the joint motion to dismiss (ECF No. 135) and supplemented that motion (ECF No. 133); and 6) defendant American Institute for Foreign Study moved to dismiss the First Amended Complaint (ECF No. 136).

2.      On July 10, 2015, Plaintiffs filed a Consolidated Opposition to Defendants' Motions to Dismiss.  ECF No. 199.

3.      On August 10, 2015, the defendants filed reply memoranda in support of their motions to dismiss.  ECF Nos. 211, 212, 213, 214, 215, 216.

4.      This Court's Civil Practice Standard 7.1A(d)(3) provides:

> A motion for leave to cite new relevant authority may be filed if the supplemental authority was issued after briefing on a motion closed. The motion shall be limited to the case title, citation, date of decision, and a single-sentence reference to the issue to which the movant believes the new decision pertains. No comment on the

>significance of the decision, or its interpretation, may be made, and no responsive comment will be permitted.

5. Pursuant to this Court's Civil Practice Standard 7.1A(d)(3), Defendants move for leave to cite the following new relevant authority:

*In re Musical Instruments and Equipment Antitrust Litigation,* No. 12-56674, 2015 WL 5010644 (9th Cir. Aug. 25, 2015).

*Insulate SB, Inc. v. Advanced Finishing Systems, Inc.,* No. 14-2561, 2015 WL 4760287 (8th Cir. Aug. 13, 2015).

6. *In re Musical Instruments and Equipment Antitrust Litigation* is relevant to limited circumstances in which allegations of "permissible parallel conduct" may be distinguished from allegations of "impermissible conspiracy." 2015 WL 5010644, at *4-8. A copy of the decision is attached as Exhibit A.

7. *Insulate SB, Inc. v. Advanced Finishing Systems, Inc.,* is relevant to the type of factual allegations that must be pled to show an agreement among defendants in violation of Section 1 of the Sherman Act. 2015 WL 4760287, at *5-6. A copy of the decision is attached as Exhibit B.

Dated September 28, 2015.

Respectfully submitted,

*s/James E. Hartley*
James E. Hartley
Mher Hartoonian
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone:  303-295-8000
jhartley@hollandhart.com
mhartoonian@hollandhart.com
ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL

3

s/*William J. Kelly, III*
William J. Kelly, III
Chanda Marie Feldkamp
KELLY & WALKER, LLC
1512 Larimer Street, Suite 200
DENVER, CO 80202
Phone:  720-236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

**ATTORNEYS FOR DEFENDANT
USAUPAIR, INC.**


s/*Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin Jose Estavao
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237
Phone:  720-722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC**


s/*Bogdan Enica*
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St Petersburg, FL 33701-3440
Phone:  727-225-2649
bogdane@hotmail.com

**ATTORNEY FOR DEFENDANT
EXPERT GROUP INTERNATIONAL INC., D/B/A
EXPERT AU PAIR**

*s/Martha L. Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Phone:  303-223-1126
mfitzgerald@bhfs.com
kbarrett@bhfs.com

**ATTORNEYS FOR DEFENDANT
EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS**

*s/John R. Mann*
John R. Mann
Thomas B. Quinn
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Phone: 303-534-5160
jmann@gordonrees.com
tquinn@gordonrees.com

**ATTORNEYS FOR DEFENDANT AUPAIRCARE, INC.**

*s/Kathryn A. Reilly*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
Phone:  303-244-1800
reilly@wtotrial.com
mushovic@wtotrial.com

**ATTORNEYS FOR DEFENDANTS
AU PAIR INTERNATIONAL AND AGENT AU PAIR**

*s/Lawrence L. Lee*
Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO 80202
Phone:  303-218-3650
llee@laborlawyers.com
sschaecher@laborlawyers.com

**ATTORNEYS FOR DEFENDANTS**
**APF GLOBALEXCHANGE, NFP**
**d/b/a AUPAIR FOUNDATION,**
**AMERICAN INSTITUTE FOR FOREIGN STUDY**


*s/Jeffrey Paul Allen*
Jeffrey Paul Allen
Donald Joseph Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Phone:  617-439-4990
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com

**ATTORNEYS FOR DEFENDANTS**
**Cultural Care, Inc.**


*s/Walter Vernon Bernie Siebert*
Walter Vernon Bernie Siebert
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000
Denver, CO 80202-3622
Phone:  303-297-2900
bsiebert@shermanhoward.com

**ATTORNEYS FOR DEFENDANTS**
**Cultural Care, Inc.**

*s/Brooke A. Colaizzi*
Brooke A. Colaizzi
Raymond Myles Deeny
Erica Herrera Gutherz
Heather Fox Vickles
Sherman & Howard, L.L.C.-Denver
633 17th Street, Suite 3000
Denver, CO 80202-3622
Phone:  303-297-2900
BColaizzi@shermanhoward.com
rdeeny@shermanhoward.com
egutherz@shermanhoward.com
hvickles@sah.com

**ATTORNEYS FOR DEFENDANTS**
**InterExchange, Inc.**


*s/Christian Dow Hammond*
Christian Dow Hammond
Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Phone:  303-861-8013
chammond@duffordbrown.com
lstone@duffordbrown.com

**ATTORNEYS FOR DEFENDANTS**
**20/20 Care Exchange, Inc.**
*and* **A.P.E.X. American Professional Exchange, LLC**

7

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Lauren Fleischer Louis<br>llouis@bsfllp.com | Sigrid Stone McCawley<br>smccawley@bsfllp.com |
| Matthew Lane Schwartz<br>mlschwartz@bsfllp.com | Peter Murray Skinner<br>pskinner@bsfllp.com |
| Randall Wade Jackson<br>rjackson@bsfllp.com | Alexander Hood<br>alex@towardsjustice.org |
| Bogdan Enica<br>bogdane@hotmail.com | Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com |
| Chandra M. Feldkamp<br>cfeldkamp@kellywalkerlaw.com | Christian D. Howard<br>chammond@duffordbrown.com |
| Susan M. Schaecher<br>sschaecher@laborlawyers.com | Heather F. Vickles<br>hvickles@shermanhoward.com |
| Jeffrey P. Allen<br>jallen@lawson-weitzen.com | John R. Mann<br>jmann@gordonrees.com |
| Kathryn A. Reilly<br>reilly@wtotrial.com | Kathryn Anne Barret<br>kbarrett@bhfs.com |
| Lawrence D. Stone<br>lstone@duffordbrown.com | Lawrence L. Lee<br>llee@laborlawyers.com |
| Martha L. Fitzgerald<br>mfitzgerald@bhfs.com | Martin J. Estevao<br>estevaom@gtlaw.com |
| Meshach Y. Rhoades<br>rhoadesm@gtlaw.com | Raymond M. Deeny<br>rdeeny@shermanhoward.com |

| | |
|---|---|
| Thomas B. Quinn<br>tquinn@gordonrees.com | Toren G. E. Mushovic<br>mushovic@wtotrial.com |
| William J. Kelly III<br>wkelly@kellywalkerlaw.com | W.V. Bernie Siebert<br>bsiebert@shermanhoward.com |
| Susan P. Klopman<br>sklopman@hklawllc.com | Brian A. Birenbach<br>Brian@rietzlawfirm.com |

*s/James E. Hartley*
James E. Hartley
Holland & Hart LLP

8076526_2