**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Margo J. Arnold of Brownstein Hyatt Farber & Schreck LLP hereby gives notice of her appearance on behalf of Defendant EurAupair Intercultural Child Care Programs.

Respectfully submitted this 3rd day of November, 2015.

                                                          BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                                          By: *s/ Margo J. Arnold*
                                                                 Margo J. Arnold, (CA SBN 278288)
                                                                 Brownstein Hyatt Farber Schreck, LLP
                                                                 2049 Century Park East, Suite 3550
                                                                Los Angeles, California 90067
                                                                 Phone: 310-500-4600
                                                                 marnold@bhfs.com

                                                        *Attorneys for Defendant EurAupair
                                                       Intercultural Child Care Programs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of November, 2015, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander N. Hood
alex@towardsjustice.org

Lauren Fleischer Louis
llouis@bsfllp.com

Peter M. Skinner
pskinner@bsfllp.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Heather F. Vickles
hvickles@shermanhoward.com

William J. Kelly III
wkelly@kellywalkerlaw.com

Martin J. Estevao
estevaom@gtlaw.com

Bogdan Enica
bogdane@hotmail.com

Mher Hartoonian
mhartoonian@hollandhart.com

Donald J. Gentile
dgentile@lawson-weitzen.com

Brian A. Birenbach
brian@rietzlawfirm.com

Sigrid S. McCawley
smccawley@bsfllp.com

Matthew L. Schwartz
mlschwartz@bsfllp.com

Randall W. Jackson
rjackson@bsfllp.com

Raymond M. Deeny
rdeeny@shermanhoward.com

Erica H. Gutherz
egutherz@shermanhoward.com

Chanda M. Feldkamp
cfeldkamp@kellywalkerlaw.com

Meshach Y. Rhoades
rhoadesm@gtlaw.com

James E. Hartley
jhartley@hollandhart.com

Jeffrey P. Allen
jallen@lawson-weitzen.com

W.V. Bernie Siebert
bsiebert@shermanhoward.com

Toren G.E. Mushovic
mushovic@wtotrial.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Daniel C. Perkins
dperkins@laborlawyers.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Christine D. Hammond
chammond@duffordbrown.com

Lawrence L. Lee
llee@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

John R. Mann
jmann@gordonrees.com

Thomas B. Quinn
tquinn@gordonrees.com

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal

017997\0001\13735537.1