IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
et al,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
et al,

      Defendants.

## MOTION FOR LEAVE TO CITE NEW RELEVANT AUTHORITY

      Defendants InterExchange, Inc., Cultural Care, Inc., American Cultural Exchange, LLC d/b/a Go Au Pair International, Inc., and American Institute for Foreign Study d/b/a Au Pair in America (collectively, the "Moving Defendants"), through undersigned counsel, respectfully move in accordance with the Court's Civil Practice Standard 7.1A(d)(3) for leave to cite new authority relevant to their pending motions to dismiss (Doc. ## 127, 130, 131, 136).

      1.     Under D.C.COLO.LCivR 7.1(a), Moving Defendants' counsel conferred with Plaintiffs' counsel by email exchanges on October 29, 2015 and November 2, 2015 regarding the relief requested. As of the date of this Motion, Plaintiffs have not stated their position on this Motion.

2. Defendants InterExchange, Inc., American Cultural Exchange, LLC d/b/a Go Au Pair International, Inc., and American Institute for Foreign Study d/b/a Au Pair in America moved to dismiss Plaintiffs' First Amended Complaint on April 20, 2015.  Doc. ## 130, 131, 136.  Defendant Cultural Care, Inc. filed its motion to dismiss on April 17, 2018.  Doc. #127.

3. Plaintiffs filed a Consolidated Opposition to Defendants' Motions to Dismiss on July 10, 2015.  Doc. #199.

4. Defendants InterExchange, Inc., American Cultural Exchange, LLC d/b/a Go Au Pair International, Inc., and American Institute for Foreign Study d/b/a Au Pair in America replied on August 10, 2015.  Doc. ## 214, 215, 216.  Defendant Cultural Care, Inc. replied on August 6, 2018.  Doc. #207.

5. Moving Defendants now request leave to cite <u>ASSE International, Inc. v. Kerry</u>, No. 14-56402, 2015 WL 5904715 (9th Cir. Oct. 9, 2015) as supplemental authority.

6. <u>ASSE International</u> pertains to the comprehensiveness of the Exchange Visitor Program regulations and the issue of federal preemption of Plaintiffs' state-law claims.

7. A copy of the decision is attached as Exhibit A.

DATED this 5th day of November, 2015.

Respectfully submitted,


*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Erica H. Gutherz
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  hvickles@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com
Email:  rdeeny@shermanhoward.com
Email:  egutherz@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

*s/ Jeffrey P. Allen*
Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

and

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
Email:  mushovic@wtotrial.com

ATTORNEYS FOR DEFENDANT
AMERICAN CULTURAL EXCHANGE LLC,
d/b/a GO AU PAIR

*s/ Susan Schaecher*
Lawrence Lee
Susan Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANT
AMERICAN INSTITUTE FOR FOREIGN
STUDY d/b/a AU PAIR IN AMERICA

4

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 5th day of November, 2015, I electronically filed the foregoing **MOTION FOR LEAVE TO CITE NEW RELEVANT AUTHORITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email:  lstone@duffordbrown.com
Email:  chammond@duffordbrown.com

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
Email:  cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
Email:  mushovic@wtotrial.com

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
Email:  mhartoonian@hollandhart.com

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  bsiebert@shermanhoward.com

Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

Bogdan Enica
Expert AuPair
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
Email:  Rhoadesm@gtlaw.com
Email:  Estevaom@gtlaw.com

Martha L. Fitzgerald
Kathryn A. Barrett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email:  kbarrett@bhfs.com

Lawrence Lee
Susan Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

John R. Mann
Thomas B. Quinn
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com

*s/Laura Lewis*

6