**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**MOTION FOR LEAVE TO CITE NEW RELEVANT AUTHORITY**

---

**Certification of Compliance with D. Colo. L. Civ. R. 7.1(a)**

On February 9, 2016, counsel for plaintiffs e-mailed all defendants to ascertain their position on this motion.  On February 11, 2016, counsel for defendants InterExchange, Inc.; USAuPair, Inc.; A.P.E.X. American Professional Exchange, LLC; 20/20 Care Exchange, Inc.; Go Au Pair; Au Pair International, Inc.; Agent Au Pair; American Institute for Foreign Study; APF Global Exchange; EurAuPair Intercultural Child Care Programs; Cultural Homestay International; and Expert Group International,

Inc., d/b/a Expert AuPair reported that their clients do not oppose this motion.  On the

same date, counsel for Cultural Care, Inc. reported that his client objects to this motion.[1]

**Motion for Leave to Cite New Relevant Authority**

Plaintiffs respectfully seek leave to cite new, relevant authority in connection with

the pending motions to dismiss [ECF Nos. 127, 130-133, 135-136].  Pursuant to this

Court's Civil Practice Standard 7.1A:

> A motion for leave to cite new relevant authority may be filed
> if the supplemental authority was issued after briefing on a
> motion closed. The motion shall be limited to the case title,
> citation, date of decision, and a single-sentence reference to
> the issue to which the movant believes the new decision
> pertains. No comment on the significance of the decision, or
> its interpretation, may be made, and no responsive comment
> will be permitted.

Accordingly, plaintiffs seek leave to cite the following new authority:

1.  On January 20, 2016, the Administrator of the Department of Labor's
    Wage and Hour Division issued an Interpretation Letter (No. 2016-1)
    entitled "Joint employment under the Fair Labor Standards Act and
    Migrant and Seasonal Agricultural Worker Protection Act."  This Labor
    Department guidance – particularly its discussion of "vertical" joint
    employment – is relevant to the fact-intensive question of whether
    defendants are joint employers of *au pairs*.  *See, e.g.*, Interpretation Letter

---

[1]      In his response, counsel for Cultural Care noted that "it is our position that the
DOL Administrator's Interpretation No. 2016-1 is not an authoritative source and is not
the type of supplemental authority contemplated by Judge Arguello's practice standard."
Notably, however, Cultural Care did not object to plaintiffs' previous motion to cite new
relevant authority, which concerned another Interpretation Letter from the Administrator.
[ECF No. 222 (citing July 15, 2015, Interpretation Letter from the Administrator of the
Department of Labor's Wage and Hour Division (No. 2015-1) entitled "The Application of
the Fair Labor Standards Act's 'Suffer or Permit' Standard in the Identification of
Employees Who Are Misclassified as Independent Contractors.")].  On September 16,
2015, the Court entered a minute order granting that motion.  [ECF No. 224].

2

at 9-10 ("The vertical joint employment inquiry focuses on whether the employee of the intermediary employer is also employed by another employer – the potential joint employer. In vertical joint employment situations, the other employer typically has contracted or arranged with the intermediary employer to provide it with labor and/or perform for it some employer functions, such as hiring and payroll. There is typically an established or admitted employment relationship between the employee and the intermediary employer. That employee's work, however, is typically also for the benefit of the other employer."); *see also id.* at 11-15 (noting seven fact-intensive factors that courts look to that "are probative of the core question of whether the employee is economically dependent on the potential joint employer who, via an arrangement with the intermediary employer, is benefitting from the work.").  A copy of the Administrator's Interpretation Letter is attached as Exhibit A and is available at http://1.usa.gov/1PpX31X, and an explanation of what an Interpretation Letter is, is available at http://1.usa.gov/1KP3Obv.

Dated: February 12, 2016

Respectfully Submitted,
BOIES, SCHILLER & FLEXNER LLP

 /s/  Matthew L. Schwartz
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on February 12, 2016, I served a true and correct copy of the

forgoing on the individuals below pursuant to F.R.C.P. 5.

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Raymond Myles Deeny
rdeeny@shermanhoward.com

Erica Herrera Gutherz
egutherz@shermanhoward.com

Heather Fox Vickles
hvickles@sah.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Meshach Yustine Rhoades
mrhoades@armstrongteasdale.com

Martin Estevao
mestevao@armstrongteasdale.com

Bogdan Enica
bogdane@hotmail.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

James Edward Hartley
jhartley@hollandhart.com

Mher Hartoonian
mhartoonian@hollandhart.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Walter Vernon Bernie Siebert
bsiebert@shermanhoward.com

John Roger Mann
jmann@gordonrees.com

Thomas Baker Quinn
tquinn@gordonrees.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Kathryn A. Reilly
reilly@wtotrial.com

Toren G.E. Mushovic
mushovic@wtotrial.com

Daniel C. Perkins
dperkins@laborlawyers.com

Lawrence L. Lee
llee@laborlawyers.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Christian Dow Hammond
chammond@duffordbrown.com

Lawrence Daniel Stone
lstone@duffordbrown.com

  /s/  Matthew L. Schwartz
Matthew L. Schwartz