## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03074-CMA-KMT

Johana Paola Beltran, et al.,

    Plaintiffs,

v.

Interexchange, Inc., et al.,

Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Defendant Cultural Care, Inc.

DATED at Washington, D.C. this 24th day of February, 2016.

    *s/William L. Monts III*
Name of Attorney

  Hogan Lovells US LLP
Firm Name

  555 Thirteenth Street, N.W.
Office Address

  Washington, D.C.  20004-1109
City, State, ZIP Code

  (202) 637-5600
Telephone Number

  william.monts@hoganlovells.com
Primary CM/ECF E-mail Address