IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
et al,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
et al,

      Defendants.

---

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. #240)**

---

Defendants, by and through their respective counsel, hereby move pursuant to

Fed. R. Civ. P. 6, D.C.COLO.LCivR 6.1(b) and 7.1(a), and CMA Civ. Practice Standard

6.1(b)(1) for a fourteen-day extension of time within which to submit consolidated

objections to the Recommendation of United States Magistrate Judge

("Recommendation") (Doc. #240).  As good cause for this request, Defendants state as

follows:

      1.     Plaintiff Johana Paola Beltran filed a Complaint in this case on November

13, 2014 (Doc. #1).

      2.     Fifteen defendants remain in this case.

3.      Plaintiff Beltran and four new plaintiffs filed a First Amended Complaint on March 13, 2015 (Doc. #101).

4.      The First Amended Complaint is 102 pages long and asserts eleven counts against some or all of the fifteen defendants.  (Doc. #101.)

5.      On or around April 20, 2015, Defendants filed Motions to Dismiss the First Amended Complaint and/or joinders to those motions.  (Doc. #130, 131, 132, 133, 135, 136.)

6.      An Order of Referral with respect to the Motions to Dismiss issued April 23, 2015 to Magistrate Judge Craig B. Shaffer (Doc. #138.)  Magistrate Judge Shaffer recused himself on May 8, 2015 (Doc. #141.)  An Order of Referral to Magistrate Judge Kathleen M. Tafoya issued on May 13, 2015 (Doc. #146).

7.      Magistrate Judge Tafoya issued a 45-page Recommendation on February 22, 2016 (Doc. #240).

8.      Defendants intend to file objections to the Recommendation pursuant to Fed. R. Civ. P. 72(b)(2).  In the interests of clarity and efficiency, Defendants intend to file, if possible, a single, consolidated objection to the Recommendation.

9.      Pursuant to Fed. R. Civ. P. 72(b)(2), Defendants' objections currently are due March 7, 2015.

10.      Due to the number of Defendants, the number of claims, the length of the Recommendation and the logistical difficulties involved in filing a consolidated objection on behalf of fifteen Defendants, Defendants respectfully request a fourteen-day extension to and including March 21, 2016 to file their objection.

EMPLOY/1270170.3

11.     Defendants have not previously sought any extensions with respect to objections to the Recommendation.

12.     Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with Plaintiffs' counsel regarding the extension sought herein.  Plaintiffs oppose.

13.     As required by D.C.COLO.LCivR 6.1(c), Defendants' counsel shall serve upon their respective clients a copy of this motion, contemporaneous with its filing.

DATED this 29th day of February, 2016.

Respectfully submitted,

*s/ Brooke Colaizzi*
Heather F. Vickles
Brooke A. Colaizzi
Raymond M. Deeny
Erica L. Herrera
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  hvickles@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com
Email:  rdeeny@shermanhoward.com
Email:  eherrera@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  bsiebert@shermanhoward.com

Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Email:  William.monts@hoganlovells.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC. d/b/a CULTURAL
CARE AU PAIR


William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

ATTORNEYS FOR DEFENDANT
USAuPair, INC.

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
GREATAuPair, LLC


Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL, INC., d/b/a
EXPERT AuPair


Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com

Margo J. Arnold
Brownstein Hyatt Farber Schreck, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Email:  marnold@bhfs.com

ATTORNEYS FOR DEFENDANT
EURAUPAIR INTERCULTURAL CHILD
CARE PROGRAMS

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
Email:  mhartoonian@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL


John R. Mann
Thomas B. Quinn
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com

ATTORNEYS FOR DEFENDANT
AuPairCare, INC.


Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
Email:  mushovic@wtotrial.com

ATTORNEYS FOR DEFENDANTS AU
PAIR INTERNATIONAL, INC. and
AMERICAN CULTURAL EXCHANGE, LLC,
d/b/a  GoAuPair

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
Email:  mushovic@wtotrial.com

ATTORNEYS FOR DEFENDANT AGENT
AU PAIR


Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com


ATTORNEYS   FOR   DEFENDANTS   APF
GLOBAL EXCHANGE, NFP d/b/a AUPAIR
FOUNDATION
and   AMERICAN   INSTITUTE   FOR
FOREIGN STUDY d/b/a Au Pair in America


Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: lstone@duffordbrown.com
chammond@duffordbrown.com

ATTORNEYS FOR DEFENDANTS
A.P.E.X. AMERICAN PROFESSIONAL
EXCHANGE, LLC, d/b/a ProAuPair and
20/20 CARE EXCHANGE, INC., d/b/a THE
INTERNATIONAL AU PAIR EXCHANGE

EMPLOY/1270170.3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 29th day of February, 2016, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #240)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: lstone@duffordbrown.com
   chammond@duffordbrown.com

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Email:  reilly@wtotrial.com
Email:  mushovic@wtotrial.com

James E. Hartley
Mher Hartoonian
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
Email:  mhartoonian@hollandhart.com

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  bsiebert@shermanhoward.com

Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com

Margo J. Arnold
Brownstein Hyatt Farber Schreck, LLP
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Email:  marnold@bhfs.com

Daniel C. Perkins
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80120
Email: dperkins@arapahoegov.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.S.
Washington, D.C. 20004-1109
Email: William.monts@hoganlovells.com

Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email: llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

John R. Mann
Thomas B. Quinn
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com

*s/ Laura Lewis*