IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.,

    Plaintiffs,

vs.

INTEREXCHANGE, INC.; et al.,

    Defendants.

**MOTION FOR WITHDRAWAL OF MHER HARTOONIAN AS COUNSEL FOR DEFENDANT CULTURAL HOMESTAY INTERNATIONAL**

    Pursuant to D.C.COLO.LAttyR 5(b), Mher Hartoonian of Holland & Hart LLP hereby moves this Court for permission to withdraw as counsel of record for defendant Cultural Homestay International.  Defendant will continue to be represented by James E. Hartley of Holland & Hart LLP.

    Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so.  *See* D.C.COLO.LCivR 7.1(b)(4).

    In support of this motion, the undersigned states the following:

    1.  Under D.C.COLO.LAttyR 5(b), Mr. Hartoonian has good cause to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct.

    2.  Mr. Hartoonian is terminating his employment with Holland & Hart LLP and moving to the New York metropolitan area.

3. This matter is in its early stages and Mr. Hartoonian's withdrawal will not in any way delay any aspect of this litigation or result in prejudice to any party.

4. James E. Hartley of Holland & Hart LLP will continue to represent Defendant Cultural Homestay International, which will not be harmed in any way by Mr. Hartoonian's withdrawal.

For the foregoing reasons, Mher Hartoonian respectfully requests that the Court enter an order permitting him to withdraw as counsel for it in this matter, and directing the Clerk of the Court to delete Mr. Hartoonian's email address from future ECF filings and electronic notifications in this case.

A proposed form of order is submitted with this motion for the Court's convenience.

Dated: March 10, 2016.

Respectfully submitted,

*/s/ Mher Hartoonian*
Mher Hartoonian
James E. Hartley
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado  80201-8749
Phone: (303) 295-8000
Fax: (303) 295- 8261
mhartoonian@hollandhart.com

**ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL**

2

Certificate Of Service

I hereby certify that on March 10, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| William James Kelly, III<br>Chandra M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldman@kellywalkerlaw.com | Jeffrey Paul Allen<br>Donald J. Gentile<br>LAWSON & WEITZEN, LLP<br>jallen@lawson-weitzen.com<br>dgentile@lawson-weitzen.com |
| Susan M. Schaecher<br>Fisher & Phillips, LLP-Denver<br>sschaecher@laborlawyers.com | Alexander Neville Hood<br>TOWARDS JUSTICE-GOLDEN<br>alex@towardsjustice.org |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>ARMSTRONG TEASDALE, LLP<br>rhoadesm@armstrongteasdale.com<br>estevaom@armstrongteasdale.com | Kathryn A. Reilly<br>Toren G.E. Mushovic<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>mushovic@wtotrial.com |
| Bogdan Enica<br>ATTORNEY AT LAW<br>Bogdane@hotmail.com | Brian Alan Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com |
| Martha Louise Fitzgerald<br>Kathryn Anne Barrett<br>Margo J. Arnold<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>mfitzgerald@bhfs.com<br>kbarrett@bhfs.com<br>marnold@bhfs.com | Lawrence L. Lee<br>Daniel C. Perkins<br>FISHER & PHILLIPS LLP<br>llee@laborlawyers.com<br>dperkins@laborlawyers.com |
| Daniel C. Perkins<br>Arapahoe County Atty's Office-Littleton<br>dperkins@arapahoegov.com | William Leitzsey Monts, III<br>Hogan Lovells US LLP-DC<br>william.monts@hoganlovells.com |
| Lawrence D. Stone<br>Christian D. Hammond<br>DUFFORD & BROWN, P.C.<br>lstone@duffordbrown.com'<br>chammond@duffordbrown.com | John Roger Mann<br>Gordon & Rees<br>jmann@gordonrees.com<br>tquinn@gordonrees.com |

3

| | |
|---|---|
| Randall Wade Jackson<br>Lauren Fleischer Louis<br>Sigrid Stone McCawley<br>Matthew Lane Schwartz<br>Peter Murray Skinner<br>BOIES SCHILLER & FLEXNER, LLP<br>rjackson@bsfllp.com<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com | Brooke A. Colaizzi<br>Raymond Myles Deeny<br>Heather Fox Vickles<br>W.V.Bernie Siebert<br>Erica Lynn Herrera<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>bsiebert@shermanhoward.com<br>eherrera@shermanhoward.com |

and I hereby certify that I have caused to be mailed via the U.S. Mail, postage prepaid, the document or paper to the following non CM/ECF participants:

>Cultural Homestay International
>104 Butterfield Road
>San Anselmo, CA 94960


>*/s/ Mher Hartoonian*
>Mher Hartoonian

8473349_2