**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.,

    Plaintiffs,

vs.

INTEREXCHANGE, INC.; et al.,

    Defendants.

## ORDER

Upon consideration of the motion to withdraw filed by Mher Hartoonian on March 10, 2016, it is

ORDERED that the motion is granted and Mher Hartoonian is permitted to withdraw as counsel for defendant Cultural Homestay International. The Court notes that Cultural Homestay International will continue to be represented by James E. Hartley of Holland & Hart LLP. The Clerk of the Court is directed to delete Mr. Hartoonian's email address from future ECF filings and electronic notifications in this case.

Dated: March ____, 2016.

                                      BY THE COURT:

                                      _____
                                      Christine M. Arguello
                                      United States District Judge