**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

Defendants.

---

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

---

Pursuant to D.C.Colo.LAttyR 5, Margo J. Arnold moves this Court for an order permitting her to withdraw from representing Defendant EurAupair Intercultural Child Care Programs ("EurAupair"). In support hereof, counsel states as follows:

1. Margo J. Arnold of the law firm Brownstein Hyatt Farber Schreck, LLP ("BHFS") currently represents EurAupair in this action.

2. Margo J. Arnold will be leaving BHFS, and therefore, wishes to withdraw from representing EurAupair.

3. EurAupair will continue to be represented in this matter by Martha Fitzgerald, who will remain responsible for complying with all court orders and time limitations on behalf of EurAupair. EurAupair continues to be advised of all court dates and deadlines through BHFS.

4. Pursuant to D.C.Colo.LAttyR 5, a copy of this motion will be served on all counsel of record and will be sent to EurAupair.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order approving the withdrawal of Margo J. Arnold as counsel of record in this case.

Respectfully submitted this 24th day of March 2016.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Margo J. Arnold*
Margo J. Arnold, (CA SBN 278288)
2049 Century Park East
Suite 3550
Los Angeles, CA 90067
Phone: 310.500.4600
Email: marnold@bhfs.com

*Attorney for Defendant EurAupair Intercultural Child Care Programs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 24th day of March 2016, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander N. Hood
alex@towardsjustice.org

Sigrid S. McCawley
smccawley@bsfllp.com

Lauren Fleischer Louis
llouis@bsfllp.com

Matthew L. Schwartz
mlschwartz@bsfllp.com

Peter M. Skinner
pskinner@bsfllp.com

Randall W. Jackson
rjackson@bsfllp.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Raymond M. Deeny
rdeeny@shermanhoward.com

Heather F. Vickles
hvickles@shermanhoward.com

Erica H. Gutherz
egutherz@shermanhoward.com

William J. Kelly III
wkelly@kellywalkerlaw.com

Chanda M. Feldkamp
cfeldkamp@kellywalkerlaw.com

Martin J. Estevao
estevaom@gtlaw.com

Meshach Y. Rhoades
rhoadesm@gtlaw.com

Bogdan Enica
bogdane@hotmail.com

James E. Hartley
jhartley@hollandhart.com

Mher Hartoonian
mhartoonian@hollandhart.com

Jeffrey P. Allen
jallen@lawson-weitzen.com

Donald J. Gentile
dgentile@lawson-weitzen.com

W.V. Bernie Siebert
bsiebert@shermanhoward.com

Brian A. Birenbach
brian@rietzlawfirm.com

Toren G.E. Mushovic
mushovic@wtotrial.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Lawrence L. Lee
llee@laborlawyers.com

Daniel C. Perkins
dperkins@laborlawyers.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Christine D. Hammond
chammond@duffordbrown.com

Kathryn A. Reilly
reilly@wtotrial.com

John R. Mann
jmann@gordonrees.com

Thomas B. Quinn
tquinn@gordonrees.com

*s/ Allecia Cavallaro*
Allecia Cavallaro, Paralegal

017997\0001\14566690.1