IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE ONE
THIRTY-PAGE CONSOLIDATED REPONSE TO DEFENDANTS' TWO SETS
OF OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDATION
DENYING DEFENDANTS' MOTIONS TO DISMISS**

---

      COME NOW, the Plaintiffs, through their undersigned counsel, with the following unopposed motion:

**CERTIFICATE OF CONFERAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)**

      Pursuant to D.C. Colo.L.Civ.R. 7.1(a), counsel for Plaintiffs discussed this motion with counsel for all Defendants.  Counsel for each Defendant responded and indicated that they do not oppose this motion.

**Preliminary Statement**

      Plaintiffs seek leave to file one 30-page consolidated response to Defendants' two 15-page objections to The Magistrate Judge's Recommendation (Docket No. 240) denying Defendants' motions to dismiss.

## Discussion

The Defendants collectively filed seven motions to dismiss in April of 2015. (Docket Nos. 127, 130-133, 135-136). On February 22, 2016, Magistrate Judge Kathleen M. Tafoya issued a Recommendation that Defendants' Motions to Dismiss be substantially denied, and granted in part (Docket No. 240). On March 14, 2016, Defendants American Cultural Exchange, LLC, American Institute for Foreign Study, Au Pair in America, Cultural Care, Inc., InterExchange, Inc., Cultural Homestay International; UsAuPair, Inc., GreatAuPair LLC, Expert Group International, Inc., AuPairCare, Inc., Au Pair International, Inc., APF Global Exchange, NFP, A.P.Ex. American Professional Exchange, LLC, 20/20 Care Exchange, Inc., Agent Au Pair, and EurAupair InterCultural Child Care Programs filed two sets of objections to certain portions of Magistrate Judge Tafoya's Recommendation denying their motions to dismiss (Docket Nos. 247 and 248, "Defendants' Objections"), each of which contained 15 pages of substantive briefing, for a total of 30 pages of briefing. Plaintiffs' responses to Defendants' Objections are due on March 28, 2016.

Pursuant to the Court's Civil Practice Standards, "**objections** (including objections to the recommendations or orders of United States Magistrate Judges) and **responses shall not exceed 15 pages**." CMA Civ. Practice Standard 10.1(c)(1) (emphasis in original). If Plaintiffs followed Defendants' lead and filed two separate responses to Defendants' Objections, Plaintiffs' total page allowance would be 30 pages. In the interest of efficiency, Plaintiffs intend to file a single consolidated response to Defendants' Objections. To fully address the arguments raised in

Defendants' two 15-page briefs, however, Plaintiffs' respectfully submit that they will need up to a total of 30 pages for their consolidated response.  Plaintiffs therefore submit this application pursuant to Civil Practice Standard 10.1(c)(3) for leave to file one consolidated response to Defendants' Objections totaling 30 pages—or an additional 15 pages beyond the page limit for responses to objections imposed by the Court's standards.

## Conclusion

WHEREFORE, the Plaintiffs request that they be granted leave to file one consolidated response to Defendants' Objections (Docket Nos. 247 and 248) in excess of the 15 page limit, up to a total of 30 pages.

Dated: March 24, 2016

                Respectfully Submitted,

                BOIES, SCHILLER & FLEXNER LLP

                /s/ Peter M. Skinner
Peter M. Skinner
Matthew L. Schwartz
Randall W. Jackson
575 Lexington Avenue
New York, New York  10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022

3

smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on March 24, 2016, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Christian Dow Hammond
chammond@duffordbrown.com

Lawrence L. Lee
llee@laborlawyers.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

John Roger Mann
jmann@gordonrees.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

William Leitzsey Monts, III
william.monts@hoganlovells.com

James Edward Hartley
jhartley@hollandhart.com

Margo J. Arnold
marnold@bhfs.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

Martin Jose Estevao
mestevao@armstrongteasdale.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Erica Lynn Herrera
eherrera@shermanhoward.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Daniel C. Perkins
dperkins@ laborlawyers.com

Toren G. E. Mushovic
mushovic@wtotrial.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Thomas Baker Quinn
tquinn@gordonrees.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Walter Vernon Siebert
bsiebert@shermanhoward.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Bogdan Enica
bogdane@hotmail.com

Meshach Yustine Rhoades
rhoadesm@armstrongteasdale.com

Raymond Myles Deeny
rdeeny@shermanhoward.com

Heather Fox Vickles
hvickles@shermanhoward.com

William James Kelly, III
wkelly@kellywalkerlaw.com

 /s/  Peter M. Skinner
Peter M. Skinner