**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

  Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

  Defendants.

**[PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPONSE TO DEFENDANTS' OBJECTIONS**

  The Court has reviewed Plaintiff's Motion for Leave to File one 30-page consolidated response to Defendants' two sets of objections to the Magistrate Judge's Recommendation denying Defendants' motions to dismiss. Having reviewed the record and being otherwise fully advised, the Court hereby Orders:

  1. Plaintiffs' Motion for Leave to File Excess Pages in Response to Defendants' Objections is GRANTED.

  2. Plaintiffs' Response to Defendants' Objections shall not exceed 30 pages.

  DONE AND ORDERED in chambers in Colorado on this ____ day of March, 2016.

                 _____
                 Honorable Christine M. Arguello
                 United States District Judge