## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

       Plaintiffs,

       v.

INTEREXCHANGE, INC., et al.

       Defendants.

---

## DEFENDANT CULTURAL CARE, INC.'S LIMITED OPPOSITION TO PLAINTIFFS' "UNOPPOSED" MOTION FOR LEAVE TO FILE ONE THIRTY-PAGE CONSOLIDATED RESPONSE TO OBJECTIONS TO MAGISTRATE'S RECOMMENDATIONS [DOC. #251]

---

Defendant Cultural Care, Inc. ("Cultural Care") hereby objects to Plaintiffs' "Unopposed" Motion for Leave to File One Consolidated Response to Objections to Magistrate's Recommendations (the "Motion") insofar as it argues that Cultural Care "filed two sets of objections to . . . Magistrate Judge Tafoya's Recommendation" in violation of the page limit contained in CMA Civ. Practice Standard 10.1(c)(1). *Motion* at 1. Cultural Care, along with InterExchange, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, and Au Pair in America,  filed one of the objections docketed on March 14, 2016—Document No. 247—and other defendants filed the second objection, Document No. 248.  The defendants that filed the second objection do not face the wage-based claims being asserted against Cultural Care (and certain other defendants), thus they had no purpose in joining the first objection.  In the interest of

Judicial economy, Cultural Care and the other wage defendants simply incorporated by reference the second objection rather than to seek relief to re-argue these issues in a separate document.  The action taken did not increase the number of pages submitted to the Court.

More concerning, however, is Plaintiffs' representation to this Court that their motion is "unopposed" on the issue.  On March 22, 2016, Plaintiffs' counsel asked defendants' counsel via e-mail if they objected to Plaintiffs seeking to "file a single reply to all objections . . . up to but not exceeding 30 pages."  *Exhibit 1,* 3/22/16 E-mail. Cultural Care promptly advised that it had no objection in accordance with common professional courtesy, good faith, and the conferral principles in the Practice Standards. Plaintiffs' counsel presented the motion as a garden-variety motion to exceed page limits and at no time disclosed that they would offer the erroneous argument that Cultural Care, or any other defendant, violated the Civil Practice Standards by filing two objections.  Cultural Care—again attempting to treat counsel as professionals—took Plaintiffs' counsel at their word and did not demand to see the motion before filing.  It is disappointing that Plaintiffs' counsel sought to exploit this professional courtesy and slip in an additional argument that is unfounded and certainly not "unopposed" as they claim.

Respectfully Submitted,


____s/ Jeffrey P. Allen_____
Jeffrey P. Allen
E-mail: jallen@lawson-weitzen.com
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

-and-

W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on March 25, 2016, I electronically filed the foregoing Defendant Cultural Care, Inc.'s Limited Opposition to Plaintiffs' "Unopposed" Motion for Leave to File One Thirty-Page Consolidated Response to Objections to Magistrate's Recommendations using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

**Lauren Fleischer Louis**
llouis@bsfllp.com

**Sigrid Stone McCawley**
smccawley@bsfllp.com

**Matthew Lane Schwartz**
mlschwartz@bsfllp.com

**Peter Murray Skinner**
pskinner@bsfllp.com

**Randall Wade Jackson**
rjackson@bsfllp.com

**Alexander Hood**
alex@towardsjustice.org

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Hammond**
chammond@duffordbrown.com

**Daniel C. Perkins**
dperkins@laborlawyers.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**Toren G. E. Mushovic**
mushovic@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Kathryn Anne Barrett**
kbarrett@bhfs.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
mestevao@armstrongteasdale.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**Erica L. Herrera**
eherrera@shermanhoward.com

**William L. Monts III**
William.monts@hoganlovells.com

**Susan M. Schaecher**
sschaecher@laborlawyers.com

s/ Jeffrey P. Allen
Jeffrey P. Allen