# EXHIBIT 1

# Dufrene, Alexandra

| | |
|---|---|
| **From:** | Lauren Louis <llouis@bsfllp.com> |
| **Sent:** | Tuesday, March 22, 2016 1:55 PM |
| **To:** | 'Colaizzi, Brooke A.'; 'Siebert, W. V. Bernie'; 'Bill Kellly'; 'Bogdan Enica'; 'Chanda Feldkamp'; 'Christian Hammond'; Gentile, Donald; 'Herrera, Erica L.'; 'Vickles, Heather F.'; 'Jack Mann'; Allen, Jeffrey; 'Jim Hartley (JHartley@hollandhart.com)'; 'Katie Reilly'; 'Larry Lee'; 'Larry Stone'; 'Martha Fitzgerald'; 'Martin Estevao'; 'Meshach Rhoades'; 'Mher Hartoonian (MHartoonian@hollandhart.com)'; 'Deeny, Raymond M.'; 'Susan Schaecher'; 'Thomas Quinn'; 'Toren G.E. Mushovic' |
| **Cc:** | Peter Skinner; Matthew L. Schwartz; Sigrid McCawley; Randall Jackson; Joshua Riley; Joshua Libling; alex@towardsjustice.org; Abigail Tudor |
| **Subject:** | Beltran et al v. InterExchange et al Conferral Pursuant to D.C.COLO.LCivR 7.1 |

Greetings counsel,
Plaintiffs intend to file a single reply to all objections and anticipate the filing will exceed the 15 page limit. Please let us know if you object to Plaintiffs filing a reply in excess of the page limitation, up to but not exceeding 30 pages.
We would like to file the motion for leave tomorrow and appreciate your response as soon as possible. Thank you for your courtesy in this matter,
Lauren

Lauren F. Louis
Counsel
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd.
Ste. 1200
Fort Lauderdale, FL 33301
954-356-0011 (main)
954-356-0022 (fax)

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]