**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE ONE THIRTY-PAGE CONSOLIDATED REPONSE TO DEFENDANTS' TWO SETS OF OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S RECOMMENDATION DENYING DEFENDANTS' MOTIONS TO DISMISS**

---

Defendant Cultural Care, Inc. "objects" to Plaintiffs' *unopposed* motion to file a consolidated 30-page response to Defendants' objections to Magistrate Judge Tafoya's Recommendation "insofar as it argues that Cultural Care 'filed two sets of objections'" in violation of the Court's Civil Practice Standards. [Doc. 252 at 1].

Cultural Care certainly did submit two sets of objections, filing one 15-page objection in its own name to Claims II-XI of the First Amended Complaint, [Doc. 247], and joining in full the 15-page objections filed by other defendants to Count I, [*id.* at 15 ("With respect to Count I, Defendants join the objections filed by the other Defendants"); *see also* Doc. 248 (objections to Count I)]. Which is fine. Plaintiffs did not object to the way that Defendants presented their arguments, nor did Plaintiffs insinuate to any

1

reasonable reader that Defendants had violated Your Honor's Civil Practice Rules.  Our point was simply that, under the Court's Rules, Plaintiffs would ordinarily be limited to responding to the Defendants' objections in two briefs, each not to exceed 15 pages.  As a convenience to the Court and the parties, and because the arguments on the various claims are somewhat interrelated, Plaintiffs intend to file a single, consolidated responsive brief of 30 pages.

No party objected to this, and Plaintiffs filed their unopposed motion last week [Doc. 251].  Ordinarily, subject to the Court's ruling, that would be the end of the matter.  On Cultural Care's reading, however, although Plaintiffs had requested to file a "garden-variety motion" for extra pages, we "exploit[ed] [Cultural Care's] professional courtesy and slip[ped] in an additional argument" that Cultural Care had violated the Court's Civil Practice Standards.  But there is literally no reasonable reading of Plaintiffs' motion, [Doc. 251], that contains such an allegation.

We believed that our moving papers were sufficiently clear that Plaintiffs asked to file a single 30-page brief because Defendants had filed two, entirely non-duplicative 15-page objections to Magistrate Judge Tafoya's thoughtful Recommendation.  We submit this reply, however, to make a record that Cultural Care's accusation that Plaintiffs acted deceitfully or unprofessionally is wholly without merit.

Dated: March 28, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

  /s/ Matthew L. Schwartz
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
575 Lexington Avenue
New York, New York  10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

3

## Certificate of Service

I hereby certify that on March 28, 2016, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Christian Dow Hammond
chammond@duffordbrown.com

Lawrence L. Lee
llee@laborlawyers.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

John Roger Mann
jmann@gordonrees.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

William Leitzsey Monts, III
william.monts@hoganlovells.com

James Edward Hartley
jhartley@hollandhart.com

Margo J. Arnold
marnold@bhfs.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

Martin Jose Estevao
mestevao@armstrongteasdale.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Erica Lynn Herrera
eherrera@shermanhoward.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Daniel C. Perkins
dperkins@ laborlawyers.com

Toren G. E. Mushovic
mushovic@wtotrial.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Thomas Baker Quinn
tquinn@gordonrees.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Walter Vernon Siebert
bsiebert@shermanhoward.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Bogdan Enica
bogdane@hotmail.com

Meshach Yustine Rhoades
rhoadesm@armstrongteasdale.com

Raymond Myles Deeny
rdeeny@shermanhoward.com

Heather Fox Vickles
hvickles@shermanhoward.com

William James Kelly, III
wkelly@kellywalkerlaw.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

  /s/  Matthew L. Schwartz
Matthew L. Schwartz