IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR ORAL ARGUMENT REGARDING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (DOC. # 240)

Defendants, by and through respective counsel, request oral argument pursuant to CMA Civ. Practice Standard 7.1A(f). In support of this request, Defendants state as follows:

1. Magistrate Judge Tafoya issued a Recommendation on February 22, 2016, regarding Defendants' Motions to Dismiss (Doc. # 240).

2. Defendants filed their Objections to the Recommendation on March 14, 2016 (Doc. # 247, 248).

3. Plaintiffs filed their Response to Certain Defendants' Objections to the Magistrate Judge's Recommendation on March 28, 2016 (Doc. #256).

1

4. In the Preliminary Statement to their Response to Defendants' Objections, Plaintiffs identify one of the Recommendation's most significant errors, that the Recommendation "found that Plaintiffs' core allegations . . . were legally correct . . . ." (Doc. # 256 at p. 1.)

5. The pertinent question in ruling on a motion to dismiss is not whether the Plaintiffs' claims are "legally correct," but whether the allegations state a plausible claim for relief.

6. The au pair program can be judged only through an understanding of its purposes and goals and a thorough analysis of the regulations that have governed the program since its inception. While Plaintiffs include much of this regulatory history in their First Amended Complaint, they ignore those portions of the history that would undermine the legal sufficiency of their allegations. The Recommendation adopts Plaintiffs' selective interpretation of the au pair regulations and appears to reach unfounded conclusions of law rather than merely addressing the plausibility of Plaintiffs' claims.

7. As the Court's review of the Recommendation is *de novo*, Defendants request oral argument regarding the regulatory framework and history of the au pair program. Defendants believe that oral argument will materially assist the Court in understanding the regulatory framework within which it must evaluate the sufficiency of Plaintiffs' allegations.

8. **Conferral Pursuant to D.C.COLO.LCivR 7.1(a):** Defendants certify that they have conferred with Plaintiffs' counsel regarding the request for oral argument. Plaintiffs stated that they do not believe oral argument is necessary to resolve Defendants' objections to Magistrate Judge Tafoya's well-reasoned Recommendation but do not oppose Defendants' request for oral argument, if argument would be helpful to the Court. Plaintiffs disagree with the contentions asserted by Defendants in support of this Motion.

DATED this 31st day of March, 2016.

Respectfully submitted,

*s/ Brooke A. Colaizzi*
Heather F. Vickles
Brooke A. Colaizzi
Raymond M. Deeny
Erica L. Herrera
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  hvickles@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com
Email:  rdeeny@shermanhoward.com
Email:  eherrera@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

*s/Jeffrey P. Allen*
Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  bsiebert@shermanhoward.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Email:  William.monts@hoganlovells.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC. d/b/a CULTURAL
CARE AU PAIR


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:     Reilly@wtotrial.com

4

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

ATTORNEYS FOR DEFENDANT
AMERICAN CULTURAL EXCHANGE, LLC
d/b/a GOAUPAIR, Au PAIR
INTERNATIONAL, INC. and AGENT Au
PAIR


s/*Lawrence Lee*
Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANTS
AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America and APF GLOBAL EXCHANGE, NFP d/b/a Aupair Foundation


*s/William J. Kelly III*
William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

ATTORNEYS FOR DEFENDANT
USAuPAIR, INC.

5

*s/Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC


*s/Bogdan Enica*
Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL, INC. d/b/a
Expert AuPair


*s/Martha L. Fitzgerald*
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com

ATTORNEYS FOR DEFENDANT
EuRAUPAIR INTERCULTURAL CHILD
CARE PROGRAMS

6

*s/James E. Hartley*
James E. Hartley
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: mhartoonian@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL


*s/Thomas B. Quinn*
John R. Mann
Thomas B. Quinn
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: tquinn@gordonrees.com

ATTORNEYS FOR DEFENDANT
AuPAIRCARE, INC.


*s/Lawrence D. Stone*
Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Email: lstone@duffordbrown.com
chammond@duffordbrown.com

ATTORNEYS FOR DEFENDANT A.P.E.X.
AMERICAN PROFESSIONAL
EXCHANGE, LLC d/b/a ProAuPair
And 20/20 CARE EXCHANGE, INC. d/b/a
INTERNATIONAL AU PAIR EXCHANGE

7

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 31st day of March, 2016, I electronically filed the foregoing defendants' **UNOPPOSED MOTION FOR ORAL ARGUMENT REGARDING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (Doc. # 240)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com

Alexander N. Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com


s/*Laura Lewis*
Legal Secretary

EMPLOY/1278602.1