IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Peggy Kozal of the law firm of Gordon & Rees Scully Mansukhani LLP hereby enters her appearance as attorney of record on behalf of Defendant, AuPairCare, Inc. and hereby certifies that she is a member in good standing of the bar of this Court.

    Respectfully submitted this 1st day of April, 2016.

*s/Peggy Kozal*
Peggy Kozal
GORDON & REES SCULLY
MANSUKHANI LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
Tel: 303-534-5160
Fax: 303-534-5161
pkozal@gordonrees.com

*Attorneys for Defendant
AuPairCare, Inc.*

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alexander Neville Hood<br>Towards Justice<br>1535 High Street, Suite 300<br>Denver, CO 80218<br>alex@towardsjustice.org<br>***Attorney for Plaintiffs*** | ***Attorney for Plaintiffs Deetlefs, Caicedo and Gonzalez*** |
| Lauren F. Louis<br>Sigrid S. McCawley<br>Boies, Schiller & Flexner, LLP<br>401 E. Las Olas Blvd., Suite 1200<br>Ft. Lauderdale, FL 33301<br>***Attorney for Plaintiffs Deetlefs, Caicedo and Gonzalez***<br><br>Randall W. Jackson<br>Peter M. Skinner<br>Matthew L. Schwartz<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022 | Sigrid S. McCawley<br>Lauren F. Louis<br>Randall W. Jackson<br>Peter M. Skinner<br>Matthew L. Schwartz<br>Boies, Schiller & Flexner, LLP<br>401 E. Las Olas Blvd., Ste. 1200<br>Ft. Lauderdale, FL 33301<br>***Attorney for Plaintiffs Beltran and Hlatshaneni*** |

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for USAuPair, Inc.*

Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Ste. 800
Denver, CO 80237
mrhoades@armstrongteasdale.com
mrhoades@armstrongteasdale.com
*Attorney for Great AuPair, LLC*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International, Inc.*

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for EurAupair Intercultural Child Care Programs*

James Edward Hartley
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay International*

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorneys for Cultural Care, Inc. d/b/a Cultural Care Au Pair*

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth St., N.W.
Washington, CO 20004-1109
*Attorneys for Cultural Care, Inc.*

Walter V. Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
*Attorney for Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Brian Alan Birenbach
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair*

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202

reilly@wtotrial.com
**Attorneys for American Cultural Exchange, LLC d/b/a GoAuPair;**
**Agent Au Pair, Au Pair International, Inc.**

Lawrence Lee
Susan M. Schaecher
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
**Attorneys for APF Global Exchange, NFP d/b/a Aupair Foundation;**
**American Institute for Foreign Study d/b/a Au Pair in America**

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
**Attorneys for A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair;**
**20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th St., Ste. 2400
Denver, CO 80202
estevaom@gtlaw.com
**Attorney for Great AuPair, LLC**

*/s/Lisa Riggenbach*