# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

---

## AMENDED UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS

Defendants hereby move, pursuant to D.C.COLO.LCivR 6.1 and without objection from Plaintiffs' counsel, for a 30-day extension through May 4, 2016 to respond to Plaintiffs' interrogatories and requests for production of documents, which were served on March 3, 2016. Defendants submit that good cause exists for the extension due to the complexity of the case and the claims asserted therein. No previous extension has been requested by Defendants to respond to Plaintiffs' interrogatories and requests for production of documents.

Conferral Pursuant to D.C.COLO.LCivR 7.1(a): Defendants certify that, through counsel for Cultural Care, Inc., they have conferred with and provided a copy of this motion to Plaintiffs' counsel, Peter Skinner, and Mr. Skinner has confirmed that Plaintiffs do not object to the relief requested herein.

Certification of Compliance with D.C.COLO.LCivR 6.1(c):  The undersigned defense counsel each hereby certifies that a copy of this Motion is being served contemporaneously on his/her client(s).

Dated this 1st day of April, 2016.

                Respectfully submitted,

                *s/ Heather F. Vickles*
                Heather F. Vickles
                Brooke A. Colaizzi
                Raymond M. Deeny
                Erica L. Herrera
                SHERMAN & HOWARD L.L.C.
                633 Seventeenth Street, Suite 3000
                Denver, CO 80202
                Tel: (303) 297-2900
                Fax: (303) 298-0940
                Email:  hvickles@shermanhoward.com
                Email:  bcolaizzi@shermanhoward.com
                Email:  rdeeny@shermanhoward.com
                Email:  eherrera@shermanhoward.com

                ATTORNEYS FOR DEFENDANT
                INTEREXCHANGE, INC.


                *s/Jeffrey P. Allen*
                Jeffrey P. Allen
                Donald J. Gentile
                Lawson & Weitzen, LLP
                88 Black Falcon Avenue, Suite 345
                Boston, MA  02210
                Email:  jallen@lawson-weitzen.com
                Email:  dgentile@lawson-weitzen.com

                *s/ W.V. Bernie Siebert*
                Sherman & Howard L.L.C.
                633 Seventeenth Street, Suite 3000
                Denver, CO 80202
                Email:  bsiebert@shermanhoward.com

s/William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Email:  William.monts@hoganlovells.com

ATTORNEYS FOR DEFENDANT CULTURAL CARE, INC. *d/b/a* CULTURAL CARE AU PAIR

*s/ James E. Hartley*
James E. Hartley
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel:  303-295-8000
Email:  jhartley@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL

*s/ William J. Kelly, III*
William James Kelly, III
Chanda Marie Feldkamp
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO 80202
Tel:  720-236-1800
Email:  wkelly@kellywalkerlaw.com
Email:  cfeldkamp@kellywalkerlaw.com

ATTORNEYS FOR DEFENDANT
USAUPAIR, INC.

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale, LLP-Denver
1200 17th Street, Suite 2400
Denver, CO 80202
Tel:  303-572-6500
Email:  rhoadesm@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

3

ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC

*s/ Martha L. Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel:  303-223-1126
Email:  mfitzgerald@bhfs.com
Email:  kbarrett@bhfs.com

ATTORNEYS FOR DEFENDANT
EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS

s/*Lawrence Lee*
Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANT
AMERICAN  INSTITUTE  FOR  FOREIGN
STUDY *d/b/a* AU PAIR IN AMERICA

s/ Bogdan Enica
Bogdan Enica Attorney at Law
111 2nd Avenue NE
St Petersburg, FL 33701-3440
Tel: 727-225-2649
Fax: 727-822-8959
Email: bogdane@hotmail.com

ATTORNEYS FOR DEFENDANT

4

EXPERT GROUP INTERNATIONAL, INC. *d/b/a* EXPERT AU PAIR

s/ John Roger Mann
Thomas Baker Quinn
Brian P. Maschler
Peggy Kozal
Gordon and Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202
Tel: 303-534-5160
Fax: 303-534-5161
Email: jmann@gordonrees.com
Email: tquinn@gordonrees.com
Email: bmaschler@gordonrees.com
Email: pkozal@gordonrees.com

ATTORNEYS FOR DEFENDANT
AUPAIRCARE INC.


s/ Brian Allen Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place #301
Dillon, CO 80435
Tel: 970-468-0210
Fax: 970-468-0371
Email: brian@rietzlawfirm.com

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Tel:  303.244.1800
Fax:  303.244.1879
Email:  Reilly@wtotrial.com
Email:  Mushovic@wtotrial.com

ATTORNEYS FOR DEFENDANT

5

AU PAIR INTERNATIONAL INC.; AMERICAN CULTURAL EXCHANGE, LLC *d/b/a* GOAUPAIR; AGENT AU PAIR

*s/ Lawrence L. Lee*
Lawrence L. Lee
Daniel C. Perkins
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel:  303-218-3650
Email:  llee@laborlawyers.com
Email:  dperkins@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANT
APF GLOBAL EXCHANGE, NFP *d/b/a* AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY *d/b/a* AU PAIR IN AMERICA

*s/ Christian Dow Hammond*
Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway
Suite 2100
Denver, CO 80290-2101
Tel:  303-861-8013
Fax: 303-832-3804
Email: chammond@duffordbrown.com
Email: lstone@duffordbrown.com

A.P.E.X. American Professional Exchange, LLC *d/b/a* PROAUPAIR; 20/20 CARE EXCHANGE, INC. *d/b/a THE* INTERNATIONAL AU PAIR EXCHANGE

6

## **CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on April 1, 2016, I electronically filed the foregoing Amended Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiffs' Discovery Requests using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

**Lauren Fleischer Louis**
llouis@bsfllp.com

**Sigrid Stone McCawley**
smccawley@bsfllp.com

**Matthew Lane Schwartz**
mlschwartz@bsfllp.com

**Peter Murray Skinner**
pskinner@bsfllp.com

**Randall Wade Jackson**
rjackson@bsfllp.com

**Alexander Hood**
alex@towardsjustice.org

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Hammond**
chammond@duffordbrown.com

**Daniel C. Perkins**
dperkins@laborlawyers.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**Toren G. E. Mushovic**
mushovic@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Kathryn Anne Barrett**
kbarrett@bhfs.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
mestevao@armstrongteasdale.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

EMPLOY/1279692.1

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**Erica L. Herrera**
eherrera@shermanhoward.com

**William L. Monts III**
William.monts@hoganlovells.com

**Susan M. Schaecher**
sschaecher@laborlawyers.com

**Peggy Kozal**
pkozal@gordonrees.com

**Brian P. Maschler**
bmaschler@gordonrees.com

*s/ Lynn Zola Howell*

8