IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC., D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY, DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC., DBA THE INTERNATIONAL AU PAIR EXCHANGE,

      Defendants.

---

**STIPULATION FOR EXTENSION OF TIME FOR ALL DEFENDANTS
TO RESPOND TO FIRST AMENDED COMPLAINT**

---

All parties, pursuant to D.C.COLO.LCivR 6.1(a), hereby stipulate to a 7-day

extension of time, through and including April 21, 2016, for all Defendants to respond to

Plaintiffs' First Amended Complaint.

Certification of compliance with D.C.COLO.LCivR 6.1(c):  the undersigned counsel of record each hereby certifies that a copy of this Stipulation is being served contemporaneously on his/her client(s).

DATED this 13th day of April, 2016.

Respectfully submitted,

*s/ Heather F. Vickles*
Heather F. Vickles
Brooke A. Colaizzi
Raymond M. Deeny
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  hvickles@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com
Email:  rdeeny@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

*s/Jeffrey P. Allen*
Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

ATTORNEYS FOR DEFENDANT CULTURAL
CARE, INC. *d/b/a* CULTURAL CARE AU PAIR

2

s/ James E. Hartley
James E. Hartley
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel:  303-295-8000
Email:  jhartley@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL


s/ William J. Kelly, III
William James Kelly, III
Chanda Marie Feldkamp
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO 80202
Tel:  720-236-1800
Email:  wkelly@kellywalkerlaw.com
Email:  cfeldkamp@kellywalkerlaw.com

ATTORNEYS FOR DEFENDANT
USAUPAIR, INC.

s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale, LLP-Denver
1200 17th Street, Suite 2400
Denver, CO 80202
Tel:  303-572-6500
Email:  rhoadesm@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC

s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale, LLP-Denver
1200 17th Street, Suite 2400
Denver, CO 80202

Tel:  303-572-6500
Email:  rhoadesm@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
GREATAUPAIR, LLC

*s/ Martha L. Fitzgerald*
Martha Louise Fitzgerald
Kathryn Anne Barrett
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Tel:  303-223-1126
Email:  mfitzgerald@bhfs.com
Email:  kbarrett@bhfs.com

ATTORNEYS FOR DEFENDANT
EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS


*s/ Susan Schaecher*
Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Tel:  (303) 218-3650
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANT
AMERICAN  INSTITUTE  FOR  FOREIGN
STUDY *d/b/a* AU PAIR IN AMERICA

s/ Bogdan Enica
Bogdan Enica Attorney at Law
111 2nd Avenue NE
St Petersburg, FL 33701-3440
Tel: 727-225-2649
Email: bogdane@hotmail.com

ATTORNEYS FOR DEFENDANT
EXPERT GROUP INTERNATIONAL, INC.
*d/b/a* EXPERT AU PAIR

s/ *Peggy Kozal*
Thomas Baker Quinn
Brian P. Maschler
Peggy Kozal
Gordon and Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO 80202
Tel: 303-534-5160
Email: jmann@gordonrees.com
Email: tquinn@gordonrees.com
Email: bmaschler@gordonrees.com
Email: pkozal@gordonrees.com

ATTORNEYS FOR DEFENDANT
AUPAIRCARE INC.


s/ *Brian Allen Birenbach*
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place #301
Dillon, CO 80435
Tel: 970-468-0210
Email: brian@rietzlawfirm.com

s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Tel:  303.244.1800
Email:  Reilly@wtotrial.com
Email:  Mushovic@wtotrial.com


ATTORNEYS FOR DEFENDANT
AU      PAIR      INTERNATIONAL      INC.;
AMERICAN CULTURAL EXCHANGE, LLC
*d/b/a* GOAUPAIR; AGENT AU PAIR

s/ Susan Schaecher
Lawrence L. Lee
Daniel C. Perkins
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel:  303-218-3650
Email:  llee@laborlawyers.com
Email:  dperkins@laborlawyers.com
Email:  sschaecher@laborlawyers.com

ATTORNEYS FOR DEFENDANT
APF GLOBAL EXCHANGE, NFP *d/b/a*
AUPAIR FOUNDATION; AMERICAN
INSTITUTE FOR FOREIGN STUDY *d/b/a*
AU PAIR IN AMERICA

s/ Christian Dow Hammond
Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway
Suite 2100
Denver, CO 80290-2101
Tel:  303-861-8013
Email: chammond@duffordbrown.com
Email: lstone@duffordbrown.com

A.P.E.X. American Professional Exchange,
LLC *d/b/a* PROAUPAIR; 20/20 CARE
EXCHANGE, INC. *d/b/a THE*
INTERNATIONAL AU PAIR EXCHANGE

s/ Alexander Hood
Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Tel: (720) 239-2606
Email:  alex@towardsjustice.org

*s/ Matthew L. Schwartz*

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
rjackson@bsfllp.com


*s/ Sigrid S. McCawley*

Sigrid S. McCawley
Lauren Fleischer Louis
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Email:  smccawley@bsfllp.com
Email:  llouis@bsfllp.com

ATTORNEYS FOR PLAINTIFFS

EMPLOY/1281783.1

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on April 13, 2016, I electronically filed the foregoing **STIPULATON FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

**Lauren Fleischer Louis**
llouis@bsfllp.com

**Sigrid Stone McCawley**
smccawley@bsfllp.com

**Matthew Lane Schwartz**
mlschwartz@bsfllp.com

**Peter Murray Skinner**
pskinner@bsfllp.com

**Randall Wade Jackson**
rjackson@bsfllp.com

**Alexander Hood**
alex@towardsjustice.org

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Hammond**
chammond@duffordbrown.com

**Daniel C. Perkins**
dperkins@laborlawyers.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**Toren G. E. Mushovic**
mushovic@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Kathryn Anne Barrett**
kbarrett@bhfs.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
mestevao@armstrongteasdale.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

6

EMPLOY/1281783.1

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**Erica L. Herrera**
eherrera@shermanhoward.com

**William L. Monts III**
William.monts@hoganlovells.com

**Susan M. Schaecher**
sschaecher@laborlawyers.com

**Peggy Kozal**
pkozal@gordonrees.com

**Brian P. Maschler**
bmaschler@gordonrees.com

*s/ Lynn Zola Howell*

EMPLOY/1281783.1