**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

PAMELA H. NOONAN, et al.

    Defendants.

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to D.C.Colo.LAttyR 5, Daniel C. Perkins moves this Court for an order permitting him to withdraw from representing Defendants American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") and APF Global Exchange, NFP d/b/a Au Pair Foundation ("APF Global").  In support hereof, counsel states as follows:

    1.    Daniel C. Perkins is one of three attorneys at the law firm Fisher & Phillips, LLP presently representing both APF Global and AIFS in this action.

    2.    Daniel C. Perkins has left Fisher & Phillips, LLP, and therefore, must withdraw from representing APF Global and AIFS.

    3.    APF Global and AIFS will continue to be represented in this matter by Lawrence Lee and Susan Schaecher, who will remain responsible for complying with all court orders and time limitations on behalf of APF Global and AIFS. Both aforementioned Defendants continue to be advised of all court dates and deadlines through Fisher & Phillips, LLP.

4.     Pursuant to D.C.Colo.LAttyR 5, a copy of this motion will be served on all counsel of record and will be sent to APF Global and AIFS.

WHEREFORE, undersigned counsel respectfully requests that this Court enter an order approving the withdrawal of Daniel C. Perkins as a counsel of record in this case.

Respectfully submitted this 15th day of April 2016.

By: *Daniel C. Perkins*
Daniel C. Perkins, (# 44723)
5334 S. Prince Street
Littleton, Colorado 80120
(303) 795-4639
(303) 636-1885 (direct)
(303) 738-7836 (fax)
Email: dperkins@arapahoegov.com

*Attorney for Defendants APF Global Exchange, NFP and American Institute for Foreign Study*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of April 2016, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander N. Hood
alex@towardsjustice.org

Lauren Fleischer Louis
llouis@bsfllp.com

Peter M. Skinner
pskinner@bsfllp.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Heather F. Vickles
hvickles@shermanhoward.com

William J. Kelly III
wkelly@kellywalkerlaw.com

Martin J. Estevao
estevaom@gtlaw.com

Bogdan Enica
bogdane@hotmail.com

Mher Hartoonian
mhartoonian@hollandhart.com

Donald J. Gentile
dgentile@lawson-weitzen.com

Brian A. Birenbach
brian@rietzlawfirm.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Sigrid S. McCawley
smccawley@bsfllp.com

Matthew L. Schwartz
mlschwartz@bsfllp.com

Randall W. Jackson
rjackson@bsfllp.com

Raymond M. Deeny
rdeeny@shermanhoward.com

Erica H. Gutherz
egutherz@shermanhoward.com

Chanda M. Feldkamp
cfeldkamp@kellywalkerlaw.com

Meshach Y. Rhoades
rhoadesm@gtlaw.com

James E. Hartley
jhartley@hollandhart.com

Jeffrey P. Allen
jallen@lawson-weitzen.com

W.V. Bernie Siebert
bsiebert@shermanhoward.com

Toren G.E. Mushovic
mushovic@wtotrial.com

Lawrence L. Lee
llee@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Christine D. Hammond
chammond@duffordbrown.com

Thomas B. Quinn
tquinn@gordonrees.com

John R. Mann
jmann@gordonrees.com

*s/ Daniel C. Perkins*
Daniel C. Perkins