## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

## MOTION TO WITHDRAW

Pursuant to D.Colo.L.AttyR 5, undersigned counsel, Martha L. Fitzgerald, respectfully moves this Court for an Order allowing Kathryn A. Barrett to withdraw as counsel for Defendant EurAupair Intercultural Child Care Programs ("EurAupair"). In support hereof, counsel states as follows:

1. Ms. Barrett has left her employment with Brownstein Hyatt Farber Schreck, LLP.

2. Ms. Barrett no longer has a PACER account.

3. EurAupair will continue to be represented in this matter by undersigned counsel.

WHEREFORE, undersigned counsel respectfully requests this Court enter an Order allowing the withdrawal of Kathryn A. Barrett as counsel of record in this case.

Respectfully submitted this 18th day of April 2016.

By: *s/ Martha L. Fitzgerald*
Martha Louise Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303-223-1100
Facsimile: 303-223-1111
Email: mfitzgerald@bhfs.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of April 2016, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander N. Hood
alex@towardsjustice.org

Sigrid S. McCawley
smccawley@bsfllp.com

Lauren Fleischer Louis
llouis@bsfllp.com

Matthew L. Schwartz
mlschwartz@bsfllp.com

Peter M. Skinner
pskinner@bsfllp.com

Randall W. Jackson
rjackson@bsfllp.com

Brooke A. Colaizzi
bcolaizzi@shermanhoward.com

Raymond M. Deeny
rdeeny@shermanhoward.com

Heather F. Vickles
hvickles@shermanhoward.com

Erica H. Gutherz
egutherz@shermanhoward.com

William J. Kelly III
wkelly@kellywalkerlaw.com

Chanda M. Feldkamp
cfeldkamp@kellywalkerlaw.com

Martin J. Estevao
estevaom@gtlaw.com

Meshach Y. Rhoades
rhoadesm@gtlaw.com

Bogdan Enica
bogdane@hotmail.com

James E. Hartley
jhartley@hollandhart.com

Mher Hartoonian
mhartoonian@hollandhart.com

Jeffrey P. Allen
jallen@lawson-weitzen.com

Donald J. Gentile
dgentile@lawson-weitzen.com

W.V. Bernie Siebert
bsiebert@shermanhoward.com

Brian A. Birenbach
brian@rietzlawfirm.com

Toren G.E. Mushovic
mushovic@wtotrial.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Lawrence L. Lee
llee@laborlawyers.com

Daniel C. Perkins
dperkins@laborlawyers.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Christine D. Hammond
chammond@duffordbrown.com

Peggy Kozal
pkozal@gordonrees.com

Kathryn A. Reilly
reilly@wtotrial.com

John R. Mann
jmann@gordonrees.com

Thomas B. Quinn
tquinn@gordonrees.com

Brian Maschler
bmaschler@gordonrees.com

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal

017997\0001\14589637.1