# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

    Defendants.

## ORDER RE MOTION TO WITHDRAW

The Court has reviewed the Motion to Withdraw, and the file, and is otherwise advised on the matter.

It is hereby ORDERED the Motion to Withdraw is **GRANTED**. Kathryn A. Barrett is withdrawn as counsel of record for Defendant EurAupair Intercultural Child Care Programs.

DATED this _____ day of _____, 2016.

                                                        Christine M. Arguello
                                                        United States District Judge