**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**UNOPPOSED APPLICATION FOR ONE-DAY EXTENSION OF
TIME TO FILE PROPOSED SCHEDULING ORDER**

---

COME NOW, the Plaintiffs, through their undersigned counsel, with the following unopposed motion:

**CERTIFICATE OF CONFERAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)**

Pursuant to D.C. Colo.L.Civ.R. 7.1(a), Plaintiffs discussed this motion with counsel for all Defendants. Counsel for AuPairCare,Inc., on behalf of all Defendants, stated that Defendants consent to this motion.

The parties seek a one-day extension of their time to file a proposed scheduling order with the Court. On April 6, 2016, the Court entered an order setting a conference for April 25, 2016 and requiring the parties to file a revised proposed scheduling order by April 18, 2016. The parties have been working together to compile the proposed order and require one additional day to determine where they may be able to minimize any dispute as to the parties' respective positions. In the interest of submitting an order

that reflects common ground wherever possible, the parties seek an additional day to file the proposed scheduling order.

<u>**Conclusion**</u>

WHEREFORE, the parties request that they be granted a one-day extension of their time to file a proposed scheduling order.

Dated: April 18, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

 /s/ Peter M. Skinner
Peter M. Skinner
Matthew L. Schwartz
Randall W. Jackson
575 Lexington Avenue
New York, New York  10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on April 18, 2016, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Christian Dow Hammond
chammond@duffordbrown.com

Lawrence L. Lee
llee@laborlawyers.com

Susan M. Schaecher
sschaecher@laborlawyers.com

Kathryn A. Reilly
reilly@wtotrial.com

John Roger Mann
jmann@gordonrees.com

Jeffrey Paul Allen
jallen@lawson-weitzen.com

William Leitzsey Monts, III
william.monts@hoganlovells.com

James Edward Hartley
jhartley@hollandhart.com

Margo J. Arnold
marnold@bhfs.com

Martha Louise Fitzgerald
mfitzgerald@bhfs.com

Martin Jose Estevao
mestevao@armstrongteasdale.com

Brooke A. Colaizzi
BColaizzi@shermanhoward.com

Erica Lynn Herrera
eherrera@shermanhoward.com

Chanda Marie Feldkamp
cfeldkamp@kellywalkerlaw.com

Lawrence Daniel Stone
lstone@duffordbrown.com

Daniel C. Perkins
dperkins@ laborlawyers.com

Toren G. E. Mushovic
mushovic@wtotrial.com

Brian Alan Birenbach
brian@rietzlawfirm.com

Thomas Baker Quinn
tquinn@gordonrees.com

Donald Joseph Gentile
dgentile@lawson-weitzen.com

Walter Vernon Siebert
bsiebert@shermanhoward.com

Kathryn Anne Barrett
kbarrett@bhfs.com

Bogdan Enica
bogdane@hotmail.com

Meshach Yustine Rhoades
rhoadesm@armstrongteasdale.com

Raymond Myles Deeny
rdeeny@shermanhoward.com

Heather Fox Vickles
hvickles@shermanhoward.com

William James Kelly, III
wkelly@kellywalkerlaw.com

 /s/  Peter M. Skinner
Peter M. Skinner