IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al,

Defendants.

## ENTRY OF APPEARANCE

To:  The Clerk of court and all parties of record:

Pursuant to D.C.COLO.LAttyR 5(a), I hereby certify that I am a member in good standing of the bar of this court, and I enter my appearance in this case as additional counsel of record on behalf of Defendant Cultural Homestay International.

Respectfully submitted April 20, 2016.

                                         *s/ Adam A. Hubbard*
                                         James E. Hartley
                                         Adam A. Hubbard
                                         HOLLAND & HART LLP
                                         555 Seventeenth Street, Suite 3200
                                         Denver, Colorado  80202
                                         Phone:  (303) 295-8000
                                         jhartley@hollandhart.com
                                         aahubard@hollandhart.com

                                         *ATTORNEYS FOR DEFENDANT*
                                         *CULTURAL HOMESTAY INTERNATIONAL*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Matthew L. Schwartz<br>mlschwartz@bsfllp.com<br>Peter M, Skinner<br>pskinner@bsfllp.com<br>Randall W. Jackson<br>rjackson@bsfllp.com<br>Sigrid S. McCawley<br>smccawley@bsfllp.com<br>Lauren Fleischer Louis<br>llouis@bsfllp.com<br>BOISE, SCHILLER & FLEXNER LLP | *Attorneys for All Plaintiffs* |
| Alexander Hood<br>alex@towardsjustice.org<br>TOWARDS JUSTICE | |
| Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com<br>Heather F. Vickles<br>hvickles@shermanhoward.com<br>Erica Herrera<br>eherrera@shermanhoward.com<br>SHERMAN & HOWARD L.L.C. | *Attorneys for InterExchange, Inc.* |
| William J. Kelly III<br>wkelly@kellywalkerlaw.com<br>Chandra M. Feldkamp<br>cfeldkamp@kellywalkerlaw.com<br>KELLY & WALKER, LLC | *Attorneys for USAupair, Inc.* |
| Meshach Y. Rhoades<br>rhoadesm@armstrongteasdale.com<br>Martin J. Estevao<br>mestevao@armstrongteasdale.com<br>ARMSTRONG TEASDALE LLP | *Attorneys for Great AuPair* |

2

| | |
|---|---|
| Bogdan Enica<br>bogdane@hotmail.com<br>BOGDAN ENICA, ATTORNEY AT LAW | *Attorneys for Expert Group International, Inc.* |
| Martha L. Fitzgerald<br>mfitzgerald@bhfs.com<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP | *Attorneys for EurAupair Intercultural Child Care Programs* |
| Jeffrey P. Allen<br>jallen@lawson-weitzen.com<br>Donald J. Gentile<br>dgentile@lawson-weitzen.com<br>LAWSON & WEITZEN, LLP<br><br>William L. Monts III<br>William.monts@hoganlovells.com<br>HOGAN LOVELLS US LLP<br><br>W.V. Bernie Siebert<br>bsiebert@shermanhoward.com<br>SHERMAN & HOWARD L.L.C. | *Attorneys for Cultural Care, Inc.* |
| Thomas B. Quinn<br>tquinn@gordonrees.com<br>Brian P. Maschler<br>bmaschler@gordonrees.com<br>Peggy Kozal<br>pkozal@gordonrees.co,<br>GORDON & REES LLP | *Attorneys for AuPairCare, Inc.* |
| Lawrence L. Lee<br>llee@laborlawyers.com<br>Susan M. Schaecher<br>sschaecher@laborlawyers.com<br>FISHER & PHILLIPS LLP | *Attorneys for APF GlobalExchange, NFP and American Institute for Foreign Study* |
| Kathryn A. Reilly<br>reilly@wtotrial.com<br>Toren G. E. Mushovic<br>mushovic@wtotrial.com<br>WHEELER TRIGG O'DONNELL, LLP | *Attorneys for Agent Au Pair, Au Pair International, Inc. and American Cultural Exchange* |

| | |
|---|---|
| Lawrence D. Stone<br>lstone@duffordbrown.com<br>Christian D. Hammond<br>chammond@duffordbrown.com<br>DUFFORD & BROWN, P.C | *Attorneys for 20/20 Care Exchange, Inc. and A.P.EX. American Professional Exchange LLC* |

*s/ Adam A. Hubbard*
Adam A. Hubbard

8684028_1