IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

─────────────────────────────────────────────────────────────

**ANSWER TO FIRST AMENDED COMPLAINT OF DEFENDANT AUPAIRCARE, INC.**

─────────────────────────────────────────────────────────────

Defendant AuPairCare, Inc. (AuPairCare), by and through its counsel of record, hereby answers and defends the First Amended Complaint (Doc. 101) pursuant to Fed.R.Civ.P. 8 and 12, denying each and every allegation not specifically admitted, and, without assuming any burden of proof that otherwise would not be placed on AuPairCare, averring separate defenses as follows:

**INTRODUCTORY STATEMENT**

1.      Defendant AuPairCare denies the allegations of paragraph ("¶") 1 of the First Amended Complaint.

2.      Defendant AuPairCare denies the allegations of ¶ 2 of the First Amended Complaint.

3.      Defendant AuPairCare denies the allegations of ¶ 3 of the First Amended Complaint.

4.      Defendant AuPairCare denies the allegations of ¶ 4 of the First Amended Complaint.

5.      Defendant AuPairCare denies the allegations of ¶ 5 of the First Amended Complaint.

6.      Defendant AuPairCare denies the allegations of ¶ 6 of the First Amended Complaint.

7.      Defendant AuPairCare denies the allegations of ¶ 7 of the First Amended Complaint.

8.      Defendant AuPairCare denies the allegations of ¶ 8 the First Amended Complaint.

9.      Defendant AuPairCare denies the allegations of ¶ 9 of the First Amended Complaint.

10.     Defendant AuPairCare denies the allegations of ¶ 10 of the First Amended Complaint.

11.     Defendant AuPairCare denies the allegations of ¶ 11 of the First Amended Complaint.

12.     Defendant AuPairCare denies the allegations of ¶ 12 of the First Amended Complaint.

## NATURE OF THE ACTION

13.     Although ¶ 13 of the First Amended Complaint does not appear to contain any factual allegations, to the extent that ¶ 13 contains factual allegations, Defendant AuPairCare denies the allegations of ¶ 13 of the First Amended Complaint.

14.     Although ¶ 14 of the First Amended Complaint does not appear to contain any factual allegations, to the extent that ¶ 14 contains factual allegations, Defendant AuPairCare denies the allegations of ¶ 14 of the First Amended Complaint.

15.     Although ¶ 15 of the First Amended Complaint does not appear to contain any factual allegations, to the extent that ¶ 15 contains factual allegations, Defendant AuPairCare denies the allegations of ¶ 15 of the First Amended Complaint.

## JURISDICTION

16.     Defendant AuPairCare admits the Court currently has jurisdiction over the claim brought under Sherman Act, 15 U.S.C. § 1.  However, Defendant AuPairCare asserts that in the event the First Amended Complaint is amended, AuPairCare expressly reserves the right to challenge the Court's jurisdiction on the grounds that claims alleged herein are subject to mandatory arbitration.

17.     Defendant AuPairCare denies the allegations of ¶ 17 of the First Amended Complaint.

## PARTIES

18.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 18 of the First Amended Complaint and therefore denies the allegations of ¶ 18 of the First Amended Complaint.

19.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 19 of the First Amended Complaint and therefore denies the allegations of ¶ 19 of the First Amended Complaint.

20.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 20 of the First Amended Complaint and therefore denies the allegations of ¶ 20 of the First Amended Complaint.

21.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 21 of the First Amended Complaint and therefore denies the allegations of ¶ 21 of the First Amended Complaint.

22.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 22 of the First Amended Complaint and therefore denies the allegations of ¶ 22 of the First Amended Complaint.

23.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 23 of the First Amended Complaint and therefore denies the allegations of ¶ 23 of the First Amended Complaint.

24.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 24 of the First Amended Complaint and therefore denies the allegations of ¶ 24 of the First Amended Complaint.

25.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 25 of the First Amended Complaint and therefore denies the allegations of ¶ 25 of the First Amended Complaint.

26.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 26 of the First Amended Complaint and therefore denies the allegations of ¶ 26 of the First Amended Complaint.

27.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 27 of the First Amended Complaint and therefore denies the allegations of ¶ 27 of the First Amended Complaint.

28.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 28 of the First Amended Complaint and therefore denies the allegations of ¶ 28 of the First Amended Complaint.

29.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 29 of the First Amended Complaint and therefore denies the allegations of ¶ 29 of the First Amended Complaint.

30.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 30 of the First Amended Complaint and therefore denies the allegations of ¶ 30 of the First Amended Complaint.

31.     Defendant AuPairCare admits the allegations of ¶ 31 of the First Amended Complaint.

32.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 32 of the First Amended Complaint and therefore denies the allegations of ¶ 32 of the First Amended Complaint.

33.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 33 of the First Amended Complaint and therefore denies the allegations of ¶ 33 of the First Amended Complaint.

34.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 34 of the First Amended Complaint and therefore denies the allegations of ¶ 34 of the First Amended Complaint.

35.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 35 of the First Amended Complaint and therefore denies the allegations of ¶ 35 of the First Amended Complaint.

36.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 36 of the First Amended Complaint and therefore denies the allegations of ¶ 36 of the First Amended Complaint.

37.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 37 of the First Amended Complaint and therefore denies the allegations of ¶ 37 of the First Amended Complaint.

38.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 38 of the First Amended Complaint and therefore denies the allegations of ¶ 38 of the First Amended Complaint.

39.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 39 of the First Amended Complaint and therefore denies the allegations of ¶ 39 of the First Amended Complaint.

40.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 40 of the First Amended Complaint and therefore denies the allegations of ¶ 40 of the First Amended Complaint.

41.    Paragraph 41 of the First Amended Complaint contains no allegation of fact and therefore cannot be admitted or denied.

## STATEMENT OF FACTS

42.    Defendant AuPairCare denies the allegations of ¶ 42 of the First Amended Complaint.

43.    Defendant AuPairCare admits the allegations of ¶ 43 of the First Amended Complaint.

44.    Defendant AuPairCare admits the allegations of ¶ 44 of the First Amended Complaint.

45.    Defendant AuPairCare admits the allegations of the first sentence of ¶ 45 of the First Amended Complaint but denies all other allegations in ¶ 45 of the First Amended Complaint.

46.    Defendant AuPairCare admits the allegations of ¶ 46 of the First Amended Complaint.

47.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 47 of the First Amended Complaint and therefore denies these allegations.

48.     Defendant AuPairCare admits the allegations of ¶ 48 of the First Amended Complaint.

49.     Defendant AuPairCare denies the allegations of ¶ 49 of the First Amended Complaint.

50.     Defendant AuPairCare admits the allegations of ¶ 50 of the First Amended Complaint.

51.     Defendant AuPairCare denies the allegations of ¶ 51 of the First Amended Complaint.

52.     Defendant AuPairCare denies the allegations of ¶ 52 of the First Amended Complaint.

53.     Defendant AuPairCare denies the allegations of ¶ 53 of the First Amended Complaint.

54.     Defendant AuPairCare denies the allegations of ¶ 54 of the First Amended Complaint.

55.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 55 of the First Amended Complaint and therefore denies the allegations of ¶ 55 of the First Amended Complaint.

56.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 56 of the First Amended Complaint and therefore denies the allegations of ¶ 56 of the First Amended Complaint.

57.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 57 of the First Amended Complaint and therefore denies the allegations of ¶ 57 of the First Amended Complaint.

58.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 58 of the First Amended Complaint and therefore denies the allegations of ¶ 58 of the First Amended Complaint.

59.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 59 of the First Amended Complaint and therefore denies the allegations of ¶ 59 of the First Amended Complaint.

60.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 60 of the First Amended Complaint and therefore denies the allegations of ¶ 60 of the First Amended Complaint.

61.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 61 of the First Amended Complaint and therefore denies the allegations of ¶ 61 of the First Amended Complaint.

62.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 62 of the First Amended Complaint and therefore denies the allegations of ¶ 62 of the First Amended Complaint.

63.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 63 of the First Amended Complaint and therefore denies the allegations of ¶ 63 of the First Amended Complaint.

64.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 64 of the First Amended Complaint and therefore denies the allegations of ¶ 64 of the First Amended Complaint.

65.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 65 of the First Amended Complaint and therefore denies the allegations of ¶ 65 of the First Amended Complaint.

