# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

      Defendants.

---

## DEFENDANT USAUPAIR'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND JURY DEMAND

---

Defendant USAuPair, Inc. hereby answers Plaintiffs' First Amended Complaint [Doc. 101] (the "Complaint"), denying each and every allegation not specifically admitted, and, without assuming any burden of proof that would otherwise not be placed on USAuPair by laws, averring separate defenses as follows:

## INTRODUCTORY STATEMENT

1.      Admitted in part; denied in part. Admitted that Congress created the au pair program to, among other things, "enable the Government of the United States to increase mutual understanding between the people of the United States and the people of other countries . . ., assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world . . .," and to "assist the Department of State in furthering the foreign policy objectives of the United States." Mutual Educational and Cultural Exchange Act of 1961 (Fulbright-Hays Act), 22

U.S.C. § 2451, et seq.; 22 C.F.R. § 62.1(a). The remaining allegations in Paragraph 1 are denied.

2.      Admitted in part; denied in part. Admitted that the United States Information Agency ("USIA") administered the au pair program prior to the U.S. Department of State ("DOS") and that DOS designated the fifteen defendants as the current sponsors of the program. The remaining allegations in Paragraph 2 are denied.

3.      Denied.

4.      Denied.

5.      Denied.

6.      Denied.

7.      Denied. USAuPair receives a program fee from host families.

8.      Denied.

9.      Admitted in part; denied in part. Admitted that many au pair participants in the program are join great families and have excellent experiences. The remaining allegations in Paragraph 9 are denied.

10.     Denied.

11.     Denied for lack of information.

12.     Denied.

## NATURE OF THE ACTION

13.     Paragraph 13 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a response is required, the allegations in paragraph 13 are denied.

14.     Paragraph 14 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a response is required, the allegations in paragraph 14 are denied.

15.     Paragraph 15 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a response is required, the allegations in paragraph 15 are denied.

## JURISDICTION AND VENUE

16.     USAuPair does not contest jurisdiction.

17.     USAuPair does not contest venue.

## PARTIES

18.     Denied in part. USAuPair denies the characterization of an au pair's participation in the DOS cultural exchange program as a "service contract."  USAuPair is without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 18, and therefore denies same.

19.      USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and therefore denies same.

20.     USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and therefore denies same.

21.     USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and therefore denies same.

22.     USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies same.

23.     Defendants Pamela H. Noonan and Thomas J. Noonan (collectively, the "Noonans") are no longer parties to this action.

24.     Paragraph 24 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

25.     Admitted.

26.     Paragraph 26 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

27.     Paragraph 27 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

28.     Paragraph 28 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

29.     Paragraph 29 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

30.     Paragraph 30 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

31.     Paragraph 31 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

32.     Paragraph 32 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

33.     Paragraph 33 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

34.     Paragraph 34 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

35.     Paragraph 35 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

36.     Paragraph 36 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

37.     Paragraph 37 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

38.     Paragraph 38 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

39.     Paragraph 39 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

40.     Paragraph 40 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

41.     Paragraph 41 makes no allegations regarding USAuPair and therefore no responsive pleading is required.

## STATEMENT OF FACTS

42.     Denied.

43.     Admitted in part; denied in part. Admitted that the au pair program is one of several U.S. Government cultural exchange programs created pursuant to the Mutual Educational and Cultural Exchange Act of 1961 (Fulbright-Hays Act), 22 U.S.C. § 2451, et seq. and that DOS oversees, facilitates, and regulates the program.   It is also

admitted that au pair participants obtain a J-1 visa.   The remaining allegations in Paragraph 43 are denied.

44.      Admitted in part; denied in part. Admitted that, pursuant to 22 C.F.R. § 62.31, the au pair program allows foreign nationals who, among other things, are between the ages of 18 and 26, who are secondary school graduates, and who are proficient in spoken English, to live with an American host family and participate directly in the home life of the host family. Id. at § 62.31(d). Au pair participants provide limited child care services to the host family and attend a U.S. post-secondary educational institution. Id. at § 62.31(a). Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Id. The remaining allegations in Paragraph 44 are denied.

45.      Admitted in part; denied in part. Admitted that DOS oversees, facilitates, and regulates the au pair program, designates entities to act as sponsors, and that the 15 currently designated sponsors of the au pair program are the defendants in this case.  USAuPair denies that DOS's sole role is to facilitate the program and designate sponsors.

46.      Admitted in part; denied in part. Admitted that one must be designated by DOS as a sponsor of the au pair program in order to place au pairs and that au pairs placed in the U.S. must be sponsored in order to participate in the program.  The remaining allegations in paragraph 46 consist of conclusions of law in that they seek to paraphrase the DOS regulations, which speak for themselves, and therefore no

response is required.  To the extent a response is required, the remaining allegations in paragraph 46 are denied.

47.     Admitted in part; denied in part. Admitted that USAuPair is a for-profit entity.  The remaining allegations in Paragraph 47 make no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a response is required, the remaining allegations in paragraph 47 are denied.

