IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEEELEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
and those similarly situated

Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR;
AGENT AU PAIR; INC.;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR; and
20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

**DEFENDANT EXPERT AUPAIR'S ANSWER TO FIRST AMENDED COMPLAINT**

---

Expert Group International Inc., d/b/a Expert AuPair ("Expert AuPair") hereby

answers the First Amended Complaint as follows:

## INTRODUCTORY STATEMENT

1.      Expert AuPair admits that the Mutual Educational and Cultural Exchange Act of 1961, 22 U.S.C. § 2451, *et seq*. indicates that Congress created the exchange visitor programs to "enable the Government of the United States to increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchange; [...] to promote international cooperation for educational and cultural advancement; and thus to assist in the development of friendly, sympathetic, and peaceful relations between the United States and the other countries of the world." Expert AuPair also admits that under the au pair program, "foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family". 22 CFR 62.31. Expert AuPair denies the remaining allegations in paragraph 1.

2.      Expert AuPair admits that at the date of filing the Amended Complaint 15 organizations were authorized by the Department of State ("DOS") to place au pairs with American families. Expert AuPair denies the remaining allegations in paragraph 2.

3.      Expert AuPair denies the allegations in paragraph 3.

4.      Expert AuPair admits that government agencies oversee the au pair program. Expert AuPair denies the remaining allegations in paragraph 4.

5.      Expert AuPair denies the allegations in paragraph 5.

6.      Expert AuPair denies the allegations in paragraph 6.

7.      Expert AuPair denies the allegations in paragraph 7.

8.      Expert AuPair denies the allegations in paragraph 8.

9.      Admitted that the au pair participants in the Expert Au Pair program are successfully placed and have excellent experiences.  Expert AuPair denies the remaining allegations in paragraph 9.

10.     Expert AuPair denies the allegations in paragraph 10.

11.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Plaintiffs being recruited in South Africa or Columbia; Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the Plaintiffs being directed to attend training; Expert AuPair denies the remaining allegations in paragraph 11.

12.     Expert AuPair denies the allegations in paragraph 12.

## NATURE OF ACTION

13.     Expert AuPair admits that plaintiff seek the relief set forth in paragraph 13.  Expert AuPair denies the allegations contained in the rest of paragraph. Expert AuPair denies with particularity that it has violated state or federal antitrust laws and denies that plaintiffs are entitled to any relief whatsoever.

14.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 14, and therefore denies the same. Expert AuPair denies that plaintiffs are entitled to any relief whatsoever.

15.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 15, and therefore denies the same. Expert AuPair denies that plaintiffs are entitled to any relief whatsoever.

**JURISDICTION AND VENUE**

16.     Expert AuPair does not contest jurisdiction.

17.     Expert AuPair does not contest venue. Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegation that other sponsor defendants sponsor au pairs in Colorado. The remaining allegations in paragraph 17 are denied.

**Parties**

18.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 18, and therefore denies the same.

19.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and therefore denies the same.

20.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and therefore denies the same.

21.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and therefore denies the same.

22.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22, and therefore denies the same.

23.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23, and therefore denies the same.

24.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24, and therefore denies the same.

25.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25, and therefore denies the same.

26.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26, and therefore denies the same.

27.     Expert AuPair admits that it is a business entity that at the time of filing the Amended Complaint had its principal place of business at 111 Second Avenue NE, Suite 213, St. Petersburg, Florida 33701.

28.     Expert AuPair is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28, and therefore denies the same.

29.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 29, and therefore denies the same.

30.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 30, and therefore denies the same.

31.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 31, and therefore denies the same.

32.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 32, and therefore denies the same.

33.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 33, and therefore denies the same.

34.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 34, and therefore denies the same.

35.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 35, and therefore denies the same.

36.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 36, and therefore denies the same.

37.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 37, and therefore denies the same.

38.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 38, and therefore denies the same.

39.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 39, and therefore denies the same.

40.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 40, and therefore denies the same.

41.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 41, and therefore denies the same.

## STATEMENT OF ALLEGED FACTS

42.     Expert AuPair denies the allegations in paragraph 42.

43.     Expert AuPair admits that participants in the au pair program must be in J-1 status, and that the au pair program is one of several J-1 status "cultural exchange" programs overseen by DOS. Expert AuPair further admits that the au pair program is carried out under the authority of the Mutual Educational and Cultural Exchange Act of 1961, as amended, as well as the applicable regulations issued by DOS.  Expert AuPair denies the remaining allegations in paragraph 43.

44.     Expert AuPair admits that, pursuant to the regulations governing the au pair exchange program that are set forth in 22 CFR 62.31 *et seq*., participants in the au pair program must be between the ages of 18 and 26, must have a secondary school education (or equivalent), and must be proficient in spoken English.  Additionally, Expert AuPair admits that foreign nationals participating in the au pair program "are afforded the opportunity to live with an American host family and participate directly in the home life of the host family.  All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation."  22 CFR 62.31(a).  Expert AuPair further admits that the host families provide participants in the au pair program a suitable private bedroom, daily meals, and a weekly stipend.  Expert AuPair denies the remaining allegations in paragraph 44.

45.     Expert AuPair admits that the State Department authorizes certain entities to act as sponsors in the au pair program.  Expert AuPair admits that all of the entities authorized to serve as sponsors were named as defendants in this case.  Expert AuPair denies the remaining allegations in paragraph 45.

46.     AuPair admits that sponsors are the only entities authorized by the State Department to place au pairs with host families in the United States.  Expert AuPair further admits that the placement of au pairs with a host family is governed by DOS regulations.  Expert AuPair denies the remaining allegations in paragraph 46.

47.     Answering paragraph 47, Expert AuPair admits that it is a for-profit entity that has generated revenue from program fees. Expert AuPair lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 47, and therefore denies the same.

48.     Answering paragraph 48, Expert AuPair admits that State Department regulations govern the au pair program and state in part that au pairs: (1) Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor [...];  (2) Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week [...]; (3) Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and (4) Receive two weeks of paid vacation.  22 CFR 62.31(j).  Expert AuPair denies the remaining allegations in paragraph 48.

