IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## DEFENDANTS ADDENDUM TO [PROPOSED] AMENDED CIVIL SCHEDULING ORDER

---

### CONFERRAL

Pursuant to Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 7.1, Defendants' counsel attempted to confer in good faith with Plaintiffs' counsel regarding the matters within the Proposed Amended Civil Scheduling Order, but the Parties were unable to discuss these proposed changes to the Scheduling Order.  Upon further consideration, Defendants are willing to adjust the proposed schedule and in the interest of collaboration, as outlined below.

### DEFENDANTS' AMENDED PROPOSAL

    1.    Fact Discovery Deadline: **October 25, 2017**[1]

    2.    Deadline for Joinder of Parties and Amendment of Pleadings: **June 20, 2016**[2]

---

[1] As amended from Doc. #276 at pp. 24-25.

1

3. Deadlines for collective and class certification briefing:[3]

    a. <u>Motion for conditional certification of FLSA class</u>:

    Opening Brief:  **August 15, 2016**

    Opposition Brief:  **September 19, 2016**

    Reply Brief:  **October 3, 2016**

    b. <u>Defendants' motion to de-certify FLSA conditional collective class (if any)/Plaintiffs' Rule 23 class certification</u>:

    Defendants file motion for de-certification of conditionally certified collective action (if necessary):  **May 15, 2017**

    Plaintiffs file motion for Rule 23 certification:  **May 15, 2017**

    Plaintiffs' opposition to motion to de-certify conditional, collective class (if any)/Defendants' opposition to motion to certify Rule 23 class:  **July 18, 2017**

    Reply Briefs:  **August 1, 2017**

The parties reserve the right to designate experts on collective certification and class certification issues.

4. Expert Witness Designations:[4]

    a. Timing of Designations:
        i. Plaintiffs' designation of experts:  **30 days after the close of fact discovery**

        ii. Defendants' designation of experts:  **30 days after Plaintiff's Expert Disclosures**

        iii. Rebuttal designations:  **14 days after Defendants Expert Disclosures**

---

[2] As amended from Doc. #276 at p. 29.
[3] As amended from Doc. #276 at p. 30.
[4] As amended from Doc. #276 at pp. 32-33.

5.Dispositive Motion Deadlines: ____ days before trial.[5]  However, nothing in the Scheduling Order shall preclude any party from filing a partial motion for summary judgment on discrete legal claims and/or issues.

Defendants amendments are intended to promote effective case management and prevent potential abuse of discovery, while protecting the rights of all parties.  This schedule outlines efficient discovery and dispositive motion briefing in this case, while maintaining proportionality interests in light of threshold class certification issues.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' proposed amendments to the Proposed Amended Civil Scheduling Order.

Respectfully submitted this 22nd day of April, 2016.

*/s/Thomas B. Quinn*
Thomas B. Quinn
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202

*Attorneys for Defendant*
*AuPairCare, Inc.*

---

[5] As amended from Doc. #276 at p. 30.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record, this the 22nd day of April, 2016.

/s/ Thomas B. Quinn