IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | April 25, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

| | |
|---|---|
| JOHANA PAOLA BELTRAN, | Lauren Louis |
| LUSAPHO HLATSHANENI, | Alexander Hood |
| BEAUDETTE DEETLEFS, | David Seligman |
| DAYANNA PAOLA CARDENAS CAICEDO, and | |
| ALEXANDRA IVETTE GONZALEZ, | |

  Plaintiffs,

v.

| | |
|---|---|
| INTEREXCHANGE, INC, | Brooke Colaizzi |
| | Heather Vickles |
| USAUPAIR, INC., | William Kelly |
| GREAT AUPAIR, LLC, | Martin Estevao |
| EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair, | Bogdan Enica |
| EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS, | Martha Fitzgerald |
| CULTURAL HOMESTAY INTERNATIONAL, | James Hartley |
| | Adam Hubbard |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Jeff Allen |
| AUPAIRCARE INC., | Brian Maschler |
| | Peggy Kozal |
| | Thomas Quinn |
| AU PAIR INTERNATIONAL, INC., | Kathryn Reilly |
| APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation, | Lawrence Lee |
| | Susan Schaecher |
| AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America, | |
| AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ GoAuPair, | Kathryn Reilly |
| AGENT AU PAIR, | |
| A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a/ ProAuPair, and | Lawrence Stone |
| 20/20 CARE EXCHANGE, INC. d/b/a The International | |

Au Pair Exchange,

    Defendants.

# COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**10:54 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding conditional certification.

**ORDERED:** **Plaintiffs shall file a motion for conditional certification of an FLSA class, if any, on or before August 15, 2016.  A response to the motion shall be filed within 30 days of the motion.  A reply shall be filed within 21 days after the 30 day response time.**

Discussion regarding case scheduling.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Disclosure of Affirmative Experts on Class Action Issues:  December 16, 2016
Disclosure of Rebuttal Experts on Class Action Issues:  January 30, 2017

Motion for Rule 23 certification:   February 17, 2017
Response Brief:  March 17, 2017
Reply Brief:  April 7, 2017

**Fact Discovery Cut-off:  April 17, 2017**

Discussion regarding scheduling with respect to the remaining experts.

Each side shall be limited to 8 expert witnesses, absent leave of court.
Disclosure of all other Affirmative Experts:   May 17, 2017
Disclosure of all other Rebuttal Experts:       June 16, 2017

**Expert Discovery Cut-off:  July 17, 2017**

Any remaining deadlines will be set at a later date.

**ORDERED:** A Status Conference is set for April 13, 2017 at 9:30 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.

**ORDERED:** Defendants' motion to de-certify collective class, if any, shall be filed 60 days after the close of the last opt-in period.

Joinder of Parties/Amendment to Pleadings:   August 15, 2016

Discussion regarding depositions.

Each side shall be limited to 25 depositions, excluding Rule 30(b)(6) witnesses and named parties.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each party shall be limited to receive 25 interrogatories, unlimited requests for production, and unlimited requests for admission.

Defendants will notify the court regarding future discussions for additional discovery.

Discussion regarding settlement agreements.  Plaintiffs' counsel requests to be copied on all communications with punitive class members.

**Scheduling Order entered.**

**1:15 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   02:21

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.