IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AGENT AU PAIR, INC., AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR AND AU PAIR INTERNATIONAL INC.

Pursuant to D.C.COLO.LAttyR 5(b), Toren G.E. Mushovic submits this Motion for Withdrawal as counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. In support of this Motion, Mr. Mushovic states as follows:

1. Effective April 29, 2016, Mr. Mushovic has decided to leave Wheeler Trigg O'Donnell to pursue other opportunities outside the firm.

2. Attorney Kathryn A. Reilly of Wheeler Trigg O'Donnell will continue to represent Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. in this matter.

3. Pursuant to D.C.COLO.LAttyR 5(b), Mr. Mushovic certifies that this Motion and a Notice of Motion to Withdraw as Counsel (notice attached here as Exhibit A) are

being served on Plaintiff, and is aware that it must comply with all court orders and time limitations established by the applicable statutes and rules.

4. Mr. Mushovic should receive no further notices in this case and should be deleted as an attorney for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc..

WHEREFORE, Mr. Mushovic respectfully moves the Court for an entry of an order granting withdrawal of Toren G.E. Mushovic.

Dated: April 29, 2016.                    Respectfully submitted,

*s/ Toren G.E. Mushovic*
Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
           Mushovic@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, and Au Pair International Inc.

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 29, 2016, I electronically filed the foregoing motion to withdraw as counsel for defendants AGENT AU PAIR, INC., AMERICAN CULTURAL EXCHANGE, LLC d/b/a GOAUPAIR AND AU PAIR INTERNATIONAL INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Alexander Hood
  alex@towardsjustice.org

- Bogdan Enica
  bogdane@hotmail.com

- Brian P. Maschler
  bmaschler@gordonrees.com

- Brooke A. Colaizzi
  bcolaizzi@shermanhoward.com

- Chandra M. Feldkamp
  cfeldkamp@kellywalkerlaw.com

- Christian D. Howard
  chammond@duffordbrown.com

- Donald J. Gentile
  dgentile@lawson-weitzen.com

- Erica L. Herrera
  eherrera@shermanhoward.com

- Heather F. Vickles
  hvickles@shermanhoward.com

- James E. Hartley
  jhartley@hollandhart.com

- Jeffrey P. Allen
  jallen@lawson-weitzen.com

- John R. Mann
  jmann@gordonrees.com

- Lauren F. Louis
  llouis@bsfllp.com

- Lawrence D. Stone
  lstone@duffordbrown.com

- Lawrence L. Lee
  llee@laborlawyers.com

- Martha L. Fitzgerald
  mfitzgerald@bhfs.com

- Martin J. Estevao
  mestevao@armstrongteasdale.com

- Matthew L. Schwartz
  mlschwartz@bsfllp.com

- Meshach Y. Rhoades
  mrhoades@armstrongteasdale.com

- Peggy Kozal
  elpkozal@gordonrees.com

- Peter M. Skinner
  pskinner@bsfllp.com

- Randall W. Jackson
  rjackson@bsfllp.com

- Raymond M. Deeny
  rdeeny@shermanhoward.com

- Sigrid S. McCawley
  smccawley@bsfllp.com

- Susan M. Schaecher
  sschaecher@laborlawyers.com

- Thomas B. Quinn
  tquinn@gordonrees.com

2

- W.V. Bernie Siebert
  bsiebert@shermanhoward.com

- William L. Monts III
  william.monts@hoganlovells.com

- William J. Kelly III
  wkelly@kellywalkerlaw.com

*s/ Kathleen McEachern*
Legal Secretary

Additionally, a copy of this motion has been sent to the client via email as follows:

Stacey L. Frank
Stacey@agentaupair.com

Bill Kapler
bkapler@goaupair.com

Steve Lehan
slehan@aupairint.com

2