# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

Toren G.E. Mushovic of Wheeler Trigg O'Donnell LLP, counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. serves this Notice of Withdrawal as Counsel, respectfully setting forth as follows:

1.    Undersigned counsel has filed a Motion to Withdraw as Counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc.

2.    Pursuant to D.C. COLO.LAttyR 5(b), by the Motion and this Notice of Withdrawal of Counsel served upon Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. by electronic mail, the undersigned has provided these Defendants with written notice that:

a. the undersigned counsel wishes to withdraw as counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. for the reasons set forth in the Motion;

b. Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. are personally responsible for complying with all court orders and time limitations established by applicable statutes and rules; and

c. Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. may not appear without counsel admitted to the bar of this Court, and, absent prompt appearance of substitute counsel, pleadings and papers may be stricken and default judgment or other sanctions may be imposed against Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc.

Dated:  April 29, 2016.                            Respectfully submitted,


                                                   *s/ Toren G.E. Mushovic*
                                                   Kathryn A. Reilly
                                                   Toren G.E. Mushovic
                                                   Wheeler Trigg O'Donnell LLP
                                                   370 Seventeenth Street, Suite 4500
                                                   Denver, CO  80202-5647
                                                   Telephone:  303.244.1800
                                                   Facsimile:  303.244.1879
                                                   Email:  Reilly@wtotrial.com
                                                              Mushovic@wtotrial.com

                                                   Attorneys for Defendants Agent Au Pair, Inc.,
                                                   American Cultural Exchange, LLC d/b/a
                                                   GoAuPair, and Au Pair International Inc.

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 29, 2016, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Alexander Hood
  alex@towardsjustice.org

- Bogdan Enica
  bogdane@hotmail.com

- Brian P. Maschler
  bmaschler@gordonrees.com

- Brooke A. Colaizzi
  bcolaizzi@shermanhoward.com

- Chandra M. Feldkamp
  cfeldkamp@kellywalkerlaw.com

- Christian D. Howard
  chammond@duffordbrown.com

- Donald J. Gentile
  dgentile@lawson-weitzen.com

- Erica L. Herrera
  eherrera@shermanhoward.com

- Heather F. Vickles
  hvickles@shermanhoward.com

- James E. Hartley
  jhartley@hollandhart.com

- Jeffrey P. Allen
  jallen@lawson-weitzen.com

- John R. Mann
  jmann@gordonrees.com

- Lauren F. Louis
  llouis@bsfllp.com

- Lawrence D. Stone
  lstone@duffordbrown.com

- Lawrence L. Lee
  llee@laborlawyers.com

- Martha L. Fitzgerald
  mfitzgerald@bhfs.com

- Martin J. Estevao
  mestevao@armstrongteasdale.com

- Matthew L. Schwartz
  mlschwartz@bsfllp.com

- Meshach Y. Rhoades
  mrhoades@armstrongteasdale.com

- Peggy Kozal
  elpkozal@gordonrees.com

- Peter M. Skinner
  pskinner@bsfllp.com

- Randall W. Jackson
  rjackson@bsfllp.com

- Raymond M. Deeny
  rdeeny@shermanhoward.com

- Sigrid S. McCawley
  smccawley@bsfllp.com

- Susan M. Schaecher
  sschaecher@laborlawyers.com

- Thomas B. Quinn
  tquinn@gordonrees.com

4

- W.V. Bernie Siebert
  bsiebert@shermanhoward.com
- William L. Monts III
  william.monts@hoganlovells.com
- William J. Kelly III
  wkelly@kellywalkerlaw.com

*s/ Kathleen McEachern*
Legal Secretary

Additionally, a copy of this motion has been sent to the client via email as follows:

Stacey L. Frank
Stacey@agentaupair.com

Bill Kapler
bkapler@goaupair.com

Steve Lehan
slehan@aupairint.com

2