**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

David B. Meschke hereby gives notice of his appearance on behalf of Defendant EurAupair Intercultural Child Care Programs.

Dated this 29th day of April, 2016.

        BROWNSTEIN HYATT FARBER SCHRECK, LLP

        By: *s/ David B. Meschke*
           David B. Meschke, #47728
           Brownstein Hyatt Farber Schreck, LLP
           410 Seventeenth Street, Suite 2200
           Denver, Colorado 80202-4432
           Phone: 303-223-1100
           dmeschke@bhfs.com

        *Attorneys for Defendant EurAupair
        Intercultural Child Care Programs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of April 2016, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Alexander N. Hood<br>alex@towardsjustice.org | Sigrid S. McCawley<br>smccawley@bsfllp.com |
| Lauren Fleischer Louis<br>llouis@bsfllp.com | Matthew L. Schwartz<br>mlschwartz@bsfllp.com |
| Peter M. Skinner<br>pskinner@bsfllp.com | Randall W. Jackson<br>rjackson@bsfllp.com |
| Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com | Raymond M. Deeny<br>rdeeny@shermanhoward.com |
| Heather F. Vickles<br>hvickles@shermanhoward.com | Erica H. Gutherz<br>egutherz@shermanhoward.com |
| William J. Kelly III<br>wkelly@kellywalkerlaw.com | Chanda M. Feldkamp<br>cfeldkamp@kellywalkerlaw.com |
| Martin J. Estevao<br>estevaom@gtlaw.com | Meshach Y. Rhoades<br>rhoadesm@gtlaw.com |
| Bogdan Enica<br>bogdane@hotmail.com | James E. Hartley<br>jhartley@hollandhart.com |
| Mher Hartoonian<br>mhartoonian@hollandhart.com | Jeffrey P. Allen<br>jallen@lawson-weitzen.com |
| Donald J. Gentile<br>dgentile@lawson-weitzen.com | W.V. Bernie Siebert<br>bsiebert@shermanhoward.com |
| Brian A. Birenbach<br>brian@rietzlawfirm.com | Toren G.E. Mushovic<br>mushovic@wtotrial.com |
| Susan M. Schaecher<br>sschaecher@laborlawyers.com | Lawrence L. Lee<br>llee@laborlawyers.com |

| | |
|---|---|
| Daniel C. Perkins<br>dperkins@laborlawyers.com | Kathryn A. Reilly<br>reilly@wtotrial.com |
| Lawrence Daniel Stone<br>lstone@duffordbrown.com | John R. Mann<br>jmann@gordonrees.com |
| Christine D. Hammond<br>chammond@duffordbrown.com | Thomas B. Quinn<br>tquinn@gordonrees.com |
| Peggy Kozal<br>pkozal@gordonrees.com | Brian Maschler<br>bmaschler@gordonrees.com |

*s/ Shirley M. Newman*
Shirley M. Newman, Paralegal

017997\0001\14660788.1