IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

    v.

INTEREXCHANGE, INC., et al.

    Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CULTURAL CARE, INC. TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS**

Defendant Cultural Care, Inc. ("Cultural Care") hereby moves, pursuant to D.C.COLO.LCivR 6.1 and with the assent of Plaintiffs' counsel, for a 9-day extension through May 13, 2016 to respond to Plaintiffs' interrogatories and requests for production of documents, which were served on March 3, 2016. The discovery responses are currently due on May 4, 2016. Good cause exists for the extension due to the fact that the associate attorney principally responsible for the discovery responses experienced a death in his family and, among other arrangements and obligations, must attend a wake and funeral this week and must be out of the office on the day that the responses are due. Jeffrey P. Allen, the partner representing Cultural Care, is also traveling out-of-state for a court hearing in another matter on the day that the responses are due. One previous extension has been granted for Cultural Care to respond to the discovery requests. See Docket No. 264.

Conferral Pursuant to D.C.COLO.LCivR 7.1(a): Counsel for Cultural Care certifies that he has conferred with and provided a copy of this motion to Plaintiffs' counsel, Lauren Louis, and Ms. Louis has confirmed that Plaintiffs assent to the relief requested herein.

Certification of Compliance with D.C.COLO.LCivR 6.1(c): The undersigned defense counsel certifies that a copy of this Motion is being served contemporaneously on his/her client(s)

    s/ Jeffrey P. Allen
Jeffrey P. Allen
E-mail: jallen@lawson-weitzen.com
Donald J. Gentile
E-mail: dgentile@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile:  (617) 439-3987

W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: bsiebert@shermanhoward.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Email:William.monts@hoganlovells.com

ATTORNEYS FOR DEFENDANT
CULTURAL CARE, INC.

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on May 3, 2016, I electronically filed the foregoing Unopposed Motion for Extension of Time for Cultural Care to Respond to Plaintiffs' Discovery Requests using the CM/ECF system which will send notification of such filing to the following e-mail addresses.

**Lauren Fleischer Louis**
llouis@bsfllp.com

**Sigrid Stone McCawley**
smccawley@bsfllp.com

**Matthew Lane Schwartz**
mlschwartz@bsfllp.com

**Peter Murray Skinner**
pskinner@bsfllp.com

**Randall Wade Jackson**
rjackson@bsfllp.com

**Alexander Hood**
alex@towardsjustice.org

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Hammond**
chammond@duffordbrown.com

**Adam A. Hubbard**
aahubbard@hollandhart.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
mestevao@armstrongteasdale.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

**W.V. Bernie Siebert**
bsiebert@shermanhoward.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**Erica L. Herrera**
eherrera@shermanhoward.com

**William L. Monts III**
William.monts@hoganlovells.com

**Susan M. Schaecher**
sschaecher@laborlawyers.com

**David Meschke**
dmeschke@bhfs.com

  s/ Jeffrey P. Allen
Jeffrey P. Allen