**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LSUAPHO HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

---

All parties to this action *except* Defendant Greataupair, LLC[1] by and through their respective attorneys of record herein, agree that disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from certain disclosures and from use for any purpose other than prosecuting this litigation may be warranted. Accordingly, the parties hereby move

---

[1] The Defendant filing this motion with the Court did not hear back from this Defendant regarding whether it approved of the final version of the Stipulated Protective Order.

FPDOCS 31584681.1

the Court pursuant to Federal Rule of Civil Procedure 26(c) to enter the Stipulated Protective Order submitted herewith.  The terms of this Protective Order are consistent with the Protective Order requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

Respectfully submitted this 5th day of May, 2016

*s/ Lauren Fleischer Louis*
Lauren Fleischer Louis
Sigrid S. McCawley
Boies Schiller & Flexner – Ft. Lauderdale
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL   33301
Tel:  954-356-0011
Fax: 954-356-0022
llouis@bsfllp.com
smccawley@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies Schiller & Flexner – New York
575 Lexington Avenue
New York, New York  10022
Tel: 212-446-2300
Fax: 212-446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Tel:  720-239-2606
Fax: 303-957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

*s/ Susan M. Schaecher*
Susan M. Schaecher
Lawrence L. Lee
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Tel:  303-218-3650
Fax: 303-218-3651
sschaecher@laborlawyers.com
llee@laborlawyers.com

*Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America;  APF Global Exchange, NFP d/b/a Aupair Foundation*

Heather F. Vickles
Brooke A. Colaizzi
Raymond M. Deeny
Erica L. Herrera
SHERMAN & HOWARD, L.L.C.
633 Seventeenth St., Suite 3000
Denver, CO  80202
Tel:  303-297-2900
Fax: 303-298-0940
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
eherrera@shermanhoward.com

*Attorneys for Defendant Interchange, Inc.*

FPDOCS 31584681.1

Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA  02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com

W.V. Bernie Siebert
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
bsiebert@shermanhoward.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
William.monts@hoganlovells.com

*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Adam A. Hubbard
Holland & Hart, LLP
1800 Broadway
One Boulder Plaza, Suite 300
Boulder, CO  80302
aahubbard@hollandhart.com

James E. Hartley
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Tel:  303-295-8000
jhartley@hollandhart.com

*Attorneys for Defendant Cultural Homestay International*

Brian Allen Birenbach
Reitz Law Firm, LLC
P.O. Box 5268
114 Village Place #301
Dillon, CO  80435
Tel:  970-468-0210
Fax: 970-468-0371
brian@rietzlawfirm.com

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Tel:  303-244-1800
Fax: 303-244-1879
Reilly@wtotrial.com

*Attorneys for Defendant Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a Goaupair; Agent Au Pair*

William J. Kelly III
Chanda Marie Feldkamp
Kelly & Walker, LLC
1401 17th Street, Suite 925
Denver, CO  80202
Tel:  720-236-1800
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

*Attorneys for Defendant Usaupair, Inc.*

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Tel:  303-223-1126
mfitzgerald@bhfs.com
dmeschke@bhfs.com

*Attorneys for Defendant Euraupair Intercultural Child Care Programs*

FPDOCS 31584681.1

Bogdan Enica
Bogdan Enica Attorney at Law
111 2nd Avenue NE
St. Petersburg, FL  33701-3440
Tel:  727-225-2649
Fax: 727-822-8959
bogdane@hotmail.com

*Attorneys for Defendant Expert Group International, Inc. d/b/a Expert Au Pair*

John Roger Mann
Thomas Baker Quinn
Brian P. Maschler
Peggy Kozal
Gordon and Rees, LLP-Denver
555 17th Street, Suite 3400
Denver, CO  80202
Tel:  303-534-5160
Fax: 303-534-5161
jmann@gordonrees.com
tquinn@gordonrees.com
bmaschler@gordonrees.com
pkozal@gordonrees.com

*Attorneys for Defendant Aupaircare, Inc.*

Christian Dow Hammond
Lawrence Daniel Stone
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Tel:  303-861-8013
Fax: 303-832-3804
chammond@duffordbrown.com
lstone@duffordbrown.com

*Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a Proaupair; 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion for Entry of Stipulated Protective Order was filed this 5th day of May, 2016 via the Court's CF/ECF filing system which will serve the following parties:

    Meshach Y. Rhoades
    Martin Estevao
    Armstrong Teasdale, LLP-Denver
    1200 17th Street, Suite 2400
    Denver, CO  80202
    Tel:  303-572-6500
    mrhoades@armstrongteasdale.com
    mestevao@armstrongteasdale.com

    *Attorneys for Defendant Greataupair, LLC*


    *s/ Kimberly Hanson*
    Kimberly Hanson
    For Fisher & Phillips LLP
    1801 California Street, Suite 2700
    Denver, CO  80202
    303-218-3650
    303-218-3651 facsimile
    khanson@laborlawyers.com