IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**DEFENDANT AMERICAN CULTURAL EXCHANGE, LLC D/B/A GO AU PAIR'S NOTICE OF FILING FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(A)(1)(A)**

---

    Defendant American Cultural Exchange, LLC d/b/a Go Au Pair ("Go Au Pair") submits this notice of filing a First Amended Answer to Plaintiffs' First Amended Complaint [Doc. # 101] pursuant to F.R.C.P. 15(a)(1)(A). A copy of Defendant Go Au Pair's First Amended Answer is attached as Exhibit A.

    Defendant Go Au Pair timely filed its answer on April 21, 2016. Pursuant to F.R.C.P. 15(a)(1)(A), Go Au Pair "may amend its pleading once as a matter of course within 21 days after serving it." In accordance with F.R.C.P. 15(a)(1)(A) and D.COLO.LCivR 15.1, Go Au Pair attaches as Exhibit A its First Amended Answer, which underlines the added text.

Dated:  May 12, 2016.                    Respectfully submitted,


*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go Au Pair, and Au Pair International Inc.

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on May 12, 2016, I electronically filed the foregoing DEFENDANT AMERICAN CULTURAL EXCHANGE, LLC D/B/A GO AU PAIR'S NOTICE OF FILING FIRST AMENDED ANSWER TO FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(A)(1)(A) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Alexander Hood
  alex@towardsjustice.org

- Bogdan Enica
  bogdane@hotmail.com

- Brian P. Maschler
  bmaschler@gordonrees.com

- Brooke A. Colaizzi
  bcolaizzi@shermanhoward.com

- Chandra M. Feldkamp
  cfeldkamp@kellywalkerlaw.com

- Christian D. Howard
  chammond@duffordbrown.com

- David B. Meschke
  dmeschke@bhfs.com

- Donald J. Gentile
  dgentile@lawson-weitzen.com

- Erica L. Herrera
  eherrera@shermanhoward.com

- Heather F. Vickles
  hvickles@shermanhoward.com

- James E. Hartley
  jhartley@hollandhart.com

- Jeffrey P. Allen
  jallen@lawson-weitzen.com

- John R. Mann
  jmann@gordonrees.com

- Lauren F. Louis
  llouis@bsfllp.com

- Lawrence D. Stone
  lstone@duffordbrown.com

- Lawrence L. Lee
  llee@laborlawyers.com

- Martha L. Fitzgerald
  mfitzgerald@bhfs.com

- Martin J. Estevao
  mestevao@armstrongteasdale.com

- Matthew L. Schwartz
  mlschwartz@bsfllp.com

- Meshach Y. Rhoades
  mrhoades@armstrongteasdale.com

- Peggy Kozal
  pkozal@gordonrees.com

- Peter M. Skinner
  pskinner@bsfllp.com

- Randall W. Jackson
  rjackson@bsfllp.com

- Raymond M. Deeny
  rdeeny@shermanhoward.com

3

- Sigrid S. McCawley
  smccawley@bsfllp.com

- Susan M. Schaecher
  sschaecher@laborlawyers.com

- Thomas B. Quinn
  tquinn@gordonrees.com

- W.V. Bernie Siebert
  bsiebert@shermanhoward.com

- William J. Kelly III
  wkelly@kellywalkerlaw.com

- William L. Monts III
  william.monts@hoganlovells.com

*s/ Claudia Jones*
Legal Secretary

4