IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.

**MOTION FOR WITHDRAWAL OF WALTER V. SIEBERT AS COUNSEL
FOR DEFENDANT CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR**

    Pursuant to D.C.COLO.LAttyR 5(b), Walter V. Siebert of Sherman & Howard L.L.C.

hereby moves this Court for permission to withdraw as counsel of record for defendant Cultural

Care, Inc. d/b/a Cultural Care Au Pair ("Cultural Care").  Defendant will continue to be represented by Jeffrey P. Allen and Donald J. Gentile of Lawson & Weitzen, LLP and William L. Monts III of Hogan Lovells US LLP.

Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so.  *See* D.C.COLO.LCivR 7.1(b)(4).

In support of this motion, the undersigned states the following:

1. Under D.C.COLO.LAttyR 5(b), Mr. Siebert has good cause to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct.

2. This matter is in its early stages and Mr. Siebert's withdrawal will not in any way delay any aspect of this litigation or result in prejudice to any party.

3. Jeffrey P. Allen and Donald J. Gentile of Lawson & Weitzen, LLP and William L. Monts III of Hogan Lovells US LLP will continue to represent Defendant Cultural Care, which will not be harmed in any way by Mr. Siebert's withdrawal.

4. A copy of the Motion has been served upon the appropriate representative for Defendant Cultural Care.

For the foregoing reasons, Walter V. Siebert respectfully requests that the Court enter an order permitting him to withdraw as counsel for it in this matter, and directing the Clerk of the Court to delete Mr. Siebert's email address from future ECF filings and electronic notifications in this case.

DATED this 20th day of June, 2016.

2

Respectfully submitted,


*s/ W.V. Bernie Siebert*
W.V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  bsiebert@shermanhoward.com

ATTORNEY FOR DEFENDANT CULTURAL CARE, INC. d/b/a CULTURAL CARE AUPAIR

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 20th day of June, 2016, I electronically filed the foregoing **MOTION FOR WITHDRAWAL OF WALTER V. SIEBERT AS COUNSEL FOR DEFENDANT CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Lawrence D. Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: lstone@duffordbrown.com
          chammond@duffordbrown.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL  33701
Email:  Bogdan@expertaupair.com

John R. Mann
Thomas B. Quinn
Brian P. Maschler
Peggy Kozal
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, CO  80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com
Email:  bmaschler@gordonrees.com
Email:  pkozal@gordonrees.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
Email:  cfeldmamp@kellywalkerlaw.co

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street Suite 4500
Denver CO  80202-5647
(303) 244-1800 (phone)
(303) 244-1879 (fax)
Email:  reilly@wtotrial.com

4

James E. Hartley
Adam A. Hubbard
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
Email:  aahubbard@hollandhart.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email:  dmeschke@bhfs.com

Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
Email:  sschaecher@laborlawyers.com

Heather F. Vickles
Raymond M. Deeny
Brooke A. Colaizzi
Erica H. Gutherz
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email:  hvickles@shermanhoward.com
Email:  rdeeny@shermanhoward.com
Email:  bcolaizzi@shermanhoward.com
Email:  egutherz@shermanhoward.com

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com

Jeffrey P. Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Boston, MA  02210
Email:  jallen@lawson-weitzen.com
Email:  dgentile@lawson-weitzen.com

William L. Monts III
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Email:  william.monts@hoganlovells.com

*s/ Lynn Zola Howell*