# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEETLEFS; DAYANNA PAOLA CARDENAS CAICEDO; ALEXANDRA GONZALEZ; and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAMELA H NOONAN; THOMAS J NOONAN; INTEREXCHANGE, INC.; USAAUPAIR, INC; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. DBA CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP, DBA AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA; ASSOCIATES IN CULTURAL EXCHANGE DBA GOAUPAIR; AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR; AGENT AU PAIR; A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR, and 20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,<br><br>Defendants. | Civil Action No. 14-cv-03074-CMA-CBS |

## ENTRY OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Culture Care, Inc. D/B/A Culture Care Au Pair.

DATED at Boston, Massachusetts this 20th day of June, 2016.

/s/ Robert M. Buchanan, Jr.
Robert M. Buchanan, Jr.
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-5027
rbuchanan@choate.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016 I caused a true and correct copy of the foregoing Entry of Appearance, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

/s/ Robert M. Buchanan, Jr.
Robert M. Buchanan, Jr.