# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*,

      Defendants.

_____

## ENTRY OF APPEARANCE
_____

TO:    The Clerk of the Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair.

DATED this 21st day of June, 2016.

                                        LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                         *s/ James M. Lyons*
                                        James M. Lyons
                                        One Tabor Center, Suite 3000
                                        1200 Seventeenth Street
                                        Denver, CO  80202
                                        Tel: (303) 623-9000
                                        Fax: (303) 623-9222
                                        jlyons@lrrc.com

                                        *Attorneys for Defendant, Cultural Care, Inc. d/b/a*
                                        *Cultural Care Au Pair*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record

                                        *s/ James M. Lyons*
                                        James M. Lyons