# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

  v.

INTEREXCHANGE, INC., *ET AL.*,

    Defendants.

_____

## ENTRY OF APPEARANCE
_____

TO:    The Clerk of the Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair.

DATED this 21st day of June, 2016.

                        *s/ Jessica L. Fuller*
                        Jessica L. Fuller
                        LEWIS ROCA ROTHGERBER CHRISTIE LLP
                        One Tabor Center, Suite 3000
                        1200 Seventeenth Street
                        Denver, CO  80202
                        Tel: (303) 623-9000
                        Fax: (303) 623-9222
                        jfuller@lrrc.com

                        *Attorneys for Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                             *s/ Jessica L. Fuller*
                                             Jessica L. Fuller