**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

  v.

INTEREXCHANGE, INC., *ET AL.*,

    Defendants.

_____

**ENTRY OF APPEARANCE**
_____

TO:    The Clerk of the Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair.

DATED this 21st day of June, 2016.

    LEWIS ROCA ROTHGERBER CHRISTIE LLP

    *s/ Diane Hazel*
    Diane Hazel
    One Tabor Center, Suite 3000
    1200 Seventeenth Street
    Denver, CO  80202
    Tel: (303) 623-9000
    Fax: (303) 623-9222
    dhazel@lrrc.com

    *Attorneys for Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair*

{00796576 / 1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record

                                           *s/ Diane Hazel*
                                           Diane Hazel

{00796576 / 1}