**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 14-cv-03074-CMA-KMT**

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

**MOTION FOR WITHDRAWAL OF WILLIAM L. MONTS III AS COUNSEL FOR DEFENDANT CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR**

---

Pursuant to D.C.COLO.LAttyR 5(b), William L. Monts III of Hogan Lovells US LLP moves this Court for permission to withdraw as counsel of record for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair ("Cultural Care"). Choate, Hall & Stewart, LLP will continue to

represent Defendant Cultural Care in this action.

Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so. *See* D.C.COLO.LCivR 7.1(b)(4).

In support of this motion, the undersigned states the following:

1. Under D.C.COLO.LAttyR 5(b), Mr. Monts has good cause to withdraw pursuant to Rule 1.16(b) of the Rules of Professional Conduct.

2. This matter is in its early stages, and Mr. Monts's withdrawal will not in any way delay any aspect of this litigation or result in prejudice to any party.

3. Choate, Hall & Stewart, LLP will continue to represent Defendant Cultural Care, which will not be harmed in any way by Mr. Monts's withdrawal.

4. A copy of the Motion has been served upon the appropriate representative for Defendant Cultural Care.

For the foregoing reasons, William L. Monts III respectfully requests that the Court enter an order permitting him to withdraw as counsel for Cultural Care in this matter and directing the Clerk of the Court to delete Mr. Monts's email address from future ECF filings and electronic notifications in this case.

July 5, 2016                                       Respectfully submitted,

*/s/ William L. Monts III*
William L. Monts III
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel.:  (202) 637-5600
Fax:  (202) 637-5910
E-mail:  william.monts@hoganlovells.com

*Attorney for Defendant Cultural Care, Inc.*
*d/b/a Cultural Care Au Pair*

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on this 5th day of July, 2016, I electronically filed the foregoing **MOTION FOR WITHDRAWAL OF WILLIAM L. MONTS III AS COUNSEL FOR DEFENDANT CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Lauren Fleischer Louis**
llouis@bsfllp.com

**Sigrid Stone McCawley**
smccawley@bsfllp.com

**Matthew Lane Schwartz**
mlschwartz@bsfllp.com

**Peter Murray Skinner**
pskinner@bsfllp.com

**Randall Wade Jackson**
rjackson@bsfllp.com

**Alexander Hood**
alex@towardsjustice.org

**Bogdan Enica**
bogdane@hotmail.com

**Brian A. Birenbach**
brian@rietzlawfirm.com

**Brooke A. Colaizzi**
bcolaizzi@shermanhoward.com

**Chandra M. Feldkamp**
cfeldkamp@kellywalkerlaw.com

**Christian D. Hammond**
chammond@duffordbrown.com

**Adam A. Hubbard**
aahubbard@hollandhart.com

**Heather F. Vickles**
hvickles@shermanhoward.com

**Kathryn A. Reilly**
reilly@wtotrial.com

**James E. Hartley**
jhartley@hollandhart.com

**John R. Mann**
jmann@gordonrees.com

**Lawrence D. Stone**
lstone@duffordbrown.com

**Lawrence L. Lee**
llee@laborlawyers.com

**Martin J. Estevao**
mestevao@armstrongteasdale.com

**Martha L. Fitzgerald**
mfitzgerald@bhfs.com

**Meshach Y. Rhoades**
rhoadesm@armstrongteasdale.com

**Mher Hartoonian**
mhartoonian@hollandhart.com

**Raymond M. Deeny**
rdeeny@shermanhoward.com

**Thomas B. Quinn**
tquinn@gordonrees.com

**William J. Kelly III**
wkelly@kellywalkerlaw.com

**Erica L. Herrera**
eherrera@shermanhoward.com

**Susan M. Schaecher**
sschaecher@laborlawyers.com

**David Meschke**
dmeschke@bhfs.com

**Joan Lukey**
Joan.lukey@choate.com

**Robert M. Buchanan**
rbuchanan@choate.com

**Michael T. Gass**
mgass@choate.com

**Justin J. Wolosz**
jwolosz@choate.com

**Lyndsey Marie Kruzer**
lkruzer@choate.com

*/s/ William L. Monts III*
William L. Monts III