IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
And those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR,INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE THAT:

Effective July 1, 2016, the undersigned counsel for A.P.E.X. American Professional Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair

Exchange, has hereby changed firm affiliation and address. The new contact information for counsel is as follows:

> Lawrence D. Stone
> Nixon Shefrin Hensen Ogburn, P.C.
> 5619 DTC Parkway, Suite 1200
> Greenwood Village, CO 80111
> Telephone:     (303) 773-3500
> Facsimile:      (303) 779-0740
> Email:  lstone@nixonshefrin.com

Respectfully submitted, this _____ day of July, 2016.

>  NIXON SHEFRIN HENSEN OGBURN, P.C.
>
> s/ *Lawrence D. Stone*_____
> Lawrence D. Stone, #8803
> 5619 DTC Parkway, Suite 1200
> Greenwood Village, CO 80111
> Telephone: (303) 773-3500
> Facsimile: (303) 779-0740
> Email: lstone@nixonshefrin.com
>
> *Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2016, a true and correct copy of the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** was filed and served (e-filed) via CM/ECF and emailed to the following:

William James Kelly, III
Chandra M. Feldkamp
Kelly & Walker, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Susan M. Schaecher
Lawrence L. Lee
Fischer & Phillips, LLP-Denver
sschaecher@laborlawyers.com
llee@laborlawyers.com

Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

Bogdan Enica
Attorney at Law
bogdane@hotmail.com

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
reilly@wtotrial.com
mushovic@wtotrial.com

William L. Monts, III
Hogan Lovells US LLP-DC
William.monts@hoganlovells.com

Martha Louis Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
mfitzgerald@bhfs.com

James E. Hartley
Adam A. Hubbard
Holland & Hart LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com

John Roger Mann
Thomas B. Quinn
Peggy Kozal
Brian P. Maschler
Gordon & Rees
jmann@gordonrees.com
tquinn@gordonrees.com
pkozal@gordonrees.com
bmaschler@gordonrees.com

Alexander N. Hood
Towards Justice-Golden
alex@towardsjustice.org

Brian A. Birenbach
Rietz Law Firm, LLC
brian@rietzlawfirm.com

Randall W. Jackson
Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Boise Schiller & Flexner, LLP
rjackson@bsfllp.com
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
W.V. Bernie Siebert
Erica L. Herrera
Sherman & Howard, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bsiebert@shermanhoward.com
eherrera@shermanhoward.com

                                                s/ *Peggy Skinner*_____
                                                Peggy Skinner