IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
And those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR,INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW Kathleen E. Craigmile of Nixon Shefrin Hensen Ogburn, P.C., and hereby enters her appearance as counsel on behalf of Defendants A.P.E.X. American Professional Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange.

Respectfully submitted, this 6th day of July, 2016.

                                  *s/ Kathleen E. Craigmile*  
                                  Kathleen E. Craigmile  
                                  NIXON SHEFRIN HENSEN OGBURN, P.C.  
                                  5619 DTC Parkway, Suite 1200  
                                  Greenwood Village, CO 80111  
                                  Telephone: (303) 773-3500  
                                  Facsimile: (303) 779-0740  
                                  Email: kcraigmile@nixonshefrin.com

                                  *Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2016, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served (e-filed) via CM/ECF and emailed to the following:

William James Kelly, III
Chandra M. Feldkamp
Kelly & Walker, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Susan M. Schaecher
Lawrence L. Lee
Fischer & Phillips, LLP-Denver
sschaecher@laborlawyers.com
llee@laborlawyers.com

Meshach Y. Rhoades
Martin J. Estevao
Armstrong Teasdale, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

Bogdan Enica
Attorney at Law
bogdane@hotmail.com

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com

Kathryn A. Reilly
Toren G.E. Mushovic
Wheeler Trigg O'Donnell, LLP
reilly@wtotrial.com
mushovic@wtotrial.com

William L. Monts, III
Hogan Lovells US LLP-DC
William.monts@hoganlovells.com

Martha Louis Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
mfitzgerald@bhfs.com

James E. Hartley
Adam A. Hubbard
Holland & Hart LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com

John Roger Mann
Thomas B. Quinn
Peggy Kozal
Brian P. Maschler
Gordon & Rees
jmann@gordonrees.com
tquinn@gordonrees.com
pkozal@gordonrees.com
bmaschler@gordonrees.com

Alexander N. Hood
Towards Justice-Golden
alex@towardsjustice.org

Brian A. Birenbach
Rietz Law Firm, LLC
brian@rietzlawfirm.com

Randall W. Jackson
Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Boise Schiller & Flexner, LLP
rjackson@bsfllp.com
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
W.V. Bernie Siebert
Erica L. Herrera
Sherman & Howard, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
bsiebert@shermanhoward.com
eherrera@shermanhoward.com

                                                                s/ *Peggy Skinner*_____
                                                                 Peggy Skinner