# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record:

Pursuant to D.C.COLO.LAttyR 5(a), I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as additional counsel of record for Defendant Cultural Homestay International.

Dated July 20, 2016.

*s/ Jonathan S. Bender*
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202
Phone:  (303) 295-8000
jsbender@hollandhart.com

**ATTORNEY FOR DEFENDANT CULTURAL HOMESTAY INTERNATIONAL**

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jonathan S. Bender*

8971962_1