# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**DECLARATION OF LAUREN F. LOUIS IN SUPPORT OF PLAINTIFFS' MOTION
FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION
AND INCORPORATED MEMORANDUM OF LAW**

---

     I, Lauren F. Louis, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the States of Florida and am Counsel with the law firm of Boies, Schiller & Flexner LLP, Co-Counsel for the Plaintiffs and for the Class. I am admitted in this case *pro hac vice*. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2.    Attached hereto at Exhibit A is a true and correct copy of the Declaration of Ivette Alexandra Gonzalez Cortes, executed on June 2, 2016.

3.    Attached hereto at Exhibit B is a true and correct copy of the Declaration of Dayanna Paola Cardenas Caicedo, dated May 22, 2016.

4.    Attached hereto at Exhibit C is a true and correct copy of relevant excerpts from the transcript of the April 25, 2016 Scheduling Conference held in this action before The Hon. Kathleen M. Tafoya, United States Magistrate Judge for the District of Colorado.

5.      Attached hereto at Exhibit D is a true and correct copy of the Declaration of Johana Paola Beltran, executed on July 8, 2016.

6.      Attached hereto at Exhibit E is a true and correct copy of the Declaration of Beaudette Deetlefs, dated July 18, 2016.

7.      Attached hereto at Exhibit F is a true and correct copy of the Declaration of Lusapho Hlatshaneni, dated July 19, 2016.

8.      Attached hereto at Exhibit G is a true and correct copy of a blog entry from the website of Defendant InterExchange, Inc. entitled "'Saving and Spending: The Au Pair Stipend' – Interexchange", dated January 1, 2014, accessible at the following URL https://www.interexchange.org/articles/au-pair-usa/2014/01/22/saving-and-spending-the-au-pair-stipend/, (retrieved on May 24, 2016).

9.      Attached hereto at Exhibit H1 is a true and correct copy of a blog entry attached to InterExchange's website, entitled "'Protect Yourself From Au Pair Fraud' – InterExchange", which was captured on March 27, 2015. Since the filing of this lawsuit, the website has been revised. Exhibit H2 is a true and correct copy of a revised version of a blog entry from the website of Defendant InterExchange, Inc., entitled "'Protect Yourself From Au Pair Fraud' – InterExchange", dated February 19, 2016, accessible at the following URL https://www.interexchange.org/articles/protect-yourself-from-au-pair-fraud (retrieved on April 19, 2016).

10.     Attached hereto at Exhibit I is a true and correct copy of a blog entry from the website of Defendant Cultural Care, Inc., entitled "Top 5 differences between an au pair and a nanny | Cultural Care Au Pair", dated March 6, 2012, accessible at the following URL http://culturalcare.com/blog/top-5-differences-au-pair-vs-nanny/ (retrieved on July 12, 2016).

11.     Attached hereto at Exhibit J is a true and correct copy of a webpage from the website of Defendant American Institute for Foreign Study (d/b/a Au Pair in America), entitled "Fees and the cost of au pair services | Au Pair Cost", accessible at the following URL http://www.aupairinamerica.com/fees/?campaign=sitelink&gclid=CJK_iOjymswCFYSAaQod-jgKDg, (retrieved on April 19, 2016).

12.     Attached hereto at Exhibit K is a true and correct copy of a webpage from the website of Defendant American Institute for Foreign Study (d/b/a Au Pair in America), entitled "Au Pair in America – Fees", as it appeared at the following URL on January 28, 2014, http://www.aupairinamerica.com/fees/.  This true and correct copy of this page as it appeared on January 28, 2014 was accessed via the *Internet Archive Wayback Machine* and was retrieved on May 31, 2016 via the following URL https://web.archive.org/20140128032524/http://www.aupairinamerica.com/fees/.

13.     Attached hereto at Exhibit L is a true and correct copy of a webpage from the website of Defendant American Cultural Exchange (d/b/a GoAuPair), entitled "What is the Au Pair stipend and how is it determined? | Go Au Pair", as it appeared at the following URL on July 1, 2014, http://www.goaupair.com/host-families/faq/during-your-au-pair-child-care-experience.  This true and correct copy of this page as it appeared on January 28, 2014 was accessed via the *Internet Archive Wayback Machine* and was retrieved on May 31, 2016 via the following URL https://web.archive.org/20140701163304/http:// www.goaupair.com/host-families/faq/during-

your-au-pair-child-care-experience /.

FURTHER DECLARANT SAYETH NOT.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that I executed this declaration on July 25, 2016 in Fort Lauderdale, Florida.

LAUREN F. LOUIS
*(admitted pro hac vice)*
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**DECLARATION OF IVETTE ALEXANDRA GONZALEZ CORTES**

---

I, Ivette Alexandra Gonzalez Cortes, being duly sworn, deposes and says:

1.     My name is Ivette Alexandra Gonzalez Cortes and I am over the age of 18.

2.     Beginning on or around October, 2013, I visited Intercambio E Tourismo LTDA ("Intercambio"), an agent of Go Au Pair and EurAuPair, and consulted with Intercambio about their J-1 au pair program.  I was advised by the representative of Intercambio that as an au pair for either sponsor, I would be paid a $195.75 weekly stipend and would be expected to work for 45 hours per week.

3.     I paid $1,600 for out of pocket expenses, which I understood to be payment for administrative fees and costs related to my employment as an au pair.

4.     Soon thereafter, Go Au Pair matched me with a family in Maryland.

5.     Prior to meeting my new host family, Go Au Pair required me to attend mandatory childcare training for one week. I completed approximately 24 hours of online training. I was not paid for this time.

6.     In or around July 2014, I travelled to Baltimore, Maryland to begin working as an au pair with a host family.

7.     My host family paid me $200 per week, every week.

8.     During my employment, I always worked more than 40 hours per week. I always worked 45 hours per week.

9.      In addition to the 45 hours I worked each week, my family imposed a 9:00 pm curfew and required me to be in the home at that hour, even though I was not scheduled to be working during those hours.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

_____

IVETTE ALEXANDRA GONZALEZ CORTES

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

 Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

 Defendants.

## DECLARATION OF DAYANNA PAOLA CARDENAS CAICEDO

 I, Dayanna Paola Cardenas Caicedo, declare as follows:

 1. My name is Dayanna Paoloa Cardenas Caicedo and I am over the age of 18.

 2. In or around January 2014, I visited the Culture Care office in Bucaramanga to inquire about their au pair program.  I was advised at this information session that as an au pair I would be paid $195.75 weekly.

 3. I visited the offices in Colombia for other sponsor agencies and was likewise told by those sponsor agencies other than Culture Care that I would be paid exactly the same amount per week as an au pair. I figured out that the pay would be the same no matter which sponsor agency I agreed to work with.

