## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

### PLAINTIFFS' NOTICE OF FILING CONSENTS
### TO BECOME PARTY PLAINTIFFS

PLEASE TAKE NOTICE that the following plaintiffs are hereby joined in the instant action by the filing of their signed Consent to Join form, true and correct copies of which are attached hereto as Exhibit A:

1. Paula Roque
2. Martin Kollmann
3. Arielle Njomkam
4. Cynthia Tobon
5. Paola Vargas
6. Ashleigh Riley

Dated: July 27, 2016

          Respectfully submitted,

          BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Lauren F. Louis
       Lauren F. Louis
       Sigrid S. McCawley
       401 E. Las Olas Blvd., Suite 1200
       Fort Lauderdale, FL 33301
       Tel: (954) 356-0011
       Fax: (954) 356-0022
       llouis@bsfllp.com
       Smccawley@bsfllp.com

       Matthew L. Schwartz
       Peter M. Skinner
       Randall W. Jackson
       575 Lexington Avenue
       New York, NY 10022
       Tel: (212) 446-2300
       Fax: (212) 446-2350
       mlschwartz@bsfllp.com
       pskinner@bsfllp.com
       rjackson@bsfllp.com

       Alexander Hood
       TOWARDS JUSTICE
       1535 High Street, Suite 300
       Denver, Colorado 80218
       Tel: (720) 239-2606
       Fax: (303) 957-2289
       alex@towardsjustice.org

       *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com

Brian Alan Birenbach Rietz Law Firm, LLC P.O. Box 5268
114 Village Place #301
Dillon, CO 80435
brian@rietzlawfirm.com

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Email: chammond@duffordbrown.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
jsbender@hollandhart.com
Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302
Email: aahubbard@hollandhart.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com

Jessica L. Fuller
Diane Hazel
James M. Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com
jlyons@lrrc.com

Bogdan Enica
Expert AuPair

2

111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701
Email: Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Email: Rhoadesm@gtlaw.com
Email: Estevaom@gtlaw.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Erica Lynn Herrera
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com
Email: eherrera@shermanhoward.com

Brian P. Maschler
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San Francisco, CA 94579
bmaschler@gordonrees.com

John R. Mann
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: pkozal@gordonrees.com
Email: tquinn@gordonrees.com

Lawrence L. Lee, Esq.
Susan M. Schaecher, Esq.
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com

                         /s/ Lauren F. Louis
                         Lauren F. Louis, Esq.

# Exhibit A

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

    Defendants.

---

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, PAULA ANDREA ROQUE CAICEDO, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.,* seeking unpaid wages against Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

---

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.,* contra Cultural Care, Inc. d/b/a Cultural Care Au Pair. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 03/03/2016

Name/Nombre: Paula Roque Caicedo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

    Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, MARTIN KOLLMANN, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.,* seeking unpaid wages against Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.,* contra Cultural Care, Inc. d/b/a Cultural Care Au Pair. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 03/29/16

Name/Nombre: Martin Kollmann

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

    Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, ARIELLE NJOMKAM, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.*, seeking unpaid wages against American Institute for Foreign Study d/b/a Au Pair in America. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.*, contra American Institute for Foreign Study d/b/a Au Pair in America. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 03/17/2016

Arielle Njomkam

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

       Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

       Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, CYNTHIA TOBON, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.,* seeking unpaid wages against Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

_____

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.*, contra Cultural Care, Inc. d/b/a Cultural Care Au Pair. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 03/14/2016

*Cynthia Tobon*

Name/Nombre: Cynthia Tobon

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

    Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, PAOLA VARGAS, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.*, seeking unpaid wages against Defendant American Institute for Foreign Study d/b/a Au Pair in America. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.,* contra American Institute for Foreign Study d/b/a Au Pair in America. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 04/13/16

Name/Nombre: PAOLA VARGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC.; ET. AL.,

    Defendants.

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**I, ASHLEIGH RILEY, WANT TO JOIN THE LAWSUIT** *Beltran v. Interexchange, Inc., et. al.*, seeking unpaid wages against Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair. By joining this lawsuit, I designate the Class Representative(s) to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by the law firms of Boies, Schiller & Flexner LLP, Towards Justice, and other attorneys with whom they may associate.

## CONSENTIMIENTO PARA UNIRSE A LA DEMANDA

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

**DOY MI CONSENTIMIENTO, DE ACUERDO Y OPTAR PARA UNIRME EN ESTA ACCION** *Beltran v. Interexchange, Inc., et. al.*, contra Cultural Care, Inc. d/b/a Cultural Care Au Pair. Al unirse a esta demanda, designo a representantes de la clase para tomar todas las decisiones en mi nombre sobre el método y la forma de llevar a cabo el caso, incluyendo como solución, entrar en un acuerdo con los abogados de Plaintiff, en cuanto a pago de honorarios de los abogados y costos de la corte, y todas las demás cuestiones relativas a esta demanda. Para temas de esta accion, elegir a ser representados por la firma de Boies, Schiller & Flexner LLP, la firma Towards Justice, y otros abogados que pueden asociarse con Boies, Schiller & Flexner y Towards Justice.

Date/Fecha: 5/13/16

Name/Nombre: Ashleigh Riley