# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

### RENEWED NOTICE OF DEPOSITION
---

**TO:**   Lauren Fleischer Louis
Sigrid Stone McCawley
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Alexander Neville Hood
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218

Defendants' Distribution as listed on Exhibit 1

**PLEASE TAKE NOTICE**, that, by agreement, *the date of this deposition has been moved by one day to July 21, 2016. The start time has been moved up by one hour to 9:00 a.m. The location has also been moved as set forth below*.

2

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendants will take the deposition upon oral examination of **David Keil, 191 University Blvd., #250, Denver, Colorado, 80206**.

The deposition will commence at **9:00 A.M. on Thursday, July 21, 2016** at the law office of **Lewis Roca Rothgerber Christie LLP, One Tabor Center, Suite 3000, 1200 Seventeenth Street, Denver, CO  80202** before a Certified Court Reporter and Notary Public, or other competent authority.  The deposition will also be recorded by videotape technology. The deposition shall continue from day to day until completed.

In accordance with the subpoena previously provided, a copy of which is appended for the convenience of the parties, the deponent is required to bring to the deposition copies of the items listed in Attachment A.

You are invited to attend and cross-examine.

Dated: July 13, 2016.                    Respectfully submitted,


*/s/ Joan A. Lukey*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222


Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair

3

# EXHIBIT 1
# DEFENDANTS' DISTRIBUTION LIST

- **Adam A. Hubbard**
  aahubbard@hollandhart.**com**

- **Bogdan Enica**
  bogdane@hotmail.com

- **Brian P. Maschler**
  bmaschler@gordonrees.com

- **Brian Birenbach**
  brian@rietzlawfirm.com

- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com

- **Chanda M. Feldkamp**
  cfeldkamp@kellywalkerlaw.com

- **Christian D. Hammond**
  chammond@duffordbrown.com

- **David B. Meschke**
  dmeschke@bhfs.com

- **Erica L. Herrera**
  eherrera@shermanhoward.com

- **Heather F. Vickles**
  hvickles@shermanhoward.com

- **James E. Hartley**
  jhartley@hollandhart.com

- **John R. Mann**
  jmann@gordonrees.com

- **Kathleen E. Craigmile**
  kcraigmile@nixonshefrin.com

- **Kathryn A. Reilly**
  reilly@wtotrial.com

- **Lawrence D. Stone**
  lstone@nixonshefrin.com

- **Lawrence L. Lee**
  llee@laborlawyers.com

- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com

- **Martin J. Estevao**
  mestevao@armstrongteasdale.com

- **Meshach Y. Rhoades**
  mrhoades@armstrongteasdale.com

- **Peggy Kozal**
  pkozal@gordonrees.com

- **Raymond M. Deeny**
  rdeeny@shermanhoward.com

- **Susan M. Schaecher**
  sschaecher@laborlawyers.com

- **Thomas B. Quinn**
  tquinn@gordonrees.com

- **William J. Kelly**
  wkelly@kellywalkerlaw.com

4