IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

**[PROPOSED] ORDER RE: DEFENDANTS' JOINT MOTION TO STRIKE REPUDIATED ALLEGATIONS AND FOR LEAVE TO FILE RECONSTITUTED MOTION TO DISMISS ANTITRUST CLAIM**

---

The Court has reviewed Defendants' Joint Motion to Strike Repudiated Allegations and For Leave to File Reconstituted Motion to Dismiss Antitrust Claim along with all opposition papers submitted by Plaintiffs and is otherwise fully advised on the matter.

It is hereby ORDERED that the Motion is **GRANTED** and:

1. Paragraphs 90-94 of the First Amended Complaint are stricken.

2. Paragraphs 4-24 of the May 13, 2015 Declaration of Alexander Hood, Esq. are stricken.

3. All references in Plaintiffs' Motion for Conditional Collective Action Certification to (1) paragraphs 90-94 of the First Amended Complaint; (2) paragraphs 4-24 of the May 13, 2015 Declaration of Alexander Hood, Esq.;

and (3) this Court's earlier denial of Defendants' Motions to Dismiss the antitrust claims are stricken.

4. Briefing on defendants' motion to dismiss the antitrust claims in the First Amended Complaint is reopened. Defendants may file a new Motion to Dismiss no later than _____.

DATED this ___ day of _____ , 2016.

BY THE COURT:

_____
Christine M. Arguello
United States District Court