IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Please take notice that Grace A. Fox, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters her appearance on behalf of Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. in this case. The undersigned certifies that she is a member in good standing of the bar of this court.

Dated:  August 12, 2016.

Respectfully submitted,


s/ Grace A. Fox
Kathryn A. Reilly
Grace A. Fox
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
            Fox@wtotrial.com

Attorneys for Defendants Agent Au Pair, Inc.,
American Cultural Exchange, LLC d/b/a
GoAuPair, and Au Pair International Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:


s/ Claudia Jones