# Exhibit 3

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Scheduling Conference*

*April 25, 2016*



Stevens-Koenig Reporting
700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

**Johana Paola Beltran, et al. vs.**                                **Scheduling Conference**
**Interexchange, Inc., et al.**                                          **April 25, 2016**

Page 27

```
 1   opt-ins, which I would discourage the Court from allowing
 2   their discovery either to count in that manner because it --
 3   it is a matter of taking off opt-in plaintiffs.  And also
 4   it's -- it will just be a very lopsided discovery.  The way
 5   that the defendants have currently suggested this five
 6   additional depositions on top of plaintiffs and all opt-in
 7   plaintiffs --
 8             THE COURT:  Show me where you're reading.
 9             MS. LOUIS:  I'm reading on page 26, Your Honor,
10   under subheading A, defendants' proposal.  Now, the
11   plaintiffs have just suggested 60 per side, Your Honor.  And
12   you heard defense counsel say that that might not even be
13   enough for them.  But the way that the defendants have
14   structured it, we would get 15 depositions, essentially, and
15   then five.  So we would have 20, not including parties.
16   They're starting with an extra five per party.  So they're
17   starting out of the gate with 75 additional depositions on
18   top of our current five named reps.  We intend to move for
19   leave to amend the complaint in short order, Your Honor, and
20   be adding additional plaintiffs, to add additional FLSA
21   defendants.  And then anyone who opts in by that time would
22   also be a deposition.  And that's aside from the 75 they're
23   asking the Court for permission to take.  So it is truly
24   lopsided in how it's presented.  And I -- you know, I'd
25   encourage the Court to omit, to the extent that you're
```