## Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Having considered Plaintiffs' Motion to Amend pursuant to Fed. R. Civ. P. 15, it is hereby ORDERED that the Motion is GRANTED, and that Plaintiffs have leave to file the Second Amended Complaint as submitted in Exhibit 1 to Plaintiffs' Motion to Amend (D.E. __). The Court Clerk is hereby directed to docket Plaintiffs' Second Amended Complaint, as submitted as Exhibit 1 to Plaintiffs' Motion to Amend (D.E. __), as the operative Complaint in this Action.

It is further ORDERED that the case caption in this case going forward be the caption displayed in the Second Amended Complaint, and that the Second Amended Complaint relates back to the date of the original complaint in this case: November 13, 2014.

DATED: _____          _____
                                                                           The Hon. Christine M. Arguello
                                                                           United States District Court