# **Exhibit 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

Defendants.

**DECLARATION OF MATTHEW L. SCHWARTZ IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION AND INCORPORATED MEMORANDUM OF LAW**

Matthew L. Schwartz, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney duly admitted to practice law in the District of Colorado and am a partner in the law firm of Boies, Schiller & Flexner LLP, Co-Counsel for the Plaintiffs and for the Class. I submit this declaration in support of Plaintiffs' Second Motion for Conditional Collective Action Certification.

2. Attached hereto at Exhibit A is a true and correct copy of the Declaration of Juliane Harning, executed on August 12, 2016.

3. Attached hereto at Exhibit B is a true and correct copy of the Declaration of Nicole Mapledoram, dated August 15, 2016.

4. Attached hereto at Exhibit C is a true and correct copy of the Declaration of Laura Mejia Jimenez, dated August 15, 2016.

5.   Attached hereto at Exhibit D is a true and correct copy of a webpage from the website of Defendant AuPairCare, Inc., entitled "Program Costs, Payment Plans & Discounts with AuPairCare," accessible at the following URL

https://www.aupaircare.com/host-families/program-costs (retrieved August 12, 2016).

6.   Attached hereto at Exhibit E is a true and correct copy of a webpage from the website of Defendant Expert Group International, Inc., D/B/A Expert AuPair, entitled "What is an Au Pair," accessible at the following URL

http://www.expertaupair.com/web/expert-aupair-au-pair.php (retrieved August 12, 2016).

7.   Attached hereto at Exhibit F is a true and correct copy of relevant excerpts from the transcript of the April 25, 2016 Scheduling Conference held in this action before The Hon. Kathleen M. Tafoya, United States Magistrate Judge for the District of Colorado.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on August 15, 2016 in New York, New York.

Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
T: (212) 446-2300
F: (212) 446-2350
mlschwartz@bsfllp.com

**Exhibit A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

Defendants.

**DECLARATION OF JUILANE HARNING**

I, Juliane Harning, declare as follows:

1. My name is Juliane Harning and I am over the age of 18.

2. In November of 2007, I decided to apply to be an au pair in the United States. I started investigating the varies agencies using the internet.

3. I decided to apply to Defendant Au Pair Care because it was the agency that advertised the lowest fees I would have to pay of all of the sponsors I saw. Plus, at the time, Au Pair Care had a promotion advertising that it would give back half of the fees paid at the conclusion of the year.

4. I did not base my selection on how much I could earn because the information that was publicly available from the sponsors told me that I would be paid the same amount no matter which one accepted my application.

5. I paid approximately $400 Euros to Au Pair Care to apply to the program, and I also paid $100 dollars to the embassy to apply for my visa.

6. In July 2008, I travelled from Germany to New Jersey. I participated in training presented by Au Pair Care over three days. I was not paid to attend the training, which covered all aspects of the duties I would be expected to perform as a standard au pair, but did not include the newborn-care training, for which the family would had to have paid more.

7. They told us at the training that we would be paid the same stipend and that it was an amount set by the Department of State. I recall that my stipend amount was also stated in my contract with Au Pair Care.

8. Upon completion of the three-day training, I flew to Michigan to begin working as an au pair.

9. My host family had two sets of twins, infants and two-year olds, a five-year old and a thirteen year old—six children in total. The family did not have any other child care help besides me.

10. I worked five days a week, 8-10 hours a day, and generally worked in excess of 40 hours per week.

11. My host family paid me $157.95 for the first week per week, the stipend amount changed and I was thereafter paid $176 per week. I was always paid the minimum stipend regardless of the number of hours I actually worked. I was never compensated for my overtime hours.

12. In December 2008, tragically, my host father was hit by a car while he was on a bicycle. He was hospitalized for months following the accident. During that time, my host mom practically lived at the hospital with him. I was left as the primary care giver for the five youngest children during this time, with intermittent assistance from the neighbors and the grandparents. I worked seven days a week, literally around the clock.

