# <u>Exhibit 2</u>

# <u>NOTICE OF YOUR RIGHT TO JOIN LAWSUIT FOR UNPAID WAGES</u>

This is a Court-Authorized Notice, not a solicitation from a lawyer

TO:     Current and Former Employees of

**[AuPairCare Inc. and Expert Group International Inc., d/b/a Expert Au Pair]**

who worked on or after **August 15, 2013.**

RE:     Your Right to Join a Lawsuit Seeking Unpaid Wages

**YOU MAY JOIN THIS LAWSUIT REGARDLESS OF YOUR IMMIGRATION STATUS**

**DEFENDANT CANNOT FIRE OR RETALIATE AGAINST YOU IN ANY WAY, INCLUDING CALLING IMMIGRATION, FOR YOU JOINING THIS LAWSUIT.**

| 1. | What is This Lawsuit About? |
|---|---|

Plaintiffs have sued Defendants, to recover unpaid minimum and overtime wages they claim you and all other **[DEFENDANT]** employees are owed. **PLAINTIFF** claims that **DEFENDANT** broke the law when it failed to pay minimum hourly wages; failed to pay overtime wages; failed to pay for time in mandatory training; and improperly deducted a credit for room and board from your wages. **PLAINTIFF** is suing to recover unpaid wages times two, attorney's fees, and costs from **DEFENDANT**.

**DEFENDANT** denies that **PLAINTIFF** was not properly compensated.

| 2. | Why am I Getting This Notice? |
|---|---|

This Notice is to let you know about that you have the right to participate in this minimum wage and overtime lawsuit, and how to sign up, if you want to. You are receiving this Notice because you worked for **DEFENDANT** on or after **August 15, 2013**.

This notice will explain your options and tell you how to get more information.

**If you want to participate in this lawsuit, you must sign the Consent Form (enclosed) mail, email, or fax it to the [claims administrator] listed below by <u>TBD</u>, 2016; or complete the e-signature form by the same date.**

| 3. | How Do I Join This Lawsuit? |
|---|---|

Enclosed is a form called "Consent to Join." If you want to join this lawsuit, **it is extremely important that you read, sign and promptly return the Consent to Join form**. An addressed and postage-paid envelope is enclosed for you to use to return the form. The Consent to Join form must be sent to:

Au Pair Wage Action c/o
[claims administrator]
                    **OR** email to:
                              **EMAIL**

The signed Consent to Join form must be **mailed, emailed or faxed by <u>TBD, 2016</u>.**

**If you do not mail, email, or fax the Consent to Join form by <u>TBD, 2016</u>, you will not share in the money, if any, which may be won in this lawsuit.**

| **4.** | **What Happens if I Join This Lawsuit?** |

If you join this lawsuit by returning the enclosed Consent to Join form, you will share in the money that may be recovered for everyone who joins the lawsuit. It also means that if nothing is recovered in the suit, you will recover nothing. By returning the Consent to Join form, you will designate the named Plaintiff to make decisions regarding this lawsuit, including decisions as to settlement of the lawsuit, entering into an agreement for fees and costs with Plaintiff's counsel, and all other matters pertaining to your rights and this litigation under the FLSA. The decisions made by the Plaintiff, and all rulings made by the Court, will be binding on you if you join this lawsuit.

| **5.** | **How The Attorney is Paid** |

You will not have to pay the attorney directly – win or lose. Instead, if you win, the attorneys will be paid either by Defendants their hourly fees plus litigation costs, or 35% of the overall recovery in the case, whichever is greater. If you lose, the attorney will not be paid. By completing the enclosed Consent to Join form, the attorneys representing **PLAINTIFF** will represent you in this case.

| **6.** | **What Happens if I Do Not Join This Lawsuit?** |

If you choose not to join the Lawsuit, you will not share in any money that may be recovered in this case. If you do not join, you will not be affected by any adverse judgment in the litigation unless such a determination has a preclusive precedential effect on your overtime rights. Your rights to participate in any other action against the company will be preserved. However, the statute of limitations will not stop running on any FLSA claims for unpaid wages you may have until you join this action or file suit on your own.

| **7.** | **Can I Be Retaliated Against for Joining This Case?** |

<u>No</u>. It is a violation of federal criminal law for an employer to fire you, or retaliate against you in any way, for taking part in this case.

**<u>Nobody</u> can call or threaten to call the <u>police</u> or <u>Immigration</u> in retaliation for you joining this lawsuit.**

| **8.** | **I Still Have Questions.  Where Can I Get More Information?** |

You can get more information by contacting the attorney handling this case. Your call is confidential and there is no charge to speak with the attorney. The attorney handling this case is:

**ATTORNEY NAME**
**LAW FIRM**
**ATTORNEY ADDRESS**
**ATTORNEY PHONE NUMBER**

**ATTORNEY EMAIL**
**ATTORNEY WEBSITE**

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete, sign and mail, email or fax this form to the LAW FIRM by <u>TBD, 2016</u>.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former employers.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff in this action.

3. I hereby designate the law firms of Boies, Schiller & Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Unpaid Wages Lawsuit.

DATE:_____        SIGNATURE:_____

PRINTED NAME:_____

ADDRESS:_____

_____

TELEPHONE NUMBER(S):_____

EMAIL ADDRESS:_____

Return this form by <u>**TBD, 2016**</u> to:

**Au Pair** Wage Action c/o
**ATTORNEY ADDRESS**                    **OR email to:**
                                        **EMAIL**