# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION

---

**THIS CAUSE** came before the Court on Plaintiffs' Second Motion for Conditional Collective Action Certification, and the Court having reviewed the file and being otherwise duly advised, hereby GRANTS Plaintiffs' Motion.  It is further ORDERED:

1.  The Court will conditionally certify Plaintiffs' FLSA claims against Defendants AuPairCare and Expert Au Pair (the "FLSA Defendants") as collective actions pursuant to 29 U.S.C. § 216(b), with respect to all current and former *au pairs* for whom these Defendants were the J-1 Visa Sponsor;

2.  The FLSA Defendants are directed to provide to Plaintiffs' counsel a list of all *au pairs* sponsored by the respective Defendant on or after August 15, 2013, within 21 days of the date of this order, including the *au pair's* last known addresses; *the au pair's* home country address; all e-mail addresses associated with the *au pair*; all telephone numbers (including cellular numbers) associated with the *au pair*; all other contact information for the *au pair*, such as Facebook ID, Twitter handle, Skype address, or the like; dates of employment; date of birth; social security number, alien number ( "A number"), or other government issued identifier; passport number and country of issuance; copy of the *au pair's* J-1 Visa and

supporting application; and the name, address, telephone number(s), and e-mail addresses(s) for any family or families that hosted the *au pair*;

3. The Court approves the form of notice attached as Exhibit 2 to Plaintiffs' Second Motion for Conditional Collective Action Certification;

4. Plaintiffs shall provide notice to all *au pairs* identified by the FLSA Defendants by mail, e-mail, and other direct electronic means, including social media  (Facebook), and are authorized to post the Notice and consent form on a website  established by class counsel;

5. The FLSA Defendants are directed to conspicuously post the Notice and consent form on their own websites;

6. The opt-in period will begin on the date that the Notice is mailed for each potential opt-in class member to opt into the case and shall run for 120 days therefrom;

7. Plaintiffs are permitted to mail, e-mail, or otherwise serve a reminder notice to potential class members at the 60 day mark; and

8. Recognizing the likelihood that many of the potential opt-in plaintiffs are presently residing out of the United States, opt-ins will be permitted to submit forms via electronic means, including electronic signature.

IT IS SO ORDERED.


DATED: _____                    _____
                                                   The Hon. Christine M. Arguello
                                                   United States District Court