IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Joseph H. Hunt, of the law firm of Sherman & Howard L.L.C., hereby enters his appearance as counsel on behalf of Defendant InterExchange, Inc. The undersigned certifies that he is a member in good standing of the bar of this court.

Dated:  August 19, 2016                        Respectfully submitted,

                                            *s/ Joseph H. Hunt*
                                            Joseph H. Hunt
                                            SHERMAN & HOWARD L.L.C.
                                            633 17th Street, Suite 3000
                                            Denver, CO  80202
                                            Telephone:  (303) 299-8302
                                            Facsimile: (303) 298-0940
                                            Email:  jhunt@shermanhoward.com

                                            ATTORNEYS FOR DEFENDANT
                                            INTEREXCHANGE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2016, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: chammond@duffordbrown.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail:  LStone@Nixonshefrin.com
              kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
            cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Kathryn A. Reilly
Grace Anne Fox
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
              fox@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: jhartley@hollandhart.com
              aahubbard@hollandhart.com
              jsbender@hollandhart.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Choate Hall & Stewqrt LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
              rbuchanan@choate.com
              mgass@choate.com
              jwolosz@choate.com
              lkruzer@choate.com

James M. Lyons
Jessica Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email:  jlyons@lrrc.com
         jfuller@lrrc.com
         dhazel@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email:  dmeschke@bhfs.com

Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
         sschaecher@laborlawyers.com

John R. Mann
Thomas B. Quinn
Brian P. Maschler
Peggy Kozal
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com
Email:  bmaschler@gordonrees.com
Email:  pkozal@gordonrees.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com

*s/ Laura Lewis*