IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | August 19, 2016 |
| Courtroom Deputy: | Emily Buchanan | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI, BEAUDETTE DEETLEFS, DAYANNA PAOLA CARDENAS CAICEDO, and ALEXANDRA IVETTE GONZALEZ, and those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>INTEREXCHANGE, INC., EXPERT GROUP INTERNATIONAL, INC, doing business as Expert AuPair, CULTURAL HOMESTAY INTERNATIONAL, CULTURAL CARE, INC., doing business as Cultural Care Au Pair, AUPAIRCARE, INC.,<br><br>AU PAIR INTERNATIONAL, INC., and APF GLOBAL EXCHANGE, NFP, doing business as Aupair Foundation,<br><br>      Defendants. | Lauren Louis<br><br><br><br><br><br><br><br><br>Brooke Colaizzi<br>Bogdan Enica<br><br>Adam Hubbard<br>Joan Lukey<br><br>Brian Maschler<br>Thomas Quinn<br>Kathryn Reilly<br>Susan Schaecher |

**COURTROOM MINUTES**

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**3:13 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Mr. Quinn requests a common briefing schedule for the two motions for conditional collective action certification but after the plaintiffs' motion to amend is ruled on. Ms. Louis opposes the request.

Discussion regarding discovery and scheduling depositions.

**ORDERED:** Defendants shall respond to Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (Doc. No. 325), Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (Doc. No. 330), and Plaintiffs' Motion to Amend and Incorporated Memorandum of Law (Doc. No. 329) on or before **September 15, 2016**. Plaintiffs' replies, if any, shall be due on or before **October 6, 2016**.

**3:50 p.m.      Court in recess.**

Hearing concluded.
Total in-court time:     00:37

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.