# **Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

## NOTICE OF DEPOSITION

---

**TO:**   Lauren Fleischer Louis
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Alexander Neville Hood
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218

Defendants' Distribution as listed on Exhibit 1

Pursuant to Rule 30 of the Federal Rules of Civil Procedure and agreement of the parties, the Defendants will take the deposition upon oral examination of **Dayanna Paola Cardenas Caicedo,** served c/o Lauren Fleischer Louis, Boies Schiller & Flexner, LLP-Ft. Lauderdale, 401 East Las Olas Boulevard, Suite 1200, Ft. Lauderdale, FL 33301 at **9:00 A.M. on Tuesday, August 16, 2016** at the law office of **Schnader Harrison Segal & Lewis LLP, Suite 3600,**

7692858v1

**1600 Market Street, Philadelphia, PA 19103**, before a Certified Court Reporter and Notary

Public, or other competent authority authorized to administer oaths.  The deposition will also be

recorded by videotape technology.  The deposition shall continue from day to day until

completed.

You are invited to attend and cross-examine.

Dated:  August 1, 2016.

Respectfully submitted,

Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

Attorneys for Defendant Cultural Care, Inc. d/b/a
Cultural Care Au Pair

7692858v1

## EXHIBIT 1
## DEFENDANTS' DISTRIBUTION LIST

- **Adam A. Hubbard**
  aahubbard@hollandhart.**com**

- **Bogdan Enica**
  bogdane@hotmail.com

- **Brian P. Maschler**
  bmaschler@gordonrees.com

- **Brian Birenbach**
  brian@rietzlawfirm.com

- **Brooke A. Colaizzi**
  bcolaizzi@shermanhoward.com

- **Chanda M. Feldkamp**
  cfeldkamp@kellywalkerlaw.com

- **Christian D. Hammond**
  chammond@duffordbrown.com

- **David B. Meschke**
  dmeschke@bhfs.com

- **Erica L. Herrera**
  eherrera@shermanhoward.com

- **Heather F. Vickles**
  hvickles@shermanhoward.com

- **James E. Hartley**
  jhartley@hollandhart.com

- **John R. Mann**
  jmann@gordonrees.com

- **Jonathan S. Bender**
  jsbender@hollandhart.com

- **Kathleen E. Craigmile**
  kcraigmile@nixonshefrin.com

- **Kathryn A. Reilly**
  reilly@wtotrial.com

- **Lawrence D. Stone**
  lstone@nixonshefrin.com

- **Lawrence L. Lee**
  llee@laborlawyers.com

- **Martha L. Fitzgerald**
  mfitzgerald@bhfs.com

- **Martin J. Estevao**
  mestevao@armstrongteasdale.com

- **Meshach Y. Rhoades**
  mrhoades@armstrongteasdale.com

- **Peggy Kozal**
  pkozal@gordonrees.com

- **Raymond M. Deeny**
  rdeeny@shermanhoward.com

- **Susan M. Schaecher**
  sschaecher@laborlawyers.com

- **Thomas B. Quinn**
  tquinn@gordonrees.com

- **William J. Kelly**
  wkelly@kellywalkerlaw.com

3

7692858v1