# Exhibit 2

| | |
|---|---|
| **From:** | Lauren Louis |
| **To:** | Wolosz, Justin J. |
| **Subject:** | RE: Deposition |
| **Date:** | Tuesday, August 16, 2016 9:40:35 AM |

I'm on 36. I will be there in a moment.

Sent with Good (www.good.com)

-----Original Message-----
**From:** Wolosz, Justin J. [jwolosz@choate.com]
**Sent:** Tuesday, August 16, 2016 09:30 AM Eastern Standard Time
**To:** Lauren Louis
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.
**Subject:** Deposition

Lauren,

We have been here at the Schnader Harrison firm since 9:00, waiting to begin the deposition of Ms. Caicedo. Could you give us an update on your status?

Justin


Justin J. Wolosz

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]