# Exhibit 3

# In The Matter Of:

*Johana Paola Beltran v.*
*Interexchange, Inc. et al.*

---

*Dayanna Paola Cardenas Caicedo*
*August 16, 2016*

---

*195 State Street • Boston, MA 02109*
*Nationwide - Worldwide*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN & LEVINE
Court Reporting Services
Making Your Case

Original File Dayanna Paola Cardenas Caicedo 8-16-16.txt
**Min-U-Script® with Word Index**

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
 3                          - - -
 4
 5      JOHANA PAOLA BELTRAN,   :   CIVIL ACTION
        et al.,                 :
 6                              :
                 Plaintiffs,    :
 7                              :
                                :
 8          vs.                 :
                                :
 9                              :
        INTEREXCHANGE, INC.,    :
10      et al.,                 :
                                :
11             Defendants.      :  NO.  1:14-CV-03074-CMA-KMT
12
13                          - - -
14
15          Statement of Counsel taken at Schnader,
16   Harrison, Segal & Lewis, 1600 Market Street, Suite
17   3600, Philadelphia, Pennsylvania, on Tuesday, August
18   16, 2016, beginning at approximately 9:45 a.m., before
19   Robin Frattali, Registered Professional Reporter and
20   Notary Public in and of the Commonwealth of
21   Pennsylvania.
22
23                          - - -
24
```

Page 2

```
 1   APPEARANCES:
 2
     BOIES SCHILLER & FLEXNER, LLP
 3   BY:  LAUREN FLEISCHER LOUIS, ESQUIRE
     401 East Las Olas Boulevard
 4   Suite 1200
     Fort Lauderdale, Florida  33301
 5   (954) 356-0022
     llouis@bsfllp.com
 6   Counsel for Plaintiff Johana Paola Beltran
 7
     SHERMAN & HOWARD, LLC
 8   BY:  BROOKE A. COLAIZZI, ESQUIRE
     633 17th Street
 9   Suite 3000
     Denver, Colorado  80202-3622
10   (303) 297-2900
     bcolaizzi@shermanhoward.com
11   Counsel for Defendant InterExchange, Inc.
     (Present via teleconference)
12
13   KELLY & WALKER, LLC
     BY:  WILLIAM JAMES KELLY, III, ESQUIRE
14   1512 Larimer Street
     Suite 200
15   Denver, Colorado  80202
     (720) 236-1800
16   wkelly@kellywalkerlaw.com
     Counsel for Defendant USAuPair, INC
17   (Present via teleconference)
18
     HOLLAND & HART, LLP
19   BY:  JONATHAN S. BENDER, ESQUIRE
     555 17th Street
20   Suite 3200
     Denver, Colorado  80202
21   (303) 295-8456
     jsbender@hollandhart.com
22   Counsel for Defendant Cultural Homestay International
     (Present via teleconference)
23
24
```

Page 3

```
 1   APPEARANCES:
 2
     BOGDAN ENICA, ESQUIRE
 3   111 2nd Avenue NE
     Suite 900
 4   St. Petersburg, Florida  33701-3440
     (727) 225-2649
 5   bogdane@hotmail.com
     Counsel for Defendant Expert Group International, Inc
 6   doing business as Expert AuPair
     (Present via teleconference)
 7
 8   BROWNSTEIN HYATT FARBER SCHRECK, LLP
     BY:  MARTHA LOUISE FITZGERALD, ESQUIRE
 9   410 17th Street
     Suite 2200
10   Denver, Colorado  80202-4432
     (303) 223-1111
11   mfitzgerald@bhfs.com
     Counsel for Defendant EuRaupair InterCultural Child
12   Care Programs
     (Present via teleconference)
13
14   CHOATE HALL & STEWART LLP
     BY:  JUSTIN J. WOLOSZ, ESQUIRE
15   BY:  LYNDSEY M. KRUZER
     Two International Place
16   Boston, Massachusetts  02110
     (617) 248-5000
17   jwolosz@choate.com
     lkruzer@choate.com
18   Counsel for Defendant Cultural Care, Inc. doing
     business as Cultural Care Au Pair
19
20   GORDON, REES, SCULLY, MANSUKHANI, LLP
     BY:  THOMAS BAKER QUINN, ESQUIRE
21   555 17th Street
     Suite 3400
22   Denver, Colorado  80202
     (303) 534-5160
23   tquinn@gordonrees.com
     Counsel for Defendant AuPairCare, Inc.
24   (Present via teleconference)
```

Page 4

