# Exhibit A



**FCM TRAVEL SOLUTIONS™**

800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER        C53253

## Invoice

| | |
|---|---|
| PAGE | 1 OF 1 |
| NUMBER | USFC-I00101983 |
| INVOICE DATE | 10 AUGUST 2016 |
| TRAVELER NAME | JUSTIN J WOLOSZ |
| BOOKING CODE | FVMSBH |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| ✈ JUSTIN J WOLOSZ | 400.20 |
| AMERICAN AIRLINES | |
| DOCUMENT NUMBER 0017848915993 | |
| BOSTON - PHILADELPHIA - BOSTON | |
| AA714, BOS - PHL, 8/15/2016 | |
| AA1671, PHL - BOS, 8/16/2016 | |
| 🛏 JUSTIN J WOLOSZ | |
| SONESTA PHILADELPHIA DOWNTOWN | |
| 1800 MARKET STREET | |
| PHILADELPHIA PA 19103 | |
| PHONE: 1-215-5617500 | |
| CHECK IN 8/15/2016 - CHECK OUT 8/16/2016 | |
| CONFIRMATION NUMBER 56921SB376133 | |
| AVG. NIGHTLY RATE INCL. TAX 241.40 USD | |
| CANCEL 1 DAYS PRIOR TO ARRIVA | |
| JUSTIN J WOLOSZ | 33.00 |
| SERVICE FEE | |

| | | |
|---|---|---|
| | INVOICE TOTAL | 433.20 |
| TO BE SETTLED BY | AMERICAN EXPRESS ***********1009 | -433.20 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



**FCM TRAVEL SOLUTIONS**™

800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER        C53253

## Invoice

| | |
|---|---|
| PAGE | 1  OF  1 |
| NUMBER | USFC-I00102000 |
| INVOICE DATE | 10 AUGUST 2016 |
| TRAVELER NAME | JUSTIN J WOLOSZ |
| BOOKING CODE | FVMSBH |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| ✈ JUSTIN J WOLOSZ | 48.02 |
| ▓▓▓▓▓ | |
| AMERICAN AIRLINES | |
| DOCUMENT NUMBER 0014571834867 | |
| BOSTON - PHILADELPHIA - BOSTON | |
| AA714, BOS - PHL, 8/15/2016 | |
| AA1671, PHL - BOS, 8/16/2016 | |

| | | |
|---|---|---|
| | INVOICE TOTAL | 48.02 |
| TO BE SETTLED BY | AMERICAN EXPRESS ***********1009 | -48.02 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



**FCM TRAVEL SOLUTIONS™**

800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER        C53253

## Invoice

| | |
|---|---|
| PAGE | 1 OF 1 |
| NUMBER | USFC-I00117775 |
| INVOICE DATE | 16 AUGUST 2016 |
| TRAVELER NAME | JUSTIN J WOLOSZ |
| BOOKING CODE | FVMSBH |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| ✈ JUSTIN J WOLOSZ | 75.00 |
| ▉▉▉▉▉ | |
| AMERICAN AIRLINES | |
| DOCUMENT NUMBER 0017848915993 | |
| BOSTON - PHILADELPHIA - BOSTON | |
| AA714, BOS - PHL, 8/15/2016 | |
| AA1661, PHL - BOS, 8/16/2016 | |
| | |
| JUSTIN J WOLOSZ | 75.00 |
| ANCILLARY ITEM | |

| | |
|---|---|
| INVOICE TOTAL | 150.00 |
| TO BE SETTLED BY    AMERICAN EXPRESS ***********1009 | -150.00 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



**FCM TRAVEL SOLUTIONS™**

800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER     C53253

## Invoice

| | |
|---|---|
| PAGE | 1 OF 1 |
| NUMBER | USFC-I00117765 |
| INVOICE DATE | 16 AUGUST 2016 |
| TRAVELER NAME | JUSTIN J WOLOSZ |
| BOOKING CODE | FVMSBH |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| JUSTIN J WOLOSZ | 33.00 |
| ▆▆▆▆▆▆▆▆ | |
| SERVICE FEE | |
| INVOICE TOTAL | 33.00 |
| TO BE SETTLED BY    AMERICAN EXPRESS **********1009 | -33.00 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER        C53253

