# Exhibit B



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 73439 | 8/19/2016 | 69531 |
| **Job Date** | **Case No.** ||
| 8/16/2016 | 1:14-CV-03074-CMA-KMT ||
| **Case Name** |||
| Johana Paola Beltran, et al. v. Interexchange, Inc., et al. |||
| **Payment Terms** |||
| Net 30 after 30 int. at 1.5% per month |||

O'BRIEN & LEVINE
Court Reporting Services
WORLDWIDE COVERAGE
www.court-reporting.com

Justin Wolosz
Choate Hall & Stewart, LLP
Two International Place
Floor 34
Boston MA 02110

Scheduled Videotaped Deposition of:
Dayanna Paola Cardenas Caicedo

| | | |
|---|---:|---:|
| Certification of Non-Appearance | 180.00 | 180.00 |
| Expedite | 33.57 | 33.57 |
| Transcript Archiving | 15.00 | 15.00 |
| Shipping & Handling | 15.00 | 15.00 |
| Condensed Transcript | 0.00 | 0.00 |
| **TOTAL DUE >>>** | | **$243.57** |

Deposition was held in Philadelphia, Pennsylvania

*NEW*
Latest Technology: Go Paperless!
Eliminate shipping and copying costs associated with exhibits at your deposition. Introduce your exhibits via iPad or laptop. To set up your demo, contact Deb Curran at Deb@court-reporting.com

Secure Online Payments:
Pay your invoices online by logging in to your account at www.court-reporting.com

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

**Tax ID:** 04-3106514

Phone: 617-248-5000   Fax: 617-248-4000

*Please detach bottom portion and return with payment.*

Justin Wolosz
Choate Hall & Stewart, LLP
Two International Place
Floor 34
Boston MA 02110

| | | | | |
|---|---|---|---|---|
| Job No. | : 69531 | BU ID | : 3-OUT |
| Case No. | : 1:14-CV-03074-CMA-KMT |||
| Case Name | : Johana Paola Beltran, et al. v. Interexchange, Inc., et al. |||
| Invoice No. | : 73439 | Invoice Date | : 8/19/2016 |
| **Total Due** | **: $ 243.57** |||

Remit To: **O'Brien & Levine**      888.825.3376
         **195 State Street**
         **Floor 5**
         **Boston MA 02109**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 73452 | 8/17/2016 | 69562 |
| Job Date | Case No. | |
| 8/16/2016 | 1:14-CV-03074-CMA-KMT | |

**Case Name**

Johana Paola Beltran, et al. v. Interexchange, Inc., et al.

**Payment Terms**

Net 30 after 30 int. at 1.5% per month

O'BRIEN & LEVINE
Court Reporting Services
WORLDWIDE COVERAGE
www.court-reporting.com

Justin Wolosz
Choate Hall & Stewart, LLP
Two International Place
Floor 34
Boston MA 02110

Scheduled Video Production Services of:
Dayanna Paola Cardenas Caicedo
    Video Cancellation    325.00    325.00
    Waiting Time    75.00    75.00

TOTAL DUE >>> **$400.00**

*NEW*
Latest Technology: Go Paperless!
Eliminate shipping and copying costs associated with exhibits at your deposition. Introduce your exhibits via iPad or laptop. To set up your demo, contact Deb Curran at Deb@court-reporting.com

Secure Online Payments:
Pay your invoices online by logging in to your account at www.court-reporting.com

Thank you for choosing O'Brien & Levine Court Reporting. We appreciate your business.

**Tax ID:** 04-3106514

Phone: 617-248-5000   Fax:617-248-4000

*Please detach bottom portion and return with payment.*

Justin Wolosz
Choate Hall & Stewart, LLP
Two International Place
Floor 34
Boston MA 02110

Job No.  : 69562    BU ID  :53-VID OUT
Case No.  : 1:14-CV-03074-CMA-KMT
Case Name  : Johana Paola Beltran, et al. v. Interexchange, Inc., et al.
Invoice No.  : 73452    Invoice Date  :8/17/2016
**Total Due** : $ 400.00

Remit To: **O'Brien & Levine**    888.825.3376
          **195 State Street**
          **Floor 5**
          **Boston MA 02109**

PAYMENT WITH CREDIT CARD  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature: