# Exhibit C

Case No. 1:14-cv-03074-CMA-KMT   Document 337-8   filed 08/31/16   USDC Colorado   pg 1 of 5

# CHOATE
CHOATE HALL & STEWART LLP

**Summary of Attorney Time/Requested Fee Reimbursement**
**<u>Regarding Deposition of Dayanna Paola Cardenas Caicedo</u>**

| DATE | TIMEKEEPER | NARRATIVE | HOURS |
|---|---|---|---|
| 08/01/16 | J. Lukey | Review and finalize Caceido Notice of deposition, and email same to Ms. Louis and Mr. Hood | 0.20 |
| 08/03/16 | J. Wolosz | Review documents in preparation for Caicedo deposition. | 0.30 |
| 08/03/16 | L. Kruzer | Review and analyze Caicedo documents in preparation for upcoming deposition. | 0.70 |
| 08/05/16 | J. Wolosz | Emails re: Caicedo deposition. | 0.10 |
| 08/05/16 | L. Kruzer | Review and analyze documents regarding named plaintiffs in order to incorporate into deposition outline. | 1.30 |
| 08/08/16 | J. Lukey | Emails re logistics for Caicedo deposition. | 0.10 |
| 08/09/16 | J. Wolosz | Meeting with L. Kruzer re: Caicedo deposition. | 0.50 |
| 08/09/16 | J. Wolosz | Review documents in preparation for Caicedo deposition and communication with team re: same. | 0.30 |
| 08/09/16 | L. Kruzer | Preparation for deposition of former CCAP au pair D. Caicedo, including deposition outline and analysis of documents to use as potential exhibits. | 3.30 |
| 08/10/16 | J. Lukey | Emails from and to Mr. Wolosz and to Ms. Louis re use of translator for Caicedo. | 0.20 |
| 08/10/16 | J. Wolosz | Preparation for Caicedo deposition, including review of documents and communications re: same. | 2.40 |
| 08/10/16 | L. Kruzer | Draft deposition outline and analyze documents in preparation for deposition of D. Caicedo. | 6.40 |
| 08/11/16 | J. Lukey | Emails to and from Ms. Louis re whether there is need for interpreter at Caicedo deposition. | 0.10 |
| 08/11/16 | J. Wolosz | Attention to Caicedo deposition, including review of outline, and correspondence re: same. | 1.50 |

| DATE | TIMEKEEPER | NARRATIVE | HOURS |
|---|---|---|---|
| 08/11/16 | L. Kruzer | Identify and prepare documents for D. Caicedo deposition. | 0.80 |
| 08/12/16 | R. Buchanan | Comment on deposition outline. | 0.60 |
| 08/12/16 | J. Lukey | Review email exchange between Messrs. Wolosz and Buchanan re Caicedo deposition outline. | 0.10 |
| 08/12/16 | J. Wolosz | Preparation for deposition of D. Caicedo, including review/editing of outline and communication with team re: same. | 2.10 |
| 08/12/16 | J. Wolosz | Review discovery responses re: Caicedo. | 0.60 |
| 08/12/16 | L. Kruzer | Analyze and organize documents for use at D. Caicedo deposition. | 0.90 |
| 08/12/06 | L. Kruzer | Review and analyze Caicedo's responses to written discovery requests in order to assess deficiencies and to incorporate answers into deposition outline. | 0.40 |
| 08/13/16 | J. Lukey | Emails to and from Mr. Wolosz and Ms. Denton re providing call-in number for Caicedo deposition. | 0.20 |
| 08/13/16 | J. Wolosz | Communication re: Caicedo deposition. | 0.40 |
| 08/14/16 | J. Wolosz | Prepare for Caicedo deposition, including review of documents and revising of outline. | 3.10 |
| 08/14/16 | L. Kruzer | Plan and prepare for Caicedo deposition; correspond with J. Wolosz regarding same. | 0.40 |
| 08/15/16 | J. Lukey | Emails from and to Mr. Wolosz and Ms. Kruzer re deposition tomorrow of Ms. Caicedo. | 0.10 |
| 08/15/16 | J. Lukey | Emails from and to Mr. Lyons re Caicedo deposition. | 0.10 |
| 08/15/16 | J. Lukey | Emails re Caicedo deposition. | 0.10 |
| 08/15/16 | J. Wolosz | Prepare for Caicedo deposition, including attention to outline/questions, review of documents, and correspondence regarding same. | 8.50 |
| 08/15/16 | J. Wolosz | Travel from Boston to Philadelphia for Caicedo deposition. | 1.50 |

2

| DATE | TIMEKEEPER | NARRATIVE | HOURS |
|---|---|---|---|
| 08/15/16 | L. Kruzer | Review and analyze documents produced today by plaintiffs in order to determine which to use as exhibits and what information to incorporate into deposition. | 2.30 |
| 08/15/16 | L. Kruzer | Revise Cardenas Caicedo deposition outline. | 1.10 |
| 08/15/16 | L. Kruzer | Deposition preparation meetings with J. Wolosz. | 1.20 |
| 08/15/16 | L. Kruzer | Analyze and finalize exhibits for deposition of Cardenas Caicedo. | 1.50 |
| 08/15/16 | L. Kruzer | Correspond with plaintiffs' counsel regarding missing documents in production made by plaintiffs in preparation for tomorrow's deposition of Cardenas Caicedo. | 0.20 |
| 08/15/16 | L. Kruzer | Draft summary of documents produced by plaintiffs. | 0.30 |
| 08/15/16 | L. Kruzer | Travel to deposition in Philadelphia. | 1.50 |
| 08/15/16 | L. Kruzer | Review and analyze correspondence from plaintiffs' counsel regarding Cardenas Caicedo's interrogatory responses. | 0.10 |
| 08/15/16 | L. Kruzer | Review and analyze currency conversions for use in Cardenas Caicedo deposition. | 0.10 |
| 08/15/16 | K. O'Keefe | Review lead plaintiff Caicedo's interrogatory responses to prepare potential deposition exhibit. | 1.20 |
| 08/16/16 | J. Lukey | Review email exchange between Mses. McElroy (BS) and Ms. Kruzer re missing documents in Ms. Caicedo's production. | 0.10 |
| 08/16/16 | J. Lukey | Emails from Mr. Wolosz (x3) re absence of witness, and emails re same. | 0.40 |
| 08/16/16 | J. Wolosz | Preparation for deposition, including final review of outline and documents. | 1.80 |
| 08/16/16 | J. Wolosz | Attend deposition (to which deponent did not attend) and follow-up calls following departure of Plaintiffs' counsel. | 1.30 |

3

| DATE | TIMEKEEPER | NARRATIVE | HOURS |
|---|---|---|---|
| 08/16/16 | J. Wolosz | Travel back to Boston following announcement from Plaintiffs that deposition will not go forward. | 2.30 |
| 08/16/16 | L. Kruzer | Plan and prepare for deposition, including attention to exhibits from plaintiffs' late production. | 2.30 |
| 08/16/16 | L. Kruzer | Attendance at deposition. | 1.30 |
| 08/16/16 | L. Kruzer | Travel time from deposition. | 2.30 |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. Lukey | 1.70 | $675 | $1,147.50 |
| R. Buchanan | .60 | $625 | $375.00 |
| J. Wolosz | 26.70 | $500 | $13,350.00 |
| L. Kruzer | 28.40 | $375 | $10,650.00 |
| K. O'Keefe | 1.20 | $350 | $420.00 |
| **Total Hours and Amounts:** | **58.60** | | **$25,942.50** |

4

7721272v1