IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

### [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT CULTURAL CARE, INC. FOR SANCTIONS PURSUANT TO RULE 37(d)
_____

The Court has reviewed the Motion of Defendant Cultural Care, Inc. for Sanctions Pursuant to Rule 37(d) along with all opposition papers submitted by Plaintiffs and is otherwise fully advised on the matter.

It is hereby ORDERED that the Motion is **GRANTED** and:

1. Plaintiff Dayanna Paola Cardenas Caicedo may not take further action in support of her claims as alleged in this action.

2. Paragraphs 21 and 392-407 of the First Amended Complaint [and paragraphs 21 and 434-449 of the Second Amended Complaint] are stricken.

3. All references to Plaintiff Dayanna Paola Cardenas Caicedo in paragraphs 432, 437, 441, 461, and 462 of the First Amended Complaint [and paragraphs 523, 530, 535, 557, and 558 of the Second Amended Complaint] are stricken.

2010621362_1

4. All references to Plaintiff Dayanna Paola Cardenas Caicedo in Counts II-VII and VIII-X of the First Amended Complaint [and Second Amended Complaint] are stricken.

5. The Declaration of Dayanna Paola Cardenas Caicedo submitted to the Court in support of Plaintiffs' Motion for Conditional Collective Action Certification is stricken.

6. Plaintiff Dayanna Paola Cardenas Caicedo is dismissed from this action with prejudice.

7. Plaintiffs and their attorneys are ordered to pay Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair ("Cultural Care") the amount of $28,469.04, which represents reasonable expenses, including attorneys' fees, caused by Ms. Cardenas Caicedo's failure to appear at her deposition.

8. Cultural Care is awarded attorneys' fees and costs attributable to the Joint Motion for Sanctions Pursuant to Rule 37(d), the amount and reasonableness of which to be determined in future proceedings.

DATED this ___ day of _____ 2016.

BY THE COURT

_____
Kathleen M. Tafoya
United States Magistrate Judge