# EXHIBIT A

## Monica Vela

| | |
|---|---|
| **From:** | Peggy Kozal |
| **Sent:** | Wednesday, August 31, 2016 1:56 PM |
| **To:** | 'Lauren Louis' |
| **Cc:** | Thomas Quinn; Brian Maschler; Lisa Riggenbach |
| **Subject:** | FW: Ms. Jimenez's deposition |

One more thing—in furtherance of the briefing schedule issue, we will stipulate to an extension of time for AuPairCare's response to the motion for conditional class certification until September 22, 2016.  As we discussed, this extension will not affect Plaintiffs' reply brief on the motion, and that will remain October 6, 2016.  Thanks.

**PEGGY E. KOZAL**
**Of Counsel**
**GORDON & REES**
**SCULLY MANSUKHANI**
Direct: 303-200-6888

**From:** Peggy Kozal
**Sent:** Wednesday, August 31, 2016 1:45 PM
**To:** 'Lauren Louis'
**Cc:** Brian Maschler; Thomas Quinn; Lisa Riggenbach
**Subject:** RE: Ms. Jimenez's deposition

Lauren,

In follow-up of our discussion today, we are able to accommodate Ms. Jimenez's schedule and do the deposition of her on September 14.  As discussed, it will occur at our San Francisco office.  Please confirm that Ms. Jimenez needs the services of an interpreter.

I am checking with our client whether they will approve the hotel for her stay in the U.S. and will let you know.

Peggy

**PEGGY E. KOZAL**
**Of Counsel**
**GORDON & REES**
**SCULLY MANSUKHANI**
Direct: 303-200-6888

**From:** Lauren Louis [mailto:llouis@bsfllp.com]
**Sent:** Tuesday, August 30, 2016 6:11 AM
**To:** Peggy Kozal
**Cc:** Brian Maschler; Thomas Quinn
**Subject:** RE: Ms. Jimenez's deposition

Peggy, if Ms. Jimenez travels (regardless of who bears the cost) her deposition would have to be the following week, on Sept. 13th. Before we pursue this discussion further, advise whether you would accept that date for her deposition.

1

Lauren F. Louis
Counsel
BOIES, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd.
Ste. 1200
Fort Lauderdale, FL 33301
954-356-0011 (main)
954-356-0022 (fax)

**From:** Peggy Kozal [mailto:pkozal@gordonrees.com]
**Sent:** Monday, August 29, 2016 6:38 PM
**To:** Lauren Louis
**Cc:** Brian Maschler; Thomas Quinn
**Subject:** Ms. Jimenez's deposition

Lauren,

Thank you for your time today.  In follow-up of our discussion about the deposition of Ms. Jimenez, I understand that she has a visa that would allow her to travel to the U.S. for the deposition.   I also understand that you will be getting back to me on whether Plaintiffs will take the position that AuPairCare must pay her costs to travel to the U.S.  As I stated, we will not agree to incur these costs and feel that (among other reasons) given proportionality concerns and the extent to which defendants are incurring costs for ESI, etc., it is reasonable to expect Plaintiffs to incur the costs.  Please note that we will agree to the deposition occurring in San Francisco or L.A. if it is easier for Ms. Jimenez.   Thanks and I look forward to hearing back from you.

Peggy

**PEGGY E. KOZAL**  | Of Counsel
**GORDON & REES**
**SCULLY MANSUKHANI**

555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6888  |  P: 303-534-5160  |  F: 303-534-5161
**pkozal@gordonrees.com**

vCard | Bio

Alabama • Arizona • California • Colorado • Connecticut • Florida • Georgia
Illinois • Maryland • Massachusetts • Missouri • Nevada • New Jersey • New York
North Carolina  • Ohio • Oregon • Pennsylvania • South Carolina • South Dakota
Texas • Virginia • Washington • Washington, D.C. • West Virginia
www.gordonrees.com

Alabama * Arizona * California * Colorado * Connecticut * Florida * Georgia * Illinois * Maryland * Massachusetts * Missouri * Nevada * New Jersey * New York * North Carolina * Ohio * Oregon * Pennsylvania * South Carolina * South Dakota * Texas * Virginia * Washington * Washington, DC * West Virginia

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON & REES LLP**
http://www.gordonrees.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]