IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**[PROPOSED] ORDER GRANTING DEFENDANT AUPAIRCARE, INC.'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**
_____

The court has reviewed Defendant AuPairCare, Inc.'s Unopposed Motion for One-Week Extension of Time to Respond to Plaintiffs' Second Motion for Conditional Collective Action Certification and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Defendant AuPairCare, Inc. shall respond to Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law on or before September 22, 2016.

DATED this ____day of _____2016.

BY THE COURT

_____