**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.,

Plaintiffs,

v.

INTEREXCHANGE, INC.; ET AL.,

Defendants.

_____

**JOINT MOTION FOR EXTENSION OF TIME**
_____

Defendant Expert Group International Inc. d/b/a Expert AuPair by and through its undersigned attorneys, and joined by the Plaintiffs, moves the Court pursuant to Fed. R. Civ. P. 6, D.C.COLO.LCivR 6.1(b) and 7.1(a) and CMA Civ. Practice Standard 6.1(b)(1) for an extension of time to file its response to *Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law* (Dkt 330). In support of this Motion for Extension, Defendant Expert AuPair states as follows:

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCiv.R.7.1(A)**

1. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Expert AuPair conferred with counsel for Plaintiffs and Defendants regarding this Motion. Plaintiffs counsel, Boies Schiller and Flexner, LLP, joins the Motion. Other Defendants in this action do not oppose this Motion.

1

2. On August 15, 2016, the Plaintiffs filed two motions: *Plaintiffs' Motion to Amend [First Amended Complaint] and Incorporated Memorandum of Law* (Dkt. 329) and *Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law* (Dkt. 330)

3. On August 19, 2016, the Court entered Minutes resulting from a Telephonic Informal Discovery Conference (Dkt 333), which ordered Defendants to, inter alia, respond to *Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law* on or before September 15, 2016. Plaintiffs' replies, if any, are due on or before October 6, 2016. At this Conference, the Court encouraged the parties to cooperate so that Defendants would be able to complete the depositions of named Plaintiffs and proposed named Plaintiffs prior to the deadline for filing their oppositions to Plaintiffs' Motion for Conditional Collective Action Certification.

4. Good cause exists for this brief extension. Plaintiffs counsel and counsel for defendant Expert Au Pair have been working to schedule deposition of the proposed class representative plaintiff, Nicole Mapledoram. Counsel have been working cooperatively so that the depositions occur in advance of the September 15, 2016 deadline for Expert AuPair response to Plaintiffs' Motion Conditional Certification.

5. In order to increase the efficiency of the deposition, both counsel for Plaintiffs and counsel for Expert AuPair agreed that it is beneficial for both parties to have the deposition scheduled in Denver, Colorado.

6. Nicole Mapledoram, the named class representative, resides in Melbourne, Victoria, Australia and she is scheduled to be in Denver on October 3rd, 2016; therefore the Plaintiffs proposed the date as a preferred deposition date and counsel for Expert AuPair agreed.

7. It is critical for the Defendant to be able to depose the class representative prior to filing a response to the *Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law* and therefore Defendant Expert AuPair respectfully request an extension of time within which to file the response, up to and including October 6, 2016.

8. The requested extension will not prejudice any parties as Plaintiffs join this motion by requesting an extension of time to file their Reply Brief, up to and including October 12, 2016.

WHEREFORE, Defendant Expert AuPair and Plaintiffs jointly requests that the Court enter an Order extending the deadline to file its response to Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law up to and including October 6, 2016 and extending the deadline for a Reply to aforementioned Motion until October 12, 2016.

DATED this 6th day of September, 2016

Respectfully submitted,

s/  *Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472

bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL INC. D/B/A EXPERT
AUPAIR

s/
Lauren F. Louis
Sigrid S. McCawley
BOIES SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd.
Ft. Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022
llouis@bsfllp.com
smccawley@bsfllp.com


Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
BOIES SCHILLER & FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 6, 2016, the foregoing JOINT MOTION FOR EXTENSION OF TIME was filed with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record referenced below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
***Attorneys for Plaintiffs***

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
GORDON & REES LLP
tquinn@gordonrees.com
bmaschler@gordonrees.com
jmann@gordonrees.com
pkozal@gordonrees.com ***Attorneys for Defendant AuPairCare, Inc.***
Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
**Attorneys for Defendant USAuPair, Inc.**

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
**Attorneys for Defendant GreatAuPair, LLC**

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
**Attorneys for Defendant EurAupair InterCultural Child Care Programs**

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
**Attorneys for Defendant Cultural Homestay International**

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America**

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

s/*Bogdan Enica*
Bogdan Enica, Esq.