IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.,

Plaintiffs,

v.

INTEREXCHANGE, INC.; ET AL.,

Defendants.

_____

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**
_____

The court has reviewed Expert Group International Inc. d/b/a Expert AuPair's Joint Motion for Extension of Time and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Defendant Expert Group International Inc. d/b/a Expert AuPair's shall respond to Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law on or before October 6, 2016. The Plaintiffs shall file a Reply, if they choose so, by October 12, 2016.

DATED this ____day of _____2016.

BY THE COURT

_____

1