IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | September 8, 2016 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, | Lauren Louis |
| LUSAPHO HLATSHANENI, | Alexander Hood |
| BEAUDETTE DEETLEFS, | |
| DAYANNA PAOLA CARDENAS CAICEDO, and | |
| ALEXANDRA IVETTE GONZALEZ, | |
|     Plaintiffs, | |
| v. | |
| INTEREXCHANGE, INC, | Brooke Colaizzi |
| | Heather Vickles |
| USAUPAIR, INC., | |
| GREAT AUPAIR, LLC, | |
| EXPERT GROUP INTERNATIONAL INC., d/b/a | Bogdan Enica |
| Expert AuPair, | |
| EURAUPAIR INTERCULTURAL CHILD CARE | Martha Fitzgerld |
| PROGRAMS, | |
| CULTURAL HOMESTAY INTERNATIONAL, | Adam Hubbard |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Joan Lukey |
| AUPAIRCARE INC., | Thomas Quinn |
| | Peggy Kozal |
| AU PAIR INTERNATIONAL, INC., | Kathryn Reilly |
| APF GLOBAL EXCHANGE, NFP, d/b/a AuPair | Lawrence Lee |
| Foundation, | |
| AMERICAN INSTITUTE FOR FOREIGN STUDY | |
| d/b/a Au Pair in America, | |
| AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ | Kathryn Reilly |
| GoAuPair, | |
| AGENT AU PAIR, | |
| A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, | Kathleen Craigmile |
| LLC d/b/a/ ProAuPair, and | |
| 20/20 CARE EXCHANGE, INC. d/b/a The International | |
| Au Pair Exchange, | |
|     Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**1:50 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to relevancy of Plaintiff Hlatshaneni's tax return information.

Plaintiff prefers to brief the matter.

Court states immigration status and questions pertaining to the Plaintiffs' love life are irrelevant. The parties may not ask for tax return information at this time.  If the parties wish to strike testimony, the matter will require briefing.

**2:42 p.m.        Court in recess.**

Hearing concluded.
Total in-court time    00:52

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.