IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

**DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

        Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair ("Cultural Care"), with the assent of Plaintiffs, hereby moves the Court pursuant to Fed. R. Civ. P. 6, D.C.COLO.LCivR 6.1(b) and 7.1(a) and CMA Civ. Practice Standard 6.1(b)(1) for an extension of time to file Cultural Care's response to Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (ECF No. 325) ("Motion for Conditional Certification"). In support of its Motion for Extension of Time, Defendant Cultural Care states as follows:

        1.      On July 25, 2016, Plaintiffs filed their Motion for Conditional Certification, which asks the Court to grant conditional collective action certification with respect to

Plaintiffs' Fair Labor Standards Act claims against certain defendants, including Cultural Care.[1]

2. On August 19, 2016, the Court held a telephonic conference during which the Court ordered Defendants to respond to Plaintiffs' Motion for Conditional Certification (and Second Motion for Conditional Certification) on or before September 15, 2016, with Plaintiffs' replies due on or before October 6, 2016. *See* Minutes at ECF No. 333. The Court, acknowledging Defendants' desire to depose named Plaintiffs in advance of filing their opposition papers, encouraged the parties to cooperate so that depositions of named Plaintiffs could occur prior to filing of Defendants' oppositions.

3. Counsel for Cultural Care has worked diligently and closely with Plaintiffs' counsel in an attempt to conduct the depositions of the two named Plaintiffs who have advanced claims in the First Amended Complaint (ECF No. 101) against Cultural Care.[2] One of these individuals, Beaudette Deetlefs, resides in South Africa. Rather than delay the deposition with a dispute regarding location, Cultural Care offered to pay for Ms. Deetlefs, and Ms. Deetlefs agreed, to travel to the United States in order to conduct her deposition at Plaintiffs' counsel's office in New York, on the agreed-upon date of Tuesday, August 23, 2016, subject to her ability to obtain a visa in a timely manner.

---

[1] On August 15, 2016, Plaintiffs filed their Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (ECF no. 330) ("Second Motion for Conditional Certification"). The Second Motion for Conditional Certification is not addressed to Cultural Care.

[2] The first of these individuals, Dayanna Paola Cardenas Caicedo, is the subject of a separate motion filed by Cultural Care, Inc., seeking a separate remedy. *See* ECF No. 337.

4.      Unfortunately, the United States Consulate did not issue a visa in time for the scheduled August 23 deposition, nor has it done so in the intervening period, despite requests from both parties.  Time has now run out to complete the travel and deposition in the United States in a timely enough fashion to permit Cultural Care to file its response to Plaintiffs' Motion for Conditional Certification by September 15.   Nor, does it appear that the U.S. Consulate intends to take action on the visa application imminently.

5.      Visas are not required for U.S. Citizens to travel to South Africa for brief business trips.  The locale of the deposition has therefore been moved to Cape Town, where Ms. Deetlefs works and in the vicinity of where she resides.  Due to scheduling conflicts for Plaintiffs' counsel, relating in part to other depositions in this case, Plaintiffs' counsel was unavailable for a deposition in Cape Town before the weekend of September 17-18, 2016.

6.      Plaintiffs' counsel has now proposed, and Cultural Care's counsel has accepted, that the deposition will occur in Cape Town over the weekend[3] of September 17-18.[4]

7.      It is vital that Cultural Care be able to conduct this deposition of Ms. Deetlefs, as a proposed class representative, before filing its opposition to Plaintiffs' Motion for Conditional Certification. Cultural Care therefore requests a short extension

---

[3] A weekend deposition would allow Ms. Deetlefs to avoid taking a day off from work.

[4] The final date will be determined based on flight availability and counsel's travel arrangements, which are in process.

3

of time until Friday, September 23 to file its opposition. The deadline for Plaintiffs' reply papers would remain October 6, 2015, which means that the overall scheduling of the case will not be affected.

8. Cultural Care submits that, as explained above, good cause exists for granting this extension.

9. Although the Court previously reset the deadlines for all parties as described herein, Cultural Care has not otherwise been granted a previous extension with respect to this opposition.

10. No party will be prejudiced by the granting of this motion as Plaintiffs' counsel has assented to the relief requested.

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(A)**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Cultural Care has conferred with counsel for Plaintiffs and Defendants regarding this Motion. Plaintiffs assent to the relief requested.

WHEREFORE, Defendant Cultural Care requests that the Court enter an Order extending the deadline to file its response to Plaintiffs' Motion for Conditional Certification up to and including Friday, September 23.

Dated: September 9, 2016.

Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

5

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 9, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301


Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218


　　　　　　　　　　　　　　　　　　　*s/ Diane R. Hazel*
　　　　　　　　　　　　　　　　　　　Diane R. Hazel

7715386