IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT
CULTURAL CARE, INC. FOR EXTENSION OF TIME**
_____

The Court has reviewed the Motion of Defendant Cultural Care, Inc. for Extension of Time and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Defendant Cultural Care shall respond to Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law on or before September 23, 2016. The deadline for Plaintiffs' reply, if any, shall remain October 6, 2016.

DATED this ___ day of _____ 2016.

                                                    BY THE COURT

                                                  _____
                                                  Kathleen M. Tafoya
                                                  United States Magistrate Judge

2010635717_1