**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., ET AL.,

    Defendants.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

JOHANA PAOLA BELTRAN, ET AL.,

DATED at Denver, Colorado this 12th day of September, 2016.

*/s/* SABRIA McELROY

Name of Attorney

BOIES, SCHILLER & FLEXNER, LLP

Firm Name

401 EAST LAS OLAS BLVD., STE1200

Office Address

FORT LAUDERDALE, FL 33301

City, State, ZIP Code

954-356-0011

Telephone Number

smcelroy@bsfllp.com

Primary CM/ECF E-mail Address