1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 14-cv-03074-CMA-KMT
3    _____

4    VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                                August 30, 2016
5    _____

6    JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
     DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
7    IVETTE GONZALEZ; on behalf of themselves and others
     similarly situated,
8
     Plaintiffs,
9
     v.
10
     INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
11   EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
     EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
12   HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
     CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
13   INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
     AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
14   d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
     LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
15   AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
     and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
16   AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
     d/b/a GOAUPAIR,
17
     Defendants.
18   _____
```

**EXHIBIT B**

**H+G**

**Hunter + Geist, Inc.**

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

---

**1**

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT
_____
VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                           August 30, 2016
_____
JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
IVETTE GONZALEZ; on behalf of themselves and others
similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
d/b/a GOAUPAIR,

Defendants.
_____
```

**2**

          PURSUANT TO NOTICE, the videotape
deposition of JOHANA PAOLA BELTRAN was taken on behalf
of the Defendant InterExchange, Inc., at 633 17th
Street, Suite 3000, Denver, Colorado 80202, on
August 30, 2016, at 9:13 a.m., before Carol M.
Bazzanella, Registered Professional Reporter, Certified
Realtime Reporter, and Notary Public within Colorado.

                    A P P E A R A N C E S
For the Plaintiffs:

         ALEXANDER HOOD, ESQ.
         DAVID SELIGMAN, ESQ.
         Towards Justice
         1535 High Street, Suite 300
         Denver, Colorado 80218

For the Defendant InterExchange, Inc.:
         BROOKE A. COLAIZZI, ESQ.
         ERICA L. HERRERA, ESQ.
         Sherman & Howard L.L.C.
         633 17th Street, Suite 3000
         Denver, Colorado 80202

For the Defendant Expert Group International Inc. d/b/a
Expert AuPair:
         BOGDAN ENICA, ESQ.
         Law Office of Bogdan Enica
         111 2nd Avenue NE, Suite 213
         St. Petersburg, Florida 33701
         (Appearing Telephonically)

For the Defendant EurAuPair Intercultural Child Care
Programs:
         MARTHA L. FITZGERALD, ESQ.
         Brownstein Hyatt Farber Schreck, LLC
         410 17th Street, Suite 2200
         Denver, Colorado 80202

**3**

For the Defendant Cultural Homestay International:
         ADAM A. HUBBARD, ESQ.
         Holland & Hart LLP
         555 17th Street, Suite 3200
         Denver, Colorado 80202

For the Defendant Cultural Care, Inc. d/b/a Cultural
Care Au Pair:

         JUSTIN WOLOSZ, ESQ.
         Choate Hall & Stewart LLP
         Two International Place
         Boston, Massachusetts 02110
         (Appearing Telephonically)

         DIANE HAZEL, ESQ.
         Lewis Roca Rothgerber Christie LLP
         1200 17th Street, Suite 3000
         Denver, Colorado 80202

For the Defendant AuPairCare, Inc.:

         BRIAN P. MASCHLER, ESQ.
         Gordon Rees Scully Mansukhani LLP
         555 17th Street, Suite 3400
         Denver, Colorado 80202
         (Appearing Telephonically)

For the Defendant APF Global Exchange, NFP:
         LAWRENCE LEE, ESQ.
         Fisher & Phillips LLP
         1801 California Street, Suite 2700
         Denver, Colorado 80202

For the Defendants Agent Au Pair, American Cultural
Exchange, LLC d/b/a GoAupair and Associates in Cultural
Exchange, d/b/a GoAupair:
         KATHRYN A. REILLY, ESQ.
         Wheeler Trigg O'Donnell LLP
         370 17th Street, Suite 4500
         Denver, Colorado 80202

**4**

For the Defendant A.P.EX. American Professional
Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange,
Inc., d/b/a The International Au Pair Exchange:
         KATHLEEN CRAIGMILE, ESQ.
         Nixon Shefrin Hensen Ogburn, P.C.
         5619 DTC Parkway, Suite 1200
         Greenwood Village, Colorado 80111
         (Appearing Telephonically)

Also Present:

         Justin Grant
         John Jensen, Videographer
         Christine LaMonica-Lunn
         Michael McHugh
         Jack Mudry, Interpreter

1 (Pages 1 to 4)

**Page 117**

```
14:39:52  1            THE VIDEOGRAPHER:  We are back on the
14:39:53  2    record.  This is the beginning of Media Unit No. 3 in
14:39:57  3    the videotaped deposition of Johana Paola Beltran.  The
14:40:01  4    time is 2:39 p.m.
14:40:05  5            Q.  (BY MS. COLAIZZI)  Ms. Beltran, before we
14:40:06  6    went on break we were talking about what you received
14:40:08  7    for pay your first week with the Noonans.  And you did,
14:40:20  8    in fact, receive $195.75 for the first week, correct?
14:40:33  9            A.  Yes.
14:40:33 10            Q.  Is that what you expected to receive for
14:40:35 11    your first check?
14:40:43 12            A.  Yes.
14:40:43 13            Q.  Did you have any conversations with the
14:40:45 14    Noonans about the amount of the check that first week
14:40:48 15    when you received it?
14:40:58 16            A.  Yes.
14:40:58 17            Q.  Okay.  And who started that conversation?
14:41:04 18            A.  Well, it really wasn't a conversation.
14:41:06 19            Q.  Okay.  Then tell me what you -- what you
14:41:08 20    and the Noonans talked about with respect to the check
14:41:11 21    when you received it that first week.
14:41:25 22            A.  That that was what they were going to pay
14:41:27 23    me every week because InterExchange told them that that
14:41:30 24    was the amount to pay me.
14:41:31 25            Q.  Did you have any concerns at that point
```

