IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

**DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A/ AU PAIR IN AMERICA'S JOINDER IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION**

Defendant American Institute for Foreign Study, d/b/a Au Pair in America (AIFS), by undersigned counsel, hereby joins in Document Number 355, which is entitled *Defendant Interexchange, Inc.'s Response in Opposition to Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (DOC. # 325]* ("Opposition").

AIFS is one of the eight defendants against whom Plaintiffs allege violations of the Fair Labor Standards Act, 29 U.S.C. §251 *et seq*. AIFS incorporates by reference the Opposition's Section II.D "Beltran's Requested Discovery is Overly Broad" and Section II.E "Interexchange Objects to Certain Items in Plaintiffs' Proposed Notice" as if fully set forth herein. AIFS also joins and incorporates by reference all arguments and objections raised in any Defendant's opposition to Plaintiffs' discovery request and proposed notice.

For the reasons set forth in the incorporated documents, Defendant AIFS respectfully requests that the Court enter an order denying the discovery request and proposed notice set forth

in Plaintiffs' Motion for Conditional Collective Action Certification (Doc. #325) and that the

Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 15th day of September, 2016.

s/ *Susan M. Schaecher*
Susan M. Schaecher
Lawrence Lee
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, Colorado  80202
sschaecher@fisherphillips.com
llee@fisherphillips.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2016, I electronically filed the foregoing **DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A/ AU PAIR IN AMERICA'S JOINDER IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION** through the Court's CF/ECF system which will serve the pleading to the following e-mail addresses:

Lauren Fleischer Louis
Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL  33301
llouis@bsfllp.com
smccawley@bsfllp.com

Matthew L. Schwartz
Peter Skinner
Randall W. Jackson
Boies Schiller & Flexner, LLP-New York
575 Lexington Avenue, 7th Floor
New York, NY  10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401
Email:  alex@towardsjustice.org

Sabria McElroy
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., STE 1200
Fort Lauderdale, FL 33301
Email:  smcelroy@bsfllp.com

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO  80435
brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO  80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
Email:  jsbender@hollandhart.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Choate Hall & Stewart LLP
Two International Place
Boston, MA  02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: chammond@duffordbrown.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email:  wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO  80302
Email: aahubbard@hollandhart.com

Jessica L. Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
jfuller@lrrc.com
dhazel@lrrc.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO  80202
Email:  Rhoadesm@gtlaw.com
Email:  Estevaom@gtlaw.com

3

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL  33701
Email:  Bogdan@expertaupair.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com

Brian P. Maschler
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000
San Francisco, CA  94579
bmaschler@gordonrees.com

Kathryn A. Reilly
Grace A. Fox
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com
Email: Fox@wtotrial.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Erica Lynn Herrera
Joseph H. Hunt
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com
Email: eherrera@shermanhoward.com
Email: jhunt@shermanhoward.com

John R. Mann
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202

_s/ Kimberly Hanson_____
Kimberly Hanson
For Fisher & Phillips LLP

FPDOCS 32213815.1