IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

### DECLARATION OF BILL KAPLER

---

I, Bill Kapler, declare as follows:

1. My name is Bill Kapler. I am over the age of 18, and I make this declaration based upon personal knowledge.

2. I am the manager of both American Cultural Exchange LLC and Go Au Pair Operations, LLC (together, "Go Au Pair"), defendants in the above-captioned action. Go Au Pair is one of 16 designated sponsors of the United States Department of State's J-1 visa au pair exchange program ("Au Pair Program"). Go Au Pair has no relationship with or knowledge regarding the entity Associates in Cultural Exchange.

3. The Department of State ("DOS") has established a comprehensive set of regulations that govern J-1 visa exchange programs generally and the Au Pair Program specifically. Pursuant to these regulations, sponsor organizations, including Go Au Pair, must inform host families and au pairs that host families are required to pay a certain

minimum weekly stipend based on the rate of federal minimum wage. In 2007, DOS advised sponsor organizations that, beginning July 24, 2009, the required minimum amount of the weekly stipend would be $195.75. A true and correct copy of the DOS notice Go Au Pair received is attached hereto as Exhibit 1.

4. Go Au Pair requires a written agreement between the sponsor and au pair. Go Au Pair's standard agreement discloses (among other things) the DOS requirements that host families must pay a minimum weekly stipend of $195.75, and that au pairs may work no more than 45 hours each week. A true and correct copy of the au pair contract Plaintiff Ivette Alexandra Gonzalez Cortes signed that includes both required disclosures is attached hereto as Exhibit 2.

5. Also pursuant to DOS regulations, Go Au Pair provides a form written agreement for host families and au pairs to sign. Again, this agreement includes the required disclosures regarding the minimum weekly stipend and the maximum work hours. As reflected in its standard agreements, Go Au Pair has no policy regarding how much each host family should pay its au pair other than the amount must be no less than the weekly $195.75 required by DOS, regardless of how many hours the au pair actually works.

6. Consequently, Go Au Pair's standard form allows host families to determine—subject to compliance with DOS regulations, including the minimum stipend of $195.75—the au pair's work schedule and responsibilities, and the amount of the weekly stipend. Only upon the host family's and au pair's agreement to these terms does Go Au Pair proceed with sponsoring the au pair's visa. A true and correct copy of

the written agreement between Plaintiff Gonzalez and her host family is attached as <u>Exhibit 3</u>.

    7.    I declare under penalty of perjury that the foregoing is true and correct.

*Bill Kapler*
Bill Kapler