

# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

I, Ivelle Alexandra Gonzalez Cortes, an applicant to be an Au Pair in the Go Au Pair Operations, LLC, Au Pair program, agree to abide by the terms and conditions set forth in this agreement as outlined below.

**Preliminary Requirements**

1. I certify I am between the ages of 18 and 26.
2. I have graduated from secondary school.
3. I agree to submit a certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program.
4. I agree to complete a psychometric profile and personality profile provided by Go Au Pair Operations, LLC.
5. I agree I will complete 32 hours of childcare training provided by Go Au Pair Operations, LLC, prior to arriving at my Host Family's home.
6. I agree to submit a physician's report and hereby state everything contained in the report is complete and accurate.
7. I agree to provide childcare and character references.
8. I agree to pay any Program Fees and Add-on Airfare as set by Go Au Pair
9. I agree to abide by all appropriate regulations and laws of Go Au Pair Operations, LLC, and the U.S. government. I also agree to cooperate with all those supervising the program and to abide by any reasonable instruction.
10. I agree to be present for all flights and transportation arranged for me by Go Au Pair Operations, LLC.
11. I agree to return home at the end of my program and before the expiration of my DS-2019. I will not attempt to return to the United States without a valid visa.
12. I agree to provide my own transportation to the departure airport at my own expense.

**Duties**

I understand and agree providing quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life. The child care duties I will be responsible for may include, but are not limited to the following:

1. Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
2. Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
3. I understand I am not responsible for the care of an infant less than three months of age.
4. I understand I am not responsible for overall general housework, nor am I responsible for cleaning up after any adult member living in the household.
5. I agree to keep my personal living space clean and tidy.

**Discipline**

I agree to abide by the method of discipline as outlined by the Host Family. At no time will I strike a child or cause physical harm to a child. In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program and I will be required to return home at my own expense.

**Education**

I agree to enroll in and attend six semester hours (a minimum of 72 classroom hours)* of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay. I understand my Host Family will pay up to $500 toward tuition and books. I understand my Host Family is responsible for transportation to and from school and any associated costs. I agree to be responsible for any additional amount over $500 that may be required by the institution. I agree that my course work will not interfere with my childcare duties. Additionally, I agree should I change families after I receive $500 towards my education, I will not be eligible for further financial help from my new Host Family.

Au Pair Initials I.A.G.C. Date 15/01/2014

Go Au Pair
Au Pair Agreement



151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

# Au Pair Agreement

### Host Family

I agree to abide by any mutually agreed upon house rules as set forth in the Written Agreement. This might include, but is not limited to, houseguests and curfew. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, or being coerced to work extra hours, I will bring the matter to the attention of the Host Family and contact my Local Area Representative (LAR). Additionally, should I be subject to any physical, sexual or emotional abuse from any member of the Host Family, I agree to contact my LAR. I agree to abide by all local, state and federal laws, including the 21-year old drinking age restriction during my stay in the United States. I understand failure to do so will result in my immediate termination from the program.

### Stipend and Expenses

I agree my weekly stipend will be no less than $195.75* per week in exchange for working up to ten hours per day for a maximum of 45 hours per week. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

I accept total responsibility for my own expenses, including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf. Neither Go Au Pair Operations, LLC, nor the Host Family will accept responsibility for any personal charges or extra expenses I have incurred. If I am transferred to another Host Family for any reason, I understand my present Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe the Host Family. I understand the Host Family must be able to provide me with a copy of the bills.

I understand in the event of a late cancellation by me, where Go Au Pair Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from Go Au Pair Operations, LLC, I may be required to forfeit my Program Fee and Add-on Airfare.

### J-1 Visa/DS-2019

I agree to complete all visa requirements and to obtain a valid passport. I understand Go Au Pair Operations, LLC, is designated by the U.S. Department of State as an Au Pair Program sponsor. I agree I am a suitable candidate for a J-1 Cultural Exchange visa. I understand Go Au Pair Operations, LLC does not issue my J-1 visa. United States Consular officers issue all visas and Go Au Pair cannot guarantee I will receive a visa. I understand Go Au Pair Operations, LLC issues my DS-2019 form which is required for a visa application.

