

# Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

This agreement is in effect from _____ to _____ and is between _____, the Host Family, and **Ivette Alexandra Goetze** the Au Pair.

**Work Schedule** — Needs to be Flexible! Hours will change to include some day hours instead of evening

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| From | | 3AM | 3AM | 3AM | 3AM | 3AM | |
| To | | 10AM | 10AM | 10AM | 10AM | 10AM | |
| From | | 9PM | 9PM | 9PM | 9PM | | |
| To | | 11PM | 11PM | 11PM | 11PM | | |

I/we hereby agree that the Au Pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

## House Rules

| Weekday Curfew | 9pm | Telephone Restrictions | NONE |
|---|---|---|---|
| Weekend Curfew | NONE | Visitor Restrictions | NO OVERNIGHT others must be approved by us. |
| Other Restrictions | | | |

## Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks Pertaining to the Children |
|---|---|---|---|
| Picking up | ☑ | ☑ | ☐ Driving to lessons, activities |
| Vacuuming | ☑ | ☐ | ☐ Tutoring |
| Dusting | ☑ | ☑ | |
| Making beds | ☑ | ☑ | |
| Children's laundry | ☑ | ☐ | |
| Children's meals | ☑ | ☐ | |
| Washing dishes | ☑ | ☐ | |
| Other (please list) | | | |

## Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ **200.00** (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every **2 weeks**.

## Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. **Christmas**
2. **Thanksgiving**
3. **Memorial Day**
4. **Labor Day**



# Written Agreement

Go Au Pair
151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Au Pair Accommodations
(please check)

- ☑ Private bedroom
- ☐ Separate quarters
- ☑ Private bathroom
- ☑ Private bedroom on separate level from family
- ☐ Other: _____
- ☐ Shared bathroom with whom: _____

## Use of Car
(please check one)

- ☐ No use of a car
- ☑ Limited personal use of a car
- ☐ Evening/weekend use of a car
- ☐ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident that Go Au Pair determines is caused by the Au Pair, the au pair agrees to pay a deductible of $ _300_ (amount must be listed if Au Pair will be driving- minimum $0 and maximum $500).

## Other Benefits

Other Privileges: ___N/A___

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Gold or Platinum level and is available for a one-time annual fee.
- Coverage for the 30 day grace period is available and highly recommended.

## Grievance Policy

We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

## Notes

_____
_____
_____

## Certification

I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the Au Pair/Host Family and agreed to these conditions before the Au Pair's arrival. I, the Au Pair, verify that I have reviewed the Host Family's application and pre-departure orientation information.

_[signature]_  5-27-14     _[signature]_  09-06-14
Host Family Signature   Date    Au Pair Signature   Date

Patrice Sanders    Ivette Alexandra Gonzalez
Print Name     Print Name

Go Au Pair
Written Agreement
Page 2 of 2