

**Mail to:** Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

**Fax to:** 1-617-619-1101

For office use only

HF #

## Host family & au pair acknowledgement

Please sign, date, and return this acknowledgement with your application. Your au pair will also sign and date the acknowledgement prior to her/his arrival in your home. Any violation of this acknowledgement may result in termination from the program.

As participants in the Cultural Care Au Pair program, we agree to adhere to the Regulations of the U.S. Department of State and Cultural Care Au Pair's program guidelines, including but not limited to:

1. We hereby agree that the au pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services.

2. We also understand that asking the au pair to work additional hours and/or offering additional compensation for additional hours is a violation of the U.S. Department of State guidelines and this acknowledgement.

3. (If applicable) We agree that a parent or other responsible adult will be present in the home at all times the au pair is caring for a child under three months of age.

4. We agree to inform Cultural Care Au Pair in writing if our family gives birth to or adopts a child during the program year.

### Host family confirmation

_____   _____   _____
Host family last name              Home phone                 Email

_____   _____   _____   _____
Street address                    City              State       Zip

_____   _____
Host parent's signature                          Date

_____
Printed name

_____   _____
Host parent's signature                          Date

_____
Printed name

### Au pair confirmation

_____   _____
Au pair's signature                              Date

_____
Printed name

Please contact us with questions or for more information. Phone: **1-800-333-6056** • Email: **aupair@culturalcare.com** • Website: **culturalcare.com**

Page 3 of 3

**EXHIBIT B**

CC00000477