**Cultural Care Au Pair**

Mail to: Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

Fax to: 1-617-619-1101

For office use only

HF #

# Host family agreement

This agreement is between Cultural Care, Inc. of Cambridge, MA ("CC") and (first and last name(s) of host parent(s)) _____, of (City) _____, (State) _____, acting on behalf of and including all members of said persons' household and family (hereinafter, in the aggregate, referred to as "Host").

In consideration of the material undertakings herein contained, the parties agree as follows:

1. Host will abide by the terms and conditions of this agreement as long as the Host participates in the Cultural Care Au Pair program or has an au pair in their home, and until this agreement is replaced or modified by a subsequent executed agreement provided by CC.

2. Host understands that CC has the exclusive right to determine suitability for placement of an au pair in Host's home and continued participation in the au pair program.

3. Host will accept an au pair and any cultural differences in the spirit of international exchange. Host agrees to comply with all of the regulations published by U.S. Department of State in 22 CFR Part 62, as the same may be amended from time to time in the future ("the Regulations"). Host acknowledges receipt of a copy of the U.S. Department of State publication "The Au Pair Exchange Program" (available on host family web account). Host affirms that they are U.S. citizens or legal permanent residents.

4. Host understands that it is the Host's sole responsibility to thoroughly interview and carefully choose an au pair from the candidate(s) presented to the Host, and that there is no warranty as to the Host's satisfaction or to the compatibility of any particular candidate as an au pair in Host's family.

5. Host will provide board and lodging in a suitable private bedroom that complies with local building codes in their home for the au pair throughout participation in the program. Host agrees to pay a weekly stipend in accordance with the Regulations. The stipend shall be paid to the au pair on the same mutually agreed upon day each week for 51 weeks and cannot be withheld for any reason, including, but not limited to, outstanding phone bills, auto accidents or lost time due to illness.

6. Host agrees that the au pair will perform childcare services and light housekeeping duties related to childcare which shall not exceed (each a separate limitation): (i) forty five (45) hours per week; (ii) five and one half (5½) days per week; and (iii) a maximum of ten (10) hours each day. Host agrees that the au pair will have one (1) full weekend (Friday evening to Monday morning) off duty per month and one and one half (1½) consecutive days off per week. The au pair will also receive two calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times. If a dispute arises as to any of these limits or requirements, CC's determination shall be final.

7. Host agrees that the au pair's duties are not to include heavy chores, including, but not limited to, yard work, window washing, or scrubbing floors. The au pair's duties will be restricted to childcare and responsibilities related to care of the children, including light housekeeping. This may include active duties, including, but not limited to, general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry; and passive duties, such as being present when the children are sleeping, which are considered working hours.

8. Host will provide automobile insurance for the au pair at Host's sole cost if the au pair uses any of Host's vehicles. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the state in which the Host resides. In the case of an accident while the au pair is off duty, the au pair shall not be responsible for a deductible that exceeds $500 per incident. Host will not hold CC liable for any damage or loss resulting from the au pair's use of a vehicle. Host will pay for gas, and for the entire deductible resulting from any loss, for the vehicle(s) used by the au pair when performing her/his duties or requirements of the program. Host acknowledges that it is the Host's responsibility to conform with any and all state or local laws regarding the au pair's use of host's automobile, including obtaining a local driver's license, if required.

9. Host acknowledges that CC is not responsible for any expenses incurred by the au pair or by the Host, including, but not limited to, telephone bills, automobile expenses, property damage, travel expenses, and health expenses not covered by insurance. Accordingly, Host agrees not to seek payment from CC for any of these expenses or costs.

10. Host will facilitate enrollment and provide time off and transportation for study at accredited post secondary institutions (for a minimum of six (6) credit hours or its equivalent) in which the au pair chooses to enroll. Host agrees to pay up to $500 per au pair for tuition and related educational expenses.

