*Johana Paola Beltran, et al. vs.*

*Interexchange, Inc., et al.*

*Telephonic Informal Discovery Conference*

*September 08, 2016*



700 17th Street, Suite 1750
Denver, CO  80202
303-988-8470 (Office)   303-988-8478 (Fax)
SKReporting.com

EXHIBIT I

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4   Case No. 14-cv-03074-CMA-KMT

 5   _____

 6   JOHANA PAOLA BELTRAN, et al.,

 7        Plaintiffs,

 8   vs.

 9   INTEREXCHANGE, et al;

10        Defendants.

11   _____

12

13           Proceedings before KATHLEEN M. TAFOYA, United States

14   Magistrate Judge, United States Court for the District of

15   Colorado, commencing at 1:45 p.m. on September 8, 2016, in the

16   United States Courthouse, Denver, Colorado.

17

18    _____

19           WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

20   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

21   _____

22

23

24           TELEPHONIC INFORMAL DISCOVERY CONFERENCE

25
```

Johana Paola Beltran, et al. vs.　　　　　　　　　　　　　Telephonic Informal Discovery Conference
Interexchange, Inc., et al.　　　　　　　　　　　　　　　　September 08, 2016
Page 34

```
 1  are here at 2:30 so they're going to start filling the
 2  courtroom.  They're trying to get in now, but we're keeping you
 3  on the phone.
 4          So I think that'll be the ruling of the Court on this
 5  very narrow issue.
 6          Now, to the extent that anybody wants to strike
 7  questions or strike testimony on relevant documents, I think
 8  you should probably go ahead and brief that, because I don't
 9  want to sit on the phone with all of you addressing one
10  question at a time whether or not that question was
11  appropriate.
12          In general, I don't think someone's love life is
13  appropriate.  And so I kind of agree with the -- in general,
14  the statements that I don't think any of you would actually
15  legitimately disagree with.  I think that immigration status is
16  out.  That's not relevant to anything.  Because these -- most
17  of these people don't even work, I don't think, for the
18  sponsors anymore.  And questions about their love life or what
19  they did in their off time or all that sort of thing, that's
20  just not relevant to the issues before the Court, and I don't
21  know why you even want to know.
22          But I am leaving open the issue of tax returns because I
23  think there are circumstances under which I would allow tax
24  returns to be received.  But I don't have enough information
25  yet to make that ruling.
```