# D E P O S I T I O N

## HELD AT CAPE TOWN, SOUTH AFRICA

<u>DATE</u>:                                                                         21 SEPTEMBER 2016

In:

<u>JOHANA PAOLA BELTRAN</u>

and

<u>INTEREXCHANGE</u>

<u>BEFORE</u>:

(TRANSPERFECT DEPOSITION SERVICES)

<u>COMMISSIONER OF OATHS</u>:

<u>ON BEHALF OF PLAINTIFF</u>:             MR DANIEL SCHWARTZ

<u>ON BEHALF OF DEFENDANT</u>:         MR JUSTIN WOLOSZ

VERITAS A DIVISION OF EOH LEGAL SERVICES (PTY) LIMITED

## EXHIBIT E

# D E P O S I T I O N

HELD AT CAPE TOWN, SOUTH AFRICA

<u>CASE NUMBER</u>:

<u>DATE</u>:                                              21 SEPTEMBER 2016

5  In:

<u>JOHANA PAOLA BELTRAN</u>

And

<u>INTEREXCHANGE</u>

10  <u>ON COMMENCEMENT ON 21 SEPTEMBER 2016</u>: (at 10:00)

<u>MR WOLOSZ</u>:  This is the deposition of Beaudette Deetlefs – did I say that correctly?

<u>MS DEETLEFS</u>:  Yes.

<u>MR WOLOSZ</u>:  We are proceeding here in Cape Town, South

15  Africa.  It is 10 o'clock a.m. local Cape Town time.

<u>MS (??)</u>:  (Inaudible).

<u>MR WOLOSZ</u>:  We're just beginning.  We'll – I'll give an opportunity for everyone to note their appearance on the record in just one moment.  We're proceeding here with this

20  deposition in Cape Town, South Africa.  This is in the matter of Johana Paola Beltran versus InterExchange pending in the United States District Court for the District of Colorado.  This is Justin Wolosz speaking I'm counsel for defendant Cultural Care.  Can I ask that the attorneys all note their appearance

25  for the record starting with Mr Schwartz here in the room with

21.09.16                                                                /...

MR WOLOSZ                   113                   B DEETLEFS

Correct?

MS DEETLEFS:  Yes.

MR WOLOSZ:  You didn't say in this sentence that you worked more than 45 hours per week, did you?

5  MS DEETLEFS:  Not in this sentence.

MR WOLOSZ:  You didn't say in this declaration that you worked more than 45 hours per week, did you?

MS DEETLEFS:  No.

MR WOLOSZ:  You didn't say that you worked more than 40

10  hours per week, did you?

MR SCHWARTZ:  Objection.

MS DEETLEFS:  They didn't mention the hours per week in the declaration so, no.

MR WOLOSZ:  Who's "they"?

15  MS DEETLEFS:  When we were discussing it … (intervention).

MR SCHWARTZ:  Object – I want to caution you to not discuss conversations that you were having with your attorney.  That might be privileged.  So any private communications with your attorney should not be disclosed right at this time.

20  MR WOLOSZ:  You're aware that there are claims in this case that relate to allegations involving the payment of overtime, correct?

MS DEETLEFS:  In this case?

MR WOLOSZ:  Yes.

25  MS DEETLEFS:  Sorry, just say that again.

21.09.16                                                              /…

MR WOLOSZ                          114                          B DEETLEFS

MR WOLOSZ:  You're aware that in this case there are allegations that the defendants failed to pay overtime, correct?

MS DEETLEFS:  Yes.

MR WOLOSZ:  And yet in putting together this declaration you

5   didn't say that you ever worked overtime, correct?

MS DEETLEFS:  Well it did say I worked overtime.

MR WOLOSZ:  Where?

MS DEETLEFS:  It says here that generally worked more than 10 hours per day.

10  MR WOLOSZ:  But it doesn't say more than 40 per week, correct?

MS DEETLEFS:  It doesn't say that.

MR WOLOSZ:  Okay.  (Inaudible) ... up to?

