| HFComplianceTask_id | aupair_id | hostfamily_id | HFComplianceSubmittedDate | comments |
|---|---|---|---|---|
| | | | | Redacted |
| 350213 | Beaudette Deetlefs | ▓▓▓▓ | 4/21/15 7:55 PM | that. spoke with email today. She wanted to make sure the earlier leave date for Bella would still be in effect if she extends.  She Also wanted to make sure that when Bella extends the new family knows a few things that have been issues with them.  The knee injury and not being told about it was one, but Bella is a raciest and that is really been hard for the family. She has limited Bella's time with the older kids because of it. Bella makes comments and does not see the wrong in it.  She feels it is Bella's upbringing and way South Africa is, but it is not appropriate in their home or in America.  I told her she can put the good and the bad in the reference letter she does.  I will also email Kelly about it so see if |
| | | | | Redacted |

**EXHIBIT F**

CONFIDENTIAL                                                                                                                                     CC00001299