IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

**DEFENDANT CULTURAL CARE, INC.'S NOTICE OF FILING MOTION AND EXHIBITS RESTRICTED ACCESS LEVEL ONE**

Before filing Defendant Cultural Care, Inc.'s Opposition to Plaintiffs' Motion for Conditional Collective Action Certification ("Opposition"), Defendant Cultural Care Inc. ("Cultural Care") conferred with Plaintiffs regarding confidentiality of deposition testimony from the Deposition of Beaudette Deetlefs ("Deetlefs Deposition"). Plaintiffs have taken the position that such testimony may be confidential and requested that all testimony and exhibits from the Deetlefs Deposition be filed with restricted access. As such, pursuant to D.C.COLO.LCivR 7.2(e) Cultural Care filed the Opposition, Exhibit E (excerpts from the Deetlefs Deposition) and Exhibits G and H (exhibits from the Deetlefs Deposition) Restricted Access Level One, thereby restricting these documents from public view for fourteen days so that Plaintiffs can file a motion to restrict access. In

2010666432_1

doing so, Cultural Care reserves its right to oppose any such motion filed by Plaintiffs at the appropriate time.

Dated:  September 23, 2016.    Respectfully submitted,

*s/ Diane Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***