IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## [PROPOSED] PROTECTIVE ORDER

Having considered Plaintiffs' Motion for a Protective Order, it is hereby ORDERED that the Motion is GRANTED, and that Defendants are prohibited from questioning Plaintiffs as to: (i) Plaintiffs' personal lives; (ii) Plaintiffs' immigration status; and/or (iii) Plaintiffs' personal finances.  It is further ORDERED that Defendants' lines of inquiry focus only on questions relating to the work Plaintiffs engaged in while employed by one of Defendants' companies.

DATED:    Denver, Colorado
               October ___, 2016

                                           Hon. Kathleen M. Tafoya
                                           United States Magistrate Judge