IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

**DECLARATION OF DAYANNA PAOLA CARDENAS CAICEDO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SANCTIONS**

I, Dayanna Paola Cardenas Caicedo, declare as follows:

1. My name is Dayanna Paoloa Cardenas Caicedo and I am over the age of 18.

2. I am twenty five years' old.

3. I am a plaintiff in this case. I have never been a party to litigation in the United States in any other proceeding. I have participated actively in this litigation by reviewing documents and pleadings, answering discovery requests, and executing a declaration in support of Plaintiffs' Motion for Conditional Certification.

4. I do not believe I will be able to sit for my deposition. Accordingly, I am unable at this time to serve as a class representative.

5. I prepared at length for my deposition and intended to attend the deposition as scheduled on August 16, 2016.

6. As the morning of the deposition approached, however, I became too scared to go through with the deposition. I did not simply decide not to show up. I drove thirty minutes from my house to downtown Philadelphia, parked, and walked to the office building door. I found myself overwhelmed by fear, however, and simply could not go inside.

7. During my time as an *au pair*, Cultural Care treated me like a product to be sold, not a human being. They dominated and intimidated me, exercising tight control over virtually all aspects of my life.

8. Preparing for my deposition brought all of those old feelings rushing back, and they overwhelmed me. I became convinced – and remain convinced – that this company, which held so much power and control over me previously, will stop at nothing to ruin my life for pursuing claims against them now.

9. I am a citizen of the Colombia and am not a citizen of the United States. Although I am in this country legally, I am afraid of risking my legal status in this country if I continue to pursue my claims.

10. While I had hoped to right the wrongs that were done to me and to prevent Cultural Care from treating others the same way, I am simply too fearful of retaliation by Cultural Care to appear for my deposition. I have therefore regretfully concluded that I am unable at this time to pursue my claims against Cultural Care.

11. I understand that Cultural Care claims it is owed an award of over $28,000 in fees and costs because I did not attend my deposition. I cannot pay such an award. I am currently searching for full time employment and have neither the income nor assets to pay such an award.

12. I agreed to serve as a class representative in the hope that it would make Cultural Care recognize how badly it treats *au pairs* and to effect changes for future *au pairs*. I regret that I will be unable to serve as a class representative going forward, but I have reluctantly concluded that the emotional toll is simply too great for me to continue.

I declare under penalty of perjury under the laws of the United States of America that that the foregoing is true and correct.

Executed on this 26, day of Sep, 2016.

_Dayana Cardenas_
DAYANNA PAOLA CARDENAS CAICEDO

Scanned by CamScanner