# Exhibit A

# D E P O S I T I O N

## HELD AT CAPE TOWN, SOUTH AFRICA

DATE:                                                                 21 SEPTEMBER 2016

In:

JOHANA PAOLA BELTRAN

and

INTEREXCHANGE

BEFORE:

(TRANSPERFECT DEPOSITION SERVICES)

COMMISSIONER OF OATHS:

ON BEHALF OF PLAINTIFF:          MR DANIEL SCHWARTZ

ON BEHALF OF DEFENDANT:       MR JUSTIN WOLOSZ

VERITAS A DIVISION OF EOH LEGAL SERVICES (PTY) LIMITED

MR WOLOSZ                              30                         B DEETLEFS

MR WOLOSZ:  Did she ask you how long you were in that position?

MS DEETLEFS: Yes.

MR WOLOSZ:  Did she ask you why that position ended in the United States?

MS DEETLEFS: Yes.

MR WOLOSZ: What did you say?

MS DEETLEFS:  I told her that I got fired.

MR WOLOSZ:  And what did you say was the reason that you got fired?

MS DEETLEFS:  Because of the article that was in the newspaper because of this lawsuit.

MR WOLOSZ: Did she ask to see the article?

MS DEETLEFS: No.

MR WOLOSZ: Did she ask about the lawsuit?

MS DEETLEFS:  No.  Sorry, I just want to clarify something. So she and mom had contact, she had a vague idea so she didn't ask me to go into details about it.

MR WOLOSZ:  So you got the impression in the conversation that she was already aware of the lawsuit?  Is that correct?

MS DEETLEFS: She knew what it was about roughly but yes.

MR WOLOSZ: What was your employment before you took this position as an au pair here in South Africa?

MS DEETLEFS:  Before I went overseas or before I … (intervention).

21.09.16                                                                                /…

MR WOLOSZ                80                B DEETLEFS

little numbers and I'm on the one that says 6/17.

MS DEETLEFS: Oh? Okay.

MR WOLOSZ: So on the very top it says, "What is your current occupation? Other digitising and logo embroidery".
5   What is that referring to?

MS DEETLEFS: That was for WEC and it was part of – they a logo embroidery for the school clothes so I also assessed it with that.

MR WOLOSZ: Okay so this is referring to your work with
10  WEC?

MS DEETLEFS: Yes.

MR WOLOSZ: Okay. At that time when you were applying to become an au pair … (intervention).

MS (??): (Inaudible).
15  MR WOLOSZ: I'm sorry did someone on the phone say something? Okay never mind. At that time when you were applying to become an au pair where were you living?

MS DEETLEFS: With my mom – no. I lived on a farm on my own.
20  MR WOLOSZ: Were you paying for your housing and your food?

MS DEETLEFS: Yes.

MR WOLOSZ: Can you estimate approximately what your – well strike that. What were you paying for housing?
25  MS DEETLEFS: 2500.

21.09.16                                                          /...

MR WOLOSZ                                  81                              B DEETLEFS

MR WOLOSZ:  Is that per month?

MS DEETLEFS:  Yes.

MR WOLOSZ:  What kind of a building were you living in?

MS DEETLEFS:  It was a small two bedroomed house on a
5   farm.

MR WOLOSZ:  And did you have anyone living with you there?

MS DEETLEFS:  No.

MR WOLOSZ:  Where was it located?

MS DEETLEFS:  In Tulbagh.

10   MR WOLOSZ:  And were you paying for your own food at that time?

MS DEETLEFS:  Yes my mom would help out with food.

MR WOLOSZ:  Approximately how much were you paying for food a week?

15   MS DEETLEFS:  A week?

MR WOLOSZ:  Yeah.

MS DEETLEFS:  100, 2 to 400.

MR WOLOSZ:  What was your plan for any money you would need while you were in the United States?  Where did you
20   expect to get any money you would need while you were in the United States?

MS DEETLEFS:  Sorry, I don't understand that question.

MR WOLOSZ:  Did you bring money with you to the United States?

25   MS DEETLEFS:  Yes I did.

21.09.16                                                                                        /...

MR WOLOSZ                              97                        B DEETLEFS

MR WOLOSZ:  You found it to be restricting that you sort of had to answer to someone about where you were?

MS DEETLEFS:  I don't know – that doesn't sound right.  It was just – let's call it an adaptment.

5   MR WOLOSZ: You had less freedom?

MS DEETLEFS:  Yes.  And the transport was – I had to adapt to that.

MR WOLOSZ:  Because you didn't have access to your own car?

10  MS DEETLEFS: Or any car.

MR WOLOSZ:  When you arrived at the Henstrom's home did you discuss their house rules?

MS DEETLEFS:  Yes.

MR WOLOSZ: What did you discuss about house rules?

15  MS DEETLEFS:  It was in general regarding the kids.  It was decided that I should be home at a certain time if I do go out especially if I'm working the next day.  No males staying over, no drugs, no – it was very broadly discussed.

MR WOLOSZ:  And prior to leaving South Africa you had been
20  living by yourself, right?

