# Exhibit C

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 14-cv-03074-CMA-KMT
 3  _____

 4  VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                               August 30, 2016
 5  _____

 6  JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
    DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
 7  IVETTE GONZALEZ; on behalf of themselves and others
    similarly situated,
 8
    Plaintiffs,
 9
    v.
10
    INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
11  EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
    EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
12  HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
    CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
13  INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
    AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
14  d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
    LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
15  AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
    and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
16  AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
    d/b/a GOAUPAIR,
17
    Defendants.
18  _____

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

**1**

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT
_____
VIDEOTAPE DEPOSITION OF:   JOHANA PAOLA BELTRAN
                           August 30, 2016
_____
JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE
DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA
IVETTE GONZALEZ; on behalf of themselves and others
similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL
HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a
CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR
INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a
AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY
d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE,
LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX.
AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR;
and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL
AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE,
d/b/a GOAUPAIR,

Defendants.
_____
```

**2**

```
        PURSUANT TO NOTICE, the videotape
deposition of JOHANA PAOLA BELTRAN was taken on behalf
of the Defendant InterExchange, Inc., at 633 17th
Street, Suite 3000, Denver, Colorado 80202, on
August 30, 2016, at 9:13 a.m., before Carol M.
Bazzanella, Registered Professional Reporter, Certified
Realtime Reporter, and Notary Public within Colorado.

              A P P E A R A N C E S

For the Plaintiffs:

        ALEXANDER HOOD, ESQ.
        DAVID SELIGMAN, ESQ.
        Towards Justice
        1535 High Street, Suite 300
        Denver, Colorado 80218

For the Defendant InterExchange, Inc.:
        BROOKE A. COLAIZZI, ESQ.
        ERICA L. HERRERA, ESQ.
        Sherman & Howard L.L.C.
        633 17th Street, Suite 3000
        Denver, Colorado 80202

For the Defendant Expert Group International Inc. d/b/a
Expert AuPair:
        BOGDAN ENICA, ESQ.
        Law Office of Bogdan Enica
        111 2nd Avenue NE, Suite 213
        St. Petersburg, Florida 33701
        (Appearing Telephonically)

For the Defendant EurAuPair Intercultural Child Care
Programs:
        MARTHA L. FITZGERALD, ESQ.
        Brownstein Hyatt Farber Schreck, LLC
        410 17th Street, Suite 2200
        Denver, Colorado 80202
```

**3**

```
For the Defendant Cultural Homestay International:
        ADAM A. HUBBARD, ESQ.
        Holland & Hart LLP
        555 17th Street, Suite 3200
        Denver, Colorado 80202

For the Defendant Cultural Care, Inc. d/b/a Cultural
Care Au Pair:

        JUSTIN WOLOSZ, ESQ.
        Choate Hall & Stewart LLP
        Two International Place
        Boston, Massachusetts 02110
        (Appearing Telephonically)

        DIANE HAZEL, ESQ.
        Lewis Roca Rothgerber Christie LLP
        1200 17th Street, Suite 3000
        Denver, Colorado 80202

For the Defendant AuPairCare, Inc.:

        BRIAN P. MASCHLER, ESQ.
        Gordon Rees Scully Mansukhani LLP
        555 17th Street, Suite 3400
        Denver, Colorado 80202
        (Appearing Telephonically)

For the Defendant APF Global Exchange, NFP:
        LAWRENCE LEE, ESQ.
        Fisher & Phillips LLP
        1801 California Street, Suite 2700
        Denver, Colorado 80202

For the Defendants Agent Au Pair, American Cultural
Exchange, LLC d/b/a GoAupair and Associates in Cultural
Exchange, d/b/a GoAupair:
        KATHRYN A. REILLY, ESQ.
        Wheeler Trigg O'Donnell LLP
        370 17th Street, Suite 4500
        Denver, Colorado 80202
```

**4**

```
For the Defendant A.P.EX. American Professional
Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange,
Inc., d/b/a The International Au Pair Exchange:
        KATHLEEN CRAIGMILE, ESQ.
        Nixon Shefrin Hensen Ogburn, P.C.
        5619 DTC Parkway, Suite 1200
        Greenwood Village, Colorado 80111
        (Appearing Telephonically)

