# Exhibit E

Johana Paola Beltran, et al.,

vs.

Interexhange, Inc., et al.,

Deposition of

Laura Mejia-Jiminez

September 14, 2016

Volume I

Job # 18766

```
                   LAURA MEJIA-JIMINEZ on 09/14/2016
                                                               Page 179
  1        Q.   Did they ever pay you $20 extra in any given
  2   week?
  3        A.   I don't remember.
  4        Q.   Did they ever pay you a hundred dollars in
  5   extra money in any given week?                              04:46:44
  6        A.   I don't remember.
  7        Q.   And when they did pay you the extra money, they
  8   paid in cash every time; is that right?
  9        A.   Yes.
 10        Q.   Did you ever deposit those monies in your bank    04:47:01
 11   account?
 12             MS. LOUIS:  Objection.
 13             THE WITNESS:  I already said that I didn't.
 14   BY MR. MASCHLER:
 15        Q.   Okay.  So there was not one time that you         04:47:13
 16   deposited the extra money for a particular week in your
 17   bank account; is that right?
 18        A.   I don't think so.
 19        Q.   Okay.  And some of it you sent back to your
 20   family; is that right?                                      04:47:41
 21             MS. LOUIS:  Objection.
 22             THE WITNESS:  Yes.
 23   BY MR. MASCHLER:
 24        Q.   And what did you -- how did you spend the -- if
 25   you did spend, the rest of the extra money that you         04:47:47
```



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

LAURA MEJIA-JIMINEZ on 09/14/2016

Page 180

1  received as an au pair for the Mele family?

2     A.   It's part of my privacy, isn't it?

3     Q.   I'm asking how you spent the money that you

4  received -- the extra money that you received as an

5  au pair for the Mele family.                                    04:48:12

6          MS. LOUIS:  And I'm going to object and

7  instruct you that you have a right -- you don't have to

8  answer the question.  The magistrate has already ruled

9  that you would not have to testify or give testimony

10 about what you did in your non-working time here in the          04:48:27

11 understanding, including if you feel it covers how you

12 spent your money.

13         THE WITNESS:  Perfect.

14         MR. MASCHLER:  I certainly disagree with that

15 characterization of the magistrate's ruling, so let's            04:48:42

16 mark that.  And we may have to be back.

17 BY MR. MASCHLER:

18    Q.   What bank were your stipend payments deposited

19 in?

20    A.   BNC [sic].                                               04:49:05

21    Q.   P.

22    A.   PNC.

23    Q.   Okay.  And did you receive bank statements from

24 PNC while you were an au pair for the Mele family?

25    A.   What do you mean, "bank statements"?                     04:49:25



LAURA MEJIA-JIMINEZ on 09/14/2016

Page 192

```
 1    down, but sometimes I put less.
 2        Q.   So for the week ended November 29, 2014, you
 3    put down "41 hours"; is that right?
 4        A.   Yes.
 5        Q.   Okay.  Now, if you look again at the first page     05:09:23
 6    of this exhibit, it indicates that you e-mailed this
 7    calendar schedule to Beth Lawrence and you cc'd Sherry
 8    Guent.  Do you see that?
 9        A.   Yes.
10        Q.   Okay.  And is it also correct that you had          05:09:56
11    complained to Beth Lawrence that you were asked to work
12    more than 45 hours a week in the month of December 2014?
13        A.   Yes.
14        Q.   And is it also correct that you sent her this
15    compendium of calendars that we've marked as Exhibit 53     05:10:24
16    in order to substantiate your claim you had worked more
17    than 45 hours a week in December of 2014?
18        A.   Yes.
19        Q.   Okay.  And is it also correct, Ms. Mejia, that
20    when Ms. Lawrence reviewed your documentation and added     05:10:57
21    up your hours, she determined that your claim that you
22    had been working more than 45 hours for particular weeks
23    in December of 2014 was not true?
24             MS. LOUIS:  Object to foundation.
25             THE WITNESS:  You mean she -- Ms. Lawrence          05:11:35
```



