# Exhibit F

| | |
|---|---|
| **From:** | Lukey, Joan <joan.lukey@choate.com> |
| **Sent:** | Thursday, August 18, 2016 1:59 PM |
| **To:** | Lauren Louis; Matthew L. Schwartz |
| **Cc:** | Wolosz, Justin J.; Kruzer, Lyndsey M. |
| **Subject:** | Request to confer |

Lauren and Matthew,

I write for purposes of conferring regarding two issues that Cultural Care wishes to bring to the Court's attention, if acceptable resolution cannot be reached between us.

First, as you know, your client Dayanna Paola Cardenas Caicedo failed to appear for her deposition Tuesday, which Cultural Care had noticed to occur in Philadelphia, the city Ms. Cardenas Caicedo requested and in which she apparently lives, on a date that we were told was convenient for her. We were provided with no explanation for her failure to appear; and, as you know, Justin and Lyndsey both traveled to Philadelphia the day before to be present for the deposition. We intend to move promptly, including pursuant to Federal Rule of Civil Procedure 37(d), for an order providing that (1) all allegations regarding Ms. Cardenas Caicedo be stricken from the First Amended Complaint, and from the Second Amended Complaint if Plaintiffs' Motion for Leave to Amend is granted; and (2) Ms. Cardenas Caicedo and/or her counsel must pay reasonable costs incurred by Defendants as the result of Ms. Cardenas Caicedo's failure to attend her deposition. Please contact me to discuss this matter, or to advise us whether Plaintiffs will consent to this relief.

Second, your firm filed Plaintiffs' Motion to Amend and Incorporated Memorandum of Law on August 15, 2016, seeking leave to file a Second Amended Complaint. The copy of the proposed complaint appended to your motion, however, only contains the signature of Alexander Hood. Please advise whether the failure to include your firm on the proposed complaint's signature block was an oversight (in which case we request that you file a corrected version of that complaint), or whether Plaintiffs' position is that, if leave to amend is granted, Bois, Schiller & Flexner LLP will not be signing the Second Amended Complaint. Cultural Care, and likely other Defendants, would take issue with the latter position.

Thank you for your attention to these matters.


Joan A. Lukey



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally

exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](http://choate.com)