# Exhibit I

**From:** Matthew L. Schwartz
**Sent:** Friday, August 26, 2016 4:08 PM
**To:** 'Lukey, Joan'; Lauren Louis
**Cc:** 'Wolosz, Justin J.'; 'Kruzer, Lyndsey M.'; 'Alex Hood'; 'James Lyons'; 'Diane Hazel'
**Subject:** RE: Request to confer

Ms. Lukey--

I am driving at the moment and not in a position to speak for several hours. Given that there is no urgency to this issue (although I appreciate your saying that you had intended to file your motion today), I suggest we speak at your convenience on Monday. Let me know when you are available.

-mls



Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)



-----Original Message-----
**From:** Lukey, Joan [joan.lukey@choate.com]
**Sent:** Friday, August 26, 2016 03:57 PM Eastern Standard Time
**To:** Matthew L. Schwartz; Lauren Louis
**Cc:** Wolosz, Justin J.; Kruzer, Lyndsey M.; 'Alex Hood'; James Lyons; Diane Hazel
**Subject:** RE: Request to confer


Hello –
   In response to your email:
   Please understand that the principle relief that we seek in our Motion for Sanctions (already drafted – I was planned to seek conferral with Lauren today) is the striking of the allegations relating to Ms. Cardenas Caicedo from the Complaint/Amended Complaint and her dismissal with prejudice from the case.  Having received no indication as to why she did not show up for her deposition, we have no choice in that regard.  If she were ill or experiencing a family emergency, we would be approaching the situation differently.  But, for all we know,  she doesn't want to be a plaintiff in the case.
   In specific response to your inquiry, our costs fall into two buckets:
   First, with regard to the aborted deposition, as to which there has been no suggestion that Ms. Cardenas Caicedo is interested in rescheduling, Choate's fees (at a discounted rate for this matter) amount to $43, 705.  I do not have the Lewis Roca charges yet, so I will provide an estimate of around 15% of that amount, i.e., c. $6,555 for a fee total of about $50,260.  [By copy of this email, I am asking Jim or Diane to let me know the validity, or not, of this assumption.]  The direct costs, e.g. for flights and hotel, are $1,883.  We may consider an additional fee discount more in line with Denver rates, but we haven't made that decision yet; so the total costs attributable to the aborted deposition at the moment are an estimated $52,143.75, subject to input from Lewis Roca.

1

      Second, we are asking in the Motion for Sanctions for fees for preparation and prosecution of the Motion.  Given that we still haven't been given a reason for Ms. Cardenas Caicedo's failure to appear, we believe that is the only course we can follow.  So far, those amount to $27,950 at our discounted rates for this case.

      Considered together, the fees and costs currently claimed are in the approximate amount of $80,100.   If it is necessary to finalize and file the Motion, the number would presumably go up.

      We should also note that other Defendants incurred costs in connection with the aborted deposition, and we do not speak for them.

      We are willing to discuss the fees and costs, and we would consider the possibility of Ms. Cardenas Caicedo remaining as an opt-in plaintiff if we are provided with confirmation that she *wants* to do so.  The one item from which we cannot walk away under these circumstances is the removal of Ms. Cardenas Caicedo as a putative class representative with no option of reversing her position later.

      We are planning to file the motion by COB today if possible.  Are you available to discuss?  I would be glad to call you at your office or on your cell, or you can reach me on my cell as long as you give me a time, 617-733-3336.  (I am not always within range of the phone.)  Thank you.

Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Matthew L. Schwartz [mailto:mlschwartz@BSFLLP.com]
**Sent:** Thursday, August 25, 2016 8:43 PM
**To:** Lukey, Joan; Lauren Louis
**Cc:** Wolosz, Justin J.; Kruzer, Lyndsey M.; 'Alex Hood'
**Subject:** RE: Request to confer

Ms. Lukey --

So that we may understand and consider your requests, and in advance of any discussion, please let us know what you consider to be defendants' reasonable costs. Thank you.

-mls



Matthew L. Schwartz
BOIES, SCHILLER & FLEXNER LLP
212-303-3646 (Direct)
646-337-5787 (Mobile)



-----Original Message-----
**From:** Lukey, Joan [joan.lukey@choate.com]
**Sent:** Thursday, August 18, 2016 01:59 PM Eastern Standard Time

2

**To:** Lauren Louis; Matthew L. Schwartz
**Cc:** Wolosz, Justin J.; Kruzer, Lyndsey M.
**Subject:** Request to confer

Lauren and Matthew,

I write for purposes of conferring regarding two issues that Cultural Care wishes to bring to the Court's attention, if acceptable resolution cannot be reached between us.

First, as you know, your client Dayanna Paola Cardenas Caicedo failed to appear for her deposition Tuesday, which Cultural Care had noticed to occur in Philadelphia, the city Ms. Cardenas Caicedo requested and in which she apparently lives, on a date that we were told was convenient for her.  We were provided with no explanation for her failure to appear; and, as you know, Justin and Lyndsey both traveled to Philadelphia the day before to be present for the deposition.  We intend to move promptly, including pursuant to Federal Rule of Civil Procedure 37(d), for an order providing that (1) all allegations regarding Ms. Cardenas Caicedo be stricken from the First Amended Complaint, and from the Second Amended Complaint if Plaintiffs' Motion for Leave to Amend is granted; and (2) Ms. Cardenas Caicedo and/or her counsel must pay reasonable costs incurred by Defendants as the result of Ms. Cardenas Caicedo's failure to attend her deposition.  Please contact me to discuss this matter, or to advise us whether Plaintiffs will consent to this relief.

Second, your firm filed Plaintiffs' Motion to Amend and Incorporated Memorandum of Law on August 15, 2016, seeking leave to file a Second Amended Complaint.  The copy of the proposed complaint appended to your motion, however, only contains the signature of Alexander Hood.  Please advise whether the failure to include your firm on the proposed complaint's signature block was an oversight (in which case we request that you file a corrected version of that complaint), or whether Plaintiffs' position is that, if leave to amend is granted, Bois, Schiller & Flexner LLP will not be signing the Second Amended Complaint.  Cultural Care, and likely other Defendants, would take issue with the latter position.

Thank you for your attention to these matters.


Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](choate.com)