# Exhibit J

**From:** Lukey, Joan <joan.lukey@choate.com>
**Sent:** Tuesday, August 30, 2016 11:01 PM
**To:** Lauren Louis; Matthew L. Schwartz
**Cc:** Wolosz, Justin J.; James Lyons
**Subject:** RE: sanctions issues

Lauren –

On Monday, Matt asked me for another 48 hours (following my initial outreach the preceding Friday and our agreement on Saturday to speak on Monday). We cannot sit on our rights indefinitely with regard to Ms. Caicedo's no-show, or we could be perceived as undercutting the urgency of our own situation, even though the urgency is very real.

Coupled with the absence of any response from you, or as far as we know Ms. Deeflefs, with regard to Mr. Swanepoel's plea to hear from Ms. Deetlefs so he can move the visa process forward, I feel as if we are being strung along. We need to get these depositions done so that we can build them into any opposition that we decide to file to your conditional certification motions.

You were the one covering Ms. Caicedo's aborted deposition, and Mr. Schwartz told me Monday morning that he's on Cape Cod (not a difficult place to make contact). I'm right in the vicinity from Friday through Monday morning each weekend. We really need to hear from you. My concern is that you are trying to talk Ms. Caicedo into being a putative class rep when she has decided – for whatever reason – that she does not want to proceed.   We need this resolved.

Thank you.
Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Lauren Louis [mailto:llouis@bsfllp.com]
**Sent:** Tuesday, August 30, 2016 10:33 PM
**To:** Lukey, Joan; Matthew L. Schwartz
**Cc:** Wolosz, Justin J.; James Lyons
**Subject:** RE: sanctions issues

Hi Joan,
I don't know whether Matt conveyed this when you and he conferred yesterday, but he is on vacation with his family this week. I have not been successful in reaching him and don't know when I will. Your message does not explain why the motion would have to be filed tomorrow morning but absent an exigency I would ask you to afford a reasonable opportunity for response from the attorney with whom you conferred on this.

Lauren

Sent with Good (www.good.com)


-----Original Message-----
**From:** Lukey, Joan [joan.lukey@choate.com]
**Sent:** Tuesday, August 30, 2016 05:19 PM Eastern Standard Time
**To:** Matthew L. Schwartz; Lauren Louis
**Cc:** Wolosz, Justin J.; James Lyons
**Subject:** sanctions issues


Hello –
       I gather you have heard from everyone who is going to seek fees.   It remains the position of Cultural Care Au Pair that, in the absence of any explanation whatsoever at the time of the aborted deposition in Philadelphia on August 22, or for that matter even through today, regarding Ms. Cardenas Caicedo's failure to appear,  she must be stricken as a putative class representative and reasonable costs must be reimbursed.
       As you requested, we held up filing the motion on Friday, and for two more days after Matt and I spoke Monday morning.   We really feel that we must file tomorrow morning.  If there is anything that you want to discuss, please let me know.
       Thank you.

Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally

exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at [choate.com](choate.com)