**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI, BEAUDETTE DEETLEFS, DAYANNA PAOLA CARDENAS CAICEDO, and ALEXANDRA IVETTE GONZALEZ.

DATED at New York, New York this 3rd day of October, 2016.

    Respectfully submitted,

    */s/* Dawn L. Smalls

    Dawn L. Smalls
    BOIES, SCHILLER & FLEXNER, LLP
    575 Lexington Avenue
    7th Floor
    New York, NY 10022
    Phone: (212) 446 2300
    Fax: (212) 446 2350
    dsmalls@bsfllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3rd, 2016, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dawn L. Smalls
Dawn L. Smalls