IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**PLAINTIFFS' MOTION FOR A SIX-DAY EXTENSION OF TIME TO FILE ONE 40-PAGE BRIEF REPLYING TO DEFENDANTS' FIVE BRIEFS OPPOSING PLAINTIFFS' MOTIONS FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**

---

      Plaintiffs Johana Paola Beltran, Beaudette Deetlefs, Lusapho Hlatshaneni and Ivette Alexandra Gonzalez Cortes,[1] on behalf of themselves and others similarly situated, move the Court pursuant to Fed. R. Civ. P. 6, D.C. COLO. L CivR 6.1(b) and 7.1(a) and CMA Civ. Practice Standard 6.1(b)(1) for a 6-day extension of time to file replies to the briefs opposing conditional collective action certification filed by Defendants Cultural Care, Inc., d/b/a Cultural Care Au Pair ("Cultural Care"), InterExchange, Inc. ("InterExchange"), AuPairCare, Inc. ("AuPairCare") and American Cultural Exchange, LLC, d/b/a GoAuPair ("GoAuPair") and joined by Defendant American Institute for Foreign Study, d/b/a Au Pair in America ("AIFS"). Plaintiffs further

---

[1] Plaintiffs Laura Mejia, Juliane Harning and Nicole Mapledoram, who are named in the Second Amended Complaint, join in the present Motion.

1

seek leave to file one 40-page reply brief in opposition to the four opposition briefs that have been filed by Defendants Cultural Care, InterExchange, AuPairCare and GoAuPair (Dkts 353, 359, 360 and 362) and the opposition brief that Defendant Expert Group International, Inc., ("Expert AuPair") is expected to file on October 6, 2016.

### Certification of Compliance with D. Colo. L. Civ. R. 7.1(a)

On October 4, 2016, counsel for Plaintiffs conferred with counsel for Defendants Cultural Care, InterExchange, AuPairCare, AIFS, GoAuPair, and Expert AuPair. Counsel for Defendants Cultural Care, InterExchange, AuPairCare, GoAuPair, AIFS and Expert AuPair responded and indicated no objection to Plaintiffs' motion for an extension of the briefing schedule.  Counsel for Defendants Cultural Care, AuPairCare, GoAuPair, AIFS and Expert AuPair further indicated no objection to Plaintiffs' request for leave to file one 40-page reply brief.  Counsel for Defendant InterExchange opposes Plaintiffs' request for leave to file one 40-page reply brief on the grounds that it opposes a consolidated reply to the motion.

In support of this motion for an extension of the briefing schedule set by the Court and the page limits permitted under the Local Rules, Plaintiffs state as follows:

1. On August 19, 2016, the Court set a briefing schedule for all Defendants to file any opposition to Plaintiffs' motions for conditional certification by September 15, 2016, and for Plaintiffs to reply by October 6, 2016. At the same hearing, the Court encouraged the parties to work together to set the Plaintiffs' depositions so as to permit their examination before the Defendants' opposition deadline.

2. Defendants Cultural Care, InterExchange, AuPairCare and GoAuPair have all filed briefs in opposition to Plaintiffs' motions for conditional class certification. Defendant AIFS has joined in the opposition briefs filed by its co-defendants. Plaintiffs' replies to those opposition briefs are presently due on October 6, 2016.

3. With leave of the Court, Defendant Expert AuPair's deadline to file its conditional class certification opposition was extended until October 6, 2016, and Plaintiffs' reply to Expert AuPair's opposition is due on October 12, 2016. This extension was sought as an accommodation to Plaintiff Nicole Mapelodram's pre-existing travel schedule and to permit Plaintiff Mapledoram to be deposed on October 3, 2016.

4. Plaintiffs seek leave to file one 40-page reply to all five defense opposition briefs on the same date: October 12, 2016. This will make the most efficient use of the Court's and the parties' limited resources by permitting Plaintiffs to coordinate their responses to all of the various opposition briefs — thereby avoiding redundancies — and reducing Plaintiffs' total pages of reply briefing from 50 to 40 pages.

5. In addition, certain of Plaintiffs' counsel are located in South Florida, where a Category 4 hurricane is forecast to make landfall on or about October 6, 2016 — the same day Plaintiffs' replies to the oppositions filed by Defendants Cultural Care, InterExchange, AuPairCare and GoAuPair (and joined by Defendant AIFS) are presently due. The extension will permit those lawyers to focus their full attention on preparing for this dangerous storm.

6. The requested extension will not delay any other deadlines in this case. Indeed, at the hearing setting the briefing schedule, the Court opined that Plaintiffs' motions for conditional certification would not be considered until all of the briefing was completed, thus expressing a preference for a uniform briefing schedule.

Wherefore, Plaintiffs respectfully seek an extension of time, until October 12, 2016, to reply to the opposition briefs filed by Defendants Cultural Care, InterExchange, GoAuPair and AuPairCare and joined by Defendant AIFS. Plaintiffs further seek leave to file one 40-page reply to the opposition briefs filed by Defendants Cultural Care, InterExchange, GoAuPair and AuPairCare and the opposition brief that Defendant Expert AuPair is expected to file on October 6, 2016.

Dated:   October 4, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

 / Lauren Louis
Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
575 Lexington Avenue
New York, New York  10022

Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

Case No. 1:14-cv-03074-CMA-KMT   Document 373   filed 10/04/16   USDC Colorado   pg 5 of 8

## **Certificate of Service**

I hereby certify that on October 4, 20116, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place #301
Dillon, CO 80435
brian@rietzlawfirm.com

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Email: chammond@duffordbrown.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302
Email: aahubbard@hollandhart.com

Robert M. Buchanan, Jr. Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Choate Hall & Stewart LLP Two International Place Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com

Jessica L. Fuller
Diane Hazel
James M. Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com
jlyons@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701
Email: Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400

7

Denver, CO 80202
Email: Rhoadesm@gtlaw.com
Email: Estevaom@gtlaw.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Erica Lynn Herrera
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com
Email: eherrera@shermanhoward.com

Brian P. Maschler
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San Francisco, CA 94579
bmaschler@gordonrees.com

John R. Mann
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: pkozal@gordonrees.com
Email: tquinn@gordonrees.com


        /s/  Lauren Louis
        Lauren Louis, Esq.