IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## [PROPOSED] ORDER

---

**THIS CAUSE** came before the Court on Plaintiffs' Motion for a Six-Day Extension of Time to File One 40-Page Brief Replying to Defendants' Five Briefs Opposing Plaintiffs' Motions for Conditional Collective Action Certification.  The Court, having reviewed the file and being otherwise duly advised, hereby GRANTS Plaintiffs' Motion. It is SO ORDERED:

1. On or before October 12, 2016, Plaintiffs may file one Reply Brief not to exceed forty (40) pages in further support of their motion for conditional collective action certification.


IT IS SO ORDERED.

DATED: _____        _____
                                                                     The Hon. Christine M. Arguello
                                                                     United States District Court