IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

Defendants.

## DECLARATION OF MARK GAULTER

I, Mark Gaulter, declare as follows:

1. My name is Mark Gaulter, I am well over the age of 18 and I make this declaration based upon personal knowledge. If called as a witness I am able to testify competently to the matters set forth in this declaration.

2. I am the CEO of Expert Group International Inc., d/b/a Expert AuPair, one of the 15 defendants in the above captioned action.

3. Expert AuPair is designated by the Department of State ("DOS") to be a private sector program sponsor for the U.S. Au Pair Program.

4. DOS has established a comprehensive set of regulations that govern J-1 visa exchange programs generally and the Au Pair program specifically. Pursuant to these regulations, sponsor organizations, including Expert AuPair, must inform host families that they are required to pay a minimum weekly stipend based on the rate of the federal minimum wage and a 40% deduction for room and board. In approximately 2009 DOS advised sponsor

1

organizations that, beginning July 24, 2009, the required minimum amount for the weekly stipend will be $195.75. A true and correct copy of the DOS notice is attached hereto as Exhibit 1.

5. Pursuant to DOS regulations, Expert Au Pair provides a template agreement, The Employment Contract, for the host families and au pairs to fill in as appropriate and sign. This agreement also includes the required disclosure regarding the minimum weekly stipend and the maximum work hours. The template allows host families to determine - subject to compliance with DOS regulations - the au pair's work schedule and responsibilities, and the amount of weekly stipend. Redacted copies of the Employment agreements signed by Nicole Mapledoram are attached hereto as Exhibit 2 and Exhibit 3.

6. Also pursuant to DOS regulations, Expert AuPair requires a written agreement between the sponsor and au pair. Expert AuPair's standard agreement discloses, amongst other things, the DOS requirement that the host families have to pay a minimum weekly stipend of $195.75 and that the au pairs may not work more than 45 hours each week. A true and correct copy of the au pair contract signed by Nicole Mapledoram is attached hereto as Exhibit 4.

7. Nicole Mapledoram was referred to Expert AuPair after she already agreed on the conditions of her employment with her first host family. She was referred by Christian Au Pair, a foreign entity based in the United Kingdom, which was not acting at the time as an agent for Expert AuPair.

8. Because Mapledoram was a "pre-matched" candidate, Expert AuPair did not contribute in her negotiations with the family or setting her wages.

9.  Nicole Mapledoram subsequently worked for a different host family in Colorado, the Kelloff family.  She found the second family through a friend rather than choosing a family provided by Expert AuPair.  Nicole had been introduced to at least one family who was willing to pay significantly more than $195.75 per week.

10.  From reviewing the financial data of Expert AuPair I can determine that Nicole Mapledoram was invoiced the amount of $800.00 for our services and that to date, Nicole Mapledoram has never paid any amount of money to Expert AuPair for this invoice.

11.  In the five years prior to and including 2016 the amount of the weekly stipend paid by host families to au pairs placed by Expert AuPair in Colorado ranged from $195.75 to at least $961.54.

12. I declare under the penalty of perjury that the foregoing is true and correct.

Dated on:

October 6, 2016

Mark Gaulter, PhD