# The Employment Contract

Date of Employment Commencement: **May 5, 2014**

This document serves as a childcare employment contract between **Joshua and Elizabeth Bryant**, hereafter referred to as "The Employer," and **Nicole Mapledoram**, hereafter referred to as "The Au Pair."

IT IS AGREED, that The Employer will employ The Au Pair according to the terms and conditions outlined herein.

## 1 Terms of Employment

### Hours

The workweek shall be from Monday until Sunday. The Au Pair is employed to work in the The Employer's home according to the following schedule:

| Day | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| Start time | 9:00AM | 9:00AM | 7:00AM | 1:00PM | 9:00AM | 7:00AM | OFF |
| End time | 5:00PM | 5:00PM | 3:00PM | 9:00PM | 5:00PM | 12:00PM | — |
| Start time | | | | | | OFF | — |
| End time | | | | | | — | — |

*Please Note: Au pairs may not work more than 10 hours in any day, or 45 hours in any workweek. They must have at least 1.5 full consecutive days off a week and they must have at least 1 free weekend a month. Any schedule changes should be given in writing to the au pair not later than the Friday before the workweek starts. Any time the Au Pair is responsible for the children - is a work hour, even if the children are sleeping.*

### Children

The children under care of The Au Pair during working hours are listed below:

| First name: | [redacted] | Last name: | BRYANT | Birth date: | [redacted] |
|---|---|---|---|---|---|
| First name: | [redacted] | Last name: | BRYANT | Birth date: | [redacted] |
| First name: | [redacted] | Last name: | BRYANT | Birth date: | [redacted] |
| First name: | | Last name: | | Birth date: | |

*Please Note: Au Pairs may not care for a child under the age of 2 without at least 200 hours of documented infant care experience. A parent or responsible adult must be present when an au pair is caring for a child under three months. Special needs children may only be placed in the care of an au pair with specifically identified experience, skills, or training in caring for children with special needs.*

## 2 Duties

The Au Pair will be required to attend to the following additional childcare-related duties during work hours:

*Children's laundry, straightening children's rooms, bathing children, cleaning children's play areas, preparing children's meals*

*Please Note: These duties may include, but are not limited to, washing children's laundry, straightening children's rooms, bathing children, and cleaning children's play areas. Only childcare-related duties are allowable. For example, "children's laundry" is acceptable, but "laundry" is not.*

## 3 Remuneration

### Salary

The Employer agrees to pay The Au Pair a salary of $ _195.75_ per week. This salary will be paid every: ☒ week    ☐ two weeks

Pay day will be _Friday_

Payment will be made by: ☒ check    ☐ other (please specify) _____

*Please Note: Au pairs must be paid at least $195.75 per week and payment should be documented.*

## *Deductions*

The Employer agrees to pay the Au Pair's full wages with no deductions except for deductions specifically required by Federal, State or local taxation law.

The Employer shall be responsible for reporting to the IRS and the relevant State body of taxation the following: Federal withholding, State withholding and if applicable, Social Security and Medicare contributions.

## 4 Accommodation

### *Bedroom*

The Au Pair will have a private bedroom in The Employer's home.

### *Bathroom*

The Au Pair will have access to bathroom facilities. These facilities will be:
- ☐ shared with children
- ☐ private
- ☑ shared with another family member __Household use__
- ☐ en suite

## 5 Privileges

### *Car*

The Au Pair
- ☑ will have access to a car
- ☐ will not have access to a car

If access to a car is allowed, the car will be:
- ☑ Shared       ☐ Private
- ☑ Available for use after hours according to the following schedule:

__To Be Determined__

The Au Pair will be insured for use of this car by The Host Family, and The Au Pair's deductible will be $ __500.00__ (not greater than $500).

Car Make/Model/Color/Year __BMW / X5 / Blue / 2005__

The Au Pair will have or will obtain an appropriate driving license before operating a vehicle.

### Phone Privileges

The Au Pair will have access to a phone according to the following schedule and restrictions:

_There will not be a home phone line. The Au Pair must have her own mobile phone._

Long distance calls are to be paid for by:
☑ The Au Pair            ☐ The Employer

### Educational Expenses

The Employer shall reimburse documented expenses for tuition and/or fees for courses that the Au Pair enrolls in at accredited institutions of higher education, once those fees have been paid by the Au Pair. Such reimbursement shall be immediately provided on request by the Au Pair, and the total amount of reimbursement over the duration of this contract shall not exceed $500. Alternatively, the Au Pair may present a bill from the institution to The Employer for immediate payment.

