

**Au Pair Agreement**

111 Second Avenue NE Suite 213
St Petersburg, FL 33701
Phone: (727) 388-3472
Fax: (727) 231-8256
Email: admin@expertaupair.com

I, Nicole Mapledoram, hereby apply to be an au pair in a program administered by Expert AuPair. After I have received my visa and before I travel I will pay my fees. My fees are a non-refundable fee of $500, and the required airfare supplement for my country (if any).

**Minimum requirements**
1. I certify that my date of birth is: ███████
2. I have graduated from secondary school.
3. I agree to complete the psychometric test provided by Expert AuPair
4. I do not have a criminal record, and agree to submit a certified criminal background check.
5. If my visa is approved then I agree to complete 32 hours of child care courses provided by Expert AuPair.
6. I will submit a medical history report.
7. I will provide child care references.

**Working conditions**
I understand that my primary responsibility is to provide child care in accordance with my employment contract. If the child care I provide is of insufficient quality as judged by the host family, Expert AuPair will review this complaint. If Expert AuPair finds that my performance has breached my contract with the Host Family, or my contract with Expert AuPair, it may take action against me including assigning me to a new Host Family. In more serious cases, this action may include cancelling me from the au pair program. If I endanger children through negligence or deliberate act, I understand that I may immediately be terminated from the program. I understand that cancellation or termination will impact my ability to remain legally in the United States, and termination may impact my ability to reenter the United States in any status in the future.

My child care duties may include the following: cooking for the children; washing dishes for children; tidying children's room; cleaning children's room; washing and drying children's laundry; putting children's laundry away; transporting the children; teaching children; caring for and supervising playtime of children. All duties must be child care related and only for the child(ren) of the host family. If I am asked to perform services that are not child care related, or if I am asked to care for another family's child(ren), I will notify my Local Representative.

I will keep my living space clean and will not invite guests into the host family's house without permission from the family.

I am not responsible for caring for a special needs child unless I have been properly notified before matching and have the appropriate background for caring for the special needs child, and will notify my Local Representative if I am asked to do so.

I am entitled to two weeks paid vacation in the year I am in the United States. If I change host family mid-year after I have already taken my paid vacation, I will not receive any more paid vacation.

I am required to be in contact with the Local Representative and the Regional Representative every month. If I do not hear from the Local Representative and/or the Regional Representative in any given month, I will notify head office by email that the Local Representative and/or the Regional Representative has not contacted me. If I fail to communicate with the Local Representative and/or the Regional Representative each month and in a timely fashion, I may forfeit my paid airfare home and have to pay for my own transportation back to my home country.

**Required education**
I will enroll in and complete six (6) semester hours of academic credit or seventy-two (72) contact hours in an accredited U.S. post-secondary institution. I will receive a contribution of no more than $500 from my host family toward tuition and books, but I will pay any amount above this. If I change host family mid-year after I have already received an educational contribution, I will not be eligible to receive more than a total of $500 from all families.

**Expenses**
I agree to pay the fees detailed in schedule of fees. I understand that I may be responsible for reimbursing my host family for expenses I incur including, but not limited to, my telephone bill, gasoline used to drive for personal reasons, and my medical expenses.

**Flight home**
My flight home will be repaid only if I can demonstrate that I have complied with the terms of my J-1 visa. In particular, Expert AuPair will not purchase my flight in the following cases:
- If I strike a child or, through negligence or deliberate act, cause physical harm to a child.
- If I change status from J-1 au pair while in the United States.
- If I smoke in a house or car belonging to the family without permission.
- If I present myself for work under the influence of drugs or alcohol, or if I consume alcohol while working.
- If I leave the program before the end of my 12 months.
- If I do not complete my educational component.
- If I do not maintain contact with my Local Representative and my Regional Representative each and every month I am in the au pair program.

**Immediate removal**
I will be immediately removed from the host family, and will pay for my own flight home if:

- I strike a child or, through negligence or deliberate act, cause physical harm to a child.
- I present myself for work under the influence of drugs or alcohol or consume alcohol while working.
- I take illegal drugs before or during my program.
- I am charged with driving under the influence of alcohol.

At the discretion of Expert AuPair, I might be immediately removed from the host family, and in such case would pay for my own flight home, if I break any Federal, State or local law.

**Illegal drugs/alcohol**
I consent to a reasonable drug/alcohol test in the event that a credible complaint is made that I have presented myself for work under the influence of drugs or alcohol. I agree that if I refuse to give a sample, Expert AuPair will conclude either that I have taken illegal drugs or did present myself for work under the influence of alcohol.

**External employment**
I understand that it is a serious violation of U.S. law to accept unauthorized employment. J-1 au pairs are authorized to work only as au pairs with their host family. As stated in 22 CFR 62.40(b), an exchange visitor is subject to termination when he or she engages in unauthorized employment. Termination might impact my ability to reenter the United States in any status in the future.

**My health and safety**
Employees and agents of Expert AuPair may take whatever action they consider necessary to ensure my health and safety. I will not make any claim against Expert AuPair, its shareholders, directors, officers, employees, or independent contractors working on behalf of Expert AuPair because of actions taken with the intent of ensuring my health and safety.

**Liability**
I understand that Expert AuPair will arrange transportation and accommodation on my behalf, and I agree to indemnify and hold harmless Expert AuPair, its shareholders, directors, officers, employees, my host family, and independent contractors working on behalf of Expert AuPair in respect to any loss, damage, injury, or death resulting from any transportation relating to the program, any accommodation provided during my time in the US, or for any other product or service provided to me.

This document is to be interpreted in accordance with the laws of the State of Florida.

and any legal action will be brought and maintained in Pinellas County, Florida.

I understand that this is a legally binding contract.

Au Pair Signature:
Signature _[signature]_ Date 25/02/14.

EAP Signature:
(Signature of Responsible Officer or Alternate Responsible Officer)
Signature _[signature]_ Date 2/26/14
_[illegible] CEO_