IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.

    Plaintiffs,

v.

INTEREXCHANGE, INC., ET AL

    Defendants.

## DECLARATION OF MARK JEFFERY

I, Mark Jeffery, declare as follows:

1. My name is Mark Jeffery and I am over the age of 18.

2. I am the owner/manager of *Christian Aupairs*, a British company specializing in matching Christian families with Christian au pairs all over the world.

3. *Christian Aupairs* specializes in matching Christian girls, mainly from Europe, to Christian families in the USA. Having made the match, the process paperwork is done by one of our partners in the USA.

4. On or about October 2013, Nicole Mapledoram contacted *Christian Aupairs* about a possible match with a Christian family in the United States. Nicole was referred by her pastor, who served as a reference.

5. Shortly after, we were able to find a family for Nicole and we submitted her documents to CHI (Cultural Homestay International) for taking care of the sponsorship process.

6. As the first match broke before it even started, we were able to locate the Bryant family, a Christian family in Colorado, and put them in contact with Nicole.

7. Nicole Mapledoram was in touch with the Bryant family and she agreed on her employment conditions with Bryant family prior to me contacting Expert AuPair. Nicole and the Bryant family agreed that the weekly

stipend will be of $195.75.

8. After Nicole negotiated the terms of her employment with the Bryant family, I contacted Mark Gaulter from Expert AuPair about facilitating the sponsorship and visa.

9. Expert Au Pair facilitated the visa and the sponsorship process. To the best of my knowledge they did not interfere in any way in setting Nicole's wages or stipend.

I solemnly affirm under the penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge.

Executed on: September 30, 2016

Exeter, England

_____
MARK JEFFERY