ROUGH DRAFT

DEPOSITION OF:  NICOLE RENEE MAPLEDORAM

DATE:  October 3, 2016

Page 217

1   14th.  I believe it was the 15th.

2        Q.   Right.  When you say it might be -- you're

3   referring to Australia time or --

4        A.   That's why I'm a bit confused about the

5   date because of the timezone difference.

6        Q.   Okay.

7        A.   I don't know which date it was or -- based

8   on which times where I was at the time.

9        Q.   Which brings me to my next question, where

10  were you at?

11       A.   I was in Brisbane.

12       Q.   Brisbane?

13       A.   At my sister's house.

14       Q.   So you were in Brisbane, Australia.  Now,

15  I want you to take -- I don't want you to read out loud.

16  But I want you to take a look at phrase which starts with

17  I solemnly affirm and to tell me what's your

18  understanding of that?

19       A.   That everything in here is true and

20  accurate the best that I know at the time.

21       Q.   Okay.  So you do have the same legal terms

22  in Australia, like perjury and --

23       A.   I've heard that word before.  I don't

24  really know what it means or I don't know if we have it

25  in Australia.  I watch American TV shows.  I've heard it.

Page 219

1  Q. And if you want we can read the record
2  back, but I think you said --
3  A. Yes, so since seeing this document, I
4  realized that January may not be exactly accurate.
5  However, I did also tell you that I didn't complete this.
6  Q. Right.
7  A. As far as I can remember. It was made on
8  behalf of me by Christian au Pairs.
9  Q. Right. What I'm asking you today is can
10 you swear it was January?
11 A. No. It was approximately January or
12 February.
13 Q. Expert AuPair was one of the three
14 sponsors I applied to. We discussed a little bit about
15 sponsors. Would that statement still be accurate after
16 our discussion today?
17 A. Yes, but it depends on applied. I had
18 started my application process with some agencies that I
19 did not complete an application. So I completed an
20 application with two agencies and three sponsors.
21 Q. Or the other way around?
22 A. The other way around I'm sorry.
23 Q. Christian au Pairs is an agency but not a
24 sponsor?
25 A. Sure. Okay

Page 223

1      A.   My application paperwork perhaps.

2      Q.   And all three advised that my wage as

3  au pair would be 195.75.  When you say all three, to who

4  are you referring to again?

5      A.   Expert AuPair, AuPairCare and CHI.

6      Q.   Okay.  So that part we leave unchanged?

7      A.   Yes.

8      Q.   Okay.  Let's move to the second -- the

9  third paragraph.  I did not make my selection on how much

10  I could learn because the information that was publically

11  available from sponsors told me I would be paid the same

12  amount no matter which one accepted my application.

13      A.   That's accurate.

14      Q.   Okay.  I paid approximately $500 U.S. to

15  expert au pair to apply for the program.  I also had the

16  pay $500 U.S. for the air far?  Is that still accurate

17  today after looking at invoices?

18      A.   I would still say approximately that's

19  correct, but looking at the invoice, I's $800 total, not

20  1,000, but.

21      Q.   Right.  So you received that invoice,

22  right?  You produced that invoice?  You gave us that

23  invoice?

24      A.   Yes.  I'm saying to me like 500 and 500 is

25  approximately the same as 400 and 400.  So at the time I

Page 224

```
 1  wrote this approximately was accurate.  But now I've read
 2  this document today I would change that and say I paid
 3  $800.
 4       Q.  So you would say this to say you paid 800?
 5       A.  I would -- actually, no.  If I was to
 6  change this, I would probably say I paid $500 -- I would
 7  leave it the same, and then I would add after I paid 500
 8  for my airfare that I received a discount for my
 9  pre-match with my family.
10       Q.  Okay.  So you received a discount after
11  you paid it?
12       A.  That's what's on the invoice.
13       Q.  Well, the invoice --
14       A.  I'm sorry.  Can you ask that question
15  again?
16       Q.  You said after I paid the amount I
17  received a discount --
18       A.  No, no, that's not what I said.
19       Q.  Oh, no.
20       A.  I said I would add into the sentence after
21  the sentence I also had the pay 500 for my airfare I
22  would add the sentence I also received a 200-dollar
23  discount to pre-match.
24       Q.  Right.  Which means you were not supposed
25  to pay the 500 and you didn't pay it actually, correct?
```

Page 226

1  then minus a discount.  So I would put that in if I was

2  writing this again today.

