IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**
_____

The Court has reviewed the Motion of Defendants Cultural Care d/b/a Cultural Care Au Pair, InterExchange, Agent Au Pair, Go Aupair, American Institute for Foreign Study d/b/a Au Pair in America, and AuPairCare, Inc. (collectively, "Defendants") for Leave to Exceed Page Limitation and is otherwise fully advised on the matter.

It is hereby ORDERED that the Motion is **GRANTED**.  Defendants may file a 25-page Joint Response in Opposition to Plaintiffs' Motion for a Protective Order.

DATED this ____ day of _____ 2016.

BY THE COURT

_____
Kathleen M. Tafoya
United States Magistrate Judge