IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

      Defendants.

---

**MOTION FOR WITHDRAWAL OF ERICA L. HERRERA AS COUNSEL FOR
DEFENDANT INTEREXCHANGE, INC.**

---

Pursuant to D.C.COLO.LAttyR 5(b), Erica L. Herrera of Sherman & Howard L.L.C. hereby moves to withdraw as counsel of record for Defendant InterExchange, Inc. ("InterExchange") and, in support of the motion, states as follows:

1.      The undersigned is leaving Sherman & Howard L.L.C., effective October 14, 2016.

2.      Raymond M. Deeny, Heather F. Vickles, Brooke A. Colaizzi and Joseph H. Hunt of Sherman & Howard L.L.C. will continue to represent InterExchange.  Accordingly, withdrawal can be accomplished without any adverse effect on the interest of InterExchange.

3.      Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so.  *See* D.C.COLO.LCivR7.1(b)(4).

4.      A copy of the Motion has been served upon the appropriate representative for InterExchange.

5.      Based on the foregoing, the undersigned respectfully requests that the Court enter an order permitting her to withdraw as counsel for InterExchange in this matter and directing the Clerk of the Court to delete her email address from future ECF filings and electronic notifications in this case.

DATED this 11th day of October, 2016.

Respectfully submitted,

*s/ Erica L. Herrera*
Erica L. Herrera
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:  eherrera@shermanhoward.com

ATTORNEY FOR DEFENDANT
INTEREXCHANGE, INC.

Active/43838205.1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 11th day of October, 2016, I electronically filed the foregoing MOTION FOR WITHDRAWAL OF ERICA L. HERRERA AS COUNSEL FOR DEFENDANT INTEREXCHANGE, INC. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
Towards Justice
1535 High Street, Suite 300
Denver, CO  80218
Email:  alex@towardsjustice.org

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO  80290-2101
Email: chammond@duffordbrown.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail:  LStone@Nixonshefrin.com
        kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
        cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
The Rietz Law Firm, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email:  brian@rietzlawfirm.com

Kathryn A. Reilly
Grace A. Fox
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email:  reilly@wtotrial.com
        fox@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email:  jhartley@hollandhart.com
        aahubbard@hollandhart.com
        jsbender@hollandhart.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Choate Hall & Stewart LLP
Two International Place
Boston, MA 82110
Email:  joan.lukey@choate.com
        rbuchanan@choate.com
        mgass@choate.com
        jwolosz@choate.com
        lkruzer@choate.com

James M. Lyons
Jessica Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email:  jlyons@lrrc.com
        jfuller@lrrc.com
        dhazel@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email:  mfitzgerald@bhfs.com
Email:  dmeschke@bhfs.com

Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
        sschaecher@laborlawyers.com

John R. Mann
Thomas B. Quinn
Brian P. Maschler
Peggy Kozal
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email:  jmann@gordonrees.com
Email:  tquinn@gordonrees.com
Email:  bmaschler@gordonrees.com
Email:  pkozal@gordonrees.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
Dawn L. Smalls
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com
Email:  smcelroy@bsfllp.com
Email:  dsmalls@bsfllp.com

*s/ Mary Ann Meise*
_____

Active/43838205.1