IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ERICA L. HERRERA AS COUNSEL FOR DEFENDANT INTEREXCHANGE, INC.**

The Court has reviewed the Motion for Withdrawal of Erica L. Herrera as Counsel for Defendant InterExchange, Inc. (the "Motion") and is otherwise fully advised on the matter.

It is hereby ORDERED that the Motion is GRANTED. Erica Herrera is permitted to withdraw as counsel for InterExchange and the Clerk of the Court is directed to delete her email address from future ECF filings and electronic notifications in this case.

DATED this ____ day of _____, 2016.

                                                BY THE COURT:

                                                _____