IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

_____

**PLAINTIFFS' MOTION TO RESTRICT PUBLIC ACCESS LEVEL ONE TO PLAINTIFFS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTIONS FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**

_____

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo.L. Civ. R 7.2, hereby respectfully submit this Motion to Restrict Public Access to Plaintiffs' Reply Memorandum of Law in Further Support of their Motions for Conditional Collective Action Certification and accompanying Exhibits (hereinafter "Reply Memorandum"), as follows:

1.     Contemporaneously with the filing of this Motion, Plaintiffs have submitted their Reply Memorandum and accompanying Exhibits.

2.     All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendiz A (D. Colo. 2000). [Dkt. 305]

3.      This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." [Dkt. 305]

4.      Pursuant to the parties' Stipulated Protective Order Plaintiffs in good faith believe that the Reply Memorandum contains restricted material which includes documents produced in discovery and designated by defendants as confidential.

5.      The abovementioned restricted material is stated throughout Plaintiffs' Reply Memorandum and its attached exhibits; therefore, no alternative other than restriction is practicable. Accordingly, the public interest will not be served by these documents being exposed to public view.

WHEREFORE, for all of the foregoing reasons, Plaintiffs respectfully request this Court issue an Order restricting public access under Level one restricted access to Plaintiffs' reply memorandum of law in further support of their motions for conditional collective action certification.

Dated: October 12, 2016.                            Respectfully submitted,


                                                    /s/ Matthew L. Schwartz
                                                    MATTHEW L. SCHWARTZ
                                                    BOIES, SCHILLER & FLEXNER LLP
                                                    575 Lexington Avenue, 7th Floor
                                                    New York, New York 10022
                                                    Tel:  (212) 446-2300
                                                    Fax: (212) 446-2305

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2016, I electronically filed the foregoing Motion to Restrict Public Access with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Kathryn A. Reilly
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Email: reilly@wtotrial.com

Brian Alan Birenbach Rietz Law Firm, LLC P.O. Box 5268
114 Village Place #301
Dillon, CO 80435
brian@rietzlawfirm.com

Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Email:chammond@duffordbrown.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
jsbender@hollandhart.com

3

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302
Email: aahubbard@hollandhart.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com

Jessica L. Fuller
Diane Hazel
James M. Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com
jlyons@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701
Email: Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Email: Rhoadesm@gtlaw.com
Email: Estevaom@gtlaw.com

4

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Email: bcolaizzi@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: rdeeny@shermanhoward.com

Brian P. Maschler
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San Francisco, CA 94579
bmaschler@gordonrees.com

John R. Mann
Peggy E. Kozal
Thomas Baker Quinn
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: pkozal@gordonrees.com
Email: tquinn@gordonrees.com

Lawrence L. Lee, Esq.
Susan M. Schaecher, Esq.
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com