IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.
        Defendants.

## DEFENDANTS' NOTICE OF FILING OPPOSITION TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER AND EXHIBITS AS RESTRICTED ACCESS LEVEL ONE

Defendants Cultural Care, Inc. d/b/a Cultural Care Au Pair, Agent Au Pair, American Cultural Exchange, LLC d/b/a Go Aupair, Au Pair International, Inc., A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair, 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange, Cultural Homestay International, APF Global Exchange, NFP, American Institute for Foreign Study d/b/a Au Pair in America, Expert Group International, Inc. d/b/a Expert Au Pair, AuPairCare, Inc., EurAuPair Intercultural Child Care Programs, InterExchange, Inc., and USAuPair, Inc. file the Opposition to Motion for a Protective Order and Exhibits as Restricted Access Level One under D.C.COLO.LCivR 7.2. Some of the testimony cited and exhibits attached may be confidential. Pursuant to D.C.COLO.LCivR 7.2(e), these documents will be restricted from public view for fourteen days so that either Plaintiffs or Defendants may file a motion to restrict access after further review.

2010666432_1

Dated:  October 13, 2016.	Respectfully submitted,

	s/ Diane Hazel
	Joan A. Lukey (joan.lukey@choate.com)
	Robert M. Buchanan, Jr.
	(rbuchanan@choate.com)
	Michael T. Gass (mgass@choate.com)
	Justin J. Wolosz (jwolosz@choate.com
	Lyndsey M. Kruzer (lkruzer@choate.com)
	CHOATE HALL & STEWART LLP
	Two International Place
	Boston, Massachusetts  02110
	Telephone:  (617) 248-4790

	James M. Lyons (jlyons@lrrc.com)
	Jessica L. Fuller (jfuller@lrrc.com)
	Diane Hazel (dhazel@lrrc.com)
	LEWIS ROCA ROTHGERBER CHRISTIE LLP
	One Tabor Center, Suite 3000
	1200 Seventeenth Street
	Denver, CO 80202
	Tel: (303) 623-9000
	Fax: (303) 623-9222

	***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

	*s/ Kathryn A. Reilly*
	Kathryn A. Reilly (reilly@wtotrial.com)
	Wheeler Trigg O'Donnell LLP
	370 Seventeenth Street, Suite 4500
	Denver, CO 80202-5647

	***Attorneys for Defendants Agent Au Pair and American Cultural Exchange, LLC d/b/a Go Aupair***

*s/ Brian Alan Birenbach*
Brian Alan Birenbach
(brian@rietzlawfirm.com)
Rietz Law Firm
LLC P.O. Box 5268
114 Village Place #301
Dillon, CO 80435

**Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Aupair and Au Pair International, Inc.**

*s/ Kathleen E. Craigmile*
Kathleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com

**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

*s/ James E. Hartley*
James E. Hartley (jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302

**Attorneys for Defendant Cultural Homestay International**

*s/ Susan M. Schaecher*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Bogdan Enica*
Bogdan Enica (Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Brian P. Maschler*
Brian P. Maschler
(bmaschler@gordonrees.com)
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San Francisco, CA 94579

John R. Mann (jmann@gordonrees.com)
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald (mfitzgerald@bhfs.com)
David B. Meschke (dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi (bcolaizzi@shermanhoward.com)
Heather F. Vickles (hvickles@shermanhoward.com)
Raymond M. Deeny (rdeeny@shermanhoward.com)
Erica Lynn Herrera (eherrera@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant InterExchange, Inc.**

*s/ William J. Kelly III*
William J. Kelly III (wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp (cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant USAuPair, Inc.**

## **CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on October 13, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street, Suite 300
Denver, CO 80218

            *s/ Diane Hazel*
            Diane Hazel