# EXHIBIT A

# D E P O S I T I O N

## HELD AT CAPE TOWN, SOUTH AFRICA

DATE:                                              21 SEPTEMBER 2016

In:

JOHANA PAOLA BELTRAN

and

INTEREXCHANGE

BEFORE:

        (TRANSPERFECT DEPOSITION SERVICES)

COMMISSIONER OF OATHS:

ON BEHALF OF PLAINTIFF:          MR DANIEL SCHWARTZ

ON BEHALF OF DEFENDANT:          MR JUSTIN WOLOSZ

VERITAS A DIVISION OF EOH LEGAL SERVICES (PTY) LIMITED

MR WOLOSZ:  You said that when you were with the Henstrom's you had weekends off?

MS DEETLEFS:  Yes.

MR WOLOSZ:  What did you do in your free time?

5   MR SCHWARTZ:  Objection. I have to just pause for a second. Subject to our protective order I don't believe that things that happen outside of working hours are subject to this lawsuit so I'm going to say that to the extent that these questions make Bella uncomfortable I don't believe she should have to answer

10  them.

MR WOLOSZ:  Well this particular question was pre open-ended in general.

MR SCHWARTZ:  No but it's about … (intervention).

MR WOLOSZ:  I understand that there has been some issue

15  about certain sensitive areas but I think it's fair – it's been all kinds of testimony about the witness' unhappiness with the programme.

MR SCHWARTZ:  Mm Hm?

MR WOLOSZ:  I'm entitled to at least ask some general

20  questions about what kinds of things she did on free time.

MR SCHWARTZ:  So my understanding is that free time is not subject to our discussion that we can discuss things that happened during the course where she was working but what she was doing on her free time when she was not working I

25  don't believe is a subject for discussion here today.

21.09.16                                              /…

MR WOLOSZ                    124                    B DEETLEFS

MR WOLOSZ:  What if it was things that she was doing within the house?  She's testified here today about feeling like she wasn't welcome.  Are you saying that if I ask about – I already asked about whether she ever watched TV's with – TV with the
5  host family.  You're saying that's an improper question?

MR SCHWARTZ:  What I'm saying is that if Bella does not wish to answer questions about how she spent her free time she does – I do not believe she has to answer them.  I'm not instructing her one way or the other.  What I'm doing is saying
10  for the record that she does not have to answer questions about her free time if she's not comfortable doing so.

MR WOLOSZ:  Okay wait, so you're not instructing her … (intervention).

MR SCHWARTZ:  I'm not … (intervention).

15  MR WOLOSZ:  Not to answer but you are telling her she doesn't have to?

MR SCHWARTZ:  I'm not instructing Bella what to say I'm saying that if she feels uncomfortable discussing her free time she does not have to discuss her free time.  I'm making that
20  very clear.  I think that – please tell me if that's not a clear distinction.

MR WOLOSZ:  It's not a clear distinction because I think the way this works is that I get to ask questions and she has to answer them unless you instruct her that she doesn't have to.

25  MR SCHWARTZ:  So I don't believe that's the way it works.

21.09.16                                                                  /…

MR WOLOSZ 125 B DEETLEFS

The way it also can work is that somebody can refuse to answer a question that they're uncomfortable with subject to a protective order.

MR WOLOSZ: Okay. Well we've travelled an awfully long
5 distance for this ... (intervention).

MR SCHWARTZ: I agree.

MR WOLOSZ: For this deposition for you to cut off the question "what kinds of things did you do in your free time?"

MR SCHWARTZ: Well believe me I'm aware of how long we
10 travelled I ... (intervention).

MR WOLOSZ: If this is the position you want to take I guess so be it. I'm going to continue to ask my questions and we'll see where they go.

MR SCHWARTZ: That's fine.

15 MR WOLOSZ: What did you do in your free time?

MS DEETLEFS: I was part of the Red Cross I was busy with helping cases with the Red Cross a lot of the time when I could get away. It was difficult to spend time with the other au pairs just because of the schedules but we did also do things like go
20 to the parks or go for dinner, stuff like that but.

