# EXHIBIT E

Thursday, November 20, 2014 10:09 AM

**Subject:** Re: Important: Immediate Response Needed
**Date:** Wednesday, January 2, 2013 5:12 PM
**From:** Natalie Ung <nung@interexchange.org>
**To:** PAO BELTRAN <pao.18.02@hotmail.com>
**Cc:** <soporteaupair@aupaircol.com>

Dear Paola,

You have had weeks to get your plane ticket. Please contact your cooperator, family, and friends to collect money to return home.

Best regards,
Natalie Ung

On 12/28/12 6:15 PM, "PAO BELTRAN" <pao.18.02@hotmail.com> wrote:

> Hi Natalie.
>
> I don't know when I can to travel because I don't have money, let me to get the money I need two months more.
>
> Paola.

Date: Fri, 28 Dec 2012 11:09:39 -0500
Subject: Important: Immediate Response Needed
From: nung@interexchange.org
To: Pao.18.02@hotmail.com
CC: phughes@lc.interexchange.org

Important: Immediate Response Needed Hi Paola,

Since you are no longer on the program we will be canceling your visa. Please send me a copy of your flight so that I don't cancel your visa before you leave the country. Failure to respond will result in your official program status being canceled.

Best regards,
Natalie Ung



Exhibit No.: 24
Deponent: Beltran
Date/RPR: 8-30-16
Hunter + Geist, Inc.

Page 1 of 2

CONFIDENTIAL                               InterExchange0000421