# EXHIBIT F

## INDEX OF VIDEO RECORDINGS

BELTRAN 13-19 to 15-19.mpg
BELTRAN 171-3 to 175-14.mpg
BELTRAN 176-24 to 179-25.mpg
BELTRAN 181-16 to 182-9.mpg
BELTRAN 186-24 to 189-23.mpg
BELTRAN 19-2 to 21-6.mpg
BELTRAN 199-1 to 199-23.mpg
BELTRAN 200-2 to 200-25.mpg
BELTRAN 23-22 to 25-17.mpg
Beltran, Johana 083016 Full 01 of 04.mpg
Beltran, Johana 083016 Full 02 of 04.mpg
Beltran, Johana 083016 Full 03 of 04.mpg
Beltran, Johana 083016 Full 04 of 04.mpg
Deetlefs - Full Part 1.mp4
Deetlefs - Full Part 2.mp4
Deetlefs - Full Part 3.mp4
Deetlefs, 123-1_127-2 Part 2, 123-38 128-50.mp4
Deetlefs, 146-18_149-9 Part 3, 26-08 29-50.mp4
Deetlefs, 79-14_83-5 Part 2, 18-02 23-44.mp4
Harning 126; 11-127;15.mp4
Harning_1 Full 09-08-16 mpeg1.mpg
Harning_2 Full 09-08-16 mpeg1.mpg
Hlatshaneni_03_1.wav
Hlatshaneni_03_2.wav
Hlatshaneni_03_3.wav
Hlatshaneni_04_1.wav
Jimenez  191;1-193;22.mpg
Jimenez  203;7-206;4.mpg
Jimenez  219;4-221;4.mpg
Jimenez 178;3-181;24.mpg
Jimenez 228;25-230;7.mpg
Jimenez_177;01-183;8.mpg
Jimenez_192;02-194;6.mpg
Jimenez_202;04-206;4.mpg
Jimenez_216;19-224;14.mpg
Jimenez_227;25-230;7.mpg
Jimenez_Full_1 09-14-16.mpg
Jimenez_Full_2 09-14-16.mpg
Jimenez_Full_3 09-14-16.mpg
Jimenez_Full_4 09-14-16.mpg