# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

## DECLARATION OF LAWRENCE LEE

I, Lawrence Lee, state and affirm as follows:

1. I am a partner at the law firm of Fisher & Phillips, LLP and a member in good standing of the bar of the State of Colorado. I am admitted to practice before the United States District Court for the District of Colorado.

2. I am one of the attorneys representing Defendant American Institute for Foreign Study (AIFS) and Defendant APF Global NFP in the above-referenced matter.

3. On September 7, 2016, I took the deposition of Lusapho Hlatshaneni, who is a named plaintiff and was an au pair sponsored by AIFS. Lauren Lewis appeared telephonically for Ms. Hlatshaneni and Alex Hood appeared in person.

4. I did not ask Ms. Hlatshaneni any questions with the intention of harassing or intimidating her. I did not use an intimidating tone or phrase questions to Ms. Hlatshaneni in an intimidating way.

5. At the time I asked the questions, I believed, and I continue to believe, that the questions were relevant to the claims and defenses in the case, to documents

produced by plaintiffs in the case, and to testimony provided by Ms. Hlatshaneni in her deposition. I believed and still believe that they were proportional to the needs of the case.

6. Ms. Hlatshaneni did not appear to be intimidated or harassed during the deposition. At one point, notwithstanding prompting by Mr. Hood to the contrary, she stated she was comfortable answering a question to which Mr. Hood objected and assured us that if she felt otherwise, she would let us know.

7. Plaintiffs' attorneys had produced in discovery an email from the father of one of Ms. Hlatshaneni's host families to Ms. Hlatshaneni regarding an accident she had while driving the host family's vehicle. When I showed the email to Ms. Hlatshaneni, Mr. Hood, began objecting. With further prompting from Mr. Hood, she expressed discomfort with questions about the accident. When I asked why, Ms. Hlatshaneni said that "I don't really understand how it all comes with the case." Mr. Hood instructed her that she need not respond if she was feeling intimidated or harassed, but she answered whether she was cited for the accident (no) and whether the host family's children were in the car during this accident (yes). I asked about her agreement with the host family regarding payment for the damages (to which there were no objections), then moved on to other topics.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2016

_____
Lawrence Lee

FPDOCS 32289945.1