# EXHIBIT M



**Cultural Care Au Pair**

Once completed, please email the scanned form to account.services@culturalcare.com

# Exit Record

| | | | |
|---|---|---|---|
| Host family name (HF): [redacted] USX223082 | Number of years on program: less than 1 | City, State: Salt Lake City, UT | |
| Au pair name (AP): Beaudette Deetlefs (Bella) ZAF10942 | Au pair cell number: 385-628-7703 | Au pair country: South Africa | Au pair arrival to host family: 8/22/14 |
| Date of exit: 6/15/15 | | Date of 48hr call (if exit interview is within 2 weeks of au pair's arrival): N/A | |
| Is this exit happening within the first month? ☐ Yes ☒ No | | Is Program Director or Director of Customer Service aware of and has approved transition within the first month? ☐ Yes ☒ No  N/A | |

**Describe concerns in terms of actionable behaviors (i.e. behaviors and actions which can be measured):**
Host Family Asked to have Au Pair Leave right away.

**What are the au pair's concerns:**
Not wanting to Comment     See Exhibit A  BD

Au pair recognizes concerns: **BD** (initials)

**What are the host family's concerns:**
Not being told about the knee injury - felt included family (Not by name) made it clear was not comfortable living with the family and so she should not stay (evidently been going on since December)
Wonderful w/ Baby - though disappointed in handling.

Host family recognizes concerns: [redacted] (initials)

How many transitions has host family had: 0    How many transitions has au pair had: 0
Educational component (EDU)—completed? Yes ☒ No ☐ ___ hours OR ___ credits  Has au pair taken any vacation? Yes ☒ No ☐ Days: 7
How much money paid towards EDU? $500   Does au pair have IDL? Yes ☒ No ☐  Does au pair have a state license? Yes ☒ No ☐

**Previous actions taken by host family and au pair to resolve concerns:**
talked over the knee issue - had worked that out
had conversations on family integration in past w/LCC

**Recommendations—to ensure a better situation next time:**

From host family: nothing to add now

From au pair: N/A

Host family requirements for next au pair: Not getting a new AP

Au pair requirements for next host family: want her to be part of family. # of kids depends on ages/family

**Agreements:** signing below is an acknowledgement that you understand that Cultural Care Au Pair's policy is for two week trial period before allowing for a replacement and that you (either HF or AP) are asking for a replacement without this trial period or the normal mediation session. HF and AP understand that the first month is a period of adjustment. HF and AP both agree to Cultural Care Au Pair's two week policy and understand the two week period begins from date of exit meeting. HFs by signing this form, you acknowledge that we will not guarantee continuous childcare and you enter into this replacement process with full knowledge of this and all its financial ramifications. APs by signing this form you acknowledge that we cannot guarantee a replacement family will be found and that you may have to end your program before one year is up. Both HF and AP further agree to rectify all outstanding financial responsibilities to each other before ending this relationship.

LCC recommends host family for replacement: Yes ☐ No ☒    LCC recommends au pair for replacement: Yes ☒ No ☐

Host family signature: [redacted]     Host family signature:     Au pair signature: BDeit
Local Childcare Consultant signature: [signature]    Date of exit interview: 6/15/15   Au pair's last working day: 6/13/15
AP departure from HF: 6/15/15    HF agrees to house au pair 3 additional days if match is secured within 14 days: Yes ☐ No ☒

CONFIDENTIAL    CC00001238

Please put additional comments on a separate sheet of paper.    EXIT 03/28/2014



- Close Window
- Print This Page
- Expand All | Collapse All

# Case: 00024914

## Case Information

| | | | |
|---|---|---|---|
| **Case Number** | 00024914 [View Hierarchy] | **Case Owner** | Anny Rodriguez |
| **Parent Case** | | | |
| | | **LCC Contact** | |
| **Account Name** | ▮▮▮▮▮▮▮▮▮▮, UT) - ▮▮▮▮▮▮▮▮ | | |
| **State** | UT | | |
| **Contact Name** | | | |

## Au Pair

| | | | |
|---|---|---|---|
| **Au Pair** | | **Related au pair (Deprecated)** | |
| **AP country** | None | **AP recruitment staff member (Deprecated)** | |
| **AP Recruitment staff member** | | | |

## Type, Status & Origin

| | | | |
|---|---|---|---|
| **Status** | Closed | **Case Origin** | Phone |
| **Resolution** | | **Transition Wufoo Entry** | |
| **Priority** | Medium | **Survey** | |
| **Type** | Finance | **Escalated** | ☐ |
| **Sub type** | Post-final | | |

## Case Timeline

| | | | |
|---|---|---|---|
| **Date/Time Opened** | 5/29/2014 5:50 PM | **Date/Time Closed** | 5/29/2014 5:50 PM |

## Description Information

| | |
|---|---|
| **Subject** | Post Final Call and Email. |
| **Description** | Spoke to HM who said didn't have time to speak at the moment. Introduced myself as their ASC and let her know that I'm ava if she has questions or concerns on her account or finances. Let her know that I'm sending her an email and she can reply if she feels that needed. |

## Case Access

| | |
|---|---|
| **Mark as private/ sensitive** | ☐ |

## System Information

CONFIDENTIAL

CC00001239