# EXHIBIT N

| APComplianceTask_id | Aupair_id | HostFamily_id | APComplianceSubmittedDate | Comments |
|---|---|---|---|---|
| 91949 | ZAF/008/2113077922175514 | US/09/X250039 | 8/24/14 4:53 PM | Spoke with: Beaudette Elizabeth - Bella is doing well liking the family and getting use to everything here. |
| 91950 | ZAF/008/2113077922175514 | US/09/X250039 | 9/4/14 12:11 PM | Au pair: Beaudette Elizabeth Deetlefs |
| 128749 | ZAF/008/2113077922175514 | US/09/X250039 | 8/24/14 9:21 PM | Spoke with her for 48 hour call. She is doing well and looking forward to learning the job. She is excited to meet the other aps. |
| 135190 | ZAF/008/2113077922175514 | US/09/X250039 | 9/13/14 3:40 PM | Meet for 2 week orientation. She is doing well. |
| 143465 | ZAF/008/2113077922175514 | US/09/X250039 | 10/7/14 4:39 PM | Bella is doing well and liking being her and her family. She has joined some volunteer organizations, a church and other groups to keep busy. She has made friend with a lot of the APs and will be getting her license in the next week or so. |
| 158319 | ZAF/008/2113077922175514 | US/09/X250039 | 11/22/14 5:42 PM | She is doing pretty good. Has finished 1 class and is looking at more. She is relying on the public transit, so a little hard to get around, but learning. |
| 161926 | ZAF/008/2113077922175514 | US/09/X250039 | 12/6/14 2:30 PM | She is struggling with not feeling as part of the family and more an employee. She really wants to be part of the family, but there is tension and feels separate from them. I gave her some suggestions and she has talked to them, but has no hope that it will change. I will try to talk to Emily about it without betraying Bella's Trust. |
| 182321 | ZAF/008/2113077922175514 | US/09/X250039 | 1/10/15 6:10 PM | She is doing a lot better. She said that after her discussions with the family it has been a lot better. |
| 191939 | ZAF/008/2113077922175514 | US/09/X250039 | 2/7/15 7:56 PM | She is doing welland getting on better wuth her HF. She seems happy. |
| 204409 | ZAF/008/2113077922175514 | US/09/X250039 | 3/14/15 11:08 PM | She is doing ok and really enjoying her experience. She is working out her departure date and trying to get ready. She says her family is about the same and so it has not gotten worse for her. |
| 216005 | ZAF/008/2113077922175514 | US/09/X250039 | 4/18/15 11:12 PM | She seems to be doing a lot better. The family and her are getting along ok and she is actually looking into extending to be with a new family. The family is one in Park city that is looking to get an AP soon. |
| 223115 | ZAF/008/2113077922175514 | US/09/X250039 | 5/6/15 3:55 PM | I spoke with Bella about her wanting to extend we went over the deadlines she has to meet cause of the 24th of July being her last working day with the current family. She is wanting to stay in UT and has completed her classes, she is just trying to get her documentation now from the teachers. |
| 246325 | ZAF/008/2113077922175514 | US/09/X250039 | 6/13/15 5:43 PM | she is doing well. the family is still difficult, but she is happy to be extending. She has found a boyfriend and so she is hoping to stay in Utah for her extension time. She left early since she has knee problems and could not hike with us., |
| 253645 | ZAF/008/2113077922175514 | US/09/X250039 | 7/4/15 6:42 PM | AP went home to South Africa on the 28th of June. |
| 255860 | ZAF/008/2113077922175514 | US/09/X250039 | 7/11/15 4:45 PM | She left and went back to South Africa on the 28th of June, but she had been emailing me about a few different items that were not taken care of prior to her departure. |

CONFIDENTIAL

Ex. 64

CC00001301