# EXHIBIT P



| HFComplianceTask_id | aupair_id | hostfamily_Id | HFComplianceSubmittedDate | comments |
|---|---|---|---|---|
| 151618 | Beaudette Deetlefs | | 5/28/14 11:33 AM | |
| 151619 | Beaudette Deetlefs | | 5/28/14 3:11 PM | Reference name: ▮ - He grew up with John since elementary and met Emily when he and Emily started dating.  Very stable family and hardworking.  A great family. |
| 151620 | Beaudette Deetlefs | | 5/28/14 11:33 AM | Reference name: ▮ - He loves our company and is excited that they will be joining.  He is partners with John and has been working with them for years. |
| 171251 | Beaudette Deetlefs | | 8/24/14 4:52 PM | Spoke with: Emily ▮ - They are doing well getting to know Bella.  They have set up to get her a phone and we scheduled 2 week orientation. |
| 226364 | Beaudette Deetlefs | | 8/24/14 9:22 PM | Spoke for the 48 hour call and they are getting to know Bella and getting her settled.  They are excited and happy so far. |
| 236892 | Beaudette Deetlefs | | 9/13/14 4 09 PM | Met for 2 week, they are doing well getting to know each other and get familiar with having a live in. |
| 171252 | Beaudette Deetlefs | | 9/4/14 12:11 PM | Au pair: Beaudette Elizabeth Deetlefs |
| 248129 | Beaudette Deetlefs | | 10/7/14 4:28 PM | they are doing well, Bella is great with the kids and has joined a lot of organizations so she can meet people.  The family is doing well over all. |
| 267776 | Beaudette Deetlefs | | 11/19/14 4:35 PM | Emily called me back today. Things are going well and have worked out the issue with Bella's knee.  She is really upset about the lack of disclosure and our screening process. Felt like we did not do our job.  Will probably not stay with us.   They have moved forward with Bella and it is working out.  Belka is trying to get her classes done, but getting the hours and credits is difficult. |
| 283201 | Beaudette Deetlefs | | 12/22/14 11:48 AM | She called about classes and helping Bella get one she can afford and they can help her get to.  We had found a great class, but it is only on Tuesday and that is one of Emily's set work days so will not work. Gave her more suggestions and offered the help I could. |
| 302487 | Beaudette Deetlefs | | 1/29/15 4 02 PM | Things are going well. they are not going to be repeating. |
| 316737 | Beaudette Deetlefs | | 2/24/15 4 08 PM | Things are going well. they are still not sure about the program and will not repeat, but making the most of what it is now. |
| 327659 | Beaudette Deetlefs | | 3/11/15 10:45 PM | We emailed back and forth about end dates for Bella. They are doing well now, but starting to plan Bella's departure.   Her last working day will be the 24th of July and then she will be then traveling for a bit. |
| 350213 | Beaudette Deetlefs | | 4/21/15 7:55 PM | Spoke with Emily. She is doing well and things are going fine with Bella.  They are trying to get the flights completed, but Bella is working on that. |
| 360409 | Beaudette Deetlefs | | 5/6/15 4 01 PM | spoke with email today. She wanted to make sure the earlier leave date for Bella would still be in effect if she extends.  She Also wanted to make sure that when Bella extends the new family knows a few things that have been issues with them.  The knee injury and not being told about it was one, but Bella is a raciest and that is really been hard for the family. She has limited Bella's time with the older kids because of it.  Bella makes comments and does not see the wrong in it.  She feels it is Bella's upbringing and way South Africa is, but it is not appropriate in their home or in America.  I told her she can put the good and the bad in the reference letter she does.  I will also email Kelly about it so see if there is anything we can or should do, |
| 393340 | Beaudette Deetlefs | | 6/15/15 5:59 PM | I spoke with Emily and John several times, by phone, email and text due to the family being upset by an article that the Au pair is quoted saying some things about the family (though not named).  They were adamant that the AP leave their home the next day.  I have now done an exit and the AP is in my home. |

CONFIDENTIAL

Ex. 67

CC00001299