## JOHANA PAOLA BELTRAN - 8/30/2016
### Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 62 |
|---|

11:29:23 1    A.  Not very much.

11:29:24 2    Q.  Okay.  Had you ever taken a first aid

11:29:27 3  course before?

11:29:29 4    A.  Never.

11:29:32 5    Q.  And were you able to drive?

11:29:35 6    A.  No.

11:29:45 7    Q.  So did you take all of the classes that

11:29:47 8  the individuals told you you needed to in order to

11:29:51 9  become an au pair?

11:30:04 10    A.  Yes.

11:30:05 11    Q.  Did those -- did anybody in that office

11:30:06 12  that you visited help you in signing up for those

11:30:10 13  classes, or did you do that by yourself?

11:30:22 14    A.  They told us that we were the ones that

11:30:27 15  had to do everything,

11:30:29 16    Q.  Did anything else happen or did you talk

11:30:32 17  about anything else on that first visit to that office

11:30:35 18  in downtown Bogota?

11:30:44 19    A.  I don't -- I don't remember.

11:30:48 20    Q.  At that point did you know that there were

11:30:52 21  other J-1 visa sponsors other than InterExchange?

11:31:04 22    A.  No.

11:31:06 23    Q.  During that first visit to the office in

11:31:09 24  downtown Bogota did they give you any papers to take

11:31:11 25  with you?

| Page 63 |
|---|

11:31:22 1    A.  No.

11:31:28 2    Q.  And did you visit that office again?

11:31:35 3    A.  Yes.

11:31:36 4    Q.  What was -- how much -- or how long after

11:31:38 5  the first visit did you go back?

11:31:45 6    A.  I don't remember.

11:31:47 7    Q.  Did you do anything to meet the

11:31:50 8  requirements for the au pair program between that first

11:31:53 9  visit and the second visit?

11:32:00 10    A.  No.

11:32:05 11    Q.  And what happened during your second visit

11:32:06 12  to the office?

11:32:14 13    A.  I asked them how much the first payment

11:32:16 14  would be.

11:32:18 15    Q.  What did they tell you?

11:32:26 16    A.  What I remember was they told me it was --

11:32:29 17  that it was 500,000 pesos.

11:32:36 18    Q.  Did anybody from the office tell you what

11:32:38 19  the money that you were paying was for?

11:32:54 20    A.  No.

11:32:55 21    Q.  Did you ask?

11:32:59 22    A.  About the program.

11:33:01 23    Q.  You asked questions about the program?

11:33:05 24    A.  No.

11:33:08 25    Q.  What did you ask about?

| Page 64 |
|---|

11:33:12 1    A.  That day?

11:33:13 2    Q.  Yes, on the second visit.

11:33:18 3    A.  How much was the first payment that I

11:33:20 4  would need to pay.

11:33:21 5    Q.  Okay.  Did you understand what the payment

11:33:23 6  was for?

11:33:29 7    A.  The value of the program.

11:33:32 8    Q.  And you recall them telling you 500,000

11:33:40 9  pesos was the first payment?

11:33:45 10    A.  Yes.

11:33:45 11    Q.  Did anything else happen during that

11:33:47 12  second visit to the office?

11:33:53 13    A.  I don't remember.

11:33:55 14    Q.  Did you make a first payment of 500,000

11:33:59 15  pesos?

11:34:03 16    A.  Yes.

11:34:03 17    Q.  When did you make that first payment?

11:34:09 18    A.  I'm not sure.

11:34:11 19    Q.  Do you recall at all year, month,

11:34:12 20  anything?

11:34:20 21    A.  I think, but I'm not sure that it was in

11:34:23 22  2011.

11:34:24 23    Q.  Did you keep any records of the payments

11:34:26 24  that you made prior to becoming an au pair?

11:34:40 25    A.  Before?

| Page 65 |
|---|

11:34:41 1    Q.  At any time.  Did you keep any records of

11:34:43 2  what you paid?

11:34:49 3    A.  No.

11:34:50 4    MR. HOOD:  I'm going to object as to a

11:34:52 5  translation earlier in the record.  I'm sorry, I had my

11:34:57 6  microphone covered.  I'm going to object as to a

11:34:59 7  translation earlier in the record.  She used the word

11:35:02 8  "valor," which means value or cost.  It was translated

11:35:06 9  as value, but it could mean either.

11:35:10 10    MS. COLAIZZI:  Okay.

11:35:14 11    THE INTERPRETER:  Yes, the interpreter

11:35:16 12  agrees that it could mean either.  No problem if we

11:35:19 13  want to clarify that one.

11:35:21 14    Q.  (BY MS. COLAIZZI)  So you've talked about

11:35:28 15  two visits to the office in Bogota.

11:35:37 16    A.  Up until this moment, yes.

11:35:40 17    Q.  Did you visit again?

11:35:42 18    A.  Yes.

11:35:42 19    Q.  And do you recall when that third visit

11:35:44 20  was?

11:35:48 21    A.  No.

11:35:50 22    Q.  What was the purpose of the third visit?

11:35:55 23    A.  An interview.

11:35:59 24    Q.  At the time that you visited the office

11:36:00 25  the third time, had you already applied for the au pair

17 (Pages 62 to 65)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 66

```
11:36:04 1   program?
11:36:13 2       A.  Yes.
11:36:14 3       Q.  When did you apply for the au pair
11:36:15 4   program?
11:36:22 5       A.  I don't remember very well, but I think it
11:36:24 6   was in 2011.
11:36:25 7       Q.  And did you fill out an application?
11:36:30 8       A.  I don't remember.
11:36:32 9       Q.  You don't recall filling out any kind of
11:36:3510   paperwork to apply for the program?
11:36:4411       A.  Yes.
11:36:4412       Q.  Okay.  When -- where were you when you
11:36:4713   filled out the paperwork for the program?
11:36:5714       A.  Where was I?  Did you ask me that?
11:37:0015       Q.  Yes.
11:37:0316       A.  In Bogota.
11:37:0317       Q.  Were you at home, were you at the office?
11:37:0618   Where were you?
11:37:1119       A.  When I filled out the application?
11:37:1320       Q.  Correct.
11:37:1421       A.  The office.
11:37:1522       Q.  Okay.  We've talked so far about three
11:37:1823   visits.  Did you fill out an application during one of
11:37:2024   those visits?
11:37:2925       A.  Yes.
```

Page 67

```
11:37:29 1       Q.  Okay.  Did you fill out the application
11:37:30 2   before you made the first payment of 500,000 pesos?
11:37:39 3       A.  No.
11:37:41 4       Q.  Okay.  Did you make more than one payment
11:37:43 5   before you filled out the application?
11:37:52 6       A.  Can you repeat the question?
11:37:54 7       Q.  You've talked about one payment of 500,000
11:37:58 8   pesos.  Did you make --
11:38:00 9       MS. COLAIZZI:  Sorry.  Go ahead.
11:38:0210       Q.  (BY MS. COLAIZZI)  Did you make more
11:38:0311   payments before you filled out the application?
11:38:0912       A.  No.
11:38:1013       Q.  Okay.  So which visit was it, first,
11:38:1314   second, or third, to the office during which you filled
11:38:1615   out the application?
11:38:2916       A.  I think it was the first one, because when
11:38:3217   you pay, then that's when you become an au pair.
11:38:3518       Q.  Okay.  So it was the first visit to the
11:38:3719   office and after your first payment of 500,000 pesos?
11:38:4620       A.  I think so.
11:38:4721       Q.  Did you make any other payments?
11:38:5322       A.  After.
11:38:5323       Q.  Okay.  When you filled out the
11:38:5624   application, did you do it on the computer or on paper?
11:39:0625       A.  I don't remember.
```

Page 68

```
11:39:08 1       Q.  Was anybody with you when you filled out
11:39:09 2   the application?
11:39:14 3       A.  No.
11:39:14 4       Q.  Was the application in English or in
11:39:17 5   Spanish?
11:39:20 6       A.  English.
11:39:21 7       Q.  Were you able to understand it?
11:39:26 8       A.  No.
11:39:26 9       Q.  Did you ask anyone for assistance?
11:39:3210       A.  In the office.
11:39:3311       Q.  Did they help you?
11:39:3612       A.  Not a lot.
11:39:3813       Q.  Did you seek out any other help to fill
11:39:4114   out the application other than the individuals in that
11:39:4215   office in downtown Bogota?
11:39:5216       A.  No.
11:40:0317       Q.  In Bogota did you know a family, the Reyes
11:40:1018   family?
11:40:1519       A.  I don't remember.  I don't remember that
11:40:1720   name.
11:40:2122       Q.  Did you do any babysitting for a Reyes
11:40:2122   family in Colombia?
11:40:2823       A.  No.
11:40:2924       Q.  Do you know a Corrales family in Colombia?
11:40:4325       A.  I'm not very good with last names, so
```

Page 69

```
11:40:45 1   maybe the first names.
11:40:47 2       Q.  Did you do any babysitting for a family
11:40:50 3   called Corrales that you know of?
11:40:59 4       A.  No.
11:41:02 5       Q.  You mentioned before a friend with the
11:41:03 6   last name of Camargo, correct?
11:41:11 7       THE DEPONENT:  (In English)  Uh-huh.
11:41:12 8       Q.  (BY MS. COLAIZZI)  Did you know any other
11:41:14 9   families with the last name Camargo?
11:41:1710       THE DEPONENT:  (In English)  No.  I'm
11:41:1811   sorry.
11:41:1812       A.  No.
11:41:2013       Q.  (BY MS. COLAIZZI)  Did you do any
11:41:2214   babysitting for a family with the last name Camargo?
11:41:2815       A.  No.
11:41:4016       Q.  We've talked about three visits to the
11:41:4217   office in downtown Bogota.  During any of these visits
11:41:5118   did you talk about the money you would make from the
11:41:5419   host family for being an au pair?
11:42:1020       A.  No.
11:42:1721       Q.  We've talked about three visits.  Did you
11:42:1922   visit the office a fourth time?
11:42:2723       A.  I don't remember.
11:42:2924       Q.  You mentioned an interview occurred on the
11:42:3225   third visit; is that correct?
```

18  (Pages 66 to 69)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 70 |
|---|

11:42:40 1      A.  What's that?
11:42:43 2          MS. COLAIZZI:  Can you read the question
11:42:44 3  back, please.
11:42:29 4          (The last question was read back as
11:42:29 5  follows:  "You mentioned an interview occurred on the
11:42:32 6  third visit; is that correct?")
11:42:57 7      A.  Yes.
11:42:59 8      Q.  (BY MS. COLAIZZI)  Was the interview in
11:43:00 9  English or in Spanish?
11:43:05 10     A.  Both of them.
11:43:07 11     Q.  At that point in time had you taken
11:43:09 12  English classes?
11:43:17 13     A.  Yes.
11:43:17 14     Q.  Who interviewed you?
11:43:22 15     A.  I don't remember.
11:43:23 16     Q.  Was it somebody who worked in that office
11:43:25 17  in downtown Bogota?
11:43:31 18     A.  Yes.
11:43:31 19     Q.  And was it just one person or more than
11:43:34 20  one person?
11:43:38 21     A.  One.
11:43:40 22     Q.  What do you recall about the questions
11:43:42 23  that were asked of you?
11:44:03 24         THE INTERPRETER:  Allow the interpreter to
11:44:05 25  clarify.

| Page 71 |
|---|

11:44:06 1      A.  Okay.  We talked about questions related
11:44:17 2  to what the consul might ask me about the au pair
11:44:24 3  program, and there were questions about babysitting.
11:44:28 4      Q.  (BY MS. COLAIZZI)  When you say questions
11:44:29 5  about the consul, what do you mean?
11:44:35 6      A.  The embassy.
11:44:38 7      Q.  Okay.  Do you recall any of the specific
11:44:40 8  questions that were presented to you that you might get
11:44:44 9  asked at the embassy?
11:44:58 10     A.  If I was studying in Colombia.
11:45:03 11     Q.  What else?
11:45:07 12     A.  And where I was going.
11:45:11 13     Q.  Meaning where you were traveling to?
11:45:14 14     A.  Yes.
11:45:15 15     Q.  What else?
11:45:19 16     A.  There were other questions that I don't
11:45:23 17  remember exactly.
11:45:24 18     Q.  Did the part of the interview related to
11:45:26 19  the embassy questions, was it in English or Spanish?
11:45:35 20     A.  In English.
11:45:36 21     Q.  Were you able to understand?
11:45:42 22     A.  Yes.  I had practiced with the agency.
11:45:47 23     Q.  Before the interview you had practiced
11:45:49 24  with the agency?
11:45:53 25     A.  Yes.

| Page 72 |
|---|

11:45:54 1      Q.  Okay.  And you also indicated that they
11:45:58 2  asked you questions about babysitting?
11:46:10 3      A.  Well, no.
11:46:12 4      Q.  At the interview at the office in downtown
11:46:15 5  Bogota on the third visit were you asked questions
11:46:18 6  about babysitting?
11:46:33 7      A.  Can you repeat the question?
11:46:36 8      Q.  Make sure we understand.  We're talking
11:46:37 9  about the interview that occurred on your third visit
11:46:40 10  to the office in downtown Bogota.  Okay?
11:46:52 11     A.  Yeah.
11:46:53 12     Q.  Okay.  You said a moment ago you were
11:46:55 13  asked questions that you might get asked at the embassy
11:46:59 14  and questions about babysitting; is that correct?
11:47:20 15     A.  No.
11:47:21 16     Q.  Okay.  What were you asked during that
11:47:24 17  interview on the third visit to the office in downtown
11:47:28 18  Bogota?
11:47:39 19     A.  About practicing for the interview with
11:47:41 20  the embassy.  Things about the kids, babysitting, if
11:47:56 21  they had a fight or something wasn't done right with
11:48:00 22  them, what had to be done to be able to handle the
11:48:04 23  situation.
11:48:05 24     Q.  Okay.  Other than a question about how you
11:48:09 25  would handle a fight between children, were there other

| Page 73 |
|---|

11:48:12 1  questions that you were asked about caring for children
11:48:16 2  during that interview at the office in downtown Bogota?
11:48:36 3      A.  I don't understand the question.
11:48:39 4      Q.  You said a moment ago that you were asked
11:48:41 5  a question about how you might handle a situation where
11:48:45 6  children were fighting; is that correct?
11:48:59 7      A.  Yes.
11:48:59 8      Q.  Were you asked other questions about
11:49:00 9  taking care of children during that interview?
11:49:11 10     A.  Yes.
11:49:11 11     Q.  What were you asked?
11:49:15 12     A.  If I had baby-sat for children before.
11:49:19 13     Q.  And how did you respond?
11:49:23 14     A.  That I had with my nephews.
11:49:28 15     Q.  Anything else in response to the question
11:49:29 16  about whether you had cared for children before?
11:49:38 17     A.  No.
11:49:39 18     Q.  Were you asked any other questions about
11:49:41 19  taking care of children during that interview at the
11:49:44 20  office in downtown Bogota?
11:49:53 21     A.  No.
11:49:55 22     Q.  Were you asked questions about anything
11:49:56 23  else during that interview at the office in downtown
11:49:59 24  Bogota?
11:50:07 25     A.  I don't remember.

19 (Pages 70 to 73)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 74

11:50:12 1    Q. Other than the interview, did anything
11:50:14 2  else happen or did you talk about anything else during
11:50:16 3  that third visit to the office in downtown Bogota?
11:50:34 4    A. Or anything else? I don't know what you
11:50:35 5  mean by "anything else."
11:50:37 6    Q. Did you talk to the people at the office
11:50:40 7  about anything else aside from having that interview
11:50:43 8  that day?
11:50:53 9    A. No.
11:50:54 10   Q. Did you visit the office in downtown
11:50:57 11 Bogota a fourth time?
11:51:05 12   A. The truth is, to be truthful, I don't
11:51:08 13 remember.
11:51:08 14   Q. Okay. Do you remember any visits to that
11:51:10 15 office in downtown Bogota after the third visit where
11:51:14 16 you had your interview?
11:51:16 17   A. I don't remember.
11:51:33 18   Q. At some point did you, in fact, have an
11:51:35 19 interview at the U.S. Embassy in Bogota?
11:51:45 20   A. Yes.
11:51:45 21   Q. Was the interview in English or in
11:51:47 22 Spanish?
11:51:51 23   A. It was in English.
11:51:52 24   Q. Did you have any problems responding to
11:51:54 25 the questions in English?

Page 75

11:52:00 1    A. No.
11:52:01 2    Q. Did you have any problems understanding
11:52:03 3  the questions?
11:52:08 4    A. No. I practiced beforehand.
11:52:13 5    Q. Did anybody go with you to the embassy for
11:52:16 6  the interview?
11:52:20 7    A. No.
11:52:23 8    Q. When you practiced, did you practice with
11:52:24 9  someone?
11:52:31 10   A. Yes.
11:52:32 11   Q. Who did you practice with?
11:52:37 12   A. With a person from the office where I
11:52:39 13 filled out my application.
11:52:41 14   Q. How many times did you go to the office to
11:52:43 15 practice for the embassy interview?
11:52:53 16   A. Once.
11:53:37 17   MS. COLAIZZI: Exhibit 16.
11:53:45 18   (Deposition Exhibit 16 was marked.)
11:53:45 19   THE DEPONENT: Thank you.
11:53:45 20   MS. HERRERA: First amended complaint?
11:53:48 21   MS. COLAIZZI: Yes.
11:53:49 22   Q. (BY MS. COLAIZZI) Ms. Beltran, you've
11:53:55 23 been handed what's been marked as Exhibit 16. It's a
11:54:05 24 long document, so feel free to look at it, but I would
11:54:08 25 like to know if you've ever seen this before?

Page 76

11:54:19 1    A. Can I look at it?
11:54:21 2    Q. Yes.
11:54:25 3    A. Yes.
11:54:26 4    Q. Have you read it before?
11:54:30 5    A. Yes.
11:54:30 6    Q. Have you read all of it?
11:54:35 7    A. Yes.
11:54:36 8    Q. Did you read it in English?
11:54:39 9    A. Yes.
11:54:39 10   Q. Were you able to understand it in English?
11:54:44 11   A. Yes.
11:54:45 12   MR. HOOD: I'm going to object. To the
11:54:47 13 extent that your understanding of the -- on
11:54:49 14 attorney-client privilege grounds. To the extent that
11:54:51 15 your understanding of the document has anything to do
11:54:54 16 with conversations you had with an attorney -- would
11:54:57 17 you like me to break this into parts?
11:55:00 18   THE INTERPRETER: Yeah.
11:55:01 19   MR. HOOD: Can we start with that?
11:55:02 20   MS. COLAIZZI: Counsel, I just asked if
11:55:04 21 she understood it. I didn't ask about any
11:55:06 22 communications. So what's the objection?
11:55:07 23   MR. HOOD: If she were to follow up -- so
11:55:11 24 I'll instruct the witness that she can -- she can
11:55:13 25 respond yes or no, but not to respond as to the basis

Page 77

11:55:15 1  of her understanding.
11:55:30 2    Q. (BY MS. COLAIZZI) You indicated that you
11:55:32 3  did understand it, correct?
11:55:38 4    A. Yes.
11:55:38 5    Q. Okay. Can you please turn to page 68 of
11:55:42 6  Exhibit 16. And I would like you to look at paragraph
11:56:03 7  324. The last sentence of that paragraph reads:
11:56:16 8  "Ms. Beltran found the web of subcontractors, agents,
11:56:22 9  employees, and other entities affiliated with
11:56:25 10 InterExchange difficult to understand."
11:56:41 11   THE INTERPRETER: Okay. The interpreter
11:56:41 12 would like to clarify. The sentence "found the web of
11:56:45 13 subcontractors, agents, employees, and other entities
11:56:50 14 with InterExchange difficult to understand," is that
11:56:53 15 the connection web or is that the -- anything related
11:56:56 16 to website or -- the interpreter's not clear on the
11:57:01 17 meaning of that.
11:57:02 18   MS. COLAIZZI: It's not my complaint, but
11:57:03 19 my understanding is that it refers to an intermingling
11:57:08 20 of people, nothing connected to the Internet.
11:57:12 21   MR. HOOD: I think we can stipulate that
11:57:14 22 it means the connecting.
11:57:14 23   MS. COLAIZZI: Okay. Does that clarify?
11:57:17 24   THE INTERPRETER: Thank you.
11:57:18 25   MS. COLAIZZI: Okay.

20 (Pages 74 to 77)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 78

11:57:18 1       THE INTERPRETER: The interpreter
11:57:20 2   thanks -- thanks you for that clarification.
11:57:37 3       Q. (BY MS. COLAIZZI) Is that a true
11:57:38 4   sentence?
11:57:42 5       MR. HOOD: The -- the -- I'm going to
11:57:44 6   instruct the witness on attorney-client privileged
11:57:47 7   grounds not to answer. She can answer yes or no to the
11:57:51 8   fact that it's true, but not to answer the basis for
11:57:55 9   that paragraph appearing in the complaint.
11:58:15 10      Q. (BY MS. COLAIZZI) Do you remember the
11:58:16 11  question?
11:58:19 12      A. Can you repeat it, please.
11:58:20 13      Q. Is that a true sentence?
11:58:26 14      A. Yes.
11:58:26 15      Q. Okay. What was confusing or difficult to
11:58:30 16  understand for you?
11:58:33 17      MR. HOOD: I'm going to object to the
11:58:35 18  question on attorney-client privileged grounds.
11:58:38 19  The -- the -- I will instruct my client not to respond
11:58:43 20  with respect to any discussions she had with her
11:58:47 21  attorney, but to the extent she -- she can respond to
11:58:51 22  the question without revealing any discussions she had
11:58:54 23  with her attorney, she may.
11:59:20 24      A. Can you repeat the question, please.
11:59:21 25      Q. (BY MS. COLAIZZI) What was difficult for

Page 79

11:59:22 1   you to understand?
11:59:28 2       A. The documents that I filled out.
11:59:30 3       Q. Okay. Anything else?
11:59:33 4       A. No.
11:59:34 5       Q. Okay. This sentence refers to people,
11:59:37 6   subcontractors, agents, and employees. Was there
11:59:49 7   something confusing or difficult to understand about
11:59:51 8   the people that you interacted with?
12:00:05 9       A. I don't understand the question.
12:00:07 10      Q. Do you understand the sentence?
12:00:11 11      MR. HOOD: I'm going to object on
12:00:13 12  attorney-client privilege grounds. To the extent that
12:00:15 13  her understanding or lack of understanding of this
12:00:17 14  sentence requires her to reveal any discussions she's
12:00:20 15  had with her attorney, I'm going to instruct the
12:00:24 16  client -- my client not to respond. To the extent she
12:00:27 17  can respond without revealing any conversations she had
12:00:30 18  with her attorney, she may respond.
12:01:04 19      A. I can't answer that.
12:01:06 20      Q. (BY MS. COLAIZZI) Why not?
12:01:08 21      A. It's confidential.
12:01:09 22      Q. I'm not asking you to talk about anything
12:01:12 23  you talked about with your lawyer. I want to know if
12:01:14 24  you -- sitting here today you understand the sentence,
12:01:17 25  what it means?

Page 80

12:01:33 1       MR. HOOD: I'm going to object on
12:01:35 2   attorney-client privilege grounds --
12:01:36 3       MS. COLAIZZI: Counsel --
12:01:37 4       MR. HOOD: -- and I'm going to ask for a
12:01:38 5   break to discuss with my client how she can respond to
12:01:41 6   questions about the complaint without violating client
12:01:45 7   confidences.
12:01:45 8       MS. COLAIZZI: I'm not asking about
12:01:46 9   communications. I want to know if she understands the
12:01:48 10  sentence.
12:01:50 11      MR. HOOD: Brooke, this is a ridiculous
12:01:51 12  line of questioning. She did not write the complaint.
12:01:54 13  She came to us, we had a confidential conversation, and
12:01:57 14  her attorneys assisted her in drafting the complaint.
12:02:01 15  To ask her if she understands sentences that were
12:02:03 16  drafted by attorneys after discussions with her that
12:02:05 17  are -- that are legal claims is a very tricky line of
12:02:08 18  questions. I'm happy to talk with her about how she
12:02:12 19  can talk about the facts in the complaint without --
12:02:15 20  without revealing attorney-client confidences.
12:02:16 21      MS. COLAIZZI: Well, we need to, because
12:02:17 22  if you're going to make representations about her
12:02:20 23  beliefs in the complaint, I'm entitled to examine her
12:02:22 24  about those. So --
12:02:22 25      MR. HOOD: Well, you can ask her about

Page 81

12:02:23 1   those beliefs.
12:02:24 2       MS. COLAIZZI: I did. I asked her if she
12:02:27 3   understood what that sentence meant, if she agreed with
12:02:29 4   it.
12:02:31 5       MR. HOOD: Well, but then she can say she
12:02:32 6   didn't --
12:02:32 7       MS. COLAIZZI: She hasn't said anything
12:02:33 8   'cause you keep objecting and confusing the situation.
12:02:34 9   I'm not asking about any communications. There's no
12:02:37 10  objection -- there's no question -- there's no
12:02:38 11  objectionable question.
12:02:38 12      MR. HOOD: Well, why don't you give me
12:02:39 13  five minutes to talk to my client about how she can
12:02:42 14  respond to questions about the complaint without
12:02:45 15  revealing -- I mean, we had lengthy conversations that
12:02:48 16  are privileged that were the basis for drafting this
12:02:50 17  complaint, and it's a sticky situation for her, and
12:02:52 18  she's having difficulty understanding how to respond.
12:02:55 19  So we can -- I can go talk to her about how to do that
12:02:56 20  without violating privilege, and we'll be back in five
12:03:00 21  minutes.
12:03:00 22      MS. COLAIZZI: Let's try to do it in five,
12:03:02 23  please. We'll go off the record briefly.
12:03:07 24      THE VIDEOGRAPHER: We're going off the
12:03:08 25  record. The time is 12:02 p.m.

