# EXHIBIT R

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

## SECOND DECLARATION OF JUSTIN J. WOLOSZ

    1.    My name is Justin J. Wolosz. I am a partner at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Colorado.

    2.    I am one of the attorneys representing Defendant Cultural Care, Inc. ("Cultural Care") in the above-captioned case.

    3.    On August 16, 2016, I was scheduled to take the deposition of Dayanna Paola Cardenas Caicedo ("Ms. Cardenas") in Philadelphia, Pennsylvania, a location chosen by Ms. Cardenas. Ms. Cardenas would have been the first plaintiff deposed in the above-captioned case, but she did not appear for her deposition.

    4.    I traveled to Philadelphia with my colleague Lyndsey Kruzer, who assisted in the deposition preparation and intended to attend and assist with the deposition as well. The online biographies for both me and Ms. Kruzer, which provide a high level summary of our experience, are attached as Exhibits 1 and 2.

7761141v1

5. On August 16, 2016, when Ms. Cardenas failed to appear for her deposition, Plaintiffs' counsel, Lauren Louis ("Ms. Louis"), represented that she would be providing a written explanation of why Cardenas failed to appear. That explanation was not provided. The first explanation we given to us was that contained in Plaintiffs' Opposition to Defendant Cultural Care's Motion for Sanctions, filed in the ECF system on September 27, 2016.

6. On August 23, when conferring regarding discovery, I raised the fact that Plaintiffs had failed to respond to an email sent by my colleague, Joan Lukey, regarding Cultural Care's plan to file a Motion for Sanctions Pursuant to Rule 37(d). Ms. Louis said that a response would be forthcoming.

7. I conducted the deposition of Plaintiff Beaudette Deetlefs ("Ms. Deetlefs") on September 21, 2016 in Cape Town, South Africa, where I understand Ms. Deetlefs resides.

8. I did not ask Ms. Deetlefs any questions with the intention of harassing or intimidating her, and I believe I conducted myself professionally and in a civil manner. I believed at the time and believe today that each question I asked had a legitimate purpose, involving topics relevant to the claims or defenses in this case, exploring information appearing in documents produced in this case, and/or exploring public statements that Ms. Deetlefs reportedly made about the litigation.

9. At no point did Ms. Deetlefs appear harassed or intimidated during the deposition.

7761141v1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2016.

_____
Justin J. Wolosz

7761141v1

# EXHIBIT 1




# Justin J. Wolosz
Partner

t 617-248-5221
f 617-248-4000
jwolosz@choate.com

**Education**
Georgetown University Law Center
JD, 1999, *magna cum laude, Order of the Coif*

College of the Holy Cross
AB, 1996, *with honors, cum laude*

**Admissions**
Massachusetts
US Tax Court
US Court of Federal Claims
US Court of Appeals, *Ninth & First Circuits*
US District Court, *Massachusetts*

**Practice Areas**
Complex Trial & Appellate Litigation

Litigation

Justin Wolosz is a partner in the firm's Complex Business & Appellate Litigation Group. Mr. Wolosz represents businesses and individuals in complex litigation matters, from pre-litigation through trial or arbitration. His experience ranges from contract and other business disputes to consumer class actions, related investigations, and appeals.

From 2002-2005, Mr. Wolosz lived on the island of Saipan, where he served as Assistant Attorney General for the Commonwealth of the Northern Mariana Islands, handling criminal and civil matters in local and federal court.

Mr. Wolosz has been named a *Massachusetts Super Lawyer* and a *Massachusetts Super Lawyer Rising Star*.

## Practice Focus

Mr. Wolosz focuses on complex commercial and business litigation, including multi-district, class action and False Claims Act litigation. He also advises clients facing commercial transaction disputes and those seeking emergency relief related to business dealings and contractual obligations. Mr. Wolosz has extensive experience representing clients in both federal and Massachusetts state courts, including the Business Litigation Session of the Massachusetts Superior Court.

## Representative Engagements

- Represented national fuel retailer in multi-district putative class action alleging consumer protection violations in connection with the sale of motor fuel at retail.
- Represented pharmaceutical company in connection with multi-district putative class action alleging improper sales and marketing activities in violation of RICO and various state laws. Consolidated action was dismissed by trial court and dismissal was affirmed by US Court of Appeals for the Third Circuit.
- Represented financial services firm in trial of breach of fiduciary duty and related claims.
- Represented pharmaceutical company in False Claims Act qui tam action alleging improper marketing activities and wrongful termination, which resulted in a negotiated resolution.
- Represented financial services firm in putative securities class action suit alleging improper public disclosures. Litigated favorable dismissal from trial court and successful appeal in the US Court of Appeals for the Second Circuit.

