# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF KATHRYN A. REILLY IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

I, Kathryn A. Reilly, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Colorado and admitted to the United States District Court for the District of Colorado. The matters stated herein are based upon my personal knowledge.

2. I am one of the attorneys representing Defendants American Cultural Exchange, LLC dba Go Au Pair, Agent Au Pair, and Au Pair International, Inc.

3. On August 30, 2016, I attended the deposition of Plaintiff Johana Paola Beltran, who has asserted antitrust claims against all of three of my clients. Plaintiffs are seeking actual damages of more than $1.6 billion, plus treble damages and attorney fees.

4. I asked a total of two questions at Plaintiff Beltran's deposition, neither of which drew an objection from Plaintiffs' counsel.

5. My questions pertained to Plaintiff Beltran's partnership with Orlando Salazar, an individual identified by Plaintiff Beltran as her "partner" and as a witness having information relevant to her claims, including the calculation of her damages. Mr. Salazar's written demands for money in connection with Plaintiff Beltran's claims precipitated this class action.

6. Contrary to Plaintiff Beltran's deposition testimony (but consistent with her written discovery responses), photographs posted on Beltran's public Facebook page suggested that her relationship with Salazar was in fact romantic. I was entitled to cross-examine Beltran on the apparent inconsistency between her deposition testimony, on the one hand, and her written discovery responses and Facebook page, on the other hand, to explore Salazar's true role and interest in this case.

7. Consequently, following a line of related questioning by counsel for InterExchange, Inc. (to which Plaintiffs' counsel did not object), I asked two follow-up questions regarding Plaintiff Beltran's Facebook page.

8. My questions had a legitimate purpose, were asked in a respectful manner, and were neither intended to nor in fact did harass Plaintiff Beltran.

9. Plaintiffs' counsel's baseless accusations of unprofessionalism themselves are an abuse of the discovery process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on October 13, 2016 in Denver, Colorado.

_____
Kathryn A. Reilly
Attorneys for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair, and Au Pair International Inc.