

# Lewis Roca
## ROTHGERBER CHRISTIE

Lewis Roca Rothgerber Christie LLP
1200 Seventeenth Street
Suite 3000
Denver, CO 80202

303 623 9000  main
303 623 9222  fax
lrrc.com

**Kathleen F. Wener**
Litigation Paralegal/Litigation Support Project Manager
303.628.9693 direct
303.623.9222 fax
kwener@lrrc.com

October 13, 2016

VIA COURIER

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 4 2016

JEFFREY P. COLWELL
CLERK

Magistrate Judge Kathleen M. Tafoya
United States District Court, District of Colorado
Byron G. Rogers United States Courthouse
1929 Stout Street, Second Floor, Courtroom C201
Denver, Colorado 80294

Re: Beltran v. Noonan et al / Case Number 1:14-cv-03074-CMA-KMT

Dear Magistrate Judge Tafoya,

Enclosed please find a flash drive containing videos which accompany and support Defendants' Opposition to Plaintiffs' Motion for a Protective Order in Beltran v. Interexchange, Inc., No. 1:14-cv-03074-CMA-KMT.

Very truly yours,

*[signature]*

Kathleen F. Wener
Litigation Paralegal/Litigation Support Project Manager
Lewis Roca Rothgerber Christie LLP

Encl.

(Ex. F)

2010702931_1

Albuquerque / Colorado Springs / Denver / Irvine / Las Vegas / Los Angeles / Phoenix / Reno / Silicon Valley / Tucson