IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**PLAINTIFFS' AND MOVING DEFENDANTS' JOINT MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER, SCHEDULED IN CONJUNCTION WITH DEFENDANT CULTURAL CARE, INC.'S MOTION FOR SANCTIONS**

    Plaintiffs and Defendants Cultural Care, Inc., AuPairCare, Inc., InterExchange, Inc., Expert Group International, Inc., American Institute for Foreign Study, APF Global Exchange, US AuPair, Inc., A.P.E.X. American Professional Exchange, LLC, 20/20 Care Exchange, Inc., Au Pair International, Inc., American Cultural Exchange, Cultural Homestay International and Agent Au Pair (collectively, the "Moving Parties," as to Defendants collectively, the "Moving Defendants") jointly move for oral argument on Plaintiffs' Motion for a Protective Order, ECF No. 365, and jointly request that such argument be scheduled in conjunction with the hearing on October 25, 2016 on Cultural Care, Inc.'s Motion for Sanctions, ECF No. 337. As grounds for this motion, the Moving Parties say:

    1.    The Moving Parties believe that the Court will benefit from oral argument on both motions.

- 2 -

2.	Out-of-state counsel are involved in the motions for both Plaintiffs and the Moving Defendants.  Counsel arguing on behalf of both sides will be physically present for the hearing, and would appreciate the economies of time and expense that would result from simultaneous scheduling of the motions.

The Moving Parties also request that those out-of-state counsel who will not be present in the Courtroom be permitted to join the conference by telephone.

WHEREFORE, the Moving Parties respectfully request that the Court:

(a)	Set argument on Plaintiffs' Motion for a Protective Order, ECF No. 365, to occur on Tuesday, Oct. 25, 2016 at 1:30 PM (mountain), simultaneously with Cultural Care, Inc.'s Motion for Sanctions, ECF No. 337; and

(b)	permit those out-of-state counsel who will not be present in person to participate by telephone.

Dated:  October 19, 2016.                    Respectfully submitted,


s/ Matthew L. Schwartz                         *s/ Diane R. Hazel*
Matthew L. Schwartz                            Joan A. Lukey (joan.lukey@choate.com)
Peter M. Skinner                               Robert M. Buchanan, Jr.
Randall W. Jackson                             (rbuchanan@choate.com)
575 Lexington Avenue                           Michael T. Gass (mgass@choate.com)
New York, New York 10022                       Justin J. Wolosz (jwolosz@choate.com
Tel: (212) 446-2300                            Lyndsey M. Kruzer (lkruzer@choate.com)
Fax: (212) 446-2350                            CHOATE HALL & STEWART LLP
mlschwartz@bsfllp.com                          Two International Place
pskinner@bsfllp.com                            Boston, Massachusetts  02110
rjackson@bsfllp.com                            Telephone:  (617) 248-4790

                                               James M. Lyons (jlyons@lrrc.com)
Sigrid S. McCawley                             Jessica L. Fuller (jfuller@lrrc.com)
Lauren Fleischer Louis                         Diane Hazel (dhazel@lrrc.com)
401 East Las Olas Blvd., Suite 1200            LEWIS ROCA ROTHGERBER CHRISTIE
Fort Lauderdale, Florida 33301                 LLP
Tel.: (954) 356-0011                           One Tabor Center, Suite 3000
Fax: (954) 356-0022                            1200 Seventeenth Street
smccawley@bsfllp.com                           Denver, CO 80202
llouis@bsfllp.com                              Tel: (303) 623-9000
                                               Fax: (303) 623-9222

Alexander Hood                                 ***Attorneys for Defendant Cultural Care,***
TOWARDS JUSTICE                                ***Inc. d/b/a Cultural Care Au Pair***
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606                            *s/ Kathryn A. Reilly*
Fax: (303) 957-2289                            Kathryn A. Reilly (reilly@wtotrial.com)
alex@towardsjustice.org                        Wheeler Trigg O'Donnell LLP
                                               370 Seventeenth Street, Suite 4500
***Attorneys for Plaintiffs***                 Denver, CO 80202-5647

                                               ***Attorneys for Defendants Au Pair***
                                               ***International, Inc., American Cultural***
                                               ***Exchange, and Agent Au Pair***


- 3 -

*s/ Kathleen E. Craigmile*
Kathleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com

**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**


*s/ Susan M. Schaecher*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a Au Pair in America**


*s/ Bogdan Enica*
Bogdan Enica (Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

- 4 -

*s/ Brian P. Maschler*
Brian P. Maschler
(bmaschler@gordonrees.com)
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San
Francisco, CA 94579

John R. Mann (jmann@gordonrees.com)
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant AuPairCare, Inc.**


*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant InterExchange, Inc.**


*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant USAuPair, Inc.**

      *s/ James E. Hartley*_____
James E. Hartley (jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

- 6 -

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on October 19, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301


Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218


                              *s/ Diane R. Hazel*