IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' AND MOVING DEFENDANTS' JOINT MOTION FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER, SCHEDULED IN CONJUNCTION WITH DEFENDANT CULTURAL CARE'S MOTION FOR SANCTIONS**
_____

      The Court has reviewed the Joint Motion of Plaintiffs and Moving Defendants for Oral Argument on Plaintiffs' Motion for a Protective Order, ECF No. 365, and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

      The Court will hear oral argument on Plaintiffs' Motion for a Protective Order in conjunction with the hearing on October 25, 2016 on Cultural Care's Motion for Sanctions, ECF No. 337.  The Court will also permit those out-of-state counsel who will not be present in person to participate by telephone.

      DATED this ___ day of _____ 2016.

                                                          BY THE COURT

                                                        _____
                                                        Kathleen M. Tafoya
                                                        United States Magistrate Judge