IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**DEFENDANTS' MOTION FOR LEAVE TO FILE A CONSOLIDATED SUR-REPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION TO PLAINTIFFS' MOTIONS FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**

Defendants Cultural Care d/b/a Cultural Care Au Pair ("Cultural Care"), InterExchange, Inc., Agent Au Pair, Go Aupair, American Institute for Foreign Study d/b/a Au Pair in America ("Au Pair in America"), Expert Group International Inc. d/b/a/ Expert AuPair ("Expert AuPair"), and AuPairCare, Inc. ("AuPairCare") (collectively, "Moving Defendants"), by and through undersigned counsel, and for good cause shown, seek leave of this Court to file a consolidated sur-reply, which is attached hereto as Exhibit A, in response to Plaintiffs' Reply Memorandum of Law in Further Support of Their Motions for Conditional Collective Action Certification ("Reply"). Moving Defendants propose filing a single, consolidated sur-reply that is nine (9) pages in length and addresses one legal issue (equitable tolling of the statute of limitations), which Plaintiffs raised for the first time in their Reply.

2010717953_1
7770030v2

## CERTIFICATE OF CONFERRAL

As required by D.C.COLO.LCivR 7.1(A), counsel for Cultural Care conferred on behalf of Moving Defendants with Plaintiffs' counsel in good faith regarding the subject of this motion. Plaintiffs' counsel is opposed to the relief requested in this Motion.

## MOTION

When a party raises new arguments or presents new evidence in a reply brief, the Court may permit a sur-reply regarding the new issues raised. *See Pippin v. Burlington Res. Oil & Gas Co.,* 440 F.3d 1186, 1191-92 (10th Cir. 2006) ("if the court relies on new materials or new arguments in a reply brief, it may not forbid the nonmovant from responding to these new materials"). On July 25, 2016, Plaintiffs filed their Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (ECF No. 325) seeking conditional certification . . . with respect to all current and former *au pairs* who were sponsored by Defendants . . . **at any time during the last three (3) years**" and specifically requesting discovery of all *au pairs* sponsored July 25, 2013 or after. ECF No. 325 at pp. 1, 3, 16 (emphasis added). On August 15, 2016, Plaintiffs filed a Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law, seeking conditional certification of additional classes within the same date range and similarly seeking three-years of class discovery. ECF No. 330 at pp. 1, 3, 13. On October 12, 2016, Plaintiffs filed a thirty-four page Reply Memorandum of Law in Further Support of Their Motions for Conditional Collective Action Certification ("Reply"). ECF No. 383. In their Reply, Plaintiffs raised a brand new allegation that equitable tolling applies, so the statute of

2

limitations governing their alleged FLSA claims is extended. Thus, for the first time in their Reply, Plaintiffs have attempted to redefine the temporal limits of the class, and they now seek to certify a class more than double the size of the class for which they moved for certification.

Because Plaintiffs have never before raised the issue of equitable tolling in this litigation, Moving Defendants have not had the opportunity to brief this issue. Given that Plaintiffs asked in a Reply for new relief not sought in their Motions, Moving Defendants have prepared a sur-reply, in the form appended hereto as Exhibit A, limited to this single issue.

## CONCLUSION

Moving Defendants hereby respectfully request that this Court grant their Motion for Leave to File a Consolidated Sur-reply Memorandum of Law in Further Opposition to Plaintiffs' Motions for Conditional Collective Action Certification, attached hereto as Exhibit A, and enter such other and further relief as this Court deems appropriate.

Dated:  October 24, 2016

Respectfully submitted,

*s/ Diane Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair**

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair and American Cultural Exchange, LLC d/b/a Go Aupair**

*s/ Brian Alan Birenbach*
Brian Alan Birenbach
(brian@rietzlawfirm.com)
Rietz Law Firm

4

LLC P.O. Box 5268
114 Village Place #301
Dillon, CO 80435

***Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Aupair and Au Pair International, Inc.***

*s/ Susan M. Schaecher*_____
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP and American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Bogdan Enica*_____
Bogdan Enica (Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Brian P. Maschler*_____
Brian P. Maschler
(bmaschler@gordonrees.com)
Gordon & Rees, LLP-San Francisco
275 Battery Street, Suite 2000 San Francisco, CA 94579

John R. Mann (jmann@gordonrees.com)
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)

5

Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Brooke A. Colaizzi*_____
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Erica Lynn Herrera
(eherrera@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

2010717953_1
7770030v2

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on October 24, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301


Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218


                                                *s/ Diane Hazel*