# EXHIBIT A TO
# CONSOLIDATED SUR-REPLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## DECLARATION OF LUSAPHO HLATSHANENI

I, Lusapho Hlatshaneni, declare as follows:

1. My name is Lusapho Hlatshaneni and I am over the age of 18.

2. Beginning on or around 2012 during my third year of college, I submitted an application to African Ambassador's office in Cape Town, who is an agent of and recruits au pairs for Au Pair in America.

3. I was told by African Ambassador that as an au pair in the United States, I could not be paid more than $195.75 per week and that if I accepted any additional wages, I would lose my visa.

4. I paid 9,500 South African Rand (approximately $800USD) for out of pocket expenses related to my employment with Au Pair in America, which I understood to be payment for administrative fees and costs related to my employment as an au pair.

5. In February 2013, I travelled from South Africa to New York.

6. Upon arrival in New York, Au Pair in America made arrangements for me to stay in a hotel with a number of other au pairs for one week, to attend mandatory childcare training provided by Au Pair in America. I attended 4 days of training for approximately 32 hours in total. I was not paid during this week of training.

7. Upon completion of the week-long training in Tarrytown, New York, I flew to Virginia to begin working as an au pair.

8. My host family had two-year old twins. I worked with this family in Virginia for one year, until their children began school, and my services were no longer needed.



EXHIBIT 29

9. I worked five days a week, 8-10 hours a day, and generally worked in excess of 40 hours per week.

10. My host family paid me $195.75 per week, regardless of the number of hours I actually worked. I was never compensated for my overtime hours.

11. In February 2014, I was matched with a new family and travelled to California to begin working as the new family's au pair.

12. My new family also had two young children.

13. My new host family also paid me based on the stipend of $195.75 per week, regardless of the number of hours I actually worked, though when the family paid me in cash, they rounded it up to $200.

14. During the summer months of 2014, I routinely worked well over 40 hours per week, even as much as 60 hours per week, while the children were not in school. I was still paid only $195.75 (or $200) per week for those weeks.

15. Both families advised me that they paid me $195.75 because that is what they were told to pay by Au Pair in America, and Au Pair in America told them not to exceed the weekly stipend of $195.75.

16. I am residing again in South Africa, where my internet accessibility is much less consistent than it was when I was working in the United States. I do not have the ability to check my emails on a daily basis because of this.

I solemnly affirm under the penalties of perjury that the contents of this Declaration are true and correct to the best of my knowledge.

Dated this 19 day of July 2016.

LUSAPHO HLATSHANENI