# EXHIBIT B TO CONSOLIDATED SUR-REPLY

Deposition of Lusapho Hlatshaneni
September 7, 2016

Page 63

1    A.   No.
2    Q.   When did this conversation take place?
3    A.   I don't remember exactly.  But it was in the
4  year 2012, all conversations that I've had with
5  Ms. Natalie.
6    Q.   What did you understand her statement as
7  reflected in your declaration, Paragraph 3, to mean
8  for you?
9    A.   That if I accepted any amount paid by my
10 host family that was more than the stipulated
11 amount, I would be sent off the program and then
12 sent home.
13   Q.   Did you confirm the truth or veracity of
14 that statement during the time that this statement
15 was allegedly made by Ms. James to you?
16   A.   Can you explain your question, please?
17   Q.   Yes.
18        Did you actually do any research, outside or
19 independent of what Ms. James allegedly told you as
20 reflected in Paragraph 3, to confirm whether it was
21 true or not?
22   A.   No, not that I remember.
23   Q.   Did you understand that to be the rule?
24   A.   Yes.  That's what I understood.
25   Q.   And you understood the rule to be that you

Deposition of Lusapho Hlatshaneni
September 7, 2016

Page 64

1  were not to accept any additional wages outside of
2  what you would be earning from the host family,
3  $195.75 per week; is that correct?
4       A.   Yes.  That is what I understood.
5       Q.   And if you did, you potentially could lose
6  your visa; is that right?
7       A.   Yes.
8       Q.   And the visa is a temporary visa for
9  purposes of you being in the United States so you
10 could be part of the Au Pair Program; is that your
11 understanding?
12      A.   Yes.
13           MR. HOOD:  Larry, could I clarify one more
14 thing just on the record?
15           It occurs to me that the last page of her
16 interrogatories are actually entitled a declaration.
17 So there are two declarations, but the last -- she's
18 thinking -- I think -- that the last page of her
19 interrogatory is the second declaration.
20           So to clarify, there are two declarations,
21 but this is the only declaration that was signed for
22 the motion to certify, and the other declaration was
23 for the interrogatory responses.
24           MR. LEE:  Okay.  I can only take you for
25 your word for now.  I'll double-check at lunch.

Wilson & Associates, LLC
(303) 588-0079