IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A CONSOLIDATED SUR-REPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION TO PLAINTIFFS' MOTIONS FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**
_____

The Court has reviewed the Motion of Defendants Cultural Care d/b/a Cultural Care Au Pair, InterExchange, Agent Au Pair, Go Aupair, American Institute for Foreign Study d/b/a Au Pair in America, Expert Group International Inc. d/b/a Expert AuPair, and AuPairCare, Inc. (collectively, "Moving Defendants") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Moving Defendants shall file their Sur-Reply Memorandum of Law promptly following the issuance of this Order.

DATED this ____ day of _____ 2016.

                                              BY THE COURT

                                              _____
                                              Kathleen M. Tafoya
                                              United States Magistrate Judge