IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**GO AU PAIR'S MOTION TO RESTRICT PUBLIC ACCESS TO ITS SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") hereby move this Court for an order restricting public access to its Sur-Reply in Opposition to Plaintiffs' Motion for Conditional Collective Action Certification ("Sur-Reply"), attached as Exhibit A to Go Au Pair's Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Conditional Collective Action Certification ("Motion for Leave"). In support thereof, Go Au Pair states as follows:

1. Go Au Pair filed the Motion for Leave and attached Sur-Reply contemporaneously with the filing of this Motion.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. Go Au Pair believes in good faith that its Sur-Reply and accompanying exhibits contain confidential information about non-parties and highly confidential information related to Go Au Pair's business operations. For example, the Sur-Reply discusses a document Go Au Pair has designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. And Exhibit A-2 to the Sur-Reply consists of a proprietary business form developed and used by Go Au Pair and which reflects private information about non-parties. Go Au Pair has also designated this document as HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY. Finally, Exhibit A-1 to the Sur-Reply reflects personal information about non-parties.

6. Accordingly, these documents and the information contained therein should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*,

No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." (internal quotation marks and citation omitted)).

7. Because only a portion of Go Au Pair's Sur-Reply references confidential information, Go Au Pair has attached a redacted version of its Sur-Reply as Exhibit A to this motion. This redacted version of its Sur-Reply may be filed in the public record. Go Au Pair, however, requests that the original, unredacted version of its Sur-Reply remain under Level 1 restricted access.

8. Go Au Pair requests that Exhibits A-1 and A-2 to its Sur-Reply remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access to Go Au Pair's Sur-Reply in Opposition to Plaintiffs' Motion for Conditional Collective Action Certification.

Dated:  October 25, 2016.					Respectfully submitted,


							*s/ Kathryn A. Reilly*
							Kathryn A. Reilly
							Grace A. Fox
							Wheeler Trigg O'Donnell LLP
							370 Seventeenth Street, Suite 4500
							Denver, CO  80202-5647
							Telephone:  303.244.1800
							Facsimile:  303.244.1879
							Email:  Reilly@wtotrial.com
								     Fox@wtotrial.com

							Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.


**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on October 25, 2016, I electronically filed the foregoing GO AU PAIR'S MOTION TO RESTRICT PUBLIC ACCESS LEVEL ONE TO ITS SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:


							 *s/ Claudia Jones*