# CORRECTED/AMENDED EXHIBIT M -- ECF No. 386-13



**Cultural Care Au Pair**

*Once completed, please email the scanned form to account.services@culturalcare.com*

## Exit Record

| Host family name (HF): ▇▇▇▇▇▇▇▇ | USX223082 | Number of years on program: less than 1 | City, State: Salt Lake City, UT |
| Au pair name (AP): ZAF10942 Beaudette Deetlefs (Bella) | Au pair cell number: 305-628-7483 | Au pair country: South Africa | Au pair arrival to host family: 8/22/14 |
| Date of exit: 6/15/15 | | Date of 48hr call (if exit interview is within 2 weeks of au pair's arrival): N/A | |

Is this exit happening within the first month?  ☐ Yes ☒ No
Is Program Director or Director of Customer Service aware of and has approved transition within the first month?  ☐ Yes ☒ No   N/A

**Describe concerns in terms of actionable behaviors (i.e. behaviors and actions which can be measured):**
Host Family Asked to have AuPair Leave right away.

**What are the au pair's concerns:**
Not wanting to Comment          See Exhibit A  BD

Au pair recognizes concerns: BD (initials)

**What are the host family's concerns:**
Not being told about the knee injury - felt included family (Not by name) made it clear was not comfortable living with the family and so she should not stay (eventually been going on since December).
Wonderful w/ Baby - though disappointed in handling.

Host family recognizes concerns: ▇▇▇ (initials)

How many transitions has host family had: 0     How many transitions has au pair had: 0
Educational component (EDU)—completed? Yes ☒ No ☐  ___ hours OR ___ credits  Has au pair taken any vacation? Yes ☒ No ☐  Days: 7
How much money paid towards EDU? $500    Does au pair have IDL? Yes ☒ No ☐  Does au pair have a state license? Yes ☒ No ☐

**Previous actions taken by host family and au pair to resolve concerns:**
talked over the knee issue - had worked that out
had conversations on family integration in past w/LCC

**Recommendations—to ensure a better situation next time:**
From host family: Nothing to add now
From au pair: N/A

**Host family requirements for next au pair:** Not getting a new AP
**Au pair requirements for next host family:** want her to be part of family. # of kids depends on ages of family

Agreements: signing below is an acknowledgement that you understand that Cultural Care Au Pair's policy is for two week trial period before allowing for a replacement and that you (either HF or AP) are asking for a replacement without this trial period or the normal mediation session. HF and AP understand that the first month is a period of adjustment. HF and AP both agree to Cultural Care Au Pair's two week policy and understand the two week period begins from date of exit meeting. HFs by signing this form, you acknowledge that we will not guarantee continuous childcare and you enter into this replacement process with full knowledge of this and all its financial ramifications. APs by signing this form you acknowledge that we cannot guarantee a replacement family will be found and that you may have to end your program before one year is up. Both HF and AP further agree to rectify all outstanding financial responsibilities to each other before ending this relationship.

LCC recommends host family for replacement: Yes ☐ No ☒    LCC recommends au pair for replacement: Yes ☒ No ☐

Host family signature: ▇▇▇▇▇▇    Host family signature: ▇▇▇▇▇▇    Au pair signature: ▇▇▇▇
Local Childcare Consultant signature: ▇▇▇    Date of exit interview: 6/15/15    Au pair's last working day: 6/13/15
AP departure from HF: 6/15/15    HF agrees to house au pair 3 additional days if match is secured within 14 days: Yes ☐ No ☒

CONFIDENTIAL                                                CC00001238
*Please put additional comments on a separate sheet of paper.*                 EXIT 03/28/2014

Ex. 74

# Exhibit A

I was informed that I was discharged as a result of my involvement as a plaintiff in the matter pending against Cultural Care as reported in the Washington Post. I was directed to leave the house where I lived with very little money in my bank account and was forced to turn over my cell phone. Cultural Care is on notice of the discharge and the fact that it has put me in an extremely difficult situation.

I am consenting to have Cultural Care attempt to place me with a new host family pursuant to their obligations to me as a Cultural Care Au Pair. My consent in no way limits my rights to any claims that are either presently pending or that arise out of this retaliatory discharge. By signing this document, which Cultural Care has demanded as a requirement before placing me with a new host family, I do not agree to waive any rights or claims.

CONFIDENTIAL                                                                                                    CC00001237