IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

_____

**DEFENDANT AUPAIRCARE, INC.'S UNOPPOSED MOTION FOR ONE-WEEK
EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'
SECOND AMENDED COMPLAINT**

_____

Defendant AuPairCare, Inc. ("AuPairCare"), by and through its attorneys of

record Gordon & Rees Scully Mansukhani LLP, respectfully moves the Court pursuant

to Fed. R. Civ. P. 6, D.C.COLO.LCivR 6.1(b) and 7.1(a) and CMA Civ. Practice

Standard 6.1(b)(1) for a one-week extension of time to file its response to *Plaintiffs'*

*Second Amended Complaint* (Dkt 395).  In support of this Motion for Extension, Defendant AuPairCare states as follows:

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO. LCiv.R.7.1(A)

1.  Pursuant to D.C.COLO.LCivR 7.1(a), counsel for AuPairCare conferred with counsel for Plaintiffs and Defendants regarding this Motion.  Plaintiffs counsel, Boies Schiller and Flexner, LLP, has stipulated to the relief sought in this Motion and thus does not oppose it.

### MOTION

2.  On October 17, 2016, Plaintiffs filed their Second Amended Complaint which names additional parties and claims for relief.  Pursuant to F.R.C.P. 15(a)(3), Defendants answer or other response is currently due November 3, 2016.

3.  Good cause exists for this brief extension.  Defendant's Counsel have to travel for other unanticipatable and unavoidable matters and need additional time to be able to respond to Plaintiffs' Second Amended Complaint.

4.  Additional time is critical for the preparation of AuPairCare's response to Plaintiffs' Second Amended Complaint and therefore, AuPairCare respectfully requests a modest one-week extension within which to file the response, up to and including **November 10, 2016**.  No extensions of time to respond to Plaintiffs' Second Amended Complaint have been granted previously.

5.  The requested extension will not prejudice any parties, nor will it adversely affect the scheduling of this case or other cases.

WHEREFORE, Defendant AuPairCare respectfully requests that the Court enter an Order extending the deadline to file its response to *Plaintiffs' Second Amended Complaint* up to and including November 10, 2016.

Respectfully submitted this 27th day of October, 2016.

s/Peggy Kozal
Thomas B. Quinn
Brian P. Maschler
John R. Mann
Peggy E. Kozal
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
bmaschler@gordonrees.com
jmann@gordonrees.com
pkozal@gordonrees.com
**Attorneys for Defendant AuPairCare, Inc.**

**CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 27th day of October, 2016 addressed to:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

*and*

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
**Attorneys for Plaintiffs**


Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
**Attorneys for Defendant InterExchange, Inc.**

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
**Attorneys for Defendant USAuPair, Inc.**


Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
**Attorneys for Defendant GreatAuPair, LLC**


Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com
**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair**


David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
**Attorneys for Defendant EurAupair InterCultural Child Care Programs**


James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
**Attorneys for Defendant Cultural Homestay International**


Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

    *and*

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP

reilly@wtotrial.com
fox@wtotrial.com
*Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair*

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
*Attorney for Defendant Agent Au Pair*

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
*Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com

*and*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com

jfuller@lrrc.com
*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Christian D. Hammond
DUFFORD & BROWN, P.C.
chammond@duffordbrown.com

            *and*

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
*Attorneys for Defendants A.P.E.X. American*
*Professional Exchange, LLC d/b/a*
*ProAuPair;*
*20/20 Care Exchange, Inc.*
*d/b/a The International Au Pair Exchange*

                                    */s/ Monica Vela*

                                    For Gordon & Rees LLP