IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**[PROPOSED] ORDER GRANTING DEFENDANT AUPAIRCARE, INC.'S UNOPPOSED MOTION FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**
_____

The court has reviewed Defendant AuPairCare, Inc.'s Unopposed Motion for One-Week Extension of Time to Respond to Plaintiffs' Second Amended Complaint and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Defendant AuPairCare, Inc. shall answer or respond to Plaintiffs' Second Amended Complaint on or before November 10, 2016.

DATED this ____day of _____2016.

BY THE COURT

_____