# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINA AZUELA RASCON;
LAURA MEJIA JIMENEZ; JULIANE HARNING;
NICOLE MAPLEDORAM; and those similarly situated

        Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

        Defendants.

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF AMERICAN INSTITUTE
FOR FOREIGN STUDY DBA AU PAIR IN AMERICA**

        Joseph B. Cartafalsa of the law firm of Putney, Twombly, Hall & Hirson LLP, hereby enters his appearance as attorney of record on behalf of Defendant American Institute for Foreign Study dba Au Pair in America, in the above-captioned matter.

Respectfully submitted this 1st day of November, 2016.

By:    /s/ Joseph B. Cartafalsa
Joseph B. Cartafalsa
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2016, the foregoing Notice of Entry of Appearance on Behalf of American Institute for Foreign Study d/b/a Au Pair in America was filed via CM/ECF upon the Clerk of the Court and all counsel of record.

                                               /s/ John B. Fulfree
                                               John B. Fulfree