IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**MOVING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT (DOC. #395)**

Defendants InterExchange, Inc., USAuPair, Inc., GreatAuPair, LLC, Expert Group International, Inc. d/b/a Expert AuPair, EurAupair Intercultural Child Care Programs, Cultural Homestay International, Cultural Care, Inc. d/b/a Cultural Care Au Pair, Au Pair International, Inc., APF Global Exchange, NFP d/b/a AuPair Foundation, American Institute for Foreign Study d/b/a Au Pair in America, American Cultural Exchange d/b/a GoAuPair, Agent Au Pair, A.P.EX. American Professional Exchange, LLC d/b/a ProAuPair, and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange (collectively "moving Defendants") hereby move for an extension of time to respond to the Second Amended Complaint (Doc. #395).

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1**

Counsel for InterExchange, Inc., with the authorization of counsel for all moving Defendants, emailed Plaintiffs' counsel on October 27, 2016, describing the relief

sought and seeking Plaintiffs' position.  Plaintiffs do not oppose the relief requested herein.

## **ARGUMENT**

1.  On August 11, 2016, the Defendants in this case filed a Joint Motion to Strike Repudiated Allegations and for Leave to File Reconstituted Motion to Dismiss Antitrust Claim, and Incorporated Memorandum (Doc. #327) ("Motion to Strike"), asking the Court to strike certain paragraphs in the First Amended Complaint (Doc. #101) and to reopen Motion to Dismiss briefing on Plaintiffs' antitrust claim.

2.  On August 15, 2016, Plaintiffs filed a Motion to Amend the First Amended Complaint and submitted a proposed Second Amended Complaint (Doc. # 329). Defendants did not oppose the Motion to Amend.

3.  The Court granted the Motion to Amend and entered the Second Amended Complaint on October 17, 2016 (Doc. #394, 395).  The Court explicitly noted in its Order that the Motion to Strike remains pending.  (Doc. #394.)

4.  The paragraphs of the First Amended Complaint that were the subject of the Motion to Strike are included in the Second Amended Complaint at ¶¶ 93-97.

5.  Given that the Motion to Strike, including the request for additional briefing on the Motion to Dismiss, remains pending, moving Defendants seek an extension of time to respond to the Second Amended Complaint.  A delay would permit each Defendant an opportunity to respond to the Second Amended Complaint in the most efficient way possible.

2

6. Plaintiffs have agreed to an extension of up to 30 days. Therefore, Defendants request an extension through and including December 2, 2016.

7. This request will not delay discovery or any other aspect of the case. Discovery has been ongoing while the Motion to Amend was pending, and discovery can continue while the Court considers the Motion to Strike.

8. Moving Defendants have not previously requested an extension of time to respond to the Second Amended Complaint.

9. As required by D.C.COLO.LCivR. 6.1, counsel for the moving Defendants will serve a copy of this Motion on their respective clients contemporaneous with filing.

## CONCLUSION

Moving Defendants respectfully request that the Court grant moving Defendants an extension of time to respond to the Second Amended Complaint and set a deadline of December 2, 2016.

Dated:  November 1, 2016

Respectfully submitted,

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph H. Hunt
(jhunt@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant InterExchange, Inc.**

*s/ Joan A. Lukey*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

*s/ James M. Lyons*
James M. Lyons (jlyons@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair**

4

Active/44002942.1

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace Ann Fox (fox@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair, American Cultural Exchange, LLC d/b/a Go Aupair and Au Pair International, Inc.**


*s/ Brian Alan Birenbach*
Brian Alan Birenbach
(brian@rietzlawfirm.com)
Rietz Law Firm
LLC P.O. Box 5268
114 Village Place #301
Dillon, CO 80435

**Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Aupair and Au Pair International, Inc.**


*s/Susan M. Schaecher, Esq.*
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
FISHER & PHILLIPS, LLP-Denver
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation and American Institute for Foreign Study d/b/a Au Pair in America**

5

*s/ Bogdan Enica*
Bogdan Enica (Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**


*s/William James Kelly, III*
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
William James Kelly, III
(wkelly@kellywalkerlaw.com)
KELLY & WALKER, LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Tel: 720-236-1806
Fax: 720-236-1799

**Attorneys for Defendant USAuPair, Inc.**


*s/Meshach Y. Rhoades*
Meshach Y. Rhoades
(mrhoades@armstrongteasdale.com)
Martin Jose Estevao
(mestevao@armstrongteasdale.com)
ARMSTRONG TEASDALE, LLP-DENVER
4643 South Ulster Street, Suite 800
Denver, CO 80237
Tel: 720-200-0676
Fax: 720-200-0679

**Attorneys for Defendant GreatAuPair, LLC**

6

*s/Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David Meschke
(dmeschke@bhrs.com)
BROWNSTEIN HYATT FARBER SCHRECK, LLP-DENVER
410 17th Street, Suite 2200
Denver, CO 80202-4432
Tel: 303-223-1100
Fax: 303-223-1111

***Attorneys for Defendant EurAupair Intercultural Child Care Programs***

*s/James Edward Hartley*
James Edward Hartley
(jhartley@hollandhart.com)
Adam A. Hubbard
(aahubbard@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
HOLLAND & HART, LLP-DENVER
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201-8749
Tel: 303-295-8000
Fax: 303-295-8261

***Attorneys for Defendant Cultural Homestay International***

7

*s/Lawrence Daniel Stone*
Lawrence Daniel Stone
(lstone@nixonshefrin.com)
Kathleen E. Craigmile
(kcraigmile@nixonshefrin.com)
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Tel: 303-773-3500
Fax: 303-779-0740

**Attorneys for Defendants A.P.Ex. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

8

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 1, 2016, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street
Suite 300
Denver, CO 80218

*s/ Laura Lewis*

Active/44002942.1