THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## STIPULATION AND ORDER OF DISMISSAL WITH RESPECT TO PLAINTIFF DAYANNA PAOLA CARDENAS CAICEDO

WHEREAS, on August 31, 2016, Defendant Cultural Care, Inc. ("Cultural Care"), moved for, among other things, dismissal with prejudice of Plaintiff Dayanna Paola Cardenas Caicedo's claims in this action following her failure to appear for her deposition [Dkt. 338];

WHEREAS, on September 27, 2016, Plaintiff Cardenas Caicedo agreed to the dismissal of her claims without prejudice but opposed the dismissal of her claims with prejudice [Dkt. 368];

WHEREAS, on October 25, 2016, the Honorable Kathleen M. Tafoya, United States Magistrate Judge, recommended among other things that the Court dismiss Plaintiff Cardenas Caicedo from this action but did not recommend whether the dismissal be with prejudice or without prejudice [Dkts. 411 and 412]; and

WHEREAS, in lieu of filing objections to Magistrate Judge Tafoya's order or recommendation, the parties have reached an agreement with respect to Cultural Care's motion and the dismissal of Plaintiff Cardenas Caicedo's claims;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Cardenas Caicedo and Defendant Cultural Care, as follows:

1. Neither Plaintiff Cardenas Caicedo nor Cultural Care will file an objection to Magistrate Judge Tafoya's order or recommendation on Cultural Care's motion (Dkts. 411 and 412);

2. Plaintiff Cardenas Caicedo will not seek to represent or represent any purported class of plaintiffs in this action or in any other action arising out of the facts alleged in Plaintiffs' complaints;

3. Plaintiff Cardenas Caicedo's claims against Defendant Cultural Care are dismissed without prejudice;

4. Paragraphs 21 and 434-449 of the Second Amended Complaint are stricken in their entirety, and references to Plaintiff Cardenas Caicedo in Paragraphs 523, 530, 535, 557, and the "Counts" in the Second Amended Complaint are stricken;

5. If Plaintiff Cardenas Caicedo attempts to join this lawsuit in the future, in any capacity, Cultural Care reserves the right to seek discovery from her, including noticing her deposition, and further reserves the right to seek any relief it deems appropriate if she fails to comply; and

6. Plaintiff Cardenas Caicedo's declaration, submitted in Support of Plaintiffs' Motion for Conditional Collective Action Certification (ECF No. 325-1 at 10–11), is withdrawn and stricken.

Dated: November 8, 2016

_____
Dayahna Paola Cardenas Caicedo
Plaintiff

Dated: November 8, 2016

_____
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Sigrid S. McCawley (smccawley@bsfllp.com)
Lauren Fleischer Louis (llouis@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

Scanned by CamScanner

6.  Plaintiff Cardenas Caicedo's declaration, submitted in Support of Plaintiffs' Motion for Conditional Collective Action Certification (ECF No. 325-1 at 10–11), is withdrawn and stricken.

Dated: November 8, 2016

_____
Dayanna Paola Cardenas Caicedo
Plaintiff

Dated: November 8, 2016

_____
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Sigrid S. McCawley (smccawley@bsfllp.com)
Lauren Fleischer Louis (llouis@bsfllp.com)
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

3

Dated: November 8, 2016

*[signature]*

Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

SO ORDERED:

_____
HONORABLE CHRISTINE M. ARGUELLO
UNITED STATES DISTRICT JUDGE

4