IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN, et al,

    Plaintiff,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., d/b/a CULTURAL CARE AU PAIR,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP,
AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a AU PAIR IN AMERICA,
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a PROAUPAIR, and
20/20 CARE EXCHANGE, INC., d/b/a THE INTERNATIONAL AU PAIR EXCHANGE,
ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAUPAIR,
GOAUPAIR OPERATIONS, LLC,

    Defendants.

**ORDER ADOPTING AND AFFIRMING OCTOBER 25, 2016 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ENTERING STIPULATED ORDER OF DISMISSAL**

This matter is before the Court upon the Recommendation of the United States Magistrate Judge that Plaintiff Dayanna Paola Cardenas Caicedo's claims be dismissed

(Doc. # 412) and the parties' stipulation of dismissal with respect to Plaintiff Dayanna Paola Cardenas Caicedo (Doc. # 429).

The Court has reviewed the Recommendation, and the stipulated dismissal submitted by the parties. Having reviewed the relevant filings, and being otherwise fully advised in the premises, this Court AFFIRMS AND ADOPTS the Recommendation of the Magistrate Judge (Doc. # 412). Accordingly, it is

ORDERED that Plaintiff Dayanna Paola Cardenas Caicedo's claims against Defendant Cultural Care are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that Paragraphs 21 and 434-449 of the Second Amended Complaint are stricken in their entirety, and references to Plaintiff Cardenas Caicedo in Paragraphs 523, 530, 535, 557, and the "Counts" in the Second Amended Complaint are stricken.

DATED:  November 14, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge