# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**DECLARATION OF JULIANE HARNING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS OR, ALTERNATIVELY, STAY LAWSUIT**

---

I, Juliane Harning, declare as follows:

1. My name is Juliane Harning and I am over the age of 18.

2. I am 28 years old and I currently reside in Greifswald, Germany.

3. I am a plaintiff in this case, and a former *au pair* with Defendant AuPairCare.

4. I first applied to the au pair program with AuPairCare in 2007 when I was 19 years old, and worked in Michigan in 2008.

5. I applied to AuPairCare again in 2013, and returned to the United States in 2014, again as an *au pair* with AuPairCare, and worked in Virginia.

6. Both in 2007 and in 2013, when I applied, AuPairCare presented me with a prepared form contract.

7. In both 2007 and in 2013, I was not provided any ability to negotiate the contract. I was instructed only where to sign and date the contract.

8. At the time of signing the contract, I was not familiar with the concept of arbitration.

9. At the time of signing the contract, I was not aware of any provision regarding arbitration, or the meaning of the statutes cited in that provision.

10. I was not represented or otherwise advised by counsel at the time I signed either of my contracts with AuPairCare.

11. I have at no time in my life written a contract.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Excuted on this 04 day of Dec, 2016.

*/s/ Juliane Harning*
Juliane Harning