# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## DECLARATION OF LAURA MEJIA JIMENEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO COMPEL ARBITRATION AND DISMISS OR, ALTERNATIVELY, STAY LAWSUIT

I, Laura Mejia Jimenez, declare as follows:

1. My name is Laura Mejia Jimenez and I am over the age of 18.

2. I am 25 years old and I currently reside in Auckland, New Zealand. Spanish is my first language.

3. I am a plaintiff in this case, and a former *au pair* with Defendant AuPairCare.

4. I am originally from Colombia, and in or about December 2013, when I was 22 years old, I applied to and was hired by AuPairCare through an agency in Colombia.

5. From July, 2014 to July, 2015, I worked as an *au pair* in Philadelphia, Pennsylvania.

6. When I applied, the agency in Colombia presented me with a prepared form contract from AuPairCare.

7.      I was instructed to sign the contract. I told the agency representative that I did not want to sign this contract. The representative told me that I had to, and that if I did not sign the contract, I could not work with AuPairCare.

8.      At the time of signing the contract, I did not know the English word "arbitration."

9.      At the time of signing the contract, I did not understand the meaning of the statutes cited in the arbitration provision.

10.     The rules that would govern the arbitration were not attached to the contract.

11.     I was not represented or otherwise advised by counsel at the time I signed my contract with AuPairCare.

12.     I have at no time in my life drafted a contract; I have no experience in contract drafting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Excuted on this 5, day of 12, 2016.      *Laura Mejia* 

Passport : A0180868

Laura Mejia Jiminez