**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**UNOPPOSED MOTION FOR AMENDMENT
OF THE SCHEDULING ORDER [D.E. 295]**

---

Plaintiffs move the Court pursuant to Fed. R. Civ. P. 16(b)(4) and D.C. COLO. L CivR 7.1(a) to amend the Scheduling Order [D.E. 295] to extend certain deadlines, specified below.

**Certification of Compliance with D. Colo. L. Civ. R. 7.1(a)**

From December 7, 2016 through December 12, 2016, Plaintiffs' counsel and Defendants' counsel conferred with respect to the scheduling order. Defense counsel agrees to the proposed amended schedule provided below.[1]

In support of this motion for amendment of the scheduling order set by the Court, Plaintiffs state as follows:

---

[1] By agreeing to the proposed amended schedule, Defendant AuPairCare has indicated that it is not waiving its arbitration demand and reserves all rights and positions asserted in AuPairCare's motion to compel arbitration.

1

1. The parties have engaged in significant discovery to date. Among other things, they have exchanged document demands, responded to those demands and made partial productions in connection with those demands, conducted depositions and conducted third party discovery.

2. In particular, significant effort on both sides has been spent on discovery of Plaintiffs. At the August 19, 2016 hearing, the Court set a briefing schedule for Plaintiffs' motions for conditional class certification with respect to their FLSA claims. The Court further encouraged the parties to work together to schedule Plaintiffs' depositions so as to permit their examination before the Defendants' opposition deadline. As a result, the parties focused significant time on Plaintiffs' document productions and Plaintiffs' depositions prior to Defendants' opposition to Plaintiffs' motions for conditional certification.

3. Under the present scheduling order, the parties must disclose affirmative experts on class certification issues by December 16, 2016. In light of the time spent on discovery of Plaintiffs to date, as well as additional unexpected delays, the parties require additional time to complete their disclosures for affirmative experts on class certification. Moving the class certification expert disclosure will likewise require the adjustment of additional dates in the schedule. Accordingly, the parties seek the following changes to the existing scheduling order:

| **Existing Dates in Scheduling Order** | **Proposed Amended Schedule** |
| --- | --- |
| **Expert Witness Disclosure**<br><br>Disclosure of Affirmative Experts on Class Action Issues:  December 16, 2016. | **Expert Witness Disclosure**<br><br>Disclosure of Affirmative Experts on Class Action Issues:  January 27, 2017. |

| | |
|---|---|
| Disclosure of Rebuttal Experts on Class Action Issues: January 30, 2017.<br><br>Disclosure of all other Affirmative Experts: May 17, 2017.<br><br>Disclosure of all other Rebuttal Experts: June 16, 2016. | Disclosure of Rebuttal Experts on Class Action Issues: March 10, 2017.<br><br>Disclosure of all other Affirmative Experts: June 30, 2017.<br><br>Disclosure of all other Rebuttal Experts: July 28, 2017. |
| **Rule 23 Briefing Schedule**<br><br>Plaintiff files motion for Rule 23 certification:  February 17, 2017<br><br>Defendant's Opposition to motion to certify Rule 23 class: March 17, 2017<br><br>Reply briefs to motion to certify Rule 23 class:  April 7, 2017 | **Rule 23 Briefing Schedule**<br><br>Plaintiff files motion for Rule 23 certification:  The later of March 30, 2017 or Defendants' deadline to file a motion to decertify FLSA class<br><br>Defendant's Opposition to motion to certify Rule 23 class: 28 days after deadline for Plaintiffs' motion for Rule 23 certification<br><br>Reply briefs to motion to certify Rule 23 class:  21 days after deadline for Defendants' Opposition to motion to certify Rule 23 class |
| **Fact Discovery Cut-off :**  April 17, 2017<br><br>**Expert Discovery Cut-off:**  July 17, 2017 | **Fact Discovery Cut-off :**  The later of May 31, 2017 or 60 days after the close of the latest FLSA opt-in period<br><br>**Expert Discovery Cut-off:**  75 days after the cut-off of fact discovery |

## Conclusion

WHEREFORE, Plaintiffs move with the consent of Defendants to amend the

Scheduling Order [D.E. 295] as specified above.

3

Dated: December 12, 2016

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

/s/ Peter M. Skinner
Peter M. Skinner
Matthew L. Schwartz
Randall W. Jackson
Dawn L. Smalls
575 Lexington Avenue
New York, New York  10022
Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
Sabria McElroy
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com
smcelroy@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2016, I electronically served the foregoing motion to amend the scheduling order on all counsel of record.

                                    /s/ Peter Skinner
                                        Peter Skinner, Esq.