# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AMENDMENT OF THE SCHEDULING ORDER [D.E. 295]

---

The Court has reviewed Plaintiffs' Unopposed Motion for Amendment of the Scheduling Order and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The Scheduling Order is amended, as set forth below:

| **Amended Schedule** |
|---|
| **Expert Witness Disclosure** |
| Disclosure of Affirmative Experts on Class Action Issues:  January 27, 2017. |
| Disclosure of Rebuttal Experts on Class Action Issues: March 10, 2017. |
| Disclosure of all other Affirmative Experts:  June 30, 2017. |
| Disclosure of all other Rebuttal Experts:  July 28, 2017. |

| **Rule 23 Briefing Schedule**<br><br>Plaintiff files motion for Rule 23 certification:  The later of March 30, 2017 or Defendants' deadline to file a motion to decertify FLSA class<br><br>Defendant's Opposition to motion to certify Rule 23 class: 28 days after deadline for Plaintiffs' motion for Rule 23 certification<br><br>Reply briefs to motion to certify Rule 23 class:  21 days after deadline for Defendants' Opposition to motion to certify Rule 23 class |
|---|
| **Fact Discovery Cut-off :**  The later of May 31, 2017 or 60 days after the close of the latest FLSA opt-in period<br><br>**Expert Discovery Cut-off:**  75 days after the cut-off of fact discovery |

DATED this \_\_\_ day of _____ 2016.

BY THE COURT

_____