# Proposed Revised Scheduling Order

| Existing Dates in Scheduling Order, as Modified by December 13, 2016 Order | Proposed Amended Schedule |
|---|---|
| **Expert Witness Disclosure**<br><br>Disclosure of Affirmative Experts on Class Action Issues: January 13, 2017<br><br>Disclosure of Rebuttal Experts on Class Action Issues: February 3, 2017<br><br>Disclosure of all other Affirmative Experts: May 17, 2017<br><br>Disclosure of all other Rebuttal Experts: June 16, 2017 | **Expert Witness Disclosure**<br><br>Disclosure of Affirmative Experts on Class Action Issues: March 13, 2017<br><br>Disclosure of Rebuttal Experts on Class Action Issues: April 3, 2017<br><br>Disclosure of all other Affirmative Experts: July 17, 2017<br><br>Disclosure of all other Rebuttal Experts: August 16, 2017 |
| **Rule 23 Briefing Schedule**<br><br>Plaintiff files motion for Rule 23 certification: February 24, 2017<br><br>Defendant's Opposition to motion to certify Rule 23 class: March 24, 2017<br><br>Reply briefs to motion to certify Rule 23 class: April 14, 2017 | **Rule 23 Briefing Schedule**<br><br>Plaintiff files motion for Rule 23 certification: April 24, 2017<br><br>Defendant's Opposition to motion to certify Rule 23 class: May 24, 2017<br><br>Reply briefs to motion to certify Rule 23 class: June 14, 2017 |
| **Fact Discovery Cut-off :** April 17, 2017<br><br>**Expert Discovery Cut-off:** July 17, 2017 | **Fact Discovery Cut-off :** June 17, 2017<br><br>**Expert Discovery Cut-off:** September 17, 2017 |