IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | January 24, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                   *Counsel:*

JOHANA PAOLA BELTRAN,                              Dawn Smalls
LUSAPHO HLATSHANENI,                               Peter Skinner
BEAUDETTE DEETLEFS,                                Alexander Hood
DAYANNA PAOLA CARDENAS CAICEDO, and
ALEXANDRA IVETTE GONZALEZ,
SARAH CAROLINA AZUELA RASCON,
LAURA MEJIA JIMENEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM, and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC,                                Brooke Colaizzi
USAUPAIR, INC.,                                    William Kelly
GREAT AUPAIR, LLC,                                 Meshach Rhoades
EXPERT GROUP INTERNATIONAL INC., d/b/a             Bogdan Enica
Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE                 David Meschke
PROGRAMS,                                          Martha Fitzgerald
CULTURAL HOMSTAY INTERNATIONAL,                    Jonathan Bender
CULTURAL CARE, INC. d/b/a Cultural Care Au Pair,   Diane Hazel
                                                   James Lyons
                                                   Joan Lukey
                                                   Justin Wolosz
                                                   Lyndsey Kruzer
AUPAIRCARE INC.,                                   Peggy Kozal
                                                   Brian Maschler
AU PAIR INTERNATIONAL, INC.,                       Kathryn Reilly
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a
GoAuPair,
GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
APF GLOBAL EXCHANGE, NFP, d/b/a AuPair             Susan Schaecher
Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY               John Fulfree

d/b/a Au Pair in America,                                    Stephen Macri
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,                      No Appearance
LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International            No Appearance
Au Pair Exchange,

    Defendants.

---

## COURTROOM MINUTES

---

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**10:08 a.m.        Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to Plaintiffs' request to obtain contact information for au pairs and host families sponsored by the Defendants and wage data.

Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law [325] and Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law [330] have not been ruled on yet.

Discussion regarding potential survey to host families and use of a third party vendor to administer the survey.

The parties are permitted to brief the issue.

**ORDERED:  Plaintiff shall file a motion, as discussed, on or before January 26, 2017.  A response to the motion shall be filed on or before February 9, 2017.  A reply shall be filed on or before February 16, 2017.**

**ORDERED:  A Status Conference is set for March 10, 2017 at 8:30 a.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.  If the parties wish to appear by telephone, they shall file a motion.**

If the parties feel the discovery schedule will be effected, they shall file a motion and address the issue jointly.

Discussion regarding discrete issue with US AuPair.  Plaintiffs represent US AuPair has not produced any documents.  Mr. Kelly states the client is a sole practitioner and does not have the ability, as discussed, to produce documents.  Mr. Kelly is willing to produce documents within ten days.

**ORDERED:** **Defendant US AuPair shall produce responsive documents on or before February 3, 2017.  The court has advised counsel that sanctions, including entry of default judgment, could be imposed for failure to comply with this order.**

**11:45 a.m.** **Court in recess.**

Hearing concluded.
Total in-court time   01:37

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.