**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**PLAINTIFFS' MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO PLAINTIFFS' MOTION TO COMPEL ANSWER TO PLAINTIFFS' INTERROGATORY No. 1 AND REQUEST FOR PRODUCTION NO. 1 PURSUANT TO RULE 37(a)**

---

Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R 7.2, hereby respectfully submit this Motion to Restrict Public Access to Plaintiffs' Motion to Compel Answer to Plaintiffs' Interrogatory No. 1 and Request for Production No. 1 Pursuant to Rule 37(a) (hereinafter "Motion to Compel"), as follows:

    1.    Contemporaneously with the filing of this Motion, Plaintiffs have submitted their Motion to Compel.

    2.    All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000). [Dkt. 305]

3. This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." [Dkt. 305].

4. Pursuant to the parties' Stipulated Protective Order, Plaintiffs in good faith believe that Plaintiffs' Motion to Compel contains restricted material which includes documents produced in discovery and designated by defendants as confidential.

5. The abovementioned restricted material is stated throughout Plaintiffs' Motion to Compel; therefore, no alternative other than restriction is practicable. Accordingly, the public interest will not be served by these documents being exposed to public view.

WHEREFORE, for all of the foregoing reasons, Plaintiffs respectfully request this Court issue an Order restricting public access under Level One Restricted Access to Plaintiffs' Motion to Compel.

Dated: New York, New York
January 26, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

  Peter M. Skinner  
Matthew L. Schwartz
Peter M. Skinner
575 Lexington Avenue
New York, New York  10022
Tel: (212) 446-2300
Fax: (212) 446-2350

2

mlschwartz@bsfllp.com
pskinner@bsfllp.com


Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on January 26, 2017, I served a true and correct copy of the forgoing on all counsel of record via the Court ECF system pursuant to F.R.C.P. 5.

  /s/ Peter M. Skinner
Peter M. Skinner