# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

_____

**MOTION FOR WITHDRAWAL OF CHRISTIAN D. HAMMOND AS COUNSEL FOR DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC AND 20/20 CARE EXCHANGE, INC.**

_____

    Pursuant to D.C.COLO.LAttyR 5(b), Christian D. Hammond formerly of Dufford & Brown, P.C. hereby moves to withdraw as counsel of record for Defendants A.P.EX. American Professional Exchange, LLC and 20/20 Care Exchange, Inc., and in support thereof, states as follows:

    1.    Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and the undersigned has not done so. *See* D.C.COLO.LCivR 7.1(b)(4).

    2.    The undersigned is no longer employed by Dufford & Brown, P.C.

3.	Lawrence D. Stone and Kathleen E. Craigmile of Nixon Shefrin Hensen Ogburn, P.C. will continue to represent A.P.EX. and 20/20 in this matter.  Therefore, withdrawal can be accomplished without any adverse effect on the interests of A.P.EX. and 20/20.

4.	A copy of this Motion has been served on an appropriate representative for A.P.EX. and 20/20 via U.S. Mail.

WHEREFORE, for the foregoing reasons, Christian D. Hammond respectfully requests that the Court enter an order permitting him to withdraw as counsel for Defendants A.P.EX. and 20/20 in this matter and directing the Clerk of the Court to delete his email address from future ECF filings and electronic notifications in this case.

Respectfully submitted this 27th day of January, 2017.

*s/ Christian D. Hammond*
Christian D. Hammond, #34271
DALLA • HAMMOND, P.C.
15016 Elizabeth Street
Thornton, CO 80602
Phone: (720) 408-1600
Email: chris@dallahammond.com

*Attorney for Defendants A.P.EX.*
*American Professional Exchange,*
*LLC and 20/20 Care Exchange, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2017, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF CHRISTIAN D. HAMMOND AS COUNSEL FOR DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC AND 20/20 CARE EXCHANGE, INC.** was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification to the following counsel of record:

| | |
|---|---|
| Lauren Louis<br>Sigrid McCawley<br>Sabrina McElroy<br>Matthew Schwartz<br>Peter Skinner<br>Randall Jackson<br>Dawn Smalls<br>BOIS SCHILLER & FLEXNER, LLP<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br><br>and<br><br>Alexander Hood<br>TOWARD JUSTICE<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* | Brooke Colaizzi<br>Raymond Deeny<br>Heather Vickles<br>Joseph Hunt<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdenny@shermanhoward.com<br>hvickles@shermanhoward.com<br>jhunt@shermanhoward.com<br><br>*Attorneys for Defendant InterExchange, Inc.* |
| William Kelly, III<br>Chanda Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>*Attorneys for Defendant USAuPair, Inc.* | Meshach Rhoades<br>Martin Estevao<br>ARMSTRONG TEASDALE LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>*Attorneys for Defendant GreatAuPair, LLC* |
| Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>*Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair* | David Meschke<br>Martha Fitzgerald<br>BROWNSTRIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>*Attorneys for Defendant EurAupair* |

|  | *InterCultural Child Care Programs* |
|---|---|
| James Hartley<br>Adam Hubbard<br>Jonathan Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandandhart.com<br>aahubbard@hollandandhart.com<br>jsbender@hollandandhart.com<br>*Attorneys for Defendant Cultural Homestay International* | Brian A. Birenback<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br><br>and<br><br>Kathryn Reilly<br>Grace Fox<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>*Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair* |
| Kathryn Reilly<br>Grace Fox<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>*Attorney for Defendant Agent Au Pair* | Lawrence Stone<br>Kathleen Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>jstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>*Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; 20/20 Care Exchange, Inc. d/b/a The international Au Pair Exchange* |
| Lawrence Lee<br>Susan Scheaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>John Fulfree<br>Joseph Cartafalsa<br>Robert Tucker<br>Stephen Macri<br>PUTNEY, TWOMBLY, HALL & HIRSON, LLP<br>jflfree@putneylaw.com<br>jcartafalsa@putneylaw.com<br>jbc54@cornell.edu<br>rtucker@putneylaw.com<br>Robert.m.tucker1@gmail.com<br>smarci@putneylaw.com | Joan Lukey<br>Robert Buchanan, Jr.<br>Michael Gass<br>Justin Wolosz<br>Lyndsey Kruzer<br>CHOATE, HALL & STEWART, LLP<br>Joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br><br>and<br><br>Diane Hazel<br>James Lyons<br>Jessica Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com |

| | |
|---|---|
| *Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America* | jlyons@lrrc.com<br>jfuller@lrrc.com<br>*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair* |

*s/ Tara N. Thal*
Tara N. Thal, Paralegal
