# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

      Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

      Defendants.

_____

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF CHRISTIAN D. HAMMOND AS COUNSEL FOR DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC AND 20/20 CARE EXCHANGE, INC.**

_____

THE COURT, having reviewed the Motion for Withdrawal of Christian D. Hammond as Counsel for Defendants A.P.EX. American Professional Exchange, LLC and 20/20 Care Exchange, Inc., and being otherwise fully advised of the premises,

HEREBY GRANTS the Motion for Withdrawal.  Christian D. Hammond is permitted to withdraw as counsel for Defendants A.P.EX. American Professional Exchange, LLC and 20/20 Care Exchange, Inc. and the Clerk of the Court is directed to delete his email address from future CM/ECF filings and electronic notifications in this case.

DATED this _____ day of _____, 2017.

                                          BY THE COURT:

                                          _____

                                          United States District Court Judge