IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Natalie West, of the law firm of Wheeler Trigg O'Donnell LLP, hereby enters her appearance on behalf of Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Au Pair International Inc. in this case. The undersigned certifies that she is a member in good standing of the bar of this court.

Dated:  January 30, 2017.                    Respectfully submitted,


                                        *s/ Natalie West*
                                        Kathryn A. Reilly
                                        Grace A. Fox
                                        Natalie West
                                        Wheeler Trigg O'Donnell LLP
                                        370 Seventeenth Street, Suite 4500
                                        Denver, CO  80202-5647
                                        Telephone:  303.244.1800
                                        Facsimile:  303.244.1879
                                        Email:  Reilly@wtotrial.com
                                                   Fox@wtotrial.com
                                                   West@wtotrial.com

                                        Attorneys for Defendants Agent Au Pair, Inc.,
                                        American Cultural Exchange, LLC d/b/a
                                        GoAuPair, and Au Pair International Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:


                                        *s/ Claudia Jones*

2