IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

   Defendants.
_____

**DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT 1-A TO RESPONSE TO MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AMENDMENT OF THE SCHEDULING ORDER (DOC. #454)**
_____

Pursuant to D.C.COLO.LCivR 7.2, Defendants, A.P.EX. American Professional Exchange, LLC and 20/20 Care Exchange, Inc. (hereinafter "APEX and 20/20"), by their attorney, Lawrence D. Stone of Nixon Shefrin Hensen Ogburn, P.C., hereby move this Court for an order restricting public access to Exhibit 1-A, certain spreadsheets referenced in APEX and 20/20's Response to Motion for Protective Order or, in the Alternative, Amendment of the Scheduling Order (Doc. #454) ("Response") and accompanying Declaration of Lawrence D. Stone ("Stone Declaration").  In support thereof, APEX and 20/20 state as follows:

1. APEX and 20/20 have filed the Response and Stone Declaration contemporaneously with the filing of this Motion.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (Id. ¶ 8.)

5. APEX and 20/20 believe in good faith that the spreadsheets comprising Exhibit 1-A contain confidential information about non-party au pairs and host families and highly confidential information related to APEX and 20/20's business operations. For example, such exhibit contains information regarding the number of au pairs placed by APEX and 20/20, the qualifications of such au pairs and the amounts that host families agreed to pay the au pairs as reflected in the contract between the host family and the au pair, information that APEX and 20/20 have designated as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

6. Accordingly, these documents and the information contained therein should be restricted from public view. See *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." (internal quotation marks and citation omitted)).

7. APEX and 20/20 request that Exhibit 1-A to their Response be accepted for filing as, and remain under, Level 1 restricted access.

WHEREFORE, for the foregoing reasons, APEX and 20/20 respectfully request that this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibit 1-A to APEX and 20/20's Response to Motion for Protective Order or, in the Alternative, Amendment of the Scheduling Order

Respectfully submitted this 31st day of January, 2017.

NIXON SHEFRIN HENSEN OGBURN, P.C.


*s/ Lawrence D. Stone*
Lawrence D. Stone
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, I have electronically filed the foregoing **DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT 1-A TO RESPONSE TO MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AMENDMENT OF THE SCHEDULING ORDER (DOC. #454)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org

*Attorneys for Plaintiffs*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
*Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
*Attorneys for Defendant AuPairCare, Inc.*

5

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
*Attorneys for Defendant InterExchange, Inc.*

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
*Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair*

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant USAuPair, Inc.*

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
*Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America*

6

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com
***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

7