# EXHIBIT A

**Colaizzi, Brooke A.**

| | |
|---|---|
| **From:** | Peter Skinner <PSkinner@BSFLLP.com> |
| **Sent:** | Thursday, March 03, 2016 9:59 AM |
| **To:** | Colaizzi, Brooke A.; 'alex@towardsjustice.org'; Matthew L. Schwartz; Randall Jackson; Lauren Louis; Sigrid McCawley |
| **Cc:** | Siebert, W. V. Bernie; 'Bill Kellly'; 'Bogdan Enica'; 'Chanda Feldkamp'; 'Christian Hammond'; 'Donald Gentile'; Herrera, Erica L.; Vickles, Heather F.; 'Jack Mann'; 'Jeffrey Allen'; 'Jim Hartley (JHartley@hollandhart.com)'; 'Katie Reilly'; 'Larry Lee'; 'Larry Stone'; 'Martha Fitzgerald'; 'william.monts@hoganlovells.com'; 'marnold@bhfs.com'; 'Martin Estevao'; 'Meshach Rhoades'; 'Mher Hartoonian (MHartoonian@hollandhart.com)'; Deeny, Raymond M.; 'Susan Schaecher'; 'Thomas Quinn'; 'Toren G.E. Mushovic'; Abigail Tudor |
| **Subject:** | Re: Beltran et al v. InterExchange et al Conferral Pursuant to D.C.COLO.LCivR 7.1 |
| **Attachments:** | image003.png; image008.jpg; image009.png; 3.2.16 Status Report (Pltf. Portion).pdf; 2016-03-02 Pls First Set of Interrogatories.pdf; 2016-03-02 Pls First Set of RFPs.pdf |

All,

Plaintiffs' status report and initial discovery demands are attached. These discovery demands supersede the demands Plaintiffs previously served in this case. We will incorporate Defendants' report into the joint report and will file it with with the court.

Best,
Peter Skinner


From: <Colaizzi>, "Brooke A." <bcolaizzi@shermanhoward.com<mailto:bcolaizzi@shermanhoward.com>>
Date: Thursday, March 3, 2016 at 8:21 AM
To: Peter Skinner <pskinner@bsfllp.com<mailto:pskinner@bsfllp.com>>, Alex Hood <alex@towardsjustice.org<mailto:alex@towardsjustice.org>>, Matthew Schwartz <mlschwartz@bsfllp.com<mailto:mlschwartz@bsfllp.com>>, Randall Jackson <RJackson@BSFLLP.com<mailto:RJackson@BSFLLP.com>>, Lauren Louis <llouis@bsfllp.com<mailto:llouis@bsfllp.com>>, Sigrid McCawley <smccawley@bsfllp.com<mailto:smccawley@bsfllp.com>>
Cc: "Siebert, W. V. Bernie" <BSIEBERT@shermanhoward.com<mailto:BSIEBERT@shermanhoward.com>>, 'Bill Kellly' <wkelly@kellywalkerlaw.com<mailto:wkelly@kellywalkerlaw.com>>, 'Bogdan Enica' <bogdane@hotmail.com<mailto:bogdane@hotmail.com>>, 'Chanda Feldkamp' <cfeldkamp@kellywalkerlaw.com<mailto:cfeldkamp@kellywalkerlaw.com>>, 'Christian Hammond' <chammond@duffordbrown.com<mailto:chammond@duffordbrown.com>>, 'Donald Gentile' <dgentile@lawson-weitzen.com<mailto:dgentile@lawson-weitzen.com>>, "Herrera, Erica L." <EHerrera@shermanhoward.com<mailto:EHerrera@shermanhoward.com>>, "Vickles, Heather F." <HVICKLES@shermanhoward.com<mailto:HVICKLES@shermanhoward.com>>, 'Jack Mann' <jmann@gordonrees.com<mailto:jmann@gordonrees.com>>, 'Jeffrey Allen' <jallen@lawson-weitzen.com<mailto:jallen@lawson-weitzen.com>>, "'Jim Hartley (JHartley@hollandhart.com<mailto:JHartley@hollandhart.com>)'" <JHartley@hollandhart.com<mailto:JHartley@hollandhart.com>>, 'Katie Reilly' <reilly@wtotrial.com<mailto:reilly@wtotrial.com>>, 'Larry Lee' <llee@laborlawyers.com<mailto:llee@laborlawyers.com>>, 'Larry Stone' <lstone@duffordbrown.com<mailto:lstone@duffordbrown.com>>, 'Martha Fitzgerald' <mfitzgerald@bhfs.com<mailto:mfitzgerald@bhfs.com>>,

