# EXHIBIT 3

## Colaizzi, Brooke A.

| | |
|---|---|
| **From:** | Dawn Smalls <DSmalls@BSFLLP.com> |
| **Sent:** | Wednesday, January 04, 2017 10:56 AM |
| **To:** | Vickles, Heather F.; Colaizzi, Brooke A.; redeeny@shermanhoward.com; jhunt@hsermanhoward.com |
| **Cc:** | Maria Guarisco; Sheryl Heyward |
| **Subject:** | Re: Beltran v. InterExchange, et al. |
| **Attachments:** | 2017 1 04 ltr re InterExchange.pdf |

Ms. Vickles,

Please find correspondence relating to the Beltran matter attached.

Thank you.

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022
212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350

January 4, 2017

**VIA EMAIL**
Heather Fox Vickles, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

      *Re:*    *Beltran v. InterExchange, et al.*

Heather,

      Thank you for your production of documents to date in response to Plaintiff's discovery requests. I write to confirm that documents sufficient to identify host families for *au pairs* sponsored by InterExchange, as well as any documents in InterExchange's possession, custody and control that identify wages and/or other amounts paid by host families to *au pairs,* will be included in InterExchange's production. Plaintiffs first requested these documents in its First Request for Production of Documents issued March 3rd in which we requested (1) Documents sufficient to identify all au pair you have sponsored, including the period of sponsorship, the state in which each au pair worked, and the family for whom each au pair worked; and (2) documents concerning au pair compensation.

      Plaintiffs must determine what *au pairs* were actually paid to support Plaintiffs' claims. InterExchange has represented that it does not have this information since it does not process the *au pair's* wages on a weekly basis. If InterExchange as a sponsor agency is not in possession of this information, Plaintiffs will need to contact the individual *au pairs* or the host families to request it. Information from host families is also relevant as to what they were told by sponsor agencies regarding the cost of employing an au pair and whether they were told that that cost was fixed and/or subject to wage and hour laws.

      You have maintained an objection to producing *au pair* contact information before a conditional class has been certified. However, your rationale for refusing to produce information about putative class members does not extend to host family contact information and there is no basis for a refusal to produce these documents. Please confirm that documents sufficient to identify host families will be produced, or that you object to producing this information and the basis for that objection by **January 6, 2017**, so that we can appropriately elevate this issue with the court.

      Plaintiffs also reissue their request for InterExchange's financial statements and documents relating to its organizational structure. Plaintiffs claim damages arising from the fees the class has paid to InterExchange and the amount of revenue derived therefrom is clear evidence of the amount of damages suffered by the class. In addition, patterns in costs and

BOIES, SCHILLER & FLEXNER LLP

Heather Fox Vickles, Esq.
January 3, 2017
Page 2

revenues as well as the company's margins over time, could be indicative of collusive behavior. Plaintiffs also reissue their demand for documents relating to au pair compensation including (1) any reports and surveys collected, maintained, or generated relating to au pair wages; and (2) documents relating to complaints au pairs may have made about compensation or work schedule. Information relating to complaints can be found in the monthly audits provided to the Department of State and is relevant as to whether au pair compensation was fixed and/or whether they may have been eligible for or received an increase.

     As you are aware, class certification deadlines are quickly approaching. I look forward to your response and/or the production of documents referenced above by **January 6, 2017.**

     Sincerely,

     /s/ Dawn Smalls

     Dawn L. Smalls

**EXHIBIT
4**

# Colaizzi, Brooke A.

| | |
|---|---|
| **From:** | Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com> |
| **Sent:** | Wednesday, January 04, 2017 11:45 AM |
| **To:** | 'Dawn Smalls'; Vickles, Heather F. |
| **Cc:** | Maria Guarisco; Sheryl Heyward; Deeny, Raymond M.; Hunt, Joe H.; Levy, Alyssa L. |
| **Subject:** | RE: Beltran v. InterExchange, et al. |

Ms. Smalls,
We are in receipt of your letter and will review at our earliest opportunity. However, we cannot promise that we can get back to you on these issues by the 6th, which is only two days away.

Thanks,
Brooke


**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

# SHERMAN&HOWARD L.L.C.

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Wednesday, January 04, 2017 10:56 AM
**To:** Vickles, Heather F.; Colaizzi, Brooke A.; redeeny@shermanhoward.com; jhunt@hsermanhoward.com
**Cc:** Maria Guarisco; Sheryl Heyward
**Subject:** Re: Beltran v. InterExchange, et al.

Ms. Vickles,

Please find correspondence relating to the Beltran matter attached.

Thank you.

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022

1

212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT 5

## Colaizzi, Brooke A.

| | |
|---|---|
| **From:** | Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com> |
| **Sent:** | Sunday, January 08, 2017 7:32 AM |
| **To:** | 'Peter Skinner' |
| **Cc:** | Alex Hood; Dawn Smalls; Lauren Louis; Matthew Schwartz; R Jackson; Sabria McElroy; Sigrid McCawley; Vickles, Heather F.; Deeny, Raymond M.; Hunt, Joe H.; Levy, Alyssa L. |
| **Subject:** | RE: Beltran |

Peter,

The very first time we heard anything from Plaintiffs regarding allegedly insufficient production or any other discovery issue was by letter emailed on January 4, 2017, two days before your January 6 deadline. Such belated notice of an alleged discovery issue does not constitute sufficient conferral as required by the local rules and does not justify either form of relief identified in your email. We oppose any motion premised on an assertion that InterExchange failed to respond to Plaintiffs' discovery requests.

