# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

## DECLARATION OF JOAN A. LUKEY

    1.    My name is Joan A. Lukey. I am a partner at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Colorado.

    2.    I am one of the attorneys representing Defendant Cultural Care, Inc. in the above-captioned case.

    3.    On December 8, 2016, I spoke with Peter Skinner, counsel for Plaintiffs, concerning the scope of the parties' affirmative expert disclosures concerning class certification, which were then due on December 16, 2016. Mr. Skinner informed me that Plaintiffs would like to seek additional time to prepare their disclosures and would send to Defendants a proposal to amend the schedule. Mr. Skinner did not say or otherwise indicate that Defendants' discovery responses were the cause of Plaintiffs' need for additional time to prepare their affirmative expert disclosures.

7949041v1

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 31st day of January 2017.

/s/ Joan A. Lukey
Joan A. Lukey

7949041v1