# EXHIBIT D

**Colaizzi, Brooke A.**

|  |  |
|---|---|
| **From:** | Peter Skinner <PSkinner@BSFLLP.com> |
| **Sent:** | Saturday, January 07, 2017 5:58 PM |
| **To:** | Peggy L. Skinner; 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; Colaizzi, Brooke A.; Lewis, Laura; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; Vickles, Heather F.; Howell, Lynn Z.; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; Hunt, Joe H.; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; Deeny, Raymond M.; Navrides, Mary; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com'; 'tamidon@kellywalkerlaw.com'; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'jbc54@cornell.edu'; 'rtucker@putneylaw.com'; 'robert.m.tucker1@gmail.com'; 'smacri@putneylaw.com'; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; Lawrence D. Stone; Carol A. Larsen Cook |
| **Cc:** | 'alex@towardsjustice.org'; Matthew L. Schwartz; Dawn Smalls; Lauren Louis; Sabria McElroy; Daniel Schwartz |
| **Subject:** | Beltran |

All,

Plaintiffs have been seeking the following from Defendants from some time: (1) information about what au pairs were paid; and (2) contact information for au pairs and host families. Defendants have categorically objected to these categories of information prior to class certification, except with respect to the named plaintiffs, or have otherwise failed to produce them. (Certain defendants' productions incidentally included a small subset of this data).

In the past few weeks, we have renewed our efforts to secure the requested information in advance of producing our class certification expert reports. For most of you, we set a 1/6 deadline for the production of additional information so that we would have time to incorporate that information into our reports. We have received very little in response.

Despite your meager productions, we are prepared to disclose expert opinions on 1/13 in support of class certification. Nevertheless, because defendants should not benefit from their failure to comply with our discovery requests, we will move on Monday 1/9 for a protective order preventing Defendants from arguing that Plaintiffs' experts' opinions are based in insufficient wage data or, in the alternative, for a further amendment of the scheduling order to extend the deadline for the disclosure of class certification expert reports to allow us time to move to compel for the production of information from Defendants and to secure information from au pairs and hosts families directly. We will ask for an additional two months, which will also

1

require corresponding adjustments of the other deadlines in the schedule.  If any of you will agree to either form of relief, please let us know by Monday 1/9 at 11:00 AM EST.

Best,
Peter

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]