# EXHIBIT F

## Colaizzi, Brooke A.

| | |
|---|---|
| **From:** | Dawn Smalls <DSmalls@BSFLLP.com> |
| **Sent:** | Friday, January 13, 2017 1:36 PM |
| **To:** | Peggy L. Skinner; 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; Colaizzi, Brooke A.; Lewis, Laura; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; Vickles, Heather F.; Howell, Lynn Z.; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; Hunt, Joe H.; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; Deeny, Raymond M.; Navrides, Mary; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com'; 'tamidon@kellywalkerlaw.com'; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'jbc54@cornell.edu'; 'rtucker@putneylaw.com'; 'robert.m.tucker1@gmail.com'; 'smacri@putneylaw.com'; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; Carol A. Larsen Cook; Lawrence D. Stone |
| **Cc:** | 'alex@towardsjustice.org'; Matthew L. Schwartz; Lauren Louis; Sabria McElroy; Daniel Schwartz |
| **Subject:** | Wage Data Meet and Confer TUESDAY at 1:00 p.m. |

Pursuant to the call yesterday, Plaintiffs would like to schedule a meet and confer call **Tuesday at 1:00 p.m. EST** to discuss the production of wage data. This call is for the Defendants that have produced: (1) no documents at all; or (2) only examples of host family agreements, au pair agreements, web pages, or advertisements in response to Plaintiffs' request for all documents relating to au pair compensation. If there is another time that works better for the majority of Defendants, please let us know and we will do our best to accommodate that time.

Plaintiffs do not view the production of standard host family agreements, au pair agreements, web pages, or advertisements as a sufficient response to Plaintiffs' document request. It is the Plaintiffs' position that Defendants must produce documents specific to each au pair and each host family that documents what the au pair was paid or was to be paid. These include individualized au pair agreements, individual host family agreements, as well as any surveys or accounting that Defendants have used to keep track of whether au pairs were being paid the stipend and in what amount. These include: weekly or monthly surveys that ask whether the au pairs received the stipend, payment vouchers created for host families; and any documents in which the amount paid to the au pair is recorded by the local coordinator, host family or au pair.

I will separately email counsel for the small number of Defendants that have produced some, but limited wage data, to schedule a separate call.  Call in information for the meet and confer call Tuesday at 1:00 p.m. EST is:

    **888-453-4405 #125126**

Thank you.

1

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022
212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]