**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
et al., and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

**DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S RESPONSE TO MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AMENDMENT OF THE SCHEDULING ORDER (DOC. #454)**

Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair (hereinafter "APEX") and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "20/20") respond as follows to Plaintiffs' Motion for Protective Order or, in the Alternative, Amendment of the Scheduling Order (Doc. #454) ("Motion").

## SUMMARY

APEX and 20/20 agree with arguments raised in Doc. 476, the response jointly filed by a number of the other Defendants ("Certain Defendants' Joint Response"). However, the facts relating to APEX and 20/20 are unique, and the Motion is particularly misplaced as applied to APEX and 20/20. More specifically: (i) APEX and 20/20 are antitrust claim defendants only (with no FLSA or other claims asserted against either defendant); and (ii) APEX and 20/20 have produced the wage data Plaintiffs complain has been withheld, except for the host family and au pair contact information that was the subject of the January 24, 2017 discovery conference that occurred after Plaintiffs filed their Motion. Accordingly, there is no basis to preclude APEX or 20/20 from arguing that Plaintiffs' experts' opinions are based on incomplete stipend data relating to APEX or 20/20 or to preclude APEX or 20/20 from making any other argument against class certification.

## RESPONSE

APEX and 20/20 incorporate the Argument of Certain Defendants' Joint Response.

As described in the accompanying Declaration (Exhibit 1), the following facts relating to APEX and 20/20 bear on Plaintiffs' Motion:

1. Plaintiffs have asserted a single anti-trust claim against APEX and 20/20. (Exhibit 1 ¶ 2; Second Amended Complaint, Doc. 395 ¶ 5).

2. None of the named Plaintiffs was sponsored by APEX or 20/20 (Id.).

3. APEX and 20/20 timely responded to Plaintiffs' discovery requests and have produced to Plaintiffs more than 7500 pages of documents, including every contract in its possession between host families and au pairs sponsored by APEX or 20/20 identifying the amounts host families agreed to pay au pairs (Id. ¶ 3).

4. APEX and 20/20 have informed Plaintiffs in a supplemental discovery response that they do not have any responsive documents to produce concerning or constituting complaints from au pairs about an au pair's stipend or rate of compensation. (Id.)

5. The only information APEX and 20/20 have not produced relevant to Plaintiff's Motion is personally identifying (i.e., contact) information for au pairs and host families that is the subject of a motion Plaintiffs filed on January 26, 2017, which motion does not seek relief from APEX or 20/20. Motion, Doc. 465), fn. 1.

6. As set forth in the documentsthat APEX and 20/20 produced before Plaintiffs filed the Motion, including the spreadsheets attached as Exhibit 1-A, more than 95% of au pairs sponsored by APEX and 20/20 are professional au pairs who are paid $250 per week (and in many cases more than that amount) and the less than 5% of APEX and 20/20 au pairs classified as "regular" au pairs were not uniformly paid the $195.75 purported "fixed price." Exhibit 1 ¶ 7; Exhibit 1-A; Motion Exhibit AA, Doc. 455-4 at pp. 30-32.

As Plaintiffs were aware when filing the Motion, the documents and data produced by APEX and 20/20: (i) reflect what au pairs sponsored by APEX and 20/20 agreed to be paid by their host families; and (ii) clearly reflect that APEX and 20/20 are not part of a wage fixing conspiracy for au pairs to be compensated by host families at the rate of $195.75.

There is no basis for APEX or 20/20 to be precluded from making any argument, including arguments challenging Plaintiffs' expert opinions or the basis therefor.   APEX and 20/20 are unaware of any legitimate basis for Plaintiffs' alternative request (*i.e.*, further extension of deadlines relating to expert disclosure on class certification matters) and request that this alternative relief request be denied as well.  Accordingly, APEX and 20/20 respectfully request that Plaintiffs' Motion be denied in its entirety, and in particular as directed to APEX or 20/20.

Respectfully submitted this 31st day of January, 2017.

*s/ Lawrence D. Stone*
Lawrence D. Stone
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, I have electronically filed the foregoing **DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S RESPONSE TO MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, AMENDMENT OF THE SCHEDULING ORDER (DOC. #454)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org

*Attorneys for Plaintiffs*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
*Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
*Attorneys for Defendant AuPairCare, Inc.*

5

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair, LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***

6

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com
***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

7