# Exhibit A

Exhibit A

Defense Document Productions Since 12/1/2016

| Producing Defendant | Document Count | Page Count | Approximate Production Date |
|---|---:|---:|---:|
| Expert Au Pair | 2 | 23 | 12/5/2016 |
| APEX 20/20 | 764 | 2678 | 12/27/2016 |
| Cultural Care | 112 | 1435 | 12/28/2016 |
| Cultural Care | 591 | 2967 | 12/28/2016 |
| APEX 20/20 | 54 | 120 | 12/29/2016 |
| Cultural Care | 3 | 265 | 12/29/2016 |
| Cultural Care | 2 | 6 | 1/5/2017 |
| Expert Au Pair | 1 | 11 | 1/9/2017 |
| Au Pair International | 880 | 5029 | 1/13/2017 |
| Au Pair International | 6 | 260 | 1/13/2017 |
| Go Au Pair | 4044 | 23623 | 1/13/2017 |
| Go Au Pair | 45 | 1239 | 1/13/2017 |
| Expert Au Pair | 2 | 105 | 1/17/2017 |
| CHI | 3075 | 20937 | 1/19/2017 |
| InterExchange | 5 | 192 | 1/23/2017 |
| Agent Au Pair | 1426 | 5797 | 1/24/2017 |
| AIFS | 1 | 30 | 1/24/2017 |
| EurAupair | 644 | 6626 | 1/24/2017 |
| Go Au Pair | 957 | 1977 | 1/24/2017 |
| Go Au Pair | 632 | 1316 | 1/24/2017 |
| Go Au Pair | 705 | 1435 | 1/25/2017 |
| Expert Au Pair | 1347 | 8643 | 1/29/2017 |
| CHI | 1249 | 6300 | 1/30/2017 |
| Go Au Pair | 808 | 1955 | 1/30/2017 |
| Go Au Pair | 1 | 1 | 1/31/2017 |
| Go Au Pair | 11 | 21 | 1/31/2017 |
| Expert Au Pair | 1 | 17 | 2/1/2017 |
| Expert Au Pair | 1 | 1 | 2/3/2017 |
| Go Au Pair | 2 | 82 | 2/3/2017 |
| USAuPair | TBD | TBD | TBD |