# Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT JOHANA

PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

     v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**TO AMEND THE SCHEDULING ORDER [D.E. 295, 452]**

---

The Court has reviewed Plaintiffs' Motion to Amend the Scheduling Order and is

otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

The Scheduling Order is amended, as set forth below:

| Amended Schedule |
| --- |
| **Rule 23 Briefing Schedule** |
| Plaintiffs Move:  The later of May 24, 2017, or eight weeks after a decision on D.E. 465 is issued<br><br>Defendant's Opposition: 28 days after Plaintiffs' move<br><br>Plaintiffs' Reply:  21 days after Defendants' file their opposition |
| **Fact Discovery Cut-off :**  July 17, 2017<br><br>**Expert Discovery Cut-off:** October 16, 2017 |

DATED: _____, 2017.


_____

Honorable Kathleen M. Tafoya

United States Magistrate Judge