# EXHIBIT A TO

# CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER AND FOR EXPEDITED BRIEFING AND CONSIDERATION

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Peter Skinner |
| **Cc:** | Wolosz, Justin J. |
| **Subject:** | extension request |
| **Date:** | Thursday, February 02, 2017 7:14:49 PM |

Pete –

As I said that I would, I have been in touch with, and am authorized to convey the consent of, InterExchange, Inc.,  USAuPair, Inc., GreatAuPair, LLC, Expert Group International, Inc., EurAupair InterCultural Child Care Programs, Cultural Homestay International, Au Pair International, Inc., American Cultural Exchange, LLC (d/b/a/ GoAuPair), Agent Au Pair, APF Global Exchange, NFP (d/b/a/ Aupair Foundation,  American Institute for Foreign Study (d/b/a Au Pair in America),  as well as my client Cultural Care, Inc. (d/b/a Cultural Care Au Pair), to a **sixty (60)** day extension, on the following terms:

    1.   This will not affect class action expert report deadlines.  We expect to file our rebuttal reports tomorrow and understand that you will do the same.

    2.   The  Motion includes this language: "In the event of conditional collective action certification, Defendants move for, and Plaintiffs assent to, sixty (60) days post-opt-in, to conduct selective depositions of opt-in Plaintiffs."

    3.   The Motion also includes this language:  "If and when a trial date is set and any party determines that any of its disclosed fact witnesses is unavailable to appear at trial, videotaped depositions may be taken to preserve such witnesses' testimony for trial, even if no deposition was taken during the discovery period."

    Please note that AuPairCare, Inc. takes no position on this due to its pending motion relating to arbitration.  A.P.E.X. American Professional Exchange, LLC  (d/b/a ProAuPair) and 20/20 Care Exchange, Inc. **oppose** the requested extension.

    Let us know if these terms are acceptable. Thank you.


Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com