# EXHIBIT B TO

# CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER AND FOR EXPEDITED BRIEFING AND CONSIDERATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

## [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER (DOCS. 295, 452)

     The Court has reviewed Plaintiffs' Motion to Amend the Scheduling Order and for Expedited Briefing and Consideration of the Requested Relief (ECF No. 482) and Certain Defendants' Brief in Response and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED IN PART AND DENIED IN PART**.

     The Scheduling Order (ECF No. 295) is amended, as set forth below:

| **Amended Schedule** |
|---|
| **Rule 23 Briefing Schedule** |
| Plaintiffs' Motion: April 25, 2017<br>Defendants' Opposition: May 23, 2017<br>Plaintiffs' Reply: June 13, 2017 |
| **Fact Discovery Cut-off:** June 16, 2017, provided that, if an FLSA class is certified, the parties shall be entitled to conduct discovery of FLSA opt-in plaintiffs for sixty days following the conclusion of the opt-in period<br>**Expert Discovery Cut-off:** October 16, 2017 |

2

---

**Amendment to Discovery Plan**

**Trial Depositions:** If potential witnesses identified in the parties' Rule 26(a) disclosures are not available to appear at a trial in this action, the witnesses may be deposed at any time prior to trial upon reasonable notice to all parties.  These depositions shall not count against each side's allotment of discovery depositions.

---

DATED:        _____, 2017.


_____
Honorable Kathleen M. Tafoya
United States Magistrate Judge