**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
et al., and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.

---

**DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S RESPONSE TO MOTION TO AMEND THE SCHEDULING ORDER AND FOR EXPEDITED BRIEFING AND CONSIDERATION OF THE REQUESTED RELIEF (DOC. #482)**

---

Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair (hereinafter "APEX") and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange (hereinafter "20/20") respond as follows to Plaintiffs' Motion to Amend the

Scheduling Order [D.E. 295, 452] and for Expedited Briefing and Consideration of the Requested Relief (Doc. #482) ("Motion").

## RESPONSE

APEX and 20/20 have been named Defendants since this action was first commenced more than two years ago, in November 2014.  Moreover, as set forth in Doc. #478, APEX and 20/20's Response to Plaintiffs' recently filed motion for protective order: (i) APEX and 20/20 are antitrust claim-only Defendants that did not sponsor any named Plaintiff; (ii) APEX and 20/20 timely responded to Plaintiffs' discovery requests and have produced to Plaintiffs all available host family contracts relating to stipend amounts paid to APEX or 20/20 sponsored au pairs by host families; (iii) Plaintiffs did not direct their recently filed motion to compel (Doc. #465) to APEX and 20/20  or seek in that motion any relief against APEX or 20/20 (see *id.* fn 1); and (iv) APEX and 20/20 cannot be part of the purported $195.75 per week price-fixing conspiracy that is the basis of Plaintiffs' antitrust claim because the vast majority (95+%) of APEX or 20/20 sponsored au pairs are professional au pairs with host family weekly stipends of at least $250.00 and the tiny fraction of "regular" au pairs sponsored by APEX and 20/20 were not uniformly paid the $195.75 purported "fixed price."    APEX and 20/20 are prepared to proceed with summary judgment and, if required, trial of this matter.  Further delay of class certification and discovery in this matter will simply cause APEX and 20/20 (significant) additional expenditure of money and energy in an action in which they should not have been sued in the first place.  It is APEX and 20/20's position that no further extension of the Scheduling Order is required or warranted as to them.  APEX

and 20/20 take no position as to whether the Scheduling Order should be adjusted as to Plaintiffs and the remaining Defendants.

For the foregoing reasons, APEX and 20/20 respectfully request that Plaintiff's Motion be denied as to APEX and 20/20.

Respectfully submitted this 9th day of February, 2017.

                *s/ Lawrence D. Stone*
                Lawrence D. Stone
                NIXON SHEFRIN HENSEN OGBURN, P.C.
                5619 DTC Parkway, Suite 1200
                Greenwood Village, CO 80111
                (303) 773-3500
                lstone@nixonshefrin.com

                Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

  I hereby certify that on this 9th day of February, 2017, I have electronically filed the foregoing **DEFENDANTS A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC dba PROAUPAIR AND 20/20 CARE EXCHANGE, INC. dba THE INTERNATIONAL AU PAIR EXCHANGE'S RESPONSE TO MOTION TO AMEND THE SCHEDULING ORDER AND FOR EXPEDITED BRIEFING AND CONSIDERATION OF THE REQUESTED RELIEF (DOC. #482)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org

***Attorneys for Plaintiffs***

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
***Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
***Attorneys for Defendant AuPairCare, Inc.***

4

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair**

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
**Attorneys for Defendant InterExchange, Inc.**

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
**Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair**

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
**Attorneys for Defendant USAuPair, Inc.**

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
**Attorneys for Defendant GreatAuPair, LLC**

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
**Attorneys for Defendant EurAupair InterCultural Child Care Programs**

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
**Attorneys for Defendant Cultural Homestay International**

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a**

5

*Au Pair in America*

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com
*Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America*

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook