# EXHIBIT A TO

# DEFENDANTS' OPPOSITION TO MOTION TO COMPEL ANSWER TO PLAINTIFFS' INTER. NO. 1 AND RFP NO. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

## DECLARATION OF NATALIE JORDAN

1. My name is Natalie Jordan. I am a Senior Vice President at Cultural Care, Inc. ("Cultural Care").

2. As a Senior Vice President at Cultural Care, I am familiar with Cultural Care's policies and procedures concerning the storage, retention, review, and utilization of names, addresses, phone numbers, and other contact information for prospective, current, and former au pairs and for prospective, current and former host families.

### *Au Pairs*

3. In connection with the application process and participation in the program, Cultural Care has access to contact information, along with other pertinent information, for au pairs. Generally, Cultural Care makes an effort to keep the contact information current.

4. An individual who joins the au pair program as an au pair normally enters into an agreement with Cultural Care's international affiliate, the form of

7974145v1

which is attached as Exhibit 1.  The agreement provides that the individual's participation in the au pair program is deemed confidential and will not be disclosed to any third party absent emergency.  *See* Ex. 1 ¶ 13.

5. Cultural Care takes steps to keep au pair contact and other information confidential.

6. Cultural Care uses the au pairs' contact information to facilitate the au pair's participation in the cultural exchange program and to deliver official communications from Cultural Care (including, indirectly, occasional communications from the Department of State).  Cultural Care also uses the information in connection with its own outreach and marketing efforts. Otherwise, Cultural Care seeks to maintain the contact information as confidential.

7. Cultural Care's practice is not to sell, rent, or, with limited exception, share or transfer au pairs' personal contact information to third parties.

***Host Families***

8. Cultural Care undertakes extensive efforts to attract host families, and to gather and maintain contact and related information for prospective, current, and former host families.

9. Cultural Care places a particular emphasis on referrals from current and former host families, although it also solicits prospective host families through advertisements.  Since Cultural Care maintains the Cultural Care brand and its goodwill in part through comprehensive client service, it has been highly successful

2

in obtaining referrals from current and former host families with which Cultural Care maintains a strong and favorable relationship.

10. Contact information for current and potential host families is a key asset of Cultural Care, and the host family list is among the most valuable assets of Cultural Care's business. Cultural Care expends significant resources to update, maintain, and keep confidential contact information for host families.

11. For example, au pairs placed by Cultural Care are specifically directed and admonished not to disclose any information regarding their host families without express permission, and au pairs are instructed to respect host family privacy with a high level of care. An excerpt from Cultural Care's au pair handbook is attached as Exhibit 2, including instructions regarding host families' privacy, which are discussed at page 39.

12. All Cultural Care employees are required to sign a non-disclosure agreement, in which they promise to keep information, including "host family lists and information" confidential.

13. Furthermore, the employee handbook applicable to Cultural Care employees requires those employees to treat host family lists and information as confidential. The handbook also states that failure to maintain the confidentiality and integrity of information can result in immediate termination.

14. In addition, throughout my 18 years at Cultural Care, I have instructed Cultural Care employees not to respond to phone calls, letters, subpoenas or any other inquiries from attorneys, investigators, or other third parties by providing any

host family information. I have further instructed employees to direct all subpoenas to me so that Cultural Care can properly object and determine how to proceed. To the best of my knowledge, Cultural Care has never been required to produce more than a single host family's file at a time pursuant to a subpoena.for that record.

15. Cultural Care uses the host families' contact information to facilitate participation in the cultural exchange program and to deliver official communications from Cultural Care (including, indirectly, occasional communications from the Department of State). Cultural Care also uses the information in connection with its own outreach and marketing efforts.

16. Consistent with the confidentiality precautions discussed above, Cultural Care's practice is not to sell, rent, or, share or transfer host families' contact information to third parties. In my 18 years with the company, I am aware of no instance in which host families' contact information was shared with any third party other than the Department of State where such sharing is required by regulation, with the possible exception of a rare one-off instance, e.g., to reach a host family in an emergency situation or a subpoena seeking a single host family's contact information for particular reasons in connection with pending litigation.

### *Plaintiffs' Motion to Compel*

17. I understand that Plaintiffs seek disclosure of au pair and host family contact information so that Plaintiffs' counsel may contact the au pairs and host families directly, in order to obtain information regarding stipends paid, hours of

4

7974145v1

childcare performed per week, and other information regarding the au pairs' and host families' experience in the program.

18. If Cultural Care's repository of host family contact information is disclosed to Plaintiffs for this purpose, and if class action lawyers (or their agents) then start contacting Cultural Care's present and former host families, I believe Cultural Care will suffer significant harm to its relationships with host families, its goodwill in the host family community, and ultimately its business.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 9th day of February 2017.

