# EXHIBIT B TO

# DEFENDANTS' OPPOSITION TO MOTION TO COMPEL ANSWER TO PLAINTIFFS' INTER. NO. 1 AND RFP NO. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

## DECLARATION OF SARAH V. MCNAMARA

1. My name is Sarah V. McNamara, Senior Vice President at AuPairCare, Inc. ("AuPairCare"). I am over the age of 18. I have personal knowledge of the matters set forth in this Declaration, except matters stated on information and belief, and as to those matters, I am informed and believe they are true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. As the Vice President of AuPairCare, I am familiar with AuPairCare's policies and procedures concerning the collection, retention, review, and utilization of names, addresses, phone numbers, and other contact information for prospective, current, and former au pairs and for prospective, current and former host families.

3. AuPairCare is a division of Intrax Inc. ("Intrax"), a cultural exchange company that has offered various international programs to people worldwide.

7968926v1

4.      As a J-1 Visa sponsoring agency, AuPairCare obtains some identifying information from au pairs and host families, including names, addresses, telephone numbers, and email addresses, for the purpose of assessing eligibility for the J-1 Visa program and for matching eligible au pairs with eligible host families.

5.      Both au pairs and host families have an expectation arising out of their dealings with AuPairCare that their personal, identifying information will be kept confidential by AuPairCare.

6.      The AuPairCare website is used by au pairs and host families to submit applications to participate in the program and includes a link to a Privacy Policy (attached as Exhibit 1), which promises au pairs and host families that personal information is used exclusively for engaging in a relationship between the au pair or host family and the company. AuPairCare further represents that such information "is never sold or made available to outside organizations or individuals for purposes other than those explicitly stated…"

7.      The Privacy Policy, in turn, includes a link to a Data Privacy Policy (attached as Exhibit 2), which states that the Data Privacy Policy applies not only to information collected via a website, but also to information provided via other methods, including direct marketing campaigns, events, and personal requests for information.

8.      The Data Privacy Policy defines "personal information" to include "information or pieces of information that allow you to be positively identified,"

including "name, address, profile picture, email address, and telephone number….", and it lists the limited purposes for which personal information shall be used, as well as the limited universe of individuals and entities with whom personal information may be shared.

9. AuPairCare takes its responsibilities to au pairs and host families under the above-referenced policies very seriously and complies with these policies by maintaining the confidentiality of personal information from third parties.

10. I understand that Plaintiffs seek disclosure of au pair and host family contact information so that Plaintiffs' counsel may contact the au pairs and host families directly, in order to obtain information regarding stipends paid, hours of childcare performed, and other information regarding the au pairs' and host families' experience in the program.

11. If AuPairCare's repository of au pair and host family contact information is disclosed to Plaintiffs for these purposes and Plaintiffs' counsel (or their agents) then start contacting present and former au pairs and host families, AuPairCare will suffer significant harm to its relationships with participants in the program, its goodwill in the au pair and host family community, and ultimately its business.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 8 day of February, 2016, in San Francisco, California.

Sarah V. McNamara

# Exhibit 1

# Privacy Policy

The Intrax Privacy Policy applies to the websites operated by Intrax, Inc. and its affiliated businesses and brands. The Intrax Privacy Policy encompasses both Data Privacy (/privacy-policy/data) and Cookie usage (/privacy-policy/cookie). It is intended to apply uniformly around the globe wherever Intrax does business. For the purposes of this policy and supporting documentation, Intrax shall mean: Intrax, Inc., and its wholly owned subsidiaries and named affiliates. You should not assume that the Intrax Privacy Policy extends to websites that are not directly owned and operated by Intrax.

## Guiding Principles

Intrax and its related businesses use these principles to guide us in respecting your privacy on our websites:

- Your personal information is used exclusively for engaging in a relationship between you, Intrax and/or our designated affiliates and partners. It is never sold or made available to outside organizations or individuals for purposes other than those explicitly stated in this Intrax Privacy Policy document
- We believe you share information with us for a purpose. We will use any personal information you share with us in ways that are consistent with your request
- We understand that your interests and goals may change. We will make it possible for you to tell us about these changes, and we will respect your current interests
- We accept that you are entitled to a clear description of what types of information we collect directly or indirectly from you and what we do with it.
- We understand that the legal framework for protecting your privacy is important to both of us, and we guarantee to comply with applicable data protection laws and regulations.
- We guarantee to make it easy for you to raise privacy or data protection questions or concerns directly to someone who can address your concern and/or implement corrective action.
- We will use commercially reasonable measures in our systems and business processes to protect your personal information from misuse and provide you with a mechanism to opt out of future uses.

