# EXHIBIT C TO

# DEFENDANTS' OPPOSITION TO MOTION TO COMPEL ANSWER TO PLAINTIFFS' INTER. NO. 1 AND RFP NO. 1

100507831_1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

## DECLARATION OF STEPHEN LEHAN

I, Stephen Lehan, declare as follows:

1. My name is Stephen Lehan. I am over the age of 18, and I make this declaration based upon personal knowledge.

2. I am an owner of Au Pair International, Inc., a defendant in the above-captioned action. Au Pair International is one of 16 designated sponsors of the United States Department of State's J-1 visa au pair exchange program.

3. Au Pair International has a firm commitment to maintaining its host families' privacy, and it protects their personal information through a variety of security measures, such as use of a secure server and encrypted database. Further, Au Pair International agrees that it will not to sell, trade, or otherwise transfer host families' personally identifiable information to outside parties. A copy of Au Pair International's

privacy policy is available on its website at http://www.aupairint.com/index.php/privacy-policy and is attached hereto as Exhibit 1.

4. Au Pair International's paperwork provided by host families contains the most sensitive personal information: financial earnings, medical records, criminal records, personal and professional contact information, social security numbers, specials needs issues of children, and relationship status. All of this is provided clearly with the expectation of privacy.

5. Because host families not only expect, but demand, privacy and freedom from intrusive practices, disclosure of their contact information would be harmful to Au Pair International's business operations.

6. I declare under penalty of perjury that the foregoing is true and correct.

_____
Stephen Lehan

# Exhibit 1





**1-888-649-2876**

HOME   OUR ADVANTAGES   HOST FAMILIES   AU PAIR OF THE YEAR

HOST FAMILY OF THE YEAR   FOR AU PAIRS   CONTACT US   BLOG

**AU PAIR PROGRAM 101**

**HOW IT WORKS**

**AU PAIR CHILDCARE BENEFITS**

**PROGRAMS**

**SEARCH AVAILABLE AU PAIRS!**

**PROGRAM COSTS**

# Au Pair International Privacy Policy

Au Pair International respects the privacy of visitors to our website. You control what personal information, if any, you share with us. You are not required to tell us who you are nor reveal any information about yourself. This statement demonstrates our firm commitment to privacy. It discloses information-gathering and dissemination practices for the website: www.aupairint.com.

### What information do we collect?

We collect information from you when you fill out a form to request information. When filling out forms on our website, you may be

Questions? We Can Help!

asked to enter your: name, e-mail address, mailing address or phone number.

### What do we use your information for?

Any of the information we collect from you may be used in one of the following ways:

> <u>To personalize your experience</u> (your information helps us to better respond to your individual needs)
>
> <u>To improve our website</u> (we continually strive to improve our website offerings based on the information and feedback we receive from you)
>
> <u>To improve customer service</u> (your information helps us to more effectively respond to your customer service requests and support needs)
>
> <u>To administer a contest, promotion, survey or other site feature</u>
>
> <u>To send periodic emails or newsletters</u>

The email address you provide may be used to send you information, respond to inquiries, and/or other requests or questions.

### How do we protect your information?

We implement a variety of security measures to maintain the safety of your personal information when you enter, or submit your personal information.

We offer the use of a secure server. All supplied sensitive information is transmitted via Secure Socket Layer (SSL) technology and then encrypted into our Database to be only accessed by those authorized with special access rights to our systems, and are

**Michelle S. - Click Here To See My Video!** (/index.php/com sid=994:michelle s)



"I have over 6,500 childcare hours and work as a Medical Assistant!"

| | |
|---|---|
| **Home Country:** | Germany |
| **Designation:** | Infant Qualified Au Pair |
| **May Care For:** | Children of All Ages |
| **Languages:** | English German |
| **Driver's License:** | Yes |

Readmore... (/index.php/component/sobipro/?sid=994:michelle-s)



**EASYSTART PAYMENT PLAN**

Call about our EasyStart Payment


Questions? We Can Help!

required to keep the information confidential.

### Do we use cookies?

Yes (Cookies are small files that a site or its service provider transfers to your computer's hard drive through your Web browser (if you allow) that enables the sites or service providers systems to recognize your browser and capture and remember certain information

We use cookies to keep track of advertisements and compile aggregate data about site traffic and site interaction so that we can offer better site experiences and tools in the future. We may contract with third-party service providers to assist us in better understanding our site visitors. These service providers are not permitted to use the information collected on our behalf except to help us conduct and improve our business.

### Do we disclose any information to outside parties?

We do not sell, trade, or otherwise transfer to outside parties your personally identifiable information. This does not include trusted third parties who assist us in operating our website, conducting our business, or servicing you, so long as those parties agree to keep this information confidential. We may also release your information when we believe release is appropriate to comply with the law, enforce our site policies, or protect ours or others rights, property, or safety. However, non-personally identifiable visitor information may be provided to other parties for marketing, advertising, or other uses.

### Safe Harbor Privacy Principles

1-888-649-2876

**CONTACT US TO START FINDING YOUR NEW AU PAIR TODAY!**

First Name(s):

Last Name(s): *

City:

State:

Postalcode:

Home Phone: *

Email Address: *

Submit

Questions? We Can Help!

Au Pair International complies with the U.S.-EU Safe Harbor Framework and the U.S.-Swiss Safe Harbor Framework as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information from European Union member countries and Switzerland.

Au Pair International has certified that it adheres to the Safe Harbor Privacy Principles of notice, choice, onward transfer, security, data integrity, access, and enforcement. To learn more about the Safe Harbor program, and to view Au Pair International's certification, please visit http://www.export.gov/safeharbor/

### Online Privacy Policy Only

This online privacy policy applies only to information collected through our website and not to information collected offline.

### Your Consent

By using our site, you consent to our online privacy policy.

### Changes to our Privacy Policy

If we decide to change our privacy policy, we will post those changes on this page.

### Contacting Us

If there are any questions regarding this privacy policy you may contact us using the information below.

www.aupairint.com

4450 Arapahoe Ave Suite 100

Boulder, Colorado 80303

Questions? We Can Help!

United States

hostfamily@aupairint.com

You are here: Home / Privacy Policy

A A A






Become an Area Director   Privacy Policy   Contact Us

Questions? We Can Help!