# EXHIBIT D TO

# DEFENDANTS' OPPOSITION TO MOTION TO COMPEL ANSWER TO PLAINTIFFS' INTER. NO. 1 AND RFP NO. 1

- Privacy Policy

# Au Pair Foundation Respects your Desire for Privacy

The information with your Host Family Application may be viewed and stored in the United States, or any other country in which Au Pair Foundation has an Overseas Partner. This information is highly protected and is stored in a secure and controlled environment. We do not release any private information to anyone other than the Overseas Partner, Local Representative and Au Pair. Information is provided to the Department of State upon request.

If any of the services on the website requires you to open an account, you must complete the registration process by providing us with true, current, complete and accurate information as prompted by the applicable registration form, and you will maintain and promptly update such information to keep it true, current, complete and accurate.

You are entirely responsible for maintaining the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to notify Au Pair Foundation immediately of any unauthorized use of your account or any other breach of security. Au Pair Foundation will not be liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. However, you could be held liable for losses incurred by Au Pair Foundation or another party due to someone else using your account or password. You may not use anyone else's account at any time, without the permission of the account holder. You acknowledge and agree that certain services may provide password-restricted access to customer information such as names and certain terms of your contracts.

By using this website and registering for such services, you consent to Au Pair Foundation's display of such information via the services and accept all risks of unauthorized access to such information.

If you provide any information that is false, inaccurate, out of date, or incomplete, or Au Pair Foundation has reasonable grounds to suspect that such information is false, inaccurate, not current, or incomplete, Au Pair Foundation may suspend or terminate your account and refuse any and all current or future use of the services or any portion thereof.