

Subpeona Recipent David Keil's Privilege Log

| Bates Range | Doc Date | From | To | CC | Document Type | Description | Privilege | Withheld/Redacted |
|---|---|---|---|---|---|---|---|---|
| Keil 000001-000003 | Dec. 2, 2014 | David Keil | Alex Hood | | Memo | Memorandum to counsel summarizing telephonic discussions with employees of defendants APF Global Exchange NFP, Au Pair International, and EurAuPair Intercultural | Work Product | Withheld |

EXHIBIT A