**Towards Justice: CONFIDENTIAL - Attorney-Client Work Product.**

**Carrie Crompton, Director of Field Operations**
**Au Pair Foundation – APF Global Exchange NFP.**
**Saint Louis, Missouri Field Office**
**(866) 428-7247**

On November 20, 2014, I called and spoke with the above individual.

Ms. Crompton explained her companies "program fees" and payment schedules. She also explained their pricing model, which is based on being a small organization, thus allowing them to keep the pricing low. She explained, "We are in the middle, price-wise" compared to the competition.

Then she began to explain what she called "the more fixed expenses, like the stipend paid to the au pairs."

She stated "That is where pricing becomes standard across all agencies. There is no difference in prices, as far as the stipend goes, between all of the agencies."

I asked, "So, is there an understanding among all the agencies about paying the au pairs this set amount?"

She answered, " Well, yea, it's that".

Then after a long pause, she added "Plus, we are all subject to the same federal guidelines, so we all stay within that."

Later that day, I called back and spoke Ms. Crompton, seeking clarification.

I stated, "I'm still a little confused on the stipend amount. Can you explain it to me?"

She responded, "Sure, the government sets an amount, and we all pay that amount."

I then asked, " So, you're saying that the government sets a minimum amount to pay, and all the agencies agree to pay that exact same minimum amount?"

And Carrie answered, "Correct, correct! Everybody agrees, correct!

At the end of the conversation, Ms. Crompton, who seemed to need to explain further, volunteered, that since these fees are paid directly to the au pair, and since the $196 is a minimum amount, that nobody would have to know if a particular family elected to pay an au pair little bit more.

**EXHIBIT C**



Exhibit No.: 5
Deponent: Keil
Date/RPR: 7-21-16
Hunter + Geist, Inc.

**Au Pair International, Inc.**
4450 Arapahoe Ave., Suite 100
Boulder, Colorado, 80303
(720) 221-3563

**Joanna (LNA)- Placement Coordinator/Area Director**
(Her Location) Santa-Fe New Mexico
(Direct #) (720)-221-3570
Email: Joanna@AuPairint.com

On November 21, 2014, I called Au Pair International in Boulder Colorado. My call was transferred to Joanna, who was located in New Mexico.

After explaining their program in detail, and describing her personal experiences as an Au Pair, She began to explain the costs and fees. She focused on issues where her employer was less expensive then some others.

When she began to address the Au Pair's stipend, she stated, "The Department of State sets all of the rules. The rules, so of course the stipend is identical across all companies."

She then added, "It's a base rate, it's a minimum."

I asked, "So, everybody agrees…"

She answered, "Everybody agrees, yea."

I then asked, "So all the companies agree to pay that same exact minimum rate?"

Joanna answered, "Everybody agrees, yep, exactly!"

She then explained that while she was working for this company, as an Au Pair in Florida, her host family rounded her weekly stipend up, to $200 a week.
She added, if your Au Pair did something extra nice for you child one week, like cleaning out a dresser, you could maybe pay a little more that one-week. It's fine, it's up to you."


**Irina Gussev – Regional Director for The East Coast Region**
**EurAuPair Intercultural Child Care Programs**
**250 North Coast Highways**
**Laguna Beach, CA., 92651**
**(949) 949-5500**

It was apparent that Ms. Gussev was reading from a prepared script. Each time I asked a question she seemed to get lost, answer the question quickly, and then return to the script.

When I was finished, she still had multiple points to cover, per the script, and was reluctant to let me end the call. There was a very hard close at the end, trying hard to encourage me to sign up right then!

When she came to the point in the script were she was describing the "educational fee of $500, which is paid directly to the au pair, I asked "Do all of the fifteen companies each agree to require the same amount?"

She answered, " Yes, it's exactly the same, equal in all programs."

Then, before she could get to the next point in her prepared script, I asked, "what about the amounts paid directly to the au pair?"

She answered, "Yes, that called the Stipend. It's $195.75"

I asked, "Is that just like the educational fee? Do all of the companies require a family to pay that exact same amount?"

She answered, "Yes, it's exactly the same amount, equal in all programs" (As if this is a prepared answer to certain questions.

I then asked, "Are you saying that each an every one of the fifteen companies have gotten together and they made an agreement to pay all au pairs a stipend that is no more then $195.75 per week?"

She first answered, "Yes, they all agreed to pay that amount, no more." Then she added, "we have one family who pays a little bit more, so I guess you could pay more if you wanted to, but yes, it's exactly the same, equal in all programs."

**Other Calls:**

In addition to the three phone calls described above, I also called several other providers. In many of those cases, I was unable to reach a live person, and instead was transferred directly to voice mail. I declined to leave any messages.

I was able to reach live representatives at a few other companies. In these instances, I found that the people I was speaking with had little or no knowledge regarding the stipend, or how that amount was set, other then to quote the amount being paid, and that they though it was a minimum amount set by the government.