IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

**DEFENDANT CULTURAL CARE, INC.'S MOTION FOR ORAL ARGUMENT REGARDING ITS RULE 72(a) OBJECTIONS TO ORDER ON DEFENDANTS' MOTION TO STRIKE**
_____

        Defendant Cultural Care Inc. ("Cultural Care"), through its undersigned counsel and pursuant to CMA Civ. Practice Standard 7.1A(f), hereby respectfully requests that the Court set a hearing on its Rule 72(a) Objections to Order on Defendants' Motion to Strike [ECF No. 495] and, in support thereof, states as follows:

        1.    Contemporaneously herewith, Cultural Care has filed its Rule 72(a) Objections [ECF No. 495] to the Order entered by Magistrate Judge Tafoya on February 13, 2017 [ECF No. 490], which denied Moving Defendants' Joint Motion to Strike Repudiated Allegations and For Leave to File Reconstituted Motion to Dismiss Antitrust Claim and Incorporated Memorandum [ECF No. 327].

        2.    Pursuant to CMA Civ. Practice Standard 7.1A(f), if a party believes oral argument or a hearing is necessary and would assist the Court, a specific request for such hearing shall be made promptly by separate motion.

3.  Here, Cultural Care's Objections raise critical issues as to the flawed and discredited underpinnings of Plaintiffs' claims, particularly the alleged antitrust violations at the heart of this case. The disposition of Cultural Care's Objections will significantly impact the scope of the litigation moving forward, and the related burden and expense. Brief oral argument on its Objections would assist the Court in addressing the identified factual and legal errors, and assist the parties by having a fully developed record.

4.  As required by D.C.COLO.LCivR 7.1(A), counsel for Cultural Care conferred with Plaintiffs' counsel in good faith regarding this motion. Plaintiffs oppose this request for oral argument.

Respectfully submitted this 27th day of February, 2017.

*s/ James M. Lyons*
James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

Joan A. Lukey
(joan.lukey@choate.com)
Robert M. Buchanan, Jr.
(rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com)
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2017, I have caused to be electronically filed the foregoing DEFENDANT CULTURAL CARE, INC.'S MOTION FOR ORAL ARGUMENT REGARDING ITS RULE 72(a) OBJECTIONS TO ORDER ON DEFENDANTS' MOTION TO STRIKE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Randall W. Jackson (rjackson@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Boies Schiller & Flexner, LLP
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL  33301

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver
1535 High Street, Suite 300
Denver, CO  80218

*Counsel for Plaintiffs*

                                            *s/ James M. Lyons*
                                            James M. Lyons