IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

___

**MOTION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE**
___

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Status Conference set for March 10, 2017, at 8:30 a.m. by telephone, and states as follows:

1. During a Telephonic Informal Conference held on January 24, 2017, the Court set a Status Conference for March 10, 2017 at 8:30 in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.

2. During the same Conference, the Court advised parties wishing to appear by telephone to file a motion in that regard.

3. The undersigned counsel is located out of state and would like to avoid the time and expense of travelling to Denver.

4. Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Status Conference, as co-defendants will likely be able to argue a position acceptable to Expert AuPair.

WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Status Conference by telephone and any such other relief as deemed appropriate by the Court.

Date: March 8, 2017                    Respectfully submitted,

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of March, 2017, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        s/*Bogdan Enica*
                                        Bogdan Enica, Esq.