# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-CV-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.,

    Plaintiff,

v.

INTEREXCHANGE, INC., ET AL.,

    Defendants.

---

## DEFENDANT USAUPAIR, INC.'S MOTION FOR LEAVE TO APPEAR AT STATUS CONFERENCE BY TELEPHONE

---

Defendant USAuPair, Inc. ("USAuPair"), by undersigned counsel, requests leave of Court to appear at the Status Conference scheduled for March 10, 2017 at 8:30 a.m. by telephone, and states as follows:

1. The Court set a Status Conference for March 10, 2017 at 8:30 a.m. before Magistrate Judge Tafoya during a telephonic conference on January 24, 2017.

2. At the January 24, 2017 conference, the Court advised parties to file a motion to appear by telephone for the Status Conference.

3. Undersigned counsel's prior out-of-town commitments prevent him from attending the Status Conference in-person.

4. Counsel for USAuPair believes co-defendants will represent USAuPair's position and his involvement in any discussion at the Status Conference will be minimal.

WHEREFORE, Defendant USAuPair, Inc. respectfully requests to appear at the March 10, 2017 Status Conference telephonically.

Dated this 8th day of March, 2017.

                                              KELLY & WALKER LLC

                                              */s/ William J. Kelly III*
                                              William J. Kelly III, No. 38749
                                              1512 Larimer Street, Suite 200
                                              Denver, Colorado 80202
                                              720-236-1800 (Telephone)
                                              720-236-1799 (Facsimile)
                                              Email: wkelly@kellywalkerlaw.com
                                              **ATTORNEYS FOR DEFENDANT USAUPAIR, INC.**

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2017, a true and correct copy of Defendant USAuPair Inc.'s Motion to Appear at Status Conference by Telephone was electronically filed with the Clerk of Court using the CM/ECF systems which will send notification of such filing to all counsel of record.

                                          *s/William J. Kelly III*
                                          William J. Kelly III