**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFFS**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Plaintiffs.

DATED at New York, New York this 8th day of March, 2017.

    Respectfully submitted,

    */s/ Joshua J. Libling*

Joshua J. Libling
BOIES, SCHILLER & FLEXNER, LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
Phone: (212) 446 2300
Fax: (212) 446 2350
jlibling@bsfllp.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 8, 2016, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Joshua J. Libling*
      Joshua J. Libling