IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | March 9, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                             *Counsel:*

JOHANA PAOLA BELTRAN,                                     Dawn Smalls
LUSAPHO HLATSHANENI,                                      Alexander Hood
BEAUDETTE DEETLEFS,
DAYANNA PAOLA CARDENAS CAICEDO, and
ALEXANDRA IVETTE GONZALEZ,
SARAH CAROLINA AZUELA RASCON,
LAURA MEJIA JIMENEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM, and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC,                                        No Appearance
USAUPAIR, INC.,                                            William Kelly
GREAT AUPAIR, LLC,                                         No Appearance
EXPERT GROUP INTERNATIONAL INC., d/b/a                     Bogdan Enica
Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE                         David Meschke
PROGRAMS,
CULTURAL HOMSTAY INTERNATIONAL,
CULTURAL CARE, INC. d/b/a Cultural Care Au Pair,           James Lyons
                                                           Joan Lukey
                                                           Justin Wolosz
AUPAIRCARE INC.,                                           Jessica Fuller
                                                           Peggy Kozal
AU PAIR INTERNATIONAL, INC.,                               Brian Maschler
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/                    Kathryn Reilly
GoAuPair,
GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
APF GLOBAL EXCHANGE, NFP, d/b/a AuPair
Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY
d/b/a Au Pair in America,                                  Stephen Macri
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,

| | |
|---|---|
| LLC d/b/a/ ProAuPair, and<br>20/20 CARE EXCHANGE, INC. d/b/a The International<br>Au Pair Exchange,<br><br>    Defendants. | Lawrence Stone |

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**3:40 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding production of financial statement from American Institute for Foreign Study and confidential designation of the financial statements.

**ORDERED:   Plaintiff shall file a motion to compel, as discussed, on or before March 13, 2017.  A response to the motion shall be filed on or before March 27, 2017.  A reply shall be filed on or before April 3, 2017.**

**4:10 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.