IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     14-cv-03074-CMA-KMT           Date:   March 10, 2017
Courtroom Deputy:    Sabrina Grimm                 FTR:    Courtroom C-201

*Parties:*                                         *Counsel:*

JOHANA PAOLA BELTRAN,                              Alexander Hood
LUSAPHO HLATSHANENI,                               Joshua Libling
BEAUDETTE DEETLEFS,
DAYANNA PAOLA CARDENAS CAICEDO, and
ALEXANDRA IVETTE GONZALEZ,
SARAH CAROLINA AZUELA RASCON,
LAURA MEJIA JIMENEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM, and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC,                                Brooke Colaizzi
USAUPAIR, INC.,                                    William Kelly (by telephone)
GREAT AUPAIR, LLC,                                 Martin Estevao
EXPERT GROUP INTERNATIONAL INC., d/b/a             Bogdan Enica (by telephone)
Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE                 David Meschke
PROGRAMS,
CULTURAL HOMSTAY INTERNATIONAL,                    Jonathan Bender
                                                   James Hartley
CULTURAL CARE, INC. d/b/a Cultural Care Au Pair,   James Lyons
                                                   Joan Lukey
                                                   Jessica Fuller
AUPAIRCARE INC.,                                   Peggy Kozal
                                                   Brian Maschler
AU PAIR INTERNATIONAL, INC.,                       Kathryn Reilly
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/
GoAuPair,
GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
APF GLOBAL EXCHANGE, NFP, d/b/a AuPair             Susan Schaecher
Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY               Stephen Macri
d/b/a Au Pair in America,

A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,   Lawrence Stone (by telephone)
LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International
Au Pair Exchange,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**8:38 a.m.**    **Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding production of names and contact information of the aupairs and host families, designating the client lists as AEO, extending deadlines, and fees on the motion to compel.

**ORDERED:** **Motion to Compel Answer to Plaintiffs' Interrogatory No. 1 and Request for Production No. 1 Pursuant to Rule 37(a) [469] is GRANTED IN PART AND DENIED IN PART.  The motion is granted as to the production of contact information with respect to the host families, including the names of the sponsored aupairs, as discussed.  The motion is denied in all other respects.**

**ORDERED:** **The parties shall determine the provisions and terms of the protection encompassing the lists of host families and their contact information, as discussed, on or before March 20, 2017.  Defendants shall produce the host families information to Plaintiffs on or before March 31, 2017.**

**ORDERED:** **The deadline for Plaintiffs to file a motion for class certification is extended to May 19, 2017.  Defendants' responses to the motion shall be filed on or before June 19, 2017.  A reply shall be filed on or before July 19, 2017.**

**ORDERED:** **The fact discovery deadline is extended to September 22, 2017.  The dispositive motions deadline will remain as previously set.**

**ORDERED:** **Plaintiffs' Motion for Protective Order Or, in the Alternative, Amendment of the Scheduling Order [454] is DENIED WITHOUT PREJUDICE AS MOOT, as stated on record.**

**ORDERED:** **The Status Conference set for April 13, 2017 is VACATED.**

**10:35 a.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    01:57

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.