IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

Defendants.

_____

**DEFENDANT AUPAIRCARE, INC.'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL RESPONSE TO DOCUMENT REQUEST NO. 16 [ECF NO. 507]**
_____

Defendant AuPairCare, Inc. ("AuPairCare") by and through its attorneys of Gordon & Rees LLP, and pursuant to D.C. Colo. L. Civ. R 7.2, hereby submits this Motion to Restrict Access to Defendant's Response to Plaintiffs' Motion to Compel Response to Document Request No. 16 [ECF No. 507], as follows:

1.   As required by D.C. COLO. L.Civ.R. 7.1(A), counsel for AuPairCare has conferred with Plaintiffs' counsel in good faith regarding this motion.  At 12:50 p.m. MST on the day of this filing, Plaintiffs' counsel asked the undersigned for clarification about the nature of the confidential information incorporated into AuPairCare's Response to Plaintiffs' Motion to Compel, to which the undersigned responded with the pertinent information.  Plaintiffs' counsel, however, has not yet responded with a position on the relief requested herein.

2.   Contemporaneously herewith, AuPairCare has filed an opposition to Plaintiffs' Motion to Compel Response to Document Request No. 16 [ECF No. 507].

3. Within its response, AuPairCare compiled a chart depicting through bar graphs certain comparative information derived from written discovery responses that the Sponsors have designated as Confidential and/or Highly Confidential Attorneys Eyes only pursuant to a Stipulated Protective Order. [ECF No. 305]. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." *Id.* At ¶1. Here, there is a legitimate interest in protecting the data which outweighs the presumption of public access. If access is not restricted, confidential and sensitive business information held by the parties would be improperly available within the public domain.

4. The subject material is mentioned within Defendant's response to Plaintiffs' Motion to Compel Response to Document Request No. 16 [ECF No. 507] and attached as an accompanying exhibit. Therefore, no alternative other than restriction is practicable. Accordingly, the public interest will not be served by these documents being exposed to public view. At a minimum, Exhibits A, C and D must be filed as Level One Restricted Access.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request this Court issue an Order restricting public access under Level One Restricted Access Defendant's Response to Plaintiffs' Motion to Compel Response to Document Request No. 16, or in the Alternative, that Exhibits A, C and D to AuPairCare's Opposition to Plaintiffs' Motion to Compel Response to Request No. 16 be filed as Level One Restricted Access.

- 3 -

Respectfully submitted this 27th day of March, 2017.

<div style="margin-left: 50%;">

*s/Peggy Kozal*
Thomas B. Quinn
John R. Mann
Peggy E. Kozal
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
jmann@gordonrees.com
pkozal@gordonrees.com

*Attorneys for Defendant*
*AuPairCare, Inc.*

</div>

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing **DEFENDANT AUPAIRCARE, INC.'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL RESPONSE TO DOCUMENT REQUEST NO. 16 [ECF NO. 507]**was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 27th day of March, 2017 addressed to:

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua Libling
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

*and*

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
*Attorneys for Plaintiffs*


Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com
*Attorneys for Defendant InterExchange, Inc.*


William J. Kelly, III

Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant USAuPair, Inc.*


Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*


Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com
*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*


David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*


James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*


Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

  and

Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP

- 6 -

reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair***

Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com
***Attorney for Defendant Agent Au Pair***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com

and

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON, LLP
jfulfree@putneylaw.com
jcartafalsa@putneylaw.com, jbc54@cornell.edu
rtucker@putneylaw.com, robert.m.tucker1@gmail.com
smacri@putneylaw.com

***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com

jwolosz@choate.com
lkruzer@choate.com

  *and*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair;***
***20/20 Care Exchange, Inc.***
***d/b/a The International Au Pair Exchange***

           */s/Karla Freeman*
           For Gordon & Rees LLP