IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*

    Defendants.

_____

**DEFENDANT AUPAIRCARE, INC.'S MOTION FOR ORAL ARGUMENT REGARDING PLAINTIFFS' MOTION TO COMPEL RESPONSE TO DOCUMENT REQUEST NO. 16 [ECF NO. 507]**
_____

Defendant, AuPairCare, Inc. ("AuPairCare"), through its undersigned counsel, hereby respectfully requests that the Court set a hearing on Plaintiffs' Motion to Compel Response to Document Request No. 16 [ECF No. 507] and, in support thereof, states as follows:

1. As required by D.C. COLO. L.Civ.R. 7.1(A), counsel for AuPairCare has conferred with Plaintiffs' counsel in good faith regarding this motion. Plaintiffs oppose this request for oral argument.

2. Contemporaneously herewith, AuPairCare has filed its Opposition to Plaintiff's Motion to Compel Response to Document Request No. 16.

3. AuPairCare believes oral argument at a hearing is necessary and would assist the Court.

1

4. Plaintiffs' Motion to Compel and AuPairCare's Opposition raise critical and complex issues related to highly confidential financial statements revealing the core of AuPairCare's business model and which, according to Plaintiffs, relate to Plaintiffs' antitrust and punitive damages claims. Brief oral argument on Plaintiff's Motion to Compel would assist the Court in addressing these important issues, and assist the parties by having a fully developed record.

WHEREFORE, AuPairCare respectfully requests that the Court grant AuPairCare's Motion for Oral Argument and order that a hearing be set on Plaintiffs' Motion to Compel Response to Document Request No. 16 [ECF No. 507].

March 27, 2017                                      Respectfully submitted,

*s/Thomas B. Quinn*
Thomas B. Quinn
GORDON & REES LLP
555 17th Street, Suite 3400
Denver, Colorado 80202

*Attorneys for Defendant
AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing **DEFENDANT AUPAIRCARE, INC.'S MOTION FOR ORAL ARGUMENT REGARDING PLAINTIFFS' MOTION TO COMPEL RESPONSE TO DOCUMENT REQUEST NO. 16 [ECF NO. 507]** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 27th day of March, 2017 addressed to:

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua Libling
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

*and*

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
***Attorneys for Plaintiffs***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

3

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant USAuPair, Inc.*

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*

Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com
*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*

Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

    *and*

Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com

fox@wtotrial.com
west@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair***


Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com
***Attorney for Defendant Agent Au Pair***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com

and

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON, LLP
jfulfree@putneylaw.com
jcartafalsa@putneylaw.com, jbc54@cornell.edu
rtucker@putneylaw.com, robert.m.tucker1@gmail.com
smacri@putneylaw.com

***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***


Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com

5

jwolosz@choate.com
lkruzer@choate.com

    *and*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair;***
***20/20 Care Exchange, Inc.***
***d/b/a The International Au Pair Exchange***


                                                     */s/ Karla Freeman*
                                                   For Gordon & Rees LLP