# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO
HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINA AZUELA RASCON;
LAURA MEJIA JIMENEZ; JULIANE HARNING;
NICOLE MAPLEDORAM; and those similarly
situated

   Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

   Defendants.

---

**DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU
PAIR IN AMERICA'S RESPONSES TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES**

---

Defendant American Institute for Foreign Study d/b/a Au Pair in America ("AIFS"), by and through its undersigned counsel, submits its responses to Plaintiffs' Second Set of Interrogatories (hereinafter, "Second Interrogatories").

## GENERAL OBJECTIONS

In addition to the objections stated below, AIFS objects to all of Plaintiffs' Second Interrogatories as follows.

A. AIFS objects to and rejects the "Definitions" appearing in Plaintiffs' Second Interrogatories where not authorized by the Federal Rules of Civil Procedure. AIFS will respond for and regarding itself in accordance with normal meanings and interpretations, and consistent with the Federal Rules of Civil Procedure.

B. AIFS objects to Plaintiffs' definitions of "standard au pair" (See "Definitions" at ¶16), and "non-standard au pairs" (Id. at ¶17). For the purposes of its responses to Plaintiffs' Second Interrogatories, AIFS sets forth that participants in cultural exchange may participate in one of these programs: (1) Au Pair in America; (2) Extraordinaire; and (3) Educare in America. AIFS does not refer to participants as "standard au pairs" and/or "non-standard au pairs" and does not maintain business records according to any such classification.

C. AIFS objects to Plaintiffs' proffered temporal scope of disclosure, *to wit*, from January 1, 2000 to the present (See "Instructions for Int." ¶ 7) as overly broad, burdensome, and irrelevant, and not likely to lead to the discovery of admissible evidence. Without waiving its objections, AIFS responds and provides information for the period of January 1, 2009 through December 31, 2015.

D.	AIFS objects to Plaintiffs' Second Interrogatories pursuant to Fed.R.Civ.P. 26(b)(1) to the extent they are not proportional to the needs of the case or seek information that is not proportional to the needs of the case.

E.	AIFS objects to Plaintiffs' Second Interrogatories insofar as they seek confidential and proprietary information.

F.	AIFS objects to Plaintiffs' Second Interrogatories to the extent they seek information that violates the privacy rights of non-parties.

G.	AIFS objects to Plaintiffs' Second Interrogatories on the grounds that they are overly broad, irrelevant and not likely to lead to the discovery of admissible evidence inasmuch as they encompass au pairs other than purported "standard" au pairs and the court has ordered that "Plaintiffs, and those they seek to represent in a class action, are 'standard' au pairs and '[T]he only issues relevant to the current inquiry [] pertain to Defendants' practices with regard to standard au pairs.' (Doc. #220 at 14.)" Order Adopting and Affirming in Part Feb. 22, 2016 Recommendation of U.S. Magistrate Judge, Doc #258 at n. 13 (Mar. 31, 2016).

H.	AIFS objects to Plaintiffs' Second Interrogatories to the extent that they exceed numerical limitations placed by the Court on the number of Second Interrogatories.

I.	AIFS objects to Plaintiffs' Second Interrogatories to the extent they are irrelevant and reserves all rights and objections with respect to relevance, materiality and admissibility.

J.	AIFS objects to Plaintiffs' Second Interrogatories to the extent they would require production of AIFS' proprietary business information or trade secrets.

K.	AIFS objects to the Second Interrogatories to the extent they seek information already in Plaintiffs' possession or knowledge.

L.     Defendant reserves the right to supplement its responses as additional information and things are discovered, if any.

M.     The information disclosed in response to these interrogatories is designated: HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY pursuant to the terms of the stipulated protective order entered in this case.

## SPECIFIC OBJECTIONS AND RESPONSES

**Interrogatory No. 5:**

*Please identify the total number of au pairs you sponsored each year for the years 2000 through 2015. In providing your Answer, please identify:*

a. *The total number of standard au pairs you sponsored each year for the year 2000 through 2015 and;*

b. *The total number of non-standard au pairs, if any, you sponsored each year for the years 2000 through 2015*

**Response to Interrogatory No. 5**

AIFS objects to the use of term and the definition of "standard au pair." In Plaintiffs' Definition No. 16, Plaintiffs define the term "standard au pair" by referencing the Second Amended Complaint, which states: "[t]hroughout this Complaint, the term "standard au pair" refers to those au pair positions offered by the nine (9) Sponsors offering a single position at a uniform wage, and those au pair positions offered by the remaining six (6) Sponsors for standard au pair services." AIFS does not offer a "wage rate" for au pairs and, therefore, AIFS did not offer any position at a single uniform wage. AIFS informed the host families of the minimum stipend and qualifications required for au pairs set by the Department of State.

