EXHIBIT 5

# John B. Fulfree

| | |
|---|---|
| **From:** | Dawn Smalls <DSmalls@BSFLLP.com> |
| **Sent:** | Friday, February 17, 2017 3:55 PM |
| **To:** | 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; Peter Skinner; 'bcolaizzi@shermanhoward.com'; 'llewis@shermanhoward.com'; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; 'hvickles@shermanhoward.com'; 'lhowell@shermanhoward.com'; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; 'jhunt@shermanhoward.com'; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; 'rdeeny@shermanhoward.com'; 'mnavride@sah.com'; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com'; 'tamidon@kellywalkerlaw.com'; 'jfulfree@putneylaw.com'; 'jcartafalsa@putneylaw.com'; 'jbc54@cornell.edu'; 'rtucker@putneylaw.com'; 'robert.m.tucker1@gmail.com'; 'smacri@putneylaw.com'; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; Lawrence D. Stone |
| **Cc:** | Peter Skinner; Matthew L. Schwartz; Joshua Libling; alex@towardsjustice.org; Lauren Louis |
| **Subject:** | Meet and Confer - Additional Document Requests from the First RFP |

Counsel:

We are writing to schedule a meet and confer with respect to the following categories of documents requested in Plaintiffs First Request for the Production of Documents issued March 3, 2016:

- Document Request No. 5:  Correspondence with any other Defendant in this lawsuit
- Document Request No. 16: Your audited or unaudited financial statements during each year in which you have participated in the program
- Document Request No. 17: Documents sufficient to show your corporate structure, including your internal reporting lines
- Document Request No. 18: Documents sufficient to identify your employees, including names titles and reporting lines

Although several Defendants have produced financial information for the purposes of settlement discussions, it is Plaintiffs' position that financial documents need to be produced in discovery as there are limitations on how one can use documents produced in the course of settlement discussions that do not apply to documents produced during discovery. A limited number of Defendants have produced documents relating to corporate structure and their employees. In addition, a limited number of defendants have produced correspondence of any kind, and very few have produced correspondence with other Defendants.

1

Accordingly, we would like to schedule a meet and confer to discuss whether you plan to produce documents responsive to these requests **Tuesday at 11:00 a.m.** If there is a time on Tuesday that works better for Defendants to have this call, please let us know and we will do our best to accommodate you.

Thank you.

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022
212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]