# EXHIBIT 8

**John B. Fulfree**



**From:** Stephen Macri
**Sent:** Thursday, March 23, 2017 2:07 PM
**To:** Dawn Smalls <DSmalls@BSFLLP.com>
**Cc:** Robert Tucker <RTucker@putneylaw.com>
**Subject:** Beltran Litigation: AIFS/APIA Further Reply to Document Request No. 16--Attachment is for Plaintiffs' Attorneys Eyes Only

Dear Dawn,

      This electronic communication supplements our earlier discussions and communications related to Plaintiffs' Document Request No. 16, which seeks production of financial statements for the Au Pair in America Program. We attach additional responsive financial information about the Au Pair in America Program, subject to the conditions explained herein.

      Even in the memo of law in support of the motion to compel, Plaintiffs have yet to enunciate any facts or law regarding the relevancy of financial statements to Plaintiffs' intended motion for certification of the putative class pursuant to FRCP Rule 23. In our view, there are additional deficiencies with Plaintiffs' assertions regarding the relevancy of financial statements to antitrust and punitive damage claims. Most specifically, there is ample precedent that financial statements need not be produced until, at earliest, the survival of punitive damages claims subsequent to the resolution of post-discovery dispositive motions.

1

As we previously informed Plaintiffs, AIFS creates and maintains a single annual financial statement for all of its programs and entities; it does not maintain isolated financial statements for the APIA Program.  Accordingly, the consolidated information contained in AIFS' financial statements incorporates data about five programs that are entirely unrelated to the instant litigation. Despite suggestions to the contrary, simply dividing the accounting entries therein by the number of AIFS programs will NOT result in an accurate statement of APIA revenues and expenses.

Notwithstanding, and in an effort to once again avoid unnecessary litigation, I have attached to this email financial information prepared and compiled by our client, which accurately demonstrates the actual revenue, allocated expenses and income of its APIA Program for each of the years 2009 through 2014. This information, in addition to the information provided in response to Plaintiffs' Second Interrogatories, allows Plaintiffs to make any and all financial contentions desired for the years relevant to the instant action.

As this information is highly proprietary, the attached information is designated for Plaintiffs' Attorneys Eyes Only. It has not been disclosed or provided to, and may not be disclosed or provided to, any of the attorneys for the other defendants. Disclosure of this information to other defendants may facilitate the elimination of competitive business practices among au pair programs.

As before, we remain hopeful that the provision of this information resolves Plaintiffs' demand. I would appreciate a reply by noon tomorrow if it does so. As always, I welcome further discussion that may enable resolution.

Thanks for your anticipated cooperation.
Steve

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
Stephen J. Macri
Putney, Twombly, Hall & Hirson LLP,
521 Fifth Avenue, New York, NY 10175
smacri@putneylaw.com
Firm:       212 682-0020
Direct:     212 682-5435
Facsimile: 212 682-9380

Notice: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (212) 682-0020 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Putney Twombly Hall & Hirson, LLP. Although Putney Twombly Hall & Hirson, LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Putney Twombly Hall & Hirson, LLP.

|  | 2009 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs | ■ |
| Air Cost | ■ |
| Margin | ■ |
|  | ■ % |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ■ |
|  | ■ |
|  | ■ % |
| Interest expense | ■ |
| Investment income |  |
| Investment allocation | ■ |
| **Income before allocated Inc. OH** | ■ |
| Allocaiton of Inc. Overhead | ■ |
| **Income before income taxes** | $ ■ |

|  | 2010 Au Pair |
|---|---|
| Revenues | $ ███ |
| Land Costs | ███ |
| Air Cost | ███ |
| Margin | ███ |
|  | █% |
| Selling, General & Administrative | ███ |
| Allocated Overhead | ███ |
|  | ███ |
|  | █% |
| Interest expense | - |
| Investment income |  |
| Investment allocation | █ |
| **Income before allocated Inc. OH** | ███ |
| Allocation of Inc. OH | ███ ) |
| **Income before income taxes** | $ ███ |


|  | 2011 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs | ■ |
| Air Cost | ■ |
| Margin | ■ |
|  | ■% |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ■ |
|  | ■ |
|  | ■% |
| Interest expense | ■ |
| Investment income |  |
| Investment allocation | ■ |
| **Income before allocated Inc. OH** | ■ |
| Allocation of Inc. OH | ■ |
|  | - |
| **Income before income taxes** | $ ■ |

|  | 2012 Au Pair |
|---|---|
| Revenues | $ ▉ |
| Land Costs | ▉ |
| Air Cost | ▉ |
| Margin | ▉ |
|  | ▉ % |
| Selling, General & Administrative | ▉ |
| Allocated Overhead | ▉ |
|  | ▉ |
|  | ▉ % |
| Interest expense | - |
| Investment income |  |
| Investment allocation | ▉ |
| **Income before allocated Inc. OH** | ▉ |
| Allocation of Inc. Overhead | ▉ |
| **Income before income taxes** | $ ▉ |

| | 2013 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs | ■ |
| Air Cost | ■ |
| Margin | ■ |
| | ■ % |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ■ |
| | ■ |
| | ■ % |
| Interest expense | - |
| Investment income | |
| Investment allocation | ■ |
| **Income before allocated Inc. OH** | ■ |
| Allocation of Inc. Overhead | ■ |
| | - |
| **Income before income taxes** | $ ■ |

|  | 2014 Au Pair |
|---|---|
| Revenues | $ ███ |
| Land Costs | ███ |
| Air Cost | ███ |
| Margin | ███ |
|  | ███ % |
| *Gross Margin per head* | ███ |
| Selling, General & Administrative | ███ |
| Allocated Overhead | ███ |
|  | ███ % |
| Interest expense | - |
| Investment income |  |
| Investment allocation | - |
| **Income before allocated Inc. OH** | ███ |
| Allocation of Inc. Overhead | ███ |
|  | - |
| **Income before income taxes** | $ ███ |