## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2017, I electronically served a true and correct copy of **American Institute for Foreign Study d/b/a Au Pair in America's response to Plaintiffs' Motion to Compel Defendants' production of information responsive to Document Request No. 16 of Plaintiffs' First Request for the Production of Documents** upon all counsel of record.

<u>s/ Stephen J. Macri</u>

Stephen J. Macri