IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–03074–CMA–KMT

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
DAYANNA PAOLA CARDENAS CAICEDO,
ALEXANDRA IVETTE GONZALEZ,
SARAH CAROLINA AZUELA RASCON,
LAURA MEJIA JIMENEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM, and those similarly situated,
    Plaintiffs,
v.

INTEREXCHANGE, INC,
USAUPAIR, INC.,
GREAT AUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMSTAY INTERNATIONAL,
CULTURAL CARE, INC. d/b/a Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair,
GOAUPAIR OPERATIONIS, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International Au Pair Exchange,
    Defendants.

---

### NOTICE TO PARTIES

---

This NOTICE is to advise the parties that the undersigned inadvertently had a

conversation with a male whose last name appears to be Fox, based on caller ID information,

concerning the court's oral Order of March 10, 2017 [Doc. No. 506].  By way of explanation, I accidentally answered the incoming telephone line to chambers, thinking that it was my court personal line, this date at approximately 10:15 a.m., picking up the handset and saying "This is Judge Tafoya."  The caller identified himself immediately as someone who is very unhappy that his personal information was released by "AuPairCare" without his consent and stated he wanted to register a complaint about it.

Having identified herself, this court is loathe to simply hang up on a member of the public affected by one of the court's orders, as this would seem to foster disgruntlement with the court system in general, although the undersigned attempted several times to cordially end the conversation by advising the caller that she could not talk about the specifics of the order or why the order was entered and told the caller that her answering the phone had been a mistake.  The court did review the docket of the case while on the phone with the caller and directed the caller to the Clerk's Office for the District of Colorado to obtain a copy of Document Number 305, the stipulated Protective Order in this case or even the docket of the case which might ease some of his concerns.  The court repeatedly referred the caller to an attorney to help him with his inquiries and listened silently while he explained to the court why he thought the order was wrong and how he believed he had been wronged or disadvantaged by the order.  At all times the caller was polite to the court even though critical of the court's order.  The court, in turn, was polite to the caller and allowed him to talk until it appeared he had no more to say.  The call lasted between 5-10 minutes.

The parties should also be aware that the court's chambers staff has had one or more calls to the chambers telephone line in the last two days of the same general ilk. Those calls have been handled by this court's law clerk who has advised callers in the same general manner and directed them to the Court Clerk if they wished to obtain copies of public documents.

Dated March 31, 2017.

BY THE COURT:

_Kathleen M. Tafoya_
Kathleen M. Tafoya
United States Magistrate Judge