IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
SARAH CAROLINA AZUELA RASCON;
LAURA MEJIA JIMENEZ; JULIANE HARNING;
NICOLE MAPLEDORAM; and those similarly situated,

        Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AUPAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

        Defendants.

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF AMERICAN INSTITUTE
FOR FOREIGN STUDY DBA AU PAIR IN AMERICA**

Eric J. Stock of the law firm Gibson, Dunn & Crutcher LLP, hereby enters his appearance as an attorney of record on behalf of Defendant American Institute for Foreign Study dba Au Pair in America, in the above-captioned matter.

Dated:   April 5, 2017

Respectfully submitted,

/s/   Eric J. Stock
Eric J. Stock

Eric J. Stock, SBN 2987907
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:     212.351.4000
Facsimile:     212.351.4035

*Attorney for Defendant American Institute for Foreign Study d/b/a Au Pair in America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, the foregoing Notice of Entry of Appearance on Behalf of American Institute for Foreign Study d/b/a Au Pair in America was filed via CM/ECF upon the Clerk of the Court and all counsel of record.

/s/ Eric J. Stock
Eric J. Stock
