IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Alyssa L. Levy, of the law firm of Sherman & Howard L.L.C., hereby enters her appearance as counsel on behalf of Defendant InterExchange, Inc. The undersigned certifies that she is a member in good standing of the bar of this court.

Dated: April 5, 2017

Respectfully submitted,

*s/ Alyssa L. Levy*
Raymond M. Deeny
Brooke A. Colaizzi
Heather F. Vickles
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email: rdeeny@shermanhoward.com
Email: hvickles@shermanhoward.com
Email: bcolaizzi@shermanhoward.com
Email: jhunt@shermanhoward.com
Email: alevy@shermanhoward.com

ATTORNEYS FOR DEFENDANT
INTEREXCHANGE, INC.

45194792.1

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Alexander Hood<br>Towards Justice<br>1535 High Street, Suite 300<br>Denver, CO  80218<br>Email:  alex@towardsjustice.org | Brian A. Birenbach<br>The Rietz Law Firm, L.L.C.<br>114 Village Place, Suite 301<br>Dillon, CO  80435<br>Email:  brian@rietzlawfirm.com |
| Lawrence D. Stone<br>Kathleen E. Craigmile<br>Nixon Shefrin Hensen Ogburn, P.C.<br>5619 DTC Parkway, Suite 1200<br>Greenwood Village, CO 80111<br>E-mail:  LStone@Nixonshefrin.com<br>         kcraigmile@nixonshefrin.com | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver CO  80202-5647<br>Email: reilly@wtotrial.com<br>         fox@wtotrial.com<br>         West@wtotrial.com |
| William J. Kelly III<br>Chanda M. Feldkamp<br>Kelly & Walker LLC<br>1512 Larimer Street, Suite 200<br>Denver, CO  80202<br>Email: wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com | James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>Holland & Hart LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO  80202<br>Email:  jhartley@hollandhart.com<br>         aahubbard@hollandhart.com<br>         jsbender@hollandhart.com |
| John B. Fulfree<br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>Putney, Twombly, Hall & Hirson LLP<br>521 Fifth Avenue<br>New York, NW 10175<br>Email: jfulfree@putneylaw.com<br>Email: jcartafalsa@putneylaw.com<br>Email: rtucker@putneylaw.com<br>Email: smacri@putneylaw.com | Martha L. Fitzgerald<br>David B. Meschke<br>Brownstein Hyatt Farber Schreck, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, CO  80202-4432<br>Email:  mfitzgerald@bhfs.com<br>Email:  dmeschke@bhfs.com |

45194792.1

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Choate Hall & Stewart LLP
Two International Place
Boston, MA 82110
Email:  joan.lukey@choate.com
 rbuchanan@choate.com
     mgass@choate.com
     jwolosz@choate.com
     lkruzer@choate.com

Lawrence Lee
Susan M. Schaecher
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email:  llee@laborlawyers.com
           sschaecher@laborlawyers.com

James M. Lyons
Jessica Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email:  jlyons@lrrc.com
     jfuller@lrrc.com
     dhazel@lrrc.com

John R. Mann
Thomas B. Quinn
Peggy Kozal
Gordon & Rees, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: jmann@gordonrees.com
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com

Bogdan Enica
Expert AuPair
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email:  Bogdane@hotmail.com

Brian P. Maschler
Arent Fox LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Email: Brian.maschler@arentfox.com

Meshach Y. Rhoades
Martin Estevao
Armstrong Teasdale LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email:  mrhoades@armstrongteasdale.com
Email:  mestevao@armstrongteasdale.com

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email:  rjackson@bsfllp.com

3

45194792.1

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
Dawn L. Smalls
Boies, Schiller & Flexner, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Email:  llouis@bsfllp.com
Email:  smccawley@bsfllp.com
Email:  smcelroy@bsfllp.com
Email:  dsmalls@bsfllp.com

                *s/ Theresa M. Bohrer*
                Theresa M. Bohrer, Legal Secretary

4

45194792.1