IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**ASSENTED-TO MOTION TO CORRECT THE COURT'S APRIL 28, 2017 AMENDED ORDER GRANTING CONDITIONAL COLLECTIVE ACTION CERTIFICATION TO REMOVE AS A CLASS REPRESENTATIVE A FORMER NAMED PLAINTIFF WHOSE CLAIMS HAVE BEEN DISMISSED**

Defendant Cultural Care, Inc. ("Cultural Care") respectfully moves for a revision of the Court's April 28, 2017 amended order granting conditional collective action certification to remove former named plaintiff Dayanna Paola Cardenas Caicedo as a conditional class representative. As grounds for this motion, Cultural Care notes that Ms. Cardenas Caicedo agreed to the dismissal of her claims without prejudice, and those claims were dismissed as set forth below.

### Background and Argument

On August 31, 2016, Cultural Care moved to dismiss the claims of Plaintiff Cardenas Caicedo from this action following her failure to appear for her deposition. ECF No. 338. Plaintiff Cardenas Caicedo agreed to the dismissal of her claims without

prejudice. ECF No. 368. Magistrate Judge Tafoya recommended that Plaintiff Cardenas Caicedo be dismissed from the action. ECF. Nos. 411 and 412.

Following the Magistrate Judge's recommendation, Plaintiffs and Cultural Care reached an agreement that, among other things, Plaintiff Cardenas Caicedo would "not seek to represent or represent any purported class of plaintiffs in this action or in any other action arising out of the facts alleged in Plaintiffs' complaints" and that "Plaintiff Cardenas Caicedo's claims against Defendant Cultural Care are dismissed without prejudice." ECF No. 429. The parties also agreed to strike references to Plaintiff Cardenas Caicedo in the Second Amended Complaint. *Id*. The Court affirmed and adopted the Magistrate Judge's recommendation and ordered the dismissal of Plaintiff Cardenas Caicedo and struck references to her from the Second Amended Complaint. ECF No. 432.

On March 31, 2017, this Court entered an order granting conditional collective action certification (ECF No. 525). That order designated, among other parties, former Plaintiff Cardenas Caicedo as a conditional class representative even though she had previously been dismissed from this action. ECF No. 432. On April 28, 2017, the Court entered an amended order which maintained former Plaintiff Cardenas Caicedo as a conditional class representative. ECF No. 539.

"The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a[n ] order…" Fed. R. Civ. P. 60(a). The court may do so upon motion by a party. *Id.; see also Radeker v. Elbert Cnty. Bd. of Commr's*, Civil Action No. 14-cv-01238, 2016 U.S. Dist. LEXIS 52936 at *3 (D. Colo. April 19,

2016) (Arguello, J.). As detailed above, the inclusion of former Plaintiff Cardenas Caicedo as a representative in the order granting conditional collective action certification was a clerical mistake, as the Court had previously dismissed her from the action. Accordingly, the amended order granting conditional collective action certification should be modified to remove her as a conditional class representative. Cultural Care does not, by the filing of this motion pursuant to Fed. R. Civ. P. 60(a), waive any right, objection or argument relating to this Court's Order Granting Motion for Conditional Collective Action Certification (ECF No. 525) or Amended Order Granting Motion for Conditional Collective Action Certification (ECF No. 539).

## Conclusion

Wherefore, Cultural Care asks the Court to correct a clerical mistake in its April 28, 2017 Amended Order Granting Motion for Conditional Collective Action Certification and remove former Plaintiff Cardenas Caicedo as a conditional class representative. Plaintiffs' counsel has authorized Cultural Care to represent that Plaintiffs do not oppose the relief sought herein.

Dated:  May 10, 2017.                    Respectfully submitted,

*s/ Peter M. Skinner*                    *s/  Jessica L. Fuller*
Peter M. Skinner                         Joan A. Lukey (joan.lukey@choate.com)
(pskinner@bsfllp.com)                    Robert M. Buchanan, Jr.
Boies Schiller & Flexner, LLP            (rbuchanan@choate.com)
575 Lexington Ave #7                     Michael T. Gass (mgass@choate.com)
New York, NY 10022                       Justin J. Wolosz (jwolosz@choate.com
                                         Lyndsey M. Kruzer (lkruzer@choate.com)
                                         CHOATE HALL & STEWART LLP
Alexander N. Hood                        Two International Place
(alex@towardsjustice.org)                Boston, Massachusetts  02110
Towards Justice-Denver                   Telephone:  (617) 248-4790
1535 High Street
Suite 300                                James M. Lyons (jlyons@lrrc.com)
Denver, CO 80218                         Jessica L. Fuller (jfuller@lrrc.com)
                                         Diane Hazel (dhazel@lrrc.com)
**Attorneys for Plaintiffs**             LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                         One Tabor Center, Suite 3000
                                         1200 Seventeenth Street
                                         Denver, CO 80202
                                         Tel: (303) 623-9000
                                         Fax: (303) 623-9222

                                         ***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

4

101262002_1

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 10, 2017, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


*s/ Jessica L. Fuller*