IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**ENTRY OF APPEARANCE OF COUNSEL**
_____

To:    The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair.

Dated: May 10, 2017

        *s/ Kevin P. O'Keefe*
        Kevin P. O'Keefe
        (kokeefe@choate.com)
        CHOATE HALL & STEWART LLP
        Two International Place
        Boston, Massachusetts 02110
        Telephone: (617) 248-4025

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2017, I have caused to be electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record identified in the Notice of Electronic Filing as registered participants.

*s/ Kevin P. O'Keefe*
Kevin P. O'Keefe