IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

      Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

      Jenny Vedra of the law firm of Gordon & Rees Scully Mansukhani LLP hereby

enters her appearance as attorney of record on behalf of Defendant, AuPairCare, Inc.

and hereby certifies that she is a member in good standing of the bar of this Court.

      Respectfully submitted this 10th day of May, 2017.

*s/Jenny Vedra*
Jenny Vedra
GORDON & REES SCULLY
MANSUKHANI LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
Tel: 303-534-5160
Fax: 303-534-5161
nhuey@gordonrees.com

*Attorneys for Defendant*
*AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 10th day of May, 2017 addressed to:

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua Libling
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

      *and*

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
***Attorneys for Plaintiffs***


Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***


William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***


Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP

mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*


Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com
*Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*


David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*


James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*


Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com

       *and*

Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com
*Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair*

Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com

west@wtotrial.com
*Attorney for Defendant Agent Au Pair*

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com

and

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON, LLP
jfulfree@putneylaw.com
jcartafalsa@putneylaw.com, jbc54@cornell.edu
rtucker@putneylaw.com, robert.m.tucker1@gmail.com
smacri@putneylaw.com

*Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America*

Eric J. Stock
Gibson, Dunn & Crutcher LLP
estock@gibsondunn.com
mao@gibsondunn.com

*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com

*and*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
**_Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair_**

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
**_Attorneys for Defendants A.P.E.X. American_**
**_Professional Exchange, LLC d/b/a_**
**_ProAuPair;_**
**_20/20 Care Exchange, Inc._**
**_d/b/a The International Au Pair Exchange_**

_/s/ Karla Freeman_
For Gordon  Rees Scully Mansukhani LLP