**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI, BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ, SARAH CAROLINA AZUELA RASCON, JULIANE HARNING, LAURA MEJIA JIMENEZ, and NICOLE MAPLEDORAM, and the conditionally certified classes that Plaintiffs represent.

DATED at Denver, Colorado this 12th day of May, 2017.

    Respectfully submitted,

    */s/* Juan P. Valdivieso

    Juan P. Valdivieso
    BOIES SCHILLER FLEXNER LLP
    1999 Harrison Street, Suite 900
    Oakland, California  94612
    Phone: (510) 874-1010
    jvaldivieso@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12th 2017, I electronically filed the foregoing ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via electronic means.

/s/ Juan P. Valdivieso
Juan P. Valdivieso