IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

─────────────────────────────────────────────────────────────

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF JOHN R. MANN AS COUNSEL FOR DEFENDANT AUPAIRCARE, INC.**
─────────────────────────────────────────────────────────────

The Court, having reviewed the Motion for Withdrawal of John R. Mann as Counsel for Defendant AuPairCare, Inc., and being otherwise fully advised in the premises,

HEREBY GRANTS the Motion for Withdrawal.  John R. Mann is permitted to withdraw as counsel for Defendant AuPairCare, Inc. and the Clerk of the Court is

directed to delete his email address from future CM/ECF filings and electronic notifications in this case.

Dated this ___ day of _____, 2017.

BY THE COURT:

_____
United States District Court Judge

1104001/32820890v.1