**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**All Parties' *Stipulated* Motion Concerning
<u>Scheduling and Class Certification Page Limits</u>**

**CERTIFICATE OF CONFERAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)**

The Parties are pleased to present this unanimously stipulated Motion. Pursuant to D.C. Colo.L.Civ.R. 7.1(a), the Parties certify as follows: Plaintiffs and counsel for certain Defendants began conferring in-person on the afternoon of Friday, May 12, 2017. Efforts continued with all Defendants that evening by email, and Defendants discussed the matters herein among themselves over the weekend. On Monday, May 15, 2017, Plaintiffs and certain of Defendants' counsel discussed this Motion, followed by emails among all Parties.

**Parties' Stipulated Motion Concerning
Scheduling and Class Certification Page Limits**

All Parties jointly and respectfully request an Order implementing the proposed schedule and limitations on class briefing that follow. Fed. R. Civ. Proc. 16(b)(4). The end result is only a 2-week extension of the current schedule, and limitations on class certification briefing that will reduce the Court and Parties' burdens.

The Parties recognize that all stakeholders—the Court, Plaintiffs, Defendants, and the putative Class members—have a strong interest in resolving class certification and the merits as efficiently as possible. The Parties are pleased to offer this proposal, which all agree is reasonable and efficient in light of developments in this complex litigation. *See* Fed. Jud. Ctr., Manual for Complex Litigation (4th ed.) § 22.613 (emphasizing the importance of resolving "difficulties in implementing current orders" as they arise and communication among counsel in complex cases [mass tort context]).

1

*First*, the Parties seek adjustments to the class certification briefing schedule that results in a net addition of 2 weeks to the overall case schedule. Each side made accommodations to the other so as to make this scheduling adjustment as modest as possible. The Parties jointly propose:

- An additional 2 weeks for Plaintiffs to file their motion for class certification;

- An additional 2 weeks for Defendants to file their oppositions; and

- A <u>reduction</u> of 2 weeks for Plaintiffs to file their reply.

All Parties agree that good cause exists under Rule 16(b)(4).

Plaintiffs believe the net 2-week adjustment is appropriate in light of the recently resolved and pending discovery disputes, as well as large productions in response to discovery negotiations and the re-scheduling of 30(b)(6) depositions. For example, at last Thursday's Court conference it became clear that data Plaintiffs may seek to use for class certification may not be produced for approximately two more weeks. Various Defendants have made significant document productions over the last several days, with a total of over approximately 10,000 pages. Some Defendants have had their 30(b)(6) depositions rescheduled in light of ongoing document productions and meet-and-confer efforts regarding document discovery. The most recent such rescheduling occurred on Friday, May 12 in advance of a deposition previously set for Monday, May 15. All Parties state that these discovery-related delays were the result of good-faith efforts on their part.

Defendants require an additional two weeks, both in light of ongoing discovery disputes and negotiations, and so that there is sufficient time for Defendants to organize and work to agree upon a joint class certification opposition (discussed in detail below) that will serve as the primary, unified response to the brief that Plaintiffs intend to file in support of their motion for class certification.

The scheduling adjustments above make it appropriate to shift other discovery deadlines by 2 weeks to ensure that the existing sequence of discovery is maintained.

*Second*, the Parties jointly propose a structure for class certification briefs that is intended to organize and streamline the briefing. The Parties believe this proposal will create a more efficient process than the *ad hoc* method used at the pleadings and FLSA conditional certification stages. The proposal is:

- principal briefs (opening and opposition) of up to 50 pages each;

- the option for each of the state wage-and-hour Defendants (fewer than half the total Defendants) also to submit no more than 12 pages of individual opposition briefing on facts and issues they contend are specific to each Defendant; and

- a consolidated Plaintiffs' reply brief of no more than 2/3 the total pages the Defendants submit in opposition.

Two Defendants, A.P.EX. American Professional Exchange, LLC ("APEX") and 20/20 Care Exchange, Inc. ("20/20"), are Antitrust-only Defendants that assert that they are

3

situated somewhat differently than other Defendants and may be unable to join in the Defendants' principal opposition brief. To the extent this is the case, APEX and 20/20 would file a single separate opposition brief not to exceed 15 pages absent leave of Court.

All Parties state that they intend to streamline briefing in a good faith attempt to use fewer than the full number of pages permitted under the schedule. Plaintiffs have discussed their general class certification briefing plan with Defendants, and Defendants agreed in principle to the page limits above in light of that plan. Defendants respectfully reserve the right to revisit the opposition page limits if Plaintiffs' briefing deviates from Defendants' expectations.

