**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**[PROPOSED] ORDER GRANTING ALL PARTIES' *STIPULATED* MOTION CONCERNING
SCHEDULING AND CLASS CERTIFICATION PAGE LIMITS [D.E.   ]**

---

The Court has reviewed All Parties' *Stipulated* Motion Concerning Scheduling and Class Certification Page Limits and is otherwise fully advised on the matter.  For good cause appearing, it is hereby ORDERED that the Stipulated Motion is **GRANTED** pursuant to Rule 16(b) and this Court's inherent power to manage its docket and the litigation before it.

The limits on Class Certification briefing are ordered as set forth in the Stipulated Motion.  The Scheduling Order is also revised consistent with the Stipulated Motion. The table that follows reflects the new schedule for the sake of clarity and ease of reference:

| Event | Deadline |
|---|---|
| Plaintiffs' Rule 23 Motion | June 2, 2017 |
| Defendants' Opposition to Plaintiffs' Rule 23 Motion | July 17, 2017 |
| Affirmative Expert Disclosures | July 31, 2017 |
| Plaintiffs' Reply in Support of Rule 23 Motion | August 2, 2017 |
| Rebuttal Expert Disclosures | August 30, 2017 |
| Fact Discovery Cut-off | October 6, 2017 |
| Rule 56 Motion(s) | October 30, 2017 |
| Expert Discovery Cut-off | October 30, 2017 |
| Opposition to Rule 56 Motion(s) | November 20, 2017 |
| Reply in Support of Rule 56 Motion(s) | December 4, 2017 |

DATED this _____day of _____ 2017.

BY THE COURT

_____