IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ, and
SARAH CAROLINE AZUELA RASCON,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, d/b/a/ Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair,
THE 20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange,
ASSOCIATES IN CULTERUAL EXCANGE, d/b/a GoAu Pair, and
GOAUPAIR OPERATIONS, LLC,

    Defendants.

---

**ORDER GRANTING ALL PARTIES' STIPULATED MOTION CONCERNING
SCHEDULING AND CLASS CERTIFICATION PAGE LIMITS**

This matter is before the Court on All Parties' Stipulated Motion Concerning Scheduling and Class Certification Page Limits (Doc. # 553) and the Court has reviewed the relevant pleadings.

For good cause appearing, it is hereby ORDERED that the Stipulated Motion is GRANTED pursuant to Rule 16(b) and this Court's inherent power to manage its docket and the litigation before it.

The limits on Class Certification briefing are ordered as set forth in the Stipulated Motion. The Scheduling Order is also revised consistent with the Stipulated Motion. The table that follows reflects the new schedule for the sake of clarity and ease of reference:

| Event | Deadline |
| --- | --- |
| Plaintiffs' Rule 23 Motion | June 2, 2017 |
| Defendants' Opposition to Plaintiffs' Rule 23 Motion | July 17, 2017 |
| Affirmative Expert Disclosures | July 31, 2017 |
| Plaintiffs' Reply in Support of Rule 23 Motion | August 2, 2017 |
| Rebuttal Expert Disclosures | August 30, 2017 |
| Fact Discovery Cut-off | October 6, 2017 |
| Rule 56 Motion(s) | October 30, 2017 |
| Expert Discovery Cut-off | October 30, 2017 |
| Opposition to Rule 56 Motion(s) | November 20, 2017 |
| Reply in Support of Rule 56 Motion(s) | December 4, 2017 |

DATED:  May 19, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge