IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | May 11, 2017 |
| Courtroom Deputy: | Laura Galera | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, | Dawn Smalls |
| LUSAPHO HLATSHANENI, | Joshua Libling |
| BEAUDETTE DEETLEFS, | |
| DAYANNA PAOLA CARDENAS CAICEDO, and | |
| ALEXANDRA IVETTE GONZALEZ, | |
| SARAH CAROLINA AZUELA RASCON, | |
| LAURA MEJIA JIMENEZ, | |
| JULIANE HARNING, | |
| NICOLE MAPLEDORAM, and those similarly situated, | |
| Plaintiffs, | |
| v. | |
| INTEREXCHANGE, INC, | Brooke Colaizzi |
| USAUPAIR, INC., | |
| GREAT AUPAIR, LLC, | Martin Estevao |
| EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair, | |
| EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS, | Martha Fitzgerald |
| CULTURAL HOMSTAY INTERNATIONAL, | Jonathan Bender |
| | Adam Hubbard |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Joan Lukey |
| | Justin Wolosz |
| AUPAIRCARE INC., | Peggy Kozal |
| AU PAIR INTERNATIONAL, INC., | |
| AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ GoAuPair, | Kathryn Reilly |
| | Justin Wolosz |
| GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair, | |
| AGENT AU PAIR, | |
| APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation, | Lawrence Lee |
| AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America, | |

A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,       Katherine Craigmile
LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International
Au Pair Exchange,

  Defendants.

# COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE/ STATUS CONFERENCE**

**9:10 a.m.      Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding the anti-trust defendants releasing au pair information.

**ORDERED:**   All remaining anti-trust defendants must give au pair information **within 14 days of today's order.**  This information must include the names of all au pairs sponsored by the sponsor Defendant at any time on or after July 24, 2009, the au pair's last known address and home country address, any and all e-mail addresses and telephone numbers (including cellular numbers) associated with the au pair, any and all other contact information for the au pair, such as Facebook ID, Twitter handle, Skype address, or the like, and the au pair's dates of employment.

**9:54 a.m.      Court in recess.**

**10:01 a.m.     Court in session.**

Court proceeds to the discovery portion of the hearing.

Discussion regarding a Declaration from Ms. Boehne and the work product doctrine, Cultural Care's privilege logs, documents relating to a third party entity, and Plaintiff's requested communication between Cultural Care and other sponsors.

Discussion regarding host family contact information, as well as the duration of time host families had au pairs.

Having failed to resolve these issues, the Court will allow the parties to file a motion, if necessary.

**11:28 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    2:11

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.