**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL*.

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL*.

     Defendants.

---

**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

---

I, Sean P. Rodriguez, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am a partner with the law firm of Boies Schiller Flexner LLP, Co-Counsel for the named Plaintiffs and the conditionally certified FLSA class, as well as the proposed Co-Counsel for the putative Rule 23 classes.  As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. I am admitted in this case *pro hac vice*.  The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

***Agent Au Pair***

2.     On May 12, 2017, a representative for Defendant Agent Au Pair, Stacey Frank, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct

copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 1**.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the document marked as Exhibit 4 in the May 12, 2017 Rule 30(b)(6) deposition of Defendant Agent Au Pair, bearing production numbers AAP_0000767-768, an email chain dated April 27, 2009 from Stacey Frank to Helene Young.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the document marked as Exhibit 18 in the May 12, 2017 Rule 30(b)(6) deposition of Defendant Agent Au Pair, bearing production numbers AAP_0004088-4093, 767-768, entitled "2010 Agent Au Pair, Inc. Host Family Agreement".

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document produced to Plaintiffs by Defendant Agent Au Pair, bearing production numbers AAP_0001135-1137, entitled "International Agent Contract".

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document produced to Plaintiffs by Defendant Agent Au Pair, bearing production numbers AAP_0002597-2694, entitled "Agent Au Pair".

*AuPairCare*

7.      On May 4, 2017, two representatives for Defendant AuPairCare provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition: Sarah McNamara and Marcie Schneider.  A true and correct copy of testimony excerpts from Sarah McNamara's deposition relevant to the instant motion is attached hereto as **Exhibit 6**.  A true and correct copy of testimony excerpts from Marcie Schneider's deposition relevant to the instant motion is attached hereto as **Exhibit 7**.

8.      Attached hereto as **Exhibit 8** is a true and correct copy of the document

marked as Exhibit 8 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000489, entitled "Fraud Warning for APs General".

9.      Attached hereto as **Exhibit 9** is a true and correct copy of the document marked as Exhibit 9 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production numbers APC 000254-261, entitled "AuPairCare Au Pair Agreement (rev. 11/2009)".

10.     Attached hereto as **Exhibit 10** is a true and correct copy of the document marked as Exhibit 10 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000262-268, entitled "AuPairCare Au Pair Agreement".

11.     Attached hereto as **Exhibit 11** is a true and correct copy of the document marked as Exhibit 11 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000269-274, entitled "AuPairCare 2012 Au Pair Agreement".

12.     Attached hereto as **Exhibit 12** is a true and correct copy of the document marked as Exhibit 12 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000275-280, entitled "AuPairCare Au Pair Agreement".

13.     Attached hereto as **Exhibit 13** is a true and correct copy of the document marked as Exhibit 13 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000281-286, entitled "AuPairCare 2014 Au Pair Agreement".

14.     Attached hereto as **Exhibit 14** is a true and correct copy of the document marked as Exhibit 14 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000287-292, entitled "AuPairCare 2015 Au Pair Agreement".

15.     Attached hereto as **Exhibit 15** is a true and correct copy of the document marked as Exhibit 20 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 001268-1286, entitled "Au Pair & Host Family Agreement".

16.     Attached hereto as **Exhibit 16** is a true and correct copy of the document marked as Exhibit 21 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000496-590, entitled "AuPairCare Au Pair Handbook".

17.     Attached hereto as Ex**hibit 17** is a true and correct copy of the document marked as Exhibit 22 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000484-488, entitled "AuPairCare - Au Pair Detail".

18.     Attached hereto as **Exhibit 18** is a true and correct copy of the document marked as Exhibit 23 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 002172-2173, an email chain dated July 26, 2011, from Sarah McNamara to Heidi Woehl and Casey Barnes.

19.     Attached hereto as **Exhibit 19** is a true and correct copy of the document marked as Exhibit 26 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant

AuPairCare's representative Sarah McNamara, bearing production number APC 000299-305, entitled "2010 AuPairCare Host Family Agreement".

20.      Attached hereto as **Exhibit 20** is a true and correct copy of the document marked as Exhibit 27 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000306-312, entitled "2011 AuPairCare Host Family Agreement".

21.      Attached hereto as **Exhibit 21** is a true and correct copy of the document marked as Exhibit 28 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000313-321, entitled "2012 AuPairCare Host Family Agreement".

22.      Attached hereto as **Exhibit 22** is a true and correct copy of the document marked as Exhibit 29 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000322-330, entitled "2013 AuPairCare Host Family Agreement".

23.      Attached hereto as **Exhibit 23** is a true and correct copy of the document marked as Exhibit 30 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000331-339, entitled "2014 AuPairCare Host Family Agreement".

24.      Attached hereto as **Exhibit 24** is a true and correct copy of the document marked as Exhibit 31 in the May 4, 2017 Rule 30(b)(6) deposition of Defendant AuPairCare's representative Sarah McNamara, bearing production number APC 000340-348, entitled "2015 AuPairCare Host Family Agreement".

