# APPENDIX A

**A.** **Classes**

| | Definition | Representative(s) | Count(s) | No. of Subclasses |
|---|---|---|---|---|
| 1. Antitrust Class | All persons sponsored by any Defendant to work as a standard au pair in the United States pursuant to a J-1 Visa. | [All named plaintiffs] | I | 0 |
| 2. RICO Class | All persons sponsored by Defendants Au Pair in America (American Institute for Foreign Study), AuPairCare, Inc., Cultural Care, Inc., or InterExchange, Inc. to work as a standard au pair in the United States pursuant to a J-1 Visa. | Lusapho Hlatshaneni; Camila Gabriela Perez Reyes; Juliane Harning; Laura Mejia Jimenez; Cathy Caramelo; Beaudette Deetlefs; Linda Elizabeth; Sarah Carolina Azuela Rascon; Johana Paolo Beltran | II | 0 |
| 3. Training Class | All persons subjected to unpaid standard au pair training by AuPairCare, Inc., Au Pair in America (American Institute for Foreign Study), Cultural Care, Inc., Expert Group International, Inc., Associates in Cultural Exchange (dba GoAuPair), or InterExchange, Inc. | [All named plaintiffs] | III, IV, V, VI, IX, X, XI | 3 |
| 4. State-Claim Class | All persons sponsored by any of the following Defendants to work as a standard au pair in the United States pursuant to a J-1 Visa: AuPairCare, Inc., Au Pair in America (American Institute for Foreign Study), Cultural Care, Inc., Expert Group International, Inc., Associates in Cultural Exchange (dba GoAuPair), or InterExchange, Inc. | [All named plaintiffs] | III, IV, V, VI, IX | 13 |

# APPENDIX A

B. **Training Subclasses**

|   | **Definition** | **Representative(s)** | **State(s)** | **Count(s)** |
|---|---|---|---|---|
| 1. **Florida Training Subclass** | All persons subjected to unpaid standard au pair training by Defendant Expert Group International, Inc. in Florida. | Nicole Mapledoram | Nationwide | **Count IX**: Unpaid wages in violation of Florida wage law<br>**Count III**: Breach of Fiduciary Duty **Count IV**: Negligent Misrepresentation<br>**Count V**: Constructive Fraud or Fraudulent Concealment<br>**Count VI**: Consumer Protection |
| 2. **New York Training Subclass** | All persons subjected to unpaid standard au pair training by Defendants Au Pair in America (American Institute for Foreign Study), Cultural Care, Inc. or InterExchange, Inc. in New York. | Lusapho Hlatshaneni; Camila Gabriela Perez Reyes; Beaudette Deetlefs; Cathy Caramelo; Linda Elizabeth; Sarah Carolina Azuela Rascon; Johana Paolo Beltran | Nationwide | **Count X**: Violations of the New York Wage Act<br>**Count III**: Breach of Fiduciary Duty **Count IV**: Negligent Misrepresentation<br>**Count V**: Constructive Fraud or Fraudulent Concealment<br>**Count VI**: Consumer Protection |

**APPENDIX A**

| | **Definition** | **Representative(s)** | **State(s)** | **Count(s)** |
|---|---|---|---|---|
| **3. New Jersey Training Subclass** | All persons subjected to unpaid standard au pair training by Defendant AuPairCare in New Jersey. | Laura Mejia Jimenez; Juliane Harning | Nationwide | **Count XI:** Violations of New Jersey Wage Act **Count III**: Breach of Fiduciary Duty **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection |

# APPENDIX A

**C.     State-Claim Subclasses**

|  | **Definition** | **Representative(s)** | **State(s)** | **Count(s)** |
|---|---|---|---|---|
| **1. Au Pair in America California Subclass** | All persons sponsored by Defendant Au Pair in America (American Institute for Foreign Study) to work as a standard au pair in the State of California pursuant to a J-1 Visa. | Lusapho Hlatshaneni | California | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |
| **2. Au Pair in America Illinois Subclass** | All persons sponsored by Defendant Au Pair in America (American Institute for Foreign Study) to work as a standard au pair in the State of Illinois pursuant to a J-1 Visa. | Camila Gabriela Perez Reyes | Illinois | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |

**APPENDIX A**

|  | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| 3. **AuPairCare Michigan Subclass** | All persons sponsored by Defendant AuPairCare, Inc. to work as a standard au pair in the State of Michigan pursuant to a J-1 Visa. | Juliane Harning | Michigan | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |
| 4. **AuPairCare Pennsylvania Subclass** | All persons sponsored by Defendant AuPairCare, Inc. to work as a standard au pair in the Commonwealth of Pennsylvania pursuant to a J-1 Visa. | Laura Mejia Jimenez | Pennsylvania | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |

**APPENDIX A**

|  | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| 5. **Cultural Care Maryland Subclass** | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Maryland pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon | Maryland | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |
| 6. **Cultural Care Massachusetts Subclass** | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Massachusetts pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon | Massachusetts | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |

## APPENDIX A

| | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| 7. **Cultural Care Pennsylvania Subclass** | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Pennsylvania pursuant to a J-1 Visa. | Linda Elizabeth | Pennsylvania | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX** Claims for Unpaid Wages |
| 8. **Cultural Care Texas Subclass** | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Texas pursuant to a J-1 Visa. | Cathy Caramelo, Linda Elizabeth | Texas | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX** Claims for Unpaid Wages |

**APPENDIX A**

|  | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| 9. Cultural Care Utah Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the State of Utah pursuant to a J-1 Visa. | Beaudette Deetlefs | Utah | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection [**Count IX**: Claim dismissed as to Utah] |
| 10. Cultural Care Virginia Subclass | All persons sponsored by Defendant Cultural Care, Inc. to work as a standard au pair in the Commonwealth of Virginia pursuant to a J-1 Visa. | Sarah Carolina Azuela Rascon | Virginia | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |

**APPENDIX A**

| | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| 11. **Expert Au Pair Colorado Subclass** | All persons sponsored by Defendant Expert Group International, Inc. to work as a standard au pair in the State of Colorado pursuant to a J-1 Visa. | Nicole Mapledoram | Colorado | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |
| 12. **GoAuPair Maryland Subclass** | All persons sponsored by Defendant Associates in Cultural Exchange (dba GoAuPair) to work as a standard au pair in the State of Maryland pursuant to a J-1 Visa. | Alexandra Ivette Gonzalez-Cortes | Maryland | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |

## APPENDIX A

| | Definition | Representative(s) | State(s) | Count(s) |
|---|---|---|---|---|
| **13. InterExchange Colorado Subclass** | All persons sponsored by Defendant InterExchange, Inc. to work as a standard au pair in the State of Colorado pursuant to a J-1 Visa. | Johana Paolo Beltran | Colorado | **Count III**: Breach of Fiduciary Duty; **Count IV**: Negligent Misrepresentation **Count V:** Constructive Fraud or Fraudulent Concealment **Count VI**: Consumer Protection **Count IX**: Claims for Unpaid Wages |