# APPENDIX B

## State Consumer Protection Laws

| State | Subclass | Authority |
|---|---|---|
| California | Au Pair in America California Subclass | The California Unfair Competition Law "covers a wide range of conduct"—including "anything that can properly be called a business practice" and that is "fraudulent," "against the law," or "unfair" to consumers. *Korea Supply v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1143 (2003). |
| Colorado | Expert Au Pair Colorado Subclass<br><br>Interexchange Colorado Subclass | The Colorado Consumer Protection Act reaches fraudulent and deceptive practices. *Rhino Linings USA, Inc. v. Rocky Mountain Rhino Lining, Inc.*, 62 P.3d 142, 146 (Colo. 2003). |
| Florida | Florida Training Subclass | Florida prohibits any "unfair or deceptive acts in the conduct of any trade or commerce." *PNR, Inc. v. Beacon Prop. Mgmt., Inc.*, 842 So. 2d 773, 777 (Fla. 2003) |

# **APPENDIX B**

| State | Subclass | Authority |
|---|---|---|
| Illinois | Au Pair in America Illinois Subclass | Illinois's consumer protection regime "affords broader consumer protection than the common law . . . by prohibiting any deception . . . . ."<br><br>*Ciampi v. Ogden Chrysler Plymouth, Inc.*, 262 Ill. App. 3d 94, 111 (1994). |
| New York | New York Training Subclass | New York's General Business Law § 349 reaches makes illegal deceptive conduct directed at the public.<br><br>*Oswego Laborers' Local 214 Pension Fund v. Marine Midland Bank*, 85 N.Y.2d 20, 25 (1999). |
| Maryland | Cultural Care Maryland Subclass<br><br>GoAuPair Maryland Subclass | The Maryland Consumer Protection Act reaches a variety of fraudulent and deceptive practices.<br><br>*Lloyd v. Gen. Motors Corp.*, 397 Md. 108, 150–51 (2007). |
| Massachusetts | Cultural Care Massachusetts Subclass | Massachusetts has a Consumer Protection Act that makes unfair or deceptive practices illegal.<br><br>*Mass. Eye & Ear Infirmary v. QLT Phototherapeutics, Inc.*, 552 F.3d 47, 69 (1st Cir. 2009). |

# APPENDIX B

| State | Subclass | Authority |
|---|---|---|
| Michigan | AuPairCare Michigan Subclass | Michigan's Consumer Protection Act prohibits deceptive, unfair, and unconscionable business practices.<br><br>*Game On Ventures, Inc. v. Gen. RV Ctr., Inc.*, 587 F. Supp. 2d 831, 839 (E.D. Mich. 2008). |
| New Jersey | Cultural Care New Jersey Subclass<br><br>NJ Training Class | Fraud under the New Jersey Consumer Fraud Act differs from common-law fraud only "in that common law fraud requires proof of reliance while consumer fraud requires only proof of a causal nexus between the concealment of the material fact and the loss."<br><br>*Gennari v. Weichert Co. Realtors,* 148 N.J. 582, 607-608 (1997). |
| Pennsylvania | AuPairCare Pennsylvania Subclass<br><br>Cultural Care Pennsylvania Subclass | Pennsylvania's wide-ranging Unfair Trade Practices and Consumer Protection Law creates liability for fraudulent conduct and other unfair practices.<br><br>*Schwartz v. Rockey*, 593 Pa. 536, 556 (2007). |

## APPENDIX B

| State | Subclass | Authority |
|---|---|---|
| Virginia | Cultural Care Virginia Subclass | The Virginia Consumer Protection Act covers "fraudulent acts or practices . . . using any . . . deception, fraud, false pretense, false promise, or misrepresentation." <br><br> Va. Code § 59.1–200(A)(14). |
| Texas | Cultural Care Texas Subclass | Texas has a Deceptive Trade Practices Consumer Protection Act that is "liberally construed" to redress misrepresentations. <br><br> *Miller v. Keyser*, 90 S.W.3d 712, 715-16 (Tex. 2002). |
| Utah | Cultural Care Utah Subclass | Utah's consumer protection statute creates liability for those who "knowingly or intentionally engaged in deceptive acts or practices." <br><br> *Martinez v. Best Buy Co.*, 283 P.3d 521, 523–24 (Utah Ct. App. 2012). |