IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.: 1:14-cv-03074 GPG

JOHANA PAOLA BELTRAN; and those similarly situated,

      Plaintiffs,

v.

PAMELA H NOONAN;
THOMAS J NOONAN;
INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Vance O. Knapp of the law firm of Armstrong Teasdale, LLP hereby enter his appearance on behalf of Defendant, GreatAuPair, LLC in the above-captioned action and request that he receives copies of all filings in this case.

Respectfully submitted this 6th day of June 2017.

> s/ Vance O. Knapp
> Vance O. Knapp
> ARMSTRONG TEASDALE LLP
> 4643 S. Ulster St., Suite 800
> Denver, CO 80237
> Main Office: (720) 200-0676
> Fax:  (720) 200-0679
> Email: vknapp@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th[th] day of June, 2017, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy
Dawn L. Smalls
Joshua J. Libling
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com rjackson@bsfllp.com
smcelroy@bsfllp.com dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
*Attorney for Plaintiffs*

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Lauren F. Louis
Sigrid S. McCawley
Boies, Schiller & Flexner, LLP
575 Lexington Avenue, 7th[th] Floor
New York, NY 10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
llouis@bsfllp.com
smccawley@bsfllp.com
*Attorneys for Plaintiffs*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass

Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com mgass@choate.com
jwolosz@choate.com lkruzer@choate.com
***Attorneys for Defendant Cultural
Care, Inc. d/b/a Cultural Care Au Pair***

Susan Penniman Klopman
H&K Law, LLC
3900 East Mexico Ave., Suite 330
Denver, CO 80210
sklopman@hklawllc.com
*Attorney for Pamela H. Noonan
and Thomas J. Noonan*

Brooke A. Colaizzi
Raymond Myles Deeny
Heather Fox Vickles
Erica H. Gutherz
Sherman & Howard, LLC
633 17th[th] Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@sah.com
egutherz@shermanhoward.com
*Attorneys for InterExchange, Inc.*

William James Kelly, III
Chanda M. Feldkamp
Kelly & Walker LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for USAuPair, Inc.*

Bogdan Enica
Bogdan Enica, Attorney at Law
111 2nd Avenue NE, Suite 213
St. Petersburg, FL 33701
bogdane@hotmail.com
*Attorney for Expert Group International,*
*Inc.*

James Edward Hartley
Mher Hartoonian
Holland & Hart, LLP
P.O. Box 8749
555 17th Street, Suite 3200
Denver, CO 80201
jhartley@hollandhart.com
mhartoonian@hollandhart.com
*Attorneys for Cultural Homestay*
*International*

Jeffrey Paul Allen
Donald J. Gentile
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
jallen@lawson-weitzen.com
dgentile@lawson-weitzen.com
*Attorney for Cultural Care, Inc.*
 *d/b/a Cultural Care Au Pair*

Walter Vernon Bernie Siebert
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202
bsiebert@shermanhoward.com
Attorney for Cultural Care, Inc.
 *d/b/a Cultural Care Au Pair*

Kathryn A. Reilly
Grace A. Fox
Wheeler Trigg O'Donnell LLP
reilly@wtotrial.com
fox@wtotrial.com
***Attorneys for Defendants Au Pair***
***International, Inc., American Cultural***

*Exchange, LLC d/b/a GoAuPair and Agent*
*Au Pair*

Brian Alan Birenback
Rietz Law Firm, LLC
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com
*Attorney for American Cultural Exchange,*
*LLC  d/b/a GoAuPair; Au Pair*
*International, Inc.*

Kathryn A. Reilly
Wheeler Trigg O'Donnell, LLP
370 17th Street, Suite 4500
Denver, CO 80202
reilly@wtotrial.com
*Attorney for Agent Au Pair; American*
*Cultural Exchange, LLC d/b/a GoAuPair*

Lawrence Daniel Stone
Christian D. Hammond
Dufford & Brown, P.C.
1700 Broadway, Suite 2100
Denver, CO 80290
lstone@duffordbrown.com
chammond@duffordbrown.com
Attorneys for A.P.E.X. American
*Professional Exchange, LLC d/b/a*
*ProAuPair and 20/20 Care Exchange, Inc.*
*d/b/a The International Au Pair Exchange*

Kathryn A. Barrett
Martha L. Fitzgerald
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202
kbarrett@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for EurAupair Intercultural Child*
*Care Programs*

Lawrence Lee
Daniel C. Perkins
Susan M. Schaecher
Fisher & Phillips LLP

1801 California St., Suite 2700
Denver, CO 80202
llee@laborlawyers.com
dperkins@laborlawyers.com
sschaecher@laborlawyers.com
*Attorneys for American Institute for Foreign*
*Study d/b/a Au Pair in America; APF*
*Global Exchange, NFP*

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal

Toren G.E. Mushovic
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202
Mushovic@wtotrial.com
*Attorneys for American Cultural Exchange,*
*LLC d/b/a GoAuPair; Agent Au Pair, Inc.*

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
GORDON & REES LLP
jmann@gordonrees.com
pkozal@gordonrees.com
*Attorneys for Defendant AuPairCare, Inc.*

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural***
***Care, Inc. d/b/a Cultural Care Au Pair***

***Attorneys for Defendants American***
***Institute for Foreign Study d/b/a Au***
***Pair in America***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair***
***InterCultural Child Care Programs***

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON
LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com

*s/ Ann Rutledge*
ANN RUTLEDGE