**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-03074-CMA-CBS

JOHANA PAOLA BELTRAN,
LUSAPHO HLATSHANENI,
BEAUDETTE DEETLEFS,
ALEXANDRA IVETTE GONZALEZ,
JULIANE HARNING,
NICOLE MAPLEDORAM,
LAURA MEJIA JIMENEZ, and
SARAH CAROLINE AZUELA RASCON,

    Plaintiffs,

v.

INTEREXCHANGE, INC.,
USAUPAIR, INC.,
GREATAUPAIR, LLC,
EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair,
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS,
CULTURAL HOMESTAY INTERNATIONAL,
CULTURAL CARE, INC., d/b/a Cultural Care Au Pair,
AUPAIRCARE INC.,
AU PAIR INTERNATIONAL, INC.,
APF GLOBAL EXCHANGE, NFP, d/b/a/ Aupair Foundation,
AMERICAN INSTITUTE FOR FOREIGN STUDY, d/b/a Au Pair in America,
AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair,
AGENT AU PAIR,
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a ProAuPair,
20/20 CARE EXCHANGE, INC., d/b/a The International Au Pair Exchange,
ASSOCIATES IN CULTERUAL EXCANGE, d/b/a GoAu Pair, and
GOAUPAIR OPERATIONS, LLC,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO CORRECT CLERICAL ERROR**

---

This matter is before the Court on Defendant Cultural Care, Inc.'s stipulated Motion to Correct the Court's April 28, 2017 Order Granting Conditional Collective Action Certification to Remove as a Class Representative a Former Named Plaintiff Whose Claims Have Been Dismissed.  (Doc. # 542.)

On April 28, 2017, this Court entered an amended order granting conditional collective action certification.  (Doc. # 539.)  That order mistakenly designated former Plaintiff Cardenas Caicedo as a conditional class representative, even though she had previously been dismissed from this action.

Upon motion of a party, "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a[n ] order…" Fed. R. Civ. P. 60(a); *see also Radeker v. Elbert Cnty. Bd. of Commr's*, Civil Action No. 14-cv-01238, 2016 U.S. Dist. LEXIS 52936 at *3 (D. Colo. April 19, 2016) (Arguello, J.).

In accordance with the foregoing, the Court hereby ORDERS that Defendant Cultural Care, Inc.'s stipulated Motion to Correct the Court's April 28, 2017 Order Granting Conditional Collective Action Certification to Remove as a Class Representative a Former Named Plaintiff Whose Claims Have Been Dismissed (Doc. # 542) is GRANTED.  The Court will issue an amended order reflecting the dismissal of Plaintiff Cardenas Caicedo.

DATED:  June 9, 2017                                                      BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge