IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC. *et al.*,

    Defendants.

---

**MOTION FOR WITHDRAWAL OF DANIEL R. SCHWARTZ
AS COUNSEL FOR PLAINTIFFS**

---

    Pursuant to D.C.COLO.LAttyR 5(b), Daniel R. Schwartz of Boies Schiller Flexner LLP hereby moves to withdraw as counsel of record for Plaintiffs and, in support of the motion, states as follows:

    1.    The undersigned is leaving Boies Schiller Flexner LLP, effective June 14, 2017, to become a judicial clerk for Judge Carlos T. Bea on the 9th Circuit Court of Appeals.

    2.    Boies Schiller Flexner attorneys Matthew L. Schwartz, Peter M. Skinner, Sean P. Rodriguez, Randall W. Jackson, Dawn L. Smalls, Joshua J. Libling, Juan P. Valdivieso, Sigrid S. McCawley, and Lauren F. Louis, along with Towards Justice attorney Alexander N. Hood, will continue to represent Plaintiffs.  Accordingly, withdrawal can be accomplished without any adverse effect on Plaintiffs' interests.

3. Because this motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this motion and the undersigned has not done so. *See* D.C.COLO.LCivR 7.1(b)(4).

4. A copy of this Motion has been served upon the named Plaintiffs in this action.

5. Based on the foregoing, the undersigned respectfully requests that the Court enter an order permitting him to withdraw as counsel for Plaintiffs in this matter and directing the Clerk of the Court to delete his email address from future ECF filings and electronic notifications in this case.

DATED this 12th date of June, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

 /s/Daniel R. Schwartz
Daniel R. Schwartz
575 Lexington Avenue
New York, New York  10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

**Certificate of Service**

    I hereby certify that on June 12, 2017, I served a true and correct copy of the forgoing on counsel of record through ECF pursuant to F.R.C.P. 5.

                                        <u>/s/ Daniel R. Schwartz</u>
                                        Daniel R. Schwartz