IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

    Defendants.

**DEFENDANT INTEREXCHANGE, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS AND TO SUBSTITUTE REDACTED DOCUMENT**

    Pursuant to D.C.COLO.LCivR 7.2(c), Defendant InterExchange, Inc. ("InterExchange") hereby moves for permanent Level 1 restricted access to Docket #560-12 and provides a redacted version of the document that may be filed for public access

    1.    Docket #560-12 is Exhibit 98 to the Declaration of Sean P. Rodriquez in Support of Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel (Doc. #560).  Mr. Rodriquez's Declaration was filed in support of Plaintiffs' Motion for Rule 23 Class Certification (Doc. #559).  Docket #560-12 contains host family application materials submitted by a host family to InterExchange in connection with the placement of an au pair.

2. Certain pages of Docket #560-12 contain (a) the name of the host mother; (b) the first names of the children; (c) pictures of the mother and the children; (d) a Confidential Employment Verification for the mother; and (e) the names of two individuals who served as references for the mother.

3. Exhibit A hereto is a copy of Docket #560-12 redacted to remove the information in paragraph 2 above. InterExchange requests that Docket #560-12 be restricted at Level 1 and that Exhibit A be filed for public inspection.

4. The court has substantial discretion in determining whether public access to a particular court record should be restricted. L-3 Comms. Corp. v. Jaxon Eng. & Maint., Inc., No. 10-cv-02868-MSK-KMT, 2014 WL 1363666, at *1 (D. Colo. Apr. 7, 2014).

5. Privacy is among the interests that have been found, in certain circumstances, to overcome the presumption of openness in court records. SOLIDFX, LLC v. Jeppesen Sanderson, Inc., No. 11-cv-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) (citing Huddleston v. City of Pueblo, 270 F.R.D. 635, 637 (D. Colo. 2010).

6. The application materials on Docket #560-12 contain information about the family and the family's activities and home life, including the city in which the family lives. Restriction by means of redacting the family's names, pictures, and associates is appropriate to protect the privacy of the family.

7. The public has no legitimate interest in knowing the identities of the family members or in seeing their likenesses. See Daily v. Hecht, No. No. 16-cv-00581-RBJ,

3

2017 WL 1243024, at *2 (D. Colo. Jan. 6, 2017) (granting motion to restrict access to document containing information about children and their parents "that is of a private, personal nature in which the public has little if any legitimate interest").  Moreover, allowing public access to the pictures of the children, particularly if their mother is identified by name and location in the documents, is particularly inappropriate.

8. Exhibit A allows public access to the substance of Docket #560-12 without invading the privacy of the family by connecting the information to specific names and likenesses.  Thus, it is the least restrictive means of protecting the family's privacy.

9. Undersigned counsel certifies that on June 14, 2017, she conferred with Plaintiffs' counsel about the relief sought herein, and Plaintiffs do not oppose.

Therefore, InterExchange respectfully requests that Docket Number 560-12 be restricted at Level 1 and that Exhibit A hereto be accepted for filing for public access.

3

Dated:  June 16, 2017

        Respectfully submitted,

*s/ Brooke A. Colaizzi*
Raymond M. Deeny
Brooke A. Colaizzi
Heather F. Vickles
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel: (303) 297-2900
Fax: (303) 298-0940
Email:   rdeeny@shermanhoward.com
Email:   bcolaizzi@shermanhoward.com
Email:   hvickles@shermanhoward.com
Email:   jhunt@shermanhoward.com
Email:   alevy@shermanhoward.com

ATTORNEY FOR DEFENDANT
INTEREXCHANGE, INC.

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2017, I electronically filed the foregoing **DEFENDANT INTEREXCHANGE, INC.'S UNOPPOSED MOTION TO RESTRICT ACCESS AND TO SUBSTITUTE REDACTED DOCUMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO  80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email: Bogdane@hotmail.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Ave, Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
575 Lexington Ave., 7th Floor
New York, NY  10022
Email: llouis@bsfllp.com
Email: smccawley@bsfllp.com
Email: smcelroy@bsfllp.com

Lawrence Lee
Susan M. Schaecher
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email: llee@laborlawyers.com
Email: sschaecher@laborlawyers.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Email: estock@gibsondunn.com

Matthew L. Schwartz
Peter M. Skinner
Dawn L. Smalls
Randall W. Jackson
Joshua J. Libling
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email: dsmalls@bsfllp.com
Email:  rjackson@bsfllp.com
Email: jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email:  srodriguez@bsfllp.com
Email:  jvaldivieso@bsfllp.com

*s/ Laura Lewis*

7