IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR RESTRICTED ACCESS (LEVEL ONE) TO CONFIDENTIAL EXHIBITS TO THE DECLARATION OF SEAN RODRIGUEZ**
_____

This matter comes before the Court on Defendant AuPairCare, Inc.'s Unopposed Motion for Restricted Access (Level One) to Confidential Exhibits to the Declaration of Sean Rodriguez. The Court, having reviewed the Motion, and being advised in the premises orders as follows:

The Motion is GRANTED; and

The Clerk of the Court is DIRECTED to maintain under restricted access at Level 1 :

    ECF. No 558-6;

    ECF. Nos. 558-9 to 558-17

    ECF. Nos. 558-19 to 558-25

    ECF No. 560-65

Exhibits A and B hereto shall be filed for public inspection.

Dated this _____ day of June, 2017.

BY THE COURT:

_____

District Judge