IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

**CULTURAL HOMESTAY INTERNATIONAL'S UNOPPOSED MOTION
TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO
PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND
APPOINTMENT OF COUNSEL [ECF NO. 559]**

---

    Pursuant to D.C.COLO.LCivR 7.2, Defendant Cultural Homestay International ("CHI") seeks an order for Level 1 restricted access to Exhibits 37, 66, 67, 68, 69, and 70 to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion for Class Certification") [ECF No. 559].  In support of the relief requested, CHI states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), counsel for CHI and Plaintiffs have conferred.  The relief requested is unopposed.

    2.    On June 5, 2017, Plaintiffs' filed their Motion for Class Certification and the Declaration of Sean P. Rodriguez in Support of that Motion ("Rodriguez Declaration") [ECF No. 558].

3. Several of the Exhibits to the Rodriguez Declaration contain confidential information. Accordingly, CHI requests that the Court restrict access to these documents with Level 1 designations.

4. Exhibit 37 [ECF No. 558-37] is an email exchange that includes the name of one of CHI's business partners used to recruit au pairs. To preserve the privacy of this individual as well as CHI's business advantage associated with this partnership, CHI respectfully requests that the Court restrict access to these documents under Level 1 restricted access. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."). Because only a portion of Exhibit 37 contains confidential information, CHI attaches a redacted version of this document as **Exhibit A**, which will be filed as a public document. CHI requests, however, that the unredacted version of Exhibit 37 to Plaintiffs' Motion for Class Certification remain under Level 1 restricted access.

5. Exhibit 66 [ECF No. 558-66] is an excerpt of deposition testimony by CHI's 30(b)(6) witness. The testimony identifies one of CHI's overseas business partners as well as one of CHI's host families by name. Again, to preserve the confidential nature of CHI's business partner as well as the privacy of the host family, CHI requests that the Court restrict access to these documents under Level 1 restricted access. *See Daily v. Hecht*, 2017 WL 1243024, at *2 (D. Colo. Jan 6, 2017) (restricting access to information "that is of a private, personal nature in which the public has little if any legitimate

2

interest"). Because only a portion of Exhibit 66 contains confidential information, CHI attaches a redacted version of this document as **Exhibit B**, which will be filed as a public document. CHI requests, however, that the unredacted version of Exhibit 66 to Plaintiffs' Motion for Class Certification remain under Level 1 restricted access.

6. Exhibit 67 [ECF No. 558-67] is CHI's Partner Agency Training guide. This document sets forth CHI's approach to and business relationship with its overseas business partners. It is not publicly available; rather, it consists of CHI's trade secrets that, if disclosed to the public, could cause CHI competitive harm. Because the entire document is proprietary, a redaction of information is not practicable. Accordingly, CHI requests that Exhibit 67 remain under Level 1 restricted access.

7. Exhibit 68 [ECF 558-68] is CHI's Au Pair Agreement. This document sets forth CHI's expectations of core values, au pair responsibilities, a grievance and resolution procedure, and other matters. It is not publicly available; rather, it consists of CHI's trade secrets that, if disclosed to the public, could cause CHI competitive harm. Because the entire document is proprietary, a redaction of information is not practicable. Accordingly, CHI requests that Exhibit 67 remain under Level 1 restricted access.

8. Exhibit 69 [ECF No. 558-69] is an email exchange that quotes from CHI's Au Pair Agreement which, as indicated above, consists of CHI's proprietary information. Because only a portion of Exhibit 69 contains confidential information, CHI attaches a redacted version of this document as **Exhibit C**, which will be filed as a public document. CHI requests, however, that the unredacted version of Exhibit 69 to Plaintiffs' Motion for Class Certification remain under Level 1 restricted access.

3

9. Exhibit 70 [ECF No. 558-70] is an email exchange that references the name of one of CHI's host families which, as indicated above, should remain private. Because only a portion of Exhibit 70 contains confidential information, CHI attaches a redacted version of this document as **Exhibit D**, which will be filed as a public document.  CHI requests, however, that the unredacted version of Exhibit 70 to Plaintiffs' Motion for Class Certification remain under Level 1 restricted access.

WHEREFORE, CHI respectfully requests this Court issue an Order restricting public access under Level 1 restricted access to Exhibits 37 and 66-70 to Plaintiffs' Motion for Class Certification [ECF No. 559], and that **Exhibits A-D** attached hereto be accepted for filing for public access.  Consistent with CMA Civ. Practice Standard 7.1A(c), a proposed order is attached for the Court's convenience.

