**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

**[PROPOSED] ORDER GRANTING CULTURAL HOMESTAY INTERNATIONAL'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [ECF NO. 559]**

---

The Court, having reviewed Defendant Cultural Homestay International's Unopposed Motion to Restrict Public Access (Level 1) to Certain Exhibits to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [ECF No. 559], hereby grants it. The redacted versions of Exhibits 37, 66, 69, and 70, which are attached to the moving party's Motion as Exhibits A-D, are accepted as public filings. Exhibits 37, 66, 67, 68, 69, and 70 attached to Mr. Rodriguez's declaration [ECF. Nos. 558-37, 558-66, 558-69, and 558-70] shall retain Level 1 restricted access.

    Dated June __, 2017

                                        BY THE COURT:

                                        _____