# Exhibit 37

Message

| | |
|---|---|
| **From**: | Theresa Nelson APF [theresa@aupairfoundation.org] |
| **Sent**: | 7/16/2013 12:35:17 PM |
| **To**: | 'Deborah Herlocker' [chideborah@chinet.org] |
| **Subject**: | RE: Euro International Education Consultancy |

Hi Deborah

Thank you so much for your extremely informative reply.  You have replied in such an honorable manner that really shows the care and commitment you have  as a sponsor.  Thank you for your cooperation.  We have great admiration for CHI and appreciate your assistance!  It was very nice running into Tom briefly at the last Alliance meeting.

Sincerely,

Theresa Nelson

Vice President, ARO

Finance and Administration



APF GLOBAL EXCHANGE, NFP

205 Keller Street, Suite 204, Petaluma, CA 94952

Email:  theresa@aupairfoundation.org

Skype: theresa.nelson.apf

Phone:  866-428-7247 x202, Direct 707-769-7411

Cell:  707-974-5832, Fax: 707-658-2393





EXHIBIT
28
5-9-17

The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me by electronic mail or by telephone and delete this communication at once. Thank you.

**From:** Deborah Herlocker [mailto:chideborah@chinet.org]
**Sent:** Tuesday, July 16, 2013 11:20 AM
**To:** theresa@aupairfoundation.org
**Subject:** Euro International Education Consultancy

Hi Theresa,

My name is Deborah Herlocker and I am the Operations Manager for CHI's Au Pair program. I received your message regarding Euro International Education Consultancy and my answers to your questions are below.

I am contacting you on behalf of Au Pair Foundation. Your information was given as a business reference by ███████ Nepal. ████████ currently applying for partnership with us in the recruitment of au pair participants. We would appreciate it if you would give us any comments and information that you have about the experience, reliability and cooperation ████████████████ n your business contract with them. Specifically we would like to know:

1. Please describe what your business relationship is with them?

**We worked with** ████████████████ **to recruit Nepalese Au Pairs for the U.S.A.**

2. Who did you interact with and what was their position in the company?

**I worked with a person by the name of** ████████████ **It has been approximately four years since we worked together, so I am unable to recollect his exact position in the company.**

3. How many years have you been doing business with them?

**We worked with them from 2007 to 2009, so for approximately two years.**

4. Do you feel they were able to meet your business requirements?

**They were definitely able to recruit applicants. During the time that we worked together, they were able to send twelve applicants who were highly qualified childcare providers on paper. Unfortunately, due to the economic and political situation in Nepal, the applicants were either unable to attain their visas or were uninterested in being an Au Pair once they arrived in the U.S.A. I cannot speak to whether this is related to their screening skills or the overall situation in Nepal; however, we decided to cease recruiting in Nepal.**

5.   Were they reliable in providing information and completing the nature of your business?

**It has been a while, but I believe that they were quick to respond to emails and communications, when needed.**

6.   Were they able to meet financial commitments?

**I believe they did meet all financial commitments.**

7.   Were they able to meet deadlines imposed, if any?

**Not Applicable**

8.   Are you currently working with them?  If no, why not?

**No. Due to the visa denials and the fact that the few Au Pairs who had their visa approved did not successfully complete their program, but used the program to gain access to the U.S.A discouraged us from continuing to work with Nepal through any agency, including this one.**

9.   Your overall impression of your business relationship?

**Our business relationship was greatly clouded by the visa situation and the terminations and no shows for the few Au Pairs who did have their visas approved. As previously stated, I cannot speak to whether this was just this agency or the situation in Nepal. The other Nepalese agencies we attempted to work with were unable to attain the visas at all.**

Please be assured that we will treat your reply with the strictest of confidence.  We will not share your response with anyone.  Please contact us with any questions or concerns.  We greatly appreciate your assistance in providing this reference.

Sincerely,

Theresa Nelson

Vice President, ARO

Finance and Administration

APF GLOBAL EXCHANGE, NFP

205 Keller Street, Suite 204, Petaluma, CA 94952

Email:  theresa@aupairfoundation.org

Skype: theresa.nelson.apf

Phone:  866-428-7247 x202, Direct 707-769-7411

Cell:  707-974-5832, Fax: 707-658-2393

The contents of this message are intended only for the use of the individual or entity to whom it is addressed, and may be privileged and confidential. If the reader of this message is not the intended recipient, such reader is hereby notified that any use, disclosure, distribution, or copying of this communication is strictly prohi

Deborah Herlocker
Operations Manager
CHI Au Pair USA
T: 415-259-2176
F: 415-485-4904
Toll Free:1-800-432-4643, ext 176
skype: chiaupair
chideborah@chinet.org
www.chiaupairusa.org

Facebook: https://www.facebook.com/CHIAuPairUSA