# Exhibit 66

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

---

JOHANA PAOLA BELTRAN, ET AL.,

    Plaintiffs,

vs.

INTEREXCHANGE, INC., ET AL.,

    Defendants.

---

VIDEOTAPED DEPOSITION OF

CHRISTINA REILLY

30(b)(6) REPRESENTATIVE FOR CULTURAL HOMESTAY

MAY 16, 2017

DENVER, COLORADO

11:16 A.M.

Magna Legal Services

866-624-6221

www.magnals.com



Page 2

1        The videotaped deposition of
2   CHRISTINA REILLY, taken before Leeann Keenan, a
3   Registered Merit Reporter, Certified Realtime Reporter,
4   and a Notary Public in and for the County of Summit and
5   the State of Colorado, at 370 17th Street, Suite 4500,
6   Denver, Colorado, on Tuesday, May 16, 2017, at the hour
7   of 11:16 a.m., pursuant to Notice.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
                                                          Page 3
 1    APPEARANCES:
 2
              BOISE, SCHILLER, FLEXNER, L.L.P.
 3            BY: DANIEL SCHWARTZ, ESQ.
                  1999 Harrison Street
 4                Suite 900
                  Oakland, California  94612
 5                dschwartz@bsfllp.com
                  (510) 874-1010
 6                appeared on behalf of the Plaintiffs
 7            WHEELER, TRIGG, O'DONNELL
              BY: NATALIE WEST, ESQ.
 8                370 17th Street
                  Suite 4500
 9                Denver, Colorado  80202
                  (303) 244-1983
10                nwest@wtotrial.com
                  appeared by telephone on behalf of
11                USAuPair, Inc., GoAuPair, and Au Pair
                  International
12
              LEWIS, ROCA, ROTHGERBER, CHRISTIE
13            BY: JESSICA FULLER, ESQ.
                  1200 17th Street
14                Suite 3000
                  Denver, Colorado  80202
15                (303) 628-9527
                  jfuller@lrrc.com
16                appeared on behalf of Cultural Care
17            HOLLAND & HART
              BY: JONATHAN BENDER, ESQ.
18                ADAM HUBBARD, ESQ.
                  555 17th Street
19                Suite 3200
                  Denver, Colorado  80202
20                (303) 295-8456
                  jsbender@hollandhart.com
21                ahubbard@hollandhart.com
                  appeared on behalf of Cultural
22                Homestay International
23
24
25
```



```
                                                       Page 4

 1   APPEARANCES CONTINUED:
 2
             GORDON & REES
 3           BY: HEATHER KELLY, ESQ.
                 555 17th Street
 4               Suite 3400
                 Denver, Colorado  80202
 5               (303) 200-6888
                 jverda@gordonrees.com
 6               appeared by on behalf of AuPairCare,
                 Inc.
 7
             NIXON, SHEFRIN, HENSEN, OGBURN
 8           BY: KATHLEEN CRAIGMILE, ESQ.
                 5619 DTC Parkway
 9               Suite 1200
                 Greenwood Village, Colorado  80111
10               (303) 773-3500
                 kcraigmile@nixonshefrin.com
11               appeared by telephone on behalf of
                 ProAuPair and International Au Pair
12               Exchange
13           SHERMAN & HOWARD, L.L.C.
             BY: ALYSSA LEVY, ESQ.
14               633 17th Street
                 Suite 3000
15               Denver, Colorado  80202
                 (303) 299-8194
16               alevy@shermanhoward.com
                 appeared by telephone on behalf of
17               InterExchange, Inc.
18           EXPERT AUPAIR
             BY: BOGDAN ENICA, ESQ.
19               100 2nd Avenue S.
                 Suite 3025
20               St. Petersburg, Florida  33701
                 (727) 225-2649
21               bogdan@expertaupair.com
                 appeared by telephone on behalf of
22               Expert AuPair
23
     ALSO PRESENT:  Thomas Harriman, Cultural Homestay
24                  International In-House Counsel
                    Thomas Areton
25                  Davis Baumunk, Videographer
```



Page 10

1                    P R O C E E D I N G S
2              THE VIDEOGRAPHER:  We are now on the
3    record.  This begins videotape No. 1 in the
4    deposition of Christina Reilly, 30(b)(6)
5    representative for Cultural Homestay, in the matter
6    of Johana Paola Beltran, et al. versus
7    InterExchange, Inc., et al. in the United States
8    District Court for the District of Colorado, Case
9    No. 14-cv-03074-CMA-KMT.
10                    Today is May 16th, 2017 and the
11   time is 11:16.  This deposition is being held at
12   555 17th Street, Denver, Colorado at request of
13   counsel for plaintiff.
14                    The videographer is Davis Baumunk
15   with Magna Legal Services.  The court reporter is
16   Leeann Keenan with Magna Legal Services.  All
17   counsel will be noted on the stenographic record.
18   Will the reporter please swear in the witness.
19                    (Witness duly sworn.)
20                       CHRISTINA REILLY,
21   having been first duly sworn, was examined and
22   testified as follows:
23                         EXAMINATION
24   BY MR. SCHWARTZ:
25       Q.    Good morning, Ms. Reilly.  Thank you very



Page 69

