# Exhibit 69

Message

| | |
|---|---|
| **From**: | Linda Mori [chilinda@chinet.org] |
| **Sent**: | 7/17/2012 10:57:53 AM |
| **To**: | Helene Young [hly@usaupair.com] |
| **Subject**: | Re: Question |

Believe it or not, we are actually fairly strict when it comes to "au pair brides." First of all, if they tell us they are planning to get married, we encourage them to wait until after they complete their program, return to the home country and get proper visa documentation. If they go ahead during their program a marry, we terminate (not end) their programs. We have a clause in our agreement that specifically states ████████████████████ ██████████████████████████, otherwise they are in direct violation of their contract with CHI.


On Mon, Jul 16, 2012 at 2:03 PM, Helene Young <hly@usaupair.com> wrote:
Hi Linda - What do you do when an au pair gets married during her program year, is no longer living with host family? She continues to provide child care but once married is she still "on program" or "off program"?

Helene :-)

USAuPair
PO Box 2126
Lake Oswego, OR 97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype: usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.


--
Linda Mori
Compliance Officer
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
Skype: linda_mori
Web: www.chinet.org
Join our cultural events Facebook Group:
Summer 2012 CHI participants- Experience USA!
Opening doors to the world for over 30 years!



CONFIDENTIAL

CHI0001466