IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

**AU PAIR INTERNATIONAL'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS 40 AND 43 [ECF NOS. 558-40, 558-43] TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

      Pursuant to D.C.COLO.LCivR 7.2, Defendant Au Pair International, Inc. ("API") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to Exhibits 40 and 43 to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion for Class Certification") [ECF No. 559]. In support thereof, API states as follows:

      1.    Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion. Plaintiffs do not oppose the relief requested herein.

      2.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On June 5, 2017, Plaintiffs' filed their Motion for Class Certification and the Declaration of Sean P. Rodriguez in Support of that Motion ("Rodriguez Declaration") [ECF No. 558]. Attached as Exhibit 40 [ECF No. 558-40] and Exhibit 43 [ECF No. 558-43] to the Rodriguez Declaration are email exchanges between API personnel and individual third parties (host families) that contain confidential name and contact information for those individual third parties. To preserve the privacy of these individuals, API respectfully requests that the Court restrict access to these documents under Level 1 restricted access. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.").

6. Because only a portion of Exhibits 40 and 43 disclose confidential information, API has attached redacted versions of these documents as Exhibits A and B, respectively, to this motion. These redacted versions of Exhibits 40 and 43 may be

2

filed in the public record. API, however, requests that the original, unredacted versions of these exhibits remain under Level 1 restricted access.

    WHEREFORE, for the foregoing reasons, API respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibits 40 and 43 to Plaintiffs' Motion for Class Certification.

Dated:  June 16, 2017.                          Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Grace A. Fox
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
        Fox@wtotrial.com
        West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 16, 2017, I electronically filed the foregoing AU PAIR INTERNATIONAL'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS 40 AND 43 TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*s/ Claudia Jones*