# Exhibit A

Case No. 1:14-cv-03074-CMA-KMT Document 575-1 filed 06/16/17 USDC Colorado pg 2 of 7

# Exhibit 40

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

| | |
|---|---|
| **From:** | Steve |
| **To:** | Melissa Bonfada |
| **CC:** | Katrina Vanderhulst |
| **Sent:** | 8/18/2014 11:23:34 PM |
| **Subject:** | RE: Application |

Melissa
Please proceed as we discussed.  AP can be paid the regular rate.  Host family program fee is professional rate.
Thanks
S

---

**From:** Katrina Vanderhulst
**Sent:** Monday, August 18, 2014 4:34 PM
**To:** Steve
**Subject:** FW: Application

Katrina Vanderhulst
Director of International Programs

Au Pair International, Inc.
Direct: (720) 308-5458
Main: (720) 221-3563
Skype: Aupairinternational
Email: Katrina@AuPairInt.com

**From:** Melissa Bonfada
**Sent:** Monday, August 18, 2014 3:30 PM
**To:** Katrina Vanderhulst
**Subject:** FW: Application

Hi Katrina,
I have forwarded you my responses with  about Ayumi.  He is insisting that his sister in law was told that Ayumi can be charged under the standard AP rate.  I offered the option to pay the pro rate to the company but pay the standard weekly rate to the AP.  I understood this to be an option from his email on August 15 (you can see below). Is there another option or just let him know that this is what it is and Ayumi won't work out any other way?
Thanks!
Melissa

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563



API00001527

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**From:** ██████████████████
**Sent:** Monday, August 18, 2014 5:47 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

So we have to pay the annual prorated Professional fee to the company but are allowed to pay the Standard weekly rate to the Au Pair? That seems a little unusual to me. As I mentioned earlier, we were told that we would be paying the standard weekly rate and program fee. Is that no longer true?

Thanks,

██████

From: melissa@aupairint.com
To: ██████████████████
Subject: RE: Application
Date: Mon, 18 Aug 2014 00:32:10 +0000

Hi ██████
I spoke with our financial officer and she let me know that the program fee is to the AP Pro fee (prorated at $6560), but that you all may pay Ayumi the standard AP fee of $195.75 if that is what you all discussed.
Best,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563

**From:** ██████████████████
**Sent:** Friday, August 15, 2014 5:24 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

We did hear that Ayumi was categorized as a professional because of her educational background. However we were also told from our sister in law (who spoke with Alexia Smith) that Ayumi agreed to be paid as a "standard" Au Pair so our cost would be less. Can you double check this for us and confirm since the overall expense was a big factor in our decision making process.

She is in fact already here on Oahu so the flight surcharge would not apply.

Thanks,

██████

From: melissa@aupairint.com
To: ██████████████████
Subject: RE: Application
Date: Fri, 15 Aug 2014 20:55:26 +0000
Hello ██████
Thank you for your application, letter, and pictures.

API00001528

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

I spoke with our financial office about the prorated program fee for Ayumi.

Ayumi is an Au Pair Professional since she is a teacher.  The fee structure is a bit different for APro. APro fees are below
    Application fee (normally $350) currently waived = **$0**
    Program fee (normally $7,490) currently offering a $300 discount = **$7,190**
    Weekly stipend = **$225.00/week**
    Educational allowance = **$500**
    Flight surcharge (variable) = **$ 500 or less on average**

If Ayumi were to arrive on 8/28, her contract would end on 7/27/15 and the program fees would be $6560.  Additionally, the flight surcharge would not apply if you all are on the same island.

Let me know if you have any questions.
Thanks,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563

**From:** ███████████████████████████
**Sent:** Friday, August 15, 2014 4:37 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi  Melissa - Thanks for taking the time to answer our questions.  I have attached our application form, the family letter, and pictures of our family.  Please review these documents and let us know the next steps in the process and if there is anything else we need to submit.

Thanks,
████████████

From: melissa@aupairint.com
To: ████████████
Subject: RE: Application
Date: Fri, 15 Aug 2014 20:20:48 +0000
Hi ████
I am going to address your questions one by one below.

 Is it possible to email the application?  If so I can attach a signed copy of the application, along with the collage and family letter since we have just completed these items already.  The application said it needs to be mailed, but I thought emailing would speed up the process.
Yes you are welcome to email the application! You can send it over to me.  You can send it all by email and I can upload it to your file.  If you prefer to fax or mail, you can do that too, but email is best for us as well.
2.  Do we need the agreement form?
3.  Do we need to fill out the personal and employer references?  If so, where can we get those forms?

API00001529

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Michele, who is responsible for files, will get you any outstanding reference forms and agreement forms after you submit your application.

4.  Since the program fee is prorated, I have it calculated it as $6132.50 ($6690 * (11/12)), since Ayumi would be with us for only 11 months.  Can you confirm exactly what our fee would be?
I will find this out for you today. '

Hope this helps!
Feel free to contact me if you have any other questions.
Thanks,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International
www.aupairint.com
Main: 720-221-3563

**From:** ███████████████████
**Sent:** Thursday, August 14, 2014 8:15 PM
**To:** Melissa Bonfada
**Subject:** RE: Application

Hi Melissa,

Thanks for your response as well.  I had a few more questions:

1. Is it possible to email the application?  If so I can attach a signed copy of the application, along with the collage and family letter since we have just completed these items already.  The application said it needs to be mailed, but I thought emailing would speed up the process.
2.  Do we need the agreement form?
3.  Do we need to fill out the personal and employer references?  If so, where can we get those forms?
4.  Since the program fee is prorated, I have it calculated it as $6132.50 ($6690 * (11/12)), since Ayumi would be with us for only 11 months.  Can you confirm exactly what our fee would be?

Thanks,
████████████

From: melissa@aupairint.com
To: ███████████████
Subject: RE: Application
Date: Wed, 13 Aug 2014 22:23:12 +0000
Hi ██████
Thank you for your response.  Yes, you are correct, there will be a prorated program fee based on the time that Ayumi has remaining on her contract when she arrives to you.  The program fee is an annual expense that covers the services offered by the agency.  We do have a payment plan if you are interested.
Best,

Melissa Bonfada
Placement Coordinator
Melissa@AuPairInt.com
Direct: 720-221-3817

Au Pair International

API00001530

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

www.aupairint.com
Main: 720-221-3563

Case No. 1:14-cv-03074-CMA-KMT - Document 575-1 - filed 06/16/17 - USDC Colorado - pg 7 of 7

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

API00001531