# Exhibit B

Case No. 1:14-cv-03074-CMA-KMT Document 575-2 filed 06/15/17 USDC Colorado pg 2 of 6

# Exhibit 43

**From:** ▮▮▮▮▮▮▮▮▮▮

**To:** Alisha Paolino; Steve

**Sent:** 11/11/2009 6:53:54 PM

**Subject:** RE: ▮▮▮▮ Tomiyama (Next Year)


No – that would be correct.  I know I called on it, and there was an answer that I agreed with, otherwise I would have dug further.



**From: Alisha [mailto:alisha@aupairint.com]**

**Sent:** Wednesday, November 11, 2009 11:47 AM

**To:** ▮▮▮▮▮▮

**Subject:** RE: ▮▮▮▮ Tomiyama (Next Year)

Hello ▮▮▮▮

I spoke with Steve and we reviewed your family's invoice.  Steve will send your family an additional copy of your API invoice for 2008 as well.  Your family was charged a program fee of $6,190 for the year and also a domestic flight fee of $275.  Altogether your invoice should show that your family paid a total of $6,465.  Please let me know if you invoice does not line up with these calculations.

Best Regards,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724


www.aupairint.com



**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Wednesday, November 11, 2009 10:42 AM

**To:** slehan@aupairint.com; Alisha

**Subject:** RE: ▮▮▮▮ Tomiyama (Next Year)

Hmmm.  So, it actually looks like we paid more last year than we were supposed to.  I know when I received the invoice, it was for more than I was quoted.  I recall questioning it at the time, but could not find the original email from Jolene at that same time.  It is attached, and quoted in part, below.  When I spoke with Steve in October 2009 (looking for fees and a Tax ID Number), he quoted that I paid $6,490.  That would be an overpayment of $300, based upon the quote from Jolene in 2008.

If we applied that credit to this year, it would be $6,190.  If that fee/arrangement sounds reasonable to you, please let me know.

Thank you for your consideration.

▮▮▮▮▮▮

API00001576

Case 1:14-cv-03074-CMA-KMT Document 575-1 filed 06/16/17 USDC Colorado pg 4
of 6
Case 1:14-cv-03074-CMA-KMT HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY USDC Colorado Page 3 of
6

Hi 

*Attached is our pricing and some information on our company.  Please also feel welcome to call me if you have questions.*

*Our Program fee $6,690.00 less a $500.00 credit because you  are coming from another agency. Total: $6,190.00*
*There is no application fee if you come from another agency.*
*The host family will pay $500.00 toward education.*
*The host family will also pay a two week paid vacation.*
*The host family may incur the domestic flight depending upon where the Au Pair is traveling from. The current weekly stipend is $176.95.  In May of 09' the stipend will increase to $194.00 this is reflection of the minimum wage increase.*

*Let me know if you have any further questions.*

*jolene*



---

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:59 AM
**To:**
**Subject:**          Tomiyama (Next Year)

Hello

Your fees for next year will be as follows:

- No application fee
- Program fee with renewal discount:  $6,490
- Weekly stipend:  $195.75/wk
- Educational allowance:  $500

The other possible fee would be a domestic flight fee.  This fee is 0-$400 dollars.

Please let me know if you have additional questions or if you would like to begin looking at new au pair files.

Best Regards,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

API00001577

**From:** Steve [mailto:slehan@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:48 AM
**To:** Alisha
**Subject:** RE: ████ Tomiyama (Next Year)

They will save $850.  No application and renewal discount.  $6,490 total.  Fees have not been determined yet, but that will be the fee for this family.

Allowance and Stipend are not anticipated to change, but those are set by law and could change in theory.

Steve

**Au Pair International**

4450 Arapahoe Ave, Suite 100
Boulder, Colorado 80303
720 226-9014 direct
720 221-3563 main
720 221-0724 fax

www.aupairint.com

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, November 11, 2009 9:40 AM
**To:** Steve
**Subject:** ████ Tomiyama (Next Year)

Hello Steve,

The ████ family is trying to determine whether to stay with the agency another year or move in a new direction.  The host mother has requested the costs for next year.  Since the family will be renewing in March will their program fee be different than $6,490?  Are the fees going up?  Will the educational allowance and weekly stipend remain the same?

Please let me know and I will get back to the family.

Best,

Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724

www.aupairint.com

**From:** ████████████████████████
**Sent:** Wednesday, November 11, 2009 8:55 AM
**To:** Alisha
**Subject:** ████ Tomiyama match

API00001578

We are considering re-matching for next year.  Yukari arrived March 26, 2009 (I think).

What would the agency fee be in the rematch?
When would it have to be paid, and is there a payment program?
What would her weekly stipend fee be?
I assume we would pay the $500 towards education again.

Are there any other fees that I did not consider?

Thank you.



---

**From:** Alisha [mailto:alisha@aupairint.com]
**Sent:** Wednesday, December 10, 2008 1:42 PM


Alisha Paolino
Placement Coordinator

Au Pair International
4450 Arapahoe Ave-Suite 100
Boulder, CO 80303
Direct #:720-204-1911
Main #:720-221-3563
Fax #:720-221-0724


www.aupairint.com

API00001579