IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

**GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS 84, 90, AND 94 [ECF NOS. 558, 560] TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") hereby move this Court for an order restricting public access, under Level 1 restricted access, to Exhibits 84, 90, and 94 to Plaintiffs' Motion for Class Certification and Appointment of Counsel ("Motion for Class Certification") [ECF No. 559]. In support thereof, Go Au Pair states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion. Plaintiffs do not oppose the relief requested herein.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On June 5, 2017, Plaintiffs' filed their Motion for Class Certification and the Declaration of Sean P. Rodriguez in Support of that Motion ("Rodriguez Declaration") [ECF No. 558]. Go Au Pair believes in good faith that the documents attached as Exhibit 84 [ECF No. 558-87], Exhibit 90 [ECF Nos. 558-93 to 558-96], and Exhibit 94 [ECF Nos. 560-1 to 560-7] to the Rodriguez Declaration contain highly confidential information related to Go Au Pair's business operations.

6. For example, Go Au Pair has designated Exhibits 90 and 94, both of which are annual Department of State audit reports, as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. These reports provide detailed information regarding the perceived strengths and weaknesses of and participant satisfaction with Go Au Pair's program, as determined by surveys of au pair participants. The reports also contain

information regarding complaints by host families or au pairs. As such, these documents contain proprietary business information of competitive value and significance.

7. Similarly, portions of Go Au Pair's 30(b)(6) deposition transcript, attached as Exhibit 84 to the Rodriguez Declaration, reflect confidential business information regarding Go Au Pair's profitability.

8. Accordingly, Exhibits 84, 90, and 94 to the Rodriguez Declaration, and the information contained therein, should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing." (internal quotation marks and citation omitted)).

9. Because only a portion of Exhibit 84 references confidential information, Go Au Pair has attached a redacted version of that document as Exhibit A to this motion. This redacted version of Exhibit 84 may be filed in the public record. Go Au Pair, however, requests that the original, unredacted version of Exhibit 84 remain under Level 1 restricted access.

10. Go Au Pair requests that Exhibits 90 and 94 remain under Level 1 restricted access in their entirety, as both documents consist primarily of confidential business information and redaction is not practicable.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibits 84, 90, and 94 to Plaintiffs' Motion for Class Certification.

Dated: June 16, 2017.                    Respectfully submitted,


                                         *s/ Kathryn A. Reilly*
                                         Kathryn A. Reilly
                                         Grace A. Fox
                                         Natalie West
                                         Wheeler Trigg O'Donnell LLP
                                         370 Seventeenth Street, Suite 4500
                                         Denver, CO  80202-5647
                                         Telephone:  303.244.1800
                                         Facsimile:  303.244.1879
                                         Email:  Reilly@wtotrial.com
                                                 Fox@wtotrial.com
                                                 West@wtotrial.com

                                         Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

5

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 16, 2017, I electronically filed the foregoing GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS 84, 90, AND 94 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

*s/ Claudia Jones*