IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

**AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 558-44, 558-48, 558-49, 558-50, 558-51, and 558-54 ANNEXED TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

---

    Pursuant to D.C. COLO. L.Civ. R. 7.2, Defendant, American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves this Court for permanent Level 1 restricted access to ECF Nos. 558-44, 558-48, 558-49, 558-50, 558-51, and 558-54 annexed to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion for Class Certification") (ECF No. 559). AIFS provides redacted versions of ECF Nos. 558-44 and 558-49 that may be filed for public access. In support thereof, AIFS states as follows:

    1.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in <u>Gillard v. Boulder Valley School District RE-2</u>, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305).

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. Id. at ¶ 8.

**Redaction and Restriction of ECF Nos. 558-44 and 558-49**

4. On June 5, 2017, Plaintiffs' filed their Motion for Class Certification and the Declaration of Sean P. Rodriguez in Support thereof ("Rodriguez Declaration") (ECF No. 558).

5. Attached as Exhibit 44 (ECF No. 558-44) to the Rodriguez Declaration are excerpts from AIFS' deposition pursuant to Fed. R. Civ. P. 30(b)(6). Exhibit 44 contains testimony concerning AIFS' proprietary operational information concerning its community outreach and marketing strategies.

6. A sufficient showing to permit restriction may be found where the records contain: (1) trade secrets (Pine Tel. Co., Inc. v Alcatel Lucent USA Inc., 617 F. App'x 846, 851 (10th Cir 2015)); or (2) business information that might harm a litigant's competitive standing (Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)); Fed. R. Civ. P. 5.2; see also Anderson v Walgreen Co., 14-CV-02642-RM-MJW, 2016 WL 74934, at *2 (D Colo Jan. 7, 2016). AIFS seeks to redact a small portion of the

testimony subsumed in Exhibit 44, as it concerns the kind of proprietary business information which, if disclosed, would impair AIFS' competitive standing.  Nixon, 435 U.S. at 598.

7. Only a portion of ECF 558-44 discloses confidential information. Therefore, AIFS has attached a redacted version of this document as Exhibit A to this motion. This redacted version may be filed in the public record. AIFS, however, requests that the original, unredacted version of this exhibit remain under Level 1 restricted access.

8. Attached as Exhibit 49 (ECF No. 558-49) to the Rodriguez Declaration is an email exchange between AIFS personnel and an individual, third party host family member containing confidential name and contact information for that third party host family. To preserve the privacy of this individual, AIFS respectfully requests that the Court restrict access to these documents under Level 1 restricted access. See SOLIDFX, LLC v. Jeppesen Sanderson, Inc., No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."); Huddleson v. City of Pueblo, Colo., 270 F.R.D. 635, 637 (D. Colo. 2010).  Indeed, disclosure of the third-party host family member's identity and contact information would needlessly violate that individual's right of privacy.

9. Only a portion of ECF 558-49 discloses confidential information. Therefore, AIFS has attached a redacted version of this document as Exhibits B to this motion. This redacted version may be filed in the public record. AIFS, however,

requests that the original, unredacted version of this exhibit remain under Level 1 restricted access.

**Restriction of ECF Nos. 558-48, 558-50, 558-51, and 558-54**

10.     Attached as Exhibit 48 (ECF No. 558-48) to the Rodriguez Declaration is an internal memorandum from AIFS to its Community Counselors concerning AIFS' strategic approach to addressing emerging issues in the industry in the context of Community Counselor interaction with au pairs and host families.  Exhibit 48 clearly contains information concerning AIFS' proprietary operational information and trade secrets.  Anderson, 2016 WL 74934, at *2.

11.     Attached as Exhibit 50 (ECF No. 558-50) to the Rodriguez Declaration is an email exchange between AIFS and Defendant, Cultural Care, which contains confidential business information and communications concerning possible testimony in connection with legislation affecting the industry.  Exhibit 50 contains confidential information concerning AIFS' strategic approach to certain legislative issues impacting the industry.  Id.

12.     Attached as Exhibit 51 (ECF No. 558-51) to the Rodriguez Declaration is AIFS' internal excel spreadsheet containing its competitive analysis of various au pair programs with which it competes.  Exhibit 51 represents AIFS' proprietary work product, the disclosure of which would undoubtedly harm AIFS' competitive standing within the industry.  Id.

13.     Attached as Exhibit 54 (ECF No. 558-54) to the Rodriguez Declaration is AIFS' internal au pair orientation outline.  Exhibit 54 contains confidential information

concerning AIFS' business operations and trade secrets concerning AIFS' proprietary methods of indoctrinating au pairs. The orientation outline is of great competitive value, and, if disclosed, would harm AIFS' competitive standing within the industry. Id.

14. In light of the foregoing, ECF Nos. 558-48, 558-50, 558-51, and 558-54 should maintain their Level 1 restriction, as they contain proprietary business and operational information and/or trade secrets, the disclosure of which would greatly impair AIFS' competitive standing.

15. As required by D.C. COLO. L.Civ.R. 7.1(A), undersigned counsel certifies that on June 15, 2017, he conferred with Plaintiffs' counsel concerning the relief sought herein, and Plaintiffs do not oppose.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF Nos. 558-44, 558-48, 558-49, 558-50, 558-51, and 558-54 to Plaintiffs' Motion for Class Certification.

Dated: June 16, 2017    Respectfully Submitted,

s/ John B. Fulfree
John B. Fulfree (jfulfree@purneylaw.com)
Stephen J. Macri (smacri@putneylaw.com)
Robert M. Tucker (rtucker@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020

*Attorneys for American Institute for Foreign Study d/b/a Au Pair in America*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2017, I electronically served a true and correct copy of **AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 558-44, 558-48, 558-49, 558-50, 558-51, and 558-54 ANNEXED TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218
Email: alex@towardsjustice.org

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO 80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

6

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

| | |
|---|---|
| Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 Second Avenue, NE, Suite 213<br>St. Petersburg, FL 33701<br>Email: Bogdane@hotmail.com | Lawrence Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS LLP<br>1801 California Street, Suite 2700<br>Denver, CO 80202<br>Email: llee@laborlawyers.com<br>Email: sschaecher@laborlawyers.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave, Suite 330<br>Denver, CO 80210<br>Email: sklopman@hklawllc.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: estock@gibsondunn.com |
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: llouis@bsfllp.com<br>Email: smccawley@bsfllp.com<br>Email: smcelroy@bsfllp.com | Matthew L. Schwartz<br>Peter M. Skinner<br>Dawn L. Smalls<br>Randall W. Jackson<br>Joshua J. Libling<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: mlschwartz@bsfllp.com<br>Email: pskinner@bsfllp.com<br>Email: dsmalls@bsfllp.com<br>Email: rjackson@bsfllp.com<br>Email: jlibling@bsfllp.com |
| Sean P. Rodriguez<br>Juan P. Valdivieso<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email: srodriguez@bsfllp.com<br>Email: jvaldivieso@bsfllp.com | |

s/ John B. Fulfree

John B. Fulfree

8