# **EXHIBIT B**

Case 1:14-cv-03074-CMA-KMT Document 558-49 Filed 06/02/17 USDC Colorado Page 1 of 5

# Exhibit 49

**From:**
**To:** Redacted
**CC:**
**BCC:**
**Subject:** RE:
**Sent:** 05/15/2014 04:48:16 PM -0400 (EDT)
**Attachments:**

Thanks
Au pair care's fee is about $300 higher than Cultural care's cost.
Would you be able to match the Cultural care's fee?
It's not an insignificant amount so I figured it wouldn't hurt to ask.
Thanks

Redacted

**From:** Redacted
**Sent:** Thursday, May 15, 2014 4:47 PM
**To:** Redacted
**Subject:** RE:

Yes, you do to get started with a new search. You can reapply right on your site on the Home page. Click on the button that says "reapply". Now is a good time to start for Aug.

**From:** Redacted
**Sent:** Thursday, May 15, 2014 4:42 PM
**To:** Redacted
**Subject:** RE:

I need to submit a new application to host a new au pair, correct?

Redacted

**From:** Redacted
**Sent:** Thursday, May 15, 2014 4:40 PM
**To:** Redacted
**Subject:** RE:


EXHIBIT
Ferry 21
5/11/17
JEREMY RICHMAN

CONFIDENTIAL                                                                                    AIFS 0002665

Hi Linda,
The fee for a year placement beginning in 2014 would be $8045 for a Standard au pair. You would not be required to pay the $400 match fee. The $35 Sevis fee would still apply. The weekly stipend would be $195.75 per week. We ask that you pay $500 towards your Au pair's education for the year. You would need to pay for one way travel arrangements to get the au pair to you after she attends orientation. For repeat families, the discount is that there is no match fee.

Bet Regards,
Karen

Karen Paris-Beck, ext 5566
Placement Services Coordinator
Direct Line: 203-399-5566
Kbeck@aifs.com

Au Pair IN AMERICA
Trust the world's most experienced live-in child care program
(800) 928-7247
a division of the American Institute For Foreign Study (AIFS)

****Our complete database of au pairs is accessible through our NEW AND IMPROVED ONLINE SEARCH FEATURES 24 hours per day, 7 days a week!

**to see au pairs available now please go to:http://www.aupairinamerica.com/aupairs/available.asp

For more information on "Preparing to Drive in the US" our new driving course in partnership with AAA go to
http://www.aupairinamerica.com/pdf/AAA_APIA_Enrollment_Form.pdf

**From:** Redacted Redacte Reda RedactedRedacted ]
**Sent:** Tuesday, May 13, 2014 11:10 AM
**To:** Yuri Blen
**Subject:**

Can you please send me a fee breakdown to host an aupair from Aug 2014 to Aug 2015?
thanks

RedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedacted
RedactedRedactedRedactedRedactedRedactedRedactedRedacted

**From:** apaccounting@aifs.com [mailto:apaccounting@aifs.com]
**Sent:** Thursday, July 25, 2013 8:16 PM
**To:** RedactedRedacted
**Subject:** Your payment has been received.
**Importance:** High

**Host Family ID:** 91973

CONFIDENTIAL

AIFS 0002666

**Host Family Name:** Re
**Payment ID:** 0000031651

Thank you for your payment of **$7,485.00** charged to the credit card ending in 6555. This amount will reflect on your account immediately.

If you have any questions, concerns or require clarification regarding this correspondence, please contact our accounting department.

**Contacts for Accounting Queries**

(800) 928-7247 followed by the appropriate extension:

- 5035 Billing and Adjustments
- 5550 Extended Payment Plan
- 5055 Overdue and Collection Accounts
- 5178 Year 2 Program Fee (for those families extending with their au pair for a second year)

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
*************************************************************************
******** * ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (I) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***-
Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

---

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to

the terms and conditions expressed in the governing KPMG client engagement letter.
******************************************************************

* * ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (I) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***- Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the laws and regulations, or to the judicial and administrative interpretations thereof. The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.
**************************************************************

CONFIDENTIAL

AIFS 0002668