IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

**APF GLOBAL EXCHANGE NFP D/B/A AU PAIR FOUNDATION'S <u>UNOPPOSED</u> MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO DOC. NO. 558 AND TO SUBSTITUTE REDACTED DOCUMENT**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendant APF Global Exchange NFP d/b/a Au Pair Foundation ("APF") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to Exhibits 29, 30, 31, 32, 34 and 35 to the Declaration of Sean P. Rodriguez in Support of Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [Doc. No. 558]. In support thereof, APF states as follows.

CERTIFICATE OF CONFERRAL

The undersigned certifies that she conferred with counsel for Plaintiffs pursuant to D.C.COLO.LCivR 7.1 regarding the relief sought in this motion and counsel responded that Plaintiffs do not oppose this motion.

2

1. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, Doc. No. 305.)

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

4. On June 5, 2017, Plaintiffs' filed Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [Doc. No. 559]. The Rodriguez Declaration and exhibits thereto [Doc. No. 558] were filed in Support of that Motion. Attached as Exhibits 29 [Doc. No. 558-29], 30 [Doc. No. 558-30], 31 [ECF No. 558-31], 32 [Doc. No. 558-32], 34 [Doc. No. 558-34], and 35 [Doc. No. 558-35] to the Rodriguez Declaration are excerpts of deposition testimony, materials developed by APF and emails containing confidential business and competitive information, trade secrets and proprietary information. Exhibit 30 also contains the name, email address and information about a potential host family. The documents have previously been marked "Attorney's Eyes Only" without objection. To preserve the confidentiality of this information and protect APF from competitive harm, APF respectfully requests that the

Court restrict access to these documents under Level 1 restricted access. *See L-3 Comms. Corp. v. Jaxon Eng. & Maint., Inc.*, No. 10-cv-02868-MSK-KMT, 2014 WL 1363666, at *1 (D. Colo. Apr. 7, 2014) (granting motion as to proprietary information); *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.").

5. Because only certain pages of Exhibit 29 disclose confidential information, APF has attached a redacted version of this document as Exhibit A to this motion. This redacted version of Exhibit 29 may be filed in the public record. APF, however, requests that the original, unredacted version of Exhibit 29 remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, APF respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibits 29, 30, 31, 32, 34 and 35 to Plaintiffs' Motion for Class Certification and substitute the redacted document at Exhibit A hereto for Exhibit 29.

Respectfully submitted this 16th day of June, 2017.

        *s/ Susan M. Schaecher*
        Susan M. Schaecher
        Lawrence Lee
        Fisher & Phillips LLP
        1801 California Street, Suite 2700
        Denver, Colorado  80202
        303-218-3650
        303-218-3651 facsimile

sschaecher@laborlawyers.com
llee@laborlawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2017, I electronically filed the foregoing APF Global Exchange, NFP's d/b/a Au Pair Foundation's Unopposed Motion to Restrict Public Access (Level 1) To Certain Exhibits through the Court's CF/ECF system which will serve the pleading to the following e-mail addresses:

Lauren Fleischer Louis
Sigrid S. McCawley
Sabria McElroy
Boies Schiller & Flexner, LLP – Ft. Lauderdale
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL  33301
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com

Matthew L. Schwartz
Peter Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Boies Schiller & Flexner, LLP – New York
575 Lexington Avenue, 7th Floor
New York, NY  10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP – Oakland
1999 Harrison Street, Suite 900
Oakland, CA 94612
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
Towards Justice

601 16th Street, Suite C #207
Golden, CO  80401
alex@towardsjustice.org

Kathryn A. Reilly
Grace A. Fox
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
reilly@wtotrial.com
Fox@wtotrial.com
West@wtotrial.com

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO  80435
brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO  80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
jhartley@hollandhart.com
jsbender@hollandhart.com

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO  80302
aahubbard@hollandhart.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Kevin P. O'Keefe
Choate Hall & Stewart LLP
Two International Place
Boston, MA  02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com
kokeefe@choate.com

Jessica L. Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
jfuller@lrrc.com
dhazel@lrrc.com

James Michael Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
jlyons@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL  33701
Bogdan@expertaupair.com

6

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
Armstrong Teasdale, LLC
4643 S. Ulster Street, Suite 800
Denver, CO  80237
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
mfitzgerald@bhfs.com
dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com
rdeeny@shermanhoward.com
jhunt@shermanhoward.com
alevy@shermanhoward.com

Peggy E. Kozal
Thomas Baker Quinn
Nathan Huey
Jennifer W. Vedra
Heather Kelly
Gordon & Reese LLP – Denver
555 17th Street, Suite 3400
Denver, CO 80202
pkozal@gordonrees.com
tquinn@gordonrees.com
nhuey@gordonrees.com

hkelly@gordonrees.com

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York  10175
jfulfree@putneylaw.com
jcarafalsa@putneylaw.com
rtucker@putneylaw.com
smacri@putnetlaw.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York  10166-0193
estock@gibsondunn.com


                                                *s/ Kimberly Hanson*
                                                Kimberly Hanson
                                                For Fisher & Phillips LLP

8

9