# EXHIBIT A

# Exhibit 29

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

———————————————————————————

JOHANA PAOLA BELTRAN, ET AL.,

         Plaintiffs,

vs.

INTEREXCHANGE, INC., ET AL.,

         Defendants.

———————————————————————————

VIDEOTAPED DEPOSITION OF

THERESA NELSON

30(b)(6) REPRESENTATIVE FOR AU PAIR FOUNDATION

MAY 9, 2017

DENVER, COLORADO

9:06 A.M.

Magna Legal Services

866-624-6221

www.magnals.com



Page 2

1              The videotaped deposition of THERESA

2    NELSON, taken before Leeann Keenan, a Registered Merit

3    Reporter, Certified Realtime Reporter, and a Notary

4    Public in and for the County of Summit and the State of

5    Colorado, at 1801 California Street, Suite 2700,

6    Denver, Colorado, on Tuesday, May 9, 2017, at the hour

7    of 9:06 a.m., pursuant to Notice.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
                                                          Page 3

 1    APPEARANCES:
 2
              BOISE, SCHILLER, FLEXNER, L.L.P.
 3            BY: JUAN P. VALDIVIESO, ESQ.
                  1999 Harrison Street
 4                Suite 900
                  Oakland, California  94612
 5                (510) 874-1010
                  appeared on behalf of the Plaintiffs
 6
              TOWARDS JUSTICE
 7            BY: ALEXANDER HOOD, ESQ.
                  1535 High Street
 8                Suite 300
                  Denver, Colorado 80218
 9                (720) 441-2236
                  alex@towardsjustice.org
10                appeared on behalf of the Plaintiffs
11            CHOATE, HALL & STEWART
              BY: JUSTIN WOLOSZ, ESQ.
12                Two International Place
                  Boston, Massachusetts  02110
13                (617) 248-5221
                  jwolosz@choate.com
14                appeared by telephone on behalf of
                  Cultural Care
15
              LEWIS, ROCA, ROTHGERBER, CHRISTIE
16            BY: JESSICA FULLER, ESQ.
                  1200 17th Street
17                Suite 3000
                  Denver, Colorado  80202
18                (303) 628-9527
                  appeared on behalf of Cultural Care
19
              FISHER & PHILLIPS
20            BY: SUSAN SCHAECHER, ESQ.
                  1801 California Street
21                Suite 2700
                  Denver, Colorado  80202
22                (303) 218-3650
                  sschaecher@fisherphillips.com
23                appeared on behalf of AuPair
                  Foundation and Au Pair in America
24
25
```



```
                                                        Page 4
 1    APPEARANCES CONTINUED:
 2
              GORDON & REES
 3            BY: NATHAN HUEY, ESQ.
                  555 17th Street
 4                Suite 3400
                  Denver, Colorado  80202
 5                (303) 200-6888
                  nhuey@gordeonrees.com
 6                appeared by telephone on behalf of
                  AuPairCare, Inc.
 7
              SHERMAN & HOWARD, L.L.C.
 8            BY: JOSEPH HUNT, ESQ.
                  633 17th Street
 9                Suite 3000
                  Denver, Colorado  80202
10                (303) 299-8194
                  jhunt@shermanhoward.com
11                appeared by telephone on behalf of
                  InterExchange, Inc.
12
              NIXON, SHEFRIN, HENSEN, OGBURN
13            BY: MICHAEL DREW, ESQ.
                  5619 DTC Parkway
14                Suite 1200
                  Greenwood Village, Colorado  80111
15                (303) 773-3500
                  michaeldrew@nixonshefrin.com
16                appeared by telephone on behalf of
                  ProAuPair and International Au Pair
17                Exchange
18            GORDON & REES
              BY: PEGGY KOZAL, ESQ.
19                555 17th Street
                  Suite 3400
20                Denver, Colorado  80202
                  (303) 200-6888
21                pkozal@gordonrees.com
                  appeared by telephone on behalf of
22                AuPairCare, Inc.
23
24
25
```



Page 5

```
 1    APPEARANCES CONTINUED:

 2

             BROWNSTEIN, HYATT, FARBER, SCHRECK
 3           BY: MARTHA FITZGERALD, ESQ.
             410 17th Street
 4           Suite 2200
             Denver, Colorado  80202
 5           (303) 223-1472
             mfitzgerald@bhfs.com.com
 6           appeared by telephone on behalf of
             EuRaupair InterCultural Child Care
 7           Programs

