IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [ECF NOS. 558, 559, 560]**
_____

    The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

    Exhibits 50 [ECF No. 558-50], 56 [ECF No. 558-56], 57 [ECF No. 558-57], 58 [ECF No. 558-58], 62 [ECF No. 558-62], 63 [ECF No. 558-63], and 65 [ECF No. 558-65] to the Motion shall retain Level 1 restricted access.

    The redacted versions of the Motion for Class Certification [ECF No. 559], Exhibit 55 [ECF No. 558-55], and Exhibit 122 [ECF No. 560-36] will be substituted and filed in the public record.

The original, unredacted versions of the Motion for Class Certification, Exhibit 55, and Exhibit 122 shall retain Level 1 restricted access.

DATED this ___ day of _____ 2017.

BY THE COURT

_____
Kathleen M. Tafoya
United States Magistrate Judge