**Exhibit C
to Cultural Care, Inc.'s Unopposed Motion
to Restrict Public Access (Level 1) to Plaintiffs'
Motion for Rule 23 Class Certification and
Appointment of Counsel**



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office) 303-988-8478 (Fax)
SKReporting.com

EXHIBIT C

```
 1   UNITED STATES DISTRICT COURT
     DISTRICT OF COLORADO
 2   ------------------------------------------X
     JOHANA PAOLA BELTRAN, et al.,
 3
                                 PLAINTIFFS,
 4

 5        -against-            Case No.:
                              1:14-cv-03074-CMA-KMT
 6
     INTEREXCHANGE, INC., et al.,
 7
                                 DEFENDANTS.
 8   ------------------------------------------X

 9

10              DATE: March 3, 2017

11              TIME: 9:04 A.M

12

13

14              VIDEO TELECONFERENCED DEPOSITION of

15   the Plaintiff, SARAH CAROLINA AZUELA, taken by the

16   Defendants, pursuant to a Notice and to the Federal

17   Rules of Civil Procedure, held at the offices of

18   Boies, Schiller & Flexner, LLP, 575 Lexington Avenue,

19   New York, New York 10022, before Suzanne Pastor, a

20   Notary Public of the State of New York.

21

22

23

24

25
```

```
 1    A P P E A R A N C E S:

 2

 3    BOIES SCHILLER & FLEXNER, LLP
           Attorneys for the Plaintiffs
 4         575 Lexington Avenue
           New York, New York 10022
 5         BY:   JOSHUA LIBLING, ESQ.
           212.446.2381
 6         jlibling@bsfllp.com

 7

      CHOATE HALL & STEWART, LLP
 8         Attorneys for the Defendant
           CULTURAL CARE, INC., d/b/a CULTURAL CARE AU PAIR
 9         Two International Place
           Boston, Massachusetts 02110
10         BY:   JUSTIN J. WOLOSZ, ESQ.
                 617.248.5221
11               jwolosz@choate.com
                       -and-
12               LYNDSEY M. KRUZER, ESQ.
                 617.248.4790
13               lkruzer@choate.com

14
      GORDON & REES
15         Attorneys for the Defendant
           AU PAIR CARE
16         555 Seventeenth Street, Suite 3400
           Denver, Colorado 80202
17         BY: PEGGY E. KOZAL, ESQ.
           303.200.6888
18         pkozal@gordonrees.com
           (Via Teleconference)
19

20    SHERMAN & HOWARD LLC
           Attorneys for the Defendant
21         INTEREXCHANGE, INC.
           633 Seventeenth Street, Suite 3000
22         Denver, Colorado 80202
           BY: BROOKE A. COLAIZZI, ESQ.
23         303.299.8471
           bcolaizzi@shermanhoward.com
24         (Via Teleconference)

25    (Continued on next page.)
```

```
 1    A P P E A R A N C E S: (Continued)

 2

 3    FISHER & PHILLIPS, LLP
              Attorneys for Defendant
 4            APF GLOBAL NFP
              1801 California Street, Suite 2700
 5            Denver, Colorado 80202
              BY:  SUSAN SCHAECHER, ESQ.
 6            303.218.3676
              sschaecher@fisherphillips.com
 7            (Via Teleconference)

 8

 9    LEWIS ROCA ROTHGERBER CHRISTIE, LLP
              Attorneys for Defendant
10            CULTURAL CARE, INC.
              1200 Seventeenth Street, Suite 3000
11            Denver, Colorado 80202
              BY:  JESSICA L. FULLER, ESQ.
12            303.628.9527
              jfuller@lrrc.com
13            (Via Teleconference)

14

15    BOGDAN ENICA, ESQ.
              Attorney for Defendant
16            EXPERT GROUP INTERNATIONAL, INC., d/b/a
              EXPERT AU PAIR
17            111 Second Avenue, N.E., Suite 204
              St. Petersburg, Florida 33701
18            BY:  BOGDAN ENICA, ESQ.
              727.388.3472
19            bogdane@hotmail.com
              (Via Teleconference)
20

21
      (Continued on next page.)
22

23

24

25
```

