IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS' MOTION TO AMEND AND INCORPORATED MEMORANDUM OF LAW [ECF NO. 561]**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Amend and Incorporated Memorandum of Law ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Exhibit 6 [ECF No. 561-7] to the Motion shall retain Level 1 restricted access.

The redacted versions of the Motion to Amend [ECF No. 561], Libling Declaration [ECF No. 561-1], proposed Third Amended Complaint [ECF No. 561-2], redlined Third Amended Complaint [ECF No. 561-3], Exhibit 4 [ECF No. 561-5], Exhibit 7 [ECF No. 561-8], Exhibit 8 [ECF No. 561-9], and Exhibit 9 [ECF No. 561-10] shall be substituted and filed in the public record.

The original, unredacted versions of the Motion to Amend, Libling Declaration, proposed Third Amended Complaint, redlined Third Amended Complaint, Exhibit 4, Exhibit 7, Exhibit 8, and Exhibit 9 shall retain Level 1 restricted access.


DATED this ____ day of _____ 2017.

BY THE COURT


_____
Kathleen M. Tafoya
United States Magistrate Judge