# Exhibit B
## to Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Amend and Incorporated Memorandum of Law

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**DECLARATION OF JOSHUA J. LIBLING IN SUPPORT OF
PLAINTIFFS' MOTION TO AMEND**

---

I, Dawn L. Smalls, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts, and the United States District Court for the District of Colorado.

2.    The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion to Amend the Complaint.

EXHIBIT B

3. Attached hereto as Exhibit 1 is a clean version of Plaintiffs' proposed Third Amended Complaint.

4. Attached hereto as Exhibit 2 is a redlined version of Plaintiffs' proposed Third Amended Complaint as compared to the Second Amended Complaint.

5. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from the transcript of the May 11, 2017 Telephonic Informal Discovery/Status Conference before Magistrate Judge Tafoya.

6. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from the transcript of the Fed. R. Civ. P. 30(b)(6) Deposition of Defendant Cultural Care, Inc. which took place on April 14, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of Defendant Cultural Care, Inc.'s Objections to Plaintiffs' Notice of 30(b)(6) Deposition, dated April 4, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of documents produced by Defendant Cultural Care, Inc., bearing Bates Nos. CC00034530-CC00034542 and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

9. Attached hereto as Exhibit 7 is a true and correct copy of an email dated April 4, 2014 from Joan Lukey, counsel for Defendant Cultural Care, Inc., to Dawn Smalls and Daniel Schwartz, counsel for Plaintiffs, with the subject line ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by Defendant Cultural Care, Inc., bearing Bates No. CC00034631, with an e-mail subject header reading "Law Suit – All Au Pair Agencies Named."

11. Attached hereto as Exhibit 9 is a true and correct copy of Defendant Cultural Care, Inc.'s Revised Log of Documents Withheld on the Grounds of Privilege dated April 24, 2017.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I executed this declaration on June 2, 2017 in New York, New York.

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

     /s/ Joshua J. Libling
Joshua J. Libling
575 Lexington Avenue, 7th Floor
New York, New York 10022
T: (212) 754-4216
F: (212) 446-2350
E: jlibling@bsfllp.com

*Counsel for Plaintiffs*