# Exhibit E
## to Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Amend and Incorporated Memorandum of Law

# **Exhibit 4**

EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

---------------------------------x

JOHANA PAOLA BELTRAN, et al.,

      Plaintiffs,     Civil Action No.

vs.                 14-cv-03074-CMA-KMT

INTEREXCHANGE, INC., et al.,

      Defendants.

---------------------------------x

VIDEOTAPED DEPOSITION of CULTURAL CARE, INC., pursuant to Rule 30(b)(6), designee NATALIE JORDAN

April 14, 2017

Boston, Massachusetts

Magna Legal Services    Reported By:

(866) 624-6221        MaryJo O'Connor, RMR/CSR

www.MagnaLS.com       Job No: 308025



Page 2

April 14, 2017

9:11 a.m.

VIDEOTAPED DEPOSITION of CULTURAL CARE, INC., pursuant to Rule 30(b)(6), designee NATALIE JORDAN, held at Choate, Hall & Stewart, LLP, Two International Place, Boston, Massachusetts, pursuant to notice, before MaryJo O'Connor, Registered Merit Reporter, Certified Court Reporter, and Notary Public in and for the Commonwealth of Massachusetts.



|  | Page 26 |  | Page 28 |
|---|---|---|---|
| 1 | entities and we are affiliated with some of | 1 | how does that affiliation come about with EF? |
| 2 | those. | 2 | MS. LUKEY: Objection. She said |
| 3 | Q. So is Cultural Care a division of | 3 | they were not affiliated with EF but |
| 4 | EF? | 4 | with some of the affiliate -- some of |
| 5 | A. No. Cultural Care is a separate | 5 | the component entities that form EF or |
| 6 | legal entity. | 6 | Education First. So she did not say |
| 7 | Q. Is Cultural Care affiliated with | 7 | they had an affiliation with EF. |
| 8 | EF? | 8 | MS. SMALLS: Okay, thank you. We |
| 9 | A. Cultural Care is affiliated with | 9 | may have to take a lot of clarifications |
| 10 | the legal entities that, as a group, make up, | 10 | as we go through this. |
| 11 | or are part of the EF Educational -- | 11 | Q. So you have an affiliation with |
| 12 | Education First. | 12 | companies that are part of the EF family? |
| 13 | Q. Okay. Do you have a position at | 13 | A. We have an affiliation with a group |
| 14 | EF? | 14 | of legal entities that together make up the |
| 15 | A. No. | 15 | EF Education First group. So we are |
| 16 | Q. Do you have an e-mail, an EF e-mail | 16 | affiliated with some of those. |
| 17 | address? | 17 | Q. What are the legal entities within |
| 18 | A. That's not my primary e-mail | 18 | the EF family are you affiliated with? |
| 19 | address. | 19 | A. I don't know. |
| 20 | Q. Okay. | 20 | Q. You just stated that Cultural Care |
| 21 | A. I believe that there is an EF | 21 | is affiliated with legal entities that |
| 22 | e-mail address that exists, but it's not the | 22 | make -- that are a part of the EF network, |
| 23 | one that I use. | 23 | correct? |
| 24 | Q. Why would you have an e-mail | 24 | A. Yes. |
| 25 | address at a separate legal entity? | 25 | Q. And you understand that today |

|  | Page 27 |  | Page 29 |
|---|---|---|---|
| 1 | A. I don't know. | 1 | you're testifying as Cultural Care? |
| 2 | Q. Okay. Have you ever used the EF, | 2 | A. Yes. |
| 3 | the Natalie.Jordan@EF e-mail address? | 3 | Q. So what are the companies -- I'll |
| 4 | A. Yes. When I began with the | 4 | ask again. |
| 5 | organization and our name at that time was EF | 5 | What are the companies that you are |
| 6 | Au Pair, that's a time when my e-mail address | 6 | affiliated within the EF network? |
| 7 | was -- had EF in it. And so at that time I | 7 | A. I don't know. |
| 8 | did. | 8 | Q. What is "ICL"? |
| 9 | Q. And what year would that have been? | 9 | A. ICL is International Care Limited. |
| 10 | A. I started in 1999. | | |
| 11 | Q. And when would you have | | |
| 12 | transitioned from an EF e-mail address to a | | |
| 13 | Cultural Care e-mail address? | | |
| 14 | A. In 2004. | | |
| 15 | Q. So that's the date where EF became | | |
| 16 | Cultural Care? | | |
| 17 | A. That is when it transitioned from | | |
| 18 | EF Au Pair, Inc., to Cultural Care, Inc. | | |
| 19 | That's the year. | | |
| 20 | Q. Cultural Care, okay. Who is the | | |
| 21 | head of EF? | | |
| 22 | A. I don't know. | | |
| 23 | Q. Do you have a formal relationship | | |
| 24 | or an agreement? | | |
| 25 | You said you were affiliated. So | | |





24    Q. Where is ICL based?
25    A. They are based in Switzerland.

