# Exhibit G
## to Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Amend and Incorporated Memorandum of Law

# **Exhibit 8**

EXHIBIT G

## Redacted

## Redacted

Begin forwarded message:

**From:** "USAuPair" <admin@usaupair.com>
**To:** "info@usaupair.com"  <info@usaupair.com>
**Subject: Law Suit - All Au Pair Agencies Named**

Hello Colleagues - On Friday afternoon our office received a Press Request from Global Competition Review, an antitrust publication in Washington, DC. The press request was about a Colorado lawsuit alleging au pair sponsor antitrust law violations. I asked our legal counsel to obtain a copy of the filing - see attached. The Colorado lawsuit filed Nov 13, 2014 lists all J1 au pair sponsors as defendants along with a host family.

USAuPair did not respond to the Press Request but the lawsuit will be in a Monday morning news briefing.

Calls were made to DoS and VM messages left. There has been no reply.

Helene

USAuPair
PO Box 2126
Lake Oswego, OR 97035
Tel: 503-675-5333
Fax: 503-699-7776
Skype: usaupair
www.usaupair.com

This email is for the sole use of the listed addressee(s) and may contain confidential and privileged information. Any unauthorized use or disclosure of this email is prohibited. If you have received this email in error, please notify the sender immediately and destroy all copies of this email.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00034631