# Exhibit H
## to Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Motion to Amend and Incorporated Memorandum of Law

# Exhibit 9

EXHIBIT H

Cultural Care, Inc. Revised Log of Documents Withheld on the Grounds of Privilege
Beltran, et al. v. Interexchange, Inc., et al., No. 1:14-cv-3074-CMA-KMT (D. Colo.)
April 24, 2017

| Number | From | To | CC | BCC | Subject / File Name / Description | Date | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 1 | Melissa Fredette | Jeffrey Allen [counsel] | Natalie Jordan | | | 6/24/2009 | Email to counsel concerning investigation and potential litigation related to stipend, among other issues. Attorney-client privilege/work product. |
| 5 | Lauren Kostoulakos | Jeffrey Allen [counsel] | Natalie Jordan | | state min wage vs federal min wage.htm | 8/11/2010 | Email thread with counsel regarding requests for legal advice related to federal regulations and response to same. Attorney-client privilege. |
| 7 | Lauren Kostoulakos | Jeffrey Allen [counsel] | Natalie Jordan | | RE: state min wage vs federal min wage.htm | 9/29/2010 | Email thread with counsel regarding requests for legal advice related to federal regulations and response to same. Attorney-client privilege. |
| 8 | Lauren Kostoulakos | Jeffrey Allen [counsel] | | | RE: state min wage vs federal min wage.htm | 10/4/2010 | Email thread with counsel regarding requests for legal advice related to federal regulations. Attorney-client privilege. |
| 10 | Lauren Kostoulakos | Jeffrey Allen [counsel] | | | RE: state min wage vs federal min wage.htm | 10/4/2010 | Email thread with counsel regarding requests for legal advice related to federal regulations and response to same. Attorney-client privilege. |
| 11 | Natalie Jordan | Jeffrey Allen [counsel] | | | case overview.htm | 8/9/2011 | Email to counsel regarding threatened litigation by au pair against host family. Attorney-client privilege/work product. |
| 12 | Natalie Jordan | Kristin Barker | Katie Reed | | | 8/9/2011 | Email discussing request for legal advice from Jeffrey Allen, Esq., regarding threatened litigation by au pair against host family. Attorney-client privilege/work product. |
| 13 | Natalie Jordan | Jeffrey Allen [counsel] | | | RE: case overview.mht | 8/16/2011 | Email to counsel regarding threatened litigation by au pair against host family. Attorney-client privilege/work product. |
| 19 | Melissa Fredette | Jeffrey Allen [counsel] | Katie Reed | | quick question.htm | 11/27/2013 | Email requesting legal advice from counsel with respect to payment of stipend by host family. Attorney-client privilege. |
| 20 | Melissa Fredette | Katie Reed | | | FW: quick question.mht | 11/27/2013 | Email forwarding and discussing requests for legal advice from Jeffrey Allen, Esq., and response to same with respect to payment of stipend by host family. Attorney-client privilege. |
| 21 | Natalie Jordan | Lisa Sousa [counsel] | | | RE: Alert: New Department of Labor Rule to Limit Live-In Employees Eligible for Exempt Status.htm | 7/8/2014 | Email thread with counsel concerning potential application of federal regulations. Attorney-client privilege. |
| 22 | Natalie Jordan | Jeffrey Allen [counsel] | Andrew Teman | | FW: Pricing Language.htm | 11/7/2014 | Email to counsel requesting advice concerning marketing disclosures. Attorney-client privilege. |
| 23 | Goran Rannefors | Jeffrey Allen [counsel]; Natalie Jordan | David Widerberg; Pehr Magnus Karlsson | | Fwd: Law Suit - All Au Pair Agencies Named e.htm | 11/14/2014 | Email regarding recently filed class action lawsuit and attaching complaint. Attorney-client privilege/work product. |
| 24 | Pehr Magnus Karlsson | Goran Rannefors | Jeffrey Allen [counsel]; Natalie Jordan; David Widerberg | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 25 | Natalie Jordan | David Widerberg | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson | Natalie Jordan | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 27 | Natalie Jordan | Adam Bickelman | | | Fwd: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email forwarding and discussing requests for legal advice from Jeffrey Allen, Esq., concerning recently filed class action lawsuit. Attorney-client privilege/work product. |
| 28 | David Widerberg | Adam Bickelman | Pehr Magnus Karlsson; Goran Rannefors; Natalie Jordan; Jeffrey Allen [counsel] | | FW: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 29 | Natalie Jordan | David Widerberg | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson; Adam Bickelman | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 30 | Natalie Jordan | David Widerberg | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson; Adam Bickelman | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 31 | Natalie Jordan | David Widerberg | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson; Adam Bickelman | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 32 | Natalie Jordan | David Widerberg | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson; Adam Bickelman | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 33 | David Widerberg | Natalie Jordan | Jeffrey Allen [counsel]; Goran Rannefors; Pehr Magnus Karlsson; Adam Bickelman | | RE: Law Suit - All Au Pair Agencies Named e.htm | 11/15/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Cultural Care, Inc. Revised Log of Documents Withheld on the Grounds of Privilege
Beltran, et al. v. Interexchange, Inc., et al., No. 1:14-cv-3074-CMA-KMT (D. Colo.)
April 24, 2017

