**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**DEFENDANT EXPERT AUPAIR'S UNOPPOSED MOTION TO RESTRICT
PUBLIC ACCESS (LEVEL 1) AND TO SUBSTITUTE REDACTED DOCUMENT**
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), hereby moves this Court for an order restricting public access, under Level 1 restricted access, to several exhibits to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion for Class Certification"), pursuant to D.C.COLO.LCivR 7.2, and states as follows:

1.      Counsel for Expert AuPair conferred with Plaintiff's counsel regarding this motion. Plaintiffs' counsel does not oppose the relief requested in this Motion.

2.      On June 5, 2017, Plaintiffs filed their Motion for Rule 23 Class Certification and Appointment of Counsel [ECF No. 559] and the Declaration of Sean P. Rodriguez in Support of said Motion ("Rodriguez Declaration") [ECF No. 558].

3.      Attached, as Exhibit 80 [ECF No. 558-83] to Rodriguez Declaration and Exhibit 83 to the Motion for Class Certification is an excerpt from the 30(b)(6) deposition of Expert AuPair. The deposition transcript contains information about Expert's AuPair corporate structure, its international recruiters, its tax returns, the compensation paid to its CEO, and the market strategy employed by Expert AuPair. In order to protect the confidential and proprietary information contained in the transcript, Expert AuPair respectfully requests that the Court restricts access to these documents under Level 1 restricted access.

4.      Because only a portion of Exhibit 83 [ECF No. 558-83] discloses confidential information, Expert AuPair has attached a redacted version of this document in Exhibit A. This redacted version of Exhibit 83 may be filed in the public record. Expert AuPair, however, requests that the original, unredacted version of this exhibit remains under Level 1 restricted access.

5.      Attached as Exhibit 84 [ECF No. 558-84] and Exhibit 85 [ECF No. 558-85] to the Motion for Class Certification are the following documents: a sample contract between Expert AuPair and one of its partners and a competitive analysis of the market. Expert AuPair respectfully requests that the Court restrict access to these documents in their entirety under Level 1 restricted access, as the information contained in the two exhibits is proprietary to Expert AuPair.

6.      All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

7.      The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1, [ECF No 305].

8.      Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

WHEREFORE, for the foregoing reasons, Expert AuPair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibits 84 and 85 to Plaintiffs Motion for Class Certification substitute the redacted document at Exhibit A hereto for Exhibit 83.

DATED this 16th day of June 2017

Respectfully submitted,

*s/Bogdan Enica*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL INC. D/B/A
EXPERT AUPAIR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2017, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.


s/*Bogdan Enica*
Bogdan Enica, Esq.