**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT
JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**[PROPOSED] ORDER GRANTING EXPERT AUPAIR'S UNOPPOSED
MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) AND TO SUBSTITUTE
REDACTED DOCUMENT**
_____

The Court has reviewed Defendant Expert AuPair's Unopposed Motion to Restrict Public Access (Level 1) and to Substitute Redacted Document ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

Exhibits 84 [ECF No. 558-84] and 85 [ECF No. 558-85] to the Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [ECF No. 559] shall retain Level 1 restricted access.

The redacted versions of Exhibit 83 [ECF No. 558-83] will be substituted and filed in the public record.

The original, unredacted version of the Exhibit 83 [ECF No. 558-83] to the Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [ECF No. 559] shall retain Level 1 restricted access.

DATED this ___ day of _____ 2017.

                                                  BY THE COURT

                                                  _____