# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAM'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [ECF NO. 558, 559, 560, 565]**
_____

Pursuant to D.C.COLO.LCivR 7.2, Defendant EurAupair Intercultural Child Care Programs ("EurAupair"), hereby moves the Court for an Order restricting public access, under Level 1, to certain exhibits to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Motion for Class Certification"), and Declaration of Sean P. Rodriguez in Support of Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel ("Rodriguez Declaration") [ECF Nos. 558, 559, 560 565]. In support thereof, Euraupair states as follows:

    1.    Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for Euraupair conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that Plaintiffs do not oppose the relief requested herein.

    2.    All parties to this action have stipulated to a Protective Order ("Stipulated

Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000). The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1 [ECF No. 305].

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. *Id.* ¶ 8.

4. Between June 2 and June 3, 2017, Plaintiffs filed their Motion for Class Certification and the Rodriguez Declaration in Support of that Motion [ECF Nos. 558, 559, 560]. On June 5, 2017, Plaintiffs filed their Notice of Errata for Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel with a corrected Motion for Class Certification [ECF No. 565]. The Motion for Class Certification and certain exhibits from the Rodriguez Declaration contain Euraupair's confidential, proprietary information. As detailed below, publicizing this confidential, proprietary information would cause Euraupair—and potentially third parties—serious injury. Following, In accordance with D.C.COLO.LCivR 7.2(c)(1) and (2), are the exhibits Euraupair identifies for which restriction is sought and the interests to be protected.

5. Exhibit 73 to the Rodriguez Declaration in support of the Motion for Class Certification is Euraupair's Host Family Recruiter handbook. This document has been marked CONFIDENTIAL without objection. [ECF No. 558-73]

6. Exhibit 74 to the Rodriguez Declaration in support of the Motion for Class Certification is Euraupair's Au Pair Handbook. This document has been marked CONFIDENTIAL without objection. [ECF No. 558-74]

7. Exhibit 75 to the Rodriguez Declaration in support of the Motion for Class Certification is Euraupair's Community Counselor Manual. This document has been marked CONFIDENTIAL without objection. [ECF No. 558-75]

8. Exhibit 76 to the Rodriguez Declaration in support of the Motion for Class Certification is Euraupair's Host Family/Au Pair Agreement. This document has been marked CONFIDENTIAL without objection. [ECF No. 558-79]

9. Exhibits 73, 74, 75 and 76 to the Rodriguez Declaration constitute Euraupair's confidential, sensitive and proprietary business information. If access is not restricted, this proprietary business information would be publicly accessible. Euraupair's right to privacy of its confidential, sensitive and proprietary business information such as handbooks and agreements overcomes the presumption of openness because public access could harm Euraupair's competitive standing.

WHEREFORE, for good cause shown, Euraupair respectfully requests this court enter an order restricting access, Level 1, to the exhibits identified above.

DATED this 19th day of June, 2017.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: *s/ Martha L. Fitzgerald*
    Martha L. Fitzgerald
    David B. Meschke
    Brownstein Hyatt Farber Schreck, LLP
    410 Seventeenth Street, Suite 2200
    Denver, Colorado  80202-4432
    Phone:  303-223-1100
    Email:    mfitzgerald@bhfs.com
              dmeschke@bhfs.com

*Attorneys for Defendant EurAupair Intercultural Child Care Programs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of June 2017, a true and correct copy of the foregoing **DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [ECF NO. 558, 559, 560, 565]** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing via email to the following:

| | |
|---|---|
| Alexander N. Hood<br>alex@towardsjustice.org | Sigrid S. McCawley<br>smccawley@bsfllp.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |
| Lauren Fleischer Louis<br>llouis@bsfllp.com | Matthew L. Schwartz<br>mlschwartz@bsfllp.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |
| Peter M. Skinner<br>pskinner@bsfllp.com | Randall W. Jackson<br>rjackson@bsfllp.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |
| Dawn Smalls<br>dsmalls@bsfllp.com | Sabria A. McElroy<br>smcelroy@bsfllp.com |
| Counsel for Plaintiffs | Counsel for Plaintiffs |
| Joshua J. Libling<br>jlibling@bsfllp.com | Lawrence Daniel Stone<br>lstone@duffordbrown.com |
| Counsel for Plaintiffs | Counsel for Defendant A.P.E.X. American Professional Exchange, LLC, and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange, Inc. |
| Kathleen E. Craigmile<br>kcraigmile@nixonshefrin.com | Susan M. Schaecher<br>sschaecher@laborlawyers.com |

