# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT EURAUPAIR INTERCULTURAL CHILD CARE PROGRAM'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL [ECF NO. 558, 559, 560, 565]**

The Court has reviewed Defendant EurAupair Intercultural Child Care Programs ("EurAupair"), Unopposed Motion to Restrict Public Access (Level 1) to Certain Exhibits to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [ECF Nos. 558, 559, 560, 565], and is otherwise advised on the matter, hereby GRANTS the unopposed motion. The following Exhibits to the Declaration of Sean P. Rodriguez in Support of Plaintiffs' Motion for Rule 23 Class Certification shall retain Level 1 restricted access: Exhibits 73, 74, 75 and 76 [ECF Nos. 558-73, 558-74, 558-75 and 558-79.

    DATED this _____ day of _____, 2017.

 

_____
Christine M. Arguello
United States District Judge