IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,                                  No. 1:14-cv-03074-CMA-KMT

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

### INTERNATIONAL CARE LIMITED'S MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE TO OPPOSE PLAINTIFFS' MOTION TO AMEND THE SECOND AMENDED COMPLAINT

    International Care Limited ("ICL") respectfully moves the Court for leave to make a special appearance and to file an opposition brief to Plaintiffs' Motion to Amend (Dkt. 564). ICL is not subject to *in personam* jurisdiction in Colorado and has not been served with Plaintiffs' proposed Third Amended Complaint ("TAC") or Plaintiffs' Motion to Amend. ICL understands that Plaintiffs seek to add ICL as a defendant in the proposed TAC. ICL hereby expressly reserves any and all rights and defenses, jurisdictional and otherwise, to Plaintiffs' proposed TAC.

    ICL's brief in opposition to Plaintiffs' Motion to Amend is attached as Exhibit 1 to this Motion.

Respectfully submitted,

Dated:  June 23, 2017    By:    *s/* Harvey J. Wolkoff
Harvey J. Wolkoff

ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:   617-951-7000
harvey.wolkoff@ropesgray.com

*Counsel for International Care, Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2017 I caused a true and correct copy of the foregoing Motion to Make a Special Appearance in Order to Oppose Plaintiffs' Motion to Amend Second Amended Complaint, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

                                                s/ Harvey J. Wolkoff
                                                Harvey J. Wolkoff