# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.                                            No. 1:14-cv-03074-CMA-KMT

INTEREXCHANGE, INC.; et al.

    Defendants.

---

### [PROPOSED] ORDER GRANTING INTERNATIONAL CARE LIMITED'S MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE TO OPPOSE PLAINTIFFS' MOTION TO AMEND SECOND AMENDED COMPLAINT

The Court hereby **ORDERS** that International Care Limited's Motion for Leave to Make a Special Appearance to Oppose Plaintiffs Motion to Amend the Second Amended Complaint is Hereby **GRANTED.**

_____      _____
The Hon. Christine A. Arguello          Date