IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

      Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

      Defendants.

---

## DECLARATION OF STEPHEN J. MACRI

---

I, Stephen J. Macri, hereby declare as follows:

      1.     I am an attorney admitted to this Court and a member of the firm Putney, Twombly, Hall & Hirson LLP, counsel for Defendant, American Institute for Foreign Study d/b/a Au Pair In America ("AIFS") in *Beltran, et al. v. Interexchange, Inc., et al.*, U.S. District Court for the District of Colorado, Civil Action No. 1:14-cv-03074-CMA-KMT.

      2.     I make this declaration in opposition to Plaintiffs' Motion to Amend the Second Amended Complaint (hereinafter "Motion").

      3.     By electronic mail communication dated January 13, 2017, counsel for Plaintiffs attached and served the Declaration of Eileen Boehne (the "Boehne Declaration") to me and other counsel for the unrelated Defendants.    A true and accurate copy of the January 13, 2017, email is annexed hereto as Exhibit A.

4.      A true and accurate copy of the attachment to that email, the Boehne

Declaration, is annexed hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed

on June 23, 2017.


*/s/ Stephen J. Macri*
Stephen J. Macri