# **<u>EXHIBIT A</u>**

# John B. Fulfree

| | |
|---|---|
| **From:** | Dawn Smalls <DSmalls@BSFLLP.com> |
| **Sent:** | Friday, January 13, 2017 2:06 PM |
| **To:** | Peggy L. Skinner; 'lriggenbach@gordonrees.com'; 'aahubbard@hollandhart.com'; 'jguy@hollandhart.com'; 'bogdane@hotmail.com'; 'brian@rietzlawfirm.com'; 'ali@rietzlawfirm.com'; 'laura@rietzlawfirm.com'; 'bcolaizzi@shermanhoward.com'; 'llewis@shermanhoward.com'; 'cfeldkamp@kellywalkerlaw.com'; 'crichardson@kellywalkerlaw.com'; 'dmeschke@bhfs.com'; 'dhazel@lrrc.com'; 'dgrooms@lrrc.com'; 'kwener@lrrc.com'; 'fox@wtotrial.com'; 'nmartinez@wtotrial.com'; 'hvickles@shermanhoward.com'; 'lhowell@shermanhoward.com'; 'jhartley@hollandhart.com'; 'lmlopezvelasquez@hollandhart.com'; 'thall@hollandhart.com'; 'jlyons@lrrc.com'; 'jmartinez@lrrc.com'; 'jfuller@lrrc.com'; 'lvialpando@lrrc.com'; 'joan.lukey@choate.com'; 'bdenton@choate.com'; 'jsbender@hollandhart.com'; 'jhunt@shermanhoward.com'; 'jwolosz@choate.com'; 'reilly@wtotrial.com'; 'cljones@wtotrial.com'; 'mels@wtotrial.com'; 'llee@laborlawyers.com'; 'hvignola@laborlawyers.com'; 'kgripp@fisherphillips.com'; 'strujillo@laborlawyers.com'; 'lkruzer@choate.com'; 'mfitzgerald@bhfs.com'; 'snewman@bhfs.com'; 'mestevao@armstrongteasdale.com'; 'aschneider@armstrongteasdale.com'; 'mischwartz@bsfllp.com'; 'mrhoades@armstrongteasdale.com'; 'spend@armstrongteasdale.com'; 'jreed@armstrongteasdale.com'; 'lwickham@armstrongteasdale.com'; 'mgass@choate.com'; 'rdeeny@shermanhoward.com'; 'mnavride@sah.com'; 'rbuchanan@choate.com'; 'sschaecher@laborlawyers.com'; 'khanson@laborlawyers.com'; 'sklopman@hklawllc.com'; 'mbrents@my-watson.com'; 'nvanhooser@my-watson.com'; 'wkelly@kellywalkerlaw.com'; 'tamidon@kellywalkerlaw.com'; John B. Fulfree; Joseph Cartafalsa; 'jbc54@cornell.edu'; Robert Tucker; 'robert.m.tucker1@gmail.com'; Stephen Macri; 'pkozal@gordonrees.com'; 'bmaschler@gordonrees.com'; 'tquinn@gordonrees.com'; Lawrence D. Stone; Carol A. Larsen Cook |
| **Cc:** | 'alex@towardsjustice.org'; Matthew L. Schwartz; Dawn Smalls; Lauren Louis; Sabria McElroy; Daniel Schwartz |
| **Subject:** | Declaration of Eileen Boehne |
| **Attachments:** | 2017 01 09 Eileen Boehne Declaration.PDF |

Counsel:

Please find attached the declaration of Eileen Boehne. This declaration is being produced in advance of expert report disclosures as it is relied upon, in part, by one of our experts in their report.

Dawn

Dawn L. Smalls
Partner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Ave
New York, NY 10022

1

212-754-4216 (Direct)
212-446-2350 (Fax)
dsmalls@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]