# <u>EXHIBIT B</u>

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZÁLEZ;
SARAH CAROLINA AZUELA RASCON;
LAURA MEJIA JIMENEZ;
JULIANNE HARNING;
NICOLE MAPLEDORAM;
and those similarly situated

                Plaintiffs,

     v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA
EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE
AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP, DBA AUPAIR
FOUNDATION;
AMERICAN INSTITUTE FOR FOREIGN STUDY
DBA AU PAIR IN AMERICA;
ASSOCIATES IN CULTURAL EXCHANGE DBA
GOAUPAIR;
AMERICAN CULTURAL EXCHANGE, LLC, DBA
GOAUPAIR;
GOAUPAIR OPERATIONS, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,
LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE
INTERNATIONAL AU PAIR EXCHANGE

                Defendants.

Civil Action No. <u>14-cv-03074-CMA-CBS</u>

## DECLARATION OF EILEEN BOEHNE

Pursuant to 28 U.S.C. § 1746, I, Eileen Boehne, declare as follows:

1.      My name is Eileen Boehne. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2.      I am a U.S. Citizen, and a resident of Nolensville, Tennessee. I currently serve as the President of MAREC Global, Inc., which specializes in the offshore manufacturing of consumer goods for the craft industry.

3.      I am well versed in the au pair program having hosted seven au pairs over ten years to care for my three children.

4.      I previously lived in Naperville, Illinois and used the sponsor agency Au Pair in America to hire six of the seven au pairs. The seventh au pair I hired through Cultural Care, since Au Pair in America did not operate in my new home of Tennessee.

5.      In the process of hiring an au pair, I received guidance from both sponsor agencies about the cost of hiring an au pair, and specifically what I was to pay an au pair on a weekly basis. I was told that the pay for an au pair was set at $195.75 and that I was not to pay any more than that. Further, I was told that if another au pair heard that I was paying my au pair more than that, it could cause them a lot of problems.

6.      Our Local Community Coordinator at Au Pair in America, Maria Gabrysweski, told me that if I wanted to round it up to $200 that would "be ok" but if I were to pay any more, I had to be secretive about it. I was told that we could not pay our au pair more than that because au pair pay was regulated by the Department of State.

7.      When I was a customer of Au Pair in America, I specifically asked whether the au pairs were subject to wage and hour laws and was told that they were not since au pair pay was considered a stipend.

8.     As a customer of Cultural Care, I spoke with Jennifer Goldstein Fritz, our Local Community Counselor, who also told me that families were not allowed to pay their au pairs more than $195.75.

9.     In addition to the au pairs' weekly wages, I have also paid a sponsor fee of approximately $8000 to the sponsor agencies each time I have hired a new au pair. I understood that to be a necessary cost associated with hiring an au pair, and that that fee paid for (1) the processing of the au pair's visa; (2) the screening and background checks of the au pair; (3) the au pair's airfare; (3) sponsor agency overhead; and (4) the cost of the local community counselor.

10.     I have since learned from a number of au pairs that they also paid substantial fees of up to $2000 in their home countries for screening and airfare to the United States. I was shocked to learn this since I thought that the fee paid to the sponsor agency paid for all of the costs associated with hiring an au pair and bringing her to the United States. When I inquired about the fees paid by the au pairs I was told by Au Pair in America that those fees were independent of Au Pair in America and charged by an independent agent for in country screening.

11.     I have had mixed results with the screening of au pairs that I have brought into my home. For example, the documents for one of the au pairs I hired said that she spoke English, when she did not. When I have inquired about the screening measures taken before an au pair is brought into the program, I have been told that the screening is conducted by an in country agent, which is independent of the sponsor agency.

Dated: January 9, 2017                        Respectfully submitted,

 

 

_____

Eileen Boehne