IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

## DECLARATION OF JUSTIN J. WOLOSZ

1. My name is Justin J. Wolosz. I am a partner at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Colorado.

2. I am one of the attorneys representing Defendant Cultural Care, Inc. ("Cultural Care") in the above-captioned case. I submit this Declaration in support of Cultural Care Inc.'s Response in Opposition to Plaintiffs' Motion to Amend (ECF No. 561).

3. Attached as Exhibit A is copy of Beaudette Deetlefs' Agreement with International Care, Ltd., DEETLEFS000467 through DEETLEFS000468.

4. Attached as Exhibit B is a copy of Dayanna Paola Cardenas Caicedo's Agreement with International Care, Ltd., CAICEDO000467 through CAICEDO000468.

5. Attached as Exhibit C is an excerpted copy of Cultural Care's Answers to Plaintiffs' First Set of Interrogatories, dated May 9, 2016.

6. Attached as Exhibit D is a copy of Cultural Care's 2010 Host Family Handbook, CC00000329 through CC00000339.

7. Attached as Exhibit E is an excerpted copy of Cultural Care's First Amended Set of Discovery Requests to Plaintiff Dayanna Paola Cardenas Caicedo, dated July 11, 2016.

8. Attached as Exhibit F is an excerpted copy of Cultural Care's First Amended Set of Discovery Requests to Plaintiff Beaudette Deetlefs, dated July 11, 2016.

9. Attached as Exhibit G is an excerpted copy of Dayanna Paola Cardenas Caicedo's Answers to Cultural Care's First Amended Set of Interrogatories, dated August 12, 2016.

10. Attached as Exhibit H is an excerpted copy of Beaudette Deetlefs' Answers to Cultural Care's First Amended Set of Interrogatories, dated August 12, 2016.

11. Attached as Exhibit I is an excerpted copy of Dayanna Paola Cardenas Caicedo's Responses to Cultural Care's First Amended Request for Production, dated August 12, 2016.

12. Attached as Exhibit J is an excerpted copy of Beaudette Deetlefs' Responses to Cultural Care's First Amended Request for Productions, dated August 12, 2016.

13. Attached as Exhibit K is a copy of *Gorsuch, Ltd. v. Wells Fargo Nat'l Bank Ass'n*, No. 11-cv-00970, 2013 U.S. Dist. LEXIS 174681 (D. Colo. Sept. 16, 2013).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 23rd day of June 2017.

                                                      */s/* Justin J. Wolosz
                                                      Justin J. Wolosz