# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

    Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

    Defendants.
_____

**DEFENDANT CULTURAL CARE, INC.'S ANSWERS
TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**
_____

Defendant Cultural Care, Inc., ("Cultural Care," "Defendant" or "Responding Party"), by counsel, Lawson & Weitzen, LLP, submits the following answers to Plaintiffs' First Set of Interrogatories pursuant to Fed.R.Civ.P. 33:

**GENERAL OBJECTIONS**

Cultural Care makes the following general objections, to which each of the responses set forth below are subject:

    A.    Defendant objects to Plaintiffs' interrogatories to the extent they

1

Cardenas Caicedo the requested information is set forth below and is subject to the protective order regarding confidentiality entered by the court and should be considered "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"

In regard to au pairs whose service occurred within the most liberal applicable statute of limitations under FLSA without agreeing that is the appropriate statute of limitations and expressly denying the same, that information will be made available at the time of conditional certification. If the parties agree to the appropriate use of the information prior to conditional certification, the information will be made available earlier. At the time that the identities of the individuals "opting in" to the FLSA action are known, all pertinent information regarding the host families corresponding to those au pairs will be produced. All remaining au pairs whose service falls with the applicable statute of limitations for the anti-trust claims will be identified at the time that the Court certifies that proposed class.

Without waiving the foregoing objections and specifically relying on the same, Cultural Care, Inc. provides the requested information for the named plaintiffs.

Baudette Elizabeth Deetlefs

Redacted - Au Pair Contact Information

Au Pair: 8/18/2014 – 6/14/2015

Redacted - Host Family Contact Information

Ms. Deetlefs was recruited and screened by International Care, Ltd.

Dayanna Paola Cardenas Caicedo

4



Au Pair: 6/29/2014 – 12/28/2015

Host Family #1

Redacted - Host Family Contact Information

Host Family #2

Redacted - Host Family Contact Information

Ms. Carenas Caicedo was recruited and screened by International Care, Ltd.

**INTERROGATORY NO. 2:** Identify all steps you take to ensure that program participants satisfy all requirements as mandated by 22 C.F.R. § 62.31, including but not limited to steps you take to ensure that au pairs are not working more than 10 hours per day or 45 hours per week; are permitted required time off including paid vacation; and are completing educational requirements.

**RESPONSE TO INTERROGATORY NO. 2:**

Cultural Care follows various procedures to educate all of our program participants with regard to their individual responsibilities under the regulations and to ensure and facilitate compliance. Pursuant to the federal regulations, prior to enrollment in the program, we interview all prospective host families within their home and inspect the home environment, including the au pair bedroom to make sure that this is a suitable placement. During this interview there is an extensive review of program regulations to make certain that families understand the responsibilities they have under

| | |
|---|---|
| Dated:  May 9, 2016 | Respectfully Submitted,<br><br>     s/ Jeffrey P. Allen                         <br>Jeffrey P. Allen<br>E-mail: jallen@lawson-weitzen.com<br>Donald J. Gentile<br>E-mail: dgentile@lawson-weitzen.com<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue<br>Boston, MA 02210<br>Telephone: (617) 439-4990<br>Facsimile:  (617) 439-3987<br><br>ATTORNEYS FOR DEFENDANT<br>CULTURAL CARE, INC. |