# Exhibit D



# Cultural Care Au Pair

# Host Family Handbook

Winner!
Au Pair of the Year
2008 and 2009

*Cultural Care Au Pair's guide to a successful exchange year!*

The leading au pair agency for over 20 YEARS

CC00000329

©2010 Cultural Care Au Pair
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, without prior permission of the publishers. Content subject to change without prior notification.

CC00000330

Dear Host Family,

Welcome to the Cultural Care Au Pair family! In selecting our program, you have opened the door to an enriching, international relationship that will benefit you and your children for years to come.

Securing dependable, flexible childcare is one of the most difficult and important decisions that parents face today. When you host a Cultural Care au pair, you provide your children with quality care in the familiar environment of your own home. You also give your family the unique cultural benefits of hosting an international visitor.

When people from different cultures live together, they are likely to experience both challenges and triumphs. The Cultural Care Au Pair Host Family Handbook has been carefully written to help you with questions and concerns that might arise as your au pair adjusts to living with your family and becomes a part of your community.

We also provide three additional communication tools that we feel will be of value to your family and au pair: Infosource, the Daily Communication Log and the Household Handbook. InfoSource is an online resource for our host families that is accessible in the host family online accounts. The Daily Communication Log is designed to encourage quality communication between you and your au pair. The Household Handbook, available on InfoSource, was created for you to customize to your family's individual household rules and expectations. It also includes the U.S. Department of State regulations and Cultural Care Au Pair program guidelines. We are confident that these tools, along with this Host Family Handbook, will complement your current communication style and facilitate a healthy relationship between your family and au pair.

With patience and understanding, you can look forward to a mutually rewarding experience that will last long after your au pair's stay in the U.S. is over.

Sincerely,
The staff at Cultural Care Au Pair

# Table of Contents

**Chapter 1: The History of Cultural Care Au Pair .........................................8**
The History of Cultural Care Au Pair ................................................................9
Cultural Care Au Pair Staff.................................................................................9
InfoSource.........................................................................................................10
Overview of U.S. Department of State Regulations.........................................11
Overview Program Requirements for Au Pairs................................................11

**Chapter 2: Screening and Matching Process ..........................................12**
The Screening and Matching Process............................................................13
Who are Cultural Care Au Pairs?....................................................................14
Cultural Care Au Pair Overseas ......................................................................14
Screening and Orientation ..............................................................................15
Follow up..........................................................................................................16
Pre-departure...................................................................................................16
Au Pair Application ..........................................................................................17
The Matching Process.....................................................................................18
Reviewing Au Pair Applications.......................................................................18
The Telephone Interview..................................................................................19
How Can Cultural Care Help? .........................................................................19
Making Your Decision......................................................................................20
Sample Interview Questions ...........................................................................21

**Chapter 3: Preparing to Welcome Your Au Pair ......................................22**
Host Family Preparation ..................................................................................23
Additional Resources to Help You Prepare.....................................................24
Arrival Dates and Airport/Bus Gateways.........................................................25
The Cultural Care Training School ..................................................................26
Au Pair Training School Schedule...................................................................27
The First Few Days..........................................................................................28
Contact from your LCC and the Two-Week Orientation .................................28
Program Expectations .....................................................................................29

**Chapter 4: Program Guidelines and Rules..............................................30**
General Au Pair Responsibilities ....................................................................31
Work Hours ......................................................................................................31

On- Vs. Off-Duty..................................................................................32
Weekly Stipend...................................................................................32
Vacation Policies ................................................................................32
Sick Days ...........................................................................................33
Weekly Schedule ...............................................................................34
Weekly Meetings ................................................................................34
Household Rules ................................................................................34
Host Family and Au Pair Events.........................................................35
Educational Component Requirements and Resources ...................36
Car Use and Car Insurance ...............................................................36
Travel Insurance ................................................................................37
Filing an Insurance Claim...................................................................38
Travel Guidelines ...............................................................................39
Au Pair Travel and Visa Paperwork...................................................40
Travel to Canada, Mexico and the Caribbean in Second Year.........44
Social Security....................................................................................45
Taxes and Personal Financial Matters...............................................46
Workers' Compensation ....................................................................47

**Chapter 5: Cross-Cultural Dynamics ......................................................48**
Cross-Cultural Dynamics ...................................................................49
Cultural Differences ...........................................................................49
Culture Shock and Adjustment Cycle ................................................50
Working Through Culture Shock........................................................50
Setting Realistic Expectations............................................................51

