# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

---

**DEFENDANT CULTURAL CARE, INC.'S FIRST AMENDED SET OF DISCOVERY REQUESTS TO PLAINTIFF BEAUDETTE DEETLEFS**

---

Pursuant to Federal Rules of Civil Procedure 33, 34, and 36, Defendant Cultural Care, Inc. submits its First Amended Set of Discovery Requests to Plaintiff Beaudette Deetlefs.

## INSTRUCTIONS

1. Please respond to each interrogatory or request fully and separately, setting for the text of each immediately before each response thereto, and organize and label any documents you produce according to the particular request to which the documents respond.

2. If you cannot respond in full to any interrogatory, request for admission, or request for production, respond to the fullest extent possible, specifying the reasons for your inability to respond fully and identifying the date by which you will make a complete response.

3. These discovery requests are continuing to the time of trial. If any additional, contrary, or supplemental information is made available to you, or you become aware of any such information, supplemental answers to these requests are required by Federal Rule of Civil Procedure 26(e).

1

7667385v1

## INTERROGATORIES

1. Identify all representations made to you by, or communications that you had with, (a) Cultural Care, Inc., a Massachusetts company, and (b) International Care, Ltd., a Swiss company operating under the registered business name Cultural Care Au Pair, in both instances regarding your participation in the Au Pair Program, including but not limited to communications regarding any payments you could or would earn as an au pair.

2. Describe all payments made to you, or amounts of money you received during or as a result of your participation in the Au Pair Program, including: (a) the date(s) on which you were paid; (b) the amount of compensation you received with each payment; (c) the method of payment; (d) the person or entity from whom you received each payment; and (e) the purpose of the payment (e.g., compensation for services performed, reimbursement for expenses, monetary gifts, bonuses, etc.).

3. Describe all other benefits you received from your Host Family (e.g., personal use of their vehicle, vacations, dinners at restaurants, use of a cell phone, payments of bills or debts made on your behalf, and/or non-monetary gifts), including (a) the nature of the benefit; (b) the date(s) on which you received or had use of the befit; and (c) the approximate monetary value of the benefit.

4. Identify any communication you have had with any person, other than your counsel, regarding this lawsuit and/or the allegations in the Complaint.

5. Describe (a) any complaints that you had but did not tell anyone with regard to your time as an au pair, and (b) any complaints that you made to any other person or entity, including but not limited to Cultural Care, a Local Childcare Consultant ("LCC"), and/or the United States Department of State, related to any aspect of your participation in the Au Pair Program (e.g., working conditions, rules, hours, vacation, education, the relationship with your

6

7667385v1

9. Describe your employment history for the last seven years, including: (a) dates of employment; (b) the resume(s) you submitted to obtain employment (c) identity of your employer(s); (d) the position(s) you held; (e) your responsibilities and duties for each position; and (f) the amount of compensation you earned in each position.

### REQUESTS FOR PRODUCTION

1. All documents or communications identified in answer to, or relied upon in answering, any interrogatory served by any Defendant.

2. All communications with, or documents given to you by, Cultural Care, Inc. or International Care, Ltd., including without limitation agreements, completed application package forms, notes, marketing information, or other documents related to the Au Pair Program.

3. All documents reflecting, referring, or relating to communications with your Host Family, or any potential host family, related to your participation in the Au Pair Program or your work, performance, duties, or compensation as an au pair.

4. All documents reflecting, referring, or relating to communications between you, or any attorney or other representative acting on your behalf, and any U.S. or foreign government agency, including but not limited to the United States Department of Labor, the United States Department of State and/or state attorneys general.

5. All documents, including but not limited to Communications Journals, reflecting or documenting the hours you provided childcare services as an au pair during your placement with your Host Family.

6. All documents related to any compensation, payments, or amounts of money you received from any source during or in connection with participation in the Au Pair Program, including but not limited to, documents evidencing compensation of any kind you received for

8

7667385v1

Dated: July 11, 2016.                             Respectfully submitted,


                                                  *s/     Lyndsey M. Kruzer*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222


Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair

12