# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMAKMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

        Defendants.

_____/

**PLAINTIFF BEAUDETTE DEETLEFS' ANSWERS TO DEFENDANT'S FIRST AMENDED SET OF INTERROGATORIES**

Plaintiff Beaudette Deetlefs ("Deetlefs"), by and through her undersigned counsel, files Plaintiff's Answers to Defendant's First Amended Interrogatories propounded by Defendant Cultural Care, Inc. ("Cultural Care").

**PRELIMINARY STATEMENT**

The answers below reflect the current state of Deetlefs' knowledge, understanding and belief based upon the investigation and discovery to date. Deetlefs reserves the right to make subsequent revisions and to supplement her responses as additional information is discovered, if any.

Deetlefs further reserves the right to object on any ground and at any time to a demand for further answers to these Interrogatories. In responding to the Interrogatories, Deetlefs does not waive, or intend to waive, any privilege or objection,

including but not limited to, any objection to the competency, relevance, materiality, or admissibility of any of the Interrogatories.

The preceding Preliminary Statement is incorporated into Deetlefs' answers to each and every Interrogatory. No response to any Interrogatory is, or shall be deemed to be, a waiver of Deetlefs' Preliminary Statement.

## ANSWERS AND OBJECTIONS TO INTERROGATORIES

INTERROGATORY 1: Identify all representations made to you by, or communications that you had with, (a) Cultural Care, Inc., a Massachusetts company, and (b) International Care, Ltd., a Swiss company operating under the registered business name Cultural Care Au Pair, in both instances regarding your participation in the Au Pair Program, including but not limited to communications regarding any payments you could or would earn as an au pair.

RESPONSE: Deetlefs objects to this interrogatory on the grounds that it is overbroad, unduly burdensome, and vague with respect to the phrase "all representations made to you by, or communications that you had with, (a) Cultural Care, Inc., a Massachusetts company, and (b) International Care, Ltd., a Swiss company operating under the registered business name Cultural Care Au Pair, in both instances regarding your participation in the Au Pair Program." As phrased, this interrogatory requires Deetlefs to recall each and every communication with Cultural Care and, in addition, calls for Deetlefs to speculate as to the legal organization and structure of Cultural Care, and the specific legal entitles that employed Cultural Care's representatives. Subject to and without waiver of the foregoing objections, Deetlefs states that in or around June 2014, she traveled to Cape Town to meet with purported representatives of Cultural Care for information regarding the au pair program. After being accepted into the program, Deetlefs was instructed to travel to New York and

2

DATED this 12th day of August, 2016.

As to the objections stated:

BOIES, SCHILLER & FLEXNER LLP

*/s/ Lauren Louis*

Lauren Fleischer Louis
Sigrid S. McCawley
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Boies Schiller & Flexner, LLP-Ft. Lauderdale
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301
llouis@bsfllp.com
smccawley@bsfllp.com

Matthew L. Schwartz
Peter Skinner
Randall W. Jackson
Boies Schiller & Flexner, LLP-New York
575 Lexington Avenue, 7th Floor
New York, NY 10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO 80401
Email: alex@towardsjustice.org