# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMAKMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC., et al.

        Defendants.
_____/

**PLAINTIFF DAYANNA PAOLA CARDENA CAICEDO'S RESPONSES TO DEFENDANT'S FIRST AMENDED REQUEST FOR PRODUCTIONS**

Plaintiff Dayanna Paola Cardenas Caicedo ("Caicedo"), by and through her undersigned counsel, files Plaintiff's Answers to Amended Request for Productions propounded by Defendant, Cultural Care, Inc. ("Cultural Care").

**PRELIMINARY STATEMENT**

The responses below reflect the current state of Caicedo's knowledge, understanding and belief based upon the investigation and discovery to date. Caicedo reserves the right to make subsequent revisions, clarifications or amendments to these responses and objections, to supplement her responses as additional information is discovered, and to produce, introduce or rely upon additional or subsequently acquired or discovered evidence and information in any proceeding or any trial held in this litigation.

1

unduly burdensome in that it purports to require Caicedo to provide a written explanation for each, individual document that is no longer in existence or within her possession, custody or control. Caicedo states that by agreeing to produce documents in response to a particular request, Caicedo is not representing that any document actually exists, but rather that she is making a good faith search and attempt to ascertain whether documents responsive to the request exist in Caicedo's custody or control.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

PRODUCTION REQUEST 1:   All documents or communications identified in answer to, or relied upon in answering, any interrogatory served by any Defendant.

RESPONSE: Caicedo objects to this request on the grounds that the phrase "all documents or communications identified" is not described with sufficient particularity and it is unclear whether it is intended to encompass all documents relating to or supporting Caicedo's interrogatory responses or is limited to documents that Caicedo specifically described in her Reponses.  Subject to the foregoing objection, Caicedo states that she will conduct a reasonable search for documents specifically described by her in her interrogatory responses and produce the resulting responsive, non-privileged documents.

PRODUCTION REQUEST 2:   All communications with, or documents given to you by, Cultural Care, Inc. or International Care, Ltd., including without limitation agreements, completed application package forms, notes, marketing information, or other documents related to the Au Pair Program.

RESPONSE: Caicedo states that she will conduct a reasonable search for responsive documents and produce the resulting responsive, non-privileged

4

documents, if any.

PRODUCTION REQUEST 3:   All documents reflecting, referring, or relating to communications with your Host Family, or any potential host family, related to your participation in the Au Pair Program or your work, performance, duties, or compensation as an au pair.

RESPONSE: Caicedo objects to this request on the grounds that the phrase "reflecting, referring, or relating to communications with your Host Family, or any potential host family" is vague and overbroad.  Caicedo further objects to this request because as phrased, this request purports to demand attorney-work product created during the course of litigation and attorney-client communications that have occurred or will occur during the course of litigation.  As stated above in her Preliminary Statement, Caicedo does not agree to search for or log attorney-work product created during the course of litigation or attorney-client communications that have occurred or will occur during the course of this litigation.  Subject to the foregoing objections, Caicedo states that she will conduct a reasonable search for all documents constituting communications with her Host Family, or any potential host family, related to her participation in the Au Pair Program or her work, performance, duties, or compensation as an au pair.  Caicedo will produce the resulting responsive, non-privileged documents, if any.

PRODUCTION REQUEST 4:   All documents reflecting, referring, or relating to communications between you, or any attorney or other representative acting on your behalf, and any U.S. or foreign government agency, including but not limited to the United States Department of Labor, the United States Department of State and/or state attorneys general.

RESPONSE: Caicedo objects to this request on the grounds that the phrase

5

DATED this 12th day of August, 2016.

        Respectfully submitted,

        BOIES, SCHILLER & FLEXNER LLP

        /s/ Lauren Louis
        Lauren Fleischer Louis
        Sigrid S. McCawley
        401 East Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33301
        Boies Schiller & Flexner, LLP-Ft. Lauderdale
        401 East Las Olas Boulevard, Suite 1200
        Ft. Lauderdale, FL 33301
        llouis@bsfllp.com
        smccawley@bsfllp.com

        Matthew L. Schwartz Peter Skinner
        Randall W. Jackson
        Boies Schiller & Flexner, LLP-New York
        575 Lexington Avenue, 7th Floor
        New York, NY 10022
        mlschwartz@bsfllp.com
        pskinner@bsfllp.com
        rjackson@bsfllp.com

        Alexander Hood
        Towards Justice
        601 16th Street, Suite C #207
        Golden, CO 80401
        Email: alex@towardsjustice.org