# Exhibit J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMAKMT

JOHANA PAOLA BELTRAN, et al.,

        Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

        Defendants.

_____/

**PLAINTIFF BEAUDETTE DEETLEFS' RESPONSES TO DEFENDANT'S FIRST AMENDED SET OF REQUEST FOR PRODUCTIONS**

    Plaintiff Beaudette Deetlefs ("Deetlefs"), by and through her undersigned counsel, files Plaintiff's Answers to Amended Request for Productions propounded by Defendant, Cultural Care, Inc. ("Cultural Care").

**PRELIMINARY STATEMENT**

    The responses below reflect the current state of Deetlefs' knowledge, understanding and belief based upon the investigation and discovery to date. Deetlefs reserves the right to make subsequent revisions, clarifications or amendments to these responses and objections, to supplement her responses as additional information is discovered, and to produce, introduce or rely upon additional or subsequently acquired or discovered evidence and information in any proceeding or any trial held in this litigation.

1

unduly burdensome in that it purports to require Deetlefs to provide a written explanation for each, individual document that is no longer in existence or within her possession, custody or control. Deetlefs states that by agreeing to produce documents in response to a particular request, Deetlefs is not representing that any document actually exists, but rather that she is making a good faith search and attempt to ascertain whether documents responsive to the request exist in Deetlefs' custody or control.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

PRODUCTION REQUEST 1:   All documents or communications identified in answer to, or relied upon in answering, any interrogatory served by any Defendant.

RESPONSE: Deetlefs objects to this request on the grounds that the phrase "all documents or communications identified" is not described with sufficient particularity and it is unclear whether it is intended to encompass all documents relating to or supporting Deetlefs' interrogatory responses or is limited to documents that Deetlefs specifically described in her Reponses.  Subject to the foregoing objection, Deetlefs states that she will conduct a reasonable search for documents specifically described by her in her interrogatory responses and produce the resulting responsive, non-privileged documents.

PRODUCTION REQUEST 2:   All communications with, or documents given to you by, Cultural Care, Inc. or International Care, Ltd., including without limitation agreements, completed application package forms, notes, marketing information, or other documents related to the Au Pair Program.

4

RESPONSE:  Deetlefs states that she will conduct a reasonable search for responsive documents and produce the resulting responsive, non-privileged documents, if any.

PRODUCTION REQUEST 3:   All documents reflecting, referring, or relating to communications with your Host Family, or any potential host family, related to your participation in the Au Pair Program or your work, performance, duties, or compensation as an au pair.

RESPONSE:  Deetlefs objects to this request on the grounds that the phrase "reflecting, referring, or relating to communications with your Host Family, or any potential host family" is vague and overbroad.  Deetlefs further objects to this request because as phrased, this request purports to demand attorney-work product created during the course of litigation and attorney-client communications that have occurred or will occur during the course of litigation.  As stated above in her Preliminary Statement, Deetlefs does not agree to search for or log attorney-work product created during the course of litigation or attorney-client communications that have occurred or will occur during the course of this litigation.  Subject to the foregoing objections, Deetlefs states that she will conduct a reasonable search for all documents constituting communications with her Host Family, or any potential host family related to her participation in the Au Pair Program or her work, performance, duties, or compensation as an au pair.  Deetlefs will produce the resulting responsive, non-privileged documents, if any.

PRODUCTION REQUEST 4:   All documents reflecting, referring, or relating to communications between you, or any attorney or other representative acting on your behalf, and any U.S. or foreign government agency, including but not limited to the United States Department of Labor, the United States Department of State and/or state attorneys general.

5

DATED this 12th day of August, 2016.

          Respectfully submitted,

          BOIES, SCHILLER & FLEXNER LLP

          */s/ Lauren Louis*
          Lauren Fleischer Louis
          Sigrid S. McCawley
          401 East Las Olas Blvd., Suite 1200
          Fort Lauderdale, FL 33301
          Boies Schiller & Flexner, LLP-Ft. Lauderdale
          401 East Las Olas Boulevard, Suite 1200
          Ft. Lauderdale, FL 33301
          llouis@bsfllp.com
          smccawley@bsfllp.com

          Matthew L. Schwartz
          Peter Skinner
          Randall W. Jackson
          Boies Schiller & Flexner, LLP-New York
          575 Lexington Avenue, 7th Floor
          New York, NY 10022
          mlschwartz@bsfllp.com
          pskinner@bsfllp.com
          rjackson@bsfllp.com

          Alexander Hood
          Towards Justice
          601 16th Street, Suite C #207
          Golden, CO 80401
          alex@towardsjustice.org