IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

                                                  No. 1:14-cv-03074-CMA-KMT

INTEREXCHANGE, INC.; et al.

    Defendants.

**INTERNATIONAL CARE LIMITED'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ATTACHMENTS TO ITS MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE TO OPPOSE PLAINTIFFS' MOTION TO AMEND AND EXHIBITS TO THE DECLARATION OF HARVEY WOLKOFF**

Pursuant to D.C.COLO.LCivR 7.2, International Care Limited ("ICL") hereby moves the Court for an Order restricting public access to Level 1 for certain information contained in the attachment to ICL's Motion for Leave to Make a Special Appearance to Oppose Plaintiffs' Motion to Amend the Second Amended Complaint (ECF No. 585-1), as well as to restrict public access to Level 1 for the exhibits to the Declaration of Harvey J. Wolkoff (ECF Nos. 586-1 and 586-2). In support thereof, ICL states as follows:

    1.    Counsel for ICL conferred with Plaintiffs' counsel in good faith regarding this motion by email. Counsel for Plaintiffs indicated they do not intend to oppose this Motion to Restrict Public Access.

    2.    On June 23, 2017, ICL filed a Motion for Leave to Make a Special Appearance to Oppose Plaintiffs' Motion to Amend the Second Amended Complaint

1

(ECF No. 585), and an attached copy of ICL's proposed Opposition brief (ECF No. 585-1). In addition, ICL filed a supporting Declaration of Harvey J. Wolkoff (ECF No. 586) ("Wolkoff Declaration") with two exhibits (ECF Nos. 586-1 & 586-2).

2. As detailed below, the proposed Opposition brief and Wolkoff Declaration exhibits contain confidential, proprietary information that would cause ICL serious injury if exposed to public view. The documents for which restriction is sought and the interests to be protected are as follows:

### a. *Confidential Information in the Proposed Opposition Brief*

The proposed Opposition brief (ECF No. 585-1) reveals confidential and competitively sensitive business information about ICL. This includes information as to ICL's business operations, ICL's financial information, and ICL's contractual relationships. ICL requests that this confidential information be restricted as reflected in the redacted version of the proposed Opposition brief attached hereto as Exhibit 1. This redacted version may be filed in the public record, but ICL requests that the original, unredacted version of the proposed Opposition brief remain under Level 1 restricted access.

### b. *Wolkoff Declaration Exhibits 1 and 2*

The exhibits to the Wolkoff Declaration (ECF Nos. 586-1 & 586-2) are copies of agreements that two of the named Plaintiffs signed with ICL and contain confidential and proprietary information. The contracts describe the nature of the relationship between the Plaintiffs and their host families, the requirements to serve as an *au pair*, and other terms and conditions of the au pair program. Because these exhibits reveal

confidential business information and competitively sensitive information about ICL, ICL requests the exhibits to the Wolkoff Declaration retain Level 1 restricted access.

    WHEREFORE, for the foregoing reasons, ICL respectfully requests that this Court issue an Order (i) substituting the redacted version of the proposed Opposition brief (ECF No. 585-1), and (ii) restricting public access to Level 1 for the exhibits to the Wolkoff Declaration (ECF Nos. 586-1 & 585-2), and for such further relief as the Court seems just and proper.

Respectfully submitted this July 7, 2017

By: _____*s/*_____

Harvey J. Wolkoff
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:   617-951-7000
harvey.wolkoff@ropesgray.com

*Counsel for International Care, Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2017 I caused a true and correct copy of the foregoing Motion to Restrict, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

                                                *s/*
                                    Harvey J. Wolkoff