# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.                                        No. 1:14-cv-03074-CMA-KMT

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**[PROPOSED] ORDER GRANTING
INTERNATIONAL CARE LIMITED'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ATTACHMENTS TO ITS MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE TO OPPOSE PLAINTIFFS' MOTION TO AMEND AND EXHIBITS TO THE DECLARATION OF HARVEY WOLKOFF**

---

The Court has reviewed International Care Limited's Unopposed Motion to Restrict Public Access (Level 1) to Attachments to its Motion for Leave to Make a Special Appearance to Oppose Plaintiffs' Motion to Amend the Second Amended Complaint and Exhibits to the Declaration of Harvey Wolkoff.

It is hereby **ORDERED** that the Motion is **GRANTED**, and that the redacted version of the proposed Opposition brief attached as Exhibit 1 to the Motion to Restrict shall be substituted and filed in the public record for ECF No. 585-1. The original, unredacted version of the proposed Opposition brief, as well as the exhibits to the Declaration of Harvey Wolkoff, ECF Nos. 586-1 and 586-2, shall remain at Level 1 restricted access.

DATED this ___ day of _____ 2017.

                                                  BY THE COURT

                                                  _____
                                                  Kathleen M. Tofoya
                                                  United States Magistrate Judge