## EXHIBIT A

# AU PAIR WAGE ACTION

Hello

You are receiving this message because you worked as an au pair between 2009 and 2016 and may be entitled to additional compensation for your past work.

**You may be owed additional compensation for the work you did as an au pair. Find out more or sign up to join the lawsuit.**

A group of au pairs has filed a class action suit alleging they were paid in violation of minimum wage laws in the United States. The au pairs claim that they were not paid minimum hourly wages, overtime wages, for time spent in mandatory training, and had an improper credit for room and board deducted from their wages. More information about the litigation can be found in the **Notice of Your Right to Join Lawsuit for Unpaid Wages.**

**You have the right to participate in this lawsuit to recover any money owed to you. To do so, you must sign up.**

This email is being sent to you on behalf of Boies Schiller Flexner LLP, the attorneys for the au pairs in their litigation against the visa sponsor agencies.

If you sign up, the attorneys will represent you too. **Sign up now**.

Thank you,

Jesse

*Copyright © Au Pair Wage Action, All Rights Reserved.*

*Click here to unsubscribe.*

*http://www.aupairwageaction.com/*