**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

**DECLARATION OF JOSHUA J. LIBLING IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO INTERNATIONAL CARE LIMITED'S MOTION FOR
LEAVE TO MAKE A SPECIAL APPEARANCE**

      I, Joshua J. Libling, hereby declare as follows:

      1.    I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs. I am admitted to practice in New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado.

      2.    The matters stated herein are based on my personal knowledge. I submit this declaration in support of Plaintiffs' Opposition to International Care Limited's Motion for Leave to Make a Special Appearance.

3. Attached hereto as Exhibit 1 is a true and correct copy of an e-mail dated June 9, 2017, from Harvey Wolkoff to Joshua Libling.

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ Joshua J. Libling
Joshua J. Libling
575 Lexington Avenue, 7th Floor
New York, New York 10022
T: (212) 754-2381
F: (212) 446-2350
E: jlibling@bsfllp.com

*Counsel for Plaintiffs*