# Exhibit 1

| | |
|---|---|
| **From:** | Wolkoff, Harvey J. |
| **To:** | Joshua Libling |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; Dawn Smalls; Maria Guarisco |
| **Subject:** | RE: International Care Limited |
| **Date:** | Friday, June 9, 2017 10:01:42 AM |

Thank you, Mr. Libling, for sending me a courtesy copy of these materials, I appreciate it. I have reviewed the protective order. However, please be advised that International Care, LTD. does not agree with the allegations in the proposed third amended complaint, should not be named as a defendant in this matter, would be severely prejudiced to be added as a defendant at this late date, and will not agree to accept service. Harvey Wolkoff.

**Harvey J. Wolkoff**
**ROPES & GRAY LLP**
T(BOS) +1 617 951 7522 | T(NY) +1 212 596 9042 | M +1 617 620 4023
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
harvey.wolkoff@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

**From:** Joshua Libling [mailto:jlibling@BSFLLP.com]
**Sent:** Monday, June 05, 2017 3:28 PM
**To:** Wolkoff, Harvey J.
**Cc:** Matthew L. Schwartz; Peter Skinner; Dawn Smalls; Maria Guarisco
**Subject:** RE: International Care Limited

Mr. Wolkoff,

Per your request, I have attached the proposed amended complaint that we filed naming your client as a defendant. Below, I also make a few clarifications and additional points.

*First*, as a technical matter, this is a proposed complaint and has not yet been accepted as the operative pleading. It was attached to a motion to amend the complaint. I have also attached a copy of the motion to amend (without exhibits). If you would like the exhibits, we can set up an FTP or send over in multiple emails.

*Second*, material contained in the proposed amended complaint and in the motion to amend are protected by a protective order entered in the *Beltran* case. A copy of that protective order is attached. Before sending you these documents, we obtained the permission of counsel for Cultural Care to share the material with you, which permission was conditioned on our explaining the confidentiality requirements. The motion and complaint are currently filed with as restricted to the parties and the Court—and not available publicly. The documents will become public unless Cultural Care files a motion to restrict access, which they have 14 days to do. As produced to us, the information on which the proposed complaint was based was designated Confidential or Highly

Confidential under the protective order.  Please confirm that you understand the confidentiality restrictions and are willing to receive the documents on that basis.

*Third*, although the proposed complaint has not yet been accepted for filing, in anticipation that it will be, we would like to discuss how your client will accept service.  When you have had an opportunity to review, please let us know whether you will accept service on your client's behalf, or what your client's position on service will be.

Yours,

Joshua

**Joshua J. Libling**
Counsel

**BOIES SCHILLER FLEXNER** LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212 446 2381
jlibling@bsfllp.com
www.bsfllp.com

---

**From:** Wolkoff, Harvey J. [mailto:Harvey.Wolkoff@ropesgray.com]
**Sent:** Monday, June 05, 2017 9:37 AM
**To:** Joshua Libling
**Subject:** International Care Limited

Mr. Libling:  I represent International Care Limited.  I understand that an amended complaint was filed with the federal court in Denver on this past Friday evening, naming my client among others as a defendant. I have not been authorized by my client to accept service.  However, would it be possible for you to send me a courtesy copy of the amended complaint?  Please let me know, thank you.  Harvey Wolkoff.

**Harvey J. Wolkoff**
**ROPES & GRAY LLP**
T(BOS) +1 617 951 7522 | T(NY) +1 212 596 9042 | M +1 617 620 4023
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
harvey.wolkoff@ropesgray.com
www.ropesgray.com

This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.

[v.1]