Agreement for the purpose of Privacy Policy and site use only rather than for the general terms and conditions of the Program. Unless required by law or regulation (e.g., required 22 CFR Part 62, Wilberforce, the Department of State or federal, state or foreign law) or involving InterExchange's Privacy Policy, if there is a conflict between this Agreement and other documents incorporated into this Agreement, the Agreement shall be controlling.

c. **Assignment**. This Agreement is restricted solely to Host Family and shall not be assigned, transferred, encumbered, or subject to any third party agreement without the written consent of InterExchange. Any attempted assignment will be void and of no effect. InterExchange may assign this Agreement to a successor (whether by merger, a sale of all or a significant portion of its assets, a sale of a controlling interest of its capital stock, or otherwise) which agrees in writing to assume InterExchange's obligations under this Agreement.

d. **Third Parties and Third Party Beneficiaries**. Except as expressly stated under this Agreement (e.g., liability concerning motor vehicles set forth under this Agreement), Host Family agrees that the terms and conditions of this Agreement, expressed or implied, exist only for the benefit of the parties to this Agreement. No other person or entity will be deemed to be a third party beneficiary of this Agreement.

e. **Waiver**. Host Family agrees that InterExchange's failure to enforce any provision of this Agreement shall not be construed as a waiver or limitation of InterExchange's right to subsequently enforce and compel strict compliance with each and every provision of this Agreement.

f. **Void Provision**. Host Family agrees that if any provision of this Agreement is held to be void or contrary to law, such provision shall be construed as nearly as possible to reflect the intention of the parties, with the other provisions remaining in full force and effect.

g. **Headings**. All headings are for purposes of convenience only and are not to be used in interpretation or enforcement of this Agreement. Terms defined in the singular have the same meaning in the plural and vice versa.

h. **Change of Sponsor**. Host Family understands and agrees that InterExchange is not required to facilitate a request to change sponsors during the Program. Host Family understands and agrees that if this Agreement is terminated or otherwise the Host Family or Au Pair ends the Program, that the Au Pair must return to Au Pair's home country rather than stay in the U.S. Host Family agrees that Host Family shall owe InterExchange for any costs and/or expenses incurred by InterExchange due to a change of sponsor.

21. **Laws, Regulations & Culture.**

a. **U.S. State Department Regulations**. Host Family acknowledges and agrees that

**CONFIDENTIAL**                    **InterExchange0000035**

Host Family is participating in a Cultural Exchange Program and agrees to comply with all of the regulations published by United States Department of State under 22 CFR Sec. 62, which may be amended from time to time in the future.

b. **Federal, state and local laws**. Host Family must comply with federal, state and local laws of the U.S., including income tax filing requirements (see below), licensing for use of motor vehicles (and other motor vehicle requires described in this Agreement) and laws regarding alcohol and drug use (see below for further details). Host Family takes full responsibility in the event that laws, regulations or customs are broken and for obtaining actual knowledge of these laws, regulations or customs as they pertain to the Au Pair.

c. **Taxes**. Host Family is hereby given notice that an Au Pair may be considered, under most circumstances, a non-resident alien who is not subject to Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Under rare circumstances involving Participants who previously entered the U.S. under a J Visa program or as a student under the F Visa, Host Family is given notice that an Au Pair may be considered a resident immigrant for tax purposes and subject to paying Social Security (FICA), Medicare, or federal unemployment (FUTA) withholding taxes. Host Family understands it is Host Family's responsibility to contact a tax professional to determine the extent (if any) of any payroll taxes. For more information, InterExchange recommends that Host Family should visit the IRS website and search for "Au Pair." Under all circumstances, Host Family understands that an Au Pair is subject to paying federal, state (if applicable) and local (if applicable) income taxes on an Au Pair's Stipend. This information is provided for notice purposes only, "as is" and is subject to change.

d. **Drugs and Alcohol**. In the case of interacting with Au Pairs, Host Family understands that drug and alcohol laws of the U.S. must be adhered to by Host Family even in the case of over the counter drugs and herbal remedies. Host Family agrees to investigate and follow all U.S. federal, state and local laws regarding drugs and alcohol.

