# DECLARATION OF MICHAEL McHUGH

# EXHIBIT 5

InterExchange, Inc.

Independent Public Accountant's Report
on Applying Agreed-Upon Procedures

December 31, 2013

**CONFIDENTIAL**

InterExchange0005666



CohnReznick LLP
cohnreznick.com

## Independent Public Accountant's Report
## on Applying Agreed-Upon Procedures

To the Board of Directors
InterExchange, Inc.

We have performed the procedures enumerated below, which are included in the Audit Compliance Procedure Template – *Au Pair Participants* prepared by the U.S. Department of State, Bureau of Educational and Cultural Affairs. These procedures were agreed to by the Board of Directors and management of InterExchange, Inc. solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2013. This agreed-upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures and findings are as follows:

1.    We requested confirmation from the Department of State that InterExchange, Inc. (the "Sponsor") is designated as a bona-fide program Sponsor, authorized by the Department of State. Holly Stephens, Program Analyst, Private Sector Programs Division, Office of Designation of Department of State Bureau of Education and Cultural Affairs, confirmed in writing on June 9, 2014 that InterExchange, Inc. was a Department of State bona-fide sponsor for the year ended December 31, 2013.

We obtained the Sponsor's listing of au pair participants who arrived in the United States during the year ended December 31, 2013, from which we randomly selected 174 of the program's au pair participants, and randomly selected 174 of the program's host family participants also included in the listing. From this group, we established a sample size of 87 au pairs and 87 host families, respectively, based on instructions contained in Audit Compliance Procedure Template – *Au Pair Participants* and obtained the corresponding files. In connection with those files:

2

2.      We read the DS-2019 Forms issued by the Sponsor, to determine that the program duration indicated on the form does not exceed 12 months (one year), unless an extension was granted.  Of the au pair forms examined, all 87 stated an initial program duration period that did not exceed 12 months.

3.      We read all the program literature made available to us (EXHIBIT 5), including materials directed to the host families and materials directed to the au pair participants, websites, applications and the Host Family/Au Pair Agreements to determine that these documents include a requirement that the au pair participant must register and attend classes offered at an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. All of the program literature and materials made available to us stated this requirement. This requirement is also stated on the website and all of the Host Family/Au Pair Agreements state this requirement.  Of the host family and au pair files reviewed, all of the Host Family/Au Pair Agreements were in the file and signed by the host families and au pairs.

We have confirmed in writing directly with the 87 au pair participants and 87 host families whether the au pair participants have actually enrolled or will enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credits, or its equivalent (see results at item 27k and 28d, respectively).

4.      We inquired of Sponsor personnel and were informed that all officers, employees, agents and volunteers acting on their behalf are properly trained and supervised. We obtained the training materials used by the Sponsor. We read the Sponsor's roster of the annual training conference and regional meeting and noted the local organizational representatives who attended. Those who did not attend the annual conference were required to attend regional meetings. According to the roster, out of 63 local organizational representatives, 38 attended the annual conference, 15 did not attend the conference, but attended the regional meetings, and 10 did not attend either.

Management represented that of the 10 local organizational representatives that did not attend either the annual conference or regional meeting, 8 were not employed at the time. No additional procedures were performed with respect to management's representation as to the reason for the differences.

**CONFIDENTIAL**

InterExchange0005668

5.      We inquired of Sponsor personnel and were informed that each of the 87 au pair participants selected for the purpose of these agreed-upon procedures was placed with a host family within one hour's driving time of the home of their local organizational representative authorized to act on the Sponsor's behalf. We read the Sponsor's cluster and area mileage report noting the distance between the host families selected for testing and their respective local organizational representative to determine that the distance was within one hour's driving time. Of the 87 host families selected for this procedure, all 87 were noted in the report to live within one hour's driving time from the local organizational representative's home, based on information developed using internet software, for example, Google Maps.

6.      We read the host family/au pair contact records prepared by the local organizational representatives to determine that each local organizational representative maintained a schedule of personal monthly contact with each au pair participant and host family for which he or she was responsible. All 87 au pair contact records and all 87 host family contact records were located, and all contained entries that the local organizational representative contacted au pair participants and host families monthly.

The Sponsor does not maintain status reports. We were not able to determine the consistency of the Sponsor's status report to the local representative contact record.

We have confirmed directly in writing from the au pair participants and host families whether monthly contact with the local representative was being adhered to (see results at items 27j and 28c, respectively).

