# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

VIDEOTAPE DEPOSITION OF:  JOHANA PAOLA BELTRAN
August 30, 2016

JOHANA PAOLA BELTRAN; LUSAPHO HLATSHANENI; BEAUDETTE DEEELEFS; DAYANNA PAOLA CARDENA CAICEDO; ALEXANDRA IVETTE GONZALEZ; on behalf of themselves and others similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.; USAUPAIR, INC.; GREATAUPAIR, LLC; EXPERT GROUP INTERNATIONAL INC., d/b/a EXPERT AUPAIR; EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS; CULTURAL HOMESTAY INTERNATIONAL; CULTURAL CARE, INC. d/b/a CULTURAL CARE AU PAIR; AUPAIRCARE INC.; AU PAIR INTERNATIONAL, INC.; APF GLOBAL EXCHANGE, NFP d/b/a AUPAIR FOUNDATION; AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a AU PAIR IN AMERICA; AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GOAUPAIR; AGENT AU PAIR, INC.; A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a PROAUPAIR; and 20/20 CARE EXCHANGE, INC. d/b/a THE INTERNATIONAL AU PAIR EXCHANGE, and ASSOCIATES IN CULTURAL EXCHANGE, d/b/a GOAUPAIR,

Defendants.

H+G

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

■ www.huntergeist.com
■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

41

```
10:33:16   1    their website?
10:33:36   2         A.   Well, it was going to offer an opportunity
10:33:39   3    to go abroad to study and also to have a family with
10:33:44   4    which to share things.
10:33:50   5         Q.   What else did you look at or read on
10:33:53   6    InterExchange's website prior to applying for the
10:33:56   7    au pair program?
10:34:13   8         A.   In exchange for the work doing -- with the
10:34:15   9    kids and helping them, that they would give us a tip to
10:34:23  10    be able to study.
10:34:24  11         Q.   Did you read on InterExchange's website
10:34:27  12    how much you would receive for your education as part
10:34:30  13    of the au pair program?
10:34:31  14         A.   Nowhere.
10:34:47  15         Q.   When you were looking at the InterExchange
10:34:50  16    website, did you read anything about job duties that
10:34:53  17    you might be expected to perform for the host family?
10:35:15  18         A.   No.  It just said that we would help --
10:35:19  19    specifically we'd help the children, help them with the
10:35:23  20    children.
10:35:23  21         Q.   When you were looking on the InterExchange
10:35:26  22    website, did you read anything about the hours you
10:35:29  23    might be asked to work as part of the au pair program?
10:35:39  24         A.   No.
10:35:40  25         Q.   When you were looking at the InterExchange
```

42

```
10:35:42   1    website, did you read anything about how much money you
10:35:46   2    might make from the host families as part of the
10:35:50   3    au pair program?
10:36:00   4         A.   No.
10:36:03   5         Q.   Is there anything else that you recall
10:36:06   6    reading or looking at on the InterExchange website
10:36:08   7    before you applied for the au pair program?
10:36:20   8         A.   No.
10:36:27   9         Q.   Other than InterExchange, did you look
10:36:30  10    into applying to any of the other sponsors of the
10:36:34  11    au pair program?
10:36:45  12         A.   No.
10:36:47  13         Q.   Other than what you were told by your
10:36:50  14    friend Ms. Camargo and the research you did on the
10:36:55  15    InterExchange website, did you look at anything or read
10:36:57  16    anything about the au pair program before you applied?
10:37:14  17         A.   No.
10:37:18  18         Q.   At any time prior to applying for the au
10:37:21  19    pair program, did you look at the -- at the U.S.
10:37:24  20    Department of State's website?
10:37:25  21         A.   No.
10:37:39  22         Q.   At any -- have you ever been on the
10:37:41  23    Department of State's website?
10:37:48  24         A.   What is that?
10:37:50  25         Q.   Do you know what the U.S. Department of
```

