# EXHIBIT C

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
------------------------------x
JOHANA PAOLA BELTRAN, et al.,

        Plaintiffs,

  v.              Civil Case No.
                    14-cv-03074-CMA-KMT

INTEREXCHANGE, INC., et al.,

        Defendants.

------------------------------x


    VIDEOTAPED DEPOSITION OF MICHAEL MCHUGH
           NEW YORK, NEW YORK
        Thursday, April 6, 2017


HIGHLY CONFIDENTIAL PAGES: 300-301


Reported by:

JEREMY RICHMAN

JOB NO: 308029


      MAGNA LEGAL SERVICES

  320 West 37th Street, 12th Floor

    New York, New York 10018

       (866) 624-6221



Page 226

```
1              M. MCHUGH
2    is the stipend, we will try to
3    convince the family to pay that
4    amount. We'll reach out to them,
5    explain that it's a State Department
6    regulation that they be paid, it's a
7    requirement. So we'll start there.
8       Q.  And if that doesn't work?
9       A.  If that doesn't work, we
10   will tell the family again that the Au
11   Pair has to be paid that amount, and
12   if the family is unwilling to pay it,
13   we'll let them know that InterExchange
14   will pay the Au Pair that amount, and
15   then withhold that amount of money
16   from the family's refund or bill them
17   directly for that amount of money.
18      Q.  Okay. Do Au Pairs and host
19   families frequently ask the local
20   coordinator for assistance in
21   understanding whether a schedule is
22   appropriate?
23      A.  I'm not sure.
24      Q.  Not sure. Are there any --
25   let's see, are there any standardized
```

Page 227

```
1              M. MCHUGH
2    responses to commonly occurring
3    problems that local coordinators are
4    instructed to use?
5       A.  Like a stock email?
6       Q.  Something like that, sure.
7       A.  Yeah, I don't think the
8    local coordinators have been given
9    anything like that.
10      Q.  Have you ever heard the
11   phrase, three-point meeting?
12      A.  Yes.
13      Q.  What does three-point
14   meeting refer to?
15      A.  A three-point meeting refers
16   to a meeting between the Au Pair, the
17   host family and the local coordinator,
18   either prior to a transition or
19   perhaps during or after a transition.
20      Q.  And is there any
21   significance to something being a
22   three-point meeting other than the
23   fact that all three of those parties
24   are represented at the meeting?
25      A.  A three-point meeting could
```

Page 228

```
1              M. MCHUGH
2    be used in a number of different ways
3    depending on the situation, so it
4    doesn't have a really narrow focus.
5    It's generally just the name we use
6    for the opportunity for everyone to
7    get together and discuss whatever is
8    occurring.
9       Q.  Are there restrictions on an
10   Au Pair outside of their working
11   hours?
12      A.  In what sense?
13      Q.  Does InterExchange have
14   policies about what Au Pairs can or
15   cannot do in their off time?
16      A.  It's such a broad question,
17   I think...
18      Q.  Okay.
19      A.  No?
20      Q.  The answer might be no, I
21   don't know, it's a genuine question.
22   Sometimes I know the answers,
23   sometimes I don't.
24      A.  Outside of not breaking the
25   law, upholding the program
```

Page 229

```
1              M. MCHUGH
2    regulations, there are those
3    responsibilities. But those are not
4    InterExchange specific. They're
5    legal.
6       Q.  What happens if an Au Pair
7    gets pregnant?
8       A.  Hmm, we have that exact
9    situation right now.
10      Q.  What happens?
11      A.  She's still working.
12      Q.  Okay. I want to talk about
13   the recruitment of host families. We
14   talked about the recruitment of Au
15   Pairs, but what tools are used to
16   attract prospective host families?
17      A.  We have advisements running
18   on the internet. We have our company
19   name and details listed on various
20   websites, LISTSERVs. Local
21   coordinators do sort of local
22   outreach. We have a big proportion of
23   our families, current families, who
24   are referring InterExchange to their
25   friends because they're happy with the
```

