# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

### Declaration of Peggy E. Kozal in Support of AuPairCare's Brief in Opposition to Plaintiffs' Motion for Class Certification

---

I, Peggy E. Kozal, declare as follows:

1.  I am an attorney at the law firm of Gordon & Rees, LLP, counsel of record for Defendant AuPairCare, Inc. ("AuPairCare") in the above captioned matter. I am over the age of 18. I have personal knowledge of the matters set forth in this Declaration, except those stated on information and belief, and as to those matters, I am informed and believe they are true. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

# EXHIBIT E

2. Upon information and belief, on or about May 9, 2017, Plaintiffs sent a survey to host families who participated in the au pair program between approximately 2009 to early-May 2017. The survey asked several questions about the amount of weekly stipend that the host families paid to their au pair(s).

3. On or about June 11, 2017, Plaintiffs submitted their Responses and Objections to Defendant Cultural Care's Second Set of Requests for the Production of Documents. With their discovery responses, Plaintiffs disclosed portions of the host families' survey responses compiled into an Excel spreadsheet with Bates number RFP000572. The spreadsheet did not include the text from those host families who responded to the following question: "Is there additional information that you would like to provide regarding the weekly stipend provided to your au pair, or your relationship with the sponsor agency? If so, please comment below." (hereinafter referred to as "Host Families' Additional Information").

4. Attached as Exhibit D to AuPairCare's Brief in Opposition to Plaintiffs' Motion for Class Certification ("AuPairCare's Brief") is a true and correct copy of an excerpt from RFP000572 of the data related those host families who contracted with AuPairCare and responded to Plaintiffs' stipend survey. Exhibit D contains the AuPairCare data culled from RFP000572 with the columns sorted to reflect the highest reported stipend to the lowest reported stipend.

5. A substantial percentage of the host families reported that they could not recall the amount of the stipend that they paid to their au pair(s) or did not respond to the survey with an amount that they paid to their au pair(s). When factoring in those host families who recalled and reported the stipend amount they paid, 57% of host

EXHIBIT E

families reported paying a stipend of $200 or more per week, many of which ranged from $202 to $1000. Less than a quarter of host families reported paying exactly $195.75.

6. After certain of Defendants' counsel demanded that Plaintiffs' counsel provide the Host Families' Additional Information, on or about June 26, 2017, Plaintiffs submitted a supplemental production with the text of host families' input compiled into an Excel spreadsheet with Bates number RFP000733.

7. Attached as Exhibit F to AuPairCare's Brief is a true and correct copy of an excerpt from RFP000733 of certain examples from host families who provided additional information to the stipend survey which shows that AuPairCare host families frequently paid significantly more than $195.75, provided various other forms of compensation, or had their au pair work substantially less than 45 hours per week.

8. AuPairCare does not agree that the survey employed reliable methodology, but proffers this evidence for the purpose of showing that even Plaintiffs' disclosures show that individual issues predominate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of July, 2017, in Denver, Colorado.

_____
Peggy E. Kozal

1104001/33769815v.1