# EXHIBIT F

| _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2017 14:18 | 6cbd | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $200 per week | | | | Amount was in the contract provided to me | | | | | Two | Both of my children were in school full-time (ages 8 and 13 at start of relationship) and au pair's hours were probably less than traditional au pair responsible for younger children. |
| 5/18/2017 20:09 | 5156 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Two | In addition to the weekly stipend, our contract indicated that I was to pay for a certain number of educational classes at an institute of higher learning. My au pair did not work the full amount of time that she could be scheduled as my children were 16 and 14 years old. She was responsible for driving them to various activities and as a result, so there were additional changes to my insurance that covered her. She was able to use the car outside of work hours. My au pair never complained about the weekly stipend she received. I assume that the au pairs are told in advance the number of hours they may be asked to work each week as well as the pay that they would receive for working those hours. |
| 5/15/2017 18:50 | a97e | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | One | I would give an extra $100 each week, always gave gift cards for entertainments and extra. Our Au Pair was awful and we stopped using her after 3 months and would never have an Au pair again. |
| 5/15/2017 18:25 | ab01 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | She worked less than the max regulated hours |
| 5/18/2017 17:36 | c14f | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | We paid for the majority of her food, cosmetics, hygiene products, cable, power etc. We took her to dinner as a family member not as a sitter often and paid. We provided all transportation to meet up with friends/shopping/ etc for her. We also took her to amusement parks, festivals etc and paid for it in full while typically watching the children ourselves. |
| 5/16/2017 3:32 | b4d9 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | One | I feel that the stipend was fair seeing as how we paid extra in groceries, water, and electric. We also offered our au pair a room with on-suite bathroom and a car of their own. We also took the au pair on many family trips where they were not expected to work, we were just showing them the USA. |
| 5/10/2017 12:55 | c1a6 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | -195 | | | | | | Amount was in the contract provided to me | | | | | Three | When we estimated the amount of rent, cell phone, car, insurance, food, etc and divided by the monthly hours we found that the au pairs were paid well above the minimum wage. I think it was actually quite high - $13-$15 per hour. |
| 5/11/2017 19:08 | a500 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | One | The weekly stipend, though low when written down, doesn't represent a variety of "soft" costs we had associated with our au pairs (an extra car & insurance we maintained for them, smart phones, shopping trips, vacations we took them on, etc….we literally treated them like our own daughters). My understanding is that we were more generous than many au pair families in terms of these soft costs (for example, we live in a wealthy community and one of our second au pair's friends said her family would "charge" that au pair when they took a soda from the fridge), so I think there needs to be some more structure put around what "soft dollar" support au pair families are required to provide OR the minimum dollar stipend should be increased for these girls.

Outside of connecting us with au pairs during the selection process, we also feel like we got very little support from our agency with "managing" our au pairs during their stays…having a young girl away from home, struggling with cultural and language barriers, while also learning a new job that has some sensitive issues attached to it (caring for someone's children is about as sensitive as it gets), is bound to be challenging. I know our au pairs felt the same lack of support from the agency, so I am not surprised by this lawsuit. |
| 5/9/2017 22:36 | a23a | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 195.75 | | Approximately $250 per week | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | We provided the required stipend and tuition for classes. We also paid for our au pair's expenses when she traveled with us - including tickets to Universal Studios and Walt Disney world, colonial Williamsburg and any other venue we visited. We didn't charge for gas money or other items for the au pair's personal use beyond time with out kids. Also, when we became aware of another family paying more for longer hours, we reported the situation and our area director took prompt action. The au pair in that case wanted more money so she was not happy to lose the extra income when her hours were reduced to the level permitted by the state department. |
| 5/17/2017 3:00 | c4ad | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | Sponsor told me the going rate | | | | | | | | Two | I don't remember the exact amount paid now but I think we paid about 30-50 dollars more weekly than minimum amount recommended. |
| 5/17/2017 3:08 | b358 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 196 | | | | | | | Based on State Department regulations | | | | One | We paid significant additional costs and expenses with keeping the au pair. She had her own room and we provided a smart phone and phone plan, gas in the car, all meals and money for meals she wanted to eat outside of the house. We provided her with a gym membership which also had a pool present, locker room, etc. Any memberships in the community and any events we participated in as a family, we paid for her to join also. (Pool club membership, zoo membership, museums, etc. concerts, rodeo, parties we paid for her to attend.) We also paid for all of her travel for her out of town classes in addition to her direct class cost. We also paid for her travel and a separate room, all meals, additional expenses, etc. for two family vacations and to a destination wedding during her year with us. |
| 5/10/2017 1:19 | a852 | Au Pair Care | 2009 | No | Standard/Regular/Traditional | | Yes | 200 | | | | | | | | | | | Three | $200 for 40hrs a week |
| 5/15/2017 18:16 | 9970 | Au Pair Care | 2014 | | I don't know | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | One | I remember paying a large amount upfront (around $7K), then paying our au pair around $200 weekly for no more than 35-40 hours per week. We additionally provided a beautiful "au pair" unit in our home with large private bed and bath, a car for daily use and use for the long weekends our Au Pair took to see the US while she was with us. |
| 5/16/2017 0:38 | a8a6 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 250 | | | | | | Amount was in the contract provided to me | | | | | One | I paid the contracted amount in the beginning for a few months. However I decided to pay extra because I felt like our au pair deserved more money. She didn't ask me for more money. It was my decision. |
| 5/9/2017 23:02 | 9cc4 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | In addition to the weekly stipend, we provided all meals for our au pair. She had her own room, a cell phone for work and personal use, a car for work and personal use, car insurance, and many other things. Our au pair also went on vacation with us at no cost to her. The only expenses our au pair had while living with us were for entertainment or personal shopping purposes. We also paid for the classes she took to earn the 6 credits required by the program. |
| 5/17/2017 18:09 | a42c | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | I don't remember | | | | Amount was in the contract provided to me | | | | | Three | I also provided my aupair with a car, a phone, a membership tot he gym and many other perks! |
| 5/10/2017 10:34 | b905 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | Two | The weekly apeon e
Provided the au pair with spending money but in addition she received at not charge a car with insurance, a private room with barroom, all meals and access to unlimited internet service, a mobile phone paid for her. The total monthly expenses directly related to the au pair were around $1800, this not including payments to the university for her classes. |
| 5/15/2017 18:14 | b1ae | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | Au pair told me the amount | | | Two | Food and lodging in our area is pricey, an estimated $1400/month that we paid for food and lodging as indirect costs but I feel should be counted towards the au pair's compensation.

