EXHIBIT G

# WOODLOCH

## August 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | ☀ | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1:30-8:30pm 10 1h | 2:00-8:00pm 11 6:30h | 2:30-8:30pm 12 6:30h | 11:00-8:00pm 13 ah | 6:00-1:30 14 7:30h | 6:00-1:30 15 7:30h | OFF 16 →43h |
| 7:00-10:30pm 17 3:30h | 7:00-4:30pm 18 9:30h | 7:00-4:30pm 19 9:30h | 7:00-4:30pm 20 9:30h | 7:30-4:30pm 21 9h | 2:30-7:30 22 5h | OFF 23 →48h |
| 24 OFF / OFF 31 | 7:00-12:30pm 25 5:30h | 7:00-12:30pm 26 5:30h | 11:00am-7:30pm 27 8:30h | 6:00-4:00pm 28 10h  5:00-7:30 2:30h | 6:00-4:00pm 29 10h 3:00-7:30 2:30h | 7:00-12:30pm 30 5:30h →50h |

Lake Teedyuskung average is 20ft in depth.
Teedyuskung means Healing Waters

EXHIBIT G



# September 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  | 1 — 3:00pm-7:30pm (Labor Day) | 2 — 6:00am-4:00pm 11h | 3 — 7:00am-4:00pm 10h | 4 — 6:00am-4:00pm 11h | 5 — 7:00am-9:30am 2:30h; 2:00pm-7:00pm 5 | 6 — OFF → 46h |
| 7 OFF (Grandparents Day) | 8 — 7:00am-5:00pm 10h | 9 — 6:00am-4:00pm 6h | 10 — 7:00am-5:00pm 10h + 6:00pm-8:00pm 2h | 11 — 6:00am-4:00pm 6h (Patriot Day) | 12 — 7:00am-4:00pm 9h | 13 OFF → 51h |
| 14 OFF | 15 — 7:00am-4:30pm 9:30h | 16 — 7:00-4:30 9:30h | 17 — 6:30am-4:30pm 10h | 18 — 7:00am-4:30pm 9:30h | 19 — 11:00am-8:00pm 9h (National POW/MIA Recognition Day) | 20 — 6:30am-11:30am 5h → 57h |
| 21 OFF | 22 — 3:00-1:00pm 5h; 3:00-4:00pm 1h | 23 — 8:00-12:30pm 4:30h; 3:00-5:00pm 2:00h | 24 — 8:00-12:30pm 4:30h; 3:00-5:00pm 2:00h | 25 — 8:00-4:30pm 8:30h (Rosh Hashanah) | 26 — 6:00-4:00pm 10h; 5:00pm-7:00pm 2h | 27 OFF → 33:30h |
| 28 — 11:00am-6:00pm 7h | 29 — 7:00am-4:30pm 9:30h | 30 — 7:00am-12:30pm 5:30h |  |  |  |  |

Depending on summer weather, the leaves in the Pocono Mountains begin changing mid to late September and are in full color as early as the first week in October!

EXHIBIT G



# October 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | 1  5:45am-1:00pm 8h | 2  7:00am-4:00pm 9h | 3  7:00-4:00pm 10h → 49 | 4  OFF  7th upper |
| 5  OFF | 6  7:00am-4:30pm 9:30h | 7  6:00am-4:00pm 10h | 8  7:00-4:00pm 9h | 9  7:00am-1:00pm 6h  Haunted Hayride | 10  7:30-11:00am 4h  5:00pm-7:00pm 2h → 46 1/30 | 11  7:00-1:00pm 6h |
| 12  OFF | 13  6:00-4:00pm 10h  5:00-7:00 2h  Columbus Day | 14  6:00am-4:00pm 10h  6:00-7:00pm 2h | 15  6:00am-4:00pm 10h  Haunted Hayride | 16  7:00-1:00pm 6h  Haunted Hayride | 17  7:00am-1:00pm 6h  Haunted Hayride → 46 | 18  OFF |
| 19  7:00-11:00am | 20 | 21 | 22 | 23  Haunted Hayride | 24  Haunted Hayride | 25 |
| 26  7:00am-1:00pm | 27  7:00am | 28 | 29  7:30pm | 30 | 31  Halloween  Haunted Hayride | OFF |

POCONOS with the family



EXHIBIT G

EXHIBIT G

## December 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 30 OFF | 1 7:00-2:15pm 2:15pm | 2 7:00-1:00pm 6h | 3 6:00-9:00pm 3h | 4 6:00-1:00pm 2h / 4:00-6:00pm 1h Festival of Lights | 5 8:00-1:00pm 5h ~~~~~ SCK | 6 OFF 35h SICK Festival of Lights |
| 7 OFF SCK Pearl Harbor Remembrance Day | 8 3:00-12:00pm 4h | 9 1:00-4:00pm 3h / 5:00-7:00pm 2h | 10 7:30-5:00pm 10h | 11 7:30-5:00pm 9h Festival of Lights | 12 3:00-6:00pm 10h | 13 3:00-10:00pm 7h 60h Festival of Lights |
| 14 OFF Ballet 5:00p | 15 1:00pm-8:00p 7h | 16 8:00-1:00pm 5h | 17 1:00-4:00pm 3h Chanukah Begins 5:00 ★ 7:00pm 1h | 18 6:00a-4:30pm / 6:50 h / 6pm-7:50pm 1:40h | 19 6:00am-4:00pm 10:00h | 20 OFF 44h Festival of Lights |
| 21 1:00pm-6:00pm 3h | 22 10:00am-1:00pm 5h / 3:30-6:30pm 2h | 23 10:00-2:00pm 2h | 24 OFF Christmas Eve Last day of Chanukah | 25 OFF Christmas Day | 26 1:00-7:00pm 4h | 27 8:00-5:00pm 9h 42h |
| 28 2:00-5:00pm | 29 1:00pm-5:00pm 10h | 30 1:00pm-6:00pm 5h | 31 New Year's Eve | | | |

Festival of Lights