**Appendix 1.  Comparison of Transmittal Email and Notice.**

| Transmittal Email (Ex. 4) | Notice (Ex. 1) |
|---|---|
| "You . . . may be entitled to additional compensation for your past work" | "You are receiving this Notice because you were sponsored to work as an au pair by one of the named visa sponsors listed above on or after July 25, 2013."<br><br>"If you join this lawsuit by returning the enclosed Consent to Join form, you will share in the money that may be recovered for everyone who joins the lawsuit." |
| "If you sign up, the attorneys will represent you too." | "By completing the enclosed Consent to Join form, the attorneys representing the Plaintiffs will also represent you in this case." |
| "You have the right to participate in this lawsuit to recover any money owed to you. To do so, you must sign up." | "This Notice is to let you know that you have the right to participate in this minimum wage and overtime lawsuit, and how to sign up, if you want to." |

**Appendix 2. Summary of Defendants' Counsel's Unwarranted Personal Attacks**

| Docket Entry | Date | Document Title | Unwarranted Personal Attacks | Resolution |
|---|---|---|---|---|
| 134 | April 20, 2015 | Joint Motion to Strike Certain Allegations | "Plaintiffs' counsel engaged in **improper** and **unethical** contacts with several 'directors' and 'representatives' of certain defendants" (DE 134, p. 2).<br><br>"counsel engaged in **dishonesty**…" (DE 134, p. 9)<br><br>"Plaintiffs' counsel made these contacts in **willful disregard** for the Rules of Professional Conduct" (DE 134, p. 14)<br><br>"Plaintiffs' counsel orchestrated **deceptive** inquiries" (DE 134, p. 2) | Defendants Lost Motion (DE 235) |
| 175 | June 25, 2015 | Defendant Cultural Care, Inc.'s Opposition to Plaintiff's Opposed Motion for Extension of Time to Respond to Motions to Dismiss | "Plaintiffs' counsel . . . engaged in **improper** and **unethical** contacts" (DE 175, p. 2) | Defendants Lost Motion (DE 181) |
| 211 | August 10, 2015 | Moving Defendants' Reply Memo in Response to Plaintiffs' Consolidated Opposition (ECF No. 199) and in Support of their Joint Motion to Dismiss Plaintiffs' Antitrust Claim (ECF No. 135) | "the alleged statements . . . were obtained by plaintiffs' counsel in violation of his **ethical** duties" (DE 211, p. 13) | Defendants Lost Motion (DE 240, 258) |

| Docket Entry | Date | Document Title | Unwarranted Personal Attacks | Resolution |
| --- | --- | --- | --- | --- |
| 214 | August 10, 2015 | Reply in Support of Motion to Dismiss the First Amended Complaint by Defendant InterExchange, Inc. (Doc. # 130) | "Plaintiffs' assertion that the sponsors set the $195.75 figure is simply incorrect and **not made in good faith**" (DE 214, p. 8. n.7) | Defendants Lost Motion (DE 240, 258) |
| 327 | August 11, 2016 | Moving Defendants' Joint Motion to Strike Repudiated Allegations and for Leave to File Reconstituted Motion to Dismiss Antitrust Claim, and Incorporated Memorandum | "**unethical** use of an agent by Plaintiffs' counsel" (DE 327, p. 6)<br><br>"**wrongfully deceptive** 'evidence'" (DE 327, p. 14)<br><br>"Plaintiffs had **no good-faith** basis to bring" (DE 327, p. 12)<br><br>"**lacked a good-faith** basis at the complaint stage" (DE 327, p. 13) | Defendants Lost Motion (DE 490) |
| 386 | October 13, 2016 | Defendants' Opposition to Plaintiffs' Motion for a Protective Order | "Plaintiffs' complaints are unfounded in both law and fact and **without any good faith basis** whatsoever" (DE 386, p. 12) | Motion Became Moot (DE 411) |
| 489 | February 9, 2017 | Defendants' Opposition to Motion to Compel Answer To Plaintiffs' Interrogatory No. 1 and Request for Production No. 1 | "Plaintiffs' assumption is flawed, and apparently stems from their mistaken view that they can contact host families without making a full disclosure regarding this lawsuit. **The rules of ethics dictate otherwise**." (DE 489, p. 10) | Defendants Lost Motion (DE 506) |