**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON MOTION
TO AMEND THE FLSA NOTICE DOCUMENTS**

---

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard Practice Standard 7.1A(g) for a forthwith hearing on Plaintiff's Motion to Amend the FLSA Notice Documents ("Motion to Amend").

As explained in the Motion to Amend submitted herewith, a dispute has arisen regarding certain notice documents related to the FLSA opt-in process. On July 13, 2017, certain Defendants filed a Motion for an Order to Show Cause (*see* DE 596) in which they raised a series of objections to the existing opt-in process and requested expedited consideration, but failed to follow the correct Court rules on requesting forthwith consideration. No forthwith return date has been set on Defendants' Motion, and Plaintiffs' opposition to that motion is not otherwise due until August 3, 2017, under the Local Rules. Because Plaintiffs are seeking forthwith consideration of overlapping

1

issues, Plaintiffs have filed the accompanying Motion to Amend, and hereby request forthwith treatment of that Motion.

Forthwith treatment is necessary because, as explained more fully in the underlying Motion, the FLSA-opt in process is already underway, and there is an inconsistency between the Class Notice, which lists 2013-2016 as the eligible period, and the Second Amended Order Granting Motion for Conditional Collective Action Certification ("Certification Order"), which authorized Plaintiffs to send notice and consent forms to each member of the class employed on or after July 24, 2009.  There is also confusion among potential class members about the legitimacy of the notice transmittal message, and whether relief is sought against host families.  In addition, after a vendor error in transmitting the first wave of emails to potential class members, and a series of objections by Defendants (addressed both in Plaintiffs' underlying Motion and in Defendants' Motion for an Order to Show Cause), Plaintiffs have ceased sending notice to the potential class members.  At present, at least 60,000 of the over 90,000 class members have received no notice from Plaintiffs.  Defendants' position is that the statute of limitations is continuing to run for these class members.  For the remaining class members, who have received notice, the 120-day notice clock is ticking and the Motion to Amend seeks, *inter alia*, the Court's approval of the language of the reminder email to be sent at the 60-day mark.  Accordingly, forthwith treatment is necessary so that the opt-in notification process may resume.

As required by the Certification Order, Plaintiffs conferred in detail about the FLSA notice documents with counsel for all Defendants.  A full account, including discussion of the relevant correspondence, is included in the declaration of Dawn L.

Smalls submitted with the Motion to Amend.  Plaintiffs certify that the parties "are unable to resolve the issue between themselves" (Certification Order 14) and hereby request Court intervention so that the notification process can resume immediately.

Defendants received notice that, if issues relating to the opt-in process could not be agreed, Plaintiffs would avail themselves of the procedure outlined in the Certification Order by e-mail of July 11.  Defendants never responded and, instead, filed their own Motion for an Order to Show Cause on July 13.  In that Motion, Defendants sought expedited treatment, but failed to file a separate motion for that relief.  Nevertheless, the parties have manifested a similar desire to have these issues resolved quickly.  For that reason, and despite the two weeks remaining to oppose Defendant's Motion for an Order to Show Cause (which addresses overlapping issues to Plaintiffs' motion), Plaintiffs have also submitted their opposition papers to that Motion today.  Finally, prior to filing this Motion to Amend, Plaintiffs emailed Defendants to alert them to the fact that Plaintiffs were filing a motion for forthwith consideration.

Dated: New York, New York
July 20, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ Dawn L. Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York  10022
Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn L. Smalls
Dawn L. Smalls