# Exhibit 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## DECLARATION OF MARLON MARSHALL

---

I, Marlon Marshall, hereby declare as follows:

1.     My name is Marlon Marshall and I serve as partner of 270 Strategies, a firm that does public engagement.

2.     We were retained by Boies Schiller Flexner, LLP on April 27, 2017 to manage the outreach portion of the opt-in notification process for the FLSA class. This outreach included managing the emails sent to the putative class members and the implementation of a targeted social media campaign.

3.     Our primary point of contact at Boies Schiller Flexner, LLP was Dawn L. Smalls. Ms. Smalls spoke with us prior to and after retention to explain the contours of the case. She specifically explained that there were two classes, one opt-in that consisted of a subset of Defendants, and one opt out that consisted of all Defendants.

We were also retained to implement a survey of host families and a survey of au pairs to request information from them regarding the amount actually paid to au pairs and the terms of employment.  The core of the engagement was to manage outreach for the opt-in notification process and our instructions were to send opt-in notifications to the six FLSA Defendants only.

4.      As part of these engagements, we were sent data from FLSA and non-FLSA Defendants with host family contact information from 2009 – 2016. The host family information was sent to 270 Strategies in four different transmissions on April 27, 2017, May 2, 2017, and May 10, 2017.

5.      The data from the six FLSA Defendants with au pair contact information from 2013 – 2016 was sent to 270 Strategies upon issuance of the March 31, 2017 Order Granting Motion for Conditional Collective Action Certification, and then from 2009 – 2013 upon issuance of the Amended Order Granting Motion for Conditional Collective Action Certification on April 28, 2017. The au pair contact information for the FLSA Defendants was sent to 270 Strategies in five different transmissions on May 2, 2017, May 12, 2017, May 15, 2017 and May 19, 2017.

6.      The au pair contact information for 2009 – 2016 for the non-FLSA Defendants was sent to 270 Strategies in five different transmissions on May 24, 2017, May 25, 2017 and June 16, 2017 following Judge Tafoya's Order on May 11, 2017.

7.      We sent the first email notifying au pairs of the conditional class on July 5, 2017. A copy of that email is attached as Exhibit 1. That email was sent to 35,223 au pairs. Prior to transmission, we did not review with counsel the data sets to receive the

email and the email was erroneously sent to 4482 au pairs in the non-FLSA class. Specifically, the email was sent to 4482 or 4.7% of 95,686 au pairs, sponsored by Agent Au Pair, Au Pair International, EurAuPair, Great Au Pair, APEX-20/20, and Au Pair Foundation. No au pairs from Cultural Homestay International or USAuPair that were not also on another sponsor's list were contacted.

        8.      On Friday, July 7, 2017, Ms. Smalls alerted us to the error and the need for corrective action. On Sunday, July 9 upon direction from counsel, we sent an email correction in English to all 4482 au pairs that received the email. The email retraction was successfully delivered on the evening of July 9, 2017, to 4075 au pairs. 373 emails were not delivered because the email was invalid.  34 au pairs "unsubscribed" to the initial email and opted out of future emails after receiving the first one. The retraction was not sent to these 34 au pairs as they explicitly communicated that they did not want to receive any future email communications. In addition, an email to 384 au pairs in Spanish and 115 in Portuguese was sent on Monday July 10, 2017 upon receipt of an official translation of the corrective email to ensure consistency with the language used in the initial email.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

      Executed this 13th day of July 2017 at Washington, District of Columbia.

_____
Marlon Marshall

Partner
270 Strategies

# Exhibit 1

**AU PAIR WAGE ACTION**

Hello AJ,

You are receiving this message because you worked as an au pair between 2009 and 2016 and may be entitled to additional compensation for your past work.

**You may be owed additional compensation for the work you did as an au pair. Find out more or sign up to join the lawsuit.**

A group of au pairs has filed a class action suit alleging they were paid in violation of minimum wage laws in the United States. The au pairs claim that they were not paid minimum hourly wages, overtime wages, for time spent in mandatory training, and had an improper credit for room and board deducted from their wages. More information about the litigation can be found in the **Notice of Your Right to Join Lawsuit for Unpaid Wages.**

**You have the right to participate in this lawsuit to recover any money owed to you. To do so, you must sign up.**

This email is being sent to you on behalf of Boies Schiller Flexner LLP, the attorneys for the au pairs in their litigation against the visa sponsor agencies.

If you sign up, the attorneys will represent you too. **Sign up now**.


Thank you,

Jesse