# Exhibit 11

| | |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | "Reilly, Katie" |
| **Subject:** | RE: notice to antitrust only au pairs |
| **Date:** | Saturday, July 8, 2017 3:36:35 PM |

Just tried you.


Sent with Good (www.good.com)


-----Original Message-----
**From:** Reilly, Katie [Reilly@wtotrial.com]
**Sent:** Saturday, July 08, 2017 03:14 PM Eastern Standard Time
**To:** Dawn Smalls
**Subject:** Re: notice to antitrust only au pairs

Dawn - are you able to call me? 703.587.9800

On Jul 8, 2017, at 12:54 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:

Katie,

We are investigating and hope to have a more fulsome response to you this evening or tomorrow morning. If the notification was sent to non-FLSA Defendants, it was done so in error.

Dawn


Sent with Good (www.good.com<http://www.good.com>)


-----Original Message-----
From: Reilly, Katie [Reilly@wtotrial.com<mailto:Reilly@wtotrial.com>]
Sent: Saturday, July 08, 2017 01:42 PM Eastern Standard Time
To: Bender, Jonathan
Cc: Dawn Smalls; Peter Skinner; Sean Rodriguez; beltrandefendants
Subject: Re: notice to antitrust only au pairs


Dawn, Peter, and Sean:

To follow up on Jon's email, it appears that a large number (and possibly all) of Au Pair International's au pairs received the FLSA notice. As Au Pair International is an antitrust-only defendant, this is extremely concerning news. Please confirm immediately whether you sent the notice to au pairs for the antitrust-only defendants and, if so, explain your basis for doing so.

Thank you,

Katie

On Jul 7, 2017, at 4:07 PM, Jonathan Bender <JSBender@hollandhart.com<mailto:JSBender@hollandhart.com><mailto:JSBender@hollandhart.com>> wrote:

Dawn, Peter, and Sean,

At least 5 of the antitrust-only defendants (Aupair Foundation, Au Pair International, Agent Au Pair, Cultural Homestay International, and EurAupair) have au pairs who received the notice, which is improper. Who did you send the notice to, and do you know why any antitrust-only sponsored au pairs would have received it?

Thank you.

Jon

Jonathan S. Bender
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8456
jsbender@hollandhart.com<mailto:jsbender@hollandhart.com><mailto:jsbender@hollandhart.com>

CONFIDENTIALITY NOTICE: This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]