# Exhibit 12

| | |
|---|---|
| **From:** | Reilly, Katie |
| **To:** | Dawn Smalls |
| **Subject:** | Re: URGENT-notice to antitrust only au pairs |
| **Date:** | Sunday, July 9, 2017 11:54:49 AM |

Thanks Dawn.

> On Jul 9, 2017, at 9:50 AM, Dawn Smalls <DSmalls@BSFLLP.com> wrote:
>
> Katie,
>
> We still think the email is unnecessary and will cause additional confusion but will send out the email with your proposed language to any non-FLSA au pairs that received the email today. Plaintiffs will also voluntarily make the changes to the website outlined below.
>
> Dawn
>
> -----Original Message-----
> From: Reilly, Katie [mailto:Reilly@wtotrial.com]
> Sent: Sunday, July 09, 2017 9:43 AM
> To: Dawn Smalls
> Cc: Bender, Jonathan; Peter Skinner; Sean Rodriguez; beltrandefendants
> Subject: Re: URGENT-notice to antitrust only au pairs
>
> Dawn:
>
> As we discussed yesterday, a retraction email is absolutely necessary.
>
> The language your team proposed for the retraction email is confusing and overly complicated. Please revise the language in the retraction email to state:
>
>
> "Subject: PLEASE DISREGARD: Important information about your time as an au pair
>
>
> Dear [x]
>
> This email was sent to you in error.  The referenced notice does not apply to your visa sponsor. Please disregard the email."
>
>
> Please have your vendor send the above email in English to all au pairs for antitrust-only defendants today and in the translated languages tomorrow as early in the day as possible.
>
> Thank you,
>
> Katie
>
>
> On Jul 8, 2017, at 7:18 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:
>
>
> Katie,
>
> Plaintiffs do not think a corrective email is necessary as (1) the notice clearly outlines which sponsors it applies to; and (2) the Consent to Join form asks for the au pair's sponsor making it easy to filter out any forms received from any non-FLSA au pairs.

>
> Instead, we think a corrective email will cause more confusion. We think a better course would be to add to the webpage at the top in prominent lettering:
>
> Au pairs that were sponsored by InterExchange, Cultural Care Au Pair; Au Pair Care, Au Pair In America; Go Au Pair; and Expert AuPair please click here to review the Notice of Your Rights to Join Lawsuit for Unpaid Wages.
>
> If you still feel a corrective email is necessary, we propose the following text:
>
> Subject: PLEASE DISREGARD: Important information about your time as an au pair
>
> Dear [x]
>
> This email was sent to you in error. The claims referenced in the email below apply only to au pairs that were sponsored by InterExchange, Cultural Care Au Pair; Au Pair Care, Au Pair In America; Go Au Pair; and Expert AuPair as indicated in the Notice of Your Rights to Join Lawsuit for Unpaid Wages.
>
> The notice does not apply to your visa sponsor. There may be an opportunity to participate in the lawsuit at a later time. If that happens we will contact you at that time.
>
> If the affected Defendants are in agreement, we are able to send this out to the non-FLSA au pairs that were sent the notice in English tonight. We will have the email translated and sent out to the remainder on Monday once we have been able to translate it into Spanish and Portuguese. Alternatively, we can send it to everyone in English tonight.
>
> Dawn
>
>
>
> -----Original Message-----
> From: Reilly, Katie [mailto:Reilly@wtotrial.com]
> Sent: Saturday, July 08, 2017 4:15 PM
> To: Bender, Jonathan
> Cc: Dawn Smalls; Peter Skinner; Sean Rodriguez; beltrandefendants
> Subject: URGENT-notice to antitrust only au pairs
>
>
>
> All:
>
>
>
> To confirm the conversation I just had with Dawn, Au Pair International, Agent Au Pair, Great Au Pair, and Cultural Homestay (other antitrust-only defendants may join as well) demand that Boies Schiller's vendor immediately send a retraction email to all of their sponsored au pairs to whom the FLSA notice was sent stating that the prior email was sent in error and should be disregarded.  The retraction should be sent in the same manner and by the same sender as the original email.  We would like to review the draft retraction communication before it is sent.  Time is of the essence; the retraction email needs to go out today.
>
>
>
> As I explained to Dawn, the improper notice is causing serious disruption and harm to my clients.  They are being inundated with questions from au pairs regarding the notice and the lawsuit.  Your immediate transmission of a retraction email is a necessary first step to addressing this grave violation.  Please note that this request for a retraction email does not waive the antitrust-only defendants' right to seek additional remedies with respect to the improper notice. Nor does this request address or impact the FLSA defendants' significant objections to the notice, which will be addressed in separate correspondence.

>
>
>
> We look forward to receiving your prompt confirmation that you will send the retraction emails, and your draft retraction language later today.
>
>
>
> Thank you,
>
>
>
> Katie
>
>
>
>>> On Jul 8, 2017, at 11:41 AM, Reilly, Katie <Reilly@wtotrial.com<mailto:Reilly@wtotrial.com>> wrote:
>>
>>
>
>> Dawn, Peter, and Sean:
>
>>
>
>> To follow up on Jon's email, it appears that a large number (and possibly all) of Au Pair International's au pairs received the FLSA notice. As Au Pair International is an antitrust-only defendant, this is extremely concerning news. Please confirm immediately whether you sent the notice to au pairs for the antitrust-only defendants and, if so, explain your basis for doing so.
>
>>
>
>> Thank you,
>
>>
>
>> Katie
>
>>
>
>>> On Jul 7, 2017, at 4:07 PM, Jonathan Bender <JSBender@hollandhart.com<mailto:JSBender@hollandhart.com< A>>>> wrote:
>>
>>
>
>> Dawn, Peter, and Sean,
>
>>
>
>> At least 5 of the antitrust-only defendants (Aupair Foundation, Au Pair International, Agent Au Pair, Cultural Homestay International, and EurAupair) have au pairs who received the notice, which is improper. Who did you send the notice to, and do you know why any antitrust-only sponsored au pairs would have received it?
>
>>
>
>> Thank you.
>
>>
>