# Exhibit 14

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Peter Skinner; Dawn Smalls; Sean Rodriguez |
| **Cc:** | Wolosz, Justin J. |
| **Subject:** | Objections to Notice |
| **Date:** | Saturday, July 8, 2017 5:49:16 PM |

Good afternoon –

On behalf of Cultural Care, Inc., I write to inform you of our concerns with the Notice to the au pairs placed by Cultural Care.

Cultural Care's objections include, but are not necessarily limited to, the following:

You did not simply send the court-approved Notice. Instead, you sent an electronic "cover page" that looks like a chatty outreach from an au pair inviting her peers to participate in obtaining a share of a pot of money. That cover page contains four links, only one of which is to the actual Notice. Recipients are therefore able to opt-in by opening any of the other three links, without ever opening or reading the actual Notice. Indeed, it would be interesting to know how many of the recipients opened the Notice at all, or closed it too quickly to have read it.

The cover page is addressed to au pairs who participated in the program in and after 2009, rather than 2013. The only place that informs the au pairs that they are only eligible to participate if they served in the proper time period is the Notice itself, which a significant number of recipients probably didn't open or read.

Given your acknowledgement of the erroneous dissemination to au pairs who were placed by antitrust-only sponsors, we are compelled to ask: Did you also erroneously send the notice to au pairs who participated between 2009 and 2013? If so, we have a major issue requiring immediate remedial action.

We are still contemplating the appropriate remedies in these circumstances. At very least, all opt-ins who responded through this improper process should be nullified, and no outreach can be permitted to them except notification of the nullification followed by an email of the actual Notice. The process should start over with the dissemination of the Notice alone by email, *sans* chatty solicitation and use of social media.

If the defective Notice went out to au pairs who participated in and after 2009 rather than 2013, further remedies will be necessary. If the Notice went to such au pairs intentionally, the appropriate sanctions must be determined.

I will pass on this message to the other FLSA Defendants and allow them to determine whether they wish to join in these comments, and/or add additional comments.

Please let me know as soon as you can whether the notice went to au pairs in the 2009 to 2013 time period.

We look forward to discussing these issues with you at your early convenience.

Joan A. Lukey
logo



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949

f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com