# Exhibit 15

| | |
|---|---|
| **From:** | Colaizzi, Brooke A. |
| **To:** | Dawn Smalls; Peter Skinner; Sean Rodriguez |
| **Cc:** | Deeny, Raymond M.; Vickles, Heather F.; Hunt, Joe H.; Levy, Alyssa L. |
| **Subject:** | Beltran et al. v. InterExchange et al. FLSA Notice |
| **Date:** | Saturday, July 8, 2017 8:38:30 PM |
| **Attachments:** | image001.png |

Good evening,

I understand that Joan Lukey communicated with you earlier today on behalf of Cultural Care regarding the FLSA notice and related communications sent earlier in the week. On behalf of InterExchange, we agree that the email sent to prospective opt-ins was entirely inappropriate and out-of-line with court-approved notice process. Please include us on any conferrals or communications related to the issues raised by Ms. Lukey.

Thank you,
Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

cid:image001.png@01D26763.8346BC80



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.