# Exhibit 16

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Dawn Smalls; Kathryn Reilly; Jonathan Bender |
| **Cc:** | Peter Skinner; Sean Rodriguez; Beltrandefendants |
| **Subject:** | RE: URGENT-notice to antitrust only au pairs |
| **Date:** | Saturday, July 8, 2017 10:03:40 PM |

If you sent the Notice to au pairs who participated before the Specified 2013 start date, please correct that error when inviting au pairs placed by Cultural Care (and any other concerned FLSA defendants) to opt in. Thank you.

Sent with Good (www.good.com)

-----Original Message-----
**From:** Dawn Smalls [DSmalls@BSFLLP.com]
**Sent:** Saturday, July 08, 2017 09:18 PM Eastern Standard Time
**To:** Kathryn Reilly; Jonathan Bender
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** RE: URGENT-notice to antitrust only au pairs

Katie,

Plaintiffs do not think a corrective email is necessary as (1) the notice clearly outlines which sponsors it applies to; and (2) the Consent to Join form asks for the au pair's sponsor making it easy to filter out any forms received from any non-FLSA au pairs.

Instead, we think a corrective email will cause more confusion. We think a better course would be to add to the webpage at the top in prominent lettering:

> Au pairs that were sponsored by InterExchange, Cultural Care Au Pair; Au Pair Care, Au Pair In America; Go Au Pair; and Expert AuPair please click here to review the Notice of Your Rights to Join Lawsuit for Unpaid Wages.

If you still feel a corrective email is necessary, we propose the following text:

> Subject: PLEASE DISREGARD: Important information about your time as an au pair
> Dear [x]
> This email was sent to you in error. The claims referenced in the email below apply only to au pairs that were sponsored by InterExchange, Cultural Care Au Pair; Au Pair Care, Au Pair In America; Go Au Pair; and Expert AuPair as indicated in the **Notice of Your Rights to Join Lawsuit for Unpaid Wages.**
> The notice does not apply to your visa sponsor. There may be an opportunity to participate in the lawsuit at a later time. If that happens we will contact you at that time.

If the affected Defendants are in agreement, we are able to send this out to the non-FLSA au pairs that were sent the notice in English tonight. We will have the email translated and sent out to the remainder on Monday once we have been able to translate it into Spanish and Portuguese. Alternatively, we can send it to everyone in English tonight.
Dawn

-----Original Message-----