# Exhibit 17

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Dawn Smalls; Kathryn Reilly |
| **Cc:** | Jonathan Bender; Peter Skinner; Sean Rodriguez; Beltrandefendants |
| **Subject:** | RE: URGENT-notice to antitrust only au pairs |
| **Date:** | Sunday, July 9, 2017 12:41:37 PM |

Dawn --
On behalf of Cultural Care:
First, will your revised website now contain only a single link that will lead the au pair to the court-approved notice in order to opt in? Will the chatty "cover email" be removed? If the answer to either question is no, we press our objection.
Second, under no circumstances should an au pair be opting in without having reviewed the legal notice. Those who have already opted in need to have their opt in nullified, and the process must start over with the single link to the legal notice as indicated above. Please retain records necessary for us to object to the inclusion of any au pair who opted in on the basis of the defective website. Please also retain records of any communications that you have had or are having with such early opt-ins, as we object to anything other than a notice that they must review the legal notice in order to opt in to the class.
Third, we still require an answer to our question as to whether this went out to au pairs who participated in the program before the start date expressly stated in the notice, i.e., July 25, 2013. If it did, (a) we need to know whether that was an error or intentional, and (b) you need to retract that invitation to "participate in this lawsuit" to all au pairs who fall outside the court-ordered period. PLEASE CLARIFY THESE POINTS ASAP.

Joan A. Lukey

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

-----Original Message-----
From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Sunday, July 09, 2017 11:50 AM
To: Kathryn Reilly
Cc: Jonathan Bender; Peter Skinner; Sean Rodriguez; Beltrandefendants
Subject: RE: URGENT-notice to antitrust only au pairs

Katie,

We still think the email is unnecessary and will cause additional confusion but will send out the email with your proposed language to any non-FLSA au pairs that received the email today. Plaintiffs will also voluntarily make the changes to the website outlined below.

Dawn

-----Original Message-----
From: Reilly, Katie [mailto:Reilly@wtotrial.com]
Sent: Sunday, July 09, 2017 9:43 AM
To: Dawn Smalls
Cc: Bender, Jonathan; Peter Skinner; Sean Rodriguez; beltrandefendants
Subject: Re: URGENT-notice to antitrust only au pairs

Dawn:

As we discussed yesterday, a retraction email is absolutely necessary.

The language your team proposed for the retraction email is confusing and overly complicated. Please revise the language in the retraction email to state:

"Subject: PLEASE DISREGARD: Important information about your time as an au pair

Dear [x]

This email was sent to you in error. The referenced notice does not apply to your visa sponsor. Please disregard the email."

Please have your vendor send the above email in English to all au pairs for antitrust-only defendants today and in the translated languages tomorrow as early in the day as possible.

Thank you,

Katie


On Jul 8, 2017, at 7:18 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:


Katie,

Plaintiffs do not think a corrective email is necessary as (1) the notice clearly outlines which sponsors it applies to; and (2) the Consent to Join form asks for the au pair's sponsor making it easy to filter out any forms received from any non-FLSA au pairs.

Instead, we think a corrective email will cause more confusion. We think a better course would be to add to the webpage at the top in prominent lettering:

Au pairs that were sponsored by InterExchange, Cultural Care Au Pair; Au Pair Care, Au Pair In America; Go Au Pair; and Expert AuPair please click here to review the Notice of Your Rights to Join Lawsuit for Unpaid Wages.