# Exhibit 19

| | |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | Jonathan Bender; Peter Skinner; Sean Rodriguez |
| **Subject:** | RE: notice to antitrust only au pairs |
| **Date:** | Monday, July 10, 2017 11:23:00 AM |

Hi Jon,

I wanted to reply to your message specifically with respect to CHI. Our email vendor states that 5 of 944 au pairs on the list you provided were contacted, three of which were also included on a FLSA sponsor's list. Two CHI au pairs that were not on a FLSA sponsor's list received the email and were sent the retraction last night.

Dawn

**From:** Jonathan Bender [mailto:JSBender@hollandhart.com]
**Sent:** Friday, July 07, 2017 6:07 PM
**To:** Dawn Smalls; Peter Skinner; Sean Rodriguez
**Cc:** beltrandefendants
**Subject:** notice to antitrust only au pairs

Dawn, Peter, and Sean,

At least 5 of the antitrust-only defendants (Aupair Foundation, Au Pair International, Agent Au Pair, Cultural Homestay International, and EurAupair) have au pairs who received the notice, which is improper.  Who did you send the notice to, and do you know why any antitrust-only sponsored au pairs would have received it?

Thank you.

Jon


**Jonathan S. Bender**
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8456
jsbender@hollandhart.com

**CONFIDENTIALITY NOTICE:** This message is confidential and may be privileged. If you believe that this email has been sent to you in error, please reply to the sender that you received the message in error; then please delete this e-mail. Thank you.