# Exhibit 20

|   |   |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | Lukey, Joan; "Buchanan, Bob"; joan.lukey@choate.com; lkruzer@choate.com; jwolosz@choate.com; mgass@choate.com; kokeefe@choate.com; tquinn@gordonrees.com; pkozal@gordonrees.com; hkelly@gordonrees.com; jvedra@gordonrees.com; nhuey@gordonrees.com; reilly@wtotrial.com; west@wtotrial.com; fox@wtotrial.com; hvickles@shermanhoward.com; bcolaizzi@shermanhoward.com; redeeny@shermanhoward.com; jhunt@shermanhoward.com; alevy@shermanhoward.com; bogdane@hotmail.com; jfulfree@putneylaw.com; jcartafalsa@putneylaw.com; rtucker@putneylaw.com; smacri@putneylaw.com; estock@gibsondunn.com |
| **Cc:** | Peter Skinner; Sean Rodriguez; Alex Hood; Maria Guarisco |
| **Subject:** | RE: status of situation |
| **Date:** | Tuesday, July 11, 2017 3:39:00 PM |

Joan,

There was nothing improper about our notice to the FLSA plaintiffs, and the only necessary change is to change the date on the notice from 2013 to 2009.

However, we agree that time is of the essence and are open to compromises that will resolve the dispute efficiently and without the need for further litigation, so long as it does not prejudice the class or affect their substantive rights.  In that spirit, Plaintiffs propose the following, on the express understanding that Defendants agree that with these changes the e-mail and website are acceptable to them on a going-forward basis.

1. Plaintiffs will provide, by Sponsor, the total number of recipients of the Notice as originally disseminated, and the total number of opt-ins to-date.  As you will see, we have not completed the initial round of notifications.

2. Plaintiffs will modify the website so that the home page displays the long-form notice on the front page.  The other front page features will be buttons directing au pairs (a) to an electronic consent-to-join form; (b) to a request-more-information form; and (c) to key case filings, such as the complaint, the motion to dismiss order, and the class certification decision.  Of course we reserve the right to make further modifications to the page as we deem appropriate, but we will agree to maintain the notice on the front page during the entirety of the FLSA notice period in order to resolve any disputes.

3. Future e-mail links will direct au pairs to the website's home page, not to the consent-to-join form.

4. As for class members who have already opted in, Plaintiffs will send an e-mail to them that includes the full text of the long-form notice.

With regards to the 2009 vs 2013 issue in the notice, we still do not understand the contours of your position.  Please propose the precise language Defendants seek, and if the parties cannot reach agreement then the issue can be quickly submitted to Judge Arguello as contemplated in her order.

Dawn

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Monday, July 10, 2017 5:49 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** RE: status of situation

The call-in number at 6 p.m. ET (in about 12 minutes) is:

    888-633-8784

    PC   617 248 4949#

Defendants all intend to participate together, although I expect antitrust only counsel will speak on those issues, and FLSA counsel will speak on those issues.

Joan A. Lukey
logo



Choate, Hall & Stewart LLP

Two International Place

Boston, MA 02110

t 617.248.4949

f 617.502.4949

joan.lukey@choate.com

www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, July 10, 2017 5:46 PM
**To:** Lukey, Joan
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** RE: status of situation

Joan,

I just got off another call and will agree to speak at 6. 6:15 does not work. Please provide a call in number. It is your prerogative who is on the line and when, but Plaintiffs will not discuss the emailing to au pairs sponsored by non-FLSA Defendants with FLSA Defendants since it does not pertain to them. Similarly, Plaintiffs will not discuss your objections to the opt in process with non-FLSA Defendants.

Dawn

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Monday, July 10, 2017 4:26 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** RE: status of situation

Dawn –

    The FLSA and antitrust Defendants wish to confer with Plaintiffs together.  Concerns with a misleading notice including unapproved webpage and cover email predominate and apply to all Defendants.  The conferral must occur today.  We are available at 6 or 6:15 ET.  Please advise and I will circulate a call-in number.

Joan A. Lukey

logo



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
[joan.lukey@choate.com](mailto:joan.lukey@choate.com)
[www.choate.com](http://www.choate.com)

---

**From:** Dawn Smalls [[mailto:DSmalls@BSFLLP.com](mailto:DSmalls@BSFLLP.com)]
**Sent:** Monday, July 10, 2017 2:42 PM
**To:** Lukey, Joan
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** RE: status of situation

Joan,

As I offered this weekend, Plaintiffs are happy to confer. As it is already late in the day, please provide available times for a call today and tomorrow.

Plaintiffs wish to distinguish between the demands of the FLSA sponsors and any demands of the non-FLSA sponsors as the issues are completely separate. As I understand it, the FLSA sponsors have a number of objections to the opt in notification process. That notification process is not germane to non-FLSA sponsors other than the fact that an erroneous email was sent to certain of their au pairs. There was no error with respect to the mailing or initiation of the opt in notification process with respect to the FLSA Defendants (other than the date on the notice) so the discussion with respect to the erroneous mailing is not germane to the meet and confer with the FLSA Defendants.

Accordingly, Plaintiffs are prepared to have a meet and confer with the FLSA Defendants and a separate meet and confer with any non-FLSA Defendants that wish to have one to discuss the erroneous mailing and any additional corrective action, other than those already discussed or implemented, that they seek from Plaintiffs. To my knowledge none has been communicated. These should be separate calls.

Dawn

---

**From:** Lukey, Joan [[mailto:joan.lukey@choate.com](mailto:joan.lukey@choate.com)]
**Sent:** Monday, July 10, 2017 1:23 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** status of situation

Dawn –

Let me steam-line this situation by requesting a conferral on behalf of all Defendants,

covering all issues pertaining to the Notice and the surrounding process, including the issues that Tom Quinn, Katie Reilly, John Bender, Larry Stone, and I have raised with you since the Notice went out.  These issues include without limitation (1) the use of an unapproved webpage and cover email, (2) the inclusion of three out of four hyperlinks that permit the au pairs to opt in without reading the Notice, (3) dissemination of the Notice to all or some au pairs who participated through antitrust-only sponsors, and (4) the dissemination of the notice to pre July 2013 au pairs without an approved Notice form (and creating an inherent inconsistency between the webpage/cover email and the Notice itself).

Defendants call upon you to agree expeditiously to the following:

(1) Provide today a complete list of all recipients of the Notice, organized by sponsor;
(2) Provide copies to defendants of all prior communications with the vendor sending the notice;
(3) removal of the current webpage;
(4) posting on the webpage of the approved notice only, and nothing else, without an alteration of the dates until and unless agreement is reached or a court order obtained as to the proper notice to the pre-July 2013 au pairs; and
(5) agreement that all current opt-ins are nullified, pending further agreement or court order.

We are prepared to confer today.  Please note that the FLSA Defendants intend to seek court intervention later today, or in the very near future, if agreement is not reached.

Thank you.


Joan A. Lukey
logo


Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated

recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com