# Exhibit 21

| | |
|---|---|
| **From:** | Lawrence D. Stone |
| **To:** | Dawn Smalls |
| **Subject:** | Re: Remedies for Notice violations and Temporary Restraining Order |
| **Date:** | Monday, July 10, 2017 1:56:25 PM |
| **Attachments:** | image002.png |

Dawn, was the notice sent to all of APEX and 20/20's 30 regular APs?

Best,

Larry

**Lawrence D. Stone**



5619 DTC Parkway Suite 1200
Greenwood Village, CO  80111
Reception:       (303) 773-3500
Direct:           (303) 874-3408
Fax:              (303) 779-0740
E-mail:           lstone@nixonshefrin.com
Website:         www.nixonshefrin.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Jul 10, 2017, at 12:39 PM, Dawn Smalls <dsmalls@bsfllp.com> wrote:

Larry,

Yes. Au pairs from APEX/2020 were included in the erroneous mailing and were sent the correction last night.

Dawn

**From:** Lawrence D. Stone [mailto:LStone@nixonshefrin.com]
**Sent:** Monday, July 10, 2017 10:00 AM
**To:** Lukey, Joan
**Cc:** Dawn Smalls; Thomas Quinn; Jonathan Bender; Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** Re: Remedies for Notice violations and Temporary Restraining Order

Dawn, please advise us whether the FLSA class notice was sent to any of APEX and 20/20's regular APs.

Thank you.

Best,

Larry

**Lawrence D. Stone**

<image001.png>

5619 DTC Parkway Suite 1200
Greenwood Village, CO  80111
Reception:       (303) 773-3500
Direct:           (303) 874-3408
Fax:              (303) 779-0740
E-mail:           lstone@nixonshefrin.com
Website:         www.nixonshefrin.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.