# Exhibit 22

| | |
|---|---|
| **From:** | Dawn Smalls |
| **To:** | Meshach Y. Rhoades |
| **Cc:** | Martin J. Estevao; Vance O. Knapp; Allison M. Ortega |
| **Subject:** | RE: status of situation |
| **Date:** | Monday, July 10, 2017 2:09:07 PM |

I will ask that this data be pulled and will send it as soon as I receive it.

Dawn

**From:** Meshach Y. Rhoades [mailto:MRhoades@ArmstrongTeasdale.com]
**Sent:** Monday, July 10, 2017 1:51 PM
**To:** Dawn Smalls
**Cc:** Martin J. Estevao; Vance O. Knapp; Allison M. Ortega
**Subject:** RE: status of situation

Dawn,

As outlined below, GreatAuPair requests a complete list of the recipients who received the notice by COB today. In addition, please immediately explain how many au pairs sponsored by GreatAuPair (an antitrust-only defendant) received the "erroneous" notice, and confirm that they were all sent the retraction email.

Regards,
Meshach



Meshach Y. Rhoades | Partner
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800, Denver, Colorado 80237
DIRECT: 720.722.7195 | Extension: 3840 | FAX: 314.612.2216 | CELL: 303.332.3215
mrhoades@armstrongteasdale.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or Armstrong Teasdale LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail (admin@armstrongteasdale.com) or telephone (314-621-5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it.**

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Monday, July 10, 2017 11:23 AM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Sean Rodriguez; Beltrandefendants
**Subject:** status of situation

Dawn –

    Let me steam-line this situation by requesting a conferral on behalf of all Defendants, covering all issues pertaining to the Notice and the surrounding process, including the issues that Tom Quinn, Katie Reilly, John Bender, Larry Stone, and I have raised with you since the Notice went out.  These issues include without limitation (1) the use of an unapproved webpage and cover email, (2) the inclusion of three out of four hyperlinks that permit the au pairs to opt in without reading the Notice, (3) dissemination of the Notice to all or some au pairs who participated through antitrust-only sponsors, and (4) the dissemination of the notice to pre July 2013 au pairs without an approved Notice form (and creating an inherent inconsistency between the webpage/cover email and the Notice itself).

    Defendants call upon you to agree expeditiously to the following:

(1) Provide today a complete list of all recipients of the Notice, organized by sponsor;
(2) Provide copies to defendants of all prior communications with the vendor sending the notice;
(3) removal of the current webpage;
(4) posting on the webpage of the approved notice only, and nothing else, without an alteration of the dates until and unless agreement is reached or a court order obtained as to the proper notice to the pre-July 2013 au pairs; and
(5) agreement that all current opt-ins are nullified, pending further agreement or court order.

    We are prepared to confer today.  Please note that the FLSA Defendants intend to seek court intervention later today, or in the very near future, if agreement is not reached.

    Thank you.


Joan A. Lukey
logo


Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949

joan.lukey@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com