# Exhibit 24

| | |
|---|---|
| **From:** | Courtney Richardson |
| **To:** | Dawn Smalls |
| **Cc:** | William J. Kelly III |
| **Subject:** | RE: Notice to USAuPair APs |
| **Date:** | Thursday, July 13, 2017 2:02:01 PM |
| **Attachments:** | image001.png |

Thank you for the prompt response.

Best,
Courtney Richardson

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Thursday, July 13, 2017 12:00 PM
**To:** Courtney Richardson
**Cc:** William J. Kelly III
**Subject:** RE: Notice to USAuPair APs

The notice was not sent to any USAuPairs.

**From:** Courtney Richardson [mailto:CRichardson@kellywalkerlaw.com]
**Sent:** Thursday, July 13, 2017 1:58 PM
**To:** Dawn Smalls
**Cc:** William J. Kelly III
**Subject:** Notice to USAuPair APs

Good afternoon Ms. Smalls,

Mr. Kelly is currently traveling back to Colorado from Illinois. He asked that I reach out to regarding the Notice. Was the Notice sent to any USAuPair APs? If so, could you please provide a list of those APs?

Thank you in advance,
Courtney Richardson

Courtney Puckett Richardson, CAO/Paralegal
1512 Larimer Street, Suite 200 | Denver, Colorado | 80202
Main: 720.236.1800 | Direct: 720.236.1806 | Fax: 720.236.1799
crichardson@kellywalkerlaw.com  |  www.kellywalkerlaw.com



The contents of this e-mail and its attachments are intended solely for the addressee(s).  In addition, this e-mail transmission may be confidential and may be subject to privilege protecting communications between attorneys and clients.  If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission.  Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality.  If you have received this transmission in error, please alert the sender by reply e-mail.  Treasury Circular 230 requires that we inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent

responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]