# Exhibit 25

| | |
|---|---|
| **From:** | Meschke, David B. |
| **To:** | Brooke Colaizzi; Dawn Smalls; Katie Reilly |
| **Cc:** | Sean Rodriguez; beltrandefendants; Peter Skinner |
| **Subject:** | RE: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants |
| **Date:** | Wednesday, July 12, 2017 10:33:56 AM |
| **Attachments:** | image001.png |

Dawn,

My understanding is the same as Brooke's, Katie's, and Joan's. You and Sean agreed to the issue on the phone call. If there was to be any internal conferral, it was going to be as to the exact wording, not the general substance.

Best,

David

**From:** Colaizzi, Brooke A. [mailto:bcolaizzi@shermanhoward.com]
**Sent:** Wednesday, July 12, 2017 8:29 AM
**To:** 'Dawn Smalls'; Katie Reilly
**Cc:** Sean Rodriguez; beltrandefendants; Peter Skinner
**Subject:** RE: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Dawn,

Your representation to Katie (and ultimately Sean's as well) was NOT conditioned on internal conferral. Other points were, but that one absolutely was not.

Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

cid:image001.png@01D26763.8346BC80



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Wednesday, July 12, 2017 8:24 AM
**To:** Reilly, Katie <Reilly@wtotrial.com>
**Cc:** Sean Rodriguez <srodriguez@BSFLLP.com>; beltrandefendants@choate.com; Peter Skinner

<PSkinner@BSFLLP.com>

**Subject:** RE: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Katie,

As I communicated to you in a separate email, I said I agreed preliminarily on the call but that I needed to discuss it internally before I could formally agree. You said you had to check as well before there could be a formal agreement. We have discussed it internally and we do not agree to the third request for the reasons outlined below. I strongly disagree with your characterization that I went back on my word.

Dawn

---

**From:** Reilly, Katie [mailto:Reilly@wtotrial.com]
**Sent:** Wednesday, July 12, 2017 9:38 AM
**To:** Dawn Smalls
**Cc:** Sean Rodriguez; beltrandefendants@choate.com
**Subject:** Re: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Dawn:

I am shocked by your email. In contrast to the FLSA-defendants' issues, you didn't say you needed to further discuss this issue with your team. I raised it, and you immediately agreed--without any reservation. Then Sean and I went back and forth regarding his clarification that the corrective action you agreed to wouldn't bar BSF from representing the antitrust-only au pairs with respect to the antitrust claims in our case. I said I would need to confirm, but that was my understanding as well. During my discussion with Sean, Sean also confirmed that BSF would not assert new claims against the antitrust-only defendants on behalf of au pairs who wrongfully received the FLSA notice.

I'm copying the entire group, as there were many people on the call who can verify that Dawn agreed to our third request without reservation. Please reconsider your position and let me know if you will stand by your word. Otherwise, we will need to bring this to the court. The bottom line is that, as you have acknowledged, the transmission of the FLSA notice (including the improper personalized solicitation email) to the antitrust-only defendants was a serious violation from which BSF absolutely cannot benefit.

Katie

On Jul 12, 2017, at 7:19 AM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:

Katie,

I said I agreed preliminarily on the call but that I needed to discuss it internally before I could formally agree. You said you had to check as well before there could be a formal agreement. We have discussed it internally and we do not agree to the third request for the reasons outlined below.

Dawn

Sent with Good (www.good.com<http://www.good.com>)

-----Original Message-----
From: Reilly, Katie [Reilly@wtotrial.com<mailto:Reilly@wtotrial.com>]
Sent: Wednesday, July 12, 2017 09:08 AM Eastern Standard Time
To: Dawn Smalls
Cc: Sean Rodriguez
Subject: Re: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Dawn and Sean: before I send you a formal response that includes the full group, I have to tell you - I'm baffled by your response to our third request. On our call, in response to my request, you agreed that BSF would not represent any antitrust-only au pair who wrongfully received the notice *with respect to any new claims against the antitrust-only defendants.* Sean clarified, and I agreed, that this corrective action wouldn't impact BSF's representation of the antitrust-only au pairs with respect to their existing antitrust claims in our action. Your email doesn't reflect that agreement. Please clarify? If a call would be helpful, I'm on my cell - 703.587.9800.

Katie

On Jul 11, 2017, at 10:18 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com><mailto:DSmalls@BSFLLP.com>> wrote:

Katie,

During our meet and confer yesterday you, on behalf of the non-FLSA Defendants, made three requests to Plaintiffs as corrective measures for the erroneous mailing of the Notice of Your Right to Join Lawsuit for Unpaid Wages to au pairs sponsored by non-FLSA Defendants.

First, you asked for confirmation that the corrective email with the language you provided was sent to all non-FLSA au pairs that received the notice. As I said to you on the call, it was sent out Sunday evening as requested in English to all au pairs that received the notice, and in Spanish and Portuguese yesterday to the au pairs that received the initial email in those languages.

Second, you asked that each non-FLSA Defendant be provided a list of each au pair that received the notice, and separately a list of each au pair that was sent the corrective notice. Plaintiffs agree to that request and hope to provide that information to all non-FLSA Defendants by tomorrow.

Third, you requested that Plaintiffs agree that they will not represent any au pair that was sent the email in a future FLSA action. Plaintiffs do not agree to this request, as (1) "there is no prejudice to Defendants in notifying putative plaintiffs that may have a claim" See Fn. 4 of the Amended Order; and (2) such action would inappropriately prejudice the class and affect their substantive rights. If you would like to have a follow up meet and confer to discuss this or any other concerns you may have, please let me know.

