THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING ON MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard 7.1A(g) for a forthwith hearing on Plaintiff's Motion to Amend the Scheduling Order, ECF No. 295 (as amended by ECF Nos. 452, 493, and 555).

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)**

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs conferred about their Motion to Amend the Scheduling Order with counsel for all Defendants via email on July 17, 2017, and certain Defendants in the days following, but were not able to reach agreement.

As explained in the underlying motion, Plaintiffs are seeking to amend the Scheduling Order to change the deadline for the parties to exchange affirmative expert disclosures from July 31, 2017 to October 2, 2017, or 4 weeks after the Court orders that documents be produced if it grants Plaintiff's Motion To Compel A Response To Document Request No. 16, ECF No. 507, whichever is sooner. If the Court allows the

1

customary 21 days for response, and 14 additional days for reply before ruling on the motion, the current deadline of July 31, 2017, will pass.  Accordingly, Plaintiffs request forthwith consideration of this motion and a briefing schedule that would allow the Court to hear and decide the motion to amend the Scheduling Order prior to the July 31, 2017 deadline to exchange affirmative expert disclosures.

Dated: New York, New York

July 20, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

*/s/* Peter M. Skinner
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York  10022
Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218

Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

3

4

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2017, I electronically served the foregoing motion on all counsel of record.

                                                        */s/* Peter M. Skinner
                                                        Peter M. Skinner