# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## DECLARATION OF PETER M. SKINNER IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

I, Peter M. Skinner, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs. I am admitted to practice in New York, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, and the United States District Court for the District of Colorado.

2. Unless otherwise noted, the matters stated herein are based on my personal knowledge. I submit this declaration in support of Plaintiffs' Motion to Amend the Scheduling Order.

3. On July 19, 2017, non-FLSA Defendant APEX 20/20 produced documents Bearing Bates Numbers APEX-20.20 10381-10402. These documents provided

amended stipend information and disclosed the identity of a witness with knowledge of APEX's finances.

4. Between July 25 and August 24, 2017, the parties have scheduled the depositions of the following witnesses: Stanley Colvin (Former Deputy Assistant Secretary for Private Sector Exchange, United States Department of State), Paul Lavrakas (Defendants' Survey Expert), Michael Gates (International Recruitment and Placement Manager, InterExchange), Ellen Hoggard (Executive Director, Au Pair Foundation), Linda Mori (Compliance Officer, Cultural Homestay International), Susan Hayes (Executive Director, EurAupair), and Holly Brown (Representative of EurAupair at July 2015 meeting with U.S. Department of State).

5. According to Plaintiffs' Counsel's records, on June 30, 2017 Stephen Macri, counsel for Defendant American Institute for Foreign Study d/b/a Au Pair in America, rejected dates in August that were convenient for the witness and proposed September dates instead.

6. On May 25, 2017 Plaintiffs' served a subpoena requesting documents on the Alliance for International Exchange (the "Alliance"), an association that engages in public advocacy and lobbying on behalf of the sponsor defendants. Since June 7, 2017 my colleague, Juan Valdivieso and I have been emailing and calling counsel for the Alliance, attempting to schedule the depositions of Ilir Zherka and Michael McCarry, the current and former Executive Directors for the Alliance, respectively. The Alliance has not proposed dates for these depositions, despite Plaintiffs' repeated requests for dates on which the witnesses are available, nor has the Alliance produced a single document or indicated to Plaintiffs when they intend to begin production.

7. On January 13, 2017 Defendants served on Plaintiffs the expert reports of Drs. Elizabeth H. Newlon, Ph.D. and Lauren J. Stiroh, Ph.D. Both of these reports indicated that these experts considered an interview of Bill Gertz conducted on January 4, 2017, and Dr. Stiroh cited this interview twice in her report.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of July, 2017 at New York, New York.

*/s/* Peter M. Skinner
Peter M. Skinner
