THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

This matter is before the Court on Plaintiffs' Motion to Amend Scheduling Order and the Court has reviewed the relevant pleadings.

For good cause appearing, it is hereby ORDERED that Plaintiffs' Motion is GRANTED pursuant to Rule 16(b) and this Court's inherent power to manage its docket and the litigation before it.

The Scheduling Order is also revised consistent with Plaintiffs' Motion. The table that follows reflects the new schedule for the sake of clarity and ease of reference:

| Event | Deadline |
| --- | --- |
| Plaintiffs' Reply in Support of Rule 23 Motion | August 2, 2017 |
| Affirmative Expert Disclosures | October 2, 2017 [, or 4 weeks after Court orders production] |
| Rebuttal Expert Disclosures | October 30, 2017 [, or 8 weeks after Court orders production] |
| Fact Discovery Ends | November 3, 2017 [, or 12 weeks after |

|  | Court orders production] |
|---|---|
| Rule 56 Motions | November 30, 2017 [, or 16 weeks after Court orders production] |
| Expert Discovery Ends | November 30, 2017 [, or 16 weeks after Court orders production] |
| Opposition to Rule 56 Motion(s) | December 21, 2017 [, or 19 weeks after Court orders production] |
| Reply in Support of Rule 56 Motion | January 5, 2018 [, or 21 weeks after Court orders production] |

DATED: July __, 2017

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge