THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

**SUPPLEMENT TO PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER**

      Plaintiffs respectfully submit this supplement to Plaintiff's Motion to Amend Scheduling Order pursuant to Fed. R. Civ. P 16(b)(4) and D.C. COLO.L.CivR 7.1(a), for the limited purpose of addressing developments subsequent to the filing of the motion.

      1.    On July 20, 2017, Plaintiffs filed a Motion to Amend Scheduling Order together with a Motion for a Forthwith Hearing [D.E. 620] ("Motion to Amend").

      2.    Among the grounds Plaintiffs advanced in the Motion to Amend was the fact that "Plaintiffs continue to wait for the production of financial information, which is the subject of a pending motion to compel." (Motion to Amend ¶ 1.)

      3.    Among the relief sought in the Motion to Amend was an extension of the deadline for the Affirmative Expert Disclosures from July 31, 2017, to "October 2, 2017, or 4 weeks after Court orders production" of the financial information that was the subject of the pending motion to compel. (Motion to Amend ¶ 11.)

1

4. On July 21, 2017, the Court entered an order setting a Motion Hearing for September 21, 2017, at which the motions to be addressed included the Motion to Amend. [D.E. 622.]

5. On July 24, 2017, Magistrate Judge Tafoya entered an order granting in large part Plaintiffs' motion to compel financial information, and requiring disclosure by July 31, 2017, the same day that expert disclosures were due under the schedule Plaintiffs sought to amend. [D.E. 624.]

6. Later the same day, July 24, Plaintiffs wrote to Defendants that, given the entry of the two orders described above, Plaintiffs did "not believe that their merits expert report remain[ed] due on July 31, 2017, and [did] not intend to produce [Plaintiffs'] report then." Plaintiffs added that they "likewise [did] not expect Defendants to produce their merits report on that date." *See* Ex. 1, attached hereto.

7. On July 25, 2017, Defendants responded with their position "that the deadline holds," a position that was reiterated in another email of July 26. *See id.*

8. Defendants' position implies that the Court's order scheduling a motion conference that explicitly is to address the Motion to Amend was a *de facto* denial of the primary relief sought by Plaintiffs in that very motion. Defendants' position is illogical, as there would be no reason to schedule a hearing on a motion to extend the July 31 deadline for the production of merits expert reports if the reports remain due on that date. Indeed, the production of the reports on July 31 will moot the motion that is the subject of a Court-ordered hearing.

9. As a result of Judge Tafoya's July 24, 2017 Order, Plaintiffs now expect to receive financial information they need for their merits report on July 31, 2017. Plaintiffs

2

cannot produce expert disclosures incorporating that evidence – evidence that Judge Tafoya reasoned Plaintiffs "should be allowed [to use] … to prove collusion alleged among the Sponsor defendants on the antitrust claim," *see* Fn. 5 of the July 24, 2017 Order — on the same day that information is produced.

10. In light of the orders of this Court and of Magistrate Judge Tafoya, therefore, Plaintiffs do not intend to make their merit expert disclosures on July 31, 2017 and will instead make those disclosures pursuant to the schedule set by the Court following the Motion Hearing scheduled for September 21, 2017.

Dated: New York, New York
July 27, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ Peter M. Skinner
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York  10022
Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

3

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

4

5

## CERTIFICATE OF SERVICE

     I hereby certify that on July 27, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Peter M. Skinner
Peter M. Skinner

5