# Exhibit 1

| | |
|---|---|
| **From:** | Colaizzi, Brooke A. |
| **To:** | Colaizzi, Brooke A.; "Peter Skinner"; "Adam Hubbard"; "Bill Kelly"; "Bogdan Enica"; "Brian Birenbach"; "Chanda Feldkamp"; "David Meschke"; "Diane Hazel"; "Heather Kelly"; Vickles, Heather F.; "James Lyons"; "Jenny Vedra"; "Jessica Fuller"; "Jim Hartley (JHartley@hollandhart.com)"; "Joan Lukey"; Hunt, Joe H.; "John Fulfree"; "Jonathan Bender"; "Jonelle Martinez"; "Joseph Cartafalsa"; "Justin Wolosz"; "Kathleen Craigmile"; "Katie Reilly"; "Kevin O'Keefe"; "Larry Lee"; "Lawrence D. Stone"; "Lyndsey Kruzer"; "Martha Fitzgerald"; "Martin Estevao"; "Meshach Rhoades"; "Michael Gass"; "Natalie West"; "Peggy Kozal"; Deeny, Raymond M.; "Robert Buchanan"; "Robert Tucker"; "Shirley M. Newman"; "Stephen Macri"; "Susan Schaecher"; "Thomas Quinn"; "Vance Knapp"; "nhuey@gordonrees.com"; Levy, Alyssa L.; "estock@gibsondunn.com" |
| **Cc:** | Dawn Smalls; Juan Valdivieso; Matthew L. Schwartz; Randall Jackson; Sean Rodriguez; Joshua Libling; "Alex Hood" |
| **Subject:** | RE: Beltran et al. v. InterExchange et al Conferral re: Expert Merits Deadline |
| **Date:** | Wednesday, July 26, 2017 12:35:40 PM |
| **Attachments:** | image001.png |

Peter,

I wanted to confirm that the position conveyed to you yesterday regarding the expert disclosure deadline is the position of all defendants from whom I have heard, which is all but one.

Thank you,
Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

cid:image001.png@01D26763.8346BC80



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Colaizzi, Brooke A. [mailto:bcolaizzi@shermanhoward.com]
**Sent:** Tuesday, July 25, 2017 3:57 PM
**To:** 'Peter Skinner' <PSkinner@BSFLLP.com>; Adam Hubbard <aahubbard@hollandhart.com>; Bill Kellly <wkelly@kellywalkerlaw.com>; Bogdan Enica <bogdane@hotmail.com>; Brian Birenbach <brian@rietzlawfirm.com>; Chanda Feldkamp <cfeldkamp@kellywalkerlaw.com>; David Meschke <dmeschke@bhfs.com>; Diane Hazel <dhazel@lrrc.com>; Heather Kelly <hkelly@gordonrees.com>; Vickles, Heather F. <HVICKLES@shermanhoward.com>; James Lyons <jlyons@lrrc.com>; Jenny Vedra <jvedra@gordonrees.com>; Jessica Fuller <jfuller@lrrc.com>; Jim Hartley (JHartley@hollandhart.com) <JHartley@hollandhart.com>; Joan Lukey <joan.lukey@choate.com>; Hunt, Joe H. <JHunt@shermanhoward.com>; John Fulfree <jfulfree@putneylaw.com>; Jonathan Bender <jsbender@hollandhart.com>; Jonelle Martinez <jmartinez@lrrc.com>; Joseph Cartafalsa <jcartafalsa@putneylaw.com>; Justin Wolosz <jwolosz@choate.com>; Kathleen Craigmile <kcraigmile@nixonshefrin.com>; Katie Reilly <reilly@wtotrial.com>; Kevin O'Keefe

