IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

---

**DEFENDANTS APEX, 20/20, AND EXPERT AU PAIR'S UNOPPOSED MOTION TO CLARIFY OR AMEND ORDER [DOC. 624] GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUEST NO. 16 FROM CERTAIN DEFENDANTS [DOC. 507]**

---

Defendants A.P.E.X. American Professional Exchange, LLC, d/b/a ProAuPair ("APEX"), 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange ("20/20"), and Expert Group International, d/b/a Expert Au Pair ("Expert Au Pair") through their respective undersigned counsel, hereby submit this Unopposed Motion to

Clarify or Amend the Order [Doc. 624] Granting in Part and Denying in Part Plaintiff's Motion to Compel Responses to Document Request No. 16 from Defendants APEX, 20/20, Agent Au Pair, AIFS, Au Pair Care, Au Pair International, Cultural Care, Expert Au Pair and Go Au Pair [Doc. 507]. As grounds therefor, Defendants APEX, 20/20, and Expert Au Pair state as follows:

**CERTIFICATE REGARDING CONFERRAL**

With respect to D.C.Colo.LCR. 7.1A, undersigned counsel certify that they have conferred with counsel for Plaintiffs regarding the relief sought in this Motion. Plaintiffs' counsel advised that Plaintiffs do not object and that these Defendants may represent that the Motion is unopposed.

1. In their Motion to Compel [Doc. 507], filed on March 13, 2017, Plaintiffs sought to compel certain financial information from several Defendants, including APEX, 20/20, and Expert Au Pair. After conferring with Plaintiff's counsel, APEX and 20/20's counsel produced audited financial statements to Plaintiff's counsel on March 23, 2017, thereby producing the documents requested in the Motion to Compel. Expert Au Pair likewise agreed to produce financial information and has done so. As Plaintiffs indicated in their Reply in Further Support of their Motion to Compel [Doc. 528], filed April 3, 2017, Plaintiffs agreed to withdraw their motion to compel with respect to APEX, 20/20, and Expert Au Pair. *See Exhibit A,* Plaintiff's Reply [Doc. 528], p. 1, n. 1.

2. The Court's Order of July 24, 2017, which granted Plaintiffs' Motion to Compel in part, orders APEX, 20/20 and Expert Au Pair (among other Defendants) to "produce documents fully responsive to Plaintiff's RFP 16 **on or before July 31, 2017.**" Order [Doc. 624], p. 20 (emphasis in original). Because Defendants APEX, 20/20 and Expert Au Pair sufficiently complied with Plaintiffs' RFP 16 and Plaintiffs withdrew their Motion to Compel with respect to these Defendants, APEX, 20/20, and Expert Au Pair request that the Court clarify or amend its Order of July 24, 2017 [Doc. 624] to reflect that the Motion was withdrawn as to these Defendants and to provide that the Order does not apply to them.

WHEREFORE, for the reasons set forth above, Defendants APEX, 20/20 and Expert Au Pair respectfully request the Court to clarify or amend its Order of July 24, 2017 [Doc. 624] as requested herein.

Respectfully submitted this 27th day of July, 2017.

*s/ Lawrence D. Stone*

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

*s/ Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com

Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2017, I have electronically filed the foregoing **DEFENDANTS APEX, 20/20, AND EXPERT AU PAIR'S UNOPPOSED MOTION TO CLARIFY OR AMEND ORDER [DOC. 624] GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL RESPONSES TO DOCUMENT REQUEST NO. 16 FROM CERTAIN DEFENDANTS [DOC. 507]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org

***Attorneys for Plaintiffs***

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
***Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
***Attorneys for Defendant AuPairCare, Inc.***

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair, LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America***

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com
***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook