# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

 Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

 Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Ana Aguiro
2. Lizeth Andrea Montaño Lozano
3. Angela Mican
4. Calia Nataly Delgadillo Longoria
5. Dieula Lumertine
6. Eileen Peñaloza
7. Esther Cabañero Moreno
8. Jessica Vindiana Medina Lopez
9. Jessica Melendez
10. Julia Jordão Tostes
11. Laura Daniela Sarmiento Carrasquilla
12. Maria Tobar-Saavedra
13. Mariana Brandt
14. Nadia Valeria Caceres Galofre
15. Natália Marques do Prado
16. Ossiris Lizeth Pfeifer
17. Yury Fernanda Murcia Salamanca
18. Abby De Groot
19. Adriana Anahi Alarcon

20. Adriane Carvalho
21. Adriane Henriques Guerreiro
22. Aida Alejandra Sánchez Mata
23. Ainoa Mateu Mullor
24. Alba Juliana Arenas Castellanos
25. Alba Navarro Barrue
26. Alejandra Cardenas Garces
27. Alejandra Colorado
28. Alejandra Hincapie Arcila
29. Alejandra Ivonne Lavín Cantú
30. Alejandra Madrigal
31. Alejandra Montes Martinez
32. Alejandra Villalba
33. Alejandro Grimalt Aguilo
34. Alessandra Bernsen
35. Alessandra Peloso
36. Alessandra Prandini
37. Alexa Fernanda Ravelo Vazquez
38. Alexandra Averous
39. Alexandra Duran
40. Alexandra Vargas Jimenez
41. Aliana Alvarez
42. Alina Guzema
43. Aline Aparecida De Andrade
44. Aline Bezerra Da Fonseca
45. Aline De Almeida Barbosa
46. Aline Junqueira Pereira
47. Aline Mari Fukace
48. Aline Taddonio
49. Allison Gonzalez
50. Alma Silva
51. Amanda Barahona-Hawkins
52. Amanda Hardman
53. Amanda Silveira
54. Amor Lidia Rodriguez Lopez
55. Ana Alejandra Guadalupe Torres Salas
56. Ana Arguello
57. Ana Carla Rivas
58. Ana Carolina Alves De Oliveira
59. Ana Caroline Dos Santos Seberino
60. Ana Diaz
61. Ana Fernandes
62. Ana Gabriela Pinheiro Serigatto
63. Ana Galindo
64. Ana Ines Perez
65. Ana Karen Salas Ramírez

66. Ana Karla Forte Silva
67. Ana Laura Otazo Rodas
68. Ana Lopez
69. Ana Lopez Segura
70. Ana María Alzate Rodriguez
71. Ana María Garcia
72. Ana Maria Rueda
73. Ana Maria Tellez
74. Ana María Uribe Alvarez
75. Ana Paula Dos Santos
76. Ana Romo
77. Ana Sofía
78. Ana Stephanie Garcia Matero
79. Ana Stojkova-Bonaventura
80. Ana Zrinscak
81. Anaïs Benmessaoud
82. Andra Alexandra Avramescu
83. Andrea C Quintero Romero
84. Andrea De Noronha Araujo
85. Andrea Larios Barrientos
86. Andrea Markey
87. Andrea Marlet Sanchez Cantu
88. Andrea Milena
89. Andrea Riaño
90. Andrea Rincon
91. Andrea Rios
92. Andrea Simmonds Zapata
93. Angela Cristina Montoya
94. Angela Forero Peña
95. Angela Marcela Mican Franco
96. Angela Saenz De La Torre
97. Angela Viviana Plazas Caballero
98. Angelica Cuervo Tinjaca
99. Angelica Maria Roldan Zerda
100. Angelica Salazar
101. Angélica Vargas Reyes
102. Angie Enerieth Coronado Bohorquez
103. Angie Gil Molina
104. Angie Manuela Dominguez Aguirre
105. Angie Nathaly Mora Rodriguez
106. Angie Paola Franco
107. Angie Vargas Urdinola
108. Angie Villa
109. Anna Pau Garcia
110. Annel Natiely Escudero Pozos
111. Anny Carolina Rodriguez Medina

