# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Ana Aguiro | Au Pair Care, Inc. |
| Lizeth Andrea Montaño Lozano | Cultural Care Au Pair |
| Angela Mican | Au Pair Care, Inc. |
| Calia Nataly Delgadillo Longoria | Cultural Care Au Pair |
| Dieula Lumertine | Au Pair Care and Au Pair in America |
| Eileen Peñaloza | Cultural Care Inc. d/b/a Cultural Care Au Pair |
| Esther Cabañero Moreno | Au Pair Care |
| Jessica Vindiana Medina Lopez | Aupaircare |
| Jessica Melendez | Cultural Care Au Pair |
| Julia Jordão Tostes | Au Pair Care |
| Laura Daniela Sarmiento Carrasquilla | Au Pair in America |
| Maria Tobar-Saavedra | Cultural Care Au Pair |
| Mariana Brandt | Au Pair in America |
| Nadia Valeria Caceres Galofre | Au Pair Care, Inc. |
| Natália Marques do Prado | Cultural Care Au Pair |
| Ossiris Lizeth Pfeifer | Au Pair in America |
| Yury Fernanda Murcia Salamanca | Au Pair Care |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07/07/2017   SIGNATURE: [signed]

PRINTED NAME: Ana A. Aquino

ADDRESS: P.O. Box 60516, Sunnyvale, CA 94088

TELEPHONE NUMBER(S): 214-815-6606

EMAIL ADDRESS: aazuc1@hotmail.com

SPONSOR: AuPair Care Inc.

DATES IN AU PAIR PROGRAM: 10-18-2010 – 01/09/2011

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 03/06/17   SIGNATURE: _____

PRINTED NAME: Lizeth Andrea Montaño Lozano

ADDRESS: Calle 80 A # 118-30 int 1 apto 501 (Bogotá - Colombia)

TELEPHONE NUMBER(S): cel phone 3045614845 o tel (031)7515658

EMAIL ADDRESS: lizeta91@gmail.com

SPONSOR: Cultural care au pair

DATES IN AU PAIR PROGRAM: 06/19/11 — 02/15/12

Return this form by November 2, 2017 to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

Scanned by CamScanner

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07-17-2017   SIGNATURE: [signature]

PRINTED NAME: Angela Marcela Mican Franco

ADDRESS: Calle 16A Bis # 15-51 Piso 2 Barrio Santa Anita, Fusagasugá Cundinamarca, Colombia

TELEPHONE NUMBER(S): +57 (314) 288 4680

EMAIL ADDRESS: angelamican@hotmail.com

SPONSOR: Au Pair Care, Inc.

DATES IN AU PAIR PROGRAM: From January 5th 2015 to January 5th 2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO  80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07/12/2017      SIGNATURE: *Calia Nataly Delgadillo Longoria*

PRINTED NAME: Calia Nataly Delgadillo Longoria

ADDRESS: Via Florencia 196 Residencial Senderos

TELEPHONE NUMBER(S): +521 871 128 3309

EMAIL ADDRESS: calia.cd@gmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: 08/10/2015 - 05/09/2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO  80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**　　　　　　　　　　　OR email to:　AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878　　　　　　　　　　　　　　　OR fax to:　(+1) 888-335-3336
Broomfield, CO  80021

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07/10/2017　　　　SIGNATURE: Lumertine

PRINTED NAME: Dieula Lumertine

ADDRESS: 518 Avenue I Riviera Beach, FL 33404 USA

TELEPHONE NUMBER(S): 561-536-7902

EMAIL ADDRESS: kriss2225@gmail.com

SPONSOR: Au Pair Care and Au Pair In America

DATES IN AU PAIR PROGRAM: 08/24/2009-08/27/2010 and 09/04/2012-12/28/2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**　　　　　　　　　　　OR email to:　AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878　　　　　　　　　　　　　　　OR fax to:　(+1) 888-335-3336
Broomfield, CO  80021

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.

| | |
|---|---|
| **Au Pair Wage Action**<br>c/o JND Legal Administration<br>P.O. Box 6878<br>Broomfield, CO 80021 | OR email to: AuPairWageAction@jndla.com<br><br>OR fax to: (+1) 888-335-3336 |

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07-07-2017   SIGNATURE: [signed]

PRINTED NAME: Eileen Guerrero Peñaloza

ADDRESS: Teotihuacan #508 Col. Puesta del Sol C.P 23090 La Paz Baja California Sur Mexico.

