# Exhibit B, Part 1

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 4276 | e14003a3 | Abby De Groot | Au Pair In America Apia |
| 1150 | 1cc171c8 | Adriana Anahi Alarcon | Au Pair In America |
| 420 | 0b539cd7 | Adriane Carvalho | Aupair Care |
| 443 | 6a29c6d7 | Adriane Henriques Guerreiro | Au Pair In America |
| 3374 | e7b692e6 | Aida Alejandra Sánchez Mata | Au Pair In America |
| 3828 | e8fc7cbd | Ainoa Mateu Mullor | Intrax Aupaircare |
| 4520 | d9ced4da | Alba Juliana Arenas Castellanos | Cultural Care Au Pair |
| 2136 | 36663a3c | Alba Navarro Barrue | Au Pair Care |
| 2517 | 0c8f73da | Alejandra Cardenas Garces | Cultural Care |
| 2765 | 11a6efdd | Alejandra Colorado | Au Pair Care |
| 1530 | ff0111b6 | Alejandra Hincapie Arcila | Aupaircare |
| 5064 | 3e000bd4 | Alejandra Ivonne Lavín Cantú | Au Pair In America |
| 1773 | fa82f93d | Alejandra Madrigal | Au Pair In America |
| 2966 | 91bfa7c4 | Alejandra Montes Martinez | Aupaircare |
| 3150 | ded596a2 | Alejandra Villalba | Aupair Care |
| 4570 | 0a1a7810 | Alejandro Grimalt Aguilo | Aupair Care By Intrax |
| 3714 | e237c281 | Alessandra Bernsen | Aupair In America |
| 2094 | a56eac5c | Alessandra Peloso | Aupair In America |
| 4808 | 2207cfa9 | Alessandra Prandini | Apia |
| 2983 | a704ea6c | Alexa Fernanda Ravelo Vazquez | Aupaircare |
| 3430 | 58598397 | Alexandra Averous | Aupairinamerica |
| 3054 | ca42a311 | Alexandra Duran | Interexchange |
| 4073 | 0bac7e43 | Alexandra Vargas Jimenez | Au Pair In America |
| 3754 | 4e015ae8 | Aliana Alvarez | Cultural Care Au Pair |
| 4274 | 958c25f8 | Alina Guzema | Au Pair In America |
| 3253 | 1049f71c | Aline Aparecida De Andrade | Apia |
| 5384 | 6f95a295 | Aline Bezerra Da Fonseca | Au Pair Care, Inc. |
| 3156 | 1a56d754 | Aline De Almeida Barbosa | Interexchange |
| 2204 | 249b302f | Aline Junqueira Pereira | Aupair In America |
| 2147 | 0d93c764 | Aline Mari Fukace | Au Pair Care |
| 1317 | 17b154d9 | Aline Taddonio | Au Pair In America |
| 5033 | fce19ea2 | Allison Gonzalez | Go Au Pair |
| 4391 | bcb0207a | Alma Silva | Cultural Care Au Pair |
| 3743 | 3aa2292e | Amanda Barahona-Hawkins | Apc |
| 3840 | c11fd082 | Amanda Hardman | Au Pair In America |
| 1002 | 8d5d9eac | Amanda Silveira | Interexchange |
| 2925 | 5a5447f8 | Amor Lidia Rodriguez Lopez | Aupair Care |
| 4733 | 881901fd | Ana Alejandra Guadalupe Torres Salas | Goaupair |
| 2226 | a8817df4 | Ana Arguello | Cultural Care Au Pair |
| 1273 | 3653c816 | Ana Carla Rivas | Au Pair Care |
| 2834 | c6f75da5 | Ana Carolina Alves De Oliveira | Cultural Care |
| 4431 | c2346106 | Ana Caroline Dos Santos Seberino | Au Pair Care |
| 5410 | 3d42247a | Ana Diaz | Au Pair Care, Inc. |
| 3455 | 627215f9 | Ana Fernandes | Au Pair In America |
| 5315 | d8472920 | Ana Gabriela Pinheiro Serigatto | Au Pair Care, Inc. |
| 3471 | b2c4e0c4 | Ana Galindo | Aupaircare |
| 4847 | 2648288f | Ana Ines Perez | Au Pair In America |
| 3901 | 25c23d8a | Ana Karen Salas Ramírez | Cultural Care Au Pair |
| 1251 | 75a81788 | Ana Karla Forte Silva | Interexchange |
| 5411 | 80240048 | Ana Laura Otazo Rodas | Au Pair Care, Inc. |
| 2952 | e02d143b | Ana Lopez | Au Pair Care |
| 2633 | e516378e | Ana Lopez Segura | Au Pair In America |
| 1785 | ec559626 | Ana María Alzate Rodriguez | Au Pair In America |
| 495 | bc5377f0 | Ana María Garcia | Cultural Care Au Pair |
| 2349 | 2f51bc21 | Ana Maria Rueda | Aupair Care |
| 1929 | 07e9fd1a | Ana Maria Tellez | Cultural Care Au Pair |
| 1791 | 5f9ceb1a | Ana María Uribe Alvarez | Cultural Care Au Pair |
| 4315 | 45ad9354 | Ana Paula Dos Santos | Interexchange Program |
| 4074 | b7ddab7e | Ana Romo | Interexchange |
| 899 | 76d79b7f | Ana Sofía | Au Pair In America |
| 4831 | a4ed491d | Ana Stephanie Garcia Matero | Au Pair In America |
| 5129 | 5ae943ec | Ana Stojkova-Bonaventura | Au Pair Care, Inc. |
| 4454 | c4043a18 | Ana Zrinscak | Au Pair In America |
| 3691 | 3e12db01 | Anaïs Benmessaoud | Au Pair In America |
| 408 | 00c9fd07 | Andra Alexandra Avramescu | Aupaircare |
| 3411 | 776809fa | Andrea C Quintero Romero | Go Au Pair |
| 4580 | 1c67d3fb | Andrea De Noronha Araujo | Aupaircare |
| 2028 | 775fe3a6 | Andrea Larios Barrientos | Cultural Care |
| 700 | 4ceaf257 | Andrea Markey | Aupair Care |
| 3886 | 2b3a7d37 | Andrea Marlet Sanchez Cantu | Aupare Care |
| 1803 | a9e2311d | Andrea Milena | Aupair Care |
| 3388 | ac846a51 | Andrea Riaño | Au Pair In America |
| 4896 | 2e94251f | Andrea Rincon | Aupair Care |
| 2740 | ff020817 | Andrea Rios | Cultural Care Au Pair |
| 5109 | 9084c8b4 | Andrea Simmonds Zapata | Au Pair In America (Apia/Aifs |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 4039 | efb9d0ed | Angela Cristina Montoya | Barbara Eves, Au Pair In America |
| 1531 | f8926c72 | Angela Forero Peña | Au Pair In America |
| 5350 | dd176208 | Angela Marcela Mican Franco | Au Pair Care, Inc. |
| 4976 | de8f64c2 | Angela Saenz De La Torre | Aupaircare |
| 5221 | 8fd016d0 | Angela Viviana Plazas Caballero | Cultural Care Au Pair |
| 3950 | b8cb5d26 | Angelica Cuervo Tinjaca | Cultural Care |
| 5433 | 44aa6428 | Angelica Maria Roldan Zerda | Interexchange, Inc. |
| 5239 | 88c837dd | Angelica Salazar | Cultural Care Au Pair |
| 4412 | 050bd78c | Angélica Vargas Reyes | Aupaircare |
| 987 | d7bc94e3 | Angie Enerieth Coronado Bohorquez | Cultural Care Au Pair |
| 4446 | 4444f901 | Angie Gil Molina | Au Pair In America |
| 4183 | 7948b554 | Angie Manuela Dominguez Aguirre | Au Pair Care |
| 425 | 2b43a84a | Angie Nathaly Mora Rodriguez | Au Pair Care |
| 5137 | bfb77f1b | Angie Paola Franco | Au Pair Care, Inc. |
| 1840 | 18e07cbd | Angie Vargas Urdinola | Au Pair In America |
| 2709 | fec13cf3 | Angie Villa | Aupair Care |
| 1635 | c6a76d34 | Anna Pau Garcia | Aupair Care |
| 1346 | 48633cd3 | Annel Natiely Escudero Pozos | Cultural Care |
| 2675 | 7944390f | Anny Carolina Rodriguez Medina | Cultural Care |
| 1124 | daf775dc | Anny Julieth Cancino Bermúdez | Aupaircare |
| 3212 | 82e48293 | Anny Paola Abreo Consuegra | Aupaircare |
| 3107 | aea3c48c | Antonio Aguilar Ceballos | Au Pair Care |
| 1365 | f9f65b66 | Anya Laporta | Cultural Care Au Pair |
| 5303 | 092a18ab | Arantxa Steffi Del Carmen | Cultural Care Au Pair |
| 2995 | cbe52d7e | Arlin Dayana Lozano Forero | Go Au Pair |
| 528 | cc49ecf6 | Audrey Loomis | Cultural Care |
| 917 | fd1e3801 | Aura Andrea Malagon Ramos | Au Pair In America |
| 3145 | b4999b09 | Aura M. Valencia | Interexchange, Inc |
| 4881 | 166a5832 | Aura Maria Taborda Tabares | Au Pair Care, Inc |
| 3734 | d9694820 | Barbara Alano | Apc |
| 1209 | 1399213c | Barbara Daure | Au Pair Care |
| 2112 | 28ab619e | Barbara Decares | Expert Au Pair |
| 2432 | e1c7451c | Barbara Nepomuceno | Cultural Care |
| 575 | 6a54d5a5 | Barbara Riane | Au Pair Care |
| 2261 | 826c2e91 | Beatriz Georgina Ceja Herrera | Cultural Care |
| 4426 | 126d4abf | Berenice Brenes | Au Pair In America |
| 1772 | d75618c5 | Berenice Delgado Muñiz | Au Pair Card |
| 4674 | 4303500c | Bessy Carolina Pocasangre Echeverria | Go Aupair |
| 2920 | fb326669 | Betty Ramirez | Au Pair In America |
| 2992 | dbc44856 | Bety Milena Manzo | Au Pair Carr |
| 3360 | 3e0be504 | Betzady Eonyu Baek | Cultural Care Aupair |
| 2846 | aba44e59 | Bianca Rezende Bonani | Au Pair In América |
| 2674 | dfe93e06 | Bibiana Elizabeth Quiroz Cantillo | Au Pair Care |
| 5053 | ab51d63e | Blanca Rocio Hernández Hernández | Aupair Care |
| 3502 | e70c1a0b | Blanca Wruck Melo | Cultural Care |
| 3526 | fec16954 | Brenda Samaniego | Au Pair In America |
| 1208 | e28fb7d4 | Brizeyda Cruz Arroyo | Aupair Care |
| 4938 | f39ea00c | Bruna Cristina Palmeira Dos Santos | Au Pair Care |
| 1784 | 5e0a9fbc | Bruna Marcela De Paula | Au Pair In America |
| 3563 | 8074f6cd | Bruna Moreira Antunes | Au Pair Care |
| 1720 | 9c0d4f94 | Bruna Roza Rodrigues | Apia |
| 2612 | be01220e | Bruna Santiago Da Silva De Jesus | Au Pair In America |
| 5426 | 55a4e690 | Brunna Ulian Freitas | Cultural Care Au Pair |
| 5134 | b5cb7d7b | Calia Nataly Delgadillo Longoria | Cultural Care Au Pair |
| 2273 | 1fff09b9 | Camila Da Silva Brigido | Au Pair In America |
| 3981 | e2b8ce0b | Camila De Moraes Machado | Au Pair In America |
| 475 | 6fd463a0 | Camila De Sousa | Au Pair Care |
| 4822 | 5147ba89 | Camila Florez Rendon | Aupair Care |
| 5321 | 8f5112b8 | Camila Pulido | Au Pair Care, Inc. |
| 2058 | 5c73472a | Camila Silva De Oliveira | Au Pair In America |
| 1445 | 2d81db42 | Camila Soden | Au Pair Care |
| 1516 | e07312f5 | Camila Villegas Hernandez | Au Pair In America |
| 3366 | ee89bd06 | Camilla Joergensen | Cultural Care Au Pair |
| 500 | 42ea9fe9 | Camilla Vieira Bassein | Au Pair Care |
| 516 | 2e3b97c9 | Camille Romeiro | Aupair In America |
| 3218 | d777db48 | Candelaria Cid | Go Aupair |
| 1896 | c660cacb | Carla Rodrigues Marrelli | Cultural Care |
| 2539 | 40860398 | Carlota María | Au Pair Care, Inc. |
| 351 | 411a4011 | Carmen Ortiz Schlager | Au Pair In America |
| 5333 | 0736cc6c | Carol I Howe | Au Pair In America (Apia/Aifs) |
| 2746 | 67e2dd77 | Carolina Carvajal Hoyos | Au Pair In America |
| 1062 | 71a71122 | Carolina Davila | Expert Aupair |
| 659 | 63eca7d1 | Carolina Guzman | Cultural Care Au Pair |
| 1338 | de153a8d | Carolina Jessica Peña Valles | Aupaircare |
| 1128 | 4867897a | Carolina Lima | Interexchange |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 741 | 5f4c06f0 | Carolina Mallia | Cultural Care Au Pair |
| 1585 | 7bece9c0 | Carolina Palini | Aupaircare |
| 3206 | 92f83fe9 | Carolina Romero Acuna | Apc |
| 3162 | b7c60597 | Carolina Tot | Aupair Care |
| 3938 | fafd3631 | Caroline Bandeira Janica | Cultural Care |
| 5275 | a9f71699 | Caroline Dantas De Souza | Au Pair Care, Inc. |
| 5019 | fc4acc2a | Carollina Souza | Cultural Care |
| 2164 | e7029009 | Catalina Rios | Cultural Care Su Pair |
| 3331 | 1c9ca4cd | Catalina Roncallo | Aupair In America |
| 3994 | 1aa6344c | Catherine Ramirez Gonzalez | Cultural Care |
| 4079 | 58a9934b | Celyen Vanessa Parra Torres | Aupair Care |
| 4764 | 74daa32e | Cesar Alonso Valdes | Au Pair Care |
| 4780 | b0c64721 | Christian Fabiola Palacios Hernandez | Cultural Care Au Pair |
| 3310 | 90ae992e | Cilene Feuerhake | Au Pair In America |
| 1852 | 9a2390d4 | Cindy Ayabar | Au Pair In Amarica |
| 1936 | 9ec2abb2 | Cindy Lorena Obando Supelano | Au Pair Care |
| 1511 | c8e7d2c5 | Cintya Jamely Rodriguez Zuniga | Go Au Pair |
| 2936 | 0123b482 | Clara Rivero | Au Pair Care |
| 4946 | 84d03a01 | Claudia Alejandra Vargas Gómez | Aupair In America |
| 2684 | fb367f31 | Claudia Fernanda Torres González | Au Pair Care |
| 2766 | 2eed6013 | Claudia Flautero | Cultural Care Au Pair |
| 4715 | a2f28a66 | Claudia Hijar Cohaila | Au Pair In America |
| 5293 | 87efb5a4 | Claudia Liliana Munoz Najera | Cultural Care Au Pair |
| 2075 | 0fc90007 | Claudia Martinez | Aupair Care |
| 3529 | 4b0e136b | Claudia Maryalix Acuma Salas | Cultural Care Au Pair |
| 4355 | 8c65df60 | Cristina Moller Andersen | Interexchange |
| 3967 | ca7bec61 | Cristina Tobar | Cultural Care |
| 1277 | 1de3da16 | Cynthia Benitez | Aupaircare |
| 441 | 33a45b18 | Daiene Bagarini | Cultural Care |
| 2862 | 5cabce5e | Dalia Minerva Hinojosa Garcia | Go Au Pair Operations, Llc |
| 2482 | 493b1ab2 | Daniela Bibiana Francisca Da Silva | Cutural Care Au Pair |
| 522 | fdc49bb2 | Daniela Castellanos | Aupair Care |
| 1406 | 6794af05 | Daniela Galindo | Au Pair Care |
| 2656 | 0a03aed2 | Daniela Joleanis | Au Pair Care |
| 4507 | a06f8999 | Daniela Josefina Gutierrez Lopez | Aupaircare, Inc. |
| 4646 | a0be8df4 | Daniela Londoño Cortes | Cultural Care |
| 3586 | 24d86bdc | Daniela Martinez Suarez | Cultural Care Au Pair |
| 2209 | 27c8b08a | Daniela Medina | Apc |
| 5215 | 3a6c7587 | Daniela Osorio Velez | Au Pair Care, Inc. |
| 3011 | 9c51857b | Daniela Salamanca | Cultural Care Au Pair |
| 1754 | 4406cb1d | Daniela Salas Garcia | Au Pair Care |
| 5237 | a921d105 | Daniela Vargas Guerrero | Au Pair Care, Inc. |
| 3349 | e5095a30 | Danielle Carvalho Aires Mello | Cultural Care Au Pair |
| 5003 | 8d3efb12 | Danielle Rodrigues Barbosa | Au Par In America |
| 2427 | 489dd58b | Danna Orduz | Aupair Care |
| 1398 | a9bffe9e | Darly Daniela Diaz Ortega | Cultural Care |
| 1544 | 21a97797 | Dayane Barbosa | Au Pair Care |
| 3549 | d04f6c7d | Debora Albarran | Au Pair Care |
| 1581 | 709fb338 | Debora Brewer | Au Pair In America |
| 5241 | dcb5818f | Debora Da Silva Oliveira | Au Pair Care, Inc. |
| 3846 | 035b025e | Deborah Mayane Ascher | Aupaircare Inc |
| 2942 | f95b21f8 | Deiby A Pachon Bueno | Cultural Care |
| 3893 | 930d6943 | Denise Hoffmann | Cultural Care Au Pair |
| 1744 | 2d115c7b | Denisse Andrade Pinto | Cultural Care Au Pair |
| 4897 | 22e0db62 | Désirée Santillán Molina | Au Pair Care |
| 2104 | 01f89345 | Diana Becerra | Go Au Pair |
| 4724 | 395180be | Diana Camila Herrera | Aupaircare |
| 2895 | bc5825c5 | Diana Carolina Gonzalez Gamboa | Interexchange Inc. |
| 862 | 52e9e734 | Diana Carolina Montero Hernández | Au Pair Care |
| 1764 | 11a662dc | Diana Carolina Ulloa Gomez | Cultural Care Au Pair |
| 4112 | b7b5c3d2 | Diana Catalina Guerra Haro | Aupair Care |
| 5090 | d6b6b385 | Diana Estefania Castillo Loeza | Cultural Care Au Pair |
| 2301 | a7ccafd6 | Diana Fuentes | Cultural Care Au Pair |
| 4115 | 587871d1 | Diana Rodriguez Sanchez | Go Au Pair |
| 5233 | a01e760f | Diana Veronica Mancia Vides | Au Pair Care, Inc. |
| 5072 | eecc8254 | Diego Geovan Dos Reis | Go Au Pair |
| 4335 | 47f05bdb | Dieula Lumertine | Au Pair In America |
| 916 | ba7d91ec | Doris Ortiz | Interexchange |
| 3721 | dbab6db7 | Drindi Delgado Fallas | Au Pair In America |
| 969 | 59c94db5 | Dulce Anahi Peña Araujo | Cultural Care |
| 5118 | 5bf418fb | Dulce María Hernández | Cultural Care Au Pair |
| 5446 | b38da1d4 | Dulce Michelle Torres Méndez | Cultural Care Au Pair |
| 2520 | 16fd7b70 | Edelmira Cano Hernandez | Cultural Care Au Pair |
| 1005 | 9da05130 | Edgar David Gaitan Lesmes | Cultural Care |
| 4084 | ec556a62 | Edlin Isabel Quiñonez Gallardo | Cultural Care Aupair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1942 | 0e96386b | Eduarda Christina Verrino Guimarães | Au Pair Care |
| 2798 | 4537a972 | Eduardo Michael Reyes Cuevas | Ef Cultural Care Au Pair |
| 4612 | c49f6c3b | Eladia R Bayonito | Aúpair Care |
| 5145 | 724e0958 | Elaine Merces De Oliveira | Au Pair Care, Inc. |
| 931 | afbbfe9e | Eliana Torquato | Au Pair Care |
| 2382 | 882a3514 | Eliane Luiza De Moraes | Aupair Care |
| 4089 | 0db6d74c | Elis Cernausan Borges | Aupair Care |
| 3679 | 6602ee80 | Elis Ulecka | Au Pair In America |
| 4932 | 66dfd777 | Elisa Malfatti Favero | Au Pair Care |
| 5279 | 32d92748 | Elisa S Ortiz-Monteza | Au Pair In America (Apia/Aifs |
| 2986 | 1933f6ba | Elizabeth Antea G.Alcocer | Go Au Pair |
| 1789 | 01b2674c | Elizabeth Veronica De La Cruz Juarez | Au Pair In América |
| 716 | 66b51dde | Ellen Martins | Au Pair In America |
| 1999 | 3e74e69b | Elsa Choque Choquehuanca | Aupair In America |
| 1383 | 2c90ee38 | Elvia Xochitl Rivera Gutierrez | Au Pair Care |
| 893 | 44f0aca0 | Emanuelle Carine Lima Diniz | Aupaircare |
| 4397 | b0343c3e | Emir Meyer | Cultural Care |
| 3835 | bd49fbce | Erica Bernardo Padilla | Aupair In America |
| 2946 | 5cfc29c7 | Erica Formaio Ramos | Au Pair In America |
| 1861 | 9bb28855 | Ericka Paulina Chávez Flores | Cultural Care |
| 2643 | 84bb792b | Erika A. López | Au Pair Care |
| 3262 | 61056264 | Erika Herrera | Au Pair Care |
| 1243 | 76c1cec0 | Erika Marlen Gonzalez Tovar | Cultural Care |
| 1506 | 70ef0964 | Erika Rodríguez | Au Pair Care |
| 3391 | 29442445 | Esmeralda Trujillo Origel | Au Pair Care |
| 2309 | 5269a579 | Estefanía Arenas González | Go Au Pair |
| 707 | 8954eff5 | Estefânia Costa Vieira | Cultural Care |
| 5025 | 9fb3dbba | Esther Cabañero Moreno | Au Pair Care |
| 4743 | 2a5c3558 | Esther Howard | Aupair Care |
| 4369 | bf9f99bd | Evelyn Soycher | Cultural Care Au Pair |
| 3194 | b4eed189 | Fabiana Shigeeda Fraceto | Au Pair In America |
| 1582 | 5f4ff1ab | Fabiola Torres Martinez | Cultural Care |
| 1374 | 06ade867 | Fabricia Nemetala Gonçalves | Au Pair In America |
| 5408 | b43ebe40 | Fanya Roman | Cultural Care Au Pair |
| 610 | 3e8cbebb | Fernanda Balieiro | Apc |
| 4739 | c42d10cb | Fernanda Barbosa Novaes | Au Pair Care |
| 4197 | 5aba90f5 | Fernanda Brianezi De Almeida | Au Paircare |
| 5325 | 07b184a4 | Fernanda Ferreira | Au Pair In America (Apia/Aifs |
| 3144 | ee2fda3d | Fernanda Godoy Eccel | Au Pair In America |
| 5363 | 059f616c | Fernanda Inacio Maldonado | Cultural Care Au Pair |
| 5252 | 8bc1ebe7 | Fernanda Madalena Silva Araujo | Au Pair In America (Apia/Aifs |
| 3445 | e7bb699a | Fernanda Reynaud | Au Pair Care |
| 4918 | 39d335ca | Fernanda Silva Souto | Au Pair In America |
| 909 | 157838d9 | Fernando Piña | Cultural Care Au Pair |
| 5440 | 7c9b6c1f | Fidalma Chahine Martins Da Silva | Au Pair In America (Apia/Aifs |
| 5398 | a5519577 | Gabriela De Alcantara Costa | Cultural Care Au Pair |
| 570 | 6c640574 | Gabriela Luz Neri Pereyra | Au Pair In America |
| 5337 | 1b208f56 | Gabriela Pacheco Scott | Au Pair In America (Apia/Aifs |
| 4261 | f5a2a002 | Gabrielle Wald | Au Pair In America |
| 4015 | 7ed68528 | Gabryella Martins | Au Pair Care |
| 2713 | d9c0f17d | Geovanna Cortes | Au Pair In America |
| 2910 | 5aa0086a | Gineth Rodriguez De La Hoz | Au Pair Care |
| 3802 | caebae18 | Giovanna Guarnieri Paterniani | Aupaircare |
| 2622 | 2d956988 | Giselle Bagatini | Cultural Care |
| 4141 | 2ae180b4 | Gisele Perez | Culture Care |
| 3460 | 7a4daf07 | Gisselle Ramírez López | Interexchange |
| 5318 | 7d01b9cf | Gladys Cervantes | Au Pair Care, Inc. |
| 3386 | 916c50c4 | Glaucia Suellen Torres Da Silva | Au Pair In America |
| 3909 | b7598309 | Gloria Conde Arteaga | Cultural Care Au Pair |
| 4147 | db54e84e | Greicy Andrea Casillas Salazar | Au Paír In América |
| 3470 | ca70b0af | Guadalupe Araibel Fernandez Alarcón | Au Pair Care |
| 5202 | 7cb154ce | Heloá Cabrini Vicentini | Au Pair Care, Inc. |
| 2544 | 1747ec27 | Hilda Marlene Perez De Anda | Au Pair In America |
| 3469 | df81ea74 | Holly Harris | Au Pair In American |
| 1011 | 7fd88daf | Hortencia Ramos Espada | Au Pair In America |
| 2576 | 8ce601f2 | Idalia Valdes | Aupaircare |
| 4548 | bc02d674 | Ilein Rodriguez Melo | Au Pair Care |
| 5470 | 30cf6642 | Iliana Contreras Valenzuela | Au Pair Care, Inc. |
| 2296 | bec0fc2d | Ilse Doriany Vega Iturbe | Go Au Pair |
| 5386 | b3ea8424 | Indiara Morel | Cultural Care Au Pair |
| 4243 | bb25a15e | Ingrid Cerveira Martins-Denton | Cultural Care |
| 2116 | 29167fd3 | Ingrid Jhoanna Cobo Mendoza | Cultural Care |
| 1970 | 05839af7 | Ingrid Johana Bohorquez Blanco | Cultural Care |
| 1813 | 0bbc4ec4 | Ingrid Nathalia Rico Velasco | Au Pair Care |
| 4405 | ba0e6e3f | Ingrid Pereyra | Au Pair In America |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1794 | bf8493aa | Ingrid Vanessa Peñaloza Ochoa | Au Pair Care |
| 3291 | cf2d97ce | Inmaculada C Simancas Martin | Interexchange, Inc |
| 412 | 1d5aec9c | Iraquel Rodríguez Blanco | Aupair In America |
| 2062 | eaf36139 | Ired Sevilla | Expert Aupair |
| 2256 | 5f78c12c | Isabela Glick | Au Pair Care |
| 539 | db7b88a4 | Isabele Garcia De Godoi | Aupaircare |
| 5429 | 198d279a | Isabella Motta Pereira | Au Pair Care, Inc. |
| 2938 | fc9fbaff | Isabelle Nóbrega Carreira | Au Pair In America |
| 482 | ce5e1109 | Isadora Cerri | Au Pair In America |
| 4560 | c125d712 | Iuliia Savchuk | Aupaircare |
| 1822 | 1189d58b | Ivette Juliana Peña Chaparro | Au Pair Care Inc |
| 5022 | afb1b8d8 | Jackeline De Almeida Guilherme | Au Pair In America |
| 5143 | fc02ba1c | Jacqueline Benavente | Interexchange, Inc. |
| 1867 | faf00736 | Jacqueline Mariela Grande Vasquez | Aupaircare |
| 2868 | 9f5ae3d4 | Jamile Flaviane Vitória Ferreira | Au Pair Care |
| 642 | 4d7f4898 | Janaina Vasconcelos-Melotti | Cultural Care Au Pair |
| 5153 | ef665b3e | Janeth Patricia Gomez De Castro | Cultural Care Au Pair |
| 5212 | e0f45a71 | Jaqueline Santana De Oliveira | Au Pair In America (Apia/Aifs |
| 4632 | 6125e319 | Jasmine Landstrom | Aupaircare |
| 3545 | f1d6ad9a | Jennifer Costa | Cultural Care |
| 4872 | c4ab1af6 | Jennifer Santana Beck | Au Pair Care |
| 2756 | 147b3805 | Jesica Mancera Gomez | Interexchange |
| 2640 | 7fead83a | Jessica Escobar | Au Pair In America |
| 4644 | 6c0b94d9 | Jessica Mascarenhas Sicuto | Au Pair In America |
| 1959 | 675e69bc | Jessica Medina | Aupair Care |
| 5125 | d406f6f1 | Jessica Melendez | Cultural Care Au Pair |
| 2503 | 62f444b5 | Jessica Navarro Gómez | Aupair Care |
| 2035 | 3cf36dfd | Jessika Gordillo | Go Au Pair |
| 1245 | e3610853 | Jeymi Catalina Peña Vargas | Au Pair Care |
| 3543 | ff8c67c0 | Joana Hoffman | Go Au Pair |
| 2258 | 77243cd7 | Joana Martins De Vasconcelos | Au Pair In America |
| 1407 | 53da8b43 | Johana Angélica Quiñones Hernandez | Cultural Care Au Pair |
| 4826 | 96cdb104 | Johana Valderrama | Cultural Care Au Pair |
| 4258 | 5949470e | Jorge Medina | Cultural Care |
| 3719 | 39d2e47c | Joshua Young | Cultural Care Au Pair |
| 1086 | fc86cba3 | Joyce Macksuele | Cultural Care Aupair |
| 1054 | 88d40175 | Juan Esteban Zuluaga Mariaca | Cultural Care |
| 2434 | f76cef0b | Julia Jordão Tostes | Au Pair Care |
| 945 | db694bb3 | Juliana Assumpção Ehrenfried | Aupaircare |
| 2133 | 10929ad5 | Juliana Camparotti | Au Pair In America - Apia |
| 1129 | 2bf8c548 | Juliana Cordeiro De Oliveira Dos Santos | Au Pair Care |
| 2796 | aaa6319f | Juliana Hickey | Au Pair Care |
| 4311 | c7928417 | Juliana Oliveira Barros Amancio Mattos | Au Pair In America |
| 4526 | 603d8855 | Juliana White | Cultural Care |
| 951 | a566dac2 | Juliane Medeiros | Apia |
| 1008 | 884ae076 | Julie Anne Serafim Santos | Au Pair In America |
| 1587 | bcb43eda | Julieth Carolina Franco Sanabria | Au Pair In America |
| 4202 | 64b243e3 | Julieth Rios | Cultural Care |
| 5092 | 1bd558ee | Julieth Silvana Narvaez Acosta | Au Pair Care |
| 1127 | 1ad90bf8 | Julio Cesar De Jesus Sandoval Colmenarez | Cultural Care Au Pair |
| 4985 | 593a1ed0 | Kamila Campana | Aupaircare |
| 1469 | 84f18a41 | Karem Itzel Ceron Villagran | Cultural Care |
| 1804 | 76034896 | Karen Giseth Torres Paniagua | Au Pair Care |
| 2829 | 41665da1 | Karen Melissa Hoyos Zuluaga | Au Pair Care |
| 2623 | 79df0482 | Karen Ponce | Cultural Care |
| 1431 | 4239a7d2 | Karen Serna Pulido | Aupair Care |
| 2398 | aac01a9e | Karen Uro | Aupaircare |
| 3605 | aec1366b | Karen Viviana Rios Contador | Aupair In America |
| 3199 | 60b6e50e | Karla Islas Calzada | Cultural Care Au Pair |
| 1736 | f8d22db8 | Karla Senties Gonzalez | Cultural Care |
| 3684 | 743b047c | Karla Young | Cultural Care Au Pair |
| 5086 | 0a4a710b | Karolin Heinze | Au Pair Care |
| 1254 | fc871a93 | Katerine Alvarez | Cultural Care |
| 1427 | 3234284e | Katherin Sepúlveda | Cultural Care |
| 1310 | b534e97c | Katherine Cedeno | Au Pair In America Carolina Ferrero And |
| 2140 | 83ea8cfd | Katherine Villarreal | Au Pair In America |
| 4476 | e0075485 | Katja Rakuscek | Au Pair In America |
| 2826 | d066a2f9 | Katya Rodriguez | Au Pair In America |
| 4843 | e9b4bf9a | Kayanne Savage | Apia |
| 3320 | efe4bb91 | Kelly Christofero | Expert Au Pair |
| 1555 | b0c80154 | Kelly Valoyes | Au Pair Care |
| 4492 | 390643be | Kiara Melisa Mosquera Benitez | Cultural Care Au Pair |
| 2415 | 6da3ceac | Kimberley Gutierrez | Au Pair In America |