66.     Defendant AuPairCare denies the allegations of ¶ 66 of the First Amended Complaint.

67.     Defendant AuPairCare denies the allegations of ¶ 67 of the First Amended Complaint.

68.     Defendant AuPairCare denies the allegations of ¶ 68 of the First Amended Complaint.

69.     Defendant AuPairCare denies the allegations of ¶ 69 of the First Amended Complaint.

70.     Defendant AuPairCare denies the allegations of ¶ 70 of the First Amended Complaint.

71.     Defendant AuPairCare denies the allegations of ¶ 71 of the First Amended Complaint.

72.     Defendant AuPairCare denies the allegations of ¶ 72 of the First Amended Complaint.

73.     Defendant AuPairCare denies the allegations of ¶ 73 of the First Amended Complaint.

74.     Defendant AuPairCare denies the allegations of ¶ 74 of the First Amended Complaint.

75.     Defendant AuPairCare denies the allegations of ¶ 75 of the First Amended Complaint.

76.     Defendant AuPairCare denies the allegations of ¶ 76 of the First Amended Complaint.

77.     Defendant AuPairCare denies the allegations of ¶ 77 of the First Amended Complaint.

78.     Defendant AuPairCare denies the allegations of ¶ 78 of the First Amended Complaint.

79.     Defendant AuPairCare denies the allegations of ¶ 79 of the First Amended Complaint.

80.     Defendant AuPairCare admits the allegations of ¶ 80 of the First Amended Complaint.

81.     Defendant AuPairCare denies the allegations of ¶ 81 of the First Amended Complaint.

82.     Defendant AuPairCare admits the allegations of ¶ 82 of the First Amended Complaint.

83.     Defendant AuPairCare admits the allegations of ¶ 83 of the First Amended Complaint.

84.     Defendant AuPairCare denies the allegations of ¶ 84 of the First Amended Complaint.

85.     Defendant AuPairCare denies the allegations of ¶ 85 of the First Amended Complaint.

86.     Defendant AuPairCare denies the allegations of ¶ 86 of the First Amended Complaint.

87.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 87 of the First Amended Complaint and therefore denies the allegations of ¶ 87 of the First Amended Complaint.

88.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 88 of the First Amended Complaint and therefore denies the allegations of ¶ 88 of the First Amended Complaint.

89.     Defendant AuPairCare denies the allegations of ¶ 89 of the First Amended Complaint.

90.     Defendant AuPairCare denies the allegations of ¶ 90 of the First Amended Complaint.

91.     Defendant AuPairCare denies the allegations of ¶ 91 of the First Amended Complaint.

92.     Defendant AuPairCare denies the allegations of ¶ 92 of the First Amended Complaint.

93.     Defendant AuPairCare denies the allegations of ¶ 93 of the First Amended Complaint.

94.     Defendant AuPairCare denies the allegations of ¶ 94 of the First Amended Complaint.

95.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 95 of the First Amended Complaint and therefore denies the allegations of ¶¶ 95 of the First Amended Complaint.

96.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 96 of the First Amended Complaint and therefore denies the allegations of ¶ 96 of the First Amended Complaint.

97.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 97 of the First Amended Complaint and therefore denies the allegations of ¶ 97 of the First Amended Complaint.

98.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 98 of the First Amended Complaint and therefore denies the allegations of ¶ 98 of the First Amended Complaint.

99.     Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 99 of the First Amended Complaint and therefore denies the allegations of ¶ 99 of the First Amended Complaint.

100.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 100 of the First Amended Complaint and therefore denies the allegations of ¶ 100 of the First Amended Complaint.

101.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 101 of the First Amended Complaint and therefore denies the allegations of ¶ 101 of the First Amended Complaint.

102.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 102 of the First Amended Complaint and therefore denies the allegations of ¶ 102 of the First Amended Complaint.

103.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 103 of the First Amended Complaint and therefore denies the allegations of ¶ 103 of the First Amended Complaint.

104.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 104 of the First Amended Complaint and therefore denies the allegations of ¶ 104 of the First Amended Complaint.

105.    Defendant AuPairCare admits the allegations of ¶ 105 of the First Amended Complaint.

106.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 106 of the First Amended Complaint and therefore denies the allegations of ¶ 106 of the First Amended Complaint.

107.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 107 of the First Amended Complaint and therefore denies the allegations of ¶ 107 of the First Amended Complaint.

108.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 108 of the First Amended Complaint and therefore denies the allegations of ¶ 108 of the First Amended Complaint.

109.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 109 of the First Amended Complaint and therefore denies the allegations of ¶ 109 of the First Amended Complaint.

110.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 110 of the First Amended Complaint and therefore denies the allegations of ¶ 110 of the First Amended Complaint.

111.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 111 of the First Amended Complaint and therefore denies the allegations of ¶ 111 of the First Amended Complaint.

112.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 112 of the First Amended Complaint and therefore denies the allegations of ¶ 112 of the First Amended Complaint.

113.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 113 of the First Amended Complaint and therefore denies the allegations of ¶ 113 of the First Amended Complaint.

114.    Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 114 of the First Amended Complaint and therefore denies the allegations of ¶ 114 of the First Amended Complaint.

115.    Defendant AuPairCare denies the allegations of ¶ 115 of the First Amended Complaint.

116.    Defendant AuPairCare denies the allegations of ¶ 116 of the First Amended Complaint.

117.    Defendant AuPairCare denies the allegations of ¶ 117 of the First Amended Complaint.

118.    Defendant AuPairCare denies the allegations of ¶ 118 of the First Amended Complaint.

119.    Defendant AuPairCare denies the allegations of ¶ 119 of the First Amended Complaint.

120.    Defendant AuPairCare denies the allegations of ¶ 120 of the First Amended Complaint.

121.    Defendant AuPairCare denies the allegations of ¶ 121 of the First Amended Complaint.

122.    Defendant AuPairCare denies the allegations of ¶ 122 of the First Amended Complaint.

123.    Defendant AuPairCare denies the allegations of ¶ 123 of the First Amended Complaint.

124.    Defendant AuPairCare denies the allegations of ¶ 124 of the First Amended Complaint.

125.    Defendant AuPairCare denies the allegations of ¶ 125 of the First Amended Complaint.

126.    Defendant AuPairCare denies the allegations of ¶ 126 of the First Amended Complaint.

127.    Defendant AuPairCare denies the allegations of ¶ 127 of the First Amended Complaint.

128.    Defendant AuPairCare denies the allegations of ¶ 128 of the First Amended Complaint.

129.    Defendant AuPairCare denies the allegations of ¶ 129 of the First Amended Complaint.

130.    Defendant AuPairCare denies the allegations of ¶ 130 of the First Amended Complaint.

131.    Defendant AuPairCare denies the allegations of ¶ 131 of the First Amended Complaint.

132.    Defendant AuPairCare denies the allegations of ¶ 132 of the First Amended Complaint.

133.    Defendant AuPairCare denies the allegations of ¶ 133 of the First Amended Complaint.

134.    Defendant AuPairCare denies the allegations of ¶ 134 of the First Amended Complaint.

135.    Defendant AuPairCare denies the allegations of ¶ 135 of the First Amended Complaint.

136.    Defendant AuPairCare denies the allegations of ¶ 136 of the First Amended Complaint.

137.　Defendant AuPairCare denies the allegations of ¶ 137 of the First Amended Complaint.

138.　Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 138 of the First Amended Complaint and therefore denies the allegations of ¶ 138 of the First Amended Complaint.

139.　Defendant AuPairCare is without sufficient information to form a belief as to the truth or falsity of the allegations of ¶ 139 of the First Amended Complaint and therefore denies the allegations of ¶ 139 of the First Amended Complaint.

140.　Defendant AuPairCare denies the allegations of ¶ 140 of the First Amended Complaint.

141.　Defendant AuPairCare denies the allegations of ¶ 141 of the First Amended Complaint.

142.　Defendant AuPairCare denies the allegations of ¶ 142 of the First Amended Complaint.

143.　Defendant AuPairCare denies the allegations of ¶ 143 of the First Amended Complaint.

144.　Defendant AuPairCare denies the allegations of ¶ 144 of the First Amended Complaint.

145.　Defendant AuPairCare denies the allegations of ¶ 145 of the First Amended Complaint.

146.　Defendant AuPairCare denies the allegations of ¶ 146 of the First Amended Complaint.

147.    Defendant AuPairCare denies the allegations of ¶ 147 of the First Amended Complaint.

148.    Defendant AuPairCare denies the allegations of ¶ 148 of the First Amended Complaint.

149.    Defendant AuPairCare denies the allegations of ¶ 149 of the First Amended Complaint.

150.    Defendant AuPairCare denies the allegations of ¶ 150 of the First Amended Complaint.

151.    Defendant AuPairCare denies the allegations of ¶ 151 of the First Amended Complaint.

152.    Although it appears that the allegations of ¶ 152 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 152 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 152 of the First Amended Complaint.

153.    Although it appears that the allegations of ¶ 153 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 153 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 153 of the First Amended Complaint.

154.    Although it appears that the allegations of ¶ 154 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 154 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 154 of the First Amended Complaint.

155.   Although it appears that the allegations of ¶ 155 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 155 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 155 of the First Amended Complaint.

156.   Although it appears that the allegations of ¶ 156 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 156 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 156 of the First Amended Complaint.

157.   Although it appears that the allegations of ¶ 157 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 157 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 157 of the First Amended Complaint.

158.   Although it appears that the allegations of ¶ 158 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 158 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 158 of the First Amended Complaint.