48.     The allegations in paragraph 48 consist of conclusions of law and therefore no response is required.  To the extent a response is required, the allegations in paragraph 48 are denied.

49.     Denied.

50.     USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and therefore denies same.

51.     USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and therefore denies same.

52.     Denied.

53.     Denied.

54.     Denied.

55.     Admitted in part; denied in part.  Admitted that the report was issued; however, the report is in writing and speaks for itself, and all attempts to paraphrase or characterize the report are denied.  The remaining allegations in paragraph 55 are denied.

56.     Admitted in part; denied in part.  Admitted that the report was issued; however, the report is in writing and speaks for itself, and all attempts to paraphrase or characterize the report are denied.  The remaining allegations in paragraph 56 are denied.

57.     Admitted in part; denied in part. Admitted that the report was issued; however, the report is in writing and speaks for itself, and all attempts to paraphrase or characterize the report are denied.  The remaining allegations in paragraph 57 are denied.

58.     Admitted in part; denied in part.  Admitted that the USIA conducted a rulemaking and published its interim final rule with request for comment in December 1994.  However, the interim final rule is in writing and speaks for itself, and all attempts to paraphrase or characterize the final rule are denied.  The remaining allegations of paragraph 58 are denied.

59.     Admitted in part; denied in part. Admitted that the final rule was issued. The final rule is in writing and speaks for itself, and all attempts to paraphrase or characterize the final rule are denied.  The remaining allegations of paragraph 59 are denied.

60.     The final rule is in writing and speaks for itself, and all attempts to paraphrase or characterize the final rule are denied.  Any remaining allegations of paragraph 60 are denied.

61.     The final rule is in writing and speaks for itself, and all attempts to paraphrase or characterize the final rule are denied.  Any remaining allegations of paragraph 61 are denied.

62.     The final rule is in writing and speaks for itself, and all attempts to paraphrase or characterize the final rule are denied.  Any remaining allegations of paragraph 62 are denied.

63.     Denied.

64.     Admitted in part; denied in part. Admitted that 22 C.F.R. § 63.31(j)(1) governs the au pair program. However, the regulation is in writing and speaks for itself, and all attempts to paraphrase or characterize the regulation are denied. Any remaining allegations of paragraph 64 are denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Denied for lack of firsthand information.

69.     Denied.

70.     Denied.

71.     Admitted in part; denied in part. Admitted that USAuPair is designated by DOS as a sponsor of the au pair program and that a foreign national must be sponsored by USAuPair or another sponsor in order to participate in the program.  All remaining allegations of paragraph 71 are denied.

72.     Admitted in part; denied in part. Admitted that USAuPair and the other U.S. Government designated sponsors comprise all the currently-designated sponsors. The remaining allegations in paragraph 72 are denied.

73.     Admitted in part; denied in part. Admitted that USAuPair competes with other sponsors and that USAuPair collects a fee from host families; however, DOS allots only a limited number of visas to USAuPair each year.  The remaining allegations in paragraph 73 are denied.

74.     Admitted in part; denied in part. Admitted that USAuPair markets itself to potential au pairs as a quality sponsor.  The remaining allegations in paragraph 74 are denied.

75.     Denied.

76.     Denied.

77.     Denied.

78.     Denied.

79.     Denied.

80.     Admitted that DOS oversees and regulates the program.

81.     Denied.

82.     The au pair regulations are in writing and speak for themselves, and all attempts to paraphrase or characterize them are denied.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Paragraph 87 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 87 are denied.

88.     Paragraph 88 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 88 are denied.

89.     Denied.

90.     Denied.

91.     Denied.

92.     Paragraph 92 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 92 are denied.

93.     Paragraph 93 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 93 are denied.

94.     Paragraph 94 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 94 are denied.

95.     Denied.

96.      Paragraph 96 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 96 are denied.

97.      Admitted in part; denied in part. Admitted that USAuPair advertises a stipend in accordance with DOS regulation and directives. The remaining allegations in paragraph 97 are denied.

98.      Paragraph 98 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 98 are denied.

99.      Paragraph 99 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 99 are denied.

100.    Paragraph 100 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 100 are denied.

101.    Paragraph 101 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 101 are denied.

102.    Paragraph 102 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 102 are denied.

103.    Paragraph 103 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 103 are denied.

104.    Paragraph 104 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 104 are denied.

105.    Paragraph 105 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 105 are denied.

106.    Paragraph 106 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 106 are denied.

107.    Paragraph 107 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 107 are denied.

108.    Paragraph 108 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 108 are denied.

109.    Paragraph 109 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 109 are denied.

110.    Paragraph 110 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 110 are denied.

111.    Paragraph 111 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 111 are denied.

112.    Paragraph 112 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 112 are denied.

113.    Paragraph 113 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 113 are denied.

114.    Paragraph 114 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 114 are denied.

115.    Denied.

116.    Denied.

117.    Denied.

118.    Denied.

119.    Denied.

120.    Denied.

121.    Denied.

122.   Admitted in part; denied in part. Admitted that au pairs seek to experience American culture and life.  The remaining allegations in paragraph 122 are denied.