49.     Expert AuPair denies the allegations in paragraph 49.

50.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 50, and therefore denies the same.

51.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 51, and therefore denies the same.

52.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 52, and therefore denies the same.

53.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 53, and therefore denies the same.

54.     Expert AuPair denies the allegations in paragraph 54.

55.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 55, and therefore denies the same.

56.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 56, and therefore denies the same.

57.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 57, and therefore denies the same.

58.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 58, and therefore denies the same.

59.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 59, and therefore denies the same.

60.     Expert AuPair admits that USIA issued final regulations in 1995. Without citation, these paragraphs purport to quote selectively from those regulations and the accompanying statements by USIA.  Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 60.

61.     USIA regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 61.

62.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 62, and therefore denies the same.

63.     Expert AuPair denies the allegations in paragraph 63.

64.     Expert Au Pair admits that 22 C.F.R. § 63.31(j)(1) governs the au pair exchange visitor program. Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 64.

65.     Expert AuPair denies the allegations in paragraph 65.

66.     Expert AuPair denies the allegations in paragraph 66.

67.     Expert AuPair denies the allegations in paragraph 67.

68.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 68, and therefore denies the same. Expert AuPair specifically denies that the sponsors "have a cartel."

69.     Expert AuPair denies the allegations in paragraph 69.

70.     Expert AuPair denies the allegations in paragraph 70.

71.     Expert AuPair admits that the sponsors are the only entities authorized to serve as sponsoring organizations in the au pair program.  Expert AuPair denies the remaining allegations in paragraph 71.

72.     Expert AuPair admits that the sponsor defendants are the only entities authorized by DOS to sponsor participants in the au pair program in the United States.  Expert AuPair denies the remaining allegations in paragraph 72.

73.     Expert AuPair admits that "sponsors compete with one another." Expert AuPair denies the remaining allegations in paragraph 73.

74.     Expert AuPair admits that "sponsors compete with one another." Expert AuPair denies the remaining allegations in paragraph 74.

75.     Expert AuPair denies the allegations in paragraph 75.

76.     Expert AuPair denies the allegations in paragraph 76.

77.     Expert AuPair denies the allegations in paragraph 77.

78.     Expert AuPair denies the allegations in paragraph 78.

79.     Expert AuPair denies the allegations in paragraph 79.

80.     Expert AuPair admits that DOS oversees the au pair exchange visitor program.

81.     Expert AuPair denies the allegations in paragraph 81.

82.     Answering paragraph 82, Expert AuPair admits that 22 CFR 62.31(j) states in part that au pairs are to be "compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor . . . ." .  Those regulations and statements speak for themselves and no further answer is required.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 82.

83.     Expert AuPair admits that the participants in the program may work a maximum of 45 hours/week. Expert AuPair denies the remaining allegations in paragraph 83.

84.     Expert AuPair denies the allegations in paragraph 84.

85.     Expert AuPair denies the allegations in paragraph 85.

86.     Expert AuPair denies the allegations in paragraph 86.

87.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 87, and therefore denies the same.

88.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 88, and therefore denies the same.

89.     Expert AuPair denies the allegations in paragraph 89.

90.     Expert AuPair denies the allegations in paragraph 90.

91.     Expert AuPair denies the allegations in paragraph 91 in its entirety.

92.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 92, and therefore denies the same.

93.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 93, and therefore denies the same.

94.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 94, and therefore denies the same.

95.     Expert AuPair denies the allegations in paragraph 95.

96.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 96, and therefore denies the same.

97.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 97, and therefore denies the same.

98.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 98, and therefore denies the same.

99.     Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 99, and therefore denies the same.

100.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 100, and therefore denies the same.

101.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 101, and therefore denies the same.

102.    Expert AuPair admits that the information presented was a snippet of a table that existed on Expert AuPair website. Crucially, the table included an explanation for the amount of 195.75 stating: "You can pay more [...]," a fact that was omitted from the Amended Complaint.  Expert AuPair denies the remaining allegations in paragraph 102.

103.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 103, and therefore denies the same.

104.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 104, and therefore denies the same.

105.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 105, and therefore denies the same.

106.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 106, and therefore denies the same.

107.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 107, and therefore denies the same.

108.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 108, and therefore denies the same.

109.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 109, and therefore denies the same.

110.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 110, and therefore denies the same.

111.    Expert AuPair denies the allegations in paragraph 111.

112.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 112, and therefore denies the same.

113.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 113, and therefore denies the same.

114.    Expert AuPair admits that it's advertising in compliance with DOS regulations. Expert AuPair denies the remaining allegations in paragraph 114.

115.    Expert AuPair denies the allegations in paragraph 115.

116.    Expert AuPair denies the allegations in paragraph 116.

117.    Expert AuPair denies the allegations in paragraph 117.

118.    Expert AuPair denies the allegations in paragraph 118.

119.    Expert AuPair denies the allegations in paragraph 119.

120.    Expert AuPair denies the allegations in paragraph 120.

121.    Expert AuPair denies the allegations in paragraph 121.

122.    Expert AuPair admits that some foreign nationals seek to participate in the au pair program as a means for experiencing life in the United States. Expert AuPair denies the remaining allegations in paragraph 122.

123.    Expert AuPair denies the allegations in paragraph 123.

124.    Expert AuPair denies the allegations in paragraph 124.

125.    Expert AuPair denies the allegations in paragraph 125.

126.    Expert AuPair admits that it is a member of an association called the Alliance for International Education and Cultural Exchange, which is referred to in paragraph 126 as the "Alliance."  Expert AuPair denies the remaining allegations in paragraph 126.

127.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 127, and therefore denies the same.

128.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 128, and therefore denies the same.

129.    Expert AuPair denies the allegations in paragraph 129.

130.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 130, and therefore denies the same.