 4. I decided to become an au pair with Culture Care and Culture Care matched me with a family.

 5. In late June 2014, I travelled from Bogota, Colombia to New York.

 6. Upon arrival in New York, Culture Care made arrangements for me to attend mandatory childcare training for one week provided by Culture Care.  I was not paid during this week of training (approximately 32 hours of training over the course of the week).

 7. Upon completion of the week-long training in New York, I travelled by bus to New Jersey to begin working with a host family.

Scanned by CamScanner

8.     The host family's child was very difficult. She suffered from stranger anxiety and would not acclimate to me.

9.     I worked for one week and was paid $195.75. I worked for 45 hours that week (9 hours per day for 5 days).

10.     After one week, I informed Culture Care that I preferred to be matched with a different family.

11.     In or around July, 2014, Culture Care matched me with a new family located in Pennsylvania.

12.     My new host family had three children: a 9 year old girl and twin 5 year old boys.

13.     I worked with my host family until December 2015. I was paid precisely $195.75 every week that I worked. My host family told me that the agency said that my salary was $195.75.

14.     During the course of my employment, I worked some weeks more than 40 hours (but not all). I was not paid extra for the time I worked in excess of 40 hours.

I solemnly declare under the penalties of perjury that that the foregoing is true and correct.

Executed on this 22 day of May, 2016.

_Dayana    Cardenas C._
**DAYANNA PAOLA CARDENAS CAICEDO**

2

**Scanned by CamScanner**

# Exhibit C

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Scheduling Conference
April 25, 2016

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3    Case No. 14-cv-03074-CMA-KMT

 4    _____

 5    JOHANA PAOLA BELTRAN, et al.,

 6        Plaintiffs,

 7    vs.

 8    INTEREXCHANGE, INC., et al.

 9        Defendants.

10    _____

11            Proceedings before KATHLEEN M. TAFOYA, United

12    States Magistrate Judge, United States District Court for the

13    District of Colorado, commencing at 10:54 a.m., April 25,

14    2016, in the United States Courthouse, Denver, Colorado.

15    _____

16            WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

17    ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...

18    _____

19                    APPEARANCES

20            LAUREN F. LOUIS, ALEXANDER N. HOOD and DAVID

21    SELIGMAN, Attorneys at Law, appearing for the plaintiffs.

22            WILLIAM J. KELLY, III, Attorney at Law, appearing

23    for the defendant USAuPair, Inc.

24    _____

25                    SCHEDULING CONFERENCE
```

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Scheduling Conference
April 25, 2016

Page 105

 1   confer.

 2          UNIDENTIFIED SPEAKER:  I'm going to let Attorney

 3   Quinn answer that.  But, yeah, I just couldn't disagree with

 4   that more than I do.  To legislate for all of the defendants

 5   and to treat the two of us the same in this case when there

 6   are 10 causes of action against this client and one against

 7   mine, and there's a named plaintiff for his client and

 8   there's none for mine, is truly conscionable.  I'll let

 9   Attorney Quinn address the rest.

10          MR. QUINN:  I think the safe road right now is the

11   presumptive limit.  I mean, that's going to be a burden on

12   the smaller defendants, and we get it, and they can pick up

13   the phone and call.  But there's no need to just pick an

14   arb -- as we just said, an arbitrary number of 40.  Let's go

15   with the presumptive limits.  We're coming back.  If it's

16   not, we'll deal.

17          THE COURT:  Well, that's -- that's too appealing

18   to pass up, frankly, because it is the presumptive limits,

19   so -- but I do like -- I do like your idea of no one

20   plaintiff, no one defendant can receive more than 25.  Now,

21   their responses to those 25 are liable to be extremely

22   different.  Right?  That's where the -- that's where the

23   difference comes in to me.  The lady in Oregon, if she places

24   two people during the year, I think that's probably kind of

25   low, but -- but let's say she places 10 or something, 10

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Scheduling Conference
April 25, 2016

Page 106