13. The family did not pay me for the extra hours I worked but asked me to extend for a second year and offered to buy me a plane ticket to Florida as a way of thanking me.

14. In June 2009 I was involved in a car accident with the family vehicle. Though I paid the family $250 for the deductible, the family rescinded the offer to extend, terminated my year with them early, and backed out of the promise to fly me to Florida for vacation. I knew the family was financially struggling and I do not believe they asked me to leave because of the car accident, but because they could not afford to fly me as promised or otherwise pay me for all the extra time I worked for them.

15. Because there were only two weeks left in my year, Au Pair Care did not attempt to rematch me with another family. Au Pair Care deemed my year unsuccessfully completed and thus did not refund half of the fees I had paid them.

16. In 2013, I decided to try again to work as an au pair in the United States. I again applied to Au Pair Care. My best recollection is that I paid $350 Euros to apply in 2013, and again paid for my own visa.

17. I was accepted to the program. In October 20123, I received an email from Au Pair Care addressed to "Dear Au Pair" that offered tips for protecting oneself against internet scams. The email states that "[l]egitimate host families will also not offer you a higher stipend than what is listed in the regulations published by the U.S. Department of State for the Au Pair Program."

18. I matched with a family in Virginia. In February 2014, I again flew to Newark, New Jersey and attended the Au Pair Care training. This time I attended not

just the three days that all au pair attend but the extra day dedicated to infant care. I was not paid for the training.

19. At the training, the Au Pair Care representatives told us that we would be paid $195.75 per week.

20. My host family had one infant girl and a full time nanny besides myself to care for her.

21. My host family paid me $200 per week. My host mother told me they were only supposed to pay me $195.75, but told me not to worry about giving them back the few dollars "change." My host mother said the amount was set by the agency.

22. I always worked forty five hours per week minimum. Occasionally, my host mom would run late returning to the house to relieve me, causing me to work more than the permitted amount of hours. She acknowledged that doing so violated the program rules and gave me extra money on these occasions. She recognized that was against the rules too.

I solemnly affirm under the penalties of perjury that the contents of this Declaration are true and correct to the best of my knowledge.

Dated: August 12, 2016

JULIANE HARNING

**Exhibit B**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

Defendants.

---

**DECLARATION OF NICOLE MAPLEDORAM**

---

I, Nicole Mapledoram, declare as follows:

1. My name is Nicole Mapledoram and I am over the age of 18.

2. In January of 2014, I applied with Expert Au Pair to be an au pair. Expert Au Pair was one of three sponsors I applied to; all three advertised that my wages as an au pair would be $195.75. Thus I understood that my wages would be the same no matter which sponsor accepted me.

3. I did not base my selection on how much I could earn because the information that was publicly available from the sponsors told me that I would be paid the same amount no matter which one accepted my application.

4. I paid approximately $500 USD to Expert Au Pair to apply to the program. I also had to pay $500 USD for my airfare. I recall that I also paid $265 to the embassy for my visa.

5. In April of 2014, I travelled from Australia to Florida. I participated in training presented by Expert Au Pair for five days, thirty-two hours in total. I was not paid to attend the training, which covered aspects of the duties I would be expected to perform as a standard au pair.

6. They told us during training that we would all be paid the same weekly stipend and that it was an amount set by the Department of State. We were told all au pairs are paid the same, no matter where in the United States the au pair works, or how many children the au pair cares for, or how many hours the au pair works per week.

7. Upon completion of the training, I flew to Colorado to begin working as an au pair.

8. My host family had two children when I arrived and a baby the month after I arrived.

9. I worked five and a half days a week, up to 10 hours a day, for a minimum of 45 hours per week—never less, and often more.

10. My host family generally paid me the minimum stipend amount of $195.75 per week. I was never compensated for my overtime hours.