```
 1   APPEARANCES:
 2
     FISHER & PHILLIPS, LLP
 3   BY:  LAWRENCE L. LEE, ESQUIRE
     1801 California Street
 4   Suite 2700
     Denver, Colorado  80202-3025
 5   (303) 218-3650
     llee@laborlawyers.com
 6   Counsel for Defendant APF Global Exchange, NFP doing
     business as Aupair Foundation
 7   (Present via teleconference)
 8
     NIXON SHEFRIN HANSEN OGBURN, P.C.
 9   BY:  KATHLEEN E. CRAIGMILE, ESQUIRE
     5619 DTC Parkway
10   Suite 1200
     Greenwood Village, Colorado  80111-3061
11   (303) 773-3500
     kcraigmile@nixonsheftin.com
12   Counsel for Defendant Exchange, LLC doing business as
     ProAuPair
13   (Present via teleconference)
14
     ALSO PRESENT:
15
16   GERARD ALFE
     Professional Videographer
17
18
19
20
21
22
23
24
```

Page 5

1      MR. WOLOSZ: This is Justin Wolosz
2 and we're going on the record.
3      This was intended to be the
4 deposition of Diana Paola Cardenas Caicedo, which
5 we had noticed on behalf of our client Cultural
6 Care to take place today, Tuesday, August 16th
7 at 9:00 a.m.
8      We were here with the court reporter
9 in order to begin at 9:00 a.m. but the witness
10 did not arrive.  Counsel for the plaintiff has
11 arrived recently, and it is now 9:45, and I guess
12 I'll let counsel explain that I -- it is my
13 understanding that we are not going forward?
14      MS. LOUIS: Plaintiffs aren't
15 prepared to move forward with the deposition
16 today.
17      MR. WOLOSZ: Okay.  I just wanted to
18 put that on the record.
19      With that, we are prepared to go
20 forward, but we apparently are not able to, and
21 so we will suspend the deposition.
22      Do the individuals who are on the
23 telephone which to note their appearance?
24      MS. FITZGERALD: This is Martha

Page 6

1 Fitzgerald for EuRaupair.
2      Lauren, why are we not having a
3 deposition today?  Is the plaintiff withdrawing
4 as a potential class representative or are you
5 hoping to schedule it later?  You've got people
6 from all over the country on this phone call, so
7 I think we deserve an explanation as to why we're
8 not going forward.
9      MS. LOUIS: We are currently on the
10 record, and I'm not appearing as a witness.
11 We're not prepared to go forward at this time and
12 we can speak off the record.
13      MR. QUINN: Lauren, this is Tom
14 Quinn from AuPairCare.
15      Just for the record, I continue to
16 be frustrated, and I think I speak on behalf of
17 all counsel, about your firm's -- your law firm's
18 and your co-counsel's law firm's lack of
19 cooperation in this case, dissing us at every
20 chance you get, and now you show up today and
21 you're not going to talk about what happened when
22 you have maybe a dozen lawyers on the phone
23 waiting 45 minutes, and no courtesy or
24 explanation as to why we don't have a witness and

Page 7

1 were late?
2      MS. LOUIS: And so, again, defense
3 counsel wanted to make a record of nonappearance,
4 which we agreed to, and that is the extent of the
5 appearance I'm making on the record.
6      MR. WOLOSZ: Okay.  I guess with
7 that we'll suspend and conclude for the day.
8      - - -
9      (Whereupon, at 9:47 a.m. the
10 statement was concluded.)
11      - - -
12      MS. FITZGERALD: I would like a mini
13 transcript.  That's fine, and I don't need it
14 ASAP.
15      MS. COLAIZZI: We'll take a mini as