## Invoice

| | |
|---|---|
| PAGE | 1 OF 1 |
| NUMBER | USFC-I00101717 |
| INVOICE DATE | 10 AUGUST 2016 |
| TRAVELER NAME | LYNDSEY MARIE KRUZER |
| BOOKING CODE | UNEPYD |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| ✈ LYNDSEY MARIE KRUZER | 400.20 |
| ▮▮▮▮▮▮▮ | |
| AMERICAN AIRLINES | |
| DOCUMENT NUMBER 0017848915990 | |
| BOSTON - PHILADELPHIA - BOSTON | |
| AA1672, BOS - PHL, 8/15/2016 | |
| AA1671, PHL - BOS, 8/16/2016 | |
| | |
| LYNDSEY MARIE KRUZER | 33.00 |
| SERVICE FEE | |

|  | INVOICE TOTAL | 433.20 |
|---|---|---|
| TO BE SETTLED BY | AMERICAN EXPRESS **********1009 | -433.20 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



**FCM TRAVEL SOLUTIONS™**

800 WEST CUMMINGS PARK, SUITE 5650, WOBURN, MA 01801

CHOATE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

ACCOUNT NUMBER        C53253

## Invoice

| PAGE | 1 OF 1 |
| NUMBER | USFC-I00101772 |
| INVOICE DATE | 10 AUGUST 2016 |
| TRAVELER NAME | LYNDSEY MARIE KRUZER |
| BOOKING CODE | UNEPYD |
| DESTINATION | PHILADELPHIA |
| DATE OF TRAVEL | 15 AUGUST 2016 |
| U63 | UTKT-NO |

| DESCRIPTION | AMOUNT |
|---|---|
| ✈ LYNDSEY MARIE KRUZER | 30.37 |
| ▮▮▮▮▮▮ | |
| AMERICAN AIRLINES | |
| DOCUMENT NUMBER 0014571834866 | |
| BOSTON - PHILADELPHIA - BOSTON | |
| AA1672, BOS - PHL, 8/15/2016 | |
| AA1671, PHL - BOS, 8/16/2016 | |

|  | INVOICE TOTAL | 30.37 |
|---|---|---|
| TO BE SETTLED BY | AMERICAN EXPRESS ***********1009 | -30.37 |

FOR INVOICE TERMS, PLEASE SEE: HTTP://WWW.US.FCM.TRAVEL/INVOICE-TERMS



Record Locator

**UNEPYD** 

Receipt

| Passenger | Document # | Description | Amount | Tax | Total |
|-----------|-----------|-------------|--------|-----|-------|
| Lyndsey Mar Kruzer | 0010635768532 | Same-Day Flight Change/PHL-BOS | 75.00 USD | 0.00 | 75.00 USD |
| Lyndsey Mar Kruzer | 0010635768531 | Preferred Seats/PHL-BOS | 16.43 USD | 1.23 | 17.66 USD |
| American Express XXXXXXXXXX1006 | | | | | $ 92.66 |

Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status Notification

# SONESTA HOTEL
## PHILADELPHIA

**Justin J Wolosz**

| | |
|---|---|
| Room No. | : 1821 |
| Arrival | : 08-15-16 |
| Departure | : 08-16-16 |
| Folio No. | : |
| Conf. No. | : 2942483 |
| Cashier No. | : |

Company Name: Best Available Rate

Membership No:

Group Name:
**INFORMATION INVOICE**

TA Record   :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-15-16 | Miscellaneous Charge<br>Bottled Water74078 | 8.00 | |
| 08-15-16 | Room Charge | 209.00 | |
| 08-15-16 | Occupancy Tax | 17.77 | |
| 08-15-16 | State Tax | 14.63 | |
| 08-16-16 | American Express<br>XXXXXXXXXXX1005 XX/XX | | 249.40 |

| | | | |
|---|---|---|---|
| | **Total Charges** | 249.40 | |
| | **Total Credits** | | 249.40 |
| | **Balance** | | **0.00** |

**Guest Signature:** _____

Page No. 1 of 1

1800 Market Street Philadelphia PA 19103 || Telephone: 215 561 7500 || Fax: 215 561 4484



# SONESTA HOTEL

## PHILADELPHIA

**Lyndsey Marie Kruzer**

| | |
|---|---|
| Room No. | : 1601 |
| Arrival | : 08-15-16 |
| Departure | : 08-16-16 |
| Folio No. | : 203407 |
| Conf. No. | : 2942482 |
| Cashier No. | : 132 |

Company Name: Best Available Rate

Membership No:

Group Name:

TA Record   :

**INFORMATION INVOICE**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-15-16 | Room Charge | 209.00 | |
| 08-15-16 | Occupancy Tax | 17.77 | |
| 08-15-16 | State Tax | 14.63 | |
| 08-16-16 | American Express XXXXXXXXXXX1006 XX/XX | | 241.40 |
| 08-16-16 | Miscellaneous Charge 74248 | 8.00 | |
| 08-16-16 | American Express XXXXXXXXXXX1006 XX/XX | | 8.00 |

| | | |
|---|---|---|
| **Total Charges** | 249.40 | |
| **Total Credits** | | 249.40 |
| **Balance** | | 0.00 |