**Page 118**

```
14:41:34  1    about receiving $195.75 a week?
14:41:46  2            A.  No.
14:41:55  3            Q.  Did any -- during your -- let me back up.
14:41:59  4                While you were in New York, did you meet
14:42:02  5    other individuals who were going to be au pairs in the
14:42:06  6    United States?
14:42:13  7            A.  Yes.
14:42:13  8            Q.  Did you stay in contact with any of those
14:42:16  9    individuals while you were in Colorado living with the
14:42:18 10    Noonans?
14:42:27 11            A.  Yes.
14:42:28 12            Q.  And who did you stay in contact with?
14:42:33 13            A.  With three au pairs.
14:42:35 14            Q.  Who?
14:42:38 15            A.  Adrian.  And two women.  I don't remember
14:42:45 16    their names.  We didn't speak very much.
14:42:50 17            Q.  And do you know where Adrian was living
14:42:54 18    during her time as an au pair?
14:42:58 19            A.  Yes.
14:43:03 20            Q.  Where?
14:43:05 21            A.  New Jersey.
14:43:08 22            Q.  And she was being sponsored by
14:43:10 23    InterExchange as well, as far as you know?
14:43:18 24            A.  I think she came through a different
14:43:20 25    agency.
```

**Page 119**

```
14:43:21  1            Q.  Okay.  How many times do you think -- let
14:43:25  2    me back up.  How did you communicate with Adrian?  Am I
14:43:31  3    saying that right?  What was her name again?
14:43:33  4            A.  Adrian.
14:43:35  5            Q.  Adrian.  Sorry.  How did you communicate
14:43:40  6    with Adrian while you were living with the Noonans?
14:43:43  7    Was it telephone, email, Facebook?  What -- what
14:43:47  8    method?
14:43:48  9            A.  Facebook and Skype.
14:44:02 10            Q.  So you had access to a computer while you
14:44:04 11    were living with the Noonans?
14:44:11 12            A.  There was a computer in the room.
14:44:13 13            Q.  And were there any limits on your ability
14:44:16 14    to use it while you were living with the Noonans?
14:44:25 15                MR. HOOD:  I'm going to mark as
14:44:26 16    confidential any questions regarding Ms. Beltran's time
14:44:32 17    with the Noonans and her treatment by the Noonans under
14:44:35 18    the protective order.
14:44:54 19            Q.  (BY MS. COLAIZZI)  Do you remember the
14:44:54 20    question?
14:44:58 21            A.  Yes.
14:44:58 22            Q.  Okay.
14:45:02 23            A.  I wasn't able to use it during work hours.
14:45:05 24            Q.  And what were your work hours?
14:45:13 25            A.  I don't remember it well.  You could say
```

**Page 120**

```
14:45:23  1    that I worked some hours in the morning, some hours in
14:45:26  2    the afternoon, and some hours at night.
14:45:31  3            Q.  Okay.  We'll come back to your experience
14:45:34  4    with the Noonans in a minute.  I want to go back to the
14:45:38  5    other two au pairs that you said that you met.  Do you
14:45:49  6    remember either of their names?
14:45:58  7            A.  I think one of them was named Valady.
14:46:03  8                THE DEPONENT:  (In English)  Lady.
14:46:04  9                THE INTERPRETER:  Lady?
14:46:04 10                THE DEPONENT:  (In English)  Uh-huh.
14:46:04 11                THE INTERPRETER:  Valady or Lady?
14:46:06 12                THE DEPONENT:  (In English)  Lady.
14:46:07 13            A.  Lady.
14:46:08 14            Q.  (BY MS. COLAIZZI)  And do you remember the
14:46:09 15    name of the other one?
14:46:11 16            A.  No.
14:46:12 17            Q.  Do you know the name of the agency that
14:46:15 18    sponsored either one of them?
14:46:22 19            A.  No.
14:46:25 20            Q.  How did you communicate with Lady and the
14:46:29 21    other au pair?
14:46:36 22            A.  Facebook.
14:46:44 23            Q.  Did Adrian tell you or post anything about
14:46:48 24    her experience as an au pair?
14:46:59 25            A.  Something.
```

30 (Pages 117 to 120)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## 121

```
14:47:00   1        Q.  What do you recall her posting?
14:47:06   2        A.  She didn't post it, but she did tell me.
14:47:09   3        Q.  What did she tell you?
14:47:13   4        A.  Well, it was a man, not a woman.
14:47:16   5        Q.  Okay.  I'm sorry.  What did he tell you?
14:47:29   6        A.  When -- the family give him a car, and
14:47:32   7   when they would go on vacation, they would continue to
14:47:36   8   pay him.
14:47:38   9            THE INTERPRETER:  Allow the interpreter to
14:47:40  10   clarify.
14:47:41  11        A.  When they would go on vacation, they would
14:47:44  12   continue to pay him.  But the kids were terrible, but
14:47:56  13   he would do things with them anyway.
14:48:02  14        Q.  (BY MS. COLAIZZI)  Anything else that he
14:48:03  15   shared with you about his au pair experience?
14:48:14  16        A.  And he was getting paid the same thing.
14:48:17  17        Q.  Meaning 195.75?
14:48:23  18        A.  Yes.
14:48:25  19        Q.  Anything else that he shared with you
14:48:26  20   about his au pair experience?
14:48:35  21        A.  I don't remember.
14:48:39  22        Q.  And all of these communications were by
14:48:41  23   Facebook or Skype?
14:48:48  24        A.  Yes.
14:48:49  25        Q.  How many times do you think you
```

## 122

```
14:48:50   1   communicated with him during the time you lived with
14:48:52   2   the Noonans?
14:49:03   3        A.  I don't remember.
14:49:08   4        Q.  How many times do you think you
14:49:09   5   communicated with Lady during the time you lived with
14:49:14   6   the Noonans?
14:49:22   7        A.  Not very many.
14:49:25   8        Q.  Was that a he or a she?
14:49:30   9        A.  She's a woman.
14:49:31  10        Q.  Okay.  Thank you.  Did she share anything
14:49:33  11   with you about her au pair experience?
14:49:42  12        A.  She just said that the family was nice.
14:49:46  13        Q.  Do you know what state she was living in?
14:49:54  14        A.  I'm not sure, but I think it was in
14:49:56  15   Pennsylvania.
14:49:59  16        Q.  And the other au pair that you couldn't
14:50:02  17   remember the name, do you remember how many times you
14:50:05  18   communicated with that person during the time you lived
14:50:07  19   with the Noonans?
14:50:23  20        A.  I don't think it was any more than ten
14:50:26  21   times.
14:50:26  22        Q.  Did that individual share with you --
14:50:28  23   well, let me back up.  Was it a male or a female?
14:50:32  24        A.  A woman.
14:50:33  25        Q.  Did she share anything with you about her
```