I agree to obey all United States Department of State regulations and United States laws during my stay in the United States. If I do not return to my own country at the expiration of my DS-2019 or if I leave my Host Family without the approval of Go Au Pair, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.

I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the program.

---

* $215 for Plus Au Pairs, $255 for Premiere Au Pairs; subject to change based on U.S. Federal Minimum Wage

Au Pair Initials **I.A.G.C**   Date **15 | 01 | 2014**

Go Au Pair
Au Pair Agreement



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

### Completion Package

I will receive a Completion Package at the end of my successful year in the United States. In order to receive the full Completion Package, I agree to:
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.
- Attend at least four (4) of the Cultural Events held by my Local Area Representative (LAR) during my year in the United States(attendance will be verified by the Corporate Office) and provide pictures and information about the events.
- Complete end of year surveys by Go Au Pair

I understand all requests for the Completion Package must be submitted no later than 90 days after the expiration of DS-2019. Go Au Pair Operations, LLC has up to 90 days after the expiration of my DS-2019 to send the Completion Package.

I will not receive my Completion Package if:
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate;
- I do not satisfactorily complete my year as an Au Pair, including completing the required education and attending the required Au Pair activities.
- I do not complete the end of year surveys sent by Go Au Pair

### Grievance Policy

I agree I have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

### Departures

If I leave my Host Family within the first sixty (60) days of arrival, whether it is to return home or move to a new family, I will be responsible for reimbursing my Host Family for the cost of my arrival airfare. I understand this is my responsibility and not that of Go Au Pair Operations, LLC. If I leave the Host Family at any time, I agree to give the Host Family at least two weeks notice prior to leaving. If I cannot complete my commitment to the program, I will be required to pay for my own airfare home. In addition, I will not receive any accrued paid vacation stipend.

I understand if I remain in the United States past my permitted program duration I forfeit my return ticket home and will not be reimbursed for the amount. I understand the return portion of my travel can only be used at the end of my program duration.

Au Pair Initials **I A G. C** Date **15|01|2014**



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

### Non Smoking Declaration

I understand I am not permitted to smoke in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family. If I am caught doing so I will be terminated from the program, my DS-2019 will be cancelled and I will be forced to return home at my own expense.

If I have indicated on my Au Pair Application I am a non-smoker, I am not permitted to smoke while in the United States. If I am caught doing so, I will be terminated from the program. My DS-2019 will be cancelled and I will be forced to return home at my own expense.

### Agreement

I hereby warrant that all information I have given to Go Au Pair Operations, LLC, and Go Au Pair Operations, LLC, representatives is true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, Go Au Pair Operations, LLC, will terminate my DS-2019 and I will return to my home country at my expense.

I agree to perform my duties as an Au Pair to the best of my ability. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any loss or damage suffered by them. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any claims made against them which result from any breach of contract or negligence I cause during my participation in the program.

I further warrant that Go Au Pair Operations, LLC, its affiliates, agents and employees will act on my behalf in arranging for transportation and that none of them will be under any liability to me in respect to any loss, damage, personal injury, delay or expense suffered by me resulting from any act or omission of any carrier, any member of the Host Family or any other body, corporate or non-corporate, in relation to transportation to and from and within the U.S., my duties as Au Pair or any other facility or service organized on my behalf.

I hereby agree that Go Au Pair Operations, LLC, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety.

I agree that U.S. law applies to this agreement and I agree to submit to the jurisdiction of the U.S. courts.

I understand the above information and will abide by the terms, conditions and rules of Go Au Pair Operations, LLC. I have received a copy of the federal regulations and a copy of the policies and grievance procedures of Go Au Pair Operations, LLC. I have truthfully answered all questions asked of me in the application. If at any time I am found to have falsified information on my application, my DS-2019 will immediately be cancelled. I will be required to return to my home country at my own expense.

Applicant name (print) _Ivette Alexandra Gonzalez Cortes_

Applicant signature _[signature]_