11. Host will facilitate attendance and provide time off and transportation for the au pair's monthly meetings with CC's Local Childcare Coordinator. Host agrees to respond to the inquiries of CC's Local Childcare Coordinator and other CC agents and employees; and Host agrees to attend at least one of two family day conferences sponsored by CC during the program year.

12. If a serious problem develops between the Host and the au pair, the Host shall notify CC both by telephone and in writing. If CC believes that its involvement might help to resolve a problem, the Host will consult with and meet with CC representatives.

13. Host agrees that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household and community.

14. Host agrees if an infant less than three months old is living in the home, a parent or another responsible adult shall be present in the home at all times and the au pair shall not be sole care giver for that child at any time (including sleeping hours). Host agrees to notify CC if a child less than three (3) months is added to the household at any time during the program term.  Host agrees to notify CC in the event there is a change of composition of the household, including, but not limited to, divorce, custody change, death, adoption, pregnancy or possible move to a different home.

15. Host agrees that CC shall not be liable for and does not guarantee acceptable performance by the au pair. Host agrees that the au pair is not an employee, servant or agent of CC, and that CC does not exercise dominion or control over the actions of the au pair. CC is not responsible for any act or omission on the part of the au pair.

16. If placement is deemed unsatisfactory by Host for whatever reason, Host agrees to follow CC's mediation guidelines (contained in the Host Family Handbook) and

**EXHIBIT C**

CC00000142

understands that, at CC's discretion, CC will use reasonable efforts to find another placement for the au pair, and to locate another au pair for Host. The Host recognizes that CC may not be able to immediately find a new placement for the Host's departing au pair. If a new placement cannot be so immediately found, the Host is required to allow the departing au pair to continue to live with them for a period not in excess of two (2) weeks. During such interim period, the Host in its discretion may request the departing au pair to provide, or not to provide, any childcare services. Host will provide reasonable assistance to CC in transporting departing au pair to nearest departure gateway.

17. In the event of accident or serious illness which, in the judgment of CC, and with the advice of a physician, prevents the au pair from continuing her/his duties for an extended period, she or he will end the exchange early and return home and CC will use reasonable efforts to find a replacement au pair for Host.

18. Host understands that CC does not guarantee continuous childcare coverage in any circumstances, including, but not limited to, circumstances in which the au pair becomes ill or otherwise unable or unwilling to fulfill her or his duties hereunder; and that CC is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, CC is not responsible for delays in the au pair's arrival due to visa rejections, visa delays and flight delays.

19. Host family understands the following CC billing policies: (a) Host agrees that in the event they welcome an extension au pair, host will be invoiced for the au pair's full extension term which shall begin on the first date of the au pair's extension term, (b) Stipend and childcare weeks are not pro-rated per day; one (1) day in a new week will be counted as a full week. (c) credits remaining on host family accounts are valid and redeemable only towards future program fees for five (5) years, they are not redeemable for cash and are non-transferable to another account.

20. In the event of au pair replacement if host has received less than thirty (30) program weeks, Host agrees: a) Host's program term shall be adjusted to include the remainder of the replacement au pair's full program term. Host shall be responsible for paying CC $136.44 for each additional week of au pair service beyond Host's regular fifty-two (52) week program year, and such additional payments due no later than one (1) month after the arrival of the replacement au pair in the Host's home. b) If the replacement is an au pair who is currently in the United States, CC agrees to pay the reasonable cost of transportation to Host's home or nearest arrival gateway.  c) Host may be responsible for additional tuition costs for the replacement au pair(s) if the au pair has not completed the educational component with a previous host family (up to a maximum of $500.00). d) Host also will be responsible to allow the replacement au pair to take any unused vacation time that may still be due to the au pair up to a maximum of two calendar weeks (14 days), and the Host shall pay the replacement au pair during such period.