MR SCHWARTZ:  I think 64.

15  MR WOLOSZ:  65 then, ja.

MR SCHWARTZ:  Ja.

MR WOLOSZ:  I'm showing you a document that has been marked Exhibit 65.

MR SCHWARTZ:  Thank you.

20  MR WOLOSZ:  For counsel on the phone this document is a printout of an online article that I believe comes from IB Times called "Au Pair Lawsuit Accuses Sponsors of Minimum Wage Violations, Illegal Price Fixing."  Do you recognise this document, Ms Deetlefs?

25  MS DEETLEFS:  I've never seen this document.

21.09.16                                                              /...

```
     MR WOLOSZ                    115                    B DEETLEFS
```

MR WOLOSZ:  Did you given an interview to anyone from IB Times?

MS DEETLEFS:  Yes I did.

MR WOLOSZ:  I'm going to ask you to turn to the second page and specifically starting with the second sentence.  It says:

> "Deetlefs spent little time with the family when she wasn't cleaning, cooking or looking after their three children, working 35 to 40-hour weeks."

Do you see that?

MS DEETLEFS:  Yes.

MR WOLOSZ:  Did you tell IB Times that you worked 35 to 40 hour weeks?

MS DEETLEFS:  Yes they asked for an average.

MR WOLOSZ:  Did you tell them that it was an average?

MS DEETLEFS:  Well when someone asks you for an average you don't say "this is an average" you assume that they will know that.

MR WOLOSZ:  But you agree that you told them that you were working 35 to 40 hour weeks, correct?

MR SCHWARTZ:  Objection.

MS DEETLEFS:  Well I told them that it was an average.

MR WOLOSZ:  So you told them that it was an average and they incorrectly failed to note it down in the article?

MR SCHWARTZ:  Objection.

21.09.16                                                              /...

MR WOLOSZ                              116                         B DEETLEFS

MS DEETLEFS:  I don't really know what that word means. Just explain that.

MR WOLOSZ:  What word?

MS DEETLEFS:  The sentence you just gave.

5   MR WOLOSZ:  Are you saying that you told them it was an average but they didn't write that down?

MR SCHWARTZ:  Objection.

MS DEETLEFS:  I did – in the discussion I did say it was an average so...

10  MR WOLOSZ:  How many weeks did you work more than 40 hours?

MS DEETLEFS:  It's very hard to say. I can't tell you a precise number.

MR WOLOSZ:  How can we figure that out?

15  MR SCHWARTZ:  Objection.

MS DEETLEFS:  I don't know.

MR WOLOSZ:  How many weeks did you work more than 45 hours per week?

MS DEETLEFS:  Not a lot.

20  MR WOLOSZ:  Would you say less than two?

MS DEETLEFS:  I wouldn't say I really can't remember the precise amount of weeks I worked which amount of hours so I wouldn't be able to say a number.

MR WOLOSZ:  So is it possible that the weeks that you are

25  talking about it's not that it was more than 40 or 45 hours in a

21.09.16                                                                                          /...

MR WOLOSZ                          155                          B DEETLEFS

process again and tried to match with another family, right?

MS DEETLEFS: Yes.

MR WOLOSZ: Okay. Picking up where I left off it says:

5        "The knee injury and not being told about it was one. Bella is a racist and that has really been hard for the family."

Racist I believe is misspelt. Picking up again:

       "She has limited Bella's time with the older kids because of it. Bella makes comments

10        and does not see the wrong in it. She feels it is Bella's upbringing and way South Africa is but it is not appropriate in their home or in America. I told her she can put the good and the bad in the reference letter she does."

15 Did the Henstrom's ever tell you that they believed that you were a racist?

MS DEETLEFS: No.

MR WOLOSZ: Did they ever tell you that they believed you were making comments that they thought were inappropriate?

20 MS DEETLEFS: No.

MR WOLOSZ: Are you racist?

MS DEETLEFS: No.

MR SCHWARTZ: Objection.