MS DEETLEFS:  I – when I matched with the family I moved back in with my mom.

MR WOLOSZ:  Before that you were living by yourself, right?

MS DEETLEFS:  Yes.

25  MR WOLOSZ:  So you didn't have any of those restrictions at

21.09.16                                                              /...

MR WOLOSZ                              98                              B DEETLEFS

that time, correct?

MS DEETLEFS:  Yes.

MR WOLOSZ:  Did they discuss recordkeeping with you of your hours worked?

5   MS DEETLEFS:  When you say "they"?

MR WOLOSZ:  Sorry.  Did Mrs or Mr Henstrom discuss keeping records of the hours that you worked?

MS DEETLEFS:  I just want to – are you asking did they ask me to write it down?

10  MR WOLOSZ:  Yes did they ask you to record your hours?

MS DEETLEFS:  No.

MR WOLOSZ:  Did they keep to your knowledge any kind of a log of the hours that you worked?

MS DEETLEFS:  We had a calendar in the kitchen and they
15  would write on there the days that I would work.

MR WOLOSZ:  They would write it when?  In advance so you'd know your schedule?

MS DEETLEFS:  Usually at the 1st of the month I would know the month's schedule.

20  MR WOLOSZ:  Who would write it on the calendar?

MS DEETLEFS:  Emily.

MR WOLOSZ:  And that was posted somewhere?  Was it hung on a wall?

MS DEETLEFS:  Oh?  Yes.

25  MR WOLOSZ:  What were the first few weeks like?

21.09.16                                                                /...

MR WOLOSZ                             123                          B DEETLEFS

MR WOLOSZ: You said that when you were with the Henstrom's you had weekends off?

MS DEETLEFS: Yes.

MR WOLOSZ: What did you do in your free time?

5  MR SCHWARTZ: Objection. I have to just pause for a second. Subject to our protective order I don't believe that things that happen outside of working hours are subject to this lawsuit so I'm going to say that to the extent that these questions make Bella uncomfortable I don't believe she should have to answer

10  them.

MR WOLOSZ: Well this particular question was pre open-ended in general.

MR SCHWARTZ: No but it's about … (intervention).

MR WOLOSZ: I understand that there has been some issue

15  about certain sensitive areas but I think it's fair – it's been all kinds of testimony about the witness' unhappiness with the programme.

MR SCHWARTZ: Mm Hm?

MR WOLOSZ: I'm entitled to at least ask some general

20  questions about what kinds of things she did on free time.

MR SCHWARTZ: So my understanding is that free time is not subject to our discussion that we can discuss things that happened during the course where she was working but what she was doing on her free time when she was not working I

25  don't believe is a subject for discussion here today.

21.09.16                                                                                              /…

MR WOLOSZ 147 B DEETLEFS

MS DEETLEFS: The knowledge.

MR WOLOSZ: Yeah.

MS DEETLEFS: They don't recognise it but the knowledge, yes.

5  MR WOLOSZ: So did you make friends with anyone while you were in the United States?

MR SCHWARTZ: Objection. I want to just state the same objection that I brought up earlier with respect to your private time not being the subject of the discussion if you don't want it

10  to be.

MS DEETLEFS: Yes I did.

MR WOLOSZ: Are you still in touch with any of the friends who you met?

MS DEETLEFS: No.

15  MR WOLOSZ: Did you meet a boyfriend while you were in the US?

MR SCHWARTZ: Objection. I'm sorry this is again going into very private things that have absolutely nothing to do with the case and it is subject to the protective order this type of line of

20  questioning.

MR WOLOSZ: Are you now going to answer?

MS DEETLEFS: I'm just waiting for you guys to finish.

MR SCHWARTZ: I mean I think I've made it clear that this is out of bounds according to the magistrate in this case.

25  MR WOLOSZ: All right I'll move on. But I want to be clear

21.09.16 /...

MR WOLOSZ                186                B DEETLEFS

MR WOLOSZ: Did you ever talk to them over the 'phone?

MS DEETLEFS: No.

MR WOLOSZ: Did the subject of the law suit come up in your communication with that potential match?

5   MS DEETLEFS: No.

MR WOLOSZ: Now, in the end you voluntarily withdrew from the re-match process, is that correct?

MS DEETLEFS: Yes.

MR WOLOSZ: Why?

10  MS DEETLEFS: I just wanted to go home.

MR WOLOSZ: And you asked Cultural Care for an earlier flight home, is that right?

MS DEETLEFS: Yes.

MR WOLOSZ: And Cultural Care was able to provide that?

15  MS DEETLEFS: Yes.

MR WOLOSZ: Do you remember when you left?

MS DEETLEFS: The date?

MR WOLOSZ: Ja. Approximately.

MS DEETLEFS: No.

20  MR WOLOSZ: Actually, I have it here. June 28th 2015. Does that sound right?

MS DEETLEFS: Yes.

MR WOLOSZ: So how long did you end up staying with the local child care consultant?

25  MS DEETLEFS: About a week and a few days.

21.09.16                                                /...