Also Present:

        Justin Grant
        John Jensen, Videographer
        Christine LaMonica-Lunn
        Michael McHugh
        Jack Mudry, Interpreter
```

1 (Pages 1 to 4)

Case No. 1:14-cv-03074-CMA-KMT   Document 367-3   filed 09/26/16   USDC Colorado   pg 4 of 7

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

169

```
16:33:11   1              MS. COLAIZZI:  This is 23.
16:33:24   2              (Deposition Exhibit 23 was marked.)
16:33:36   3              MS. COLAIZZI:  The Bates number is
16:33:37   4      InterExchange 438 to 39.
16:33:40   5              MR. HOOD:  Thank you.
16:33:59   6              MS. COLAIZZI:  23, correct?
16:34:02   7              MR. HOOD:  Yep.
16:34:02   8         Q.   (BY MS. COLAIZZI)  Ms. Beltran, you've
16:34:02   9      been handed what's been marked as Exhibit 23.  Do you
16:34:13  10      recognize these emails?
16:34:17  11         A.   Can I read it?
16:34:19  12         Q.   Absolutely.
16:34:20  13              (The deponent perused the exhibit.)
16:35:13  14         A.   Yes.  I'm sorry, yes.
16:35:17  15         Q.   You read Exhibit 23?
16:35:22  16         A.   Yeah.
16:35:22  17         Q.   Did you understand it, or do you need the
16:35:25  18      interpreter to read it?
16:35:29  19         A.   The second one, please.
16:35:33  20              MS. COLAIZZI:  Go ahead.
16:35:35  21              THE INTERPRETER:  The interpreter is
16:35:37  22      looking at the second email here in the middle of the
16:35:41  23      page with the date of Thursday, December 8, 2012.
16:35:46  24              MS. COLAIZZI:  December 8 or December 6?
16:35:48  25      Excuse me.
```

170

```
16:35:50   1              THE INTERPRETER:  My old eyes again.  I
16:35:52   2      think it's December 6.
16:35:53   3              MS. COLAIZZI:  Thank you.
16:35:54   4              MR. HOOD:  We'll stipulate that it's
16:35:55   5      December 6.
16:35:56   6              MS. COLAIZZI:  Thank you, Counsel.
16:37:13   7              THE DEPONENT:  Thank you.
16:37:14   8              MS. COLAIZZI:  Thank you.
16:37:14   9         Q.   (BY MS. COLAIZZI)  Ms. Beltran, do you
16:37:17  10      recall these email exchanges reflected in Exhibit 23?
16:37:31  11         A.   I don't remember the second one, but the
16:37:33  12      first one, I do remember it well.
16:37:35  13         Q.   Okay.  On the second email, is that your
16:37:37  14      email address listed in the "To" line?
16:37:48  15         A.   Yes.
16:37:48  16         Q.   Do you have any reason to believe that you
16:37:50  17      did not at some point receive the second email
16:37:53  18      reflected in Exhibit 23?
16:38:05  19         A.   No.
16:38:09  20         Q.   The date on that second email is
16:38:10  21      December 6, 2012.  Did -- sorry.  Is that the date on
16:38:20  22      which InterExchange informed you that they could not
16:38:23  23      rematch you with another family?
16:38:37  24         A.   I think so, but I don't remember the date
16:38:39  25      exactly.
```

171

```
16:38:40   1         Q.   Okay.  After InterExchange informed you
16:38:42   2      that they couldn't match you -- let me back up.
16:38:47   3              At the time that they informed you they
16:38:49   4      couldn't rematch you, you were still living with Jorge,
16:38:54   5      correct?
16:39:05   6         A.   Yes.
16:39:06   7         Q.   Did you understand that when you left the
16:39:08   8      program, InterExchange would have to cancel your J-1
16:39:17   9      visa?
16:39:22  10         A.   Yes.
16:39:22  11         Q.   Okay.
16:39:49  12              MS. COLAIZZI:  24.
16:39:51  13              (Deposition Exhibit 24 was marked.)
16:39:51  14         Q.   (BY MS. COLAIZZI)  Looking at document
16:39:52  15      with Bates No. InterExchange 421.
16:39:54  16         A.   Can I say something related to this?
16:40:19  17         Q.   Just a minute, please.  Sorry, bear with
16:40:25  18      us for just a moment.  Okay.  Ms. Beltran, you've been
16:40:46  19      handed what's been marked as Exhibit 24.  Have you seen
16:40:55  20      this document before?
16:40:57  21              MR. HOOD:  Could I ask you to stop the
16:40:59  22      questioning until we get a copy of the exhibit?  Thank
16:41:06  23      you.
16:41:07  24              MS. COLAIZZI:  Sorry, I didn't -- sorry,
16:41:09  25      Alex.
```

172