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

```
 1  counted?
 2  BY MR. MASCHLER:
 3      Q.   I mean, you provided her with this
 4  documentation to support your claim that you had been
 5  working more than 45 hours in particular weeks in              05:11:44
 6  December, and after that, Ms. Lawrence responded that
 7  you, in fact, had not worked more than 45 hours based --
 8  in particular weeks based on the schedule or calendar
 9  that you provided.  Do you recall that?
10      A.   It's not true.  She never responded to me in         05:12:12
11  that way.
12      Q.   You're testifying under oath that she never
13  took issue with your claim that you had worked more than
14  45 hours a week in December?
15          MS. LOUIS:  Object.  Foundation.                      05:12:37
16          THE WITNESS:  No.  I'm just saying that she
17  never sent me an e-mail back saying that she didn't
18  agree.
19  BY MR. MASCHLER:
20      Q.   Did she talk to you on the phone and tell you        05:13:03
21  that she didn't agree with your calculations?
22      A.   No.
23      Q.   Did she never -- she never, to your
24  recollection, communicated to you her belief that you
25  were not entitled to, quote/unquote, additional pay          05:13:16
```



```
 1  because Beth had told him on the phone.
 2          And I left the house, because he came home very
 3  angry.  He started attacking me verbally.  He started
 4  yelling.  He started hitting the walls.  So I said,
 5  "That's enough for me.  I'm leaving the house."                05:34:31
 6          I called a girlfriend of mine, Helen.  I asked
 7  if she could come and pick me up.  I grabbed my things,
 8  and I left.
 9  BY MR. MASCHLER:
10      Q.  In fact, you raised your voice at Carmen,              05:34:46
11  didn't, you on that occasion, and you used foul language
12  in front of the children; isn't that correct?
13      A.  No.
14      Q.  And, in fact, you falsely represented to Carmen
15  that Beth Lawrence had told you that it was okay for you       05:35:04
16  to leave immediately, when, in fact, she'd made no such
17  assurance to you?
18      A.  That's not true.
19      Q.  After December 30, 2014, did you ever work for
20  the Mele family as an au pair?                                 05:35:34
21      A.  No.
22      Q.  So you left the same day that you told Beth
23  that you were leaving; is that right?
24          MS. LOUIS:  Object to foundation.
25          THE WITNESS:  Of course.                               05:35:53
```



LAURA MEJIA-JIMINEZ on 09/14/2016
Page 205

```
 1  BY MR. MASCHLER:
 2      Q.  And do you know whether there were procedures
 3  that you were bound to follow with regard to an early
 4  termination of your au pair engagement?
 5      A.  Yes.  So when I talked to Beth about the              05:36:05
 6  rematch, she explained to me what process I had to
 7  follow.  She told me I had to speak to the family.
 8  There were two days for her to come over to our house to
 9  do a mediation, and then after that, if nothing could be
10  agreed upon, there were 14 days for me to find a new       05:36:51
11  family and for the family to find a new au pair.
12      Q.  And you were supposed to stay with the host
13  family during that two-week period, weren't you?
14      A.  Yes, I was supposed to stay there during that
15  period, but I'm a person first and an au pair second.      05:37:21
16  And Carmen was disrespectful towards me, and I wasn't
17  going to put up with that.
18      Q.  In fact, you lied to Carmen and told him that
19  Beth had told you it was okay to leave before that
20  two-week period; isn't that right?                          05:37:43
21          MS. LOUIS:  Objection.
22          THE WITNESS:  I never told that to Carmen.  I
23  told him I was leaving the house because of the
24  disrespectful way he was behaving with me.
25  BY MR. MASCHLER:                                            05:38:04
```



EXCEEDING YOUR EXPECTATIONS
COMBS REPORTING, INC.
DEPOSITION REPORTERS • LEGAL VIDEO

```
 1            THE WITNESS:  Because I've always thought that       
 2   what happened in my case is the fault of the agency, not      
 3   the family, because the agency knows that the family          
 4   needs somebody with a lot of time to be with them, and in     
 5   spite of that, they give them an au pair who isn't able       06:16:17
 6   to be there the number of hours that they need.               
 7   BY MR. MASCHLER:                                              
 8       Q.   What else did you have going on between July of      
 9    2014 and the end of December of 2014?                        
10       A.   What -- was I doing what?                            06:16:35
11       Q.   Well, you were living in their house; right?         
12    You got room and board paid for by the host family;          
13    right?                                                       
14            MS. LOUIS:  Object to foundation.                    
15   BY MR. MASCHLER:                                              06:16:56
16       Q.   Right?                                               
17       A.   Yes.                                                 
18       Q.   Okay.  You didn't have any other jobs during         
19    that time; right?                                            
20       A.   The time that I was au pair?                         06:17:07
21       Q.   Right.                                               
22       A.   Correct.                                             
23       Q.   Okay.  You went to school at night sometimes;        
24    right?                                                       
25       A.   Yes.                                                 06:17:21
```



LAURA MEJIA-JIMINEZ on 09/14/2016
Page 229

```
 1  you sent them a letter apologizing for the damage you
 2  had caused them.  Do you recall that?
 3          MS. LOUIS:  Object to foundation.
 4          THE WITNESS:  Yes, they mistreated me              06:32:24
 5  psychologically.  The last day Carmen verbally mistreated
 6  me, and he was hitting the walls.  I was afraid that day.
 7  BY MR. MASCHLER:
 8     Q.   Well, you used foul language in front of the
 9  children, didn't you?
10          MS. LOUIS:  Object to foundation.                  06:32:41
11          THE WITNESS:  No, sir.
12  BY MR. MASCHLER:
13     Q.   You screamed at Carlos, didn't you?  Carmen.
14  Excuse me.
15          MS. LOUIS:  Object to form.                        06:32:48
16          THE WITNESS:  I didn't yell at Carmen.  I said
17  to Carmen to stop yelling at me.  He was the one who was
18  yelling at me and attacking me.
19  BY MR. MASCHLER:
20     Q.   Did you pledge to be honest when you applied      06:33:02
21  for a position as an au pair with the Mele family?
22          MS. LOUIS:  Object to foundation.
23          THE WITNESS:  Yes.
24  BY MR. MASCHLER:
25     Q.   Okay.  And did you think honesty was an           06:33:17
```