### Additional Privileges

The following additional privileges will be included as part of this agreement:

## 6 Restrictions

### Curfew

The Au Pair
☐ will be subject to a curfew       ☑ will not be subject to a curfew.
If The Au Pair is subject to a curfew, the curfew schedule will be as follows:

### Additional Restrictions

The following additional restrictions will be included as part of this agreement:

## 7 Vacation

The Au Pair is entitled to two weeks of paid vacation. *(If vacation is not taken in full weeks, then the number of days of vacation shall be based on the number of days in The Au Pair's workweek.)*

Vacations must be taken at a mutually agreed time.

The following vacation time or constraints have been agreed *(this section may be left blank)*:

_____
_____

Neither the Employer nor the Au Pair can unilaterally require that vacation is taken at a particular time, except within the parameters of the stipulations above.

The Au Pair is entitled to the following two additional holidays, which shall be Federal Holidays, religious holidays, or culturally important days: __Christmas__ and __Easter__.

If no holidays are chosen by the Host Family, the holidays will default to July 4th and December 25th.

## 8 Sick Leave

The Au Pair may take sick leave when necessary. In the event of illness, The Au Pair must notify The Employer as soon as possible before the beginning of the next work day of The Au Pair's impending absence. The Employer may not lower The Au Pair's salary in response to The Au Pair's sick leave.

The Au Pair understands that excessive or abusive use of the sick policy may result in termination of this contract or mediation of this contract.

## 9 Confidentiality

The Au Pair shall not during his/her employment with The Employer, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law) without the prior written approval of The Employer divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to The Employer. This clause shall not be construed to prevent the Au Pair from reporting employment abuse or unsafe working conditions to Expert AuPair or to the appropriate authorities.

The Employer shall not during his/her employment with The Au Pair, or at any time thereafter (otherwise than in the proper course of her duties or as is required by law) without the prior written approval of The Au Pair divulge or disclose any information which, by reason of its character or the circumstances or manner of its disclosure, is evidently confidential to The Au Pair. This clause shall not be construed to prevent the Employer from reporting neglect, abuse, other job incompetence, or health and safety concerns, to the appropriate authorities.

## 10 Disciplinary Procedures / Termination of Contract

Reasons which might give rise to the need for measures under the Disciplinary & Capability Procedure include the following:
(a) causing a disruptive influence in the household
(b) job incompetence
(c) conduct, inside or outside normal working hours, prejudicial to the interests or reputation of The Employer.
(d) unreliability in time keeping or attendance
(e) failure to comply with instructions and procedures
(f) suspension or revocation of driver's license
(g) breach of confidentiality

In the event of The Employer needing to take disciplinary action the procedure shall, save in cases involving gross misconduct, be:
(i) Verbal warning and report to local representative, and then if there is no improvement,
(ii) Written warning, copied to local and regional representative, and then if there is no improvement
(iii) Termination

Termination of this agreement requires written notification with a full explanation and must be submitted in writing to both the Local Representative and to the corporate office of Expert AuPair. Both parties must give the standard two weeks notice of termination. Fees or charges owed but not reconciled by the Au Pair may be deducted from the final paycheck.

## 11 Addenda

_____
_____
_____
_____

## 12 General Terms

This contract shall be construed in accordance with and governed by the laws of the United States of America and the state of ___Colorado___. The parties submit to the exclusive jurisdiction of the justice system of the United States of America and the state of ___Colorado___.

I/We have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by our signatures below. I/We have interviewed The Au Pair over the phone and agreed to these conditions with The Au Pair before his/her arrival.

_Elizabeth H Burgund_      2-16-14
The Employer Signature      Date

_[signature]_      2/16/14
The Employer Signature      Date

I, The Au Pair, have read this contract, understand the terms and conditions, and agree to abide by them as witnessed by my signature below. I have spoken with The Employer via telephone and agreed verbally to these conditions of my employment before my arrival in the United States (or transfer to a new family, if a rematched au pair). I have read the The Employer's application and all of the agencies orientation information.

_[signature]_      26/4/14
The Au Pair Signature      Date