3          Q.   But just to make sure you didn't pay the

4  amount and you got do discount?

5          A.   That's correct.

6          Q.   You're actually supposed to pay less?

7          A.   I'm actually supposed to pay less,

8  correct.

9          Q.   Okay.  So I recall I also paid $256 to the

10  embassy?

11          A.   I would actually update that now because I

12  have after today remembered other amounts that I paid for

13  my visa to the embassy.

14          Q.   And what is the amount?

15          A.   I don't know the exact amount.  I know

16  that I paid for my first visa with CHI.  I paid with my

17  second visit with Expert AuPair and I paid for my third

18  visa with my extension year, which was only required

19  because I was leaving the country and there was a mistake

20  made with Expert AuPair with the date on my initial visa.

21  So I wouldn't have needed to get a third visa if they

22  didn't make a mistake.

23          Q.   So do you remember how much you paid?

24          A.   I would guess it was approximately the

25  same amount.

Page 228

1      A.   Yeah, so maybe the word presented, perhaps

2   organized by Expert AuPair.

3      Q.   Okay.

4      A.   Some of it was presented by them and some

5   of it was not, but it was all organized by them.

6      Q.   Okay.  And when you say training, which

7   covered the aspect of effective duties that you would be

8   expected to perform, that was not everything the training

9   was about.  You told me it was about Social Security and

10  the insurance.

11     A.   That's correct.  I would think of a better

12  way to word that question -- that statement.

13     Q.   Okay.  So maybe you could -- okay.  And

14  I'm going to skip the next paragraph because it's mine.

15  Actually I'm not going to skip.  I'm going to read.  They

16  told us during training that we all -- we would all be

17  paid the same weekly stipend and it was an amount set by

18  the Department of State.  We were told that au pairs are

19  paid the same no matter where in the United States

20  au pair works or how many children the au pair cares for

21  or how many hours the au pair works per week.  Did you

22  write this statement or somebody else wrote it for you?

23     A.   I --

24          THE DEPONENT:  Am I allowed to answer that

25  question?

Page 236

1  various au pairs living --

2      A.  I don't -- that's not -- that's not number

3  6.

4      Q.  I'm sorry.  I on the wrong paragraph?

5      A.  Number 15?

6      Q.  Thank you.

7      A.  Welcome.

8      Q.  So you said that you had contact with

9  various au pairs and you talked about stipend.  Do you

10  know if these au pairs were all with Expert AuPair?

11      A.  I don't know what agency or sponsor most

12  of them were with.  To my knowledge, none of them were --

13  actually maybe one of them was Expert AuPair.  Most of

14  them were not.  One of them I know, but, yeah I don't

15  know what agency they're from.

16      Q.  Okay.  If I ask you a number like I know I

17  asked before, but, you know, to approximate like in big

18  units how many au pairs do you know were paid 195 or 200.

19  I'm talking about 10s, hundreds, thousands.

20      A.  Maybe between -- maybe roughly 50, but it

21  could be 75.  It could be 20 -- that's a really big

22  estimate.

23      Q.  But it could to not be like five?

24      A.  No.

25      Q.  No.  So let's say 50 is an average we not

Page 257

```
 1        Q.   Well, I found from your -- found out from
 2   your counsel -- and I don't want to get into details --
 3   that at one point you were not working 45 hours anymore
 4   for the Kelloffs.
 5        A.   Correct.
 6        Q.   Do you remember how many hours you were
 7   working?
 8        A.   It changed at different times.  Sometimes
 9   I worked half of my house and received half of my pay.
10   Sometimes I worked a quarter of my house and got a
11   quarter of my pay.  I think at one point -- I don't know
12   what's between half and a quarter.
13        Q.   Half and a quarter?
14        A.   I can't do that math right now.  But I
15   received different -- I worked different hours and
16   received --
17        Q.   And did you inform Expert AuPair about the
18   change in the number of hours?
19        A.   I don't believe I did because I believe it
20   was after my --
21        Q.   Okay.  But did you inform the Department
22   of State or anybody about the change in the stipend?
23   Because we read together today the contract you had with
24   the Kelloff family and the stipend cannot go under 195.75
25   as the minimum.  And you're saying they were actually
```