MR WOLOSZ: The Red Cross? You volunteer for the Red Cross?

MR SCHWARTZ: So I'm just making the same objection that I have already made with respect to free time.

25 MS DEETLEFS: Yes.

21.09.16 /...

was doing. That stipend was low for me. I really did think that they weren't paying us enough.

MR WOLOSZ: My question is a little different. Do you believe while you were working as an au pair that you were owed

5 money by Cultural Care?

MS DEETLEFS: When you say "owed" is that something that was promised and not delivered on? Is that what you mean by "owed"?

MR WOLOSZ: How do you define "owed"?

10 MS DEETLEFS: Owed to me was something that someone said "I'm going to give you" and didn't give you.

MR WOLOSZ: Defining the word "owed" however you would define it did you believe when you were working as an au pair that you were owed money by Cultural Care?

15 MS DEETLEFS: They paid what they said they would pay.

MR WOLOSZ: So the answer's no?

MS DEETLEFS: Yes.

MR WOLOSZ: Did Cultural Care ever pay you anything?

MS DEETLEFS: No.

20 MR WOLOSZ: Were you ever an employee of Cultural Care?

MR SCHWARTZ: Objection.

MS DEETLEFS: Yes.

MR WOLOSZ: Why do you say you were an employee of Cultural Care?

25 MS DEETLEFS: From the start they were the people that

21.09.16 /...

MR WOLOSZ                              142                         B DEETLEFS

MS DEETLEFS: Also in Salt Lake – oh no, I think she was in Logan or some – it was like – I don't know how you define it it was in Salt Lake but a sub section.

MR WOLOSZ: How did you meet her?

5   MS DEETLEFS: At an au pair meeting.

MR WOLOSZ: Was she also sponsored by Cultural Care?

MS DEETLEFS: Yes.

MR WOLOSZ: How often did you – let's start with in-person, how often did you see Ms Hattingh in person while you were
10  here as a – while you were in the United States as an au pair?

MS DEETLEFS: A lot. Every free chance we got after she arrived we would spend together.

MR WOLOSZ: Can you help me understand what that means? Is it once a week, twice a week, three times a week?

15  MS DEETLEFS: Oh?  It was different but at least once a week.

MR WOLOSZ: And what did you tell Ms Hattingh about the stipend amount?

MS DEETLEFS: We discussed that it was too low, we
20  discussed that it was difficult to buy everything you needed to buy. We discussed that it was difficult to save. Do you just want it in regards to the stipend?

MR WOLOSZ: Ja.

MS DEETLEFS: Okay. We discussed that it was difficult to do
25  public transport with the stipend as it could only go that far. I

21.09.16                                                              /...

MR WOLOSZ 148 B DEETLEFS

that I don't agree.

MR SCHWARTZ: Questions about a boyfriend you don't agree that that is out of bounds given the rulings that they've already made?

5   MR WOLOSZ: I think there's a rule of reason here. This was an initial question it's not like I asked her 15 questions and asked for identity and – I mean you know we're trying to understand what her life was like because it is relevant to this case. I mean she's putting evidence in this case things about
10  how she had a hard time travelling and you know some context is appropriate.

MR SCHWARTZ: I don't think context about somebody's personal life or love life is appropriate for this discussion and I'm confident that we would be backed up by the magistrate
15  giving the rulings.

MR WOLOSZ: I'm going to let it go but I'm reserving our right.

MR SCHWARTZ: Okay.

MR WOLOSZ: Did you travel at all? (Inaudible) ... issue again. Did you travel outside of Salt Lake City at all while you
20  were an au pair?

MS DEETLEFS: Aside from coming from New York?

MR WOLOSZ: Yes.

MS DEETLEFS: Yes, I did.

MR WOLOSZ: Where did you go?

25  MS DEETLEFS: I'm going to raise the same objection that I

21.09.16 /...

MR WOLOSZ                    153                    B DEETLEFS

MR SCHWARTZ:  Thank you.

MR WOLOSZ:  Let me know when you've take a look and I'll start my questions.

MS DEETLEFS:  Okay.