21 (Pages 78 to 81)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### Page 82

```
12:03:13  1        (Recess taken, 12:02 p.m. to 12:15 p.m.)
12:15:24  2        THE VIDEOGRAPHER: We are back on the
12:15:25  3   record. The time is 12:15 p.m.
12:15:29  4        MR. HOOD: I've instructed my client off
12:15:31  5   the record that she may answer questions about the
12:15:35  6   complaint to the extent she can understand the
12:15:36  7   complaint without the help of her attorney, but that
12:15:39  8   she may not respond to questions regarding the
12:15:42  9   complaint to the extent they require her to reveal
12:15:49 10   attorney-client confidences.
12:16:20  11       For example, I instruct her not to answer
12:16:23  12  questions regarding why a particular paragraph or piece
12:16:26  13  of the complaint is in the complaint.
12:16:44  14       Q.  (BY MS. COLAIZZI)  And with my questions,
12:16:45  15  I'm not asking you about communications with your
12:16:47  16  counsel. Please take another look at paragraph 324 on
12:16:57  17  page 68 of Exhibit 16, the last sentence that starts,
12:17:14  18  "Ms. Beltran found . . ."  As you sit here today, is
12:17:26  19  that sentence a true statement?
12:17:45  20       A.  Let me read it, please.
12:17:47  21       Q.  Sure.
12:17:55  22       A.  It is.
12:17:56  23       Q.  Okay.  What was -- explain to me what was
12:18:02  24  difficult to understand about subcontractors, agents,
12:18:08  25  and employees that you interacted with during the
```

### Page 83

```
12:18:11  1   application process for the au pair program.
12:18:26  2        A.  Can you repeat the question, please.
12:18:29  3        MS. COLAIZZI:  Can you read it back,
12:18:29  4   please.
12:18:00  5        (The last question was read back as
12:18:00  6   follows: "Explain to me what was difficult to
12:18:03  7   understand about subcontractors, agents, and employees
12:18:09  8   that you interacted with during the application process
12:18:12  9   for the au pair program.")
12:19:03  10       A.  The documents, that all of them were in
12:19:06  11  English.
12:19:08  12       Q.  (BY MS. COLAIZZI)  Okay.  What else was
12:19:09  13  difficult to understand about the process?
12:19:19  14       A.  They weren't clear about the information.
12:19:23  15       Q.  Who is "they"?
12:19:30  16       A.  The people that were there attending to me
12:19:34  17  when I was filling out the application.
12:19:36  18       Q.  And the people were at the office in
12:19:38  19  downtown Bogota; is that correct?
12:19:44  20       A.  Yes.
12:19:44  21       Q.  When you say they weren't clear about the
12:19:47  22  information, explain to me what you mean.
12:19:59  23       A.  They never explained -- they never
12:20:00  24  explained to me, really, what the program was all
12:20:02  25  about.
```

### Page 84

```
12:20:03  1        Q.  Did you ask them questions?
12:20:06  2        A.  Yes.
12:20:07  3        Q.  What kind of questions did you ask them?
12:20:16  4        A.  Who would help me to comply with the
12:20:18  5   requirements for the program.
12:20:19  6        Q.  And when you say, "requirements," what
12:20:21  7   specifically are you referring to?
12:20:28  8        A.  About all the classes that I was supposed
12:20:30  9   to take.
12:20:31  10       Q.  Okay.  What else were they not clear about
12:20:33  11  in terms of the information about the program?
12:20:45  12       A.  At this time I can't recall.
12:20:48  13       Q.  During the application process, other than
12:20:50  14  the individuals who were at that office in downtown
12:20:53  15  Bogota, was there anybody else that you interacted with
12:20:56  16  or communicated with during that process about the
12:20:59  17  au pair program?
12:21:12  18       A.  When I was in Colombia?
12:21:16  19       Q.  Correct.
12:21:16  20       A.  No.  Just with them.
12:21:17  21       Q.  Okay.  How many different people at that
12:21:19  22  office did you communicate with during the application
12:21:21  23  process?
12:21:33  24       A.  That I can recall, two.
12:21:35  25       Q.  Okay.  Is there anything else about the
```

### Page 85

```
12:21:40  1   application process that you found to be confusing or
12:21:43  2   difficult to understand other than what we've just
12:21:45  3   talked about?
12:22:02  4        A.  It could be, but that was quite some time
12:22:05  5   ago, so I can't recall.
12:22:06  6        Q.  Okay.  So there's nothing else you
12:22:08  7   remember about that as you sit here today other than
12:22:10  8   what we've discussed?
12:22:21  9        A.  No.  No, I don't think so.
12:22:24  10       Q.  Can you turn back to Exhibit 15, please.
12:22:32  11       MR. HOOD:  I don't know if she has it in
12:22:34  12  front of her.  Oh, it's underneath.
12:22:40  13       Q.  (BY MS. COLAIZZI)  And I want to talk
12:22:41  14  about Interrogatory 2, which is on pages 2 and 3 of
12:22:46  15  Exhibit 15.  Why don't you -- let me ask you this.  I'd
12:23:00  16  like you to refresh your recollection about the
12:23:04  17  question in Interrogatory 2 and the answer.  Are you
12:23:14  18  able to do that by reading, or do you want the
12:23:17  19  interpreter to translate it for you?
12:23:25  20       A.  Yes, can he help me, please.
12:23:27  21       Q.  Okay.
12:23:32  22       THE INTERPRETER:  Okay.  The interpreter
12:23:33  23  is looking at Interrogatory No. 2 and will then site
12:23:37  24  translate it into Spanish.
12:23:38  25       MS. COLAIZZI:  Thank you.
```

22  (Pages 82 to 85)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 86

```
12:23:39 1        THE INTERPRETER: You're welcome.
12:24:35 2        MS. COLAIZZI: Thank you. And then if you
12:24:38 3   could do the same with respect to Ms. Beltran's
12:24:39 4   response.
12:24:50 5        THE INTERPRETER: The response begins at
12:24:52 6   the bottom of page 2.
12:26:35 7        MR. HOOD: I'm going to object to the
12:26:38 8   translation only to the extent that "interchange" and
12:26:40 9   "InterExchange" were being used interchangeably, and my
12:26:45 10  understanding is all of those meant InterExchange.
12:26:48 11       MS. COLAIZZI: I would agree with respect
12:26:49 12  to the second; however, the first one, there's a typo
12:26:53 13  in Ms. Beltran's response, so he did, in fact,
12:26:55 14  interpret it correctly.
12:26:57 15       MR. HOOD: Okay. Well --
12:26:57 16       MS. COLAIZZI: But that's fine.
12:26:58 17       MR. HOOD: Okay. I apologize.
12:27:06 18       Q.  (BY MS. COLAIZZI) I'd like to refer you
12:27:09 19  to the sentence towards the end of your response that
12:27:12 20  begins, "During her au pair interview . . ." Are you
12:27:30 21  referring to the interview that you've already
12:27:33 22  described as having taken place during your third visit
12:27:35 23  to the office in downtown Bogota?
12:27:55 24       A.  Can you repeat the question?
12:27:57 25       MS. COLAIZZI: Can you read it back,
```

Page 87

```
12:27:59 1   please.
12:27:07 2        (The last question was read back as
12:27:07 3   follows: "I'd like to refer you to the sentence
12:27:10 4   towards the end of your response that begins, 'During
12:27:12 5   her au pair interview . . .' Are you referring to the
12:27:33 6   interview that you've already described as having taken
12:27:33 7   place during your third visit to the office in downtown
12:27:38 8   Bogota?")
12:28:38 9        A.  Yeah, that was the only interview.
12:28:40 10       Q.  (BY MS. COLAIZZI) Okay. And is that
12:28:44 11  sentence a true statement?
12:28:52 12       A.  Yes.
12:28:53 13       Q.  I want you to describe for me the
12:28:55 14  conversation you had with the InterExchange
12:28:57 15  representative about what you would be paid per week.
12:29:15 16       A.  195 and 75 cents.
12:29:19 17       Q.  How did that conversation about the amount
12:29:21 18  come about?
12:29:28 19       A.  That was a long time ago, and I can't
12:29:31 20  remember very well.
12:29:32 21       Q.  Do you recall if the representative made
12:29:33 22  that statement to you on her -- on her or his own, or
12:29:38 23  did you ask about the weekly pay?
12:29:54 24       A.  It was within one of the agreements that I
12:29:56 25  signed with them.
```

Page 88

```
12:29:57 1        Q.  Okay. Did you discuss the amount with
12:29:59 2   anyone?
12:30:05 3        A.  No.
12:30:06 4        Q.  Did you ask any questions about the weekly
12:30:08 5   amount?
12:30:13 6        A.  No.
12:30:15 7        Q.  At the time of that interview was there
12:30:16 8   anything about the amount of 195.75 per week that
12:30:21 9   concerned you in any way?
12:30:36 10       A.  I don't understand the question.
12:30:38 11       Q.  When you heard during that interview that
12:30:40 12  you would be paid 195.75 per week, were you okay with
12:30:45 13  that?
12:31:04 14       A.  I didn't understand it very well, because
12:31:05 15  they told me in dollars.
12:31:07 16       Q.  Did you ask what that translated to in
12:31:10 17  pesos?
12:31:14 18       A.  No, they didn't tell me.
12:31:16 19       Q.  Did you ask?
12:31:18 20       A.  Yes.
12:31:18 21       Q.  And what did they tell you in response to
12:31:21 22  your question?
12:31:26 23       A.  No, they didn't explain it to me, and I
12:31:29 24  don't remember.
12:31:29 25       Q.  You don't remember what?
```

Page 89

```
12:31:36 1        A.  I don't know why they didn't explain it to
12:31:39 2   me well.
12:31:40 3        Q.  Did you attempt to find out from any other
12:31:41 4   source what 195.75 per week meant in terms of pesos?
12:31:56 5        A.  No.
12:31:59 6        MS. COLAIZZI: Why don't we take an hour
12:31:59 7   for lunch.
12:32:05 8        THE DEPONENT: Thank you.
12:32:05 9        THE COURT: Going off the record. The
12:32:06 10  time is 12:31 p.m.
12:32:09 11       (Recess taken, 12:31 p.m. to 1:34 p.m.,
13:34:49 12  after which time Mr. Maschler was present via
13:34:49 13  telephone.)
13:35:01 14       THE VIDEOGRAPHER: We are back on the
13:35:02 15  record. The time is 1:34 p.m.
13:35:06 16       Q.  (BY MS. COLAIZZI) Good afternoon,
13:35:06 17  Ms. Beltran.
13:35:09 18       A.  Good afternoon.
13:35:12 19       Q.  Do you remember that before we broke for
13:35:14 20  lunch we talked about the conversation you had in
13:35:18 21  Colombia about the weekly stipend of 195.75? Do you
13:35:24 22  remember that?
13:35:39 23       A.  Yes, ma'am.
13:35:41 24       Q.  Do you -- did you have any other
13:35:43 25  conversations while you were in Colombia with anyone
```

23 (Pages 86 to 89)

# JOHANA PAOLA BELTRAN - 8/30/2016
## Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### Page 90

13:35:46 1 about the weekly pay you would receive as an au pair?
13:36:01 2     A. No.
13:36:04 3     Q. Could you take another look at Exhibit 15,
13:36:06 4 please. Page 2. I want to ask you a question about
13:36:28 5 Interrogatory 1. Do you need the interpreter to
13:36:36 6 translate the question and answer of Interrogatory
13:36:44 7 No. 1 for you?
13:36:47 8     A. Please.
13:36:51 9         THE INTERPRETER: The interpreter's
13:36:53 10 looking at Interrogatory 1.
13:39:08 11         MS. COLAIZZI: Thank you.
13:39:12 12     Q. (BY MS. COLAIZZI) Ms. Beltran, your
13:39:15 13 response to Interrogatory 1 refers to payments, as in
13:39:21 14 more than one payment. How many total payments did you
13:39:26 15 make in order to participate in the au pair program?
13:39:44 16     A. Two.
13:39:45 17     Q. Okay. I think you said before that the
13:39:48 18 first one was 500,000 pesos; is that correct?
13:39:55 19     A. Yes.
13:39:55 20     Q. How much was the second payment?
13:40:03 21     A. I'm sorry. I think I made more than two
13:40:08 22 payments for the program, but I don't remember.
13:40:11 23     Q. Do you remember the amounts of any of the
13:40:13 24 other payments?
13:40:22 25     A. I believe, but I'm not sure, that one was

### Page 91

13:40:25 1 for 2 million pesos.
13:40:27 2     Q. And you believe there may have been more
13:40:30 3 than those two?
13:40:36 4     A. Yes.
13:40:36 5     Q. And in your response to Interrogatory 1
13:40:40 6 you indicated that you paid approximately $11,000 to
13:40:43 7 take the various classes you needed to become an
13:40:47 8 au pair. Is the 11,000 figure correct, as far as you
13:41:05 9 know sitting here?
13:41:11 10     A. Yes.
13:41:11 11     Q. Okay. Do you remember what that was in
13:41:13 12 pesos?
13:41:19 13     A. Around 20 or 22 million pesos.
13:41:24 14     Q. How many post-high school classes did you
13:41:27 15 need to take in order to meet the requirements for the
13:41:29 16 au pair program?
13:41:45 17     A. I think it was one or two.
13:41:47 18     Q. And what were the subject matters of those
13:41:50 19 classes?
13:41:58 20     A. Systems.
13:42:02 21     Q. Anything else?
13:42:04 22     A. No.
13:42:04 23     Q. What is systems?
13:42:10 24     A. Like computers, computer systems.
13:42:21 25     Q. Ms. Beltran, I believe in the complaint it

### Page 92

13:42:25 1 indicates that you had communications with three or
13:42:29 2 four potential host families; is that correct?
13:42:47 3     A. Yes.
13:42:47 4     Q. Did you select those three or four
13:42:48 5 families or did they select you?
13:43:00 6     A. Those families selected me.
13:43:03 7     Q. And was one of those families the Noonans?
13:43:15 8     A. Yes.
13:43:15 9     Q. How many conversations do you recall
13:43:18 10 having with the Noonan family prior to agreeing to
13:43:22 11 become their au pair?
13:43:37 12     A. There were many of them. I don't remember
13:43:39 13 how many exactly.
13:43:42 14     Q. More than ten or less than ten?
13:43:46 15     A. Probably more.
13:43:47 16     Q. More or less than 20?
13:43:52 17     A. I don't remember.
13:43:55 18     Q. How many conversations did you have with
13:43:58 19 the other host families?
13:44:05 20     A. There weren't -- there weren't very many
13:44:07 21 of them.
13:44:09 22     Q. Why weren't there very many conversations
13:44:10 23 with those other families?
13:44:17 24     A. Because the Noonan family was more
13:44:19 25 interested.

### Page 93

13:44:19 1     Q. Okay. And how did you -- how was it
13:44:22 2 communicated to you that a family was or was not
13:44:25 3 interested in having you as an au pair?
13:44:44 4     A. They would open a page where they could
13:44:44 5 see my profile, and through that page we were able to
13:44:47 6 have communication.
13:44:53 7     Q. During your conversations with the Noonans
13:44:55 8 did you have the opportunity to communicate with all
13:44:58 9 members of the Noonan family?
13:45:00 10     A. I only saw the girls once.
13:45:12 11     Q. And did you speak with Mrs. Noonan more
13:45:14 12 than once?
13:45:18 13     A. Yes.
13:45:18 14     Q. And what about Dr. Noonan?
13:45:22 15     A. Never.
13:45:22 16     Q. You never spoke with Dr. Noonan?
13:45:26 17     A. Not when I was in Colombia.
13:45:29 18     Q. Okay. What did you talk about with
13:45:33 19 Mrs. Noonan during those communications while you were
13:45:45 20 still in Colombia?
13:45:45 21     A. She was interested in having me go to her
13:45:48 22 house and help her with her daughters.
13:45:50 23     Q. Did she ask you questions?
13:45:55 24     A. Yes.
13:45:55 25     Q. What kinds of questions did she ask you?

24  (Pages 90 to 93)

# JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

## Page 94

13:46:04 1     A.  If I was studying and if I was playing any
13:46:09 2 instruments.
13:46:10 3     Q.  What else?
13:46:12 4     A.  She asked about my family and what they
13:46:15 5 did.
13:46:16 6     Q.  Anything else?
13:46:22 7     A.  I never had mentioned my father, so she
13:46:24 8 asked about him.
13:46:26 9     Q.  Okay.  Any other questions that you recall
13:46:28 10 Mrs. Noonan asking you?
13:46:35 11     A.  I don't remember.
13:46:36 12     Q.  Did you ask questions of Mrs. Noonan?
13:46:43 13     A.  Yes.
13:46:43 14     Q.  What kinds of things did you ask her?
13:46:52 15     A.  If the girls liked any kind of
13:46:54 16 instruments.
13:46:55 17     Q.  What else?
13:46:59 18     A.  Their favorite colors.
13:47:01 19     Q.  What else?
13:47:07 20     A.  If I could see the room where I was going
13:47:09 21 to sleep.
13:47:10 22     Q.  Did she show that to you?
13:47:16 23     A.  Yes.  She made -- she took a picture.
13:47:19 24     Q.  Okay.  And she sent that picture to you?
13:47:23 25     A.  Yes.

## Page 95

13:47:24 1     Q.  What other types of things did you ask
13:47:26 2 Mrs. Noonan, if any?
13:47:33 3     A.  How I was going to work with the girls.
13:47:36 4     Q.  Do you recall how she responded to that
13:47:38 5 question?
13:47:50 6     A.  She said that one of the girls was
13:47:53 7 studying Spanish, and that's one of the reasons why she
13:47:55 8 wanted to choose me, so that I could help her daughter
13:47:59 9 learn Spanish.
13:48:00 10     Q.  Did you have any difficult -- strike that.
13:48:04 11     I assume these conversations with
13:48:05 12 Mrs. Noonan were in English; is that correct?
13:48:12 13     A.  Yes, they were.
13:48:13 14     Q.  Did you have any problems communicating
13:48:14 15 with Mrs. Noonan in English during these -- during
13:48:18 16 these conversations while you were still in Colombia?
13:48:30 17     A.  Yes.
13:48:30 18     Q.  You had problems?
13:48:33 19     A.  Yes.
13:48:34 20     Q.  Did Mrs. Noonan express any concern about
13:48:38 21 her ability to communicate with you?
13:48:48 22     A.  No.
13:48:50 23     Q.  Did you have any concerns about your
13:48:51 24 ability to work for the Noonans given the language
13:48:56 25 issues?

## Page 96

13:49:09 1     A.  What does that mean?
13:49:11 2     Q.  Did you have any concerns about coming to
13:49:12 3 the United States and working for the Noonans as far as
13:49:15 4 your ability to communicate with them?
13:49:30 5     A.  Yes.
13:49:30 6     Q.  Did you talk about those concerns with
13:49:32 7 anyone?
13:49:38 8     A.  With -- with the lady.
13:49:39 9     Q.  With Mrs. Noonan?
13:49:41 10     A.  Yes.
13:49:42 11     Q.  And how did she respond to your concerns?
13:49:52 12     A.  She said there's no problem because the au
13:49:54 13 pairs learned English quickly.
13:49:57 14     Q.  Okay.  Did you believe the Noonan family
13:49:59 15 to have had au pairs before you?
13:50:08 16     A.  Yes.
13:50:09 17     Q.  Did you know any of those previous
13:50:12 18 au pairs personally?
13:50:19 19     A.  Yes.
13:50:20 20     Q.  Who?
13:50:24 21     A.  Priscilla.
13:50:24 22     Q.  And who is Priscilla?
13:50:27 23     A.  She was also an au pair.
13:50:29 24     Q.  And how did you meet her?
13:50:33 25     A.  At the Noonans' house.

## Page 97

13:50:37 1     Q.  Was she still -- let me back up.
13:50:41 2     At the Noonans' house, after you arrived
13:50:42 3 in Colorado to begin living with the Noonans; is that
13:50:48 4 correct?
13:50:52 5     A.  Can you repeat the question?  Sorry.
13:50:56 6     Q.  You met Priscilla in the Noonans' home
13:50:59 7 after you had arrived in Colorado to begin living with
13:51:01 8 the Noonans; is that correct?
13:51:10 9     A.  True.
13:51:11 10     Q.  Okay.
13:51:12 11     MR. HOOD:  I'm just going to object to the
13:51:13 12 translation insofar as it -- it wasn't clear that --
13:51:17 13 that the question was directed to knowing when she was
13:51:20 14 in Colombia versus knowing ever the other au pairs.
13:51:27 15     MS. COLAIZZI:  I don't understand.
13:51:29 16     MR. HOOD:  When you asked whether she knew
13:51:31 17 any of the other Noonan au pairs, you asked it when she
13:51:36 18 was talking to Mrs. Noonan in Colombia.
13:51:38 19     MS. COLAIZZI:  Okay.
13:51:39 20     MR. HOOD:  Set in that point in time.  The
13:51:41 21 translation made it sound like if she'd ever came to
13:51:44 22 know.  I just want it clear --
13:51:44 23     MS. COLAIZZI:  Okay.
13:51:45 24     MR. HOOD:  -- that she may not have known
13:51:47 25 when she was talking in Colombia.

25 (Pages 94 to 97)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 98 | Page 100 |
|---|---|

**Page 98**

13:51:49 1    MS. COLAIZZI: That's fine.

13:51:51 2    Q. (BY MS. COLAIZZI) Was Priscilla still

13:51:52 3  living with the Noonans at the time you met her?

13:51:58 4    A. Yes.

13:51:59 5    Q. How long did she live with the Noonans

13:52:01 6  after you arrived to live with the Noonans?

13:52:13 7    A. I think it was a month or two months.

13:52:17 8    Q. So you both lived in the Noonans' house

13:52:19 9  for a month or two together?

13:52:28 10    A. Yes.

13:52:28 11    Q. During the time you were both living at

13:52:31 12  the Noonans' house, did Priscilla continue to help with

13:52:34 13  the children in any way?

13:52:50 14    A. She gave me the introduction as far as

13:52:53 15  what I would have to do.

13:52:54 16    Q. Okay. But did she help you with any of

13:52:56 17  your job duties during the time you were both living in

13:53:00 18  the Noonans' house?

13:53:08 19    A. Yes.

13:53:09 20    Q. What did she help you with?

13:53:13 21    A. To clean the house.

13:53:15 22    Q. Anything else?

13:53:18 23    A. And to --

13:53:22 24    THE INTERPRETER: The chickens?

13:53:25 25    A. Yeah, to take care of the chickens,

**Page 99**

13:53:29 1  because they had chickens, the family did.

13:53:30 2    Q. (BY MS. COLAIZZI) Okay. Did she help you

13:53:32 3  with anything else?

13:53:33 4    A. No.

13:53:35 5    Q. Okay. Do you know if --

13:53:39 6    THE DEPONENT: (In English) I'm sorry.

13:53:39 7    A. I'm sorry. Can I say something else?

13:53:44 8    Q. (BY MS. COLAIZZI) Sure.

13:53:45 9    A. To know people around there.

13:53:47 10    Q. She helped introduce you to people?

13:53:56 11    A. Yes.

13:53:56 12    Q. Okay. Who did she introduce you to, do

13:53:58 13  you recall?

13:54:07 14    A. People that lived there close and that

13:54:11 15  worked -- they worked in the area.

13:54:17 16    Q. Did she introduce you to any other

13:54:18 17  au pairs, either current au pairs or former au pairs?

13:54:28 18    A. No.

13:54:32 19    Q. Do you know if the Noonans were paying

13:54:34 20  Priscilla during the time you were both living in the

13:54:37 21  Noonans' house?

13:54:45 22    A. I don't think so.

13:54:46 23    Q. Did Priscilla tell you anything about her

13:54:49 24  experience working and living with the Noonans?

13:55:01 25    A. Something.

**Page 100**

13:55:02 1    Q. What did she tell you?

13:55:06 2    A. That it was hard work.

13:55:08 3    Q. Did she explain what she meant by "hard

13:55:12 4  work"? Did she describe anything or identify any job

13:55:15 5  duties that she thought were hard?

13:55:27 6    A. Yes.

13:55:27 7    Q. What did she tell you?

13:55:37 8    A. That before I arrived she had to clean up

13:55:40 9  something that was from the construction that they were

13:55:43 10  doing in the house.

13:55:48 11    Q. Did she tell you what it was she had to

13:55:51 12  clean up?

13:55:53 13    A. Yes.

13:55:54 14    Q. What did she tell you?

13:56:00 15    A. That the whole house needed to be cleaned

13:56:03 16  completely, the kitchen. And to cook and to do

13:56:11 17  laundry. And to clean the cages where the chickens

13:56:18 18  were -- would stay. And to feed them.

13:56:27 19    MR. HOOD: I'm going to object as to

13:56:28 20  translation. There -- there was a point where -- can

13:56:33 21  you explain?

13:56:34 22    MR. GRANT: Yeah. So I thought I heard a

13:56:36 23  point where in translation the interpreter translated

13:56:41 24  it as the word "she" regarding Paola, but I think you

13:56:48 25  may have understood it as she, as Mrs. Noonan.

**Page 101**

13:56:52 1    MS. COLAIZZI: That doesn't help me at

13:56:54 2  all. Can you be more specific about what the question

13:56:56 3  was?

13:56:58 4    MR. HOOD: Do you remember what the

13:56:58 5  question was?

13:56:58 6    MR. GRANT: I believe -- I believe the

13:56:58 7  question was -- it had to do with cleaning up some

13:57:01 8  construction for --

13:57:03 9    MS. COLAIZZI: We're not talking about

13:57:04 10  Mrs. Noonan, we're talking about Priscilla.

13:57:15 11    MR. GRANT: Or Priscilla. I'm sorry. I

13:57:17 12  think it was Priscilla. But I think -- but I think

13:57:20 13  there was a misinterpretation between -- I think you

13:57:22 14  may have understood it as Priscilla when in actuality

13:57:26 15  it may have Paola.

13:57:31 16    MS. COLAIZZI: Okay. I'm still not sure I

13:57:32 17  understand what the exact correction is.

13:57:35 18    MR. HOOD: Was it in the question or the

13:57:36 19  translation?

13:57:37 20    MR. GRANT: It was in the translation.