## Publications and Presentations

- "Putting Fee-Shifting Agreements Inside Arbitration Clauses," *co-author, Appellate Law360*, February 2016.
- "Score 1 for Transportation Network Companies," *author, Public Policy Law360*, March 2015.

- "False Claims Act - Outlook for 2014," *co-author, Corporate Disputes*, 2014.
- "But I Want to Call Him in My Case!," *co-author, ABA's Trial Evidence*, 2014.
- "Chapter 1: Jurisdiction and Venue," *LexisNexis Practice Guide: Massachusetts Pretrial Practice*, 2012.
- "Rule 34: Production of Documents and Things and Entry Upon Land for Inspection and Other Purposes," *co-author, Colorado Civil Procedure Forms and Commentary*, 2005.

## Professional and Community Involvement

Mr. Wolosz is a member of the Boston Bar Association and the American Bar Association. He also serves as a board member and Vice Chair of the Massachusetts Appleseed Center for Law and Justice.

# EXHIBIT 2




# Lyndsey M. Kruzer
Associate

t 617-248-4790
f 617-502-4790
lkruzer@choate.com

Lyndsey Kruzer is an associate in the Labor, Employment and Benefits practice group. She counsels employers on all aspects of employee relations.

Also an experienced litigator, Ms. Kruzer has successfully represented companies in dozens of lawsuits brought by their employees, involving a wide variety of claims.

Ms. Kruzer has been named a *Massachusetts Super Lawyers Rising Star*.

**Education**
Harvard Law School
JD, 2009

Harvard University
AB, 2006, *cum laude*

**Admissions**
Massachusetts

**Practice Areas**
Labor, Employment & Benefits

Whistleblower Defense

## Practice Focus

**Employment Counseling**: advises companies on terminations and RIFs, disability and leave issues, wage and hour compliance and audits, harassment investigations, employment and severance agreements, employee handbooks and policies, non-competition and other post-employment restrictions, independent contractor arrangements, employee classifications and virtually all other issues facing modern employers.

**Employment Litigation**: handles employment litigation, arbitration and administrative cases regarding discrimination, harassment, whistleblowing, non-competition and other post-employment restrictions, ERISA benefits and contract- and tort-based employment claims.

## Representative Engagements

- Secured trial victory for popular Boston restaurant group accused of violating the FLSA and MA Wage act by failing to give proper notification of tip credit and by failing to pay employees for all hours worked.
- Represented employers in front of state and federal agencies, including the EEOC, MCAD, US Department of Labor, National Labor Relations Board, Massachusetts Fair Labor Standards Division, Massachusetts Department of Unemployment and agencies in other states.
- Drafted employment agreements, handbooks and policies, including social media policies.
- Conducted workplace investigations on wrongdoing, such as unlawful harassment.
- Defended employers against whistleblower claims under Dodd-Frank Act and other state and federal statutes.
- Successfully represented employer in jury trial to recover damages for tortious interference.
- Represented both union and non-union employers with regard to Unfair Labor Practice charges and advises employers on union-related concerns, including organizing campaigns, elections, labor arbitrations, neutrality agreements and collective bargaining.

- Successfully counseled large and small employers through complex situations involving employee disability and leave issues, employment aspects of mergers and acquisitions, violations of non-competition agreements and discrimination and harassment allegations.

## Publications and Presentations

- "What Employers Need to Know About the New PTO Laws," *speaker, Foley Hoag Labor and Employment Seminar*, May 2015.
- "NLRB for Non-Union Employers," s*peaker, Foley Hoag Labor and Employment Seminar*, May 2014.
- "What Are True Independent Contractors under US, Colombian, and Puerto Rican Law?" *speaker, Lex Mundi webinar presentation*, 2014.
- "How to Take a Case Before the NLRB," *chapter editor, 8th Edition, Bloomberg BNA*, March 2016.
- "Massachusetts Anti-Discrimination Laws Survey," *author, Practical Law*, April 2015.
- "Massachusetts Discovery Practice: Essential Tools for Pretrial Litigation," *chapter editor, MCLE New England*, 2012.

## Professional and Community Involvement

Ms. Kruzer actively serves on the board of directors of the Southfield Redevelopment Authority overseeing the commercial, retail and residential redevelopment of the largest parcel of land in Greater Boston. Ms. Kruzer is a member of the Boston Bar Association and the Women's Bar Association. She is also an active member of the Harvard Alumni Association and the Harvard Club of Quincy.