1

"'william.monts@hoganlovells.com<mailto:'william.monts@hoganlovells.com>'"
<william.monts@hoganlovells.com<mailto:william.monts@hoganlovells.com>>,
"'marnold@bhfs.com<mailto:'marnold@bhfs.com>'" <marnold@bhfs.com<mailto:marnold@bhfs.com>>, 'Martin Estevao' <mestevao@armstrongteasdale.com<mailto:mestevao@armstrongteasdale.com>>, 'Meshach Rhoades' <mrhoades@armstrongteasdale.com<mailto:mrhoades@armstrongteasdale.com>>, "'Mher Hartoonian (MHartoonian@hollandhart.com<mailto:MHartoonian@hollandhart.com>)'" <MHartoonian@hollandhart.com<mailto:MHartoonian@hollandhart.com>>, "Deeny, Raymond M." <RDeeny@shermanhoward.com<mailto:RDeeny@shermanhoward.com>>, 'Susan Schaecher' <sschaecher@laborlawyers.com<mailto:sschaecher@laborlawyers.com>>, 'Thomas Quinn' <tquinn@gordonrees.com<mailto:tquinn@gordonrees.com>>, "'Toren G.E. Mushovic'" <mushovic@wtotrial.com<mailto:mushovic@wtotrial.com>>
Subject: RE: Beltran et al v. InterExchange et al Conferral Pursuant to D.C.COLO.LCivR 7.1

All,
Please find attached Defendants' status report for inclusion in the final document.

Thanks,
Brooke

Brooke A. Colaizzi - Member
633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com<mailto:bcolaizzi@shermanhoward.com> |
www.shermanhoward.com<http://www.shermanhoward.com/>
[cid:image003.png@01D1752D.F0A5A260]
CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

From: Peter Skinner [mailto:PSkinner@BSFLLP.com]
Sent: Friday, February 26, 2016 5:08 PM
To: Colaizzi, Brooke A.; 'alex@towardsjustice.org<mailto:'alex@towardsjustice.org>'; Matthew L. Schwartz; Randall Jackson; Lauren Louis; Sigrid McCawley
Cc: Siebert, W. V. Bernie; 'Bill Kellly'; 'Bogdan Enica'; 'Chanda Feldkamp'; 'Christian Hammond'; 'Donald Gentile'; Herrera, Erica L.; Vickles, Heather F.; 'Jack Mann'; 'Jeffrey Allen'; 'Jim Hartley (JHartley@hollandhart.com<mailto:JHartley@hollandhart.com>)'; 'Katie Reilly'; 'Larry Lee'; 'Larry Stone'; 'Martha Fitzgerald'; 'Martin Estevao'; 'Meshach Rhoades'; 'Mher Hartoonian (MHartoonian@hollandhart.com<mailto:MHartoonian@hollandhart.com>)'; Deeny, Raymond M.; 'Susan Schaecher'; 'Thomas Quinn'; 'Toren G.E. Mushovic'
Subject: RE: Beltran et al v. InterExchange et al Conferral Pursuant to D.C.COLO.LCivR 7.1

Please see the attached.

Yours,
Peter Skinner

2

-----Original Message-----
From: Colaizzi, Brooke A. [bcolaizzi@shermanhoward.com<mailto:bcolaizzi@shermanhoward.com>]
Sent: Thursday, February 25, 2016 02:45 PM Eastern Standard Time
To: alex@towardsjustice.org<mailto:alex@towardsjustice.org>; Matthew L. Schwartz; Peter Skinner; Randall Jackson; Lauren Louis; Sigrid McCawley
Cc: Siebert, W. V. Bernie; Bill Kellly; Bogdan Enica; Chanda Feldkamp; Christian Hammond; Donald Gentile; Herrera, Erica L.; Vickles, Heather F.; Jack Mann; Jeffrey Allen; Jim Hartley (JHartley@hollandhart.com<mailto:JHartley@hollandhart.com>); Katie Reilly; Larry Lee; Larry Stone; Martha Fitzgerald; Martin Estevao; Meshach Rhoades; Mher Hartoonian (MHartoonian@hollandhart.com<mailto:MHartoonian@hollandhart.com>); Deeny, Raymond M.; Susan Schaecher; Thomas Quinn; Toren G.E. Mushovic
Subject: Beltran et al v. InterExchange et al Conferral Pursuant to D.C.COLO.LCivR 7.1

[cid:image008.jpg@01D1752D.F0A5A260]
All,

I write to confer on behalf of InterExchange, and by authorization all sponsor Defendants, regarding a motion for extension of time to file objections to the Recommendation of United States Magistrate Judge. We intend to seek an extension of 14 days to and including March 21, 2016 to file objections. The primary reason for the request is that we intend, if possible, to file a consolidated set of objections. We need the extra time to coordinate this effort.

Please advise as to your position on this motion as soon as possible. Ideally, we would like to get the motion on file by week's end.

Thanks,
Brooke

Brooke A. Colaizzi- Member
633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com<mailto:bcolaizzi@shermanhoward.com> |
www.shermanhoward.com<http://www.shermanhoward.com/>
[cid:image009.png@01D1752D.F0A5A260]
CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is

3

waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]