Brooke


**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

**125 YEARS**

**SHERMAN & HOWARD**

CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Peter Skinner [mailto:PSkinner@BSFLLP.com]
**Sent:** Saturday, January 07, 2017 5:58 PM
**To:** Peggy L. Skinner; 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; Colaizzi, Brooke A.; Lewis, Laura; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; Vickles, Heather F.; Howell, Lynn Z.; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; Hunt, Joe H.; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; Deeny, Raymond M.; Navrides, Mary; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com';

1

'tamidon@kellywalkerlaw.com'; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'jbc54@cornell.edu'; 'rtucker@putneylaw.com'; 'robert.m.tucker1@gmail.com'; 'smacri@putneylaw.com'; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; Lawrence D. Stone; Carol A. Larsen Cook
**Cc:** 'alex@towardsjustice.org'; Matthew L. Schwartz; Dawn Smalls; Lauren Louis; Sabria McElroy; Daniel Schwartz
**Subject:** Beltran

All,

Plaintiffs have been seeking the following from Defendants from some time: (1) information about what au pairs were paid; and (2) contact information for au pairs and host families. Defendants have categorically objected to these categories of information prior to class certification, except with respect to the named plaintiffs, or have otherwise failed to produce them. (Certain defendants' productions incidentally included a small subset of this data).

In the past few weeks, we have renewed our efforts to secure the requested information in advance of producing our class certification expert reports. For most of you, we set a 1/6 deadline for the production of additional information so that we would have time to incorporate that information into our reports. We have received very little in response.

Despite your meager productions, we are prepared to disclose expert opinions on 1/13 in support of class certification. Nevertheless, because defendants should not benefit from their failure to comply with our discovery requests, we will move on Monday 1/9 for a protective order preventing Defendants from arguing that Plaintiffs' experts' opinions are based in insufficient wage data or, in the alternative, for a further amendment of the scheduling order to extend the deadline for the disclosure of class certification expert reports to allow us time to move to compel for the production of information from Defendants and to secure information from au pairs and hosts families directly. We will ask for an additional two months, which will also require corresponding adjustments of the other deadlines in the schedule. If any of you will agree to either form of relief, please let us know by Monday 1/9 at 11:00 AM EST.

Best,
Peter

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT 6

## Colaizzi, Brooke A.

| | |
|---|---|
| **From:** | Dawn Smalls <DSmalls@BSFLLP.com> |
| **Sent:** | Friday, January 13, 2017 1:47 PM |
| **To:** | Colaizzi, Brooke A.; Vickles, Heather F.; redeeny@shermanhoward.com; Hunt, Joe H. |
| **Cc:** | Peter Skinner |
| **Subject:** | FW: Wage Data Meet and Confer - InterExchange |

Counsel:

I would like to schedule a time Tuesday afternoon to discuss InterExchange's production of wage data. Can you let me know what time would work for you?

Thanks,

Dawn

**From:** Dawn Smalls
**Sent:** Friday, January 13, 2017 3:36 PM
**To:** 'Peggy L. Skinner'; 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; 'bcolaizzi@shermanhoward.com'; 'llewis@shermanhoward.com'; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; 'hvickles@shermanhoward.com'; 'lhowell@shermanhoward.com'; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; 'jhunt@shermanhoward.com'; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; 'rdeeny@shermanhoward.com'; 'mnavride@sah.com'; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com'; 'tamidon@kellywalkerlaw.com'; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'jbc54@cornell.edu'; 'rtucker@putneylaw.com'; 'robert.m.tucker1@gmail.com'; 'smacri@putneylaw.com'; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; 'Carol A. Larsen Cook'; Lawrence D. Stone
**Cc:** 'alex@towardsjustice.org'; Matthew L. Schwartz; Lauren Louis; Sabria McElroy; Daniel Schwartz
**Subject:** Wage Data Meet and Confer TUESDAY at 1:00 p.m.

Pursuant to the call yesterday, Plaintiffs would like to schedule a meet and confer call **Tuesday at 1:00 p.m. EST** to discuss the production of wage data. This call is for the Defendants that have produced: (1) no documents at all; or (2) only examples of host family agreements, au pair agreements, web pages, or advertisements in response to Plaintiffs' request for all documents relating to au pair compensation. If there is another time that works better for the majority of Defendants, please let us know and we will do our best to accommodate that time.

Plaintiffs do not view the production of standard host family agreements, au pair agreements, web pages, or advertisements as a sufficient response to Plaintiffs' document request. It is the Plaintiffs' position that Defendants must produce documents specific to each au pair and each host family that documents what the au pair was paid or was to be paid. These include individualized au pair agreements, individual host family agreements, as well as any surveys or accounting that Defendants have used to keep track of whether au pairs were being paid the stipend and in what amount.

1

These include: weekly or monthly surveys that ask whether the au pairs received the stipend, payment vouchers created for host families; and any documents in which the amount paid to the au pair is recorded by the local coordinator, host family or au pair.

I will separately email counsel for the small number of Defendants that have produced some, but limited wage data, to schedule a separate call. Call in information for the meet and confer call Tuesday at 1:00 p.m. EST is:

**888-453-4405 #125126**

Thank you.

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022
212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]