*/s/ Natalie Jordan*
Natalie Jordan

Exhibit 1



*Au Pair reference number*

# Agreement

Cultural Care (registered business name of International Care, Ltd.), with registration number CH-1003.023.491-6, having its registered address at Haldenstrasse 4, 6006 Lucerne, Switzerland, together with its successors and assignees ("CC"), and the undersigned au pair,

_____
*(Please print full au pair name)*

with date of birth: _____ (Hereafter refered to as "I", "me" or "my"), for good and valuable consideration, understand and agree to the following terms and conditions (the "Agreement") relating to the au pair's participation in Cultural Care Au Pair au pair program (the "Program").

1. In addition to the terms of this Agreement, I agree to abide by additional reasonable terms and conditions stipulated by CC during the Program, including the Extension program. If there is any confusion between this Agreement and the terms of any other contracts, agreements, or materials of any kind, the terms of this Agreement shall prevail.

2. I acknowledge that any materials I submit to Cultural Care will be used to make a suitable host family match for me and therefore agree that any submitted materials may be disclosed to prospective host families during the selection process, including my submitted medical forms.

3. I agree to comply with the Program regulations issued by the United States Department of State (22 CFR Part 62) ("Regulations"). I acknowledge receipt of a copy of the Regulations as they apply to me. I also understand that I must comply with CC's rules as outlined in this Agreement, the Au Pair Handbooks and other materials that CC has supplied to me. This includes staying within the legal number of working hours per day and week without exception. This also includes participation in all child safety and child development training and orientation sessions sponsored by CC. I will inform my Local Childcare Coordinator or CC if I encounter anything that does not comply with the Program regulations as outlined by the U.S. Department of State Regulations.

4. I agree to perform the child care responsibilities as outlined by CC and my host family to the best of my ability. I understand that providing childcare is my primary obligation in this Program and that any personal plans or activities will take secondary priority to caring for my host children. Should I be found to act in a way that puts my host children at risk or is inappropriate in any way, I understand that I will be removed from the Program immediately. I understand that my host family may ask me to respect a curfew and/or assign other reasonable restrictions designed to protect the safety and well-being of my host children. I agree to abide by such reasonable restrictions. I also understand that I may not post photos or personal information about my host family, host children, or host home on any web site, blog or the like without the express written consent of my host parents.

5. During my participation in the Program I will abide by all local, state and federal laws and other regulations. I understand that breaking these laws (such as shoplifting, driving under the influence of alcohol, drinking alcohol under the age of 21, possession, or use of illegal substances, etc.) shall be grounds for my immediate dismissal from the program and my return flight will be forfeited.

6. I understand that I may not use the family's automobile(s) for any reason without express permission from the host family and that any agreement to use the host family's automobile is strictly between the host family and me. I will not use the automobile unless the host family has obtained all of the mandatory automobile insurance coverage required under the laws of the state where the host family resides. I understand that if I have a car accident while using the car for personal use not related to my child care duties that I will be required to pay a deductible up to $500 US.

7. I agree to pay any personal expenses I incur while participating in the Program, including but not limited to, health expenses not covered by insurance, phone bills and/or car damages. CC is not responsible for any financial disputes I have with my host family such as outstanding money for educational component, weekly stipend, etc. I understand that I must settle all disputes directly with my host family prior to my departure from their home.

8. I understand that my Local Childcare Coordinator and the Cultural Care staff in the U.S. are my primary contacts during the Program, and are responsible for ensuring a positive and successful program year for me and my host family. I will notify the staff of CC in the U.S. in case of disagreement, misunderstanding or serious problems including but not limited to my health, safety, welfare, adjustment to my host family, school, culture or language, or misunderstandings or problems with my host family. I acknowledge that CC is solely responsible for choosing appropriate host families for me and I will not make attempts to obtain placements on my own after my arrival in the U.S. In situations where I am having problems with my host family, I agree to consult with and meet with my Local Childcare Coordinator and to follow CC's mediation guidelines as outlined in the Au Pair Handbook. I understand that it is CC's policy to try to resolve issues in the existing placement if possible before considering a new placement.

9. If CC determines that my placement within the host family will not continue, CC shall determine whether or not to pursue a new host family match for me. I understand that CC may not pursue a new host family for me due to safety concerns, a lack of positive recommendations or for other reasons relating to my suitability on the Program. I acknowledge that CC has sole discretion to pursue a new placement or not. Should CC decide to pursue a new placement, I understand that CC will use reasonable efforts for two weeks to find another host family for me. During such time, I shall continue to live with my current host family who, in its discretion, may request me to provide, or not to provide, any childcare services and I shall remain reachable by phone/email with CC at all times. If I do not perform childcare duties during the transition period (even if I am staying with a host family) I understand that I will not receive the weekly stipend. CC will make every effort to match me with appropriate host families. Should I reject these host families for reasons of geographical region, car/computer use or other non-essential reasons I understand that CC may opt to discontinue a search for replacement. I understand that CC cannot guarantee a new family placement for me within the two-week transition period and inability to be replaced will result in my early return to my home country. Notwithstanding the above, I further understand that the first month of any placement is a period of adjustment and therefore CC will not process any non-emergency transitions during this period.