## Policy Acceptance

### Your acceptance of these terms

By using the Intrax website(s), you consent to the Terms and Conditions of this Intrax Privacy Policy document.

Please address any questions, concerns or comments you have about this policy to:

- email: privacy@intraxinc.com (mailto:privacy@intraxinc.com)
- phone: +1.415.434.1221
- mail: Intrax, Inc.
  Attn: Privacy Officer
  600 California Street, 10th Floor

San Francisco, California, 94108

United States of America

Data Privacy (/privacy-policy/data) - Cookie Management / Usage (/privacy-policy/cookie)

Case No. 1:14-cv-03074-CMA-KMT Document 489-2 filed 02/09/17 USDC Colorado pg 9 of 13


# Exhibit 2

# Data Privacy

## Scope

Data Privacy applies to any information collected on any Intrax website that you visit. It also applies to information provided by you and collected by us via other methods of interaction with Intrax, including direct marketing campaigns, events, and personal requests for information.

The information we collect may include data you explicitly provide to us (e.g., completing an information request form) as well as implicit information obtained from your interactions with our website (e.g., we may infer interest in one of our programs from the web pages you visit). The information you voluntarily provide us through our websites will be used to respond to your explicit or implied requests. This policy also applies to email "opt-in" requests we receive in association with your email address.

Data Privacy does not apply to the following:

- information collected by affiliated or third party websites not controlled by Intrax, regardless of whether these sites claim to be Intrax business partners; and/or
- information collected by affiliated or third party websites which you have accessed via links from an Intrax website.

You should not assume that the Intrax Privacy Policy extends to websites that are not directly owned and operated by Intrax.

## Consent

When you browse an Intrax website and/or create a website user identity, we will assume that you have provided consent for collecting, using and disclosing of your personal information in accordance with the Intrax Privacy Policy. If you do not agree to the collection, use and disclosure of your personal information in this way, you should not make use of any Intrax websites.

We may ask you to provide additional consent if we need to use your personal information for purposes not covered by the Intrax Privacy Policy. You are not obliged to provide such consent. If you decide not to provide consent, your access to some site activities and/or business offers may be restricted.

If you are a child of an age where parental consent is required in your country, you must have one of your parent's or your guardian review and accept the terms of the Intrax Privacy Policy on your behalf.

When you choose to create a unique user account identity on an Intrax website, we will collect personal information necessary for us to maintain and preserve your user identity and information, including your personal login and password credentials, geographical location, language preference and other information we need to provide you with content that is of interest to you.

## Information We May Collect

In the Intrax Privacy Policy, your "personal information" means information or pieces of information that allow you to be positively identified. This typically includes information such as your name, address, profile picture, email address, and telephone number, but it may also include other information such as your computer's IP address, Intrax website pages you visit, preferences and information about your lifestyle, hobbies, and interests.

## Explicit Information Collection

We may collect information from you directly when you provide us with personal information. For example, you may complete an Information Request form, register for a public event, or initiate an Intrax program application. The types of information we may collect from you may include:

- Name
- Postal address
- Telephone number
- Email address
- Gender
- Date of Birth
- Geographic location
- Program and location of interest
- UserID
- Credit card or other payment details
- Content, blog/social media posts and/or other content you post on an Intrax website
- Any other personal information you provide.

## Systematic Information Collection

We use cookies and other tools (such as web analytic tools and pixel tags) to collect information about you when you use Intrax websites. We do this to provide you with a more relevant website experience and to better align our programs and services to the individual. The types of information we may collect include:

- IP address of your computer
- Browser type and version level
- Intrax website pages you have visited
- Intrax website hyperlinks that you have clicked
- Identity information you choose to share from other sites, including your community/user identity, profile, friend network from third-party sites like Facebook or Google+
- Typical information available through normal navigation on the Internet.

## Cookie Use

Cookies are small text files that are placed on your computer by websites that you visit. They are widely used throughout the online community to improve the user experience, as well as to provide certain information to the owners of the site. Intrax websites may ask you to allow your browser to set various cookies. You may need to configure your browser to allow first-party cookies to be set by the Intrax website to achieve full access to the Intrax website functionality. See the separate Intrax Cookies section for information about specific cookies we set and how we use that information.

## How We Use Information

We use information which you provide to us strictly for Intrax business purposes and related communications. We will not sell or otherwise commercially share your information with third-parties without first requesting your explicit consent to such sharing.