AIFS objects to this interrogatory on the grounds that it is overbroad, burdensome and requests information that is irrelevant and is not reasonably calculated to lead to the discovery

of admissible evidence. AIFS further objects that this interrogatory improperly seeks class-wide discovery before any class or collective action has been certified, conditionally or otherwise; is not reasonably limited in time to the facts and transactions alleged in the Second Amended Complaint; seeks information that is not proportional to the needs of the case; and contains sub-parts. AIFS further objects to this request on the grounds that it seeks information that is proprietary and confidential to AIFS. Without waiving its objections and upon entry of a protective order, AIFS responds as follows:

a. Number of Au Pair in America participants sponsored by year:

| | |
|---|---|
| 2009 | 2,598 |
| 2010 | 2,657 |
| 2011 | 2,757 |
| 2012 | 2,854 |
| 2013 | 3,083 |
| 2014 | 3,367 |
| 2015 | 3,469 |

b. Number of Educare in America and Extraordinaire participants by year:

Educare in America

| | |
|---|---|
| 2009 | 197 |
| 2010 | 172 |
| 2011 | 211 |
| 2012 | 211 |
| 2013 | 222 |
| 2014 | 202 |
| 2015 | 197 |

Extraordinaire

| | |
|---|---|
| 2009 | 278 |
| 2010 | 244 |

| | |
|---|---|
| 2011 | 304 |
| 2012 | 309 |
| 2013 | 332 |
| 2014 | 372 |
| 2015 | 372 |

The information in this response regarding the number of au pairs sponsored each year is designated **HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY** pursuant to the terms of the parties' protective order entered in this case.

**Interrogatory No. 6:**

*Please identify the amount of fees you charged a host family for each of the years 2000 through 2015. In providing your Answer, please identify:*

   a. *The fees you charged a host family associated with the placement of a standard au pair for the years 2000 through 2015 and;*

   b. *The fees you charged a host family associated with the placement of a non-standard au pair for the years 2000 through 2015.*

**Response to Interrogatory No. 6**

AIFS objects to this interrogatory on the grounds that it is overbroad, burdensome, and requests information that is confidential and irrelevant and is not reasonably calculated to lead to the discovery of admissible evidence.  AIFS further objects to this interrogatory as not reasonably limited in time to the facts and transactions alleged in the Second Amended Complaint, and seeks information that is not proportional to the needs of the case.  AIFS also objects to this interrogatory as it exceeds the numerical limitations placed by the Court on the number of interrogatories the parties may serve, and seeks information that is proprietary

and confidential to AIFS. Without waiving its objections and upon entry of a protective order, AIFS responds as follows:

a. Program Fees to host families of Au Pair in America participants by year:

|  | **Program Fee** | **Match Fee** | **Application Fee** |
|---|---|---|---|
| 2009 | $7,695.00 | $0.00 | $350.00 |
| 2010 | $7,695.00 | $0.00 | $350.00 |
| 2011 | $7,295.00 | $400.00 | $350.00 |
| 2012 | $7,495.00 | $400.00 | $350.00 |
| 2013 | $7,795.00 | $400.00 | $350.00 |
| 2014 | $8,045.00 | $400.00 | $350.00 |
| 2015 | $8,245.00 | $400.00 | $0.00 |

Match Fees are only applicable to first-time host families.