All Parties state that good cause exists to implement these briefing limitations because (a) reasonable page limits benefit the Court and all parties; and (b) setting page limits in advance significantly reduces motion practice and the distraction of logistical disputes during the class certification phase.

*   *   *

The following table summarizes the Parties' proposals above.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Rule 23 Motion | May 19, 2017 | June 2, 2017 |
| Defendants' Opposition to Plaintiffs' Rule 23 Motion | June 19, 2017 | July 17, 2017 |
| Affirmative Expert Disclosures | July 17, 2017 | July 31, 2017 |
| Plaintiffs' Reply in Support of Rule 23 Motion | July 19, 2017 | August 2, 2017 |
| Rebuttal Expert Disclosures | August 16, 2017 | August 30, 2017 |
| Fact Discovery Ends | September 22, 2017 | October 6, 2017 |
| Rule 56 Motions | October 16, 2017 | October 30, 2017 |
| Expert Discovery Ends | October 16, 2017 | October 30, 2017 |
| Opposition to Rule 56 Motion(s) | November 6, 2017 | November 20, 2017 |
| Reply in Support of Rule 56 Motion | November 20, 2017 | December 4, 2017 |

**CONCLUSION**

For all the foregoing reasons, all Parties jointly and respectfully request the schedule described herein be order.

Dated: May 16, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

*s/Sean P. Rodriguez*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Sean P. Rodriguez
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel.  (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

*s/ Justin J. Wolosz*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***


*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

8

*s/ Katheleen E. Craigmile*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

*s/ Susan M. Schaecher*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP**

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

**Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

10

*s/ Peggy Kozal*
Peggy E. Kozal (pkozal@gordonrees.com)
Thomas Baker Quinn (tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Reese LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant AuPairCare, Inc.**

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald (mfitzgerald@bhfs.com)
David B. Meschke (dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi (bcolaizzi@shermanhoward.com)
Heather F. Vickles (hvickles@shermanhoward.com)
Raymond M. Deeny (rdeeny@shermanhoward.com)
Joseph Hunt (jhunt@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant InterExchange, Inc.**

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant USAuPair, Inc.**

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**Attorneys for Defendant GreatAuPair, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2017, I served the foregoing filing, including its attached proposed order via email to the following:

| | |
|---|---|
| Matthew Lane Schwartz | mlschwartz@bsfllp.com |
| Peter Murray Skinner | pskinner@bsfllp.com |
| Randall Wade Jackson | rjackson@bsfllp.com |
| Sigrid Stone McCawley | smccawley@bsfllp.com |
| Lauren Fleischer Louis | llouis@bsfllp.com |
| Sabrina Alexandria McElroy | smcelroy@bsfllp.com |
| Dawn L. Smalls | dsmalls@bsfllp.com |
| Alexander Hood | alex@towardsjustice.org |
| Brooke A. Colaizzi | bcolaizzi@shermanhoward.com |
| Heather F. Vickles | hvickles@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| William J. Kelly III | wkelly@kellywalkerlaw.com |
| Chandra M. Feldkamp | cfeldkamp@kellywalkerlaw.com |
| Meshach Y. Rhoades | mrhoades@armstrongteasdale.com |
| Martin J. Estevao | mestevao@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David B. Meschke | dmeschke@bhfs.com |
| Martha L. Fitzgerald | mfitzgerald@bhfs.com |
| Adam Hubbard | aahubbard@hollandhart.com |
| James E. Hartley | jhartley@hollandhart.com |
| Jonathan S. Bender | jsbender@hollandhart.com |
| Thomas B. Quinn | tquinn@gordonrees.com |
| Brian P. Maschler | brian.maschler@arentfox.com |
| Peggy Kozal | pkozal@gordonrees.com |
| John R. Mann | jmann@gordonrees.com |
| Lawrence L. Lee | llee@laborlawyers.com |
| Susan M. Schaecher | sschaecher@laborlawyers.com |
| Joseph B. Cartafalsa | jcartafalsa@putneylaw.com |
| Stephen J. Macri | smacri@putneylaw.com |
| John B. Fulfree | jfulfree@putneylaw.com |
| Robert M. Tucker | rtucker@putneylaw.com |
| Kathryn A. Reilly | reilly@wtotrial.com |
| Grace Anne Fox | fox@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |
| Lawrence D. Stone | lstone@nixonshefrin.com |
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |

*/s/ Sean P. Rodriguez*