25.      Attached hereto as **Exhibit 25** is a true and correct copy of a document

produced to Plaintiffs by Defendant AuPairCare, bearing production numbers APC 000349-355, entitled "AuPairCare Host Family Agreement".

*APEX & 20/20*

26.     On May 2, 2017, a representative for Defendants A.P.E.X. & 20/20, Heidi Mispagel, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 26**.

27.     Attached hereto as **Exhibit 27** is a true and correct copy of the document marked as Exhibit 5 in the May 2, 2017 Rule 30(b)(6) deposition of Defendants A.P.E.X. & 20/20, bearing production numbers APEX-20/20 261-264, entitled "PROaupair professional live-in childcare Pre-Match Pricing".

28.     Attached hereto as **Exhibit 28** is a true and correct copy of the document marked as Exhibit 25 in the May 2, 2017 Rule 30(b)(6) deposition of Defendants A.P.E.X. & 20/20, bearing production numbers APEX-20/20 494, an email from Ilir Zherka, Executive Director, Alliance for International Exchange, dated January 29, 2016, re: "Update – Good News and Next Steps".

*Au Pair Foundation*

29.     On May 9, 2017, a representative for Defendant APF, Theresa Nelson, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 29**.

30.     Attached hereto as **Exhibit 30** is a true and correct copy of the document marked as Exhibit 12 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF, bearing production numbers APF000274-288, an email chain dated October 24, 2013,

from Carrie Crompton re: "Au Pair Questions", including attachments "2013 Au Pair

Foundation Brochure.pdf" and "Inquiry packet.pdf".

31.     Attached hereto as **Exhibit 31** is a true and correct copy of the document

marked as Exhibit 13 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF,

bearing production numbers APF000126-130, entitled "Au Pair Application – Au Pair

Pledge".

32.     Attached hereto as **Exhibit 32** is a true and correct copy of the document

marked as Exhibit 15 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF,

bearing production numbers APF 000095-100, entitled "Host Family Application – Host

Family Agreement."

33.     Attached hereto as **Exhibit 33** is a true and correct copy of the document

marked as Exhibit 16 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF,

bearing production numbers EAP0002942-2943, an email dated February 3, 2014, from

Holly Stephens (U.S. Department of State) re: "Guidance on Workers' Compensation for

Au Pairs, Illinois".

34.     Attached hereto as **Exhibit 34** is a true and correct copy of the document

marked as Exhibit 19 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF,

bearing production numbers APF000137-150, entitled "Au Pair Foundation Host Family –

Au Pair Agreement".

35.     Attached hereto as **Exhibit 35** is a true and correct copy of the document

marked as Exhibit 20 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF,

bearing production numbers APF000160-202, entitled "Au Pair Foundation Au Pair

Handbook".

36.     Attached hereto as **Exhibit 36** is a true and correct copy of the document marked as Exhibit 26 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF, bearing production numbers Ex[ertAuPair028121-122, an email dated February 19, 2016, from Ilir Zherka, Executive Director, Alliance for International Exchange re: "DOS Meeting".

37.     Attached hereto as **Exhibit 37** is a true and correct copy of the document marked as Exhibit 28 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant APF, bearing production numbers CHI0001202-1205, an email chain dated July 16, 2013, between Theresa Nelson (APF) and Deborah Herlocker (CHI) re: "Euro International Education Consultancy".

*Au Pair International*

38.     On May 12, 2017, a representative for Defendant API, Steve Lehan, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 38**.

39.     Attached hereto as **Exhibit 39** is a true and correct copy of the document marked as Exhibit 3 in the May 12, 2017 Rule 30(b)(6) deposition of Defendant API, bearing production numbers API00002067-2089, entitled "International Sending Agent Handbook: Guide for Sending Qualified Au Pairs to America."

40.     Attached hereto as **Exhibit 40** is a true and correct copy of the document marked as Exhibit 20  in the May 12, 2017 Rule 30(b)(6) deposition of Defendant API, bearing production numbers API00001527-1531, an email chain dated August 18, 2014, between Melissa Bonfada and Katrina Vanderhulst re: "Application."

41.     Attached hereto as **Exhibit 41** is a true and correct copy of a document

produced to Plaintiffs by Defendant API, bearing production numbers API_36-37, entitled "Au Pair Agreement."

42.     Attached hereto as **Exhibit 42** is a true and correct copy of a document produced to Plaintiffs by Defendant API, bearing production numbers API00002248-2318, entitled "Au Pair Handbook."

43.     Attached hereto as **Exhibit 43** is a true and correct copy of a document produced to Plaintiffs by Defendant API, bearing production numbers API00001576-1579, an email chain dated November 11, 2009, between Brigid Bungum and Alisha Paolino and Steve Lehan re: "Bungum/Tomiyama (Next Year)."

*Au Pair in America*

44.     On May 11, 2017, a representative for Defendant APIA, Ruth Ferry, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 44**.

45.     Attached hereto as **Exhibit 45** is a true and correct copy of the document marked as Exhibit 4 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0058232-58238, entitled "Community Counselor Letter of Agreement 2009."

46.     Attached hereto as **Exhibit 46** is a true and correct copy of the document marked as Exhibit 13 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS 0002079-2082, entitled "Au Pair in America Fact Sheet."