Dated:  June 16, 2017

Respectfully submitted,

*s/ James E. Hartley*
James E. Hartley
Adam A. Hubbard
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO  80302
Phone: 303-473-2700
jhartley@hollandhart.com
aahubbard@holandhart.com

Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Phone:  303-295-8000
jsbender@hollandhart.com

ATTORNEYS FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL

4

**CERTIFICATE OF SERVICE**

       I certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record listed below:

| | |
|---|---|
| Matthew Lane Schwartz | *mlschwartz@bsfllp.com;* |
| Peter Murray Skinner | *pskinner@bsfllp.com;* |
| Randall Wade Jackson | *rjackson@bsfllp.com;* |
| Sigrid Stone McCawley | *smccawley@bsfllp.com;* |
| Lauren Fleischer Louis | *llouis@bsfllp.com;* |
| Sabrina Alexandria McElroy | *smcelroy@bsfllp.com;* |
| Dawn L. Smalls | *dsmalls@bsfllp.com;* |
| Joshua J. Libling | *jlibling@bsfllp.com;* |
| Sean P. Rodriguez | *srodriguez@bsfllp.com;* |
| Juan P. Valdivieso | *jvaldivieso@bsfllp.com;* |
| Alexander Hood | *alex@towardsjustice.org;* |
| Brooke A. Colaizzi | *bcolaizzi@shermanhoward.com;* |
| Heather F. Vickles | *hvickles@shermanhoward.com;* |
| Raymond Myles Deeny | *rdeeny@shermanhoward.com;* |
| Joseph H. Hunt | *jhunt@shermanhoward.com;* |
| Alyssa L. Levy | *alevy@shermanhoward.com;* |
| William J. Kelly III | *wkelly@kellywalkerlaw.com;* |
| Chandra M. Feldkamp | *cfeldkamp@kellywalkerlaw.com;* |
| Meshach Y. Rhoades | *mrhoades@armstrongteasdale.com;* |
| Martin J. Estevao | *mestevao@armstrongteasdale.com;* |
| Vance Knapp | *vknapp@armstrongteasdale.com;* |
| Bogdan Enica | *bogdane@hotmail.com;* |
| David B. Meschke | *dmeschke@bhfs.com;* |
| Martha L. Fitzgerald | *mfitzgerald@bhfs.com;* |
| Robert M. Buchanan, Jr. | *rbuchanan@choate.com;* |
| Joan A. Lukey | *joan.lukey@choate.com;* |
| Michael T. Gass | *mgass@choate.com;* |
| Justin J. Wolosz | *jwolosz@choate.com;* |
| Lindsey M. Kruzer | *lkruzer@choate.com;* |
| Kevin P. O'Keefe | *kokeefe@choate.com;* |
| James M. Lyons | *jlyons@lrrc.com;* |
| Jessica L. Fuller | *jfuller@lrrc.com;* |
| Diane Hazel | *dhazel@lrrc.com;* |
| Jonelle Martinez | *jmartinez@lrrc.com;* |
| Thomas B. Quinn | *tquinn@gordonrees.com;* |
| Peggy Kozal | *pkozal@gordonrees.com;* |

| | |
|---|---|
| Nathan Huey | *nhuey@gordonrees.com;* |
| Heather Kelly | *hkelly@gordonrees.com;* |
| Jenny Vedra | *jvedra@gordonrees.com;* |
| Lawrence L. Lee | *llee@laborlawyers.com;* |
| Susan M. Schaecher | *sschaecher@laborlawyers.com;* |
| Joseph B. Cartafalsa | *jcartafalsa@putneylaw.com;* |
| Stephen J. Macri | *smacri@putneylaw.com;* |
| John B. Fulfree | *jfulfree@putneylaw.com;* |
| Robert M. Tucker | *rtucker@putneylaw.com;* |
| Eric Stock | *estock@gibsondunn.com;* |
| Kathryn A. Reilly | *reilly@wtotrial.com;* |
| Grace Anne Fox | *fox@wtotrial.com;* |
| Natalie West | *west@wtotrial.com;* |
| Brian Alan Birenbach | *brian@rietzlawfirm.com;* |
| Lawrence D. Stone | *lstone@nixonshefrin.com;* |
| Kathleen E. Craigmile | *kcraigmile@nixonshefrin.com;* |

*s/* Craig E. Radoci, Jr.
Craig E. Radoci, Jr.
Paralegal
HOLLAND & HART LLP

9936314_1

6