```
 1      A.    It seems to ensure that the weekly
 2  stipend is -- is -- is -- that they're in -- in
 3  compliance with the regulations.
 4      Q.    Okay.
 5      A.    Yeah.
 6      Q.    And here -- and so this would be a
 7  document that would be used -- that would be signed
 8  by the au pair to confirm that they've received the
 9  weekly stipend, right?
10      A.    It seems that way.
11      Q.    Okay.  And the word "195.75" is simply
12  written in the document already; is that right?
13      A.    Yes.
14      Q.    Okay.  And the word "minimum" does not
15  appear anywhere on the document; is that right?
16      A.    It does not.
17      Q.    Okay.  Thank you.
18            So would this document be -- does
19  this document reflect -- you know, scratch those
20  questions.  That's fine.  Thank you.
21            MR. BENDER:  Do you want to break?
22            MR. SCHWARTZ:  You know what, it's
23  12:25.  Why don't we take 35 to 40 minutes for a
24  lunch break, and then we can just pick up where we
25  left off.
```



Page 70

```
 1                MR. BENDER:  Sounds good.
 2                THE WITNESS:  Sounds good.
 3                THE VIDEOGRAPHER:  Going off the
 4    record at 12:22.
 5                (Whereupon, a lunch break was had
 6                 from 12:22 p.m. to
 7                 1:05 p.m.)
 8                (Exhibit No. 13 was marked.)
 9                THE VIDEOGRAPHER:  Back on record at
10    1:05.
11                EXAMINATION (CONTINUED)
12    BY MR. SCHWARTZ:
13        Q.    So we're back.  Just a reminder, you're
14    still under oath.  Everything that we talked about
15    before is still the same.
16        A.    Yes.
17        Q.    Great.  Thank you.
18                So I'm handing you a document
19    marked Exhibit 13.  Please feel free to take a
20    moment to familiarize yourself with it.  It's an
21    e-mail correspondence between a person named Riitta
22    Tiainen and Deborah Herlocker.
23                And Deborah Herlocker, just so
24    that the record is clear, used to be the operations
25    manager?
```



```
1                     I N D E X
2
     DEPOSITION WITNESS:                              PAGE
3    CHRISTINA REILLY
4    Examination by Mr. Schwartz                       11
5
     PLAINTIFFS' DEPOSITION EXHIBITS MARKED:
6    NO.             DESCRIPTION                      PAGE
7    Exhibit 8    ATTORNEYS' EYES ONLY                  40
                  October 7 - 10, 2011 e-mail string
8                 between Kristin Chasan and Pukar
                  Bhattarai and others
9                 CH0007033 - 7050
10   Exhibit 9    The Au Pair Program website page from  49
                  April 23rd, 2012
11
     Exhibit 10   May 14, 2017 "CHI Affordable Prices    54
12                That Fit Your Budget"
13   Exhibit 11   ATTORNEYS' EYES ONLY                   62
                  CHI Au Pair USA Application Form
14                CHI0000110 - 124
15   Exhibit 12   ATTORNEYS' EYES ONLY                   68
                  November 6, 2012 e-mail from Chiara
16                Carpenito to Deborah Herlocker
                  CHI0026900 - 26901
17
     Exhibit 13   ATTORNEYS' EYES ONLY                   71
18                November 26, 2012 e-mail string
                  between Deborah Herlocker and Riitta
19                Tiainen
                  CHI0015587
20
     Exhibit 14   ATTORNEYS' EYES ONLY                   75
21                "Welcome to CHI Au Pair USA! Partner
                  Agency Training"
22                CHI0002546 - 2468
23   Exhibit 15   ATTORNEYS' EYES ONLY                   80
                  Partner Agent Manual
24                CHI0002454 - 2490
25
```