 8

 9    ALSO PRESENT: Jerry DeBoer, Videographer

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 6

```
1                          I   N   D   E   X
2                                     .

     DEPOSITION WITNESS:                             PAGE
3    THERESA NELSON
4    Examination by Mr. Valdivieso                     10
5

     DEPOSITION EXHIBITS MARKED:
6    NO.              DESCRIPTION                     PAGE
7    Exhibit 1     Plaintiffs' Notice of 30(b)(6)      12
                   Deposition of APF Global Exchange,
8                  NFP d/b/a Au Pair Foundation
9    Exhibit 2     "About Us" from APF website         43
                   APF 000037
10
     Exhibit 3     APF Global Exchange Organizational  66
11                 Chart
                   APF 000062
12
     Exhibit 4     Au Pair Foundation "Host Family     90
13                 Program Fees"
                   APF 000030
14
     Exhibit 5     Au Pair Foundation "Au Pair Programs"  97
15                 APF 000026 - 27
16   Exhibit 6     Au Pair Foundation "International   109
                   Minds Begin at Home"
17                 APF 000159
18   Exhibit 7     Au Pair Foundation "Bring the World 116
                   to Your Children" Brochure
19                 APF 000152 - 153
20   Exhibit 8     April 11, 2013 e-mail from Carrie   124
                   Crompton to Ellen Hoggard and Theresa
21                 Nelson
                   APF 000271 - 272
22
                   Au Pair Foundation Encouragement    133
23   Exhibit 9     Letter
                   APF 000233
24
25
```



Page 7

1    DEPOSITION EXHIBITS MARKED:
     NO.              DESCRIPTION                        PAGE
2

     Exhibit 10    "A Few Tips for Posting Online and      141
3                   E-mailing HF Leads"
                    APF 000236 - 238
4

     Exhibit 11    "The Au Pair Program - Au Pair 101"     152
5                   APF 000245 - 267
6    Exhibit 12    October 24, 2013 e-mail from Carrie     158
                   Crompton to Tom Sullivan with
7                  attachment
                   APF 000274 - 288
8

     Exhibit 13    Au Pair Application - Au Pair Pledge,   164
9                   July 19, 2013
                    APF 000126 - 130
10

     Exhibit 14    Au Pair Application - Au Pair Pledge,   175
11                  August 19, 2013
                    APF 000131 - 136
12

13   Exhibit 15    Au Pair Foundation Host Family          177
                   Application, Host Family Agreement
14                 APF 000095 - 000100
15   Exhibit 16    February 3, 2014 e-mail from Holly      199
                   Stephens to multiple recipients
16                 "Guidance on Workers' Compensation
                   for Au Pairs, Illinois"
17                 EAP0002942 - 2943
18   Exhibit 17    Au Pair Foundation Host Family          203
                   Application, Host Family Agreement
19                 APF 000110 -115
20   Exhibit 18    Host Family Agreement                   204
                   APF 000075 - 80
21

     Exhibit 19    Host Family - Au Pair Agreement         207
22                  APF 000137 - 150
23   Exhibit 20    Au Pair Handbook                        216
                   APF 000160 - 202
24

25



Page 8

| 1 | DEPOSITION EXHIBITS MARKED: | | |
|---|---|---|---|
| | NO. | DESCRIPTION | PAGE |
| 2 | | | |
| | Exhibit 21 | Survey Monkey survey | 229 |
| 3 | | APF 000312 | |
| 4 | Exhibit 22 | July 16, 2014 e-mail from Theresa | 231 |
| | | Nelson to DOS with attached 2013 | |
| 5 | | Annual Report | |
| | | APF000368 - 389 | |
| 6 | | | |
| | Exhibit 23 | June 25, 2015 e-mail from Theresa | 242 |
| 7 | | Nelson to DOS with attached 2014 | |
| | | Annual Report | |
| 8 | | APF 000429 - 449 | |
| 9 | Exhibit 24 | December 31, 2015 AFP Global | 243 |
| | | Exchange, Report of Independent | |
| 10 | | Accountant son Applying Agreed-Upon | |
| | | Procedures | |
| 11 | | APF 000599 - 614 | |
| 12 | Exhibit 25 | June 8, 2011 e-mail from Michael | 246 |
| | | McCarry to multiple recipients "June | |
| 13 | | 21 Board Dinner" | |
| | | InterExchange0033912 | |
| 14 | | | |
| | Exhibit 26 | February 19, 2016 e-mail from Ilir | 248 |
| 15 | | Zherka to multi recipients "DOS | |
| | | Meeting" | |
| 16 | | ExpertAuPair028121 - 028122 | |
| 17 | Exhibit 27 | March 19 - 21, 2013 e-mail string | 254 |
| | | between Carrie Crompton, Ellen | |
| 18 | | Hoggard and Theresa Nelson | |
| | | APF000268 - 270 | |
| 19 | | | |
| | Exhibit 28 | July 16, 2013 e-mail string between | 259 |
| 20 | | Theresa Nelson and Deborah Herlocker | |
| | | CHI0001202 1205 | |
| 21 | | | |
| | Exhibit 29 | "Cost Breakdown Au Pair Program" | 261 |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |



Page 9

1                     P R O C E E D I N G S

2              THE VIDEOGRAPHER:  We are now on the

3   record.  This begins video No. 1 in the 30(b)(6)

4   deposition of Au Pair Foundation through their

5   designee, Theresa Nelson, in the matter of Johana

6   Paola Beltran, et al. versus InterExchange, Inc.,

7   et al. in the United States District Court for the

8   District of Colorado.

9                     Today's date is May 9th, 2017 and

10  the time is 9:06 a.m.  This deposition is being

11  taken at Fisher & Phillips, L.L.P. located at 1801

12  California Street, Suite 2700, Denver, Colorado at

13  the request of counsel for plaintiffs.

14              The videographer is Jerry DeBoer

15  of Magna Legal Services, and the court reporter is

16  Leeann Keenan of Magna Legal Services.

17              All counsel will be noted on the

18  stenographic record and the reporter will now swear

19  in the witness.

20              (Witness duly sworn.)

21              THERESA NELSON,

22  having been first duly sworn, was examined and

23  testified as follows:

24

25



Page 18

1    the name or the bank or...

2        Q.      Do you know -- do you know the financial

3    institution from which the payment that you receive

4    is paid?

5        A.      Yes, I do.

6        Q.      And what financial institution is that?

7        A.      Bank of America.

8        Q.      And do you know in whose name that

9    account is in?

10       A.      Yes, I do.

11       Q.      Whose -- whose name is that account in?

12       A.      APF Global Exchange Non-For-Profit.

13       Q.      Would you describe yourself as an

14   independent contractor?

15       A.      Yes, I would, and I believe I have

16   already stated that.

17       Q.      When did you begin your role as a vice

18   president of finance?

19       A.      With APF Global Exchange?

20       Q.      With APF Global Exchange, yes.

21       A.      The day they -- of inception of the

22   corporation.

23       Q.      What was the date of inception of that

24   corporation?

25       A.      I don't recall the exact date.  I believe



Page 19

```
 1    that to be somewhere in 2012.

 2         Q.     Prior to that did you provide any

 3    services to AP -- strike that.

 4                     Prior to that did you provide any

 5    services to any predecessor organizations to APF

 6    Global Exchange?

 7         A.     What specifically?  Which one?

 8         Q.     Are there any predecessor organizations

 9    to APF Global Exchange?

10         A.     I'm not sure I understand the term

11    "predecessor."

12         Q.     Okay.  How --

13         A.     There -- APF --

14         Q.     If you understand the question at all,

15    you can answer it, or I can clarify it?

16         A.     If you can clarify, because APF Global

17    Exchange is its own entity.

18         Q.     Okay.  Are you familiar with Au Pair

19    Foundation, Inc.?

20         A.     Yes.

21         Q.     What do you know about Au Pair

22    Foundation, Inc.?

23         A.     I know that that was a company formed

24    with the ownership of Mary Kass.

25         Q.     Who is Ms. Kass?
```



Page 20

```
 1        A.      She is the owner and president of that

 2   corporation.

 3        Q.      Did you provide any services to Au Pair

 4   Foundation, Inc.?

 5        A.      Yes, I did.

 6        Q.      What services did you provide to Au Pair

 7   Foundation, Inc.?

 8        A.      That was primarily accounting.

 9        Q.      Did you provide any other services,

10   besides accounting, to Au Pair Foundation, Inc.?

11        A.      Occasionally I would serve on -- as --

12   participate in management questions and day-to-day

13   functions.

14        Q.      When did you begin providing services to

15   Au Pair Foundation, Inc.?

16        A.      I believe that was -- that that

17   corporation was formed in 2006.

18                     And let me also state, I was also

19   ARO for that entity as well.

20        Q.      What was the nature of Au Pair

21   Foundation, Inc.'s business, if you know?

22        A.      A J-1 visa sponsor for the au pair

23   program.

24        Q.      Do you know when Au Pair Foundation, Inc.

25   became a designated sponsor for the J-1 visa program
```



Page 167

1    foundation.