Case 1:14-cv-03074-CMA-KMT Document 560-3 filed 06/05/17 USDC Colorado Page 5 of 30

```
 1   A P P E A R A N C E S:  (Continued)

 2

 3   NIXON SHEFRIN HENSEN OGBURN, P.C.
          Attorneys for Defendants
 4        20/20 CARE EXCHANGE, INC., d/b/a
          THE INTERNATIONAL AU PAIR EXCHANGE, and APEX
 5        AMERICAN PROFESSIONAL EXCHANGE, LLC, d/b/a
          PRO AU PAIR
 6        5619 DTC Parkway, Suite 1200
          Greenwood Village, Colorado 80111
 7        BY:  MICHAEL S. DREW, ESQ.
          303.874.3410
 8        mdrew@nixonshefrin.com
          (Via Teleconference)

 9

10

11

12   ALSO PRESENT:
          ROBERT HORGAN, Videographer
13

14

15

16

17              *        *        *

18

19

20

21

22

23

24

25
```

```
 1    provide child care?

 2           A.      I cannot say it exactly because I start

 3    around 12, 13, something that I cannot really recall

 4    that fresh.  It's not that exactly in my mind.

 5           Q.      And is this something that you continued

 6    to do on a part-time basis once you were employed in

 7    the jobs that we've talked about?

 8           A.      In the previous jobs?

 9           Q.      Before you were an au pair, yes.

10           A.      Yes.

11           Q.      So you would work during the day but then

12    sometimes baby sit basically in the evenings or

13    weekends, is that right?

14           A.      Yes.

15           Q.      So did you have any employment from the

16    time you finished in the au pair program in December

17    2015 until October of 2016?

18           A.      No.

19           Q.      Were you an au pair anywhere else before

20    you became an au pair in the United States?

21           A.      No.

22           Q.      How did you first learn about the au pair

23    program?

24           A.      I saw an advertisement when I was walking

25    out the school.  It was in the -- in a board, an
```

Case 1:14-cv-03074-CMA-KMT Document 560-1 Filed 06/15/17 USDC Colorado Page 8 of 31

1  advertisement, pink, that said the best years of your
2  life, you can have the best years of your life.  So
3  that's what I remembered.  It came with a number so I
4  call it.

5       Q.    You said it was at your school?
6       A.    Yes.
7       Q.    And it was like a poster?
8       A.    Yes.
9       Q.    Did you know anyone else at that point
10  who had participated in the au pair program?
11      A.    No.
12      Q.    So describe what happened when you called
13  the number.  Just describe the conversation.
14      A.    Well, I remember that I asked what is it
15  about, they told me basically child care and that we
16  can set up a meeting to tell me more about it.
17      Q.    Okay, so not much detail in that first
18  phone conversation?
19      A.    No, not much detail.
20      Q.    And what did you do next?
21      A.    Set up the appointment.
22      Q.    Where did the appointment take place?
23      A.    In the house of this lady.
24      Q.    Who is the lady?
25      A.    Sandra.

| | | |
|---|---|---|
| 1 | Q. | Sandra, do you remember her last name? |
| 2 | A. | Santos. |
| 3 | Q. | And where did Ms. Santos live? |
| 4 | A. | In Hermosillo. |
| 5 | Q. | Do you know anything about Ms. Santos' |
| 6 | background? | |
| 7 | A. | Before I met her? |
| 8 | Q. | Was she an au pair herself?  Do you know? |
| 9 | A. | Yes. |
| 10 | Q. | Did she tell you about that? |
| 11 | A. | Generally speaking. |
| 12 | Q. | So just describe to me what happened when |
| 13 | you met with her.  You set up an appointment and then | |
| 14 | you said you went to her house? | |
| 15 | A. | Yes. |
| 16 | Q. | How long did you meet with her about? |
| 17 | A. | I don't remember. |
| 18 | Q. | Any idea at all? |
| 19 | A. | Around an hour, two hours. |
| 20 | Q. | And did she describe the au pair program |
| 21 | to you? | |
| 22 | A. | Yes. |
| 23 | Q. | What do you recall her saying about the |
| 24 | au pair program? | |
| 25 | A. | I remember that she said that it wasn't |

1    that hard, that it's just taking care of kids.  And if

2    you have done it before, you probably already know how

3    to do it.  That you have to take care of the kids'

4    stuff, and like clean after themself.  Everything

5    related to the children.