| Number | From | To | CC | BCC | Subject / File Name / Description | Date | Basis for Withholding |
|---|---|---|---|---|---|---|---|
| 34 | David Widerberg | Goran Rannefors | Jeffrey Allen [counsel]; Adam Bickelman; Natalie Jordan; Pehr Magnus Karlsson | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/16/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 35 | Jeffrey Allen [counsel] | David Widerberg | Goran Rannefors; Adam Bickelman; Natalie Jordan; Pehr Magnus Karlsson | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/16/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 36 | Adam Bickelman | David Widerberg | Goran Rannefors; Jeffrey Allen [counsel]; Natalie Jordan; Pehr Magnus Karlsson | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/16/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 37 | Goran Rannefors | Jeffrey Allen [counsel] | David Widerberg | | Re: Law Suit - All Au Pair Agencies Named e.htm | 11/16/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |
| 38 | Natalie Jordan | Jeffrey Allen [counsel]; Goran Rannefors; David Widerberg | Adam Bickelman | | FW: REMINDER: Federal Minimum Wage Increase .htm | 11/17/2014 | Email to counsel concerning factual issues related to class action litigation. Attorney-client privilege/work product. |
| 39 | Natalie Jordan | Jeffrey Allen [counsel]; Goran Rannefors; David Widerberg | Adam Bickelman | | FW: REMINDER: Federal Minimum Wage Increase .htm | 11/17/2014 | Email to counsel concerning factual issues related to class action litigation. Attorney-client privilege/work product. |
| 40 | Jeffrey Allen [counsel] | Goran Rannefors; David Widerberg | | | FW: CCAP Memo.htm | 11/17/2014 | Email from counsel forwarding memorandum analyzing class action lawsuit, prepared in response to client request. Attorney-client privilege/work product. |
| 42 | Natalie Jordan | Jeffrey Allen [counsel]; Pehr Magnus Karlsson; David Widerberg; Goran Rannefors | | | Class Action - Interexchange.htm | 11/18/2014 | Email to counsel concerning class action lawsuit. Attorney-client privilege/work product. |
| 43 | Natalie Jordan | Jeffrey Allen [counsel]; David Widerberg; Goran Rannefors; Pehr Magnus Karlsson | | | FW: Lawsuit filed against Cultural Care.htm | 11/18/2014 | Email to counsel concerning class action lawsuit, and attaching complaint. Attorney-client privilege/work product. |
| 44 | Natalie Jordan | Jeffrey Allen [counsel]; David Widerberg; Goran Rannefors; Pehr Magnus Karlsson | | | FW: Lawsuit filed against Cultural Care.htm | 11/18/2014 | Email to counsel concerning class action lawsuit, and attaching complaint. Attorney-client privilege/work product. |
| 45 | David Widerberg | Adam Bickelman; Goran Rannefors | Jeffrey Allen [counsel]; Natalie Jordan | | RE: Global Competition Review article.htm | 11/19/2014 | Email thread regarding recently filed class action lawsuit. Attorney-client privilege/work product. |