| | |
|---|---|
| Counsel for Defendants A.P.E.X. American Professional Exchange, LLC, and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange, Inc. | Counsel for Defendants American Institute for Foreign Study dba Au Pair in America, and APF Global Exchange, NFP dba Aupair Foundation |
| Lawrence L. Lee<br>llee@laborlawyers.com | Stephen J. Macri<br>smacri@putneylaw.com |
| Counsel for Defendants American Institute for Foreign Study dba Au Pair in America, and APF Global Exchange, NFP dba Aupair Foundation | Counsel for Defendants American Institute for Foreign Study dba Au Pair in America |
| John B. Fulfree<br>jfulfree@putneylaw.com | Joseph B. Cartafalsa<br>jcartafalsa@putneylaw.com |
| Counsel for Defendants American Institute for Foreign Study dba Au Pair in America | Counsel for Defendants American Institute for Foreign Study dba Au Pair in America |
| Robert M. Tucker<br>rtucker@putneylaw.com | Peggy Kozal<br>pkozal@gordonrees.com |
| Counsel for Defendants American Institute for Foreign Study dba Au Pair in America | Counsel for Au PairCare, Inc. |
| Thomas B. Quinn<br>tquinn@gordonrees.com | John R. Mann<br>jmann@gordonrees.com |
| Counsel for Au PairCare, Inc. | Counsel for Au PairCare, Inc. |
| Brian Maschler<br>brian.maschler@arentfox.com | Brian A. Birenbach<br>brian@rietzlawfirm.com |
| Counsel for Au PairCare, Inc. | Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair |

6

| | |
|---|---|
| Grace A. Fox<br>fox@wtotrial.com | Natalie E. West<br>west@wtotrial.com |
| Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair | Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair |
| Kathryn A. Reilly<br>reilly@wtotrial.com | Robert M. Buchanan, Jr.<br>rbuchanan@choate.com |
| Counsel for Defendants American Cultural Exchange, LLC dba GoAuPair, Au Pair International, Inc., and Agent Au Pair | Counsel for Cultural Care, Inc. dba Cultural Care Au Pair |
| Joan A. Lukey<br>joan.lukey@choate.com | Lyndsey M. Kruzer<br>lkruzer@choate.com |
| Counsel for Cultural Care, Inc. dba Cultural Care Au Pair | Counsel for Cultural Care, Inc. dba Cultural Care Au Pair |
| Justin J. Wolosz<br>jwolosz@choate.com | Michael T. Gass<br>mgass@choate.com |
| Counsel for Cultural Care, Inc. dba Cultural Care Au Pair | Counsel for Cultural Care, Inc. dba Cultural Care Au Pair |
| Diane Hazel<br>dhazel@lrrc.com | James M. Lyons<br>jlyons@lrrc.com |
| Counsel for Cultural Care, Inc. dba Cultural Care Au Pair | Counsel for Cultural Care, Inc. dba Cultural Care Au Pair |
| Jessica L. Fuller<br>jfuller@lrrc.com | Adam A. Hubbard<br>aahubard@hollandhart.com |
| Counsel for Cultural Care, Inc. dba Cultural Care Au Pair | Counsel for Defendant Cultural Homestay International |
| Jonathan S. Bender | James E. Hartley |

| | |
|---|---|
| jsbender@hollandhart.com | jhartley@hollandhart.com |
| Counsel for Defendant Cultural Homestay International | Counsel for Defendant Cultural Homestay International |
| Bogdan Enica<br>bogdane@hotmail.com | Martin J. Estevao<br>mestevao@armstrongteasdale.com |
| Counsel for Defendant Expert Group International, Inc. | Counsel for Defendant GreatAuPair, LLC |
| Meshach Y. Rhoades<br>rhoadesm@armstrongteasdale.com | Vance O. Knapp<br>vknapp@armstrongteasdale.com |
| Counsel for Defendant GreatAuPair, LLC | Counsel for Defendant GreatAuPair, LLC |
| Brooke A. Colaizzi<br>bcolaizzi@shermanhoward.com | Joseph H. Hunt<br>jhunt@shermanhoward.com |
| Counsel for Defendant InterExchange, Inc. | Counsel for Defendant InterExchange, Inc. |
| Raymond M. Deeny<br>rdeeny@shermanhoward.com | Heather F. Vickles<br>hvickles@shermanhoward.com |
| Counsel for Defendant InterExchange, Inc. | Counsel for Defendant InterExchange, Inc. |
| Chanda M. Feldkamp<br>cfeldkamp@kellywalkerlaw.com | William J. Kelly III<br>wkelly@kellywalkerlaw.com |
| Counsel for Defendant US AuPair, Inc. | Counsel for Defendant US AuPair, Inc. |

*s/ Shirley M. Newman*
Shirley M. Newman

15762761.1