**Chapter 6: Communicating with Your Au Pair ......................................54**
Communicating with Your Au Pair .....................................................55
Assertive Directing..............................................................................55
Effective Listening...............................................................................56
Conflict Resolution Model...................................................................57

**Chapter 7: When Issues Arise................................................................. 58**
When Issues Arise..............................................................................59
How Your LCC Can Help ...................................................................59
Mediation ............................................................................................59
Two-Week Trial Period ......................................................................60
Moving Forward: Transition ...............................................................60

CC00000333

*Alternate Childcare* .......................................................................................... 61
*Welcoming a New Au Pair* ................................................................................ 61
*Financial Considerations* ................................................................................. 62

**Chapter 8: The Extension Program** ............................................................ 64
*Considering the Extension Program* ................................................................ 65

**Chapter 9: Repeat Family Rewards** ............................................................ 66
*Repeat with Cultural Care Au Pair and Earn Rewards* ........................................ 67

**Chapter 10: Preparing for Your Au Pair's Departure** .............................. 68
*Your Au Pair's Return Flight* ............................................................................. 69
*30-Day Grace Period* ....................................................................................... 69
*Getting Another Au Pair* ................................................................................... 70
*Reverse Culture Shock* .................................................................................... 70
*Saying Goodbye* .............................................................................................. 71
*Making the Transition to Your New Au Pair* ...................................................... 71

**Chapter 11: U.S. Department of State Regulations** ................................ 72

CC00000334

# Useful Contact Information

### Local Childcare Coordinator

Name:

Telephone:

Email: firstname.lastname@lcc.culturalcare.com *(i.e., jane.smith@lcc.culturalcare.com)*

Website:

### Program Director

Name:

Telephone: 1-800-333-6056  Ext:

Email: firstname.lastname@culturalcare.com *(i.e., jane.smith@culturalcare.com)*

### Au Pair Services *(Insurance, Flights, etc.)*

Telephone: 1-800-448-5753

Email: aupair.operations@culturalcare.com

### Aetna Student Health (for claims in the U.S.):

Telephone: 1-800-783-7447

Email: erika@aetna.com

### Falck TravelCare (In case of emergency only for Nordic au pairs)

Telephone: 1-800-871-9211

Email: erika@falcktravelcare.com

### AXA Assistance (In case of emergency for all other nationalities)

Telephone: 1-800-847-3948

Email: erika@axa-assistance.de

### General

E-mail: **aupair@culturalcare.com**

Website: **www.culturalcare.com**

Online Community: **www.community.culturalcare.com**

InfoSource: **http://infosource.family.culturalcare.com/home.aspx**

Au Pair Answer Mom: **www.aupairanswermom.com**

Au Pair Training School: **www.aupairtrainingschool.com**

Chapter 1

# The History of Cultural Care Au Pair



*The concentric circles in our logo represent sound waves and breaking down cultural barriers; the heart represents our commitment to caring for families nationwide.*

CC00000336

## The History of Cultural Care Au Pair

In 1986, the United States Information Agency (USIA) agreed to allow a select number of United States cultural exchange organizations to operate legal au pair programs. The mission of this new program was two-fold:

- *To promote international understanding through cultural exchange*

- *To help accommodate the need for flexible, live-in childcare in the United States*

In 1988, our organization was designated by the U.S. Department of State. Our first group of au pairs arrived in June of 1989 to the Boston, Chicago, Los Angeles, New York, San Francisco and Washington D.C. areas. Now we have thousands of au pairs across the United States and a network of more than 600 field staff.

Cultural Care Au Pair introduced a new program offering in 2004: the Extension Program. This program enables host families hosting an au pair the opportunity to extend their program term for an additional 12, 9 or 6 months after their full program year is completed. In 2006, the U.S. Department of State (the USIA was integrated with the U.S Dep. of State on Oct. 1, 1999) made the extension program a permanent component of the au pair program, giving families the reassurance that they could potentially enjoy up to 24 months of continuous childcare with their au pair.

In 2008 we launched the Au Pair Return Program. This program is available to all families and eligible au pairs based on the State Department's regulation allowing for au pairs who are less than 26 years old and have successfully completed the program to return as an au pair and repeat the program again after two years of residency outside the U.S.