22. **Warranties, Guarantees, Liabilities, Acts of God & Indemnification.**
    a. **No Guarantee of Match or Participation**. Host Family agrees that InterExchange neither guarantees a Match (or Rematch) nor participation in the Program.
    b. **No Guarantee of Satisfaction or Suitability**. Host Family agrees that InterExchange neither guarantees satisfaction, compatibility nor suitability with the Program or the Au Pair.
    c. **Information Provided "As Is" Without Warranty or Guarantees**. Host Family agrees that any information (e.g., tax and labor law requirements and emergency information and plans) communicated by InterExchange to Host Family is provided

"as is" without warranties or guarantees either expressed or implied that information is "up to date", correct and/or accurate.

d. **Host Family General Liability**. Host Family acknowledges that InterExchange is primarily a cultural exchange organization rather than a domestic services business and waives and releases InterExchange from any and all claims for contract damages such as, for example, cost of providing alternate child care arrangements if InterExchange is unable, for any reason, after reasonable efforts, to place an Au Pair with a Host Family or to obtain a replacement Au Pair if one should be needed. In addition, Host Family waives and releases InterExchange from any and all claims for, torts arising out of or concerning Au Pair's employment with the Host Family and any liability that Host Family incurs that arise out of or concerning Host Family's participation in the Program, including, without limitation, any lost, stolen or damaged property and/or any bodily injuries that harms a third party or Host Family.

e. **Limitation of Liability**. If a court, government agency or legal authority finds that InterExchange has a duty under foreign or U.S. federal, state or local law, Host Family understands and agrees that InterExchange's liability (if any) shall be no greater than its role as a nonprofit Sponsor under the U.S Department of State regulations. Host Family agrees that nothing herein described in this paragraph or in the Agreement creates a duty or obligation under the law, and that the language written herein is provided solely for the purpose of limiting liability to InterExchange's role as the Sponsor. Host Family further agrees that InterExchange's liability is subject to the limitations set forth in separate paragraphs described in this Agreement.

f. **Change of Sponsorship Costs**. In compliance with Change of Sponsor, I agree that I shall owe InterExchange for any costs and expenses that arise from a change of sponsor.

g. **Specific Liability.**

    i. **Au Pair's Use of Auto**. In case of damage to the car during non-working hours the Au Pair will be liable for one half the damages up to $500.00 per accident.

    ii. **InterExchange Not Liable**. Host Family agrees not to hold InterExchange liable for any damage or loss resulting from the Au Pair's use of the vehicle. If Au Pair has an accident while driving Host Family's motor vehicle that Au Pair is driving during Au Pair work hours, the Host Family agrees that the Au Pair will not be liable for any cost concerning the repair of the motor vehicle. If Au Pair has an accident driving the Host Family's motor vehicle outside of the Au Pair's work hours, the Host Family agrees that Au Pair will solely be responsible for a total amount of $500.00 for all damages. Host Family agrees that the $500 shall only be payable upon Host Family presenting proof of repair that shall include receipt and photos of the repaired vehicle.

**CONFIDENTIAL**

iii. **Au Pair Personal Bills.** Host Family agrees that InterExchange shall not be liable for any personal bills incurred by the Au Pair while residing with my/our family. Host Family understands that the Au Pair will be responsible directly to the family for all personal debts including but not limited to phone calls, use of the Host Family gym memberships. Regarding telephone or cellular telephone use, Host Family is required to outline cost upfront to the Au Pair and to caution the Au Pair about, including, without limitation, hidden fees, incremental fees and taxes associated with use.

iv. **Specific Liabilities.** Host Family agrees that Host Family is responsible, and that Host Family shall hold InterExchange as not liable or responsible for any claims, liability, damages or costs incurred by reason of any breach, act, error, negligence or omission that arises out of or concerns, without limitation, the following:

   a. **Au Pair Performance.** Host Family agrees that InterExchange shall not be liable for and does not guarantee acceptable performance by the Au Pair. Host agrees that the Au Pair is not an employee, servant or agent of InterExchange or any Local Coordinator, and that InterExchange and/or any Local Coordinator do not exercise dominion and control over the actions of the Au Pair. InterExchange and any Local Coordinator are not responsible for any act or omission on the part of the Au Pair.

   b. **Child Care Services.** Host Family understands that InterExchange does not guarantee continuous childcarechild care coverage in any circumstances, including but not limited to circumstances in which the Au Pair becomes ill or disabled by any circumstance or is otherwise unable or unwilling to fulfill their duties hereunder; and that InterExchange is not responsible for the costs of supplemental, replacement, or interim childcarechild care. In addition, InterExchange is not responsible for delays in the Au Pair's arrival such as visa rejections, visa delays, flight delays, or situations otherwise beyond the direct control of InterExchange.