7.      We read all 87 host family/au pair contact records to determine that, whenever there was a placement other than an initial placement, known as a "rematch", the local organizational representatives contacted au pair participants and host families twice monthly for the first two months. Of the 8 rematches noted, all 8 contact records indicated that the local organizational representative contacted the host family and au pair participants twice monthly for the first two months, as required by the regulations.

The Sponsor does not maintain status reports. We were not able to determine the consistency of the Sponsor's status report to the local representative contact record.

**CONFIDENTIAL**            **InterExchange0005669**

4

We have confirmed directly in writing from the au pair participants whether the local organizational representatives contacted au pair participants and host families twice monthly for the first two months following a rematch (see results at item 27o).

8.   We inquired of Sponsor personnel and were informed that the local organizational representatives not devoting their full time and attention to the program are responsible for not more than 15 au pairs and host families. We obtained a roster of local organizational representatives for the year ended December 31, 2013 which indicated that 0 of the local organizational representatives, who did not devote their full attention to the program, had exceeded the maximum number of 15 au pairs and host families.

9.   We inquired of Sponsor personnel and were informed that they utilize regional organization supervisors. The Sponsor provided us with 51 evaluation reports for their local organizational representatives which we read.  These reports had been prepared and signed by the regional supervisors.

10.  We obtained the au pair participant files and read the application, interview worksheets, physical examination forms, and signed Au Pair Agreements noting that the au pair participants selected met each of the following requirements:
   i.      Are between the ages 18 and 26;
   ii.     Are secondary school graduates, or equivalent;
   iii.    Are proficient in spoken English;
   iv.     Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical examination;
   v.      Have been personally interviewed, in English, by an organizational representative.
Of the 87 au pair participant files examined, all 87 were complete with all of the required documentation.

We read the au pair participant files and noted that each au pair participant selected had undergone a background investigation that included:
   i.      Verification of school/presence of high school diploma;
   ii.     Three non-family related personal and employment references and notations of verification for each reference;
   iii.    A criminal background check or its recognized equivalent; and

**CONFIDENTIAL**                   InterExchange0005670

5

iv.     A personality profile based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

Of the 87 au pair participant files obtained, all 87 contained documentation for all items above.

We obtained the au pair participant files to determine that each file included:

i.     A signed Au Pair Agreement;

ii.     Notation that the host family interviewed the au pair by telephone prior to his/her departure from the home country; and

iii.     A verification form that the individual has not previously participated in a U.S. au pair program.

Of the 87 au pair participant files examined, all 87 included the documentation for all items above.

11.     We obtained the signed Host Family Agreements in which the family agreed to comply with the requirement that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival. We noted the Host Family Agreement did contain this requirement and of the 87 host family files reviewed, all 87 agreements were signed.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

12.     We read the signed Host Family Agreement to determine that any host family that has a child aged less than three months has agreed that a parent or other responsible adult is present in the home. We noted the Host Family Agreement did contain this requirement and of the 87 host family files obtained, all 87 agreements were signed.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

**CONFIDENTIAL**                 **InterExchange0005671**

6

13.    We obtained the au pair participant files, and read the application and child care references of au pair participants who are placed with host families that have a child or children under the age of two to support that the au pair participant satisfied the requirement of at least 200 hours of documented infant child care experience. Of the 87 files read, 45 indicated that the au pair participant was placed with host families that have a child or children under the age of two. All 45 au pair participants had the required 200 hours of documented infant child care experience.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. All of the documents state this requirement.

14.    We obtained the host family files to determine that the host family has:

a.    Identified, in writing, the presence of a special needs child in the home;

b.    Signed a verification form stating that the au pair participant is aware of the special needs conditions and has agreed to them; and

c.    Reviewed and acknowledged in writing the au pair participant's prior experience, skills, or training in the care of special needs children, as identified in the au pair participant's application.

Of the 87 host family files reviewed, 3 were found to contain reference to a special needs child. These files were complete with all documentation and supported that the host family met each criterion above.

We obtained the au pair participant files and read the child care references and the application of au pair participants placed with host families having a special needs child, as so identified by the host family, to determine that the au pair participants have specifically identified their prior experience, skills, or training in the care of special needs children. Of the 87 au pair participant files reviewed, 4 were found to contain reference to a special needs child and included written identification of the au pair participant's prior experience, skills, or training in the care of special needs children.