43

```
10:37:52   1    State is?
10:38:03   2         A.   I don't understand.
10:38:05   3         Q.   Do you know what the -- I'm just asking if
10:38:07   4    you know what the Department of State is?  The
10:38:09   5    U.S. -- United States Department of State.
10:38:17   6         A.   No.
10:38:20   7         Q.   Do you understand that the au pair program
10:38:22   8    is run by the U.S. Government?
10:38:35   9         A.   Yes.
10:38:35  10         Q.   What is your understanding of the U.S.
10:38:37  11    Government's involvement in the au pair program?
10:38:52  12         A.   They are the ones that approve the visas.
10:38:56  13         Q.   Other than approving visas, do you have
10:38:58  14    any belief as to the U.S. Government's involvement in
10:39:02  15    the au pair program?
10:39:05  16         A.   No.
10:39:22  17         Q.   Before you decided to apply to become an
10:39:24  18    au pair, did you discuss your decision with anyone,
10:39:28  19    your family, friends, anybody like that?
10:39:41  20         A.   Family.
10:39:42  21         Q.   Who in your family did you talk to?
10:39:47  22         A.   With my mom.
10:39:49  23         Q.   Anyone else?
10:39:51  24         A.   Sisters.
10:39:55  25         Q.   Anyone else?
```

44

```
10:39:57   1         A.   No.
10:40:00   2         Q.   Did they support your decision to apply to
10:40:02   3    become an au pair?
10:40:13   4         A.   Yes.
10:40:13   5         Q.   So you spoke with your family.  Any
10:40:15   6    friends that you spoke to other than Ms. Camargo prior
10:40:18   7    to applying?
10:40:28   8         A.   No.
10:40:30   9         Q.   Other than Ms. Camargo, who I understand
10:40:34  10    was applying for the program, did you speak with
10:40:41  11    any -- anybody who had been an au pair before?  Prior
10:40:45  12    to applying.
10:41:03  13         A.   No.
10:41:08  14         Q.   Prior to actually arriving in Colorado to
10:41:13  15    live with the Noonans, did you talk to any au pairs or
10:41:18  16    previous au pairs about their experience?
10:41:33  17         A.   No.
10:41:48  18         Q.   What did you hope to get from the au pair
10:41:51  19    program?  What experiences or benefit did you hope to
10:41:56  20    get?
10:42:05  21         A.   To learn a new language.
10:42:09  22         Q.   Anything else?
10:42:12  23         A.   And a new culture.
10:42:17  24         Q.   Anything else?
10:42:20  25         A.   New friends.
```

11 (Pages 41 to 44)

### Page 85

```
12:21:40   1   application process that you found to be confusing or
12:21:43   2   difficult to understand other than what we've just
12:21:45   3   talked about?
12:22:02   4        A.  It could be, but that was quite some time
12:22:05   5   ago, so I can't recall.
12:22:06   6        Q.  Okay.  So there's nothing else you
12:22:08   7   remember about that as you sit here today other than
12:22:10   8   what we've discussed?
12:22:21   9        A.  No.  No, I don't think so.
12:22:24  10        Q.  Can you turn back to Exhibit 15, please.
12:22:32  11            MR. HOOD:  I don't know if she has it in
12:22:34  12   front of her.  Oh, it's underneath.
12:22:40  13        Q.  (BY MS. COLAIZZI) And I want to talk
12:22:41  14   about Interrogatory 2, which is on pages 2 and 3 of
12:22:46  15   Exhibit 15.  Why don't you -- let me ask you this.  I'd
12:23:00  16   like you to refresh your recollection about the
12:23:04  17   question in Interrogatory 2 and the answer.  Are you
12:23:14  18   able to do that by reading, or do you want the
12:23:17  19   interpreter to translate it for you?
12:23:25  20        A.  Yes, can he help me, please.
12:23:27  21        Q.  Okay.
12:23:32  22            THE INTERPRETER:  Okay.  The interpreter
12:23:33  23   is looking at Interrogatory No. 2 and will then site
12:23:37  24   translate it into Spanish.
12:23:38  25            MS. COLAIZZI:  Thank you.
```