I thought our sponsor was great. |
| 5/9/2017 23:11 | a148 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | -200240 | | | Sponsor told me the going rate | | | | | Au pair told me the amount | | | Two | We did end up paying our au pair more, by mutual agreement, when we went over the prescribed hours. Ourpair suggested this as she knew we were paying babysitters. We paid her the same rate we paid them. |

# EXHIBIT F

| # | _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 5/18/2017 18:21 | 77ed | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | | Sponsor told me the going rate | | | | | | I don't remember | | Two | In addition to the stipend, I paid my au pair extra to cover any transportation expenses he had, especially to get him to classes. I also paid for an extra class to improve his English. |
| 22 | 5/9/2017 22:28 | a486 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | | | | | | Au pair told me the amount | I don't recall | | Three | In addition to the stipend, our au pair didn't have to pay for her auto insurance, her stay at our home, her continuing education classes, any vacations we attended which were optional to her, any meals either inside our home or at restaurants. Also our au pair hardly ever hit the 40 hour maximum per week we had the option to use her services for. I feel au pairs in this program are very well paid and cared for overall (which my understanding includes their healthcare during their trip…which is more than some American citizens get working in the USA). This is an exchange program at its core… if there are au pairs complaining about not getting enough money out of the program to cover their expenses, then they are not being thoughtful enough about all the benefits they receive while visiting as well as how they spend their money on their experience. |
| 23 | 5/10/2017 12:23 | 8b1 | Au Pair Care | 2009 | Yes | Standard/Regular/Traditional | | Yes | 195 | | | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | You are not adequately addressing the wages and I think this law suit is completely frivolous.  The weekly stipend is what she was paid directly; however, you are not counting all the other costs that our family paid. 1) we paid $7000 up front to cover her medical insurance, 2) we paid for all housing, utilities, car, gas and food, 3) we paid for her to go to school as required, 4) we paid for her to go on vacation and family outings, 5) we provided her cable, internet and a phone. So she received $800 per month * 12 months or $9,600 of money and had zero expenses associated with it.  Her wages covered her fun playing which is more than adequate.  If you would like au pairs to be paid $15/hr then she/he can pay for their own living expenses and live outside the house and pay federal and state taxes.  It is unfair and ridiculous to compare the "wages" an au pair makes to wages from people responsible for taking care of all their bills. |
| 24 | 5/16/2017 21:33 | b740 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | | | | Amount was in the contract provided to me | | | | | Two | Hi, My aupair Kewalee Auwattanasombut ( May) in reality did very little in my household because I have a full time nanny and a full time housekeeper, she played with the kids in the afternoons and studied in the mornings and on weekends went off with her other Aupair friends. We took her to many places, Dominican Republic, Mexico, Aspen to Ski, Disney and even hosted her sister for over a week in our home. When we travel we take our nanny therefore she had very little shores or responsibilities. feel free to email me at linaeusse@aol.com |
| 25 | 5/15/2017 20:46 | b13c | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 240 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Two | In addition to the stipend, I paid for room, board, vehicle, car insurance, and brought the au pair along on family trips - paying all expenses.  In addition to the agency fee, I esitmate the overall cost of the au pair was well over $30k/year. |
| 26 | 5/16/2017 20:11 | a71a | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | A family member, friend, or colleague told me | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | Au pair told me the amount | | | Four or more | The stipend was $195.75.  It was easier just to do $200 - as the ATM does not spit out coins and individual dollars.  While this is what we paid her personally, we also paid the fee to the agency.  In addition, we paid for the car insurance, a cell phone and cell phone plan, all food, all necessities like toilet paper and toothpaste.  She often got more days off than the vacation she was supposed to have.  We also paid for her plane ticket home as she didn't have the money.  She said she would pay it by helping more around the house - which she didn't really do.  It was just nice of us.  We ended up paying more for the AuPair than we did having an in-home Nanny for 8 years.  However, it was still a good program.  I understand it is not a lot to live off of, but in our house it is essentially their "play" money as we buy everything else. |
| 27 | 5/18/2017 21:45 | bc21 | Au Pair Care | 2009 | Yes | Standard/Regular/Traditional | | | 215 | | | | | | Amount was in the contract provided to me | | | | | Two | I provided meals even when we ate out. We provided a car and gave her extra time off to go home to Germany. The company we went through really outlined everything and checked with the family and au pair regularly. If they didn't pay enough it's part the au pairs fault for not asking her coordinator.  Could be the family didn't understand. Other benefits were given from a phone to a laptop. Metrocards, vacations,…etc. Our Au Pairs were tested as a part of the family. |
| 28 | 5/10/2017 0:23 | 9a87 | Au Pair Care | 2008 | | I don't know | | No | | I don't recall my weekly stipend amount | | I don't remember | | | | | | | | One | |
| 29 | 5/15/2017 19:07 | b603 | Au Pair Care | 2013 | | I don't know | | Yes | 195.75 | | | | | | Amount was in the contract provided to me | | | | | Three | If our au pair worked more than 45 hours in a week or more than 10 hours in a day, we paid overtime at a rate of $15/hour in addition to the stipend |
| 30 | 5/15/2017 19:09 | b603 | Au Pair Care | 2015 | | I don't know | | Yes | 195.75 | | | | | | Amount was in the contract provided to me | | | | | Three | We paid overtime at a rate of $15/hour if our au pair worked more than 10 hours in a day or 45 hours in a week. |
| 31 | 5/10/2017 0:38 | aa58 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate | | Marketing materials from sponsor | | | | | | Two | For second au pair, we did increase the stipend to 215.75 after the first year |
| 32 | 5/15/2017 18:09 | a52c | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 250 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Three | AuPair Care named the minimum required payment each week.  We supplemented a little bit since our au pair was so fantastic and we wanted to help her out.  We had an au pair from 2007-2011. |
| 33 | 5/15/2017 23:34 | b755 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | Based on State Department regulations | | | | Four or more | We pay a weekly stipend of $200 via direct deposit.  This was more than the dictated amount from the DOS ($195.75). We also pay up to $500 in education fees as well as extra cash as needed for travel to and from the education sites and any Au Pair meetings or training locations. In addition to the weekly stipend and education fees we provide the following amenities at no cost to our Au Pairs: Full gym membership at a value of $55 per month iPhone with a fully paid data plan at a value of $80 per month Full use of a car both during working hours and off duty hours EZ-Pass for tolls up to $25 per month Car insurance at a value of $40 per month Hours weren't always the same. Many times much lower than 45. She went on family vacations we took her out to dinner constantly and treated her like a daughter |
| 34 | 5/9/2017 22:42 | be37 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | No | 195.5 | | | | | | Amount was in the contract provided to me | | | | | One | I played by the rules. No over night care. I only worked my au pairs 35 hours per week. I think 45 was the max. I had heard of families paying their au pairs extra. Obey for over nights but that would put them over time. Aupair had a car, cell phone, paid transportation from Queens into NYC. |
| 35 | 5/9/2017 22:32 | bb2a | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | | I don't remember | | | | Based on State Department regulations | | | | One | |
| 36 | 5/15/2017 20:48 | b9c6 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 140 | | | | | | Amount was in the contract provided to me | | | | | Two | She was paid well and was one of 2 full-time nannies helping us.  I recall thinking that there were too many regulations and not enough flexibility (protecting the au pair.). She ended up leaving us earlier than agreed upon originally and stole some things from the apartment we provided for her. |
| 37 | 5/15/2017 19:28 | a256 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | | | | Amount was in the contract provided to me | | | | | Four or more | |
| 38 | 5/15/2017 18:05 | bc74 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Two | We also paid our au pair a typical hourly babysitting rate for our neighborhood for extra hours worked. |
| 39 | 5/10/2017 0:22 | c7e5 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $200 per week | | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Two | As I understood the arrangement, the payment was a stipend since we also paid for their room/board/gas/car/education. The amount paid was supposed to cover 45 hours of work per week but my au pair rarely worked more than 20 and had EVERY weekend off PLUS EVERY THURSDAY off |