Dawn

Dawn L. Smalls
Partner

BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4216
(m) +1 917 406 9977
dsmalls@.bsfllp.com<http://bsfllp.com><mailto:dsmalls@.bsfllp.com<http://bsfllp.com>>
www.bsfllp.com<http://www.bsfllp.com><http://www.bsfllp.com/>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error,

please notify us immediately by calling (303)-223-1300 and delete the message. Thank you.

| | |
|---|---|
| **From:** | Lukey, Joan |
| **To:** | Dawn Smalls; Kathryn Reilly |
| **Cc:** | Sean Rodriguez; Beltrandefendants; Peter Skinner |
| **Subject:** | RE: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants |
| **Date:** | Wednesday, July 12, 2017 10:27:32 AM |

Dawn –

For what it is worth, my memory is the same as Katie's. I recall feeling envious that Katie got an agreement where the FLSA Ds did not.

Joan A. Lukey
logo



Choate, Hall & Stewart LLP

Two International Place

Boston, MA 02110

t 617.248.4949

f 617.502.4949

joan.lukey@choate.com

www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Wednesday, July 12, 2017 10:24 AM
**To:** Kathryn Reilly
**Cc:** Sean Rodriguez; Beltrandefendants; Peter Skinner
**Subject:** RE: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Katie,

As I communicated to you in a separate email, I said I agreed preliminarily on the call but that I needed to discuss it internally before I could formally agree. You said you had to check as well before there could be a formal agreement. We have discussed it internally and we do not agree to the third request for the reasons outlined below. I strongly disagree with your characterization that I went back on my word.

Dawn

---

**From:** Reilly, Katie [mailto:Reilly@wtotrial.com]
**Sent:** Wednesday, July 12, 2017 9:38 AM
**To:** Dawn Smalls
**Cc:** Sean Rodriguez; beltrandefendants@choate.com
**Subject:** Re: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Dawn:

I am shocked by your email. In contrast to the FLSA-defendants' issues, you didn't say you needed to further discuss this issue with your team. I raised it, and you immediately agreed--without any reservation. Then Sean and I went back and forth regarding his clarification that the corrective action you agreed to wouldn't bar BSF from representing the antitrust-only au pairs with respect to the antitrust claims in our case. I said I would need to confirm, but that

was my understanding as well. During my discussion with Sean, Sean also confirmed that BSF would not assert new claims against the antitrust-only defendants on behalf of au pairs who wrongfully received the FLSA notice.

I'm copying the entire group, as there were many people on the call who can verify that Dawn agreed to our third request without reservation. Please reconsider your position and let me know if you will stand by your word. Otherwise, we will need to bring this to the court. The bottom line is that, as you have acknowledged, the transmission of the FLSA notice (including the improper personalized solicitation email) to the antitrust-only defendants was a serious violation from which BSF absolutely cannot benefit.

Katie

On Jul 12, 2017, at 7:19 AM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:

Katie,

I said I agreed preliminarily on the call but that I needed to discuss it internally before I could formally agree. You said you had to check as well before there could be a formal agreement. We have discussed it internally and we do not agree to the third request for the reasons outlined below.

Dawn



Sent with Good (www.good.com<http://www.good.com>)


-----Original Message-----
From: Reilly, Katie [Reilly@wtotrial.com<mailto:Reilly@wtotrial.com>]
Sent: Wednesday, July 12, 2017 09:08 AM Eastern Standard Time
To: Dawn Smalls
Cc: Sean Rodriguez
Subject: Re: Follow Up to 7/10 Meet and Confer - Non FLSA Defendants

Dawn and Sean: before I send you a formal response that includes the full group, I have to tell you - I'm baffled by your response to our third request. On our call, in response to my request, you agreed that BSF would not represent any antitrust-only au pair who wrongfully received the notice *with respect to any new claims against the antitrust-only defendants.* Sean clarified, and I agreed, that this corrective action wouldn't impact BSF's representation of the antitrust-only au pairs with respect to their existing antitrust claims in our action. Your email doesn't reflect that agreement. Please clarify? If a call would be helpful, I'm on my cell - 703.587.9800.

Katie

On Jul 11, 2017, at 10:18 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com><mailto:DSmalls@BSFLLP.com

>> wrote:

Katie,

During our meet and confer yesterday you, on behalf of the non-FLSA Defendants, made three requests to Plaintiffs as corrective measures for the erroneous mailing of the Notice of Your Right to Join Lawsuit for Unpaid Wages to au pairs sponsored by non-FLSA Defendants.

First, you asked for confirmation that the corrective email with the language you provided was sent to all non-FLSA au pairs that received the notice. As I said to you on the call, it was sent out Sunday evening as requested in English to all au pairs that received the notice, and in Spanish and Portuguese yesterday to the au pairs that received the initial email in those languages.

Second, you asked that each non-FLSA Defendant be provided a list of each au pair that received the notice, and separately a list of each au pair that was sent the corrective notice. Plaintiffs agree to that request and hope to provide that information to all non-FLSA Defendants by tomorrow.

Third, you requested that Plaintiffs agree that they will not represent any au pair that was sent the email in a future FLSA action. Plaintiffs do not agree to this request, as (1) "there is no prejudice to Defendants in notifying putative plaintiffs that may have a claim" See Fn. 4 of the Amended Order; and (2) such action would inappropriately prejudice the class and affect their substantive rights. If you would like to have a follow up meet and confer to discuss this or any other concerns you may have, please let me know.

Dawn

Dawn L. Smalls
Partner


BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4216
(m) +1 917 406 9977
dsmalls@.bsfllp.com<http://bsfllp.com><mailto:dsmalls@.bsfllp.com<http://bsfllp.com>>
www.bsfllp.com<http://www.bsfllp.com><http://www.bsfllp.com/>

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this

communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com