<kokeefe@choate.com>; Larry Lee <llee@laborlawyers.com>; Lawrence D. Stone <lstone@nixonshefrin.com>; Lyndsey Kruzer <lkruzer@choate.com>; Martha Fitzgerald <mfitzgerald@bhfs.com>; Martin Estevao <mestevao@armstrongteasdale.com>; Meshach Rhoades <mrhoades@armstrongteasdale.com>; Michael Gass <mgass@choate.com>; Natalie West <West@wtotrial.com>; Peggy Kozal <pkozal@gordonrees.com>; Deeny, Raymond M. <RDeeny@shermanhoward.com>; Robert Buchanan <rbuchanan@choate.com>; Robert Tucker <rtucker@putneylaw.com>; Shirley M. Newman <snewman@bhfs.com>; Stephen Macri <smacri@putneylaw.com>; Susan Schaecher <sschaecher@laborlawyers.com>; Thomas Quinn <tquinn@gordonrees.com>; Vance Knapp <vknapp@armstrongteasdale.com>; 'nhuey@gordonrees.com' <nhuey@gordonrees.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>; 'estock@gibsondunn.com' <estock@gibsondunn.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Juan Valdivieso <JValdivieso@BSFLLP.com>; Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Randall Jackson <RJackson@BSFLLP.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Joshua Libling <jlibling@BSFLLP.com>; Alex Hood <alex@towardsjustice.org>
**Subject:** RE: Beltran et al. v. InterExchange et al Conferral re: Expert Merits Deadline

Peter,

The Court neither entered a stay nor changed the deadline, and the parties do not have the authority to stipulate to an extension amongst themselves.  It is our position that the deadline holds.

Thanks,
Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

cid:image001.png@01D26763.8346BC80



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

**From:** Peter Skinner [mailto:PSkinner@BSFLLP.com]

**Sent:** Monday, July 24, 2017 2:38 PM
**To:** Colaizzi, Brooke A. <bcolaizzi@shermanhoward.com>; Adam Hubbard <aahubbard@hollandhart.com>; Bill Kellly <wkelly@kellywalkerlaw.com>; Bogdan Enica <bogdane@hotmail.com>; Brian Birenbach <brian@rietzlawfirm.com>; Chanda Feldkamp <cfeldkamp@kellywalkerlaw.com>; David Meschke <dmeschke@bhfs.com>; Diane Hazel <dhazel@lrrc.com>; Heather Kelly <hkelly@gordonrees.com>; Vickles, Heather F. <HVICKLES@shermanhoward.com>; James Lyons <jlyons@lrrc.com>; Jenny Vedra <jvedra@gordonrees.com>; Jessica Fuller <jfuller@lrrc.com>; Jim Hartley (JHartley@hollandhart.com) <JHartley@hollandhart.com>; Joan Lukey <joan.lukey@choate.com>; Hunt, Joe H. <JHunt@shermanhoward.com>; John Fulfree <jfulfree@putneylaw.com>; Jonathan Bender <jsbender@hollandhart.com>; Jonelle Martinez <jmartinez@lrrc.com>; Joseph Cartafalsa <jcartafalsa@putneylaw.com>; Justin Wolosz <jwolosz@choate.com>; Kathleen Craigmile <kcraigmile@nixonshefrin.com>; Katie Reilly <reilly@wtotrial.com>; Kevin O'Keefe <kokeefe@choate.com>; Larry Lee <llee@laborlawyers.com>; Lawrence D. Stone <lstone@nixonshefrin.com>; Lyndsey Kruzer <lkruzer@choate.com>; Martha Fitzgerald <mfitzgerald@bhfs.com>; Martin Estevao <mestevao@armstrongteasdale.com>; Meshach Rhoades <mrhoades@armstrongteasdale.com>; Michael Gass <mgass@choate.com>; Natalie West <West@wtotrial.com>; Peggy Kozal <pkozal@gordonrees.com>; Deeny, Raymond M. <RDeeny@shermanhoward.com>; Robert Buchanan <rbuchanan@choate.com>; Robert Tucker <rtucker@putneylaw.com>; Shirley M. Newman <snewman@bhfs.com>; Stephen Macri <smacri@putneylaw.com>; Susan Schaecher <sschaecher@laborlawyers.com>; Thomas Quinn <tquinn@gordonrees.com>; Vance Knapp <vknapp@armstrongteasdale.com>; 'nhuey@gordonrees.com' <nhuey@gordonrees.com>; Levy, Alyssa L. <ALevy@shermanhoward.com>; 'estock@gibsondunn.com' <estock@gibsondunn.com>
**Cc:** Dawn Smalls <DSmalls@BSFLLP.com>; Juan Valdivieso <JValdivieso@BSFLLP.com>; Matthew L. Schwartz <mlschwartz@BSFLLP.com>; Randall Jackson <RJackson@BSFLLP.com>; Sean Rodriguez <srodriguez@BSFLLP.com>; Joshua Libling <jlibling@BSFLLP.com>; Alex Hood <alex@towardsjustice.org>
**Subject:** RE: Beltran et al. v. InterExchange et al Conferral re: Expert Merits Deadline

Counsel,

On July 21, 2017, the Court entered an order setting a hearing for September 21, 2017 to resolve Plaintiffs' motion [ECF 620] to extend the July 31, 2017 deadline for the exchange of merits reports. As you know, one of our bases for that motion was that Plaintiffs' motion to compel the production of financial statements remained outstanding [ECF 507]. On July 24, 2017, the Court resolved that motion to compel and entered an order requiring the production by July 31, 2017 of financial information relevant to Plaintiffs' merits report. Given these orders, Plaintiffs do not believe that their merits expert report remains due on July 31, 2017, and do not intend to produce our report then. We likewise do not expect Defendants to produce their merits report on that date.