112. Anny Julieth Cancino Bermúdez
113. Anny Paola Abreo Consuegra
114. Antonio Aguilar Ceballos
115. Anya Laporta
116. Arantxa Steffi Del Carmen
117. Arlin Dayana Lozano Forero
118. Audrey Loomis
119. Aura Andrea Malagon Ramos
120. Aura M. Valencia
121. Aura Maria Taborda Tabares
122. Barbara Alano
123. Barbara Daure
124. Barbara Decares
125. Barbara Nepomuceno
126. Barbara Riane
127. Beatriz Georgina Ceja Herrera
128. Berenice Brenes
129. Berenice Delgado Muñiz
130. Bessy Carolina Pocasangre Echeverria
131. Betty Ramirez
132. Bety Milena Manzo
133. Betzady Eonyu Baek
134. Bianca Rezende Bonani
135. Bibiana Elizabeth Quiroz Cantillo
136. Blanca Rocio Hernández Hernández
137. Blanca Wruck Melo
138. Brenda Samaniego
139. Brizeyda Cruz Arroyo
140. Bruna Cristina Palmeira Dos Santos
141. Bruna Marcela De Paula
142. Bruna Moreira Antunes
143. Bruna Roza Rodrigues
144. Bruna Santiago Da Silva De Jesus
145. Brunna Ulian Freitas
146. Calia Nataly Delgadillo Longoria
147. Camila Da Silva Brigido
148. Camila De Moraes Machado
149. Camila De Sousa
150. Camila Florez Rendon
151. Camila Pulido
152. Camila Silva De Oliveira
153. Camila Soden
154. Camila Villegas Hernandez
155. Camilla Joergensen
156. Camilla Vieira Bassein
157. Camille Romeiro

158. Candelaria Cid
159. Carla Rodrigues Marrelli
160. Carlota María
161. Carmen Ortiz Schlager
162. Carol I Howe
163. Carolina Carvajal Hoyos
164. Carolina Davila
165. Carolina Guzman
166. Carolina Jessica Peña Valles
167. Carolina Lima
168. Carolina Mallia
169. Carolina Palini
170. Carolina Romero Acuna
171. Carolina Tot
172. Caroline Bandeira Janica
173. Caroline Dantas De Souza
174. Carollina Souza
175. Catalina Rios
176. Catalina Roncallo
177. Catherine Ramirez Gonzalez
178. Celyen Vanessa Parra Torres
179. Cesar Alonso Valdes
180. Christian Fabiola Palacios Hernandez
181. Cilene Feuerhake
182. Cindy Ayabar
183. Cindy Lorena Obando Supelano
184. Cintya Jamely Rodriguez Zuniga
185. Clara Rivero
186. Claudia Alejandra Vargas Gómez
187. Claudia Fernanda Torres González
188. Claudia Flautero
189. Claudia Hijar Cohaila
190. Claudia Liliana Munoz Najera
191. Claudia Martinez
192. Claudia Maryalix Acuma Salas
193. Cristina Moller Andersen
194. Cristina Tobar
195. Cynthia Benitez
196. Daiene Bagarini
197. Dalia Minerva Hinojosa Garcia
198. Daniela Bibiana Francisca Da Silva
199. Daniela Castellanos
200. Daniela Galindo
201. Daniela Joleanis
202. Daniela Josefina Gutierrez Lopez
203. Daniela Londoño Cortes