TELEPHONE NUMBER(S): 6121170715

EMAIL ADDRESS: EGP-0417@hotmail.com

SPONSOR: Cultural Care Inc. d/b/a Cultural Care Au Pair.

DATES IN AU PAIR PROGRAM: 07-25-2011 / 08-25-2012.

Return this form by **November 2, 2017** to:

| | |
|---|---|
| **Au Pair Wage Action**<br>c/o JND Legal Administration<br>P.O. Box 6878<br>Broomfield, CO 80021 | OR email to: AuPairWageAction@jndla.com<br><br>OR fax to: (+1) 888-335-3336 |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07/25/2017    SIGNATURE: /s/

PRINTED NAME: ESTHER CABAÑERO MORENO

ADDRESS: PEREZ GALDOS, 6

CITY: MADRIGUERAS, ALBACETE, 02230

COUNTRY: SPAIN

TELEPHONE NUMBER(S): +34 654 292 977  | +34 635 212 159

EMAIL ADDRESS: esthercm1993@gmail.com

SPONSOR: AU PAIR CARE

DATES IN AU PAIR PROGRAM: 10/05/2015 - 10/05/2017

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 06/19/2017   SIGNATURE: [signed]

PRINTED NAME: Jessica Viridiana Medina López

ADDRESS: 192 Breezewalk Dr
Vallejo Ca 94591

TELEPHONE NUMBER(S): 5103090788

EMAIL ADDRESS: yezika_17@hotmail.com

SPONSOR: aupaircare

DATES IN AU PAIR PROGRAM: March 2013 – March 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 15/07/2017   SIGNATURE: Jessica Meléndez

PRINTED NAME: Jessica D. Melendez Ardila

ADDRESS: 3766 SW Stevens St. /98126 Seattle, WA.

TELEPHONE NUMBER(S): 2064723133

EMAIL ADDRESS: jessmelendez24@hotmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: From July 25, 2016 to January 24, 2018.

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENTIMENTO DE INGRESSO
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até <u>2 de novembro de 2017</u>.**

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | OU e-mail para:<br><br>OU fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: __07/07/2017__   ASSINATURA: __Julia Jordão Tostes__

NOME LEGÍVEL: __JULIA JORDÃO TOSTES__

ENDEREÇO: __~~AV~~ RUA MARIO COVAS JUNIOR, 100 / APT 606 - BARRA DA TIJUCA - RIO DE JANEIRO - RJ - BRASIL__

NÚMERO(S) DE TELEFONE: __+55 21 99466-0540 / +55 21 2429-9543__

ENDEREÇO DE E-MAIL: __julia53@globo.com__

PATROCINADOR: __Au Pair Care__

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: __21/JUL/2014 á 06/AGO/14__

Devolva este formulário até **2 de novembro de 2017** para:

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | OU e-mail para:<br><br>OU fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

Scanned by CamScanner

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 7/6/2017         SIGNATURE: *Daniela Sarmiento C.*

PRINTED NAME: Laura Daniela Sarmiento Carrasquilla

ADDRESS: Calle 23C # 69F-65 INT 38 APT 501 Manzana E, Carlos Lleras Restrepo, Bogotá D.C., Colombia

TELEPHONE NUMBER(S): +57 416 1860, +57 3173734945

EMAIL ADDRESS: danny200795@hotmail.com

SPONSOR: Au Pair in America

DATES IN AU PAIR PROGRAM: February 8th/ 2016 - February 7th/2016

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: July 22nd, 2017   SIGNATURE: [signature]

PRINTED NAME: MARIA TOBAR-SAAVEDRA

ADDRESS: 346 W Grand Ave. Suite 202
Grover Beach, CA 93433

TELEPHONE NUMBER(S): 831.2243136

EMAIL ADDRESS: MAKATOBAR@hotmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: September 2008 to September 2010