| 3675 | 50c938ac | Kristiina Lepist Bates | Aupaircare Inc. |
| 3622 | b7f37ad2 | Lady Ballén | Go Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 5168 | 0f6d0c6a | Lady Johana Correa Usma | Cultural Care Au Pair |
| 5013 | 99cbee95 | Laila Caroline Pereira | Aupaircare |
| 4660 | 8954a257 | Lais De Oliveira | Apia |
| 3812 | 79322d00 | Lais Medeiros Schambeck | Au Pair Care |
| 3617 | 44037079 | Laísa Renata Camargo | Au Pair In America |
| 3682 | 88c2201e | Lara Sarrio | Au Pair In America |
| 2659 | 9643db79 | Larissa E. Souza Neves | Au Pair In America |
| 5370 | 9b0c7e5f | Larissa Felinto Da Silva | Au Pair Care, Inc. |
| 1382 | 945572be | Larissa Lais Bevacqua | Cultural Care Au Pair |
| 3006 | 3d9d1bda | Larissa Luana Gonçalves Silva | Cultural Care Au Pair |
| 2446 | 20fc7f7b | Larissa Padilha Gomes | Apia |
| 5217 | 9039e01f | Laura Alejandra España Castro | Interexchange, Inc. |
| 2333 | b4a5febe | Laura Ballesteros | Au Pair In America |
| 1403 | 04f4a57e | Laura Barriga | Aupair Care |
| 1890 | f70a9744 | Laura Buitrago | Au Pair Care |
| 1293 | e2dbc236 | Laura Cabrera Torres | Go Aupair |
| 4602 | 46302db4 | Laura Camargo | Cultural Care |
| 3990 | 910bd8e4 | Laura Camila Munoz Amaya | Au Pair Care |
| 4862 | 9b849748 | Laura Carolina Henao Uribe | Aupaircare |
| 1120 | bab56f9c | Laura Catalina Sarmiento | Go Au Pair |
| 2170 | 16e0ef8c | Laura Constanza Murcia Mora | Cultural Care Au Pair |
| 2001 | ff568eec | Laura Cristina Gil Posada | Au Pair Care, Inc. |
| 1424 | f59f8ceb | Laura Giraldo Rojo | Au Pair Care |
| 2617 | 23f29a61 | Laura Lopez | Au Pair In America |
| 4272 | e76f9541 | Laura Marcela Herrera Velásquez | Aupair Care |
| 1663 | a78b5b39 | Laura Ochoa | Cultural Care |
| 1921 | 819b0cdc | Laura Viviana Perez Mendoza | Cultual Care Au Pair |
| 4542 | 3d3a2b2b | Lauren Webster | Aupair Care |
| 4058 | bf9f1851 | Lauritze Romero | Cultural Care |
| 4707 | a6ecd11d | Laurynn Nathan | Interexchange |
| 1136 | c3eab0f7 | Layana Erika Cheliga | Au Pai In America |
| 5360 | 0ce8f05e | Ledis Tatiana Alvarez | Au Pair In America (Apia/Aifs) |
| 4345 | 782871f8 | Leidy Alvarez | Cultural Care Au Pair |
| 1019 | 256abe52 | Leidy Carolina Pulido Mora | Cultural Care Au Pair |
| 4784 | a9e394e2 | Leidy Johanna Montero Agudelo | Au Pair Care |
| 4865 | 9be29c8e | Leidy M Rios Gutierrez | Cultural Care Au Pair |
| 4567 | eb03af59 | Leidy Yuliana Martinez Buitrago | Au Pair Care |
| 1402 | 01cbe747 | Leilane Gomes | Au Pair In America |
| 479 | 811ae719 | Leticia Dos Santos Silva | Au Pair In America |
| 4759 | dd1e02bf | Letícia Machado Da Silva | Aupaircare |
| 3849 | 2e612dd5 | Letícia Vieira Mello | Aupair Care |
| 3877 | 69f5795c | Leydi Diana Rivera Dominguez | Go Aupair |
| 2760 | a78f199a | Leydi Johana Moreno Posada | Cultural Care |
| 5189 | 7323b91b | Libia Ramirez | Au Pair Care, Inc. |
| 1706 | 586e5b74 | Lidia Stefanny Torres Casallas | Au Pair Care |
| 3988 | efd17b51 | Ligia Mercedes Díaz Portillo | Interexchange |
| 3874 | 302c7abe | Liina Hilda Ilves | Au Pair In America |
| 2227 | 0c603c30 | Lila Montserrat Gonzalez Sanchez | Aupaircare |
| 4868 | 560c9297 | Lilian Regina Radke | Aupaircare |
| 1437 | 0a3f029f | Lilibeht Aponza Montaño | Au Pair Care |
| 3844 | 77a0685a | Lina Arango | Cultural Care |
| 1483 | b5919d16 | Lina Fernanda Herrera Mendez | Aupaircare |
| 2730 | ac3f4a31 | Lina Marcela Mora Quintero | Au Pair In America |
| 5266 | 1aa46bc8 | Lis Veras Dos Santos | Au Pair In America (Apia/Aifs |
| 498 | 5f943922 | Lisly Georgina Diaz Ferrera | American Institute For Foreign Study (Aifs) D/B/A Au Pair In America (Apia) |
| 4778 | a4a75982 | Liyaliz Mu Cambero | Aupair Care |
| 1717 | 11afb0dd | Lizbeth Karina Bautista Carreño | Cultural Care |
| 5226 | 80937856 | Lizet Vanessa Pareja Olivar | Interexchange, Inc. |
| 3116 | 8defd88e | Lizeth Andrea Montano Lozano | Cultural Care Au Pair |
| 4679 | 648623d0 | Lizeth Gonzalez Rubio Zamudio | Au Pair Care |
| 571 | b35d4cc6 | Lorena Aizman Revilla | Aupair Care |
| 3883 | be73c77d | Lorena Salamanca | Aupair Care |
| 2122 | 93b3939d | Lorena Wentling | Aupair Interexchange |
| 4340 | 0ac5175e | Louise A. H. Lorenzen | Aupair Care |
| 2914 | 0eba8bc1 | Luana Antunes Tolentino Souza | Apia |
| 5184 | 946c81db | Luana Grecco De Oliveira Pires | Au Pair In America (Apia/Aifs |
| 2347 | 7cafd7db | Luana S Mendes De Melo | Cultural Care Au Pair |
| 4691 | 53548844 | Lucas Diogenes Lipat-Silva Jandrey | Cultural Care |
| 5114 | 73b938cf | Lucia Gabriela Correa | Cultural Care Au Pair |
| 5122 | 6988d581 | Lucia Marisol Maltos | Au Pair In America (Apia/Aifs |
| 3536 | f5a83eb5 | Luciana Naief | Cultural Care |
| 3244 | 0b0d05d3 | Luciana Santana De Carvalho | Au Pair In America |
| 4772 | de432901 | Luis Fernando Santos | Aupaircare |
| 4207 | 3db42857 | Luis Mendez Gutierrez | Cultural Care Au Pair |
| 5029 | b63cea3d | Luisa Espitia | Cultural Care |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 2720 | 277b0998 | Luisa Fernanda Aguilera | Cultural Care Au Pair |
| 2666 | 9c8f3bbd | Luisa Fernanda Jiménez Peñaloza | Cultural Care Au Pair |
| 1381 | 28220c09 | Luisa Fernanda Parra Sierra | Aupair Care |
| 1559 | a3f4d489 | Luisanis Eigner | Aupaircare |
| 3778 | c05dea75 | Luz Adriana Marín Téllez | Au Pair In America |
| 3422 | 132f3965 | Luz Maryury Bermudez Barreto | Au Pair Care |
| 1485 | 9359e9c0 | Mabel Mancilla Ortiz | Aupaircare Inc |
| 2886 | 0d075e87 | Maiara Maragno Coale | Aupair Care |
| 5076 | 2681e4ff | Maidelyn Cristina Barrera Martinez | Au Pair In America |
| 4943 | 56478673 | Maira Alejandra Allen | Cultural Care |
| 3493 | 34221980 | Mairilis Saldarriaga | Cultural Care |
| 999 | aefa316d | Maisa Torquato | Aupaircare |
| 2469 | 5e057875 | Manuela Bedoya Alvarez | Aupaircare |
| 1848 | 4c6946c1 | Manuela Ponce | Au Pair In America |
| 5152 | 37d463f1 | Marcela Andrea Castrillon Buitrago | Cultural Care Au Pair |
| 2832 | 642d34ae | Marcela Coral Taguada | Cultural Care Au Pair |
| 1731 | 82152c16 | Marcela Gonzalez Segura | Au Pair In America |
| 4670 | 02139cec | Marcela López Cordoba | Go Au Pair |
| 3958 | bbaa0fc6 | Marcela Perez Rico | Cultural Care Au Pair |
| 1449 | 9fa8d651 | Marcela Pinzon Serpa | Cultural Care Au Pair |
| 4430 | c153e1aa | Marcela Ramirez Mesa | Cultural Care |
| 381 | 830c1826 | Marcela Russildi | Au Pair In America |
| 3083 | 2865bb65 | Marcella Lopes | Apc |
| 2562 | 847f7e70 | Margarita Trujillo Florez | Au Pair In America |
| 2053 | 150fdcee | Maria Alejandra | Au Pair Care |
| 2736 | b0a4fac4 | María Alejandra Barbosa | Aupaircare |
| 1814 | b58dc1fa | Maria Alejandra Martinez | Cultural Care Au Pair |
| 2876 | b4b46987 | Maria Alejandra Merchancano Piedrahita | Cultural Care Inc |
| 4609 | e1216b77 | Maria Andrea Montoya | Cultural Care |
| 4978 | 3a250405 | Maria Asuncion Vazquez | Aupaircare |
| 664 | 3ed7452f | Maria Becerra | Cultural Care |
| 2017 | e9771731 | Maria Camila Diez | Cultural Care |
| 3104 | 6deb4627 | Maria Camila Fajardo Rodríguez | Au Pair Care |
| 2598 | 0a2c3494 | Maria Camila Vesga Buenahora | Aupaircare |
| 709 | 2ddccf5f | Maria Clara Mesa | Au Pair Care |
| 781 | 93671044 | Maria Clara Trujillo | Au Pair Care |
| 2601 | cd6ad165 | Maria Covadonga Vazquez Gomez | Au Pair In America |
| 3558 | 9890b25a | Maria De La Paz Fonseca Florido | Au Pair In America |
| 3917 | 02e1996d | Maria De La Rosa | Interexchange |
| 3449 | 19091fbb | Maria Del Mar Castillo Dominguez | Au Pair Care |
| 5278 | b6adfa9f | María Del Rocío Sánchez | Au Pair In America (Apia/Aifs |
| 1422 | 244790cd | Maria Elena Anaya | Au Pair Care Inc |
| 1326 | ebceae65 | Maria Esther Torres | Au Pair In America |
| 976 | 616bda6a | Maria Eugenia Peñuelas Gastélum | Cultural Care Au Pair |
| 2169 | 17ff14cb | Maria Fernanda Bayona Castillo | Cultural Care Au Pair Inc |
| 5459 | d9e1b71e | Maria Fernanda Hernandez Suarez | Au Pair In America (Apia/Aifs |
| 1642 | 9b02697a | Maria Fernanda Lozano Garcia | Cultural Care Au Pair |
| 1095 | 4a94270c | Maria Fernanda Molina Polanco | Au Pair In America |
| 1683 | 179d2177 | Maria Fernanda Navarro Guerrero | Au Pair Care |
| 1866 | 87c34789 | Maria Fernanda Perez Aguilar | Au Pair Care |
| 1271 | 64c4ca33 | Maria Fernanda Santelli | Au Pair In America |
| 1903 | 0f9417b5 | Maria Flavia Zaroni | Au Pair Care |
| 1953 | 3328e635 | Maria Florencia Grilotti | Cultural Care Au Pair |
| 3616 | 26f3e4e5 | Maria Guzzardi | Cultural Care Au Pair |
| 2490 | 9aa2e339 | Maria Isabel Laus | Au Pair Care, Inc. |
| 970 | 4a0457db | Maria Jose Vindas Calvo | Aupaircare Inc |
| 813 | e6805bc6 | María Luisa Almaguer Rodriguez | Au Pair In America |
| 3561 | 70a9b2b5 | Maria Margarita Gaviria Minda | Cultural Care Au Pair |
| 1219 | c9bb625d | María Margarita Romero | Cultural Care Au Pair |
| 2883 | 479f0220 | María Márquez Ortega | Aupair In America |
| 1949 | 074b5daf | María Paz Riquelme | Au Pair In America |
| 1826 | b94e1b6c | Maria Paz Rolandi Notario | Go Au Pair |
| 1726 | 57895cba | Maria Ramirez | Goaupair |
| 3309 | 5e8b6ffa | Maria Romina Godoy Nicolicchia | Aupair Care |
| 3128 | f54550d4 | Maria Rossana Mendoza Chavez | Au Pair In America |
| 906 | 31d90433 | María Stefany Rodríguez Forero | Au Pair Care |
| 3785 | 7299be63 | Maria Teresa Guevara Sequeda | Au Pair In America |
| 2329 | 2355076c | Maria Victoria Marquez | Cultural Care Au Pair Program |
| 1823 | 0c395aec | Mariaelena Cossio Clark | Aupaircare |
| 865 | 24d7b7fa | Mariana Austin | Cultural Care |
| 1741 | c9e49b50 | Mariana Brait | Au Pair In America |
| 5159 | ba722a52 | Mariana Carrillo Vazquez | Au Pair In America (Apia/Aifs |
| 1074 | 15733c34 | Mariana De Paiva Arnold | Cultural Care |
| 3515 | a9a4f7d9 | Mariana Lizzeth Rodriguez Lucio | Cultural Care |
| 4885 | 918b8ea3 | Mariana Miranda | Cultural Care |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 3747 | a6ee77c2 | Mariana Molina | Cultural Care Au Pair |
| 4003 | 3ab1e8bf | Mariana P. St. Peter | Au Pair Care, Inc |
| 4685 | 3657b719 | Mariana Ribeiro | Apia |
| 5051 | 0cb9ecf2 | Mariana Robles Sarti | Cultural Care Au Pair |
| 3182 | fb38b779 | Mariana Vilches Barajas | Aupair In America |
| 3030 | d7afac22 | Mariane Cristina Bellini De Assis | Au Pair In America |
| 1387 | d2fb2310 | Mariane Gianeti Viviani | Au Pair In America Apia |
| 2669 | c59953bc | Mariangi Moreno | Cultural Care Au Pair |
| 2964 | 381e07d7 | Mariel Andrea Bobboni | Cultural Care Au Pair |
| 4420 | 17638248 | Mariel Ramos Mares | Au Pair In America |
| 2972 | e68300cb | Marilia Matthews | Au Pair Care |
| 418 | eb40dd4d | Marilia Prinholato | Au Pair In America |
| 2288 | 7bd73a64 | Marilyn Rocha | Cultural Care Au Pair |
| 3510 | aaa5191b | Marina Batista Machado | Au Pair In America |
| 940 | f5350125 | Marina Chaves Hutchins | Aupaircare |
| 388 | 7094fd42 | Marina Giro Fiorentino | Au Pair In America |
| 4805 | 9f44cf56 | Marina Pombo De Freitas | Au Pair In America |
| 2155 | 386aef74 | Marina Simões Sartori | Au Pair Care |
| 4622 | b7b53a65 | Marisabel Zurita Bolanos | Apia |
| 3868 | e897e8ee | Marisol Renteria | Cultural Care Au Pair |
| 4462 | 96960739 | Marjolein Roeke | Au Pair In America |
| 3664 | bc373cf2 | Marla Estéfany Guadian Flores | Cultural Care Au Pair |
| 4508 | aebeed2e | Martha Estefania Moreno Arias | Interexchange, Inc. |
| 1583 | 16c78e6c | Martha Laura Medina Chaya | Aupaircare |
| 1775 | aa12478e | Mary Stefanny Barrera Guerrero | Apia |
| 3764 | 9bcba7e4 | Maryin Ortiz | Cultural Care Au Pair |
| 2439 | b92c51ba | Marysol Martinez Gutierrez | Cultural Care |
| 4754 | 96e6a306 | Massiel Karime Cajas Dorado | Au Pair In America |
| 4065 | 1244b20e | Mayara Ferreira Pinheiro | Au Pair Care |
| 4116 | 95e5a4c6 | Mayara Silverio Goulart De Lima | Apia |
| 2680 | 3974c695 | Mayra Alejandra Rojas Tovar | Cultural Care |
| 3248 | 11d4785c | Mayra Alejandra Rosales Fernandez | Cultural Care |
| 1401 | b48ba51b | Melanie Guerra | Apia |
| 3922 | af7e3b8e | Melissa Berrio Agudelo | Au Pair Care |
| 5356 | a11fea0a | Melissa Ferrer | Cultural Care Au Pair |
| 2861 | c61bb3f1 | Micaela Guimaraes Rodrigues | Aupaircare |
| 3923 | 0d3f206e | Michele Laurindo Cogo | Interexchange Au Pair Usa |
| 3859 | 6b9794b6 | Michelle Benedet Deuschle | Au Pair Care |
| 3498 | ad6129f7 | Michelle Martins Schaffer | Au Pair Care |
| 1916 | def80771 | Monica Andrea Fonseca Montoya | Cultural Care |
| 5140 | a1f273fd | Monica Davila Rodriguez | Cultural Care Au Pair |
| 4264 | 9b36200d | Monica Duque | Au Pair Care |
| 4952 | c24e13aa | Monserrat Maria Isabel Martinez Cornelio | Aupair Care |
| 956 | 290f5cd6 | Monyka Kleponis | Cultural Care Au Pair |
| 2893 | 20e53a07 | Naiara Dambroso | Cultural Care |
| 4170 | bfadafa8 | Nallely K. Shapiro | Au Pair In America |
| 1751 | 5820f274 | Natalia Andrea Montaño | Apc |
| 2483 | bba0cae8 | Natalia Andrea Ospina Moreno | Aupaircare |
| 2957 | d9c2dd68 | Natalia Arevalo | Aupaircare |
| 3631 | 7106dcac | Natalia Carolina Pedrozo Arbelaez | Au Pair Care, Inc |
| 2584 | 47934c09 | Natalia Herrera | Cultural Care |
| 4103 | 2cb26bf4 | Natalia Higuita Sanchez | Cultural Care |
| 5449 | 40c428e5 | Natalia Jimenez Lopez | Cultural Care Au Pair |
| 2346 | 2ba60dc8 | Natalia Maria García Ávila | Au Pair Care |
| 2858 | fb22e88e | Natalia Marques Do Prado | Cultural Care, Inc. D/B/A Cultural Care Au Pair |
| 1012 | 82d64b9d | Natalia Rodriguez | Au Pair In America |
| 4876 | 96a92796 | Natalia Serafim Tejo | Au Pair In America |
| 731 | 4bcd278d | Natalia Vega Boza | Aupair In America |
| 3137 | 63e3990e | Natalia Zapata | Interexchange, Inc |
| 837 | c472005e | Natasha De Oliveira Gomes | Au Pair In America |
| 1825 | 328c070f | Nathalia Duque Cortes | Cultural Care |
| 2369 | 816a7c6d | Nathalie Soares Silva | Cultural Care Au Pair |
| 2716 | 34b180e9 | Nathalie Valenzuela | Au Pair In America |
| 428 | 86563f85 | Neftali Espinosa | Au Pair In America |
| 5414 | 05a5098b | Nhayanne Dos Santos Montenegro | Cultural Care Au Pair |
| 3508 | 8e7f068e | Nicole Primi | Au Pair In America |
| 5147 | aaab9eea | Nicolle Garibaldi Sartori | Interexchange, Inc. |
| 5378 | 9749604f | Noadia Maria Guimarães Da Silva | Au Pair In America (Apia/Aifs) |
| 458 | b2dbeb6f | Noelli Lemes Garcia | Au Pair In America |
| 4968 | 21d92864 | Noemi Becerra Suarez | Au Pair In America |
| 560 | 963417c4 | Nora Castillo Chavarrias | Aupair In America |
| 3816 | 90a6664b | Nora Raak | Aupair In America |
| 2902 | d1883cf2 | Noreen Ovalle | Cultural Care |
| 3094 | 7c05ebe6 | Nubia Lised Barrera Lemus | Au Pair Care |
| 2407 | 940a44cb | Nuria Aparicio | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 2452 | d20b4693 | Nury Lucia Vega Hernandez | Cultural Care Au Pair |
| 1850 | c809e021 | Odalmis Moreno | Cultural Care Au Pair |
| 581 | 20b50538 | Oreana D. Serafino Mancilla | Cultural Care Au Pair |
| 2606 | 2e04649f | Ossiris Lizeth Pfeifer | Au Pair In America |
| 4710 | 8bf145da | Pamela Batista De Oliveira | Au Pair In America |
| 2818 | 0a824a70 | Pamela Lezama Puig San Vicente | Cultural Care |
| 1694 | b4368a01 | Paola A Aguilar | Au Pair In America |
| 3401 | 31adfdef | Paola Andrea Aguilar Fuentes | Go Au Pair |
| 1162 | 1fb52c18 | Paola Bonilla | Cultural Care Au Pair |
| 626 | 34dfdb4e | Paola Charles | Au Pair In America |
| 655 | 70982648 | Paola Soler | Cultural Care Au Pair |
| 5353 | a0ff8b19 | Paola Valdés Castañeda | Cultural Care Au Pair |
| 4812 | 1ac1f1d7 | Parodes, Francine | Interexchange |
| 5132 | 14a85ad6 | Patricia Carvalho Nogueira Ramos - New Name Patricia D'Agat | Cultural Care Au Pair |
| 856 | fda9db01 | Patricia Parra | Expert Au Pair |
| 2153 | f413a7b6 | Patricia Tálaga | Aupaircare |
| 4049 | 1c46fd57 | Paul Mena Perez Ruiz | Cultural Care |
| 5181 | 872ddeb6 | Paula Andrea Diaz | Cultural Care Au Pair |
| 1500 | b27f3c84 | Paula Andrea Roldán | Au Pair Care |
| 1018 | c9f5f5c1 | Paula Correa Andrade | Au Pair In America |
| 5290 | fa4f818e | Paula Gabriela Avila Rangel | Au Pair In America (Apia/Aifs |
| 3056 | 3083b486 | Paula León Viramontes | Au Pare Care |
| 2819 | 2fde0a53 | Paula Muniz Rodrigues | Aupair Care |
| 4996 | d25c1269 | Paula Muñoz Acuña | Cultural Care Au Pair |
| 1714 | 968341d6 | Paula Sol Vasquez | Au Pair Cultural Care |
| 1579 | 1ef1f70d | Paula Valencia Posso | Au Pair In America |
| 5404 | 636bd38c | Paulina Orozco Segoviano | Cultural Care Au Pair |
| 4748 | eddda33f | Pauline Cunha | Au Pair Care |
| 1182 | 9237df6b | Priscilla Souto | Au Pair Care |
| 3351 | 662c9d43 | Raianne Tavares Rocha | Au Pair In Americ |
| 1971 | 639bdfb2 | Raisa Caballero | Cultural Care Au Pair |
| 4763 | 11df0205 | Raissa Monteiro Pereira | Au Pair In America |
| 1313 | 5ac78c78 | Raissa Sundin Do Lago | Aupaircare |
| 964 | 26535f43 | Raquel Herrera | Aupair In America |
| 3130 | 2b1f0715 | Raquel Namur Rivas | Aupair Care |
| 3930 | d6a3cc05 | Raquel Nogueira Brandao | Aupair In America |
| 3649 | bc75b2a6 | Rebeca Hid Rueda | Aupaircare |
| 5264 | 8707db65 | Rebeca Trabachini | Au Pair Care, Inc. |
| 2340 | 8755248d | Renata Rezende De Oliveira | Au Pair Care |
| 4973 | 0af4bafd | Rhayna Marques | Aupaircare |
| 5178 | 20f9e235 | Ritiele Goulart Generoso | Cultural Care Au Pair |
| 1497 | b9282fec | Roberta Dalio Bernardo | Apia |
| 2118 | ddf410b8 | Rocio Más Padilla | Aupair In América |
| 4833 | 04a71d19 | Rosa Amelia Pinto Vallejo | Cultural Care Au Pair , Ef (English First) |
| 2882 | a8fffd97 | Roseli Carvalho | Aupaircare |
| 1364 | 0ab27277 | Rossana Isabel Arrua Ferreira | Go Aupair |
| 4667 | 44a49f0e | Sabrina Silveira Cintra De Souza | Cultural Care |
| 2390 | f7a5959b | Sabrine Natasche Wood | Au Pair In America |
| 2616 | ea613e5d | Sagy Garay | Aupaircare |
| 3301 | 9afddb37 | Samanta Meyer | Au Pair In America |
| 3187 | 82768149 | Samaris Cristina Jorge | Au Pair Care |
| 2833 | a7a7561b | Sandra Milena Endoza Jimenez | Cultural Care Au Pair |
| 2790 | 2cea48c8 | Sandra Potosi | Cultural Care |
| 4217 | 4207d1df | Santos Daniela Lemus Trigueros | Au Pair In America |
| 486 | 8b4619dd | Sara González Bastidas | Au Pair Care |
| 4839 | b60b7f1c | Sara Lucia González Afanador | Cultural Care Inc |
| 2570 | a6a1522b | Sara Martinez Palomo | Cultural Care Au Pair |
| 5443 | 8ec55f62 | Sara Vanessa Tamez Medina | Au Pair In America (Apia/Aifs |
| 4382 | 213fee69 | Sara Werr | Aupair In America |
| 1776 | 18512645 | Sasha Salomon | Go Aupair |
| 3975 | 17f2c3a7 | Shelly Khoza | Au Pair In America |
| 4704 | 50da5b1b | Sherilyn Fabiola Olivares Fernandez | Au Pair In America |
| 4789 | a81f83d8 | Shirley Romero Vergara | Cultural Care Au Pair |
| 4190 | 61b8656b | Silvia Daiane Boche Lopes | Aupair Care |
| 3412 | 48ce56ba | Silvia Juliana Gomez Gonzalez | Aupair Care |
| 5016 | 4771eaf3 | Silvia Marcela Maldonado Pena | Aupaircare Inc |
| 2014 | 1952cd5f | Silvia Morales Prado | Interexchange |
| 4768 | fa7fe042 | Sirlei Vieira | Au Pair In America |
| 5247 | 4af30871 | Sonia Alejandra Sanchez Morales | Cultural Care Au Pair |
| 4538 | dc8a4f2d | Sonia Del Rocio Paz Puga | Au Pair In America |
| 4331 | 6ac66ab8 | Sophia Beijer-Torres | Cultural Care Au Pair |
| 547 | ac04add5 | Stephani Morera Morse | Aupair Care |
| 4389 | b284788f | Stephania Duarte | Aupair Care |
| 5228 | 19c79480 | Stephanie Franca Da Silva | Au Pair Care, Inc. |
| 2000 | 920cd732 | Stephanie Melo | Au Pair Care |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1661 | d31498a5 | Sthefanie Urquilla | Goaupair |
| 5096 | a35c8f4a | Sthephanie Chara Trujillo | Au Pair Care, Inc. |
| 1537 | 713b40f3 | Sttefy Fonseca | Au Pair Care |
| 2860 | 39e3154d | Susete Araujo Sousa | Au Pair In America |
| 1758 | c3862082 | Taciane Hallwas | Au Pair In America |
| 5347 | df22eb43 | Taciani Campos Silva | Cultural Care Au Pair |
| 936 | 49d0278d | Tamires Da Silva Braga | Cultural Care |
| 1363 | 464bea84 | Tania Aparecida Dos Santos | Go Au Pair |
| 838 | 283a1994 | Tania Lorena Aizman Revilla | Aupair Care |
| 4605 | 0a96b01c | Tarsila F Torrens | American Institute For Foreign Study Dba Au Pair In America |
| 2397 | 0b2c7416 | Tatiana Murcia | Cultural Care |
| 4317 | 109a041e | Tatiane Deschamps Laginestra | Cultural Care Au Pair |
| 5110 | da6cc9da | Teresa Maria Diaz Caballeros | Au Pair Care, Inc. |
| 5466 | beb02ed5 | Thabata Bertolacini | Cultural Care Au Pair |
| 1458 | 951225aa | Thaiana Rodrigues Maciel | Au Pair In America |
| 4915 | 49ba54e2 | Thaís Ferrari Paiva | Aupair In América (Apia) |
| 2079 | f0844100 | Thais Prina Berg | Au Pair Care |
| 1538 | 2c4a20ea | Thais Stefanovich | Cultural Care |
| 1278 | a1a29564 | Thaissa Almeida Padovan | Aupaircare |
| 2870 | b8ba5c02 | Thamires Sgoti Guimaraes | Au Pair In America |
| 5210 | d39bd4bd | Thamirys Granado De Souza | Au Pair Care, Inc. |
| 507 | 4340fcd3 | Thamyres Romano Martins | Au Pair Care |
| 5456 | d83e68c7 | Thayz Claudia Vieira Carmelo | Au Pair Care, Inc. |
| 2588 | 6a1b2d0a | Thayze Rocha | Au Pair Care |
| 3494 | d5c7fe3d | Valeria Elisa Lucero Andocilla | Aupaircare |
| 4893 | a7167bfe | Valeria Ramos | Cultural Care Au Pair |
| 3724 | 714e44f1 | Vanessa Dias | Aupaircare Agency |
| 2206 | 38cf291f | Vanessa Hart | Au Pair In America |
| 2560 | b55023f8 | Vanessa Herrera | Go Aupair |
| 5400 | 1d68bec2 | Vanessa Leal Da Silva | Au Pair In America (Apia/Aifs |
| 1267 | 9b54d1bd | Vannesa Perez | Aupaircare |
| 4192 | b3155133 | Veronica Montserrat Parra Toledo | Au Pair Care |
| 2178 | ccc46333 | Veronica Sanchez Perez | Au Pair In America |
| 1294 | fc03cdb0 | Veronica Zapata Velez | Cultural Care |
| 3608 | 03abba89 | Viridiana Masch | Au Pair In America |
| 2908 | 980db0cf | Wendy Caicedo | Cultural Care |
| 3109 | ccd80a5b | Wendy Paola Rivera Arias | Interexchange |
| 1800 | 16b60e3c | Wendy Patricia Ramirez Deras | Interexchange Inc |
| 4131 | 7a819071 | Wendy Sanabria | Cultural Care |
| 669 | 4cddccbf | Ximena Sanchez | Au Pair In America (Apia) |
| 1146 | fee3e8ad | Yackeline Zambrana | Aupair In America |
| 1185 | be1160e7 | Yamile Martínez Gómez | Aupaircare |
| 3191 | 616bbc57 | Yazhyra Gomez Agudelo | Cultural Care Au Pair |
| 1214 | 7cf32177 | Yeimmy Catalina | Cultural Care Au Pair |
| 2050 | 675292f1 | Yeisi Martinez | Au Pair Care |
| 2737 | 10e6cff2 | Yeniffer Ramirez | Aupair Care |
| 4236 | 4883837c | Yenny Carolina Cordoba | Aupair Care |
| 2907 | f0b5d0e3 | Yennyfer Gualteros | Cultural Care Au Pair |
| 869 | c8c58e10 | Yessica Andrea Mejia Rivera | Cultural Care Au Pair |
| 1520 | 8533a4fb | Yessica Elles | Aupaircare |
| 4301 | e264e73a | Yessica Rivero Campos | Aupair In America |
| 5345 | 2a9c182f | Yicel Dayanna Calzadilla Bothía | Au Pair Care, Inc. |
| 534 | 52147012 | Yina Brown / Yina Milena Navarro Hernandez | Aupair Care |
| 5338 | ba33ce2a | Ylenia Espar Gañet | Go Au Pair |
| 3185 | 5c6dd986 | Yoselin Abigail Navas Cañas | Goaupair |
| 3573 | a66f17bb | Yudy Lorena Buitrago Gomez | Aupaircare |
| 3488 | 1cb717b6 | Yuliana Garzon | Au Pair In America |
| 4859 | e38ee8f1 | Yuliana Marlene Salazar Salinas | Aupair In America |
| 1443 | b613d93a | Yuly Chacon | Aupair In America |
| 1605 | 87802854 | Yury Fernanda Murcia Salamanca | Aupair Care |
| 4370 | da76044e | Zaira Cavenati | Cultural Care |
| 2496 | add3fd97 | Zoraida Nieto | Cultural Care Au Pair |
| 4134 | a17cbc64 | Zore Londono Farley | Aupaircare |
| 1104 | 8f951450 | Zunilda Rosa Tano Morales | Cultural Care Au Pair |