159.   Although it appears that the allegations of ¶ 159 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 159 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 159 of the First Amended Complaint.

160.   Although it appears that the allegations of ¶ 160 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 160 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 160 of the First Amended Complaint.

161.    Although it appears that the allegations of ¶ 161 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 161 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 161 of the First Amended Complaint.

162.    Although it appears that the allegations of ¶ 162 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 162 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 162 of the First Amended Complaint.

163.    Although it appears that the allegations of ¶ 163 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 163 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 163 of the First Amended Complaint.

164.    Although it appears that the allegations of ¶ 164 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 164 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 164 of the First Amended Complaint.

165.    Although it appears that the allegations of ¶ 165 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 165 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 165 of the First Amended Complaint.

166.    Although it appears that the allegations of ¶ 166 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 166 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 166 of the First Amended Complaint.

167.    Although it appears that the allegations of ¶ 167 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 167 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 167 of the First Amended Complaint.

168.    Although it appears that the allegations of ¶ 168 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 168 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 168 of the First Amended Complaint.

169.    Although it appears that the allegations of ¶ 169 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 169 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 169 of the First Amended Complaint.

170.    Although it appears that the allegations of ¶ 170 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 170 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 170 of the First Amended Complaint.

171.    Although it appears that the allegations of ¶ 171 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 171 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 171 of the First Amended Complaint.

172.   Although it appears that the allegations of ¶ 172 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 172 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 172 of the First Amended Complaint.

173.   Although it appears that the allegations of ¶ 173 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 173 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 173 of the First Amended Complaint.

174.   Although it appears that the allegations of ¶ 174 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 174 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 174 of the First Amended Complaint.

175.   Although it appears that the allegations of ¶ 175 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 175 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 175 of the First Amended Complaint.

176.   Although it appears that the allegations of ¶ 176 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 176 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 176 of the First Amended Complaint.

177.   Although it appears that the allegations of ¶ 177 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 177 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 177 of the First Amended Complaint.

178.   Although it appears that the allegations of ¶ 178 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 178 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 178 of the First Amended Complaint.

179.   Although it appears that the allegations of ¶ 179 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 179 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 179 of the First Amended Complaint.

180.   Although it appears that the allegations of ¶ 180 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 180 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 180 of the First Amended Complaint.

181.   Although it appears that the allegations of ¶ 181 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 181 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 181 of the First Amended Complaint.

182.   Although it appears that the allegations of ¶ 182 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 182 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 182 of the First Amended Complaint.

183.   Although it appears that the allegations of ¶ 183 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 183 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 183 of the First Amended Complaint.

184.   Although it appears that the allegations of ¶ 184 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 184 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 184 of the First Amended Complaint.

185.   Although it appears that the allegations of ¶ 185 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 185 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 185 of the First Amended Complaint.

186.   Although it appears that the allegations of ¶ 186 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 186 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 186 of the First Amended Complaint.

187.   Although it appears that the allegations of ¶ 187 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 187 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 187 of the First Amended Complaint.

188.   Although it appears that the allegations of ¶ 188 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 188 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 188 of the First Amended Complaint.

189.   Although it appears that the allegations of ¶ 189 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 189 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 189 of the First Amended Complaint.

190.   Although it appears that the allegations of ¶ 190 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 190 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 190 of the First Amended Complaint.

191.   Although it appears that the allegations of ¶ 191 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 191 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 191 of the First Amended Complaint.

192.   Although it appears that the allegations of ¶ 192 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 192 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 192 of the First Amended Complaint.

193.   Although it appears that the allegations of ¶ 193 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 193 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 193 of the First Amended Complaint.

194.    Although it appears that the allegations of ¶ 194 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 194 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 194 of the First Amended Complaint.

195.    Although it appears that the allegations of ¶ 195 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 195 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 195 of the First Amended Complaint.

196.    Although it appears that the allegations of ¶ 196 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 196 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 196 of the First Amended Complaint.

197.    Although it appears that the allegations of ¶ 197 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 197 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 197 of the First Amended Complaint.

198.    Although it appears that the allegations of ¶ 198 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 198 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 198 of the First Amended Complaint.

199.   Although it appears that the allegations of ¶ 199 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 199 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 199 of the First Amended Complaint.

200.   Although it appears that the allegations of ¶ 200 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 200 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 200 of the First Amended Complaint.

201.   Although it appears that the allegations of ¶ 201 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 201 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 201 of the First Amended Complaint.

202.   Although it appears that the allegations of ¶ 202 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 202 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 202 of the First Amended Complaint.

203.   Although it appears that the allegations of ¶ 203 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 203 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 203 of the First Amended Complaint.

204.   Although it appears that the allegations of ¶ 204 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 204 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 204 of the First Amended Complaint.

205.   Although it appears that the allegations of ¶ 205 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 205 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 205 of the First Amended Complaint.

206.   Although it appears that the allegations of ¶ 206 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 206 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 206 of the First Amended Complaint.

207.   Although it appears that the allegations of ¶ 207 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 207 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 207 of the First Amended Complaint.

208.   Although it appears that the allegations of ¶ 208 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 208 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 208 of the First Amended Complaint.

209.   Although it appears that the allegations of ¶ 209 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 209 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 209 of the First Amended Complaint.

210.   Although it appears that the allegations of ¶ 210 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 210 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 210 of the First Amended Complaint.

211.   Although it appears that the allegations of ¶ 211 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 211 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 211 of the First Amended Complaint.

212.   Although it appears that the allegations of ¶ 212 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 212 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 212 of the First Amended Complaint.

213.   Although it appears that the allegations of ¶ 213 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 213 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 213 of the First Amended Complaint.

214.   Although it appears that the allegations of ¶ 214 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 214 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 214 of the First Amended Complaint.

215.   Although it appears that the allegations of ¶ 215 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 215 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 215 of the First Amended Complaint.

216.   Although it appears that the allegations of ¶ 216 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 216 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 216 of the First Amended Complaint.

217.   Although it appears that the allegations of ¶ 217 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 217 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 217 of the First Amended Complaint.

218.   Although it appears that the allegations of ¶ 218 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 218 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 218 of the First Amended Complaint.

219.   Although it appears that the allegations of ¶ 219 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 219 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 219 of the First Amended Complaint.

220.   Although it appears that the allegations of ¶ 220 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 220 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 220 of the First Amended Complaint.

221.   Although it appears that the allegations of ¶ 221 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 221 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 221 of the First Amended Complaint.

222.   Although it appears that the allegations of ¶ 222 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 222 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 222 of the First Amended Complaint.

223.   Although it appears that the allegations of ¶ 223 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 223 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 223 of the First Amended Complaint.

224.   Although it appears that the allegations of ¶ 224 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 224 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 224 of the First Amended Complaint.

225.   Although it appears that the allegations of ¶ 225 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶225 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 225 of the First Amended Complaint.

226.   Although it appears that the allegations of ¶ 226 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 226 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 226 of the First Amended Complaint.

227.   Although it appears that the allegations of ¶ 227 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 227 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 227 of the First Amended Complaint.

228.   Although it appears that the allegations of ¶ 228 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 228 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 228 of the First Amended Complaint.

229.   Although it appears that the allegations of ¶ 229 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 229 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 229 of the First Amended Complaint.

230.   Although it appears that the allegations of ¶ 230 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 230 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 230 of the First Amended Complaint.

231.   Although it appears that the allegations of ¶ 231 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 231 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 231 of the First Amended Complaint.

232.   Although it appears that the allegations of ¶ 232 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 232 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 232 of the First Amended Complaint.

233.   Although it appears that the allegations of ¶ 233 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 233 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 233 of the First Amended Complaint.

234.   Although it appears that the allegations of ¶ 234 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 234 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 234 of the First Amended Complaint.

235.   Although it appears that the allegations of ¶ 235 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 235 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 235 of the First Amended Complaint.

236.   Although it appears that the allegations of ¶ 236 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 236 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 236 of the First Amended Complaint.

237.   Although it appears that the allegations of ¶ 237 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 237 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 237 of the First Amended Complaint.

238.   Although it appears that the allegations of ¶ 238 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 238  of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 238 of the First Amended Complaint.

239.   Although it appears that the allegations of ¶ 239 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 239 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 239 of the First Amended Complaint.

240.   Although it appears that the allegations of ¶ 240 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 240 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 240 of the First Amended Complaint.

241.   Although it appears that the allegations of ¶ 241 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 241 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 241 of the First Amended Complaint.

242.   Although it appears that the allegations of ¶ 242 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 242 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 242 of the First Amended Complaint.

243.   Although it appears that the allegations of ¶ 243 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 243 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 243 of the First Amended Complaint.

244.   Although it appears that the allegations of ¶ 244 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 244 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 244 of the First Amended Complaint.

245.   Although it appears that the allegations of ¶ 245 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 245 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 245 of the First Amended Complaint.