123.   Denied.

124.   Denied.

125.   Denied.

126.   Paragraph 126 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 126 are denied.

127.   Paragraph 127 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 127 are denied.

128.   Paragraph 128 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 128 are denied.

129.   Paragraph 129 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 129 are denied.

130.   Paragraph 130 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 130 are denied.

131.   Denied.

132.   Denied.

133.    Denied.

134.    Denied.

135.    Admitted in part; denied in part. Admitted that USAuPair posts stipend information online.  The remaining allegations in paragraph 135 are denied.

136.    Denied.

137.    Denied.

138.    Paragraph 138 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 138 are denied.

139.    Paragraph 139 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 139 are denied.

140.    Denied.

141.    Denied.

142.    Paragraph 142 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 142 are denied.

143.    Paragraph 143 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 143 are denied.

144.    Paragraph 144 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 144 are denied.

145.    Denied.

146.    Denied.

147.    Denied.

148.    Denied.

149.    Denied.

150.    Denied.

151.    Denied.

152.    Denied.

153.    Denied.

154.    Denied.

155.    The website is in writing and speaks for itself and all attempts to paraphrase or characterize the website are denied.   The remaining allegations in paragraph 155 are denied.

156.    Denied.

157.    Denied.  The USIA rule making publications are in writing and speak for themselves, and all attempts to paraphrase or characterize the publications are denied.

158.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and therefore denies same.

159.    The USIA rule making publications are in writing and speak for themselves, and all attempts to paraphrase or characterize the publications are denied. Any remaining allegations in paragraph 159 are denied.

160.    The 1997 U.S. Department of Labor ("DOL") Opinion Letter is in writing and speaks for itself, and all attempts to paraphrase or characterize the Opinion Letter are denied.  Any remaining allegations in paragraph 160 are denied.

161.    Denied.

162.    Admitted that DOS assumed oversight over the au pair program in 1999.

163.    The Fact Sheet is in writing and speaks for itself, and all attempts to paraphrase or characterize the Fact Sheet are denied.   Any remaining allegations in paragraph 163 are denied.

164.    Denied.

165.    The DOS notice entitled "Weekly Wage Due au pair program Participants" is in writing and speaks for itself, and all attempts to paraphrase or characterize it are denied.  Any remaining allegations in paragraph 165 are denied.

166.    Denied.

167.    Denied.

168.    Admitted in part; denied in part. Admitted that USAuPair has access to regulations and publications related to the au pair program.  The remaining allegations in paragraph 168 are denied.

169.    Admitted in part; denied in part. Admitted USAuPair has access to other Sponsors' public websites, but denies USAuPair has access to all Sponsors' marketing materials.

170.    Paragraph 170 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 170 are denied.

171.    Paragraph 171 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 171 are denied.

172.    Paragraph 172 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 172 are denied.

173.    Paragraph 173 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 173 are denied.

174.    Paragraph 174 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 174 are denied.

175.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and therefore denies same.

176.    Paragraph 176 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 176 are denied.

177.    Paragraph 177 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 177 are denied.

178.    Paragraph 178 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 178 are denied.

179.    Paragraph 179 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 179 are denied.

180.    Paragraph 180 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 180 are denied.

181.    Paragraph 181 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 181 are denied.

182.    Paragraph 182 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 182 are denied.

183.   Paragraph 183 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 183 are denied.

184.   Paragraph 184 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 184 are denied.

185.   Paragraph 185 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 185 are denied.

186.   Paragraph 186 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 186 are denied.

187.   Paragraph 187 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 187 are denied.

188.   Paragraph 188 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 188 are denied.

189.   Paragraph 189 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 189 are denied.

190.    Paragraph 190 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 190 are denied.

191.    Paragraph 191 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 191 are denied.

192.    Paragraph 192 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 192 are denied.

193.    Paragraph 193 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 193 are denied.

194.    Paragraph 194 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 194 are denied.

195.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 and therefore denies same.

196.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 and therefore denies same.

197.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 and therefore denies same.

198.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 and therefore denies same.

199.   Paragraph 199 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 199 are denied.

200.   Paragraph 200 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 200 are denied.

201.   Paragraph 201 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 201 are denied.

202.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 and therefore denies same.

203.   Admitted in part; denied in part.   Admitted that USAuPair enters into contracts with host families, receives a fee from host families, and that its host families have no contractual relationship amongst themselves with respect to the au pair program.  The remaining allegations in paragraph 203 are denied.

204.   The DOS regulations are in writing and speak for themselves, and all attempts to paraphrase or characterize the regulations are denied.   Any remaining allegations in paragraph 204 are denied.

205.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 and therefore denies same.

206.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 and therefore denies same.

207.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 and therefore denies same.

208.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 and therefore denies same.

209.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 and therefore denies same.

210.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 and therefore denies same.

211.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 211 and therefore denies same.

212.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 and therefore denies same.

213.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 and therefore denies same.