131.    Expert AuPair denies the allegations in paragraph 131.

132.    Expert AuPair denies the allegations in paragraph 132.

133.    Expert AuPair denies the allegations in paragraph 133.

134.    Expert AuPair denies the allegations in paragraph 134.

135.    Expert AuPair denies the allegations in paragraph 135.

136.    Expert AuPair denies the allegations in paragraph 136.

137.    Expert AuPair denies the allegations in paragraph 137.

138.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 138, and therefore denies the same.

139.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 139, and therefore denies the same.

140.    Expert AuPair denies the allegations in paragraph 140.

141.    Expert AuPair denies the allegations in paragraph 141.

142.    Expert AuPair denies the allegations in paragraph 142.

143.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 143, and therefore denies the same.

144.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 144, and therefore denies the same.

145.    Expert AuPair denies the allegations in paragraph 145.

146.    Expert AuPair denies the allegations in paragraph 146.

147.    Expert AuPair denies the allegations in paragraph 147.

148.    Expert AuPair denies the allegations in paragraph 148.

149.    Expert AuPair denies the allegations in paragraph 149.

150.    Expert AuPair denies the allegations in paragraph 150.

151.    Expert AuPair denies the allegations in paragraph 151.

152.    Expert AuPair understands that the allegations contained in paragraph 152 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 152, Expert AuPair denies those allegations.

153.    Expert AuPair understands that the allegations contained in paragraph 153 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 153, Expert AuPair denies those allegations.

154.    Expert AuPair understands that the allegations contained in paragraph 154 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 154, Expert AuPair denies those allegations.

155.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 155, and therefore denies the same.

156.    Expert AuPair denies the allegations in paragraph 156.

157.    Expert AuPair understands that the allegations contained in paragraph 157 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 157, Expert AuPair denies those allegations.

158.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 158, and therefore denies the same.

159.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 155, and therefore denies the same.

160.    The opinion letter is in writing and speaks for itself.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 160.

161.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 161, and therefore denies the same.

162.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 162.

163.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 163.

164.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 164, and therefore denies the same.

165.    The DOS notice entitled is in writing and speaks for itself.  Expert AuPair denies any interpretation and the remaining allegations in paragraph 165.

166.    Expert AuPair denies the allegations in paragraph 166.

167.    Expert AuPair admits that it understands the amount of the weekly stipend as designated by DOS is the minimum required.  The remaining allegations in paragraph 167 are denied.

168.    Expert AuPair admits that has access to regulations related to the au pair program. The remaining allegations in paragraph 168 are denied.

169.    Expert AuPair denies the allegations in paragraph 169.

170.    Expert AuPair admits that its website mentioned that $195.75 per week is the minimum required. Expert AuPair lacks knowledge or information sufficient

to form a belief about the truth of the rest of the allegations in paragraph 170 and therefore denies the same.

171.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 171, and therefore denies the same.

172.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 172, and therefore denies the same.

173.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 173, and therefore denies the same.

174.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 174, and therefore denies the same.

175.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 175, and therefore denies the same.

176.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 176, and therefore denies the same.

177.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 177, and therefore denies the same.

178.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 178, and therefore denies the same.

179.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 179, and therefore denies the same.

180.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 180, and therefore denies the same.

181.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 181, and therefore denies the same.

182.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 182, and therefore denies the same.

183.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 183, and therefore denies the same.

184.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 184, and therefore denies the same.

185.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 185, and therefore denies the same.

186.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 186, and therefore denies the same.

187.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 187, and therefore denies the same.

188.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 188, and therefore denies the same.

189.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 189, and therefore denies the same.

190.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 190, and therefore denies the same.

191.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 191, and therefore denies the same.

192.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 192, and therefore denies the same.

193.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 193, and therefore denies the same.

194.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 194, and therefore denies the same.

195.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 195, and therefore denies the same.

196.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 196, and therefore denies the same.

197.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 197, and therefore denies the same.

198.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 198, and therefore denies the same.

199.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 199, and therefore denies the same.

200.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 200, and therefore denies the same.

201.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 201, and therefore denies the same.

202.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 202, and therefore denies the same.

203.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 203, and therefore denies the same.

204.    Expert AuPair understands that the allegations contained in paragraph 204 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 204, Expert AuPair denies those allegations.

205.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 205, and therefore denies the same.

206.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 206, and therefore denies the same.

207.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 207, and therefore denies the same.

208.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 208, and therefore denies the same.

209.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 209, and therefore denies the same.

210.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 210, and therefore denies the same.

211.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 211, and therefore denies the same.

212.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 212, and therefore denies the same.

213.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 213, and therefore denies the same.

214.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 214, and therefore denies the same.

215.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 215, and therefore denies the same.

216.    Expert AuPair understands that the allegations contained in paragraph 216 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 216, Expert AuPair denies those allegations.

217.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 217, and therefore denies the same.

218.    Expert AuPair understands that the allegations contained in paragraph 218 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 218, Expert AuPair denies those allegations.

219.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 219, and therefore denies the same.

220.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 220, and therefore denies the same.

221.    Expert AuPair understands that the allegations contained in paragraph 221 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 221, Expert AuPair denies those allegations.

222.    Expert AuPair understands that the allegations contained in paragraph 222 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 222, Expert AuPair denies those allegations.

223.    Expert AuPair understands that the allegations contained in paragraph 223 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 223, Expert AuPair denies those allegations.

224.    Expert AuPair understands that the allegations contained in paragraph 224 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 224, Expert AuPair denies those allegations.

225.    Expert AuPair understands that the allegations contained in paragraph 225 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 225, Expert AuPair denies those allegations.

226.    Expert AuPair understands that the allegations contained in paragraph 226 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 226, Expert AuPair denies those allegations.

227.    Expert AuPair understands that the allegations contained in paragraph 227 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 227, Expert AuPair denies those allegations.

228.    Expert AuPair understands that the allegations contained in paragraph 228 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 228, Expert AuPair denies those allegations.

229.    Expert AuPair understands that the allegations contained in paragraph 229 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 229, Expert AuPair denies those allegations.

230.    Expert AuPair denies the allegations in paragraph 230.

231.    Expert AuPair understands that the allegations contained in paragraph 231 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 231, Expert AuPair denies those allegations.