```
 1   people.  The -- the burden to answer for 10 people is
 2   probably not all that high.  So I think that she's not in the
 3   same position as -- as the 55,000 whose answers are going to
 4   be reams of paper.  Well, not paper, probably electronic.
 5   So -- so I think that that kind of settles it out.  Plus
 6   there may be questions that are not asked of your client.  I
 7   mean, that's -- that's going to be kind of plaintiffs'
 8   choice.  You can certainly ask less than 25 obviously.  But I
 9   think 25, and we'll limit it to -- to the amount that you
10   receive.  And I think that's a very good idea.  It's easy to
11   calculate.  And then we will talk about it, if after the
12   collective action paperwork is done we see what we've got.
13   And I -- I'm assuming, without making any ruling or any
14   indication, that probably the collective will be
15   preliminarily certified just because the burden is so low.
16   So if it is, then -- then, let's talk about what we do with
17   that.  We're talking about the notice.  We don't know who the
18   opt-ins are unless it's actually certified as a collective.
19   So I just want to make that clear that I'm not assuming that
20   on any legal basis just because I think it's helpful to talk
21   about it.  But if we did 25 of the interrogatories, requests
22   for production of documents, and requests for admissions,
23   then when we talk about it again -- are we doing more on the
24   others?
25              MS. LOUIS:  Your Honor, I thought the Court
```

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Scheduling Conference
April 25, 2016

Page 107

1  indicated that RFPs and requests for admissions would follow

2  the federal rules and be unlimited.

3        THE COURT:  There's no limit on those normally.

4  And I don't -- I don't think that's much of an issue anyway,

5  so we won't -- we won't put a limit on those.  But on the

6  interrogatories, we'll do the 25.  And then if you -- if you

7  feel that that's inadequate, tell me why.  Then by that time

8  you should know specifically.  Okay.  I wasn't able to ask

9  these questions of this big guy over here and I need to do

10  that.  So whoever can tell me why they need more will

11  probably get more.  But just in general, let's keep it at

12  that and see if we -- you know, it makes everybody think

13  sharper about exactly what questions are really important to

14  ask.  And let's try to do that at this point.

15        So I think -- the only thing I didn't ask you that

16  I usually start with is about initial disclosures.  Do we

17  need to talk about initial disclosures or not?

18        MR. ALLEN:  I think we made them quite sometime

19  ago, Your Honor.

20        THE COURT:  That's what I thought.  Okay.

21        MS. LOUIS:  They were made over a year ago, Your

22  Honor.

23        THE COURT:  All right.  So no issues with that

24  now.  And we've talked about numbers of discovery.  We've

25  talked about dates.  Anything else?

# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

## DECLARATION OF JOHANA PAOLA BELTRAN

I, Johana Paola Beltran, being duly sworn, deposes and says:

1.      My name is Johana Paola Beltran and I am over the age of 18.

2.      Beginning on or around early 2011, I visited the office of InterExchange, located in downtown Bogota, Colombia. I submitted an application to InterExchange.

3.      A representative for InterExchange contacted me to provide me with the J-1 visa requirements in order to become an au pair.  The agent explained that I would have to take English classes, obtain a driver's license, receive training in first aid, and take swimming lessons.  I was also instructed to take two semesters at a post-secondary school. I took one class per semester, from 2011 until early 2012, at my own expense.

4.      In early 2012, InterExchange contacted me to conduct a formal interview, including questions regarding my ability to provide childcare. InterExchange arranged for me to interview with a few families, to be conducted via Skype and/or telephone.  I interviewed with the Noonan family. InterExchange later advised me that I would be working for the Noonan family and that InterExchange would facilitate a J-1 visa interview for me at the United States embassy in Bogota.

5.      I paid $5,000,000 pesos ($2,500 USD) to InterExchange.

6.      In May, 2012, I received my J-1 Visa.

7.      In August, 2012, InterExchange made arrangements for me to travel from Bogota to New York.

8.    Upon arrival in New York, InterExchange made arrangements for me to stay in a hotel with approximately 50 other au pairs for one week, to attend mandatory childcare training provided by InterExchange.  I was not paid during this week of training.

9.    Upon completion of the week-long training in New York, I flew to Denver, Colorado to begin working for the Noonan family as their au pair.

10.    After my arrival in Denver, I was contacted by an InterExchange representative.  I also attend one meeting with other au pairs and an agent of InterExchange.

11.    In the Noonan family home, my job responsibilities were not limited to childcare services but included house work.  I was responsible for cleaning the home, preparing dinner Monday through Saturday, laundry, packing and unpacking for the family before and after trips, cleaning the family vehicle daily, bringing in the groceries from the car, gardening, and tending to the family's outdoor pets (such as chickens, including the chicken coop).

12.    The family did not provide me with three meals per day every day. I was not allowed to eat with the family.  I was only allowed leftovers if any were available.

13.    During my employment, I often worked more than 8 hours, sometimes 9-10 hours per day.  I sometimes worked on Sunday, my day off.  Ms. Noonan kept a schedule for me, but she did not keep track of the hours.

14.    I often worked more than 40 hours per week. I was not paid any additional money for overtime or wages exceeding 40 hours in a work week.

15.    I was paid $195.75 per week for each week that I worked in the Noonan home, even if I worked in excess of 40 hours that week.

16.    I ceased working with the Noonan family in November, 2012. Ms. Noonan contacted InterExchange about me, and InterExchange then sent a representative to the family home and had me sign documents that I did not understand. I was not provided with an explanation or copy of what I signed.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

*Johana Paola Beltran*

JOHANA PAOLA BELTRAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

## DECLARATION OF BEAUDETTE DEETLEFS

---

I, Beaudette Deetlefs, being duly sworn, deposes and says:

1.     My name is Beaudette Deetlefs and I am over the age of 18.

2.     Beginning on or around June 2014, in response to an advertisement in the paper from Cultural Care, I travelled to Cape Town, for an information session on their au pair program.

3.     At the end of the information session, I secured a formal interview and was later accepted by Cultural Care.

4.     I paid $900 for out of pocket expenses related to my employment with Cultural Care, which I understood to be payment for administrative fees and basic health insurance.

5.     On or around August 18, 2014, I travelled from Cape Town to New York.

6.     Upon arrival in New York, Cultural Care required me to attend mandatory childcare training for three full days.  I was not paid during this week of training.

7.     At training, a Cultural Care representative informed me and the other au pairs that we would be paid precisely $195.75 per week, no more.

8.     Upon completion of the week-long training in New York, I flew to Utah to begin working as an au pair.  I lived in the basement of the host family's home.

9.     My host family had three children, ranging in ages from 11 months to 9 years old.

10.     I usually worked only 2 or 3 days per week, but generally worked more than 10 hours per day.