11. Additionally, my family did not always pay me the full stipend amount, but rather, deducted money from my pay if I was unable to work the full 45 hours per week. My host family calculated my hourly wage as 195.75 divided by 45, and would multiply that number by the number of hours I missed, for example if I took a sick day, and reduce my pay accordingly.

12. In February 2015, I rematched with another family in Colorado.

13. From February 2015 until April 2016, as with my first family, I worked five and a half days a week, up to 10 hours a day, for a total of 45 hours per week—never less.

14. My second host family paid me $200 per week. My host family told me they were only supposed to pay me $195.75 per week, but they decided to round it to the even number of $200.

15. I am acquainted with many other au pair who are or were recently working in the United States. I am not aware of one au pair earning more than $200 per week; our wages have all been based on the stipend of $195.75 advertised by all of the sponsor defendants.

I solemnly affirm under the penalties of perjury that the contents of this Declaration are true and correct to the best of my knowledge.

Dated: August 15, 2016

NICOLE MAPLEDORAM

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

Defendants.

---

**DECLARATION OF LAURA MEJIA JIMENEZ**

---

I, Laura Mejia Jimenez, declare as follows:

1. My name is Laura Mejia Jimenez and I am over the age of 18.

2. Sometime in or about early 2014 I was hired to be an au pair by AuPairCare, Inc. ("AuPairCare") through its agent in Colombia.

3. I looked into different au pair agencies before becoming an au pair in an attempt to select the best one. I looked at Cultural Care, Au Pair in America, and AuPairCare.

4. I did not base my selection on how much I could earn because the information that was publicly available from the sponsors told me that I would be paid the same amount no matter which one accepted my application.

5. Among other things, AuPairCare's Colombian agent told me that the "stipend" for working in the United States as an au pair was $195 and some amount of cents per week. I do not remember the amount of cents, but am certain about the number of dollars.

6. That agent also told me the "stipend" was an amount set by the United States Government and so that is what I would be paid.

7. That agent also told me that this would equal a lot of money in Colombia.

8. In or about April 2014, I paid the agent of AuPairCare in Colombia approximately 3,800,000 COP. In or about June 2014, I paid approximately $150 USD to the United States embassy for my visa.

9. In or about July 21, 2014, I flew to New York, New York and was driven to somewhere in New Jersey for approximately 4 days of training by AuPairCare. My

understanding is that all AuPairCare au pairs are trained in New Jersey and that none of them are paid for training.

10. The training covered all aspects of the duties I would be expected to perform as an au pair.

11. At the training, AuPairCare told me that the stipend was $195 and some amount of cents per week. I do not remember the amount of cents, but am certain about the number of dollars. We were also told that all au pairs were paid the same, no matter where they work and no matter how many children they care for.

12. After training I was picked up by my host family and traveled to or near Philadelphia, Pennsylvania, where my host family lived, by car.

13. My host family had two young girls that I cared for as an au pair.

14. During the entirety of my time as an au pair, my host family paid me $200 for each 45 hour week of work.

15. However, after the first month, my host family left me with the children in excess of 45 hours per week. When they did so, they gave me $10 per hour for hours worked in excess of 45 in a week.

16. I am acquainted with many other au pair who were recently working in the United States. I am not aware of one au pair earning more than $200 per week (other than amounts paid for hours worked in excess of 45 in a week); our wages have all been based on the stipend of $195.75 advertised by all of the sponsor defendants.

I solemnly affirm under the penalties of perjury that the contents of this

Declaration are true and correct to the best of my knowledge.


Dated: August 15, 2016

Laura Mejia J.
LAURA MEJIA JIMENEZ

# Exhibit D

 Menu

About AuPairCare

For Host Families

For Au Pairs

Stories

My AuPairCare Login

Apply to AuPairCare

800.428.7247

customercare@aupaircare.com

Plus, you get the cultural exchange experience of a lifetime!