16 well, please.
17      MR. LEE: Same with the mini
18 request.
19      MR. BENDER: We'd like a mini as
20 well.
21      MR. QUINN: We'll take a mini as
22 well.
23      MR. ENICA: You can send this to me
24 as well.

Page 8

1      C E R T I F I C A T E
2
3 NWEALTH OF PENNSYLVANIA  :
4                           :    SS
5 Y OF PHILADELPHIA        :
6
7
8      I, ROBIN FRATTALI, Registered
9 ssional Reporter - Notary Public, within and for
10 ommonwealth of Pennsylvania, do hereby certify
11 the proceedings, evidence, and objections noted
12 ontained fully and accurately in the notes taken
13  of the preceding statement, and that this copy is
14 rect transcript of the same.
15
16
17
18                      _____
19                      ROBIN FRATTALI
20                      Registered Professional
21                      Reporter - Notary Public
22
23
24

**A**

able (1)
  5:20
again (1)
  7:2
agreed (1)
  7:4
apparently (1)
  5:20
appearance (2)
  5:23;7:5
appearing (1)
  6:10
arrive (1)
  5:10
arrived (1)
  5:11
ASAP (1)
  7:14
August (1)
  5:6
AuPairCare (1)
  6:14

**B**

begin (1)
  5:9
behalf (2)
  5:5;6:16
BENDER (1)
  7:19

**C**

Caicedo (1)
  5:4
call (1)
  6:6
can (2)
  6:12;7:23
Cardenas (1)
  5:4
Care (1)
  5:6
case (1)
  6:19
chance (1)
  6:20
class (1)
  6:4
client (1)
  5:5
co-counsel's (1)
  6:18
COLAIZZI (1)
  7:15
conclude (1)
  7:7
concluded (1)
  7:10

continue (1)
  6:15
cooperation (1)
  6:19
Counsel (4)
  5:10,12;6:17;7:3
country (1)
  6:6
court (1)
  5:8
courtesy (1)
  6:23
Cultural (1)
  5:5
currently (1)
  6:9

**D**

day (1)
  7:7
defense (1)
  7:2
deposition (4)
  5:4,15,21;6:3
deserve (1)
  6:7
Diana (1)
  5:4
dissing (1)
  6:19
dozen (1)
  6:22

**E**

ENICA (1)
  7:23
EuRaupair (1)
  6:1
explain (1)
  5:12
explanation (2)
  6:7,24
extent (1)
  7:4

**F**

fine (1)
  7:13
firm's (3)
  6:17,17,18
FITZGERALD (3)
  5:24;6:1;7:12
forward (5)
  5:13,15,20;6:8,11
frustrated (1)
  6:16

**G**

guess (2)

5:11;7:6

**H**

happened (1)
  6:21
hoping (1)
  6:5

**I**

individuals (1)
  5:22
intended (1)
  5:3

**J**

Justin (1)
  5:1

**L**

lack (1)
  6:18
late (1)
  7:1
later (1)
  6:5
Lauren (2)
  6:2,13
law (2)
  6:17,18
lawyers (1)
  6:22
LEE (1)
  7:17
LOUIS (3)
  5:14;6:9;7:2

**M**

making (1)
  7:5
Martha (1)
  5:24
maybe (1)
  6:22
mini (5)
  7:12,15,17,19,21
minutes (1)
  6:23
move (1)
  5:15

**N**

need (1)
  7:13
nonappearance (1)
  7:3
note (1)
  5:23

noticed (1)
  5:5

**O**

off (1)
  6:12
order (1)
  5:9
over (1)
  6:6

**P**

Paola (1)
  5:4
people (1)
  6:5
phone (2)
  6:6,22
place (1)
  5:6
plaintiff (2)
  5:10;6:3
Plaintiffs (1)
  5:14
please (1)
  7:16
potential (1)
  6:4
prepared (3)
  5:15,19;6:11
put (1)
  5:18

**Q**

QUINN (3)
  6:13,14;7:21

**R**

recently (1)
  5:11
record (7)
  5:2,18;6:10,12,15;
  7:3,5
reporter (1)
  5:8
representative (1)
  6:4
request (1)
  7:18

**S**

Same (1)
  7:17
schedule (1)
  6:5
send (1)
  7:23
show (1)

6:20
speak (2)
  6:12,16
statement (1)
  7:10
suspend (2)
  5:21;7:7

**T**

talk (1)
  6:21
telephone (1)
  5:23
today (4)
  5:6,16;6:3,20
Tom (1)
  6:13
transcript (1)
  7:13
Tuesday (1)
  5:6

**U**

up (1)
  6:20

**W**

waiting (1)
  6:23
Whereupon (1)
  7:9
withdrawing (1)
  6:3
witness (3)
  5:9;6:10,24
Wolosz (4)
  5:1,1,17;7:6

**1**

16th (1)
  5:6

**4**

45 (1)
  6:23

**9**

9:00 (2)
  5:7,9
9:45 (1)
  5:11
9:47 (1)
  7:9