Guest Signature: _____

Page No. 1 of 1

1800 Market Street Philadelphia, PA 19103 || Telephone: 215.561.7500 || Fax: 215.561.4484

*Cash Receipt*

PHILADELPHIA TAXI
215 535-6700

DRIVER ID#       00107810
CAB #              P0447
08/15/2016 17:51 - 18:07
AIRPORT RATE
TRIP# 13257 RATE#         2
MILES                   8.32
FARE $                 28.50

FUEL SCHRG. $      0.40
TOLLS $              0.00
GR. TOTAL $         28.90

PPA Complaints
215 683-9440 $35

DANIELLE TAXI IN
CAB # 0887
08/16/16 TR12521
START  END MILES
13:41 13:52  0.0
FARE:  $   17.80
EXTRA: $    0.00
TOLL:  $    7.50
SRCH:  $    0.00
TOTAL: $   25.30
TAXI HOTLINE
617-536-TAXI
EMAIL: TAXI.BPDQ
CITYOFBOSTON.GOV

$35 total

Amount $ 24.00          Cab No

**CAB COMPANY**

Cab Fare     From International Place

             To Airport

Date 8/15/2016

RECEIVED PAYMENT

-------- Original message --------
From: Uber Receipts <uber.us@uber.com>
Date: 08/16/2016 10:39 AM (GMT-05:00)
To: jjwolosz███████████
Subject: Your Tuesday morning trip with Uber

# $58.49



FARE BREAKDOWN

Trip fare                                  58.49

**Subtotal**                               **$58.49**

10:16am
I-15 S 16th St, Philadelphia, PA

Personal •••• 6768                         **$58.49**

1

10:38am

Departures Rd, Philadelphia, PA



BLACK CAR          13.46          00:22:02



You rode with Travis

Need help?                              contact us

Track it down.



Get your first Uber ride
free (up to $20)

*back to office*

TOP CAB
CITY OF BOSTON

CREDIT RECEIPT

```
DRIVER      :    00010636
CAB#        :         602
08/16/16 13:35-13:46
RATE #      :           1
Miles R1    :        3.85
 TRIP #:         730 FAR
E R1    :     $14.20 EXT
RAS     :      $7.50 TIP
S       :      $4.34 GRA
ND TOTAL:     $26.04 AME
X             ***1006
 AUTHOR.: 843162
 MID:        6317801900
 ENTRY METHOD:
 CONTACT CHIP
 AID:       A00000002501
 APPL. NAME:
 AMERICAN EXPRESS
 ATC:              0003
 AC:
 5B10BF764B1B9C9C
 REC/INV#:          730
 TID:        326626680
```

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV

*to hotel*

PHILADELPHIA TAXICAB
215 666-6666

CREDIT RECEIPT

```
DRIVER: 00109463
CAB  #:   P1543
08/15/16 17:00-17:14
RATE #: 2
AIRPORT RATE
Miles R2: 8.20
 TRIP #:        18762
FARE  :    $28.50
FUEL SUR: $0.40
TIPS  :     $5.78
 Total :   $34.68
AMEX       ***1006
AUTHOR.: 887512
MID:         2371403908
ENTRY METHOD:
CONTACT CHIP
AID:        A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:               0002
AC:
BF0398F0494EC00C
REC/INV#:         18762
TID:         325380987
```

PPA Complaints
215 683-9440

**From:** Uber Receipts <uber.us@uber.com>
**Date:** Monday, Aug 15, 2016, 1:54 PM
**To:** Kruzer, Lyndsey M. <lkruzer@choate.com>
**Subject:** Your Monday afternoon trip with Uber

AUGUST 15, 2016

# $30.51

Here are your document for Friday



Boston

01:38pm
158-170 High St, Boston, MA

01:52pm
Terminal B Garage, Boston, MA

Map data ©2016 Google

FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 30.51 |
| **Subtotal** | **$30.51** |

CHARGED
Personal •••• 1006

**$30.51**

1

| CAR | MILES | TRIP TIME |
|---|---|---|
| BLACK CAR | 4.30 | 00:14:19 |



## You rode with Imo
Issued on behalf of Rayan Transportation Inc.

 Need help? Tap Help in your app to **contact us** with questions about your trip. Leave something behind? **Track it down.**

 Get your first Uber ride free (up to $20)
Share code: ytetkt