## 123

```
14:50:36   1   au pair experience?
14:50:42   2        A.  Not really.
14:50:43   3        Q.  Do you know what state she was living in?
14:50:49   4        A.  No, I don't remember.
14:50:51   5        Q.  Have you been in touch with any of these
14:50:53   6   three individuals since you left the program in
14:50:56   7   November 2012?
14:51:09   8        A.  A number of times with Adrian.
14:51:14   9        Q.  Have you communicated with him recently,
14:51:16  10   within the last six months?
14:51:21  11        A.  No.
14:51:27  12        Q.  And at any point have you discussed with
14:51:29  13   him any of the complaints you have with respect to this
14:51:32  14   lawsuit?
14:51:43  15        A.  No.
14:51:50  16        Q.  Did you meet any current or former
14:51:55  17   au pairs here in Colorado when you were living with the
14:51:58  18   Noonans?
14:52:12  19        A.  Yes.
14:52:14  20        Q.  Who did you meet?
14:52:21  21        A.  I don't remember the names of all of them,
14:52:23  22   but I remember one.
14:52:24  23        Q.  And who's that one?
14:52:29  24        A.  Kelly.
14:52:31  25            THE INTERPRETER:  Kelly?
```

## 124

```
14:52:31   1            THE DEPONENT:  (In English) Uh-huh.
14:52:32   2        A.  Kelly.
14:52:33   3        Q.  (BY MS. COLAIZZI)  And where did you meet
14:52:34   4   Kelly?
14:52:37   5        A.  At one of the meetings of the au pairs.
14:52:45   6        Q.  During the time you lived with the Noonans
14:52:47   7   how many au pair meetings did you attend?
14:52:49   8        A.  One.
14:52:59   9        Q.  Do you recall when it was?
14:53:06  10        A.  I'm not sure, but I think it was after I
14:53:10  11   was there for a month.
14:53:12  12        Q.  Do you remember where that meeting took
14:53:15  13   place?
14:53:21  14        A.  I don't remember, but it was close there
14:53:24  15   to where I was living.
14:53:25  16        Q.  Was it in a home or some other sort of
14:53:29  17   venue?
14:53:33  18        A.  It was in a home.
14:53:34  19        Q.  Do you know whose home it was?
14:53:39  20        A.  Yes.
14:53:40  21        Q.  Whose home was it?
14:53:44  22        A.  It was a person who was a representative
14:53:46  23   of InterExchange.
14:53:48  24        Q.  Do you remember her name?
14:53:56  25        A.  I don't really remember, but I think it
```

31 (Pages 121 to 124)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### Page 125

```
14:53:58  1   was something like Patti or something like that.
14:54:01  2   That's what I understood.
14:54:03  3        Q.  Could it have been Patti Hughes?
14:54:09  4            THE DEPONENT:  (In English) I don't --
14:54:09  5        A.  I don't know.
14:54:15  6        Q.  (BY MS. COLAIZZI)  And do you remember
14:54:16  7   what -- where Kelly was from, her home country?
14:54:24  8        A.  Yes.
14:54:24  9        Q.  Where was she from?
14:54:26 10        A.  Colombia.
14:54:35 11        Q.  Did you communicate with Kelly after that
14:54:39 12   meeting where you first met her?
14:54:53 13        A.  Yes.
14:54:53 14        Q.  What method did you use, phone, email,
14:54:55 15   Skype, Facebook?
14:55:01 16        A.  Facebook.
14:55:07 17        Q.  And did Kelly share with you anything
14:55:10 18   about her au pair experience during your communications
14:55:12 19   with her?
14:55:24 20        A.  Somewhat.
14:55:24 21        Q.  What did she share with you?
14:55:36 22        A.  That we were being represented by the same
14:55:39 23   company, InterExchange.
14:55:42 24        Q.  Anything else?
14:55:47 25        A.  And she changed families.
```

### Page 126

```
14:55:49  1        Q.  Did she say why?
14:55:54  2        A.  I -- I don't think so.  I don't remember.
14:55:59  3        Q.  Anything else that you recall
14:56:01  4   communicating about with Kelly?
14:56:10  5        A.  I think she changed families two or three
14:56:14  6   times.
14:56:15  7        Q.  Anything else that you recall?
14:56:20  8        A.  She went back to Colombia.
14:56:22  9        Q.  Okay.  Do you know when that was?
14:56:25 10        A.  Oh, no.
14:56:29 11        Q.  How many times do you think you
14:56:30 12   communicated with Kelly during the time you lived with
14:56:32 13   the Noonans?
14:56:42 14        A.  I don't know.  I don't remember.
14:56:46 15        Q.  Have you been in communication with her in
14:56:48 16   the last six months?
14:56:53 17        A.  No.
14:56:54 18        Q.  Do you remember roughly when the last time
14:56:56 19   was that you communicated with her?
14:57:06 20        A.  I think it was more than a year.
14:57:10 21        Q.  Other than Kelly, were there any au pairs
14:57:12 22   that you met at that au pair meeting that you continued
14:57:15 23   to communicate with during your time with the Noonans?
14:57:26 24        A.  Can you repeat the question, please.
14:57:28 25        Q.  Other than Kelly, were there other
```