21. Host understands that they must submit an updated host family application and an application fee, and will be responsible for payment of all applicable fees according to the payment terms of the Cultural Care Au Pair host family brochure which is in effect at the time of submission, under any of the following circumstances: a) Host completes program year with au pair. b) Host has received at least thirty (30) weeks of care. c) Host selects an in-country au pair and that au pair completes his/her remaining program term with Host. d) In the event that Host has received less than thirty (30) weeks and chooses to extend with current au pair, Host agrees to pay weekly rate of $136.44 for au pair's extension term. The au pair with whom the Host is extending must have arrived at Host's home more than thirty (30) weeks before the end of their first-year legal departure date to be eligible for Extension Program fee savings.

22. Host agrees that CC may immediately terminate Host's participation in the program and remove the au pair from Host's home, if: a) CC determines, at its sole discretion, that the au pair is in an unsuitable environment or is being treated in an inappropriate manner by Host; or b) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any other stipend or payment required hereunder; or c) Host fails to comply with any of the Regulations. In the case of any such a termination Host shall not be eligible for a program fee refund or a replacement au pair.

23. Host understands that au pair term begins upon arrival to the training school. Host agrees to assist CC in ensuring that the au pair leaves the United States at the conclusion of the program term.

24. Host agrees to irrevocably, unconditionally, and fully remise, release and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the aforementioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which Host has or may hereafter have, which arise out of injury, damage or loss of any other kind to the Host or their property resulting from participation in the Cultural Care Au Pair program. This includes, without limitation, the au pair's performance of services for and involvement with the host family, regardless of how such injury, damage or loss may arise and regardless of whether the injury, damage or loss is in whole or in part caused by the negligence of any one or more of the Released Parties. Host further agrees to indemnify and hold harmless the Released Parties from and against any losses, claims, damages or liabilities related to or arising out of the participation of Host in the Cultural Care Au Pair program, including, but not limited to, any injury or damage to the Host that the au pair causes or to which s/he contributes, and any injury or damage to the au pair which Host causes or to which Host contributes.

25. Host agrees to abide by the payment terms outlined in the current CC brochure, as such prices may be subject to change due to circumstances beyond CC's control. Host agrees to pay CC the full program fee plus any applicable domestic transportation fee established by CC, in addition to paying any other expenses related to providing Host with an au pair. Host acknowledges that a change to the domestic arrival gateway or scheduled group arrival date may result in an additional charge of $150.00 plus any additional airline penalties. Host agrees to pay CC a $50.00 fee for any late payments, returned checks, declined credit cards, or requests to change credit card (only applies after payment has been processed). Host understands that all fees are subject to change without prior notification.

26. Host agrees to inform CC in writing in the event Host wishes to withdraw from the program before completion of the program term. In the event of such withdrawal, Host shall be subject to the refund policy below. If Host withdraws from the program before the au pair arrives, Host is subject to cancellation fees.

27. If Host wishes to request a refund, they must do so in writing. A refund, if owed, will be processed within thirty (30) days after this request has been received by CC. Host has read and agrees to the following refund policy: a) Application fee: The $350.00 application fee is non-refundable. It will only be refunded if CC does not accept a family's application to the program. b) Refund before the au pair's arrival in the USA or in the event of an in-country placement to Host's home: If host cancels four (4) weeks or less prior to the au pair's arrival, CC will refund all monies paid less $1,100.00 ($350.00 application fee plus $750.00 cancellation fee) plus the cost of non-refundable airline tickets or penalties, if applicable. c) Refund will be credited back to most recent form of payment. d) Refund after the au pair's arrival at the training school or in the event of an in-country placement after au pair's arrival to Host: Refund will be calculated as follows:

| | | |
|---|---|---|
| Program weeks paid for | _____ | (All funds paid to CC for the current program year less any non-refundable fees* divided by $136.44) |
| Less program weeks received  - | _____ | (Total number of weeks for all au pairs placed with Host including week(s) at the training school) |
| Multiplied by                 x | _____ | (Refund per week based on program weeks received) |

| Program Weeks Received | 1 to 10 | 11 to 20 | 21 to 30 | 31 or more |
|---|---|---|---|---|
| Refund per Week | $88 | $61 | $40 | no refund due |

| | | |
|---|---|---|
| Equals total refund due | = | _____ |

CC00000143