MR WOLOSZ: What is your view of people who are minorities?

25 MR SCHWARTZ: Objection. Actually objection on privacy

21.09.16                                                         /...

MR WOLOSZ                              158                          B DEETLEFS

country you don't always know what's considered rude or racist. So I was trying to figure out, or find out, from them when – odd phrases to avoid. Things that you should not say. And I really thought it was an open and general discussion.

5   They were asking me about South Africa, I was asking them about America. I at no point thought that I was being racist. They didn't indicate anything to me. They didn't tell me that they were going to keep the kids away from me after this, which is nonsense.

10  MR WOLOSZ: Alright. This is Exhibit 68. ... This is Exhibit 69.

MR SCHWARTZ:   I'm sorry – can I have number 69?

MR WOLOSZ:  Didn't I give it to you?

MR SCHWARTZ:  I don't believe so. I'm sorry.

MR WOLOSZ:  For Counsel on the 'phone, Exhibits 68 and 69

15  are two printouts from a Facebook page.

MR SCHWARTZ:   So I'm just going to restate the same objection that I made already.

MR WOLOSZ: I'll make the same response, and just also know that this is directly relevant to the witness's ability to serve as

20  a class representative. ...  Sorry, my voice trailed off. I said this goes direct – also goes directly to the witness's ability to serve as a class representative.

    Ms Deetlefs, have you looked at Exhibits 68 and 69?

MS DEETLEFS:   Yes.

25  MR WOLOSZ:  Do you recognise these pages?

21.09.16                                                                    /...

MR WOLOSZ                       159                      B DEETLEFS

MS DEETLEFS: Yes.

MR WOLOSZ: What are they?

MS DEETLEFS: They're Facebook posts.

MR WOLOSZ: Are they Facebook posts from your Facebook

5    page?

MS DEETLEFS: It seems so.

MR SCHWARTZ: I'm sorry to interrupt. Can we – actually, (indistinct). I apologise. Actually, can we mark these as confidential, going forward?

10   MR WOLOSZ: I was actually going to talk to you about that. We can maybe just do it now.

My inclination would be if we can reach a stipulation to just treat everything as confidential so that we have some time to make designations. That would be preferable, because the

15   protected – I mean, a lot of protective orders do that automatically, they give you a window where it's treated as confidential.

MR SCHWARTZ: So what kind of window were you thinking?

MR WOLOSZ: Whatever you think works. I mean ...

20   MR SCHWARTZ: Let's – can we table that for just a little bit and then we can get back to it by the end?

MR WOLOSZ: Ja.

MR SCHWARTZ: Okay.

MR WOLOSZ: We can talk (intervention).

25   MR SCHWARTZ: Ja. Ja, great. Thank you.


21.09.16                                                                /...

MR WOLOSZ                           197                           B DEETLEFS

MS DEETLEFS: Yes, I think so.

MR WOLOSZ: Okay. Do you know why you held onto this document and didn't throw it away?

MS DEETLEFS: I have no idea. It may have just been in a
5   different pile of papers.

MR WOLOSZ: Okay. What damages are you seeking in this case?

MS DEETLEFS: What do you mean with that question?

MR WOLOSZ: How much money are you seeking to recover?

10  MR SCHWARTZ: Objection.

MS DEETLEFS: I think it would be fair that the difference between what we were paid per hour and what the minimum wage is, I think that would be fair.

MR WOLOSZ: What's the basis for that view?

15  MR SCHWARTZ: Objection. Remember – I just want to remind Bella that she's not to discuss any conversations that she may have or may not have had with Counsel – that she may have had with Counsel.

MS DEETLEFS: When we were in the USA, we were working
20  those hours. We weren't doing half of it or a portion of it because we were *au pair*s. On the contrary, I think we were working very hard, and I only think it's fair that we be paid at least minimum wage.

MR WOLOSZ: Who do you believe owes you that money?

25  MS DEETLEFS: Cultural Care.


21.09.16                                                              /...