```
16:41:09   1              MR. HOOD:  No.  No.  That's okay.
16:41:11   2              MS. COLAIZZI:  Do we need an extra one?
16:41:14   3      I've got an extra.
16:41:15   4              MR. HOOD:  No.  I think we can make -- we
16:41:16   5      can make do with this.
16:41:18   6              MS. COLAIZZI:  No, I got it.
16:41:19   7              MR. HOOD:  Are you sure?  Okay.  Thank
16:41:19   8      you, Brooke.
16:41:21   9              MS. COLAIZZI:  Sorry.
16:41:22  10         Q.   (BY MS. COLAIZZI)  Ms. Beltran, you've
16:41:23  11      been handed what's been marked as Exhibit 24.  Do you
16:41:28  12      recognize these emails at all?
16:41:36  13         A.   Yes.
16:41:36  14         Q.   Okay.  Would you agree with me that the
16:41:39  15      email on the bottom is dated December 28, 2012?
16:41:56  16              MR. HOOD:  I'm going to mark Ms. Beltran's
16:41:58  17      testimony with regards to her visa status at -- at the
16:42:05  18      end of her au pair experience as confidential under the
16:42:12  19      protective order.
16:42:18  20         Q.   (BY MS. COLAIZZI)  Do you remember the
16:42:19  21      question?
16:42:23  22         A.   Can you repeat it, please.
16:42:25  23         Q.   I think I just asked you if you would
16:42:26  24      agree with me that the bottom email is dated
16:42:30  25      December 28, 2012?
```

Case No. 1:14-cv-03074-CMA-KMT   Document 367-3   filed 09/26/16   USDC Colorado   pg 5 of 7

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## 173

```
16:42:47   1        A.  It says the date there, but I'm not good
16:42:50   2   at remembering dates.
16:42:50   3        Q.  Okay.  Do you have any reason to believe
16:42:52   4   it was not sent to you on December 28, 2012?
16:43:02   5        A.  No.
16:43:02   6        Q.  Okay.  And would you agree with me that
16:43:05   7   the email dated December 28, 2012, informs you that
16:43:09   8   InterExchange would be canceling your visa?
16:43:23   9        A.  Yes.
16:43:23  10        Q.  Okay.  And there's an email in the middle
16:43:27  11   of the page from you to Natalie, correct?
16:43:31  12        A.  Where?  Here?
16:43:40  13        Q.  In the middle.  It starts, "Hi, Natalie."
16:43:52  14        A.  Yes.
16:43:52  15        Q.  And do you recognize that as an email that
16:43:55  16   you sent to Natalie from InterExchange?
16:44:05  17        A.  Yes.
16:44:05  18        Q.  And you would agree with me that the top
16:44:07  19   email is addressed to your email account, correct?
16:44:21  20        A.  Yes.
16:44:21  21        Q.  And do you recall receiving this top email
16:44:23  22   on Exhibit 24?
16:44:26  23            THE INTERPRETER:  I'm sorry, the last part
16:44:28  24   of that question, ma'am?
16:44:31  25            MS. COLAIZZI:  The top exhibit on -- I'm
```

## 174