5   MR WOLOSZ:  For counsel on the phone this is Exhibit 67 it's a single page document which is base labelled CC00001299.

MS DEETLEFS:  Okay.

MR WOLOSZ:  Have you see Exhibit 67 before?

MS DEETLEFS:  No.

10  MR WOLOSZ:  You testified earlier about why you believe it is that … (intervention).

MS (??):  (Inaudible).

MR WOLOSZ:  Hello?  Is everyone still there on the phone?

MS (??):  (Inaudible).

15  MR WOLOSZ:  Yeah we got the same … (intervention).

MS (??):  (Inaudible).

MR WOLOSZ:  We got the same message.

MR (??):  (Inaudible).

MR WOLOSZ:  Okay.  So we can strike my question because I
20  don't remember how far I got with it.  So I'll just represent to you that this is a document Cultural Care has produced in this case which is a log of comments that were entered after conversations with the Henstrom's.  Earlier you testified about why it is you thought that you didn't feel welcome in the
25  Henstrom's house.  Do you remember that?


21.09.16                                                /…

MR WOLOSZ 154 B DEETLEFS

MS DEETLEFS: Yes.

MR WOLOSZ: And you said that you believed it was because of the knee issue that we discussed earlier, is that right?

MS DEETLEFS: Yes.

5 MR WOLOSZ: I want to direct your attention to – close to the bottom of the page where the comments are and I'm going to just read a portion of this. I can't tell exactly which date it lines up with but I'll be starting with the line that says, "spoke with email today". Do you see that?

10 MS DEETLEFS: Yes.

MR WOLOSZ: "She wanted to make sure the earlier leave date for Bella would still be in effect if she extends. She also wanted to make sure that when Bella extends the new family knows a
15 few things that have been issues with them."
Let me stop for a second. At one point you were looking to extend your stay in the au pair programme, correct?

MS DEETLEFS: Yes.

MR WOLOSZ: And if you had extended your stay it would not
20 have been with the Henstrom's, correct?

MS DEETLEFS: No.

MR WOLOSZ: So … (intervention).

MS DEETLEFS: Well yes. I don't know like it would have – it would not have been with the Henstrom's.

25 MR WOLOSZ: Right. So you would have gone to the matching

21.09.16 /…

MR WOLOSZ                     155                    B DEETLEFS

process again and tried to match with another family, right?

MS DEETLEFS:  Yes.

MR WOLOSZ:  Okay.  Picking up where I left off it says:

> "The knee injury and not being told about it was one.  Bella is a racist and that has really been hard for the family."

Racist I believe is misspelt.  Picking up again:

> "She has limited Bella's time with the older kids because of it.  Bella makes comments and does not see the wrong in it.  She feels it is Bella's upbringing and way South Africa is but it is not appropriate in their home or in America.  I told her she can put the good and the bad in the reference letter she does."

Did the Henstrom's ever tell you that they believed that you were a racist?

MS DEETLEFS:  No.

MR WOLOSZ:  Did they ever tell you that they believed you were making comments that they thought were inappropriate?

MS DEETLEFS:  No.

MR WOLOSZ:  Are you racist?

MS DEETLEFS:  No.

MR SCHWARTZ:  Objection.

MR WOLOSZ:  What is your view of people who are minorities?

MR SCHWARTZ:  Objection.  Actually objection on privacy

21.09.16                                                          /...

MR WOLOSZ 183 B DEETLEFS

MS DEETLEFS:  Maybe once briefly. I didn't know she was also an LCC. She'd just go the role then.

MR WOLOSZ:  How long did you stay with her?

MS DEETLEFS:  Maybe a week and a few days. I'm not sure, I can't remember.

MR WOLOSZ:  Where are we up to? (Muted exchanges).

MR SCHWARTZ:  I think the next one is 74.

MR WOLOSZ:  Thank you.

MS DEETLEFS:  Thank you.

MR WOLOSZ:  Please take a moment to familiarise yourself with this.

MS DEETLEFS:  Yes.

MR WOLOSZ:  What is this document?