13:57:39 21    MR. HOOD: Of her response?

13:57:41 22    MR. HOOD: Yes.

13:57:42 23    MR. GRANT: So could you read back her

13:57:43 24  response to the question regarding cleaning up the

13:57:48 25  construction debris?

26 (Pages 98 to 101)

Page 102

13:58:00 1    I'm going to withdraw the objection. I
13:58:02 2  don't think it matters, so let's just carry on. I
13:58:04 3  apologize.
13:58:05 4    THE INTERPRETER: That's fine. The
13:58:07 5  interpreter would just comment that if Paola was
13:58:09 6  talking about herself, she would not be using third-
13:58:12 7  person pronoun, she'd be using the first person, and
13:58:16 8  that would be yo. But if she wasn't talking about
13:58:18 9  herself and she was talking about somebody else, she
13:58:21 10  wouldn't be using that.
13:58:22 11    MR. HOOD: Okay.
13:58:24 12    THE INTERPRETER: And that's just for
13:58:25 13  clarification.
13:58:25 14    MR. HOOD: All right. We apologize.
13:58:26 15    THE INTERPRETER: No problem.
13:58:28 16    Q. (BY MS. COLAIZZI) And just for
13:58:28 17  clarification, Ms. Beltran, I've been asking you about
13:58:31 18  what Priscilla told you. Is that how you understood
13:58:34 19  the question?
13:58:46 20    A. Yes.
13:58:46 21    Q. Okay. Thank you. Did Priscilla say
13:58:52 22  anything to you one way or the other about whether she
13:58:55 23  liked working for the Noonans or not?
13:59:07 24    A. The work? She liked it.
13:59:09 25    Q. Did she have any complaints about her

Page 103

13:59:11 1  experience that she shared with you?
13:59:22 2    A. I'm sorry. I wanted to go back to
13:59:24 3  something that she said. I think that the interpreter
13:59:33 4  said that I said that she liked the job. I wanted to
13:59:41 5  say that she didn't. So can you ask the question
13:59:47 6  again?
13:59:48 7    Q. I think I asked did Priscilla tell you one
13:59:52 8  way or the other whether she liked working for the
13:59:57 9  Noonans?
14:00:03 10    A. She didn't like it.
14:00:04 11    Q. Did she tell you why?
14:00:07 12    A. Yes.
14:00:08 13    Q. What did she say?
14:00:13 14    A. That she wasn't doing an au pair's job.
14:00:23 15    Q. Do you know whether Priscilla ever
14:00:25 16  complained to anyone about the job duties she was being
14:00:29 17  asked to perform?
14:00:39 18    A. I don't know.
14:00:41 19    Q. I want to go back to the conversations
14:00:42 20  that you had with Mrs. Noonan while you were still in
14:00:46 21  Colombia.
14:00:53 22    A. That's fine.
14:00:54 23    Q. Did you talk about what the Noonan family
14:00:56 24  was going to have you do for them during your au pair
14:01:07 25  year?

Page 104

14:01:10 1    A. No. I don't remember.
14:01:17 2    Q. Do you recall if you asked Mrs. Noonan
14:01:20 3  what she was going to have you do?
14:01:27 4    A. Yes.
14:01:27 5    Q. You asked?
14:01:32 6    A. Yes.
14:01:32 7    Q. How did she respond?
14:01:39 8    A. That she chose me because she wanted me to
14:01:42 9  help her daughter with her Spanish.
14:01:44 10    Q. Is that the only thing she said to you
14:01:46 11  about what she expected you to do when you lived with
14:01:48 12  her family?
14:02:01 13    A. Well, this was a long time ago, and the
14:02:03 14  conversations were in English.
14:02:05 15    Q. So what does that mean? She didn't say
14:02:08 16  anything else or you didn't understand if she said
14:02:11 17  anything else?
14:02:17 18    A. I don't think so. I don't think she said
14:02:19 19  anything else, but I don't know.
14:02:22 20    Q. At any point did you talk to Mrs. Noonan
14:02:25 21  about what you would be paid?
14:02:34 22    A. Yes.
14:02:34 23    Q. What did you talk about?
14:02:41 24    A. Why they were paying me that.
14:02:43 25    Q. And what did she say -- okay. Let me back

Page 105

14:02:46 1  up. When you say, "that," what are you referring to?
14:02:52 2    A. The first week that I received a check.
14:02:54 3    Q. Okay. I want to stick for just a minute
14:02:57 4  with the conversations you had while you were still in
14:03:00 5  Colombia. Okay?
14:03:07 6    A. Okay.
14:03:08 7    Q. While you were still in Colombia did you
14:03:10 8  have any conversations with Mrs. Noonan about what you
14:03:14 9  would be paid?
14:03:22 10    A. No.
14:03:24 11    Q. Did you have any conversations with
14:03:26 12  Mrs. Noonan while you were still in Colombia about how
14:03:29 13  many hours they would ask you to work in a week?
14:03:43 14    A. I think so.
14:03:44 15    Q. What do you recall about those
14:03:45 16  conversations?
14:03:50 17    MR. HOOD: I'm going to mark the response
14:03:51 18  to this question and any line of questions about the
14:03:56 19  number of hours worked as confidential under the
14:03:56 20  protective order, but I instruct the witness -- I'm
14:03:59 21  sorry. But I instruct the witness to respond to the
14:04:13 22  question.
14:04:22 23    A. Can you repeat the question, please.
14:04:24 24    MS. COLAIZZI: Can you read it back,
14:04:25 25  please.

27 (Pages 102 to 105)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 106 | Page 108 |
|---|---|
| 14:03:44 1    (The last question was read back as | 14:08:42 1    Q.  And why did you expect to be paid? |
| 14:03:44 2  follows: "What do you recall about those | 14:08:50 2    A.  That was part of what happens when you |
| 14:03:45 3  conversations?") | 14:08:53 3  were becoming an au pair. |
| 14:04:38 4    Q.  (BY MS. COLAIZZI) And just for | 14:08:54 4    Q.  What do you mean, that's part of what -- I |
| 14:04:39 5  clarification, it was the conversations about the | 14:08:56 5  don't understand your answer.  Can you explain? |
| 14:04:41 6  number of hours they would have you work in a week. | 14:09:06 6    A.  Well, when you get to the United States, |
| 14:04:55 7    A.  45. | 14:09:11 7  that's part of when you're becoming an au pair. |
| 14:05:15 8    Q.  Prior to going to live with the Noonans | 14:09:16 8    Q.  Did anybody specifically tell you that you |
| 14:05:17 9  you spent some time in New York, correct? | 14:09:18 9  would be paid for any part of your time in New York? |
| 14:05:26 10    A.  That's true. | 14:09:29 10    A.  No. |
| 14:05:27 11    Q.  Okay.  And you flew to New York from | 14:09:31 11    Q.  Did you ask anyone that question, whether |
| 14:05:30 12  Bogota, correct? | 14:09:33 12  you would be paid? |
| 14:05:35 13    A.  Yes. | 14:09:40 13    A.  No. |
| 14:05:36 14    Q.  When you flew to New York did you | 14:09:42 14    Q.  Did you stay in a hotel while you were in |
| 14:05:37 15  understand what you would be doing during that time in | 14:09:45 15  New York? |
| 14:05:40 16  New York? | 14:09:49 16    A.  Yes. |
| 14:05:51 17    A.  Yes. | 14:09:50 17    Q.  Who paid for your hotel? |
| 14:05:51 18    Q.  What was your understanding of what you | 14:09:56 18    A.  I don't know very well. |
| 14:05:53 19  would be doing in New York? | 14:09:57 19    Q.  Did you pay for it? |
| 14:06:01 20    A.  It was a training with other au pairs. | 14:09:59 20    A.  No. |
| 14:06:04 21    Q.  Did you know ahead of time what the | 14:10:00 21    Q.  Did you receive any money for meals during |
| 14:06:07 22  subject matter of that training would be? | 14:10:03 22  your time in New York? |
| 14:06:16 23    A.  No. | 14:10:07 23    A.  No. |
| 14:06:18 24    Q.  Did you ask anyone?  Meaning before you | 14:10:17 24    Q.  Did -- during your time in New York were |
| 14:06:23 25  left for New York from Colombia. | 14:10:19 25  you given any papers or documents to keep and take with |

| Page 107 | Page 109 |
|---|---|
| 14:06:27 1    A.  No. | 14:10:22 1  you? |
| 14:06:29 2    Q.  How many days did you spend in New York | 14:10:32 2    A.  I don't remember. |
| 14:06:32 3  prior to going to live with the Noonans? | 14:10:44 3    MS. COLAIZZI:  This is 17. |
| 14:06:39 4    A.  Around a week. | 14:11:04 4    (Deposition Exhibit 17 was marked.) |
| 14:06:42 5    Q.  And you received training during that | 14:11:04 5    MS. COLAIZZI:  She'll get you another |
| 14:06:44 6  week; is that correct? | 14:11:06 6  copy. |
| 14:06:50 7    A.  That's true. | 14:11:06 7    MR. HOOD:  Okay.  Thanks. |
| 14:06:51 8    Q.  Okay.  What types of things did you | 14:11:06 8    Q.  (BY MS. COLAIZZI) Ms. Beltran, you've |
| 14:06:53 9  receive training about during that week? | 14:11:08 9  been handed what's been marked as Exhibit 17.  In |
| 14:07:08 10    A.  I don't remember everything, but I can say | 14:11:18 10  looking at this, and it comes in a variety of formats, |
| 14:07:10 11  that they were showing us how to change diapers, they | 14:11:22 11  so are you able to tell by looking at it whether or not |
| 14:07:17 12  would have a doll that we would practice on on how to | 14:11:25 12  you've ever seen this information before? |
| 14:07:21 13  do it.  And in case of an accident with the children, | 14:11:39 13    A.  Can I look at it? |
| 14:07:32 14  what things we were -- we were to do.  And so we also | 14:11:41 14    Q.  Sure.  Absolutely.  Yeah. |
| 14:07:47 15  learned what would happen -- what to do if one of the | 14:12:05 15    (The deponent perused the exhibit.) |
| 14:07:49 16  children were eating and started to get choking on food | 14:12:10 16    A.  I don't remember. |
| 14:07:53 17  and how to use first aid to -- to resolve that. | 14:12:18 17    MS. COLAIZZI:  This is 18. |
| 14:08:01 18    Q.  Do you recall receiving any training | 14:12:59 18    (Deposition Exhibit 18 was marked.) |
| 14:08:03 19  during your week in New York that was not related in | 14:12:59 19    Q.  (BY MS. COLAIZZI) Ms. Beltran, you've |
| 14:08:05 20  some way to taking care of children? | 14:13:07 20  been hand -- sorry. |
| 14:08:17 21    A.  No. | 14:13:07 21    MS. COLAIZZI:  You may not have that one. |
| 14:08:27 22    Q.  When you left Colombia to travel to New | 14:13:07 22    THE INTERPRETER:  Oh.  Okay. |
| 14:08:33 23  York, did you expect to be paid for your time in New | 14:13:07 23    Q.  (BY MS. COLAIZZI) So let me . . .  Okay. |
| 14:08:33 24  York? | 14:13:07 24  Ms. Beltran, you've been handed what's been marked as |
| 14:08:42 25    A.  Yes. | 14:13:10 25  Exhibit 18.  For the record, I'll state that we |

28 (Pages 106 to 109)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 110 |
|---|

14:13:16 1    received this from your counsel at approximately 7:15
14:13:20 2    last night. Do you know what this document is?
14:13:35 3         A. Yes.
14:13:36 4         Q. And what is it, as far as you know?
14:13:42 5         MS. FITZGERALD: I'm sorry, I need to
14:13:44 6    interrupt. Which -- I don't know what you're looking
14:13:46 7    at.
14:13:47 8         MS. COLAIZZI: Oh, I'm sorry. It's
14:13:48 9    Beltran 518 through 543. It may not have been in the
14:13:55 10   packet because it was a late production. I'm sorry,
14:13:59 11   Martha.
14:14:01 12        MS. FITZGERALD: That's all right.
14:14:03 13        A. What page? 43?
14:14:05 14        Q. (BY MS. COLAIZZI) No, I'm sorry. What is
14:14:06 15   Exhibit 18, as far as you know?
14:14:14 16        A. I think something like this is what they
14:14:16 17   gave us.
14:14:17 18        Q. Have you read this document before?
14:14:24 19        A. It was in English.
14:14:25 20        Q. Okay. When did you receive it?
14:14:29 21        A. I don't remember.
14:14:30 22        Q. But this was in your possession and was
14:14:33 23   turned over to your counsel at some point; is that
14:14:35 24   correct?
14:14:46 25        A. Can you ask me that question again?

| Page 111 |
|---|

14:14:48 1         Q. Yes. This was a document that you had and
14:14:51 2    then gave to your counsel; is that correct?
14:14:59 3         A. Yes.
14:15:00 4         Q. Okay. And I want to make sure I
14:15:05 5    understand your answer. Have you read this
14:15:06 6    agreement -- or this document before?
14:15:15 7         A. Yes.
14:15:15 8         Q. Okay. Do you recall when you received it
14:15:17 9    the first time?
14:15:23 10        A. I don't remember.
14:15:25 11        Q. Do you recall if you read it when you
14:15:27 12   first received it?
14:15:35 13        A. I tried to.
14:15:37 14        Q. Okay. Did you sign a document that looks
14:15:40 15   like this?
14:15:46 16        A. I think so.
14:15:47 17        Q. Did you attempt to get any assistance in
14:15:50 18   understanding this document before you signed it?
14:15:58 19        A. No.
14:16:00 20        Q. Do you recall if you received this
14:16:02 21   agreement for the first time while you were in Colombia
14:16:04 22   or while you were in the United States?
14:16:16 23        A. I don't remember, but I think it was in
14:16:19 24   Colombia.
14:16:20 25        Q. Why did you not try to find some

| Page 112 |
|---|

14:16:22 1    assistance in understanding the document before you
14:16:25 2    signed it?
14:16:34 3         A. Because it was necessary to pay for
14:16:36 4    something like that.
14:16:41 5         THE DEPONENT: (In English) No.
14:16:44 6         THE INTERPRETER: Oh, okay.
14:16:46 7         Q. (BY MS. COLAIZZI) Why don't you repeat
14:16:47 8    your answer, and we'll try again.
14:16:49 9         THE INTERPRETER: The interpreter would
14:16:50 10   ask for a clarification.
14:16:57 11        A. Because I had to pay for that.
14:17:02 12        Q. (BY MS. COLAIZZI) Meaning you had to pay
14:17:03 13   for someone to help you understand the document?
14:17:08 14        A. Yes.
14:17:09 15        Q. While you were living in Colombia did you
14:17:12 16   know anybody who spoke English?
14:17:17 17        A. No.
14:17:18 18        Q. Did anyone at the office in downtown
14:17:21 19   Bogota speak English?
14:17:27 20        A. I don't know.
14:17:29 21        Q. Did the people who gave you the training
14:17:32 22   in New York speak English or Spanish?
14:17:39 23        A. English.
14:17:41 24        Q. At any point during your week in New York
14:17:43 25   did you ask anybody who was helping with your training

| Page 113 |
|---|

14:17:45 1    if they could help you understand any document?
14:17:58 2         A. No.
14:17:59 3         Q. Why not?
14:18:04 4         A. Because I thought everybody there spoke
14:18:06 5    English.
14:18:09 6         Q. But if somebody speaks English, they could
14:18:12 7    help you; isn't that right?
14:18:18 8         A. Well, my English wasn't so good to be able
14:18:20 9    to understand it.
14:18:21 10        Q. So you didn't think you would be able to
14:18:23 11   understand their help; is that what I'm hearing?
14:18:37 12        A. Well, for the document, if they were to
14:18:41 13   explain it to me in English, no.
14:18:42 14        Q. Okay. So you believed in order to get any
14:18:46 15   assistance with the document, you needed somebody who
14:18:49 16   was bilingual in both English and Spanish; is that
14:18:53 17   correct?
14:19:09 18        A. Yes.
14:19:09 19        Q. When you agreed to become an au pair, did
14:19:13 20   you have any understanding of the circumstances under
14:19:18 21   which your participation in the program could end
14:19:21 22   early?
14:19:38 23        A. What does that mean?
14:19:41 24        Q. When you decided to become an au pair, did
14:19:42 25   you think that you could leave the program at any time?

29 (Pages 110 to 113)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 114 |
|---|

14:19:55 1    A. Yes.
14:19:55 2    Q. Okay. Did you believe that your host
14:19:57 3  family could decide not to have you live with them
14:20:02 4  anymore at any time?
14:20:17 5    A. Yes.
14:20:17 6    Q. Did you have any understanding as to
14:20:19 7  whether or not InterExchange could end your
14:20:22 8  participation in the program?
14:20:34 9    A. No.
14:20:52 10    Q. Prior to arriving in the United States to
14:20:59 11  begin living with the Noonans, did you have any
14:21:02 12  understanding of why your weekly pay would be 195.75?
14:21:28 13    A. More or less.
14:21:28 14    Q. What was your understanding?
14:21:35 15    A. That it was a tip for helping the family
14:21:37 16  with the kids.
14:21:38 17    Q. But do you know why the number was 195.75
14:21:43 18  as opposed to something else?
14:21:52 19    A. No.
14:21:53 20    Q. At any point during your participation in
14:21:55 21  the au pair program did you come to an understanding of
14:21:59 22  why the figure was 195.75 as opposed to something else?
14:22:17 23    A. Yes.
14:22:17 24    Q. When did you come to an understanding of
14:22:20 25  that?

| Page 115 |
|---|

14:22:24 1    A. After a week of work.
14:22:25 2    Q. And how did you come to that
14:22:28 3  understanding?
14:22:39 4    A. The family said that InterExchange said
14:22:42 5  that that was going to be my weekly pay.
14:22:45 6    Q. When did the family say that?
14:22:50 7    A. When they gave me the first check.
14:22:52 8    Q. How much was your first check?
14:23:00 9    A. 195 and 75 cents.
14:23:03 10    Q. Okay. Is that what you were expecting for
14:23:05 11  your first week of work?
14:23:11 12    A. No.
14:23:11 13    Q. Why not?
14:23:14 14    A. 'Cause I didn't know.
14:23:16 15    Q. Well, weren't you told in Colombia that it
14:23:19 16  would be 195.75?
14:23:27 17    A. Yeah, I saw that it was in a contract
14:23:29 18  there.
14:23:30 19    Q. Okay. So if it -- if you didn't expect to
14:23:33 20  get 195.75, what did you expect to get?
14:23:47 21    A. I didn't understand exactly the value of
14:23:50 22  it and how much it was.
14:23:54 23    Q. What do you mean by you didn't understand
14:23:54 24  the value of it?
14:24:00 25    A. It was all in dollars, and it was new to

| Page 116 |
|---|

14:24:03 1  me.
14:24:04 2    MR. HOOD: I'd just like to object to the
14:24:06 3  translation again, and "valor" can mean either value or
14:24:10 4  cost in English.
14:24:12 5    MS. COLAIZZI: Okay.
14:24:13 6    Q. (BY MS. COLAIZZI) When you were in
14:24:15 7  Colombia, I believe it was during the interview at your
14:24:18 8  third meeting at the office in downtown Bogota you were
14:24:28 9  told that you would be paid 195.75 a week, correct?
14:24:44 10    A. Yes, because I asked them.
14:24:46 11    Q. Okay. And that's what -- and you were, in
14:24:48 12  fact, paid 195.75 for your first week of work with the
14:24:53 13  Noonans, correct?
14:25:03 14    A. Yes.
14:25:03 15    Q. Okay.
14:25:05 16    THE VIDEOGRAPHER: Counsel, five minutes
14:25:05 17  to media change.
14:25:06 18    MS. COLAIZZI: Okay. Why don't we go
14:25:08 19  ahead and change.
14:25:11 20    THE DEPONENT: Can I have a break?
14:25:13 21    THE VIDEOGRAPHER: Going off the record.
14:25:14 22  This is the end of Media Unit No. 2 in the videotape
14:25:16 23  deposition of Johana Paola Beltran. The time is
14:25:20 24  2:25 p.m. We are off the record.
14:25:24 25    (Recess taken, 2:25 p.m. to 2:39 p.m.)

| Page 117 |
|---|

14:39:52 1    THE VIDEOGRAPHER: We are back on the
14:39:53 2  record. This is the beginning of Media Unit No. 3 in
14:39:57 3  the videotaped deposition of Johana Paola Beltran. The
14:40:01 4  time is 2:39 p.m.
14:40:05 5    Q. (BY MS. COLAIZZI) Ms. Beltran, before we
14:40:06 6  went on break we were talking about what you received
14:40:08 7  for pay your first week with the Noonans. And you did,
14:40:20 8  in fact, receive $195.75 for the first week, correct?
14:40:33 9    A. Yes.
14:40:33 10    Q. Is that what you expected to receive for
14:40:35 11  your first check?
14:40:43 12    A. Yes.
14:40:43 13    Q. Did you have any conversations with the
14:40:45 14  Noonans about the amount of the check that first week
14:40:48 15  when you received it?
14:40:58 16    A. Yes.
14:40:58 17    Q. Okay. And who started that conversation?
14:41:04 18    A. Well, it really wasn't a conversation.
14:41:06 19    Q. Okay. Then tell me what you -- what you
14:41:08 20  and the Noonans talked about with respect to the check
14:41:11 21  when you received it that first week.
14:41:25 22    A. That that was what they were going to pay
14:41:27 23  me every week because InterExchange told them that that
14:41:30 24  was the amount to pay me.
14:41:31 25    Q. Did you have any concerns at that point

30 (Pages 114 to 117)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 118 | Page 120 |
|---|---|

**Page 118**

14:41:34 1 about receiving $195.75 a week?
14:41:46 2   A. No.
14:41:55 3   Q. Did any -- during your -- let me back up.
14:41:59 4     While you were in New York, did you meet
14:42:02 5 other individuals who were going to be au pairs in the
14:42:06 6 United States?
14:42:13 7   A. Yes.
14:42:13 8   Q. Did you stay in contact with any of those
14:42:16 9 individuals while you were in Colorado living with the
14:42:18 10 Noonans?
14:42:27 11   A. Yes.
14:42:28 12   Q. And who did you stay in contact with?
14:42:33 13   A. With three au pairs.
14:42:35 14   Q. Who?
14:42:38 15   A. Adrian. And two women. I don't remember
14:42:45 16 their names. We didn't speak very much.
14:42:50 17   Q. And do you know where Adrian was living
14:42:54 18 during her time as an au pair?
14:42:58 19   A. Yes.
14:43:03 20   Q. Where?
14:43:05 21   A. New Jersey.
14:43:08 22   Q. And she was being sponsored by
14:43:10 23 InterExchange as well, as far as you know?
14:43:18 24   A. I think she came through a different
14:43:20 25 agency,

**Page 119**

14:43:21 1   Q. Okay. How many times do you think -- let
14:43:25 2 me back up. How did you communicate with Adrian? Am I
14:43:31 3 saying that right? What was her name again?
14:43:33 4   A. Adrian.
14:43:35 5   Q. Adrian. Sorry. How did you communicate
14:43:40 6 with Adrian while you were living with the Noonans?
14:43:43 7 Was it telephone, email, Facebook? What -- what
14:43:47 8 method?
14:43:48 9   A. Facebook and Skype.
14:44:02 10   Q. So you had access to a computer while you
14:44:04 11 were living with the Noonans?
14:44:11 12   A. There was a computer in the room.
14:44:13 13   Q. And were there any limits on your ability
14:44:16 14 to use it while you were living with the Noonans?
14:44:25 15   MR. HOOD: I'm going to mark as
14:44:26 16 confidential any questions regarding Ms. Beltran's time
14:44:32 17 with the Noonans and her treatment by the Noonans under
14:44:35 18 the protective order.
14:44:54 19   Q. (BY MS. COLAIZZI) Do you remember the
14:44:54 20 question?
14:44:58 21   A. Yes.
14:44:58 22   Q. Okay.
14:45:02 23   A. I wasn't able to use it during work hours.
14:45:05 24   Q. And what were your work hours?
14:45:13 25   A. I don't remember it well. You could say

**Page 120**

14:45:23 1 that I worked some hours in the morning, some hours in
14:45:26 2 the afternoon, and some hours at night.
14:45:31 3   Q. Okay. We'll come back to your experience
14:45:34 4 with the Noonans in a minute. I want to go back to the
14:45:38 5 other two au pairs that you said that you met. Do you
14:45:49 6 remember either of their names?
14:45:58 7   A. I think one of them was named Valady.
14:46:03 8     THE DEPONENT: (In English) Lady.
14:46:04 9     THE INTERPRETER: Lady?
14:46:04 10     THE DEPONENT: (In English) Uh-huh.
14:46:04 11     THE INTERPRETER: Valady or Lady?
14:46:06 12     THE DEPONENT: (In English) Lady.
14:46:07 13   A. Lady.
14:46:08 14   Q. (BY MS. COLAIZZI) And do you remember the
14:46:09 15 name of the other one?
14:46:11 16   A. No.
14:46:12 17   Q. Do you know the name of the agency that
14:46:15 18 sponsored either one of them?
14:46:22 19   A. No.
14:46:25 20   Q. How did you communicate with Lady and the
14:46:29 21 other au pair?
14:46:36 22   A. Facebook.
14:46:44 23   Q. Did Adrian tell you or post anything about
14:46:48 24 her experience as an au pair?
14:46:59 25   A. Something.