10. I understand that CC has the exclusive right to determine my suitability for acceptance and for my continued participation in the Program. I understand that if CC determines that my emotional or physical state does not make me suitable for providing quality childcare, I will be removed from the Program. I also

Au Pair's signature for this page: _____
Date: _____

**Version SY13**, *Last updated August 2012*

CC00002633

understand that should I marry or become pregnant while on the Program I will also be removed from the Program. If my performance as an au pair and/or participation in the program is deemed unsatisfactory by CC for whatever reason, CC will reassess my suitability for future placement. I understand that I may be terminated from the Program if I do not successfully complete the Program requirements and uphold Program expectations for reasons including, but not limited to, the following: leaving the host family without prior consent from CC; engaging in behavior that CC deems inappropriate during the Program duration, performance reasons including but not limited to breaking host family rules, neglectful or inappropriate behavior towards the children, etc.; non-participation in training, not fulfilling educational credit, non-attendance at monthly meetings, or if I in any way violate this Agreement. I further understand that should it be discovered that I have falsified or withheld critical information from my application materials including, but not limited to, health conditions, criminal history, educational documentation, childcare experience, etc. I may be terminated from the Program. Should I be terminated from the Program because of my actions including, but not limited to, those outlined above, I forfeit my return to my home country and must pay for this flight on my own.

11. I understand that the Program is designated as a full year program with the possibility to extend for a further six (6), nine (9) or twelve (12) months. I confirm receiving information about the optional Extended Insurance coverage, including a copy of the general conditions booklet. If I extend after my first program year, I will be contacted regarding the activation of Extended Insurance coverage for my extension term under a new policy. Should I voluntarily decide to return home before the regular end date of my program (including extension period) I understand that my flight will not be paid for by CC. The exception to this will be in cases of my own extreme illness or the extreme illness or a death in my immediate family. Should I terminate or be terminated from the Program for any reason as outlined in this agreement, such termination will result in the following:

a) I will forfeit the return ticket and I will be required to make my own arrangements to return to my home country at my own expense; and b) My CC insurance coverage will no longer be valid and no part of it refunded other than the additional month optional insurance; and c) My status will be reported to U.S. Immigration and my participation in the au pair program will be canceled. d) CC will not provide me with housing in the USA.

12. CC will arrange my flights from and to my home country, from a CC approved gateway. I am responsible for my own transportation and the cost involved to the specified departure gateway in my home country. My departure date to the US (Group Arrival Date), will be determined by my availability and my host family's request. Should I cancel either of the included flights once the ticket has been issued, I understand that I will then be held responsible for any penalties and costs relating to this cancellation. CC will determine my return date based on the end date of my program and my host family gateway will be my return gateway. Special requests may be considered, however additional fees may apply and these costs will be my responsibility. I agree to provide proof of medical insurance coverage, either purchased as additional month optional insurance through CC or as a comparable policy from a third party, in order for CC to book my return flight for a date later than the completion of my Program. I understand that CC cannot book my return flight for a date later than thirty (30) days after completion of my Program. I understand that CC will not arrange for my return flight in case that I do not successfully complete the Program (including completion of required educational component). In this case I shall be responsible for my own flight home.

13. This agreement is made between me and CC. In regards to confidentiality, CC agrees not to divulge medical or confidential information (with the exception of my submitted medical forms, and any accompanying documents) about me or my Program experience to any third party except in case of medical emergency, or in the event I am incapacitated for any reason. As a person of the age of majority I understand that this also includes my parents or family members as well as any partner or friends. Any disputes will be settled between me and CC or any legal entity bound to represent us and no other third party.

14. I agree to irrevocably, unconditionally, and fully remise, release and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the afore mentioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which I have or may hereafter have, which arise out of illness, injury, damage or loss of any other kind to me or my property resulting from or during participation in the Program. This includes, without limitation, my performance of services for and involvement with the host family, regardless of how such illness, injury, damage or loss may arise. I further agree to indemnify and hold harmless the Released Parties from and against any losses, claims, damages or liabilities related to or arising out of my participation in the Program, including (without limitation) any illness, injury or damage to me, that my host family causes, that any third party causes, that I cause or to which I contribute, and any illness, injury or damage to my host family which I cause or to which I contribute.