Generally, information you provide to us will be used to respond to specific request(s) you have made to us, or in the aggregate form, to help us deliver a better website experience to you on all our websites and to enhance our business efficiency and effectiveness with you. We may use your personal information to:

- send you information that you have requested
- respond to your questions or comments
- evaluate how you use and navigate the Intrax website
- assess how you respond to various website program and service descriptions
- analyze the effectiveness of our advertisements and promotions
- personalize your website experience, as well as to evaluate (anonymously and in the aggregate) statistics on website activity, such as what time you visited it, whether you've visited it before and what site referred you to specific Intrax website pages
- make the Intrax websites easier to use and navigate
- enhance return website visit experience by remembering preferences and/or past decisions
- collect information about the device you are using to view the Intrax website, such as your IP address or the type of Internet browser you are using, to help us deliver an optimized browsing experience to you and other website visitors
- contact you regarding programs in which you have expressed interest or that we believe you may be interested in given your past browsing behavior. We will use your personal information for this purpose if you have given consent for such use or you have previously requested such program or service information from us and the communication is relevant or related to that prior request and made within any timeframes established by applicable laws and/or customary business practices
- suggest products or services (including those of relevant third parties) which we think may be of interest to you
- offer you the opportunity to take part in competitions and/or promotions
- request your participation in post-program events and other marketing activities

Where we collect personal information for a specific purpose, we will not keep it any longer than is necessary to respond to your request, unless we are required to retain access to the information for business, legal, or government compliance reasons. In order to protect information from accidental or malicious destruction, when we delete information from our active online servers we may not immediately delete residual copies from our backup servers or remove information from our archive systems. We will utilize manual and automated processes and procedures to ensure that any recovery from back-up operations do not restore data which you have requested us to delete.

## Stop Use

At any time, you can tell us to stop making contact with you for one, several or all of our Intrax programs. You can do this in a number of ways including:

- Utilize the Opt-out or unsubscribe links found in the trailer of email messages, newsletters and other electronic forms of communication.
- Login to your personal account with us and change your privacy settings to your desired level of communication.
- Contacting us at:

  email: privacy@intraxinc.com (mailto:privacy@intraxinc.com)
  phone: +1.415.434.1221
  mail: Intrax, Inc.
  Attn: Privacy Officer
  600 California Street, 10th Floor
  San Francisco, California
  94108
  United States of America

After you have told us to stop communicating with you, certain actions you take may be interpreted by us as a change to this request. For example, if you subsequently visit an Intrax website and take some action that re-initiates contact with us, we will assume that you have changed your mind and are again interested in one or more Intrax website program(s) and/or service(s). When you do this, we may initiate various website and off-website forms of communication with you.

Please note that even after a request to stop communicating with you, we may be required by business conditions and/or legal stipulations to maintain an accurate history of our mutual business relationship, and to communicate with you as required by the nature of the existing or historical business relationship.

## Information Sharing

We may disclose your personal information to other Intrax offices, employees, contractors and/or our agents who are tasked with the responsibility to respond to the specific type of request you have made. In some cases, we may share your information with 3rd parties who act as our Agent or Partner.

We utilize various automated systems to enhance our ability to efficiently and accurately utilize the information you provide to us. Some of these systems are owned and operated by Intrax, while others are "cloud-based" systems leased and/or licensed to Intrax and in which data access is exclusively limited to Intrax-authorized users. In responding to information we collect from you, we may utilize these systems to fulfill information requests, maintain active communications, update marketing campaign information, analyze aggregated market characteristics, provide customer support services, or support other business processes as they relate to the nature of your request.

In the event that Intrax or any part thereof were to undergo any legal re-organization, be sold in part or in whole to a third party, or acquire another business and integrate such existing businesses into a new entity, you agree that any personal information we have about you, whether directly or indirectly provided, may be transferred to that re-organized entity or acquiring third party.

We may disclose personal information if required to do so by law, court order, for the purposes of prevention of fraud or other crime, and/or if we believe that such action is necessary to protect and defend the rights, property or personal safety of Intrax, Inc., the various Intrax websites, and/or visitors to the various Intrax websites.

## International Transfers

Intrax operates as a global business. Therefore, information that you provide to us via a website or other media may be transferred to countries outside of the country in which you live, or the economic or political controlling authority under which you live.

By example, you may live in the European Economic Area ("EEA") and request information about global internship opportunities. Response to your request may require that we place information you provided to us on servers located in non-EEA controlled locations, or that we make such information provided by you available to our staff or agents in non-EEA controlled locations. If we transfer your information outside the EEA in this way, we will take steps to ensure that your privacy rights continue to be protected.

Privacy Policy (/privacy-policy) - Cookie Management / Usage (/privacy-policy/cookie)