b. Program Fees to host families of Educare in America and Extraordinaire participants by year:

|  | **Program Fee** | **Match Fee** | **Application Fee** |
|---|---|---|---|
| **Extraordinaire** | | | |
| 2009 | $8,850.00 | $0.00 | $350.00 |
| 2010 | $8,850.00 | $0.00 | $350.00 |
| 2011 | $8,450.00 | $400.00 | $350.00 |
| 2012 | $8,620.00 | $400.00 | $350.00 |
| 2013 | $8,895.00 | $400.00 | $350.00 |
| 2014 | $9,195.00 | $400.00 | $350.00 |
| 2015 | $9,375.00 | $400.00 | $0.00 |
| **EduCare in America** | | | |
| 2009 | $6,350.00 | $0.00 | $350.00 |
| 2010 | $6,350.00 | $0.00 | $350.00 |
| 2011 | $6,095.00 | $400.00 | $350.00 |
| 2012 | $6,275.00 | $400.00 | $350.00 |
| 2013 | $6,695.00 | $400.00 | $350.00 |
| 2014 | $6,895.00 | $400.00 | $350.00 |
| 2015 | $7,065.00 | $400.00 | $0.00 |

Match Fees and application fees are only applicable to first-time host families.

The information in this response regarding the amount of fees charged to host families each year is designated **HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY** pursuant to the terms of the parties' protective order entered in this case.

## VERIFICATION

STATE OF CONNECTICUT    )
                        )  ss.:
COUNTY OF STAMFORD      )

RUTH FRIZELL FERRY, being duly sworn, deposes and says:

I am employed with American Institute for Foreign Study d/b/a Au Pair in America as Senior Vice President and Director of the Au Pair in America Program, and I am authorized to speak for the company in these matters. I have read Defendant American Institute for Foreign Study d/b/a Au Pair in America's Answers to Plaintiffs' Second Set of Interrogatroies, and the responses are true and accurate to the best of my knowledge, information and belief.

_____
RUTH FRIZELL FERRY

Sworn to before me this
2 2 Day of February, 2017

_____
Notary Public



Nydia Reyes
State of Connecticut
Notary Public
Commission No. 146958
My Commission Expires 5-31-17

AS TO OBJECTIONS:

By:    /s/ Stephen J. Macri
Stephen J. Macri
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2017, I electronically served the foregoing responses to the following e-mail addresses:

| | |
|---|---|
| Matthew Lane Schwartz | mlschwartz@bsfllp.com |
| Peter Murray Skinner | pskinner@bsfllp.com |
| Randall Wade Jackson | rjackson@bsfllp.com |
| Sigrid Stone McCawley | smccawley@bsfllp.com |
| Lauren Fleischer Louis | llouis@bsfllp.com |
| Sabrina Alexandria McElroy | smcelroy@bsfllp.com |
| Dawn L. Smalls | dsmalls@bsfllp.com |
| Alexander Hood | alex@towardsjustice.org |
| Brooke A. Colaizzi | bcolaizzi@shermanhoward.com |
| Heather F. Vickles | hvickles@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| William J. Kelly III | wkelly@kellywalkerlaw.com |
| Chandra M. Feldkamp | cfeldkamp@kellywalkerlaw.com |
| Meshach Y. Rhoades | mrhoades@armstrongteasdale.com |
| Martin J. Estevao | mestevao@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David B. Meschke | dmeschke@bhfs.com |
| Martha L. Fitzgerald | mfitzgerald@bhfs.com |
| Adam Hubbard | aahubbard@hollandhart.com |
| James E. Hartley | jhartley@hollandhart.com |
| Jonathan S. Bender | jsbender@hollandhart.com |
| Thomas B. Quinn | tquinn@gordonrees.com |
| Brian P. Maschler | brian.maschler@arentfox.com |
| Peggy Kozal | pkozal@gordonrees.com |
| John R. Mann | jmann@gordonrees.com |
| Lawrence L. Lee | llee@laborlawyers.com |
| Susan M. Schaecher | sschaecher@laborlawyers.com |
| Joseph B. Cartafalsa | jcartafalsa@putneylaw.com |
| Stephen J. Macri | smacri@putneylaw.com |
| Robert M. Tucker | rtucker@putneylaw.com |
| Kathryn A. Reilly | reilly@wtotrial.com |
| Grace Anne Fox | fox@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |
| Lawrence D. Stone | lstone@nixonshefrin.com |
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |
| Lyndsey M. Kruzer | lkruzer@choate.com |
| Joan A. Lukey | joan.lukey@choate.com |
| Robert M. Buchanan, Jr. | rbuchanan@choate.com |
| Michael T. Gass | mgass@choate.com |
| Justin J. Wolosz | jwolosz@choate.com |

By:    /s/ John B. Fulfree
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*