47.     Attached hereto as **Exhibit 47** is a true and correct copy of the document marked as Exhibit 15 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA,

bearing production numbers AIFS0067245-67254, entitled "Au Pair in America Extension Program."

48.     Attached hereto as **Exhibit 48** is a true and correct copy of the document marked as Exhibit 16 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0058826-58828, entitled "Internal Memorandum."

49.     Attached hereto as **Exhibit 49** is a true and correct copy of the document marked as Exhibit 21 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0002665-2668, an email from Karen Paris-Beck, Placement Services Coordinator for APIA, dated May 15, 2014, re: fee breakdown.

50.     Attached hereto as **Exhibit 50** is a true and correct copy of the document marked as Exhibit 26 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production number AIFS0003520, an email chain dated September 24, 2009, between Ruth Ferry (APIA) and Susan Robinson (Cultural Care) re: "Your meetings with the chairs."

51.     Attached hereto as **Exhibit 51** is a true and correct copy of the document marked as Exhibit 31 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant APIA, bearing production numbers AIFS0058474-58477, entitled "Competitive analysis for au pair programs (October 2009)."

52.     Attached hereto as **Exhibit 52** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production number AIFS 0000061, entitled "Host Family and Au Pair/Companion Agreement."

53.     Attached hereto as **Exhibit 53** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production number AIFS0003511, an

email from Ruth Ferry (APIA) to Christine LaMonica-Lunn (InterExchange), dated February 3, 2009, re: "Lunch for AP Sponsor Meeting Feb 10."

54.      Attached hereto as **Exhibit 54** is a true and correct copy of a document produced to Plaintiffs by Defendant APIA, bearing production numbers AIFS0062207-62295, entitled "Day One" (Orientation Packet).

*Cultural Care*

55.      On April 14, 2017, a representative for Defendant Cultural Care, Natalie Jordan, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 55**.

56.      Attached hereto as **Exhibit 56** is a true and correct copy of the document marked as Exhibit 4 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production number CC00008564, entitled "Cultural Care Au Pair Staffing Patterns."

57.      Attached hereto as **Exhibit 57** is a true and correct copy of the document marked as Exhibit 5 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00034504-34511, entitled "Cultural Care, Inc. Financial Statements (Reviewed): Years ended September 30, 2010 and 2009."

58.      Attached hereto as **Exhibit 58** is a true and correct copy of the document marked as Exhibit 7 in the April 17, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00003114-3115, entitled "Competitor Guide 2014."

59.      Attached hereto as **Exhibit 59** is a true and correct copy of the document marked as Exhibit 8 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural

Care, bearing production numbers CC00000966-976, entitled "A Flexible, Affordable Childcare Solution".

60.     Attached hereto as **Exhibit 60** is a true and correct copy of the document marked as Exhibit 9 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00000934-943, entitled "Choosing the Right Childcare: 11 important questions to ask yourself before making a decision."

61.     Attached hereto as **Exhibit 61** is a true and correct copy of the document marked as Exhibit 13 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, an example of Cultural Care's current website, entitled "How much does an Au Pair Cost?", dated April 12, 2017.

62.     Attached hereto as **Exhibit 62** is a true and correct copy of the document marked as Exhibit 15 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00033089-33097, entitled "Cultural Care Au Pair Agreement."

63.     Attached hereto as **Exhibit 63** is a true and correct copy of the document marked as Exhibit 16 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00001650-1651, entitled "Host Family Call Structure."

64.     Attached hereto as **Exhibit 64** is a true and correct copy of the document marked as Exhibit 26 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production numbers CC00017601-17602, an email chain dated October 11, 2013, between Natalie Jordan (Cultural Care) and Michael McHugh (InterExchange), re: "Weekend Classes."

65.     Attached hereto as **Exhibit 65** is a true and correct copy of the document marked as Exhibit 28 in the April 14, 2017 Rule 30(b)(6) deposition of Defendant Cultural Care, bearing production number CC00009209, an email chain dated December 27, 2013, between Goran Rannefors, David Widerberg, and Pehr Karlsson, re: "minimum wage."

### *Cultural Homestay International*

66.     On May 16, 2017, two representatives for Defendant CHI provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition: Christina Reilly and Thomas Areton. A true and correct copy of testimony excerpts from Christina Reilly's deposition relevant to the instant motion is attached hereto as **Exhibit 66**.

67.     Attached hereto as **Exhibit 67** is a true and correct copy of the document marked as Exhibit 14 in the May 16, 2017 Rule 30(b)(6) deposition of Defendant CHI, bearing production numbers CHI0002546-2568, entitled "Partner Agency Training."

68.     Attached hereto as **Exhibit 68** is a true and correct copy of the document marked as Exhibit 19 in the May 16, 2017 Rule 30(b)(6) deposition of Defendant CHI, bearing production numbers CHI0002324-2331, entitled "Au Pair Promise and Agreement."

69.     Attached hereto as **Exhibit 69** is a true and correct copy of the document marked as Exhibit 22 in the May 16, 2017 Rule 30(b)(6) deposition of Defendant CHI, bearing production number CHI0001466, an email chain dated July 17, 2012, between Linda Mori (CHI) and Helene Young (USAuPair), re: "Question."