```
                                                              Page 6
 1   DEPOSITION EXHIBITS MARKED:
     NO.             DESCRIPTION                              PAGE
 2
     Exhibit 16   ATTORNEYS' EYES ONLY                          86
 3                September 24, 2014, Letter - To Whom
                  It May Concern
 4                CHI0026542
 5   Exhibit 17   ATTORNEYS' EYES ONLY                          89
                  September 20 - October 4, 2011 e-mail
 6                string between Deborah Herlocker and
                  Lee Siew Yeen
 7                CHI0026300 - 26308
 8   Exhibit 18   ATTORNEYS' EYES ONLY                          92
                  October 11, 2012 letter to The Unites
 9                States Embassy - Consular Section
                  from Deborah Herlocker
10                CHI0026321
11   Exhibit 19   ATTORNEYS' EYES ONLY                          98
                  Au Pair Promise and Agreement
12                CHI0002324 - 2331
13   Exhibit 20   ATTORNEYS' EYES ONLY                         103
                  Responsible Adult Acknowledgement
14                CHI0007055 - 7064
15   Exhibit 21   ATTORNEYS' EYES ONLY                         109
                  Host Family Problem-Solving Guide
16                CHI0020977 - 20979
17   Exhibit 22   July 16 - 17, 2012 e-mail string             115
                  between Linda Mori and Helene Young
18                CHI0001466
19   Exhibit 23   "Loving and Affordable Childcare             120
                  From Around the World"
20                CHI0000219
21   Exhibit 24   ATTORNEYS' EYES ONLY                         126
                  Au Pair Telephone Interview Guide
22                CHI0005236
23   Exhibit 25   ATTORNEYS' EYES ONLY                         128
                  "Welcome to CHI Au Pair USA"
24                CHI0018647 - 18686
25
```



```
 1    DEPOSITION EXHIBITS MARKED:
      NO.             DESCRIPTION                           PAGE
 2
      Exhibit 26    ATTORNEYS' EYES ONLY                    133
 3                  June 25, 2010 e-mail string between
                    Deborah Herlocker and Dana Gray
 4                  CHI0018995 - 19000
 5    Exhibit 27    ATTORNEYS' EYES ONLY                    143
                    August 29 - 30, 2011 e-mail string
 6                  between Deborah Herlocker and Helena
                    Nelson
 7                  CHI0005583 - 5584
 8    Exhibit 28    ATTORNEYS' EYES ONLY                    147
                    April 8 - 11, 2011 e-mail string
 9                  between Deborah Herlocker and Chris
                    Burbach
10                  CHI0022790 - 22791
11    Exhibit 29    ATTORNEYS' EYES ONLY                    150
                    August 8 - 11, 2011 e-mail string
12                  between Deborah Herlocker and Sandra
                    Haglund
13                  CHI0022811 - 22814
14    Exhibit 30    ATTORNEYS' EYES ONLY                    155
                    July 8 - 9, 2014 e-mail string
15                  between Christina Reilly and Lichelle
                    Ingram and Petro Fourie
16                  CHI0025636 - 25637
17    Exhibit 31    ATTORNEYS' EYES ONLY                    164
                    July 15 - 18, 2013 e-mail string
18                  between Rochelle Wilson and Deborah
                    Herlocker
19                  CHI0026053 - 26056
20    Exhibit 32    ATTORNEYS' EYES ONLY                    167
                    To Whom It May Concern in re:
21                  Marietta Van Raay from Deborah
                    Herlocker
22                  CHI0026892
23    Exhibit 33    ATTORNEYS' EYES ONLY
                    "Loving and Affordable Childcare        170
24                  From Around the World"
                    CHI0002308 - 2318
25
```



Page 8

```
 1   DEPOSITION EXHIBITS MARKED:
     NO.              DESCRIPTION                               PAGE
 2
     Exhibit 34    ATTORNEYS' EYES ONLY                          173
 3                 August 11, 2011 e-mail string between
                   Deborah Herlocker and Sue Kim
 4                 CHI0020895 - 20897
 5   Exhibit 35    ATTORNEYS' EYES ONLY                          177
                   May 23, 2012 e-mail from Deborah
 6                 Herlocker to potential host family
                   CHI0003696 - 3697
 7
     Exhibit 36    ATTORNEYS' EYES ONLY                          179
 8                 February 26 - 27, 2013 e-mail string
                   between Deborah Herlocker and Kaan
 9                 Onur
                   CHI0026469 - 26472
10
     Exhibit 37    ATTORNEYS' EYES ONLY                          195
11                 February 09 e-mail from Michael
                   McCarry to multiple recipients
12                 CHI0001136 - 1140
13   Exhibit 38    May 3, 2013 J-Compliance Workshop             201
                   "What's Next and What to Expect"
14                 CHI0001949 - 1977
15   Exhibit 39    ATTORNEYS' EYES ONLY                          203
                   October 24, 2013 e-mail string
16                 between Linda Mori and Deborah
                   Herlocker and others
17                 CHI0023405 - 23406
18   Exhibit 40    November 9, 2011 Alliance Break-Out           207
                   Session Discussion Report - Au Pair
19                 CHI0014357 - 14359
20   Exhibit 41    January 25 - 26, 2012 e-mail string           212
                   between Linda Mori and Michael McHugh
21                 CHI0001762 - 1763
22   Exhibit 42    November 14, 2011 e-mail string              215
                   between Linda Mori and Helene Young
23                 CHI0001631
24
25
```



Page 9