2         A.    No, I don't.

3         Q.    The signed copies of the Au Pair Pledge

4    that you do maintain, are those maintained in pdf

5    form?

6         A.    Yes, they are.

7         Q.    And you said they're kept on the server.

8    Are they also kept on your personal computer?

9         A.    Yes.  I would believe, yes.

10         Q.    Do you know if your personal computer

11    contains copies of the signed Au Pair Pledge that

12    were signed as part of the Au Pair Foundation, Inc.

13    au pair program?

14              MS. SCHAECHER:  Objection.  Form and

15    foundation.

16         A.    No.

17         Q.    No, you do not know?

18         A.    No, I don't know from memory if there are

19    or are not.

20         Q.    On page 126 there's a section called, "B.

21    Forbidden Activities."

22              Do you see that?

23         A.    Yes, I do.

24         Q.    Could you please read the first paragraph

25    and No. 1 and the text following No. 1?



Page 178

1      Q.     And Au Pair Foundation, Inc. has not been

2  housed at that address, to your knowledge, has it?

3      A.     I think I've explained that before, but I

4  can restate it.

5      Q.     Sure.

6      A.     So define "housed."

7      Q.     Was Au Pair Foundation, Inc. ever located

8  at 20 -- 20 -- 205 Keller Street?

9      A.     Yes, they -- yes, they would have been.

10  They would have been located there, as I was an

11  independent contractor working for them.

12      Q.     And the logo on the top of this document,

13  I believe you had earlier described this logo

14  bearing -- showing a globe in between the words

15  "Au Pair" and "Foundation" with a swoosh and a

16  star --

17      A.     Uh-huh.

18      Q.     -- as being Au Pair Foundation, Inc.'s

19  logo; is that right?

20      A.     Yes.  Correct.

21      Q.     Is this an Au Pair Foundation, Inc.

22  document or is it an Au Pair Foundation Global

23  Exchange NPF -- NFP document?

24      A.     I -- I couldn't say which -- whose

25  document this was.



Page 179

1      Q.      Why is that?

2      A.      Because the documents from Au Pair

3      Foundation, Inc. were adopted or merged into APF

4      Global Exchange.

5      Q.      Does APF Global Exchange NFP currently

6      use a Host Family Agreement?

7      A.      Yes, we do.

8      Q.      Does APF Global Exchange NFP collect the

9      executed copies of the Host Family Agreement?

10     A.      Yes.

11     Q.      And has it been a practice since APF

12     Global Exchange NFP's inception?

13     A.      Yes.

14     Q.      Do you know whether Au Pair Foundation,

15     Inc. collected executed copies of the Host Family

16     Agreement?

17     A.      No.

18     Q.      No, you do not know?

19     A.      No, I do not have that direct knowledge

20     as of my role working with APF, Inc.  Sorry.

21     Au Pair Foundation, Inc.

22     Q.      I was just about to suggest something,

23     but -- I was about to suggest that we --

24     A.      Even --

25     Q.      -- refer to --



Page 207

1     the word "minimum" is not shown.

2          Q.     Other than as a pdf, are those signed

3     Host Family Agreements stored in any other format?

4          A.     There may be copies of particular host

5     family files in hard copy as well.

6          Q.     And in electronic copy, are any of them

7     kept on a database?

8          A.     No.

9                     (Exhibit No. 19 was marked.)

10         Q.     I'm handing --

11         A.     And you were referring specifically to

12    the agreement?

13         Q.     To the Host Fam -- to the signed Host

14    Family Agreements.

15         A.     Okay.

16         Q.     Which I believe you testified, you said,

17    NFP does collect --

18         A.     Yes.

19         Q.     -- and store?

20         A.     Yes.

21         Q.     I'm handing you what's been marked

22    Exhibit 19.

23         A.     Uh-huh.

24         Q.     Whenever you're ready, my question is do

25    you recognize --



Page 208

1       A.      Yes.

2       Q.      What is Exhibit 19?

3       A.      Exhibit 19 is the Host Family - Au Pair

4   Agreement.

5       Q.      What is the purpose of the Host Family -

6   Au Pair Agreement?

7       A.      The purpose of this agreement is to

8   identify responsibilities and guidelines,

9   expectations between the host family and the

10  au pair.

11      Q.      By looking at this document, sitting here

12  today, are you able to identify the date of the

13  document?