6         Q.    Do you recall any discussion of the

7    stipend that you would receive for being an au pair?

8         A.    I don't know what is the stipend.

9         Q.    The money that you would receive for

10   being an au pair.

11        A.    Oh.  Can you repeat the question again,

12   please.

13        Q.    Yes.  Do you recall whether in that

14   conversation with Ms. Santos there was any discussion

15   about how much money you would receive in connection

16   with the au pair program?

17        A.    Yes.

18        Q.    What do you remember about that

19   discussion?

20        A.    I remember that she said I was gonna earn

21   196.

22        Q.    Anything else?

23        A.    She told me the hours that I was

24   working -- that I needed to work.

25        Q.    And what did she say about that?

1      A.      That I have to work around 40 hours and

2  sometimes less.

3      **Q.      The amount which you said was $196, did**

4  **she say that was the most you could earn or did she**

5  **say that that was the minimum you could earn?**

6              MR. LIBLING:  Objection to form.

7      A.      She just said this number.

8      **Q.      But she didn't say that there was no**

9  **chance of earning more.**

10     A.      She said that she sometimes earned more.

11     **Q.      That she sometimes was paid more in her**

12  **own experience?**

13     A.      Yes, in her own experience.

14     **Q.      Was there discussion with her of the**

15  **cultural benefits of the program?**

16     A.      I don't really understand the question.

17  Like, I need something more.

18     **Q.      The phrase "cultural benefits," is that**

19  **the part that you don't understand?**

20     A.      Yeah.

21     **Q.      Was there discussion about the new**

22  **experiences you would have if you took part in the**

23  **program?**

24     A.      She told me that you can meet new

25  friends, new people from all over the world.

1      Q.      Just going back for a minute, at this
2  time what other opportunities were you considering if
3  you had not decided to become an au pair?
4      A.      I was offered manager position in this
5  party -- I think I will need the interpreter here.
6  This political party.
7      Q.      If you pick up Exhibit 154, this may
8  help, and turn to page 11.  It says here that you were
9  offered a position as business administration manager
10  for the Partido Accion Nacional, PAN.  Did I say that
11  right?
12      A.      Yes.
13      Q.      What is the Partido Accion Nacional?
14      A.      It's a political party.  If you want an
15  example, here I believe there's republican and
16  democrats.  I don't know if they have parties here.  I
17  don't know if that's the case.  But it will be one of
18  those political parties.
19      Q.      It says in this interrogatory answer for
20  a pay of $600 per month, is that right?
21      A.      Yes.
22      Q.      Why is this amount in dollars?  You have
23  to say it orally.
24      A.      I don't know.
25      Q.      Let me ask it this way.  Was the job

1     A.     Yes.

2     Q.     And then about how much time passed after

3   that before you came to the United States?

4     A.     I don't remember.

5     Q.     Who handled the preparation of your visa?

6     A.     I don't remember if -- no, I don't really

7   remember.

8     Q.     Who handled your travel arrangements?

9     A.     I think they were online.

10     Q.     Were there costs associated with your

11   visa, do you remember?

12     A.     The amount?

13     Q.     Were there fees in connection with the

14   visa?

15     A.     Yes.

16     Q.     Do you remember who paid them?

17     A.     Myself.

18           MR. WOLOSZ:  We're about to get into a

19      new topic.  This might be a good time for a

20      very short break if that's okay.

21           MR. LIBLING:  Okay.

22           THE VIDEOGRAPHER:  10:03 a.m.  Going off

23      record.

24           (Recess taken.)

25           THE VIDEOGRAPHER:  Back on record, 10:12

 1          a.m.

 2    BY MR. WOLOSZ:

 3          Q.     Ms. Azuela, I think before the break I

 4    had asked if you recall who arranged your travel to

 5    the United States, and I spoke with your counsel over

 6    the break.  To clarify, what I meant is do you

 7    remember whether it was something that you arranged or

 8    whether it was something that Cultural Care arranged?

 9          A.     It was Cultural Care.  Several people

10    from them.

11          Q.     Where did you fly to?  What route?

12          A.     To New York.

13          Q.     And that was in -- do you remember when

14    that was?