## Cultural Care Au Pair Staff

*The U.S. staff*
Cultural Care Au Pair's main office is located in Boston, MA. We also have satellite offices across the country to ensure that support is available in every U.S. time zone. The full-time staff consists of customer service staff (including the Account Services Department, Program Directors and Placement Managers), sales and development (Development



*The au pair program is an excellent childcare solution for American families.*

**Cultural Care Au Pair U.S. Staff Members**

The following U.S. staff members are available for support during your exchange year:

- *Development Directors (DD):*
  The Development Directors are responsible for community building and development in the region with which they work. This role includes determining the need for recruiting and training new Local Childcare Coordinators and managing members of her/his team.

- *Local Childcare Coordinators (LCCs):*
  The primary role of the LCC is to provide families and au pairs with direct personal contact, support and information throughout the year. You will begin your year with an interview conducted by your LCC in your home. S/he will meet all family members, review all aspects of the program and answer any of your questions. S/he will also conduct a two-week orientation, provide your family support throughout the year and mediate should there be a problem.

Directors), marketing, au pair services, government compliance, finance and administrative staff. We also work with an extensive national network of field staff called Local Childcare Coordinators (LCCs).

*Your primary contacts during the year*
Upon applying (or reapplying) to our program, your LCC and a member of our Sales and Development team will play a key role in educating you about the program and helping you prepare for your year ahead. At this time, you will also be in frequent contact with your Placement Manager (PM) as s/he is responsible for determining your specific needs and matching you with appropriate au pair candidates. Once you "final" with an au pair–or mutually decide to spend the year together–your primary contacts during the year will be your LCC and your Program Director (PD).

*The overseas staff*
Cultural Care Au Pair's affiliate, Cultural Care, Ltd. has trained staff in all of the countries from which au pairs are recruited for the program. These offices work to recruit and screen qualified au pair candidates. The staff is very familiar with the childcare needs of American host families and screens for au pair candidates who meet those requirements. Staff in the recruitment headquarters in Luzern, Switzerland closely monitor and oversee the growth of operations in all of the recruitment countries.

# InfoSource

InfoSource is an online resource and searchable database created for our host families and updated on a regular basis. You can access InfoSource by logging into your Host Family Account at **www.culturalcare.com/login** and choosing the **InfoSource** section. InfoSource is divided into five sections for your convenience: **General Program Info, Before Your Au Pair Arrives, During Your Year, The End of Your Year and Extras.** You can find helpful information on U.S. State Department regulations, forms, au pair home country profiles and tips from other Cultural Care host families.

**U.S. staff members (cont):**

- *Placement Managers (PM):*
  The Placement Managers' principal responsibilities are to match host families with prospective au pairs, and help the families and au pairs through the interview process until a final match is made.

- *Account Services Department:*
  The Account Services Department fields customer calls and provides assistance with immediate needs in regard to the Cultural Care Au Pair program.

- *Program Directors (PD):*
  The Program Directors monitor au pair placements during the year through continuous contact with the LCCs and the overseas staff, assist with crisis management, and oversee the transition process and the day-to-day activities of their assigned region. They also manage LCCs on servicing the families in their region.

To contact members of Cultural Care staff call:
**1-800-333-6056**



Cultural Care staff is committed to making your exchange year successful.

## Overview of U.S. Department of State Regulations

All designated au pair organizations follow specific regulations issued by the Department of State.

As participants in the program, Cultural Care Au Pair, our local representatives, au pairs and host families are all required to comply with these regulations. The Account Services team in the Boston headquarters works together with the LCCs and PDs to ensure that all aspects of the program are consistent with U.S. Department of State regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the back of this handbook for your convenience and review.

## Overview of Program Requirements for Au Pairs

*All participating au pairs will:*

- Receive a one-year J-1 cultural exchange visa
- Attend a comprehensive Screening and Orientation Meeting
- Undergo a detailed screening & interview
- Provide three references—at least one of which is from a former childcare employer
- Undergo a background evaluation including a criminal record check and a personality profile
- Submit a statement of good health from a physician
- Be proficient in English
- Receive 32 hours of child safety and child development training at the Cultural Care Training School before arriving to the host family
- Work up to 45 hours per week (a maximum of ten hours per day)
- Receive a weekly living stipend from the host family of $195.75* or in conformance with the federal minimum wage
- Take educational courses for which the host family is required to pay up to $500

*The weekly stipend is determined by the U.S. Department of Labor using a formula based on the federal minimum wage.

CC00000339