   c. Decisions and actions carried out by the Au Pair

   d. Emergency plans set forth by the Host Family for the Au Pair

   e. Insurance (including car insurance for vehicles) or medical, dental and health care needs that an Au Pair may have during the Program

   f. Alternative flights to and from the U.S. and any delays that results from transportation

   g. Host Family failure to meet immigration status requirements while in Program (e.g., travel outside of U.S. with expired J-1 Visa)

   h. Host Family failure to follow emergency, safety and problems rules

**CONFIDENTIAL**                    **InterExchange0000038**

suggested or required by InterExchange, the Host Family or local authorities

   i.  Host Family disclosure of Au Pair information and/or documents to unauthorized parties (e.g., tax payer id number or passport)
   j.  Host Family failure to apply for and obtain necessary documentation and information (if any) as described in this Agreement
   k.  Host Family failure to pay the Stipend owed to Au Pair (e.g., problems with state labor departments)
   l.  Host Family breaching any other term of this Agreement
   m.  Host Family violations of U.S. federal, state and local laws, regulations and customs

h.  **Act of God.** Host Family agrees that InterExchange and/or its officers, employees and agents are neither responsible nor liable for any events beyond their control, including without limitation Acts of God or Government restrictions that may interfere with or preclude operation of the InterExchange Program; nor, in the absence of their own gross or willful negligence are InterExchange, its officers, employees, agents and/or any Local Coordinator liable for any events directly or indirectly caused by any intentional or negligent acts or omissions by an Au Pair placed in my/our household.

i.  **Assumption of Risk.** Although InterExchange will make best efforts to screen and train all Au Pairs, Host Family understands that childcarechild care, especially for infants under the age of two (2) years old, is an inherently risky business. Host Family therefore agrees to assume the risks involved in the childcarechild care provided by Au Pair, and hereby irrevocably, unconditionally, and fully waives, releases and forever discharges InterExchange, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense that the Host Family incurs. If a Host Family seeks to a Rematch/ Transition with a new Au Pair or withdraw from the Au Pair USA Program, the Host Family assumes the risk for any continued use of the existing Au Pair's child care services.

j.  **Indemnification.** To the fullest extent permitted by applicable law, the Host Family agrees to defend, at Host Family's expense and with counsel acceptable to InterExchange, indemnify, and save and hold harmless InterExchange and all of its officers, directors, shareholders, employees, agents, successors, and assigns, from and against any and all claims, suits, losses causes of action, damages, liabilities, and expenses of any kind whatsoever arising out of the performance or non-performance of Au Pair employment and period of time living with Host Family, including without limitation, all expenses of litigation and/or arbitration, court costs, and attorneys' fees, arising on account of or in connection with injuries to or the death

**CONFIDENTIAL**                    **InterExchange0000039**

of any person whomsoever, and all damages to property, regardless of possession or ownership, which injuries, death or damages arise from, or are in any manner connected with Au Pair employment performed for Host Family or Au Pair period of time living with Host Family, or are caused in whole or part by reason of the acts or omissions or presence of the person or property of the Host Family or any of its employees, agents, representatives, suppliers, including without limitation injuries, death, or damages to property which arise from or in connection with, or are caused by, any act, error, omission or negligence.

23. **General Dispute Process**
   a. In the event that Host Family wishes to lodge a complaint about any services provided by InterExchange, its suppliers, agents, representatives, independent contractors, vendors and/or affiliates (e.g., Insurance vendor, Au Pair, Local Coordinators, International Cooperator or anyone in a relationship with InterExchange), Host Family must first notify both the Local Coordinator and/or an authorized InterExchange manager in writing in order to give InterExchange the chance to rectify the problem.
   b. I understand and agree this Agreement is governed by laws of the state of New York.
   c. **Arbitration.** I agree that any controversy, dispute or claim arising out of or in connection with this Agreement, the relationship of the parties, or its interpretation, performance or nonperformance, or any breach thereof shall be determined solely in arbitration conducted in New York City in accordance with the then existing rules of the American Arbitration Association. Any dispute resolution proceedings, whether in arbitration or court, will be conducted on an individual basis and not in a class or representative action or as a named or unnamed member in a class, consolidated, representative or private attorney general legal action, unless both the Host Family and InterExchange, with which Host Family specifically has a dispute, agree to do so in writing following initiation of the arbitration.
   d. **Cost of Arbitration.** In the event of arbitration as described in 17(d), I understand and agree that the non-prevailing party must reimburse the prevailing party for all reasonable attorneys' fees and costs resulting therefrom.
   e. **Cost of Litigation.** In the event that a court or legal authority fails to enforce the arbitration clause set forth in 17(d), I understand and agree that the non-prevailing party shall reimburse the prevailing party for all reasonable attorneys' fees and costs resulting from the cost of the litigation, including, but not limited to any trial and/or appeals.