15.    We obtained the host family files and read the signed Host Family Agreement to determine that each host family agreed to provide a suitable private bedroom for the au pair participant. Of the 87 files reviewed, all 87 files included the signed agreement.

**CONFIDENTIAL**                    **InterExchange0005672**

We also read the program literature and all materials made available to us (EXHIBIT 5) and determined that all of the materials and documents stated this requirement. We have confirmed in writing with the au pair participants whether a private bedroom was made available for their use (see results at item 27g).

16. We looked for a written notation in the files that the host family made the required contact with the au pair participant. Of the 87 au pair participant files reviewed, all 87 included notations documenting the required contact between the host family and the au pair prior to the au pair participant's departure from their respective home country. We have confirmed in writing with the au pair participants that they were contacted by the host family prior to their departure from their respective home countries (see results at item 27p).

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that all of the materials and documents state this requirement; one does not, Au Pair Brochure: Au Pair USA - Experience Life in the U.S.

17. We obtained the au pair participant files to determine that the Sponsor has provided the au pair participant with the following prior to their departure from their home country:
   a. A copy of all operating procedures, rules and regulations, including a grievance process, which governs the au pair's participation in the exchange program;
   b. A detailed profile of the family and community in which the au pair will be placed;
   c. A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;
   d. A detailed summary of travel arrangements; and
   e. A copy of the Department of State's written statement and brochure regarding the au pair program.

We reviewed the files to determine that they contained the required orientation information prior to their departure from their home country. Of the 87 files examined, all 87 included documentation demonstrating that the required information, noted above, had been provided to the au pair participant.

18. We read the materials used by the instructor for the au pair participants' orientation program including a detail of time by activity, and discussed the orientation time and activities with the appropriate Sponsor's management personnel to determine that the training program provided by the Sponsor included:

   a. Not less than eight hours of child safety instruction, no less than four of which was infant-related; and

   b. Not less than twenty-four hours of child development instruction, of which no less than four was devoted to specific training for children under the age of two.

   Of the 87 au pair participant files reviewed, all 87 included documentation that indicated the required training (a) and (b) noted above was completed prior to placement with the host family.

   We have confirmed, directly in writing, with all 87 of the au pair participants, whether the orientation program included the child safety and child development instruction (see results at item 27n).

19. We obtained the host family files to determine that each file contains their application, personal interview form, employment and personal references and signed Host Family Agreement, and to document that all host families met the following requirements:

   a. Host parents are U.S. citizens or legal permanent residents;

   b. The host parents are fluent in spoken English;

   c. All adult family members in the home have been personally interviewed by an organizational representative;

   d. The host parents have successfully passed a background investigation, including employment and personal character references;

   e. The host family has financial resources to undertake hosting obligations; and

   f. The host family has been provided with a written detailed summary of the exchange program and the parameters of their and the au pair participant's duties, participation and obligations.

   Of the 87 host family files reviewed, all 87 were complete. They contained all of the required documents to satisfy (a) through (f).

g.    We obtained the host family participant files to determine that the host family had been provided with a prospective au pair participant's complete application, including all references. Of the 87 host family files obtained, all 87 contained evidence that they had been provided the information regarding their prospective au pair.

20.    We read the program literature and all materials made available to us (EXHIBIT 5) and the signed Host Family Agreement to determine whether the Sponsor has informed the host families in this information of the philosophy, rules and regulations governing the au pair exchange program, and that the host family has received a copy of the Department of State's written statement regarding the au pair program and promulgated Exchange Visitor Program regulations including the published supplemental information. All of the materials provided contained the required information.

21.    We obtained the signed Host Family Agreement to determine that the Sponsor has informed the host families of their obligation to attend at least one family day conference to be provided by the Sponsor during the course of the placement year. We noted the 87 Host Family Agreements do contain this obligation.

We also read the program literature and all materials made available to us (EXHIBIT 5) to determine that they state this requirement. 4 of the documents stated this requirement, and 1 (Au Pair brochure) did not.

We obtained the host family contact records maintained by the local organizational representative to determine that they document the host families have attended at least one family day conference, as required by the program regulations. Of the 87 contact records obtained, 68 indicated that the family attended and 19 did not attend at least one family day conference.