### Page 86

```
12:23:39   1            THE INTERPRETER:  You're welcome.
12:24:35   2            MS. COLAIZZI:  Thank you.  And then if you
12:24:38   3   could do the same with respect to Ms. Beltran's
12:24:39   4   response.
12:24:50   5            THE INTERPRETER:  The response begins at
12:24:52   6   the bottom of page 2.
12:26:35   7            MR. HOOD:  I'm going to object to the
12:26:38   8   translation only to the extent that "interchange" and
12:26:40   9   "InterExchange" were being used interchangeably, and my
12:26:45  10   understanding is all of those meant InterExchange.
12:26:48  11            MS. COLAIZZI:  I would agree with respect
12:26:49  12   to the second; however, the first one, there's a typo
12:26:53  13   in Ms. Beltran's response, so he did, in fact,
12:26:55  14   interpret it correctly.
12:26:57  15            MR. HOOD:  Okay.  Well --
12:26:57  16            MS. COLAIZZI:  But that's fine.
12:26:58  17            MR. HOOD:  Okay.  I apologize.
12:27:06  18        Q.  (BY MS. COLAIZZI) I'd like to refer you
12:27:09  19   to the sentence towards the end of your response that
12:27:12  20   begins, "During her au pair interview . . ."  Are you
12:27:30  21   referring to the interview that you've already
12:27:33  22   described as having taken place during your third visit
12:27:35  23   to the office in downtown Bogota?
12:27:55  24        A.  Can you repeat the question?
12:27:57  25            MS. COLAIZZI:  Can you read it back,
```

### Page 87

```
12:27:59   1   please.
12:27:07   2            (The last question was read back as
12:27:07   3   follows:  "I'd like to refer you to the sentence
12:27:10   4   towards the end of your response that begins, 'During
12:27:12   5   her au pair interview . . .'  Are you referring to the
12:27:33   6   interview that you've already described as having taken
12:27:33   7   place during your third visit to the office in downtown
12:27:38   8   Bogota?")
12:28:38   9        A.  Yeah, that was the only interview.
12:28:40  10        Q.  (BY MS. COLAIZZI) Okay.  And is that
12:28:44  11   sentence a true statement?
12:28:52  12        A.  Yes.
12:28:53  13        Q.  I want you to describe for me the
12:28:55  14   conversation you had with the InterExchange
12:28:57  15   representative about what you would be paid per week.
12:29:15  16        A.  195 and 75 cents.
12:29:19  17        Q.  How did that conversation about the amount
12:29:21  18   come about?
12:29:28  19        A.  That was a long time ago, and I can't
12:29:31  20   remember very well.
12:29:32  21        Q.  Do you recall if the representative made
12:29:33  22   that statement to you on her -- on her or his own, or
12:29:38  23   did you ask about the weekly pay?
12:29:54  24        A.  It was within one of the agreements that I
12:29:56  25   signed with them.
```

### Page 88

```
12:29:57   1        Q.  Okay.  Did you discuss the amount with
12:29:59   2   anyone?
12:30:05   3        A.  No.
12:30:06   4        Q.  Did you ask any questions about the weekly
12:30:08   5   amount?
12:30:13   6        A.  No.
12:30:15   7        Q.  At the time of that interview was there
12:30:16   8   anything about the amount of 195.75 per week that
12:30:21   9   concerned you in any way?
12:30:36  10        A.  I don't understand the question.
12:30:38  11        Q.  When you heard during that interview that
12:30:40  12   you would be paid 195.75 per week, were you okay with
12:30:45  13   that?
12:31:04  14        A.  I didn't understand it very well, because
12:31:05  15   they told me in dollars.
12:31:07  16        Q.  Did you ask what that translated to in
12:31:10  17   pesos?
12:31:14  18        A.  No, they didn't tell me.
12:31:16  19        Q.  Did you ask?
12:31:18  20        A.  Yes.
12:31:18  21        Q.  And what did they tell you in response to
12:31:21  22   your question?
12:31:26  23        A.  No, they didn't explain it to me, and I
12:31:29  24   don't remember.
12:31:29  25        Q.  You don't remember what?
```