# EXHIBIT F

| # | _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 5/9/2017 22:26 | b4a8 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Three | I rounded up from the recommended amount to the nearest hundred for her paycheck and it was transferred directly into her checking account. We also provided a car, car insurance, gas, drivers education including private driving lessons since she couldn't drive and had billed herself as being an experienced driver, drivers licence, $500 to education, iPhone 3 (in 2011 that was a nice one), and paid for her phone contract. All fees associated with the above costs were covered by us. We also bought her whatever food she wanted, included her in all family outings and events, and gave her a grocery store gift card so she could buy whatever extra food she wanted. |
| 41 | 5/9/2017 22:54 | be8a | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 225 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three | Our au pair was also provided her own bedroom and bathroom, access to a car with her gas paid for, all meals paid for. We also provided her with additional bonuses at holidays, if she worked any amount of time above and beyond. She was able to travel to Europe, Hawaii, Mexico, Las Vegas, California, etc. |
| 42 | 5/9/2017 22:49 | 2312 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Two | I rounded off the stipend amount ($195.75) to $200.00 to pay my aupair for 18 to 25 hrs a week. My aupair rarely (almost never) worked 45 hrs per week as contracted to. The sponsor agency was not supportive to the damaging issues I had with the aupairs. The aupairs I had stole from my family, struck and pinched my child, Ran up ez pass bills, attempted to open phone accounts fraudulently under my name and address. One aupair crashed my car under the influence twice with my children in the car. Another used my contract to arrive here and left within a month to get married to a man she planned to meet here. She is now married to that us citizen and currently lives 20 miles from us. The agency did not refund any amount to me for the aupairs I hosted. At one point with another aupair, I was refunded a quarter of the agency's annual fee for 40 days of work (that only required my aupair to work 18 hrs a week) from an aupair who chose to try another family. The agency family fee should not be such an excessive rate. I found that the agency supports the aupairs more than the families. They allowed one aupair that hit my daughter to go back on their available list for another host family, as well as the girl that drive under the influence with my children and damaged my vehicle. Dealing with the aupairs and agencies was a traumatizing period for me and I am still in debt and trying to recover from all lost fees and excessive insurance rates that went up to due to their lack of skill and experience. |
| 43 | 5/18/2017 17:18 | b474 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | Au pair told me the amount | | | Three | The stipend we gave was just for her personal use. We also paid for ALL food, hair and make-up supplies, new clothes, shoes, trips, travel, a car, and household items she wanted for her room. We gave her the stipend in monthly chunks so she could put it right in the bank. |
| 44 | 5/15/2017 19:04 | bf29 | Au Pair Care | 2016 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | A family member, friend, or colleague told me | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Two | Weekly stipend is around $196. We chose to round up to $200/week for simplicity. Au Pair was able to travel, enjoy time with friends at restaurants, bars, concerts, special tours, etc. on weekly stipend and even paid off all of her accumulated prior to her Au Pair year in her country. She enjoyed a year with us and went onto another family for another 6 mos. She returned to her country to take exams and will be returning to the US in the Fall on a student visa. She had a great experience with Au Pair Care, our family and loved the US! We had a wonderful Au Pair and so enjoyed our cross cultural experience! Such a wonderful program! |
| 45 | 5/9/2017 23:47 | 98c4 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Two | I paid what I was told was the going rate for a certain # of hours. If we ever went over those hours, we paid an hourly rate discussed with our au pair. Of course, we also paid for our au pair's travel to the U.S., training/hotel provided by the agency upon her arrival, all food, lodging, etc. She went on vacations with us, which we paid for. We ended up needing her less than we expected, so she actually probably spent about 3-4 hours/day with my kids. I think it was a good deal for her. She earned $, got to travel, got the use of our car, etc. |
| 46 | 5/15/2017 19:02 | 9af3 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | Two | Please remember the monetary stipend for the exchange program is only a fraction of the total "compensation" the host family provides. In addition to the $200 weekly stipend, we also provide housing, food, cell phone with mobile plan, car insurance, gas money, car to use during free time - not to mention over $800 in gifts for welcome, birthday, XMAS & bon voyage. |
| 47 | 5/15/2017 20:39 | ac50 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | No | 200 | | | | | | Amount was in the contract provided to me | | | I don't recall | | Three | Our au pairs regularly worked less than 40 hours per week. We don't remember how we knew the rate, maybe marketing materials, maybe the contract. We never suspected an wrongdoing on the part of the sponsor. When mother died and her service to everyone dropped off that was to be expected, but the girls thought the worst. We had frustrations with the program in general and they had frustrations with her. On our end, it appeared that the issue was with au pairs having unrealistic expectations about their time here. It clearly had to do with what they were told about the program before their arrival. By the time we bought a car, a phone plan, school, food, and other expenses, we certainly spent more than the 200 per week but they did always feel shorted. We have had other live in nannies before and since. We paid them more but did not buy a car, phone, phone plan, food, or school. |
| 48 | 5/19/2017 1:36 | c859 | Au Pair Care | | | | | | | | | | | | | | | | | | I'm sorry, I'm not going to answer questions that have pre-selected answers. This whole suit is incredibly poorly thought out. You are comparing Au Pair wages against the wages of those who have to pay their rent, telephone, car, food, etc... out of that budget. Au Pairs do not pay any of that. If that's how they want it to go, the going rate for rent in my city is about $1,000 a month. We can go on from there for all of the other normal expenses. We have also taken our Au Pairs to Hawaii, Palm Springs, Disneyland, etc... Not only were those free of charge to the Au Pairs (and a great expense for us). They were paid for working those weeks even though they actually only worked about three hours. I could go on for all of the other financial benefits that Au Pairs receive that you conveniently leave out of your suit. This is absolutely crazy. |
| 49 | 5/9/2017 23:37 | 9f64 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | | 200 | | | | | | | Based on State Department regulations | | | | One | Our au pair got her her own apartment on the first floor of our house in center of one of the biggest cities in the US going rate for rent would be $1800k we also paid her wifi, all food, all utilities, cooked for her, paid for her iphone and data plan, car insurance, gas, gave her car etc. if she had paid for all this herself she'd be spending $40k+! She literally saved her stipend every week because she rarely spent money. |
| 50 | 5/10/2017 13:17 | 9f80 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | | Based on State Department regulations | | | | Two | The weekly stipend is a small component of the pay the au pair receives. Also included is full access to a personal, high end vehicle including gas, a credit card for all groceries and food as well as anything the children need, room and board with a fully furnished private bedroom in the San Francisco Bay Area, numerous vacations with tons of free time that are fully paid.... the list goes on. This feels like an uninformed and wasteful lawsuit. |
| 51 | 5/9/2017 22:30 | 9c15 | Au Pair Care | 2010 | | I don't know | | Yes | 500 | | | | | | Amount was in the contract provided to me | | | | | Two | Yes, we were told that the au pair had experience taking care of children. She did not have any experience at all. We knew she didn't drive but had no idea she couldn't do anything else. (Additionally, she left our 2 year old unattended in the bathtub, he was bitten by a dog and several other scary situations.) She was a very nice young lady, but she had no idea how to take care of children and it was like having a high school student or older sibling in the home. She made $10/hr plus we paid many other expenses. My husband worked shift work and I had to quit my job and find another due to the lack of hours she could work. It was a very tricky situation and I would not recommend it. We decided it was best for me to stay home and pay a local sitter the same rate if we needed help or had an engagement we both needed to attend. We would not recommend Au Pair Care. It was not a good financial decision for our family. |