Regards,
Peter

**Peter M. Skinner**
Partner

**BOIES SCHILLER FLEXNER** LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212 303 3654
pskinner@bsfllp.com
www.bsfllp.com

**From:** Colaizzi, Brooke A. [mailto:bcolaizzi@shermanhoward.com]
**Sent:** Thursday, July 20, 2017 2:04 PM
**To:** Joshua Libling
**Cc:** Alex Hood; Dawn Smalls; Juan Valdivieso; Lauren Louis; Matthew L. Schwartz; Peter Skinner;
Randall Jackson; Sabria McElroy; Sean Rodriguez; Sigrid McCawley; Adam Hubbard; Bill Kellly; Bogdan
Enica; Brian Birenbach; Chanda Feldkamp; David Meschke; Diane Hazel; Heather Kelly; Vickles, Heather
F.; James Lyons; Jenny Vedra; Jessica Fuller; Jim Hartley (JHartley@hollandhart.com); Joan Lukey;
Hunt, Joe H.; John Fulfree; Jonathan Bender; Jonelle Martinez; Joseph Cartafalsa; Justin Wolosz;
Kathleen Craigmile; Katie Reilly; Kevin O'Keefe; Larry Lee; Lawrence D. Stone; Lyndsey Kruzer; Martha
Fitzgerald; Martin Estevao; Meshach Rhoades; Michael Gass; Natalie West; Peggy Kozal; Deeny,
Raymond M.; Robert Buchanan; Robert Tucker; Shirley M. Newman; Stephen Macri; Susan Schaecher;
Thomas Quinn; Vance Knapp; 'nhuey@gordonrees.com'; Levy, Alyssa L.; 'estock@gibsondunn.com'
**Subject:** Beltran et al. v. InterExchange et al Conferral re: Expert Merits Deadline

Josh,

I am writing on behalf of all defendants in response to your request for a two-month
extension of the deadline to exchange expert merits disclosures.  Defendants do not
consent to this lengthy extension.  Although there are dates in the schedule that will need
to be adjusted, in part because of the timing of when plaintiffs chose to send notice of
conditional certification, there is no reason for a last-minute change to the expert
disclosure deadline.

Contrary to plaintiffs' claimed need for outstanding financial information—i.e., the primary
basis for the extension request—plaintiffs long ago were provided financial information by
13 of the 15 sponsors. Given that plaintiffs are in possession of the vast majority of the
requested financial information, the outstanding motion to compel provides no basis for
plaintiffs' request. Moreover, any concern by plaintiffs regarding their need to address any
additional financial information that may be produced if the motion to compel is granted
can be addressed without a wholesale change to the deadline. In that regard, if we can
reach agreement, defendants will consent to plaintiffs' submission of a supplemental report
on that issue of up to five pages within two weeks following the production of the financial
information. This accommodation should resolve any issue regarding the timing of
production.

As a matter of professional courtesy, defendants would be willing to agree to a two-week
extension of all expert disclosure deadlines if it will avoid the need for motion practice. If

that accommodation is not sufficient and Plaintiffs insist that they will move for a longer extension (including a potential open-ended extension teed off the Court's ruling), then Defendants do not consent.

If plaintiffs decide to move for a longer extension, please include the following conferral language:

Defendants object to the requested extension on the basis that Plaintiffs have not provided sufficient reasons to justify a delay of the disclosure of experts. As a matter of professional courtesy, Defendants were willing to agree to a two-week extension of the expert disclosure deadlines and to consent to service by Plaintiffs of a short supplemental expert disclosure if financial documents are produced at a later date. Plaintiffs declined.

Thank you,
Brooke

**Brooke A. Colaizzi** - *Member*

633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com | www.shermanhoward.com

cid:image001.png@01D26763.8346BC80



CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]