204. Daniela Martinez Suarez
205. Daniela Medina
206. Daniela Osorio Velez
207. Daniela Salamanca
208. Daniela Salas Garcia
209. Daniela Vargas Guerrero
210. Danielle Carvalho Aires Mello
211. Danielle Rodrigues Barbosa
212. Danna Orduz
213. Darly Daniela Diaz Ortega
214. Dayane Barbosa
215. Debora Albarran
216. Debora Brewer
217. Debora Da Silva Oliveira
218. Deborah Mayane Ascher
219. Deiby A Pachon Bueno
220. Denise Hoffmann
221. Denisse Andrade Pinto
222. Désirée Santillán Molina
223. Diana Becerra
224. Diana Camila Herrera
225. Diana Carolina Gonzalez Gamboa
226. Diana Carolina Montero Hernández
227. Diana Carolina Ulloa Gomez
228. Diana Catalina Guerra Haro
229. Diana Estefania Castillo Loeza
230. Diana Fuentes
231. Diana Rodriguez Sanchez
232. Diana Veronica Mancia Vides
233. Diego Geovan Dos Reis
234. Dieula Lumertine
235. Doris Ortiz
236. Drindi Delgado Fallas
237. Dulce Anahi Peña Araujo
238. Dulce María Hernández
239. Dulce Michelle Torres Méndez
240. Edelmira Cano Hernandez
241. Edgar David Gaitan Lesmes
242. Edlin Isabel Quiñonez Gallardo
243. Eduarda Christina Verrino Guimarães
244. Eduardo Michael Reyes Cuevas
245. Eladia R Bayonito
246. Elaine Merces De Oliveira
247. Eliana Torquato
248. Eliane Luiza De Moraes
249. Elis Cernausan Borges

250. Elis Ulecka
251. Elisa Malfatti Favero
252. Elisa S Ortiz-Monteza
253. Elizabeth Antea G.Alcocer
254. Elizabeth Veronica De La Cruz Juarez
255. Ellen Martins
256. Elsa Choque Choquehuanca
257. Elvia Xochitl Rivera Gutierrez
258. Emanuelle Carine Lima Diniz
259. Emir Meyer
260. Erica Bernardo Padilla
261. Erica Formaio Ramos
262. Ericka Paulina Chávez Flores
263. Erika A. López
264. Erika Herrera
265. Erika Marlen Gonzalez Tovar
266. Erika Rodríguez
267. Esmeralda Trujillo Origel
268. Estefanía Arenas González
269. Estefânia Costa Vieira
270. Esther Cabañero Moreno
271. Esther Howard
272. Evelyn Soycher
273. Fabiana Shigeeda Fraceto
274. Fabiola Torres Martinez
275. Fabricia Nemetala Gonçalves
276. Fanya Roman
277. Fernanda Balieiro
278. Fernanda Barbosa Novaes
279. Fernanda Brianezi De Almeida
280. Fernanda Ferreira
281. Fernanda Godoy Eccel
282. Fernanda Inacio Maldonado
283. Fernanda Madalena Silva Araujo
284. Fernanda Reynaud
285. Fernanda Silva Souto
286. Fernando Piña
287. Fidalma Chahine Martins Da Silva
288. Gabriela De Alcantara Costa
289. Gabriela Luz Neri Pereyra
290. Gabriela Pacheco Scott
291. Gabrielle Wald
292. Gabryella Martins
293. Geovanna Cortes
294. Gineth Rodriguez De La Hoz
295. Giovanna Guarnieri Paterniani

296. Giselle Bagatini
297. Giselle Perez
298. Gisselle Ramírez López
299. Gladys Cervantes
300. Glaucia Suellen Torres Da Silva
301. Gloria Conde Arteaga
302. Greicy Andrea Casillas Salazar
303. Guadalupe Araibel Fernandez Alarcón
304. Heloá Cabrini Vicentini
305. Hilda Marlene Perez De Anda
306. Holly Harris
307. Hortencia Ramos Espada
308. Idalia Valdes
309. Ilein Rodriguez Melo
310. Iliana Contreras Valenzuela
311. Ilse Doriany Vega Iturbe
312. Indiara Morel
313. Ingrid Cerveira Martins-Denton
314. Ingrid Jhoanna Cobo Mendoza
315. Ingrid Johana Bohorquez Blanco
316. Ingrid Nathalia Rico Velasco
317. Ingrid Pereyra
318. Ingrid Vanessa Peñaloza Ochoa
319. Inmaculada C Simancas Martin
320. Iraquel Rodríguez Blanco
321. Ired Sevilla
322. Isabela Glick
323. Isabele Garcia De Godoi
324. Isabella Motta Pereira
325. Isabelle Nóbrega Carreira
326. Isadora Cerri
327. Iuliia Savchuk
328. Ivette Juliana Peña Chaparro
329. Jackeline De Almeida Guilherme
330. Jacqueline Benavente
331. Jacqueline Mariela Grande Vasquez
332. Jamile Flaviane Vitória Ferreira
333. Janaina Vasconcelos-Melotti
334. Janeth Patricia Gomez De Castro
335. Jaqueline Santana De Oliveira
336. Jasmine Landstrom
337. Jennifer Costa
338. Jennifer Santana Beck
339. Jesica Mancera Gomez
340. Jessica Escobar
341. Jessica Mascarenhas Sicuto