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

**CONSENTIMENTO DE INGRESSO**
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até 2 de novembro de 2017.**

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO 80021** | **OU** e-mail para:<br><br>**OU** fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: 21 de Julho 2017    ASSINATURA: Mariane e. Brandt

NOME LEGÍVEL: Mariana Azevedo Brandt

ENDEREÇO: R: Paulino Julio de Souza, 1019 - Ipiranga / São Jose - Santa Catarina / Brasil

CEP 88111-590

NÚMERO(S) DE TELEFONE: 55 48 99178 2938 / 55 48 99184 5667

ENDEREÇO DE E-MAIL: mariana_brandt@hotmail.com

PATROCINADOR: Au Pair in America

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: 10 de outubro 2009 Até 08 de outubro 2010

Devolva este formulário até **2 de novembro de 2017** para:

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO 80021** | **OU** e-mail para:<br><br>**OU** fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

## CONSENTIMIENTO PARA UNIRSE
(Conforme al Código de los Estados Unidos (United States Code. USC) 29, § 216(b))

Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del **2 de noviembre de 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:   AuPairWageAction@jndla.com

O por fax al:   (+1) 888-335-3336

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 06 Julio de 2017    FIRMA: _[signature]_

NOMBRE EN LETRA DE IMPRENTA: NADIA VALERIA CACERES GALOFRE

DIRECCIÓN: Calle 168 A # 73A 96, Bogotá, Colombia.

NÚMERO DE TELÉFONO: +57 305 7774417

CORREO ELECTRÓNICO: nadia_caceres@hotmail.com

PATROCINADOR: Au Pair Care, Inc.

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: 25 Julio de 2016 a 25 Mayo de 2017

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:   AuPairWageAction@jndla.com

O por fax al:   (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 04/06/2017   SIGNATURE: Natália Prado

PRINTED NAME: Natália Marques do Prado

ADDRESS: Av. Das Esmeraldas, 4001 Bloco E Apto 54
Marília - SP   17.516-000   Brasil

TELEPHONE NUMBER(S): +55 (14) 98170-2130

EMAIL ADDRESS: marquesprado@yahoo.com.br

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: 09/21/2008 - 09/26/2009

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

| | |
|---|---|
| **Au Pair Wage Actiou**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO 80021** | **OR** email to: AuPairWageAction@jndla.com<br><br>**OR** fax to: (+1) 888-335-3336 |

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 07/06/2017       SIGNATURE: /s/

PRINTED NAME: Ossiris Lizeth Pfeifer   others names used: Ossiris Lizeth Fontes Bernal

ADDRESS: 4958 Liberty Rd S Apt #86
Salem, OR 97306

TELEPHONE NUMBER(S): 360 991 3201

EMAIL ADDRESS: Ossiris-f@hotmail.com

SPONSOR: Au Pair in America

DATES IN AU PAIR PROGRAM: February 9th 2015 to December 5th 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENTIMIENTO PARA UNIRSE
(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

| | | |
|---|---|---|
| **Au Pair Wage Action** c/o JND Legal Administration P.O. Box 6878 Broomfield, CO 80021 | **O** por correo electrónico a: **O** por fax al: | AuPairWageAction@jndla.com (+1) 888-335-3336 |

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 11/Julio/2017   FIRMA: Yury Murcia

NOMBRE EN LETRA DE IMPRENTA: Yury Fernanda Murcia Salamanca

DIRECCIÓN: calle 84B #117-20 Bogotá - Colombia

NÚMERO DE TELÉFONO: 3196868400 - 6612753

CORREO ELECTRÓNICO: yuryferg4@hotmail.com

PATROCINADOR: AuPair Care

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: 16-febrero-2015 - 08-febrero-2016

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

| | | |
|---|---|---|
| **Au Pair Wage Action** c/o JND Legal Administration P.O. Box 6878 Broomfield, CO 80021 | **O** por correo electrónico a: **O** por fax al: | AuPairWageAction@jndla.com (+1) 888-335-3336 |