DocuSign Envelope ID: 920BADAC-A3AB-4180-BD33-2F66DA6BEA5A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Abby de Groot

Signature:      [DocuSigned by signature image]      Date:   07/08/2017
                D9E17F748600431...

Address:      5D Stephen Street
              Wellington, Johnsonville  6037 NZ

Phone:      64274699572

Email:      degrootabby@gmail.com

Sponsor:      Au Pair In America APIA

Dates in Au Pair Program:

From:      02/12/2013                To:      09/21/2013

DocuSign Envelope ID: F732076D-9E58-4B41-9192-CD26A947BA6B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Adriana Anahi Alarcon


Signature:   [DocuSigned by signature: AD6B0D8B79704D9...]          Date:   07/06/2017


Address:   91 lincoln st

Cambridge, MA 2141 US


Phone:   8572850782


Email:   Anahialar90@gmail.com


Sponsor:   Au Pair in America


Dates in Au Pair Program:

From:   09/08/2015          To:   02/21/2017

DocuSign Envelope ID: D9CAD1A6-AF72-4561-BE43-570067DE7DD2

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     ADRIANE CARVALHO

Signature:     *ADRIANE CARVALHO*     Date:     07/05/2017

Address:     AVENIDA DOMINGOS CAMERLINGO CALÓ, 1749

             OURINHOS, SÃO PAULO 19901711 BR

Phone:     14998587630

Email:     adrianec6@gmail.com

Sponsor:     AuPair Care

Dates in Au Pair Program:

From:     10/15/2012          To:     08/15/2014

DocuSign Envelope ID: AE1FF7BE-F39A-4681-9F3B-793D6C95B52F

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:       Adriane henriques guerreiro

Signature:                                           Date:   07/05/2017

Address:    131 Woodward avenue
            Rutherford , NJ 7070 US

Phone:      9146450360

Email:      Adrianehguerreiro@hotmail.com

Sponsor:    Au pair in America

Dates in Au Pair Program:
From:    08/16/2015                    To:    08/16/2017

DocuSign Envelope ID: 1C6D6004-CE96-438C-B31B-9AB84D4028BE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Aida Alejandra Sánchez Mata</u>

Signature:     DocuSigned by:     Date:     <u>07/07/2017</u>
A230D579F1D2454...

Address:     <u>14 knollwood rd</u>

<u>Bloomfield , CT 6002 US</u>

Phone:     <u>8609948629</u>

Email:     <u>sanchezaidaalejandra@gmail.com</u>

Sponsor:     <u>Au Pair in America</u>

Dates in Au Pair Program:

From:     <u>02/01/2013</u>     To:     <u>03/01/2014</u>

DocuSign Envelope ID: 987FF84F-033F-4CD5-81B1-140933D2C759

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      Ainoa Mateu Mullor

Signature:      [signature: Ainoa Mateu]      Date:      07/07/2017
     8064A4D36F4F4D6...

Address:      Mallorca, 339, 1-2

     Barcelona, Barcelona 8037 ES

Phone:      629754549

Email:      ainoamateu@gmail.com

Sponsor:      Intrax AuPairCare

Dates in Au Pair Program:

From:      07/12/2010      To:      07/12/2011

DocuSign Envelope ID: 5FADA4F8-3B01-4A6D-8571-CAEFBF3DE700

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Alba Juliana Arenas Castellanos

Signature:  *Alba Juliana Arenas Castellanos*          Date:   07/08/2017
          DocuSigned by:
          2B0896212609461...

Address:  2223 W Bay Area Blvd, #1903
          Webster, TX 77598 US

Phone:    8325066566

Email:    juarenas16@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:     06/20/2010                To:    09/28/2011

DocuSign Envelope ID: EF190E70-C583-4D95-957A-8063729622D0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name: <u>Alba Navarro Barrue</u>

Signature: 
9A23C448C61B42D...

Date: <u>07/06/2017</u>

Address: <u>Pintor Ricardo Verde 5</u>

<u>Valencia, Valencia 46010 ES</u>

Phone: <u>34607791313</u>

Email: <u>albanbarrue21@gmail.com</u>

Sponsor: <u>Au Pair Care</u>

Dates in Au Pair Program:

From: <u>03/16/2015</u>

To: <u>03/16/2016</u>

DocuSign Envelope ID: 7ABC38AF-ECD1-4247-B111-43FA7F3CD9B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Alejandra Cardenas Garces

Signature:   _DocuSigned by:_
             Alejundro
             55951F6823C54C9...                    Date:   07/06/2017

Address:     962 Ocean Ave
             Brooklyn, NY 11226 US

Phone:       6466180223

Email:       alejacardenas-12@hotmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:        06/12/2016                             To:     06/06/2018

DocuSign Envelope ID: 001C103E-A1A3-4574-9ABA-D5B4DD4706F4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: alejandra colorado

Signature: _(DocuSigned by: 01B19A0CA463489...)_     Date: 07/06/2017

Address: 5900 e ashland dr
nashville, TN 37215 US

Phone: 6152906418

Email: a_900108@msn.com

Sponsor: au pair care

Dates in Au Pair Program:
From: 01/18/2016     To: 01/18/2018

DocuSign Envelope ID: 7559BCD9-F68D-476E-AEAD-D4D6F3FA019A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Alejandra Hincapie Arcila

Signature:  *Alejandra Hincapie Arcila*
DocuSigned by:
5BDAB6AE569845C...

Date:  07/06/2017

Address:  calle 47A sur No. 40A-39

Envigado, Antioquia WA 55421 CO

Phone:  573052331165

Email:  calandrit@hotmail.com

Sponsor:  Aupaircare

Dates in Au Pair Program:

From:  09/08/2014

To:  09/08/2015

DocuSign Envelope ID: 066356BB-945F-46C8-9B54-6B4FD4583CB5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Alejandra Ivonne Lavín Cantú

Signature:   *Alejandra Ivonne Lavín Cantú*          Date:   07/12/2017
             DocuSigned by:
             237BA9CB793742C...

Address:   Av Candiles 311 Int. 155

           QUERETARO, QUERETARO 76900 MX


Phone:     524423185742


Email:     ivonne.lavin@gmail.com


Sponsor:   Au Pair in America


Dates in Au Pair Program:

From:     10/21/2012                    To:     05/13/2014

DocuSign Envelope ID: EEA7723E-A9CF-45AA-8D32-E9E74F36CE28

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>alejandra madrigal</u>

Signature:  *alejandra madrigal*          Date:   <u>07/06/2017</u>
DocuSigned by:
5E42B636F69E457...