246.   Although it appears that the allegations of ¶ 246 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 246 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 246 of the First Amended Complaint.

247.   Although it appears that the allegations of ¶ 247 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 247 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 247 of the First Amended Complaint.

248.   Although it appears that the allegations of ¶ 248 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 248 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 248 of the First Amended Complaint.

249.    Although it appears that the allegations of ¶ 249 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 249 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 249 of the First Amended Complaint.

250.    Although it appears that the allegations of ¶ 250 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 250 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 250 of the First Amended Complaint.

251.    Although it appears that the allegations of ¶ 251 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 251 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 251 of the First Amended Complaint.

252.    Although it appears that the allegations of ¶ 252 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 252 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 252 of the First Amended Complaint.

253.    Although it appears that the allegations of ¶ 253 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 253 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 253 of the First Amended Complaint.

254.   Although it appears that the allegations of ¶ 254 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 254 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 254 of the First Amended Complaint.

255.   Although it appears that the allegations of ¶ 255 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 255 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 255 of the First Amended Complaint.

256.   Although it appears that the allegations of ¶ 256 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 256 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 256 of the First Amended Complaint.

257.   Although it appears that the allegations of ¶ 257 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 257 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 257 of the First Amended Complaint.

258.   Although it appears that the allegations of ¶ 258 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 258 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 258 of the First Amended Complaint.

259.   Although it appears that the allegations of ¶ 259 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 259 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 259 of the First Amended Complaint.

260.   Although it appears that the allegations of ¶ 260 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 260 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 260 of the First Amended Complaint.

261.   Although it appears that the allegations of ¶ 261 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 261 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 261 of the First Amended Complaint.

262.   Although it appears that the allegations of ¶ 262 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 262 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 262 of the First Amended Complaint.

263.   Although it appears that the allegations of ¶ 263 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 263 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 263 of the First Amended Complaint.

264.   Although it appears that the allegations of ¶ 264 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 264 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 264 of the First Amended Complaint.

265.    Although it appears that the allegations of ¶ 265 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 265 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 265 of the First Amended Complaint.

266.    Although it appears that the allegations of ¶ 266 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 266 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 266 of the First Amended Complaint.

267.    Although it appears that the allegations of ¶ 267 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 267 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 267 of the First Amended Complaint.

268.    Although it appears that the allegations of ¶ 268 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 268 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 268 of the First Amended Complaint.

269.    Although it appears that the allegations of ¶ 269 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 269 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 269 of the First Amended Complaint.

270.    Although it appears that the allegations of ¶ 270 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 270 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 270 of the First Amended Complaint.

271.   Although it appears that the allegations of ¶ 271 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 271 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 271 of the First Amended Complaint.

272.   Although it appears that the allegations of ¶ 272 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 272 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 272 of the First Amended Complaint.

273.   Although it appears that the allegations of ¶ 273 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 273 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 273 of the First Amended Complaint.

274.   Although it appears that the allegations of ¶ 274 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 274 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 274 of the First Amended Complaint.

275.   Although it appears that the allegations of ¶ 275 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 275 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 275 of the First Amended Complaint.

276.    Although it appears that the allegations of ¶ 276 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 276 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 276 of the First Amended Complaint.

277.    Although it appears that the allegations of ¶ 277 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 277 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 277 of the First Amended Complaint.

278.    Although it appears that the allegations of ¶ 278 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 278 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 278 of the First Amended Complaint.

279.    Although it appears that the allegations of ¶ 279 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 279 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 279 of the First Amended Complaint.

280.    Although it appears that the allegations of ¶ 280 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 280 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 280 of the First Amended Complaint.

281.    Although it appears that the allegations of ¶ 281 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 281 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 281 of the First Amended Complaint.

282.   Although it appears that the allegations of ¶ 282 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 282 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 282 of the First Amended Complaint.

283.   Although it appears that the allegations of ¶ 283 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 283 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 283 of the First Amended Complaint.

284.   Although it appears that the allegations of ¶ 284 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 284 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 284 of the First Amended Complaint.

285.   Although it appears that the allegations of ¶ 285 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 285 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 285 of the First Amended Complaint.

286.   Although it appears that the allegations of ¶ 286 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 286 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 286 of the First Amended Complaint.

287.   Although it appears that the allegations of ¶ 287 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of
¶ 287 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant
AuPairCare denies the allegations of ¶ 287 of the First Amended Complaint.

288.   Although it appears that the allegations of ¶ 288 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of
¶ 288 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant
AuPairCare denies the allegations of ¶ 288 of the First Amended Complaint.

289.   Although it appears that the allegations of ¶ 289 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of
¶ 289 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant
AuPairCare denies the allegations of ¶ 289 of the First Amended Complaint.

290.   Although it appears that the allegations of ¶ 290 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of
¶ 290 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant
AuPairCare denies the allegations of ¶ 290 of the First Amended Complaint.

291.   Although it appears that the allegations of ¶ 291 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of
¶ 291 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant
AuPairCare denies the allegations of ¶ 291 of the First Amended Complaint.

292.   Although it appears that the allegations of ¶ 292 of the First Amended
Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 292 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 292 of the First Amended Complaint.

293.   Although it appears that the allegations of ¶ 293 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 293 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 293 of the First Amended Complaint.

294.   Although it appears that the allegations of ¶ 294 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 294 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 294 of the First Amended Complaint.

295.   Although it appears that the allegations of ¶ 295 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 295 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 295 of the First Amended Complaint.

296.   Although it appears that the allegations of ¶ 296 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 296 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 296 of the First Amended Complaint.

297.   Although it appears that the allegations of ¶ 297 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 297 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 297 of the First Amended Complaint.

298.   Although it appears that the allegations of ¶ 298 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 298 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 298 of the First Amended Complaint.

299.   Although it appears that the allegations of ¶ 299 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 299 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 299 of the First Amended Complaint.

300.   Although it appears that the allegations of ¶ 300 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 300 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 300 of the First Amended Complaint.

301.   Although it appears that the allegations of ¶ 301 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 301 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 301 of the First Amended Complaint.

302.   Although it appears that the allegations of ¶ 302 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 302 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 302 of the First Amended Complaint.

303.   Although it appears that the allegations of ¶ 303 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 303 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 303 of the First Amended Complaint.

304.   Although it appears that the allegations of ¶ 304 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 304 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 304 of the First Amended Complaint.

305.   Although it appears that the allegations of ¶ 305 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 305 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 305 of the First Amended Complaint.

306.   Although it appears that the allegations of ¶ 306 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 306 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 306 of the First Amended Complaint.

307.   Although it appears that the allegations of ¶ 307 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 307 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 307 of the First Amended Complaint.

308.   Although it appears that the allegations of ¶ 308 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 308 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 308 of the First Amended Complaint.

309.   Although it appears that the allegations of ¶ 309 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 309 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 309 of the First Amended Complaint.

310.   Although it appears that the allegations of ¶ 310 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 310 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 310 of the First Amended Complaint.

311.   Although it appears that the allegations of ¶ 311 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 311 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 311 of the First Amended Complaint.

312.   Although it appears that the allegations of ¶ 312 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 312 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 312 of the First Amended Complaint.

313.   Although it appears that the allegations of ¶ 313 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 313 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 313 of the First Amended Complaint.

314.   Although it appears that the allegations of ¶ 314 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 314 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 314 of the First Amended Complaint.

315.   Although it appears that the allegations of ¶ 315 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 315 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 315 of the First Amended Complaint.

316.   Although it appears that the allegations of ¶ 316 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 316 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 316 of the First Amended Complaint.

317.   Although it appears that the allegations of ¶ 317 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 317 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 317 of the First Amended Complaint.

318.   Although it appears that the allegations of ¶ 318 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 318 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 318 of the First Amended Complaint.

319.   Although it appears that the allegations of ¶ 319 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 319 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 319 of the First Amended Complaint.

320.   Although it appears that the allegations of ¶ 320 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 320 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 320 of the First Amended Complaint.

321.   Although it appears that the allegations of ¶ 321 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 321 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 321 of the First Amended Complaint.

322.   Although it appears that the allegations of ¶ 322 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 322 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 322 of the First Amended Complaint.

323.   Although it appears that the allegations of ¶ 323 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 323 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 323 of the First Amended Complaint.

324.   Although it appears that the allegations of ¶ 324 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 324 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 324 of the First Amended Complaint.

325.   Although it appears that the allegations of ¶ 325 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 325 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 325 of the First Amended Complaint.

326.   Although it appears that the allegations of ¶ 326 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 326 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 326 of the First Amended Complaint.

327.   Although it appears that the allegations of ¶ 327 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 327 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 327 of the First Amended Complaint.

328.   Although it appears that the allegations of ¶ 328 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 328 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 328 of the First Amended Complaint.

329.   Although it appears that the allegations of ¶ 329 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 329 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 329 of the First Amended Complaint.