214.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 and therefore denies same.

215.   Denied.

216.   Denied.

217.   Denied.

218.   Denied.

219.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 219 and therefore denies same.

220.    Denied.

221.    Denied.

222.    Denied.

223.    Denied.

224.    Denied.

225.    Denied.

226.    Denied.

227.    Denied.

228.    Denied.

229.    Denied.

230.    Denied.

231.    Denied.

232.    Denied.

233.    Denied.

234.    Denied.

235.    Denied.

236.    Denied.

237.    Denied.

238.    Denied.

239.    Denied.

240.    Denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

246.    Paragraph 246 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 246 are denied.

247.    Paragraph 247 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 247 are denied.

248.    Paragraph 248 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 248 are denied.

249.    Paragraph 249 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 249 are denied.

250.    Paragraph 250 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 250 are denied.

251.    Paragraph 251 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 251 are denied.

252.    Paragraph 252 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 252 are denied.

253.    Paragraph 253 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 253 are denied.

254.    Paragraph 254 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 254 are denied.

255.    Paragraph 255 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 255 are denied.

256.    Paragraph 256 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 256 are denied.

257.    Paragraph 257 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 257 are denied.

258.    Paragraph 258 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 258 are denied.

259.    Paragraph 259 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 259 are denied.

260.    Paragraph 260 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 260 are denied.

261.    Paragraph 261 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 261 are denied.

262.    Paragraph 262 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 262 are denied.

263.    Paragraph 263 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 263 are denied.

264.    Paragraph 264 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 264 are denied.

265.    Paragraph 265 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 265 are denied.

266.    Paragraph 266 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 266 are denied.

267.    Paragraph 267 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 267 are denied.

268.    Paragraph 268 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 268 are denied.

269.    Paragraph 269 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 269 are denied.

270.    Paragraph 270 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 270 are denied.

271.    Paragraph 271 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 271 are denied.

272.    Paragraph 272 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 272 are denied.

273.    Paragraph 273 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 273 are denied.

274.    Paragraph 274 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 274 are denied.

275.    Paragraph 275 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 275 are denied.

276.    Paragraph 276 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 276 are denied.

277.    Paragraph 277 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 277 are denied.

278.    Paragraph 278 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 278 are denied.

279.    Paragraph 279 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 279 are denied.

280.    Paragraph 280 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 280 are denied.

281.    Paragraph 281 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 281 are denied.

282.    Paragraph 282 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 282 are denied.

283.    Denied.

284.    Denied.

285.    Denied.

286.    Denied.

287.    Denied.

288.    Denied.

289.    Denied.

290.    Denied.

291.    Denied.

292.    Denied.

293.   Denied.

294.   Denied.

295.   Denied.

296.   Paragraph 296 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 296 are denied.

297.   Paragraph 297 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 297 are denied.

298.   Paragraph 298 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 298 are denied.

299.   Paragraph 299 makes no allegations regarding USAuPair and therefore no responsive pleading is required.  To the extent a responsive pleading is required, the allegations in paragraph 299 are denied.

300.   Paragraph 300 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 300 are denied.

301.   Paragraph 301 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 301 are denied.

302.   Paragraph 302 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 302 are denied.

303.   Paragraph 303 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 303 are denied.

304.   Paragraph 304 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 304 are denied.

305.   Paragraph 305 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 305 are denied.

306.   Paragraph 306 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 306 are denied.

307.   Paragraph 307 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 307 are denied.

308.   Paragraph 308 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 308 are denied.

309.    Paragraph 309 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 309 are denied.

310.    Paragraph 310 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 310 are denied.

311.    Paragraph 311 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 311 are denied.

312.    Paragraph 312 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 312 are denied.

313.    Admitted in part; denied in part. Admitted that USAuPair ensures that host families pay the DOS-mandated stipend to au pairs. The remaining allegations in paragraph 313 are denied.

314.    Paragraph 314 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 314 are denied.

315.    Admitted.

316.    Paragraph 316 is a statement of law, to which no response is required. To the extent that a responsive pleading is required, the allegations in paragraph 316 are denied.

317.    Denied.

318.    Denied.

319.    Denied.

320.    Denied.

321.    Denied.

322.    Paragraph 322 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 322 are denied.

323.    Paragraph 323 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 323 are denied.

324.    Paragraph 324 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 324 are denied.

325.    Paragraph 325 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 325 are denied.

326.    Paragraph 326 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 326 are denied.

327.    Paragraph 327 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 327 are denied.

328.    Paragraph 328 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 328 are denied.

329.    Paragraph 329 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 329 are denied.

330.    Paragraph 330 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 330 are denied.

331.    Paragraph 331 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 331 are denied.

332.    Paragraph 332 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 332 are denied.

333.    Paragraph 333 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 333 are denied.

334.    Paragraph 334 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 334 are denied.

335.    Paragraph 335 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 335 are denied.

336.    Paragraph 336 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 336 are denied.

337.    Paragraph 337 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 337 are denied.

338.    Paragraph 338 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 338 are denied.

339.    Paragraph 339 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 339 are denied.

340.    Paragraph 340 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 340 are denied.

341.   Paragraph 341 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 341 are denied.

342.   Paragraph 342 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 342 are denied.

343.   Paragraph 343 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 343 are denied.

344.   344. Paragraph 344 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 344 are denied.