232.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 232, and therefore denies the same.

233.    Expert AuPair understands that the allegations contained in paragraph 233 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 233, Expert AuPair denies those allegations.

234.    Expert AuPair understands that the allegations contained in paragraph 234 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 234, Expert AuPair denies those allegations.

235.    Expert AuPair understands that the allegations contained in paragraph 235 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 235, Expert AuPair denies those allegations.

236.    Expert AuPair understands that the allegations contained in paragraph 236 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 236, Expert AuPair denies those allegations.

237.    Expert AuPair understands that the allegations contained in paragraph 237 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 237, Expert AuPair denies those allegations.

238.    Expert AuPair understands that the allegations contained in paragraph 238 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 238, Expert AuPair denies those allegations.

239.    Expert AuPair understands that the allegations contained in paragraph 239 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 239, Expert AuPair denies those allegations.

240.    Expert AuPair denies the allegations in paragraph 240.

241.    Expert AuPair understands that the allegations contained in paragraph 241 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 241, Expert AuPair denies those allegations.

242.    Expert AuPair understands that the allegations contained in paragraph 242 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 242, Expert AuPair denies those allegations.

243.    Expert AuPair understands that the allegations contained in paragraph 243 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 243, Expert AuPair denies those allegations.

244.    Expert AuPair understands that the allegations contained in paragraph 244 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 244, Expert AuPair denies those allegations.

245.    Expert AuPair understands that the allegations contained in paragraph 245 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 245, Expert AuPair denies those allegations.

246.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 246, and therefore denies the same.

247.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 247, and therefore denies the same.

248.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 248, and therefore denies the same.

249.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 249, and therefore denies the same.

250.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 250, and therefore denies the same.

251.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 251, and therefore denies the same.

252.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 252, and therefore denies the same.

253.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 253, and therefore denies the same.

254.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 254, and therefore denies the same.

255.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 255, and therefore denies the same.

256.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 256, and therefore denies the same.

257.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 257, and therefore denies the same.

258.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 258, and therefore denies the same.

259.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 259, and therefore denies the same.

260.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 260, and therefore denies the same.

261.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 261, and therefore denies the same.

262.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 262, and therefore denies the same.

263.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 263, and therefore denies the same.

264.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 264, and therefore denies the same.

265.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 265, and therefore denies the same.

266.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 266, and therefore denies the same.

267.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 267, and therefore denies the same.

268.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 268, and therefore denies the same.

269.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 269, and therefore denies the same.

270.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 270, and therefore denies the same.

271.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 271, and therefore denies the same.

272.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 272, and therefore denies the same.

273.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 273, and therefore denies the same.

274.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 274, and therefore denies the same.

275.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 275, and therefore denies the same.

276.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 276, and therefore denies the same.

277.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 277, and therefore denies the same.

278.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 278, and therefore denies the same.

279.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 279, and therefore denies the same.

280.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 280, and therefore denies the same.

281.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 281, and therefore denies the same.

282.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 282, and therefore denies the same.

283.    Expert AuPair understands that the allegations contained in paragraph 283 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 283, Expert AuPair denies those allegations.

284.    Expert AuPair understands that the allegations contained in paragraph 284 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 284, Expert AuPair denies those allegations.

285.    Expert AuPair understands that the allegations contained in paragraph 285 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 285, Expert AuPair denies those allegations.

286.    Expert AuPair understands that the allegations contained in paragraph 286 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 286, Expert AuPair denies those allegations.

287.    Expert AuPair understands that the allegations contained in paragraph 287 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 287, Expert AuPair denies those allegations.

288.    Expert AuPair understands that the allegations contained in paragraph 288 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 288, Expert AuPair denies those allegations.

289.    Expert AuPair understands that the allegations contained in paragraph 289 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 289, Expert AuPair denies those allegations.

290.    Expert AuPair understands that the allegations contained in paragraph 290 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 290, Expert AuPair denies those allegations.

291.    Expert AuPair understands that the allegations contained in paragraph 291 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 291, Expert AuPair denies those allegations.

292.    Expert AuPair understands that the allegations contained in paragraph 292 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 292, Expert AuPair denies those allegations.

293.    Expert AuPair understands that the allegations contained in paragraph 293 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 293, Expert AuPair denies those allegations.

294.    Expert AuPair understands that the allegations contained in paragraph 294 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 294, Expert AuPair denies those allegations.

295.    Expert AuPair understands that the allegations contained in paragraph 295 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 295, Expert AuPair denies those allegations.

296.    Expert AuPair understands that the allegations contained in paragraph 296 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 296, Expert AuPair denies those allegations.

297.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 297, and therefore denies the same.

298.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 298, and therefore denies the same.

299.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 299, and therefore denies the same.

300.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 300, and therefore denies the same.

301.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 301, and therefore denies the same.

302.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 302, and therefore denies the same.

303.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 303, and therefore denies the same.

304.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 304, and therefore denies the same.

305.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 305, and therefore denies the same.

306.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 306, and therefore denies the same.

307.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 307, and therefore denies the same.

308.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 308, and therefore denies the same.

309.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 309, and therefore denies the same.

310.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 310, and therefore denies the same.

311.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 311, and therefore denies the same.

312.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 312, and therefore denies the same.

313.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 313, and therefore denies the same.

314.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 314, and therefore denies the same.

315.    Expert AuPair understands that the allegations contained in paragraph 315 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 315, Expert AuPair admits paragraph 315.

316.    Expert AuPair understands that the allegations contained in paragraph 316 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair and the au pair program in paragraph 316, Expert AuPair denies those allegations.

317.    Expert AuPair understands that the allegations contained in paragraph 317 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 317, Expert AuPair denies those allegations.

318.    Expert AuPair understands that the allegations contained in paragraph 318 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 318, Expert AuPair denies those allegations.

319.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 319, and therefore denies the same.

320.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 320, and therefore denies the same.

321.    Expert AuPair understands that the allegations contained in paragraph 321 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 321, Expert AuPair denies those allegations.