11.     My host family paid me $195.75 every week that I worked. My family told me they paid me that amount because that was what Cultural Care told them to pay me.


I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

Dated this 1̲8̲ day of 7̲ , 2016

_____

BEAUDETTE DEETLEFS

# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

## DECLARATION OF LUSAPHO HLATSHANENI

I, Lusapho Hlatshaneni, declare as follows:

1.     My name is Lusapho Hlatshaneni and I am over the age of 18.

2.     Beginning on or around 2012 during my third year of college, I submitted an application to African Ambassador's office in Cape Town, who is an agent of and recruits au pairs for Au Pair in America.

3.     I was told by African Ambassador that as an au pair in the United States, I could not be paid more than $195.75 per week and that if I accepted any additional wages, I would lose my visa.

4.     I paid 9,500 South African Rand (approximately $800USD) for out of pocket expenses related to my employment with Au Pair in America, which I understood to be payment for administrative fees and costs related to my employment as an au pair.

5.     In February 2013, I travelled from South Africa to New York.

6.     Upon arrival in New York, Au Pair in America made arrangements for me to stay in a hotel with a number of other au pairs for one week, to attend mandatory childcare training provided by Au Pair in America. I attended 4 days of training for approximately 32 hours in total.  I was not paid during this week of training.

7.     Upon completion of the week-long training in Tarrytown, New York, I flew to Virginia to begin working as an au pair.

8.     My host family had two-year old twins. I worked with this family in Virginia for one year, until their children began school, and my services were no longer needed.

9.      I worked five days a week, 8-10 hours a day, and generally worked in excess of 40 hours per week.

10.     My host family paid me $195.75 per week, regardless of the number of hours I actually worked. I was never compensated for my overtime hours.

11.     In February 2014, I was matched with a new family and travelled to California to begin working as the new family's au pair.

12.     My new family also had two young children.

13.     My new host family also paid me based on the stipend of $195.75 per week, regardless of the number of hours I actually worked, though when the family paid me in cash, they rounded it up to $200.

14.     During the summer months of 2014, I routinely worked well over 40 hours per week, even as much as 60 hours per week, while the children were not in school. I was still paid only $195.75 (or $200) per week for those weeks.

15.     Both families advised me that they paid me $195.75 because that is what they were told to pay by Au Pair in America, and Au Pair in America told them not to exceed the weekly stipend of $195.75.

16.     I am residing again in South Africa, where my internet accessibility is much less consistent than it was when I was working in the United States. I do not have the ability to check my emails on a daily basis because of this.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.

Dated this 19 day of July 2016.

_____
LUSAPHO HLATSHANENI

2

# Exhibit G



# The Au Pair Stipend'



All au pairs earn a weekly stipend of at least $195.75 per week – this is a number determined by the U.S. State Department. You may be wondering, "Why at least 195.75 per week?" It seems like a strange number, but there is a strict equation used to arrive at this amount. The stipend is calculated by multiplying the Federal Minimum Wage by the maximum number of hours worked per week, then subtracting 40% for room and board.

Here's how the stipend is calculated:

Federal Minimum Wage: **$7.25** x Maximum hours worked per week: **45** = $326.25 minus Room and board credit of **40%** ($130.50) = $195.75

According to U. S. State Department regulations, all au pairs must receive this weekly stipend, regardless of whether or not they have worked the maximum 45 hours during the week. Au pairs also receive this stipend during their two weeks of

vacation!

Since your food and housing are covered, your stipend is considered your "discretionary income" or money you can spend on activities of your choosing – travel, eating out, and otherwise exploring your community. Over the course of 12 months, you'll earn nearly $10,000 in stipends. If you plan carefully, you can enjoy quite a few cultural and recreational activities with that amount of money!

Here at InterExchange, we encourage you to use their earnings to get the most out of your time in the United States. We want you to try new foods, buy keepsakes and souvenirs, enjoy social events with friends, and to see as many of the diverse and unique areas of our country as you can! Here are some suggestions to help you effectively manage your earnings:

## Keep an Emergency Fund

We recommend keeping the equivalent of two week's stipend (about $400) in an emergency fund. This is money that you never use for anything except an emergency. If you never end up needing the money, you can take it home with you to help you get re-settled.

## Set aside 10% for taxes



You will have to file taxes at the end of the calendar year. Depending on when you started the program and how much you earned, you might have to pay several hundred dollars toward U.S. taxes. We recommend putting aside 10% ($20) a week to be able to pay your income taxes at the end of the calendar year. In the end, this

should be more than enough. Whatever is left over after paying taxes is yours to keep!

# Pay yourself, too!

Experts recommend saving at least 10% of your income – for you, that's about $20 per week. Talk to your bank about opening a savings account, and consider scheduling an automatic transfer of $20 each payday – that way, you're saving without even thinking about it. By the end of the year, you'll end up with about $1,000 to travel, or to take home with you.

# Use Discount Sites Like LivingSocial or Groupon to Try Something New!

These sites (also available as apps) are a great way to find workout classes, haircuts, and even some restaurants in your area at discounted prices. If you're interested in trying a class such as Zumba, CrossFit, or Kickboxing, you're sure to find a deal through LivingSocial or Groupon!

# Shop at stores during sales and clearance periods

The United States has a deep discount culture – many consumers are not accustomed to paying full price for items such as clothes and shoes. Be on the lookout for sales! Any discount of 40% off or higher is generally considered to be a good deal.

# Ask around!

When you're new to a city or country, it's easy to spend more money than you would if you were home. When you find yourself in need of an adaptor, new coat, or guidebook, you might end up making a purchase at the first place you find – which may not be the best value!

Your host family, neighbors, LC, fellow students in your classes, and other au pairs

who have been in the U.S. longer are great resources. They can tell you about your new city's best deals and hidden gems.

## Search Kayak, Priceline, and more!

When planning a trip, the internet is essential. If you're planning on flying, don't just search for flights once – try multiple times and dates on multiple sites to get the best value! Here are some places to get started:

Kayak
Priceline
Yahoo Travel
Skyscanner
CheapoAir

The same is true for hotels/hostels, car rentals, and other travel-related costs. Review the options online using InterExchange Cultural Compass to research the different options around the country and resources to improve your travel experience. Keep an open mind and be sure to Google things you're interested in – you never know what new bus company or travel app you may find!

We hope that these tips are helpful for understanding and making the most out of your weekly stipend. Managing money well can help reduce stress and increase your opportunities for cultural exchange. Finally, when trying to decide between taking that trip or buying a new bag, remember that experiences bring more happiness than things!