Program Fees Include:

- Au Pair Screening and Matching
- Au Pair Training Academy
- Au Pair's Travel and Accident Insurance
- International Airfare for your au pair
- Year-long support from AuPairCare and your local Area Director

Not included in our pricing are variable and optional costs, such as our Academy Travel Service from Au Pair Academy to your home city, automobile insurance (should you choose to let your au pair drive), and up to $500 for educational reimbursement for your au pair.

## Traditional Payment Schedule

| Payment Type | Non-refundable Application Fee |
|---|---|
| Amount | $50 |
| When It's Due | When you apply |

| Payment Type | Program Fees |
|---|---|
| Amount | $8,150 |
| When It's Due<br>$1,000 upon matching and remaining balance of $7,150 paid 30 days prior to your au pair's arrival | |

| | |
|---|---|
| Payment Type | Au Pair Stipend |
| Amount | $195.75/week |
| When It's Due | Paid weekly to your au pair for 51 weeks |
| Total Annual Cost: $18,183 Affordable Childcare + Cultural Exchange = The Best Value in the Industry! | |

**Program Fees do not include au pair stipend or other charges such as the SEVIS fee ($35) and Academy Travel Service, which are due 30 days prior to your au pair's arrival date. Infant Specialized Program Fee Payment is $9,100. Payment options are subject to change.*

Request More Information

## Family Friendly Payment Plan Schedule

| | |
|---|---|
| Payment Type | Non-refundable Application Fee |
| Amount | $50 |
| When It's Due | When you apply |
| Payment Type | Program Fee Deposit |
| Amount | $1,000 |
| When It's Due | When you match with your au pair |
| Payment Type | Down Payment |
| Amount | $2,870 |
| When It's Due | 30 days prior to your au pair's arrival |
| Payment Type | 4 Monthly Installments<br>(Includes $400 Payment Plan Fee) |
| Amount | $1,170 each |
| When It's Due | Begins 2 months after your au pair's arrival |
| Total Program Fees Per Year (down payments and monthly installments - from above): $8,550 | |
| Payment Type | Au Pair Stipend |
| Amount | $195.75/week |
| When It's Due | Paid weekly to your au pair for 51 weeks |
| Total Annual Cost: $18,583 Affordable Childcare + Cultural Exchange = The Best Value in the Industry! | |

**The Payment Plan covers the program fee only, not the weekly au pair stipend or other charges such as the SEVIS fee ($35) and Academy Travel Service, which are due 30 days prior to your au pair's arrival date. Infant Specialized Program Down Payment is $3,820. Payment options are subject to change.*

Request More Information

## Additional Program Options

### Infant Specialized Au Pairs

For an additional $950, hire an Infant Specialized au pair who has experience caring for babies and receives extra training in infant specific topics at Au Pair Academy.

### In-Country Au Pairs

Some families may fit best with an au pair who is already in the United States.

The program fee for an in-country au pair is $650 per month remaining on the au pair's visa (months

left on visa x $650 = Total Program Fee) plus the weekly stipend paid directly to the au pair.
Availability is limited and dependent on factors such as the au pair's current location, qualifications
and date of availability. Families are responsible for the cost of the au pair's transportation to the
new community, and the program fee is due in full upon matching.

## Extension Pricing

Current families can choose to extend for 6, 9 or 12 months with their current au pair. Learn more
about Extension Pricing.

---

# Host Family Discounts

AuPairCare offers several types of discounts and promotions on au pair childcare for our new and
repeat host families. Please enter your promotional code when applying or call us at 800.428.7247
for more information.

Multiples                                                                        +

Repeat Family                                                                    +

Thank You for Switching                                                          +

Military                                                                         +

Corporate Benefits                                                               +

Pre-Matching                                                                     +

*These discounts may not be combined with other promotions.

## Request More Information

State

Do you have an extra bedroom for an au pair?