### Page 127

```
14:57:30  1   au pairs that you met at that meeting that you
14:57:32  2   continued to communicate with during your time with the
14:57:34  3   Noonans?
14:57:43  4        A.  Yes.
14:57:50  5        Q.  But you don't remember the names?
14:57:53  6        A.  No.
14:57:54  7        Q.  Do you remember countries?
14:57:59  8        A.  One was from Mexico.
14:58:02  9        Q.  Any others you recall?
14:58:04 10        A.  No.
14:58:16 11        Q.  You mentioned a little bit ago about the
14:58:21 12   hours that you worked for the Noonans.
14:58:32 13            MR. HOOD:  I'm going to mark any
14:58:36 14   descriptions of Ms. Beltran's time with the Noonans or
14:58:40 15   treatment by the Noonans as confidential under the
14:58:43 16   protective order.
14:58:54 17        Q.  (BY MS. COLAIZZI)  Did the Noonans make a
14:58:56 18   schedule for you every week?
14:59:04 19        A.  Not always.
14:59:07 20        Q.  Did they at any time create a schedule for
14:59:10 21   you?
14:59:16 22        A.  Somewhat.
14:59:20 23        Q.  Do you how many -- do you have any idea,
14:59:22 24   out of the, you know, few weeks that you were there,
14:59:24 25   how many weeks you had a schedule prepared for you?
```

### Page 128

```
14:59:40  1        A.  I don't remember.
14:59:42  2        Q.  Were you given copies of the schedules
14:59:44  3   when they were prepared?
14:59:54  4        A.  No.  Because she would make it, and then
14:59:57  5   she would change it again every -- frequently.
15:00:00  6        Q.  Was it posted somewhere in the house so
15:00:02  7   you knew what you were supposed to be doing?
15:00:17  8        A.  Yes, it was posted in the kitchen.
15:00:20  9            MR. HOOD:  I'm going to object as to the
15:00:21 10   translation of "frequently."  The meaning of what
15:00:24 11   Ms. Beltran said in Spanish was once in a while.
15:00:31 12            THE INTERPRETER:  Could the interpreter
15:00:32 13   ask to have that question repeated where that was?
14:59:42 14            (The question beginning on page 128,
14:59:42 15   line 2 was read back as follows:  "Were you given
14:59:42 16   copies of the schedules when they were prepared?")
15:00:50 17        A.  No.
15:00:58 18        Q.  (BY MS. COLAIZZI)  So you weren't given a
15:00:59 19   copy, but it was posted in the kitchen; is that
15:01:01 20   correct?
15:01:07 21        A.  The first time.
15:01:11 22        Q.  What happened with the schedule after the
15:01:12 23   first time?
15:01:23 24        A.  Well, she said that she would have to make
15:01:26 25   changes, and then she would forget and wouldn't put it
```

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 129

```
15:01:28  1   up anymore.
15:01:29  2        Q.  So if you didn't have a schedule to look
15:01:32  3   at, how did you know what you were supposed to be doing
15:01:35  4   when?
15:01:45  5        A.  And she would tell me that day from one
15:01:48  6   hour to the next hour what to do.
15:01:57  7        Q.  Did you keep any records of what -- let me
15:02:02  8   back up.
15:02:03  9        I'm assuming that by "she," you mean
15:02:05 10   Mrs. Noonan; is that correct?
15:02:10 11        A.  Yes.
15:02:11 12        Q.  Did you ever take direction as far as what
15:02:14 13   you were supposed to be doing from anyone other than
15:02:17 14   Mrs. Noonan?
15:02:17 15        A.  No.
15:02:26 16        Q.  Did you make any effort to keep a record
15:02:29 17   of the hours that you worked or the things that the
15:02:33 18   Noonans asked you to do on a daily basis?
15:02:47 19        A.  No.
15:03:07 20        MS. COLAIZZI:  19.
15:03:07 21        THE DEPONENT:  Thank you.
15:03:07 22        (Deposition Exhibit 19 was marked.)
15:03:07 23        Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
15:03:11 24   been handed what's been marked as Exhibit 19.  Do you
15:03:14 25   recognize this document at all?
```

### 130

```
15:03:26  1        A.  I'm looking at it.  No.
15:03:34  2        Q.  Do you recall if you received anything
15:03:36  3   like this during your training in New York?
15:03:50  4        A.  I'm not sure, but I don't think so.
15:03:58  5        Q.  When you first arrived to work for the
15:04:00  6   Noonans, did you have kind of a first conversation with
15:04:03  7   Mrs. Noonan about what she was going to expect of you?
15:04:18  8        A.  Like what?
15:04:20  9        Q.  Was there some point when you arrived when
15:04:22 10   Mrs. Noonan explained to you what she was going to
15:04:26 11   expect you to do?
15:04:32 12        A.  No.
15:04:34 13        Q.  So did she just tell you on a day-to-day
15:04:36 14   basis?
15:04:46 15        A.  Yes.
15:04:46 16        Q.  You mentioned before that you worked some
15:04:48 17   hours in the morning.  Explain to me generally what
15:04:51 18   your mornings looked like while you were working for
15:04:53 19   the Noonans.
15:05:09 20        A.  Something around like this.  That we'd
15:05:12 21   start out at 7:00, clean the kitchen, and then from
15:05:21 22   there do laundry and then have a break.
15:05:31 23        Q.  Did Ms. Noonan schedule your breaks?
15:05:40 24        A.  Well, they really weren't breaks.
15:05:45 25        Q.  What were they?  It was your word.  So
```

### 131

```
15:05:47  1   what were they?
15:05:58  2        A.  If it was like that I didn't -- she didn't
15:06:02  3   need me to do anything else at that moment because I
15:06:05  4   was going to do something else later on in the
15:06:07  5   afternoon or in the evening.
15:06:08  6        Q.  So your mornings typically involved
15:06:11  7   cleaning the kitchen and laundry.  Anything else?
15:06:25  8        A.  And then it would be starting out with the
15:06:27  9   chickens.
15:06:28 10        Q.  What do you mean, "starting out with the
15:06:31 11   chickens"?
15:06:33 12        A.  Giving them food.  Feeding them.
15:06:36 13        Q.  Did you feed them every day?
15:06:44 14        A.  Yes.
15:06:44 15        Q.  Did you do anything with the children in
15:06:46 16   the mornings?
15:06:50 17        A.  No.
15:06:50 18        Q.  No.  How old were the children?
15:07:00 19        A.  I think the youngest was 9 or 10.  And the
15:07:06 20   oldest was 12.  I think.
15:07:11 21        Q.  Did you have a good relationship with the
15:07:12 22   children?
15:07:20 23        A.  Yes.
15:07:20 24        Q.  So you mentioned that in the mornings you
15:07:22 25   cleaned the kitchen.  Was that every morning?
```