```
16:44:31   1   sorry.  Do you recall receiving the email on the top of
16:44:34   2   Exhibit 24?
16:44:43   3        A.  Yes.
16:44:43   4        Q.  (BY MS. COLAIZZI)  Did you respond at all
16:44:45   5   to Natalie's email, the top email in Exhibit 24 dated
16:44:51   6   January 2, 2013?
16:45:10   7        A.  Yes.
16:45:10   8        Q.  And do you recall what that response was?
16:45:16   9        A.  Was it this one?  This is the electronic
16:45:25  10   mail, the email that they sent to me, and this is my
16:45:29  11   response.
16:45:29  12        Q.  I believe that your response is to the
16:45:32  13   email on the bottom.  Do you disagree with that?
16:45:42  14        A.  This one?  This part?
16:45:48  15        Q.  Is the email in the middle from you your
16:45:51  16   response to the email on the bottom?
16:46:07  17        A.  This one is the one -- the response to
16:46:10  18   this one, I think.
16:46:13  19            MR. HOOD:  Brooke, can we go off the
16:46:14  20   record for a second?
16:46:15  21            MS. COLAIZZI:  Yeah.
16:46:16  22            THE VIDEOGRAPHER:  Going off the record.
16:46:17  23   This is the end of Media Unit No. 3 in the videotape
16:46:20  24   deposition of Johana Paola Beltran.  The time is
16:46:25  25   4:46 p.m.  We are off the record.
```

## 175

```
16:46:29   1            MR. HOOD:  I knew that.
16:46:31   2            (Discussion off the record.)
16:48:28   3            (Recess taken, 4:48 p.m. to 4:55 p.m.)
16:55:22   4            THE VIDEOGRAPHER:  We are back on the
16:55:23   5   record.  This is the beginning of Media Unit No. 4 in
16:55:27   6   the videotaped deposition of Johana Paola Beltran.  The
16:55:31   7   time is 4:55 p.m.
16:55:36   8        Q.  (BY MS. COLAIZZI)  Ms. Beltran, at any
16:55:37   9   point did you receive notification that your J-1 visa
16:55:41  10   had, in fact, been canceled?
16:55:50  11        A.  Yes.
16:55:50  12        Q.  And were you still in California living
16:55:52  13   with Jorge at the time?
16:56:01  14        A.  I don't remember.
16:56:01  15        Q.  Okay.  What was Jorge's mother's name?
16:56:07  16        A.  I don't remember.
16:56:08  17        Q.  Was he related to Loraina in any way?
16:56:15  18        A.  No.
16:56:16  19        Q.  Okay.  When did you meet Loraina?
16:56:22  20        A.  Many years ago.
16:56:24  21        Q.  Here -- so in Colombia you met her?
16:56:28  22        A.  Yes.
16:56:28  23        Q.  Okay.  Were you in contact with her during
16:56:34  24   the time you lived with the Noonans?
16:56:37  25        A.  Yes.
```

## 176