MS DEETLEFS:  It's my exit interview.

MR WOLOSZ:  Have you seen this before?

MS DEETLEFS:  Yes.

MR WOLOSZ:  What is Exhibit A?

MS DEETLEFS:  Exhibit A was this thing at the back.

MR WOLOSZ:  Have you seen Exhibit A before?

MS DEETLEFS:  Yes.

MR WOLOSZ:  Who drafted Exhibit A?

MS DEETLEFS:  Alex.

MR SCHWARTZ:  I'm going to inform my client not to go into any discussions she may have had with Counsel.

MR WOLOSZ: By Alex you're referring to Counsel in this case,

21.09.16                                                                      /...

MR WOLOSZ 184 B DEETLEFS

Alexander Hood?

MS DEETLEFS: I think so, from Towards Justice.

MR WOLOSZ: Now, the (indistinct) are:

5 "I was informed that I was discharged as a result of my involvement as a Plaintiff in the matter pending against Cultural Care as recorded in the Washington Post."

You see that?

MS DEETLEFS: Yes.

10 MR WOLOSZ: But I think you justified earlier that it was your understanding that you were discharged as a result of the article, not as a result of your involvement in the law suit. Is that right?

MS DEETLEFS: With the article, they learned about the law
15 suit, so definitely both, the law suit and the article.

MR WOLOSZ: What do you mean by "Cultural Care's on notice of the discharge and the fact that it has put me in an extremely difficult situation"?

MS DEETLEFS: It's the fact that I had several hours to get out
20 of the house, that I didn't even have proper time to pack. The fact that she changed the locks when I went to get coffee that morning. It was the fact that I didn't have even enough time to close my bank account properly.

MR WOLOSZ: But Cultural Care arranged for you to have a
25 place to stay with the local child care consultant, right?

21.09.16 /...

MR WOLOSZ 188 B DEETLEFS

So before the break you explained that you, although you had initially attempted to re-match, that you cancelled that process and decided to come back to South Africa. Had you had any contact with the Henstroms since you left the United States?

MS DEETLEFS: No.

MR WOLOSZ: Had you taken any course since you returned to South Africa?

MS DEETLEFS: When you say courses, like training ...?

MR WOLOSZ: I actually was talking about college courses.

MS DEETLEFS: I don't think so. I only recently started. But right when I got back, I didn't take any.

MR WOLOSZ: But you have recently started taking courses?

MS DEETLEFS: Yes.

MR WOLOSZ: What are you studying?

MS DEETLEFS: For a certificate in banking.

MR WOLOSZ: What are your – what are your long term plans professionally? What would you like to do?

MS DEETLEFS: I would like (intervention).

MR SCHWARTZ: I'm just making an objection with respect to the same privacy issues we discussed earlier.

MS DEETLEFS: I'd like to be a psychologist.

MR WOLOSZ: Do you see any connection between skills or experiences you had as an *au pair* and that desire to become a psychologist?

21.09.16 /...

MR WOLOSZ 189 B DEETLEFS

MS DEETLEFS: Yes.

MR WOLOSZ: What's that?

MS DEETLEFS: Just because I would like to work with kids. And I did gain some knowledge about, not only kids, but
5 different views, cultural views on working with kids. So – yes.

MR WOLOSZ: That's interesting, the different cultural views on working with kids.

MS DEETLEFS: Yes.

MR WOLOSZ: What do you mean by that?

10 MS DEETLEFS: So every culture has their own way of – for instance, teaching a baby how to walk, or the first words they say. It's small things like that that's very interesting because everyone has a different way of doing it. And even from one country to the other it's different.

15 MR WOLOSZ: So what did you observe about those things when you were in the United States that was different from the way families approach those things in South Africa?

MS DEETLEFS: In my experience, or what I saw, is that the way that American families – and saying this, I only saw two or
20 three maybe – was they have a very soft approach when disciplining kids. And I really liked that aspect of it.

MR WOLOSZ: So does that put you in a unique position to contribute to your classes now when you are talking about these kinds of issues?

25 MS DEETLEFS: Yes.

21.09.16 /...