**Page 121**

14:47:00 1   Q. What do you recall her posting?
14:47:06 2   A. She didn't post it, but she did tell me.
14:47:09 3   Q. What did she tell you?
14:47:13 4   A. Well, it was a man, not a woman.
14:47:16 5   Q. Okay. I'm sorry. What did he tell you?
14:47:29 6   A. When -- the family give him a car, and
14:47:32 7 when they would go on vacation, they would continue to
14:47:36 8 pay him.
14:47:38 9     THE INTERPRETER: Allow the interpreter to
14:47:40 10 clarify.
14:47:41 11   A. When they would go on vacation, they would
14:47:44 12 continue to pay him. But the kids were terrible, but
14:47:56 13 he would do things with them anyway.
14:48:02 14   Q. (BY MS. COLAIZZI) Anything else that he
14:48:03 15 shared with you about his au pair experience?
14:48:14 16   A. And he was getting paid the same thing.
14:48:17 17   Q. Meaning 195.75?
14:48:23 18   A. Yes.
14:48:25 19   Q. Anything else that he shared with you
14:48:26 20 about his au pair experience?
14:48:35 21   A. I don't remember.
14:48:39 22   Q. And all of these communications were by
14:48:41 23 Facebook or Skype?
14:48:48 24   A. Yes.
14:48:49 25   Q. How many times do you think you

31 (Pages 118 to 121)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 122 | |
|---|---|
| 14:48:50 1 | communicated with him during the time you lived with |
| 14:48:52 2 | the Noonans? |
| 14:49:03 3 | A. I don't remember. |
| 14:49:08 4 | Q. How many times do you think you |
| 14:49:09 5 | communicated with Lady during the time you lived with |
| 14:49:14 6 | the Noonans? |
| 14:49:22 7 | A. Not very many. |
| 14:49:25 8 | Q. Was that a he or a she? |
| 14:49:30 9 | A. She's a woman. |
| 14:49:31 10 | Q. Okay. Thank you. Did she share anything |
| 14:49:33 11 | with you about her au pair experience? |
| 14:49:42 12 | A. She just said that the family was nice. |
| 14:49:46 13 | Q. Do you know what state she was living in? |
| 14:49:54 14 | A. I'm not sure, but I think it was in |
| 14:49:56 15 | Pennsylvania. |
| 14:49:59 16 | Q. And the other au pair that you couldn't |
| 14:50:02 17 | remember the name, do you remember how many times you |
| 14:50:05 18 | communicated with that person during the time you lived |
| 14:50:07 19 | with the Noonans? |
| 14:50:23 20 | A. I don't think it was any more than ten |
| 14:50:26 21 | times. |
| 14:50:26 22 | Q. Did that individual share with you -- |
| 14:50:28 23 | well, let me back up. Was it a male or a female? |
| 14:50:32 24 | A. A woman. |
| 14:50:33 25 | Q. Did she share anything with you about her |

| Page 123 | |
|---|---|
| 14:50:36 1 | au pair experience? |
| 14:50:42 2 | A. Not really. |
| 14:50:43 3 | Q. Do you know what state she was living in? |
| 14:50:49 4 | A. No, I don't remember. |
| 14:50:51 5 | Q. Have you been in touch with any of these |
| 14:50:53 6 | three individuals since you left the program in |
| 14:50:56 7 | November 2012? |
| 14:51:09 8 | A. A number of times with Adrian. |
| 14:51:14 9 | Q. Have you communicated with him recently, |
| 14:51:16 10 | within the last six months? |
| 14:51:21 11 | A. No. |
| 14:51:27 12 | Q. And at any point have you discussed with |
| 14:51:29 13 | him any of the complaints you have with respect to this |
| 14:51:32 14 | lawsuit? |
| 14:51:43 15 | A. No. |
| 14:51:50 16 | Q. Did you meet any current or former |
| 14:51:55 17 | au pairs here in Colorado when you were living with the |
| 14:51:58 18 | Noonans? |
| 14:52:12 19 | A. Yes. |
| 14:52:14 20 | Q. Who did you meet? |
| 14:52:21 21 | A. I don't remember the names of all of them, |
| 14:52:23 22 | but I remember one. |
| 14:52:24 23 | Q. And who's that one? |
| 14:52:29 24 | A. Kelly. |
| 14:52:31 25 | THE INTERPRETER: Kelly? |

| Page 124 | |
|---|---|
| 14:52:31 1 | THE DEPONENT: (In English) Uh-huh. |
| 14:52:32 2 | A. Kelly. |
| 14:52:33 3 | Q. (BY MS. COLAIZZI) And where did you meet |
| 14:52:34 4 | Kelly? |
| 14:52:37 5 | A. At one of the meetings of the au pairs. |
| 14:52:45 6 | Q. During the time you lived with the Noonans |
| 14:52:47 7 | how many au pair meetings did you attend? |
| 14:52:49 8 | A. One. |
| 14:52:59 9 | Q. Do you recall when it was? |
| 14:53:06 10 | A. I'm not sure, but I think it was after I |
| 14:53:10 11 | was there for a month. |
| 14:53:12 12 | Q. Do you remember where that meeting took |
| 14:53:15 13 | place? |
| 14:53:21 14 | A. I don't remember, but it was close there |
| 14:53:24 15 | to where I was living. |
| 14:53:25 16 | Q. Was it in a home or some other sort of |
| 14:53:29 17 | venue? |
| 14:53:33 18 | A. It was in a home. |
| 14:53:34 19 | Q. Do you know whose home it was? |
| 14:53:39 20 | A. Yes. |
| 14:53:40 21 | Q. Whose home was it? |
| 14:53:44 22 | A. It was a person who was a representative |
| 14:53:46 23 | of InterExchange. |
| 14:53:48 24 | Q. Do you remember her name? |
| 14:53:56 25 | A. I don't really remember, but I think it |

| Page 125 | |
|---|---|
| 14:53:58 1 | was something like Patti or something like that. |
| 14:54:01 2 | That's what I understood. |
| 14:54:01 3 | Q. Could it have been Patti Hughes? |
| 14:54:09 4 | THE DEPONENT: (In English) I don't -- |
| 14:54:09 5 | A. I don't know. |
| 14:54:15 6 | Q. (BY MS. COLAIZZI) And do you remember |
| 14:54:16 7 | what -- where Kelly was from, her home country? |
| 14:54:24 8 | A. Yes. |
| 14:54:24 9 | Q. Where was she from? |
| 14:54:26 10 | A. Colombia. |
| 14:54:35 11 | Q. Did you communicate with Kelly after that |
| 14:54:39 12 | meeting where you first met her? |
| 14:54:53 13 | A. Yes. |
| 14:54:53 14 | Q. What method did you use, phone, email, |
| 14:54:55 15 | Skype, Facebook? |
| 14:55:01 16 | A. Facebook. |
| 14:55:07 17 | Q. And did Kelly share with you anything |
| 14:55:10 18 | about her au pair experience during your communications |
| 14:55:12 19 | with her? |
| 14:55:24 20 | A. Somewhat. |
| 14:55:24 21 | Q. What did she share with you? |
| 14:55:36 22 | A. That we were being represented by the same |
| 14:55:39 23 | company, InterExchange. |
| 14:55:42 24 | Q. Anything else? |
| 14:55:47 25 | A. And she changed families. |

32 (Pages 122 to 125)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 126 |
|---|

14:55:49 1     Q.  Did she say why?
14:55:54 2     A.  I -- I don't think so.  I don't remember.
14:55:59 3     Q.  Anything else that you recall
14:56:01 4  communicating about with Kelly?
14:56:10 5     A.  I think she changed families two or three
14:56:14 6  times.
14:56:15 7     Q.  Anything else that you recall?
14:56:20 8     A.  She went back to Colombia.
14:56:22 9     Q.  Okay.  Do you know when that was?
14:56:25 10    A.  Oh, no.
14:56:29 11    Q.  How many times do you think you
14:56:30 12  communicated with Kelly during the time you lived with
14:56:32 13  the Noonans?
14:56:42 14    A.  I don't know.  I don't remember.
14:56:46 15    Q.  Have you been in communication with her in
14:56:48 16  the last six months?
14:56:53 17    A.  No.
14:56:54 18    Q.  Do you remember roughly when the last time
14:56:56 19  was that you communicated with her?
14:57:06 20    A.  I think it was more than a year.
14:57:10 21    Q.  Other than Kelly, were there any au pairs
14:57:12 22  that you met at that au pair meeting that you continued
14:57:15 23  to communicate with during your time with the Noonans?
14:57:26 24    A.  Can you repeat the question, please.
14:57:28 25    Q.  Other than Kelly, were there other

| Page 127 |
|---|

14:57:30 1  au pairs that you met at that meeting that you
14:57:32 2  continued to communicate with during your time with the
14:57:34 3  Noonans?
14:57:43 4    A.  Yes.
14:57:50 5    Q.  But you don't remember the names?
14:57:53 6    A.  No.
14:57:54 7    Q.  Do you remember countries?
14:57:59 8    A.  One was from Mexico.
14:58:02 9    Q.  Any others you recall?
14:58:04 10    A.  No.
14:58:16 11    Q.  You mentioned a little bit ago about the
14:58:21 12  hours that you worked for the Noonans.
14:58:32 13    MR. HOOD:  I'm going to mark any
14:58:36 14  descriptions of Ms. Beltran's time with the Noonans or
14:58:40 15  treatment by the Noonans as confidential under the
14:58:43 16  protective order.
14:58:54 17    Q.  (BY MS. COLAIZZI)  Did the Noonans make a
14:58:56 18  schedule for you every week?
14:59:04 19    A.  Not always.
14:59:07 20    Q.  Did they at any time create a schedule for
14:59:10 21  you?
14:59:16 22    A.  Somewhat.
14:59:20 23    Q.  Do you how many -- do you have any idea,
14:59:22 24  out of the, you know, few weeks that you were there,
14:59:24 25  how many weeks you had a schedule prepared for you?

| Page 128 |
|---|

14:59:40 1    A.  I don't remember.
14:59:42 2    Q.  Were you given copies of the schedules
14:59:44 3  when they were prepared?
14:59:54 4    A.  No.  Because she would make it, and then
14:59:57 5  she would change it again every -- frequently.
15:00:00 6    Q.  Was it posted somewhere in the house so
15:00:02 7  you knew what you were supposed to be doing?
15:00:17 8    A.  Yes, it was posted in the kitchen.
15:00:20 9    MR. HOOD:  I'm going to object as to the
15:00:21 10  translation of "frequently."  The meaning of what
15:00:24 11  Ms. Beltran said in Spanish was once in a while.
15:00:31 12    THE INTERPRETER:  Could the interpreter
15:00:32 13  ask to have that question repeated where that was?
15:00:34 14    (The question beginning on page 128,
14:59:42 15  line 2 was read back as follows:  "Were you given
14:59:42 16  copies of the schedules when they were prepared?")
15:00:50 17    A.  No.
15:00:58 18    Q.  (BY MS. COLAIZZI)  So you weren't given a
15:00:59 19  copy, but it was posted in the kitchen; is that
15:01:01 20  correct?
15:01:07 21    A.  The first time.
15:01:11 22    Q.  What happened with the schedule after the
15:01:12 23  first time?
15:01:23 24    A.  Well, she said that she would have to make
15:01:26 25  changes, and then she would forget and wouldn't put it

| Page 129 |
|---|

15:01:28 1  up anymore.
15:01:29 2    Q.  So if you didn't have a schedule to look
15:01:32 3  at, how did you know what you were supposed to be doing
15:01:35 4  when?
15:01:45 5    A.  And she would tell me that day from one
15:01:48 6  hour to the next hour what to do.
15:01:57 7    Q.  Did you keep any records of what -- let me
15:02:02 8  back up.
15:02:03 9    I'm assuming that by "she," you mean
15:02:05 10  Mrs. Noonan; is that correct?
15:02:10 11    A.  Yes.
15:02:11 12    Q.  Did you ever take direction as far as what
15:02:14 13  you were supposed to be doing from anyone other than
15:02:17 14  Mrs. Noonan?
15:02:17 15    A.  No.
15:02:26 16    Q.  Did you make any effort to keep a record
15:02:29 17  of the hours that you worked or the things that the
15:02:33 18  Noonans asked you to do on a daily basis?
15:02:47 19    A.  No.
15:03:07 20    MS. COLAIZZI:  19.
15:03:07 21    THE DEPONENT:  Thank you.
15:03:07 22    (Deposition Exhibit 19 was marked.)
15:03:07 23    Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
15:03:11 24  been marked what's been marked as Exhibit 19.  Do you
15:03:14 25  recognize this document at all?

33 (Pages 126 to 129)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 130 | |
|---|---|
| 15:03:26 1 | A. I'm looking at it. No. |
| 15:03:34 2 | Q. Do you recall if you received anything |
| 15:03:36 3 | like this during your training in New York? |
| 15:03:50 4 | A. I'm not sure, but I don't think so. |
| 15:03:58 5 | Q. When you first arrived to work for the |
| 15:04:00 6 | Noonans, did you have kind of a first conversation with |
| 15:04:03 7 | Mrs. Noonan about what she was going to expect of you? |
| 15:04:18 8 | A. Like what? |
| 15:04:20 9 | Q. Was there some point when you arrived when |
| 15:04:22 10 | Mrs. Noonan explained to you what she was going to |
| 15:04:26 11 | expect you to do? |
| 15:04:32 12 | A. No. |
| 15:04:34 13 | Q. So did she just tell you on a day-to-day |
| 15:04:36 14 | basis? |
| 15:04:46 15 | A. Yes. |
| 15:04:46 16 | Q. You mentioned before that you worked some |
| 15:04:48 17 | hours in the morning. Explain to me generally what |
| 15:04:51 18 | your mornings looked like while you were working for |
| 15:04:53 19 | the Noonans. |
| 15:05:09 20 | A. Something around like this. That we'd |
| 15:05:12 21 | start out at 7:00, clean the kitchen, and then from |
| 15:05:21 22 | there do laundry and then have a break. |
| 15:05:31 23 | Q. Did Ms. Noonan schedule your breaks? |
| 15:05:40 24 | A. Well, they really weren't breaks. |
| 15:05:45 25 | Q. What were they? It was your word. So |

| Page 131 | |
|---|---|
| 15:05:47 1 | what were they? |
| 15:05:58 2 | A. If it was like that I didn't -- she didn't |
| 15:06:02 3 | need me to do anything else at that moment because I |
| 15:06:05 4 | was going to do something else later on in the |
| 15:06:07 5 | afternoon or in the evening. |
| 15:06:08 6 | Q. So your mornings typically involved |
| 15:06:11 7 | cleaning the kitchen and laundry. Anything else? |
| 15:06:25 8 | A. And then it would be starting out with the |
| 15:06:27 9 | chickens. |
| 15:06:28 10 | Q. What do you mean, "starting out with the |
| 15:06:31 11 | chickens"? |
| 15:06:33 12 | A. Giving them food. Feeding them. |
| 15:06:36 13 | Q. Did you feed them every day? |
| 15:06:44 14 | A. Yes. |
| 15:06:44 15 | Q. Did you do anything with the children in |
| 15:06:46 16 | the mornings? |
| 15:06:50 17 | A. No. |
| 15:06:50 18 | Q. No. How old were the children? |
| 15:07:00 19 | A. I think the youngest was 9 or 10. And the |
| 15:07:06 20 | oldest was 12. I think. |
| 15:07:11 21 | Q. Did you have a good relationship with the |
| 15:07:12 22 | children? |
| 15:07:20 23 | A. Yes. |
| 15:07:20 24 | Q. So you mentioned that in the mornings you |
| 15:07:22 25 | cleaned the kitchen. Was that every morning? |

| Page 132 | |
|---|---|
| 15:07:37 1 | A. Yes. |
| 15:07:37 2 | Q. And did Mrs. Noonan ask you to do that? |
| 15:07:45 3 | A. Yes, of course. |
| 15:07:51 4 | Q. Did the family usually eat breakfast in |
| 15:07:54 5 | the kitchen in the mornings? |
| 15:08:00 6 | A. Yes. |
| 15:08:01 7 | Q. So when you cleaned it, it would be after |
| 15:08:03 8 | breakfast? |
| 15:08:09 9 | A. Before. |
| 15:08:10 10 | Q. You cleaned the kitchen before breakfast? |
| 15:08:16 11 | A. Yes. |
| 15:08:16 12 | Q. What did you have to do when you cleaned |
| 15:08:17 13 | the kitchen? Walk me through the things you had to do. |
| 15:08:29 14 | A. Wash the dishes. To clean around the |
| 15:08:36 15 | counters, and clean the stove. And sometimes the |
| 15:08:47 16 | refrigerator. |
| 15:08:49 17 | Q. Anything else? |
| 15:08:52 18 | A. And sweep and clean the floor too. |
| 15:08:58 19 | Q. Anything else? |
| 15:09:01 20 | A. Not that I can recall. |
| 15:09:03 21 | Q. If you were cleaning before breakfast, |
| 15:09:06 22 | what dishes were you washing? |
| 15:09:17 23 | A. The ones from the night before. |
| 15:09:20 24 | Q. Did you ever have to clean the kitchen in |
| 15:09:21 25 | the -- at night? |

| Page 133 | |
|---|---|
| 15:09:27 1 | A. In the afternoon. |
| 15:09:28 2 | Q. Before dinner? |
| 15:09:31 3 | A. Yes, of course. |
| 15:09:40 4 | Q. So if you cleaned the kitchen and then the |
| 15:09:42 5 | family ate breakfast, did you ever have to clean the |
| 15:09:45 6 | kitchen after they ate breakfast? |
| 15:09:56 7 | A. I think that those plates were from |
| 15:09:58 8 | breakfast. |
| 15:10:06 9 | Q. What -- you testified a minute ago that |
| 15:10:09 10 | you cleaned the kitchen before breakfast; is that |
| 15:10:11 11 | correct? |
| 15:10:18 12 | A. Yes. |
| 15:10:18 13 | Q. Did you clean it again after breakfast? |
| 15:10:26 14 | A. It was around in the afternoon. |
| 15:10:29 15 | Q. Okay. |
| 15:10:29 16 | A. Yeah. |
| 15:10:30 17 | Q. Did the family eat lunch or a midday meal |
| 15:10:34 18 | in the kitchen? |
| 15:10:40 19 | A. I don't know. |
| 15:10:43 20 | Q. Were you not in the house during the |
| 15:10:45 21 | midday? |
| 15:10:50 22 | A. Yes. |
| 15:10:50 23 | Q. But you don't know if they ate? |
| 15:11:02 24 | A. Well, no, because when they were in the |
| 15:11:04 25 | kitchen, she would put me out on the patio to do other |

34 (Pages 130 to 133)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 134 | Page 136 |
|---|---|

**Page 134**

15:11:07 1   things, so I wouldn't be in there.

15:11:09 2   Q. Okay. So the morning was usually cleaning

15:11:14 3   the kitchen, laundry, and feeding the chickens.

15:11:19 4   Anything else?

15:11:29 5   A. I don't remember many other things.

15:11:31 6   Q. Did you eat breakfast in the morning?

15:11:36 7   A. Yes.

15:11:36 8   Q. Did you eat with the family?

15:11:39 9   A. No.

15:11:40 10   Q. Did you eat before or after?

15:11:45 11   A. Before.

15:11:50 12   Q. So if your morning was kitchen, laundry,

15:11:53 13   chickens, what did you do in the afternoon?

15:12:07 14   A. Clean the rooms. And the rest of

15:12:11 15   the -- the rest of the -- and the rest of the house.

15:12:17 16   Q. Every day?

15:12:20 17   A. Yes. And the bathrooms too.

15:12:26 18   Q. Anything else that you did in the

15:12:28 19   afternoon generally?

15:12:35 20   A. Sometimes.

15:12:35 21   Q. What things?

15:12:38 22   A. The patio.

15:12:39 23   Q. What about the patio?

15:12:45 24   A. Things like cutting roses and things like

15:12:49 25   that. And to pick up the apples.

**Page 135**

15:12:54 1   Q. Off an apple tree?

15:13:01 2   A. Yes.

15:13:02 3   Q. What other types of things might you be

15:13:04 4   asked to do in the afternoon?

15:13:11 5   A. I'm sorry?

15:13:12 6   Q. Is there anything else that you were asked

15:13:14 7   to do in the afternoon?

15:13:24 8   A. I don't remember.

15:13:29 9   Q. Did you have to prepare breakfast for the

15:13:34 10   family ever?

15:13:41 11   A. Only when they were on vacation, around a

15:13:45 12   trip.

15:13:45 13   Q. You prepared breakfast for the family when

15:13:48 14   they were on vacation?

15:13:55 15   A. For the kids.

15:13:56 16   Q. When the parents were on vacation?

15:14:01 17   A. Yes.

15:14:02 18   Q. Okay. Did you ever have to prepare a

15:14:04 19   midday meal for the family?

15:14:13 20   A. Yes.

15:14:13 21   Q. How often?

15:14:16 22   A. Every day.

15:14:17 23   Q. Okay. Did you feed -- did you prepare a

15:14:19 24   midday meal for only the children or for other family

15:14:23 25   members as well?

**Page 136**

15:14:28 1   A. For the whole family.

15:14:30 2   Q. Was Dr. Noonan typically home during the

15:14:34 3   day?

15:14:38 4   A. No.

15:14:39 5   Q. So when you had to prepare a meal, it was

15:14:41 6   for the children and for Mrs. Noonan?

15:14:50 7   A. For everyone.

15:14:51 8   Q. For those three?

15:14:55 9   A. With the husband.

15:14:57 10   Q. But he wasn't there, right?

15:15:05 11   A. But what I was preparing was not lunch, it

15:15:08 12   was for dinner.

15:15:09 13   Q. Okay. Did you ever have to cook for

15:15:11 14   lunch?

15:15:18 15   A. No. It was just snacks.

15:15:21 16   Q. Okay. You had to prepare snacks?

15:15:28 17   A. Yes.

15:15:28 18   Q. Okay. What kinds of things? When you

15:15:31 19   say, "snacks," what do you mean?

15:15:42 20   A. Things like sausages and -- and potatoes.

15:15:47 21   You know, I don't know what they call them here, but

15:15:50 22   like things that you could just pop in the microwave.

15:15:53 23   Q. Okay. Did you do that every day?

15:15:56 24   A. Not every day.

15:15:58 25   Q. And those things were for -- the snacks

**Page 137**

15:16:00 1   were for the children and for Mrs. Noonan?

15:16:08 2   A. For the -- for the kids.

15:16:10 3   Q. Okay. Did you ever have to prepare any

15:16:12 4   lunch for anyone other than the kids?

15:16:22 5   A. No.

15:16:23 6   Q. No. And then you said earlier that you

15:16:28 7   cooked for dinner?

15:16:35 8   A. Yes.

15:16:36 9   Q. Was that every day?

15:16:39 10   A. Yes.

15:16:39 11   Q. Did anyone help you?

15:16:46 12   A. Sometimes the -- the lady -- the husband

15:16:50 13   and the wife did. I'm sorry. Sometimes the man would.

15:16:56 14   Q. Sometimes Dr. Noonan helped you cook?

15:17:00 15   A. Yeah. When there was cooking to be done

15:17:03 16   in the evening.

15:17:08 17   Q. Did you have any -- any duties that you

15:17:13 18   performed for the children in the afternoon generally?

15:17:22 19   A. No.

15:17:26 20   Q. And you also testified earlier, then, that

15:17:28 21   you had additional duties in the evening; is that

15:17:31 22   correct?

15:17:39 23   A. Yes.

15:17:39 24   Q. What were those duties?