15. This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of Switzerland. In the event of any claim, dispute, or proceeding arising out of the relationship of me and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this Agreement, the parties submit and consent to the exclusive jurisdiction and venue of the arbitrational tribunals of Switzerland.

16. My signature on this agreement indicates acceptance of this Agreement and is legally binding. No alterations to the terms of this agreement will be valid unless approved in writing by CC. If any provision of this agreement shall be deemed unenforceable, such paragraph shall be omitted and the remainder of the agreement shall be valid and enforceable to the fullest extent allowed by law.

_____       _____
Au pair signature                                              Date

_____
Au pair name printed


If au pair will not be of the legal age of majority in his/her home country at the time of anticipated departure to the USA, please include below signature of parent or legal guardian.

_____       _____
Legal guardian signature                                       Date

_____
Legal guardian name printed

**Version SY13**, *Last updated August 2012*

CC00002634

Exhibit 2

# Welcome to
# **Cultural Care Au Pair**

**Dear future au pair,**

Welcome to Cultural Care Au Pair! Over the past 25 years we have placed more than 85,000 au pairs from over 50 countries in American families for the experience of a lifetime.

We at Cultural Care Au Pair are happy that you have applied to our program and are ready to embark on the adventure of being an au pair in the USA. You will have the chance to experience many exciting new things—living in another country, making friends from across the globe and improving your English. Most of all you will experience living and working in an American family. Working with the children in your host family will be a challenging, yet rewarding way to spend your days. At the end of your term you will find that you have grown in many ways. In addition to becoming more independent and mature you will have gained new skills and experienced things that will carry you to a better future.

This handbook is the next step towards becoming an au pair. It is designed to give you important information that will help you prepare for your time in the USA. Please read this handbook thoroughly before you travel. It contains important rules, guidelines and advice and therefore you will be responsible for knowing and following the information it contains. We also suggest you bring it to the USA as it will be a valuable resource during your au pair stay.

The best of luck!
Yours sincerely,


The Cultural Care Au Pair Training Team

3

# Table of contents

**My important contacts**                      5

**Cultural Care Au Pair**                     6

**The matching process**                      8

**Preparing to depart**                      16

**First stop: New York**                     27

**Your host family**                         30

**The Cultural Care Au Pair team**           41

**Driving in the USA**                       48

**Studying**                                 51

**Vacation and traveling**                   54

**Remaining successful**                     58

**When your year is ending**                 60

**Erika Travel Insurance**                   66

**Practical information about the USA**      68

**Au Pair regulations in detail**            77

2013 International Care Ltd.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means – electronic, mechanical, photocopying, recording or otherwise – without prior permission of the publishers. Rules and guidelines in this handbook do not replace those in the au pair agreement. Information in this handbook may be replaced at any time.

free time with them eating meals, playing games, etc. It is also fine for you to make plans with friends. It might be helpful to discuss with your family what they have in mind in terms of family time versus independent time. While you may not have exactly the same ideas, you can use open communication to discuss the best mix of time with them and time with your friends.

## Privacy Concerns

You will probably notice after a while in the USA, that Americans are more cautious about privacy than most other countries. Unfortunately, there have been many cases in the media of children and young people being victimized through the internet and other channels. Therefore, never post photos of your host children/host family, or their home, on any online accounts (blogs, Facebook, etc) without their permission. And never post their address or contact details online. While this may seem a little extreme to you, this is an understandable concern for parents who worry about maintaining the privacy of their family.

## Changing host families

You might be worried about whether or not you and your host family will get along. It is quite normal for au pairs and host families to come into situations of minor conflict and misunderstanding. Some normal types of conflict include the following:

- Different attitudes on what "clean" means regarding the children's play room.
- Different attitudes on how to correct misbehavior.
- Typical issues related to living together (leaving tube of toothpaste on the sink, how to fold the clothes, etc).
- Cultural differences. Perhaps in your culture it takes longer or less time to be open with new people than with Americans.
- Adjustment issues relating to being away from your familiar network. Maybe you wonder why your host family doesn't eat dinner together like your "real" family does.
- Host family corrections on some of your childcare habits.
- Misunderstandings about the schedule.

You should expect to experience some differences and minor "conflict". These are not reasons why you would be moved to a new family, simply because you will experience the same things in a new family! So, get ready to practice open and respectful communication!

If you have conflict with your host family or otherwise feel uncomfortable in your surroundings, Cultural Care policy is to take the following steps:

1. Ask yourself if you can change the situation with some flexibility and adjustments in your expectations.
2. If this does not work after a period of time, speak to your host family. Remember to be sensitive yet clear about your difficulties. This does not mean announcing to your host family that you need to move.