70.     Attached hereto as **Exhibit 70** is a true and correct copy of the document marked as Exhibit 28 in the May 16, 2017 Rule 30(b)(6) deposition of Defendant CHI,

bearing production numbers CHI0022790-22791, an email chain dated April 11, 2011, between Deborah Herlocker and Chris Burbach, re: "Diana/Bakay."

Attached hereto as Exhibit 71 is a true and correct copy of Defendant CHI's website, entitled "Pricing," dated May 14, 2017.

***EurAuPair***

71.     On April 30, 2017, a representative for Defendant EurAuPair, Celia Parker, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 72**.

72.     Attached hereto as **Exhibit 73** is a true and correct copy of the document marked as Exhibit 11 in the April 30, 2017 Rule 30(b)(6) deposition of Defendant EurAuPair, bearing production numbers EAP0001162-1170, entitled "Host Family Recruiter Manual."

73.     Attached hereto as **Exhibit 74** is a true and correct copy of the document marked as Exhibit 16 in the April 30, 2017 Rule 30(b)(6) deposition of Defendant EurAuPair, bearing production numbers EAP0001733-1772, entitled "Au Pair Handbook."

74.     Attached hereto as **Exhibit 75** is a true and correct copy of the document marked as Exhibit 19 in the April 30, 2017 Rule 30(b)(6) deposition of Defendant EurAuPair, bearing production numbers EAP0003608-3827, entitled "Community Counselor Manual."

75.     Attached hereto as **Exhibit 76** is a true and correct copy of the document marked as Exhibit 25 in the April 30, 2017 Rule 30(b)(6) deposition of Defendant EurAuPair, bearing production number EAP0000821, entitled "EurAupair Host Family/Au

Pair Agreement."

76.     Attached hereto as **Exhibit 77** is a true and correct copy of a document produced to Plaintiffs by Defendant EurAuPair, bearing production number EAP0000612, entitled "State Department Meeting with Au Pair Program Sponsors: July 17, 2015."

77.     Attached hereto as **Exhibit 78** is a true and correct copy of a document produced to Plaintiffs by Defendant EurAuPair, bearing production numbers EAP0001557-59, an email from Heidi Woehl, Vice President, APC, dated August 2, 2011, re: "From AuPairCare."

78.     Attached hereto as **Exhibit 79** is a true and correct copy of a document produced to Plaintiffs by Defendant EurAuPair, bearing production numbers EAP0004961-4962, an email chain between Taija Pietz (EurAuPair) and Amanda (Cultural Care), re: "Changing."

*Expert AuPair*

79.     On May 9, 2017, a representative for Defendant Expert AuPair, Mark Gaulter, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 80**.

80.     Attached hereto as **Exhibit 81** is a true and correct copy of the document marked as Exhibit 10 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant Expert AuPair, bearing production numbers ExpertAuPair025398-26400, an agreement between Expert AuPair and ProAuPair LLC.

81.     Attached hereto as **Exhibit 82** is a true and correct copy of the document marked as Exhibit 12 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant Expert

AuPair, bearing production number ExpertAuPair022941, entitled "Sponsor Organizations Comparison."

82.      Attached hereto as **Exhibit 83** is a true and correct copy of the document marked as Exhibit 14 in the May 9, 2017 Rule 30(b)(6) deposition of Defendant Expert AuPair, bearing production numbers ExpertAuPair000001-000008, entitled "Au Pair Agreement."

*GoAuPair*

83.      On May 11, 2017, a representative for Defendant GoAuPair, A. William Kapler, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 84**.

84.      Attached hereto as **Exhibit 85** is a true and correct copy of the document marked as Exhibit 5 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, bearing production numbers GAP_00046733-46734, a website page entitled "Apply Now," accessed on June 20, 2012.

85.      Attached hereto as **Exhibit 86** is a true and correct copy of the document marked as Exhibit 6 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, a website page entitled "What is Au Pair Child Care?," accessed on May 10, 2017.

86.      Attached hereto as **Exhibit 87** is a true and correct copy of the document marked as Exhibit 7 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair a website page entitled "3 Steps to Become an Au Pair," accessed on May 11, 2017.

87.      Attached hereto as **Exhibit 88** is a true and correct copy of the document

marked as Exhibit 9 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, bearing production numbers GAP_00015599-15644, entitled "Local Area Representative Manual."

88.      Attached hereto as **Exhibit 89** is a true and correct copy of the document marked as Exhibit 10 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, bearing production numbers GAP_00006982-7017, entitled "International Representative Manual."

89.      Attached hereto as **Exhibit 90** is a true and correct copy of the document marked as Exhibit 11 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, bearing production numbers GAP_00010764-11040, entitled "2013 Annual Department of State Audit for American Cultural Exchange dba Go Au Pair."