```
 1   DEPOSITION EXHIBITS MARKED:
     NO.              DESCRIPTION                          PAGE
 2

     Exhibit 43   ATTORNEYS' EYES ONLY                      216
 3                August 10 - 13, 2012 e-mail string
                  between Deborah Herlocker and Jill
 4                Levi
                  CHI0025999 - 26002
 5
     Exhibit 44   ATTORNEYS' EYES ONLY                      219
 6                E-mail string from Christina Reilly
                  to the Page Family
 7                CHI0025702
 8   Exhibit 45   February 22, 2012 "Loving and             223
                  Affordable Childcare From Around the
 9                World"
                  CHI0000189
10
     Exhibit 46   ATTORNEYS' EYES ONLY                      224
11                Au Pair Participant Handbook
                  CHI0006839 - 6898
12
     Exhibit 47   April 3, 2017 letter to Host              225
13                Families from Tom Areton
                  CHI0028265 - 28266
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1        A.    Yes.
 2        Q.    And in 2013, I believe when this
 3   e-mail -- or, excuse me, November of 2012, when this
 4   e-mail was sent, she was at that time the operations
 5   manager; is that right?
 6        A.    Yes.
 7        Q.    Okay.  So do you have -- based on the
 8   context of this e-mail, can you tell who Riitta
 9   Tiainen is?
10        A.    It seems it's a partner.
11        Q.    "A partner" meaning?
12        A.    A partner, one of our partners,
13   international partners.
14        Q.    Okay.  People you've referred to as
15   partner agencies --
16        A.    Yes.
17        Q.    -- at other times during the deposition?
18        A.    Yes.
19        Q.    All right.
20              MR. SCHWARTZ:  Oh, for the record at
21   home, this is document 15587.
22        Q.    So in this e-mail                    the
23   question, "Do you accept au pair candidates with
24   diabetes?  I do not have details, but would be good
25   to know before she starts the project."
```



```
1      A.    Uh-huh.
2      Q.    "What about psychology tests, do you
3  require it?  And I" -- I believe that's a typo --
4  "if I remember correctly, you now have a system
5  where application forms are scanned."
6                 And the reply for Ms. Herlocker
7  is, "Thanks for your e-mail.  It would depend upon a
8  few factors.  Is she insulin dependent?  Would she
9  need to take insulin while here?"  It then goes on.
10                Why would Ms. Herlocker ask a
11 question about insulin dependence?
12                MR. BENDER:  Objection.  Lack of
13 foundation.
14     A.    It's hard for me to -- to -- the partner
15 asked about --
16     Q.    Oh, excuse me.  Thank you.
17     A.    Yeah.
18     Q.    What -- well, she asked about diabetes,
19 whether you would accept someone with diabetes.
20 Does -- sorry.  Please.
21                MR. BENDER:  Well, what's the
22 question?  Is there a question pending?
23     Q.    Does she -- does CHI have any policy with
24 respect to the medical condition of au pairs?
25     A.    The -- the -- we do not have a specific
```