14      A.      Yes.  It has a date of July 2013.

15      Q.      Has NFP used Host Family - Au Pair

16  Agreements since the inception of the au pair --

17  since the inception of NFP?

18      A.      Yes, we have.

19      Q.      Are you aware if Inc. also had a practice

20  of using Host Family - Au Pair Agreements?

21      A.      Yes, I believe they have, some version.

22      Q.      Does NFP collect and maintain signed

23  copies of the Host Family - Au Pair Agreement?

24      A.      Yes.

25      Q.      Where are such agreements kept?



Page 209

1      A.      On the server.

2      Q.      Are they also kept on your personal

3   computer?

4      A.      Perhaps.

5      Q.      Do you know if Inc.'s signed Host Family

6   and Au Pair Agreements are kept on either NFP's

7   server or your personal computer?

8      A.      I'm sorry, I got distracted by the light

9   flashing and --

10     Q.      I can repeat the question.

11     A.      -- and dozed off.

12                     Repeat it, please.

13     Q.      Do you know if Inc.'s signed Host Family

14  - Au Pair Agreements are kept on either NFP's server

15  or your personal computer?

16     A.      No, I do not.

17     Q.      Do you think it's more likely than not

18  that they are?

19     A.      I think it's less likely.

20     Q.      Why is that?

21     A.      We weren't tasked with maintaining those

22  documents.

23     Q.      But you did testify earlier that you

24  believed that the Au Pair Pledge, dating back to the

25  period of Au Pair, Inc. -- APF, Inc., were, in fact,



Page 227

1      A.      The annual survey that I'm speaking of

2   with -- in regards to the Department of State

3   report, that the Department of State requires, is

4   sent to the au pairs and the host families

5   individually annually.

6      Q.      I see.  Do you keep records of the annual

7   surveys?

8      A.      No, I do not.  The auditor would have

9   those records, I would assume.  The results are in

10  our reports.

11     Q.      But you do keep the weekly survey

12  results; is that right?

13     A.      Yes, we do.

14     Q.      And the Au Pair Handbook referred to

15  monthly check-ins.  Do you recall that?

16     A.      On page?

17     Q.      On page 166.

18     A.      And what area are you speaking

19  specifically to?

20     Q.      It's the bullet that you read, which is

21  right above "Additional APF Rules."

22     A.      Okay.  I don't even recall --

23     Q.      Right -- right above "Additional APF

24  Rules."

25     A.      Okay.  Yes.



Page 228

1    Q.    It refers to a monthly check-in?

2    A.    Yes.

3    Q.    Is that a practice that has, in fact,

4    occurred in the NFP au pair program, monthly

5    check-ins?

6    A.    Yes, monthly check-ins do occur.

7    Q.    Have they occurred since the program's

8    inception until today?

9    A.    Yes.

10    Q.    Does APF keep any records reflecting

11    information gathered in the monthly check-in?

12    A.    Yes.

13    Q.    Does it keep records from the inception

14    of NFP to the present?

15    A.    Yes, I -- I -- yes, I would say so.

16            THE VIDEOGRAPHER:  Less than a

17    minute.

18            MR. VALDIVIESO:  Okay.  Let's change

19    the tape.

20            THE VIDEOGRAPHER:  This is the end of

21    media No. 3 in the 30(b)(6) deposition of Au Pair

22    Foundation through their designee, Theresa Nelson.

23    Going off the record.  The time is 4:26.

24            (Break from 4:26 p.m. to

25            4:33 p.m.)



Page 229

1          (Exhibit No. 21 was marked.)

2          THE VIDEOGRAPHER:  We are back on the

3   record.  The time is 4:33.  This is the beginning of

4   media No. 4 in the 30(b)(6) deposition of Au Pair

5   Foundation through their designee, Theresa Nelson.

6   BY MR. VALDIVIESO:

7      Q.    Ms. Nelson, I'm handing you what's been

8   marked Exhibit 21.  This is a document ending in

9   312.

10          Do you recognize Exhibit 21?

11     A.    Yes, I do.

12     Q.    Is this an example of the weekly survey

13  that you were describing before, conducted on Survey

14  Monkey?

15     A.    Yes, this is an example.

16     Q.    Do you see Question No. 8 on this survey?

17     A.    Yes, I do.

18     Q.    Could you read the text that follows

19  "Q8:"

20     A.    It says, "Yes" -- or, sorry.

21          After Q8, "Did you receive your

22  full weekly stipend of 195.75 this week?"

23     Q.    And what is the answer that this example

24  notes?

25     A.    It is, "Yes, I received 195.75 for the