15          A.     2014.

16          Q.     I think it was January 6, is that right?

17          A.     Yes.

18          Q.     So very early in the year.

19          A.     Yes.

20          Q.     Did you stay in New York for a period of

21    time?

22          A.     Yes.

23          Q.     Where did you stay?

24          A.     In a school.

25          Q.     A school, a Cultural Care school?

```
 1          A.      Yes.
 2          Q.      Who paid for your lodging while you were
 3   at the school?
 4          A.      I'm not sure if I did.
 5          Q.      You don't remember if you had to pay for
 6   your room?
 7          A.      Yes, I don't remember if they asked me a
 8   certain amount of money for that.
 9          Q.      How long were you in New York?
10          A.      I know that it was less than two weeks.
11   Around a week.
12          Q.      Do you remember who paid for your meals
13   while you were there?
14          A.      They were included in the training.
15          Q.      So this was training put on by Cultural
16   Care, is that right?
17          A.      Yes.
18          Q.      And it was, if it refreshes your
19   recollection, I believe it was on Long Island, is that
20   right?
21          A.      I know it was around New York.  I'm not
22   really sure where it was.
23          Q.      What do you remember about the training
24   program?  Let's start with the courses, do you
25   remember what courses there were?
```

1      A.      Not the specific name of the courses.  I

2  remember that they were the CPR, I remember the

3  choking baby, like how you need to help the baby.

4  Those are the biggest things that I remember.

5      Q.      So the CPR and first aid, do you

6  remember, was that something that was taught by the

7  American Red Cross?

8      A.      Yes.

9      Q.      And then the -- there were other courses

10  in child care skills, is that right?

11          MR. LIBLING:  Objection to form.

12      A.      I think so.

13      Q.      Do you remember if there was a course on

14  self-defense?

15      A.      No, there wasn't.

16      Q.      Do you remember if there was a course on

17  driving in the United States?

18      A.      No.

19      Q.      Any other topics that you remember?

20      A.      No.

21      Q.      Okay, but the ones that you remember were

22  about child care and first aid.

23      A.      Yes.

24      Q.      They were not something specific to the

25  au pair program; they were more generally about how to

Page 51

```
 1    take care of kids, right?
 2                   MR. LIBLING:  Objection to form.
 3         A.       That's what I remember.
 4         Q.       Now, after you were in New York for a
 5    period of time, I know you said you don't recall
 6    exactly how long, where did you then go?
 7         A.       I went to my first host family.
 8         Q.       And where did they live?
 9         A.       Boston.
10         Q.       How did you travel from New York to
11    Boston?
12         A.       There was a bus that took us to a place
13    where the family was supposed to go for you.
14         Q.       What did the parents do for work?
15         A.       Donna, doctor, and James, lawyer.
16         Q.       Do you remember what kind of schedules
17    they kept for work?
18         A.       They varied.  I remember not the specific
19    schedule of them.
20         Q.       Did they work a lot or not that much?  If
21    you remember.
22         A.       I guess that will depend on the person.
23    For me it's just they work as any other people.
24         Q.       So Donna, you said she was a doctor.  Do
25    you remember, did she work full-time?
```

1     A.     Yes.

2     Q.     And can you describe for us the living

3   situation, like the house and where your room was?

4     A.     My room was in the third floor.  It had a

5   fridge and a kitchen there.

6     Q.     In your room?

7     A.     Well, outside the room, yes.

8     Q.     It was your own fridge and your own

9   kitchen?

10    A.     Yes.

11    Q.     Who prepared the meals that you ate while

12  you were there?

13    A.     I did.

14    Q.     Did you generally eat with the family or

15  by yourself, or some of both?

16    A.     I usually ate by myself.  Breakfast with

17  the kids, lunch by myself, dinners sometimes with the

18  family, rare.  That was rare.  That's what I remember.

19    Q.     Now, was this in Boston or was it just

20  outside of Boston?

21    A.     I know it was in Jamaica Plains.

22    Q.     Did you have access to public

23  transportation?