24. **Terms, Termination and Survivorship.**
   a. **Effective Date.** Host Family agrees that this Agreement shall be effective as of the date of Host Family submitting an application to InterExchange for the purpose of

**CONFIDENTIAL**

participating in the InterExchange Au Pair USA Program.

b. **Automatic Termination.** Host Family agrees that this Agreement shall automatically terminate at the end of the Au Pair USA Program for standard 12-month Programs, in-country placements, rematches or Extension Programs, whichever is latest in time. Host Family understands and agrees that the Agreement may automatically terminate once the Program with InterExchange ends, or earlier subject to the terms and conditions of termination of the Agreement, whichever occurs first.

c. **Termination.**

    i. **InterExchange.** This Agreement may be terminated by InterExchange at any time.

    ii. **Host Family.** Provided that Host Family meets Host Family obligations under this Agreement, Host Family may terminate this Agreement by withdrawing from the Program, provided, however that Host Family provides InterExchange with 2-weeks notice prior to termination.

    iii. **Consequences of Termination Agreement.** Host Family understands and agrees that termination of this Agreement shall include removal of the Au Pair from the Host Family's home.

    iv. **Consequences of Withdrawal from the Program or Removal of Au Pair.** This Agreement shall terminate upon receipt of a request for withdrawal from the Program by the Host Family as approved by InterExchange in writing or removal of an Au Pair because InterExchange determines that the Host Family is unsuitable.

d. **Survivorship.** Host Family agrees that any terms and conditions regarding definitions, liability, fees, privacy, releases, intellectual property, Social Media, reputation, confidentiality and expenses/costs shall survive the termination of this Agreement.

25. **Full Disclosure.** Host Family warrants and guarantees that Host Family's responses in the Host Family Application and all information provided to InterExchange from Host Family are true, complete and fully disclosed. Host Family further warrants and guarantees that the information provided is sufficient for InterExchange to determine Host Family's suitability for the Au Pair USA Program. Host Family understands and agrees that Host Family is under a continuing duty to provide true and complete information to InterExchange throughout the duration of the Program. A failure to provide true, complete and full disclosure under this Agreement shall represent a material breach, and, is grounds, at InterExchange discretion for termination of the Agreement.

26. **Signature.**

a. **Authorization Signatures.** Each Host Family member legally responsible for the care of Host Family's children and/or responsible for payment under the terms of this

**CONFIDENTIAL**                    InterExchange0000041

Agreement must authorize the terms and conditions of this Agreement. The parties signing below for the Host Family hereby certify that each is authorized to sign on behalf of the Host Family.

b. **Valid Signature**. This Agreement must be signed by electronic signature under the procedures set forth in InterExchange's online system or by printing, signing and delivering a paper copy in person or by post.

## Exhibit A

## FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE

## PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 30, 2011 until 3:00 EST on December 28, 2012. Applications received before or after these days and times will be billed according to the 2011 and 2013 fee schedules, whichever is in effect at the time the application is received.

## STANDARD PROGRAM FEE

| | |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $2500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4690 |

## Prorated Weekly Fee
## (If applicable)

| | |
|---|---|
| **Prorated Weekly Fee:**<br><br>Calculated based upon the Standard Program Fee divided by 52 Work Weeks.<br><br>Applicable to Transition or a Host Family Matched with an In-County Au Pair. | $139 |

| Due upon the arrival of the Matched or Rematched Au Pair | |
|---|---|

## EXTENSION FEES

## (if applicable)

| | |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $233 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) $2990 | $2990 |
| **9-Month Extension** (due upon start of Extension Program) | $4250 |
| **12-Month Extension** (due upon start of Extension Program) | $5190 |

## Exhibit A

## FEES, DISCOUNTS, REFUNDS & STIPENDS SCHEDULE

## PAYMENTS MADE BY HOST FAMILY SHALL BE APPLIED TO OVERDUE AMOUNTS FIRST.

This fee schedule will be in effect for all applications received electronically by InterExchange after 3:00 pm EST December 30, 2011 until 3:00 EST on December 28, 2012. Applications received before or after these days and times will be billed according to the 2011 and 2013 fee schedules, whichever is in effect at the time the application is received.