22.    We read the program literature and all materials made available to us (EXHIBIT 5) to determine that the requirement of the Sponsor's counselors to contact the au pair participant and the host family within 48 hours of the au pair's arrival and to meet, in person, at the host family's home with the au pair participant and the host family within two weeks of the au pair's arrival are stated. All 5 of the documents state this requirement.

**CONFIDENTIAL**                                    InterExchange0005675

10

We also obtained the local representative's contact records to determine that compliance with these procedures was documented.

> 87 monthly contact logs were obtained;
>
> All 87 of them contained evidence of both contact and a visit.

We have confirmed, directly in writing, from the au pair participants and host families, whether the contact requirements were met (see results at items 27h, 27i, 28a and 28b.)

23. We read the program literature and all materials made available to us (EXHIBIT 5) and the signed Host Family/Au Pair Agreements which indicate that the host family has agreed that the au pair participant will:

    i.    be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act;
    
    ii.   not provide more than ten hours of child care on any given day, nor more than 45 hours of child care in any one week;
    
    iii.  receive a minimum of one-and-one-half days off per week, in addition to one complete weekend off each month; and
    
    iv.   receive two weeks of paid vacation.

All of the program documents state these requirements. These requirements are stated on the website. Of the 87 host family files reviewed, all 87 Host Family Agreements stating the above requirements were included and signed.

We have confirmed, in writing from the au pairs, whether these provisions were adhered to (see results at items 27a, 27b, 27c, 27d, 27e and 27f).

24. We read the signed Host Family/Au Pair Agreements which indicate that as a condition of program participation, the host family participant agrees to facilitate the enrollment and attendance of the au pair participant at an accredited U.S. post-secondary educational institution and to reimburse or pay the first $500 toward the costs of required academic coursework incurred by the au pair participant in meeting this requirement. We read the program literature and all materials made available to us (EXHIBIT 5) to determine that they clearly state this requirement. All of the materials provided contained the required information.

11

25. We read the host family/au pair actual contact records prepared by the local counselors that document contact between the au pair participants, host families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them. All contact records were located. Of the 87 contact records that were located, all 87 indicated that the au pair participant and host family were contacted monthly by the local organizational representative.

The Sponsor has advised us that the regional supervisors send out quarterly contact surveys to the au pairs and the host families asking specific questions about compliance with the rules and regulations of the program. They provided us with the results of these contact surveys which we read. We noted that 4 of the 4 required regional quarterly contacts were documented as sent.

26. We read the host family/au pair contact records and complaint forms maintained by the Sponsor that the representatives are required to prepare for "unusual or serious situations", as defined in the Regulations, or incidents involving either the au pair or host family. We noted 8 instances in which the Department of State was notified; of the instances noted, 1 of these involved an arrest of an au pair for driving while intoxicated ("DWI"); 1 involved an arrest of an au pair for driving under the influence of alcohol ("DUI"); 1 involved health issues related to an au pair; 1 involved communication issues with the host family; 2 involved the au pair's working schedule; 2 involved complaints against the host family. 2 instances resulted in rematches, 1 in mediation, 2 in sponsor terminations and 3 in self-terminations.

We have reviewed all of the Sponsor's records of complaints which included 2 reports of incidents of potentially illegal activity in which an au pair participant or host family was involved. There was 1 instance in which the au pair was stopped for "Driving Under the Influence" and 1 instance in which the au pair was arrested for "Driving While Intoxicated". The first incident was resolved through a Sponsor termination. The second instance was resolved through self-termination by the au pair and a rematch for the host family.

27. We sent confirmations to the 174 au pair participants selected for testing, of which 87 responded to these confirmations. The following outlines the responses to the confirmation questions:

12

a. 80 responded that they worked 45 hours or less per week.

7 responded that they sometimes worked more.

b. 76 responded that they were required to provide no more than 10 hours per day of child care. 5 responded that they sometimes provided more.

6 did not respond.

c. 84 responded that they received at least $195.75 per week as compensation.

3 responded that they did not

d. 86 responded that they received at least one-and-one-half days off per week.

1 responded that they did not

e. 85 responded that they received one complete weekend off per month.

2 responded that they did not

f. 82 responded that they did, or will, receive two weeks paid vacation.

4 responded that they did not, or will not.

1 did not respond.

g. 87 responded that they had a private room.

h. 86 responded that their local organizational representative contacted them within 48 hours of their arrival at the host family's home.