**JOHANA PAOLA BELTRAN - 8/30/2016**
**Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.**

### 89

```
12:31:36   1        A.  I don't know why they didn't explain it to
12:31:39   2   me well.
12:31:40   3        Q.  Did you attempt to find out from any other
12:31:41   4   source what 195.75 per week meant in terms of pesos?
12:31:56   5        A.  No.
12:31:59   6        MS. COLAIZZI:  Why don't we take an hour
12:31:59   7   for lunch.
12:32:05   8        THE DEPONENT:  Thank you.
12:32:05   9        THE COURT:  Going off the record.  The
12:32:06  10   time is 12:31 p.m.
12:32:09  11        (Recess taken, 12:31 p.m. to 1:34 p.m.,
13:34:49  12   after which time Mr. Maschler was present via
13:34:49  13   telephone.)
13:35:01  14        THE VIDEOGRAPHER:  We are back on the
13:35:02  15   record.  The time is 1:34 p.m.
13:35:06  16        Q.  (BY MS. COLAIZZI)  Good afternoon,
13:35:06  17   Ms. Beltran.
13:35:09  18        A.  Good afternoon.
13:35:12  19        Q.  Do you remember that before we broke for
13:35:14  20   lunch we talked about the conversation you had in
13:35:18  21   Colombia about the weekly stipend of 195.75?  Do you
13:35:24  22   remember that?
13:35:39  23        A.  Yes, ma'am.
13:35:41  24        Q.  Do you -- did you have any other
13:35:43  25   conversations while you were in Colombia with anyone
```

### 90

```
13:35:46   1   about the weekly pay you would receive as an au pair?
13:36:01   2        A.  No.
13:36:04   3        Q.  Could you take another look at Exhibit 15,
13:36:06   4   please.  Page 2.  I want to ask you a question about
13:36:28   5   Interrogatory 1.  Do you need the interpreter to
13:36:36   6   translate the question and answer of Interrogatory
13:36:44   7   No. 1 for you?
13:36:47   8        A.  Please.
13:36:51   9        THE INTERPRETER:  The interpreter's
13:36:53  10   looking at Interrogatory 1.
13:39:08  11        MS. COLAIZZI:  Thank you.
13:39:12  12        Q.  (BY MS. COLAIZZI)  Ms. Beltran, your
13:39:15  13   response to Interrogatory 1 refers to payments, as in
13:39:21  14   more than one payment.  How many total payments did you
13:39:26  15   make in order to participate in the au pair program?
13:39:44  16        A.  Two.
13:39:45  17        Q.  Okay.  I think you said before that the
13:39:48  18   first one was 500,000 pesos; is that correct?
13:39:55  19        A.  Yes.
13:39:55  20        Q.  How much was the second payment?
13:40:03  21        A.  I'm sorry.  I think I made more than two
13:40:08  22   payments for the program, but I don't remember.
13:40:11  23        Q.  Do you remember the amounts of any of the
13:40:13  24   other payments?
13:40:22  25        A.  I believe, but I'm not sure, that one was
```

### 91

```
13:40:25   1   for 2 million pesos.
13:40:27   2        Q.  And you believe there may have been more
13:40:30   3   than those two?
13:40:36   4        A.  Yes.
13:40:36   5        Q.  And in your response to Interrogatory 1
13:40:40   6   you indicated that you paid approximately $11,000 to
13:40:43   7   take the various classes you needed to become an
13:40:47   8   au pair.  Is the 11,000 figure correct, as far as you
13:41:05   9   know sitting here?
13:41:11  10        A.  Yes.
13:41:11  11        Q.  Okay.  Do you remember what that was in
13:41:13  12   pesos?
13:41:19  13        A.  Around 20 or 22 million pesos.
13:41:24  14        Q.  How many post-high school classes did you
13:41:27  15   need to take in order to meet the requirements for the
13:41:29  16   au pair program?
13:41:45  17        A.  I think it was one or two.
13:41:47  18        Q.  And what were the subject matters of those
13:41:50  19   classes?
13:41:58  20        A.  Systems.
13:42:02  21        Q.  Anything else?
13:42:04  22        A.  No.
13:42:04  23        Q.  What is systems?
13:42:10  24        A.  Like computers, computer systems.
13:42:21  25        Q.  Ms. Beltran, I believe in the complaint it
```