EXHIBIT F

| # | _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 5/10/2017 1:12 | c086 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Three | Most of the time I was working with my Aupair as a SAHM. We paid many additional costs such as gave her a car to drive whenever she needed it, paid for gas & insurance. Paid for family vacations and did not require work, paid for dining out and special events, college credit. It was not an experience or relationship based solely on child care. It was a cultural exchange and our Aupairs have always been part of our extended family. |
| 53 | 5/15/2017 19:19 | b063 | Au Pair Care | 2009 | Yes | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | | Sponsor told me the going rate | | | | | | | | Three | I feel that although au pairs don't make minimum wage, they have a free place to live and food provided. We also provide them nice vacations and a monthly gym membership a car to drive with insurance payments, nice birthday and christmas presents. Plus they gain an experience of living in the United States with no fees to pay. I'm very surprised that any au pair would challenge the opportunities they received being in the program. |
| 54 | 5/15/2017 18:21 | ba6f | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | | | | Amount was in the contract provided to me | | | | | Four or more | I may not remember the amount, but we paid more than that amount. We also gave her a cell phone (we paid for her service), she had the use of a car to herself (we have 3; we covered insurance and filled it once a week), we gave her 4 weeks off a year (so more than we were told was necessary) and paid her a bonus at Christmas and when she left to go home. |
| 55 | 5/15/2017 19:07 | 81b7 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200.75 | | | Sponsor told me the going rate | | | | | Au Pair told me the amount | | | One | I paid my au pair the exact amount that the Sponsor instructed me…they were very specific that it had to be the amount they specified (not sure if for legal, tax, or au pair expectation). I also paid, separately at least another $50-100 per week to my au pair for extra babysitting or doing other errands/chores. |
| 56 | 5/18/2017 18:18 | aef1 | Au Pair Care | 2008 | | | | I don't know | Yes | | 200 | Sponsor told me the going rate | | | | | | | | Two | In addition to the weekly stipend, we would buy the au pairs clothing, shoes, room furnishings and decor and pay for their tuition and give them extra money for special occasions or if we thought they were doing a great job |
| 57 | 5/9/2017 22:26 | 9db5 | Au Pair Care | | | Standard/Regular/Traditional | | Yes | | | | | | | | | | | | One | We paid her car insurance, all her food, took her on vacations. She never worked more than 40 hours usually 32. I do think the agencies fees for renewal were ridiculous since they already had the Visa. We also would have planned to pay for her college but she chose not to go. |
| 58 | 5/10/2017 1:05 | b70c | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Three | I was home with the au pair and children as well, so she did not have full care of the children. |
| 59 | 5/10/2017 4:09 | abae | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Two | I felt the amount was reasonable for our family and our au pair was happy as our au pair worked about 130 days and only 25-30 out of the possible 45 hours a week and had a lot of flexibility etc. out of those hours 10 were napping hours. I made dinner every night for her and she could take her car wherever she wanted in off hours. Grandma treated her like a grandchild and gave her gifts too. I do feel the agency charged about 8,000 for their services and the required pay for the au pair was 198.50 a week. I feel this would be unfair for a nanny working 45 hrs a week. |
| 60 | 5/15/2017 22:33 | b5b0 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | No | 200 | | | | | | | Based on State Department regulations | | | | Three | Our au pair had full room and board (market rate in our town is $1200-2000 for a room in a shared home or apartment, including utilities. We provided her with all food and personal care items, and She was free to add anything she wanted to the grocery bill. Our au pair worked 20 hours per week on average and had four weeks paid vacation. We also purchased any shoes and clothing she needed for our climate. |
| 61 | 5/15/2017 2:48 | a299 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | In addition to the stipend our AuPairs enjoyed private bedroom and bathroom in a luxury residence, maid service, all meals supplied, personal care products/toiletries supplied, a car with all expenses paid, paid individual vacations, vacations with our family, paid university courses and use of health club and golf and tennis country club. The value of the stipend our AuPairs considered to be minor compared to the other benefits provided. We maintain regular contact with our former AuPairs and they frequently visit us on vacation. |
| 62 | 5/15/2017 18:06 | b8ca | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | | | | | | Based on State Department regulations | | | | Two | I would like you to know that in addition to the weekly stipend, the au pair was given room and board. This included a studio apartment that would have cost about $1200 per month in the rental market in Berkeley, ca plus utilities. Additionally, we gave her an extra $200 per month for any food she wanted to personally buy, and a credit card in her name for any food she bought for herself or the kids. She was also given a cell phone that we paid for and use of our car in the evenings. We also paid over $500 to cover her university expenses. So I think she was paid very fairly for her time. |
| 63 | 5/10/2017 7:40 | 6d16 | Au Pair Care | 2013 | | | | I don't know | Yes | | 200 | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Two | I had 3 au pairs between the years of 2013 and 2016. It was my understanding that the weekly stipend was ~$195, but I always paid $200. My children were 10 & 8 when I had my first au pair and they were quite self sufficient. On average my au pairs NEVER worked more than 25-30 hours per week unless there were school holidays which I often took off to be with the kids. |
| 64 | 5/18/2017 17:09 | 9.00E+40 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 200 | | | | | Marketing materials from sponsor | | | | | | Two | In addition to the stipend we also have always provided the au pair with a car, car insurance, gas, $30 a month health club membership, plus a $30 stipend per month for toiletries (makeup, shampoo, conditioner, room stuff). We also provide the au pair with yearly memberships for museums and amusement parks (equaling over $400 a year). We also let the au pair purchase their own lunch and dinner materials at the grocery store. In addition, we give a $30 a month Uber stipend for weekends - for safety reasons. |
| 65 | 5/10/2017 0:24 | b285 | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | 250 | | | | | | | | | | | One | Our Au Pair worked for us from 5-7pm. She was in school the other times and never worked on weekends. |
| 66 | 5/15/2017 19:13 | b7d3 | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Two | I think in our case the stipend was not terribly unfair. The au pairs only worked about 15-20 hours/week. I know that others worked far more, based on what our au pairs' friends told them and us. |
| 67 | 5/10/2017 4:27 | b2f2 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 196 | | | | | | | Based on State Department regulations | | | | Four or more | Our au pair rarely worked the full 45 hours weekly, typically closer to 30-35 and had many more than 10 vacation days. Beyond the weekly stipend we paid for many additional things for our au pair to ensure a positive experience while in the US. we provided a bit more than the minimum. |
| 68 | 5/18/2017 17:22 | be60 | Au Pair Care | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Three | One of the children was in a preschool program and I was a stay at home mom. Very rarely was au pair alone with any child let alone three. |
| 69 | 5/16/2017 11:37 | ab33 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Three | She worked about 30 hours per week. There was also an $8000 fee when we initially signed her up to bring her over from her country. |
| 70 | 5/9/2017 23:17 | 9abd | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Three | Au pair was given more monetary amounts in the form of personal use of vehicle and maintenance , (300 month) insurance for vehicle, (125 a month) personal cell phone, (50 a month) weekly gas money, (100 month) membership to country club including food and drink priveledges,(100 a month) room, board, educational 500 dollars educational, air fare…this was all on top of the amount paid for the weekly stipends. None of the au pairs we hosted were unhappy with their wages and perks that proved to be monetary benefits for their stay with our family. |
| 71 | 5/10/2017 2:16 | b9a9 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | | | | Amount was in the contract provided to me | | | | | Two | There was not any good data with average stipend paid across the US. |
| 72 | 5/15/2017 18:24 | a48e | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | Sponsor told me the going rate | | | | | | | | Two | I always paid extra for any extra work. I paid for a gym membership, credit card given to pay for all driving and food expenses, paid for education, they get paid vacation. I don't believe in curfews. |