342. Jessica Medina
343. Jessica Melendez
344. Jessica Navarro Gómez
345. Jessika Gordillo
346. Jeymi Catalina Peña Vargas
347. Joana Hoffman
348. Joana Martins De Vasconcelos
349. Johana Angélica Quiñones Hernandez
350. Johana Valderrama
351. Jorge Medina
352. Joshua Young
353. Joyce Macksuele
354. Juan Esteban Zuluaga Mariaca
355. Julia Jordão Tostes
356. Juliana Assumpção Ehrenfried
357. Juliana Camparotti
358. Juliana Cordeiro De Oliveira Dos Santos
359. Juliana Hickey
360. Juliana Oliveira Barros Amancio Mattos
361. Juliana White
362. Juliane Medeiros
363. Julie Anne Serafim Santos
364. Julieth Carolina Franco Sanabria
365. Julieth Rios
366. Julieth Silvana Narvaez Acosta
367. Julio Cesar De Jesus Sandoval Colmenarez
368. Kamila Campana
369. Karem Itzel Ceron Villagran
370. Karen Giseth Torres Paniagua
371. Karen Melissa Hoyos Zuluaga
372. Karen Ponce
373. Karen Serna Pulido
374. Karen Uro
375. Karen Viviana Rios Contador
376. Karla Islas Calzada
377. Karla Senties Gonzalez
378. Karla Young
379. Karolin Heinze
380. Katerine Alvarez
381. Katherin Sepúlveda
382. Katherine Cedeno
383. Katherine Villarreal
384. Katja Rakuscek
385. Katya Rodriguez
386. Kayanne Savage
387. Kelly Christofero

388. Kelly Valoyes
389. Kiara Melisa Mosquera Benitez
390. Kimberley Gutierrez
391. Kristiina Lepist Bates
392. Lady Ballén
393. Lady Johana Correa Usma
394. Laila Caroline Pereira
395. Lais De Oliveira
396. Lais Medeiros Schambeck
397. Laísa Renata Camargo
398. Lara Sarrio
399. Larissa E. Souza Neves
400. Larissa Felinto Da Silva
401. Larissa Lais Bevacqua
402. Larissa Luana Gonçalves Silva
403. Larissa Padilha Gomes
404. Laura Alejandra España Castro
405. Laura Ballesteros
406. Laura Barriga
407. Laura Buitrago
408. Laura Cabrera Torres
409. Laura Camargo
410. Laura Camila Munoz Amaya
411. Laura Carolina Henao Uribe
412. Laura Catalina Sarmiento
413. Laura Constanza Murcia Mora
414. Laura Cristina Gil Posada
415. Laura Giraldo Rojo
416. Laura Lopez
417. Laura Marcela Herrera Velásquez
418. Laura Ochoa
419. Laura Viviana Perez Mendoza
420. Lauren Webster
421. Lauritze Romero
422. Laurynn Nathan
423. Layana Erika Cheliga
424. Ledis Tatiana Alvarez
425. Leidy Alvarez
426. Leidy Carolina Pulido Mora
427. Leidy Johanna Montero Agudelo
428. Leidy M Rios Gutierrez
429. Leidy Yuliana Martinez Buitrago
430. Leilane Gomes
431. Leticia Dos Santos Silva
432. Letícia Machado Da Silva
433. Letícia Vieira Mello