Address:    <u>150 mts sur de la rural de tobosi del guarco</u>
            <u>tobosi, CARTAGO CA 30803 CR</u>

Phone:      <u>50687397676</u>

Email:      <u>superale_37@hotmail.com</u>

Sponsor:    <u>AU pair in America</u>

Dates in Au Pair Program:

From:   <u>05/06/2013</u>                    To:    <u>03/01/2014</u>

DocuSign Envelope ID: A4D736F9-9F28-4B6D-8863-A39705D6B039

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Alejandra Montes Martinez</u>

Signature:     *DocuSigned by:*
*Alejandra Montes Martinez*
BF9602F165ED4F7...        Date:    <u>07/06/2017</u>

Address:     <u>3600 Meadow Grove Trial</u>
<u>Ann arbor, MI 48108 US</u>

Phone:     <u>7343554494</u>

Email:     <u>alemontes@hotmail.com</u>

Sponsor:     <u>AupairCare</u>

Dates in Au Pair Program:

From:     <u>01/14/2014</u>        To:    <u>07/22/2015</u>

DocuSign Envelope ID: 0383DAF8-ED81-48F7-9A29-DB50E5CED607

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Alejandra Villalba

Signature:                                    Date:   07/06/2017

Address:   11 rock hill ln

New York , NY 10583 US

Phone:   12248292973

Email:   Alevillalba23@gmail.con

Sponsor:   Aupair care

Dates in Au Pair Program:

From:   06/09/2014                     To:   06/09/2016

DocuSign Envelope ID: 9C0638D8-665C-4077-BAF5-A68790B31900

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: <u>Alejandro grimalt aguilo</u>

Firma:    Data: <u>07/09/2017</u>

Dirección: <u>Antoni frontera 17</u>

<u>Palma de Mallorca , Islas Baleares  7004 ES</u>

Telefone: <u>628812118</u>

Email: <u>Alejandrogrimalt@gmail.com</u>

Patrocinador: <u>Aupair care by intrax</u>

Datas de participação no programa au pair:

De: <u>11/02/2015</u>                    A: <u>09/09/2016</u>

DocuSign Envelope ID: 2F15AE2E-6F3C-44B4-B1B0-F4A9C6E84C83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Alessandra Bernsen

Signature:  *DocuSigned by:*
            [signature]
            66963B20A7C340E...                    Date:   07/07/2017

Address:    10 Nero House, 12 Anthems Way
            London, E201DD GB

Phone:      447478693956

Email:      alessandra.bernsen@gmail.com

Sponsor:    AuPair in America

Dates in Au Pair Program:
From:       02/04/2011                            To:     11/04/2011

DocuSign Envelope ID: BF495FD4-6431-4E0C-8E2D-BC51FA7B68B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Alessandra Peloso

Signature:         Date:   07/06/2017

Address:   910 Scofield ave

Windsor, Ontario N9g1l7 CA

Phone:   2263454376

Email:   ayeforale@hormail.com

Sponsor:   Aupair in America

Dates in Au Pair Program:

From:   07/11/2010      To:   07/15/2011

DocuSign Envelope ID: 66C93BD4-64F0-4AD3-B425-C4E0879FD1CA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       <u>Alessandra Prandini</u>

Signature:                                                    Date:    <u>07/10/2017</u>

Address:    <u>Via Borgoratti 20</u>
            <u>Genoa, Genoa 16132 IT</u>

Phone:      <u>3921793031</u>

Email:      <u>Alessandraprandini@hotmail.it</u>

Sponsor:    <u>Apia</u>

Dates in Au Pair Program:

From:    <u>03/20/2011</u>                              To:    <u>03/20/2012</u>

DocuSign Envelope ID: F702246A-14ED-47A5-91A4-6940FA2ED68C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   <u>Alexa Fernanda Ravelo Vazquez</u>

Signature:   <u>DocuSigned by: AR  975A9D52D4224E0...</u>      Date:   <u>07/06/2017</u>

Address:   <u>3133 Connecticut Ave Nw</u>

<u>Washington, District of Columbia DC 20008 US</u>

Phone:   <u>18331110422</u>

Email:   <u>alexafrv_96@hotmail.com</u>

Sponsor:   <u>AupairCare</u>

Dates in Au Pair Program:

From:   <u>08/25/2014</u>      To:   <u>02/25/2016</u>

DocuSign Envelope ID: 768CE932-2807-42CB-AE61-D791B44BBB27

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      ALEXANDRA AVEROUS

Signature:      *ALEXANDRA AVEROUS*                    Date:    07/07/2017
              25F6DE9E85374D0...

Address:    2 rue des Bruyeres
            DAX, 40100 FR

Phone:      610422604725

Email:      alexandra.averous@gmail.com

Sponsor:    aupairinamerica

Dates in Au Pair Program:
From:    03/12/2014                          To:    10/12/2014

DocuSign Envelope ID: D553AE5A-E475-4724-8BF6-8E2B7E330830

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Alexandra Duran

Signature:  _[signature]_                                Date:  07/06/2017
            1F6AEE759B4A4EB...

Address:   Calle Chiltiupan ave el balsamar psj 2 casa 15-A

           Jardines de merliot, Santa tecla 503 SV


Phone:     22895213


Email:     Adug21@gmail.com


Sponsor:   Interexchange


Dates in Au Pair Program:

From:      09/21/2015                          To:    09/21/2017

DocuSign Envelope ID: 69EF5C55-0BD1-477F-A9CB-0D929A931A99

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Alexandra vargas jimenez

Signature:

> DocuSigned by:
> *Alexandra vargas jimenez*
> A253C74134894AE...

Date:   07/07/2017

Address:    10655 Montrose ave apt#103

Bethesda, MD 20814 US

Phone:      2023162611

Email:      ale_xv_j@hotmail.com

Sponsor:    Au pair in America

Dates in Au Pair Program:

From:   04/07/2015

To:   04/07/2016

DocuSign Envelope ID: A2F98EF7-84FA-40D6-ADFC-A1FAAE1B0866

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Aliana Alvarez

Signature:     DocuSigned by:

5EF76BE4F4A6479...     Date:     07/07/2017

Address:     172 b Rutgers road

Piscataway, NJ 8854 US

Phone:     9732482824

Email:     Aliana_alvarez@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     03/24/2008     To:     12/19/2009

DocuSign Envelope ID: D4D97119-8EB5-4250-B55F-CF89D92F342C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Alina Guzema

Signature:   *Alina Guzema*          Date:   07/08/2017
             DocuSigned by:
             A8871072EC72437...

Address:     3 Cottage ave
             Quincy, MA 2169 US

Phone:       6178325949

Email:       alina.guzema@gmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:
From:        04/06/2009                To:     04/06/2010

DocuSign Envelope ID: 8928DA88-6AC9-4079-80EF-3E107D5B143B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      <u>Aline Aparecida de Andrade</u>

Signature:   DocuSigned by:
            _Aline Ap_      Date:   <u>07/06/2017</u>
            B65262B18526463...

Address:   <u>Rua Pedro Rodrigues, 188</u>
            <u>São Paulo , São Paulo  8150110 BR</u>

Phone:    <u>98439-2365</u>

Email:     <u>alineap22@hotmail.com</u>

Sponsor:   <u>APIA</u>

Dates in Au Pair Program:

From:    <u>02/27/2012</u>      To:    <u>02/26/2013</u>

DocuSign Envelope ID: FA62BB44-AE9A-46D1-B53A-7ED4D6EA7F2E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Aline Bezerra da Fonseca</u>

Signature:     <u>Aline Fonseca</u>             Date:     <u>07/18/2017</u>

A0485397DE4C4D9...

Address:     <u>10410, Willow Crest Ct</u>

               <u>Vienna , VA 22182 US</u>

Phone:     <u>7039870630</u>

Email:     <u>alinebfonseca@hotmail.com</u>

Sponsor:     <u>Au Pair Care, Inc.</u>

Dates in Au Pair Program:

From:     <u>09/14/2015</u>             To:     <u>09/13/2017</u>

DocuSign Envelope ID: 31844BB8-B278-421D-92EF-77060ABB0A8F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Aline de Almeida Barbosa

Signature:    *Aline de Almeida Barbosa*        Date:    07/06/2017
DocuSigned by:
74D7B5C6D5734DC...

Address:    12 Deerhaunt Dr
Croton on Hudson, NY 10520 US

Phone:    5184234226

Email:    aline-aab@hotmail.com

Sponsor:    Interexchange

Dates in Au Pair Program:
From:    01/05/2015        To:    01/05/2017

DocuSign Envelope ID: BFBAAF03-FACC-497B-B4F3-AEEF0A7938F7

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:    <u>Aline Junqueira Pereira</u>

Signature:    *Aline Junqueira Pereira*        Date:    <u>07/06/2017</u>

Address:    <u>County St 35</u>
        <u>Dover, MA 2030 US</u>

Phone:    <u>5511975015576</u>

Email:    <u>alinejpereira@yahoo.com.br</u>

Sponsor:    <u>AuPair in America</u>

Dates in Au Pair Program:

From:    <u>09/15/2009</u>        To:    <u>02/11/2011</u>

DocuSign Envelope ID: 5C7F758A-AB2B-4361-A43F-6C067B106A87

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Aline Mari Fukace</u>

Signature:   *DocuSigned by:*
            [signature]
            8EF39BC083DA49C...                    Date:   <u>07/06/2017</u>

Address:   <u>Rua Eng. Enrico Battioli, 156</u>

           <u>Sao paulo, Sao Paulo WA 02471-100 BR</u>

Phone:     <u>11982278895</u>

Email:     <u>alinefukace@gmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:      <u>12/10/2012</u>                    To:   <u>12/10/2013</u>

DocuSign Envelope ID: 830E573C-3AC2-4272-ADC1-2338ACE7919F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>Aline Taddonio</u>

Signature:     <u>AST</u>            Date:     <u>07/06/2017</u>

DocuSigned by:
515F71A7EA28452...

Address:     <u>20 harwood drive</u>

                <u>Danbury, CT 6810 US</u>

Phone:     <u>2039704070</u>

Email:     <u>Linestipanich@hotmail.com</u>

Sponsor:     <u>Au pair in America</u>

Dates in Au Pair Program:

From:     <u>04/02/2012</u>            To:     <u>11/04/2013</u>

DocuSign Envelope ID: 81844375-4809-4131-A478-29260AD9AB9B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:          <u>Allison Gonzalez</u>

Firma:         DocuSigned by:
               A9AD7BF34ABF4E6...                    Data:    <u>07/11/2017</u>

Dirección:     <u>5 th</u>
               <u>La Chorrera, Panama na PA</u>

Telefone:      <u>50764141885</u>

Email:         <u>allisong_19@hotmail.com</u>

Patrocinador: <u>Go Au Pair</u>

Datas de participação no programa au pair:

De:            <u>12/28/2010</u>                      A:       <u>06/28/2012</u>

DocuSign Envelope ID: 7DBBEC5B-275A-45E2-A4BC-0D5DA417F876

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Alma Silva

Signature:     [signature: DocuSigned by: 90D51BAE99C7473...]          Date:     07/08/2017

Address:     Lake Adalyn Dr
             South Barrington, IL 6100 US

Phone:     5216181671337

Email:     alma.rsilvar@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     04/09/2014          To:     03/30/2016

DocuSign Envelope ID: 16CD8FCF-974E-46B0-AC24-04689E1F0924

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Amanda Barahona-Hawkins</u>

Signature:     *DocuSigned by:*
     *Amanda B H*
     039C541821E748C...          Date:     <u>07/07/2017</u>

Address:     <u>25 Dutchess Terrace</u>
               <u>Beacon, NY 12508 US</u>

Phone:     <u>(845)3759689</u>

Email:     <u>amandabhwkns@gmail.com</u>

Sponsor:     <u>APC</u>

Dates in Au Pair Program:

From:     <u>11/01/2015</u>          To:     <u>04/01/2017</u>

DocuSign Envelope ID: BA90C59C-E0D7-4D92-B135-AB49F56A8C87

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    <u>Amanda Hardman</u>

Signature:    *Amanda Hardman*
DocuSigned by:
0F9FBF02DB1F492...    Date:   <u>07/07/2017</u>

Address:   <u>18343 Rim Rock Circle</u>
<u>Leesburg, VA 20176 US</u>

Phone:   <u>27826106550</u>

Email:   <u>amanda.hardman@outlook.com</u>

Sponsor:   <u>Au Pair In America</u>

Dates in Au Pair Program:

From:   <u>02/10/2014</u>    To:   <u>03/09/2016</u>

DocuSign Envelope ID: 1FC0BA92-A595-4769-BF52-C7D3D52C83B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Amanda silveira

Signature:         Date:    07/06/2017

Address:    Condomínio serra dourada 2 cnj F casa 05

Sobradinho, DF 73090903 BR

Phone:    5561998212196

Email:    aasilveir@gmail.com

Sponsor:    Interexchange

Dates in Au Pair Program:

From:    05/04/2016     To:    04/05/2017

DocuSign Envelope ID: D72D372D-6622-4569-BB89-1CC51E2A1288

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Amor Lidia Rodriguez Lopez</u>

Signature: *Amor Lidia Rodriguez Lopez*
DocuSigned by:
2A8547EBA261413...

Date: <u>07/06/2017</u>

Address: <u>Entrador de Llobell, 7</u>

<u>Dublin , alicante CA 3700 ES</u>

Phone: <u>639633246</u>

Email: <u>amordenia_@hotmail.com</u>

Sponsor: <u>AuPair Care</u>

Dates in Au Pair Program:

From: <u>02/01/2016</u>        To: <u>09/30/2016</u>

DocuSign Envelope ID: 0930A529-B349-4BE9-A1AC-C54CB1D5C98D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  Ana Alejandra Guadalupe Torres Salas

Firma:  *Ana Alejandra Guadalupe Torres Salas*
DocuSigned by:
157462D0AC904E0...

Data:  07/09/2017

Dirección:  Casiopea #189, Fraccionamiento Real del Sol
Saltillo, Coahuila AL 25016 MX

Telefone:  5218124421875

Email:  sk8girl59@live.com.mx

Patrocinador: GoAupair

Datas de participação no programa au pair:

De:  02/28/2015

A:  03/10/2016

DocuSign Envelope ID: 19BCA09F-AB66-46AA-9CD4-EB3C146D1499

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Ana arguello</u>

Signature: <u>AKAV</u>   Date: <u>07/06/2017</u>
DocuSigned by:
688F4260CD434E0...

Address: <u>Av. Ebano l64</u>

<u>Tuxtla Gutierrez, Chiapas 29160 MX</u>

Phone: <u>9612516790</u>

Email: <u>Anarki164@hotmail.com</u>

Sponsor: <u>Cultural care au pair</u>

Dates in Au Pair Program:

From: <u>05/05/2013</u>   To: <u>05/06/2014</u>

DocuSign Envelope ID: 709C1701-A2DD-4BB5-ACDB-8F6EB71C9794

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Ana Carla Rivas

Signature:   *Ana Carla Rivas*          Date:   07/06/2017
             863D20A096174EB...

Address:   Calle 15, 50 San Jose Vistahermosa
           Puebla, Puebla GA 72190 MX

Phone:     5212225352887

Email:     ann_aramburo@hotmail.com

Sponsor:   au pair care

Dates in Au Pair Program:

From:   05/02/2016          To:   05/02/2017

DocuSign Envelope ID: EDBF9F37-62BD-4794-9913-5AE1D8A6033C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Ana Carolina Alves de oliveira

Signature:   [DocuSigned by signature: 2275091EE679438...]          Date:   07/06/2017

Address:   5502 Hoyt street
           Sacramento, CA 96835 US

Phone:     9167931340

Email:     CarolinadoliveiraA@gmail.com

Sponsor:   Cultural Care

Dates in Au Pair Program:

From:   06/13/2016                    To:   06/15/2018

DocuSign Envelope ID: 8BF98F0D-5358-453E-AA23-76911D73338B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Ana Caroline dos Santos Seberino</u>

Assinatura:   *DocuSigned by:*   <u>Ana M</u>   Fecha: <u>07/08/2017</u>
   B38CE19B8BFF495...

Endereço:   <u>Franz Mueller 604 Bairro Velha Grande</u>
   <u>Blumenau, Santa Catarina 89045500 BR</u>

Teléfono:   <u>5547991922034</u>

Email:   <u>kerowllyne@gmail.com</u>

Patrocinador: <u>Au Pair Care</u>

Fechas de participación en el programa au pair:

De:   <u>02/01/2015</u>   A:   <u>02/28/2015</u>

DocuSign Envelope ID: AA34B137-A373-49A9-A026-F5AF07C6005F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Ana Diaz

Signature:     _Ana Diaz_          Date:     07/18/2017

Address:     1794 union

San Francisco , CA 94123 US

Phone:     4153776283

Email:     Diazanalorena@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:

From:     05/16/2016          To:     05/15/2018

DocuSign Envelope ID: 05F6F1B8-5C89-4D4A-AEA3-961573A47999

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ana Fernandes

Signature:   *Ana Fernandes*                          Date:   07/07/2017
             DocuSigned by:
             ED0DE4E00B77491...

Address:     148 Elderwood Ave
             Pelham, NY 10803 US

Phone:       19146453113

Email:       fernandes.ana@outlook.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:        10/05/2015                               To:     07/21/2017

DocuSign Envelope ID: D7A1B1BB-4ADD-4E82-96C9-DB581728EBEA

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Nombre:     Ana Gabriela Pinheiro Serigatto

Assinatura:     *DocuSign by:*
                *[signature]*
                64BB0553329D4F2...                    Fecha: 07/17/2017

Endereço:     Rua Capitão Gomes Duarte 30-30 ap 805
              Bauru, São Paulo OH 17011180 BR

Teléfono:     1432762513

Email:     gabiserigatto@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:     08/22/2011                    A:     04/09/2013

DocuSign Envelope ID: 036B3402-9FB2-4074-90AE-C219E747531F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Ana Galindo

Signature:                                             Date:    07/07/2017

Address:    Transversal 5ta Este # 58-50

Bogotá, 0 CO


Phone:     3227925029


Email:      carolina.galindo.moreno@gmail.com


Sponsor:    AupairCare


Dates in Au Pair Program:

From:    08/11/2014                          To:    08/11/2016

DocuSign Envelope ID: AD01B41C-2399-43C0-9C09-4A6136E6E509

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: <u>Ana Ines Perez</u>

Firma: *Ana Ines Perez*  DB051CDA1FD74A5...    Data: <u>07/10/2017</u>

Dirección: <u>Germa Ambrosi Rafael 5, 1 izquierda</u>
<u>Palamós, Girona, Girona 17230 ES</u>

Telefone: <u>34635171095</u>

Email: <u>anaperez.translation@gmail.com</u>

Patrocinador:<u>Au Pair in America</u>

Datas de participação no programa au pair:
De: <u>08/06/2012</u>          A: <u>07/30/2013</u>

DocuSign Envelope ID: 07FE28E6-097B-4F96-B05B-8E151C8CA8B9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ana Karen Salas Ramírez

Signature:   *[DocuSigned by: folar, 021B7B8E9D4946A...]*          Date:   07/07/2017

Address:     9219 sugarstone circle

             Highlands Ranch, CO 80130 US

Phone:       7204400100

Email:       anasalas_11@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:        06/29/2015                              To:     06/29/2017

DocuSign Envelope ID: 994DAA96-E968-4CE3-99B8-D044F2A49E96

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: ANA KARLA FORTE SILVA

Signature: *ANA KARLA FORTE SILVA*
DocuSigned by:
52628E2F3D564B2...

Date: 07/06/2017

Address: RUA FRANCISCO DOMINGOS

FORTALEZA, CEARÁ 60541575 BR

Phone: 5585988055841

Email: karlinha_faith@hotmail.com

Sponsor: Interexchange

Dates in Au Pair Program:

From: 06/01/2009          To: 08/01/2010

DocuSign Envelope ID: 3FF7393D-3830-4660-8BFB-01AC4413ACA2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        ANA LAURA OTAZO RODAS

Signature:   [signature]          Date:    07/18/2017
             674128E46B834B3...

Address:     1884 Woodland Ave
             Santa Clara, CA 95050 US

Phone:       4085088097

Email:       analulees@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:
From:        01/23/2012              To:      04/12/2014

DocuSign Envelope ID: 624AE70E-4099-4D78-AE3A-509547C0CE28

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Ana lopez

Signature:    6FAB8CC49EDD462...        Date:  07/06/2017

Address:  14215 Kingston falls ln

Humble , TX 77396 US

Phone:  6441010991

Email:  ana_claris91@hotmail.com

Sponsor:  Au pair care

Dates in Au Pair Program:

From:  09/12/2016        To:  09/12/2017

DocuSign Envelope ID: ED51B480-B28A-4505-87B1-05EE94FC281B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: __Ana Lopez Segura__

Signature: [DocuSigned by signature: 3EAD2A0C673641F...]          Date: __07/06/2017__

Address: __C/ Jaen n6 1A__

__Cuevas del Almanzora, Almeria 4610 ES__

Phone: __34627035833__

Email: __analpz_7@hotmail.com__

Sponsor: __Au pair in America__

Dates in Au Pair Program:

From: __09/14/2015__                          To: __09/13/2017__

DocuSign Envelope ID: 00C45449-FA60-43C0-B46E-44D1B04AF574

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Ana María Alzate Rodriguez</u>

Signature:   DocuSigned by:
             *Ana Mª*
             7E5A1DABC1FD4F8...                    Date:   <u>07/06/2017</u>

Address:   <u>Carrera 30 #42-23</u>

           <u>Tulua, Valle del Cauca  763021 CO</u>

Phone:     <u>3166283414</u>

Email:     <u>amar.1505@hotmail.com</u>

Sponsor:   <u>Au Pair in America</u>

Dates in Au Pair Program:

From:     <u>05/31/2015</u>                         To:    <u>02/16/2017</u>

DocuSign Envelope ID: 3B6318FA-46C2-47F6-9E5C-D813EC2840DD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Ana María Garcia</u>

Signature:     [DocuSigned by: *Ana María Garcia* 3119B46E920E4EE...]          Date:     <u>07/05/2017</u>

Address:     <u>8927 Darby avenue</u>

<u>Northridge , CA 91235 US</u>

Phone:     <u>4152711807</u>

Email:     <u>ana042g@hotmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:     <u>06/28/2014</u>          To:     <u>06/28/2017</u>

DocuSign Envelope ID: 03BBCA57-76DD-496A-BCEB-DF6DA5CB5EEC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>ANA MARIA RUEDA</u>

Signature:   *DocuSigned by:*   36D0BAF5DECD448...          Date:   <u>07/06/2017</u>

Address:   <u>15 Recklesstown Way</u>
<u>Chesterfield, NJ 8515 US</u>

Phone:   <u>6098652535</u>

Email:   <u>ruedana09@gmail.com</u>

Sponsor:   <u>Aupair Care</u>

Dates in Au Pair Program:

From:   <u>07/03/2015</u>          To:   <u>05/16/2017</u>

DocuSign Envelope ID: A1339541-D69B-4821-A149-8680DD4B6806

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Ana maria tellez

Signature:  _AnAT._  
85974274C5AB4F1...

Date:  07/06/2017

Address:  7717 lazy river cove  
Austin, TX 78730 US

Phone:  5127500215

Email:  g.saenz1991@gmail.com

Sponsor:  Cultural care au pair

Dates in Au Pair Program:

From:  01/26/2014

To:  07/18/2014

DocuSign Envelope ID: 953D4457-433E-4E0E-9D15-E0883B3FB065

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Ana María Uribe Alvarez</u>

Signature:   DocuSigned by:
             AU
             5593D128B9C1458...                    Date:   <u>07/06/2017</u>

Address:   <u>Cra 2A No 55A 10</u>

           <u>Bucaramanga, Santander OK 0 CO</u>

Phone:     <u>3183933932</u>

Email:     <u>anamuribee@gmail.com</u>

Sponsor:   <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:   <u>01/09/2017</u>                          To:   <u>06/20/2017</u>

DocuSign Envelope ID: 1AF774C9-0E9A-4F19-B5DC-DC606E1FDB8D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ana Paula dos Santos

Signature:   *Ana Paula dos Santos*        Date:    07/08/2017
             DocuSigned by:
             3EE8587841AF44E...

Address:     Sebastião Lucas Pereira, 323, São Judas

             Itajaí, Santa Catarina SC 88303480 BR


Phone:       5547996202324


Email:       anasantos89@hotmail.com


Sponsor:     Interexchange Program


Dates in Au Pair Program:

From:        05/20/2009                     To:      05/20/2011

DocuSign Envelope ID: 2401964C-CD04-408C-AA3D-01EEFE820C93

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ana Romo

Signature:   *Ana Cristina Romo Lozano*          Date:    07/07/2017
             DocuSigned by:
             C6ECBFD1460E496...