330.   Although it appears that the allegations of ¶ 330 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 330 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 330 of the First Amended Complaint.

331.   Although it appears that the allegations of ¶ 331 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 331 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 331 of the First Amended Complaint.

332.   Although it appears that the allegations of ¶ 332 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 332 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 332 of the First Amended Complaint.

333.   Although it appears that the allegations of ¶ 333 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 333 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 333 of the First Amended Complaint.

334.   Although it appears that the allegations of ¶ 334 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 334 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 334 of the First Amended Complaint.

335.   Although it appears that the allegations of ¶ 335 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 335 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 335 of the First Amended Complaint.

336.   Although it appears that the allegations of ¶ 336 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 336 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 336 of the First Amended Complaint.

337.   Although it appears that the allegations of ¶ 337 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 337 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 337 of the First Amended Complaint.

338.   Although it appears that the allegations of ¶ 338 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 338 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 338 of the First Amended Complaint.

339.   Although it appears that the allegations of ¶ 339 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 339 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 339 of the First Amended Complaint.

340.   Although it appears that the allegations of ¶ 340 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 340 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 340 of the First Amended Complaint.

341.   Although it appears that the allegations of ¶ 341 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 341 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 341 of the First Amended Complaint.

342.   Although it appears that the allegations of ¶ 342 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 342 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 342 of the First Amended Complaint.

343.   Although it appears that the allegations of ¶ 343 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 343 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 343 of the First Amended Complaint.

344.   Although it appears that the allegations of ¶ 344 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 344 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 344 of the First Amended Complaint.

345.   Although it appears that the allegations of ¶ 345 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 345 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 345 of the First Amended Complaint.

346.   Although it appears that the allegations of ¶ 346 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 346 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 346 of the First Amended Complaint.

347.   Although it appears that the allegations of ¶ 347 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 347 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 347 of the First Amended Complaint.

348.   Although it appears that the allegations of ¶ 348 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 348 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 348 of the First Amended Complaint.

349.   Although it appears that the allegations of ¶ 349 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 349 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 349 of the First Amended Complaint.

350.   Although it appears that the allegations of ¶ 350 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 350 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 350 of the First Amended Complaint.

351.   Although it appears that the allegations of ¶ 351 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 351 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 351 of the First Amended Complaint.

352.   Although it appears that the allegations of ¶ 352 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 352 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 352 of the First Amended Complaint.

353.   Although it appears that the allegations of ¶ 353 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 353 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 353 of the First Amended Complaint.

354.   Although it appears that the allegations of ¶ 354 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 354 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 354 of the First Amended Complaint.

355.   Although it appears that the allegations of ¶ 355 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 355 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 355 of the First Amended Complaint.

356.   Although it appears that the allegations of ¶ 356 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 356 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 356 of the First Amended Complaint.

357.   Although it appears that the allegations of ¶ 357 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 357 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 357 of the First Amended Complaint.

358.   Although it appears that the allegations of ¶ 358 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 358 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 358 of the First Amended Complaint.

359.   Although it appears that the allegations of ¶ 359 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 359 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 359 of the First Amended Complaint.

360.   Although it appears that the allegations of ¶ 360 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 360 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 360 of the First Amended Complaint.

361.   Although it appears that the allegations of ¶ 361 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 361 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 361 of the First Amended Complaint.

362.   Although it appears that the allegations of ¶ 362 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 362 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 362 of the First Amended Complaint.

363.   Although it appears that the allegations of ¶ 363 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 363 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 363 of the First Amended Complaint.

364.    Although it appears that the allegations of ¶ 364 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 364 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 364 of the First Amended Complaint.

365.    Although it appears that the allegations of ¶ 365 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 365 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 365 of the First Amended Complaint.

366.    Although it appears that the allegations of ¶ 366 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 366 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 366 of the First Amended Complaint.

367.    Although it appears that the allegations of ¶ 367 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 367 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 367 of the First Amended Complaint.

368.    Although it appears that the allegations of ¶ 368 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 368 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 368 of the First Amended Complaint.

369.    Although it appears that the allegations of ¶ 369 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 369 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 369 of the First Amended Complaint.

370.   Although it appears that the allegations of ¶ 370 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 370 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 370 of the First Amended Complaint.

371.   Although it appears that the allegations of ¶ 371 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 371 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 371 of the First Amended Complaint.

372.   Although it appears that the allegations of ¶ 372 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 372 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 372 of the First Amended Complaint.

373.   Although it appears that the allegations of ¶ 373 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 373 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 373 of the First Amended Complaint.

374.   Although it appears that the allegations of ¶ 374 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 374 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 374 of the First Amended Complaint.

375.   Although it appears that the allegations of ¶ 375 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 375 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 375 of the First Amended Complaint.

376.   Although it appears that the allegations of ¶ 376 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 376 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 376 of the First Amended Complaint.

377.   Although it appears that the allegations of ¶ 377 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 377 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 377 of the First Amended Complaint.

378.   Although it appears that the allegations of ¶ 378 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 378 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 378 of the First Amended Complaint.

379.   Although it appears that the allegations of ¶ 379 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 379 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 379 of the First Amended Complaint.

380.   Although it appears that the allegations of ¶ 380 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 380 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 380 of the First Amended Complaint.

381.   Although it appears that the allegations of ¶ 381 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 381 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 381 of the First Amended Complaint.

382.   Although it appears that the allegations of ¶ 382 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 382 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 382 of the First Amended Complaint.

383.   Although it appears that the allegations of ¶ 383 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 383 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 383 of the First Amended Complaint.

384.   Although it appears that the allegations of ¶ 384 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 384 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 384 of the First Amended Complaint.

385.   Although it appears that the allegations of ¶ 385 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 385 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 385 of the First Amended Complaint.

386. Although it appears that the allegations of ¶ 386 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 386 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 386 of the First Amended Complaint.

387. Although it appears that the allegations of ¶ 387 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 387 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 387 of the First Amended Complaint.

388. Although it appears that the allegations of ¶ 388 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 388 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 388 of the First Amended Complaint.

389. Although it appears that the allegations of ¶ 389 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 389 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 389 of the First Amended Complaint.

390. Although it appears that the allegations of ¶ 390 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 390 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 390 of the First Amended Complaint.

391. Although it appears that the allegations of ¶ 391 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 391 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 391 of the First Amended Complaint.

392.    Although it appears that the allegations of ¶ 392 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 392 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 392 of the First Amended Complaint.

393.    Although it appears that the allegations of ¶ 393 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 393 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 393 of the First Amended Complaint.

394.    Although it appears that the allegations of ¶ 394 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 394 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 394 of the First Amended Complaint.

395.    Although it appears that the allegations of ¶ 395 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 395 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 395 of the First Amended Complaint.

396.    Although it appears that the allegations of ¶ 396 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 396 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 396 of the First Amended Complaint.

397.   Although it appears that the allegations of ¶ 397 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 397 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 397 of the First Amended Complaint.

398.   Although it appears that the allegations of ¶ 398 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 398 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 398 of the First Amended Complaint.

399.   Although it appears that the allegations of ¶ 399 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 399 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 399 of the First Amended Complaint.

400.   Although it appears that the allegations of ¶ 400 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 400 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 400 of the First Amended Complaint.

401.   Although it appears that the allegations of ¶ 401 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 401 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 401 of the First Amended Complaint.

402.   Although it appears that the allegations of ¶ 402 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 402 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 402 of the First Amended Complaint.

403.   Although it appears that the allegations of ¶ 403 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 403 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 403 of the First Amended Complaint.

404.   Although it appears that the allegations of ¶ 404 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 404 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 404 of the First Amended Complaint.

405.   Although it appears that the allegations of ¶ 405 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 405 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 405 of the First Amended Complaint.

406.   Although it appears that the allegations of ¶ 406 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 406 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 406 of the First Amended Complaint.

407.   Although it appears that the allegations of ¶ 407 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 407 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 407 of the First Amended Complaint.

408.    Although it appears that the allegations of ¶ 408 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 408 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 408 of the First Amended Complaint.

409.    Although it appears that the allegations of ¶ 409 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 409 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 409 of the First Amended Complaint.

410.    Although it appears that the allegations of ¶ 410 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 410 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 410 of the First Amended Complaint.

411.    Although it appears that the allegations of ¶ 411 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 411 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 411 of the First Amended Complaint.

412.    Although it appears that the allegations of ¶ 412 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 412 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 412 of the First Amended Complaint.

413.    Although it appears that the allegations of ¶ 413 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 413 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 413 of the First Amended Complaint.

414.   Although it appears that the allegations of ¶ 414 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 414 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 414 of the First Amended Complaint.

415.   Although it appears that the allegations of ¶ 415 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 415 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 415 of the First Amended Complaint.

416.   Although it appears that the allegations of ¶ 416 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 416 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 416 of the First Amended Complaint.

417.   Although it appears that the allegations of ¶ 417 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 417 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 417 of the First Amended Complaint.