345.   Paragraph 345 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 345 are denied.

346.   Paragraph 346 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 346 are denied.

347.   Paragraph 347 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 347 are denied.

348.   Paragraph 348 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 348 are denied.

349.   Paragraph 349 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 349 are denied.

350.   Paragraph 350 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 350 are denied.

351.   Paragraph 351 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 351 are denied.

352.   Paragraph 352 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 352 are denied.

353.   Paragraph 353 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 353 are denied.

354.   Paragraph 354 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 354 are denied.

355.    Paragraph 355 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 355 are denied.

356.    Paragraph 356 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 356 are denied.

357.    Paragraph 357 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 357 are denied.

358.    Paragraph 358 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 358 are denied.

359.    Paragraph 359 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 359 are denied.

360.    Paragraph 360 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 360 are denied.

361.    Paragraph 361 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 361 are denied.

362.   Paragraph 362 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 362 are denied.

363.   Paragraph 363 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 363 are denied.

364.   Paragraph 364 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 364 are denied.

365.   Paragraph 365 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 365 are denied.

366.   Paragraph 366 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 366 are denied.

367.   Paragraph 367 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 367 are denied.

368.   Paragraph 368 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 368 are denied.

369.    Paragraph 369 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 369 are denied.

370.    Paragraph 370 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 370 are denied.

371.    Paragraph 371 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 371 are denied.

372.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 372 and therefore denies same.

373.    Paragraph 373 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 373 are denied.

374.    USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 374 and therefore denies same.

375.    Paragraph 375 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 375 are denied.

376.    Paragraph 376 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 376 are denied.

377.   Paragraph 377 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 377 are denied.

378.   Paragraph 378 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 378 are denied.

379.   Paragraph 379 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 379 are denied.

380.   Paragraph 380 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 380 are denied.

381.   Paragraph 381 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 381 are denied.

382.   Paragraph 382 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 382 are denied.

383.   Paragraph 383 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 383 are denied.

384.    Paragraph 384 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 384 are denied.

385.    Paragraph 385 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 385 are denied.

386.    Paragraph 386 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 386 are denied.

387.    Paragraph 387 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 387 are denied.

388.    Paragraph 388 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 388 are denied.

389.    Paragraph 389 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 389 are denied.

390.    Paragraph 390 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 390 are denied.

391.   Paragraph 391 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 391 are denied.

392.   Paragraph 392 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 392 are denied.

393.   Paragraph 393 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 393 are denied.

394.   Paragraph 394 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 394 are denied.

395.   Paragraph 395 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 395 are denied.

396.   Paragraph 396 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 396 are denied.

397.   Paragraph 397 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 397 are denied.

398.    Paragraph 398 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 398 are denied.

399.    Paragraph 399 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 399 are denied.

400.    Paragraph 400 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 400 are denied.

401.    Paragraph 401 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 401 are denied.

402.    Paragraph 402 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 402 are denied.

403.    Paragraph 403 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 403 are denied.

404.    Paragraph 404 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 404 are denied.

405.    Paragraph 405 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 405 are denied.

406.    Paragraph 406 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 406 are denied.

407.    Paragraph 407 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 407 are denied.

408.    Paragraph 408 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 408 are denied.

409.    Paragraph 409 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 409 are denied.

410.    Paragraph 410 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 410 are denied.

411.    Paragraph 411 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 411 are denied.

412.   Paragraph 412 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 412 are denied.

413.   Paragraph 413 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 413 are denied.

414.   Paragraph 414 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 414 are denied.

415.   Paragraph 415 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 415 are denied.

416.   Paragraph 416 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 416 are denied.

417.   Paragraph 417 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 417 are denied.

418.   Paragraph 418 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 418 are denied.

419.    Paragraph 419 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 419 are denied.

420.    Paragraph 420 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 420 are denied.

421.    Paragraph 421 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 421 are denied.

422.    Paragraph 422 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 422 are denied.

423.    Paragraph 423 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 423 are denied.

424.    Paragraph 424 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 424 are denied.

425.    Paragraph 425 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 425 are denied.

426.   Paragraph 426 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 426 are denied.

427.   Paragraph 427 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 427 are denied.

## RULE 23 CLASS ALLEGATIONS

428.   USAuPair repeats and realleges its responses to paragraphs 1 through 427 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

429.   Denied.

430.   Denied.

431.   Paragraph 431 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 431 are denied.

432.   Paragraph 432 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 432 are denied.

433.   Paragraph 433 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 433 are denied.

434.    Paragraph 434 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 434 are denied.

435.    Paragraph 435 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 435 are denied.

436.    Paragraph 436 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 436 are denied.

437.    Denied.

438.    Paragraph 438 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 438 are denied.

439.    Paragraph 439 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 439 are denied.

440.    Paragraph 440 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 440 are denied.

441.    Denied.

442.   Paragraph 442 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 442 are denied.

443.   Denied.

444.   Denied.

445.   Denied.

446.   Denied.

447.   Denied.

448.   Denied.

449.   Denied.

450.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 450 and therefore denies same.