322.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 322, and therefore denies the same.

323.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 323, and therefore denies the same.

324.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 324, and therefore denies the same.

325.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 325, and therefore denies the same.

326.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 326, and therefore denies the same.

327.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 327, and therefore denies the same.

328.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 328, and therefore denies the same.

329.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 329, and therefore denies the same.

330.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 330, and therefore denies the same.

331.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 331, and therefore denies the same.

332.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 332, and therefore denies the same.

333.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 333, and therefore denies the same.

334.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 334, and therefore denies the same.

335.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 335, and therefore denies the same.

336.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 336, and therefore denies the same.

337.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 337, and therefore denies the same.

338.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 338, and therefore denies the same.

339.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 339, and therefore denies the same.

340.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 340, and therefore denies the same.

341.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 341, and therefore denies the same.

342.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 342, and therefore denies the same.

343.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 343, and therefore denies the same.

344.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 344, and therefore denies the same.

345.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 345, and therefore denies the same.

346.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 346, and therefore denies the same.

347.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 347, and therefore denies the same.

348.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 348, and therefore denies the same.

349.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 349, and therefore denies the same.

350.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 350, and therefore denies the same.

351.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 351, and therefore denies the same.

352.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 352, and therefore denies the same.

353.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 353, and therefore denies the same.

354.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 354, and therefore denies the same.

355.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 355, and therefore denies the same.

356.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 356, and therefore denies the same.

357.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 357, and therefore denies the same.

358.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 358, and therefore denies the same.

359.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 359, and therefore denies the same.

360.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 360, and therefore denies the same.

361.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 361, and therefore denies the same.

362.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 362, and therefore denies the same.

363.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 363, and therefore denies the same.

364.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 364, and therefore denies the same.

365.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 365, and therefore denies the same.

366.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 366, and therefore denies the same.

367.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 367, and therefore denies the same.

368.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 368, and therefore denies the same.

369.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 369, and therefore denies the same.

370.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 370, and therefore denies the same.

371.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 371, and therefore denies the same.

372.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 372, and therefore denies the same.

373.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 373, and therefore denies the same.

374.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 374, and therefore denies the same.

375.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 375, and therefore denies the same.

376.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 376, and therefore denies the same.

377.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 377, and therefore denies the same.

378.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 378, and therefore denies the same.

379.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 379, and therefore denies the same.

380.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 380, and therefore denies the same.

381.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 381, and therefore denies the same.

382.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 382, and therefore denies the same.

383.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 383, and therefore denies the same.

384.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 384, and therefore denies the same.

385.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 385, and therefore denies the same.

386.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 386, and therefore denies the same.

387.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 387, and therefore denies the same.

388.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 388, and therefore denies the same.

389.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 389, and therefore denies the same.

390.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 390, and therefore denies the same.

391.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 391, and therefore denies the same.

392.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 392, and therefore denies the same.

393.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 393, and therefore denies the same.

394.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 394, and therefore denies the same.

395.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 395, and therefore denies the same.

396.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 396, and therefore denies the same.

397.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 397, and therefore denies the same.

398.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 398, and therefore denies the same.

399.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 399, and therefore denies the same.

400.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 400, and therefore denies the same.

401.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 401, and therefore denies the same.

402.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 402, and therefore denies the same.

403.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 403, and therefore denies the same.

404.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 404, and therefore denies the same.

405.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 405, and therefore denies the same.

406.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 406, and therefore denies the same.

407.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 407, and therefore denies the same.

408.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 408, and therefore denies the same.

409.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 409, and therefore denies the same.

410.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 410, and therefore denies the same.

411.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 411, and therefore denies the same.

412.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 412, and therefore denies the same.

413.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 413, and therefore denies the same.

414.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 414, and therefore denies the same.

415.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 415, and therefore denies the same.

416.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 416, and therefore denies the same.

417.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 417, and therefore denies the same.

418.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 418, and therefore denies the same.

419.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 419, and therefore denies the same.

420.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 420, and therefore denies the same.

421.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 421, and therefore denies the same.

422.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 422, and therefore denies the same.

423.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 423, and therefore denies the same.

424.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 424, and therefore denies the same.

425.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 425, and therefore denies the same.

426.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 426, and therefore denies the same.

427.    Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 427, and therefore denies the same.

## CLASS ACTION ALLEGATIONS

428.    Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint in response to paragraph 428.

429.    Expert AuPair denies the allegations in paragraph 429 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

430.    Expert AuPair denies the allegations in paragraph 430 and denies that certification of a class in this case would be proper under Rule 23 of the Federal Rules of Civil Procedure.

431.    Expert AuPair understands that the allegations contained in paragraph 431 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 431, Expert AuPair denies those allegations.

432.    Expert AuPair understands that the allegations contained in paragraph 432 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 432, Expert AuPair denies those allegations.

433.    Expert AuPair understands that the allegations contained in paragraph 433 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 433, Expert AuPair denies those allegations.

434.    Expert AuPair understands that the allegations contained in paragraph 434 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 434, Expert AuPair denies those allegations.

435.    Expert AuPair understands that the allegations contained in paragraph 435 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 435, Expert AuPair denies those allegations.

436.    Expert AuPair understands that the allegations contained in paragraph 436 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 436, Expert AuPair denies those allegations.

437.    Expert AuPair understands that the allegations contained in paragraph 437 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 437, Expert AuPair denies those allegations.

438.    Expert AuPair understands that the allegations contained in paragraph 438 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 438, Expert AuPair denies those allegations.

439.    Expert AuPair understands that the allegations contained in paragraph 439 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 439, Expert AuPair denies those allegations.

440.    Expert AuPair understands that the allegations contained in paragraph 440 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 440, Expert AuPair denies those allegations.

441.    Expert AuPair understands that the allegations contained in paragraph 441 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 441, Expert AuPair denies those allegations.

442.    Expert AuPair understands that the allegations contained in paragraph 442 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 442, Expert AuPair denies those allegations.