 **Stephanie Willhide**

Stephanie started her career working for a cultural exchange program that supports English language learning in Chilean public schools. She came to InterExchange's Au Pair USA program in 2013, and now works as the **Content Developer**.

Wednesday January 22, 2014



## Au Pair USA

Experience life in the U.S. while living with a welcoming American family.

**Sign Up**

**☐ Tweet**   **☐ Share**   **☐ Email**

**Au Pair USA**

**0 Comments**   **InterExchange**   ☐ **Login** ▾

☐ **Recommend**   ☐ **Share**   Sort by Best ▾



Start the discussion…

Be the first to comment.

**ALSO ON INTEREXCHANGE**

### Adventure of a Lifetime in New Zealand

4 comments • 7 months ago

**James Bridge** — Hi Olivia, I'm glad to see you're finding the blogs here useful! :) As you look further into travel options for …

### Staff Favorites: U.S. Foods

1 comment • 6 months ago

**James Bridge** — Healthy picks guys!!

### 4x4 Camp: The Best Way to Prepare for Camp USA in Bolivia!

1 comment • a month ago

**FABRICIO PICOLOMINY VILLAZON** — Hey everyone! My name is Fabricio I had been a counselor for Day Camp …

### Awesome Student Final Projects in Thailand

1 comment • 4 months ago



## School Teaching Assistant Italy Program Highlights

**Working Abroad**  **Cultural Exchange**  **Travel**
**Europe**  **Italy**  **Teach English Abroad**



### Forging Connections and Peace Through Basketball

Foundation    Grants    Christianson Grant

Cultural Exchange    Israel    Volunteer Abroad

Stories from the Field

### What Is Leadership? A Recap From I-LEAD DC

Career Training USA    Internships Abroad

Cultural Exchange    Education

### Top 10 Free Travel Apps

'Saving and Spending: The Au Pair Stipend – InterExchange

Career Training USA   Travel   Tips
Technology



**Venturing Into the Unknown in Australia**

Working Abroad   Cultural Exchange
Gap Year Abroad   Work Travel Abroad
Australia

**Host Family Outings & Activities**

Working Abroad   Cultural Exchange
Gap Year   Travel   Au Pair   South of France

## Looking for our classic website?
We're still moving everything over to the new look.

Classic

**The Rainbow Nation**
**Michael Gates Visits our**

**Partners in South Africa**

 **InterExchange**

Alumni

Contact Us

Foundation

Leadership

Mission

Make a Payment

Privacy

SEVIS

Terms

## Travel Abroad

Au Pair

Camp

Career Training

Learn Spanish

Teach English

Volunteer

Work & Travel

Foundation

## Partner with Us

GoAbroad

Go Overseas

Saving and Spending: The Au Pair Stipend - InterExchange

Alliance Exchange
IAPA
WYSE Travel

## Cultural Exchange

Compliance
Fulbright-Hays Act
U.S. Culture
Community Involvement
Travel Resources
Participant Rights
Online TEFL Course

**Become a Host**
**Careers**
**Classic Website**

# Exhibit H1



## Protect Yourself From Au Pair Fraud!

Like  4 people like this. Sign Up to see what your friends like.

Like 4    Tweet



Applying to be an au pair is very exciting, especially if you meet a family that would like to pre-match with you! However, don't let your excitement cloud your good judgement. It is important that you take the proper precautions and make sure the online family is not an internet scammer. All international au pairs visiting the U.S. on a J-1 Visa should only work with an official U.S. State Department sponsor such as InterExchange Au Pair USA.

Scams and frauds involve many different techniques. For example, a scammer may pretend to be an au pair agency like InterExchange, or a host family that saw your profile online. They might contact you by email, telling you about their family and why they need someone to help them. They may make you offers that sound amazing, like paying you more than the program amount of $195.75 per week or saying that you won't be working very many hours. They will usually not speak with you over the phone or Skype. If you hesitate or respond slowly, their emails can become very demanding and urgent. They will often ask you to send them your personal identification (passport, driver's license) and/or payment for the agency, flights or other fees. Their emails often contain many grammar and spelling errors, and they may even use copies of au pair agency images and logos. If you doubt whether a family is real or not, you can email us at aupair@interexchange.org.

**Important Safety Reminders:**

- All international au pairs must apply with a U.S. Department of State designated sponsor. There is no other way to get a J-1 Visa for a U.S. au pair program.
- All international au pairs will work with a local agency in their home country. You must meet with this representative personally for a one on one interview and she or he will help you with the application process.
- All emails from InterExchange staff will end in @interexchange.org. International Cooperators also have institutional emails. Anyone claiming to be an au pair agency but emailing from a free service provider, such as Gmail or Yahoo, is most likely a scammer.
- Our application materials are all online in our protected portal. Families do not send these to you. Only our authorized agents in your home country can register you into the protected InterExchange Passport online system.
- Our families and au pairs communicate with each other using InterExchange Passport, our exclusive online portal. This is a closed online community, and a safe system for families and au pairs to meet and match with each other.

**CONNECT WITH US**



**SUBSCRIBE**

Receive email notifications when new content is posted.

Your email:
Enter email address...
Subscribe  Unsubscribe

**SEARCH THE AU PAIR USA BLOG**

Search



InterExchange Au Pair U...

**INFORMATION FOR AU PAIRS**

Become an Au Pair in the US
Life in the US for Au Pairs
Au Pair Responsibilities
Au Pair USA Benefits
Testimonials
Resources for Au Pairs

**INFORMATION FOR HOST FAMILIES**

**CATEGORIES**

Educational Info
Program Info
Activities and Crafts
Program News

**ARCHIVES**

March 2015
January 2015
December 2014
November 2014
October 2014
September 2014
August 2014
July 2014
June 2014
May 2014
April 2014
March 2014
February 2014
January 2014

- You only begin talking to our screened host families AFTER you have completed your application and interviewed with us.
- Au pairs only pay their local agency directly, not their host family and not third-party bankers.
- U.S. au pair agencies DO NOT use money transfer companies such as Western Union or MoneyGram for business transactions.
- Never give out your personal information via email to someone you do not know.
- Do not provide copies of your personal documents or send payment to third parties. Only give these things directly to your local agency in your home country.
- If you think that someone has tried to fraudulently contact you, please contact InterExchange immediately at aupair@interexchange.org or +1.212.924.0446 to report the incident.

We value your safety and are here to support you. If you are interested in becoming an au pair, please be sure to check out the au pair requirements.

To start the application process, please visit the following page to submit your information: http://www.interexchange.org/au-pair-usa/au-pair-program/ready-get-started

InterExchange Au Pair USA

Like   4 people like this. Sign Up to see what your friends like.

THIS ENTRY WAS WRITTEN BY ADMIN, POSTED ON MAY 21, 2014 AT 4:19 PM, FILED UNDER AU PAIR TIPS, CULTURAL EXCHANGE, PROGRAM INFO AND TAGGED AMERICAN CULTURE, AU PAIR, AU PAIR TIPS, AU PAIR USA, AU PAIRS IN USA, CHILD CARE, CULTURAL EXCHANGE, INTEREXCHANGE, INTEREXCHANGE AU PAIR USA, PROGRAM INFO, TIPS FOR AU PAIRS. BOOKMARK THE PERMALINK. FOLLOW ANY COMMENTS HERE WITH THE RSS FEED FOR THIS POST. TRACKBACKS ARE CLOSED, BUT YOU CAN POST A COMMENT.

## Leave a Reply

Your email address will not be published. Required fields are marked *

* Name

* Email