Request Info

## Discover More at AuPairCare Stories

5 Things NOT to Ask When Interviewing Your Childcare Provider

Hear from an Area Director: Tips for First Time Host Families



Infant Specialized Au Pairs

# **Exhibit E**



- HOME
- AU PAIR
- HOST FAMILY
- ABOUT US
- LOCATIONS
- FAQ
- CONTACT
- COSTS
- SPECIAL OFFERS
- AU PAIR LOGIN
- HOST FAMILY LOGIN

## What is an Au Pair

Au pairs participate in a cultural exchange program with host families in the weekly stipend, an educational allowance, and room and board. In return, y in child care. This really is a once in a lifetime opportunity to be submerged hosts in the United States.

If you travel with us, we will fly you to Florida, where you will train in St Pete development, safety, and you will take a CPR class. You will meet your exp will learn about a network of Local Representatives, one of whom will live n

experienced Regional Representatives in head office.

# How do I become an Au Pair?

## An au pair must:

1. be between 18 and 26 years old (inclusive) when he/she arrives for training.
2. be proficient in spoken English.
3. have completed secondary school
4. provide at least 3 references, at least one must be related to childcare work experience.
5. pass a criminal background check.
6. pass a psychometric test.
7. participate in training in the US. The cost of this training, and your hotel during training, are covered.

# Programs

We offer two programs

### Regular Program

The regular program is for au pairs who are more interested in working as childcare providers and taking fewer classes as part of their program.

Regular au pairs cannot work more than 45 hours a week, and they cannot work more than ten hours per day. Standard au pairs receive at least $195.75 per week in pay. Standard au pairs must attend at least six semester hours, or equivalent, of classes at an accredited U.S. post-secondary institution. Families pay up to $500 for the educational support of the au pair.

## Educare Program

The EduCare program is for au pairs who want to work with families with school-aged children who require child care before and after school. EduCare au pairs must take more classes.

EduCare au pairs cannot work more than 30 hours a week, and not more than ten hours per day. EduCare au pairs receive at least $146.81 per week in pay. EduCare au pairs must complete 12 semester hours, or equivalent, of academic credit at an accredited US post-secondary institution. The host family pays up to $1,000 for the au pair's required academic tuition and fees.

# Program Comparison

| Program | Hours Per Week | Pay Per Week | Educational Allowance | Age of Children |
|---|---|---|---|---|
| STANDARD | 45 | $195.75 | $500 per year | Any age<br>** less than 2 years requires additional documentation*<br>** less than 3 months, someone other than the au pair must be present in the home* |
| EDUCARE | 30 | $146.81 | $1,000 per year | School age |

If you have been an au pair in the US before, you can repeat, but additional rules apply. Contact us at admin@expertaupair.com for details.

The fees are explained below.

Processing fee: $500 Only after your visa has been approved

Air fare supplement: $0 - $500 Only after your visa has been approved

TOTAL: $500 - $1,000 depending on country

Expert au pair

## Why Us?

If you qualify, we want you to apply! Below are some reasons to work with us.



## Federal Designation:

Expert AuPair is one of only fifteen federally designated au pair sponsor organizations, so we can issue you a DS-2019 and legally sponsor you on a J-1 cultural exchange visa. All designated au pair sponsors have undergone a rigorous application process, and all must meet high standards of service, including, for example, performing in-home interviews on host families.

## St Petersburg Orientation:

Expert AuPair brings au pairs to St. Petersburg for their orientation. You'll stay in the walkable downtown area, where you can experience the sunniest city in America without having to worry about driving around. You get most evenings and one full afternoon free to explore the area -- some au pairs go to the beach, others visit the Dali museum or just relax by the hotel pool. Visit the hotel website here.

### Relevant Training:

Our training is designed to help you to adjust to being a provider of primary childcare in the US. We also pay for your CPR class, which is normally held at the St Petersburg Fire Department.

### Excellent medical insurance:

We provide, for no extra charge, medical insurance plan with $0 deductible. Covered expenses on this standard plan are 100% paid by the insurance company. This means that if you get sick while you are in the US, your visit to the doctor will normally be completely free. As with any American insurance, there are exclusions, but it's well worth comparing medical insurance from other organizations before you make a decision.