### 132

```
15:07:37  1        A.  Yes.
15:07:37  2        Q.  And did Mrs. Noonan ask you to do that?
15:07:45  3        A.  Yes, of course.
15:07:51  4        Q.  Did the family usually eat breakfast in
15:07:54  5   the kitchen in the mornings?
15:08:00  6        A.  Yes.
15:08:01  7        Q.  So when you cleaned it, it would be after
15:08:03  8   breakfast?
15:08:09  9        A.  Before.
15:08:10 10        Q.  You cleaned the kitchen before breakfast?
15:08:16 11        A.  Yes.
15:08:16 12        Q.  What did you have to do when you cleaned
15:08:17 13   the kitchen?  Walk me through the things you had to do.
15:08:29 14        A.  Wash the dishes.  To clean around the
15:08:36 15   counters, and clean the stove.  And sometimes the
15:08:47 16   refrigerator.
15:08:49 17        Q.  Anything else?
15:08:52 18        A.  And sweep and clean the floor too.
15:08:58 19        Q.  Anything else?
15:09:01 20        A.  Not that I can recall.
15:09:03 21        Q.  If you were cleaning before breakfast,
15:09:06 22   what dishes were you washing?
15:09:17 23        A.  The ones from the night before.
15:09:20 24        Q.  Did you ever have to clean the kitchen in
15:09:21 25   the -- at night?
```

33 (Pages 129 to 132)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

**137**

```
15:16:00   1    were for the children and for Mrs. Noonan?
15:16:08   2        A.  For the -- for the kids.
15:16:10   3        Q.  Okay.  Did you ever have to prepare any
15:16:12   4    lunch for anyone other than the kids?
15:16:22   5        A.  No.
15:16:23   6        Q.  No.  And then you said earlier that you
15:16:28   7    cooked for dinner?
15:16:35   8        A.  Yes.
15:16:36   9        Q.  Was that every day?
15:16:39  10        A.  Yes.
15:16:39  11        Q.  Did anyone help you?
15:16:46  12        A.  Sometimes the -- the lady -- the husband
15:16:50  13    and the wife did.  I'm sorry.  Sometimes the man would.
15:16:56  14        Q.  Sometimes Dr. Noonan helped you cook?
15:17:00  15        A.  Yeah.  When there was cooking to be done
15:17:03  16    in the evening.
15:17:08  17        Q.  Did you have any -- any duties that you
15:17:13  18    performed for the children in the afternoon generally?
15:17:22  19        A.  No.
15:17:26  20        Q.  And you also testified earlier, then, that
15:17:28  21    you had additional duties in the evening; is that
15:17:31  22    correct?
15:17:39  23        A.  Yes.
15:17:39  24        Q.  What were those duties?
15:17:48  25        A.  Sometimes it would involve dusting around
```

**138**

```
15:17:50   1    the house.
15:17:52   2        Q.  What else?
15:17:58   3        A.  And if the parents were out, I had to go
15:18:01   4    tell the kids that it was bedtime.
15:18:05   5        Q.  What else?
15:18:09   6        A.  And to sweep up around the pool.
15:18:15   7        Q.  Did the Noonans let you use the pool?
15:18:20   8        A.  No.
15:18:22   9        Q.  Did you ever ask?
15:18:26  10        A.  Yes.
15:18:26  11        Q.  And who did you ask?  Mrs. Noonan?
15:18:32  12        A.  Mrs. Noonan.
15:18:33  13        Q.  And she told you no?
15:18:40  14        A.  She said that it was just for the kids,
15:18:43  15    that was all.  The boys.
15:18:45  16        Q.  I'm sorry, what was the last?
15:18:47  17        A.  The boys.  Oh.  No.  It's for the girls.
15:18:52  18        Q.  The girls.  Okay.  Did Mr. -- did Dr. or
15:18:55  19    Mrs. Noonan ever used the pool that you observed?
15:19:08  20        A.  I just saw the doctor, I saw him use it
15:19:11  21    once, and with the kids.
15:19:19  22        Q.  So so far the only thing you've told me
15:19:22  23    that you had to do for the kids was cook their
15:19:28  24    breakfast when their parents were gone, cook snacks
15:19:32  25    around lunch, and tell them it was bedtime.  Are there
```

**139**

```
15:19:35   1    any other duties you were asked to do with respect to
15:19:38   2    the children?
15:19:58   3        A.  Yes.
15:19:58   4        Q.  What?
15:20:03   5        A.  To pack up their water bottles before they
15:20:07   6    were getting ready to go out to play.
15:20:10   7        Q.  Anything else?
15:20:10   8        A.  No.
15:20:16   9        Q.  Did you ever pack lunches for school?
15:20:23  10        A.  No.
15:20:23  11        Q.  Did you ever help with homework?
15:20:26  12        A.  No.
15:20:28  13        Q.  Did you ever help the one daughter with
15:20:31  14    Spanish?
15:20:37  15        A.  One time.
15:20:40  16        Q.  Anything else that you were asked to do
15:20:42  17    with respect to the children?
15:20:48  18        A.  No.
15:20:55  19        Q.  And you testified earlier that when you
15:20:57  20    were in Colombia Mrs. Noonan sent you a picture of your
15:21:01  21    bedroom; is that correct?
15:21:13  22        A.  Yes.
15:21:13  23        Q.  And is the room that was sent to you in
15:21:16  24    the picture the room that you actually stayed in when
15:21:19  25    you lived with the Noonans?
```