```
16:56:37   1        Q.  Okay.  To your knowledge, had she
16:56:40   2   participated in the au pair program at any point in
16:56:43   3   time?
16:56:47   4        A.  Yes.
16:56:48   5        Q.  Okay.  And was she living in California at
16:56:51   6   the time you left the Noonans?
16:56:59   7        A.  No.  I don't think so.  No.
16:57:02   8        Q.  Where was she living, do you know?
16:57:07   9        A.  North Carolina.
16:57:08  10        Q.  Okay.  And do I remember correctly from
16:57:10  11   this morning that Loraina is the one who introduced you
16:57:13  12   to Orlando Salazar?
16:57:21  13        A.  Yes.
16:57:22  14        Q.  Okay.  And you met Mr. Salazar in
16:57:26  15   Los Angeles?
16:57:29  16        A.  Yes.
16:57:29  17        Q.  Okay.  Did Loraina introduce you in
16:57:31  18   person?  How did she introduce you if she was in North
16:57:36  19   Carolina and he was in California?
16:57:43  20        A.  Over the phone.
16:57:46  21        Q.  Was there a specific reason why she
16:57:48  22   introduced you to Mr. Salazar?
16:57:55  23        A.  I don't think so.
16:57:56  24        Q.  Okay.  You said you lived with Jorge for
16:58:01  25   about three months, correct?
```

Case No. 1:14-cv-03074-CMA-KMT   Document 367-3   filed 09/26/16   USDC Colorado   pg 6 of 7

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 177

A. Yes.
Q. Where did you go after that?
A. To New Jersey.
Q. Okay. Why did you go to New Jersey?
A. Because they had sent my papers for the student visa.
Q. When did -- do you recall when it was that you first requested a student visa?
A. When I was in California.
Q. Do you remember a month?
A. No.
Q. Was it in 2012 or 2013?
A. I don't remember.
Q. Were you living -- you were living with Jorge at the time you requested it; is that correct?
A. Yes.
Q. Okay. So you got your student visa, and you elected to go to New Jersey, correct?
A. Yes. When I sent my paperwork.
Q. Okay. And when you sent your paperwork, you had to tell them where you were going to go to school; is that correct?
A. I sent them directly to the school.
Q. Okay. Why did you pick New Jersey?
A. Because my representative lives there.

### 178

Q. Meaning Mr. Salazar?
A. Yes.
Q. How did it come to be that Mr. Salazar agreed to sponsor your student visa?
A. Because he's from the same country.
Q. Meaning Colombia?
A. Yes.
Q. Okay. Did you ask him to sponsor it, or did he offer?
A. He offered it.
Q. Okay. And did you give him money or anything in exchange for his agreement to sponsor your student visa?
A. Can you repeat the question, please.
  MS. COLAIZZI: Can you read it back, please.
  (The last question was read back as follows: "And did you give him money or anything in exchange for his agreement to sponsor your student visa?")
A. No.
Q. (BY MS. COLAIZZI) And when you went to New Jersey, did you start living with Mr. Salazar immediately?
A. Yes.

### 179

Q. During your time with the Noonans did you receive your stipend payment every week?
A. Yes.
Q. During your time with the Noonans were you receiving extra financial support from anyone or any other source?
A. No.
Q. I want to go back for a minute to the testimony about your meals. Did you leave the house at any point in time while you were living with the Noonans?
A. What do you mean by that?
Q. Did you go places?
A. Yes.
Q. How did you get to those places?
A. With the bicycle.
Q. You had a bicycle?
A. Yes.
Q. Was it a belonging of the Noonan family or did you get it from somewhere else?
A. It was from the Noonans.
Q. Okay. Any other way that you got around other than bicycle?
A. Well, Priscilla's friends, sometimes they would come and pick us up.

### 180

Q. Okay. And you testified before that Mrs. Noonan had told you you could not take food out of her fridge, correct?
A. Yes.
Q. When she did buy food for you, where was it stored?
A. There was a small refrigerator that was in the basement.
Q. During the time that the Noonans didn't buy you food, did you ever go to the grocery store on your own?
A. No.
Q. Why not?
A. I didn't have a car to be able to get around.
Q. Could you have gone on your bicycle?
A. No. What about the bags though?
Q. Could you have carried any groceries on your bicycle?
A. I don't know.
Q. Okay. But you never tried?
A. No.
Q. Did Priscilla's friends ever take you to the grocery store?
A. No.

Case No. 1:14-cv-03074-CMA-KMT   Document 367-3   filed 09/26/16   USDC Colorado   pg 7 of 7

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

                                                            197

```
17:42:57  1   stipend at 195.75?")
17:44:14  2        A.  No.
17:44:18  3        Q.  (BY MS. COLAIZZI)  When you were living at
17:44:18  4   home in Colombia before becoming an au pair, did you do
17:44:22  5   any volunteer work with children?
17:44:37  6        A.  No.
17:44:37  7        Q.  The classes that you're currently taking
17:44:40  8   at Union County College, are they in English?
17:44:52  9        A.  Yes.
17:44:52 10        Q.  Are all of them in English?
17:44:57 11        A.  All of them.
17:44:59 12        Q.  And you indicated a few moments ago that
17:45:02 13   you still have an active Facebook account; is that
17:45:05 14   correct?
17:45:11 15        A.  Yes.
17:45:12 16        Q.  Do you have any other social media sites
17:45:14 17   or handles of any kind?
17:45:28 18        A.  Yes.
17:45:29 19        Q.  What do you have?
17:45:32 20        A.  All of them.
17:45:35 21        Q.  You're going to have to list them for me.
17:45:37 22   I'm sorry.
17:45:41 23        A.  Instagram.  Snapshot.
17:45:50 24            MR. HOOD:  Snapchat.
17:45:52 25        A.  Snapchat.  Skype.  Facebook.  Gmail.
```

                                                            198