15:17:48 25   A. Sometimes it would involve dusting around

35 (Pages 134 to 137)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 138 | |
|---|---|
| 15:17:50 1 | the house. |
| 15:17:52 2 | Q.  What else? |
| 15:17:58 3 | A.  And if the parents were out, I had to go |
| 15:18:01 4 | tell the kids that it was bedtime. |
| 15:18:05 5 | Q.  What else? |
| 15:18:09 6 | A.  And to sweep up around the pool. |
| 15:18:15 7 | Q.  Did the Noonans let you use the pool? |
| 15:18:20 8 | A.  No. |
| 15:18:22 9 | Q.  Did you ever ask? |
| 15:18:26 10 | A.  Yes. |
| 15:18:26 11 | Q.  And who did you ask?  Mrs. Noonan? |
| 15:18:32 12 | A.  Mrs. Noonan. |
| 15:18:33 13 | Q.  And she told you no? |
| 15:18:40 14 | A.  She said that it was just for the kids, |
| 15:18:43 15 | that was all.  The boys. |
| 15:18:45 16 | Q.  I'm sorry, what was the last? |
| 15:18:47 17 | A.  The boys.  Oh.  No.  It's for the girls. |
| 15:18:52 18 | Q.  The girls.  Okay.  Did Mr. -- did Dr. or |
| 15:18:55 19 | Mrs. Noonan ever used the pool that you observed? |
| 15:19:08 20 | A.  I just saw the doctor, I saw him use it |
| 15:19:11 21 | once, and with the kids. |
| 15:19:19 22 | Q.  So so far the only thing you've told me |
| 15:19:22 23 | that you had to do for the kids was cook their |
| 15:19:28 24 | breakfast when their parents were gone, cook snacks |
| 15:19:32 25 | around lunch, and tell them it was bedtime.  Are there |

| Page 139 | |
|---|---|
| 15:19:35 1 | any other duties you were asked to do with respect to |
| 15:19:38 2 | the children? |
| 15:19:58 3 | A.  Yes. |
| 15:19:58 4 | Q.  What? |
| 15:20:03 5 | A.  To pack up their water bottles before they |
| 15:20:07 6 | were getting ready to go out to play. |
| 15:20:10 7 | Q.  Anything else? |
| 15:20:10 8 | A.  No. |
| 15:20:16 9 | Q.  Did you ever pack lunches for school? |
| 15:20:23 10 | A.  No. |
| 15:20:23 11 | Q.  Did you ever help with homework? |
| 15:20:26 12 | A.  No. |
| 15:20:28 13 | Q.  Did you ever help the one daughter with |
| 15:20:31 14 | Spanish? |
| 15:20:37 15 | A.  One time. |
| 15:20:40 16 | Q.  Anything else that you were asked to do |
| 15:20:42 17 | with respect to the children? |
| 15:20:48 18 | A.  No. |
| 15:20:55 19 | Q.  And you testified earlier that when you |
| 15:20:57 20 | were in Colombia Mrs. Noonan sent you a picture of your |
| 15:21:01 21 | bedroom; is that correct? |
| 15:21:13 22 | A.  Yes. |
| 15:21:13 23 | Q.  And is the room that was sent to you in |
| 15:21:16 24 | the picture the room that you actually stayed in when |
| 15:21:19 25 | you lived with the Noonans? |

| Page 140 | |
|---|---|
| 15:21:29 1 | A.  Yes. |
| 15:21:32 2 | Q.  And was that bedroom satisfactory to you? |
| 15:21:43 3 | A.  Yes, except for one thing. |
| 15:21:45 4 | Q.  And what was that? |
| 15:21:48 5 | A.  At night it was too cold. |
| 15:21:53 6 | Q.  Did you talk to the Noonans about that? |
| 15:21:57 7 | A.  No. |
| 15:22:06 8 | Q.  You've mentioned in the course of this |
| 15:22:07 9 | lawsuit that you -- that the Noonans did not provide |
| 15:22:11 10 | you with meals; is that correct? |
| 15:22:24 11 | A.  Yes. |
| 15:22:25 12 | Q.  Explain to me what the arrangement was |
| 15:22:27 13 | with the Noonans in terms of your meals. |
| 15:22:40 14 | A.  There was no arrangement. |
| 15:22:41 15 | Q.  Were you able to use the food in the |
| 15:22:46 16 | refrigerator? |
| 15:22:49 17 | A.  No. |
| 15:22:50 18 | Q.  So what food were you supposed to use? |
| 15:23:01 19 | A.  She would sometimes purchase things and |
| 15:23:04 20 | she would give them to me. |
| 15:23:05 21 | Q.  Did you ask her to do that? |
| 15:23:11 22 | A.  No. |
| 15:23:12 23 | Q.  Did you eat meals with the family? |
| 15:23:19 24 | A.  No. |
| 15:23:22 25 | Q.  So did you have a conversation with |

| Page 141 | |
|---|---|
| 15:23:25 1 | Mrs. Noonan about how you were supposed to eat? |
| 15:23:37 2 | A.  Yes. |
| 15:23:37 3 | Q.  Tell me what happened during that |
| 15:23:38 4 | conversation. |
| 15:23:45 5 | A.  She said that we couldn't take anything |
| 15:23:48 6 | from her kitchen because it was very expensive organic |
| 15:23:55 7 | food.  But she said she was going to buy food for us |
| 15:24:07 8 | that was at a different time or a different kind of |
| 15:24:11 9 | food. |
| 15:24:11 10 | Q.  When you say, "buy food for us," who is |
| 15:24:14 11 | us? |
| 15:24:19 12 | A.  With Priscilla, when Priscilla was there. |
| 15:24:23 13 | Q.  And you're tell -- and your testimony is |
| 15:24:26 14 | that she did that sometimes, but not always, meaning |
| 15:24:29 15 | buy you food? |
| 15:24:37 16 | A.  Not always. |
| 15:24:42 17 | Q.  Did you ever have another conversation |
| 15:24:43 18 | with Mrs. Noonan about the fact that you didn't have |
| 15:24:46 19 | any -- you know, didn't have enough to eat? |
| 15:24:55 20 | A.  One time. |
| 15:24:56 21 | Q.  Okay.  Explain to me what happened during |
| 15:24:58 22 | that conversation. |
| 15:25:08 23 | A.  We told her that, and she gave us a lot of |
| 15:25:11 24 | pizza, then, that had been left over from a party that |
| 15:25:14 25 | the kids had. |

36 (Pages 138 to 141)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 142 |
|---|

```
15:25:17  1      Q.  Were there any other conversations you had
15:25:19  2   with Mrs. Noonan about your meal arrangements?
15:25:30  3      A.  No.
15:25:38  4      Q.  Did Priscilla say anything to you about
15:25:41  5   her experiences with the Noonans in terms of meals?
15:25:55  6      A.  Somewhat.
15:25:55  7      Q.  What did she tell you?
15:26:04  8      THE INTERPRETER:  I'm sorry, the
15:26:05  9   interpreter's having trouble understanding the . . .
15:26:08 10      A.  She said that she was disappointed.
15:26:17 11      Q.  (BY MS. COLAIZZI)  What was she
15:26:17 12   disappointed about?
15:26:23 13      A.  She was disappointed about that part of
15:26:26 14   the things with the Noonans.
15:26:29 15      Q.  So was it your understanding that
15:26:31 16   Priscilla had the same experience with meals that you
15:26:34 17   did?
15:26:45 18      A.  Yes.
15:26:45 19      Q.  Okay.
15:26:50 20      MR. HOOD:  Brooke, when you're at a good
15:26:53 21   stopping point, could we go off the record for a
15:26:55 22   minute?
15:26:56 23      MS. COLAIZZI:  Yeah.  This is fine.  We
15:26:58 24   can take a break.
15:26:59 25      THE VIDEOGRAPHER:  Going off the record.
```

| Page 143 |
|---|

```
15:27:00  1   The time is 3:26 p.m.
15:27:04  2      (Discussion off the record.)
15:28:04  3      MS. COLAIZZI:  20.
15:28:05  4      THE VIDEOGRAPHER:  We are back on the
15:28:06  5   record.  The time is 3:27 p.m.
15:28:09  6      MS. COLAIZZI:  I apologize.  I jumped the
15:28:11  7   gun.  Exhibit 20.
15:28:27  8      (Deposition Exhibit 20 was marked.)
15:28:27  9      Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
15:28:28 10   been handed what's been marked as Exhibit 20.  And,
15:28:37 11   again, you may or may not have seen this information in
15:28:40 12   a different format, but feel free to look at it, and
15:28:43 13   then I'd like to know if you've ever seen this
15:28:47 14   information before?
15:28:58 15      MS. COLAIZZI:  For the record, it's a copy
15:28:59 16   of 22 C.F.R. 62.31.  I apologize.  If you don't have
15:29:06 17   it, we can get you a copy.
15:29:12 18      MS. HAZEL:  We do.
15:29:17 19      MR. HOOD:  Brooke, can you just clarify
15:29:19 20   whether this is the -- the current reg?  This says
15:29:22 21   current as of 2008.  I don't know if that's . . .
15:29:27 22      MS. COLAIZZI:  Yeah, it should be.
15:29:28 23      MR. HOOD:  Okay.
15:29:32 24      MS. COLAIZZI:  I'll double check.  It
15:29:34 25   should be.  If not, we'll substitute the current --
```

| Page 144 |
|---|

```
15:29:37  1   current version.
15:29:38  2      Q.  (BY MS. COLAIZZI)  Have you had a chance,
15:30:35  3   Ms. Beltran, to look at Exhibit 20?
15:30:42  4      A.  Read?  Yes, I looked at it just now.
15:30:45  5      Q.  Do you know if you have seen this
15:30:47  6   information before today?
15:30:55  7      A.  I don't remember.
15:30:57  8      Q.  I'll represent to you that it is a copy
15:31:01  9   of 22 C.F.R. 62.31, the U.S. Department of State
15:31:16 10   regulations regarding the au pair program.  Are you
15:31:26 11   aware today that the U.S. Government has regulations
15:31:29 12   regarding the au pair program?
15:31:40 13      A.  Yes.
15:31:40 14      Q.  Before you arrived in Colorado to work
15:31:42 15   with the Noonans, were you aware that the U.S.
15:31:46 16   Government had regulations regarding the au pair
15:31:48 17   program?
15:31:59 18      A.  No.
15:32:01 19      Q.  At any time during your participation in
15:32:02 20   the program were you aware that the federal government
15:32:05 21   had regulations regarding the au pair program?
15:32:20 22      A.  Excuse me, could you repeat the question?
15:32:23 23      MS. COLAIZZI:  Can you read it back.
15:32:01 24      (The last question was read back as
15:32:01 25   follows:  "At any time during your participation in the
```

| Page 145 |
|---|

```
15:32:02  1   program, were you aware that the federal government had
15:32:06  2   regulations regarding the au pair program?")
15:32:46  3      A.  No.
15:32:50  4      Q.  (BY MS. COLAIZZI)  Do you recall a time
15:32:52  5   frame after you left the program at which you became
15:32:55  6   aware that there were U.S. Government regulations
15:32:59  7   regarding the au pair program?
15:33:16  8      MR. HOOD:  I'm going to object as to
15:33:17  9   privilege and instruct the -- Ms. Beltran not to
15:33:21 10   respond to the extent that she had any conversations
15:33:24 11   with counsel, with her attorney, about the regulations,
15:33:29 12   but to otherwise respond to the question.
15:33:32 13      Q.  (BY MS. COLAIZZI)  And for clarification,
15:33:51 14   I don't want to know how you learned, I want to know
15:33:53 15   when you learned.
15:34:02 16      A.  I don't remember.
15:34:04 17      Q.  Have you ever read the U.S. Government
15:34:07 18   regulations regarding the au pair program?
15:34:16 19      A.  I don't remember.
15:34:17 20      Q.  Did anyone give you a copy of them at any
15:34:20 21   point during your participation in the au pair program?
15:34:31 22      A.  I don't remember.
15:34:35 23      Q.  If you were given documents by anyone
15:34:37 24   during the course of your application and participation
15:34:40 25   in the program, did you keep those documents?
```

37 (Pages 142 to 145)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 146 | Page 148 |
|---|---|
| 15:35:02 1    A. What does that mean? | 15:42:53 1    Q. Well, I'm referring specifically to your |
| 15:35:04 2    Q. If you were given any documents during | 15:42:55 2 response to Interrogatory 6, where you indicate that -- |
| 15:35:06 3 your application process or during your participation | 15:42:59 3    THE DEPONENT: (In English.) Oh. |
| 15:35:08 4 in the program, did you keep them? | 15:42:59 4    Q. (BY MS. COLAIZZI) -- you contacted a |
| 15:35:31 5    A. Perhaps. | 15:43:03 5 representative of InterExchange in November 2012. |
| 15:35:35 6    Q. Do you currently have in your possession | 15:43:06 6    A. Okay. |
| 15:35:35 7 any documents related to your application for or | 15:43:18 7    Q. Who did you contact? |
| 15:35:38 8 participation in the au pair program that you have not | 15:43:22 8    A. With InterExchange in New York. |
| 15:35:41 9 given your lawyers? | 15:43:25 9    Q. And how did you contact them? Phone, |
| 15:36:00 10    A. No. | 15:43:27 10 email? By what method? |
| 15:36:06 11    MS. COLAIZZI: 21. | 15:43:34 11    A. By phone. |
| 15:36:36 12    (Deposition Exhibit 21 was marked.) | 15:43:35 12    Q. And where did you find the phone number to |
| 15:36:36 13    Q. (BY MS. COLAIZZI) Ms. Beltran, you've | 15:43:37 13 call? |
| 15:36:37 14 been handed what's been marked as Exhibit 21. Feel | 15:43:44 14    A. Nowhere. |
| 15:36:41 15 free to look at it. | 15:43:46 15    Q. Did you have the number with you when you |
| 15:37:41 16    (The deponent perused the exhibit.) | 15:43:48 16 were living with the Noonans? |
| 15:38:07 17    Q. Ms. Beltran, have you seen Exhibit 21 | 15:43:56 17    A. They called me. |
| 15:38:10 18 before? | 15:43:59 18    Q. InterExchange called you? |
| 15:38:15 19    A. No. | 15:44:02 19    A. Yes. |
| 15:38:22 20    Q. Can you please turn back to Exhibit 15. | 15:44:03 20    Q. Okay. Who called you from InterExchange? |
| 15:38:53 21 I'd like to turn your attention to page 4 and 5, | 15:44:12 21    A. What's that? |
| 15:38:57 22 Interrogatory 6. Would you like the interpreter to | 15:44:13 22    Q. Who contacted you from InterExchange? |
| 15:39:11 23 read the question and answer to you? | 15:44:21 23    A. I don't know. |
| 15:39:19 24    A. Please. | 15:44:22 24    Q. Was it a male or female? |
| 15:39:20 25    MS. COLAIZZI: Please go ahead. | 15:44:25 25    A. A woman. |

| Page 147 | Page 149 |
|---|---|
| 15:39:22 1    THE INTERPRETER: The interpreter is | 15:44:25 1    Q. And why was she calling you? |
| 15:39:23 2 reading Interrogatory No. 6. | 15:44:32 2    A. Because she knew that I wanted to leave |
| 15:40:41 3    The interpreter's finished reading the | 15:44:35 3 the house. |
| 15:40:44 4 Interrogatory No. 6. And then the response. | 15:44:36 4    Q. And how did she know that? |
| 15:41:34 5    MR. HOOD: We're going to object to the | 15:44:44 5    A. I don't know, but I think the Colorado |
| 15:41:35 6 translation, because the -- the interpreter used the | 15:44:46 6 representative told them. |
| 15:41:39 7 word for mistreat instead -- for abuse when translating | 15:44:47 7    Q. Had you told the Colorado representative |
| 15:41:46 8 the response. | 15:44:49 8 that you wanted to leave? |
| 15:41:46 9    MS. COLAIZZI: What word do you think | 15:44:55 9    A. No. |
| 15:41:48 10 should be used? | 15:44:56 10    Q. So how would she possibly know that you |
| 15:41:50 11    MR. GRANT: Abuse. You could use the verb | 15:45:00 11 wanted to leave? |
| 15:41:54 12 abuso. | 15:45:04 12    A. The family. |
| 15:41:56 13    THE INTERPRETER: The interpreter | 15:45:04 13    Q. You told the family you wanted to leave? |
| 15:41:58 14 disagrees. The abuse that's most common in Spanish | 15:45:09 14    A. Yes. |
| 15:42:02 15 actually has to do with something that's sexual, and | 15:45:09 15    Q. When did you tell the family you wanted to |
| 15:42:05 16 the -- the corresponding term in English "abuse" I | 15:45:11 16 leave? |
| 15:42:10 17 think should be more akin to mistreatment or malos | 15:45:16 17    A. I don't remember exactly. |
| 15:42:13 18 tratos in Spanish. So I'll stick by what I used | 15:45:17 18    Q. Do you remember the month? |
| 15:42:17 19 there. | 15:45:20 19    A. No. |
| 15:42:17 20    Q. (BY MS. COLAIZZI) Ms. Beltran, is your | 15:45:22 20    Q. Do you remember how long it was after you |
| 15:42:22 21 response to Interrogatory No. 6 accurate? | 15:45:23 21 started? |
| 15:42:34 22    A. Yes. | 15:45:33 22    A. It was around probably when I was about |
| 15:42:34 23    Q. Who was it that you contacted in November | 15:45:37 23 finished with three months, around there. |
| 15:42:37 24 2012? | 15:45:40 24    Q. And what did you tell the family about why |
| 15:42:48 25    A. When I was working with the Noonans? | 15:45:42 25 you wanted to leave? |

38 (Pages 146 to 149)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 150 | |
|---|---|
| 15:45:53 1 | A. I told them really that they didn't really |
| 15:45:55 2 | need an au pair, that what they really needed was a |
| 15:46:00 3 | housekeeper. |
| 15:46:00 4 | Q. Prior to talking to the family about |
| 15:46:03 5 | wanting to leave, had you talked about your concerns |
| 15:46:05 6 | with your experience with anyone else? |
| 15:46:19 7 | A. Yes. |
| 15:46:19 8 | Q. Who? |
| 15:46:23 9 | A. With my mom. |
| 15:46:23 10 | Q. Okay. Anyone other than your mother? |
| 15:46:28 11 | A. No. |
| 15:46:29 12 | Q. Who was it from the Noonan family that you |
| 15:46:33 13 | told you wanted to leave? |
| 15:46:40 14 | A. With Mrs. Noonan. |
| 15:46:45 15 | Q. And how did she respond? |
| 15:46:52 16 | A. She asked me if I could wait a little |
| 15:46:54 17 | while longer. |
| 15:46:54 18 | Q. Did she say why? |
| 15:47:00 19 | A. She had a lot of things that had piled up |
| 15:47:03 20 | on her. |
| 15:47:04 21 | Q. Like what types of things, do you know? |
| 15:47:13 22 | A. She was going to have some remodeling done |
| 15:47:15 23 | in the house, and she needed some help with that. |
| 15:47:19 24 | Q. Okay. Was Priscilla still living in the |
| 15:47:22 25 | house at the time you told Mrs. Noonan you wanted to |

| Page 151 | |
|---|---|
| 15:47:26 1 | leave? |
| 15:47:30 2 | A. No. |
| 15:47:35 3 | Q. How did you respond to Mrs. Noonan's |
| 15:47:38 4 | request that you wait a little while longer? |
| 15:47:50 5 | A. I told her that I was sorry, but I |
| 15:47:53 6 | couldn't. I didn't want to stay any longer. |
| 15:47:56 7 | Q. And how did she respond to that? |
| 15:48:01 8 | A. She said she was going to talk to the |
| 15:48:02 9 | representative. |
| 15:48:05 10 | Q. Prior to your conversation with |
| 15:48:07 11 | Mrs. Noonan, had you made an effort to reach out to |
| 15:48:10 12 | anyone from InterExchange about your concern? |
| 15:48:23 13 | A. Yes. |
| 15:48:23 14 | Q. Who did you -- how? Or who did you try to |
| 15:48:27 15 | contact and by what method? |
| 15:48:34 16 | A. When they called me directly from |
| 15:48:37 17 | InterExchange in New York. |
| 15:48:38 18 | Q. But that was after your conversation with |
| 15:48:40 19 | Mrs. Noonan, correct? |
| 15:48:45 20 | A. Yes. |
| 15:48:45 21 | Q. Okay. Before your conversation with |
| 15:48:47 22 | Mrs. Noonan, did you make any effort to contact |
| 15:48:50 23 | InterExchange about your concern? |
| 15:48:59 24 | A. No. |
| 15:48:59 25 | Q. Why not? |

| Page 152 | |
|---|---|
| 15:49:02 1 | A. I didn't know how to get ahold of them. |
| 15:49:05 2 | Q. You had access to a computer, right? |
| 15:49:10 3 | A. Yes. |
| 15:49:10 4 | Q. Could you have looked on the Internet? |
| 15:49:16 5 | A. I didn't know how. |
| 15:49:18 6 | Q. Did you know how to run a search engine? |
| 15:49:27 7 | A. For why? |
| 15:49:28 8 | Q. Did you know how to use the Internet at |
| 15:49:33 9 | that time? |
| 15:49:39 10 | A. The basic. |
| 15:49:40 11 | Q. You could use Facebook, right? |
| 15:49:44 12 | A. Yes. |
| 15:49:44 13 | Q. Did you ever use Google? |
| 15:49:49 14 | A. Yes. |
| 15:49:50 15 | Q. And did you know how to search for |
| 15:49:51 16 | something in Google? |
| 15:49:57 17 | A. Yes. |
| 15:49:57 18 | Q. You mentioned before you had been to a |
| 15:49:59 19 | meeting at Patti's house, correct? |
| 15:50:07 20 | THE DEPONENT: Si. (In English) Sorry. |
| 15:50:07 21 | A. Yes. |
| 15:50:08 22 | Q. (BY MS. COLAIZZI) Other than that |
| 15:50:10 23 | meeting, had you had any contact with Patti at any |
| 15:50:13 24 | other times during your experience -- during your time |
| 15:50:15 25 | with the Noonans? |

| Page 153 | |
|---|---|
| 15:50:23 1 | A. Yes. |
| 15:50:23 2 | Q. How many other times? |
| 15:50:27 3 | A. One. |
| 15:50:27 4 | Q. When was that? |
| 15:50:34 5 | A. When I signed off on a piece of paper |
| 15:50:37 6 | saying that I wanted to leave the house. |
| 15:50:39 7 | Q. At the end of your time with the Noonans? |
| 15:50:43 8 | A. Yes. |
| 15:50:43 9 | Q. So other than that time and the meeting at |
| 15:50:46 10 | her house, had you had any contact with Patti? |
| 15:50:57 11 | A. Yes. |
| 15:50:57 12 | Q. When? |
| 15:51:00 13 | A. Excuse me. Can you repeat the question? |
| 15:51:02 14 | MS. COLAIZZI: Can you read it back, |
| 15:51:04 15 | please. |
| 15:50:43 16 | (The testimony beginning on page 153, |
| 15:50:43 17 | line 9 was read back as follows: |
| 15:50:43 18 | Question: So other than that time and the |
| 15:50:46 19 | meeting at her house, had you had any contact with |
| 15:50:48 20 | Patti? |
| 15:50:57 21 | Answer: Yes. |
| 15:51:25 22 | Question: When?) |
| 15:51:25 23 | A. No. |
| 15:51:29 24 | Q. (BY MS. COLAIZZI) Had you ever seen Patti |
| 15:51:29 25 | visit the Noonan home at any point during your time |

39 (Pages 150 to 153)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 154 | Page 156 |
|---|---|
| 15:51:34 1 there? | 15:55:12 1   Q.   Did you make any effort to tell |
| 15:51:38 2   A.   Never. | 15:55:15 2 InterExchange that she was not helping you register for |
| 15:51:41 3   Q.   During your training in New York were you | 15:55:17 3 school? |
| 15:51:43 4 given any documents that had InterExchange contact | 15:55:24 4   A.   No. |
| 15:51:46 5 information on them? | 15:55:27 5   Q.   When you spoke with the InterExchange |
| 15:51:59 6   A.   I don't remember. | 15:55:29 6 representative in November of 2012 did you use the word |
| 15:52:00 7   Q.   Do you remember if you brought any papers | 15:55:33 7 "abuse"? |
| 15:52:03 8 with you to the Noonans from your training in New York? | 15:55:42 8   A.   I don't remember. |
| 15:52:17 9   A.   I don't remember.  That's been a long | 15:55:47 9   Q.   Do you recall telling her anything other |
| 15:52:19 10 time. | 15:55:49 10 than what you've told me today? |
| 15:52:20 11   Q.   In November 2012, when the InterExchange | 15:55:58 11   A.   I don't know if I already said about the |
| 15:52:24 12 employee called you, what did you say? | 15:55:59 12 school. |
| 15:52:36 13   A.   Can you repeat the question, please. | 15:56:02 13   Q.   You did.  Anything else? |
| 15:52:39 14   MS. COLAIZZI:  Can you read it back, | 15:56:07 14   A.   No.  No.  I don't remember. |
| 15:52:40 15 please. | 15:56:09 15   Q.   What did the InterExchange representative |
| 15:52:20 16   (The last question was read back as | 15:56:12 16 say when you told her these things? |
| 15:52:20 17 follows: "In November 2012, when the InterExchange | 15:56:25 17   A.   That they were going to be back in contact |
| 15:52:24 18 employee called you, what did you say?") | 15:56:29 18 quickly. |
| 15:52:58 19   A.   I told them everything that was happening | 15:56:32 19   Q.   And you don't remember when in November |
| 15:53:01 20 in the house of the Noonans. | 15:56:34 20 this conversation took place? |
| 15:53:02 21   Q.   (BY MS. COLAIZZI)  Okay.  When you say, | 15:56:40 21   A.   No. |
| 15:53:03 22 "everything that was happening," what did you tell | 15:56:43 22   Q.   Did anyone from InterExchange contact you |
| 15:53:05 23 them?  Tell her. | 15:56:46 23 again? |
| 15:53:21 24   A.   I was talking about the chickens and | 15:56:51 24   A.   No one. |
| 15:53:25 25 how -- what I was doing with the chickens and having to | 15:56:54 25   Q.   But you did, in fact, leave the Noonans' |

| Page 155 | Page 157 |
|---|---|
| 15:53:28 1 clean the cages and not doing many things with the kids | 15:56:58 1 home in the middle of November, correct? |
| 15:53:31 2 and . . . and cleaning the entire house and cooking for | 15:57:04 2   A.   Yes. |
| 15:53:37 3 the entire family.  And making the lunches, doing the | 15:57:04 3   Q.   Okay.  So you left, and the Noonans knew |
| 15:53:45 4 laundry. | 15:57:08 4 you were leaving, correct? |
| 15:53:47 5   Q.   Anything else that you recall saying to | 15:57:13 5   A.   Yes. |
| 15:53:48 6 the InterExchange representative who called you? | 15:57:13 6   Q.   Did InterExchange know you were leaving? |
| 15:53:58 7   A.   Yes. | 15:57:19 7   A.   Yes.  I'm sorry.  Can I use the bathroom? |
| 15:53:58 8   Q.   What? | 15:57:26 8   Q.   Yeah.  Let's just finish this question, if |
| 15:54:04 9   A.   That I didn't have a car like the family | 15:57:28 9 you can. |
| 15:54:06 10 had promised.  That I wasn't going to school either. | 15:57:30 10   A.   Uh-huh. |
| 15:54:13 11   Q.   Why weren't you going to school? | 15:57:30 11   Q.   Did InterExchange know you were leaving? |
| 15:54:21 12   A.   She didn't make any effort to register me. | 15:57:33 12   A.   Yes. |
| 15:54:25 13   Q.   Did you have a conversation with her about | 15:57:34 13   Q.   Okay.  Who told them? |
| 15:54:27 14 that?  By "her," I mean Mrs. Noonan. | 15:57:41 14   A.   I think it was their representative.  I'm |
| 15:54:35 15   A.   Yes. | 15:57:43 15 not sure. |
| 15:54:36 16   Q.   When did that conversation take place? | 15:57:43 16   Q.   The one who called you in November 2012? |
| 15:54:39 17   A.   I don't remember. | 15:57:52 17   A.   No. |
| 15:54:40 18   Q.   Was it at the beginning of your time with | 15:57:55 18   Q.   Patti? |
| 15:54:42 19 the Noonans or towards the end of your time with the | 15:57:57 19   A.   I think so. |
| 15:54:46 20 Noonans? | 15:57:58 20   Q.   But you never spoke with Patti about your |
| 15:54:50 21   A.   At the beginning. | 15:58:00 21 desire to leave the Noonans, correct? |
| 15:54:52 22   Q.   And how did Mrs. Noonan respond? | 15:58:05 22   A.   No. |
| 15:54:55 23   A.   She said that right at that time it wasn't | 15:58:07 23   MS. COLAIZZI:  We can go ahead and take a |
| 15:55:07 24 good, maybe later on, and because the snow was coming | 15:58:08 24 break. |
| 15:55:11 25 and a lot of things like that. | 15:58:12 25   THE DEPONENT:  Thank you. |

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| | |
|---|---|
| **Page 158** | **Page 160** |

**Page 158**

15:58:13 1   THE VIDEOGRAPHER:  Going off the record.
15:58:14 2   The time is 3:58 p.m.
15:58:16 3   (Recess taken, 3:58 p.m. to 4:13 p.m.)
16:13:36 4   THE VIDEOGRAPHER:  We are back on the
16:13:37 5   record.  The time is 4:13 p.m.
16:13:41 6   Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
16:13:42 7   know how many hours you worked each week that you were
16:13:50 8   living with the Noonans?
16:13:58 9   A.  I'm not sure, but it wasn't less than 45.
16:14:04 10   Q.  Do you know for certain that it was more
16:14:05 11   than 45?
16:14:10 12   A.  I'm not sure.
16:14:12 13   THE VIDEOGRAPHER:  I'm sorry, Ms. Beltran,
16:14:15 14   can you keep your voice up?
16:14:18 15   MR. HOOD:  She doesn't have her microphone
16:14:20 16   on.  Is that okay?
16:14:22 17   THE DEPONENT:  Sorry.  I forgot about it.
16:14:24 18   MR. HOOD:  Was that all on the record?
16:14:30 19   THE VIDEOGRAPHER:  I did pick it up,
16:14:32 20   yes.
16:14:32 21   MR. HOOD:  Oh, okay.
16:14:33 22   MS. COLAIZZI:  Thank you.
16:14:35 23   Q.  (BY MS. COLAIZZI)  And you did not keep
16:14:36 24   any records of the hours you worked on a weekly basis,
16:14:39 25   correct?