90.      Attached hereto as **Exhibit 91** is a true and correct copy of the document marked as Exhibit 19 in the May 11, 2017 Rule 30(b)(6) deposition of Defendant GoAuPair, bearing production numbers GAP_00003308-3309, an email chain dated December 25, 2014, between Susan Hayes (EurAuPair) and Tanna Wilson (GoAuPair) and Bill Kapler (GoAuPair), re: "Civil Action Summons to ALL sponsors."

91.      Attached hereto as **Exhibit 92** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_ 00000981, entitled "Au Pair Training Verification."

92.      Attached hereto as **Exhibit 93** is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_00012089-12095, an email chain dated October 26, 2011, between Holly Timm and Devon Kapler, re: "[Alliance] NYT article on Summer Work Travel program."

Attached hereto as Exhibit 94  is a true and correct copy of a document produced to Plaintiffs by Defendant Go Au Pair, bearing production numbers GAP_00027529-27681, entitled "2009 Annual Department of State Audit for American Cultural Exchange dba GoAuPair.

**GreatAuPair**

93.     Attached hereto as **Exhibit 95** is a true and correct copy of the document marked as Exhibit 18 [Unofficial] in the May 31, 2017 Rule 30(b)(6) deposition of Defendant GreatAuPair, bearing production numbers GAP00036023-36030, entitled "Au Pair Agreement."

94.     Attached hereto as **Exhibit 96** is a true and correct copy of a document produced to Plaintiffs by Defendant GreatAuPair, bearing production numbers GAP00005913-5914, a program brochure advertising training, travel, insurance, and other assistance GreatAuPair provides to *au pairs* participating in its program.

**InterExchange**

95.     On **April 6, 2017**, a representative for Defendant InterExchange, Michael McHugh, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 97**.

96.     Attached hereto as **Exhibit 98** is a true and correct copy of the document marked as Exhibit 5 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant InterExchange, bearing production numbers InterExchange0004450-4475, entitled "2010 Host Family Application."

97.     Attached hereto as **Exhibit 99** is a true and correct copy of the document

marked as Exhibit 14 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant

InterExchange, a website page entitled "Live-In Child Care for Less," dated June 21,

2012.

98.     Attached hereto as **Exhibit 100** is a true and correct copy of the document

marked as Exhibit 28 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant

InterExchange, bearing production numbers InterExchange0005191-5220, entitled

"Online Tutorial Outline."

99.     Attached hereto as **Exhibit 101** is a true and correct copy of the document

marked as Exhibit 29 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant

InterExchange, bearing production numbers InterExchange0028522-28544, entitled

"NYC Au Pair Orientation & Training."

100.     Attached hereto as **Exhibit 102** is a true and correct copy of the document

marked as Exhibit 34 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant

InterExchange, bearing production numbers InterExchangeo007875-7876, an email from

Michael McHugh (InterExchange) to Helene Young (USAuPair), dated January 13, 2012,

re: "1995 DOL regs on host family record keeping."

101.     Attached hereto as **Exhibit 103** is a true and correct copy of the document

marked as Exhibit 39 in the April 6, 2017 Rule 30(b)(6) deposition of Defendant

InterExchange, bearing production numbers InterExchange0009311-9343, entitled

"InterExchange Au Pair USA: International Cooperator Handbook."

102.     Attached hereto as **Exhibit 104** is a true and correct copy of a document

produced to Plaintiffs by Defendant InterExchange, bearing production number

InterExchange0036488, an email from Michael McCarry, Executive Director, Alliance for

International Educational & Cultural Exchange, dated March 13, 2009, re: "Draft paper re educational component."

### *USAuPair*

103.     On May 1, 2017 a representative for Defendant USAuPair, Helene Young, provided testimony in a Fed. R. Civ. P. 30(b)(6) deposition.  A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as Exhibit 105.

104.     Attached hereto as **Exhibit 106** is a true and correct copy of the document marked as Exhibit 4 in the May 1, 2017 Rule 30(b)(6) deposition of Defendant USAuPair, bearing production number USA 00467, entitled "Au Pair Code of Conduct."

105.     Attached hereto as **Exhibit 107** is a true and correct copy of the document marked as Exhibit 5 in the May 1, 2017 Rule 30(b)(6) deposition of Defendant USAuPair, bearing production number USA 00469, entitled "Au Pair Code of Conduct."

106.     Attached hereto as **Exhibit 108** is a true and correct copy of the document marked as Exhibit 7 in the May 1, 2017 Rule 30(b)(6) deposition of Defendant USAuPair, bearing production numbers USA 00266-00267, entitled "Host Family Agreement."

### *Named Plaintiffs*

107.     Attached hereto as **Exhibit 109** is a true and correct copy of the Declaration of Johana Paola Beltran, dated July 25, 2016, previously submitted to the Court as Exhibit D to the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E. 325-1).

108.     On August 30, 2016, Plaintiff Johana Paola Beltran provided testimony in a deposition in this matter.  A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 110**.

109.     Attached hereto as **Exhibit 111** is a true and correct copy of the

Declaration of Beaudette Deetlefs, dated July 18, 2016, previously submitted to the Court

as Exhibit E to the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for

Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E.

325-1).