```
1    policy.  The regulations require that -- that the
2    au pairs, you know, be healthy enough to -- to
3    experience the program.  That's one aspect of it.
4                 The second aspect of it is the
5    medical insurance.  For example, in this case if she
6    requires insulin and she's insulin dependent, that's
7    not covered on the -- the insurance provided.  She
8    would need to bring all of her insulin for the
9    period of time she'd be on program.
10        Q.    So this is insurance that CHI provides
11   to --
12        A.    The medical insurance, yes.
13        Q.    -- to its au pairs?
14        A.    Yes.
15        Q.    And so one reason this would be a
16   problem, potentially, is that insulin's not covered
17   by that medical insurance; is that right?
18        A.    It could possibly --
19              MR. BENDER:  Objection.  Lack of
20   foundation.
21              Go ahead.
22        A.    It could possibly be an additional cost
23   to the au pair, yeah.  It could possibly not be
24   covered.
25        Q.    Okay.  So are questions -- questions
```



Page 74

1  related to the suitability of au pairs come to CHI
2  from partners agencies on occasion; is that right?
3      A.   At times.
4      Q.   And I believe both you and Mr. Areton
5  testified earlier that CHI trains the partner
6  agencies with respect to compliance with --
7      A.   Yes.
8      Q.   -- with the program?
9      A.   Yes.
10     Q.   Okay.  Thank you.
11              (Exhibit No. 14 was marked.)
12     Q.   So I'm marking for you now Exhibit 14.
13              Have you seen this document
14 before?
15     A.   I understand it to be the -- the Partner
16 Agency Training.  I'm -- as I've not been able to
17 fully review it, I -- I don't know which year this
18 relates to.
19     Q.   Okay.  Well, why don't we do this.
20          MR. SCHWARTZ:  First, I'll let
21 everyone listening, that this is CHI0002546.
22     Q.   And why don't you take a moment to
23 familiarize yourself with it.
24              (Witness peruses document.)
25     A.   Okay.



```
 1        Q.    Okay.  I'm marking for you a document
 2   that is Bates stamped 22790, and this is Document
 3   No. 2 -- excuse me, Exhibit No. 28.
 4                    (Exhibit No. 28 was marked.)
 5        Q.    Okay.  So the first e-mail dated 8th of
 6   April 2011 from -- is from Chris Burbach.  Burbach?
 7   Burbach?
 8        A.    Burbach.
 9        Q.    Burbach.  Who had the title, according to
10   this e-mail, as U.S. regional manager.
11                    Now, what was the regional manager
12   responsible for?
13        A.    They oversee the -- and -- and administer
14   the -- the program in their region.  At the time we
15   only had one, so --
16        Q.    So he oversaw and admin --
17        A.    She.
18        Q.    She, excuse me.
19        A.    Yes.
20        Q.    She oversaw and administered the program?
21        A.    She oversaw the local coordinators.  In
22   terms of supervising the local coordinators and the
23   au pairs, yes.
24        Q.    Okay.  So she writes, "Hi Deborah,"
25   writing to Deborah Herlocker, who was the operations
```



Page 147

1  manager.
2            Now, is Deborah Herlocker -- was
3  Deborah Herlocker Chris Burbach's superior at this
4  time?
5       A.   No.  I wouldn't say so, no.  Chris
6  Burbach reported to Jackie, so no.
7       Q.   Okay.  So she writes, "Hi Deborah.  Diana
8  questioned the ▓▓▓▓▓ about the weekly stipend
9  amount.  She said that her," quote, "friends," end
10 quote, "were making $250!  It might be good to
11 contact her before she arrives to clarify that the
12 amount we pay is the government-regulated amount and
13 not open to negotiation!  I'll also talk with her at
14 orientation next week.  Thanks."
15           And then there's a reply.  "Hi
16 Chris, she's already en route, but I'll ask Damarius
17 to make sure the agency lets the au pairs know that
18 with CHI they would just be making the $195.75.
19 That agency also works with Au Pair International,
20 and I see that they have the au pair professional
21 program, which Diana would probably qualify for.
22 That weekly stipend is $225" -- "dollars a week, so
23 that is probably where the confusion is coming from.
24 We don't have a higher stipend for applicants who
25 are more highly qualified."



1	So turning to the first e-mail.
2	Is it fair to say that the Diana in question here is
3	a prospective au pair, based on the context?
4	A.	I guess so, yeah.  I would assume.
5	Q.	And would you also assume that the Bakays
6	refers to a prospective host family?
7	A.	It seems that way.
8	Q.	Okay.  Is Chris Burbach's response
9	reflective of CHI's policy?
10	A.	No.
11	Q.	Okay.  Was it reflective of CHI's policy
12	in 2011?
13	A.	It's hard -- I can't speak to that.  I
14	wasn't there, but -- but, no, this is not our
15	policy.
16	Q.	But you -- you can't say that it wasn't
17	the policy in 2011, right?
18		MR. BENDER:  Object to the form.
19	A.	I have never seen this policy, and I
20	would not advise our staff to communicate in that
21	way.  But, yes, I...
22	Q.	Yes what?
23	A.	Could you repeat your question?
24	Q.	Sure.
25		My question was:  You can't say