24    A.     Walking, yes.

25    Q.     What about the T, the subway?

```
 1    explain all the -- everything, every single detail.

 2                   So after that, speaking with that person,

 3    I did speak with my LCC, which was on vacations I

 4    believe.  That's why she never answered.  And she also

 5    told me that when I was contacted -- I tried to

 6    contact her.  She told me that she had a job and that

 7    this was not her primary job.  So she will just answer

 8    when she have time.

 9         Q.      Okay, but eventually someone got in touch

10    with you and you were able to leave the house, right?

11         A.      Yes.  Eventually.

12         Q.      Where did you go first from the ████

13    house?  Where did you stay?

14         A.      I stayed with a friend.

15         Q.      Okay.

16         A.      And then I went with ████████

17         Q.      So you did the rematch process while you

18    were staying with a friend?

19         A.      No.  The rematch process was done while I

20    was there.

21         Q.      Oh, okay.

22         A.      Because I didn't really have where to go

23    and the LCC didn't want me in her house because she

24    was gonna go on vacations.  So I stayed with a friend

25    after the rematch.
```

```
 1                    MR. WOLOSZ:  Could we mark this as 163.

 2                    (Exhibit 163 marked for identification.)

 3          Q.       Exhibit 163, I'll just represent to you,

 4   is excerpts from the second amended complaint in this

 5   case.  It's a document that was filed in this case.

 6                    Do you recognize -- well, let me ask

 7   this.  You can flip to the second page, the paragraph

 8   starting at 470.  Have you seen this before?  You can

 9   take as long as you'd like to read it.

10          A.       I don't remember nothing like this.

11          Q.       If you can flip to paragraph number 480,

12   it says, "In May 2014 Ms. Rascon rematched with a

13   family in Maryland.  Her second family similarly paid

14   her $195.75 per week."  Does that refer to the ████

15   family?

16          A.       Yes.

17          Q.       And you agree with that allegation?  You

18   agree with that sentence?

19          A.       I don't remember the exact months of

20   everything or exact dates of everything.

21          Q.       And then the next paragraph says,

22   "Ms. Rascon was verbally attacked and threatened by

23   her host mother.  Ms. Rascon contacted her

24   representative with Cultural Care but received no help

25   or support."
```

```
 1                    Is that accurate?

 2        A.     Yes.

 3        Q.     And then paragraph 482, "She was told by

 4  one Cultural Care representative to accept the abusive

 5  treatment."  Is that accurate?

 6        A.     To accept?  Like accept?  That person

 7  didn't say oh, accept the abusive treatment.  Not like

 8  that.  But she said just hold on there.

 9        Q.     Okay.

10        A.     Hold on there.

11        Q.     So didn't say it in this way.

12        A.     No.

13        Q.     Who does that refer to, the Cultural Care

14  representative?

15        A.     I have no idea.  Someone that I talk in

16  the phone with.

17        Q.     So this is a person at Cultural Care who

18  you reached by telephone?

19        A.     Yes.

20        Q.     And then the next sentence says, "Another

21  representative of Cultural Care acknowledged that such

22  circumstances do exist and recommended that Ms. Rascon

23  deal with the threats by looking herself in the

24  bedroom."  Is that accurate?

25        A.     Yes.
```

```
 1    second page.

 2         A.    Yes.

 3         Q.    And then the last payment was $600, is

 4    that right?  The last week.

 5         A.    That's right.

 6         Q.    So during the time that you were an au

 7    pair with the ███████ family, you were paid anywhere

 8    from $200 up to, in one instance, $600 per week,

 9    right?

10               MR. LIBLING:  Objection to the form.

11         A.    I was paid that amount for the work that

12    I was doing.

13         Q.    I understand.  And the amount that you

14    were paid varied by week.  That is to say some weeks

15    you were paid more and some weeks you were paid less,

16    correct?

17         A.    Yeah.

18         Q.    And the amount that you were paid as we

19    see looking at all of pages 1, 2 and 3 --

20               I don't remember my question so I'll just

21    start over.

22               The amount that you were paid as an au

23    pair also varied from one host family to another,

24    right?

25               MR. LIBLING:  Objection to the form.
```

```
 1        A.      Yes.
 2        Q.      With respect to the ███████ family, how
 3   was the amount that you were paid in a particular week
 4   determined?
 5        A.      I don't understand the question.
 6        Q.      Why were you paid more in some weeks than
 7   in others?
 8        A.      Because of what I did besides of child
 9   care.
10        Q.      What do you mean by that?
11        A.      I mean that since I started with Lisa, I
12   never did just child care.
13        Q.      You also did other things?
14        A.      Yes.  A lot.
15        Q.      What other things did you do?
16        A.      Gardening, deep cleaning of the house,
17   including toilets, floors, scratch in floors, cleaning
18   of single thing from the host mother and the children,
19   washing her clothes, breakfast, meal, dinner, lunches,
20   including host mother.  Boxes, packaging, moving stuff
21   from one place to another one.  Take them up the
22   stairs, take them down the stairs, put them in the
23   right place.  Go to the grocery shopping.  That's what
24   I remember.
25        Q.      And so the amounts that you were paid
```