## STANDARD PROGRAM FEE

| | |
|---|---|
| **Application Fee** (due upon submission of Application) | $350 (non-refundable) |
| **Program Fee Deposit** (due upon Match) | $2500 |
| **Program Fee Balance** (due upon Au Pair arrival) | $4690 |

## Prorated Weekly Fee
## (If applicable)

**CONFIDENTIAL**                    InterExchange0000043

| | |
|---|---|
| **Prorated Weekly Fee:**<br><br>Calculated based upon the Standard Program Fee divided by 52 Work Weeks.<br><br>Applicable to Transition or a Host Family Matched with an In-County Au Pair.<br><br>Due upon the arrival of the Matched or Rematched Au Pair | $139 |

## EXTENSION FEES

## (if applicable)

| | |
|---|---|
| **U.S. Department of State Extension Fee** (due upon submission of Extension Application)* | $233 (non-refundable) |
| **6-Month Extension** (due upon start of Extension Program) | $2990 |
| **9-Month Extension** (due upon start of Extension Program) | $4250 |
| **12-Month Extension** (due upon start of Extension Program) | $5190 |

## Extension Fee Policy

The U.S. Department of State Extension Fee is subject to change without notice by the U.S. Department of State.

## STANDARD DISCOUNTS

| | |
|---|---|
| **Reapplying Host Family.**<br>Host Families are eligible for this discount on any contract that begins after completing 40 Work Weeks of Au Pair child care on previous agreements | $450 |
| **Multiple discount.**<br>Eligible Host Families must have twins or triplets (or | $200 |

**CONFIDENTIAL**                    InterExchange0000044

| | |
|---|---|
| more) at the time of applying | |
| **Military Discount**<br>Eligible Host Families must one or more parents working as an active member of the U.S. Military | $200 |
| **Prematch Discount**<br>Eligible Host Families who are already pre-matched with an Au Pair who is not an active Au Pair USA Au Pair Applicant | $300 |
| **Switching Discount**<br>Host Families are eligible for this discount upon submission of proof that they were a registered paying member of any of other au pair sponsors' programs | $450 |

## Standard Discounts Policy

Standard Discounts are based on a Host Family's completion of a Standard Program with InterExchange, or, if in Transition under a Standard Program, the completion of the time remaining under the Program of the Rematched Au Pair.

## Refund Rates

| Refund Rate | |
|---|---|
| **Standard Program** | $100 for each unused Work Week of child care |
| **Extension Program** | $80 for each unused Work Week of child care |

## Refund Policy

Standard Discounts described above are forfeited upon the Host Family leaving the Standard Program early. For example, a Reapplying Host Family Discount would be subtracted from any Refund that InterExchange owes to a Host Family involving a Transition under a Standard Program.

## AU PAIR STIPEND

| Stipend |
|---|

| Weekly Stipend (In accordance with the Agreement, "Weekly" herein refers to the 5.5 days that Au Pair is expected to work for Host Family in compliance with the definition under the Agreement) | $195.75 |
|---|---|

## Au Pair Stipend Policy

Weekly Stipend is subject to change without notice by the U.S. Department of State.

## VACATION STIPEND

| Program | |
|---|---|
| **12-Month Standard** | 11 Vacation Days 11 days (2 Weeks) paid vacation |
| **Transition** | After a Rematch, Au Pairs accrue paid vacation days at the rate of one day per full month worked. Paid Vacation Days vary based on the amount of time remaining in Program for the Rematch Au Pair (e.g., if the Au Pair has 6 months remaining from the original Program, the Au Pair is entitled to 5 Paid Vacation Days) |
| **6-Month Extension** | 5.5 Paid Vacation Days |
| **9-Month Extension** | 7.5 Paid Vacation Days |
| **12-Month Extension** | 11 Paid Vacation Days |

## Vacation Stipend Policy

An Au Pair accrues one Paid Vacation Day per month while employed by the Host Family. The first month of any Standard Program, Transition or Extension is excluded from calculating the number of Paid Vacation Days.

To calculate the per day pay rate for each Paid Vacation Day, the Host Family pro rates the Weekly Stipend to equal the amount that an Au Pair earns per day of the Weekly Stipend (i.e., $35.60 per day is obtained by dividing the Weekly Stipend by the 5.5 days that constitutes the Work Week).