1 responded that they did not.

i. 84 responded that their local organizational representative met, in person, with them and their host family within two weeks of their arrival at the host family's home.

3 responded that they did not.

j. 85 responded that they had monthly contact with their local organizational representative.

2 responded that they did not.

k. 78 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning.

8 responded that they had not, or will not.

1 did not respond.

l. 81 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

5 responded that they were not.

1 did not respond.

m. 87 responded that they completed the orientation program prior to arriving at the host family's home.

13

n.  87 responded that the orientation program they attended, inclusive of the reading of the Childcare Book and completion of the Childcare Test (required prior to arrival in the U.S.), included 8 hours of child safety and 24 hours of child development instruction, and that the training was completed prior to their arrival at the host family's home.

o.  8 responded that theirs was not an initial placement.

Of these, 5 responded that the local coordinator contacted them and their host family twice monthly for the first two months following the rematch, 3 responded that they were not contacted twice monthly

p.  85 responded that they were contacted by the host family prior to their departure from their home country.

2 responded that they were not.

28.  We sent confirmations to 174 host families (including rematches) selected for testing, 87 host families responded to the confirmations. The following summarizes their responses to the confirmation questions:

a.  87 responded that their counselor contacted them within 48 hours of the au pair participant's arrival at their home.

b.  87 responded that their counselor met, in person with them and their au pair participant within two weeks of the au pair participant's arrival at their home.

c.  85 responded they had monthly contact with their counselor.

2 responded that they did not.

d.  80 responded that their au pair participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.

5 responded that they did not but were either planning on it or already enrolled for the next semester of classes.

2 responded they will not be enrolling.

29.  We read all complaints submitted to the Sponsor, including those initiated by au pair participants and those initiated by the host families. We have obtained and attached a summation of complaints (see TABLE D) as well as a summation of each complaint setting forth the following detail (EXHIBIT 1):

a.  The last name of the host family and the date the host family started with the program.

b.  The first and last name of the au pair participant.

**CONFIDENTIAL**                    **InterExchange0005679**

14

   c.  Who initiated the transition/complaint and date of complaint.

   d.  A brief description of the nature of the complaint.

   e.  Whether complaint was reported to the Department of State and, if so, date of report.

   f.  How complaint was resolved (action taken by Sponsor) and date of resolution.

In addition to the Summary of Complaints (EXHIBIT 1), we have obtained from the program director and attached the following documents as required by the Department of State. We have performed no specific procedures on the attachments, other than those noted above:

   a.  A statistical report based on all au pair participants during reporting period (TABLES A, B, C and D);

   b.  A summation of the results of an annual survey of all au pair participants and all host families regarding their satisfaction with the program, and its strengths and weaknesses, as defined in the regulations (EXHIBIT 2);

   c.  A summation of all situations which resulted in the placement of an au pair with more than one host family (EXHIBIT 3);

   d.  A report detailing the name of the au pair participant, his or her host family placement, location and names of the local and regional organizational supervisors (EXHIBIT 4); and

   e.  A list of all program literature made available to participants (EXHIBIT 5).

We were not engaged to, and did not conduct an audit, the objective of which would be the expression of an opinion on InterExchange, Inc.'s compliance with certain Department of State Regulations. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Board of Directors and management of InterExchange, Inc., and the Department of State, Bureau of Educational and Cultural Affairs, and is not intended to be and should not be used by anyone other than these specified parties.

*CohnReznick LLP*

New York, New York
June 26, 2014

Exhibit #2

# AP Satisfaction Report Audit 2013

Last Printed: 06/13/2014

## 1. Overall, how would you rate your experience in the InterExchange Au Pair USA Program?



| # | Answer | Response | % |
|---|--------|----------|-----|
| 1 | Excellent | 42 | 23% |
| 2 | Very Good | 90 | 49% |
| 3 | Good | 42 | 23% |
| 4 | Fair | 6 | 3% |
| 5 | Poor | 5 | 3% |
| | Total | 185 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.15 |
| Variance | 0.81 |
| Standard Deviation | 0.90 |
| Total Responses | 185 |

## 2. How would you rate your home country agency and its staff?



| # | Answer | Response | % |
|---|--------|----------|-----|
| 1 | Excellent | 79 | 43% |
| 2 | Very Good | 45 | 24% |
| 3 | Good | 49 | 26% |
| 4 | Fair | 7 | 4% |
| 5 | Poor | 5 | 3% |
| | Total | 185 | 100% |