### 92

```
13:42:25   1   indicates that you had communications with three or
13:42:29   2   four potential host families; is that correct?
13:42:47   3        A.  Yes.
13:42:47   4        Q.  Did you select those three or four
13:42:48   5   families or did they select you?
13:43:00   6        A.  Those families selected me.
13:43:03   7        Q.  And was one of those families the Noonans?
13:43:15   8        A.  Yes.
13:43:15   9        Q.  How many conversations do you recall
13:43:18  10   having with the Noonan family prior to agreeing to
13:43:22  11   become their au pair?
13:43:37  12        A.  There were many of them.  I don't remember
13:43:39  13   how many exactly.
13:43:42  14        Q.  More than ten or less than ten?
13:43:46  15        A.  Probably more.
13:43:47  16        Q.  More or less than 20?
13:43:52  17        A.  I don't remember.
13:43:55  18        Q.  How many conversations did you have with
13:43:58  19   the other host families?
13:44:05  20        A.  There weren't -- there weren't very many
13:44:07  21   of them.
13:44:09  22        Q.  Why weren't there very many conversations
13:44:10  23   with those other families?
13:44:17  24        A.  Because the Noonan family was more
13:44:19  25   interested.
```

23 (Pages 89 to 92)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

### 129

```
15:01:28   1    up anymore.
15:01:29   2         Q.  So if you didn't have a schedule to look
15:01:32   3    at, how did you know what you were supposed to be doing
15:01:35   4    when?
15:01:45   5         A.  And she would tell me that day from one
15:01:48   6    hour to the next hour what to do.
15:01:57   7         Q.  Did you keep any records of what -- let me
15:02:02   8    back up.
15:02:03   9             I'm assuming that by "she," you mean
15:02:05  10    Mrs. Noonan; is that correct?
15:02:10  11         A.  Yes.
15:02:11  12         Q.  Did you ever take direction as far as what
15:02:14  13    you were supposed to be doing from anyone other than
15:02:17  14    Mrs. Noonan?
15:02:17  15         A.  No.
15:02:26  16         Q.  Did you make any effort to keep a record
15:02:29  17    of the hours that you worked or the things that the
15:02:33  18    Noonans asked you to do on a daily basis?
15:02:47  19         A.  No.
15:03:07  20             MS. COLAIZZI:  19.
15:03:07  21             THE DEPONENT:  Thank you.
15:03:07  22             (Deposition Exhibit 19 was marked.)
15:03:07  23         Q.  (BY MS. COLAIZZI)  Ms. Beltran, you've
15:03:11  24    been handed what's been marked as Exhibit 19.  Do you
15:03:14  25    recognize this document at all?
```

### 130

```
15:03:26   1         A.  I'm looking at it.  No.
15:03:34   2         Q.  Do you recall if you received anything
15:03:36   3    like this during your training in New York?
15:03:50   4         A.  I'm not sure, but I don't think so.
15:03:58   5         Q.  When you first arrived to work for the
15:04:00   6    Noonans, did you have kind of a first conversation with
15:04:03   7    Mrs. Noonan about what she was going to expect of you?
15:04:18   8         A.  Like what?
15:04:20   9         Q.  Was there some point when you arrived when
15:04:22  10    Mrs. Noonan explained to you what she was going to
15:04:26  11    expect you to do?
15:04:32  12         A.  No.
15:04:34  13         Q.  So did she just tell you on a day-to-day
15:04:36  14    basis?
15:04:46  15         A.  Yes.
15:04:46  16         Q.  You mentioned before that you worked some
15:04:48  17    hours in the morning.  Explain to me generally what
15:04:51  18    your mornings looked like while you were working for
15:04:53  19    the Noonans.
15:05:09  20         A.  Something around like this.  That we'd
15:05:12  21    start out at 7:00, clean the kitchen, and then from
15:05:21  22    there do laundry and then have a break.
15:05:31  23         Q.  Did Ms. Noonan schedule your breaks?
15:05:40  24         A.  Well, they really weren't breaks.
15:05:45  25         Q.  What were they?  It was your word.  So
```

### 131

```
15:05:47   1    what were they?
15:05:58   2         A.  If it was like that I didn't -- she didn't
15:06:02   3    need me to do anything else at that moment because I
15:06:05   4    was going to do something else later on in the
15:06:07   5    afternoon or in the evening.
15:06:08   6         Q.  So your mornings typically involved
15:06:11   7    cleaning the kitchen and laundry.  Anything else?
15:06:25   8         A.  And then it would be starting out with the
15:06:27   9    chickens.
15:06:28  10         Q.  What do you mean, "starting out with the
15:06:31  11    chickens"?
15:06:33  12         A.  Giving them food.  Feeding them.
15:06:36  13         Q.  Did you feed them every day?
15:06:44  14         A.  Yes.
15:06:44  15         Q.  Did you do anything with the children in
15:06:46  16    the mornings?
15:06:50  17         A.  No.
15:06:50  18         Q.  No.  How old were the children?
15:07:00  19         A.  I think the youngest was 9 or 10.  And the
15:07:06  20    oldest was 12.  I think.
15:07:11  21         Q.  Did you have a good relationship with the
15:07:12  22    children?
15:07:20  23         A.  Yes.
15:07:20  24         Q.  So you mentioned that in the mornings you
15:07:22  25    cleaned the kitchen.  Was that every morning?
```