# EXHIBIT F

| | _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 5/9/2017 23:05 | c45e | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | 197 | | | | | | Amount was in the contract provided to me | | | | | Three | We also covered all living expenses for the aupair. And, they often came on trips with us at their discretion, and, we always paid for everything. They had plenty of their own free time too. We also paid for their courses at a local junior college. We had an au pair take a class in electrical engineering and won an award for a solar engineering project at the California State fair. She went on to be a great engineer back in her home country. We had another au pair who took a course in Radio TV and Film. She used that experience and her improved English to get a job at a TV station back in her home country. The au pair program has been a wonderful experience both for us as a family and the au pairs. We have had au pairs continuously since 2008, but, this will likely be our last au pair due to our children's age. But, the program was mutually beneficial to everyone. We are still great friends with our past au pairs. Multiple of them have come to visit us on vacation. |
| 74 | 5/9/2017 23:00 | ad2a | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | Our Aupairs have always been treated as a member of our family. We included her in family meals and celebrations. We celebrate our Aupair's special moments and celebrations. We invite our Aupairs to travel with our family and do not expect her to pay for anything when they participate in activities with our family. We treat her as part of a cultural exchange program not as an employee. We wouldn't want to have an employee living in our home with us. |
| 75 | 5/21/2017 5:46 | a140 | Au Pair Care | 2013 | | I don't know | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | Three | Funds were direct deposited into our au pair's bank account every Friday. She was hired as more of a mother's helper, as I had a baby that I stayed home with, and she cared for the older children when they were not in preschool. When I took the older children to after school activities, she stayed home with the baby and rarely took care of all 3 children by herself. We had a great relationship with both the agency and the au pair! |
| 76 | 5/10/2017 1:17 | a1b2 | Au Pair Care | | 0 Yes | Standard/Regular/Traditional | | No | | I don't recall my weekly stipend amount | Approximately $250 per week | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | We also provided money for college classes, a private English tutor, a cell phone for both childcare and personal use, a car for both childcare duties and personal use. Provided all food and living expenses. Took au pair on various vacations during which they were not able to actually be on vacation and only had childcare duties sporadically for an hour or two at a time; this was in addition to the personal vacations allotted. |
| 77 | 5/9/2017 22:38 | b8d7 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | The weekly stipend was a small part of the au pair's compensation. The cost of their room and board, cost of cell phone and cost of vehicles and insurance is substantially more than the weekly stipend. Not to mention the tuition reimbursement. If I factor in $400 for cost of living, $500 for car, insurance, groceries and $500 for tuition reimbursement you are at ~$8.5/hour. Not to mention most au pairs do not work the full 45 hours per week. My Au pair is watching one child the majority of the time. I am happy to discuss if you have further questions. |
| 78 | 5/15/2017 19:27 | be17 | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $250 per week | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Four or more | I paid my au pair according the the guidelines regulated by the US government and the au pair agency. I also paid my au pair an additional $20 per week for gas money for her transportation needs. |
| 79 | 5/19/2017 13:15 | 9a0d | Au Pair Care | 2015 | | Standard/Regular/Traditional | | Yes | 220 | | | Sponsor told me the going rate | | Marketing materials from sponsor | | Based on State Department regulations | | | | Two | That only includes cash and we started at $200 (gave a raise after a few months). We spend another $250 on her expenses--cell phone, internet, room, all food, car, gas, car insurance, etc. She even has a credit she can use for those expenses when needed. So the $220 is only for discretionary spending, and she saves nearly all of it. |
| 80 | 5/15/2017 18:31 | afcd | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | | Based on State Department regulations | | | | Two | We had and continue to have wonderful experiences hosting au pairs. This is a cultural exchange program that offers young adults accessibility to live in the US while offsetting the large expense of living abroad for a year. For families, it is an enriching opportunity to learn about the world and also feel they have a type of extended family member taking care of their children, who lives with them and participates in family life--someone who truly cares about their family. The investment made by both parties provides peace of mind, self growth and learning of new ideas/cultural differences. We are truly blessed to have known and exposed our children to these lovely individuals from all over the world and look forward to continuing our relationship with them for years to come. |
| 81 | 5/18/2017 19:59 | a0c5 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | | | | | | | Two | We have a very good relationship. We have had approximately 6 au pairs. While they can work up to 45 hours a week, They have never come close to that because I simply don't need it. Of course they still make their same salary. The AuPair routinely worked under 25hrs in week |
| 82 | 5/16/2017 2:33 | a3f6 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 212 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | | | | | Two | |
| 83 | 5/11/2017 13:04 | c194 | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 195.76 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | In addition to the weekly cash stipend, we also provided room and board. We considered our au pair to be a cultural exchange guest. We gave her Christmas and birthday gifts and have taken our family to Colombia twice to see her and her family. The program also requires host families to put up $500 a year toward books and tuition costs for the 6 credit hours that au pairs must get each year. We also paid for her classes and provided transportation. |
| 84 | 5/9/2017 23:08 | c180 | Au Pair Care | 2009 Yes | | Standard/Regular/Traditional | | Yes | 200 | | | | | | | | Au pair told me the amount | | | Three | We had a great experience with Au Pair Care - our au pairs were all great!!! We also took our aunpairs on vacation as well. We spent almost $36000 per year on our au pairs. |
| 85 | 5/10/2017 1:43 | ab61 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 195 | | | | | | Amount was in the contract provided to me | | | | | One | We took care of all living expenses including food, toiletries and a bus pass. |
| 86 | 5/9/2017 22:39 | ada9 | Au Pair Care | 2010 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | Three | The stipend does not include room and board, the cost of which varies by au pair. For example, we take our au pairs on vacation with us (and we don't require them to work), out to dinner, to movies, skiing, to sporting events, etc.- just as if they were our own kids. We provide and pay for a cell phone and bus pass, and we don't ask them to pay gas money. We also host their visiting family members. None of this is mandatory - I don't know how typical it is. Our au pairs also do not work a full 45 hours/week except possibly on very rare occasions during the summer. I think the weekly pay is fair for our au pairs. However, we have seen other au pairs work long hours and receive poor or indifferent treatment. Agency personnel vary widely in quality for kids who struggle. I worry that if the cost to families goes up, more families will feel less restraint about exacting every possible minute of work from their au pairs. |
| 87 | 5/9/2017 22:42 | c18d | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | | Based on State Department regulations | | | | One | Au Pair generally worked about 30-35 hours a week. We also provided her with her own car, insurance for the car, gasoline and a car wash card that paid for its cleaning. We paid for her to take private driving lessons, several English language courses and we paid her flights home to visit over Christmas time. |
| 88 | 5/9/2017 22:54 | a6e3 | Au Pair Care | 2015 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Three | Average abour 30 hours a week. Paid 1/2 of the tuition for a full time international student since he wanted to go full time school. Paid phone, car insurance and lots of extras on top of stipends |
| 89 | 5/18/2017 20:50 | afba | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | | Amount was in the contract provided to me | | | | | Four or more | We have had aupairs for three years. They have always received 195.75 per week in addition to housing, food, a cell phone bill, a gym membership and their own car to use. They also went with us on lavish vacations to The Florida Keys, Hamptons, Vail, Boston, New York City and other places. I paid for many experiences for them, even when they were not working, that included skiing, Broadway shows, scuba diving, snorkeling, etc. |