434. Leydi Diana Rivera Dominguez
435. Leydi Johana Moreno Posada
436. Libia Ramirez
437. Lidia Stefanny Torres Casallas
438. Ligia Mercedes Díaz Portillo
439. Liina Hilda Ilves
440. Lila Montserrat Gonzalez Sanchez
441. Lilian Regina Radke
442. Lilibeht Aponza Montaño
443. Lina Arango
444. Lina Fernanda Herrera Mendez
445. Lina Marcela Mora Quintero
446. Lis Veras Dos Santos
447. Lisly Georgina Diaz Ferrera
448. Liyaliz Mu Cambero
449. Lizbeth Karina Bautista Carreño
450. Lizet Vanessa Pareja Olivar
451. Lizeth Andrea Montano Lozano
452. Lizeth Gonzalez Rubio Zamudio
453. Lorena Aizman Revilla
454. Lorena Salamanca
455. Lorena Wentling
456. Louise A. H. Lorenzen
457. Luana Antunes Tolentino Souza
458. Luana Grecco De Oliveira Pires
459. Luana S Mendes De Melo
460. Lucas Diogenes Lipat-Silva Jandrey
461. Lucia Gabriela Correa
462. Lucia Marisol Maltos
463. Luciana Naief
464. Luciana Santana De Carvalho
465. Luis Fernando Santos
466. Luis Mendez Gutierrez
467. Luisa Espitia
468. Luisa Fernanda Aguilera
469. Luisa Fernanda Jiménez Peñaloza
470. Luisa Fernanda Parra Sierra
471. Luisanis Eigner
472. Luz Adriana Marín Téllez
473. Luz Maryury Bermudez Barreto
474. Mabel Mancilla Ortiz
475. Maiara Maragno Coale
476. Maidelyn Cristina Barrera Martinez
477. Maira Alejandra Allen
478. Mairilis Saldarriaga
479. Maisa Torquato

480. Manuela Bedoya Alvarez
481. Manuela Ponce
482. Marcela Andrea Castrillon Buitrago
483. Marcela Coral Taguada
484. Marcela Gonzalez Segura
485. Marcela López Cordoba
486. Marcela Perez Rico
487. Marcela Pinzon Serpa
488. Marcela Ramirez Mesa
489. Marcela Russildi
490. Marcella Lopes
491. Margarita Trujillo Florez
492. Maria Alejandra
493. María Alejandra Barbosa
494. Maria Alejandra Martinez
495. Maria Alejandra Merchancano Piedrahita
496. Maria Andrea Montoya
497. Maria Asuncion Vazquez
498. Maria Becerra
499. Maria Camila Diez
500. María Camila Fajardo Rodríguez
501. Maria Camila Vesga Buenahora
502. Maria Clara Mesa
503. María Clara Trujillo
504. Maria Covadonga Vazquez Gomez
505. Maria De La Paz Fonseca Florido
506. Maria De La Rosa
507. Maria Del Mar Castillo Dominguez
508. María Del Rocío Sánchez
509. Maria Elena Anaya
510. Maria Esther Torres
511. Maria Eugenia Peñuelas Gastélum
512. Maria Fernanda Bayona Castillo
513. Maria Fernanda Hernandez Suarez
514. María Fernanda Lozano Garcia
515. Maria Fernanda Molina Polanco
516. Maria Fernanda Navarro Guerrero
517. Maria Fernanda Perez Aguilar
518. Maria Fernanda Santelli
519. Maria Flavia Zaroni
520. Maria Florencia Grilotti
521. Maria Guzzardi
522. Maria Isabel Laus
523. Maria Jose Vindas Calvo
524. María Luisa Almaguer Rodriguez
525. Maria Margarita Gaviria Minda