Address:     Lakeside Dr
             New Windsor, NY 12553 US

Phone:       3478359770

Email:       anakrisromo@gmail.com

Sponsor:     Interexchange

Dates in Au Pair Program:
From:        10/06/2014                           To:      06/17/2016

DocuSign Envelope ID: 5080737D-AB4D-4EEB-BB4F-83F2940A7D40

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Ana Sofía

Signature:     _DocuSigned by:_
_So+R_
6F7312F08A7042C...                    Date:     07/06/2017

Address:     9449 Grover Drive
King George, VA 22485 US

Phone:     5408471463

Email:     sofia_rougon@hotmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:     12/27/2016                    To:     07/05/2017

DocuSign Envelope ID: 683416B3-A3F0-456C-97A1-947CD6982EC3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ana Stephanie Garcia Matero

Signature:   [signature]           Date:   07/10/2017
             FB9E645106BB4CF...

Address:     3648 s prairie ave

             Chicago , IL 60653 US


Phone:       3128342032


Email:       Stephanie.garcia0610@gmail.com


Sponsor:     Au pair in America


Dates in Au Pair Program:

From:        11/15/2015                    To:     11/15/2017

DocuSign Envelope ID: 11BC0A9F-DD70-489A-833D-D839017D4984

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Ana Stojkova-Bonaventura

Signature:   *Ana Stojkova-Bonaventura*          Date:   07/12/2017
         AD5FB5D9BFFE42A...

Address:    187 Academy str. Ap.6
        Jersey City, NJ 7306 US

Phone:     9178709055

Email:     anastojkova308@gmail.com

Sponsor:    Au Pair Care, Inc.

Dates in Au Pair Program:
From:    05/18/2014            To:    05/01/2015

DocuSign Envelope ID: 6EE92C79-81E3-4DBA-A395-5404C37FE28A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Ana Zrinscak

Signature:          Date:     07/08/2017

Address:     27 Pleasant street unit 57

West Lebanon , NH 3784 US


Phone:     6032771433


Email:     Ana.zrinscak@gmail.com


Sponsor:     Au pair in America


Dates in Au Pair Program:

From:     07/11/2016     To:     07/10/2018

DocuSign Envelope ID: B7CB3DC0-A7F3-4CC5-B7CE-98F10F42D242

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Anaïs Benmessaoud

Signature: _[DocuSigned by signature: 266A52954A74458...]_          Date:  07/07/2017

Address:   3 Sycamore House
           London , MA ig96bq US

Phone:     7460773315

Email:     anais.benmessaoud@gmail.com

Sponsor:   Au pair in America

Dates in Au Pair Program:

From:   07/30/2012                           To:   07/30/2013

DocuSign Envelope ID: 4FCD17C0-8E29-43DB-8CB1-2C967BD63C27

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Andra Alexandra Avramescu</u>

Signature: <u>[DocuSigned by: A611138FA801469...]</u>         Date: <u>07/05/2017</u>

Address: <u>4767 dunwoody club drive</u>
<u>Atlanta , GA 30350 US</u>

Phone: <u>4049221298</u>

Email: <u>andra.alexandra.avramescu@gmail.com</u>

Sponsor: <u>Aupaircare</u>

Dates in Au Pair Program:

From: <u>07/06/2015</u>         To: <u>07/06/2016</u>

DocuSign Envelope ID: DFC5F595-3DDC-4D72-A084-34491E1CA500

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Andrea C Quintero Romero

Signature:   *Andrea C Quintero Romero*   Date:   07/07/2017
DocuSigned by:
9644200E1E454EF...

Address:   Calle 43 Este

Panama City, Panama VA 808 PA

Phone:   50768693097

Email:   andreeq04@hotmail.com

Sponsor:   Go Au Pair

Dates in Au Pair Program:

From:   11/09/2015          To:   11/11/2016

DocuSign Envelope ID: BC77CFC1-A8D6-42C6-9634-77C52B75E73B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:  <u>Andrea De Noronha araujo</u>

Assinatura:    Fecha: <u>07/09/2017</u>

Endereço:  <u>166 Rockingstone Avenue</u>
<u>Larchmont, NY 10538 US</u>

Teléfono:  <u>9148606355</u>

Email:  <u>nor_andrea@hotmail.com</u>

Patrocinador:<u>auPairCare</u>

Fechas de participación en el programa au pair:

De:  <u>05/16/2016</u>  A:  <u>05/16/2018</u>

DocuSign Envelope ID: A5CA950A-8AA7-4A2D-9BCA-A1E6AC174A51

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Andrea Larios Barrientos</u>

Signature:     *Andrea Larios*     Date:     <u>07/06/2017</u>
B7F32E8B7A3D480...

Address:     <u>Cordillera de los Alpes Oriente #203 Jardines de la Concepción 2</u>
<u>Aguascalientes, aguascalientes WA 20120 MX</u>

Phone:     <u>4491292384</u>

Email:     <u>andrea.larios07@gmail.com</u>

Sponsor:     <u>Cultural Care</u>

Dates in Au Pair Program:

From:     <u>05/25/2015</u>          To:     <u>05/25/2017</u>

DocuSign Envelope ID: 21CC18B6-0CBE-4231-A842-C82ABA1B8403

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Andrea Markey</u>

Signature:      Date:   <u>07/05/2017</u>

Address:   <u>3505 , Richmond Court</u>
<u>Hillsborouh, NJ 8844 US</u>

Phone:   <u>7322581894</u>

Email:   <u>anddivi@gmail.com</u>

Sponsor:   <u>AuPair Care</u>

Dates in Au Pair Program:

From:   <u>09/08/2014</u>     To:   <u>08/24/2015</u>

DocuSign Envelope ID: C6BFD47B-02E7-4FF7-8BDA-5E740ADE6D04

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Andrea Marlet Sanchez Cantu

Signature:  *DocuSigned by:*  [signature]  36CBE38B816340E...          Date:  07/07/2017

Address:  Paseo de los leones #598 Mitras Centro

Monterrey, Nuevo León  WY 64460 MX

Phone:  8661349655

Email:  anndrea_sanchez@hotmail.com

Sponsor:  Aupare care

Dates in Au Pair Program:

From:  04/14/2014          To:  04/14/2015

DocuSign Envelope ID: C5F57184-09F4-4E44-A99B-2F80B228FA0C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Andrea Milena

Signature:   [signature]                         Date:    07/06/2017
             803BB827A168458...

Address:     16 Arrowhead Drive
             Saugus, MA 1906 US

Phone:       7819419170

Email:       andy2espinel@hotmail.com

Sponsor:     Aupair care

Dates in Au Pair Program:

From:        08/03/2015                          To:      08/03/2016

DocuSign Envelope ID: F0074EFA-E05F-49E5-A332-AA2609135AC6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: Andrea Riaño

Signature: *[DocuSigned by: Andrea Riaño, 181B717F017948D...]*          Date: 07/07/2017

Address: 826 Towne Hill Rd

Montpelier, VT 5602 US

Phone: 8022722242

Email: andre.26r@hotmail.com

Sponsor: Au pair in america

Dates in Au Pair Program:

From: 11/28/2016          To: 11/28/2017

DocuSign Envelope ID: 73B65889-5A55-49A0-82BF-32C8B3C651CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:          Andrea Rincon

Signature:     *Andrea Rincon*                                    Date:     07/10/2017
               6BA48DDAE5EF4BA...

Address:       188 King Street South, 212

               Waterloo, ON, N2J 0C6 CA


Phone:         2269889799


Email:         di.andrecortes@hotmail.com


Sponsor:       Aupair care


Dates in Au Pair Program:

From:          09/20/2014                          To:     09/30/2015

DocuSign Envelope ID: AA49DD80-7D8C-44EE-B14D-D417BCC38602

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>Andrea Rios</u>

Signature:  *Andrea Rios*                          Date:   <u>07/06/2017</u>
68CD97450B50431...

Address:    <u>Prol Mariano Otero 139</u>
            <u>Guadalajara, Jalisco 45238 MX</u>

Phone:      <u>3317121200</u>

Email:      <u>andy.riosc@gmail.com</u>

Sponsor:    <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:       <u>06/20/2016</u>                         To:   <u>11/17/2016</u>

DocuSign Envelope ID: 962AAD43-8004-4CA4-8D69-52EDB6099933

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Andrea Simmonds Zapata</u>

Signature:     DocuSigned by:     Date:     <u>07/12/2017</u>
E4C75D5E5F83443...

Address:     <u>929 W Hickory St. Apt 7</u>
<u>Denton, TX 76201 US</u>

Phone:     <u>7812907758</u>

Email:     <u>andsiza@gmail.com</u>

Sponsor:     <u>Au Pair in America (APIA/AIFS</u>

Dates in Au Pair Program:

From:     <u>05/03/2015</u>     To:     <u>05/03/2017</u>

DocuSign Envelope ID: 6E896CAE-CDC4-4A7F-89BD-C524FCAB545C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: Angela Cristina Montoya

Signature: *Angela Cristina Montoya*
DocuSigned by:
94ED3C9549734F9...

Date: 07/07/2017

Address: Carrera 97 num 47 a 21

Medellín, Antioquia . CO

Phone: 3217610341

Email: acmu1217@hotmail.com

Sponsor: Barbara Eves, Au Pair in America

Dates in Au Pair Program:

From: 08/26/2013

To: 08/03/2015

DocuSign Envelope ID: 4269D275-9B64-4C04-903D-0FDE88D62F52

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Angela Forero Peña</u>

Signature:     *Angela Forero Peña*        Date:   <u>07/06/2017</u>
        7F89C8614244476...

Address:     <u>3410 Bellevue Lane</u>
            <u>Charlotte, NC 28226 US</u>

Phone:     <u>7036751642</u>

Email:     <u>angelic_tatis15@hotmail.com</u>

Sponsor:     <u>au pair in america</u>

Dates in Au Pair Program:

From:     <u>08/17/2015</u>        To:    <u>08/17/2017</u>

DocuSign Envelope ID: 86804405-532C-43C0-B0DF-EA2D79E645D9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Angela Marcela Mican Franco

Signature:    *Angela Marcela Mican Franco*                     Date:    07/17/2017
DocuSigned by:
174386B1090947B...

Address:    Calle 16 A Bis 15-51 Piso 2 Santa Anita

Fusagasuga, Cundinamarca 252211 CO

Phone:    573142884680

Email:    angelamican@hotmail.com

Sponsor:    Au Pair Care, Inc.

Dates in Au Pair Program:

From:    01/05/2015                     To:    01/05/2017

DocuSign Envelope ID: A56132FF-5BA1-4F7B-8BDF-F43C8056D514

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Angela Saenz de la Torre

Signature:            Date:   07/11/2017

Address:    Francisco de Quevedo 31

            Villamediana de Iregua, La Rioja 26142 ES


Phone:      34618096106


Email:      angelasaenzdelatorre@hotmail.com


Sponsor:    AuPairCare


Dates in Au Pair Program:

From:   08/03/2015                    To:   08/03/2016

DocuSign Envelope ID: 6C10BF65-48BB-4EC4-BFBC-1982B8E6A98E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Angela Viviana Plazas Caballero

Signature:          Date:     07/14/2017

Address:     Calle 47 # 4-81 Apto. 403 Piedra Pintada IX
             Ibague, Tolima 730006 CO

Phone:     3125749229

Email:     angelavplazas@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     06/27/2016     To:     06/27/2017

DocuSign Envelope ID: 71620F22-75B1-4354-883F-03843486775F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>ANGELICA CUERVO TINJACA</u>

Signature: *ANGELICA CUERVO TINJACA*
DocuSigned by:
13E4D0DBC136467...

Date: <u>07/07/2017</u>

Address: <u>Cr 16,36-45  casa 5B Altos de la Maria</u>

<u>Tunja, Boyaca 150002 CO</u>

Phone: <u>3104218789</u>

Email: <u>angelikac_32@hotmail.com</u>

Sponsor: <u>Cultural care</u>

Dates in Au Pair Program:

From: <u>03/14/2016</u>

To: <u>02/18/2017</u>

DocuSign Envelope ID: E3005761-0E06-437C-A608-E42795E56F1B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Angelica Maria Roldan Zerda</u>

Firma:  *Angelica*
A90C65DFA2F6406...      Data:  <u>07/18/2017</u>

Dirección:  <u>Calle 145 # 12-91 apto 301</u>

<u>Bogota, Bogota D.C. 110121 CO</u>

Telefone:  <u>57+3143815278</u>

Email:  <u>Angelica3roldan@gmail.com</u>

Patrocinador: <u>InterExchange, Inc.</u>

Datas de participação no programa au pair:

De:  <u>07/21/2011</u>      A:  <u>07/20/2012</u>

DocuSign Envelope ID: 6424AA8C-3073-432B-BB9A-07879F3F8E23

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:          Angelica Salazar

Signature:     *Angelica Salazar*          Date:    07/15/2017
               DocuSigned by:
               FCC606AEB9F04F6...

Address:       3234 99th st

               East Elmhurst, NY 11369 US


Phone:         5930979863571


Email:         angiesalazar18@hotmail.com


Sponsor:       Cultural Care Au Pair


Dates in Au Pair Program:

From:          03/10/2010                  To:      04/13/2012

DocuSign Envelope ID: 302D3C89-AF06-4A85-9EC4-D464F7A47F8E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Angélica Vargas Reyes</u>

Firma:     *Angélica Vargas Reyes*                    Data:   <u>07/08/2017</u>
           DocuSigned by:
           89F587F442C449E...

Dirección: <u>Carrera 69 f # 2-52</u>
           <u>Bogotá, Bogotá 110831 CO</u>

Telefone:  <u>3112232360</u>

Email:     <u>angievr164@gmail.com</u>

Patrocinador:<u>Aupaircare</u>

Datas de participação no programa au pair:

De:        <u>09/22/2014</u>                    A:      <u>05/22/2015</u>

DocuSign Envelope ID: 942E41CB-1ABE-4096-8DCA-3F69F7BE3F6C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: ANGIE ENERIETH CORONADO BOHORQUEZ

Signature: *ANGIE ENERIETH CORONADO BOHORQUEZ* Date: 07/06/2017

DocuSigned by:
98CC2DE0F8B2450...

Address: calle 37 numero 9-34

Tunja, Boyaca MA 150002 CO

Phone: 3202207279

Email: anenerieth@gmail.com

Sponsor: Cultural care Au pair

Dates in Au Pair Program:

From: 01/28/2013     To: 01/28/2015

DocuSign Envelope ID: E9E3C721-E91E-4CE8-AFAE-F4D871A3F724

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Angie Gil Molina

Signature:                                           Date:    07/08/2017

Address:     433 New York Ave
             Elizabeth, NJ 7202 US

Phone:       9089173806

Email:       ashirley.gil@gmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:    03/24/2014                      To:    04/24/2015

DocuSign Envelope ID: A647F443-138B-43F6-A80B-A924D294C235

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: _Angie manuela Dominguez aguirre_

Signature: 

Date: _07/08/2017_

Address: _831 longwood drive northwest_

_Atlanta , GA 30305 US_

Phone: _4705587559_

Email: _Manangie_13@hotmail.com_

Sponsor: _Au Pair care_

Dates in Au Pair Program:

From: _12/14/2015_          To: _12/13/2017_

DocuSign Envelope ID: 77F2D7E2-20D3-441D-B9EA-402AF27CF752

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Angie nathaly Mora rodriguez</u>

Signature:   *[DocuSigned by: A. Mora — 2E07F4038D5B48C...]*          Date:   <u>07/05/2017</u>

Address:   <u>13809 whitelaw street</u>
           <u>Ozone park, NY 11417 US</u>

Phone:     <u>9172569796</u>

Email:     <u>Morita93@hotmail.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:   <u>01/20/2014</u>                    To:   <u>01/19/2015</u>

DocuSign Envelope ID: 5D45B01A-5E5E-4E16-AA4D-55DC11B8EE55

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Angie Paola franco</u>

Firma:  *Angie Franco*
DocuSigned by:
406EE4B6CD57400...

Data:  <u>07/12/2017</u>

Dirección:  <u>Carrera 116 b # 77 33</u>
<u>Bogota, CA 1 US</u>

Telefone:  <u>573105593380</u>

Email:  <u>angeli_mau@hotmail.com</u>

Patrocinador: <u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:  <u>12/07/2012</u>

A:  <u>09/12/2014</u>

DocuSign Envelope ID: 4106E0FF-A227-444E-8A51-58EEA6A4318B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Angie Vargas Urdinola

Signature:  _Angie_
9371B05F00044C2...

Date:  07/06/2017

Address:  Cra 39 # 39 - 76

Cali, Valle del Cauca 57 CO

Phone:  3217766826

Email:  Angievaur@hotmail.com

Sponsor:  Au pair in America

Dates in Au Pair Program:

From:  05/17/2015

To:  05/19/2017

DocuSign Envelope ID: 3E27EF5E-67DF-40F0-B6B8-968D5DEE1846

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    Angie Villa

Signature:    *Angie Villa*          Date:    07/06/2017
ABFDCF677234466...

Address:    carrera 5 #54-35 apartamento 301- Chapinero Alto

Bogota - Colombia , 0 CO

Phone:    573004302680

Email:    villita1614@hotmail.com

Sponsor:    Aupair Care

Dates in Au Pair Program:

From:    02/17/2014          To:    02/17/2015

DocuSign Envelope ID: 9EE973A5-14EC-4E22-832D-CBD1F6FFBCD4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Anna Pau Garcia

Signature:   _DocuSigned by:_
             FA30F5D4233245C...                          Date:   07/06/2017

Address:   8 lawrence st

           Winchester , MA 1890 US

Phone:     3316717869

Email:     annapau24@hotmail.com

Sponsor:   Aupair care

Dates in Au Pair Program:

From:     07/14/2016                          To:     07/14/2018

DocuSign Envelope ID: 04F05E5A-FDDB-460E-B662-D998207C9BCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Annel Natiely Escudero Pozos

Signature:  *Annel Natiely Escudero Pozos*
DocuSigned by:
B718C5CE99AA436...

Date:  07/06/2017

Address:  2300 Fountain View Dr 50
Houston, TX 77057 US

Phone:  7139060992

Email:  annel_n.escudero@hotmail.com

Sponsor:  Cultural Care

Dates in Au Pair Program:

From:  05/05/2013

To:  05/05/2015

DocuSign Envelope ID: B1DA1DCB-8B36-4D85-B745-EDB85BB152F1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Anny Carolina Rodriguez Medina</u>

Signature:   *Anny Carolina Rodriguez Medina*      Date:  <u>07/06/2017</u>
205D88FEC1FA4B1...

Address:   <u>30 Mount pleasant Ave</u>
            <u>Easton , MD 21601 US</u>

Phone:   <u>4107143380</u>

Email:   <u>carolrodriguez75@hotmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>02/29/2016</u>         To:  <u>08/27/2017</u>

DocuSign Envelope ID: 32C53126-1B0C-4E7C-BE06-F2510F4E9DD0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Anny Julieth Cancino Bermúdez</u>

Signature:   [DocuSigned by: A. C. 700A172FB171405...]        Date:   <u>07/06/2017</u>

Address:   <u>1933 north Jackson street</u>
<u>Waukegan , IL 60087 US</u>

Phone:   <u>8479620107</u>

Email:   <u>Annyta290@hotmail.com</u>

Sponsor:   <u>Aupaircare</u>

Dates in Au Pair Program:

From:   <u>07/13/2015</u>        To:   <u>02/09/2017</u>

DocuSign Envelope ID: 63E98C9A-1164-49F4-94A5-4D97FBA672AE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Anny Paola Abreo Consuegra</u>

Signature:     *Anny Paola Abreo Consuegra*        Date:    <u>07/06/2017</u>
             E62BD6AE98AD4EE...

Address:    <u>5566 LaVista Drive</u>
             <u>Alexandria, VA 22310 US</u>

Phone:     <u>5715947323</u>

Email:     <u>anny.abreo@gmail.com</u>

Sponsor:    <u>AupairCare</u>

Dates in Au Pair Program:

From:     <u>06/06/2016</u>          To:    <u>06/06/2018</u>

DocuSign Envelope ID: 617B89F6-73AA-4E6E-A81F-496FBD660B86

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Antonio Aguilar Ceballos</u>

Signature:   *Antonio Aguilar Ceballos*          Date:   <u>07/06/2017</u>
          DocuSigned by:
          C466ECFF23694FD...

Address:   <u>2400 south loop west</u>
           <u>houston, TX 77054 US</u>

Phone:   <u>7133219729</u>

Email:   <u>antonio_aguilar7@hotmail.com</u>

Sponsor:   <u>au pair care</u>

Dates in Au Pair Program:

From:   <u>07/29/2010</u>                    To:   <u>07/20/2011</u>

DocuSign Envelope ID: 2A589F39-A447-4E0E-9ECF-35006480BB09

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Anya Laporta

Signature:        Date:    07/06/2017

Address:    14 bowdoin st

Cambridge , MA 2138 US

Phone:    6178770881

Email:    any_13r@hotmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:    07/21/2009    To:    01/01/2012

DocuSign Envelope ID: 2C43D708-D80D-4290-9F1F-CF305C1C3D17

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Arantxa Steffi del Carmen</u>

Firma:  <u>C58EDA27A5074D9...</u>                                      Data:  <u>07/17/2017</u>

Dirección:  <u>Arista 2190-2 Jimenez y Netzahualcoyotl.</u>
<u>Veracruz, Veracruz 91700 MX</u>

Telefone:  <u>2293115216</u>

Email:  <u>arantxa.steffi@gmail.com</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:

De:  <u>10/11/2011</u>                                      A:  <u>07/11/2014</u>

DocuSign Envelope ID: AEF176CE-A71E-4B81-985F-7FE4AE3676CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>Arlin Dayana Lozano Forero</u>

Signature:   _Arlin Dayana Lozano Forero_          Date:   <u>07/06/2017</u>
          DocuSigned by:
          017C81312A6E4EB...

Address:   <u>Carrera 12a #18-22 Villa Ortiz</u>
           <u>Villavicencio, Meta 50001 CO</u>

Phone:     <u>573183712943</u>

Email:     <u>ar_lin_93@outlokk.com</u>

Sponsor:   <u>Go Au Pair</u>

Dates in Au Pair Program:

From:   <u>01/11/2016</u>                   To:   <u>01/11/2017</u>

DocuSign Envelope ID: B282F19D-4CD0-4FD0-B732-DF415046CFFB

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:    <u>Audrey Loomis</u>

Signature:    *DocuSigned by:*
*Audrey Loomis*
C62E894D458B47A...    Date:    <u>07/05/2017</u>

Address:    <u>3481 S Fenton st D206</u>
<u>Denver , CO 80227 US</u>

Phone:    <u>6315049898</u>

Email:    <u>Loomis.audrey@yahoo.com</u>

Sponsor:    <u>Cultural Care</u>

Dates in Au Pair Program:

From:    <u>03/25/2012</u>    To:    <u>11/25/2012</u>

DocuSign Envelope ID: 48E0328A-7A05-40D5-9DCC-851C6DDE38DA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     Aura Andrea Malagon Ramos

Signature:   *Andrea Malagon*
             DocuSigned by:
             30F78E1698T440D...                        Date:   07/06/2017

Address:   Calle 43 bis a Sur N79 f 16

           Bogotá, California CA 94550 CO


Phone:     3163375711


Email:     andreita14amar@gmail.com


Sponsor:   Au pair in America


Dates in Au Pair Program:

From:   01/11/2016                          To:   12/31/2017

DocuSign Envelope ID: F022FE35-B17B-42D1-88C0-74EB89085EC3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    <u>AURA M. VALENCIA</u>

Signature:   *AURA M. VALENCIA*          Date:   <u>07/06/2017</u>
             DocuSigned by:
             840368FDA9DF41C...

Address:   <u>7950 NE BAYSHORE COURT APT 1706</u>

<u>MIAMI, FL 33138 US</u>

Phone:   <u>9546960361</u>

Email:   <u>auramval86@gmail.com</u>

Sponsor:   <u>InterExchange, Inc</u>

Dates in Au Pair Program:

From:   <u>01/07/2013</u>          To:   <u>01/07/2014</u>

DocuSign Envelope ID: 7FE8F8B5-DD47-4387-9C3C-6463D50CDA69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  Aura Maria Taborda Tabares

Firma:  *Aura Maria Taborda Tabares*  Data: 07/10/2017
6FD8B84C68D945F...