418.   Although it appears that the allegations of ¶ 418 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 418 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 418 of the First Amended Complaint.

419.   Although it appears that the allegations of ¶ 419 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 419 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 419 of the First Amended Complaint.

420.   Although it appears that the allegations of ¶ 420 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 420 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 420 of the First Amended Complaint.

421.   Although it appears that the allegations of ¶ 421 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 421 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 421 of the First Amended Complaint.

422.   Although it appears that the allegations of ¶ 422 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 422 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 422 of the First Amended Complaint.

423.   Although it appears that the allegations of ¶ 423 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 423 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 423 of the First Amended Complaint.

424.   Although it appears that the allegations of ¶ 424 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 424 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 424 of the First Amended Complaint.

425.   Although it appears that the allegations of ¶ 425 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 425 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 425 of the First Amended Complaint.

426.   Although it appears that the allegations of ¶ 426 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 426 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 426 of the First Amended Complaint.

427.   Although it appears that the allegations of ¶ 427 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 427 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 427 of the First Amended Complaint.

## RULE 23 CLASS ALLEGATIONS

428.   Although it appears that the allegations of ¶ 428 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 428 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 428 of the First Amended Complaint.

429.   Although it appears that the allegations of ¶ 429 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 429 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 429 of the First Amended Complaint.

430.    Although it appears that the allegations of ¶ 430 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 430 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 430 of the First Amended Complaint.

431.    Although it appears that the allegations of ¶ 431 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 431 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 431 of the First Amended Complaint.

432.    Although it appears that the allegations of ¶ 432 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 432 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 432 of the First Amended Complaint.

433.    Although it appears that the allegations of ¶ 433 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 433 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 433 of the First Amended Complaint.

434.    Although it appears that the allegations of ¶ 434 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 434 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 434 of the First Amended Complaint.

435.    Although it appears that the allegations of ¶ 435 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 435 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 435 of the First Amended Complaint.

436.    Although it appears that the allegations of ¶ 436 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 436 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 436 of the First Amended Complaint.

437.    Although it appears that the allegations of ¶ 437 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 437 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 437 of the First Amended Complaint.

438.    Although it appears that the allegations of ¶ 438 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 438 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 438 of the First Amended Complaint.

439.    Although it appears that the allegations of ¶ 439 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 439 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 439 of the First Amended Complaint.

440.    Although it appears that the allegations of ¶ 440 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 440 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 440 of the First Amended Complaint.

441.   Although it appears that the allegations of ¶ 441 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 441 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 441 of the First Amended Complaint.

442.   Although it appears that the allegations of ¶ 442 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 442 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 442 of the First Amended Complaint.

443.   Although it appears that the allegations of ¶ 443 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 443 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 443 of the First Amended Complaint.

444.   Although it appears that the allegations of ¶ 444 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 444 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 444 of the First Amended Complaint.

445.   Although it appears that the allegations of ¶ 445 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 445 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 445 of the First Amended Complaint.

446.   Although it appears that the allegations of ¶ 446 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 446 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 446 of the First Amended Complaint.

447.   Although it appears that the allegations of ¶ 447 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 447 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 447 of the First Amended Complaint.

448.   Although it appears that the allegations of ¶ 448 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 448 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 448 of the First Amended Complaint.

449.   Although it appears that the allegations of ¶ 449 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 449 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 449 of the First Amended Complaint.

450.   Although it appears that the allegations of ¶ 450 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 450 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 450 of the First Amended Complaint.

451.   Although it appears that the allegations of ¶ 451 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 451 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 451 of the First Amended Complaint.

452.    Although it appears that the allegations of ¶ 452 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 452 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 452 of the First Amended Complaint.

453.    Although it appears that the allegations of ¶ 453 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 453 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 453 of the First Amended Complaint.

454.    Although it appears that the allegations of ¶ 454 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 454 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 454 of the First Amended Complaint.

## 29 U.S.C. §216(B) COLLECTIVE ACTION ALLEGATIONS

455.    Although it appears that the allegations of ¶ 455 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 455 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 455 of the First Amended Complaint.

456.    Although it appears that the allegations of ¶ 456 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 456 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 456 of the First Amended Complaint.

457.   Although it appears that the allegations of ¶ 457 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 457 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 457 of the First Amended Complaint.

458.   Although it appears that the allegations of ¶ 458 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 458 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 458 of the First Amended Complaint.

459.   Although it appears that the allegations of ¶ 459 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 459 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 459 of the First Amended Complaint.

460.   Although it appears that the allegations of ¶ 460 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 460 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 460 of the First Amended Complaint.

461.   Although it appears that the allegations of ¶ 461 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 461 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 461 of the First Amended Complaint.

462.   Although it appears that the allegations of ¶ 462 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 462 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 462 of the First Amended Complaint.

463.   Although it appears that the allegations of ¶ 463 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 463 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 463 of the First Amended Complaint.

464.   Although it appears that the allegations of ¶ 464 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 464 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 464 of the First Amended Complaint.

465.   Although it appears that the allegations of ¶ 465 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 465 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 465 of the First Amended Complaint.

## COUNT I: RESTRAINT OF TRADE IN VIOLATION OF 15 U.S.C. §1 ET SEQ.

466.   Defendant AuPairCare restates and realleges its responses to ¶¶ 1 through 465 of the First Amended Complaint as if fully set forth herein.

467.   Defendant AuPairCare denies the allegations of ¶ 467 of the First Amended Complaint.

468.   Defendant AuPairCare denies the allegations of ¶ 468 of the First Amended Complaint.

469.   Defendant AuPairCare denies the allegations of ¶ 469 of the First Amended Complaint.

470.   Defendant AuPairCare denies the allegations of ¶ 470 of the First Amended Complaint.

471.   Defendant AuPairCare denies the allegations of ¶ 471 of the First Amended Complaint.

472.   Defendant AuPairCare denies the allegations of ¶ 472 of the First Amended Complaint.

473.   Defendant AuPairCare denies the allegations of ¶ 473 of the First Amended Complaint.

474.   Defendant AuPairCare denies the allegations of ¶ 474 of the First Amended Complaint.

## COUNT II: CIVIL RICO, 18 U.S.C. §1964(c)

475.   Defendant AuPairCare restates and realleges its responses to ¶¶ 1 through 474 of this First Amended Complaint as if fully set forth herein.

476.   Although it appears that the allegations of ¶ 476 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 476 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 476 of the First Amended Complaint.

477.   Although it appears that the allegations of ¶ 477 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 477 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 477 of the First Amended Complaint.

478.   Although it appears that the allegations of ¶ 478 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 478 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 478 of the First Amended Complaint.

479.   Although it appears that the allegations of ¶ 479 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 479 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 479 of the First Amended Complaint.

480.   Although it appears that the allegations of ¶ 480 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 480 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 480 of the First Amended Complaint.

481.   Although it appears that the allegations of ¶ 481 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 481 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 481 of the First Amended Complaint.

## COUNT III: BREACH OF FIDUCIARY DUTY UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA

482.    Although it appears that the allegations of ¶ 482 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 482 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 482 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 481 of the First Amended Complaint as if fully set forth herein.

483.    Although it appears that the allegations of ¶ 483 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 483 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 483 of the First Amended Complaint.

484.    Although it appears that the allegations of ¶ 484 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 484 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 484 of the First Amended Complaint.

## COUNT IV: NEGLIGENT MISREPRESENTATION UNDER THE LAWS OF THE SERVERAL STATES AND THE DISTRICT OF COLUMBIA

485.    Although it appears that the allegations of ¶ 485 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 485 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 485 of the First Amended Complaint.

AuPairCare further restates and realleges its responses to ¶¶ 1 through 484 of the First Amended Complaint as if fully set forth herein.

486.   Although it appears that the allegations of ¶ 486 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 486 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 486 of the First Amended Complaint.

487.   Although it appears that the allegations of ¶ 487 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 487 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 487 of the First Amended Complaint.

## COUNT V: CONSTRUCTIVE FRAUD OR FRAUDULANT CONCEALMENT UNDER THE LAWS OF THE SERVERAL STATES AND THE DISTRICT OF COLUMBIA

488.   Although it appears that the allegations of ¶ 488 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 488 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 488 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 487 of the First Amended Complaint as if fully set forth herein.

489.   Although it appears that the allegations of ¶ 489 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 489 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 489 of the First Amended Complaint.

490.    Although it appears that the allegations of ¶ 490 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 490 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 490 of the First Amended Complaint.

### COUNT VI: CONSUMER PROTECTION UNDER THE LAWS OF THE SERVERAL STATES AND THE DISTRICT OF COLUMBIA

491.    Although it appears that the allegations of ¶ 491 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 491 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 491 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 490 of the First Amended Complaint as if fully set forth herein.

492.    Although it appears that the allegations of ¶ 492 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 492 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 492 of the First Amended Complaint.