451.   USAuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 451 and therefore denies same.

452.   Denied. The Noonan Defendants are no longer a party to this action.

453.   Denied.

454.   Denied.

## 29 U.S.C. § 216(B) COLLECTIVE ACTION ALLEGATIONS

455.   USAuPair repeats and realleges its responses to paragraphs 1 through 454 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

456.   Denied.

457.   USAuPair is without know or information sufficient to form a belief as to the truth of the allegations contained in paragraph 457 and therefore denies same.

458.   Paragraph 458 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 458 are denied.

459.   Paragraph 459 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 459 are denied.

460.   Paragraph 460 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 460 are denied.

461.   Paragraph 461 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 461 are denied.

462.   Paragraph 462 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 462 are denied.

463.   Paragraph 463 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 463 are denied.

464.    Paragraph 464 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 464 are denied.

465.    Denied.

## COUNT I: RESTRAINT OF TRADE IN VIOLATION OF 15 U.S.C. §§ 1 ET SEQ.

466.    USAuPair repeats and realleges its responses to paragraphs 1 through 465 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

467.    Denied.

468.    Denied.

469.    Denied.

470.    Denied.

471.    Denied.

472.    Denied.

473.    Denied.

474.    Denied.

## COUNT II: CIVIL RICO, 18 U.S.C. 1964(C)

475.    USAuPair repeats and realleges its responses to paragraphs 1 through 474 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

476.   Paragraph 476 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 476 are denied.

477.   Paragraph 477 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 477 are denied.

478.   Paragraph 478 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 478 are denied.

479.   Paragraph 479 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 479 are denied.

480.   Paragraph 480 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 480 are denied.

481.   Paragraph 481 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 481 are denied.

## COUNT III: BREACH OF FIDUCIARY DUTY UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA

482.   USAuPair repeats and realleges its responses to paragraphs 1 through 481 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

483.   Paragraph 483 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 483 are denied.

484.   Denied.

## COUNT IV: NEGLIGENT MISREPRESENTATION UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA

485.   USAuPair repeats and realleges its responses to paragraphs 1 through 484 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

486.   Paragraph 486 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 486 are denied.

487.   Denied.

## COUNT V: CONSTRUCTIVE FRAUD OR FRAUDULENT CONCEALMENT UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA

488.   USAuPair repeats and realleges its responses to paragraphs 1 through 487 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

489.   Paragraph 489 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 489 are denied.

490.   Denied.

## COUNT VI: CONSUMER PROTECTION UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA

491.   USAuPair repeats and realleges its responses to paragraphs 1 through 490 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

492.   Paragraph 492 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 492 are denied.

493.   Denied.

## COUNT VII: BREACH OF CONTRACT AND QUASI-CONTRACT[1]

494.   USAuPair repeats and realleges its responses to paragraphs 1 through 493 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

495.   Paragraph 495 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 495 are denied.

496.   Denied.

497.   Denied.

---

[1] The claims for breach of contract have been dismissed.

498.   Denied.

499.   Denied.

500.   Denied.

## COUNT VIII: FAILURE TO PAY MINIMUM WAGE AND OVERTIME IN VIOLATION OF THE FAIR LABOR STANDARDS ACT, 29 U.S.C. §§ 201 ET SEQ.

501.   USAuPair repeats and realleges its responses to paragraphs 1 through 500 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

502.   Paragraph 502 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 502 are denied.

503.   Paragraph 503 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 503 are denied.

504.   Paragraph 504 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 504 are denied.

505.   Paragraph 505 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 505 are denied.

506.   Paragraph 506 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 506 are denied.

507.    Paragraph 507 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 507 are denied.

508.    Paragraph 508 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 508 are denied.

509.    Paragraph 509 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 509 are denied.

510.    Paragraph 510 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 510 are denied.

511.    Paragraph 511 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 511 are denied.

512.    Paragraph 512 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 512 are denied.

## COUNT IX: CLAIMS FOR UNPAID WAGES UNDER THE LAWS OF THE SEVERAL STATES AND THE DISTRICT OF COLUMBIA[2]

513.    USAuPair repeats and realleges its responses to paragraphs 1 through 512 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

514.    Paragraph 514 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 514 are denied.

515.    Paragraph 515 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 515 are denied.

516.    Paragraph 516 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 516 are denied.

517.    Paragraph 517 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 517 are denied.

518.    Paragraph 518 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 518 are denied.

---

[2] The Claims for unpaid wages under the laws of Utah have been dismissed.

519.    Paragraph 519 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 519 are denied.

520.    Paragraph 520 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 520 are denied.

521.    Paragraph 521 makes no allegations regarding USAuPair and therefore no responsive pleading is required. To the extent a responsive pleading is required, the allegations in paragraph 521 are denied.