443.   Expert AuPair denies the allegations in paragraph 443.

444.   Expert AuPair denies the allegations in paragraph 444.

445.   Expert AuPair denies the allegations in paragraph 445.

446.   Expert AuPair denies the allegations in paragraph 446.

447.   Expert AuPair denies the allegations in paragraph 447

448.   Expert AuPair denies the allegations in paragraph 448.

449.   Expert AuPair denies the allegations in paragraph 449.

450.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 450, and therefore denies the same.

451.   Expert AuPair lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 451, and therefore denies the same.

452.   Expert AuPair denies the allegations in paragraph 452.

453.   Expert AuPair denies the allegations in paragraph 453.

454.   Expert AuPair denies the allegations in paragraph 454.

## COLLECTIVE ACTION ALLEGATIONS

455.   Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint in response to paragraph 455.

456.   Expert AuPair understands that the allegations contained in paragraph 456 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 456, Expert AuPair denies those allegations.

457.    Expert AuPair understands that the allegations contained in paragraph 457 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 457, Expert AuPair denies those allegations.

458.    Expert AuPair understands that the allegations contained in paragraph 458 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 458, Expert AuPair denies those allegations.

459.    Expert AuPair understands that the allegations contained in paragraph 459 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 459, Expert AuPair denies those allegations.

460.    Expert AuPair understands that the allegations contained in paragraph 460 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 460, Expert AuPair denies those allegations.

461.    Expert AuPair understands that the allegations contained in paragraph 461 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 461, Expert AuPair denies those allegations.

462.    Expert AuPair understands that the allegations contained in paragraph 462 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 462, Expert AuPair denies those allegations.

463.    Expert AuPair understands that the allegations contained in paragraph 463 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 463, Expert AuPair denies those allegations.

464.    Expert AuPair understands that the allegations contained in paragraph 464 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 464, Expert AuPair denies those allegations.

465.    Expert AuPair understands that the allegations contained in paragraph 465 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 465, Expert AuPair denies those allegations.

## COUNT I:  ALLEGED RESTRAINT OF TRADE

466.    Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint.  Expert AuPair denies with particularity that plaintiffs may assert their claims on behalf of any other similarly situated participants in the au pair program, and denies the remaining allegations in paragraph 466.

467.    Expert AuPair denies the allegations in paragraph 467.

468.    Expert AuPair denies the allegations in paragraph 468.

469.    Expert AuPair denies the allegations in paragraph 469.

470.    Expert AuPair denies the allegations in paragraph 470.

471.    Expert AuPair denies the allegations in paragraph 471.

472.    Expert AuPair denies the allegations in paragraph 472.

473.    Expert AuPair denies the allegations in paragraph 473.

474.    Expert AuPair denies the allegations in paragraph 474.

## COUNT II: ALLEGED CIVIL RICO

475.    Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint. Expert AuPair understands that the allegations contained in paragraph 475 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 475, Expert AuPair denies those allegations.

476.    Expert AuPair understands that the allegations contained in paragraph 476 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 476, Expert AuPair denies those allegations.

477.    Expert AuPair understands that the allegations contained in paragraph 477 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 477, Expert AuPair denies those allegations.

478.   Expert AuPair understands that the allegations contained in paragraph 478 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 478, Expert AuPair denies those allegations.

479.   Expert AuPair understands that the allegations contained in paragraph 479 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 479, Expert AuPair denies those allegations.

480.   Expert AuPair understands that the allegations contained in paragraph 480 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 480, Expert AuPair denies those allegations.

481.   Expert AuPair understands that the allegations contained in paragraph 481 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 481, Expert AuPair denies those allegations

## COUNT III: ALLEGED BREACH OF FIDUCIARY DUTY

482.   Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint. Expert AuPair understands that the allegations contained in paragraph 482 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 482, Expert AuPair denies those allegations.

483.   Expert AuPair understands that the allegations contained in paragraph 483 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 483, Expert AuPair denies those allegations.

484.   Expert AuPair understands that the allegations contained in paragraph 484 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 484, Expert AuPair denies those allegations.

## COUNT IV: ALLEGED NEGLIGENT MISREPRESENTATION

485.   Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint. Expert AuPair understands that the allegations contained in paragraph 485 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 485, Expert AuPair denies those allegations.

486.   Expert AuPair understands that the allegations contained in paragraph 486 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 486, Expert AuPair denies those allegations.

487.   Expert AuPair understands that the allegations contained in paragraph 487 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 487, Expert AuPair denies those allegations.

**COUNT V: ALLEGED CONSTRUCTIVE FRAUD**

488.    Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint. Expert AuPair understands that the allegations contained in paragraph 488 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 488, Expert AuPair denies those allegations.

489.    Expert AuPair understands that the allegations contained in paragraph 489 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 489, Expert AuPair denies those allegations.

490.    Expert AuPair understands that the allegations contained in paragraph 490 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 490, Expert AuPair denies those allegations.

**COUNT VI: CONSUMER PROTECTION**

491.    Expert AuPair incorporates by reference and realleges its responses to all previous paragraphs of the Amended Complaint. Expert AuPair understands that the allegations contained in paragraph 491 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 491, Expert AuPair denies those allegations

492.    Expert AuPair understands that the allegations contained in paragraph 492 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 492, Expert AuPair denies those allegations.

493.    Expert AuPair understands that the allegations contained in paragraph 493 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 493, Expert AuPair denies those allegations.

## COUNT VII: BREACH OF CONTRACT

494.    Expert AuPair understands that the allegations contained in paragraph 494 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 494, Expert AuPair denies those allegations.

495.    Expert AuPair understands that the allegations contained in paragraph 495 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 495, Expert AuPair denies those allegations.

496.    Expert AuPair understands that the allegations contained in paragraph 496 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 496, Expert AuPair denies those allegations.

497.    Expert AuPair understands that the allegations contained in paragraph 497 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 497, Expert AuPair denies those allegations.

498.    Expert AuPair understands that the allegations contained in paragraph 498 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 498, Expert AuPair denies those allegations.

499.    Expert AuPair understands that the allegations contained in paragraph 499 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 499, Expert AuPair denies those allegations.