Comment

**HTML tags are not allowed.**

Post Comment

Current ye@r
*

1980

December 2013
November 2013
October 2013
September 2013
August 2013
July 2013
March 2013
February 2013
December 2012
August 2012
June 2012
May 2012
April 2012

**InterExchange Au Pair USA** is a cultural exchange program that gives young people, ages 18-26, the opportunity to experience the U.S. by living with an American host family while providing child care. Host families enjoy the benefit of in-home care for their children that is flexible and affordable. In return, au pairs receive room, board, a weekly stipend, accident and sickness insurance, airfare and an educational allowance to use toward college-level courses.

© InterExchange     Privacy Policy | Terms of Use | International Cooperator Login

Get plugin http://www.fastemailsender.com

# Exhibit H2





 **Michael Gates** Friday February 19, 2016



> It's important to take precautions when meeting others and making payments online. Photo courtesy of Pexels

Applying to be an au pair is very exciting, especially if you meet a family that would like to pre-match with you! However, don't let your excitement cloud your good judgement. It is important that you take the proper precautions and make sure the online family is not an internet scammer. All international au pairs visiting the U.S. on a J-1 Visa should only work with an official U.S. State Department sponsor such as InterExchange Au Pair USA



> When meeting families online, be sure you are connecting through a J-1 Visa Sponsor. Photo courtesy of Pexels

Scams and frauds involve many different techniques. For example, a scammer may pretend to be an au pair agency like InterExchange, or a host family that saw your profile online. They might contact you by email, telling you about their family and why they need someone to help them. They may make you offers that sound amazing, They may make you offers that sound amazing, like paying you much more than the minimum program amount of $195.75 per week or saying that you won't be working very many hours. They will usually not speak with you over the phone or Skype. If you hesitate or respond slowly, their emails can become very demanding and urgent. They will often ask you to send them your personal identification (passport, driver's license) and/or payment for the agency, flights or other fees. Their emails often contain many grammar and spelling errors, and they may even use copies of au pair agency images and logos. If you doubt whether a family is real or not, you can email us at aupair@interexchange.org



> If you see an email address that ends in @gmail.com or @hotmail.com, it's a
> cause for concern. Photo courtesy of Pexels

# Important Safety Reminders

- All international au pairs must apply with a U.S. Department of State designated
  sponsor. There is no other way to get a J-1 Visa for a U.S. au pair program.
- All international au pairs will work with a local agency in their home country. You
  must meet with this representative personally for a one on one interview and she
  or he will help you with the application process.
- All emails from InterExchange staff will end in @interexchange.org. International
  Cooperators also have institutional emails. Anyone claiming to be an au pair
  agency but emailing from a free service provider, such as Gmail or Yahoo, is
  most likely a scammer.
- Our application materials are all online in our protected portal. Families do not
  send these to you. Only our authorized agents in your home country can register
  you into the protected InterExchange Passport online system.
- Our families and au pairs communicate with each other using InterExchange

Passport, our exclusive online portal. This is a closed online community, and a safe system for families and au pairs to meet and match with each other.

- You only begin talking to our screened host families AFTER you have completed your application and interviewed with us.
- Au pairs only pay their local agency directly, not their host family and not third-party bankers.
- U.S. au pair agencies DO NOT use money transfer companies such as Western Union or MoneyGram for business transactions.
- Never give out your personal information via email to someone you do not know.
- Do not provide copies of your personal documents or send payment to third parties. Only give these things directly to your local agency in your home country.
- If you think that someone has tried to fraudulently contact you, please contact InterExchange immediately at aupair@interexchange.org or +1.212.924.0446 to report the incident.

We value your safety and are here to support you. If you are interested in becoming an au pair, please be sure to check out the au pair requirements.

To start the application process, please submit your information and we will reach out to you.

## Au Pair USA



Protect Yourself From Au Pair Fraud - InterExchange



## Au Pair USA

Experience life in the U.S. while living with a welcoming American family.

**Sign Up**

**Tweet**      **Share**      **Email**

**0 Comments**      **InterExchange**      Login

Recommend    Share      Sort by Best

Start the discussion…

Be the first to comment.

**ALSO ON INTEREXCHANGE**

Protect Yourself From Au Pair Fraud - InterExchange

### Top 10 Things to Do for Under $10 in Baltimore

1 comment • 2 months ago•

**James Bridge** — And don't miss the American Visionary Art Museum, my favorite!! http://www.avam.org/ …

### Host Families Realizing the Benefits of Male Au Pairs

3 comments • 7 months ago•

**Jonathan Acabo Page** — Hi Ani-IEX, Thank you... I'll check on it...

### Save Money With Student Discounts While You're in the U.S!

1 comment • 6 months ago•

**essay writers service** — That is a great help for those foreign students who wanted to improve their knowledge …

### A Year in Thailand

2 comments • 6 months ago•

**James Bridge** — Hi Melissa. As you move ahead researching programs, feel free to give us a call to discuss our …



## Paradigm Shift in Khayelitsha

**Volunteer Abroad**

**Grants**  **Cultural Exchange**  **Africa**
**South Africa**  **Volunteer Abroad**

**Cultural Exchange**  **Gap Year Abroad**  **Travel**
**New Zealand**  **Au Pair Abroad**

## The Intersection Between Engineering and Craftsmanship

**Grants**  **Cultural Exchange**  **Asia**  **Laos**

Protect Yourself From Au Pair Fraud - InterExchange

Volunteer Abroad

Cultural Exchange | Internships Abroad | Tips



The Wang Pha Life

Cultural Exchange | Gap Year | Travel

Teach English | Thailand | Asia

Teach Abroad

Cultural Exchange | Gap Year | Travel

Teach English | Thailand | Asia

Teach Abroad

4x4 Camp: The Best Way to Prepare for Camp USA in Bolivia!

Grants | Cultural Exchange | Africa | Togo

Volunteer Abroad

Protect Yourself From Au Pair Fraud - InterExchange

**Camp Abroad**   **Featured Participants**

**Feature Partners**   **Orientation**

**Cultural Exchange**



## Health Research in Togo: Upgrading to Electronic Data Collection

**Grants**   **Cultural Exchange**   **Health**

**Latin America**   **Dominican Republic**

**Volunteer Abroad**

**Grants**   **Cultural Exchange**   **Africa**   **Togo**

## Looking for our classic website?

We're still moving everything over to the new look.

**Classic** ☐

## What Makes Au Pairing in New Zealand So Special?

 InterExchange

Protect Yourself From Au Pair Fraud - InterExchange

Alumni

Contact Us

Foundation

Leadership

Mission

Why Do I Need a J-1

Make a Payment

Visa for My U.S.

Privacy

Internship?

SEVIS

Terms

## Travel Abroad

Au Pair

Camp

Career Training

Learn Spanish

Teach English

Volunteer

Work & Travel

Foundation

The Very Delicious

Food of Thailand

## Partner with Us

GoAbroad

Go Overseas

Alliance Exchange

IAPA

WYSE Travel

## Cultural Exchange

Compliance

Fulbright-Hays Act

U.S. Culture

Community Involvement

Travel Resources

Participant Rights

Online TEFL Course

Health Research in
Togo: An Introduction



**Become a Host**

**Careers**

**Classic Website**



# Exhibit I

MENU