## Your Choice:

You and the host family will choose each other. We will never force you to choose a family.
You can keep looking until you find a perfect match.

### Framework of Support:

Case No. 1:14-cv-03074-CMA-KMT Document 330-1 filed 08/15/16 USDC Colorado pg 29 of 42

We provide a local representative near your host family's house, and you will also have a regional representative in head office to help you with any problems.

### More money in your pocket:

Our fees are significantly lower than offered by some other agencies.

### More affordable extension year:

A one-time extension is available at the end of a successful year, at no additional cost to you. Expert AuPair has the most affordable extension year for your host family, and this makes it more likely that they will extend if you have a good relationship with them, and if you are doing your job well.

### Two bags on your return home:

We know that you'll want to return home with more than you brought to the US. We pay for your second bag (up to 23kg) on your return home, since normally only one bag is included. On some airlines, this is a $100 value!

## What's Included



### Visa Forms

Help with your Embassy Interview. Once matched, you will receive instructions on how to prepare for your interview. We are available to answer any questions you may have. As an added bonus, we'll pay your SEVIS fee, a $35 savings.

### Airfare

International airfare and transfer to your host family's local airport. An airfare supplement is required for Au Pairs from certain countries.

### Hotel & Airport Transfer

We provide transfer to and from the airport in Tampa and your hotel including continental breakfast. During your week long orientation in St Petersburg, Florida you'll start to experience life in the U.S.



### Orientation

Orientation to help you adjust to life in the U.S. which includes training that covers child safety and development training. This training is designed to help you transition into being a child care provider rather than just a babysitter.

### Training

Child Development Training that covers safety and development

### First Aid & CPR

Certification is available after your test. The course is held at the St Petersburg Fire Department.





### Home Office Support

A regional representative of our company to help support your local representative.

### Support Network

A local representative of our company within one hour of your host family's home to help you throughout the year.

### Medical Insurance

Our policy has $0 deductible for covered expenses, and there is no co-payment for unexpected doctor's visits.

Case No. 1:14-cv-03074-CMA-KMT Document 330-1 filed 08/15/16 USDC Colorado pg 33 of 42

**Room & Board**

Accommodation and food for one year, provided by your host family.

**Educational**

$500 towards taking classes at a U.S. post-secondary institution ($1,000 for EduCare au pairs)

**Income**

Wages which total at least $10,100 during your stay ($7,600 for EduCare au pairs)

## Costs

At Expert AuPair, we are committed to a policy of no hidden fees. The table included below is a full disclosure of the fees you will pay to our company. We have also included a list of additional costs you may incur while on our program. These costs are not paid to Expert AuPair, and are approximate. They depend on many factors, including the city in which your host family lives and your own spending habits.

Please note that we will not ask you to pay until you have been approved for your US visa. You must pay the US Embassy to apply for your visa, but our fees are not due until your visa is approved. Do not pay fees to us unless you're sure the request has actually been sent from an expertaupair.com email address -- do not fall for a fraudulent email scam.

## Additional Expected Costs

We estimate that you may incur other costs during your year in America. Of course your cost will vary depending on your lifestyle, and whether you want to travel home at some point during the year. All of the costs listed below can easily be covered on your weekly wage, which will be at least $195.75.

You are responsible for travel to the American Embassy or Consulate in your country, and the cost of travel to your departure airport.

### Embassy interview fee

The normal cost is $160, but it varies by country because interview scheduling fees and passport mailing fees can total up to $30. We pay the SEVIS (Student & Exchange Visitor

### Background check

Varies by country. Can be as low as $0 and as high as $100.

Information System) fee for you.

### Entertainment cost

We estimate that most au pairs will spend $1,000 on entertainment expenses during the year.

### Education cost

Your host family will provide $500 towards the cost of your education. This may cover your total cost, but no matter which au pair company you choose, your education cost depends which subject you take and where you study. Some au pairs spend an additional $1,000 on their education.