**140**

```
15:21:29   1        A.  Yes.
15:21:32   2        Q.  And was that bedroom satisfactory to you?
15:21:43   3        A.  Yes, except for one thing.
15:21:45   4        Q.  And what was that?
15:21:48   5        A.  At night it was too cold.
15:21:53   6        Q.  Did you talk to the Noonans about that?
15:21:57   7        A.  No.
15:22:06   8        Q.  You've mentioned in the course of this
15:22:07   9    lawsuit that you -- that the Noonans did not provide
15:22:11  10    you with meals; is that correct?
15:22:24  11        A.  Yes.
15:22:25  12        Q.  Explain to me what the arrangement was
15:22:27  13    with the Noonans in terms of your meals.
15:22:40  14        A.  There was no arrangement.
15:22:41  15        Q.  Were you able to use the food in the
15:22:46  16    refrigerator?
15:22:49  17        A.  No.
15:22:50  18        Q.  So what food were you supposed to use?
15:23:01  19        A.  She would sometimes purchase things and
15:23:04  20    she would give them to me.
15:23:05  21        Q.  Did you ask her to do that?
15:23:11  22        A.  No.
15:23:12  23        Q.  Did you eat meals with the family?
15:23:19  24        A.  No.
15:23:22  25        Q.  So did you have a conversation with
```

35 (Pages 137 to 140)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 157

```
15:56:58  1    home in the middle of November, correct?
15:57:04  2        A.  Yes.
15:57:04  3        Q.  Okay.  So you left, and the Noonans knew
15:57:08  4    you were leaving, correct?
15:57:13  5        A.  Yes.
15:57:13  6        Q.  Did InterExchange know you were leaving?
15:57:19  7        A.  Yes.  I'm sorry.  Can I use the bathroom?
15:57:26  8        Q.  Yeah.  Let's just finish this question, if
15:57:28  9    you can.
15:57:30 10        A.  Uh-huh.
15:57:30 11        Q.  Did InterExchange know you were leaving?
15:57:33 12        A.  Yes.
15:57:34 13        Q.  Okay.  Who told them?
15:57:41 14        A.  I think it was their representative.  I'm
15:57:43 15    not sure.
15:57:43 16        Q.  The one who called you in November 2012?
15:57:52 17        A.  No.
15:57:55 18        Q.  Patti?
15:57:57 19        A.  I think so.
15:57:58 20        Q.  But you never spoke with Patti about your
15:58:00 21    desire to leave the Noonans, correct?
15:58:05 22        A.  No.
15:58:07 23            MS. COLAIZZI:  We can go ahead and take a
15:58:08 24    break.
15:58:12 25            THE DEPONENT:  Thank you.
```

### 158

```
15:58:13  1            THE VIDEOGRAPHER:  Going off the record.
15:58:14  2    The time is 3:58 p.m.
15:58:16  3            (Recess taken, 3:58 p.m. to 4:13 p.m.)
16:13:36  4            THE VIDEOGRAPHER:  We are back on the
16:13:37  5    record.  The time is 4:13 p.m.
16:13:41  6        Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
16:13:42  7    know how many hours you worked each week that you were
16:13:50  8    living with the Noonans?
16:13:58  9        A.  I'm not sure, but it wasn't less than 45.
16:14:04 10        Q.  Do you know for certain that it was more
16:14:05 11    than 45?
16:14:10 12        A.  I'm not sure.
16:14:12 13            THE VIDEOGRAPHER:  I'm sorry, Ms. Beltran,
16:14:15 14    can you keep your voice up?
16:14:18 15            MR. HOOD:  She doesn't have her microphone
16:14:20 16    on.  Is that okay?
16:14:22 17            THE DEPONENT:  Sorry.  I forgot about it.
16:14:24 18            MR. HOOD:  Was that all on the record?
16:14:30 19            THE VIDEOGRAPHER:  I did pick it up,
16:14:32 20    yes.
16:14:32 21            MR. HOOD:  Oh, okay.
16:14:33 22            MS. COLAIZZI:  Thank you.
16:14:35 23        Q.  (BY MS. COLAIZZI)  And you did not keep
16:14:36 24    any records of the hours you worked on a weekly basis,
16:14:39 25    correct?
```

### 159

```
16:14:46  1        A.  No, I didn't.
16:14:51  2        Q.  To your knowledge, did InterExchange have
16:14:55  3    any input into how many hours a week you worked when
16:14:58  4    you lived with the Noonans?
16:15:15  5        A.  What do you mean, that they would -- they
16:15:18  6    would track them?
16:15:19  7        Q.  Yes.  Do you have any knowledge that they
16:15:22  8    tracked your hours?
16:15:28  9        A.  Not that I'm aware of.
16:15:31 10        Q.  Do you have any knowledge that they told
16:15:32 11    the Noonans how many hours you should work a week?
16:15:44 12        A.  I don't know.
16:15:46 13        Q.  Do you have any information that anyone
16:15:48 14    from InterExchange told the Noonans what duties to have
16:15:52 15    you perform?
16:16:05 16        A.  No, I don't know.
16:16:07 17        Q.  Are you aware of any communications
16:16:10 18    between the Noonans and InterExchange at all during
16:16:18 19    your time living with the Noonans?
16:16:27 20        A.  Can you repeat the question?
16:16:29 21        Q.  Let me try it this way.  Were you present
16:16:32 22    for any conversation between anyone in the Noonan
16:16:36 23    family and anyone from InterExchange during the time
16:16:39 24    you lived with the Noonans?
16:16:51 25        A.  No.
```