```
17:46:01  1   Hotmail.
17:46:07  2        Q.  (BY MS. COLAIZZI)  Any others?
17:46:09  3        A.  Yes.  With the school, Canvas.  It's new.
17:46:22  4        Q.  What does it do?
17:46:33  5        A.  The professors send us emails with our
17:46:37  6   homework or they send us class notes.
17:46:40  7        Q.  Okay.  Anything else?
17:46:45  8        A.  I don't believe so.
17:46:45  9        Q.  Okay.  You had -- we've looked today at
17:46:49 10   some emails that were sent to you at a Hotmail email
17:46:52 11   address.  Is that the only Hotmail email address that
17:46:55 12   you have?
17:47:10 13        A.  I have Gmail.  But that was more for doing
17:47:16 14   work related to school.
17:47:18 15        Q.  So you only have the one Hotmail account;
17:47:21 16   is that correct?
17:47:27 17        A.  Yes.
17:47:27 18            MS. COLAIZZI:  Okay.  Let's take five.  I
17:47:28 19   think I'm done, or very close to it.
17:47:31 20            MR. HOOD:  Great.
17:47:32 21            THE VIDEOGRAPHER:  Going off the record.
17:47:34 22   The time is 5:47 p.m.
17:47:39 23            (Recess taken, 5:47 p.m. to 5:54 p.m.)
17:55:04 24            THE VIDEOGRAPHER:  We are back on the
17:55:05 25   record.  The time is 5:54 p.m.
```

                                                            199

```
17:55:09  1        Q.  (BY MS. COLAIZZI)  Ms. Beltran, I just
17:55:10  2   have three last-minute questions for you.  Okay?
17:55:19  3        A.  Yes, that's fine.
17:55:19  4        Q.  When you went from California to New
17:55:22  5   Jersey, did you fly or drive or take a train?  How did
17:55:25  6   you get there?
17:55:34  7        A.  Airplane.
17:55:34  8        Q.  Who paid for your ticket?
17:55:38  9        A.  My sponsor.
17:55:40 10        Q.  Mr. Salazar?
17:55:42 11        A.  Yes.
17:55:43 12        Q.  We talked this morning about the use of
17:55:45 13   that word "partner" in your discovery responses whom
17:55:49 14   you identified as Mr. Salazar.  Do you remember those
17:55:51 15   questions?
17:56:06 16        A.  Yes.
17:56:07 17        Q.  Do you currently have a boyfriend or
17:56:08 18   somebody that you date?
17:56:16 19        A.  No.
17:56:17 20        Q.  Have you at any point in time since
17:56:19 21   leaving the Noonans?
17:56:30 22        A.  No.  The -- I've been kidnapped just to be
17:56:34 23   in school all the time.
17:56:35 24        Q.  Okay.  And do you know anyone named Ellen
17:56:42 25   Goddard?
```

                                                            200

```
17:56:46  1        A.  No, I don't recall that.
17:56:48  2            MS. COLAIZZI:  Okay.  I don't have any
17:56:49  3   further questions.  I will turn it over to any other
17:56:53  4   defendant attorneys who may have questions.
17:57:04  5            MS. REILLY:  Just one quick question.
17:57:07  6            MR. HOOD:  Does she -- does she need to be
17:57:08  7   mic'd up to --
17:57:11  8            MS. COLAIZZI:  How about you just switch
17:57:12  9   with me?
17:57:14 10            MS. REILLY:  I'll go over here.
17:57:16 11            MR. HOOD:  Okay.
17:57:16 12            THE DEPONENT:  You can come up here and
17:57:17 13   sit down.
17:57:26 14                  EXAMINATION
17:57:26 15   BY MS. REILLY:
17:57:26 16        Q.  Hi.  I'm Katie Reilly.  I represent
17:57:31 17   GoAuPair, Agent Au Pair, and Au Pair in America.  Not
17:57:40 18   Au Pair in America, Au Pair International.  I'm sorry.
17:57:44 19   Long day.  On your Facebook page, who was it who sent
17:57:53 20   you the beautiful flowers for Valentine's Day?
17:57:58 21        A.  Somebody from the school.
17:58:08 22        Q.  Not Orlando?
17:58:10 23        A.  No.
17:58:13 24            MS. REILLY:  Okay.  Nothing further.
17:58:14 25   Thank you.
```