**Page 159**

16:14:46 1   A.  No, I didn't.
16:14:51 2   Q.  To your knowledge, did InterExchange have
16:14:55 3   any input into how many hours a week you worked when
16:14:58 4   you lived with the Noonans?
16:15:15 5   A.  What do you mean, that they would -- they
16:15:18 6   would track them?
16:15:19 7   Q.  Yes.  Do you have any knowledge that they
16:15:22 8   tracked your hours?
16:15:28 9   A.  Not that I'm aware of.
16:15:31 10   Q.  Do you have any knowledge that they told
16:15:32 11   the Noonans how many hours you should work a week?
16:15:44 12   A.  I don't know.
16:15:46 13   Q.  Do you have any information that anyone
16:15:48 14   from InterExchange told the Noonans what duties to have
16:15:52 15   you perform?
16:16:05 16   A.  No, I don't know.
16:16:07 17   Q.  Are you aware of any communications
16:16:10 18   between the Noonans and InterExchange at all during
16:16:18 19   your time living with the Noonans?
16:16:27 20   A.  Can you repeat the question?
16:16:29 21   Q.  Let me try it this way.  Were you present
16:16:32 22   for any conversation between anyone in the Noonan
16:16:36 23   family and anyone from InterExchange during the time
16:16:39 24   you lived with the Noonans?
16:16:51 25   A.  No.

**Page 160**

16:16:58 1   (Interruption occurred in the
16:16:58 2   proceedings.)
16:16:58 3   MS. COLAIZZI:  Can someone press 1,
16:17:00 4   please.
16:17:01 5   MR. HOOD:  Someone press 1.
16:17:01 6   MS. COLAIZZI:  Thank you.  Boss me around.
16:17:10 7   Q.  (BY MS. COLAIZZI)  Okay.  Ms. Beltran, you
16:17:12 8   left the Noonans in mid-November 2012, correct?
16:17:24 9   A.  Yes.
16:17:24 10   Q.  At that point in time were you wanting to
16:17:26 11   find another host family to live with?
16:17:40 12   A.  How's that?
16:17:41 13   Q.  When you left the Noonans, were you
16:17:46 14   wanting to find another host family to live with as an
16:17:49 15   au pair?
16:17:50 16   A.  Yes.
16:17:59 17   Q.  And did you have conversations with anyone
16:18:02 18   from InterExchange about your desire to find another
16:18:05 19   host family?
16:18:14 20   A.  Yes.
16:18:14 21   Q.  Do you know who you were speaking with?
16:18:19 22   A.  No.
16:18:20 23   Q.  Were those communications by email or by
16:18:23 24   some other method?
16:18:30 25   A.  Telephone.

**Page 161**

16:18:32 1   Q.  Were there any email communications that
16:18:34 2   you recall between yourself and InterExchange regarding
16:18:37 3   your desire to find another host family?
16:18:52 4   A.  I don't recall.
16:18:58 5   Q.  Were you able to find another host family?
16:19:04 6   A.  No.
16:19:07 7   Q.  Why not?
16:19:22 8   A.  Well, I found a family, but they had a
16:19:26 9   whole lot of kids, and they also had some that had
16:19:27 10   conditions like a syndrome, like I think it's Down
16:19:31 11   syndrome.  I don't know how to say it in English or
16:19:33 12   Spanish.
16:19:34 13   Q.  How did you find that family?
16:19:40 14   A.  On the same page.
16:19:41 15   Q.  On the InterExchange website?
16:19:47 16   A.  It was on the profile that they did of me.
16:19:50 17   Q.  Okay.  And when did you find this family
16:19:53 18   relative to when you left the Noonans?
16:20:07 19   A.  I was still with the Noonans.
16:20:09 20   Q.  Do you recall what month it was that you
16:20:10 21   found this family?
16:20:16 22   A.  No.  It was after I spoke to the Noonans.
16:20:19 23   Q.  Okay.  And eventually, after you left,
16:20:29 24   InterExchange informed you that they could not
16:20:31 25   recommend you to another family, correct?

41 (Pages 158 to 161)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 162 |
| --- |

16:20:34 1    A. Yes.
16:20:45 2    Q. Okay. And why was that, as far as you
16:20:50 3 understood?
16:20:56 4    A. Because of the complaints that Mrs. Noonan
16:21:00 5 had made.
16:21:01 6    Q. And what was your understanding of the
16:21:02 7 complaints?
16:21:12 8    A. She accused me of having stolen something
16:21:17 9 in the house.
16:21:18 10    Q. And what did she accuse you of stealing?
16:21:27 11    A. I don't know specifically what it was.
16:21:37 12    Q. Hold on for just a moment, please.
16:22:02 13    MS. COLAIZZI: Are we at 22?
16:22:05 14    THE REPORTER: Yep.
16:22:06 15    MS. COLAIZZI: We're getting copies. Hold
16:22:07 16 on just a moment.
16:22:25 17    (Deposition Exhibit 22 was marked.)
16:22:26 18    MS. HERRERA: How many copies do you need?
16:22:28 19    MS. COLAIZZI: Two for them. And then --
16:22:29 20 if they don't have it. For the record, it's Bates No.
16:22:34 21 InterExchange 435.
16:22:59 22    MS. HERRERA: Here are two.
16:23:01 23    MR. HOOD: Thank you.
16:23:10 24    MS. COLAIZZI: I've got an extra if
16:23:10 25 anybody needs it. Sorry.

| Page 163 |
| --- |

16:23:10 1    MR. HOOD: We can go with just one if
16:23:11 2 you're really short.
16:23:13 3    MS. COLAIZZI: We've got it, we just
16:23:14 4 need to dig them out.
16:23:17 5    MR. HOOD: Oh, okay. Thank you.
16:23:17 6    MS. HERRERA: Everybody here all good?
16:23:17 7    MR. HOOD: What number did you say?
16:23:19 8    THE REPORTER: 22.
16:23:20 9    MR. HOOD: 22. Great.
16:23:21 10    Q. (BY MS. COLAIZZI) Ms. Beltran, you have
16:23:41 11 in front of you a document that's been marked
16:23:44 12 Exhibit 22. Do you recognize this document?
16:23:56 13    A. Yes.
16:23:56 14    Q. And pao.18.02@hotmail.com is an email
16:24:07 15 address that was yours?
16:24:10 16    A. Yes.
16:24:19 17    Q. Okay. Is that still an email address that
16:24:22 18 you use?
16:24:27 19    A. Yes.
16:24:28 20    Q. Do you still have on your email account
16:24:30 21 today any emails related to your au pair experience?
16:24:43 22    A. I don't believe so.
16:24:43 23    Q. Have you looked?
16:24:46 24    A. I think so.
16:24:52 25    Q. Was this the -- was the communication

| Page 164 |
| --- |

16:24:55 1 reflected in Exhibit 22 the first time you learned of
16:24:58 2 Mrs. Noonan's complaint that you had stolen things?
16:25:14 3    A. Yes, it's true.
16:25:17 4    Q. Would you agree with me that the date on
16:25:19 5 this email is November 21, 2012?
16:25:30 6    A. It says that here, but I don't remember.
16:25:33 7    Q. Do you have any reason to believe that
16:25:34 8 this email was not sent to you on that date?
16:25:45 9    A. I don't think so.
16:25:49 10    Q. When you left the Noonans, where did you
16:25:51 11 go?
16:25:55 12    A. California.
16:25:57 13    Q. Where in California?
16:26:01 14    A. Close to Los Angeles.
16:26:04 15    Q. And did you know somebody there? Why did
16:26:06 16 you pick that particular location?
16:26:12 17    A. I knew someone there.
16:26:14 18    Q. Who?
16:26:16 19    A. Friends.
16:26:16 20    Q. Who?
16:26:21 21    A. Jorge.
16:26:22 22    Q. Who is Jorge?
16:26:25 23    A. A friend.
16:26:25 24    Q. Where did you meet him?
16:26:27 25    A. In Los Angeles.

| Page 165 |
| --- |

16:26:31 1    Q. When did you meet him?
16:26:35 2    A. When I was in Colorado.
16:26:37 3    Q. Did you travel to Los Angeles at some
16:26:39 4 point while you were living in Colorado?
16:26:46 5    A. No.
16:26:48 6    Q. So how did you -- did you meet him here in
16:26:50 7 Colorado?
16:26:55 8    A. Yes. Through Priscilla.
16:26:57 9    Q. Okay. How did Priscilla know Jorge, if
16:27:02 10 you know?
16:27:02 11    A. I really don't know. I don't remember.
16:27:12 12    Q. Do you know what Priscilla's last name
16:27:13 13 was?
16:27:17 14    A. No. It was a last name that was rather
16:27:26 15 uncommon.
16:27:26 16    Q. Could it have been Perez Wong?
16:27:40 17    A. I'm not sure, but I think it was something
16:27:40 18 like that.
16:27:42 19    Q. Do you know what Jorge's last name was?
16:27:47 20    A. I don't remember.
16:27:48 21    Q. Do you know that his last name was also
16:27:50 22 Perez Wong?
16:28:00 23    A. I think, yes, that it was something
16:28:02 24 similar to that of Priscilla.
16:28:05 25    Q. Were Priscilla and Jorge related?

42 (Pages 162 to 165)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 166

16:28:11 1    A. I don't know.
16:28:12 2    Q. Did InterExchange ever ask you if Jorge
16:28:15 3  and Priscilla were related?
16:28:22 4    A. I don't remember.
16:28:25 5    Q. When did you -- when, meaning month, if
16:28:28 6  you can give it to me, did you meet Jorge?
16:28:36 7    A. I don't remember the month.
16:28:37 8    Q. Okay. But it was while you were living
16:28:40 9  with the Noonans?
16:28:45 10    A. Not in person, no.
16:28:48 11    Q. Not in person what? I don't understand.
16:28:59 12    A. I met him in Colorado, but I think it
16:29:01 13  was -- yeah, by phone.
16:29:04 14    Q. You met him by phone?
16:29:06 15    A. I can't remember.
16:29:08 16    Q. Who introduced you? Priscilla?
16:29:15 17    A. Priscilla.
16:29:16 18    Q. Was there a reason why she introduced you
16:29:19 19  to Jorge?
16:29:27 20    A. I don't think there was any reason for it.
16:29:35 21  In case of needing help or anything like that, I think.
16:29:38 22    Q. Okay. And you only spoke with him once
16:29:44 23  prior to leaving the Noonans?
16:29:48 24    A. No. Many times.
16:29:49 25    Q. All by phone?

Page 167

16:29:52 1    A. I don't remember.
16:29:55 2    Q. Was Priscilla involved in these
16:29:58 3  conversations that you had with Jorge?
16:30:06 4    A. No.
16:30:09 5    Q. So at some point when you knew you were
16:30:11 6  going to leave the Noonans, did you contact Jorge about
16:30:14 7  going to California?
16:30:29 8    A. Yes.
16:30:29 9    Q. Okay. And what did you say to him when
16:30:30 10  you contacted him?
16:30:39 11    A. I needed a place to be able to stay. And
16:30:47 12  during the meantime, I was looking for a family or some
16:30:50 13  stability.
16:30:52 14    Q. And Jorge said you could come stay with
16:30:54 15  him in California; is that correct?
16:31:00 16    A. Yes, because he spoke to his mom.
16:31:02 17    Q. Okay. So Jorge lived with his mother?
16:31:07 18    A. Yes.
16:31:07 19    Q. Did anybody else live with Jorge and his
16:31:11 20  mother?
16:31:14 21    A. No.
16:31:15 22    Q. Was Priscilla in California at the time?
16:31:20 23    A. No.
16:31:21 24    Q. Do you know where she was?
16:31:24 25    A. Yes.

Page 168

16:31:25 1    Q. Where was she?
16:31:27 2    A. New York.
16:31:31 3    Q. How did you get from Colorado to Los
16:31:45 4  Angeles to stay with Jorge?
16:31:45 5    A. The family took me to the airport.
16:31:47 6    Q. Meaning the -- sorry. Go ahead.
16:31:50 7    A. And I took a plane.
16:31:52 8    Q. Okay. The Noonans drove you to the
16:31:54 9  airport?
16:31:55 10    A. Yes.
16:31:56 11    Q. Who paid for your plane ticket?
16:32:01 12    A. I did.
16:32:04 13    Q. How long did you stay with Jorge in
16:32:05 14  California?
16:32:10 15    A. Three months.
16:32:14 16    Q. And during that time you were looking for
16:32:16 17  another family to match with; is that correct?
16:32:30 18    A. Yes. But not the whole time.
16:32:34 19    Q. Because InterExchange at some point
16:32:36 20  informed you that you couldn't rematch you, correct?
16:32:41 21    A. I think it was just a few weeks after
16:32:53 22  the -- I left the house of the Noonans.
16:32:58 23    Q. Meaning that they informed you that they
16:33:01 24  couldn't rematch you?
16:33:10 25    A. Yes.

Page 169

16:33:11 1    MS. COLAIZZI: This is 23.
16:33:24 2    (Deposition Exhibit 23 was marked.)
16:33:36 3    MS. COLAIZZI: The Bates number is
16:33:37 4  InterExchange 438 to 39.
16:33:40 5    MR. HOOD: Thank you.
16:33:59 6    MS. COLAIZZI: 23, correct?
16:34:02 7    MR. HOOD: Yep.
16:34:02 8    Q. (BY MS. COLAIZZI) Ms. Beltran, you've
16:34:02 9  been handed what's been marked as Exhibit 23. Do you
16:34:13 10  recognize these emails?
16:34:17 11    A. Can I read it?
16:34:19 12    Q. Absolutely.
16:34:20 13    (The deponent perused the exhibit.)
16:35:13 14    A. Yes. I'm sorry, yes.
16:35:17 15    Q. You read Exhibit 23?
16:35:22 16    A. Yeah.
16:35:22 17    Q. Did you understand it, or do you need the
16:35:25 18  interpreter to read it?
16:35:29 19    A. The second one, please.
16:35:33 20    MS. COLAIZZI: Go ahead.
16:35:35 21    THE INTERPRETER: The interpreter is
16:35:37 22  looking at the second email here in the middle of the
16:35:41 23  page with the date of Thursday, December 8, 2012.
16:35:46 24    MS. COLAIZZI: December 8 or December 6?
16:35:48 25  Excuse me.

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 170

16:35:50 1       THE INTERPRETER: My old eyes again. I
16:35:52 2   think it's December 6.
16:35:53 3       MS. COLAIZZI: Thank you.
16:35:54 4       MR. HOOD: We'll stipulate that it's
16:35:55 5   December 6.
16:35:56 6       MS. COLAIZZI: Thank you, Counsel.
16:37:13 7       THE DEPONENT: Thank you.
16:37:14 8       MS. COLAIZZI: Thank you.
16:37:14 9       Q. (BY MS. COLAIZZI) Ms. Beltran, do you
16:37:17 10  recall these email exchanges reflected in Exhibit 23?
16:37:31 11      A. I don't remember the second one, but the
16:37:33 12  first one, I do remember it well.
16:37:35 13      Q. Okay. On the second email, is that your
16:37:37 14  email address listed in the "To" line?
16:37:48 15      A. Yes.
16:37:48 16      Q. Do you have any reason to believe that you
16:37:50 17  did not at some point receive the second email
16:37:53 18  reflected in Exhibit 23?
16:38:05 19      A. No.
16:38:09 20      Q. The date on that second email is
16:38:10 21  December 6, 2012. Did -- sorry. Is that the date on
16:38:20 22  which InterExchange informed you that they could not
16:38:23 23  rematch you with another family?
16:38:37 24      A. I think so, but I don't remember the date
16:38:39 25  exactly.

Page 171

16:38:40 1       Q. Okay. After InterExchange informed you
16:38:42 2   that they couldn't match you -- let me back up.
16:38:47 3       At the time that they informed you they
16:38:49 4   couldn't rematch you, you were still living with Jorge,
16:38:54 5   correct?
16:39:05 6       A. Yes.
16:39:06 7       Q. Did you understand that when you left the
16:39:08 8   program, InterExchange would have to cancel your J-1
16:39:17 9   visa?
16:39:22 10      A. Yes.
16:39:22 11      Q. Okay.
16:39:49 12      MS. COLAIZZI: 24.
16:39:51 13      (Deposition Exhibit 24 was marked.)
16:39:51 14      Q. (BY MS. COLAIZZI) Looking at document
16:39:52 15  with Bates No. InterExchange 421.
16:39:54 16      A. Can I say something related to this?
16:40:19 17      Q. Just a minute, please. Sorry, bear with
16:40:25 18  us for just a moment. Okay. Ms. Beltran, you've been
16:40:46 19  handed what's been marked as Exhibit 24. Have you seen
16:40:55 20  this document before?
16:40:57 21      MR. HOOD: Could I ask you to stop the
16:40:59 22  questioning until we get a copy of the exhibit? Thank
16:41:06 23  you.
16:41:07 24      MS. COLAIZZI: Sorry, I didn't -- sorry,
16:41:09 25  Alex.

Page 172

16:41:09 1       MR. HOOD: No. No. That's okay.
16:41:11 2       MS. COLAIZZI: Do we need an extra one?
16:41:14 3   I've got an extra.
16:41:15 4       MR. HOOD: No. I think we can make -- we
16:41:16 5   can make do with this.
16:41:18 6       MS. COLAIZZI: No, I got it.
16:41:19 7       MR. HOOD: Are you sure? Okay. Thank
16:41:19 8   you, Brooke.
16:41:22 9       MS. COLAIZZI: Sorry.
16:41:22 10      Q. (BY MS. COLAIZZI) Ms. Beltran, you've
16:41:23 11  been handed what's been marked as Exhibit 24. Do you
16:41:28 12  recognize these emails at all?
16:41:36 13      A. Yes.
16:41:36 14      Q. Okay. Would you agree with me that the
16:41:39 15  email on the bottom is dated December 28, 2012?
16:41:56 16      MR. HOOD: I'm going to mark Ms. Beltran's
16:41:58 17  testimony with regards to her visa status at -- at the
16:42:05 18  end of her au pair experience as confidential under the
16:42:12 19  protective order.
16:42:18 20      Q. (BY MS. COLAIZZI) Do you remember the
16:42:19 21  question?
16:42:23 22      A. Can you repeat it, please.
16:42:25 23      Q. I think I just asked you if you would
16:42:26 24  agree with me that the bottom email is dated
16:42:30 25  December 28, 2012?

Page 173

16:42:47 1       A. It says the date there, but I'm not good
16:42:50 2   at remembering dates.
16:42:50 3       Q. Okay. Do you have any reason to believe
16:42:52 4   it was not sent to you on December 28, 2012?
16:43:02 5       A. No.
16:43:02 6       Q. Okay. And would you agree with me that
16:43:05 7   the email dated December 28, 2012, informs you that
16:43:09 8   InterExchange would be canceling your visa?
16:43:23 9       A. Yes.
16:43:23 10      Q. Okay. And there's an email in the middle
16:43:27 11  of the page from you to Natalie, correct?
16:43:31 12      A. Where? Here?
16:43:40 13      Q. In the middle. It starts, "Hi, Natalie."
16:43:52 14      A. Yes.
16:43:52 15      Q. And do you recognize that as an email that
16:43:55 16  you sent to Natalie from InterExchange?
16:44:05 17      A. Yes.
16:44:05 18      Q. And you would agree with me that the top
16:44:07 19  email is addressed to your email account, correct?
16:44:21 20      A. Yes.
16:44:21 21      Q. And do you recall receiving this top email
16:44:23 22  on Exhibit 24?
16:44:26 23      THE INTERPRETER: I'm sorry, the last part
16:44:28 24  of that question, ma'am?
16:44:31 25      MS. COLAIZZI: The top exhibit on -- I'm

44 (Pages 170 to 173)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 174 |
| --- |

16:44:31 1 sorry. Do you recall receiving the email on the top of
16:44:34 2 Exhibit 24?
16:44:43 3     A. Yes.
16:44:43 4     Q. (BY MS. COLAIZZI) Did you respond at all
16:44:45 5 to Natalie's email, the top email in Exhibit 24 dated
16:44:51 6 January 2, 2013?
16:45:10 7     A. Yes.
16:45:10 8     Q. And do you recall what that response was?
16:45:16 9     A. Was it this one? This is the electronic
16:45:25 10 mail, the email that they sent to me, and this is my
16:45:29 11 response.
16:45:29 12     Q. I believe that your response is to the
16:45:32 13 email on the bottom. Do you disagree with that?
16:45:42 14     A. This one? That part?
16:45:48 15     Q. Is the email in the middle from you your
16:45:51 16 response to the email on the bottom?
16:46:07 17     A. This one is the one -- the response to
16:46:10 18 this one, I think.
16:46:13 19     MR. HOOD: Brooke, can we go off the
16:46:14 20 record for a second?
16:46:15 21     MS. COLAIZZI: Yeah.
16:46:16 22     THE VIDEOGRAPHER: Going off the record.
16:46:17 23 This is the end of Media Unit No. 3 in the videotape
16:46:20 24 deposition of Johana Paola Beltran. The time is
16:46:25 25 4:46 p.m. We are off the record.

| Page 175 |
| --- |

16:46:29 1     MR. HOOD: I knew that.
16:46:31 2     (Discussion off the record.)
16:48:28 3     (Recess taken, 4:48 p.m. to 4:55 p.m.)
16:55:22 4     THE VIDEOGRAPHER: We are back on the
16:55:23 5 record. This is the beginning of Media Unit No. 4 in
16:55:27 6 the videotaped deposition of Johana Paola Beltran. The
16:55:31 7 time is 4:55 p.m.
16:55:36 8     Q. (BY MS. COLAIZZI) Ms. Beltran, at any
16:55:37 9 point did you receive notification that your J-1 visa
16:55:41 10 had, in fact, been canceled?
16:55:50 11     A. Yes.
16:55:50 12     Q. And were you still in California living
16:55:52 13 with Jorge at the time?
16:56:01 14     A. I don't remember.
16:56:01 15     Q. Okay. What was Jorge's mother's name?
16:56:07 16     A. I don't remember.
16:56:08 17     Q. Was he related to Loraina in any way?
16:56:15 18     A. No.
16:56:16 19     Q. Okay. When did you meet Loraina?
16:56:22 20     A. Many years ago.
16:56:24 21     Q. Here -- so in Colombia you met her?
16:56:28 22     A. Yes.
16:56:28 23     Q. Okay. Were you in contact with her during
16:56:34 24 the time you lived with the Noonans?
16:56:37 25     A. Yes.

| Page 176 |
| --- |

16:56:37 1     Q. Okay. To your knowledge, had she
16:56:40 2 participated in the au pair program at any point in
16:56:43 3 time?
16:56:47 4     A. Yes.
16:56:48 5     Q. Okay. And was she living in California at
16:56:51 6 the time you left the Noonans?
16:56:59 7     A. No. I don't think so. No.
16:57:02 8     Q. Where was she living, do you know?
16:57:07 9     A. North Carolina.
16:57:08 10     Q. Okay. And do I remember correctly from
16:57:10 11 this morning that Loraina is the one who introduced you
16:57:13 12 to Orlando Salazar?
16:57:21 13     A. Yes.
16:57:22 14     Q. Okay. And you met Mr. Salazar in
16:57:26 15 Los Angeles?
16:57:29 16     A. Yes.
16:57:29 17     Q. Okay. Did Loraina introduce you in
16:57:31 18 person? How did she introduce you if she was in North
16:57:36 19 Carolina and he was in California?
16:57:43 20     A. Over the phone.
16:57:46 21     Q. Was there a specific reason why she
16:57:48 22 introduced you to Mr. Salazar?
16:57:55 23     A. I don't think so.
16:57:56 24     Q. Okay. You said you lived with Jorge for
16:58:01 25 about three months, correct?

| Page 177 |
| --- |

16:58:07 1     A. Yes.
16:58:07 2     Q. Where did you go after that?
16:58:13 3     A. To New Jersey.
16:58:14 4     Q. Okay. Why did you go to New Jersey?
16:58:23 5     A. Because they had sent my papers for the
16:58:25 6 student visa.
16:58:27 7     Q. When did -- do you recall when it was that
16:58:29 8 you first requested a student visa?
16:58:40 9     A. When I was in California.
16:58:41 10     Q. Do you remember a month?
16:58:44 11     A. No.
16:58:44 12     Q. Was it in 2012 or 2013?
16:58:51 13     A. I don't remember.
16:58:52 14     Q. Were you living -- you were living with
16:58:54 15 Jorge at the time you requested it; is that correct?
16:59:00 16     A. Yes.
16:59:01 17     Q. Okay. So you got your student visa, and
16:59:03 18 you elected to go to New Jersey, correct?
16:59:11 19     A. Yes. When I sent my paperwork.
16:59:14 20     Q. Okay. And when you sent your paperwork,
16:59:16 21 you had to tell them where you were going to go to
16:59:19 22 school; is that correct?
16:59:26 23     A. I sent them directly to the school.
16:59:28 24     Q. Okay. Why did you pick New Jersey?
16:59:35 25     A. Because my representative lives there.