110.     Attached hereto as **Exhibit 112** is a true and correct copy of the

Declaration of Juliane Harning, dated August 12, 2016, previously submitted to the Court

as Exhibit A to the Declaration of Matthew L. Schwartz in Support of Plaintiffs' Second

Motion for Conditional Collective Action Certification and Incorporated Memorandum of

Law, dated August 15, 2016 (D.E. 330-1).

111.     On September 8, 2016, Plaintiff Juliane Harning provided testimony in a

deposition in this matter.  A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 113**.

112.     Attached hereto as **Exhibit 114** is a true and correct copy of the

Declaration of Lusapho Hlatshaneni, dated July 19, 2016, previously submitted to the

Court as Exhibit F to the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for

Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E.

325-1).

113.     On September 7, 2016, Plaintiff Lusapho Hlatshaneni provided testimony

in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 115**.

114.     Attached hereto as **Exhibit 116** is a true and correct copy of the

Declaration of Ivette Alexandra Gonzalez Cortes, dated July 25, 2016, previously submitted to the Court as Exhibit A to the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E. 325-1).

115.     On September 28, 2016, Plaintiff Ivette Alexandra Gonzalez Cortes provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 117**.

116.     Attached hereto as **Exhibit 118** is a true and correct copy of the Declaration of Laura Mejia Jimenez, dated August 15, 2016, previously submitted to the Court as Exhibit C to the Declaration of Matthew L. Schwartz in Support of Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E. 330-1).

117.     On September 14, 2016, Plaintiff Laura Mejia Jimenez provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 119**.

118.     Attached hereto as **Exhibit 120** is a true and correct copy of the Declaration of Nicole Mapledoram, dated August 15, 2016, previously submitted to the Court as Exhibit B to the Declaration of Matthew L. Schwartz in Support of Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law (D.E. 330-1).

119.     On October 3, 2016 Plaintiff Nicole Mapledoram provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 121**.

120.     On March 3, 2017 Plaintiff Sarah Carolina Azuela Rascon provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 122**.

121.     Attached hereto as **Exhibit 123** is a true and correct copy of Exhibit 154 to the March 3, 2017 Deposition of Plaintiff Sarah Carolina Azuela Rascon, entitled "Plaintiff Sarah Carolina Azuela Rascon's Response to Defendant Cultural Care, Inc.'s First Set of Discovery Request."

122.     Attached hereto as **Exhibit 124** is a true and correct copy of Exhibit 155 to the March 3, 2017 Deposition of Plaintiff Sarah Carolina Azuela Rascon, entitled "Declaration of Sarah Carolina Azuela Rascon dated January 27, 2017."

123.     Attached hereto as **Exhibit 125** is a true and correct copy of the Declaration of Cathy Caramelo, dated June 1, 2017.

124.     Attached hereto as **Exhibit 126** is a true and correct copy of the Declaration of Linda Elizabeth, dated June 1, 2017.

125.     Attached hereto as **Exhibit 127** is a true and correct copy of the Declaration of Camila Gabriela Perez Reyes, dated June 2, 2017.

126.     On September 14, 2016, Plaintiff Laura Mejia Jimenez provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 128**, previously submitted to the Court as Exhibit G to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

127.     On September 21, 2016, Plaintiff Beaudette Deetlefs provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 129**, previously submitted to the Court as

Exhibit H to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to

Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

128.    On September 8, 2016, Plaintiff Juliane Harning provided testimony in a

deposition in this matter. A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 130**, previously submitted to the Court as

Exhibit I to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to

Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

129.    On September 28, 2016, Plaintiff Ivette Alexandra Gonzalez Cortes

provided testimony in a deposition in this matter. A true and correct copy of testimony

excerpts relevant to the instant motion is attached hereto as **Exhibit 131**, previously

submitted to the Court as Exhibit J to the Declaration of Lauren Louis in Further Support

of Plaintiffs' Reply to Opposition to Motions for Conditional Collective Action Certification

(D.E. 383-1).

130.    On September 7, 2016, Plaintiff Lusapho Hlatshaneni provided testimony

in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 132**, previously submitted to the Court as

Exhibit K to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to

Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

131.    On August 30, 2016, Plaintiff Johana Paola Beltran provided testimony in

a deposition in this matter. A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 133**, previously submitted to the Court as

Exhibit L to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to

Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

132.     On October 3, 2016, Plaintiff Nicole Mapledoram provided testimony in a deposition in this matter. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 134** previously submitted to the Court as Exhibit M to the Declaration of Lauren Louis in Further Support of Plaintiffs' Reply to Opposition to Motions for Conditional Collective Action Certification (D.E. 383-1).

*Court Docket Entries*

133.     Attached hereto as **Exhibit 135** is a true and correct copy of Defendant Cultural Care, Inc.'s Motion to Dismiss All Claims In First Amended Complaint Pursuant to Federal Civil Procedure 12(B)(6) (D.E. 127).

134.     Attached hereto as **Exhibit 136** is a true and correct copy of the Motion to Dismiss the First Amended Complaint by Defendant InterExchange, Inc. (D.E. 130).