1    would vary depending on how many of those other things

2    you had done in a particular week?

3         A.    Yes.

4         Q.    Did the family ever give you any

5    additional money besides what's listed here on these

6    pages?

7         A.    No.

8         Q.    Did the ███████ family ever buy you any

9    gifts?

10       A.    Yes.

11       Q.    What?

12       A.    On Valentine, a pink monkey.  Mini

13    monkeys.  They're kind of famous, I don't know the

14    name of them.  In December, eye liner, makeup kit.

15    That's it.

16       Q.    Was that a Christmas present?

17       A.    Oh, and a camera.  A camera.  Yes,

18    Christmas present.

19       Q.    What kind of camera?

20       A.    I don't remember the type of camera.

21    Just a simple one.

22       Q.    Now, you took courses while you were with

23    the ███████ family, correct?

24       A.    Yes.

25       MR. LIBLING:  Objection to the form.

1    Q.    What courses did you take?

2    A.    Business.

3    Q.    Where did you study business?

4    A.    University of the Potomac.

5    Q.    And I think you said earlier you

6    eventually got a -- was it a degree or a certificate?

7    A.    Certificate.

8    Q.    So how many courses did you take while

9    you were serving as an au pair with the ████████

10   family?

11   A.    I don't remember how many.

12   Q.    Did the ████████ family pay for the

13   courses that you took?

14   A.    No.  She paid for one of them.  And the

15   rest of them, that was me.

16   Q.    Did you tell your LCC that -- well, let

17   me back up.  Did you ask her to pay for others?

18   A.    No.

19   Q.    Who was your LCC when you were an au pair

20   with the ████████ family?

21   A.    Diana Taylor.

22   Q.    Did that change at some point to someone

23   else?

24   A.    No.  That I remember, no.

25   Q.    It was Diana Taylor throughout?

1    A.    Yes.

2    Q.    How often did you communicate with

3  Ms. Taylor?

4    A.    Every month.

5    Q.    Did you ever report to her any kind of

6  complaints?

7    A.    Yes.

8    Q.    We can go back to the interrogatory if

9  you want, or you can just tell me.  Do you want to

10  just tell me what complaints you made?  Why don't we

11  pull out the interrogatory.  Let's go to Exhibit 154,

12  page 10.  Can you tell us what this last -- the second

13  paragraph from the top is regarding here?

14    A.    Yes.  I met with Diana and I told her

15  that I just couldn't resist any more.  It was really

16  hard for me doing more than 50 boxes.  It was hard on

17  my back.  It was hard on my body.

18    Q.    Can I ask, when you say "doing 50 boxes,"

19  do you mean putting them together or filling them?