The Vacation Stipend is subject to change without notice by the U.S. Department of State.

**CONFIDENTIAL**                    **InterExchange0000046**

## Education Stipend

| | |
|---|---|
| 12-Month Standard | $500 |
| Transition | **Prorated**<br>A Host Family pays a pro rated amount based on the time that the Rematched Au Pair has remaining in the Program, which is calculated at $9.62 per Work Week (e.g., if a Rematched Au Pair has 27 Work Weeks left on the Program, the Host Family pays $259.74 in Education Stipend. |
| 6-Month Extension | $250 |
| 9-Month Extension | $500 |
| 12-Month Extension | $500 |

## Education Stipend Policy

The Education Stipend is subject to change without notice by the U.S. Department of State.

## Exhibit B

## Extension Agreement

The following terms and conditions apply if and when an Au Pair's Cultural Exchange Program with a Host Family is extended under the terms and conditions described in the Extension Section of the Host Family Agreement. Host Family understands that neither the Host Family nor InterExchange shall be obligated to follow the Extension terms and conditions unless and until the Extension is approved (e.g., by both InterExchange and U.S. Department of State).

Now, therefore, the parties hereby agree as follows:

1. **Host Family Agreement.** Except for the additional terms and conditions set forth in this Extension, Host Family agrees to comply with the terms and conditions of the Host Family Agreement for the duration of the Extension.
2. **Extension.** Host Family agrees to all the terms and conditions of the InterExchange Au Pair USA Extension Program as mandated by the U.S. Department of State, other U.S. regulatory agencies, the Host Family Agreement and InterExchange.
3. **Extension Fees**: Host Family shall pay Extension Fees set forth under the Applicable

**CONFIDENTIAL**                    **InterExchange0000047**

Fees, Discounts, Refunds & Stipends Schedule, the SEVIS fee, and any remaining balance due from the Standard Program. For the most up to date Extension Fee Schedule, Host Family should either contact InterExchange directly or visit InterExchange's website before submitting documentation to InterExchange to seek InterExchange and State Department approval.

4. **Education**. Host Family shall give Au Pair adequate time to complete educational credits in compliance with U.S. Department of State regulations, the requirements of the Program and terms of the Host Family Agreement.

    a. Host Family understands and agrees to assist the Au Pair with meeting the following requirements:
        i. 3 semester hours for 6 month Extension
        ii. 6 semester hours for 9 and 12-month Extensions.
    b. Host Family shall provide transportation, if applicable, to and from the place of instruction and shall make tuition payment contribution for an Au Pair's tuition as follows:
        i. Up to a maximum of $250 for six (6) month Extensions
        ii. Up to a maximum of $500 for nine (9) and twelve (12) month Extensions.
    c. If a remaining balance is left from the Host Family required tuition payment contribution after the Au Pair completes the requisite semester hours, the Au Pair, at Au Pair's sole election, may use the balance to take additional course work that meets the requirement. Host Family shall Au Pair shall take adequate time to attend courses at an accredited post secondary institution based on the following extensions:

5. **Paid Vacation**. The Host Family shall provide Paid Vacation Days in compliance with the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

6. **Refund**. The terms and conditions for refunds (if any) involving Extensions are set forth in the Applicable Fees, Discounts, Refunds & Stipends Schedule incorporated into the Agreement.

7. **Approval**. Host Family understands that Extension requests are final and cannot be changed once submitted to the United States Department of State. Host Family understands that the extension is at the sole discretion of the United States Department of State. Host Family understands that InterExchange, Inc. cannot be held accountable for any delay or denial of the extension by the United States Department of State.

**Host Family Signature:** /s/pam noonan

**CONFIDENTIAL**                    **InterExchange0000048**

**Time & Date:** 12/11/2012 1:44 AM (EST)
**IP Address:** 98.245.188.73

**CONFIDENTIAL**                    **InterExchange0000049**

# DECLARATION OF MICHAEL McHUGH

# EXHIBIT 3

**To:** mgates@interexchange.org[mgates@interexchange.org]
**Cc:** Juliet Okpalanma[jokpalanma@interexchange.org]
**From:** Mary Beth Grealey
**Sent:** Tue 11/13/2012 2:25:23 AM
**Importance:** Normal
**Subject:** Fw: Re: Hello from North Carolina again
**Received:** Tue 11/13/2012 2:25:24 AM

Hi Michael,
Here is Arati's email from Friday. I spoke with her on the phone and she did need to vent. Juliet put a South African applicant of Indian descent on view with them Thursday so thank goodness there was a Plan B standing by!