CONFIDENTIAL

InterExchange0005965

## 4. How would you rate the communication and program materials you received from the New York office of InterExchange Au Pair USA?

| # | Answer | Response | % |
|---|--------|----------|---|
| 1 | Excellent | 51 | 28% |
| 2 | Very Good | 83 | 45% |
| 3 | Good | 46 | 25% |
| 4 | Fair | 4 | 2% |
| 5 | Poor | 1 | 1% |
| | Total | 185 | 100% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Mean | 2.03 |
| Variance | 0.66 |
| Standard Deviation | 0.81 |
| Total Responses | 185 |

## 5. Would you recommend our program to your friends back home?

| # | Answer | Response | % |
|---|--------|----------|---|
| 1 | Yes. Why? | 172 | 93% |
| 2 | No. Why not? | 13 | 7% |
| | Total | 185 | 100% |

CONFIDENTIAL

InterExchange0005967

9. What additional information can InterExchange provide to better prepare you for your work as an au pair and improve the experience for future au pairs?



| # | Answer | Response | % |
|---|--------|----------|---|
| 1 | More detailed handbooks and materials. Please share details. | 10 | 5% |
| 2 | Better child care-related information. Please share details. | 18 | 10% |
| 3 | Better orientation for living in the U.S. Please share details. | 32 | 17% |
| 4 | Other. Please specify. | 21 | 11% |
| 5 | None. | 123 | 66% |

| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 5 |
| Total Responses | 185 |

CONFIDENTIAL

InterExchange0005972

## 10. Which of the following information sources was the most influential in your selecting the InterExchange Au Pair USA program?



| # | Answer | | Response | % |
|---|--------|---|----------|---|
| 1 | The InterExchange Au Pair USA website | | 13 | 7% |
| 2 | My home country agency | | 132 | 71% |
| 3 | Friend or family member | | 18 | 10% |
| 4 | General online search for au pair agencies | | 13 | 7% |
| 5 | Advertising in my home country (please specify) | | 0 | 0% |
| 7 | Information provided at my university | | 0 | 0% |
| 6 | Other (please specify) | | 9 | 5% |
| | Total | | 185 | 100% |



| Statistic | Value |
|-----------|-------|
| Min Value | 1 |
| Max Value | 6 |
| Mean | 2.36 |
| Variance | 1.10 |
| Standard Deviation | 1.05 |
| Total Responses | 185 |

CONFIDENTIAL

InterExchange0005973

InterExchange0005974

CONFIDENTIAL

## 11. How important were the following factors in your decision to join the program?

| # | Question | Very important | Important | Not Important | Total Responses | Mean |
|---|----------|----------------|-----------|---------------|-----------------|------|
| 1 | Earning money | 38 | 102 | 45 | 185 | 2.28 |
| 2 | Experience of living in the U.S. | 161 | 22 | 2 | 185 | 1.15 |
| 3 | Security of living with a family | 91 | 86 | 8 | 185 | 1.59 |
| 4 | Gaining experience working with children | 65 | 86 | 34 | 185 | 2.02 |
| 5 | Cultural learning opportunities | 142 | 41 | 2 | 185 | 1.25 |
| 6 | Academic learning opportunities | 84 | 65 | 36 | 185 | 1.94 |
| 7 | Improving my English skills | 133 | 24 | 28 | 185 | 1.58 |
| 8 | Local support person (Local Coordinator) | 40 | 97 | 48 | 185 | 2.30 |
| 9 | InterExchange - favorable reputation and history | 28 | 100 | 57 | 185 | 2.46 |

## 17. How did you learn about the InterExchange Au Pair USA program?

| # | Answer | Response | % |
|---|--------|----------|---|
| 1 | A past/current au pair recommended it | 18 | 10% |
| 2 | Friend or family member | 33 | 18% |
| 3 | My home country agency | 90 | 49% |
| 4 | My university | 1 | 1% |
| 5 | General online search for au pair agencies. Please list search terms used, e.g. "au pair agency" "au pair job" | 31 | 17% |
| 6 | International job or work abroad directory (please list) | 2 | 1% |
| 7 | The U.S. Department of State website of sponsor agencies | 2 | 1% |
| 8 | Other (Please specify) | 8 | 4% |
| | Total | 185 | 100% |



CONFIDENTIAL

InterExchange0005996