### 132

```
15:07:37   1         A.  Yes.
15:07:37   2         Q.  And did Mrs. Noonan ask you to do that?
15:07:45   3         A.  Yes, of course.
15:07:51   4         Q.  Did the family usually eat breakfast in
15:07:54   5    the kitchen in the mornings?
15:08:00   6         A.  Yes.
15:08:01   7         Q.  So when you cleaned it, it would be after
15:08:03   8    breakfast?
15:08:09   9         A.  Before.
15:08:10  10         Q.  You cleaned the kitchen before breakfast?
15:08:16  11         A.  Yes.
15:08:16  12         Q.  What did you have to do when you cleaned
15:08:17  13    the kitchen?  Walk me through the things you had to do.
15:08:29  14         A.  Wash the dishes.  To clean around the
15:08:36  15    counters, and clean the stove.  And sometimes the
15:08:47  16    refrigerator.
15:08:49  17         Q.  Anything else?
15:08:52  18         A.  And sweep and clean the floor too.
15:08:58  19         Q.  Anything else?
15:09:01  20         A.  Not that I can recall.
15:09:03  21         Q.  If you were cleaning before breakfast,
15:09:06  22    what dishes were you washing?
15:09:17  23         A.  The ones from the night before.
15:09:20  24         Q.  Did you ever have to clean the kitchen in
15:09:21  25    the -- at night?
```

33 (Pages 129 to 132)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

133

```
15:09:27   1           A.  In the afternoon.
15:09:28   2           Q.  Before dinner?
15:09:31   3           A.  Yes, of course.
15:09:40   4           Q.  So if you cleaned the kitchen and then the
15:09:42   5   family ate breakfast, did you ever have to clean the
15:09:45   6   kitchen after they ate breakfast?
15:09:56   7           A.  I think that those plates were from
15:09:58   8   breakfast.
15:10:06   9           Q.  What -- you testified a minute ago that
15:10:09  10   you cleaned the kitchen before breakfast; is that
15:10:11  11   correct?
15:10:18  12           A.  Yes.
15:10:18  13           Q.  Did you clean it again after breakfast?
15:10:26  14           A.  It was around in the afternoon.
15:10:29  15           Q.  Okay.
15:10:29  16           A.  Yeah.
15:10:30  17           Q.  Did the family eat lunch or a midday meal
15:10:34  18   in the kitchen?
15:10:40  19           A.  I don't know.
15:10:43  20           Q.  Were you not in the house during the
15:10:45  21   midday?
15:10:50  22           A.  Yes.
15:10:50  23           Q.  But you don't know if they ate?
15:11:02  24           A.  Well, no, because when they were in the
15:11:04  25   kitchen, she would put me out on the patio to do other
```

134

```
15:11:07   1   things, so I wouldn't be in there.
15:11:09   2           Q.  Okay.  So the morning was usually cleaning
15:11:14   3   the kitchen, laundry, and feeding the chickens.
15:11:19   4   Anything else?
15:11:29   5           A.  I don't remember many other things.
15:11:31   6           Q.  Did you eat breakfast in the morning?
15:11:36   7           A.  Yes.
15:11:36   8           Q.  Did you eat with the family?
15:11:39   9           A.  No.
15:11:40  10           Q.  Did you eat before or after?
15:11:45  11           A.  Before.
15:11:50  12           Q.  So if your morning was kitchen, laundry,
15:11:53  13   chickens, what did you do in the afternoon?
15:12:07  14           A.  Clean the rooms.  And the rest of
15:12:11  15   the -- the rest of the -- and the rest of the house.
15:12:17  16           Q.  Every day?
15:12:20  17           A.  Yes.  And the bathrooms too.
15:12:26  18           Q.  Anything else that you did in the
15:12:28  19   afternoon generally?
15:12:35  20           A.  Sometimes.
15:12:35  21           Q.  What things?
15:12:38  22           A.  The patio.
15:12:39  23           Q.  What about the patio?
15:12:45  24           A.  Things like cutting roses and things like
15:12:49  25   that.  And to pick up the apples.
```