EXHIBIT F

| _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2017 15:24 | b543 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | Based on State Department regulations | Au pair told me the amount | | | Three | This survey leaves out a lot -- hours the au pair worked (20/week), non-stipend money given to au pair (gas money, food money, reimbursements for entertainment with kids such as movies, cell phone, etc.).  Also, our first au pair in 2006 had a stipend of $135, which was increased to $195 in 2007 when minimum wage was increased.  So our understanding is that stipend is tied to minimum wage minus living expenses that are covered by host family. |
| 5/9/2017 22:51 | a8eb | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 198 | | | | | | Amount was in the contract provided to me | | | | | Two | Our Au Pair was also provided with a private bed and bath, her own car, and all food. She came on family trips and was not working but a member of the family. Additionally, she was provided with airfare and hotels for several independent trips to see the country with friends. She lived far above the means of most minimum wage workers. |
| 5/9/2017 23:10 | af4c | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate | | Marketing materials from sponsor | Amount was in the contract provided to me | | | | | Three | It was the discretion of each family if there were other amenities.  I heard some families were stingy with food, passage through the house and car usage.  Our family was very accommodating.  In addition to dedicated room, we supplied car with unlimited use, purchased food for our au pairs, birthday and Christmas gifts, passes to parks, gym membership and paid for phone. Again, each family was different and that was unregulated by the agency. |
| 5/9/2017 23:16 | bf81 | Au Pair Care | 2009 | No | Standard/Regular/Traditional | | Yes | -200 | | | | | Marketing materials from sponsor | | Based on State Department regulations | | | | Two | I just paid the amount that Au pair care Stated was the national rate for au pairs that worked 40 hours per week. I gave her occasional bonuses as well for certain things. |
| 5/9/2017 22:39 | ae89 | Au Pair Care | 2016 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Two | The aupair works under 45 hours and  drove, packed lunches, helped make sure they practiced their instruments and did their homework, made dinner/lunch as needed for kids. Had her own free time and we paid for all her meals, took her out with us and paid for food, basic necessities like shampoo, toothpaste etc and any additional groceries she liked |
| 5/15/2017 18:13 | abef | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | | | | | One | Our au pair had free use of our car and did not pay for gas. She rarely worked 45 hours a week. |
| 5/9/2017 23:14 | b1d8 | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 195.75 | | | Sponsor told me the going rate | | Marketing materials from sponsor | | Based on State Department regulations | | | | Two | The au pair program was an amazing cultural experience for my family.  We treated our au pairs like members of our family.  We not have family in Brazil and England as a result of this program.  We learned new culture, new food, and new languages.  Au Pair Care was helpful and informative throughout the process.  While I appreciate that every au pair's experience is different, if you were to ask any of our prior au pairs they would tell you they felt loved and valued with our family.  In fact, our au pairs have come back to visit and we are heading to England in 2018 for one of our au pair's weddings where my children will be a flower girl and page boy.  The program is amazing when utilized in the manner it was intended. |
| 5/10/2017 1:01 | ed5 | Au Pair Care | 2012 | | I don't know | | Yes | 198 | | | | | | Amount was in the contract provided to me | | | | | One | My au pair averaged less than 20 hours care per week- variable week to week. We took our au pairs across the country and provided cultural experiences throughout their stays and enjoyed meeting their families and we still keep in touch now. My son knows more personal things about Germany and Denmark than I could have ever provided him. To me, the advantage over using a sitter was absolutely the cultural experience. |
| 5/10/2017 15:27 | a81d | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Two | In addition to the stipend, the au pairs rarely work the full amount of time. None of our au pairs have ever worked a full 45. Additionally, they do not have to pay for food, housing or anything else.  They make good money for what they do and this lawsuit is stupid. We rarely used the maximum hours. |
| 5/10/2017 0:33 | a5fd | Au Pair Care | 2011 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | |
| 5/9/2017 22:08 | 9a9c | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | I don't recall my weekly stipend amount | Approximately $250 per week | Sponsor told me the going rate | | | | | | | | | Two | We paid the agency directly flat fee for a 35/40 hour work week. I do not know how much the au pair made per hour. |