526. María Margarita Romero
527. María Márquez Ortega
528. María Paz Riquelme
529. Maria Paz Rolandi Notario
530. Maria Ramirez
531. Maria Romina Godoy Nicolicchia
532. Maria Rossana Mendoza Chavez
533. María Stefany Rodríguez Forero
534. Maria Teresa Guevara Sequeda
535. Maria Victoria Marquez
536. Mariaelena Cossio Clark
537. Mariana Austin
538. Mariana Brait
539. Mariana Carrillo Vazquez
540. Mariana De Paiva Arnold
541. Mariana Lizzeth Rodriguez Lucio
542. Mariana Miranda
543. Mariana Molina
544. Mariana P. St. Peter
545. Mariana Ribeiro
546. Mariana Robles Sarti
547. Mariana Vilches Barajas
548. Mariane Cristina Bellini De Assis
549. Mariane Gianeti Viviani
550. Mariangi Moreno
551. Mariel Andrea Bobboni
552. Mariel Ramos Mares
553. Marilia Matthews
554. Marilia Prinholato
555. Marilyn Rocha
556. Marina Batista Machado
557. Marina Chaves Hutchins
558. Marina Giro Fiorentino
559. Marina Pombo De Freitas
560. Marina Simões Sartori
561. Marisabel Zurita Bolanos
562. Marisol Renteria
563. Marjolein Roeke
564. Marla Estéfany Guadian Flores
565. Martha Estefania Moreno Arias
566. Martha Laura Medina Chaya
567. Mary Stefanny Barrera Guerrero
568. Maryin Ortiz
569. Marysol Martinez Gutierrez
570. Massiel Karime Cajas Dorado
571. Mayara Ferreira Pinheiro

572. Mayara Silverio Goulart De Lima
573. Mayra Alejandra Rojas Tovar
574. Mayra Alejandra Rosales Fernandez
575. Melanie Guerra
576. Melissa Berrio Agudelo
577. Melissa Ferrer
578. Micaela Guimaraes Rodrigues
579. Michele Laurindo Cogo
580. Michelle Benedet Deuschle
581. Michelle Martins Schaffer
582. Monica Andrea Fonseca Montoya
583. Monica Davila Rodriguez
584. Monica Duque
585. Monserrat Maria Isabel Martinez Cornelio
586. Monyka Kleponis
587. Naiara Dambroso
588. Nallely K. Shapiro
589. Natalia Andrea Montaño
590. Natalia Andrea Ospina Moreno
591. Natalia Arevalo
592. Natalia Carolina Pedrozo Arbelaez
593. Natalia Herrera
594. Natalia Higuita Sanchez
595. Natalia Jimenez Lopez
596. Natalia Maria García Ávila
597. Natalia Marques Do Prado
598. Natalia Rodriguez
599. Natalia Serafim Tejo
600. Natalia Vega Boza
601. Natalia Zapata
602. Natasha De Oliveira Gomes
603. Nathalia Duque Cortes
604. Nathalie Soares Silva
605. Nathalie Valenzuela
606. Neftali Espinosa
607. Nhayanne Dos Santos Montenegro
608. Nicole Primi
609. Nicolle Garibaldi Sartori
610. Noadia Maria Guimarães Da Silva
611. Noelli Lemes Garcia
612. Noemi Becerra Suarez
613. Nora Castillo Chavarrias
614. Nora Raak
615. Noreen Ovalle
616. Nubia Lised Barrera Lemus
617. Nuria Aparicio

618. Nury Lucia Vega Hernandez
619. Odalmis Moreno
620. Oreana D. Serafino Mancilla
621. Ossiris Lizeth Pfeifer
622. Pamela Batista De Oliveira
623. Pamela Lezama Puig San Vicente
624. Paola A Aguilar
625. Paola Andrea Aguilar Fuentes
626. Paola Bonilla
627. Paola Charles
628. Paola Soler
629. Paola Valdés Castañeda
630. Parodes, Francine
631. Patricia Carvalho Nogueira Ramos - New Name Patricia D'Agat
632. Patricia Parra
633. Patricia Tálaga
634. Paul Mena Perez Ruiz
635. Paula Andrea Diaz
636. Paula Andrea Roldán
637. Paula Correa Andrade
638. Paula Gabriela Avila Rangel
639. Paula León Viramontes
640. Paula Muniz Rodrigues
641. Paula Muñoz Acuña
642. Paula Sol Vasquez
643. Paula Valencia Posso
644. Paulina Orozco Segoviano
645. Pauline Cunha
646. Priscilla Souto
647. Raianne Tavares Rocha
648. Raisa Caballero
649. Raissa Monteiro Pereira
650. Raissa Sundin Do Lago
651. Raquel Herrera
652. Raquel Namur Rivas
653. Raquel Nogueira Brandao
654. Rebeca Hid Rueda
655. Rebeca Trabachini
656. Renata Rezende De Oliveira
657. Rhayna Marques
658. Ritiele Goulart Generoso
659. Roberta Dalio Bernardo
660. Rocio Más Padilla
661. Rosa Amelia Pinto Vallejo
662. Roseli Carvalho
663. Rossana Isabel Arrua Ferreira