Dirección: Calle 42 N° 36-41, Calle 42 N° 36A-50
Medellin, Medellín 5001000 CO

Telefone: 3113510135

Email: auramariataborda@hotmail.com

Patrocinador: Au pair Care, Inc

Datas de participação no programa au pair:
De: 08/12/2013  A: 09/09/2014

DocuSign Envelope ID: 211D38E3-6224-47E6-B43E-F4FDD4B3410A

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: Barbara Alano

Signature: [DocuSigned by] 034FCEF83EC6488...    Date: 07/07/2017

Address: Rua Carlos Trein Filho, 1256/401

Porto Alegre, Rio Grande do Sul 90450120 BR

Phone: 5551996128647

Email: barbara_alano@hotmail.com

Sponsor: APC

Dates in Au Pair Program:

From: 08/03/2015    To: 06/01/2017

DocuSign Envelope ID: 1702A1EF-646D-4417-BEE9-98622FB49E95

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Barbara Daure</u>

Signature: *Barbara D*
DocuSigned by:
D9A92A87783443F...

Date: <u>07/06/2017</u>

Address: <u>1 Daniel burnham court</u>
<u>San Francidco , CA 94109 US</u>

Phone: <u>4156348269</u>

Email: <u>barbidaure@gmail.com</u>

Sponsor: <u>Au Pair Care</u>

Dates in Au Pair Program:

From: <u>06/23/2015</u>

To: <u>06/22/2017</u>

DocuSign Envelope ID: 5D25D6D3-B4A6-4FC3-96FB-515027868334

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Barbara Decares

Signature:            Date:   07/06/2017

Address:    David Place

            Anchorage, AK 99501 US

Phone:      6013162998

Email:      Barbaradecares@hotmail.com

Sponsor:    Expert Au pair

Dates in Au Pair Program:

From:       02/14/2016              To:     08/13/2017

DocuSign Envelope ID: 838D57E2-24AD-4E59-9B63-FF4FDDB7153F

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     Barbara Nepomuceno

Signature:    *Barbara Nepomuceno*
DocuSigned by:
E3722BF3CAEC479...

Date:   07/06/2017

Address:    145 MAIN ST
DANBURY, CT 6810 US

Phone:    2035012614

Email:    barbaranepo5@gmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:   05/21/2012          To:    05/21/2013

DocuSign Envelope ID: EE67A4AA-48BC-43FC-845E-923FAA3D342C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Barbara Riane

Signature:   *Barbara Riane*          Date:   07/05/2017
DocuSigned by:
406E91D2882D411...

Address:   705 Town Blvd apt 370
           Atlanta, GA 30319 US

Phone:    4845603047

Email:    ba_riane@hotmail.com

Sponsor:   au pair care

Dates in Au Pair Program:
From:   01/01/2008          To:   01/01/2009

DocuSign Envelope ID: 326C4265-40FE-43F6-96A8-652223041977

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Beatriz Georgina Ceja Herrera</u>

Signature: *DocuSigned by: Beatriz* F53E97CAC6194FA...   Date: <u>07/06/2017</u>

Address: <u>1208 westover rd</u>
<u>Stamford , CT 6902 US</u>

Phone: <u>3235631788</u>

Email: <u>Bcejaherrera@gmail.com</u>

Sponsor: <u>Cultural care</u>

Dates in Au Pair Program:

From: <u>01/12/2015</u>   To: <u>01/12/2016</u>

DocuSign Envelope ID: AE3C2F0A-57FA-4A12-8756-3922DD4FB54E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:        <u>Berenice Brenes</u>

Firma:        <u>DocuSigned by:</u>                                    Data:   <u>07/08/2017</u>
              39548FCBAFB74C1...

Dirección:   <u>0</u>

              <u>Paraíso , Cartago  0 CR</u>

Telefone:    <u>506 86496518</u>

Email:        <u>berenice.brenes1@gmail.com</u>

Patrocinador:<u>Au Pair in America</u>

Datas de participação no programa au pair:

De:          <u>08/18/2008</u>                                    A:      <u>07/14/2010</u>

DocuSign Envelope ID: CD87BE18-FD9C-40F2-8155-AD1976118AF3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Berenice Delgado Muñiz

Signature:   _[DocuSigned by: 79F90CE606A04D3...]_   Date:   07/06/2017

Address:   Simon Bolivar #1211 col. Tierra y Libertad

Chihuahua, Chihuahua LA 31126 MX

Phone:   6142842781

Email:   bere.delgado25@hotmail.com

Sponsor:   Au Pair Card

Dates in Au Pair Program:

From:   08/17/2015   To:   08/09/2016

DocuSign Envelope ID: BBE86F9A-79E8-4D8F-B5D9-AA337178677A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Bessy Carolina Pocasangre Echeverria

Signature:         Date:  07/09/2017

Address:  1 av sur #5

Zaragoza, La Libertad 1525 SV

Phone:  (506) 89370212

Email:  bessypocasangre@gmail.com

Sponsor:  Go Aupair

Dates in Au Pair Program:

From:  07/01/2009        To:  08/11/2011

DocuSign Envelope ID: 8CD31903-FC79-4D19-806D-6D31B929C5C3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: ___BETTY RAMIREZ___

Signature: _BETTY RAMIREZ_    Date: ___07/06/2017___

Address: ___1297 Golden Meadow Trail___

___Brampton, Ontario L6H3H1 CA___

Phone: ___9056168507___

Email: ___prettygirl_acuario@hotmail.com___

Sponsor: ___Au Pair in America___

Dates in Au Pair Program:

From: ___08/07/2011___    To: ___08/08/2012___

DocuSign Envelope ID: 39F985BE-61CD-47AC-B013-5A27548DF4FA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Bety Milena Manzo</u>

Signature:    _DocuSigned by:_
          1F2647D663524A9...
          Date:    <u>07/06/2017</u>

Address:    <u>6012 Farmpond Road</u>
          <u>Apex, NC 27523 SG</u>

Phone:    <u>9198861841</u>

Email:    <u>mila.manso@yahoo.es</u>

Sponsor:    <u>Au Pair Carr</u>

Dates in Au Pair Program:

From:    <u>11/02/2015</u>        To:    <u>11/02/2016</u>

DocuSign Envelope ID: E23CDFED-5CC8-4DEC-BBD3-2575A166E105

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Betzady Eonyu Baek</u>

Signature:   DocuSigned by:
             5D250D667825494...          Date:   <u>07/06/2017</u>

Address:   <u>1003 Tuscarora Dr SW</u>
           <u>Leesburg, VA 20175 US</u>

Phone:   <u>5713888445</u>

Email:   <u>eonyz@yahoo.com</u>

Sponsor:   <u>Cultural Care AuPair</u>

Dates in Au Pair Program:

From:   <u>09/18/2011</u>          To:   <u>09/18/2013</u>

DocuSign Envelope ID: E0A428DF-FDB9-4302-A17E-EBC14D79F113

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      <u>Bianca Rezende Bonani</u>

Signature:      Date:   <u>07/06/2017</u>

Address:    <u>São Luiz 23</u>

<u>Aruja , São Paulo  7411215 BR</u>

Phone:     <u>551133701033</u>

Email:     <u>biancabonani@gmail.com</u>

Sponsor:    <u>Au Pair in América</u>

Dates in Au Pair Program:

From:     <u>04/07/2014</u>                    To:    <u>02/02/2016</u>

DocuSign Envelope ID: CAD3E724-709D-4BCB-997C-C5CFFA1912FF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Bibiana Elizabeth Quiroz Cantillo</u>

Signature:  *Bibiana Elizabeth Quiroz Cantillo*
DocuSigned by:
BE371CF534B04AE...
Date:  <u>07/06/2017</u>

Address:  <u>Calle 64A #65D 31 casa 201</u>

<u>Bello, Antioquia 51054 CO</u>

Phone:  <u>3117321385</u>

Email:  <u>bibirozqui@gmail.com</u>

Sponsor:  <u>Au Pair Care</u>

Dates in Au Pair Program:

From:  <u>09/28/2015</u>        To:  <u>08/31/2016</u>

DocuSign Envelope ID: 96434803-827B-47BB-AAED-DE8E2AD5F65E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:        <u>Blanca Rocio Hernández Hernández</u>

Firma:       DocuSigned by:
             5B5FBF411D9D49A...                               Data:   <u>07/11/2017</u>

Dirección:   <u>Rio Jamapa</u>
             <u>Saltillo, Coahuila 25350 MX</u>

Telefone:    <u>01 844 3 16 7744</u>

Email:       <u>Lic.rocio@live.com.mx</u>

Patrocinador:<u>Aupair care</u>

Datas de participação no programa au pair:
De:              <u>05/07/2010</u>                    A:      <u>08/14/2010</u>

DocuSign Envelope ID: FA9C0C89-55A6-4988-9862-644C1D965CAE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Blanca Wruck Melo

Signature:     _DocuSigned by:_ _Blanca Wruck_     Date:   07/07/2017
78ACFC27F532477...

Address:     2 Rose Hill Road
Media, PA 19063 US

Phone:     6105059677

Email:     blanca.wruck@hotmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:     10/05/2015                    To:     10/05/2017

DocuSign Envelope ID: 2C914E76-0180-448F-AD1F-ADEA660F31E1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Brenda Samaniego

Signature: _[DocuSigned signature]_          Date:   07/07/2017
           771F1F15300A4A0...

Address:   Paragon Terrace

           Sterling , VA 20164 US

Phone:     5712013270

Email:     samy_1903@hotmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:

From:      12/27/2013                          To:     12/27/2015

DocuSign Envelope ID: DA13F78E-3627-49AF-B34C-53D19E76B239

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Brizeyda Cruz Arroyo</u>

Signature: *Brizeyda Cruz Arroyo*
DocuSigned by:
3533116A7F86404...

Date: <u>07/06/2017</u>

Address: <u>11 Franklin Ave</u>
<u>Larchmont , NY 10538 US</u>

Phone: <u>9148887698</u>

Email: <u>Zirb_bca@hotmail.com</u>

Sponsor: <u>Aupair Care</u>

Dates in Au Pair Program:

From: <u>05/18/2015</u>

To: <u>05/18/2017</u>

DocuSign Envelope ID: 82BB5873-3B91-4A0F-B761-AD67899278D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Bruna Cristina Palmeira dos Santos

Signature:  *Bruna Cristina Palmeira dos Santos*
DocuSigned by:
BBBC2D84B0934C2...

Date:  07/10/2017

Address:  38 Drynam Drive, Drynam Hall. Kinsealy, Swords

Dublin, Dublin K67 AE19 IE

Phone:  3530838465109

Email:  palmbruna@hotmail.com

Sponsor:  Au Pair Care

Dates in Au Pair Program:

From:  08/16/2009

To:  08/16/2011

DocuSign Envelope ID: 244889BA-5ED9-4CC9-91E2-E0E9E723CE1B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:    <u>Bruna Marcela de Paula</u>

Signature:    DocuSigned by:
<u>Brunardobal</u>
8BB3E482AE304DA...    Date:    <u>07/06/2017</u>

Address:    <u>Cisplatina, 968</u>

<u>Santo André , São Paulo  WY 9121430 BR</u>

Phone:    <u>1199529164</u>

Email:    <u>bru.mp@hotmail.com</u>

Sponsor:    <u>Au Pair in America</u>

Dates in Au Pair Program:

From:    <u>02/06/2011</u>    To:    <u>03/05/2013</u>

DocuSign Envelope ID: C1AD1349-4D8C-44A5-B6AB-4F8D6BA21330

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    <u>Bruna Moreira Antunes</u>

Signature:    *Bruna Moreira Antunes*    Date:    <u>07/07/2017</u>
C01A7485C043468...

Address:    <u>7624 W 66th place</u>

<u>Bedford Park, IL 60501 US</u>

Phone:    <u>7732567500</u>

Email:    <u>antunes.brunaa@gmail.com</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:    <u>12/07/2015</u>    To:    <u>12/07/2017</u>

DocuSign Envelope ID: D5C075F9-ADF4-46CC-BA6F-8FA1F91B28B5

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:   <u>Bruna Roza Rodrigues</u>

Signature:   *[assinatura]*   Date:   <u>07/06/2017</u>

DocuSigned by:
697FCDF30A8440D...

Address:   <u>5 monplaiser place</u>
<u>New Orleans, LA 70114 US</u>

Phone:   <u>5043443115</u>

Email:   <u>Brunarozarodrigues@gmail.com</u>

Sponsor:   <u>Apia</u>

Dates in Au Pair Program:
From:   <u>07/24/2016</u>   To:   <u>07/24/2018</u>

DocuSign Envelope ID: 3C9C5D93-4CD2-4518-AA12-55FD229BE8E2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Bruna Santiago da Silva de Jesus

Signature:     *Bruna S.S. Jesus*     Date:     07/06/2017
461086C7E779448...

Address:     Leona street
             Oakland, CA 94605 US

Phone:     9253891897

Email:     brunasantiago10@hotmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:
From:     09/08/2014     To:     08/14/2016

DocuSign Envelope ID: 93AEAAE6-9129-4FF6-BE95-591D91EC869E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Brunna Ulian Freitas

Signature:    [signature]    Date:    07/18/2017

Address:    11450 US Highway s42N

Plain City , OH Ohio US

Phone:    7203829269

Email:    brunnauliann@gmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:    11/16/2015    To:    11/16/2017

DocuSign Envelope ID: E074D6AB-BF2E-4832-BEE3-05F6106DDE6E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Calia Nataly Delgadillo Longoria

Signature:      *Calia Nataly Delgadillo Longoria*          Date:    07/12/2017
DocuSigned by:
691F4C891B664A2...

Address:      Via Florencia 196 residencial Senderos

Torreon , coahuila  21018 MX


Phone:      5218711283309


Email:      calia.cd@gmail.com


Sponsor:      Cultural Care Au Pair


Dates in Au Pair Program:

From:      08/10/2015                    To:      05/09/2017

DocuSign Envelope ID: 59FE499C-1D52-4987-81D0-B9FCC03F66BD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Camila da Silva Brigido

Signature:                                                          Date:   07/06/2017

Address:    1143 greene avenue, brooklyn

            New York , NY 11221 US


Phone:      6176592671


Email:      camilasatine@gmail.com


Sponsor:    Au Pair in America


Dates in Au Pair Program:

From:   06/13/2016                          To:   05/30/2017

DocuSign Envelope ID: 3B5A4188-8BEA-435B-A721-9E748EF74D00

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Camila de Moraes Machado</u>

Signature: *Camila de Moraes Machado*
DocuSigned by:
FBE871EBA2F74DB...

Date: <u>07/07/2017</u>

Address: <u>Avenida Dom jaime de Barros Camara 670 - apto 146 torre 4</u>
<u>São Bernardo do Campo, São Paulo São Paulo BR</u>

Phone: <u>11999223101</u>

Email: <u>camilamoraes_m@yahoo.com.br</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>08/09/2009</u>     To: <u>08/11/2019</u>

DocuSign Envelope ID: EE10B21A-EB38-42B1-B7EE-B22BDDC557C9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:       <u>Camila de sousa</u>

Signature:  <u>DocuSigned by: [signature] 1C259B27CF6E4BD...</u>            Date:   <u>07/05/2017</u>

Address:    <u>1540 N Milwaukke ave</u>
            <u>Chicago, IL 60622 US</u>

Phone:      <u>6462764825</u>

Email:      <u>Camilaapsousa@gmail.com</u>

Sponsor:    <u>Au pair care</u>

Dates in Au Pair Program:

From:    <u>03/17/2013</u>                    To:    <u>03/18/2015</u>

DocuSign Envelope ID: EAC7988B-8E31-4BFF-BA5F-B4B23696B3DB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>CAMILA FLOREZ RENDON</u>

Firma:     *CAMILA FLOREZ RENDON*     Data:  <u>07/10/2017</u>
266C954FD294446...

Dirección:  <u>carrera 63A # 33 30, Apto 303 BUILDING: Los Conquistadores</u>
<u>Medellin, Antioquia 5001000 CO</u>

Telefone:  <u>573014565774</u>

Email:    <u>camiflorezrendon@hotmail.com</u>

Patrocinador:<u>AuPair Care</u>

Datas de participação no programa au pair:
De:      <u>02/04/2013</u>                    A:    <u>09/11/2013</u>

DocuSign Envelope ID: AA3A2F3A-BC2E-46E8-A864-B5B23E074B4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Camila Pulido

Signature:   _DocuSigned by:_
             A5B80DED0C39462...                          Date:   07/17/2017

Address:   239 Oak Neck Ln

           West Islip, NY 11795 US


Phone:   3478044471


Email:   camila7pulido@gmail.com


Sponsor:   Au Pair Care, Inc.


Dates in Au Pair Program:

From:   10/17/2016                          To:   10/17/2017

DocuSign Envelope ID: 34D596A5-774A-4E60-B791-FAF2D8D04768

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:       <u>Camila Silva de Oliveira</u>

Signature:  _DocuSigned by:_
            _Camila Oliveira_
            655E86519738413...                    Date:   <u>07/06/2017</u>

Address:    <u>Luis Benasso, 715 Jd Pedroso</u>

            <u>Mauá, São Paulo 9370320 BR</u>

Phone:      <u>1145132867</u>

Email:      <u>enf.camilaoliveira1@gmail.com</u>

Sponsor:    <u>Au Pair In America</u>

Dates in Au Pair Program:

From:   <u>03/07/2016</u>                          To:   <u>03/07/2017</u>

DocuSign Envelope ID: 3B29E42E-0DE9-4A41-A955-9F515C2F775A

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Camila Soden

Signature:          Date:     07/06/2017

Address:     6123 114th Pl N

Champlin, MN 55316 US

Phone:     6126957006

Email:     cacareggeira@hotmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:

From:     10/05/2008          To:     10/05/2010

DocuSign Envelope ID: B60C3E02-87A1-4CF4-A6D2-9DD1FE06347B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: Camila Villegas Hernandez

Signature: _DocuSigned by:_
7C65213DE5BF4A5...

Date: 07/06/2017

Address: 734 Domingo Utrera
Boca del Rio, Veracruz  94296 MX

Phone: 2299533078

Email: camilavhz  @hotmail.com

Sponsor: Au pair in America

Dates in Au Pair Program:

From: 11/13/2016     To: 11/13/2017

DocuSign Envelope ID: F6D3EB2C-A494-4C80-AFC4-068EF646BB9A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Camilla Joergensen

Signature:    DocuSigned by:
             DA0194CF881D43C...                    Date:   07/06/2017

Address:     215 prospekt park west
             Brooklyn, NY 11215 US

Phone:       9179955517

Email:       Camillajoergensen1992@gmail.com

Sponsor:     Cultural care au pair

Dates in Au Pair Program:

From:        10/01/2012                            To:     10/08/2013

DocuSign Envelope ID: 37454396-7A36-4FA4-801F-939EE0F136B6

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Camilla Vieira Bassein</u>

Signature:  DocuSigned by:
            *Camilla Ba*
            7628F93EBB3C4CE...          Date:   <u>07/05/2017</u>

Address:    <u>2949 portage bay w apt139</u>
            <u>Davis, CA 95616 US</u>

Phone:     <u>8189669665</u>

Email:     <u>camillabassein@gmail.com</u>

Sponsor:   <u>Au pair Care</u>

Dates in Au Pair Program:

From:      <u>02/14/2015</u>                To:   <u>08/31/2015</u>

DocuSign Envelope ID: 6C120498-5D62-4BEF-8F95-854264FF6761

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:       Camille Romeiro

Signature:                                            Date:    07/05/2017

DocuSigned by:

8FC53DEA9B0D403...

Address:    14160 cindy ln

Hughesville, MD 20637 US

Phone:      2406785821

Email:      c-romeiiro@hotmail.com

Sponsor:    Aupair in America

Dates in Au Pair Program:

From:    07/11/2016                                   To:    10/29/2016

DocuSign Envelope ID: 26932A8A-40A3-41B7-96FD-BCD4D31555EF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  candelaria cid

Signature:  DocuSigned by:
181B985849F54B9...

Date:  07/06/2017

Address:  1330 s fair st, 414
arigton, VA 22202 US

Phone:  2027796522

Email:  candelaria.cid@gmail.com

Sponsor:  GO aupair

Dates in Au Pair Program:

From:  01/03/2014

To:  01/03/2016

DocuSign Envelope ID: D8920405-7701-49C6-A4FC-6D535950063C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Carla Rodrigues Marrelli

Signature:     *Carla Rodrigues Marrelli*     Date:     07/06/2017
C9A4316241D5426...

Address:     16 Riverglen Dr
Thiells, NY 10984 US

Phone:     8456333117

Email:     carlamarrelli@yahoo.com.br

Sponsor:     Cultural Care

Dates in Au Pair Program:
From:     08/29/2010     To:     09/04/2011

DocuSign Envelope ID: E49454CD-9D98-4CBD-B7E6-6720F6C8B976

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Carlota María</u>

Signature: *Carlota María*
85A372AED719486...

Date: <u>07/06/2017</u>

Address: <u>Los Rosales 4, Urb/Soto de Llanera</u>
<u>Oviedo, Asturias 33423 ES</u>

Phone: <u>34699155454</u>

Email: <u>carlotagpv@gmail.com</u>

Sponsor: <u>Au Pair Care, Inc.</u>

Dates in Au Pair Program:

From: <u>10/20/2014</u>

To: <u>10/20/2015</u>

DocuSign Envelope ID: 706B65E7-432E-4598-8BFC-2ACC65CA3EE0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Carmen Ortiz Schlager</u>

Signature: *Carmen Ortiz Schlager*   Date: <u>07/05/2017</u>
2F24BDE40C6A423...

Address: <u>San isidro</u>

<u>San isidro, Heredia 506100 CR</u>

Phone: <u>70625102</u>

Email: <u>carmen_ortizs@hotmail.com</u>

Sponsor: <u>Au pair in america</u>

Dates in Au Pair Program:

From: <u>01/06/2010</u>   To: <u>07/04/2010</u>

DocuSign Envelope ID: B662BDB3-896F-48F2-904F-4F1A9B4D205B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Carol I Howe

Signature:    [DocuSigned by signature]        Date:    07/17/2017
              FA6BBEB9E22344E...

Address:    1441 Falcon Dr apt. 1
            Idaho falls, ID 83406 US

Phone:    2089705505

Email:    Jchowe2015@gmail.com

Sponsor:    Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:    07/10/2011            To:    08/07/2013

DocuSign Envelope ID: 914AAE3C-418C-4707-9913-539B174928C8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name: ___Carolina Carvajal Hoyos___

Signature: _DocuSigned by: Carolina CH  EB873C4D298E485..._      Date: ___07/06/2017___

Address: ___Cra 39 A # 40 F sur 02___

___Envigado, Antioquia 574 CO___

Phone: ___573014223888___

Email: ___carvaho5@gmail.com___

Sponsor: ___Au Pair in America___


Dates in Au Pair Program:

From: ___07/28/2014___      To: ___07/28/2016___

DocuSign Envelope ID: 15B47FD3-0E91-4439-AF37-F3D4E63C53E8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Carolina Davila

Signature:     DocuSigned by:

   A7EF7C2BD65F457...          Date:     07/06/2017

Address:     8501 22nd St

   Vero Beach, FL 32966 US

Phone:     7727131097

Email:     caro.davila13@hotmail.com

Sponsor:     Expert Aupair

Dates in Au Pair Program:

From:     08/18/2014          To:     08/18/2016

DocuSign Envelope ID: C33A269E-3648-4142-9FD7-6E66FDFF74F4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Carolina Guzman</u>

Signature:   *Carolina Guzman V*     Date:   <u>07/05/2017</u>
184C8E54F01C416...

Address:   <u>Av Ejercito Nacional 254</u>

<u>México , Ciudad de México  11590 MX</u>

Phone:   <u>5514787346</u>

Email:   <u>carito_gv18@hotmail.com</u>

Sponsor:   <u>Cultural Care Au pair</u>

Dates in Au Pair Program:

From:   <u>07/08/2014</u>          To:   <u>07/08/2015</u>

DocuSign Envelope ID: A998AA4B-6CAD-43EA-B2DF-2D57B32F1A39

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     Carolina Jessica Peña Valles

Signature:   _DocuSigned by:_          Date:   07/06/2017
             Carolina Peña
             A5A1BF44BE6D4F7...