493.    Although it appears that the allegations of ¶ 493 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 493 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 493 of the First Amended Complaint.

### COUNT VII: BREACH OF CONTRACT AND QUASI-CONTRACT[1]

---

[1] This count has been dismissed by the Court.

494.   Although it appears that the allegations of ¶ 494 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 494 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 494 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 493 of the First Amended Complaint as if fully set forth herein.

495.   Although it appears that the allegations of ¶ 495 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 495 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 495 of the First Amended Complaint.

496.   Although it appears that the allegations of ¶ 496 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 496 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 496 of the First Amended Complaint.

497.   Although it appears that the allegations of ¶ 497 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 497 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 497 of the First Amended Complaint.

498.   Although it appears that the allegations of ¶ 498 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 498 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 498 of the First Amended Complaint.

499.    Although it appears that the allegations of ¶ 499 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 499 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 499 of the First Amended Complaint.

500.    Although it appears that the allegations of ¶ 500 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 500 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 500 of the First Amended Complaint.

## COUNT VIII: FAILURE TO PAY MINIMUM WAGE AND OVERTIME IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. §201 *ET SEQ.*

501.    Although it appears that the allegations of ¶ 501 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 501 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 501 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 500 of the First Amended Complaint as if fully set forth herein.

502.    Although it appears that the allegations of ¶ 502 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 502 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 502 of the First Amended Complaint.

503.    Although it appears that the allegations of ¶ 503 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 503 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 503 of the First Amended Complaint.

504.    Although it appears that the allegations of ¶ 504 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 504 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 504 of the First Amended Complaint.

505.    Although it appears that the allegations of ¶ 505 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 505 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 505 of the First Amended Complaint.

506.    Although it appears that the allegations of ¶ 506 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 506 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 506 of the First Amended Complaint.

507.    Although it appears that the allegations of ¶ 507 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 507 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 507 of the First Amended Complaint.

508.    Although it appears that the allegations of ¶ 508 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 508 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 508 of the First Amended Complaint.

509.    Although it appears that the allegations of ¶ 509 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 509 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 509 of the First Amended Complaint.

510.    Although it appears that the allegations of ¶ 510 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 510 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 510 of the First Amended Complaint.

511.    Although it appears that the allegations of ¶ 511 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 511 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 511 of the First Amended Complaint.

512.    Although it appears that the allegations of ¶ 512 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 512 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 512 of the First Amended Complaint.

## COUNT IX: CLAIMS FOR UNPAID WAGES UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA[2]

513.    Although it appears that the allegations of ¶ 513 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 513 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 513 of the First Amended Complaint.

---

[2] The Court has dismissed the claims for unpaid wages under the laws of Utah.

AuPairCare further restates and realleges its responses to ¶¶ 1 through 512 of the First Amended Complaint as if fully set forth herein.

514.    Although it appears that the allegations of ¶ 514 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 514 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 514 of the First Amended Complaint.

515.    Although it appears that the allegations of ¶ 515 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 515 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 515 of the First Amended Complaint.

516.    Although it appears that the allegations of ¶ 516 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 516 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 516 of the First Amended Complaint.

517.    Although it appears that the allegations of ¶ 517 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 517 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 517 of the First Amended Complaint.

518.    Although it appears that the allegations of ¶ 518 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 518 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 518 of the First Amended Complaint.

519.   Although it appears that the allegations of ¶ 519 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 519 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 519 of the First Amended Complaint.

520.   Although it appears that the allegations of ¶ 520 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 520 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 520 of the First Amended Complaint.

521.   Although it appears that the allegations of ¶ 521 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 521 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 521 of the First Amended Complaint.

## COUNT X: VIOLATIONS OF THE NEW YORK WAGE ACT

522.   Although it appears that the allegations of ¶ 522 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 522 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 522 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 521 of the First Amended Complaint as if fully set forth herein.

523.   Although it appears that the allegations of ¶ 523 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 523 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 523 of the First Amended Complaint.

524.   Although it appears that the allegations of ¶ 524 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 524 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 524 of the First Amended Complaint.

525.   Although it appears that the allegations of ¶ 525 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 525 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 525 of the First Amended Complaint.

526.   Although it appears that the allegations of ¶ 526 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 526 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 526 of the First Amended Complaint.

## COUNT XI: CLAIMS FOR UNPAID WAGES UNDER COLORADO LAWS, INCLUDING C.R.S. §§ 8-6-d, ET SEQ. AS IMPLEMENTED BY 7 CCR 1103-1, C.R.S. § 8-4-101 ET SEQ. AND COMMON LAW CONTRACT AND EQUITABLE PRINCIPLES

527.   Although it appears that the allegations of ¶ 527 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 527 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 527 of the First Amended Complaint. AuPairCare further restates and realleges its responses to ¶¶ 1 through 526 of the First Amended Complaint as if fully set forth herein.

528.   Although it appears that the allegations of ¶ 528 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 528 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 528 of the First Amended Complaint.

529.   Although it appears that the allegations of ¶ 529 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 529 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 529 of the First Amended Complaint.

530.   Although it appears that the allegations of ¶ 530 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 530 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 530 of the First Amended Complaint.

531.   Although it appears that the allegations of ¶ 531 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 531 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 531 of the First Amended Complaint.

532.   Although it appears that the allegations of ¶ 532 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of ¶ 532 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 532 of the First Amended Complaint.

533.   Although it appears that the allegations of ¶ 533 of the First Amended Complaint do not pertain to Defendant AuPairCare, to the extent that the allegations of

¶ 533 of the First Amended Complaint pertain to Defendant AuPairCare, Defendant AuPairCare denies the allegations of ¶ 533 of the First Amended Complaint.

## DEMAND FOR A JURY TRIAL

534.   Paragraph 534 of the First Amended Complaint is a jury demand to which no response is required.  However, AuPairCare reserves the right to assert that this case is subject to mandatory arbitration.  In the event Plaintiffs' claims against AuPairCare are determined not to be subject to mandatory arbitration, AuPairCare reserves the right to trial by jury.

## PRAYER FOR RELIEF

535.   To the extent Plaintiffs' prayer for relief may be deemed to require a response, it is denied.  AuPairCare alleges that plaintiffs are not entitled to maintain this action as a class action or collective action and deny that plaintiffs are entitled to any relief or damages whatsoever.

536.   AuPairCare denies any and all allegations of the First Amended Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

AuPairCare asserts the following separate and affirmative defenses, noting that Count I in the First Amended Complaint is the only claim asserted against AuPairCare. AuPairCare asserts these defenses without assuming the burden of proof or production on any of these defenses that would otherwise rest on the Plaintiffs.

### FIRST DEFENSE
FAILURE TO STATE A CLAIM

The First Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE
MANDATORY ARBITRATION

Any alleged disputes between this Defendant and the au pairs it has sponsored are subject to mandatory arbitration provisions.

## THIRD DEFENSE
NO DUTY

This Defendant had no duty or obligation to the Plaintiffs under the circum-stances forming the basis for the First Amended Complaint and no other duty or obligation on the part of this Defendant exists as a matter of law.

## FOURTH DEFENSE
LACK OF STANDING TO SUE

Plaintiffs lack standing to sue on all or a portion of the claims for relief asserted in the First Amended Complaint, and in particular but without limitation, lack antitrust standing.

## FIFTH DEFENSE
REAL PARTY IN INTEREST

Plaintiffs are not the real parties in interest to prosecute all or a portion of the claims for relief asserted in the First Amended Complaint.

## SIXTH DEFENSE
NO ANTITRUST INJURY

Plaintiffs' claims are barred, in whole or in part, because plaintiffs have not suffered antitrust injury proximately caused by the conduct of CHI and/or have not

- 91 -

suffered, and will not suffer, injury of the type the antitrust laws were designed to prevent.

## SEVENTH DEFENSE
REASONABLE AND JUSTIFIED CONDUCT; NO ADVERSE IMPACT ON COMPETITION

Plaintiffs' claims are barred, in whole or in part, because of conduct of which plaintiffs complain is reasonable and justified, has not, and will not substantially lessen competition in any relevant market, tend to create a monopoly, or injure, destroy, or prevent competition.

## EIGHTH DEFENSE
RULE OF REASON

Plaintiffs' claims are barred, in whole or in part, because the claims are governed by the rule of reason, and plaintiffs have not alleged and cannot prove the elements of a rule of reason claim.  In particular, the procompetitive benefits of the conduct alleged by plaintiffs outweigh any alleged anticompetitive effects.

## NINTH DEFENSE
LEGITIMATE BUSINESS COMPETITION

The actions of AuPairCare constitute bona fide, legitimate business competition, were carried out in furtherance of CHI's legitimate business interests, and were pro-competitive and did not lessen competition in the market.

## TENTH DEFENSE
IMPROPERLY DEFINED MARKETS

Plaintiffs' claims are barred because they have not alleged properly defined relevant product (or service) and geographic markets.