## COUNT X: VIOLATIONS OF NEW YORK WAGE ACT

522.    USAuPair repeats and realleges its responses to paragraphs 1 through 521 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

523.    Denied.

524.    Denied.

525.    Denied.

526.    Denied.

## COUNT XI: CLAIM FOR UNPAID WAGES UNDER COLORADO LAWS, INCLUDING C.R.S. §§ 8-6-101, ET SEQ. AS IMPLEMENTED BY 7 CCR 1103-1, C.R.S. § 8-4-101 ET SEQ., AND COMMON LAW CONTRACT AND EQUITABLE PRINCIPLES

527.    USAuPair repeats and realleges its responses to paragraphs 1 through 526 of the First Amended Complaint and incorporates the same by reference as if fully set forth herein.

528.    Paragraph 528 makes no allegations regarding USAuPair and the Noonans are no longer defendants in this action, therefore, no responsive pleading is required.

529.    Paragraph 529 makes no allegations regarding USAuPair and the Noonans are no longer defendants in this action, therefore, no responsive pleading is required.

530.    Paragraph 530 makes no allegations regarding USAuPair and the Noonans.

531.    Paragraph 531 makes no allegations regarding USAuPair and the Noonans are no longer defendants in this action, therefore, no responsive pleading is required.

532.    Paragraph 532 makes no allegations regarding USAuPair and the Noonans are no longer defendants in this action, therefore, no responsive pleading is required.

533.    Paragraph 533 makes no allegations regarding USAuPair and the Noonans are no longer defendants in this action, therefore, no responsive pleading is required.

## **DEMAND FOR JURY TRIAL**

534.    USAuPair demands a jury trial for all issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant USAuPair respectfully requests that:

a.  This Court decline to certify this action as a class action;

b.  This Court decline to maintain and certify this action as a collective action under 29 U.S.C. § 216(b);

c.  Enter judgment in USAuPair's favor as to Counts I (Sherman Act), II (Civil RICO), III (Breach of Fiduciary Duty), IV (Negligent Misrepresentation), V (Constructive Fraud and Fraudulent Concealment), VI (Consumer Protection), VII (Quasi Contract), VIII (FLSA), IX (State Wage Claims), and X (New York Wage Act); and

d.  Award such other and further relief as the Court may deem just and proper.

## SEPARATE DEFENSES

**AND NOW**, Each and every allegation in Plaintiffs' Complaint that is not admitted is expressly denied. In addition, and without assuming any burden of proof that would not otherwise be placed on USAuPair by law, USAuPair asserts the following separate defenses.

## SEPARATE DEFENSE I

The Complaint fails to state a claim or cause of action upon which relief can be granted.

## SEPARATE DEFENSE II

If Plaintiffs suffered any injuries, said damages are the result of the actions of third parties for which USAuPair is not responsible.

SEPARATE DEFENSE III

The Plaintiffs' claims are barred, in whole or in part, because the named plaintiffs are not proper class representatives.

SEPARATE DEFENSE IV

Neither a class nor a collective action would be appropriate or in conformity with applicable law.

SEPARATE DEFENSE V

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitation.

SEPARATE DEFENSE VI

Plaintiffs' claims are barred because Plaintiffs would be unjustly enriched if they would be allowed to recover any part of the damages alleged in the complaint.

SEPARATE DEFENSE VII

Certain of Plaintiffs' claims are preempted by federal law.

SEPARATE DEFENSE VIII

There is no liability because no host family was an agent or employee of USAuPair.

SEPARATE DEFENSE IX

Some activities alleged to be compensable are not compensable as prescribed by the Portal-to-Portal Act 29 U.S.C. §§ 254 et seq.

SEPARATE DEFENSE X

Certain of Plaintiffs' claims are barred because Plaintiffs failed to exhaust their administrative remedies.

SEPARATE DEFENSE XI

All conduct by USAuPair was in good faith and with reasonable grounds for believing that such conduct comported with the law and the requirements of the United States Department of State.

SEPARATE DEFENSE XII

There can be no liability because USAuPair was acting in accordance with a bona fide custom and practice.

SEPARATE DEFENSE XIII

Colorado law specifically is not applicable to USAuPair as there is an exclusion of the law for persons acting as au pairs.

SEPARATE DEFENSE XIV

The relief sought by Plaintiffs is barred, in whole or in part, because the alleged damages sought are too speculative and uncertain, and because of the impossibility of the ascertainment and allocation of such damages.

SEPARATE DEFENSE XV

Plaintiffs' claims are barred because USAuPair's actions have been pro-competitive and did not lessen competition in the market.

SEPARATE DEFENSE XVI

Plaintiffs' claims are barred, in whole or in part, because any and all of USAuPair's conduct has been reasonable and based on independent, legitimate business and economic justifications.