500.    Expert AuPair understands that the allegations contained in paragraph 500 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 500, Expert AuPair denies those allegations.

## COUNT VIII: FAILURE TO PAY MINIMUM WAGE AND OVERTIME

501.    Expert AuPair understands that the allegations contained in paragraph 501 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 501, Expert AuPair denies those allegations.

502.    Expert AuPair understands that the allegations contained in paragraph 502 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 502, Expert AuPair denies those allegations.

503.    Expert AuPair understands that the allegations contained in paragraph 503 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 503, Expert AuPair denies those allegations.

504.    Expert AuPair understands that the allegations contained in paragraph 504 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 504, Expert AuPair denies those allegations.

505.    Expert AuPair understands that the allegations contained in paragraph 505 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 505, Expert AuPair denies those allegations.

506.    Expert AuPair understands that the allegations contained in paragraph 506 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 506, Expert AuPair denies those allegations.

507.    Expert AuPair understands that the allegations contained in paragraph 507 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 507, Expert AuPair denies those allegations.

508.    Expert AuPair understands that the allegations contained in paragraph 508 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 508, Expert AuPair denies those allegations.

509.    Expert AuPair understands that the allegations contained in paragraph 509 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 509, Expert AuPair denies those allegations.

510.    Expert AuPair understands that the allegations contained in paragraph 510 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 510, Expert AuPair denies those allegations.

511.    Expert AuPair understands that the allegations contained in paragraph 511 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 511, Expert AuPair denies those allegations.

512.    Expert AuPair understands that the allegations contained in paragraph 512 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 512, Expert AuPair denies those allegations.

**COUNT IX: CLAIMS FOR UNPAID WAGES**

513.    Expert AuPair understands that the allegations contained in paragraph 513 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 513, Expert AuPair denies those allegations.

514.    Expert AuPair understands that the allegations contained in paragraph 514 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 514, Expert AuPair denies those allegations.

515.    Expert AuPair understands that the allegations contained in paragraph 515 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 515, Expert AuPair denies those allegations.

516.    Expert AuPair understands that the allegations contained in paragraph 516 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 516, Expert AuPair denies those allegations.

517.    Expert AuPair understands that the allegations contained in paragraph 517 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 517, Expert AuPair denies those allegations.

518.    Expert AuPair understands that the allegations contained in paragraph 518 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 518, Expert AuPair denies those allegations.

519.    Expert AuPair understands that the allegations contained in paragraph 519 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 519, Expert AuPair denies those allegations.

520.    Expert AuPair understands that the allegations contained in paragraph 520 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 520, Expert AuPair denies those allegations.

521.    Expert AuPair understands that the allegations contained in paragraph 521 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 521, Expert AuPair denies those allegations.

## COUNT X: VIOLATIONS OF NEW YORK WAGE ACT

522.    Expert AuPair understands that the allegations contained in paragraph 522 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 522, Expert AuPair denies those allegations.

523.    Expert AuPair understands that the allegations contained in paragraph 523 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 523, Expert AuPair denies those allegations.

524.    Expert AuPair understands that the allegations contained in paragraph 524 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 524, Expert AuPair denies those allegations.

525.    Expert AuPair understands that the allegations contained in paragraph 525 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 525, Expert AuPair denies those allegations.

526.    Expert AuPair understands that the allegations contained in paragraph 526 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 526, Expert AuPair denies those allegations.

## COUNT XI: CLAIM FOR UNPAID WAGES

527.    Expert AuPair understands that the allegations contained in paragraph 527 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 527, Expert AuPair denies those allegations.

528.    Expert AuPair understands that the allegations contained in paragraph 528 pertain to defendants other than Expert AuPair. To the extent plaintiffs

intended to refer to Expert AuPair in paragraph 528, Expert AuPair denies those allegations.

529.   Expert AuPair understands that the allegations contained in paragraph 529 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 529, Expert AuPair denies those allegations.

530.   Expert AuPair understands that the allegations contained in paragraph 530 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 530, Expert AuPair denies those allegations.

531.   Expert AuPair understands that the allegations contained in paragraph 531 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 531, Expert AuPair denies those allegations.

532.   Expert AuPair understands that the allegations contained in paragraph 532 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 532, Expert AuPair denies those allegations.

533.   Expert AuPair understands that the allegations contained in paragraph 533 pertain to defendants other than Expert AuPair. To the extent plaintiffs intended to refer to Expert AuPair in paragraph 532, Expert AuPair denies those allegations.

## DEMAND FOR JURY TRIAL

534.   Expert AuPair admits that plaintiffs have demanded a trial by jury for all issues so triable.

## PLAINTIFFS' PRAYER FOR RELIEF

To the extent that the plaintiffs' prayer for relief may be deemed to require a response, it is denied.  Expert AuPair states that plaintiffs are not entitled to maintain this action as a class-action and deny that plaintiffs are entitled to any relief or damages whatsoever.

## SEPARATE DEFENSES

Expert AuPair asserts the following separate defenses to Count I in the first amended complaint, which is the only claim asserted against Expert AuPair.  Expert AuPair asserts these defenses without assuming the burden of proof or production on any of these defenses that would otherwise rest on the plaintiffs.  Expert AuPair has not yet conducted any discovery, which might reveal additional defenses.  Expert AuPair therefore reserves the right to amend this answer if appropriate to assert additional defenses.

### FIRST DEFENSE

1.   Plaintiffs' claims are barred, in whole or in part, for failure to state a claim upon which relief can be granted.

### SECOND DEFENSE

2.   Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, 15 U.S.C. 15 b.

## THIRD DEFENSE

3.      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered antitrust injury proximately caused by the conduct of Expert AuPair and/or have not suffered, and will not suffer, injury of the type the antitrust laws were designed to prevent.

## FOURTH DEFENSE

4.      Plaintiffs' claims are barred, in whole or in part, because the claims are governed by the rule of reason, and Plaintiffs have not alleged and cannot prove the elements of a rule of reason claim.  In particular, the procompetitive benefits of the conduct alleged by Plaintiffs outweigh any alleged anticompetitive effects.