Au pairs are, by definition, young people from overseas who travel legally to the U.S.to care for children on a cultural exchange visa. Nannies can be anyone employed to care for a child in its own home.

Nannies can work part-time, full-time or even overtime. Au pairs working conditions are regulated by the U.S. Department of State, so there are rules that must be followed. An au pair can work up to (but no more than) 45 hours a week, 10 hours per day.

Nanny fees vary widely depending on if they are part-time or full-time and where you live. Most resources quote from $400 to $600 per week. Au pairs are paid a set weekly stipend of $195.75, as dictated by the U.S. Department of State. When an agency's fees are factored in, the total weekly cost is about $350.

Some nannies are professionally trained and are in the field as a career. Others become nannies as a temporary way to earn money while they decide on college or other career paths. Au pairs are not professionally trained but many of them have hundreds, even thousands, of hours of experience as babysitters, tutors, kindergarten assistants, camp counselors and sports instructors.

Nannies are employees. Au pairs are not considered an employee but rather an extended family member. The term au pair means "on par".

Stay tuned for next Tuesday's Top 5!

---

## MORE ARTICLES



Au pairs in PA volunteer for Cradles for Crayons



10 great ways to celebrate International Women's Day!



Becoming a Host Family

Our Au Pairs

The Process

Pricing

Careers

Blog

About Us

Become an Au Pair

© 2016 Cultural Care Au Pair| Privacy policy | Terms of use |

# Exhibit J

*America's First Au Pair Program* *Trusted live-in child care - since 1986*



CHAT NOW

Login

Request Information

800.928.7247   



Program Cost

# How Much Does an Au Pair Cost

If the idea of live-in child care sounds like the right solution for your family, your next question is probably, "how much does an au pair cost?" Au Pair in America program fees are based on a program duration of 12 months and the program option you select. Fees and au pair salary are per family, not per child. When using Au Pair in America to find your au pair, cost will include a one-time match fee, a program fee, and a weekly stipend paid directly to your au pair. Use the graph below to calculate the total cost of au pair services for your family.

## 2016 Program Fees:

For short term (under 12 months) au pair cost and availability, please contact Alex Ramirez at (800) 928-7247 ext. 5161 or email alex@aupairinamerica.com.

| | Au Pair | Extraordinaire | Educare |
|---|---|---|---|
| Match Fee | $425 | $425 | $425 |
| Program Fee Annual | $8,495 | $9,590 | $7,450 |
| Minimum Weekly Stipend* _Paid weekly/51 weeks_ | $195.75* | $250* | $146.81* |

*Au pairs on the au pair program are to be compensated by the host family at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act (FLSA) and the U.S. Department of State. EduCare participants are to be compensated at a rate that is 75% of the weekly rate established for those on the standard program for up to 30 hours of child care services per week. The minimum weekly federal stipend of $195.75 for the au pair participant for up to 45 hours per week and $146.81 for the EduCare participant for up to 30 hours per week is calculated based on the federal minimum wage less a credit set by the Department of Labor for room and board. Au pairs on the Au Pair Extraordinaire program are to be compensated at a weekly rate of no less than $250.00 as set by Au Pair in America.

**Note:** Host families have the option to pay more than the minimum standards, but under no circumstance may the host family pay less than the minimum, nor may the family have the au pair provide more than 45 hours per week (30 hours for EduCare) of child care services. The au pair weekly stipend, room and board, education allowance and other program elements are subject to change based on any update to the federal au pair regulations. If this occurs, Au Pair in America will inform families.

View what is included in the program fees above                                                    +

**Base program fees include:**

- Recruitment, interviewing and selection of the au pair and host family

- Administrative and support services during the exchange

- Round trip transportation between designated cities abroad and the au pair orientation site

- Au pair orientation and training

- Partial J-1 visa processing

- A portion of basic medical insurance

- Personal liability coverage

- A cultural workshop for the au pair

- A cultural workshop for the host family

- Unlimited access to online resources

- Rematching service should a replacement au pair be required to fulfill a host family's contract year.

* To maintain a uniform program fee for host families, au pairs and EduCare companions traveling to and from select cities pay a flight surcharge towards their airline cost.

*Au pairs pay a program fee that, in part, covers screening and placement services, visa processing, resource materials and a portion of international flight costs from select gateways.*

**Additional au pair cost considerations:**

Some of the things that can contribute to the overall cost of au pair services are not included in the Au Pair in America fees. The following should be considered by host families: private room and board, weekly stipend paid to the au pair/companion (see chart), automobile insurance, public transportation if not providing use of car, educational allowance towards tuition, and course materials.

Additional information                                                                                    +

☐ Program Support and Policies

# Program fees are due 30 days prior to the arrival of the au pair/companion in the United States.

**Match and Program Fees** The match fee is due upon selection of the au pair and is non-refundable except in circumstances the au pair is unable to arrive. The full program fee is due 30 days prior to the arrival of the au pair/companion to your home unless the family elects to make payments through the Extended Payment Plan.

All program fees are payable by personal check or by Visa, MasterCard or American Express. Make checks payable to Au Pair in America or EduCare in America.

**Learn more about Au Pair in America's** Extended Payment Plan

### View Au Pairs Now

Learn about becoming a host family and view au pairs with *no obligation.*

Ms.

First name*

Last name*

Street address*

City*

State*

Zip*

Email*

Cell phone

Create password*

*Show password*

*Password must be at least 8 characters including letters and numbers.*

How did you hear about us?*

Yes, please contact me at the number I have provided regarding additional information about Au Pair in America. *We respect your privacy and will not sell your contact or personal information.*

BBB ONLINE ACCREDITED BUSINESS



## View Au Pairs Available Now

Find the perfect fit for your family!

View Profiles »



## Questions?

Schedule a Consultation,

or give us a call 800.928.7247



## New Host Families

Never an Application Fee!

Plus save $150 when you apply by April 30

> *"You can not beat the flexibility of the Au Pair program. My au pairs have been so great that my friends want to steal them and take them home!"*

Catherine Dunsby, host parent

Connecticut

## Quick Links

Resources for Current Host Families

Resources for Current Au Pairs

Resources for Community Counselors

Resources for Employers

Internet Safety

We are proud to be affiliated with:

   

## US Office for host families

Au Pair in America, 1 High Ridge Park,
Stamford, CT 06905

Phone: toll free

(800) 928-7247 direct - (203) 399-5000

E-mail

aupair.info@aifs.com

## London Office for Au Pairs

Au Pair in America, 37 Queen's Gate,
London SW7 5HR

Phone:

+44 (0) 20 7581 7322

E-mail

info@aupairamerica.co.uk

## Connect with Au Pair in America

☐    ☐    ☐    ☐    ☐

Latest News from Au Pair

☐ read our newsletter >>