## Travel cost

Most au pairs spend money to travel around the U.S. after the end of their program. We expect most au pairs will spend $1,000.

# Airfare Supplements By Continent

The cost of a flight to the United States is significantly more expensive from some countries than it is from others.
Our airfare supplements are designed to equalize the expense to host families of each ticket.
If you have any questions about which region you are in, please contact us at admin@expertaupair.com

| Continent | Cost |
| --- | --- |
| AFRICA (all countries) | $400.00 |
| ASIA (middle east) | $300.00 |
| ASIA (all others) | $500.00 |
| EUROPE (* western europe) | $100.00 |
| EUROPE (* eastern europe) | $300.00 |
| NORTH AND CENTRAL AMERICS, COLUMBIA, AND THE CARIBBEAN (all countries) | --- |
| OCEANIA (all countries) | $500.00 |
| SOUTH AMERICA (** all countries) | $400.00 |

* All EFTA and EU countries, together with Monaco, San Marino, and Andorra, constitute Western Europe. Eastern Europe includes the Russian Federation and Turkey, even those parts of those countries geographically in Asia.

** There is currently no airfare supplement from Colombia. Au pairs originating in Venezuela are responsible for their one-way flight from Caracas to Tampa International Airport, but pay no fee to Expert AuPair.

THERE ARE IMPORTANT STEPS TO TAKE BEFORE YOU CAN BECOME AN AU PAIR

## Step-by-Step Guide

### Basic Information

You must complete this section first. Once you have done this, we will know how easy it will be to match you

with a host family.

**Application form**

**Letter to Host Family**

**Photos**

**Background Checks**

**References**

**School Records**

**Passport Information Page**

**Physician's Report Form**

**Background and Driving Check**

**Your Matching Interviews**

**In-Country Interview**

**Match with Family**

**Your Embassy Interviews and departure**

**Embassy Interview City**

**Departure**

APPLY NOW!

## About Expert AuPair

As one of only 15 agencies designated by the U.S. Department of State, Expert AuPair helps families find live-in childcare. Our childcare providers are trained, professional au pairs that come from all over the globe and work within your home to assist you with all of your childcare needs.

## Contact

100 Second Avenue South - Suite 302S
St Petersburg, FL 33701

admin@expertaupair.com
(727) 388-3472: Office - 9am until 5pm Eastern.
(727) 231-8256: Fax

Expert Au Pair | Au Pair

Social Profiles
US Department of State
Designated Au Pair Sponsor
J-1 Visa Program
BBB
Alliance
for International Educational and Cultural Exchange

© Copyright 2015 Expert AuPair - All Rights Reserved

http://www.expertaupair.com/web/expert-aupair-au-pair.php[8/12/2016 1:41:40 PM]

**Exhibit F**

*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

---

*Scheduling Conference*

*April 25, 2016*

---

Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office) 303-988-8478 (Fax)
SKReporting.com

people. The -- the burden to answer for 10 people is probably not all that high. So I think that she's not in the same position as -- as the 55,000 whose answers are going to be reams of paper. Well, not paper, probably electronic. So -- so I think that that kind of settles it out. Plus there may be questions that are not asked of your client. I mean, that's -- that's going to be kind of plaintiffs' choice. You can certainly ask less than 25 obviously. But I think 25, and we'll limit it to -- to the amount that you receive. And I think that's a very good idea. It's easy to calculate. And then we will talk about it, if after the collective action paperwork is done we see what we've got. And I -- I'm assuming, without making any ruling or any indication, that probably the collective will be preliminarily certified just because the burden is so low. So if it is, then -- then, let's talk about what we do with that. We're talking about the notice. We don't know who the opt-ins are unless it's actually certified as a collective. So I just want to make that clear that I'm not assuming that on any legal basis just because I think it's helpful to talk about it. But if we did 25 of the interrogatories, requests for production of documents, and requests for admissions, then when we talk about it again -- are we doing more on the others?

MS. LOUIS: Your Honor, I thought the Court