### 160

```
16:16:58  1            (Interruption occurred in the
16:16:58  2    proceedings.)
16:16:58  3            MS. COLAIZZI:  Can someone press 1,
16:17:00  4    please.
16:17:01  5            MR. HOOD:  Someone press 1.
16:17:01  6            MS. COLAIZZI:  Thank you.  Boss me around.
16:17:10  7        Q.  (BY MS. COLAIZZI)  Okay.  Ms. Beltran, you
16:17:12  8    left the Noonans in mid-November 2012, correct?
16:17:24  9        A.  Yes.
16:17:24 10        Q.  At that point in time were you wanting to
16:17:26 11    find another host family to live with?
16:17:40 12        A.  How's that?
16:17:41 13        Q.  When you left the Noonans, were you
16:17:46 14    wanting to find another host family to live with as an
16:17:49 15    au pair?
16:17:50 16        A.  Yes.
16:17:59 17        Q.  And did you have conversations with anyone
16:18:02 18    from InterExchange about your desire to find another
16:18:05 19    host family?
16:18:14 20        A.  Yes.
16:18:14 21        Q.  Do you know who you were speaking with?
16:18:19 22        A.  No.
16:18:20 23        Q.  Were those communications by email or by
16:18:23 24    some other method?
16:18:30 25        A.  Telephone.
```

40 (Pages 157 to 160)

Case No. 1:14-cv-03074-CMA-KMT   Document 355-3   filed 09/15/16   USDC Colorado   pg 9 of 11

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 185

```
17:11:33   1    an au pair.
17:11:34   2         Q.  Okay.  So if I understand you correctly,
17:11:37   3    you're saying that because InterExchange knew about the
17:11:40   4    work you were doing, they should have known you weren't
17:11:44   5    being paid enough; is that accurate?
17:12:03   6         A.  I suppose so.
17:12:06   7         Q.  Is there anything inaccurate about that?
17:12:13   8         A.  I don't know.
17:12:16   9         Q.  Well, you indicated to me -- let me back
17:12:18  10    up.
17:12:19  11             I asked you if you ever attempted to talk
17:12:21  12    to InterExchange about the fact that you believed you
17:12:23  13    weren't being paid enough.  Do you remember that
17:12:25  14    question?
17:12:38  15         A.  Yes.
17:12:38  16         Q.  Did you ever attempt to talk to someone
17:12:40  17    from InterExchange about the belief that you had that
17:12:43  18    you were not being paid enough?
17:12:54  19         A.  No.
17:12:58  20         Q.  Did you understand that during your
17:13:01  21    participation in the au pair program you were entitled
17:13:04  22    to time off on a weekly basis?
17:13:21  23         A.  Yes.
17:13:21  24         Q.  Were there any weeks in which you did not
17:13:23  25    get the time off that you were entitled to?
```

### 186

```
17:13:37   1         A.  Yes.
17:13:37   2         Q.  How many weeks?
17:13:40   3         A.  I'm sorry, I didn't understand the
17:13:42   4    question well.
17:13:44   5         Q.  Did you understand that during your
17:13:46   6    participation in the program you were entitled to
17:13:47   7    one-and-a-half days off a week?
17:13:59   8         A.  Yes.
17:13:59   9         Q.  Did you get that time off every week?
17:14:07  10         A.  Yes.
17:14:07  11         Q.  Did you also understand you were entitled
17:14:09  12    to a weekend off every month?
17:14:20  13         A.  I'm not sure.
17:14:22  14         Q.  Meaning you don't know for sure if that
17:14:25  15    was something you were entitled to?
17:14:32  16         A.  Yes, I'm not sure of that.
17:14:34  17         Q.  Okay.  Did you understand that as a
17:14:37  18    participant in the program, you were entitled to
17:14:40  19    vacation time?
17:14:49  20         A.  Yes.
17:14:50  21         Q.  Okay.  Did you ask the Noonans for any
17:14:53  22    vacation time during the time you lived with them?
17:15:03  23         A.  I don't remember.
17:15:06  24         Q.  Do you know how much Mr. Salazar asked the
17:15:12  25    Noonans to pay you for your time with them?
```

### 187

```
17:15:26   1         A.  I don't remember.
17:15:28   2         Q.  If I say it was a little bit over $12,000,
17:15:31   3    do you have any reason to disagree with that?
17:15:39   4         A.  I don't remember.
17:15:40   5         Q.  Did you at any point sit down to try to
17:15:44   6    figure out how much you believed the Noonans owed you?
17:15:57   7         A.  Yes.
17:15:57   8         Q.  And what figure did you come up with?
17:16:03   9         A.  I don't remember.
17:16:04  10         Q.  Do you remember how you did those
17:16:06  11    calculations, what information you used?
17:16:18  12         A.  Based on what a housekeeper would make.
17:16:20  13         Q.  And where did you find that information?
17:16:27  14         A.  In New Jersey.
17:16:28  15         Q.  Where in New Jersey?
17:16:36  16         A.  With a person who cleans houses, I think.
17:16:40  17         Q.  Okay.  What -- sorry.  Were you finished?
17:16:43  18         A.  That's what she was making.
17:16:44  19         Q.  Okay.  Did she live in the houses she
17:16:48  20    cleaned?
17:16:52  21         A.  I don't think so.
17:16:53  22         Q.  Did anybody help you when you were sitting
17:16:57  23    down and figuring out how much you believed the Noonans
17:17:00  24    owed you?
17:17:10  25         A.  Yes.
```

### 188

```
17:17:11   1         Q.  Who?
17:17:13   2         A.  Orlando.
17:17:14   3         Q.  Okay.  Of the amount, which I understand
17:17:18   4    you don't remember that you believed you were owed,
17:17:22   5    have you received any of that from any source?
17:17:34   6         A.  Yes.
17:17:34   7         Q.  How much?
17:17:38   8         A.  Around $4,500.
17:17:42   9         Q.  So sitting here today, do you have a
17:17:46  10    number that you still believe you are owed for the time
17:17:49  11    that you worked with the Noonans?
17:18:02  12         A.  Can you repeat the question, please.
17:18:04  13             MS. COLAIZZI:  Can you read it back,
17:18:05  14    please.
17:17:42  15             (The last question was read back as
17:17:42  16    follows:  "So sitting here today, do you have a number
17:17:46  17    that you still believe you are owed for the time that
17:17:49  18    you worked with the Noonans?")
17:18:26  19         A.  No.
17:18:28  20         Q.  (BY MS. COLAIZZI) When you sat down to
17:18:29  21    try to figure out how much the Noonans owed you, how
17:18:36  22    many hours a week did you assume that you worked for
17:18:38  23    them?
17:18:53  24         A.  I don't remember.
17:18:58  25         Q.  When you lived with the Noonans did you
```