45 (Pages 174 to 177)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 178 |
|---|

16:59:38 1    Q.  Meaning Mr. Salazar?
16:59:40 2    A.  Yes.
16:59:40 3    Q.  How did it come to be that Mr. Salazar
16:59:43 4    agreed to sponsor your student visa?
16:59:55 5    A.  Because he's from the same country.
16:59:59 6    Q.  Meaning Colombia?
17:00:00 7    A.  Yes.
17:00:01 8    Q.  Okay.  Did you ask him to sponsor it, or
17:00:04 9    did he offer?
17:00:13 10   A.  He offered it.
17:00:14 11   Q.  Okay.  And did you give him money or
17:00:16 12   anything in exchange for his agreement to sponsor your
17:00:20 13   student visa?
17:00:30 14   A.  Can you repeat the question, please.
17:00:31 15        MS. COLAIZZI:  Can you read it back,
17:00:32 16   please.
17:00:15 17        (The last question was read back as
17:00:15 18   follows:  "And did you give him money or anything in
17:00:17 19   exchange for his agreement to sponsor your student
17:00:21 20   visa?")
17:00:48 21   A.  No.
17:00:52 22   Q.  (BY MS. COLAIZZI)  And when you went to
17:00:54 23   New Jersey, did you start living with Mr. Salazar
17:00:56 24   immediately?
17:01:07 25   A.  Yes.

| Page 179 |
|---|

17:01:07 1    Q.  During your time with the Noonans did you
17:01:11 2    receive your stipend payment every week?
17:01:23 3    A.  Yes.
17:01:23 4    Q.  During your time with the Noonans were you
17:01:26 5    receiving extra financial support from anyone or any
17:01:30 6    other source?
17:01:39 7    A.  No.
17:01:42 8    Q.  I want to go back for a minute to the
17:01:43 9    testimony about your meals.  Did you leave the house at
17:01:52 10   any point in time while you were living with the
17:01:55 11   Noonans?
17:02:03 12   A.  What do you mean by that?
17:02:05 13   Q.  Did you go places?
17:02:12 14   A.  Yes.
17:02:13 15   Q.  How did you get to those places?
17:02:21 16   A.  With the bicycle.
17:02:22 17   Q.  You had a bicycle?
17:02:25 18   A.  Yes.
17:02:25 19   Q.  Was it a belonging of the Noonan family or
17:02:31 20   did you get it from somewhere else?
17:02:37 21   A.  It was from the Noonans.
17:02:38 22   Q.  Okay.  Any other way that you got around
17:02:41 23   other than bicycle?
17:02:54 24   A.  Well, Priscilla's friends, sometimes they
17:02:57 25   would come and pick us up.

| Page 180 |
|---|

17:02:58 1    Q.  Okay.  And you testified before that
17:03:01 2    Mrs. Noonan had told you you could not take food out of
17:03:05 3    her fridge, correct?
17:03:13 4    A.  Yes.
17:03:13 5    Q.  When she did buy food for you, where was
17:03:16 6    it stored?
17:03:26 7    A.  There was a small refrigerator that was in
17:03:30 8    the basement.
17:03:32 9    Q.  During the time that the Noonans didn't
17:03:34 10   buy you food, did you ever go to the grocery store on
17:03:37 11   your own?
17:03:43 12   A.  No.
17:03:43 13   Q.  Why not?
17:03:48 14   A.  I didn't have a car to be able to get
17:03:50 15   around.
17:03:50 16   Q.  Could you have gone on your bicycle?
17:03:56 17   A.  No.  What about the bags though?
17:04:00 18   Q.  Could you have carried any groceries on
17:04:02 19   your bicycle?
17:04:07 20   A.  I don't know.
17:04:08 21   Q.  Okay.  But you never tried?
17:04:11 22   A.  No.
17:04:14 23   Q.  Did Priscilla's friends ever take you to
17:04:17 24   the grocery store?
17:04:22 25   A.  No.

| Page 181 |
|---|

17:04:22 1    Q.  Did you ever ask them?
17:04:26 2    A.  No.
17:04:31 3    Q.  Do you currently have a Facebook account?
17:04:37 4    A.  Yes.
17:04:37 5    Q.  Was it the same Facebook account you had
17:04:40 6    when you lived with the Noonans?
17:04:47 7    A.  Yes.
17:04:47 8    Q.  Are there any materials or postings on
17:04:50 9    your Facebook account related to your experience with
17:04:52 10   the au pair program or this lawsuit?
17:05:06 11   A.  No.
17:05:10 12   Q.  During your time with the Noonans did you
17:05:13 13   ever post anything on your Facebook account about your
17:05:16 14   au pair experience?
17:05:22 15   A.  No.
17:05:33 16   Q.  Ms. Beltran, are you aware that Orlando
17:05:37 17   Salazar sent a letter to the Noonans demanding that
17:05:41 18   they pay you money for the time that you worked there?
17:06:01 19        MR. HOOD:  I'm going to mark testimony
17:06:05 20   regarding negotiation and eventual settlement with the
17:06:07 21   Noonans as confidential under the protective order.
17:06:17 22   Q.  (BY MS. COLAIZZI)  Do you remember the
17:06:17 23   question?
17:06:20 24   A.  Can you repeat it?
17:06:22 25        MS. COLAIZZI:  Read it back, please.

46 (Pages 178 to 181)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

Page 182

17:05:33 1   (The last question was read back as
17:05:33 2   follows: "Ms. Beltran, are you aware that Orlando
17:05:37 3   Salazar sent a letter to the Noonans demanding that
17:05:41 4   they pay you money for the time that you worked
17:05:44 5   there?")
17:06:49 6   A.  Yes.
17:06:51 7   Q.  (BY MS. COLAIZZI)  Whose idea was it to
17:06:53 8   send that letter?
17:06:56 9   A.  Mine.
17:06:59 10   Q.  At what point in time did you come to
17:07:01 11   believe that you were not paid enough money by the
17:07:06 12   Noonans?
17:07:18 13   A.  When I was in Colorado.
17:07:20 14   Q.  When you were in Colorado?
17:07:29 15   A.  As I said before, I'm not very good at
17:07:31 16   remembering exact dates.
17:07:34 17   Q.  Do you remember a month?
17:07:36 18   A.  No.
17:07:38 19   Q.  What led you to the conclusion that the
17:07:41 20   Noonans were not paying you enough money?
17:07:53 21   A.  Can you repeat that for me?
17:07:55 22   MS. COLAIZZI:  Can you read it back,
17:07:56 23   please.
17:07:38 24   (The last question was read back as
17:07:38 25   follows: "What led you to the conclusion that the

---

Page 183

17:07:41 1   Noonans were not paying you enough money?")
17:08:18 2   A.  When I met people.
17:08:19 3   Q.  (BY MS. COLAIZZI)  What people?
17:08:23 4   A.  Around Colorado.
17:08:26 5   Q.  Who?
17:08:31 6   A.  People that I had met through Priscilla,
17:08:34 7   friends of Priscilla's.
17:08:35 8   Q.  What are their names?
17:08:38 9   A.  I don't remember names.
17:08:40 10   Q.  Who were they?  Were they au pairs, were
17:08:43 11   they former au pairs?
17:08:49 12   A.  They were never au pairs, no.
17:08:51 13   Q.  Okay.  So what did these people say or do
17:08:55 14   to lead you to believe that the Noonans were not paying
17:08:58 15   you enough money?
17:09:11 16   A.  Because they were -- because they were
17:09:16 17   nannies, and they were making a lot more than what I
17:09:20 18   was making in that house.
17:09:22 19   Q.  Were these individuals from other
17:09:25 20   countries?  If you know.
17:09:33 21   A.  One of them was a Dominican.
17:09:35 22   Q.  Okay.  But this person, to your knowledge,
17:09:38 23   was not a participant in the au pair program; is that
17:09:41 24   correct?
17:09:46 25   A.  No, she wasn't.

---

Page 184

17:09:48 1   Q.  Okay.  At any point in time did you talk
17:09:50 2   to the Noonans about your belief that they were not
17:09:53 3   paying you enough money?
17:10:03 4   A.  No.
17:10:04 5   Q.  Did you attempt to talk to InterExchange
17:10:07 6   at any point about your belief that you were not being
17:10:09 7   paid enough money?
17:10:17 8   A.  No.
17:10:19 9   Q.  Why not?
17:10:27 10   A.  Because I called them on the phone and I
17:10:29 11   explained to them what I was doing.
17:10:31 12   Q.  You called who on the phone?
17:10:37 13   A.  When the -- I talked to them when the
17:10:39 14   person from InterExchange called me.
17:10:42 15   Q.  When the person from InterExchange called
17:10:45 16   you.  And you're referring to the phone call in
17:10:47 17   November of 2012, correct?
17:10:57 18   A.  Around there.
17:10:58 19   Q.  Okay.  You're telling me that during that
17:11:00 20   conversation you indicated you did not believe you were
17:11:02 21   being paid enough; is that correct?
17:11:16 22   A.  No.
17:11:17 23   Q.  So when you said that they knew what you
17:11:19 24   were doing, what are you talking about?
17:11:30 25   A.  The work that I was doing that was not as

---

Page 185

17:11:33 1   an au pair.
17:11:34 2   Q.  Okay.  So if I understand you correctly,
17:11:37 3   you're saying that because InterExchange knew about the
17:11:40 4   work you were doing, they should have known you weren't
17:11:44 5   being paid enough; is that accurate?
17:12:03 6   A.  I suppose so.
17:12:06 7   Q.  Is there anything inaccurate about that?
17:12:13 8   A.  I don't know.
17:12:16 9   Q.  Well, you indicated to me -- let me back
17:12:18 10   up.
17:12:19 11   I asked you if you ever attempted to talk
17:12:21 12   to InterExchange about the fact that you believed you
17:12:23 13   weren't being paid enough.  Do you remember that
17:12:25 14   question?
17:12:38 15   A.  Yes.
17:12:38 16   Q.  Did you ever attempt to talk to someone
17:12:40 17   from InterExchange about the belief that you had that
17:12:43 18   you were not being paid enough?
17:12:54 19   A.  No.
17:12:58 20   Q.  Did you understand that during your
17:13:01 21   participation in the au pair program you were entitled
17:13:04 22   to time off on a weekly basis?
17:13:21 23   A.  Yes.
17:13:21 24   Q.  Were there any weeks in which you did not
17:13:23 25   get the time off that you were entitled to?

---

47 (Pages 182 to 185)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 186 | Page 188 |
|---|---|

**Page 186**

17:13:37 1     A. Yes.

17:13:37 2     Q. How many weeks?

17:13:40 3     A. I'm sorry, I didn't understand the

17:13:42 4   question well.

17:13:44 5     Q. Did you understand that during your

17:13:46 6   participation in the program you were entitled to

17:13:47 7   one-and-a-half days off a week?

17:13:59 8     A. Yes.

17:13:59 9     Q. Did you get that time off every week?

17:14:07 10     A. Yes.

17:14:07 11     Q. Did you also understand you were entitled

17:14:09 12   to a weekend off every month?

17:14:20 13     A. I'm not sure.

17:14:22 14     Q. Meaning you don't know for sure if that

17:14:25 15   was something you were entitled to?

17:14:32 16     A. Yes, I knew of that.

17:14:34 17     Q. Okay. Did you understand that as a

17:14:37 18   participant in the program, you were entitled to

17:14:40 19   vacation time?

17:14:49 20     A. Yes.

17:14:50 21     Q. Okay. Did you ask the Noonans for any

17:14:53 22   vacation time during the time you lived with them?

17:15:03 23     A. I don't remember.

17:15:06 24     Q. Do you know how much Mr. Salazar asked the

17:15:12 25   Noonans to pay you for your time with them?

**Page 187**

17:15:26 1     A. I don't remember.

17:15:28 2     Q. If I say it was a little bit over $12,000,

17:15:31 3   do you have any reason to disagree with that?

17:15:39 4     A. I don't remember.

17:15:40 5     Q. Did you at any point sit down to try to

17:15:44 6   figure out how much you believed the Noonans owed you?

17:15:57 7     A. Yes.

17:15:57 8     Q. And what figure did you come up with?

17:16:03 9     A. I don't remember.

17:16:04 10     Q. Do you remember how you did those

17:16:06 11   calculations, what information you used?

17:16:18 12     A. Based on what a housekeeper would make.

17:16:20 13     Q. And where did you find that information?

17:16:27 14     A. In New Jersey.

17:16:28 15     Q. Where in New Jersey?

17:16:36 16     A. With a person who cleans houses, I think.

17:16:40 17     Q. Okay. What -- sorry. Were you finished?

17:16:43 18     A. That's what she was making.

17:16:44 19     Q. Okay. Did she live in the houses she

17:16:48 20   cleaned?

17:16:52 21     A. I don't think so.

17:16:53 22     Q. Did anybody help you when you were sitting

17:16:57 23   down and figuring out how much you believed the Noonans

17:17:00 24   owed you?

17:17:10 25     A. Yes.

**Page 188**

17:17:11 1     Q. Who?

17:17:13 2     A. Orlando.

17:17:14 3     Q. Okay. Of the amount, which I understand

17:17:18 4   you don't remember that you believed you were owed,

17:17:22 5   have you received any of that from any source?

17:17:34 6     A. Yes.

17:17:34 7     Q. How much?

17:17:38 8     A. Around $4,500.

17:17:42 9     Q. So sitting here today, do you have a

17:17:46 10   number that you still believe you are owed for the time

17:17:49 11   that you worked with the Noonans?

17:18:02 12     A. Can you repeat the question, please.

17:18:04 13     MS. COLAIZZI: Can you read it back,

17:18:05 14   please.

17:17:42 15     (The last question was read back as

17:17:42 16   follows: "So sitting here today, do you have a number

17:17:46 17   that you still believe you are owed for the time that

17:17:49 18   you worked with the Noonans?")

17:18:26 19     A. No.

17:18:28 20     Q. (BY MS. COLAIZZI) When you sat down to

17:18:29 21   try to figure out how much the Noonans owed you, how

17:18:36 22   many hours a week did you assume that you worked for

17:18:38 23   them?

17:18:53 24     A. I don't remember.

17:18:58 25     Q. When you lived with the Noonans did you

**Page 189**

17:19:00 1   have a curfew?

17:19:14 2     A. No. I don't remember, but no.

17:19:19 3     Q. No, you didn't, or no, you don't remember?

17:19:25 4     A. I didn't have a curfew.

17:19:29 5     Q. Okay. You testified before that when you

17:19:43 6   lived with the Noonans you had a computer in your

17:19:46 7   bedroom, correct?

17:19:56 8     A. Yes.

17:19:56 9     Q. Did you have access to a television?

17:20:04 10     A. Yes.

17:20:04 11     Q. Did you go on any vacations with the

17:20:07 12   Noonans?

17:20:13 13     A. Yes.

17:20:14 14     Q. When?

17:20:16 15     A. I don't remember.

17:20:17 16     Q. Where did you go?

17:20:19 17     A. Vail.

17:20:25 18     Q. Did you have to pay anything for your

17:20:27 19   hotel or accommodations or anything else on that trip

17:20:30 20   to Vail?

17:20:37 21     A. Yes.

17:20:37 22     Q. How much did you have to pay?

17:20:41 23     A. I don't know. It was for the food.

17:20:46 24     Q. When you were in Vail, did you eat in the

17:20:47 25   place that you were staying or did you go out to

48 (Pages 186 to 189)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 190 |
| --- |

17:20:49 1  restaurants?
17:20:59 2      A.  It wasn't a hotel.
17:21:01 3      Q.  A condo.  Whatever it was.
17:21:03 4      A.  Apartment.
17:21:05 5      Q.  Okay.  Did you eat your meals in the
17:21:07 6  apartment or did you go out to restaurants?
17:21:17 7      A.  We would eat in restaurants.
17:21:19 8      Q.  Did you eat with the family during your
17:21:20 9  trip to Vail?
17:21:25 10      A.  No.
17:21:31 11      Q.  So you ate in restaurants, but you ate by
17:21:32 12  yourself?
17:21:38 13      A.  With Priscilla.
17:21:40 14      Q.  Okay.  So Priscilla went with you and the
17:21:43 15  Noonans to Vail?
17:21:47 16      A.  Yes.
17:21:48 17      Q.  Did you have to pay for anything other
17:21:50 18  than food?
17:21:58 19      A.  No.  But just the taxi to go to the
17:22:01 20  mountains.
17:22:03 21      Q.  You had to pay for a taxi to go to the
17:22:05 22  mountains?
17:22:11 23      A.  It was kind of like a -- a cable car that
17:22:16 24  takes you up there.
17:22:17 25      Q.  Like a gondola?  Do you know that word?

| Page 191 |
| --- |

17:22:22 1      A.  Yes.
17:22:23 2      Q.  Okay.  Thank you.
17:22:56 3      MS. COLAIZZI:  25.
17:23:00 4      (Deposition Exhibit 25 was marked.)
17:23:01 5      MS. COLAIZZI:  For the record,
17:23:01 6  Exhibit -- well, we're not marking it.  For the record,
17:23:09 7  Exhibit 25 are documents Bates labeled Beltran 22
17:23:13 8  through 56.
17:23:23 9      A.  This -- this says 25.
17:23:28 10      Q.  (BY MS. COLAIZZI)  Right.  Exhibit 25 is
17:23:32 11  Bates Nos. Beltran 22 through 56.
17:23:41 12      MR. HOOD:  I don't think she knows what
17:23:42 13  the Bates number is.
17:23:43 14      MS. COLAIZZI:  Well, I was just saying it
17:23:45 15  for the record.
17:23:46 16      MR. HOOD:  Okay.
17:23:47 17      MS. COLAIZZI:  So they know.
17:23:49 18      MR. HOOD:  It's bueno.
17:23:51 19      Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
17:23:55 20  recognize Exhibit 25?
17:23:59 21      A.  Can I look at it?
17:24:01 22      Q.  Sure.
17:24:05 23      (The deponent perused the exhibit.)
17:25:22 24      Q.  Ms. Beltran, have you had a chance to look
17:25:26 25  at Exhibit 25?

| Page 192 |
| --- |

17:25:31 1      A.  Yes.
17:25:31 2      Q.  Do you recognize it?
17:25:34 3      A.  Not really.
17:25:36 4      Q.  I'll represent to you that this was a
17:25:37 5  document that was produced to us in response to
17:25:43 6  your -- the request for production that we sent to you.
17:25:46 7  Are you aware of that?
17:26:01 8      A.  I -- I don't understand the question.
17:26:05 9      Q.  Has this document been in your possession
17:26:06 10  at any point in time?
17:26:13 11      A.  I don't believe so.  I don't remember.
17:26:16 12      Q.  Okay.  So you would have no reason to know
17:26:18 13  why it was produced to us with your discovery
17:26:22 14  responses?
17:26:31 15      MR. HOOD:  I'm going to object as to
17:26:33 16  privilege.  To the extent the question calls for her to
17:26:35 17  respond in any way that would make her reveal a
17:26:39 18  conversation with counsel, I would instruct my client
17:26:42 19  not to answer.  Otherwise I would instruct her to
17:26:47 20  answer.
17:26:52 21      MS. COLAIZZI:  Let me do this, Counsel.
17:26:53 22  I'm happy to go through each of these, but these were
17:26:56 23  the only documents produced with her discovery
17:26:59 24  responses.  If they didn't come from her, are you
17:27:03 25  willing to stipulate to that so that we can avoid it?

| Page 193 |
| --- |

17:27:05 1  Because there was no --
17:27:07 2      MR. HOOD:  Can we just go off the record
17:27:08 3  for a second?
17:27:10 4      MS. COLAIZZI:  Go off the record.
17:27:11 5      THE VIDEOGRAPHER:  Going off the record.
17:27:16 6  The time is 5:27 p.m.
17:27:20 7      (Discussion off the record, after which
17:27:22 8  time Ms. Hazel was no longer present.)
17:36:39 9      THE VIDEOGRAPHER:  We are back on the
17:36:40 10  record.  The time is 5:36 p.m.
17:36:44 11      MS. COLAIZZI:  The parties have reached a
17:36:46 12  stipulation with respect to certain documents.  First
17:36:49 13  Exhibit 25, which bears Bates Nos. Beltran 22 through
17:36:55 14  56.  Bates Nos. Beltran 57 to Beltran 91.  Beltran 107
17:37:04 15  to 142.  Beltran 143 to 184.  Beltran 185 to 228.
17:37:19 16  Beltran 229 to 286.  Beltran 287 to 464.  And Beltran
17:37:34 17  465 to 466.  And I believe counsel's ready to stipulate
17:37:46 18  that none of those documents were ever in the
17:37:47 19  possession of Ms. Beltran; is that correct?
17:37:49 20      MR. HOOD:  So stipulated.
17:37:57 21      Q.  (BY MS. COLAIZZI)  Ms. Beltran, do you
17:37:58 22  know somebody named Lynn Shotwell?
17:38:02 23      A.  I don't remember.
17:38:09 24      Q.  Do you know somebody named Laura Rose?
17:38:16 25      A.  What's the name?

49 (Pages 190 to 193)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 194 | Page 196 |
|---|---|

**Page 194**

17:38:18 1    Q. Laura Rose.

17:38:22 2    A. In Spanish?

17:38:25 3    Q. I don't think it's a Spanish name. That's

17:38:28 4  her name.

17:38:31 5    A. I don't remember.

17:38:32 6    Q. Do you know someone named Ellen Hoggard?

17:38:40 7    A. I don't remember.

17:38:41 8    Q. Do you know somebody named Mariam Assefa?

17:38:48 9    A. I don't remember.

17:38:49 10    Q. Do you know somebody named Beverly

17:38:52 11  Attallah?

17:38:56 12    A. I don't remember.

17:38:57 13    Q. Do you know somebody named Dr. Paul

17:39:01 14  Beresford-Hill?

17:39:07 15    A. No.

17:39:08 16    Q. Do you know anyone named Jennifer Clinton?

17:39:16 17    A. That name sounds familiar, but I don't

17:39:20 18  remember how.

17:39:20 19    Q. Do you know anyone named Dr. Dan Davidson?

17:39:26 20    A. No, I don't recall that.

17:39:28 21    Q. Do you know somebody named Robert

17:39:31 22  Fenstermacher?

17:39:35 23    A. No, I don't recall that.

17:39:38 24    Q. Do you know somebody named William Gertz?

17:39:42 25    A. No. No, I don't recall that.

**Page 195**

17:39:45 1    Q. Do you know someone named Michael Hill?

17:39:56 2    A. I don't know. I know somebody named

17:39:58 3  Michael, but in Colorado. I don't know if it's the

17:40:00 4  same one or not.

17:40:01 5    Q. Where's the Michael that you know live?

17:40:06 6    A. Colorado.

17:40:07 7    Q. Did you meet him while you were living

17:40:09 8  with the Noonans?

17:40:15 9    A. Yes.

17:40:15 10    Q. Was he an au pair?

17:40:19 11    A. No. No.

17:40:21 12    Q. To your knowledge, would the Michael that

17:40:23 13  you know have any information related to this lawsuit?

17:40:31 14    A. No.

17:40:32 15    Q. Do you know someone named Carol Jenkins?

17:40:39 16    A. I don't remember, no.

17:40:40 17    Q. Do you know someone named Theodore

17:40:43 18  Kattouf?

17:40:46 19    A. No.

17:40:46 20    Q. Do you know someone named Patti McGill

17:40:49 21  Peterson?

17:40:53 22    A. I don't remember that.

17:40:55 23    Q. Do you know someone named Celia Harquail?

17:41:01 24    A. I don't believe so.

17:41:05 25    Q. Ms. Beltran, are you aware that there's a

**Page 196**

17:41:09 1  claim in this case that all of the J-1 visa sponsors

17:41:14 2  conspired to set the au pair stipend at 195.75?

17:41:49 3    A. Can you ask me the question again?

17:41:52 4    MS. COLAIZZI: Can you read it back,

17:41:53 5  please.

17:41:56 6    THE DEPONENT: I'm sorry.

17:41:57 7    MS. COLAIZZI: That's all right.

17:41:07 8    (The last question was read back as

17:41:07 9  follows: "Ms. Beltran, are you aware that there's a

17:41:09 10  claim in this case that all of the J-1 visa sponsors

17:41:14 11  conspired to set the au pair stipend at 195.75?")

17:42:35 12    A. Yes.

17:42:37 13    Q. (BY MS. COLAIZZI) With respect to this

17:42:38 14  next question I don't want to know about any

17:42:40 15  communications with your lawyers. Do you have any

17:42:50 16  personal knowledge of any communications between

17:42:54 17  sponsors related to setting the stipend at 195.75?

17:43:17 18    A. I don't understand the question.

17:43:22 19    MS. COLAIZZI: Let's try reading it one

17:43:24 20  more time.

17:42:37 21    (The last question was read back as

17:42:37 22  follows: "With respect to this next question I don't

17:42:39 23  want to know about any communications with your

17:42:41 24  lawyers. Do you have any personal knowledge of any

17:42:53 25  communications between sponsors related to setting the

**Page 197**

17:42:57 1  stipend at 195.75?")

17:44:14 2    A. No.

17:44:18 3    Q. (BY MS. COLAIZZI) When you were living at

17:44:18 4  home in Colombia before becoming an au pair, did you do

17:44:22 5  any volunteer work with children?

17:44:37 6    A. No.

17:44:37 7    Q. The classes that you're currently taking

17:44:40 8  at Union County College, are they in English?

17:44:52 9    A. Yes.

17:44:52 10    Q. Are all of them in English?

17:44:57 11    A. All of them.

17:44:59 12    Q. And you indicated a few moments ago that

17:45:02 13  you still have an active Facebook account; is that

17:45:05 14  correct?