135.     Attached hereto as **Exhibit 137** is a true and correct copy of Defendant American Cultural Exchange, LLC d/b/a Go Au Pair's Motion to Dismiss Counts I, III, IV, V, VI, VII, VIII, IX, and X of the First Amended Complaint (D.E. 131).

136.     Attached hereto as **Exhibit 138** is a true and correct copy of Defendant 20/20 Care Exchange, Inc.'s Joinder of and Supplement to Joint Motion to Dismiss (D.E. 132).

137.     Attached hereto as **Exhibit 139** is a true and correct copy of Defendant A.P.E.X. American Professional Exchange, LLC's Joinder In and Supplement to Joint Motion to Dismiss (D.E. 133).

138.     Attached hereto as **Exhibit 140** is a true and correct copy of a Joint Motion by Certain Sponsor Defendants to Dismiss the First Amended Complaint and Certification

of Compliance with Civil Practice Standard 7.1D (D.E. 135).

139.     Attached hereto as **Exhibit 141** is a true and correct copy of Defendant American Institute for Foreign Study's Motion to Dismiss Amended Complaint (D.E. 136).

140.     Attached hereto as **Exhibit 142** is a true and correct copy of the Order Adopting and Affirming in Part the February 22, 2016 Recommendation of United States Magistrate Judge, dated March 31, 2016 (D.E. 258).

141.     Attached hereto as **Exhibit 143** is a true and correct copy of the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law, dated July 25, 2016 (D.E. 325-1).

142.     Attached hereto as **Exhibit 144** is a true and correct copy of InterExchange's website page, entitled "Protect Yourself from Au Pair Fraud," filed as Exhibit H1 to the Declaration of Lauren F. Louis in Support of Plaintiffs' Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law, dated July 25, 2016 (D.E. 325-1).

143.     Attached hereto as **Exhibit 145** is a true and correct copy of the Declaration of Matthew L. Schwartz in Support of Plaintiffs' Second Motion for Conditional Collective Action Certification and Incorporated Memorandum of Law, dated August 15, 2016 (D.E. 330-1).

144.     Attached hereto as **Exhibit 146** is a true and correct copy of Plaintiffs' Second Amended Complaint, dated October 17, 2016 (D.E. 395).

145.     Exhibit 147 is a true and correct copy of the Amended Order Granting Motion for Conditional Collective Action Certification, dated April 28, 2017 (D.E. 539).

***Expert Discovery***

146.     Attached hereto as **Exhibit 148** is a true and correct copy of the Expert

Report of William O. Kerr, Ph.D., dated January 13, 2017.

147.     Attached hereto as **Exhibit 149** is a true and correct copy of the Rebuttal

Expert Report of William O. Kerr, Ph.D., Plaintiffs' expert, dated February 3, 2017.

148.     On May 4, 2017, Dr. William O. Kerr provided testimony in a deposition in

this matter.  A true and correct copy of testimony excerpts relevant to the instant motion is

attached hereto as **Exhibit 150**.

149.     Attached hereto as **Exhibit 151** is a true and correct copy of the Affidavit

of William O. Kerr, Ph.D., Plaintiffs' expert, dated June 2, 2017.

150.     Attached hereto as **Exhibit 152** is a true and correct copy of the Expert

Rebuttal Report of Elizabeth H. Newlon, Ph.D., dated February 3, 2017.

151.     On April 12, 2017, Dr. Elizabeth H. Newlon provided testimony in a

deposition in this matter.  A true and correct copy of testimony excerpts relevant to the

instant motion is attached hereto as **Exhibit 153**.

152.     On May 3, 2017, Tammy Gold provided testimony in a deposition in this

matter.  A true and correct copy of testimony excerpts relevant to the instant motion is

attached hereto as **Exhibit 154**.

***Other Materials***

153.     Attached hereto as **Exhibit 155** is a true and correct copy of the

Declaration of Jeffrey Sullivan, dated May 4, 2017.

154.     Attached hereto as **Exhibit 156** is a true and correct copy of a

*Washington Post* Article written by Lydia DePhillis, entitled "Au Pairs Provide Cheap

Childcare.  Maybe Illegally Cheap," dated March 20, 2015.

155.     Attached hereto as Exhibit **157** is a true and correct copy of the Department of State J-1 Visa Exchange Visitor Program Website, entitled "Common Questions for Participants," available at https://j1visa.state.gov/participants/common-questions (accessed May 16, 2017).

156.     Attached hereto as **Exhibit 158** is a true and correct copy of the document marked as Exhibit 17 in the May 31, 2017 Rule 30(b)(6) deposition of Expert AuPair, bearing production numbers ExpertAuPair031546-31556, an email chain dated December 2, 2014, between Mark Gaulter and Zeynep Serdar, re: "Family Service Agreement – Host Parents Zeynep Serdar and Enver Can."

157.     Attached hereto as **Exhibit 159** is a true and correct copy of the document marked as Exhibit 23 [unofficial] in the May 31, 2017 Rule 30(b)(6) deposition of  Expert AuPair, bearing production numbers ExpertAuPair033718-33719, an email chain dated October 21, 2013, between Katie McCormick and Cheryl MacCluskey, re: "Dani Mausis."