20    A.    Filling them, moving them to a place

21  where the movers can put them in the truck.  So I went

22  through every part of the house and put -- wrapped

23  them and put them -- everything in boxes.  So there

24  were more than 50 boxes.  I needed to deep clean the

25  house every single day because there might be a buyer

1   coming, so I needed to make sure that the garden looks
2   fine, that the driveway looks fine, that every single
3   thing in the house was extremely clean and it looked
4   fine.  Plus my duties that were taking the kids to
5   school, bring them from school, cooking, breakfast,
6   all the laundry for the whole family.
7           So it was really, really hard to make all
8   of these boxes and all of this moving.  Sometimes I
9   was getting calls that you need to leave the house
10  because someone is gonna come and see it.  Grab your
11  stuff, go into your car, stay there or go wherever.
12  But it was really, really hard.  So I told Diana that
13  I agree with Lisa to make breakfast, lunch and dinner
14  when I started there for her, too.  That's why the
15  200.  But I never agree of making these boxes.  I
16  never agree doing this.  So I told this to Diana and
17  she told me, well, technically I need to write
18  Cultural Care about it and write it down.  But because
19  this is your third rematch, you will probably not end
20  up with any family because they won't -- you have been
21  with other families so you will probably not want you
22  and because you have just a short amount of time and
23  you need to go back after that.
24          So I think that I'm just going to keep
25  this to myself, and if you go into a really breaking

```
 1   point and you can really, really, really not handle
 2   it, I will just tell Cultural Care about it.
 3         Q.     Now, so that happened -- you said you
 4   only had a short time.  So that happened -- I think
 5   you started with the ███████  family in August of 2014.
 6   Does that sound right?
 7         A.     Yes.
 8         Q.     And when did the packing of the boxes
 9   take place?
10         A.     Around March 2015.
11         Q.     Now, your first year serving as an au
12   pair ended in January of 2015, correct?
13         A.     Correct.
14         Q.     And you renewed to stay with the ██████
15   family for an additional year, is that right?
16         A.     Yes.
17         Q.     But the issue with the boxes that you
18   were just talking about did not occur until March of
19   2015?
20         A.     Yes.
21         Q.     How was your calendar, your child care
22   responsibilities, how was that kept when you were with
23   the ██████  family? Was it in writing?
24         A.     No.  She told me the times that the kids
25   needed to go, and that's it.
```

1  complaints that au pairs who were sponsored by Au Pair

2  Care had about Au Pair Care?

3          MR. LIBLING:  Objection to the form.

4      A.     Yes, I remember they complained about the

5  program.

6      Q.     Are you in communication currently with

7  any au pairs or former au pairs that have been

8  sponsored by Au Pair Care?

9      A.     Right now I'm not in communication.

10     Q.     That's all the questions I have, thank

11  you.

12          MR. LIBLING:  Does anyone else on the

13      phone have anything they wish to ask?

14          I take silence as a no, somewhat

15      hopefully.

16          I have a couple of questions and that I

17      think will be short.

18  EXAMINATION BY

19  MR. LIBLING:

20     Q.     Do you remember earlier today you were

21  asked about training that you had from Cultural Care

22  in January 2014?

23     A.     Yes.

24     Q.     During that training did anyone from

25  Cultural Care give you information about the au pair

1   program?

2          A.      Yes.

3          Q.      Did the information that Cultural Care

4   give you include information about what you would be

5   paid?

6          A.      Yes.

7          Q.      What were you told?

8          A.      I told that it was going to be 195.75.

9          Q.      Were you told that it could vary based on

10  host family?

11         A.      I don't -- no, I don't think they told me

12  anything like that.

13         Q.      And speaking more generally, not just

14  about the training you received in January 2014, but

15  generally your interactions with Cultural Care over

16  the time that you were an au pair, did Cultural Care

17  have any involvement in communicating to you the

18  number of hours that you would work?

19         A.      Yes.

20         Q.      And same question about whether they had

21  involvement in communicating to you what you should be

22  paid?

23                 MR. WOLOSZ:  Objection to the form.

24         A.      Yes.

25         Q.      And did Cultural Care have any

1  involvement in communicating to you what types of
2  duties you should be performing?
3          MR. WOLOSZ:  Objection to the form.
4      A.    Yes.
5          MR. LIBLING:  I have no further
6      questions.
7  CONTINUED EXAMINATION BY
8  MR. WOLOSZ:
9      Q.    At the training program where the stipend
10 was discussed, what was the context?  Was it a class
11 setting?
12         MR. LIBLING:  Objection to the form.
13     A.    Yes.
14     Q.    And do you remember whether it was your
15 smaller class or whether it was everyone who was at
16 the training program at the time?
17     A.    It was a relatively small class.
18     Q.    And the subject -- okay.  Strike that.
19         MR. WOLOSZ:  I have nothing further.
20         MR. LIBLING:  Neither do I.  Thank you.
21         MR. WOLOSZ:  I'd just like to say on the
22     record that we are suspending, we are not
23     concluding the deposition, only because I had a
24     discussion with counsel at the break and I hope
25     that counsel is going to assist the witness in