I sent Arati and Prithvi a note this evening asking if they'd interviewed her and saying that I'd spoken to you about ICs and setting Au pair expectations.

It was great to see everyone in Miami and I look forward to an afternoon at the Art Institute in Chicago next year!

Mary Beth

Mary Beth Grealey
Local Coordinator
InterExchange Au Pair USA
TEL 1.919.444.3365
EMAIL mgrealey@lc.interexchange.org
BLOG http://ncaupairs.blogspot.com/ WEB http://www.interexchange.org/aupairusa

---

**From:** Arati Rao, M.D. |          REDACTED
**To:** Mary Beth Grealey [mailto:mgrealey@lc.interexchange.org]
**Sent:** Fri, 09 Nov 2012 15:51:20 -0500
**Subject:** Re: Hello from North Carolina again

So I'm going to be honest and tell you that Prithvi and me are going to talk to the NY office about the quality and expectations of these girls.

I mean, one wanted to be sure we let her work out at the gym everyday and this one thinks 20 hours of work a week is too much!!!

These girls need to understand that they are here to work and that the children are their primary responsibility. Also Americans work very hard and they are getting paid for 45h of work. This is our sixth year doing this and I'm shocked by the changing attitudes. The local coordinators need to do a better job at screening.

The way I look at it we already have a track record of being great host parents for 5 years.  These girls who are applying do not and it is upon them to prove themselves.

I'm venting!! Yes! But if there is a quality I abhor,  it's laziness. Sorry **
Thanks again

Arati

Arati V. Rao MD
Duke Cancer Institute
Please excuse the brevity.  Sent from my iPhone

On Nov 9, 2012, at 3:42 PM, "Mary Beth Grealey" <mgrealey@lc.interexchange.org> wrote:

        Wow wow wow.

Glad Juliet thought of you guys when the SA app came through.

MB

Mary Beth Grealey
919.444.3365

**CONFIDENTIAL**                                                InterExchange0008124

On Nov 9, 2012, at 2:21 PM, "Arati Rao, M.D." <arati.rao@duke.edu> wrote:

> See below!!  THIS IS HILARIOUS!!!!!  I guess we will be talking to the South African girl after all.
> I mean  I am a little shocked that Monica finds our schedule too hard to handle!!  She will be working 4 hours a day 5 days a week..that is 20 hours a week ONLY.  The agency requires you to work for 45 hours i.e. double the time that we are asking of her.

I think she is using this reason as a BS one but if not, she is in trouble and this is a red flag for me....glad we did not commit.

Arati

Arati V. Rao, M.D.
Assistant Professor of Medicine
Division of Hematological Malignancies and Cell Therapy
Division of Geriatrics
Duke University Medical Center

# REDACTED

For appoinments please call Yvette Merritt at 919-681-5185
For patient-related questions please call 919-684-8964.
If I am unavailable, please ask for Donna Adams NP.
_____CONFIDENTIAL AND PRIVILEGED_____

Unless otherwise indicated or obvious from the nature of the above communication, the information contained herein is privileged and confidential information/work product.  The communication is intended for use for the individual or entity named above.  If the reader of this transmission is NOT the intended recipient, you are hereby officially notified that any dissemination, distribution or copying of this communication or its contents are strictly prohibited.  If you have received this communication in error, or are not sure whether it is privileged, please immediately notify us by return email and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

---

**From:** MONICA L [mony.flores@hotmail.com]
**Sent:** Friday, November 09, 2012 2:13 PM
**To:** Arati Rao, M.D.
**Subject:** RE: Hello from North Carolina again

Hello dear family, sorry had not responded because these days I went to take a first aid training.
I wrote not Ki,

I loved the family, and i think Anika y Prianka are girls  they are lovely, I think are a very active and dynamic family and that I liked so much, I am very grateful that they have me taken into account,I really appreciate the time you got to know me,   I was talking to my family supports me all the time, and this is also a time when I want meet people, places, travel, and really the schedule that you manage I can not handle.

And I want to communicate before more time passes, I hope you find your au pair indicated, I'm happy and I'm really grateful to you for giving me the opportunity and the time to know me.
Whatever any queries I can write,

Greetings and I hope you can comprehend

---

From:        REDACTED
To: mony.flores@hotmail.com
Subject: RE: Hello from North Carolina again
Date: Wed, 7 Nov 2012 12:36:58 +0000

Monica,
I also liked talking with you and the girls loved to see you too.  Your niece is very cute!!