135

```
15:12:54   1           Q.  Off an apple tree?
15:13:01   2           A.  Yes.
15:13:02   3           Q.  What other types of things might you be
15:13:04   4   asked to do in the afternoon?
15:13:11   5           A.  I'm sorry?
15:13:12   6           Q.  Is there anything else that you were asked
15:13:14   7   to do in the afternoon?
15:13:24   8           A.  I don't remember.
15:13:29   9           Q.  Did you have to prepare breakfast for the
15:13:34  10   family ever?
15:13:41  11           A.  Only when they were on vacation, around a
15:13:45  12   trip.
15:13:45  13           Q.  You prepared breakfast for the family when
15:13:48  14   they were on vacation?
15:13:55  15           A.  For the kids.
15:13:56  16           Q.  When the parents were on vacation?
15:14:01  17           A.  Yes.
15:14:02  18           Q.  Okay.  Did you ever have to prepare a
15:14:04  19   midday meal for the family?
15:14:13  20           A.  Yes.
15:14:13  21           Q.  How often?
15:14:16  22           A.  Every day.
15:14:17  23           Q.  Okay.  Did you feed -- did you prepare a
15:14:19  24   midday meal for only the children or for other family
15:14:23  25   members as well?
```

136

```
15:14:28   1           A.  For the whole family.
15:14:30   2           Q.  Was Dr. Noonan typically home during the
15:14:34   3   day?
15:14:38   4           A.  No.
15:14:39   5           Q.  So when you had to prepare a meal, it was
15:14:41   6   for the children and for Mrs. Noonan?
15:14:50   7           A.  For everyone.
15:14:51   8           Q.  For those three?
15:14:55   9           A.  With the husband.
15:14:57  10           Q.  But he wasn't there, right?
15:15:05  11           A.  But what I was preparing was not lunch, it
15:15:08  12   was for dinner.
15:15:09  13           Q.  Okay.  Did you ever have to cook for
15:15:11  14   lunch?
15:15:18  15           A.  No.  It was just snacks.
15:15:21  16           Q.  Okay.  You had to prepare snacks?
15:15:28  17           A.  Yes.
15:15:28  18           Q.  Okay.  What kinds of things?  When you
15:15:31  19   say, "snacks," what do you mean?
15:15:42  20           A.  Things like sausages and -- and potatoes.
15:15:47  21   You know, I don't know what they call them here, but
15:15:50  22   like things that you could just pop in the microwave.
15:15:53  23           Q.  Okay.  Did you do that every day?
15:15:56  24           A.  Not every day.
15:15:58  25           Q.  And those things were for -- the snacks
```

34 (Pages 133 to 136)

JOHANA PAOLA BELTRAN - 8/30/2016
Beltran, Johana Paola, et al. v. InterExchange, Inc., et al.

---

### 137

```
15:16:00  1   were for the children and for Mrs. Noonan?
15:16:08  2        A.  For the -- for the kids.
15:16:10  3        Q.  Okay.  Did you ever have to prepare any
15:16:12  4   lunch for anyone other than the kids?
15:16:22  5        A.  No.
15:16:23  6        Q.  No.  And then you said earlier that you
15:16:28  7   cooked for dinner?
15:16:35  8        A.  Yes.
15:16:36  9        Q.  Was that every day?
15:16:39 10        A.  Yes.
15:16:39 11        Q.  Did anyone help you?
15:16:46 12        A.  Sometimes the -- the lady -- the husband
15:16:50 13   and the wife did.  I'm sorry.  Sometimes the man would.
15:16:56 14        Q.  Sometimes Dr. Noonan helped you cook?
15:17:00 15        A.  Yeah.  When there was cooking to be done
15:17:03 16   in the evening.
15:17:08 17        Q.  Did you have any -- any duties that you
15:17:13 18   performed for the children in the afternoon generally?
15:17:22 19        A.  No.
15:17:26 20        Q.  And you also testified earlier, then, that
15:17:28 21   you had additional duties in the evening; is that
15:17:31 22   correct?
15:17:39 23        A.  Yes.
15:17:39 24        Q.  What were those duties?
15:17:48 25        A.  Sometimes it would involve dusting around
```