| 5/10/2017 1:59 | a8d4 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | No | 200 | | | | | | | Based on State Department regulations | | | | Two | I provided free lodging,private bedroom and bathroom,  a car, gas, all meals, unless Aupair is going out with friends. I paid for vacations and food on vacations. Aupair received presents, clothing , and gift cards. The Aupair received the required state regulated pay but the expense of living here and transportation , all bills were paid by us. |
| 5/10/2017 2:09 | af3e | Au Pair Care | 2016 | | Standard/Regular/Traditional | | Yes | 197 | | | | | | Amount was in the contract provided to me | | | | | Two | Our Aupair generally works less than 335 hrs per week. |
| 5/10/2017 12:25 | bcbe | Au Pair Care | 2009 | Yes | Standard/Regular/Traditional | | Yes | 200 | | | | | | | | Au pair told me the amount | | | Three | We also provided a cell phone and car to our au pair as well as extra days off if she wanted to do something or go somewhere. She traveled a lot around the United States, Mexico, and Canada. |
| 5/16/2017 1:06 | 9.00E+74 | Au Pair Care | 2012 | | I don't know | | Yes | 200 | | | | | | Amount was in the contract provided to me | | Au pair told me the amount | | | Two | I was 100% under the impression that the stipend was $194 every week, but we chose to round up to $200. After 12 months, we gave each au pair a raise to $225 a week. |
| 5/9/2017 23:06 | b240 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | We sometimes give our au pair a bonus, and they are typically working less than the maximum of 45 hours |
| 5/9/2017 21:59 | a711 | Au Pair Care | 2013 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | Based on State Department regulations | | | | Two | The stipend didnt include transportation costs -$115 month |
| 5/15/2017 18:05 | a1bf | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | | Based on State Department regulations | | | | Two | Children go to school all day so number of hours worked by au-pair is about 5/6 per day (~30 per week) for that salary |
| 5/10/2017 0:00 | a662 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | Yes | 200.6 | | | | | | Amount was in the contract provided to me | | | | | Two | Our AuPair worked 20 hours per week. We started in 2003. Our AuPair was treated as a family member. We have heard nightmares of some AuPairs. I assume, these that are in this lawsuit, are the difficult ones!!!! |
| 5/9/2017 22:24 | a231 | Au Pair Care | 2014 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | Marketing materials from sponsor | Amount was in the contract provided to me | Based on State Department regulations | | | | One | In addition to the weekly stipend we paid our au pair, we also provided the following additional benefits for our au pair:<br>1) Gym membership (worth $25/week)<br>2) Cell phone (worth $15/week)<br>3) Unlimited bus/train pass (worth $20/week)<br>The stipend has always seemed low to me for our specific demographic area (Silicon Valley) and I have always paid my aupairs (first one in 2004) above the stipend rate suggested. Our aupairs have almost all provided great value for the money paid, though it is important to remember that it is not equal to that of a professional nanny (many of which I have also employed) so there are many factors to consider when assessing the stipend paid and not just an hourly rate, as many of my aupairs have had ample down time included in their work hour schedule. |
| 5/9/2017 22:13 | 9ca5 | Au Pair Care | 2016 | | Standard/Regular/Traditional | | Yes | 3003506 | | | | | | | | | | | Three | |
| 5/9/2017 22:42 | 9c83 | Au Pair Care | 2009 | | Standard/Regular/Traditional | | Yes | 200 | | | | | | Amount was in the contract provided to me | | | | | Two | We gave free cellphone, car, gas money, free rent, free food, free vacations with our family including air fair.  We gave many gifts and took our Au Pair to many events with us always paying.  The benefits our Au Pair received far exceeded the weekly stipend. |
| 5/9/2017 23:22 | e1d0 | Au Pair Care | 2007 | | Standard/Regular/Traditional | | No | 170 | | | Sponsor told me the going rate | | | | | | | | Two | We have had 8 au pair from 2006- present. They are outstanding care providers and people. They work the allotted hours or less. They have access to one of our cars at all times, gas, food, and a beautiful room in a beautiful house. We invite them to have friends over and to be apart of our family. Our experiences have been outstanding ones. The amount they are paid is very reasonable for the 40 hours or less they work a week with the extras included as above. NONE have complained and all are very happy. They travel throughout the US - by plane or rented cars. They are never short on money. They never complain. We love them. They love us and their experience in the United States. Our 9th au pair arrives in July.  She is very excited as our current (and 8th au pair) has told her she will have a wonderful and memorable experience. |