664. Sabrina Silveira Cintra De Souza
665. Sabrine Natasche Wood
666. Sagy Garay
667. Samanta Meyer
668. Samaris Cristina Jorge
669. Sandra Milena Endoza Jimenez
670. Sandra Potosi
671. Santos Daniela Lemus Trigueros
672. Sara González Bastidas
673. Sara Lucia González Afanador
674. Sara Martinez Palomo
675. Sara Vanessa Tamez Medina
676. Sara Werr
677. Sasha Salomon
678. Shelly Khoza
679. Sherilyn Fabiola Olivares Fernandez
680. Shirley Romero Vergara
681. Silvia Daiane Boche Lopes
682. Silvia Juliana Gomez Gonzalez
683. Silvia Marcela Maldonado Pena
684. Silvia Morales Prado
685. Sirlei Vieira
686. Sonia Alejandra Sanchez Morales
687. Sonia Del Rocio Paz Puga
688. Sophia Beijer-Torres
689. Stephani Morera Morse
690. Stephania Duarte
691. Stephanie Franca Da Silva
692. Stephanie Melo
693. Sthefanie Urquilla
694. Sthephanie Chara Trujillo
695. Sttefy Fonseca
696. Susete Araujo Sousa
697. Taciane Hallwas
698. Taciani Campos Silva
699. Tamires Da Silva Braga
700. Tania Aparecida Dos Santos
701. Tania Lorena Aizman Revilla
702. Tarsila F Torrens
703. Tatiana Murcia
704. Tatiane Deschamps Laginestra
705. Teresa Maria Diaz Caballeros
706. Thabata Bertolacini
707. Thaiana Rodrigues Maciel
708. Thaís Ferrari Paiva
709. Thais Prina Berg

710. Thais Stefanovich
711. Thaissa Almeida Padovan
712. Thamires Sgoti Guimaraes
713. Thamirys Granado De Souza
714. Thamyres Romano Martins
715. Thayz Claudia Vieira Carmelo
716. Thayze Rocha
717. Valeria Elisa Lucero Andocilla
718. Valeria Ramos
719. Vanessa Dias
720. Vanessa Hart
721. Vanessa Herrera
722. Vanessa Leal Da Silva
723. Vannesa Perez
724. Veronica Montserrat Parra Toledo
725. Veronica Sanchez Perez
726. Veronica Zapata Velez
727. Viridiana Masch
728. Wendy Caicedo
729. Wendy Paola Rivera Arias
730. Wendy Patricia Ramirez Deras
731. Wendy Sanabria
732. Ximena Sanchez
733. Yackeline Zambrana
734. Yamile Martínez Gómez
735. Yazhyra Gomez Agudelo
736. Yeimmy Catalina
737. Yeisi Martinez
738. Yeniffer Ramirez
739. Yenny Carolina Cordoba
740. Yennyfer Gualteros
741. Yessica Andrea Mejia Rivera
742. Yessica Elles
743. Yessica Rivero Campos
744. Yicel Dayanna Calzadilla Bothía
745. Yina Brown / Yina Milena Navarro Hernandez
746. Ylenia Espar Gañet
747. Yoselin Abigail Navas Cañas
748. Yudy Lorena Buitrago Gomez
749. Yuliana Garzon
750. Yuliana Marlene Salazar Salinas
751. Yuly Chacon
752. Yury Fernanda Murcia Salamanca
753. Zaira Cavenati
754. Zoraida Nieto
755. Zore Londono Farley

756.    Zunilda Rosa Tano Morales

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: July 27, 2017                                Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

18

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn L. Smalls
Dawn L. Smalls