Address:   7257 Variel Ave

           Cúcuta, CA CA 91303 US


Phone:    3237381862


Email:    carolina_9035@outlook.es


Sponsor:   AuPairCare


Dates in Au Pair Program:

From:    10/17/2016                    To:    06/21/2017

DocuSign Envelope ID: 0894927D-0C8E-4D45-8E3D-686E93720091

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Carolina Lima

Signature:   [signature]            Date:    07/06/2017
             3820DFD4883A449...

Address:     Av marechal Rondon q c n 2760

             Goiania, Goias 74565010 BR


Phone:       5562981395229


Email:       Carolinamaiara@gmail.com


Sponsor:     Interexchange


Dates in Au Pair Program:

From:        09/08/2008                    To:    10/09/2010

DocuSign Envelope ID: F89F3C4F-C152-43FE-9EDE-2BB911AECA24

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: __Carolina Mallia__

Signature: _[DocuSigned by signature: A45FAAA4C0C2411...]_          Date: __07/05/2017__

Address: __25 Franklin st apt 1__

__Nashua , NH 3064 US__

Phone: __6035688392__

Email: __Carolinamallia@hotmail.com__

Sponsor: __Cultural care au pair__

Dates in Au Pair Program:

From: __09/20/2010__          To: __03/01/2012__

DocuSign Envelope ID: 1820EE1F-7C5C-40D6-BB0E-E860245BE477

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:        <u>Carolina Palini</u>

Signature:   *DocuSigned by:*
             *Carol*
             C0CF0A4BA297400...                Date:   <u>07/06/2017</u>

Address:     <u>Baldwin Road</u>
             <u>Maplewood, NJ 7040 US</u>

Phone:       <u>9739089611</u>

Email:       <u>caah.map@gmail.com</u>

Sponsor:     <u>AuPairCare</u>

Dates in Au Pair Program:

From:        <u>09/11/2016</u>                  To:     <u>07/05/2017</u>

DocuSign Envelope ID: B7CF27D1-20CD-4AA2-84CF-0107AE0A4A69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Carolina Romero Acuna

Signature:  *Carolina Romero Acuna*  Date:  07/06/2017
DocuSigned by:
D5405AD05C0147F...

Address:  Calle 29 n 2 -76
Bogota D.C., NJ 7410 US

Phone:  3187620782

Email:  carorom253@gmail.com

Sponsor:  Apc

Dates in Au Pair Program:
From:  08/22/2016    To:  08/22/2017

DocuSign Envelope ID: 3B4EA0A2-008D-4C48-9D99-102DA6F98DAC

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Carolina Tot</u>

Signature:     <u>*Carolina Tot*</u>          Date:   <u>07/06/2017</u>
            FD5F00BD7D3944D...

Address:   <u>226 Purdue Ave</u>
           <u>Pemberton, NJ 8068 US</u>

Phone:     <u>2159348004</u>

Email:     <u>tot.carol@gmail.com</u>

Sponsor:   <u>Aupair care</u>

Dates in Au Pair Program:

From:     <u>12/05/2011</u>                    To:    <u>12/13/2012</u>

DocuSign Envelope ID: FD19965C-17F9-4B71-8913-CBB43AD4D5CA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Caroline Bandeira Janica

Signature:                                                          Date:   07/07/2017

Address:   5043 S Lamon Ave
           Chicago, IL 60638 US

Phone:    7082678943

Email:    carolinejanica@gmail.com

Sponsor:   Cultural Care

Dates in Au Pair Program:
From:    11/12/2012                          To:    07/19/2014

DocuSign Envelope ID: BC78217C-6336-476D-8E1F-D0EB04AC5239

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   Caroline Dantas de Souza

Assinatura:      Fecha: 07/17/2017

7BC54C2EA0D7432...

Endereço:   Rua Sud Menucci 233 ap3
Santo André , WA 9230530 BR

Teléfono:   11941245084

Email:   carolinedantasdesousa@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:   02/03/2014          A:   12/03/2014

DocuSign Envelope ID: A7277410-0F95-4EC4-A000-685AAA4B5630

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: _Carollina Souza_

Signature: _[DocuSigned signature: EE6CEEEC226744B...]_    Date: _07/11/2017_

Address: _Av do Cursino 6485, ap 104 torre b_

_São Paulo , Sao paulo IN 4169000 BR_

Phone: _17143067147_

Email: _cacandidos@gmail.com_

Sponsor: _Cultural Care_

Dates in Au Pair Program:

From: _06/12/2016_    To: _06/12/2017_

DocuSign Envelope ID: 77176970-E90D-4443-903A-01B2D9954702

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Catalina rios

Signature:   [signature: DocuSigned by: FDAADEB511C8424...]      Date:   07/06/2017

Address:   9east 4th street

Moonachie, NJ 7074 US

Phone:   2039529036

Email:   Ktarios@hotmail.com

Sponsor:   Cultural care su pair

Dates in Au Pair Program:

From:   06/14/2010      To:   10/31/2010

DocuSign Envelope ID: FD1F652F-4379-4E05-8E50-8235F92DBC08

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: ___Catalina Roncallo___

Signature:     Date: ___07/06/2017___

Address: ___479 ne 30th street apt 501___
___Orlando, FL 33137 US___

Phone: ___7866124302___

Email: ___cataroncallorecio@hotmail.com___

Sponsor: ___Aupair in america___

Dates in Au Pair Program:

From: ___05/21/2012___    To: ___06/13/2013___

DocuSign Envelope ID: 2D6D2BA5-CFDE-42D5-AB87-923A75BD151C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Catherine Ramirez gonzalez</u>

Signature:   DocuSigned by:      4AB5FF4643C0427...     Date:   <u>07/07/2017</u>

Address:   <u>1591 spring gate dr</u>

<u>Mclean , VA 22102 US</u>

Phone:    <u>3012218677</u>

Email:    <u>Catherineramglez@gmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:    <u>08/23/2015</u>           To:    <u>08/23/2017</u>

DocuSign Envelope ID: 9AF2A598-D4FE-42C2-BDDE-48C5EA72A509

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Celyen Vanessa Parra Torres

Signature: *Celyen Vanessa Parra Torres*     Date:   07/07/2017
DocuSigned by:
3D2F53D46B28444...

Address:   Sarmiento 2149 2E

Buenos aires, Buenos aires 1044 AR

Phone:   5491166960284

Email:   celyparra@gmail.com

Sponsor:   AuPair care

Dates in Au Pair Program:

From:   09/23/2013     To:   09/23/2015

DocuSign Envelope ID: 83AC34E0-9C5F-42A8-98E6-841E18EC078A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: CESAR ALONSO VALDES

Firma: *CESAR ALONSO VALDES*   Data: 07/10/2017

Dirección: ZARAGOZA 720
SALTILLO , COAHUILA 25000 MX

Telefone: 1528442777917

Email: rasec_2000@hotmail.com

Patrocinador: AU PAIR CARE

Datas de participação no programa au pair:
De: 01/07/2013   A: 01/07/2014

DocuSign Envelope ID: B781E48F-8AE4-409A-9137-366671296B41

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: Christian Fabiola Palacios Hernandez

Signature: _Christian Fabiola Palacios Hernandez_
DocuSigned by:
35BC6CD270E1468...

Date: 07/10/2017

Address: 108 St Charles Rd
BROOKLYN, MD 21225 US

Phone: 4438178196

Email: cfabiola.palacios@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/04/2010

To: 10/04/2012

DocuSign Envelope ID: E57D0A7D-16E9-454E-8617-A899BA5B6CCC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Cilene Feuerhake

Signature:  [DocuSigned by: Cilene Feuerhake F287BAF741984C1...]          Date:   07/06/2017

Address:    17503 68th Pl N

            Maple Grove, MN 55311 US

Phone:      6123857176

Email:      Cilene.feuerhake@gmail.com

Sponsor:    Au pair in America

Dates in Au Pair Program:

From:       05/17/2009          To:    06/17/2011

DocuSign Envelope ID: FF43AAEB-9A20-42E0-BD7B-26A999B393D7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Cindy Ayabar</u>

Signature: *Cindy Ayabar*
DocuSigned by:
A5BF73FC3F5E4EC...

Date: <u>07/06/2017</u>

Address: <u>calzada hacienda de torreon 1301</u>

<u>torreon, coahuila CO 27294 MX</u>

Phone: <u>528717364164</u>

Email: <u>cindy-ayabar@hotmail.com</u>

Sponsor: <u>Au pair in amarica</u>

Dates in Au Pair Program:

From: <u>05/23/2016</u>

To: <u>02/28/2017</u>

DocuSign Envelope ID: 3671C570-D189-42CA-85EC-2381C5EE3C54

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       cindy lorena obando supelano

Signature:   *cindy lorena obando supelano*            Date:   07/06/2017
            EE8FC18CC09B4B4...

Address:    529 sugar loaf lane

            natrona heights, PA 15065 US

Phone:      8602218717

Email:      c.lorena.o@outlook.com

Sponsor:    au pair care

Dates in Au Pair Program:

From:       10/31/2016                         To:     10/31/2017

DocuSign Envelope ID: 6985F28A-2DE5-4C9E-B0DA-B7E4ABEBDED8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>CINTYA JAMELY RODRIGUEZ ZUNIGA</u>

Signature:  <u>CINTYA JAMELY RODRIGUEZ ZUNIGA</u>     Date:  <u>07/06/2017</u>
DocuSigned by:
7AC8CF09E4244AE...

Address:  <u>IRLANDA 595 PRIVADA LUXEMBURGO</u>

<u>SALTILLO, COAHUILA IL 25230 MX</u>

Phone:   <u>5218441970808</u>

Email:   <u>cintya.rdzz@gmail.com</u>

Sponsor:  <u>GO AU PAIR</u>

Dates in Au Pair Program:

From:   <u>06/07/2016</u>                    To:   <u>06/06/2017</u>

DocuSign Envelope ID: 7FB3CD11-5AC9-45A8-90F7-CDA8BF835C27

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:　　　Clara Rivero

Signature:　　*Clara Rivero*　　　　　　　Date:　　07/06/2017
　　　　　　　F3D9B913E63F432...

Address:　　Cra 26 # 15-58 apto 601

　　　　　　　Bucaramanga, santander WA 680011 CO

Phone:　　　573023394650

Email:　　　ximena_1221@hotmail.com

Sponsor:　　au pair care

Dates in Au Pair Program:

From:　　　10/18/2015　　　　　　　To:　　　10/18/2016

DocuSign Envelope ID: C64747F4-7341-48A9-9526-E80CD943022A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    <u>Claudia Alejandra Vargas Gómez</u>

Firma:    DocuSigned by:

        643B774F092043C...    Data:    <u>07/10/2017</u>

Dirección:    <u>Avenida Brasil 3545, departamento 801. Magdalena del Mar</u>

                 <u>Lima, Lima 117 PE</u>

Telefone:    <u>511944583244</u>

Email:    <u>clovargasg@gmail.com</u>

Patrocinador:<u>Aupair in America</u>

Datas de participação no programa au pair:

De:    <u>07/04/2015</u>    A:    <u>08/03/2016</u>

DocuSign Envelope ID: 35146E4F-33D9-4625-846E-46A26785C947

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Claudia Fernanda Torres González

Signature:  _Claudia Fernanda Torres González_          Date:   07/06/2017
            DCD9730C4112419...

Address:    San Luis Gonzága  5314

            Guadalajara, Jalisco 45030 MX


Phone:      3331906229


Email:      Fertorres0196@gmail.com


Sponsor:    Au Pair Care


Dates in Au Pair Program:

From:       08/24/2017                        To:     02/24/2018

DocuSign Envelope ID: FE2DC294-B880-4B95-973F-3BFC2252A88D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: Claudia Flautero

Signature: *Claudia F* (DocuSigned by, 05895C2BC1A7499...)      Date: 07/06/2017

Address: 691 Post St., Apt 600
San Francisco, CA 94109 US

Phone: 4153617772

Email: claudiaflautero@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/21/2015      To: 12/21/2016

DocuSign Envelope ID: FAD00C6B-318B-45D4-A1DA-F78CBE22830B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Claudia Hijar Cohaila

Signature:        Date:    07/09/2017

Address:    3 rue du bosquet

Bischwihr, Grand-Est 68320 FR

Phone:    636610068

Email:    claudiahcl@hotmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    10/03/2008    To:    10/03/2010

DocuSign Envelope ID: BA245365-4FA7-4A68-9AA5-FDE1259F12B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Claudia Liliana Munoz Najera

Signature:  *[signature]*   Date:  07/17/2017

Address:  20 S Devoe Ave

Yonkers , NY 10705 US

Phone:  9144203793

Email:  Clausyta@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  09/10/2012   To:  09/19/2014

DocuSign Envelope ID: D363DA99-3565-494A-951D-F0E5982FD16D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Claudia Martinez

Signature:     *DocuSigned by:*
              *CfauDH|*
              FDD3F9750F4E401...          Date:     07/06/2017

Address:     804 south Arlington mill dr
             Arlington , VA 22204 US

Phone:     15712762194

Email:     cmartinez188@hotmail.es

Sponsor:     Aupair care

Dates in Au Pair Program:

From:     05/20/2013          To:     06/20/2017

DocuSign Envelope ID: 5D4F2114-07A4-4576-84D8-59FD711F4DE1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  claudia Maryalix Acuma Salas

Signature:  *DocuSigned by:*
            [signature]
            3435C384D890437...                    Date:  07/07/2017

Address:  6231 w mcdowell rd #2048
          Phoenix, AZ 85035 US

Phone:  4808239272

Email:  alyx_wa@live.com.mx

Sponsor:  cultural care au pair

Dates in Au Pair Program:

From:  06/07/2011                                 To:  06/07/2012

DocuSign Envelope ID: 66FEAAE4-8B96-4F63-8F58-6FB0E610B22E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Cristina Moller Andersen</u>

Firma:  *DocuSigned by:*
        *Cristina*
        972CEECEA8A7434...                    Data:  <u>07/08/2017</u>

Dirección:  <u>Paseo los olivos</u>
            <u>Playa del carmen, Quintana roo ND 77714 MX</u>

Telefone:  <u>8717856801</u>

Email:  <u>cristinamoller@hotmail.com</u>

Patrocinador: <u>Interexchange</u>

Datas de participação au programa au pair:

De:  <u>02/07/2012</u>                          A:  <u>02/16/2013</u>

DocuSign Envelope ID: CAFC7843-97A4-4864-BDDB-95C9C7F03FA9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Cristina Tobar

Signature:   *Cristina Tobar*
          8554746C486A4BF...          Date:   07/07/2017

Address:    Cra 2B # 21B 67

            Pasto,  520001-520099 CO

Phone:     3127631640

Email:     cris.9089@hotmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:     01/05/2015          To:   07/04/2016

DocuSign Envelope ID: D8B1DAAB-FA92-4CFA-B380-DD5A9FB1F3F4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Cynthia Benitez

Signature:     [DocuSigned by: C B  00563D9C341B43F...]          Date:     07/06/2017

Address:     14 De Mayo 264

Luque, Central MI 2060 PY

Phone:     984478927

Email:     benitezfem@gmail.com

Sponsor:     AupairCare

Dates in Au Pair Program:

From:     04/20/2015          To:     04/19/2017

DocuSign Envelope ID: 430E742B-B636-424D-9DF0-3D1083A208AA

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:       <u>Daiene Bagarini</u>

Signature:                Date:   <u>07/05/2017</u>

Address:    <u>1706 Commonwealth Ave #33</u>

            <u>Brighton , MA 2135 US</u>

Phone:      <u>8572377368</u>

Email:      <u>daienebagarini@hotmail.com</u>

Sponsor:    <u>Cultural Care</u>

Dates in Au Pair Program:

From:       <u>01/04/2010</u>                   To:     <u>08/29/2011</u>

DocuSign Envelope ID: 9910279B-6CEE-4A67-B7C7-CCADFE7B319D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Dalia Minerva Hinojosa Garcia</u>

Signature:   [signature]   Date:   <u>07/06/2017</u>
B3999015E8014FB...

Address:   <u>C. Lomas 140 Fracc. Bosques de Castilla</u>

<u>Salinas Victoria, Nuevo Leon 65515 MX</u>

Phone:   <u>528119434111</u>

Email:   <u>tormenta_918@hotmail.com</u>

Sponsor:   <u>Go Au Pair Operations, LLC</u>

Dates in Au Pair Program:

From:   <u>11/26/2011</u>   To:   <u>03/01/2013</u>

DocuSign Envelope ID: D407674B-0870-4E59-B779-2EAA8C426BAD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Daniela Bibiana Francisca Da Silva

Signature:     Date:  07/06/2017

Address:  Naglee Rd

Silver Spring, MD 20903 US

Phone:  2404632582

Email:  danielabibiana@gmail.com

Sponsor:  Cutural Care Au Pair

Dates in Au Pair Program:

From:  08/31/2015   To:  08/30/2017

DocuSign Envelope ID: C8D2735A-0B61-4C7B-9272-980F9CECBADE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Daniela Castellanos</u>

Signature:    *Daniela Castellanos*      Date:   <u>07/05/2017</u>
DocuSigned by:
194D95D9320149A...

Address:    <u>Carrera 10 No. 57 E-08</u>

             <u>Manizales, Caldas 170000 CO</u>

Phone:    <u>3133203431</u>

Email:    <u>thindani-16@hotmail.com</u>

Sponsor:    <u>AuPair Care</u>

Dates in Au Pair Program:

From:    <u>07/13/2015</u>      To:   <u>10/05/2015</u>

DocuSign Envelope ID: F92F7512-1DF9-4F02-9CC4-FD3A64B4B33D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Daniela Galindo

Signature:  _[signature]_                                     Date:  07/06/2017

Address:  Oakbrook dr 2843

Weston, FL 33332 US

Phone:  9549970842

Email:  Daniela.galindofi@gmail.com

Sponsor:  Au pair Care

Dates in Au Pair Program:

From:  07/11/2016                          To:  07/11/2018

DocuSign Envelope ID: ABC08E5E-43EA-4313-9C5A-50A975FCFB31

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Daniela Joleanis</u>

Signature:   *DocuSigned by:*   6F03D0A84A9C445...          Date:   <u>07/06/2017</u>

Address:   <u>Me G casa 12 villa Toledo</u>

<u>Santa marta , AL 0 CO</u>

Phone:   <u>3012069067</u>

Email:   <u>danielajoleanisroa@gmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>08/11/2014</u>                    To:   <u>08/11/2016</u>

DocuSign Envelope ID: 600AE4FF-C95E-4B26-9E12-DEEBE141C9AD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   <u>Daniela Josefina Gutierrez Lopez</u>

Firma:   *Daniela Josefina Gutierrez Lopez*          Data:   <u>07/08/2017</u>
3A6B363539F3422...

Dirección:   <u>Hidalgo 184 sur</u>

<u>Xalisco , Nayarit  63780 MX</u>

Telefone:   <u>115213111199521</u>

Email:   <u>dgl1306@hotmail.com</u>

Patrocinador:<u>AuPairCare, Inc.</u>

Datas de participação no programa au pair:

De:   <u>09/14/2015</u>                          A:   <u>03/15/2016</u>

DocuSign Envelope ID: A24C206D-93BD-4E21-827F-55EA8FE3888C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>Daniela Londoño Cortes</u>

Firma:    [signature: DocuSigned by A9F47AC2832D430...]          Data:   <u>07/09/2017</u>

Dirección:   <u>Navel court</u>

<u>Riverside, CA 92503 US</u>

Telefone:   <u>7246245838</u>

Email:     <u>danilondo17@hotmail.com</u>

Patrocinador: <u>Cultural Care</u>

Datas de participação no programa au pair:

De:     <u>01/05/2015</u>               A:     <u>01/04/2017</u>

DocuSign Envelope ID: E7141407-FD65-40CE-A6CB-638F42E812D8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Daniela Martinez Suarez</u>

Signature:    Date:  <u>07/07/2017</u>

Address:  <u>300 Palm Avenue</u>
<u>Kentfield , CA 94904 US</u>

Phone:  <u>4155210983</u>

Email:  <u>danielamart05@hotmail.com</u>

Sponsor:  <u>Cultural care au pair</u>

Dates in Au Pair Program:

From:  <u>01/30/2017</u>    To:  <u>01/29/2018</u>

DocuSign Envelope ID: E58E790F-0B2C-4D67-87FF-73E18156EDAE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Daniela Medina

Signature:   [DocuSigned by signature: 3A6E46197B32401...]          Date:   07/06/2017

Address:     Rua Professor Viegas, 186

             Salvador, Bahia 40.301-075 BR

Phone:       5571991773594

Email:       dannimedinna@hotmail.com

Sponsor:     APC

Dates in Au Pair Program:

From:        02/02/2015                                        To:     05/20/2017

DocuSign Envelope ID: 6B16BD15-859E-4071-B7F6-CFB5E3A3027C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Daniela Osorio Velez

Signature:     *Daniela Osorio Velez*                    Date:     07/14/2017
              7FA154F80BBD41D...

Address:     150 crescent drive

             Rio Vista, CA 94571 US


Phone:     7073891931


Email:     daniosvel@hotmail.com


Sponsor:     Au Pair Care, Inc.


Dates in Au Pair Program:

From:     03/02/2015                    To:     03/24/2016

DocuSign Envelope ID: 20547366-E845-4A11-A071-8965421126DD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Daniela Salamanca</u>

Signature:          Date:     <u>07/06/2017</u>

Address:     <u>90 Stonelea Pl</u>

<u>New Rochelle, NY 10801 US</u>

Phone:     <u>9142752011</u>

Email:     <u>danielasalamancatrujillo19@gmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:     <u>05/23/2017</u>     To:     <u>05/22/2018</u>

DocuSign Envelope ID: 29C031F2-415C-488B-9C99-18566F805979

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   Daniela Salas Garcia

Signature:   [DocuSigned by signature: 24A39B7B38A64F0...]          Date:   07/06/2017

Address:   Av Arcos de Belén

Ciudad de Mexico, Mexico 6000 MX

Phone:   7771313408

Email:   dany_951910@hotmail.com

Sponsor:   Au pair care

Dates in Au Pair Program:

From:   05/04/2015          To:   05/04/2016

DocuSign Envelope ID: FE15E155-2F92-464B-B05D-9D7F8E7A68DF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Daniela Vargas guerrero

Signature:  *Daniela Vargas guerrero*          Date:   07/15/2017
            DocuSigned by:
            5CFFD147495D474...

Address:    171 W Everett Rd
            Lake Forest, IL 60045 US

Phone:      3109350229

Email:      dannyvargas.97@hotmail.com

Sponsor:    Au Pair Care, Inc.