## ELEVENTH DEFENSE
REASONABLE RELIANCE ON GOVERNMENT REGULATIONS

Plaintiffs' claims are barred because AuPairCare reasonably relied upon the weekly stipend designated by the State Department and/or the Department of Labor to be paid to participants in the au pair program, specifically including the credit for room and board.  The weekly stipend paid by host families to participants in the AuPairCare au pair program, including the credit for room and board, is consistent with, and authorized by, the statutory and regulatory rules and regulations governing the au pair program.

## TWELFTH DEFENSE
LACK OF FORESEEABILITY

If, for some reason, any or all of the alleged acts and omissions of AuPairCare were not within the scope of conduct authorized by the State Department and/or the Department of Labor, such a situation was not reasonably foreseeable by AuPairCare.

## THIRTEENTH DEFENSE
NOERR-PENNINGTON DOCTRINE; STATE ACTION DOCTRINE; IMPLIED IMMUNITY

Plaintiffs' claims are barred, in whole or in part, by the Noerr-Pennington doctrine, the state action doctrine and/or the doctrine of implied immunity.  Plaintiffs' claims are further barred because the alleged conduct that is the subject of the Complaint was caused by, due to, based upon, or in response from directives, laws, regulations, authorizations, policies and/or acts of government and/or their agencies.

## FOURTEENTH DEFENSE
PARALLEL CONDUCT

The alleged conduct of this Defendant and other Sponsor Defendants amounts or amounted to parallel conduct and is therefore not actionable under 15 U.S.C. § 1.

## FIFTEENTH DEFENSE
STATUTE OF LIMITATIONS

Plaintiffs' claims are barred or limited by the applicable statutes of limitations.

## SIXTEENTH  DEFENSE
15 U.S.C. § 6a

Plaintiffs' claims are or may be barred by 15 U.S.C. § 6a.

## SEVENTEENTH DEFENSE
GOOD FAITH COMPLIANCE WITH LAW

This Defendant at all times did not act willfully, but instead acted in good faith in reliance on written regulations and interpretations of the U.S. Department of Labor and U.S. Department of State and with reasonable grounds to believe its actions were in compliance with the applicable law.

## EIGHTEENTH DEFENSE
NO LIABILITY FOR ACTS OF THIRD PARTIES

Any injuries, losses or damages suffered by plaintiffs were the result of the independent actions and decisions of third parties.  AuPairCare is not liable for the acts of others over which it has no control.

## NINETEENTH DEFENSE
SPECULATIVE DAMAGES

Plaintiffs' claims for damages against AuPairCare are barred because the alleged damages, if any, are speculative and uncertain because of the impossibility of ascertaining and allocating those alleged damages.

## TWENTIETH DEFENSE
ADEQUATE REMEDY AT LAW

The alleged injury, loss or damage suffered by plaintiffs, if any, would be compensated adequately by damages.  Accordingly, plaintiffs have a complete and adequate remedy at law and are not entitled to equitable relief.

## TWENTY-FIRST DEFENSE
WAIVER, ESTOPPEL, LACHES

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or latches.

## TWENTY-SECOND DEFENSE
NO ACTUAL CASE OR CONTROVERSY

Plaintiffs' Amended Complaint presents no actual case or controversy, or justifiable issues suitable for determination by this Court.

## TWENTY-THIRD DEFENSE
PLAINTIFFS NOT SIMILARLY SITUATED

Plaintiffs are not similarly situated with other alleged class members.  Therefore, Plaintiffs may not properly maintain a class action or a collective action.

## TWENTY-FOURTH DEFENSE
ALLEGED CLASS NOT ASCERTAINABLE

The classes alleged by Plaintiffs are not administratively ascertainable.

Therefore, this case may not properly be maintained as a class action.

## TWENTY-FIFTH DEFENSE
NO TYPICALITY

The claims of the named plaintiffs are not typical of the claims of the members of the putative classes they purport to represent, and therefore this action is not properly maintained as a class action.

## TWENTY-SIXTH DEFENSE
NO COMMONALITY

There are not questions of law or fact common to the class and therefore, Plaintiffs cannot meet the prerequisites to a class action.

## TWENTY-SEVENTH DEFENSE
LACK OF PREDOMINANCE

Individualized questions of law and fact predominate over any purported common questions in this case.  Therefore, Plaintiffs cannot meet the prerequisites to maintaining a class action.

## TWENTY-EIGHTH DEFENSE
NOT SUITABLE CLASS REPRESENTATIVES

On information and belief, Plaintiffs are not suitable class representatives. Therefore, Plaintiffs cannot satisfy the prerequisites to maintaining a class action.

## TWENTY-NINTH DEFENSE
UNMANAGEABILITY OF CLASS ACTION

This case is not properly maintained as a class action because of the difficulties likely to be encountered in the management of a class action, and that a class action is not a superior method of adjudicating the claims alleged in this case.

## **THIRTIETH DEFENSE**
FAILURE TO MITIGATE DAMAGES

Plaintiffs have failed to mitigate their damages, if any, as required by law and are therefore barred from recovery against this Defendant.

## **THIRTY-FIRST DEFENSE**
INCORPORATION OF OTHER DEFENDANTS' DEFENSES

AuPairCare adopts by reference any applicable defense pled by any other Defendant that is not set forth in this Answer.

## **RESERVATION OF RIGHTS TO ALLEGE OTHER AFFIRMATIVE DEFENSES**

Defendant AuPairCare reserves the right to allege other affirmative defenses as they may arise or become known during the course of discovery or further investigation.

## **RELIEF REQUESTED**

WHEREFORE, Defendant AuPairCare, Inc. prays that: this Court decline to certify this action as a class action; this Court decline to maintain or certify this action as a collective action; Plaintiffs take nothing by reason of the claims and allegations of the First Amended Complaint; the First Amended Complaint be dismissed with prejudice; judgment be entered in favor of Defendant AuPairCare, Inc. and against Plaintiffs; and Defendant AuPairCare, Inc. be awarded its costs and reasonable attorney fees as may be allowed by law; and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of April, 2016.

_s/Thomas B. Quinn_
Thomas B. Quinn
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202

_Attorneys for Defendant_
_AuPairCare, Inc._

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander Neville Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
**_Attorney for Plaintiffs_**

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
**_Attorney for Plaintiffs Deetlefs,_**
**_Caicedo and Gonzalez_**

Randall W. Jackson
Peter M. Skinner
Matthew L. Schwartz
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
**_Attorney for Plaintiffs Deetlefs,_**
**_Caicedo and Gonzalez_**

Sigrid S. McCawley
Lauren F. Louis
Randall W. Jackson
Peter M. Skinner
Matthew L. Schwartz
Boies, Schiller & Flexner, LLP
401 E. Las Olas Blvd., Ste. 1200
Ft. Lauderdale, FL 33301

**_Attorney for Plaintiffs Beltran and_**
**_Hlatshaneni_**

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
**_Attorneys for InterExchange, Inc._**

William James Kelly, III
Chanda M. Feldkamp
Kelly Stacy & Rita, LLC
1401 17th Street, #925
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
**_Attorneys for USAuPair, Inc._**

Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Ste. 800
Denver, CO 80237
mrhoades@armstrongteasdale.com
mrhoades@armstrongteasdale.com
**_Attorney for Great AuPair, LLC_**

Bogdan Enica

- 98 -

Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
**Attorney for Expert Group**
**International, Inc.**

Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
**Attorneys for EurAupair Intercultural**
**Child Care Programs**

James Edward Hartley
Holland & Hart, LLP
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
**Attorneys for Cultural Homestay**
**International**

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
**Attorneys for Cultural Care, Inc.**
**d/b/a Cultural Care Au Pair**

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth St., N.W.
Washington, CO 20004-1109
**Attorneys for Cultural Care, Inc.**

Walter V. Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
**Attorney for Cultural Care, Inc.**
**d/b/a Cultural Care Au Pair**

Brian Alan Birenbach

Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
**Attorney for Au Pair International,**
**Inc.;**
**American Cultural Exchange,**
**LLC d/b/a GoAuPair**

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
**Attorneys for American Cultural**
**Exchange, LLC d/b/a GoAuPair;**
**Agent Au Pair, Au Pair International,**
**Inc.**

Lawrence Lee
Susan M. Schaecher
Daniel C. Perkins
Fisher & Phillips LLP
1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
**Attorneys for APF Global Exchange,**
**NFP d/b/a Aupair Foundation;**
**American Institute for Foreign Study**
**d/b/a Au Pair in America**

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
**Attorneys for A.P.E.X. American**
**Professional Exchange, LLC d/b/a**
**ProAuPair;**
**20/20 Care Exchange, Inc.**
**d/b/a The International Au Pair**
**Exchange**

Martin J. Estevao
Greenberg Traurig, LLP
1200 17th St., Ste. 2400
Denver, CO 80202

estevaom@gtlaw.com
***Attorney for Great AuPair, LLC***

*/s/Frances Aragon Eaves*