## SEPARATE DEFENSE XVII

Plaintiffs' claims are barred, in whole or in part, because plaintiffs have not suffered antitrust injury proximately caused by the conduct of USAuPair and/or have not suffered, and will not suffer, injury of the type the antitrust laws were designed to prevent.

## SEPARATE DEFENSE XVIII

Plaintiffs' claims are barred, in whole or in part, because of conduct of which plaintiffs complain is reasonable and justified, has not, and will not substantially lessen competition in any relevant market, tend to create a monopoly, or injure, destroy, or prevent competition.

## SEPARATE DEFENSE XIX

Plaintiffs' claims are barred, in whole or in part, because the claims are governed by the rule of reason, and plaintiffs have not alleged and cannot prove the elements of a rule of reason claim. In particular, the procompetitive benefits of the conduct alleged by plaintiffs outweigh any alleged anticompetitive effects.

## SEPARATE DEFENSE XX

Plaintiffs' claims are barred because they have not alleged a properly defined relevant product (or service) and geographic markets.

## SEPARATE DEFENSE XXI

Plaintiffs' claims are barred because USAuPair reasonably relied upon the weekly stipend designated by the DOS and/or the DOL to be paid to participants in the au pair exchange program, specifically including the credit for room and board. The

weekly stipend paid by host families to participants in the USAuPair au pair exchange program, including the credit for room and board, is consistent with, and authorized by, the statutory and regulatory rules and regulations governing the au pair exchange program.

## SEPARATE DEFENSE XXII

If, for some reason, any or all of the alleged acts and omissions of USAuPair were not within the scope of conduct authorized by the DOS, such a situation was not reasonably foreseeable by USAuPair.

## SEPARATE DEFENSE XXIII

Plaintiffs' claims are barred, in whole or in part, by the Noerr-Pennington doctrine, the federal instrumentality doctrine, the state action doctrine and/or the doctrine of implied immunity. Plaintiffs' claims are further barred because the alleged conduct that is the subject of the Complaint was caused by, due to, based upon, or in response from directives, laws, regulations, authorizations, policies and/or acts of government and/or their agencies.

## SEPARATE DEFENSE XXIV

Plaintiffs' claims are barred, in whole or in part, because plaintiffs lack antitrust standing.

## SEPARATE DEFENSE XXV

Plaintiffs' claims are barred, in whole or in part, because plaintiffs are not direct sellers of any product or service to USAuPair.

SEPARATE DEFENSE XXVI

Plaintiffs' claims for equitable relief are barred, in whole or in part, because plaintiffs lack standing to seek such relief.

SEPARATE DEFENSE XXVII

USAuPair adopts by reference any applicable defense pleaded by any other defendant that is not set forth in this answer.

SEPARATE DEFENSE XXVIII

USAuPair reserves the right to assert additional separate defenses if and when they become known through investigation and discovery.

DATED this 21st day of April, 2016.

Respectfully Submitted,

/s/ William J. Kelly III
William J. Kelly III, No. 38749
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, Colorado 80202
720.236.1800 (telephone)
720.236.1799 (Facsimile)
Email: wkelly@kellywalkerlaw.com

ATTORNEY FOR DEFENDANT
USAUPAIR

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 21, 2016, I electronically filed the foregoing Defendant USAuPair's Answer to Plaintiffs' First Amended Complaint and Jury Demand VIA CM/ECF which will send notification of such filing to the following email addresses:

**Lauren Fleischer Louis**
llouis@bsfllp.com
**Sigrid Stone McCawley**
smccawley@bsfllp.com
**Matthew Lane Schwartz**
mlschwartz@bsfllp.com
**Peter Murray Skinner**
pskinner@bsfllp.com
**Randall Wade Jackson**
rjackson@bsfllp.com
**Alexander Hood**
alex@towardsjustice.org
**Bogdan Enica**
bogdane@hotmail.com
**Brian A. Birenbach**
brian@rietzlawfirm.com
**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com
**Christian D. Hammond**
chammond@duffordbrown.com
**Heather F. Vickles**
hvickles@shermanhoward.com
**Kathryn A. Reilly**
reilly@wtotrial.com
**William L. Monts III**
William.monts@hoganlovells.com
**Donald J. Gentile**
dgentile@lawson-weitzen.com

**Toren G. E. Mushovic**
mushovic@wtotrial.com
**James E. Hartley**
jhartley@hollandhart.com
**John R. Mann**
jmann@gordonrees.com
**Lawrence D. Stone**
lstone@duffordbrown.com
**Lawrence L. Lee**
llee@laborlawyers.com
**Martin J. Estevao**
mestevao@armstrongteasdale.com
**Martha L. Fitzgerald**
mfitzgerald@bhfs.com
**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com
**Raymond M. Deeny**
rdeeny@shermanhoward.com
**Thomas B. Quinn**
tquinn@gordonrees.com
**Susan M. Schaecher**
sschaecher@laborlawyers.com
**Erica L. Herrera**
eherrera@shermanhoward.com
**Jeffrey P. Allen**
allen@lawson-weitzen.com
**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

_/s/ William J. Kelly III_
William J. Kelly III