## FIFTH DEFENSE

5.      Plaintiffs' claims are barred, in whole or in part, because of conduct of which Plaintiffs complain is reasonable and justified, has not, and will not substantially lessen competition in any relevant market, tend to create a monopoly, or injure, destroy, or prevent competition.

## SIXTH DEFENSE

6.      Expert AuPair's actions constitute bona fide, legitimate business competition, and were carried out in furtherance of their legitimate business interests.

## SEVENTH DEFENSE

7.      Plaintiffs' claims are barred because they have not alleged properly defined relevant product (or service) and geographic markets.

## EIGHTH DEFENSE

8.      Plaintiffs' claims are barred because Expert AuPair reasonably relied upon the weekly stipend established, calculated and applied by the State Department and the Department of Labor to be paid to participants in the au pair program.  The weekly stipend paid by host families to participants in Defendants' au pair exchange program is consistent with, and authorized by, the statutory and regulatory rules and regulations governing the au pair exchange program.

NINTH DEFENSE

9.      If, for some reason, any or all of the alleged acts and omissions of Expert AuPair were not within the scope of conduct authorized by the State Department and/or the Department of Labor, such a situation was not reasonably foreseeable by Defendants.

TENTH DEFENSE

10.      Plaintiffs' claims are barred, in whole or in part, by the Noerr-Pennington doctrine, the federal instrumentality doctrine, the sovereign immunity doctrine, the state action doctrine and/or the doctrine of implied immunity.  Plaintiffs' claims are further barred because the alleged conduct that is the subject of the Complaint was caused by, due to, based upon, or in response from directives, laws, regulations, authorizations, policies and/or acts of government and/or their agencies.

ELEVENTH DEFENSE

11.      Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or latches.

TWELFTH DEFENSE

12.     Any injuries, losses or damages suffered by Plaintiffs were the result of the independent actions and decisions of third parties.  Expert AuPair not liable for the acts of others over which it has no control.

### THIRTEENTH DEFENSE

13.     Plaintiffs' claims for damages against Expert AuPair are barred because the alleged damages, if any, are speculative and because of the impossibility of ascertaining and allocating those alleged damages.

### FOURTEENTH DEFENSE

14.     The alleged injury, loss or damage suffered by Plaintiffs, if any, would be compensated adequately by damages.  Accordingly, Plaintiffs have a complete and adequate remedy at law and are not entitled to equitable relief.

### FIFTEENTH DEFENSE

15.     Plaintiffs' claims are barred, in whole or in part, because Expert AuPair has acted in good faith and with intent to comply with the law.

### SIXTEENTH DEFENSE

16.     Count I cannot be certified as a class action under the provisions of Rule 23 of the Federal Rules of Civil Procedure.

### SEVENTEENTH DEFENSE

17.     Any alleged dispute between Expert AuPair and the au pairs it sponsored are subject to mandatory arbitration provisions for which Defendants reserve the right to move to dismiss this action and/or compel arbitration, and for which this Answer shall not be deemed a waiver of these rights.

## EIGHTEENTH DEFENSE

18.     Expert AuPair's actions have been procompetitive and carried out in furtherance of Expert AuPairs' legitimate business interests.

## NINETEENTH DEFENSE

19.     Expert AuPair adopts by reference any applicable defense pleaded by any other defendant that is not set forth in this answer.

## EXPERT AUPAIR'S PRAYER FOR RELIEF

WHEREFORE, Defendant Expert AuPair respectfully requests that judgment be entered in its favor as follows:

a. This Court decline to certify this action as a class action;

b. This Court dismisses this action against Expert AuPair with prejudice;

c. This Court enters judgment in favor of Expert AuPair as to Count I;

d. This Court awards Expert AuPair its attorneys' fees and all other costs reasonably incurred in defense of this action; and

e. This Court awards such other relief as it made deem just and proper.

Dated April 21, 2016.

Respectfully submitted,

s/Bogdan Enica
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL INC. D/B/A EXPERT
AUPAIR

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

William James Kelly, III
Chandra M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldman@kellywalkerlaw.com

Susan M. Schaecher
Fisher & Phillips, LLP-Denver
sschaecher@laborlawyers.com

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
rhoadesm@armstrongteasdale.com
estevaom@armstrongteasdale.com

James E. Hartley
HOLLAND & HART LLP
jhartley@hollandhart.com

Martha Louise Fitzgerald
Kathryn Anne Barrett
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
mfitzgerald@bhfs.com
kbarrett@bhfs.com
marnold@bhfs.com

Daniel C. Perkins
Arapahoe County Atty's Office-Littleton
dperkins@arapahoegov.com

Lawrence D. Stone
Christian D. Hammond
DUFFORD & BROWN, P.C.
lstone@duffordbrown.com'
chammond@duffordbrown.com

Jeffrey Paul Allen
Donald J. Gentile
LAWSON & WEITZEN, LLP
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com

Alexander Neville Hood
TOWARDS JUSTICE-GOLDEN
alex@towardsjustice.org

Kathryn A. Reilly
Toren G.E. Mushovic
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
mushovic@wtotrial.com

Brian Alan Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

Lawrence L. Lee
Daniel C. Perkins
FISHER & PHILLIPS LLP
llee@laborlawyers.com
dperkins@laborlawyers.com

William Leitzsey Monts, III
Hogan Lovells US LLP-DC
william.monts@hoganlovells.com

John Roger Mann
Gordon & Rees
jmann@gordonrees.com
tquinn@gordonrees.com

Randall Wade Jackson
Lauren Fleischer Louis
Sigrid Stone McCawley
Matthew Lane Schwartz
Peter Murray Skinner
BOIES SCHILLER & FLEXNER, LLP
rjackson@bsfllp.com
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
W.V.Bernie Siebert
Erica Lynn Herrera
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bsiebert@shermanhoward.com
eherrera@shermanhoward.com

s/Bogdan Enica_____
Bogdan Enica, Esq.