All contents copyright © Au Pair in America / American Institute For Foreign Study. · Privacy Policy   Back to top

· Careers·  For the Media·  Contact Us·

# Exhibit K

http://www.aupairinamerica.com/fees/    Go

170 captures
7 Aug 08 - 8 Apr 16

NOV    JAN    MAR
◄  28  ►
2013  2014  2015

Close
Help

Home    About Us    Contact Us (800) 928-7247

Username: [        ]    Password: [        ]    Login

Forgot your login? | New? Register free.

# Au Pair in America Program Fees

Au Pair in America program fees are based on a program duration of 12 months and the **program option** you select. Fees are per family, not per child.

For short term (under 12 months) au pair fees and availability, please contact Alex Ramirez at (800) 928-7247 ext. 5161 or email aramirez@aifs.com.

## 2014 Program Fees:

|  | Au Pair | Extraordinaire | Educare |
|---|---|---|---|
| **Match Fee** | $400 | $400 | $400 |
| **Program Fee** *Annual* | $8,045 | $9,195 | $6,895 |
| **Weekly Stipend*** *Paid weekly/51 weeks* | $195.75** | $250** | $146.81** |
| **Average weekly cost** | $361 *(45hrs of weekly care)* | $438 *(45hrs of weekly care)* | $290 *(30hrs of weekly care)* |

## 2013 Program Fees

**Click here** for 2013 program costs & payment information.

View **what is included** in the program fees above.

** The weekly stipends for Year2 au pairs and all Au Pair Extraordinaires are stipulated by Au Pair in America and are as follows:

**Year2 au pair weekly stipends** - A limited number of **Year2 au pairs** will seek placement with a different family for their extension term. In these instances host families pay the published fee in accordance with the au pair's status as an Extraordinaire, EduCare or Au Pair applicant. The weekly stipend is currently $195.75 for the Au Pair program, $250 for the Extraordinaire program and $146.81 for the EduCare program.

**Extraordinaire weekly stipends** - First year Extraordinaire au pairs receive a weekly pocket money stipend of $250.

 **Program Support and Policies**

*The minimum weekly stipend is established by the United States government based on a formula which calculates the federal minimum wage less an allowance for room and board. The stipend for Au Pair and for EduCare is based on the minimum wage law currently in effect. The weekly stipend for Extraordinaire is stipulated by Au Pair in America. As federal minimum wage law changes, weekly stipend changes.

Please note: Fees do not include the $350 non-refundable application fee or the educational allowance required of all host families--$500 for Au Pair and Extraordinaire; $1,000 for EduCare. The educational component is currently under review by The Department of State. You will be advised if there is a mandated change. Match fee is non-refundable unless Au Pair in America can not bring in the au pair.

A $35 U.S. government imposed SEVIS fee is charged for every au pair arriving to your home, except in circumstances where the au pair has transferred from one family into your family.

Excess airline fees: An additional fee may be imposed if air carriers levy increased fuel surcharges or new increased taxes after January 1, 2012.

# Exhibit L

INTERNET ARCHIVE
WaybackMachine

http://www.goaupair.com/Host-Families/FAQ/During-Your-Au-Pair-Child-Care-Exp   Go

24 captures
30 May 11 - 7 Nov 15

APR   JUL   DEC       Close
◀   1   ▶
2013  2014  2015     Help

Username

Call 888.AUPAIR.1
888.287.2471

Forgot Password?          LOG IN



HOME   FIND AN AU PAIR   BE AN AU PAIR   PARTNERS   RESOURCES   CONTACT US

WHAT IS AU PAIR CHILD CARE   PLANS & PRICING   CHOOSE GO AU PAIR   VIEW AU PAIRS   HOW IT WORKS   FAQ   BLOG

## FAQ

All FAQs

Host Family Application Process

Choose Your Au Pair

Preparing For Your Au Pair's Arrival

During Your Au Pair Child Care Experience

Repeat the Experience

### Request Information

[ I want to be a Host Family ▼ ]

[ First Name ]   [ Last Name ]

[ Email ]

[ Phone ]   [ Zip ]

[ What are your child care needs? ]

SUBMIT REQUEST

APPLY ONLINE

SEARCH AU PAIRS

### What is the Au Pair stipend and how is it determined?

The Au Pair stipend is the term for the wages paid to an Au Pair by the Host Family. The stipend provided to an Au Pair must conform with minimum wage law and adjustments. The Department of Labor has sole jurisdiction regarding matters of minimum wage and the credit for room and board which is applied against the weekly stipend.

The calculation for the Au Pair stipend is as follows:
(Federal Minimum Wage) x (Number Hours worked per week) – (40% credit for room and board) = (Au Pair stipend)

($7.25) x (45 hours) – (40% credit) = $195.75 per week

Visit our fees page for more information on Au Pair stipends.

### AVAILABLE AU PAIR STATS

55% of our available Au Pairs have over 200 hours of experience with children under 2 05/24/12

85% of our available Au Pairs have their driver's license in their home country 05/17/12

91% of our available Au Pairs have experience with children 2-5 years old. 05/10/12

In May we are pleased to feature our Au Pairs from South Africa 05/04/12

### RECENT BLOG POSTS

The Best Thing for Your Au Pair 06/17/14

Kindness Matters in the Au Pair Match 06/13/14

Time to Say Goodbye 06/12/14

Why I chose to Switch from a Nanny to an Au Pair 06/09/14



LINDA CRISTINA, AN AU PAIR FROM ECUADOR

"I would love to learn your culture and language, since it's not the same to study it in school. I would also like to show you a little bit about my culture, customs and how beautiful my country is."

About Us   |   Sitemap   |   Privacy Policy   |   Copyright 1999-2014 GoAuPair.com

   

| | | | |
|---|---|---|---|
| Albuquerque Au Pairs | Cincinnati Au Pairs | Gulfport Au Pairs | Memphis Au Pairs |
| Allentown Au Pairs | Cleveland Au Pairs | Hampton Roads Au Pairs | Miami Au Pairs |
| Anchorage Au Pairs | Columbus Au Pairs | Harrisburg Au Pairs | Milford Au Pairs |
| Appleton Au Pairs | Corpus Christi Au Pairs | Hartford Au Pairs | Minneapolis Au Pairs |
| Arlington, VA Au Pairs | Dallas Au Pairs | Houston Au Pairs | Morgantown Au Pairs |
| Aspen Au Pairs | Denver Au Pairs | Indianapolis Au Pairs | Myrtle Beach Au Pairs |
| Athens Au Pairs | Detroit Au Pairs | Jackson, WY Au Pairs | Nashville Au Pairs |
| Atlanta Au Pairs | Durham Au Pairs | Jacksonville, NC Au Pairs | New Orleans Au Pairs |
| Austin Au Pairs | Fairfax Au Pairs | Kansas City Au Pairs | New York City Au Pairs |
| Baltimore Au Pairs | Fayetteville, NC Au Pairs | Knoxville Au Pairs | North Bay Au Pairs |
| Boston Au Pairs | Fort Lauderdale Au Pairs | Las Vegas Au Pairs | Northern New Jersey Au Pairs |

| | |
|---|---|
| Philadelphia Au Pairs | Santa Rosa Au Pairs |
| Phoenix Au Pairs | Scranton Au Pairs |
| Pittsburgh Au Pairs | Seattle Au Pairs |
| Portland Au Pairs | Sioux Falls Au Pairs |
| Portland ME Au Apairs | South Bend Au Pairs |
| Poughkeepsie Au Pairs | South West Maryland Au Pairs |
| Providence Au Pairs | Southern New Jersey Au Pairs |
| Raleigh-Durham Au Pairs | Springfield, IL Au Pairs |
| Reno Au Pairs | St. Louis Au Pairs |
| Reston Au Pairs | Tacoma Au Pairs |
| Richmond Au Pairs | Tahoe Au Pairs |



| | | | | | |
|---|---|---|---|---|---|
| Boulder Au Pairs | Fort Myers Au Pairs | | | Riverside Au Pairs | Tallahassee Au Pairs |
| Pairs | Fort Walton Beach Au | Little Rock Au Pairs | Oklahoma City Au Pairs | Roanoke Au Pairs | Tampa Au Pairs |
| airs | Fredericksburg Au Pairs | Long Beach Au Pairs | Omaha Au Pairs | | Au Pairs |
| Central New Jersey Au Pairs | Gainesville Au Pairs | Los Angeles Au Pairs | Orlando Au Pairs | San Antonio Au Pairs | Tulsa Au Pairs |
| Charleston WV Au Pairs | Gilroy Au Pairs | Louisville Au Pairs | Palm Bay Au Pairs | San Diego Au Pairs | Washington DC Au Pairs |
| Charlotte Au Pairs | Glen Rock Au Pairs | Madison Au Pairs | Pensacola Au Pairs | San Francisco Au Pairs | Williamsport Au Pairs |
| Chicago Au Pairs | Grand Rapids Au Pairs | Manchester Au Pairs | Peoria Au Pairs | San Jose Au Pairs | Wilmington, NC Au Pairs |
| Chico Au Pairs | Greenville Au Pairs | | | | |