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 209

```
18:09:19   1    the school to include in your au pair application?
18:09:30   2         MS. COLAIZZI:  Object to form.
18:09:30   3    A.  Yes.
18:09:32   4         MR. WOLOSZ:  Objection.
18:09:33   5    Q.  (BY MR. HOOD) Did you -- did you request
18:09:34   6    permission at the school to take the video?
18:09:37   7    A.  Of course.
18:09:40   8    Q.  And were you given permission?
18:09:43   9    A.  Yes.
18:09:46  10         MR. HOOD:  That's all my questions.
18:09:52  11              EXAMINATION
18:09:52  12   BY MS. COLAIZZI:
18:09:52  13    Q.  Ms. Beltran, your counsel asked you about
18:09:55  14   your application, and he asked you about the three
18:10:01  15   families that you listed, correct?
18:10:09  16    A.  Yes.
18:10:09  17    Q.  And do you recall that along with listing
18:10:11  18   those families, you also had to indicate the specific
18:10:15  19   child care duties you performed for them?
18:10:29  20    A.  Of course.
18:10:30  21    Q.  Okay.  So you're telling us essentially
18:10:32  22   today that all of that information was false, correct?
18:10:41  23    A.  Yes.
18:10:42  24    Q.  Did you make it up or did somebody else?
18:10:50  25    A.  No.  I did what the agency told me to do.
```

### 210

```
18:10:53   1    Q.  Did the agency tell you what to write down
18:10:55   2   as far as the child care duties that you performed for
18:10:57   3   each of those families?
18:11:10   4    A.  Yes.
18:11:10   5    Q.  Did they write it out for you or did you
18:11:12   6   actually fill it in on the application?
18:11:25   7    A.  I don't remember, but I think I did it
18:11:26   8   according to their instructions.
18:11:27   9    Q.  Did you ever reveal to the Noonans that
18:11:29  10   the information they had received about you was false?
18:11:43  11    A.  She never asked anything about it.
18:11:45  12    Q.  And you certainly didn't tell her,
18:11:47  13   correct?
18:11:49  14    A.  No, I didn't.
18:11:52  15    Q.  Did it bother you at all that your -- most
18:11:55  16   of your au pair application was false?
18:12:06  17    A.  No.  Because everything that I was doing
18:12:11  18   was as a housekeeper, not a nanny.
18:12:12  19    Q.  Well, but you didn't know when you started
18:12:14  20   with the Noonans that that's what you were going to be
18:12:17  21   doing, right?
18:12:21  22    A.  No.
18:12:22  23    Q.  So when you were filling out your
18:12:23  24   application in Colombia, did it not bother you that you
18:12:26  25   were lying on your application?
```

### 211

```
18:12:40   1    A.  I followed instruction, and I thought that
18:12:43   2   they were professionals in what they were doing.
18:12:45   3    Q.  So you thought it was okay to lie?
18:12:53   4    A.  Like -- like I said, I only follow their
18:12:56   5   instructions.
18:12:56   6    Q.  Why did you continue with your application
18:12:58   7   if it became clear to you you weren't qualified for the
18:13:01   8   program?
18:13:11   9    A.  I did it with my nephews.
18:13:14  10    Q.  But that wasn't enough, correct?
18:13:21  11    A.  I watched them ever since they were born.
18:13:24  12    Q.  That wasn't my question.  That wasn't
18:13:27  13   enough experience for the program, correct?
18:13:35  14    A.  For them it was.
18:13:36  15    Q.  What do you mean, "for them"?
18:13:41  16    A.  With the people that I filled out the
18:13:43  17   application with.
18:13:44  18    Q.  Well, obviously not, because you had to
18:13:46  19   lie on the application, correct?
18:13:52  20    A.  I told them the truth.
18:13:54  21    Q.  And you put your name on an application
18:13:56  22   that was false, correct?
18:14:03  23    A.  I don't understand.
18:14:05  24    Q.  You signed an application for an au pair
18:14:08  25   position that you knew was false in terms of your
```

### 212

```
18:14:11   1   babysitting experience, correct?
18:14:21   2    A.  Yes.
18:14:22   3         MS. COLAIZZI:  Okay.  I don't have any
18:14:23   4   further questions.  Anyone else?
18:14:31   5         MR. HOOD:  I believe she's got a car
18:14:32   6   waiting downstairs.  Can you take her downstairs?
18:14:33   7         MS. COLAIZZI:  Thank you for your time.
18:14:36   8         THE VIDEOGRAPHER:  Going off the record.
18:14:37   9   This concludes the videotape deposition of Johana Paola
18:14:44  10   Beltran.  The total number of media units used is four.
18:14:48  11   The time is 6:14 p.m.  We are off the record.
          12         WHEREUPON, the within proceedings were
          13   concluded at the approximate hour of 6:14 p.m. on the
          14   30th day of August, 2016.
          15              *   *   *   *   *
```

53 (Pages 209 to 212)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

213

I, JOHANA PAOLA BELTRAN, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached ( ) Yes ( ) No

_____
JOHANA PAOLA BELTRAN

The signature above of JOHANA PAOLA BELTRAN was subscribed and sworn to before me in the county of _____, state of Colorado, this _____ day of _____, 2016.

_____
Notary Public
My commission expires

Johana Paola Beltran 8/30/16 (cb)

214

REPORTER'S CERTIFICATE
STATE OF COLORADO  )
                   ) ss.
CITY AND COUNTY OF DENVER )

I, CAROL M. BAZZANELLA, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public ID 19964000498, State of Colorado, do hereby certify that previous to the commencement of the examination, the said JOHANA PAOLA BELTRAN was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 6th day of September, 2016.

My commission expires February 10, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

54 (Pages 213 to 214)