17:45:11 15    A. Yes.

17:45:12 16    Q. Do you have any other social media sites

17:45:14 17  or handles of any kind?

17:45:28 18    A. Yes.

17:45:29 19    Q. What do you have?

17:45:32 20    A. All of them.

17:45:35 21    Q. You're going to have to list them for me.

17:45:37 22  I'm sorry.

17:45:41 23    A. Instagram. Snapshot.

17:45:50 24    MR. HOOD: Snapchat.

17:45:52 25    A. Snapchat. Skype. Facebook. Gmail.

50 (Pages 194 to 197)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 198 | Page 200 |
|---|---|
| 17:46:01 1   Hotmail. | 17:56:46 1     A. No, I don't recall that. |
| 17:46:07 2     Q. (BY MS. COLAIZZI) Any others? | 17:56:48 2     MS. COLAIZZI: Okay. I don't have any |
| 17:46:09 3     A. Yes. With the school, Canvas. It's new. | 17:56:49 3   further questions. I will turn it over to any other |
| 17:46:22 4     Q. What does it do? | 17:56:53 4   defendant attorneys who may have questions. |
| 17:46:33 5     A. The professors send us emails with our | 17:57:04 5     MS. REILLY: Just one quick question. |
| 17:46:37 6   homework or they send us class notes. | 17:57:07 6     MR. HOOD: Does she -- does she need to be |
| 17:46:40 7     Q. Okay. Anything else? | 17:57:08 7   mic'd up to -- |
| 17:46:45 8     A. I don't believe so. | 17:57:11 8     MS. COLAIZZI: How about you just switch |
| 17:46:45 9     Q. Okay. You had -- we've looked today at | 17:57:12 9   with me? |
| 17:46:49 10   some emails that were sent to you at a Hotmail email | 17:57:14 10     MS. REILLY: I'll go over here. |
| 17:46:52 11   address. Is that the only Hotmail email address that | 17:57:16 11     MR. HOOD: Okay. |
| 17:46:55 12   you have? | 17:57:16 12     THE DEPONENT: You can come up here and |
| 17:47:10 13     A. I have Gmail. But that was more for doing | 17:57:17 13   sit down. |
| 17:47:16 14   work related to school. | 17:57:26 14     EXAMINATION |
| 17:47:18 15     Q. So you only have the one Hotmail account; | 17:57:26 15   BY MS. REILLY: |
| 17:47:21 16   is that correct? | 17:57:26 16     Q. Hi. I'm Katie Reilly. I represent |
| 17:47:27 17     A. Yes. | 17:57:31 17   GoAuPair, Agent Au Pair, and Au Pair in America. Not |
| 17:47:27 18     MS. COLAIZZI: Okay. Let's take five. I | 17:57:40 18   Au Pair in America, Au Pair International. I'm sorry. |
| 17:47:28 19   think I'm done, or very close to it. | 17:57:44 19   Long day. On your Facebook page, who was it who sent |
| 17:47:31 20     MR. HOOD: Great. | 17:57:53 20   you the beautiful flowers for Valentine's Day? |
| 17:47:32 21     THE VIDEOGRAPHER: Going off the record. | 17:57:58 21     A. Somebody from the school. |
| 17:47:34 22   The time is 5:47 p.m. | 17:58:08 22     Q. Not Orlando? |
| 17:47:39 23     (Recess taken, 5:47 p.m. to 5:54 p.m.) | 17:58:10 23     A. No. |
| 17:55:04 24     THE VIDEOGRAPHER: We are back on the | 17:58:13 24     MS. REILLY: Okay. Nothing further. |
| 17:55:05 25   record. The time is 5:54 p.m. | 17:58:14 25   Thank you. |

| Page 199 | Page 201 |
|---|---|
| 17:55:09 1     Q. (BY MS. COLAIZZI) Ms. Beltran, I just | 17:58:30 1     MS. COLAIZZI: Any other defendant |
| 17:55:10 2   have three last-minute questions for you. Okay? | 17:58:31 2   questions? Counsel. |
| 17:55:19 3     A. Yes, that's fine. | 17:58:38 3     EXAMINATION |
| 17:55:19 4     Q. When you went from California to New | 17:58:38 4   BY MR. HOOD: |
| 17:55:22 5   Jersey, did you fly or drive or take a train? How did | 17:58:38 5     Q. Ms. Beltran, I'm just going to ask you |
| 17:55:25 6   you get there? | 17:58:39 6   very few questions, and then you can be on your way to |
| 17:55:34 7     A. Airplane. | 17:58:42 7   the airport. Okay? |
| 17:55:34 8     Q. Who paid for your ticket? | 17:58:43 8     A. Yes. That's fine. |
| 17:55:38 9     A. My sponsor. | 17:58:51 9     Q. Do you remember the questions earlier |
| 17:55:40 10     Q. Mr. Salazar? | 17:58:53 10   about completing an au pair application with -- I think |
| 17:55:42 11     A. Yes. | 17:58:56 11   you called it Global Exchange in Colombia? |
| 17:55:43 12     Q. We talked this morning about the use of | 17:59:11 12     MS. COLAIZZI: Object to form. |
| 17:55:45 13   that word "partner" in your discovery responses whom | 17:59:16 13     A. Some of them. |
| 17:55:49 14   you identified as Mr. Salazar. Do you remember those | 17:59:20 14     Q. (BY MR. HOOD) Do you remember you were |
| 17:55:51 15   questions? | 17:59:22 15   then asked questions about whether or not you baby-sat |
| 17:56:06 16     A. Yes. | 17:59:24 16   for some families in Colombia? |
| 17:56:07 17     Q. Do you currently have a boyfriend or | 17:59:37 17     A. Can you repeat the question, please. |
| 17:56:08 18   somebody that you date? | 17:59:40 18     Q. Do you remember after the questions about |
| 17:56:16 19     A. No. | 17:59:41 19   the au pair application you were then asked questions |
| 17:56:17 20     Q. Have you at any point in time since | 17:59:46 20   about whether or not you baby-sat for some families in |
| 17:56:19 21   leaving the Noonans? | 17:59:49 21   Colombia? |
| 17:56:30 22     A. No. The -- I've been kidnapped just to be | 18:00:04 22     A. Yes. |
| 17:56:34 23   in school all the time. | 18:00:05 23     Q. Do you remember you were asked about the |
| 17:56:35 24     Q. Okay. And do you know anyone named Ellen | 18:00:09 24   Reyes family, the Camargo family, and the Corrales -- |
| 17:56:42 25   Goddard? | 18:00:19 25   Corrales family? |

51 (Pages 198 to 201)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490
72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 202 |
|---|

18:00:25 1    A.  I remember more the first names of those
18:00:29 2  people and not the last names.
18:00:32 3    Q.  Okay.  Did -- did you babysit for those
18:00:34 4  families?
18:00:39 5    A.  No.
18:00:41 6    Q.  Did you include these families in your
18:00:44 7  au pair application that you completed with Global
18:00:56 8  Exchange as references?
18:01:01 9    A.  I had to use references.
18:01:03 10    Q.  Why did you include them as references?
18:01:16 11    A.  In the office, they -- they asked me in
18:01:22 12  the office for references that I had to give them.
18:01:26 13    Q.  Did they know when you included those
18:01:31 14  names that you did not babysit for those families?
18:01:34 15    MS. REILLY:  Objection; foundation.
18:01:37 16    MS. COLAIZZI:  Objection; form.
18:01:39 17    MR. HOOD:  Excuse me.  I think there's
18:01:40 18  only one attorney defending right now, so I'd ask that
18:01:44 19  only Brooke offer objections.
18:01:49 20    MS. COLAIZZI:  Objection; form and
18:01:50 21  foundation.
18:01:55 22    Q.  (BY MR. HOOD)  I'll ask the question
18:01:58 23  again.  When you completed the application and included
18:02:00 24  those names, did the people at the agency know that you
18:02:05 25  didn't babysit for those families?

| Page 203 |
|---|

18:02:07 1    MS. COLAIZZI:  Objection; form and
18:02:08 2  foundation.
18:02:14 3    MR. HOOD:  I'm going to ask the same
18:02:15 4  question.  We need to figure out some way that you can
18:02:18 5  do objections and then still have the question
18:02:22 6  translated.  So I don't -- I don't think you need to
18:02:25 7  translate the objection.
18:02:27 8    THE INTERPRETER:  Okay.
18:02:28 9    MR. HOOD:  Would you just -- just
18:02:30 10  translate -- maybe let him translate the question, make
18:02:34 11  your objection, and then let her respond.
18:02:37 12    MS. COLAIZZI:  She'll stop responding
18:02:39 13  long enough for me to object --
18:02:42 14    MR. HOOD:  Okay.
18:02:43 15    MS. COLAIZZI:  -- I'm happy to do that.
18:02:44 16    Q.  (BY MR. HOOD)  Did you babysit for any of
18:02:46 17  those families that you included as references in your
18:02:50 18  au pair application?
18:03:05 19    A.  No.
18:03:07 20    Q.  Did the people at Global Exchange know
18:03:09 21  that when you included the names in your au pair
18:03:13 22  application?
18:03:21 23    MS. COLAIZZI:  Objection; form and
18:03:23 24  foundation.
18:03:24 25    A.  Of course.

| Page 204 |
|---|

18:03:26 1    Q.  (BY MR. HOOD)  Did they tell you to
18:03:27 2  include those names anyway?
18:03:35 3    A.  Yes.
18:03:35 4    Q.  Why did they tell you to include the names
18:03:38 5  anyway?
18:03:45 6    MS. COLAIZZI:  Objection; foundation.
18:03:49 7    A.  Can I respond?
18:03:50 8    Q.  (BY MR. HOOD)  Yes.
18:03:59 9    A.  Because the only experience I had had
18:04:01 10  before was with my nephews and nieces, and they
18:04:05 11  couldn't be my references.
18:04:07 12    Q.  So when they found out that that was your
18:04:09 13  only experience, they asked you to include other names?
18:04:23 14    MS. REILLY:  Objection; form.
18:04:26 15    MR. HOOD:  Excuse me.
18:04:26 16    MS. REILLY:  Yes.
18:04:26 17    MR. HOOD:  If we're going to have
18:04:27 18  objections, it needs to come from the one attorney
18:04:29 19  who's defending.  Okay?  We can't have 20 -- we can't
18:04:31 20  have --
18:04:31 21    MS. REILLY:  She's not defending this
18:04:33 22  deposition, she's taking the deposition.  We all have a
18:04:35 23  right to be here, and --
18:04:36 24    MR. HOOD:  You all have a right to be
18:04:37 25  here, but there's only one attorney who should be

| Page 205 |
|---|

18:04:40 1  objecting.  We can't have 20 attorneys objecting at a
18:04:42 2  time.  Okay?
18:04:42 3    MS. COLAIZZI:  Well, Counsel, I --
18:04:43 4    MS. REILLY:  That's simply wrong.  That's
18:04:45 5  wrong.
18:04:46 6    MS. COLAIZZI:  Look, I -- Mr. Hood, I
18:04:47 7  understand that we don't want 18 people talking at
18:04:49 8  once, but I don't think you can exclude the other
18:04:51 9  defendants' attorneys from objecting to your
18:04:54 10  questions.
18:04:54 11    MR. HOOD:  I think I absolutely can.
18:04:56 12    MS. COLAIZZI:  On what grounds?  They are
18:04:57 13  defendants in this lawsuit.
18:04:59 14    MR. HOOD:  They are defendants in this
18:05:00 15  lawsuit, but there is only one attorney that should be
18:05:03 16  defending while I'm asking questions.
18:05:03 17    MS. COLAIZZI:  I can't defend on behalf of
18:05:04 18  the other 14 defendants in this case.  They're not my
18:05:08 19  clients.
18:05:08 20    MS. REILLY:  That's wrong.
18:05:08 21    MR. HOOD:  Well, then do we need -- do we
18:05:10 22  need to get everyone microphones and get them all on
18:05:11 23  the record?  I'm not -- can we go off the record for a
18:05:13 24  second?
18:05:14 25    MS. COLAIZZI:  My thing is if the

52  (Pages 202 to 205)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| | |
|---|---|
| Page 206 | Page 208 |

**Page 206**

18:05:16 1 videographer is having difficulty hearing people, then
18:05:17 2 we can make logistical arrangements so that people can
18:05:18 3 object. But I cannot object on behalf of all of the
18:05:21 4 defendants. I don't have that authority, and it's not
18:05:23 5 my place to do so. And I don't believe you can exclude
18:05:26 6 any of them from objecting if they feel it's necessary
18:05:28 7 on behalf of their client.
18:05:30 8          MR. HOOD: Well, I would just ask that we
18:05:31 9 figure out some -- some efficient means here, because
18:05:34 10 if we have 15 attorneys objecting, I can't ask any
18:05:38 11 questions.
18:05:40 12          MS. COLAIZZI: Well, she objected.
18:05:40 13          MS. REILLY: What's not efficient is this
18:05:41 14 conversation. I just made a simple form objection.
18:05:44 15 The court reporter got it.
18:05:46 16          MR. HOOD: All right. Could we read --
18:05:47 17 could we read back the last question, please.
18:04:07 18          (The last question was read back as
18:04:07 19 follows: "So when they found out that that was your
18:04:09 20 only experience, they asked you to include other
18:04:11 21 names?")
18:06:10 22      A. Yes.
18:06:12 23      Q. (BY MR. HOOD) And did they know when you
18:06:13 24 included those other names that you did not babysit for
18:06:16 25 those families?

**Page 207**

18:06:18 1          MS. COLAIZZI: Object to foundation.
18:06:20 2 Sorry.
18:06:21 3          MR. HOOD: That's okay.
18:06:27 4      A. Of course.
18:06:28 5          MS. COLAIZZI: Object to foundation.
18:06:30 6      Q. (BY MR. HOOD) How did they know?
18:06:33 7          MS. REILLY: Objection to foundation.
18:06:36 8      Q. (BY MR. HOOD) You can answer.
18:06:49 9      A. Because when I told them my only
18:06:51 10 experiences with babysitting were with nephews and
18:06:57 11 nieces, that they told me that I had to include other
18:06:59 12 people for references, that they couldn't be family
18:07:01 13 members of mine.
18:07:02 14      Q. And they told you to include those names
18:07:04 15 even though you did not, in fact, babysit for them?
18:07:12 16          MS. COLAIZZI: Object. Object to form.
18:07:17 17      A. Yes.
18:07:17 18      Q. (BY MR. HOOD) Did they have you prepare
18:07:21 19 any other materials for your au pair application?
18:07:33 20      A. I don't remember. Like what?
18:07:41 21      Q. Were there any other materials that you
18:07:43 22 had to prepare to show to families as part of your
18:07:46 23 au pair application?
18:07:46 24      A. Yes.
18:07:58 25      Q. Like what?

**Page 208**

18:08:00 1      A. A video with kids.
18:08:03 2      Q. What kids?
18:08:06 3          THE DEPONENT: (In English) From the
18:08:07 4 school.
18:08:10 5      A. From the school.
18:08:11 6      Q. (BY MR. HOOD) And why did you include
18:08:13 7 kids from a school in your video that you prepared for
18:08:17 8 your au pair application?
18:08:28 9      A. Because the agency told me that's -- those
18:08:32 10 are things that the families would want to see.
18:08:34 11      Q. Did they -- did the agency instruct you to
18:08:37 12 go to the school and take a video with the children?
18:08:46 13      A. Yes.
18:08:47 14      Q. Did the agency know when they instructed
18:08:49 15 you that you had no other relationship with those
18:08:52 16 children?
18:09:01 17          MS. COLAIZZI: Object to foundation.
18:09:04 18          MR. WOLOSZ: Objection.
18:09:04 19      A. Of course they did.
18:09:06 20      Q. (BY MR. HOOD) Of course they did. How
18:09:07 21 did they know?
18:09:11 22          MS. FITZGERALD: Foundation.
18:09:12 23      A. They told me how to do it.
18:09:14 24      Q. (BY MR. HOOD) So they instructed you to
18:09:15 25 go to the school and prepare a video with children at

**Page 209**

18:09:19 1 the school to include in your au pair application?
18:09:30 2          MS. COLAIZZI: Object to form.
18:09:30 3      A. Yes.
18:09:32 4          MR. WOLOSZ: Objection.
18:09:33 5      Q. (BY MR. HOOD) Did you -- did you request
18:09:34 6 permission at the school to take the video?
18:09:37 7      A. Of course.
18:09:40 8      Q. And were you given permission?
18:09:43 9      A. Yes.
18:09:46 10          MR. HOOD: That's all my questions.
18:09:52 11          EXAMINATION
18:09:52 12 BY MS. COLAIZZI:
18:09:52 13      Q. Ms. Beltran, your counsel asked you about
18:09:55 14 your application, and he asked you about the three
18:10:01 15 families that you listed, correct?
18:10:09 16      A. Yes.
18:10:09 17      Q. And do you recall that along with listing
18:10:11 18 those families, you also had to indicate the specific
18:10:15 19 child care duties you performed for them?
18:10:29 20      A. Of course.
18:10:30 21      Q. Okay. So you're telling us essentially
18:10:32 22 today that all of that information was false, correct?
18:10:41 23      A. Yes.
18:10:42 24      Q. Did you make it up or did somebody else?
18:10:50 25      A. No. I did what the agency told me to do.

53 (Pages 206 to 209)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

| Page 210 | Page 212 |
|---|---|

**Page 210**

18:10:53 1    Q.  Did the agency tell you what to write down
18:10:55 2  as far as the child care duties that you performed for
18:10:57 3  each of those families?
18:11:10 4    A.  Yes.
18:11:10 5    Q.  Did they write it out for you or did you
18:11:12 6  actually fill it in on the application?
18:11:25 7    A.  I don't remember, but I think I did it
18:11:26 8  according to their instructions.
18:11:27 9    Q.  Did you ever reveal to the Noonans that
18:11:29 10  the information they had received about you was false?
18:11:43 11    A.  She never asked anything about it.
18:11:45 12    Q.  And you certainly didn't tell her,
18:11:47 13  correct?
18:11:49 14    A.  No, I didn't.
18:11:52 15    Q.  Did it bother you at all that your -- most
18:11:55 16  of your au pair application was false?
18:12:06 17    A.  No.  Because everything that I was doing
18:12:11 18  was as a housekeeper, not a nanny.
18:12:12 19    Q.  Well, but you didn't know when you started
18:12:14 20  with the Noonans that that's what you were going to be
18:12:17 21  doing, right?
18:12:21 22    A.  No.
18:12:22 23    Q.  So when you were filling out your
18:12:23 24  application in Colombia, did it not bother you that you
18:12:26 25  were lying on your application?

**Page 211**

18:12:40 1    A.  I followed instruction, and I thought that
18:12:43 2  they were professionals in what they were doing.
18:12:45 3    Q.  So you thought it was okay to lie?
18:12:53 4    A.  Like -- like I said, I only follow their
18:12:56 5  instructions.
18:12:56 6    Q.  Why did you continue with your application
18:12:58 7  if it became clear to you you weren't qualified for the
18:13:01 8  program?
18:13:11 9    A.  I did it with my nephews.
18:13:14 10    Q.  But that wasn't enough, correct?
18:13:21 11    A.  I watched them ever since they were born,
18:13:24 12    Q.  That wasn't my question.  That's not
18:13:27 13  enough experience for the program, correct?
18:13:35 14    A.  For them it was.
18:13:36 15    Q.  What do you mean, "for them"?
18:13:41 16    A.  With the people that I filled out the
18:13:43 17  application with.
18:13:44 18    Q.  Well, obviously not, because you had to
18:13:46 19  lie on the application, correct?
18:13:52 20    A.  I told them the truth.
18:13:54 21    Q.  And you put your name on an application
18:13:56 22  that was false, correct?
18:14:03 23    A.  I don't understand.
18:14:05 24    Q.  You signed an application for an au pair
18:14:08 25  position that you knew was false in terms of your

**Page 212**

18:14:11 1  babysitting experience, correct?
18:14:21 2    A.  Yes.
18:14:22 3    MS. COLAIZZI:  Okay.  I don't have any
18:14:23 4  further questions.  Anyone else?
18:14:31 5    MR. HOOD:  I believe she's got a car
18:14:32 6  waiting downstairs.  Can you take her downstairs?
18:14:33 7    MS. COLAIZZI:  Thank you for your time.
18:14:36 8    THE VIDEOGRAPHER:  Going off the record.
18:14:37 9  This concludes the videotape deposition of Johana Paola
18:14:44 10  Beltran.  The total number of media units used is four.
18:14:48 11  The time is 6:14 p.m.  We are off the record.
       12    WHEREUPON, the within proceedings were
       13  concluded at the approximate hour of 6:14 p.m. on the
       14  30th day of August, 2016.
       15    *   *   *   *   *
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25

**Page 213**

1    I, JOHANA PAOLA BELTRAN, do hereby certify
2  that I have read the above and foregoing deposition and
3  that the same is a true and accurate transcription of
4  my testimony, except for attached amendments, if any.
5    Amendments attached  ( ) Yes  ( ) No
6
7
8
9    _____
10    JOHANA PAOLA BELTRAN
11
12
13    The signature above of JOHANA PAOLA
14  BELTRAN was subscribed and sworn to before me in the
15  county of _____, state of Colorado, this _____
16  day of _____, 2016.
17
18
19
20    _____
    Notary Public
21    My commission expires
22
23
24
25  Johana Paola Beltran 8/30/16 (cb)

54 (Pages 210 to 213)

72a36b2c-f212-4c28-bc87-91475225150f

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

Page 214

REPORTER'S CERTIFICATE

STATE OF COLORADO      )
                       ) ss.
CITY AND COUNTY OF DENVER )

I, CAROL M. BAZZANELLA, Registered
Professional Reporter, Certified Realtime Reporter, and
Notary Public ID 19964000498, State of Colorado, do
hereby certify that previous to the commencement of the
examination, the said JOHANA PAOLA BELTRAN was duly
sworn by me to testify to the truth in relation to the
matters in controversy between the parties hereto; that
the said deposition was taken in machine shorthand by
me at the time and place aforesaid and was thereafter
reduced to typewritten form; that the foregoing is a
true transcript of the questions asked, testimony
given, and proceedings had.

I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of this
litigation.

IN WITNESS WHEREOF, I have affixed my
signature this 6th day of September, 2016.

My commission expires February 10, 2020.

__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

55 (Page 214)

72a36b2c-f212-4c28-bc87-91475225150f

# DECLARATION OF BROOKE A. COLAIZZI

# EXHIBIT 4

Thursday, November 20, 2014 10:09 AM

Subject: Re: Important: Immediate Response Needed
Date: Wednesday, January 2, 2013 5:12 PM
From: Natalie Ung <nung@interexchange.org>
To: PAO BELTRAN <pao.18.02@hotmail.com>
Cc: <soporteaupair@aupaircol.com>

Dear Paola,

You have had weeks to get your plane ticket. Please contact your cooperator, family, and friends to collect money to return home.

Best regards,
Natalie Ung


On 12/28/12 6:15 PM, "PAO BELTRAN" <pao.18.02@hotmail.com> wrote:

    Hi Natalie,

    I don't know when I can to travel because I don't have money, let me to get the money I need two months more.

    Paola.

    _____

    Date: Fri, 28 Dec 2012 11:09:39 -0500
    Subject: Important: Immediate Response Needed
    From: nung@interexchange.org
    To: Pao.18.02@hotmail.com
    CC: phughes@ic.interexchange.org

    Important: Immediate Response Needed Hi Paola,

    Since you are no longer on the program we will be canceling your visa. Please send me a copy of your flight so that I don't cancel your visa before you leave the country. Failure to respond will result in your official program status being canceled.

    Best regards,
    Natalie Ung

Exhibit No.: 24
Deponent: Beltran
Date/RPR: 8-30-16
Hunter + Geist, Inc. CB

Page 1 of 2

CONFIDENTIAL

EXHIBIT
4

InterExchange0000421

# DECLARATION OF BROOKE A. COLAIZZI

# EXHIBIT 5

# Completed Meetings

| Date/Time | Meeting | Host | Email | Guest Type | Conference Type | Connect Time | Billing Reference Code | Minutes (Duration) | Guest Minutes | Guests | Recordings | Disconnect Time | Duration | Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-Aug-2016 8:28:42 AM | | Brooke Colazzi | | | Audio | | 589 | 2584 | | 13 | 0 | | | |
| | | | bcolaizzi@shermanhoward.com | Host | | 30-Aug-2016 8:28:42 AM | | | | | | 30-Aug-2016 6:16:59 PM | 589 | 3032989355 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 8:50:19 AM | | | | | | 30-Aug-2016 12:33:21 PM | 224 | 303807 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 1:31:39 PM | | | | | | 30-Aug-2016 2:54:33 PM | 84 | 303807 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 2:55:42 PM | | | | | | 30-Aug-2016 6:14:59 PM | 200 | 303807 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 8:55:29 AM | | | | | | 30-Aug-2016 12:04:35 PM | 190 | 305901 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 12:06:16 PM | | | | | | 30-Aug-2016 12:33:28 PM | 28 | 305901 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 1:26:31 PM | | | | | | 30-Aug-2016 3:26:32 PM | 121 | 305901 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 3:27:24 PM | | | | | | 30-Aug-2016 5:27:25 PM | 121 | 305901 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 5:27:53 PM | | | | | | 30-Aug-2016 6:15:13 PM | 49 | 305901 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 9:29:42 AM | | | | | | 30-Aug-2016 12:33:19 PM | 185 | 415986 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 1:33:35 PM | | | | | | 30-Aug-2016 1:14:40 PM | 282 | 415986 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 8:55:56 AM | | | | | | 30-Aug-2016 12:33:22 PM | 219 | 617248 |
| | | | bcolaizzi@shermanhoward.com | Guest | | 30-Aug-2016 1:24:19 PM | | | | | | 30-Aug-2016 6:15:10 PM | 292 | 617248 |
| 25-Aug-2016 3:56:01 PM | | Brooke Colazzi | | | Audio | | 2 | 2 | | 1 | 0 | | | |

EXHIBIT
5