158.     Attached hereto as **Exhibit 160** is a true and correct copy of the document marked as Exhibit 24 [unofficial] in the May 31, 2017 Rule 30(b)(6) deposition of  Expert AuPair, bearing production numbers ExpertAuPair032057-32058, an email chain dated June 25, 2013, between Mark Gaulter and Shayane Moreira, re: "Rematch."

159.     Attached hereto as **Exhibit 161** is a true and correct copy of the Recommendation of United States Magistrate Judge Tafoya concerning defendants' motions to dismiss in this case (D.E. 240).

160.     Attached hereto as **Exhibit 162** is a true and correct copy of a document previously filed in this action as Exhibit A to D.E. 383.

***Additional information***

161.      To date, Boies Schiller Flexner LLP and Toward Justice have invested thousands of hours and hundreds of thousands of dollars prosecuting this case on behalf of the plaintiffs.

**FRE 1006 Summary**

162.      Each Defendant listed below served responses and objections to Plaintiffs' second set of interrogatories.  The information below is a true and correct extract and compilation of data provided in those responses.  Where the defendant did not differentiate between standard au pairs and non-standard au pairs, the information provided by the defendant is included below.  Where the defendant did distinguish, only standard au pairs are listed below.

     a.      Agent Au Pair Inc. – 417 from 2009 through 2015

     b.      AIFS – 20,785 from 2009 through 2015

     c.      APEX and 20/20 – 29 from 2011 through 2015

     d.      APF Global Exchange  - 103 from 2013 through 2015

     e.      Au Pair International – 946 from 2009 through 2015

     f.      AuPairCare – 23,638 from 2009 through 2014

     g.      Cultural Care – 54,655 from 2009 through 2015

     h.      Cultural Homestay International – 613 from 2009 through 2015

     i.      EurAupair – 3,060 from 2009 through 2015

     j.      Expert Group International – 843 from 2009 through 2015

     k.      Go Au Pair – 2,909 from 2009 through 2015

l.  Great Au Pair – 262 from 2014 through 2015

m.  InterExchange – 3,733 from 2009 through 2015

n.  USAuPair – 151 from 2009 through 2015

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June, 2017 at San Francisco, California.

*s/Sean P. Rodriguez*
Sean P. Rodriguez

**Certificate of Service**

I hereby certify that on June 2, 2017, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to all counsel of

record.

*s/Sean P. Rodriguez*
Sean P. Rodriguez

Heather Fox Vickles, Esq.
Brooke A. Colaizzi, Esq.
Raymond M. Deeny, Esq.
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: 303-297-2900
Fax: 303-298-0940
hvickles@shermanhoward.com
bcolaizzi@shermanhoward.com
redeeny@shermanhoward.com

William J. Kelly, III, Esq.
Chandra Marie Feldkamp, Esq
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Tel: 720-236-1800
Fax: 720-236-1799
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

Meshach Y. Rhoades, Esq.
Martin J. Estevao, Esq.
ARMSTRONG TEASDALE, LLP
1700 Broadway, Suite 2100
Denver, CO 80290-2101
Tel: 720-722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St. Petersburg, FL 33701
Tel: 727-388-3472

bogdane@hotmail.com
Martha L. Fitzgerald, Esq.
David Meschke, Esq.
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Tel: 303-223-1219
Fax: 303-223-1111
dmeschke@bhfs.com
mfitzgerald@bhfs.com

James Hartley, Esq.
Jonathan S. Bender, Esq
HOLLAND & HART
555 Seventeenth Street, Suite 3200
Denver, CO 80202-3979
Tel: 303-295-8000
jhartley@hollandhart.com
jsbender@hollandhart.com

Adam A. Hubbard, Esq.
HOLLAND & HART
1800 Broadway, Suite 300
Boulder, CO 80302-5234
Tel: 303-473-2700

Brian Alan Birenbach
RIETZ LAW FIRM, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO 80435
Tel: 970-468-0210
brian@rietzlawfirm.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com

Lawrence, D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN
OBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood, Vilage, CO 80111
303-773-3500
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

Jessica L. Fuller
Diane Hazel
James M. Lyons
LEWIS ROCA ROTHGERBER CHRISTIE
LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com

Eric J. Stock
GIBSON DUNN & CRUTCHER, LLP
200 Park Avenue, 48th Floor
New York, NY 10166-0193
estock@gibsondunn.com

Christian Hammond, Esq.
DUFFORD & BROWN, P.C.

Thomas B. Quinn, Esq.
Peggy E. Kozal, esq.
1700 Broadway, Suite 2100
Denver, CO 80290-2101
chammond@duffordbrown.com
John R. Mann, Esq.
GORDON & REES, LLP
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Tel: 303-534-5160
Fax: 303-534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com
jmann@gordonrees.com

Brian P. Maschler, Esq.
GORDON & REES, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054
bmaschler@gordonrees.com

Kathryn A. Reilly, Esq.
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Tel: 303.244.1983
Fax: 303.244.1879
reilly@wtotrial.com

Lawrence L. Lee, Esq.
Susan M. Schaecher, Esq.
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651
llee@laborlawyers.com
sschaecher@laborlawyers.com