Going out with your friends is not a problem with us.  You are young and we have also been young before and know

how much fun it is to go out on Friday or sat.  If you are not working you can go...sometimes, Prithvi and me will go out for dinner or work parties and you may have to work but we will give you advanced notice.

I also realized that I gave you the wrong email address for our current au pair Ki.  Her email is
kirranegounden@gmail.com
Please email her again if you can with any questions.

Take care,
Arati

Arati V. Rao, M.D.
Assistant Professor of Medicine
Division of Hematological Malignancies and Cell Therapy

Division of Geriatrics

Duke University Medical Center

# REDACTED


For appoinments please call Yvette Merritt at 919-681-5185

For patient-related questions please call 919-684-8964.

If I am unavailable, please ask for Donna Adams NP.

_____CONFIDENTIAL AND PRIVILEGED_____
Unless otherwise indicated or obvious from the nature of the above communication, the information contained herein is privileged and confidential
information/work product.  The communication is intended for use for the individual or entity named above.  If the reader of this transmission
is NOT the intended recipient, you are hereby officially notified that any dissemination, distribution or copying of this communication or its
contents are strictly prohibited.  If you have received this communication in error, or are not sure whether it is privileged, please immediately
notify us by return email and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

---

**From:** MONICA L [mony.flores@hotmail.com]
**Sent:** Tuesday, November 06, 2012 1:36 AM
**To:** Arati Rao, M.D.
**Subject:** RE: Hello from North Carolina again


Hey Arati

I really like know the girls and  they also got to know me, your family really gives me peace and
security, and so far I hope you too will feel comfortable with me.

I read about their traditions and customs and I think I can adapt easily,
Here in Mexico also have very nice customs and traditions, we celebrate many things, and most
important is the value of family, and now I'm going to live with a family, I would like to
have a very good communication with the family, but more than anything establish a
strong bond of trust.

here in mexico is a custom that on weekends we get together female friends and we'll sing, dancing,
movies, a coffee, either on Friday or Saturday, so long as you do not bother, I'm going
to respect much their culture because I would love to learn from you, but I want to know
if you guys do not bother if I go out on Friday or Saturday, or my day off

and until now I have more questions, I would like the next time we spoke on Skype you can know to
my parents and my brothers.
And if you have any questions about me or my family, I would like that with all the confidence you
can ask me.

and thank you very much for your interest, I'm really excited with your family, and I hope to continue

with the process.

Best regards!!

Monica

---

From:    REDACTED
To: mony.flores@hotmail.com
Subject: Hello from North Carolina again
Date: Tue, 6 Nov 2012 01:30:00 +0000

Hey Monica,
It was so nice to speak with you tonight.  The girls are very excited to meet you.  I am eager for you to speak with them in as much Spanish as you can so they can learn from you.  I really want them to know how to speak in Spanish well.

If you have any questions please email me or call me on my cell at 0019196724451.

Our current au pair's name is Kirrane but we call her Ki.  Her email is kirrane.gounden@gmail.com
She knows that you will be emailing her with questions.  You will have a good time here...our family is very relaxed and easy to work with.

Arati

Arati V. Rao, M.D.
Assistant Professor of Medicine
Division of Hematological Malignancies and Cell Therapy

Division of Geriatrics

Duke University Medical Center

# REDACTED

For appoinments please call Yvette Merritt at 919-681-5185

For patient-related questions please call 919-684-8964.

If I am unavailable, please ask for Donna Adams NP.

_____CONFIDENTIAL AND PRIVILEGED_____
Unless otherwise indicated or obvious from the nature of the above communication, the information contained herein is privileged and confidential information/work product.  The communication is intended for use for the individual or entity named above.  If the reader of this transmission is NOT the intended recipient, you are hereby officially notified that any dissemination, distribution or copying of this communication or its contents are strictly prohibited.  If you have received this communication in error, or are not sure whether it is privileged, please immediately notify us by return email and destroy any copies, electronic, paper or otherwise, which you may have of this communication.

---

InterExchange Au Pair USA – Quality, Affordable Childcare

InterExchange is a non-
profit organization with more than 40 years experience promoting international understanding and cultural awareness. Our affordable programs connect young people from across the world with life-
changing work opportunities. The views or opinions presented in this email are solely those of the author and do not necessarily represent those of the organization.