### 138

```
15:17:50  1   the house.
15:17:52  2        Q.  What else?
15:17:58  3        A.  And if the parents were out, I had to go
15:18:01  4   tell the kids that it was bedtime.
15:18:05  5        Q.  What else?
15:18:09  6        A.  And to sweep up around the pool.
15:18:15  7        Q.  Did the Noonans let you use the pool?
15:18:20  8        A.  No.
15:18:22  9        Q.  Did you ever ask?
15:18:26 10        A.  Yes.
15:18:26 11        Q.  And who did you ask?  Mrs. Noonan?
15:18:32 12        A.  Mrs. Noonan.
15:18:33 13        Q.  And she told you no?
15:18:40 14        A.  She said that it was just for the kids,
15:18:43 15   that was all.  The boys.
15:18:45 16        Q.  I'm sorry, what was the last?
15:18:47 17        A.  The boys.  Oh.  No.  It's for the girls.
15:18:52 18        Q.  The girls.  Okay.  Did Mr. -- did Dr. or
15:18:55 19   Mrs. Noonan ever used the pool that you observed?
15:19:08 20        A.  I just saw the doctor, I saw him use it
15:19:11 21   once, and with the kids.
15:19:19 22        Q.  So so far the only thing you've told me
15:19:22 23   that you had to do for the kids was cook their
15:19:28 24   breakfast when their parents were gone, cook snacks
15:19:32 25   around lunch, and tell them it was bedtime.  Are there
```

### 139

```
15:19:35  1   any other duties you were asked to do with respect to
15:19:38  2   the children?
15:19:58  3        A.  Yes.
15:19:58  4        Q.  What?
15:20:03  5        A.  To pack up their water bottles before they
15:20:07  6   were getting ready to go out to play.
15:20:10  7        Q.  Anything else?
15:20:10  8        A.  No.
15:20:16  9        Q.  Did you ever pack lunches for school?
15:20:23 10        A.  No.
15:20:23 11        Q.  Did you ever help with homework?
15:20:26 12        A.  No.
15:20:28 13        Q.  Did you ever help the one daughter with
15:20:31 14   Spanish?
15:20:37 15        A.  One time.
15:20:40 16        Q.  Anything else that you were asked to do
15:20:42 17   with respect to the children?
15:20:48 18        A.  No.
15:20:55 19        Q.  And you testified earlier that when you
15:20:57 20   were in Colombia Mrs. Noonan sent you a picture of your
15:21:01 21   bedroom; is that correct?
15:21:13 22        A.  Yes.
15:21:13 23        Q.  And is the room that was sent to you in
15:21:16 24   the picture the room that you actually stayed in when
15:21:19 25   you lived with the Noonans?
```

### 140

```
15:21:29  1        A.  Yes.
15:21:32  2        Q.  And was that bedroom satisfactory to you?
15:21:43  3        A.  Yes, except for one thing.
15:21:45  4        Q.  And what was that?
15:21:48  5        A.  At night it was too cold.
15:21:53  6        Q.  Did you talk to the Noonans about that?
15:21:57  7        A.  No.
15:22:06  8        Q.  You've mentioned in the course of this
15:22:07  9   lawsuit that you -- that the Noonans did not provide
15:22:11 10   you with meals; is that correct?
15:22:24 11        A.  Yes.
15:22:25 12        Q.  Explain to me what the arrangement was
15:22:27 13   with the Noonans in terms of your meals.
15:22:40 14        A.  There was no arrangement.
15:22:41 15        Q.  Were you able to use the food in the
15:22:46 16   refrigerator?
15:22:49 17        A.  No.
15:22:50 18        Q.  So what food were you supposed to use?
15:23:01 19        A.  She would sometimes purchase things and
15:23:04 20   she would give them to me.
15:23:05 21        Q.  Did you ask her to do that?
15:23:11 22        A.  No.
15:23:12 23        Q.  Did you eat meals with the family?
15:23:19 24        A.  No.
15:23:22 25        Q.  So did you have a conversation with
```

35 (Pages 137 to 140)

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490