# EXHIBIT F

| # | _timestamp | id | agency_name | au_pair_year | after_july_2009 | ap_type | ap_other | who_paid | stipend_amount | dont_know_stipend | approx_stipend | sponsor | sr_family | sr_marketing | sr_contract | sr_state_dept | sr_au_pair | sr_dont_recall | sr_other | number_of_children | addl_info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 5/10/2017 0:35 | d582 | Au Pair Care | 2009 | Yes | Standard/Regular/Traditional | | I don't recall | | I don't recall my weekly stipend amount | Approximately $200 per week | | | | | | | I donâ€™t recall | | Two | Our au pair had nearly zero living expenses. We paid for all of her food, housing, laundry, cell phone, gas, and lent her our car. She kept and saved all of her money for personal use and all of our a pairs went home at the end of the term with significant savings. We always treat our au pairs like a member of our own family, and adhere strictly to all of the program regulations. We are still in touch with all of our old au pairs and have a wonderful relationship with them. They all grew tremendously from the program and gained excellence in English as well as a high quality cultural year in the USA. We have found the program to be a major win-win, and have never taken advantage of our au pairs in any way. |
| 114 | 5/10/2017 0:08 | df4c | Au Pair Care | 2013 | | I don't know | | Yes | | I don't recall my weekly stipend amount | Approximately $300 per week | Sponsor told me the going rate | | | | | | | | One | We bought extra airline tickets so she could return home to Brazil for the holidays- roughly additional $1200 for airline tickets. Monetary gifts included gift cards, restaurant cards, school supplies, presents for her extended family members, invited her family and extended family and friends to stay at our house - for several days to weeks- additional bonus pay- all amounted to extra $3000 on top of the pay the agency told us plus additional airfare. We purchased extra amusement park tickets to Disneyland (additional $200) and other excursion. |
| 115 | 5/10/2017 22:46 | 98ea | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 195.75 | | | | | | | Amount was in the contract provided to me | | | | Three | We paid more to the aupair than just stipend, room/brad, education. We also paid $40/month for phone and about $100/month in car insurance. |
| 116 | 5/18/2017 17:15 | d3bc | Au Pair Care | 2012 | | Standard/Regular/Traditional | | Yes | 196 | | | | | | | Based on State Department regulations | | | | Two | We also provided petty cash for items less than $50 example- ice cream, movie tickets or food …. etc. |
| 117 | 5/10/2017 14:05 | ca31 | Au Pair Care | 2008 | | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | Approximately $200 per week | | | | | Amount was in the contract provided to me | | | | Three | While the required stipend was low, we also provided all four of our au pairs with ALL food, shelter and transportation costs, provided them with two weeks of paid vacation time, and helped them with a variety of other expenses, so their actual total compensation was much higher. Our au pairs also worked only 30 hours per week. At minimum wage, they would actually have made LESS than the required stipend! |
| 118 | 5/10/2017 14:10 | d058 | Au Pair Care | 0 | Yes | Standard/Regular/Traditional | | Yes | | I don't recall my weekly stipend amount | | I don't remember | | | | Based on State Department regulations | | | | Three | Our au pair received a $200 per month living stipend as well as room and board (including 800+ square feet of living space/bedroom/bathroom/family room), all utilities paid, cell phone paid, organic food/groceries, gas money, use of the car, car insurance paid, health insurance paid through the agency, lots and lots of gift cards to stores/Starbucks from us, all expenses paid family vacations, pool membership, and all of her education/tuition covered. We even hosted her extended family in our home for two weeks and other friends from her home country for a week at a time. The value of all of these things, added together, is well over $30K per year. Neither we nor our au pairs ever felt taken advantage of or underpaid. This is a cultural exchange and childcare program and we both viewed it as such. It's a shame that the bad choices of a few host families is threatening a program that brought our family and our au pair so much joy and love. The living stipend is more than enough for the au pairs to use to travel and play during their year here, as they have no other expenses. Everything else- housing, food, utilities, transportation, school, insurance, etc.-is paid for by the host families. |
| 119 | 5/17/2017 14:21 | d55e | Au Pair Care | 2016 | | Standard/Regular/Traditional | | Yes | 200 | | | Sponsor told me the going rate | | | | Based on State Department regulations | | | | Four or more | We used automatic weekly bank transfers to pay our au pair. She received a Christmas bonus, and a $1000 payment at the end of the year to help her with college tuition as well. If this survey is about costs and benefits, we also added our au pair to our car insurance at significant expense, paid for gas, and maintenance, etc. so she had the freedom to travel around the city as she wished. She bought an iPhone and we paid for the equivalent dollar amount in cellular/data service to facilitate communication. |
| 120 | 5/9/2017 23:54 | e1b6 | Au Pair Care | 0 | No | Standard/Regular/Traditional | | No | | I don't recall my weekly stipend amount | | Sponsor told me the going rate | | | | Amount was in the contract provided to me | | I don't remember | | Two | The amount we paid per week i think was $400 + which was not an option in your survey question. |