Dates in Au Pair Program:

From:    07/25/2016          To:    07/25/2018

DocuSign Envelope ID: 6B8B45AA-09FE-4DA7-90F3-1A2E818CDFF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Danielle Carvalho Aires Mello

Signature:                                           Date:    07/06/2017

Address:     550 E 19th Ave Unit 2519

             Denver, CO 80203 US

Phone:       7736772555

Email:       mello.dca@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:    02/24/2014                          To:    07/15/2015

DocuSign Envelope ID: 41EED748-3A9F-4D14-9B03-5355D5ED6A68

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   Danielle Rodrigues Barbosa

Assinatura:   *Danielle Rodrigues Barbosa*
DocuSigned by:
E618837FD3F9426...
Fecha: 07/11/2017

Endereço:   5241 Lincoln Drive, Apt 217
Edina, MN 55436 US

Teléfono:   6128391992

Email:   dani_rodriguespsi@live.com

Patrocinador: Au par in America

Fechas de participación en el programa au pair:

De:        09/07/2014                    A:        09/09/2016

DocuSign Envelope ID: 99BCA8BE-0A8A-4112-B695-0615E8E96451

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Danna Orduz</u>

Signature:   DocuSigned by:  *Danna Orduz*   1F30BD291A074E2...        Date:   <u>07/06/2017</u>

Address:   <u>3000 Greenridge drive apt 812</u>
           <u>Houston, TX 77057 US</u>

Phone:    <u>8324192549</u>

Email:    <u>Dannaorduz@gmail.com</u>

Sponsor:   <u>Aupair care</u>


Dates in Au Pair Program:

From:     <u>08/24/2015</u>                    To:     <u>06/15/2017</u>

DocuSign Envelope ID: DD180F8B-1239-4DCF-9371-709E9966DCE2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Darly Daniela Diaz Ortega</u>

Signature:   DocuSigned by:
             [signature]
             64DD92FFF1E8475...                    Date:   <u>07/06/2017</u>

Address:   <u>33 west ontario apt 45E</u>
           <u>Chicago, IL 60654 US</u>

Phone:   <u>3122921669</u>

Email:   <u>Didi_diaz94@hotmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:   <u>08/31/2015</u>                    To:   <u>08/31/2017</u>

DocuSign Envelope ID: 8674F717-17AF-4882-AB9F-5BD7F8CE29EF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Dayane Barbosa

Signature:     DocuSigned by:

[signature]

1869F91C81EF403...          Date:     07/06/2017

Address:     1101 Dale Place #11

South Saint Paul, MN 55075 US

Phone:     6125123768

Email:     daya_rc@hotmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:

From:     12/07/2015          To:     12/07/2017

DocuSign Envelope ID: 617D8DD0-AA1E-4344-A986-B46638622789

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Debora Albarran

Signature:   [DocuSign signature: 0C095FC533FD40D...]        Date:   07/07/2017

Address:     121 Pentail Drive

             Lancaster, PA 17601 US

Phone:       7177994609

Email:       deborayvee@hotmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:

From:        08/10/2010        To:     08/10/2011

DocuSign Envelope ID: FA567587-CD71-42D6-ABFC-899273A9DA4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Debora Brewer

Signature:     [DocuSigned by signature]     Date:   07/06/2017
                4334C6BCCBE0499...

Address:   1703 Alguno Rd Unit A
           Austin, TX 78757 US

Phone:     5126966825

Email:     deboramioranzza@hotmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:
From:      01/12/2009              To:    07/03/2010

DocuSign Envelope ID: 7DE2F376-118E-4579-BD3F-114F82863037

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre: <u>Debora da Silva Oliveira</u>

Assinatura: *Debora da Silva Oliveira*
DocuSigned by:
84A4F36E58BC4D4...

Fecha: <u>07/15/2017</u>

Endereço: <u>8825 113th Place NE</u>
<u>Kirkland, WA 98033 US</u>

Teléfono: <u>2069153317</u>

Email: <u>debora.unb@gmail.com</u>

Patrocinador: <u>Au Pair Care, Inc.</u>

Fechas de participación en el programa au pair:

De: <u>12/08/2014</u>               A: <u>12/08/2016</u>

DocuSign Envelope ID: BF1B95D4-22C5-4456-8A09-74002CA4A8DA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Deborah Mayane Ascher

Signature:   *Deborah Mayane Ascher*
             DocuSigned by:
             8BEF5C5C3FF843F...                          Date:   07/07/2017

Address:    46907 Trumpet Circle
            Sterling, VA 20164 US

Phone:      7039869184

Email:      deborahascher@hotmail.com

Sponsor:    AuPairCare Inc

Dates in Au Pair Program:

From:       12/05/2011                              To:     12/04/2013

DocuSign Envelope ID: 5FE2AFCE-D1BB-4520-893B-9798D85921B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Deiby A Pachon Bueno

Signature:  *Deiby A Pachon Bueno*          Date:  07/06/2017
            DocuSigned by:
            45760742CD1E4A2...

Address:    Calle 138 # 11b - 16, Edificio Capri, Apt 201

            Bogotá, Cundinamarca CO 110121 CO


Phone:      573192080467


Email:      dapachonb@hotmail.com


Sponsor:    Cultural Care


Dates in Au Pair Program:

From:       07/16/2012                      To:    07/16/2013

DocuSign Envelope ID: 4B4E7EEC-914C-4E9D-A682-D19BA3787B67

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:          Denise Hoffmann

Signature:     [DocuSigned signature: D. Hoffmann, AF6F44D72335433...]          Date:     07/07/2017

Address:       Strombergstr. 23

Pfaffenhofen, BW 74397 DE

Phone:         491724453354

Email:         denise_hoffmann26@yahoo.com

Sponsor:       cultural care au pair

Dates in Au Pair Program:

From:          06/13/2011          To:     12/23/2012

DocuSign Envelope ID: 91DC1795-18CC-4C6C-A8EA-A0D866F635A7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Denisse Andrade Pinto

Signature: _DocuSigned by:_ _[signature]_
BF1F75A9B3C04C7...

Date:   07/06/2017

Address:   G10 riverview drive

South River , New Jersey NJ 8882 US

Phone:    7328395512

Email:    andradepintodenisse@gmail.com

Sponsor:   Cultural care au pair

Dates in Au Pair Program:

From:   02/23/2015

To:   02/22/2017

DocuSign Envelope ID: 2F5E9BFB-2009-4108-8D36-A82C143EBC6F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Désirée Santillán Molina</u>

Firma:     *Désirée Santillán Molina*          Data:   <u>07/10/2017</u>
           D3486A73D457458...

Dirección:   <u>Minerales #63</u>
             <u>Pachuca, Hidalgo WY 42080 MX</u>

Telefone:   <u>44771175234</u>

Email:      <u>desirasm7@hotmail.com</u>

Patrocinador:<u>Au pair care</u>

Datas de participação no programa au pair:

De:      <u>04/18/2017</u>                    A:    <u>07/14/2017</u>

DocuSign Envelope ID: C0BA784A-77B4-4F85-B675-AADC13D9B69C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Diana Becerra

Signature:                                        Date:    07/06/2017

Address:    16221 Stephan Valley dr

Eagle River, AK 99577 US

Phone:     9079035490

Email:     dcaro1212@gmail.com

Sponsor:    Go au pair

Dates in Au Pair Program:

From:     11/09/2015                    To:     11/09/2017

DocuSign Envelope ID: 963A36E1-82FF-4DA1-AFE5-3FABEB1229CE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:       <u>Diana Camila Herrera</u>

Firma:      *Diana Camila Herrera*          Data:     <u>07/09/2017</u>
            BC1911633F6D46B...

Dirección:  <u>carrera 71d 12c 60 torre 3 apto 804</u>
            <u>bogota, FL 110831 CO</u>

Telefone:   <u>5716964056</u>

Email:      <u>dcamila.herrerap@gmail.com</u>

Patrocinador:<u>aupaircare</u>

Datas de participação no programa au pair:

De:      <u>07/11/2016</u>                    A:      <u>04/11/2018</u>

DocuSign Envelope ID: 8BB247B4-5225-4EA3-9352-34A074D2A961

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Diana Carolina Gonzalez Gamboa</u>

Signature: DocuSigned by: [signature] 340631B211004BC...   Date: <u>07/06/2017</u>

Address: <u>Calle 3 No. 2-62</u>
<u>Sopo, Cundinamarca CA 251001 CO</u>

Phone: <u>14439286940</u>

Email: <u>carito901@hotmail.com</u>

Sponsor: <u>Interexchange Inc.</u>

Dates in Au Pair Program:
From: <u>07/20/2015</u>   To: <u>01/20/2017</u>

DocuSign Envelope ID: FEBCB973-80A0-47F9-B938-85F8C110F2F9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Diana Carolina Montero Hernández</u>

Signature:  *Diana Carolina Montero Hernández*
DocuSigned by:
3DF8D7638CF0482...

Date:  <u>07/06/2017</u>

Address:  <u>806 Rhode Island street</u>
<u>San Francisco , CA 94107 US</u>

Phone:  <u>6178933476</u>

Email:  <u>dcaritomon@gmail.com</u>

Sponsor:  <u>Au Pair Care</u>

Dates in Au Pair Program:

From:  <u>08/24/2015</u>          To:  <u>08/24/2017</u>

DocuSign Envelope ID: 4B16BBCD-1EF0-405C-9A87-E7E46521EBFA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Diana Carolina Ulloa Gomez</u>

Signature: *Carolina Ulloa*      Date: <u>07/06/2017</u>

Address: <u>132 d #95-51</u>

<u>Bogotá , 111111 CO</u>

Phone: <u>3142298735</u>

Email: <u>Kharolina15@gmail.com</u>

Sponsor: <u>Cultural care au pair</u>

Dates in Au Pair Program:

From: <u>08/14/2016</u>      To: <u>08/14/2017</u>

DocuSign Envelope ID: 98618282-0C33-440B-A737-691E9EA5388C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Diana Catalina Guerra Haro</u>

Signature: _DocuSigned by:_ Diana Guerra   6B37713F6BC3471...    Date: <u>07/07/2017</u>

Address: <u>Barra de Navidad 3616</u>

<u>Monterrey , Nuevo León  64790 MX</u>

Phone: <u>8183571855</u>

Email: <u>Dcguerra@benavides.com.mx</u>

Sponsor: <u>Aupair care</u>

Dates in Au Pair Program:

From: <u>08/06/2009</u>       To: <u>08/01/2010</u>

DocuSign Envelope ID: 30E69E9E-6183-4411-A80C-69E75B15084D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>DIANA ESTEFANIA CASTILLO LOEZA</u>

Firma:     <u>DIANA ESTEFANIA CASTILLO LOEZA</u>      Data: <u>07/12/2017</u>
           DocuSigned by:
           7A2D8AB5F9C34C2...

Dirección: <u>CALLE 67A X 122 Y 128, YUCALPETÉN</u>

           <u>Mérida, YUCATÁN PA 97238 MX</u>

Telefone:  <u>529992492743</u>

Email:     <u>castillo.dianae@gmail.com</u>

Patrocinador: <u>Cultural care Au Pair</u>

Datas de participação no programa au pair:

De:        <u>08/22/2011</u>                    A:     <u>05/29/2012</u>

DocuSign Envelope ID: C18C4F9C-7A1B-4FBC-B6B8-55E5548E1EA7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:        <u>Diana Fuentes</u>

Signature:   DocuSigned by:           Date:   <u>07/06/2017</u>
             *Diana Fuentes*
             7870645D5EBA495...

Address:     <u>1242 Garner Ave</u>
             <u>Schenectady, NY 12309 US</u>

Phone:       <u>5189867754</u>

Email:       <u>dianaf3@hotmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:        <u>07/19/2010</u>          To:     <u>07/19/2012</u>

DocuSign Envelope ID: A11CBD11-8617-4B4E-B490-8AC7F81A05D3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Diana Rodriguez Sanchez

Signature:   *Diana Rodriguez Sanchez*            Date:   07/07/2017
         3F8F79CABDB6472...

Address:    Cll 32 # 12 L 47 sur

         Bogota, Cundinamarca 11001000 CO

Phone:     3142468246

Email:     dicerosanchez@hotmail.com

Sponsor:    Go Au pair

Dates in Au Pair Program:

From:     08/18/2014               To:    08/18/2015

DocuSign Envelope ID: BC6273A3-BD9A-4790-9102-85D123999915

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  __Diana Veronica Mancia Vides__

Signature:  *[signature: DocuSigned by: 351715EBC2B2440...]*          Date:  __07/15/2017__

Address:  __4702 Nathan Hale dr appt 103__
__Annandale , VA 22003 US__

Phone:  __7037897874__

Email:  __Dianaveronicamancia@gmail.com__

Sponsor:  __Au Pair Care, Inc.__

Dates in Au Pair Program:

From:  __08/17/2015__          To:  __05/17/2017__

DocuSign Envelope ID: EC2D9C21-F283-4DFD-9963-74CEFACC0C2A

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Diego Geovan dos Reis</u>

Assinatura:   *Diego Geovan dos Reis*
DocuSigned by:
86D3F336AB4144D...

Fecha: <u>07/12/2017</u>

Endereço:   <u>Travessa Avenida Ponta Grossa, 27</u>
<u>Irati, Paraná 84500000 BR</u>

Teléfono:   <u>5142991162707</u>

Email:   <u>diego.gdosreis@gmail.com</u>

Patrocinador: <u>Go Au Pair</u>

Fechas de participación en el programa au pair:

De:   <u>05/20/2013</u>          A:   <u>06/17/2014</u>

DocuSign Envelope ID: 78DFC61E-3E22-41FC-AD3A-F535DDAF492D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>Dieula Lumertine</u>

Signature:   DocuSigned by:

<u>[signature]</u>

32DCF85F69AB473...                     Date:   <u>07/08/2017</u>

Address:   <u>518 Avenue I</u>

<u>Riviera Beach, FL 33404 US</u>

Phone:    <u>5615367902</u>

Email:    <u>Kriss2225@gmail.com</u>

Sponsor:   <u>Au pair in America</u>

Dates in Au Pair Program:

From:    <u>08/24/2009</u>                     To:    <u>08/27/2010</u>

DocuSign Envelope ID: 77A7434A-5449-42ED-BA74-9840908BDD0B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:          Doris Ortiz

Signature:               Date:    07/06/2017

Address:       Ernesto Alban

               Quito, Pichincha 170103 EC

Phone:         593999979008

Email:         danielaortizb@outlook.com

Sponsor:       Interexchange

Dates in Au Pair Program:

From:          10/05/2015                     To:      10/05/2016

DocuSign Envelope ID: 6726EC46-D3EE-41A6-8F3A-B49AEE8D571B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Drindi Delgado Fallas

Signature:  _[DocuSign signature: B50B870C576641C...]_     Date:  07/07/2017

Address:  603 Catesby CT SW
Leesburg, VA 20175 US

Phone:  703-298-6271

Email:  dmdelgadof@gmail.com

Sponsor:  Au pair in America

Dates in Au Pair Program:
From:  07/07/2015     To:  07/07/2017

DocuSign Envelope ID: E32D038D-4CC6-4A2F-A364-8B5E58020180

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Dulce Anahi Peña Araujo</u>

Signature:   *Dulce Anahi Peña Araujo*          Date:   <u>07/06/2017</u>
             C67EF50073B8468...

Address:   <u>Av. Benito Juarez, N. 365, Col. Bienestar Social</u>

           <u>Tuxtla Gutiérrez, Chiapas TN 29077 MX</u>

Phone:     <u>5219612637665</u>

Email:     <u>dulceeanii@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>09/12/2016</u>                    To:   <u>09/12/2017</u>

DocuSign Envelope ID: 51C6CE87-CCE3-4FEB-8CB7-DABE294D5DDC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Dulce María Hernández

Signature:                                              Date:    07/12/2017
            DocuSigned by:
            A895DB5DD15A499...

Address:     San Antonio 2702

             Ciudad Obregón , Sonora 85134 MX


Phone:       6681501065


Email:       Dulcemaria_hv@hotmail.com


Sponsor:     Cultural Care Au Pair


Dates in Au Pair Program:

From:        10/10/2010                    To:      10/10/2011

DocuSign Envelope ID: A3C1FA14-F2EE-4468-A8AB-4ABF4520E708

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:       <u>Dulce Michelle Torres Méndez</u>

Firma:      DocuSigned by:                          Data:   <u>07/18/2017</u>
            0C31D765C94E446...

Dirección:  <u>Unidad Morelos Edif. 39 Depto. 120</u>

            <u>Cuernavaca, Morelos 62389 MX</u>

Telefone:   <u>17773490752</u>

Email:      <u>micht1306@hotmail.com</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:

De:         <u>02/07/2011</u>                        A:      <u>02/07/2012</u>

DocuSign Envelope ID: 977B4E14-D451-4B98-B6BA-E90EDA52FC2D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  **Edelmira Cano Hernandez**

Signature:  _DocuSigned by:_  _Edtb_  202C6778F4E3498...

Date:  07/06/2017

Address:  946 79th street

Brooklyn , NY 11228 US

Phone:  3479347753

Email:  Mili.cano.hdz@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/04/2016

To:  01/04/2018

DocuSign Envelope ID: 9EB1746D-F643-493C-946F-38E8BC8D29BE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Edgar David Gaitan Lesmes

Signature:                                                    Date:    07/06/2017

DocuSigned by:
D35E21B73A054CE...

Address:    3808, Tawny Birch Ct

Decatur, GA 30034 US

Phone:      4047406518

Email:      david.lesmes180@gmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:      07/23/2012                                    To:      11/26/2013

DocuSign Envelope ID: F7FC9345-B3B3-4767-A533-F75D5FCA2198

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Edlin Isabel Quiñonez Gallardo

Signature:   DocuSigned by:   [signature]   C252C46A2047459...     Date:   07/07/2017

Address:    Ramon f iturbe #614

Mazatlan, OR 82128 MX

Phone:    6691415861

Email:    edlin_isa@hotmail.com

Sponsor:    Cultural care Aupair

Dates in Au Pair Program:

From:    01/05/2011     To:    02/06/2012

DocuSign Envelope ID: C975C1F4-63D6-4D56-BFEB-C3BCBFC0FA39

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Eduarda Christina Verrino Guimarães</u>

Signature:        Date:   <u>07/06/2017</u>

Address:   <u>390 Stovall St SE</u>
<u>Atlanta, GA 30316 US</u>

Phone:   <u>5129034798</u>

Email:   <u>Dudaverrino@gmail.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:   <u>07/22/2013</u>     To:   <u>07/21/2015</u>

DocuSign Envelope ID: 4D36C1BD-8AC3-4568-A49F-2F198D960725

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Eduardo Michael Reyes Cuevas</u>

Signature:    *Eduardo Michael Reyes Cuevas*       Date:   <u>07/06/2017</u>

39D1A953E648483...

Address:    <u>Río Palena 528</u>

             <u>Juan Pablo II, Antofagasta 1240000 CL</u>

Phone:    <u>56983339321</u>

Email:    <u>edureyes.c@gmail.com</u>

Sponsor:    <u>EF Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:    <u>10/10/2008</u>           To:    <u>06/30/2010</u>

DocuSign Envelope ID: C8B8EBB1-3FCE-46E7-83D6-7B06CFC86A40

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Eladia R Bayonito

Signature:     DocuSigned by:

　　　　　　　DC61DFD6A3BD404...          Date:     07/09/2017

Address:     1285 Trinity Ave

　　　　　　　Seaside , CA 93955 US

Phone:     8313926409

Email:     Rodriguez_eladia@hotmail.com

Sponsor:     Aúpair care

Dates in Au Pair Program:

From:     08/19/2011          To:     08/19/2013

DocuSign Envelope ID: 66407436-89C0-4B9F-B7B2-30B51B799ADE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Elaine Merces de Oliveira

Signature:         Date:   07/13/2017

Address:   2526 42nd street apt 2b

Astoria , NY 11103 US

Phone:     6462692080

Email:     Merceselaine@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:      05/09/2011            To:   10/19/2012

DocuSign Envelope ID: CED522C5-A5CB-494E-B978-7BF01D3ADB61

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Eliana Torquato

Signature: _DocuSigned by:_
_0E211B7274E6402..._                    Date:    07/06/2017

Address:  202 Skyhill rd apt 3
          Alexandria , VA 22314 US

Phone:    2025805383

Email:    eliana_torquato@yahoo.com.be

Sponsor:  Au Pair Care

Dates in Au Pair Program:
From:     01/05/2015                    To:     03/30/2015

DocuSign Envelope ID: 46D63A85-B892-4C17-9628-171A3CA77373

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  __Eliane luiza De Moraes__

Signature:  _[signature]_  326D1EBD6C7E409...      Date:  __07/06/2017__

Address:  __5027 4th street NW__

__Washington , DC 20011 US__

Phone:  __5715895463__

Email:  __elianeluizamoraes@hotmail.com__

Sponsor:  __Aupair Care__

Dates in Au Pair Program:

From:  __01/06/2014__                    To:  __01/06/2016__

DocuSign Envelope ID: 01F264CF-7454-41D1-B16F-A48FCD718C3E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Elis Cernausan Borges

Signature:  *[DocuSigned by: signature]*          Date:   07/07/2017
            80EC6020F9064E0...

Address:    Rua Campinas 85

            São José dos campos , São Paulo VA 12240620 BR

Phone:      ??+55 (12) 99147-7747??

Email:      eliscborges@gmail.com

Sponsor:    Aupair care

Dates in Au Pair Program:

From:       12/07/2015                              To:     05/06/2016

DocuSign Envelope ID: 2797AD25-C51B-4B34-BD91-F8E551FDEF87

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:          Elis Ulecka

Signature:     _DocuSigned by:_          Date:     07/07/2017
               Elis Ulecka
               1B7BB3C95E2E446...

Address:       45158 Cedar St
               Concrete, WA 98237 US

Phone:         17328874545

Email:         liscamelo@gmail.com

Sponsor:       Au Pair in America

Dates in Au Pair Program:

From:          05/20/2012          To:     11/20/2013

DocuSign Envelope ID: 0DADAF89-7255-43B0-89E9-AE95FFC536A1

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:  <u>ELisa Malfatti Favero</u>

Assinatura:

DocuSign by:

*Elisa M. Favero*

67A190D950DF46F...

Fecha: <u>07/10/2017</u>

Endereço:  <u>7555 E De LA O RD</u>

<u>Scottsdale, AZ 85255 US</u>

Teléfono:  <u>4807818435</u>

Email:  <u>elisafavero5@gmail.com</u>

Patrocinador: <u>Au Pair Care</u>

Fechas de participación en el programa au pair:

De:  <u>07/25/2016</u>

A:  <u>07/24/2018</u>

DocuSign Envelope ID: 388EF980-0DF0-4845-BACC-B4D8F1923EF1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     Elisa S Ortiz-Monteza

Firma:     [signature]     Data:     07/17/2017
          E74BF12B529B499...

Dirección:     Rouad y Paz Soldan 120, San Isidro.
               Lima , Lima NY 27 PE

Telefone:     51931095402

Email:     elhirtiont@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:
De:          08/11/2014          A:     05/01/2016

DocuSign Envelope ID: 0430248D-E6DC-4002-B71B-0A32FC140FBF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Elizabeth Antea G.Alcocer</u>

Signature:  DocuSigned by:  *[signature]*  297C2519F7A54E2...

Date:  <u>07/06/2017</u>

Address:  <u>Puebla</u>

<u>Puebla, Puebla NM 72590 MX</u>

Phone:  <u>2223987297</u>

Email:  <u>anteita.333@gmail.com</u>

Sponsor:  <u>Go au pair</u>

Dates in Au Pair Program:

From:  <u>01/01/2015</u>

To:  <u>06/01/2015</u>

DocuSign Envelope ID: 89217E7D-1ADD-4D5E-9334-2EBA3F8A3EE5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:    <u>Elizabeth Veronica De la Cruz Juarez</u>

Signature:    [DocuSigned by: 3A19C786E67D4A3...]    Date:    <u>07/06/2017</u>

Address:    <u>Av Héctor Caballero #351 Colonia Héctor Caballero</u>

<u>Benito Juarez, Nuevo Leon AL 67275 MX</u>

Phone:    <u>5218115191384</u>

Email:    <u>elizabethdelacruz@live.com.mx</u>

Sponsor:    <u>Au Pair in América</u>

Dates in Au Pair Program:

From:    <u>07/20/2015</u>    To:    <u>07/04/2017</u>

DocuSign Envelope ID: 71B37FDF-A229-407F-A261-D801B380E5BB

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      <u>Ellen Martins</u>

Signature:  *Ellen Martins*            Date:   <u>07/05/2017</u>
             346E65E8BA0E4EE...

Address:   <u>Dr Mario Sampaio Martins</u>

           <u>São José dos Campos, São Paulo MD 12245-100 BR</u>

Phone:     <u>5512981170226</u>

Email:     <u>ellenn_andrade@live.com</u>

Sponsor:   <u>Au pair in America</u>

Dates in Au Pair Program:

From:   <u>04/19/2015</u>                    To:   <u>09/26/2016</u>

DocuSign Envelope ID: 32B6A024-B570-48FA-A2C8-E8A01ECC98D4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  _Elsa Choque Choquehuanca_

Signature:  [DocuSigned by signature: 4746870A1A8D4BA...]        Date:  _07/06/2017_

Address:  _623 alderson avenue_

_Coquitlam, BC V3K1T6 CA_

Phone:  _2369940974_

Email:  _v.choqueap@hotmail.com_

Sponsor:  _Aupair in America_

Dates in Au Pair Program:

From:  _09/09/2009_        To:  _06/20/2010_