# Exhibit B, Part 2

DocuSign Envelope ID: A64FFCB8-A653-4C7C-91E7-F036D0B7CCD6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Elvia Xochitl Rivera Gutierrez</u>

Signature:   *DocuSigned by:*
          *[signature]*
          E60BC017D431456...                    Date:   <u>07/06/2017</u>

Address:   <u>La Morena 97</u>
          <u>Zapopan, Jalisco 45010 MX</u>

Phone:    <u>3318105611</u>

Email:    <u>elviargtz@hotmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>07/20/2015</u>                    To:   <u>07/23/2016</u>

DocuSign Envelope ID: BCC2CB5E-26D2-4483-AF5B-459B2D9F4F17

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:          <u>Emanuelle Carine Lima Diniz</u>

Signature:     DocuSigned by:

               <u>Emanuelle Diniz</u>          Date:   <u>07/06/2017</u>

               C271605F63B04C6...

Address:       <u>Sylvio Guizão, 227 - Jardim Sandra Maria</u>

               <u>Taubaté, São Paulo 12081-210 BR</u>


Phone:         <u>12991398112</u>


Email:         <u>carineld@hotmail.com</u>


Sponsor:       <u>AuPairCare</u>


Dates in Au Pair Program:

From:          <u>01/04/2016</u>                    To:      <u>11/07/2016</u>

DocuSign Envelope ID: 300BD498-CAB6-43A6-B3CE-25B87F31825B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Emir Meyer

Signature:   *Emir Meyer*                              Date:   07/08/2017
             DocuSigned by:
             C7D7C2781D404D0...

Address:     Lübbecker Str. 116

             Hille, NRW 32479 DE


Phone:       4917623602461


Email:       emirmeyer@web.de


Sponsor:     Cultural Care


Dates in Au Pair Program:

From:        07/07/2013                                To:     03/16/2014

DocuSign Envelope ID: 9E52C04B-EA3D-40A2-87E3-F05633BD01AD

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:  <u>Erica Bernardo Padilla</u>

Signature:  <u>DocuSigned by:</u>        Date:  <u>07/07/2017</u>
            B7003B190C914B9...

Address:  <u>4931 ridgemoor circle</u>

<u>Tampa, FL 34685 US</u>

Phone:  <u>7276577136</u>

Email:  <u>Kika_padilla@hotmail.com</u>

Sponsor:  <u>AuPair in America</u>

Dates in Au Pair Program:

From:  <u>04/15/2014</u>        To:  <u>04/15/2014</u>

DocuSign Envelope ID: D9E94B51-A899-4206-8994-9834E1D3FC2C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Erica Formaio Ramos

Signature:  _Erica Ramos_          Date:   07/06/2017
            DocuSigned by:
            8DDD0B4FAB344D7...

Address:   49 Derby Lane

           Tyngsboro , MA 1879 US


Phone:     4123986955


Email:     erica.formao@hotmail.com


Sponsor:   Au Pair in America


Dates in Au Pair Program:

From:      05/01/2017          To:    05/01/2018

DocuSign Envelope ID: 27BCF789-429D-440F-BE11-02BE0B4F0B3D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Ericka Paulina Chávez Flores

Signature: _DocuSigned by:_
           2661224FC21540F...                                    Date:  07/06/2017

Address:  Universidad de México

          Chihuahua , Chihuahua  31125 MX

Phone:  6141987803

Email:  pauchavezfloress@gmail.com

Sponsor:  Cultural Care

Dates in Au Pair Program:

From:  09/19/2016                           To:  09/20/2017

DocuSign Envelope ID: 43C0CBCE-B957-4DE6-BCD0-CC0BF32B40ED

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Erika A. López

Signature:     [signature]     Date:     07/06/2017

Address:     5554 Ann Peake Dr.
             Fairfax , VA 22032 US

Phone:     5712089349

Email:     alexandralopezsola@gmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:
From:     08/19/2013     To:     08/19/2015

DocuSign Envelope ID: DCA6353D-B09B-4B39-846B-B09F16690346

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      <u>Erika Herrera</u>

Signature:    <u>CRISTI Herrera</u>      Date:   <u>07/06/2017</u>
              60E0D6286CF6457...

Address:   <u>3945 Lancaster ln n apt 101</u>

           <u>Plymouth, MN 55441 US</u>

Phone:     <u>6124120018</u>

Email:     <u>erika_herrera22@yahoo.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:      <u>08/20/2010</u>                To:    <u>08/20/2012</u>

DocuSign Envelope ID: 2AA41EF4-ADD1-491E-A57B-4823DF5D5D08

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Erika Marlen Gonzalez Tovar

Signature:   *[signature]*    Date:   07/06/2017
            0C280DED2E094B7...

Address:   Carrera 28bis #12-60, Barrio Ricaurte

           Bogota, Bogota 111411 CO

Phone:   573184367110

Email:   erika_margo@yahoo.com

Sponsor:   Cultural Care

Dates in Au Pair Program:

From:   03/10/2014    To:   03/10/2016

DocuSign Envelope ID: FF2F468A-6359-4BE1-B66F-AB93F6D7FA1C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Erika Rodríguez</u>

Signature:    *Erika Rodríguez*
ED333D28001A428...

Date:   <u>07/06/2017</u>

Address:   <u>2018 draycutt dr</u>
           <u>Katy, TX 77494 US</u>

Phone:   <u>2819791572</u>

Email:   <u>Frikarodriguez22@gmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>07/11/2016</u>          To:   <u>07/11/2018</u>

DocuSign Envelope ID: 0763EC4B-9DC9-447B-8535-D3FC4FCEB363

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Esmeralda Trujillo Origel</u>

Signature:    *DocuSigned by:* [signature] E3861034CC8B4AC...        Date:  <u>07/07/2017</u>

Address:    <u>Fidel Velazquez 2231</u>

               <u>Guadalajara, Jalisco 44210 MX</u>

Phone:    <u>3312545673</u>

Email:    <u>esmeraldaorigel@hotmail.com</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:    <u>08/03/2015</u>        To:  <u>08/08/2016</u>

DocuSign Envelope ID: D8644E55-355E-405B-AC0F-8F26BE0C3D6A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Estefanía Arenas González</u>

Signature:  *Estefanía Arenas González*          Date:   <u>07/06/2017</u>
FF45B2C0187B429...

Address:   <u>Carrera 29 # 22-21 El gallineral.</u>
           <u>Girón, Santander 57 CO</u>

Phone:     <u>573023131970</u>

Email:     <u>arenasestefania8@gmail.com</u>

Sponsor:   <u>Go Au Pair</u>

Dates in Au Pair Program:

From:   <u>10/08/2015</u>                  To:    <u>09/21/2016</u>

DocuSign Envelope ID: CD47CFDF-B452-4B6A-9DAD-FC470FD54C6F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Estefânia Costa Vieira</u>

Signature: <u>[DocuSigned by: signature 65CA43C5AC81486...]</u>    Date: <u>07/05/2017</u>

Address: <u>Rússia 296</u>
<u>Itapeva , São Paulo  18406-360 BR</u>

Phone: <u>15-996595338</u>

Email: <u>estecv@hotmail.com</u>

Sponsor: <u>Cultural care</u>

Dates in Au Pair Program:

From: <u>03/15/2009</u>    To: <u>03/15/2011</u>

DocuSign Envelope ID: 03B2FC50-0988-4A75-A3B8-B19BC7051E72

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      <u>Esther Cabañero Moreno</u>

Signature:    *Esther Cabañero Moreno*         Date:   <u>07/11/2017</u>

            DocuSigned by:
            2F9E128BDE1E4BE...

Address:    <u>Perez Galdos, 6</u>

            <u>Madrigueras, Albacete 2230 ES</u>

Phone:     <u>34654292977</u>

Email:      <u>esthercm1993@gmail.com</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:      <u>10/05/2015</u>            To:    <u>10/05/2017</u>

DocuSign Envelope ID: 5A6A9A37-A4B1-434A-8964-9A9FF19498BA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Esther Howard

Signature:    *Esther Howard*    Date:    07/10/2017
FE25C71D8C2B4DF...

Address:    1140 D St Apt 306

Hayward, CA 94541 US

Phone:    9253537360

Email:    howardesther13@gmail.com

Sponsor:    AuPair Care

Dates in Au Pair Program:

From:    01/10/2011    To:    01/10/2013

DocuSign Envelope ID: 9E17F027-854E-47D7-B9EE-AA40DB06C104

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Evelyn Soycher

Signature:    _Evelyn Sugn_    Date:    07/08/2017
DocuSigned by:
09C42A5C46024D8...

Address:    515 West 52nd St apt 22B

New York , NY 10019 US


Phone:    3475711025


Email:    Evel28_90@hotmail.com


Sponsor:    Cultural Care Au Pair


Dates in Au Pair Program:

From:    12/10/2012    To:    06/20/2014

DocuSign Envelope ID: B24F4563-1112-4FCF-AD66-425967059C1A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Fabiana Shigeeda Fraceto

Signature:    *Fabiana Shigeeda Fraceto*      Date:   07/06/2017
DocuSigned by:
6BD0B5373B3741D...

Address:    54 north st

madison, NJ 7940 US

Phone:    7325002733

Email:    fabianafraceto@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    02/10/2014      To:   08/10/2015

DocuSign Envelope ID: 8BF2AD5E-7BC4-46A4-B72D-558ACEF92B10

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Fabiola Torres Martinez

Signature:                                    Date:    07/06/2017

Address:    113 Tudor oval

            Westfield, NJ 7090 US


Phone:      7327788740


Email:      Faba3003@hotmail.com


Sponsor:    Cultural Care


Dates in Au Pair Program:

From:    07/15/2013                    To:    07/14/2015

DocuSign Envelope ID: 5D0CC29A-4F6D-42CC-8D26-9507DDA843E1

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      fabricia nemetala gonçalves

Signature:  *fabricia nemetala gonçalves*          Date:   07/06/2017
           DocuSigned by:
           D921E34391AC41E...

Address:   valdemar raimundo da silva, 85

           são josé dos campos, são paulo paulo MD 12242222 BR

Phone:     12997102060

Email:     fazinha2003@yahoo.com.br

Sponsor:   AU PAIR IN AMERICA

Dates in Au Pair Program:

From:   07/07/2009              To:   07/13/2011

DocuSign Envelope ID: DAEE587E-432D-40D0-83B3-D61EB31F3E65

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: __Fanya roman__

Firma: _DocuSigned by:_
5D8AC46C4D884D5...

Data: __07/18/2017__

Dirección: __Privada los pinos 1765__
__Los mochis, Sinaloa 81264 MX__

Telefone: __6681729825__

Email: __Fanyagabrielle@gmail.com__

Patrocinador: __Cultural Care Au Pair__

Datas de participação no programa au pair:

De: __01/22/2011__          A: __02/11/2013__

DocuSign Envelope ID: 1E463D80-E1EF-456C-97F5-D034DAC4FEDD

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Fernanda Balieiro

Signature:   [signature]   Date:   07/05/2017

Address:   207 Camino sobrante
Orinda, CA 94563 US

Phone:   6504764389

Email:   Febalieiro@live.com

Sponsor:   APC

Dates in Au Pair Program:

From:   08/16/2015     To:   12/27/2016

DocuSign Envelope ID: D7EEBE99-399B-4D1D-8810-A399F12482D6

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     <u>Fernanda Barbosa Novaes</u>

Assinatura:     <u>DocuSigned by:</u>
<u>B Novaes</u>
AAB33780CBAD433...          Fecha: <u>07/09/2017</u>

Endereço:     <u>Rua Doutor Augusto Lopes Pontes. N 170</u>
<u>Salvador, Bahia  FL 41760035 BR</u>

Teléfono:     <u>71988129037</u>

Email:     <u>Novaes.fernandaa@gmail.com</u>

Patrocinador: <u>Au Pair Care</u>

Fechas de participación en el programa au pair:

De:          <u>04/03/2017</u>                    A:     <u>04/01/2018</u>

DocuSign Envelope ID: 301A6A21-CC36-4928-AF77-E64E1064EE9F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>FERNANDA BRIANEZI DE ALMEIDA</u>

Assinatura:   *FERNANDA BRIANEZI DE ALMEIDA*
DocuSigned by:
2B0271CFC11A4B6...

Fecha: <u>07/08/2017</u>

Endereço:   <u>5801 Vargas Ct</u>
<u>San Jose, CA 95120 US</u>

Teléfono:   <u>4083355242</u>

Email:   <u>FEZINHABRIANEZI@HOTMAIL.COM</u>

Patrocinador: <u>Au Paircare</u>

Fechas de participación en el programa au pair:

De:      <u>11/07/2010</u>                         A:      <u>11/07/2011</u>

DocuSign Envelope ID: 175E58BD-9EC3-44EC-9287-DD7F01EE1ABC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Fernanda Ferreira

Signature:          Date:     07/17/2017

Address:     84 diaz street - 1L

Stamford , CT 6902 US

Phone:     2039798993

Email:     ninhacris@hotmail.com

Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:     11/17/2008     To:     01/31/2010

DocuSign Envelope ID: B365A96F-AA04-4201-81CC-2C37C9D1E622

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Fernanda Godoy Eccel

Signature:   _Fernanda Godoy Eccel_          Date:   07/06/2017

Address:    Gotha Allee, 24

Berlin, Berlin 10457 DE

Phone:      15229573790

Email:      fernanda.godoy.eccel@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:   08/25/2008          To:   12/28/2009

DocuSign Envelope ID: 3F8529CF-617F-4D60-8694-459D6F1FF536

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Fernanda Inacio Maldonado

Signature:             Date:    07/17/2017

Address:     1829 Lemoyne Street
             Los Angeles , CA 90026 US

Phone:       3233542908

Email:       fmaldonado.inacio@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:        06/08/2015                     To:      06/07/2017

DocuSign Envelope ID: 974B9A42-E06D-4ACC-89A5-DC2D6E6B9630

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Fernanda Madalena Silva Araujo

Signature:  *Fernanda Madalena Silva Araujo*
DocuSigned by:
1281CE0EF8F94FA...
Date:  07/16/2017

Address:  4104 54th Street

Bladensburg, MD 20710 US

Phone:  2028028724

Email:  fm.araujo11@yahoo.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  04/06/2008          To:  04/06/2010

DocuSign Envelope ID: E5B48AF6-3928-4296-A38C-81A1653DF78E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Fernanda Reynaud

Signature:                                              Date:   07/07/2017

Address:   Calle 2 #404 A

Tampico , Tamaulipas  KY 89440 MX

Phone:   5218333430991

Email:   fer_reynaaud@hotmail.com

Sponsor:   Au pair Care

Dates in Au Pair Program:

From:   08/08/2012                          To:   08/08/2013

DocuSign Envelope ID: 483D6083-016D-495D-9C13-06EF19B41B4A

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:  Fernanda Silva Souto

Assinatura:  *Fernanda Silva Souto*
49FFAF5522754D0...

Fecha: 07/10/2017

Endereço:  15557 Edgewood Circle
Plymouth, MI 48170 US

Teléfono:  2484696856

Email:  nandabsb4@hotmail.com

Patrocinador: Au Pair in America

Fechas de participación en el programa au pair:
De:  10/24/2011     A:  04/19/2013

DocuSign Envelope ID: A91D83FC-650C-41E7-9C40-670CB9A5B71A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Fernando piña

Signature:   _DocuSigned by:_
             Fernando Pina
             6B5F6F8D7A1B42C...                          Date:    07/06/2017

Address:     104-95 Dyrgas gate

             Canmore , Ab T1w0a9 CA


Phone:       4036882411


Email:       The_fher@hotmail.com


Sponsor:     Cultural care au pair


Dates in Au Pair Program:

From:        06/20/2010                                  To:      06/20/2012

DocuSign Envelope ID: CD07F327-8915-4757-8FE7-FB390A070B2B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Fidalma Chahine Martins da Silva

Signature:   *Fidalma Chahine Martins da Silva*          Date:   07/18/2017
             DocuSigned by:
             89549034C45D495...

Address:   Rua Sepetiba 266 casa B

           São Paulo, SP SC 5052000 BR


Phone:     5511944750777


Email:     fi_chahine@hotmail.com


Sponsor:   Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:      12/11/2008                    To:     08/15/2009

DocuSign Envelope ID: 416E8394-C5D1-4E7D-A2C1-069BB3F16DDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  PARODES, FRANCINE

Signature:  *PARODES, FRANCINE*
DocuSigned by:
6138284B373E47F...                    Date:  07/10/2017

Address:  GENERAL OSORIO, 554 - APT 104

SAPIRANGA, RIO GRANDE DO SUL 93800152 BR


Phone:  555135992996


Email:  francineparodes@gmail.com


Sponsor:  InterExchange


Dates in Au Pair Program:

From:  09/07/2008                    To:  04/05/2010

DocuSign Envelope ID: AE6D0795-EA63-4C62-9ED8-BECC76700EFA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Gabriela de Alcantara Costa

Signature:           Date:    07/18/2017

Address:     Rua tenente wendel quaranta

             Aracaju , Sergipe 49052260 BR

Phone:       5519996024060

Email:       gabi.alcantara.costa@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:        04/20/2015              To:     04/21/2016

DocuSign Envelope ID: E6E029D8-530C-4903-9627-B3DC8DC14D8B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Gabriela luz neri Pereyra</u>

Signature:   [signature]   Date:   <u>07/05/2017</u>

Address:   <u>Tequila esquina kalua</u>
<u>La paz, Murrillo 156 BO</u>

Phone:   <u>69873157</u>

Email:   <u>gabriela_neri@yahoo.es</u>

Sponsor:   <u>Au pair in America</u>

Dates in Au Pair Program:

From:   <u>06/25/2015</u>     To:   <u>01/23/2016</u>

DocuSign Envelope ID: 53326B31-C9F8-472B-92F3-A211985E91B8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Gabriela Pacheco Scott

Signature:   *Gabriela Pacheco Scott*                    Date:   07/17/2017
             DocuSigned by:
             43E6B6A0691E4DD...

Address:     calle 20 num 258 x 29 y 31 montereal

             merida, merida 97133 PY


Phone:       9997385884


Email:       gabyps96@gmail.com


Sponsor:     Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:        07/27/2015                     To:     07/25/2016

DocuSign Envelope ID: 630C2F4A-B70E-4FCD-9F70-07C010F0B03B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   Gabrielle Wald

Assinatura:   *Gabrielle Wald*
DocuSigned by:
DBD132FC725F432...          Fecha: 07/08/2017

Endereço:   3112 Woods Cir
Davis, CA 95616 US

Teléfono:   6174130253

Email:   gabibmello@gmail.com

Patrocinador: Au Pair in America

Fechas de participación en el programa au pair:

De:   02/26/2012            A:   08/01/2013

DocuSign Envelope ID: 80B4D788-A787-4389-883C-7D97B917CDF9

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     Gabryella Martins

Signature:     DocuSigned by:
                E711025250CE46E...                    Date:     07/07/2017

Address:     43 scotch pine road
             Weston , MA 2493 US

Phone:     18324923354

Email:     gabryellamartins@icloud.com

Sponsor:     Au pair care

Dates in Au Pair Program:

From:     01/18/2016                    To:     07/31/2017

DocuSign Envelope ID: B3A875C1-494E-465B-A2B9-C7C4B5CB38A6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Geovanna Cortes

Signature:                                                    Date:   07/06/2017

Address:     9 Tanglewood Lane
             Sea Cliff , NY 11579 US

Phone:       5166974515

Email:       geovacortes@gmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:        03/06/2016                      To:    09/06/2017

DocuSign Envelope ID: 418F22E9-DA73-4571-BFD7-B031550C478A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Gineth rodriguez de la hoz</u>

Signature:   <u>Gineth RH</u>     Date:   <u>07/06/2017</u>
DocuSigned by:
4CB09F7B1A9C4C5...

Address:   <u>Mz 6 casa 122 villas de Santa Cruz</u>
<u>Santa marta , Magdalena  WA 470003 CO</u>

Phone:   <u>573007004062</u>

Email:   <u>gida14@hotmail.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:   <u>10/31/2016</u>     To:   <u>05/31/2018</u>

DocuSign Envelope ID: B7B0FD97-5359-4174-A77E-232457C6405C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Giovanna Guarnieri Paterniani

Signature:      Date:   07/07/2017
DocuSigned by:
BC7AC4167E1142C...

Address:   Rua Álvaro Ribeiro, 15, apto 53

Campinas, São Paulo 13041730 BR

Phone:    19995529552

Email:    Gguarnieri@gmail.com

Sponsor:   AuPairCare

Dates in Au Pair Program:

From:    01/19/2015          To:    02/19/2016

DocuSign Envelope ID: 39FABA88-620D-47E0-A47D-0F56A868F3C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Giselle Bagatini</u>

Signature:   *Giselle Bagatini*                              Date:   <u>07/06/2017</u>
          B154F3E125D1419...

Address:   <u>Estrada do Coco, km 5,5 - casa J 10 condomínio parque encontro das águas</u>
          <u>Lauro de Freitas , Bahia  42700000 BR</u>

Phone:   <u>5511958246956</u>

Email:   <u>gisellebagatini@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>03/07/2011</u>                              To:   <u>03/07/2013</u>

DocuSign Envelope ID: 0CA1DAC6-421E-4C33-9C52-4C7F81048755

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Giselle Perez

Signature:      *[signature]*      Date:   07/07/2017
              CC20AE90B13C445...

Address:   9322 front beach rd

           Panama City Beach , FL 32407 US


Phone:     8509800424


Email:     gygyperezgp@hotmail.com


Sponsor:   Culture Care


Dates in Au Pair Program:

From:      09/30/2011                    To:    07/01/2012

DocuSign Envelope ID: AAB9585D-D203-4951-9C92-5DD0438ED22E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Gisselle Ramírez López</u>

Signature: *Gisselle Ramírez López*      Date: <u>07/07/2017</u>
DocuSigned by:
D84CF7B4FF754CF...

Address: <u>blvd punto verde 306</u>

<u>Mendham , guanajuato NJ 37298 MX</u>

Phone: <u>3326983</u>

Email: <u>gisselle_90@hotmail.com</u>

Sponsor: <u>interexchange</u>

Dates in Au Pair Program:

From: <u>10/19/2015</u>      To: <u>10/19/2016</u>

DocuSign Envelope ID: C19F325D-6EF2-4703-A7AF-1D8325EC64A4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Gladys Cervantes

Signature:   _DocuSigned by:_
4D81CD185D27451...

Date:   07/17/2017

Address:   2243 14th Ave

San Francisco , CA 94116 US

Phone:   4154201214

Email:   Gcl_95@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:   01/04/2016

To:   12/31/2016

DocuSign Envelope ID: DA566D35-62B9-48E9-894A-9E8313E8B226

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     <u>Glaucia Suellen Torres da Silva</u>

Signature:   *DocuSigned by:*
*Glaucia Torres*
F965E320ACF645C...                    Date:   <u>07/07/2017</u>

Address:   <u>Granville Drive 218</u>
<u>Silver Spring , MD 20901 US</u>

Phone:    <u>3016650018</u>

Email:    <u>glaucia.suellent@hotmail.com</u>

Sponsor:   <u>Au pair in America</u>

Dates in Au Pair Program:

From:    <u>08/21/2016</u>                    To:    <u>08/21/2018</u>

DocuSign Envelope ID: C8E65F0A-EA09-4CC7-8D8B-038BD80AAD51

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  GLORIA CONDE ARTEAGA

Signature:    Date:  07/07/2017

Address:  CLL 23 # 41-20 POBLADO

MEDELLIN, Antioquia 5001000 CO

Phone:  573209862169

Email:  yacuva21@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/28/2013  To:  07/27/2014

DocuSign Envelope ID: 7E83C394-0AB0-41EB-8D48-EB5D2DD95E84

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Greicy Andrea Casillas Salazar</u>

Signature:  DocuSigned by:  *[signature]*  90110141F7D64B0...    Date:  <u>07/07/2017</u>

Address:  <u>Oaxtepec</u>

<u>Monterrey , Nuevo León  MD 64180 MX</u>

Phone:  <u>8116053255</u>

Email:  <u>greicy_andrea@hotmail.com</u>

Sponsor:  <u>Au paír in América</u>

Dates in Au Pair Program:

From:  <u>03/01/2008</u>    To:  <u>03/03/2009</u>

DocuSign Envelope ID: 3B760F11-94F4-4526-946A-2980A0B69857

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Guadalupe Araibel Fernandez Alarcón

Signature:     *DocuSigned by:* [signature] C3EC6D02A2F0435...     Date:     07/07/2017

Address:     8 Boynton Dr
Livingston , NJ 7039 US

Phone:     9082168543

Email:     araibel_fdz@hotmail.com

Sponsor:     Au pair Care

Dates in Au Pair Program:

From:     02/01/2016     To:     02/01/2018

DocuSign Envelope ID: 1DD227EA-77C9-4160-9DF3-546CE5D1D395

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Heloá Cabrini Vicentini

Signature:                                              Date:    07/13/2017

Address:   127 New Bern Place

Raleigh , NC 27601 US

Phone:     9195227667

Email:     heloacv@gmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:    02/16/2015                                To:    08/16/2016

DocuSign Envelope ID: 8B9CFF18-D2F1-46AE-81FD-E0E06A467BBA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  __HILDA MARLENE PEREZ DE ANDA__

Signature:  _HILDA MARLENE PEREZ DE ANDA_
DocuSigned by:
A485D6D44EB6406...

Date:  __07/06/2017__

Address:  __MONTES BERNESE 110__

__LEON, GUANAJUAGTO GA 37358 MX__

Phone:  __4777921381__

Email:  __marli_91@hotmail.com__

Sponsor:  __AU PAIR IN AMERICA__


Dates in Au Pair Program:

From:  __09/08/2011__

To:  __07/31/2012__

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Holly Harris</u>

Signature:



Date: <u>07/07/2017</u>

Address: <u>7210 Delfield Street</u>

<u>Chevy Chase , MD 20815 US</u>

Phone: <u>8583422213</u>

Email: <u>hollyharris18@icloud.com</u>

Sponsor: <u>Au pair in American</u>

Dates in Au Pair Program:

From: <u>08/09/2015</u>          To: <u>08/09/2017</u>

DocuSign Envelope ID: 4C204BB1-DDB0-4797-8C3A-5265B7CC3C25

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Hortencia Ramos Espada

Signature:  *Hortencia Ramos Espada*
DocuSigned by:
5DF2ABA59EF7431...
          Date:   07/06/2017

Address:    855 S Frederick St Apt 302
            Arlington , VA 22204 US

Phone:      5712767624

Email:      hortenciare@gmail.com

Sponsor:    Au pair in america

Dates in Au Pair Program:

From:    01/16/2012                To:    01/16/2013

DocuSign Envelope ID: A80E67CE-0040-461E-A411-CE42FCA79326

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Idalia Valdes

Signature:   _Idalia Valdes_            Date:   07/06/2017
DocuSigned by:
BC2E4AA16923487...

Address:   paseo de la victoria 101

akron , guanajuato OH 36110 MX

Phone:   524721272071

Email:   tere_vff@hotmail.es

Sponsor:   aupaircare

Dates in Au Pair Program:

From:   04/06/2014            To:   07/06/2016

DocuSign Envelope ID: 119CDAC7-E4AD-4534-9F5D-6CEBBC14D248

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Ilein Rodriguez Melo

Signature: _Ilein Rodriguez Melo_          Date:   07/08/2017
DC05A736B02249A...

Address:   Calle torre de Babel, Santa Ma Glpe Las torres

Cuautitlan Izcalli, Mexico 54760 MX

Phone:     5588817715

Email:     eatpraylove-lit@hotmail.com

Sponsor:   Au pair Care

Dates in Au Pair Program:

From:      01/01/2014                    To:     01/01/2017

DocuSign Envelope ID: E650337E-0D23-4651-9364-CD7DCCE2C668

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:         <u>Iliana Contreras Valenzuela</u>

Firma:         *Iliana Contreras Valenzuela*          Data:    <u>07/18/2017</u>
            DocuSigned by:
            BE08A04A014843E...

Dirección:    <u>Calle 4 #29 Oeste</u>
            <u>Caborca Sonora, Sonora 83600 MX</u>

Telefone:     <u>6861849158</u>

Email:         <u>ili.contreras@hotmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:         <u>02/15/2011</u>                    A:      <u>02/15/2012</u>

DocuSign Envelope ID: FE19A5FF-F530-4A4D-84AD-5C860FD6E399

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Ilse Doriany Vega Iturbe

Signature:    DocuSigned by:

1BC3C120552F4B1...

Date:    07/06/2017

Address:    Ruiz de alarcon #103

Acayucan , Veracruz CA 96039 MX

Phone:    525572192523

Email:    doriany_3@hotmail.com

Sponsor:    Go au pair

Dates in Au Pair Program:

From:    03/14/2015

To:    03/14/2016

DocuSign Envelope ID: CA6A52AF-9007-492A-AE8A-26D9EC46EC72

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Indiara Morel

Signature:     DocuSigned by:

_Indiara Morel_

624243C56320471...

Date:     07/18/2017

Address:     100 Thorndike street

Cambridge, MA 2141 US

Phone:     6173011897

Email:     indiara.morel85@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     04/11/2011          To:     04/10/2013

DocuSign Envelope ID: 65E75DDE-E101-404F-AF86-A219B446BD29

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Ingrid Cerveira Martins-Denton

Signature:     [signature]     Date:     07/08/2017

Address:     350 Turk Street

San Francisco, CA 94102 US

Phone:     6508674923

Email:     ingridcerveira@hotmail.com

Sponsor:     Cultural care

Dates in Au Pair Program:

From:     03/10/2013          To:     01/10/2015

DocuSign Envelope ID: D51BCBD2-7945-4EB8-BEAF-6395383AA4C8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:   <u>Ingrid Jhoanna Cobo Mendoza</u>

Signature:   *Ingrid Cobo*
DocuSigned by:
8C1ADA518266468...

Date:   <u>07/06/2017</u>

Address:   <u>Calle 55 42-103</u>

<u>Cali, Valle 0 CO</u>

Phone:   <u>610424756347</u>

Email:   <u>ingrid.jhoanna@hotmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:   <u>06/27/2010</u>

To:   <u>10/30/2010</u>

DocuSign Envelope ID: 45FA0A10-8309-47C8-B138-4DD3ACBD7D67

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Ingrid Johana Bohorquez Blanco

Signature:  _Ingrid Bohorquez_   Date:  07/06/2017
DocuSigned by:
820C94B78E96442...

Address:  71 valley rd

Sullivan , NH 3445 US

Phone:  6037629359

Email:  Ingridbohorquez0316@gmail.com

Sponsor:  Cultural care

Dates in Au Pair Program:

From:  10/19/2015     To:  10/18/2017

DocuSign Envelope ID: 9FA27805-4148-4A46-ADCB-383623F9C6FA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>Ingrid Nathalia Rico Velasco</u>

Signature:   *Nathalia t*          Date:   <u>07/06/2017</u>
             DocuSigned by:
             9372DEAAB8144E8...

Address:    <u>119 Aline st</u>

            <u>Louisville , CO 80027 US</u>

Phone:      <u>4152657514</u>

Email:      <u>Innarive16@hotmail.com</u>

Sponsor:    <u>Au pair care</u>

Dates in Au Pair Program:

From:    <u>07/20/2015</u>          To:   <u>07/20/2017</u>

DocuSign Envelope ID: 0D985807-326D-4C1A-B3B8-3F954DB8EEFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ingrid Pereyra

Signature:     *DocuSigned by:*
               AACA271F464049D...                    Date:    07/08/2017

Address:      357 w 22nd street apt 1

              New York , NY 10011 US

Phone:        3472671726

Email:        ipg_1308@hotmail.com

Sponsor:      Au pair in America

Dates in Au Pair Program:

From:        11/17/2014                    To:    05/05/2016

DocuSign Envelope ID: D0E9246E-1026-4A60-A96D-2B42B570D055

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del _2 de noviembre de 2017_.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: ___Ingrid Vanessa Peñaloza Ochoa___

Signature: _Ingrid Vanessa Peñaloza Ochoa_     Date: ___07/06/2017___

642559A6480B4AB...

Address: ___Carrera 32A número 14-57___

___Bucaramanga, Santander OH 680002 CO___

Phone: ___573193835162___

Email: ___ingridpenaloza.10@gmail.com___

Sponsor: ___Au Pair Care___

Dates in Au Pair Program:

From: ___05/02/2016___     To: ___05/02/2017___

DocuSign Envelope ID: EEA0B225-7D1B-4909-84FA-C7422781AA20

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Inmaculada C Simancas Martin</u>

Signature:  DocuSigned by:
<u>[signature] 103C070D06D64A7...</u>  Date:  <u>07/06/2017</u>

Address:  <u>511 S. Fifth St</u>
<u>Sanford, NC 27330 US</u>

Phone:  <u>(919) 353-1212</u>

Email:  <u>inmasm1988@gmail.com</u>

Sponsor:  <u>InterExchange, Inc</u>

Dates in Au Pair Program:

From:  <u>01/07/2013</u>  To:  <u>01/07/2015</u>

DocuSign Envelope ID: 5F001488-1F74-4215-817A-04E003606E43

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Iraquel Rodríguez Blanco

Signature:  [DocuSigned by: 20065E6561A54C9...]          Date:  07/05/2017

Address:  El Dorado Av. 17 B Norte
Panamá , Panamá  KY 0 PA

Phone:  50762664380

Email:  Iraquel_14@hotmail.es

Sponsor:  Aupair in America

Dates in Au Pair Program:

From:  08/06/2012          To:  08/21/2013

DocuSign Envelope ID: 63A4B53B-88E4-4050-8BEE-3B7A8DB57F4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Ired Sevilla

Signature:   *Ired Sevilla*      Date:   07/06/2017
DocuSigned by:
222C82E3A7DD417...

Address:   12708 S City Heights Dr
Riverton, UT 84065 US

Phone:    9544017713

Email:    iredalejandra@hotmail.com

Sponsor:   expert aupair

Dates in Au Pair Program:
From:    08/01/2013      To:    12/15/2013

DocuSign Envelope ID: BF9D8933-BE22-45F6-B287-0F7008B82E86

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       <u>Isabela Glick</u>

Signature:  <u>Isabela</u>          Date:   <u>07/06/2017</u>

Address:    <u>20 Mason Rd</u>
            <u>Merrimack, NH 3054 US</u>

Phone:      <u>6037142195</u>

Email:      <u>isabela122@gmail.com</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:       <u>10/19/2014</u>                  To:     <u>09/30/2015</u>

DocuSign Envelope ID: A2648736-73A1-4B5A-A76B-6F7B1246C9B9

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Isabele Garcia De Godoi</u>

Signature: <u>DocuSigned by: D32905C2B2824C6...</u>   Date: <u>07/05/2017</u>

Address: <u>11039 104th Ave NE, Home</u>
<u>Kirkland, WA 98033 US</u>

Phone: <u>2067713935</u>

Email: <u>isabele_igg@yahoo.com.br</u>

Sponsor: <u>AupairCare</u>

Dates in Au Pair Program:

From: <u>02/06/2017</u>   To: <u>02/06/2018</u>

DocuSign Envelope ID: 5764B427-790F-42B7-8006-80DA8972463B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Isabella Motta Pereira

Signature:   DocuSigned by:
             [signature]
             6CAA01FA2D23400...                    Date:   07/18/2017

Address:     25885 Village Green Blvd, Apt 2-104

             Harrison Twsp, MI 48045 US

Phone:       4243393994

Email:       isa.pereira2312@gmail.com

Sponsor:     Au Pair Care, Inc.


Dates in Au Pair Program:

From:        03/02/2015                            To:     11/18/2016

DocuSign Envelope ID: 80D0C403-F910-46C0-B8B1-49793037012E

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      <u>Isabelle Nóbrega Carreira</u>

Signature:   *Isabelle Nóbrega Carreira*          Date:   <u>07/06/2017</u>
DocuSigned by:
8F6434229C574A6...

Address:   <u>Rua Igapira, 262, Pq. Jaçatuba</u>

<u>Santo André, São Paulo SC 9290560 BR</u>

Phone:     <u>5511974199520</u>

Email:     <u>isabelle_nobrega@hotmail.com</u>

Sponsor:   <u>Au Pair In America</u>

Dates in Au Pair Program:

From:     <u>03/07/2016</u>                    To:     <u>12/27/2016</u>

DocuSign Envelope ID: FBC4F978-BF3C-4AE6-A29A-6CDB8189EA30

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:   Isadora cerri

Signature:   _DocuSigned by:_
_85040E15965D45D..._

Date:   07/05/2017

Address:   Rua Cristiano Viana 101, apartamento 03

São Paulo , São Paulo NY 5411000 BR

Phone:   11955566474

Email:   isadoracerri@hotmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:

From:   07/28/2014          To:   02/16/2016

DocuSign Envelope ID: 2AE2CBF1-C192-4D51-BDD8-D0D080FC86E3

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       IULIIA SAVCHUK

Signature:  *IULIIA SAVCHUK*                         Date:   07/08/2017
            DocuSigned by:
            80359F22A950498...

Address:    10240 67th Rd, Apt 4D

            Forest Hills, NY 11375-2642 US


Phone:      9172567717


Email:      JSAV86@YAHOO.COM


Sponsor:    AuPairCare


Dates in Au Pair Program:

From:       10/19/2009                               To:     04/18/2011

DocuSign Envelope ID: B26AA718-4097-4A9C-AF66-472881023BDD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Ivette Juliana Peña Chaparro</u>

Signature:   IP          Date:  <u>07/06/2017</u>

Address:  <u>Avenida 89#20-137</u>

<u>Bucaramanga , Santander  CA 0 CO</u>

Phone:  <u>573172264915</u>

Email:  <u>ivetsiitap15@gmail.com</u>

Sponsor:  <u>Au pair care inc</u>

Dates in Au Pair Program:

From:  <u>08/03/2015</u>          To:  <u>02/27/2017</u>

DocuSign Envelope ID: 7F07E471-6DEC-4F17-BAA6-A80C458BC8E9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: _Jackeline de Almeida Guilherme_

Signature: _[DocuSigned signature]_   Date: _07/11/2017_
19D397B9406B475...

Address: _1513 44th st, NW_

_Georgetown , DC 20007 US_

Phone: _6174703881_

Email: _Jackalmeidagui@gmail.com_

Sponsor: _Au pair in America_

Dates in Au Pair Program:

From: _04/04/2016_   To: _04/04/2018_

DocuSign Envelope ID: 4A58EF6D-75F6-4CDD-8C1A-3F929AD1C8AC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: <u>Jacqueline Benavente</u>

Firma: DocuSigned by:

*JBF*

4C201B0CC5F346D...

Data: <u>07/13/2017</u>

Dirección: <u>Antonio Díaz Sandoval</u>

<u>Copiapó, Copiapó 1530000 CL</u>

Telefone: <u>977334250</u>

Email: <u>Jbenavente@colegiocervantino.cl</u>

Patrocinador: <u>InterExchange, Inc.</u>

Datas de participação no programa au pair:

De: <u>09/08/2008</u>       A: <u>09/08/2010</u>

DocuSign Envelope ID: 2514C3A9-315B-479B-8ABD-FD7CE39870D6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:       Jacqueline Mariela Grande Vasquez

Signature:  *Jacqueline Mariela Grande Vasquez*          Date:   07/06/2017
            DocuSigned by:
            524CB5EA998A44D...

Address:    Urb. Llano Verde Av Tulipanes,
            Ilopango, San Salvador 503 SV


Phone:      25125299


Email:      jacquelinegrandeaupair@gmail.com


Sponsor:    Aupaircare


Dates in Au Pair Program:

From:   08/26/2013                    To:   08/25/2015

DocuSign Envelope ID: 873B69F7-A88F-405E-911D-8A60BCA7C1F1

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:        Jamile Flaviane Vitória Ferreira

Signature:   _DocuSigned by:_

_4C53F87B46ED4AF..._                         Date:   07/06/2017

Address:     103 Garfield place

             Media , PA 19063 US


Phone:       2158088430


Email:       Jamile.snt@gmail.com


Sponsor:     Au pair care


Dates in Au Pair Program:

From:        02/29/2016                      To:     03/01/2018

DocuSign Envelope ID: 11185F02-DF1D-4099-9130-B41E17E39224

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Janaina Vasconcelos-Melotti

Signature:   *Janaina Carla Vasconcelos*          Date:   07/05/2017
          DocuSigned by:
          FC9A7F9FD337405...

Address:   34 Janebar Cir
          Framingham, MA 1701 US

Phone:    9788761419

Email:    Freiabr@yahoo.com.br

Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:     05/17/2010          To:   05/16/2011

DocuSign Envelope ID: 3161843E-41A5-44A0-ADE9-0C4B1DCDB47E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     Janeth Patricia Gomez de Castro

Firma:    *Janeth Patricia Gomez de Castro*          Data:   07/13/2017
          DocuSigned by:
          40EBDC7031B14A2...

Dirección:   16 # 10-32

             Monteria , Montería  0 CO

Telefone:   3215037984

Email:      gomezdecastrojaneth@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De:       08/24/2009                    A:     01/24/2011

DocuSign Envelope ID: 46065768-C29F-4B02-99AF-B0E138687DAA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Jaqueline Santana de Oliveira

Signature:   *DocuSigned by:*
              *Santana*
              7F8B9D6DDBA6488...                    Date:   07/14/2017

Address:   384 Pine Hill

           Mill Valley , CA 94941 US


Phone:    4437430234


Email:    santana.jaqueline@hotmail.com


Sponsor:   Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:     08/16/2015                                To:    08/16/2017

DocuSign Envelope ID: BB18A32B-2B06-491D-941F-1D3D2F4C2868

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:          Jasmine Landstrom

Signature:     [signature] DocuSigned by:
               67665762435943C...                              Date:    07/09/2017

Address:       Alvsakersvagen 1046
               Kungsbacka, CA 43499 SE

Phone:         46761600615

Email:         jasminelandstrom@hotmail.com

Sponsor:       Aupaircare

Dates in Au Pair Program:

From:          07/06/2015                    To:    10/26/2016

DocuSign Envelope ID: 0CC54839-B47D-4D61-B6F5-BE8D5F1CDE1D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      <u>Jennifer Costa</u>

Signature:   *Jennifer Costa*      Date:   <u>07/07/2017</u>
87B2B7B89EA24D0...

Address:   <u>cearense 6</u>

<u>duque de caxias, Rio de Janeiro PA 25233400 BR</u>

Phone:   <u>21983265933</u>

Email:   <u>jen-monteiro@hotmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>01/11/2016</u>      To:   <u>01/11/2018</u>

DocuSign Envelope ID: 8A46F366-31E7-4E2A-BC47-5BDF9AAB53C0

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     Jennifer Santana Beck

Assinatura:     *Jennifer Santana Beck*
DocuSigned by:
112FF9AED50A4C3...

Fecha: 07/10/2017

Endereço:     Rua Amador Bueno da Ribeira N 232 Apto 21

São Vicente, São Paulo 11320060 BR

Teléfono:     551334686775

Email:     jennifer_sbeck@hotmail.com

Patrocinador: Au Pair Care

Fechas de participación en el programa au pair:

De:          03/16/2015                          A:          04/17/2015

DocuSign Envelope ID: A4EABDB8-083A-4A34-B7BC-63C06BA7321E

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Jesica Mancera Gomez

Signature:  _DocuSigned by:_
341BF901573849E...

Date:  07/06/2017

Address:  1706 s Woodland pl

Santa ana, CA 92707 US

Phone:  7144689266

Email:  jessimg88@icloud.com

Sponsor:  Interexchange

Dates in Au Pair Program:

From:  02/03/2014

To:  02/03/2016

DocuSign Envelope ID: DC85835E-A7F1-4F2A-9372-37C1163949E3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>Jessica Escobar</u>

Signature:  [DocuSigned by: signature 777DAAF039054DA...]          Date:   <u>07/06/2017</u>

Address:    <u>5757 Faraday Avenue Riverdale</u>
            <u>Bronx, NY 10471 US</u>

Phone:      <u>9175205254</u>

Email:      <u>jescobarchicas@gmail.com</u>

Sponsor:    <u>Au Pair in America</u>

Dates in Au Pair Program:

From:       <u>11/29/2016</u>                    To:     <u>11/29/2017</u>

DocuSign Envelope ID: A52F135B-CC74-4532-BD03-775D7E2DCA2E

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Jessica Mascarenhas Sicuto</u>

Assinatura:   <u>DocuSigned by: [signature] 2ECBB28CDEA04AF...</u>     Fecha: <u>07/09/2017</u>

Endereço:   <u>20226 lea pond pl</u>
<u>Gaithersburg, MD 20886 US</u>

Teléfono:   <u>4074550877</u>

Email:   <u>jessica.sicuto@hotmail.com</u>

Patrocinador: <u>Au Pair in America</u>

Fechas de participación en el programa au pair:

De:   <u>11/01/2015</u>                    A:   <u>05/01/2017</u>

DocuSign Envelope ID: 90B29CCD-CD0F-4CAD-900A-17FEADE0F7A1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       JESSICA MEDINA

Signature:   *JESSICA MEDINA*
DocuSigned by:
4083A5CCEA8D435...                          Date:   07/06/2017

Address:    192 breezewalk dr,

            vallejo, CA 94591 US

Phone:      5103090788

Email:      yezika_17@hotmail.com

Sponsor:    aupair care

Dates in Au Pair Program:

From:       03/18/2013                       To:     03/18/2015

DocuSign Envelope ID: 706D5914-B2FD-4D29-A83D-BDC2436A80DF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Jessica Melendez

Signature:     *Jessica Melendez*
DocuSigned by:
AA3C3FFC0BCF446...

Date:     07/12/2017

Address:     3766 SW Stevens st
Seattle, WA 98126 US

Phone:     2064723133

Email:     Jessmelendez24@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     07/25/2016          To:     01/24/2018

DocuSign Envelope ID: C455BE17-228B-491E-8836-349E5D284404

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Jessica navarro Gómez</u>

Signature:  *DocuSigned by:*
[signature]
2DBD8E9A6F984F5...

Date:  <u>07/06/2017</u>

Address:  <u>53 Mc Carthy rd</u>
<u>Newton , MA 2459 US</u>

Phone:  <u>34611262420</u>

Email:  <u>je_ss_yka89@hotmail.com</u>

Sponsor:  <u>Aupair care</u>

Dates in Au Pair Program:

From:  <u>12/12/2014</u>

To:  <u>06/18/2016</u>

DocuSign Envelope ID: 5FBD676B-A76E-497F-963F-9CB104C6C927

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Jessika Gordillo

Signature: _Jess Gordillo_          Date:   07/06/2017
          A8AE9FE7B7D24AF...

Address:   108 plaza Ct

          Danville, CA 94526 US


Phone:    9257866004


Email:    Gordillojess@gmail.com


Sponsor:   Go au pair


Dates in Au Pair Program:

From:    03/05/2015          To:    03/03/2017

DocuSign Envelope ID: FA5DF08A-CED6-416E-A98F-DE1EC298947D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Jeymi Catalina Peña Vargas

Signature:    *Jeymi Catalina Peña Vargas*
                DocuSigned by:
                4D6C457ACF5F441...        Date:    07/06/2017

Address:    Carrera 35 bis # 1 h 53
               Bogota, 111631 CO

Phone:     573057107397

Email:      catalinap93@hotmail.com

Sponsor:    Au pair care

Dates in Au Pair Program:

From:     09/28/2015          To:    10/28/2016

DocuSign Envelope ID: A7D9D8ED-744F-43D4-A8AA-047F40FF822B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     joana hoffman

Signature:     _joana hoffman_     Date:     07/07/2017

Address:     515 green street apt B
             lansdale, PA 19446 US

Phone:     2569609219

Email:     joana888@hotmail.com

Sponsor:     go au pair

Dates in Au Pair Program:

From:     09/23/2013          To:     09/23/2015

DocuSign Envelope ID: 60324821-F251-4499-A4D0-1CA58EA4B47F

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Joana Martins de Vasconcelos</u>

Signature:        Date:   <u>07/06/2017</u>

Address:   <u>Estrada do bananal, 127, bloco 4 apt 609</u>

<u>Rio de Janeiro, RJ 22745011 BR</u>

Phone:    <u>552124252091</u>

Email:    <u>jou.martins.art@gmail.com</u>

Sponsor:   <u>Au Pair in America</u>

Dates in Au Pair Program:

From:   <u>02/08/2015</u>          To:   <u>03/03/2016</u>

DocuSign Envelope ID: 554A103F-09CA-40D2-B018-31A3CBF370C0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Johana Angélica Quiñones Hernandez

Signature:        Date:   07/06/2017

Address:   305 E 86th St, Apt 14HW

New York, NY 10028 US

Phone:   7182887383

Email:   Angelica_qh@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   11/12/2012     To:   11/12/2014

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Johana valderrama

Signature:
DocuSigned by:
ᒍ ∩∨Σ
E865578A8F00464...          Date:     07/10/2017

Address:     Garfield road
Dedham, MA 2026 US

Phone:     8572763647

Email:     Danielitaju@hotmail.com

Sponsor:     Cultural care Au Pair

Dates in Au Pair Program:
From:     09/19/2016          To:     09/19/2018

DocuSign Envelope ID: F86023A7-BDBA-413A-A098-91C2B7A82A0B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Jorge Medina</u>

Firma:    Data:  <u>07/08/2017</u>

Dirección:  <u>1539</u>

<u>Mexico City, Mexico City 7918 MX</u>

Telefone:  <u>5551003293</u>

Email:  <u>firelion_87@hotmail.com</u>

Patrocinador: <u>Cultural Care</u>

Datas de participação no programa au pair:

De:  <u>01/16/2012</u>  A:  <u>06/09/2012</u>

DocuSign Envelope ID: FCC80C45-1B96-4FCD-85F4-E3B218A1C2B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Joshua Young

Signature:  _DocuSigned by:_ _jYoung_ _D9F830562FA548B..._           Date:  07/07/2017

Address:  3 Commonside

Lytham St Annes, FY84EX GB

Phone:  1253736172

Email:  JD.Young99@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  12/07/2015           To:  06/06/2017

DocuSign Envelope ID: 8F4DEFAB-A4CA-4506-83DD-836664D2441B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     <u>JOYCE MACKSUELE</u>

Signature:   <u>DocuSigned by:</u>
             BE96AA7E24344E5...                          Date:   <u>07/06/2017</u>

Address:   <u>HENRIQUE BONINI</u>
           <u>ATIBAIA, SÃO PAULO 12.945-250 BR</u>

Phone:    <u>5511977073496</u>

Email:    <u>joycemacksuele@outlook.com</u>

Sponsor:   <u>Cultural Care AuPair</u>

Dates in Au Pair Program:

From:    <u>03/16/2015</u>                    To:     <u>12/15/2016</u>

DocuSign Envelope ID: 5CD42125-E60D-4EFE-938C-624BA40828B5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Juan Esteban zuluaga mariaca</u>

Signature:  DocuSigned by:  *[signature: Van Esteban]*  FDAE8C62D4E8409...

Date:  <u>07/06/2017</u>

Address:  <u>Carrera 71 # 30 b 32</u>

<u>Medellin , Antioquia AZ 55460 CO</u>

Phone:  <u>573163394275</u>

Email:  <u>Jezm1111@hotmail.com</u>

Sponsor:  <u>Cultural care</u>

Dates in Au Pair Program:

From:  <u>12/12/2012</u>

To:  <u>04/20/2013</u>

DocuSign Envelope ID: EC628691-2C6F-466D-85AA-9B9891113B18

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Julia Jordão Tostes

Signature:     *Julia Jordão Tostes*                    Date:     07/06/2017
DocuSigned by:
FFC8DEB0D8C4434...

Address:     Rua Mario Covas Junior, 190/606

Rio de Janeiro, Rio de Janeiro 22631-030 BR

Phone:     21994660540

Email:     julia53@globo.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:

From:     07/21/2014                    To:     08/06/2014

DocuSign Envelope ID: 9B17A9E1-C554-415B-BC03-D33414477DBE

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Juliana Assumpção Ehrenfried</u>

Signature:          Date:   <u>07/06/2017</u>

Address:     <u>Maximino zanon 390 ap 401</u>

<u>Curitiba , Paraná  MN 82510250 BR</u>

Phone:     <u>991833334</u>

Email:     <u>Julianaae5@hotmail.com</u>

Sponsor:     <u>Aupaircare</u>

Dates in Au Pair Program:

From:   <u>07/06/2015</u>     To:   <u>07/06/2017</u>

DocuSign Envelope ID: 57AE736B-0590-4322-A04B-28988F1DCA4F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Juliana Camparotti</u>

Signature: _DocuSigned by:_ <u>Juliana C.</u>   Date: <u>07/06/2017</u>
8C598CA358C8474...

Address: <u>flat 2, 152 Goswell road</u>

<u>London, Great London EC1V 7DW GB</u>

Phone: <u>447446643310</u>

Email: <u>jcamparotti@gmail.com</u>

Sponsor: <u>Au Pair in America - APIA</u>

Dates in Au Pair Program:

From: <u>01/27/2014</u>   To: <u>09/22/2015</u>

DocuSign Envelope ID: 53CCA79D-A1F7-425F-8369-6576A352E3C9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     <u>Juliana Cordeiro de Oliveira dos Santos</u>

Signature:    DocuSigned by:
*Juliana Cordeiro de Oliveira dos Santos*      Date:   <u>07/06/2017</u>
0FC4A8E53C10494...

Address:    <u>Rua Pedro Gomes Cardim, 128 apto 24 C</u>

          <u>São Paulo, São Paulo 5617000 BR</u>

Phone:     <u>11988206868</u>

Email:      <u>jusantos182@hotmail.com</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:      <u>06/09/2013</u>          To:    <u>07/15/2013</u>

DocuSign Envelope ID: 6028160A-CAC5-4FF4-8873-F8313ED0E83A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Juliana Hickey

Signature:     *Juliana Hickey*                                    Date:   07/06/2017
          BF99629324B347A...

Address:   57 brookdale circle
           Shrewsbury , MA 1545 US

Phone:    9783908850

Email:    Hickey.juliana@gmail.com

Sponsor:   Au pair care

Dates in Au Pair Program:
From:     11/01/2010                                    To:    11/01/2011

DocuSign Envelope ID: 7BB1D11C-A047-4235-932E-4970AB6D9491

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Juliana Oliveira Barros Amancio Mattos

Signature:   *Juliana Oliveira Barros Amancio Mattos*        Date:   07/08/2017
             DocuSigned by:
             DA21D27DF5C94CA...

Address:     Emilio odebrecht 626

             Salvador, Bahia 41830300 BR

Phone:       5571987779141

Email:       Julianaobamattos@gmail.com

Sponsor:     Au Pair In America

Dates in Au Pair Program:

From:        01/17/2011              To:    01/16/2013

DocuSign Envelope ID: 15BD3B12-B27D-4716-B73E-99886D3F0C7D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Juliana White

Signature:      [signature]      Date:    07/08/2017
                68853FC4D476497...

Address:      312 Nicholson St NE

              Washington , DC 20011 US


Phone:      8574887025


Email:      julianadwhite@gmail.com


Sponsor:      Cultural Care


Dates in Au Pair Program:

From:      08/23/2010      To:    08/23/2011

DocuSign Envelope ID: 82DF2702-E7E4-4ADA-A5E3-49969FC59BA9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Juliane Medeiros

Signature:   _DocuSigned by:_
             0BE9F02939AA494...                          Date:   07/06/2017

Address:     20045 Mattingly Terrace
             Gaithersburg , MD 20879 US

Phone:       8582479521

Email:       juliane.medeiros32@gmail.com

Sponsor:     Apia

Dates in Au Pair Program:

From:        08/15/2016                     To:     07/28/2017

DocuSign Envelope ID: 5DF4C7CA-D4D4-4EB9-B1B5-C8938F42C17A

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      Julie Anne Serafim Santos

Signature:                                                    Date:    07/06/2017

Address:    Graham Ave

Redondo Beach , CA 90278 US

Phone:     4243922203

Email:      julie.serafim@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    04/16/2016                          To:    04/16/2018

DocuSign Envelope ID: C1DC8DF9-6527-4232-8FF6-66F781E488F0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: ___Julieth Carolina Franco Sanabria___

Signature: [signature: DocuSigned by, F864244390E141E...]          Date: ___07/06/2017___

Address: ___Cra 88#18-60___

___Alexandria , VA 22308 US___

Phone: ___573107510788___

Email: ___carolina11.franco@gmail.com___

Sponsor: ___Au Pair in America___


Dates in Au Pair Program:

From: ___09/05/2016___          To: ___09/05/2018___

DocuSign Envelope ID: DA58D085-A3E5-4730-9AA3-BABE5EDC00EA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    <u>Julieth Rios</u>

Firma:    *DocuSigned by:*

        *Julith Rios*

        C0A952A0AC53424...

Data:    <u>07/08/2017</u>

Dirección:    <u>Calle 1 75 192</u>

        <u>Medellin , CA 0 CO</u>

Telefone:    <u>3216728864</u>

Email:    <u>Riojuli@hotmail.com</u>

Patrocinador:<u>Cultural care</u>

Datas de participação no programa au pair:

De:    <u>07/15/2012</u>    A:    <u>07/15/2013</u>

DocuSign Envelope ID: 0E9AB73E-9F3B-403A-BC9C-23FE1BF7C3AE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Julieth Silvana Narvaez Acosta

Signature:                                                      Date:    07/12/2017

Address:    343 E 65th st apt 5rw

New York , NY 10065 US

Phone:    5166601944

Email:    Mademoisellesilvana@hotmail.com

Sponsor:    Au Pair Care

Dates in Au Pair Program:

From:    08/16/2010                                      To:    08/16/2012

DocuSign Envelope ID: 8592C31B-BAE6-4D37-A1D9-D21E0D151702

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Julio Cesar De Jesus Sandoval Colmenarez</u>

Signature: *Julio Cesar De Jesus Sandoval Colmenarez*
DocuSigned by:
F6AC0060CF854C5...
Date: <u>07/06/2017</u>

Address: <u>229 Mill Street</u>
<u>Greenwich, CT 6831 US</u>

Phone: <u>19525767</u>

Email: <u>juliosandoval11@gmail.com</u>

Sponsor: <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From: <u>07/24/2011</u>          To: <u>08/24/2012</u>

DocuSign Envelope ID: C94FC037-A4F7-4165-8458-81A58D07F9FA

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Kamila Campana</u>

Assinatura:        Fecha: <u>07/11/2017</u>

Endereço:   <u>8620 Sutherlin Forest Ct.</u>
           <u>Charlotte, NC 28215 US</u>

Teléfono:   <u>7046062645</u>

Email:   <u>kamila.campana@hotmail.com</u>

Patrocinador:<u>Aupaircare</u>

Fechas de participación en el programa au pair:

De:     <u>12/07/2015</u>       A:   <u>06/01/2016</u>

DocuSign Envelope ID: E6B22B85-F73C-43CE-9CC3-6C18B28A22B5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Karem Itzel Ceron Villagran

Signature:     *karem Itzel Ceron Villagran*     Date:     07/06/2017
               A0B13E331A1B4D2...

Address:     52-22 35th street

             Long Island City, NY 11101 US

Phone:     9176799702

Email:     Karemmm_@hotmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:     06/01/2010                    To:     06/30/2012

DocuSign Envelope ID: 0E49766F-E756-4ADE-A342-F35043ED6C94

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Karen Giseth Torres Paniagua

Signature:   _Karen Gisell Torres Paniagua_      Date:   07/06/2017
             B928D724E31B4B4...

Address:    93 54 queens blvr

            Rego park, NY 11374 US

Phone:      9142589955

Email:      Krento10@gmail.com

Sponsor:    Au pair care

Dates in Au Pair Program:

From:      08/17/2015                To:      07/31/2017

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Karen Melissa hoyos Zuluaga</u>

Signature:  <u>le Melissa</u>                                  Date:  <u>07/06/2017</u>

29B894AD7E244AF...

Address:  <u>Cra 53 #9B-45</u>

<u>Cali , Valle del Cauca  760036 CO</u>

Phone:  <u>3176367657</u>

Email:  <u>Khoyosz@gmail.con</u>

Sponsor:  <u>Au pair care</u>

Dates in Au Pair Program:

From:  <u>07/11/2016</u>                                  To:  <u>12/13/2016</u>

DocuSign Envelope ID: 6DF31579-6DB3-4B7A-884E-1142979D0327

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Karen Ponce

Signature:  *Karen Ponce*
1A64BDADFC7A49F...

Date:  07/06/2017

Address:  73 West St
Newton, MA 2458 US

Phone:  8579195980

Email:  karenponces@hotmail.com

Sponsor:  Cultural Care

Dates in Au Pair Program:

From:  06/19/2016

To:  07/19/2017

DocuSign Envelope ID: 901A1A43-12D0-4A6B-9E45-2F0B480BD387

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Karen Serna Pulido</u>

Signature:  *DocuSigned by:*  *Karla Se*  EC8CDF31D15D4B0...          Date:  <u>07/06/2017</u>

Address:  <u>24 Sherman bridge road</u>

<u>Wayland , MA 1778 US</u>

Phone:  <u>5088083212</u>

Email:  <u>ksp425@hotmail.com</u>

Sponsor:  <u>Aupair care</u>

Dates in Au Pair Program:

From:  <u>06/10/2013</u>          To:  <u>06/10/2015</u>

DocuSign Envelope ID: 533CF77C-5C86-4315-8B72-3D1CA0E67015

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Karen Uro

Signature:     _DocuSigned by:_
               547A6FAE305B47F...          Date:     07/06/2017

Address:     1279 Limit Ave

             Baltimore, MD 21239 US


Phone:     14108522204


Email:     Trastu_nerak@hotmail.com


Sponsor:     AupairCare


Dates in Au Pair Program:

From:     03/19/2012          To:     03/07/2014

DocuSign Envelope ID: 3FB1086D-492C-443F-B83C-E6EF2A938F2F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Karen Viviana Rios Contador

Signature:     [DocuSigned by signature: 83D21F82914A4EE...]          Date:     07/07/2017

Address:     2701 Grand Avenue S apt. 206

   Minneapolis , MN 55408 US


Phone:     6122675490


Email:     kavirico@hotmail.com


Sponsor:     AuPair in America


Dates in Au Pair Program:

From:     08/01/2011          To:     08/01/2013

DocuSign Envelope ID: 40D1AD18-0D58-458E-AFE6-0972F7B9CC33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Karla Islas Calzada

Signature:                                              Date:    07/06/2017

Address:   Aquiles Serdan 37

Ahuazotepec , Puebla  CA 73180 MX

Phone:     +52 222 464 2922

Email:     Valerii2082@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:      05/18/2015                          To:     05/17/2017

DocuSign Envelope ID: 79176094-D7FA-4C36-8EC0-F83C1BEF70C9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Karla Senties Gonzalez</u>

Signature:  DocuSigned by:

        6FD620F4BC504CE...                              Date:   <u>07/06/2017</u>

Address:   <u>20 sur #116 Fracc. Arcadia</u>

        <u>Tehuacán , Puebla  75760 MX</u>

Phone:    <u>5212382070922</u>

Email:    <u>karla_senties@hotmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:    <u>05/26/2015</u>                              To:    <u>05/25/2017</u>

DocuSign Envelope ID: 2F95EA07-B42E-48F6-8C02-35DB60E9E3A8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Karla Young

Signature:     DocuSigned by:
             KY
             79227D6D1CC5430...          Date:   07/07/2017

Address:   Carroll Avenue

          Takoma park, MD 20912 US

Phone:     3045312283

Email:     karlayoungr@gmail.com

Sponsor:   Cultural care au pair

Dates in Au Pair Program:

From:   07/13/2015          To:   01/15/2017

DocuSign Envelope ID: C41E5F42-6F58-4134-AE08-89658392B9BF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    <u>Karolin Heinze</u>

Signature:    *K. Henze*
DocuSigned by:
B9EF87F3783943E...

Date:    <u>07/12/2017</u>

Address:    <u>Rottmersleber Str. 8</u>

<u>Bebertal, 39343 DE</u>

Phone:    <u>4915202805297</u>

Email:    <u>karolin.heinze@gmx.net</u>

Sponsor:    <u>Au Pair Care</u>

Dates in Au Pair Program:

From:    <u>09/07/2009</u>        To:    <u>08/12/2010</u>

DocuSign Envelope ID: A67A3652-A98B-4F14-AE82-3323C40D579F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Katerine Alvarez</u>

Signature:  [DocuSigned by: signature F764E9D8D38840F...]          Date:   <u>07/06/2017</u>

Address:   <u>Dinamarca 10</u>

<u>Coquimbo, Elqui WY 1780000 CL</u>

Phone:     <u>56997288500</u>

Email:     <u>katymadonna@hotmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>05/14/2012</u>                    To:   <u>05/13/2015</u>

DocuSign Envelope ID: BACCDFB5-0430-4939-85A9-CC7C0C6B837B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Katherin Sepúlveda</u>

Signature:   DocuSigned by:
            K S
            96DCAB5C2F45441...                Date:   <u>07/06/2017</u>

Address:   <u>9654 pinebrook way</u>

<u>Colorado springs, CO 80920 US</u>

Phone:     <u>(+57)3163695799</u>

Email:     <u>kt_sepulvedaj@hotmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:   <u>01/04/2016</u>                    To:   <u>10/07/2016</u>

DocuSign Envelope ID: C448A49B-ABB8-4F02-BB16-9F9C3FAD1852

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Katherine cedeno

Signature:    Date:  07/06/2017

Address:  988 alta vista CT

Sugar hill, GA 38518 US

Phone:  4707786568

Email:  Katherine29ch@hotmail.com

Sponsor:  Au pair in America carolina Ferrero and

Dates in Au Pair Program:

From:  01/11/2016    To:  01/11/2018

DocuSign Envelope ID: 480AECFF-E476-49EF-99E1-E3D75406FB7B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Katherine Villarreal

Signature:     DocuSigned by:
              7B2B18347BC9466...          Date:     07/06/2017

Address:     15 curtmantle rd
             Mickleton, NJ 8056 US

Phone:     50762008217

Email:     Katherinevillarreal093@gmail.com

Sponsor:     Au pair in America

Dates in Au Pair Program:

From:     08/25/2014          To:     08/25/2016

DocuSign Envelope ID: 0941D9C3-BDC1-4BF2-9A1B-B07ED1E18418

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Katja Rakuscek

Signature:  *DocuSigned by:*
            *Katja*
            ED5B7273737F453...                          Date:   07/08/2017

Address:   Dreznica 56

           Kobarid, 5222 SI


Phone:     38641538891


Email:     katjarakuscek@hotmail.com


Sponsor:   Au pair in America


Dates in Au Pair Program:

From:      07/18/2016                          To:     07/17/2018

DocuSign Envelope ID: 93994C8E-4D9E-4F82-82E0-3EC4E2C2A541

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Katya Rodriguez

Signature:   _Katya Rdz_   Date:   07/06/2017

Address:   Monterey drive NW
Atlanta, GA 30318 US

Phone:   9144135521

Email:   Lickatyardzcarmona@hotmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:

From:   09/19/2016   To:   09/21/2017

DocuSign Envelope ID: 98295FEB-BF7A-4CA9-BA64-4D24C83465EE

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:      <u>Kayanne Savage</u>

Assinatura:   *DocuSigned by:*
             *Kayanne Savage*
             F902D4C4D2384F8...                    Fecha: <u>07/10/2017</u>

Endereço:    <u>334 Severn Road</u>
             <u>Annapolis, MD, MD 21401 US</u>

Teléfono:    <u>4109728645</u>

Email:       <u>kayannesavage@yahoo.com</u>

Patrocinador:<u>Apia</u>

Fechas de participación en el programa au pair:

De:        <u>01/27/2014</u>                        A:      <u>03/30/2015</u>

DocuSign Envelope ID: 4C214308-3FFF-45EB-A338-C56C4BB9A1DB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      <u>KELLY CHRISTOFERO</u>

Signature: _Kelly Christofero_       Date:  <u>07/06/2017</u>

Address:   <u>5210 Redstart Street</u>
           <u>Texas, TX 77035 US</u>

Phone:     <u>8134654697</u>

Email:     <u>kellychristofero@hotmail.com</u>

Sponsor:   <u>EXPERT AU PAIR</u>

Dates in Au Pair Program:

From:   <u>06/06/2016</u>       To:   <u>06/06/2018</u>

DocuSign Envelope ID: 6AEA732B-BC2D-464A-A9A9-B258FD133F6C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Kelly Valoyes

Signature:  *kelly Valoyes*                                Date:  07/06/2017

Address:  1511 Ginger drive

Carrollton , TX 75007 US

Phone:  9728497004

Email:  lytzy17@hotmail.com

Sponsor:  Au Pair care

Dates in Au Pair Program:

From:  08/17/2015                                To:  08/16/2017

DocuSign Envelope ID: F50535F3-EA1F-4D0E-8073-4E896D691C5B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Kiara Melisa Mosquera Benitez

Signature:   *Kiara M.H.B*
DocuSigned by:
4F5A0A08F079448...

Date:   07/08/2017

Address:   Cr 23 B # 84 B 50 interior 145

Medellín , Antioquia  50005 CO

Phone:   5290354

Email:   meli-k23@hotmail.com

Sponsor:   Cultural Care au pair

Dates in Au Pair Program:

From:   10/03/2016

To:   10/02/2018

DocuSign Envelope ID: 1BDFEF9A-3CE4-478B-9CA6-EEA1D188C035

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>Kimberley Gutierrez</u>

Signature:       Date:   <u>07/06/2017</u>

Address:    <u>Quechisla</u>
            <u>La Paz , Murillo  0 BO</u>

Phone:      <u>59169801443</u>

Email:      <u>tiffjime2809@gmail.com</u>

Sponsor:    <u>Au Pair in America</u>

Dates in Au Pair Program:

From:       <u>10/22/2014</u>                To:     <u>10/26/2015</u>

DocuSign Envelope ID: E9CCFE63-45BF-4E9C-8082-966BAE8E231D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Kristiina Lepist Bates</u>

Signature:  _DocuSigned by:_ _[signature]_ B9D4D96E47C44D9...      Date:  <u>07/07/2017</u>

Address:  <u>1538 3rd St</u>
<u>Oakland, CA 94607 US</u>

Phone:  <u>5103457815</u>

Email:  <u>xkristiinax@gmail.com</u>

Sponsor:  <u>AuPairCare Inc.</u>

Dates in Au Pair Program:

From:  <u>01/24/2011</u>      To:  <u>01/23/2013</u>

DocuSign Envelope ID: 0C0EDC5F-4D9E-47A4-AB30-34DE7FC00E87

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Lady Ballén</u>

Signature:   *Lady Ballén*          Date:   <u>07/07/2017</u>
          EEAE2601984B4D4...

Address:   <u>calle 4 no. 6 - 51</u>

          <u>chia, cundinamarca CA 250002 CO</u>

Phone:    <u>3108873542</u>

Email:    <u>lala29035@hotmail.com</u>

Sponsor:   <u>go au pair</u>

Dates in Au Pair Program:

From:    <u>07/30/2015</u>                To:   <u>07/30/2016</u>

DocuSign Envelope ID: B280157D-6F0D-4797-9A07-A4FA4F4F23F9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  Lady Johana Correa Usma

Firma:  *Lady Johana Correa Usma*  Data:  07/13/2017
ED6F435CB73D4BE...

Dirección:  33 SE 8TH St apt 424

Boca Raton, FL 33432 US

Telefone:  8044058183

Email:  jcorrea@eastpayments.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De:  01/10/2011  A:  12/28/2013

DocuSign Envelope ID: 8D493F7F-1BB3-4BB5-A696-446002A57C22

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre: <u>LAILA CAROLINE PEREIRA</u>

Assinatura:
DocuSigned by:
*LAILA CAROLINE PEREIRA*
C8E5742E408C4E1...

Fecha: <u>07/11/2017</u>

Endereço: <u>Rodovia Admar Gonzaga, 1623, apto 102, bloco 05</u>

<u>Florianópolis, Santa Catarina 88034000 BR</u>

Teléfono: <u>5547996658877</u>

Email: <u>lailacarolp@yahoo.com.br</u>

Patrocinador: <u>AupairCare</u>

Fechas de participación en el programa au pair:

De: <u>05/20/2013</u>                    A: <u>12/04/2013</u>

DocuSign Envelope ID: 2F51103E-7CC5-44A8-9FD3-B277E8A0484E

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Lais de Oliveira</u>

Assinatura:      Fecha: <u>07/09/2017</u>

CBF6B59DBE1844F...

Endereço:   <u>789, Evaristo Olivatto Filho, Jardim Caieiras</u>

<u>Limeira, São Paulo  13483200 BR</u>

Teléfono:   <u>551934428344</u>

Email:   <u>lais.pucc@gmail.com</u>

Patrocinador: <u>APIA</u>

Fechas de participación en el programa au pair:

De:        <u>08/17/2015</u>                     A:        <u>08/18/2017</u>

DocuSign Envelope ID: 2657857E-CCBD-47D8-AA14-7F09B5FDE2A9

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Lais Medeiros Schambeck

Signature:     _DocuSigned by:_

_Lais Schambeck_

F53C52EBCF60452...

Date:     07/07/2017

Address:     Servidao Villa Harmonia 248

Florianópolis , Santa Catarina 88063500 BR

Phone:     55 (48) 38792738

Email:     Laisschambeck@hotmail.com

Sponsor:     AU PAIR CARE

Dates in Au Pair Program:

From:     04/14/2008

To:     04/17/2009

DocuSign Envelope ID: 9232669B-E391-4E4B-B1E3-9338C73F054D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Laísa Renata Camargo

Signature: _DocuSigned by:_
           _Laísa Camargo_
           3AF21B692516443...                          Date:   07/07/2017

Address:   Eziel Roberto Hungria 162

           Tatuí , São Paulo  18277580 BR


Phone:     15998256039


Email:     laisa_cr@hotmail.com


Sponsor:   Au Pair in America


Dates in Au Pair Program:

From:      02/09/2015                                  To:     01/18/2017

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Lara sarrio

Signature: *DocuSigned by:*
           *Kara*
           F99639E1C44A4FC...                    Date:   07/07/2017

Address:   Algar 37

           Polinya del xuquer, Valencia 46688 ES


Phone:     662353638


Email:     Laara_xx@hotmail.com


Sponsor:   Au pair in america


Dates in Au Pair Program:

From:      09/12/2015                            To:     03/10/2017

DocuSign Envelope ID: D2E722F9-0255-4CB0-926B-1734844D17E6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: __Larissa E. Souza Neves__

Signature: _Larissa E. Souza Neves_          Date: __07/06/2017__

DocuSigned by:
B0D59BE35B28409...

Address: __25 maplewook ave__

__Marlborough, MA 1752 US__

Phone: __9783984721__

Email: __larissascarlatt@hotmail.com__

Sponsor: __Au pair in america__

Dates in Au Pair Program:

From: __04/07/2015__          To: __05/31/2016__

DocuSign Envelope ID: 6CFCC1A1-0999-4438-A61C-2BE7ADBB026A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Larissa Felinto da Silva

Signature:                                                  Date:   07/18/2017

Address:   1496 sw 30th terrace - front

Fort Lauderdale , FL 33312 US

Phone:     7542653421

Email:     larissa_felinto@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:     05/06/2013                           To:     05/06/2013

DocuSign Envelope ID: A2312C0E-E943-4924-9112-EB9A89E89E0A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Larissa Lais Bevacqua

Signature:   *Larissa Lais Bevacqua*          Date:   07/06/2017
           EEF5481BD9C44AE...

Address:    11601 Bucknell Drive

           Silver Spring, MD 20902 US


Phone:     3013642945


Email:     laribevacqua@gmail.com


Sponsor:    Cultural Care Au Pair


Dates in Au Pair Program:

From:     05/01/2015              To:    12/01/2016

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Larissa luana Gonçalves silva</u>

Signature:          Date:     <u>07/06/2017</u>
FBE8C9E143A5427...

Address:     <u>7619 westwind Ln</u>
             <u>Houston, TX 77071 US</u>

Phone:     <u>??+1 (832) 998-4599??</u>

Email:     <u>larissaluana.silva94@gmail.com</u>

Sponsor:     <u>Cultural care au pair</u>

Dates in Au Pair Program:
From:     <u>04/11/2016</u>                    To:     <u>04/11/2018</u>

DocuSign Envelope ID: 8E5CFA5E-CB71-44E9-AA9C-148FD5833A07

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:   <u>Larissa Padilha Gomes</u>

Signature:      Date:   <u>07/06/2017</u>

Address:   <u>Rua 21 de Abril, 777 ap 62B - Monte Castelo</u>

<u>São José dos Campos, São Paulo 12215-290 BR</u>

Phone:   <u>12981915285</u>

Email:   <u>laah_sjc@hotmail.com</u>

Sponsor:   <u>APIA</u>

Dates in Au Pair Program:

From:   <u>05/18/2015</u>   To:   <u>05/18/2016</u>

DocuSign Envelope ID: 9C4BA649-F09B-4D00-8B5C-8AC55F1A08AE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   Laura Alejandra España Castro

Signature:   *Laura España*   Date:   07/14/2017
6AE34A5A0D5442B...

Address:   Calle 19 sur # 51 a 14

Bogota, Cundinamarca  CO

Phone:   3005640500

Email:   alejaxx_8@hotmail.com

Sponsor:   InterExchange, Inc.

Dates in Au Pair Program:

From:   NaN/NaN/NaN          To:   NaN/NaN/NaN

DocuSign Envelope ID: F848689F-1C8A-452D-953F-EEB3C15CC68B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Laura Ballesteros</u>

Signature: <u>JABS.</u>          Date: <u>07/06/2017</u>
03E79F7293F442D...

Address: <u>4565 Helena Drive</u>

<u>Titusville , FL 33780 US</u>

Phone: <u>3217478268</u>

Email: <u>Lauraba90@hotmail.com</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>01/11/2016</u>          To: <u>01/11/2018</u>

DocuSign Envelope ID: C6F5437D-B54D-49FE-9DBA-03D72CA0A8F4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Laura Barriga

Signature:        *Laura Barriga*        Date:        07/06/2017
                    6A95CD948CD44FC...

Address:        Cra 7 # 156 - 68   North Point  3 - Ofícina 1005

                Bogota , 110111 CO

Phone:        573003851392

Email:        Laurabarrigaduran@hotmail.com

Sponsor:        Aupair Care

Dates in Au Pair Program:

From:        05/19/2014                          To:        03/19/2015

DocuSign Envelope ID: C8525590-73A8-461C-AA62-31CBF4B9817B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Laura Buitrago</u>

Signature:  *Laura Buitrago*  
DocuSigned by:  
D7E9560091E8491...

Date:  <u>07/06/2017</u>

Address:  <u>16981 Lamont Ct</u>  
<u>Castro Valley, CA 94546 US</u>

Phone:  <u>4157588404</u>

Email:  <u>Labugon@hotmail.com</u>

Sponsor:  <u>Au Pair Care</u>

Dates in Au Pair Program:

From:  <u>02/01/2016</u>

To:  <u>02/01/2018</u>

DocuSign Envelope ID: 0265C47B-12B5-489B-9415-DCFFF870966E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Laura Cabrera Torres

Signature:   _DocuSigned by: [signature] 6B5D0D53F3DF418..._          Date:   07/06/2017

Address:    Calle 146 n 97-16 apto 121 bloque J

            Bogota, Cundinamarca NC 110121 CO

Phone:      3125219568

Email:      lauraale26@hotmail.com

Sponsor:    Go aupair

Dates in Au Pair Program:

From:       06/01/2015                                To:     05/31/2017

DocuSign Envelope ID: 02DA3030-559A-467F-8FF8-A8EB204C5179

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:          Laura camargo

Firma:         *Laura Camargo*          Data:   07/09/2017
               DocuSigned by:
               07AEC45BBA3F4A8...

Dirección:     518 hoyt street
               Darien, CT .. US

Telefone:      057 3163568396

Email:         Lauracar93@hotmail.com

Patrocinador:  Cultural care

Datas de participação no programa au pair:

De:            07/11/2016          A:      08/05/2016

DocuSign Envelope ID: 25499C8A-0847-489A-B82B-0380A0642465

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Laura Camila Munoz Amaya

Signature:     DocuSigned by:
_[signature]_
E525AE9051BA4E1...          Date:     07/07/2017

Address:     5478 Blackhawk Dr.
Danville, CA 94526 US

Phone:     573197038899

Email:     lacmunozam@unal.edu.co

Sponsor:     Au Pair Care

Dates in Au Pair Program:
From:     06/22/2015          To:     06/22/2016

DocuSign Envelope ID: 176563DB-DE59-44A9-92A7-2131060A1DBF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Laura carolina Henao Uribe</u>

Firma:  DocuSigned by:
L. Uribe
CDED2788FE39421...                              Data:  <u>07/10/2017</u>

Dirección:  <u>Calle 27 # 55B- 35 Apto 403</u>
<u>Medellín , Antioquia  57 CO</u>

Telefone:  <u>3043399527</u>

Email:  <u>laurispeople@hotmail.com</u>

Patrocinador: <u>AuPairCare</u>

Datas de participação no programa au pair:

De:  <u>08/13/2012</u>                              A:  <u>03/22/2014</u>

DocuSign Envelope ID: 9648414E-3365-49E4-95EE-23218C0F0A3B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Laura Catalina Sarmiento</u>

Signature:     DocuSigned by:
           *Catalina Sar*
           406E41117330403...          Date:     <u>07/06/2017</u>

Address:     <u>232 claflin Blvd</u>
            <u>Franklin square, NY 11010 US</u>

Phone:     <u>5162723369</u>

Email:     <u>Catacavbog7@gmail.com</u>

Sponsor:     <u>Go Au pair</u>

Dates in Au Pair Program:

From:     <u>07/07/2014</u>          To:     <u>07/07/2015</u>

DocuSign Envelope ID: BC2D78AA-5DA5-4136-A084-B7BE529B0FC9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Laura Constanza Murcia Mora</u>

Signature:   [DocuSigned by signature: 7EC48558686B421...]          Date:   <u>07/06/2017</u>

Address:   <u>Am Putjatin Park 6</u>
<u>Dresden, 1259 DE</u>

Phone:   <u>491723168326</u>

Email:   <u>lauramurcia9@hotmail.com</u>

Sponsor:   <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:   <u>06/21/2009</u>          To:   <u>06/17/2011</u>

DocuSign Envelope ID: 6B1F69F8-61AB-409F-B411-3474B9AADFD9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Laura Cristina Gil Posada

Signature:    *Laura Cristina Gil Posada*                 Date:    07/06/2017
          CF240BABDBA3455...

Address:    10126 N montgall
          Kansas City, MO 64155 US

Phone:     8166459640

Email:     lcristina.gil@udea.edu.co

Sponsor:    Au Pair Care, Inc.

Dates in Au Pair Program:

From:     08/29/2016                  To:    08/29/2018

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: ___Laura Giraldo Rojo___

Signature: _[signature: Laura Rojo]_ 3C202D06346140D...  Date: ___07/06/2017___

Address: ___Calle 34C # 88 B 66___

___Medellin, CT 34 CO___

Phone: ___3147773223___

Email: ___Laura.giraldo12@hotmail.com___

Sponsor: ___Au pair Care___

Dates in Au Pair Program:

From: ___01/02/2016___   To: ___04/01/2016___

DocuSign Envelope ID: 6C549B89-B76B-4DDA-A7D2-8829092014A3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   <u>Laura Lopez</u>

Signature:   *Laura Lopez*   Date:   <u>07/06/2017</u>
DocuSigned by:
46E2E07A6DB641B...

Address:   <u>27 Dane St</u>
<u>Boston, MA 2130 US</u>

Phone:   <u>2247046596</u>

Email:   <u>Tatiana8006@hotmail.com</u>

Sponsor:   <u>Au pair in America</u>

Dates in Au Pair Program:

From:   <u>09/12/2016</u>   To:   <u>09/12/2017</u>

DocuSign Envelope ID: 83D78376-5455-446F-BF46-6A7BEDD79E0E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    <u>Laura Marcela Herrera Velásquez</u>

Firma:    *Laura Marcela Herrera Velásquez*      Data:  <u>07/08/2017</u>

        DocuSigned by:
        5CA4F1DA1A07498...

Dirección:  <u>Dig 31 B No 32 c sur 41, 502</u>

            <u>Envigado, Antioquia 55240 CO</u>

Telefone:  <u>3004220728</u>

Email:    <u>lauris602@hotmail.com</u>

Patrocinador:<u>Aupair Care</u>

Datas de participação no programa au pair:

De:      <u>12/05/2016</u>         A:    <u>12/05/2017</u>

DocuSign Envelope ID: EA4CC0AF-0898-4292-876C-0754F8285562

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Laura ochoa</u>

Signature:   DocuSigned by:
             *Laura A.*
             962E7CCF4735415...          Date:   <u>07/06/2017</u>

Address:   <u>C 13 c sur 53 87</u>
           <u>Boston, MA MA 2114 US</u>

Phone:     <u>5745080401</u>

Email:     <u>lauramochoa2@gmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:     <u>01/05/2015</u>                To:   <u>08/03/2016</u>

DocuSign Envelope ID: 12A6CD18-9D9C-4CC5-B6E2-7B246F80E668

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Laura Viviana Perez Mendoza

Signature:   *LAURA PEREZ*
DocuSigned by:
33A88286BC72402...

Date:   07/06/2017

Address:   100 kissel ave

Staten Island , NY 10310 US

Phone:   9293210973

Email:   lauraperezmendoza@outlook.com

Sponsor:   Cultual care au pair

Dates in Au Pair Program:

From:   07/05/2016

To:   07/04/2018

DocuSign Envelope ID: F9C1D074-7A57-4D15-9C99-6E4D3263EA2A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Lauren Webster

Signature:   _DocuSigned by:_            Date:   07/08/2017
             _Lwebster_
             0EF04495A2E54AA...

Address:     3/24 Thornton Street

             Surfers Paradise, QLD 4217 AU

Phone:       484533272

Email:       laujanweb@hotmail.com

Sponsor:     Aupair Care

Dates in Au Pair Program:

From:        05/02/2016              To:     05/02/2017

DocuSign Envelope ID: 75870F56-305D-4A16-9BAC-26B28AFC0D0F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Lauritze Romero

Signature: *[DocuSigned by: D3BE7845305047A...]*          Date:    07/07/2017

Address:     Abasolo 760

Tepic, Nayarit NY 63100 MX

Phone:     523112029438

Email:     lauritze@live.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:     01/23/2012          To:     09/15/2012

DocuSign Envelope ID: BF712D85-E711-42A2-91AB-C5A79C254B4E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Laurynn Nathan

Signature:     *[DocuSigned by signature]*
739F418275764B8...          Date:   07/09/2017

Address:   4366 Oak Creek Dr
Gainesville , GA 30506 US

Phone:   4042634650

Email:   Laurynn.naomi25@gmail.com

Sponsor:   Interexchange

Dates in Au Pair Program:
From:   03/17/2014          To:   02/12/2016

DocuSign Envelope ID: 155B4C04-2844-4563-8EE8-85D3FC123AF9

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:   <u>layana erika cheliga</u>

Signature:   *Layana Érika Cheliga*
DocuSigned by:
B7AD20C48D374C5...

Date:   <u>07/06/2017</u>

Address:   <u>feira de santana nº 165</u>

<u>campo limpo paulista, São Paulo - SP WY 13236520 BR</u>

Phone:   <u>55011940280605</u>

Email:   <u>layanacheliga@hotmail.com</u>

Sponsor:   <u>Au Pai in america</u>

Dates in Au Pair Program:

From:   <u>06/04/2012</u>          To:   <u>06/17/2014</u>

DocuSign Envelope ID: D7F897F2-EB9F-4A01-83DB-DFEF3258F5C8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Ledis Tatiana Alvarez

Signature:   [signature]   Date:   07/17/2017

Address:   4810 Riverton Lane
Bowie , MD 20715 US

Phone:   2405352542

Email:   tatialvarez012@hotmail.con

Sponsor:   Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:   08/03/2015   To:   08/02/2017

DocuSign Envelope ID: 453B39CF-22E6-4001-9EC5-5EAC770DCD22

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Leidy Alvarez

Signature:     *DocuSigned by:*
                *Leidy A.*
                52D8BCFA3F74442...          Date:     07/08/2017

Address:     421 fonclair st

             Johnstown, NY 12095 US


Phone:     5188441897


Email:     Leidy.quimboa@hotmail.com


Sponsor:     Cultural care au pair


Dates in Au Pair Program:

From:     01/06/2014                    To:     01/06/2016

DocuSign Envelope ID: 3A014262-F0EB-4A88-98E2-ED63FE2F576B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:       <u>LEIDY CAROLINA PULIDO MORA</u>

Signature:   *LEIDY CAROLINA PULIDO MORA*            Date:   <u>07/06/2017</u>
             89C6767553F5447...

Address:    <u>KM 2 VIA CAJICA TABIO</u>

            <u>CAJICA , CUNDINAMARCA 57 CO</u>

Phone:      <u>3134120099</u>

Email:      <u>CAROPULMO1@HOTMAIL.COM</u>

Sponsor:    <u>CULTURAL CARE AU PAIR</u>

Dates in Au Pair Program:

From:    <u>08/11/2010</u>                         To:   <u>08/15/2011</u>

DocuSign Envelope ID: 22F45EF6-D070-4593-96A9-019A1EDC4D4C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Leidy Johanna Montero Agudelo

Signature: [DocuSigned by signature: 35399AAFAF11442...]          Date:   07/10/2017

Address:   Manzana 46 casa 16 corales

           Pereira , Risaralda DE 660005 CO


Phone:     3117027200


Email:     Monterito19@hotmail.com


Sponsor:   Au pair care


Dates in Au Pair Program:

From:      07/18/2016                    To:    07/18/2018

DocuSign Envelope ID: EA3181D4-CD9B-425B-ABA4-0521AB170D10

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   Leidy M Rios Gutierrez

Firma:   *Leidy M Rios Gutierrez*
DocuSigned by:
DF11BF315F414E9...

Data:   07/10/2017

Dirección:   6517 Aspen Road
edina, MN 55436 US

Telefone:   6122503054

Email:   leidydy_rios@hotmail.com

Patrocinador: cultural care Au pair

Datas de participação no programa au pair:

De:   07/27/2009

A:   08/27/2011

DocuSign Envelope ID: 17C9C163-3B88-45BF-9A85-17DD425D3E15

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Leidy Yuliana Martinez Buitrago</u>

Firma:  *Leidy Yuliana Martinez Buitrago*    Data:  <u>07/09/2017</u>
DocuSigned by:
B01FA477BA51499...

Dirección:  <u>745 Eden Way North</u>
<u>Chesapeake, VA 23320 US</u>

Telefone:  <u>3059670813</u>

Email:  <u>leidy_1310@hotmail.com</u>

Patrocinador: <u>Au Pair Care</u>

Datas de participação no programa au pair:
De:  <u>07/20/2015</u>                    A:  <u>07/20/2016</u>

DocuSign Envelope ID: 8B61DCB5-8796-4470-8EF2-754116935E45

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:       <u>Leilane Gomes</u>

Signature:  <u>DocuSigned by: [signature] 431C72F2048A4D7...</u>        Date:   <u>07/06/2017</u>

Address:    <u>930, Mountainview Circle</u>

<u>Westfield, NJ 7090 US</u>

Phone:      <u>5512991771174</u>

Email:      <u>leilane.g@hotmail.com</u>

Sponsor:    <u>Au Pair in America</u>

Dates in Au Pair Program:

From:       <u>11/30/2015</u>                    To:    <u>05/26/2017</u>

DocuSign Envelope ID: 78C117E1-64EF-4483-8CFF-39A33775372C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      Leticia dos Santos Silva

Signature:   *Leticia*                              Date:   07/05/2017
            DocuSign by:
            2C518E4EC29B40C...

Address:    Rua Frederich Von Voith, 489

            São Paulo, São Paulo 2995000 BR

Phone:      5511962889870

Email:      leebass1993@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:       12/12/2016                          To:    03/12/2017

DocuSign Envelope ID: ABFB9114-A29C-4DC8-B63A-5AA13B196314

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre: <u>Letícia Machado da Silva</u>

Assinatura:  Fecha: <u>07/10/2017</u>

Endereço: <u>Vereador Assmann, 67</u>

<u>Santa Cruz do Sul, ND 96815320 BR</u>

Teléfono: <u>5551998281712</u>

Email: <u>machado.ticia@gmail.com</u>

Patrocinador:<u>AuPairCare</u>

Fechas de participación en el programa au pair:

De: <u>07/10/2010</u>          A: <u>07/10/2011</u>

DocuSign Envelope ID: E539DF8C-6916-4F66-903F-A6D1FF2A0047

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Letícia Vieira Mello</u>

Signature: <u>Letícia Vieira Mello</u>  Date: <u>07/07/2017</u>
DocuSigned by:
B021B3D8E53C406...

Address: <u>QNC 07 Casa 17</u>

<u>Taguatinga, Distrito Federal 72115570 BR</u>

Phone: <u>5561993390277</u>

Email: <u>letmello@gmail.com</u>

Sponsor: <u>AuPair Care</u>

Dates in Au Pair Program:

From: <u>09/23/2013</u>    To: <u>09/22/2014</u>

DocuSign Envelope ID: E58A10EA-789E-496C-ABA2-B863291FB7F7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>LEYDI DIANA RIVERA DOMINGUEZ</u>

Signature:   *LEYDI DIANA RIVERA DOMINGUEZ*
       34BCA11931654A0...     Date:  <u>07/07/2017</u>

Address:   <u>CARRILLO PUERTO 51 COL. LOMAS DEL MAR</u>

          <u>BOCA DEL RIO , VERACRUZ 94293 MX</u>

Phone:    <u>2292654725</u>

Email:    <u>comercial@mainver.mx</u>

Sponsor:   <u>GO AUPAIR</u>

Dates in Au Pair Program:

From:   <u>07/27/2011</u>       To:  <u>07/26/2013</u>

DocuSign Envelope ID: 139806DC-ED32-47C4-91CF-361162EFD7A1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Leydi Johana Moreno Posada

Signature: _[DocuSigned by: Leydi Moreno — B3A98FB137D449E...]_          Date:   07/06/2017

Address:   806 Alden Bridge Dr
           Cary, NC 27519 US

Phone:    9198899905

Email:    lejom_0721@hotmail.com

Sponsor:  Cultural Care

Dates in Au Pair Program:

From:    08/08/2016                    To:    08/07/2018

DocuSign Envelope ID: 81D07AE4-A6AD-41F9-B9B0-47FF28B3240C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Libia Ramirez</u>

Firma:  *Libia Ramirez*
594C9B4426864D8...

Data:  <u>07/13/2017</u>

Dirección:  <u>3114 33th st</u>
<u>astoria , NY 11106 US</u>

Telefone:  <u>2123007211</u>

Email:  <u>milibs@gmail.com</u>

Patrocinador: <u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:  <u>11/15/2010</u>

A:  <u>03/30/2011</u>

DocuSign Envelope ID: 59437875-10C0-4EBB-B1F1-A79D9C4E672A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Lidia Stefanny Torres Casallas</u>

Signature:      DocuSigned by:
*S. T*
29CDCBEB4C0F4F2...                    Date:    <u>07/06/2017</u>

Address:    <u>18 Marian Drive</u>
<u>West Windsor, NJ 8550 US</u>

Phone:     <u>9176128266</u>

Email:     <u>Stefyta93012009@hotmail.com</u>

Sponsor:    <u>Au pair care</u>

Dates in Au Pair Program:

From:     <u>07/15/2015</u>                    To:    <u>07/14/2017</u>

DocuSign Envelope ID: 383F83ED-6C55-4FD1-84C3-4459C372D99E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Ligia Mercedes Díaz Portillo</u>

Signature: *DocuSigned by:* [signature]
78F850E60DE54A9...

Date: <u>07/07/2017</u>

Address: <u>52 sherwood drive</u>
<u>Larchmont, NY 10538 SV</u>

Phone: <u>914 73389390</u>

Email: <u>li5mer6@hotmail.com</u>

Sponsor: <u>Interexchange</u>

Dates in Au Pair Program:

From: <u>04/04/2017</u>

To: <u>04/04/2018</u>

DocuSign Envelope ID: FFF9FEA7-08E2-4621-B9F0-9F2E2050576E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Liina Hilda Ilves

Signature:  *[DocuSigned signature]*                     Date:   07/07/2017
            9BF4B6A620DE425...

Address:    ABRAMI TALU, AUKULA

            HALJALA VALD, LAANE VIRUMAA MD 45306 EE

Phone:      37254561214

Email:      LIINAHILDA.ILVES@GMAIL.COM

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:       08/03/2015                                    To:     06/22/2017

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:        <u>Lila Montserrat Gonzalez Sanchez</u>

Signature:   *DocuSigned by:*
             *Lila M.*
             C3627221B2C1400...                        Date:    <u>07/06/2017</u>

Address:     <u>80 Portland rd</u>
             <u>Atlantic Highlands , NJ 7716 US</u>

Phone:       <u>7028439328</u>

Email:       <u>lilamontserrat@hotmail.com</u>

Sponsor:     <u>AupairCare</u>

Dates in Au Pair Program:

From:        <u>02/16/2015</u>                           To:      <u>08/19/2016</u>

DocuSign Envelope ID: 98C6ADEC-74FD-48CF-86DE-06090BA09620

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     Lilian Regina Radke

Assinatura:  *Lilian Regina Radke*     Fecha: 07/10/2017
DocuSigned by:
7BC00890A1DB4F7...

Endereço:   1557 Lexington Ave - 3S
            New York, NY 10029 US

Teléfono:   2017796396

Email:      lilian.radke@gmail.com

Patrocinador: AuPairCare

Fechas de participación en el programa au pair:

De:      02/03/2014                    A:      02/03/2016

DocuSign Envelope ID: E104CE3F-61EC-4B37-9C16-CB5167106B59

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>lilibeht Aponza Montaño</u>

Signature:    DocuSigned by:

*lili Montaño*

E3D46337E7C64D2...

Date:    <u>07/06/2017</u>

Address:    <u>3 summer avenue</u>

<u>malden, MA 2148 US</u>

Phone:    <u>7815269937</u>

Email:    <u>lilibella28@hotmail.com</u>

Sponsor:    <u>au pair care</u>

Dates in Au Pair Program:

From:    <u>08/22/2016</u>

To:    <u>08/22/2017</u>

DocuSign Envelope ID: 45FC966A-E343-417C-A787-D9DBCD7135D0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Lina arango

Signature:     DocuSigned by:     Date:     07/07/2017
D4D2959F7EAC4E5...

Address:     152 sagamore road
Millburn , NJ 7041 US

Phone:     6462653542

Email:     linara_93@hotmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:     11/07/2016     To:     11/07/2017

DocuSign Envelope ID: E5C90FE3-15C2-4DD2-8DEE-81F9550751BD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Lina Fernanda Herrera Mendez</u>

Signature:   *Lina Fernanda Herrera Mendez*          Date:   <u>07/06/2017</u>
DocuSigned by:
C90E7BC0EC70420...

Address:   <u>1409 Broderick st</u>
           <u>San Francisco, CA 94115 US</u>

Phone:    <u>14153166938</u>

Email:    <u>liherrera@hotmail.es</u>

Sponsor:   <u>Aupaircare</u>

Dates in Au Pair Program:

From:   <u>04/02/2012</u>                    To:   <u>04/01/2014</u>

DocuSign Envelope ID: 7E230F2B-2591-4B19-B3A9-0C7BD9119187

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>LINA MARCELA MORA QUINTERO</u>

Signature:    *LINA MARCELA MORA QUINTERO*     Date:   <u>07/06/2017</u>
C5AAB2C0DB3741F...

Address:    <u>CRA 45B 96 18</u>

         <u>BARRANQUILLA, ATLANTICO CT 80020 CO</u>

Phone:    <u>3164484704</u>

Email:    <u>limoqui@hotmail.com</u>

Sponsor:    <u>au pair in america</u>

Dates in Au Pair Program:

From:    <u>08/20/2012</u>         To:    <u>12/08/2012</u>

DocuSign Envelope ID: 1712891B-7788-4FA0-B3C7-A1F5B724132C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     Lis Veras dos Santos

Assinatura:     *Lis Veras dos Santos*
DocuSigned by:
378A081DAC2C4A2...     Fecha: 07/17/2017

Endereço:     Av. Engenheiro Domingos Ferreira, 3400
Recife, Pernambuco 51020-040 BR

Teléfono:     558196320266

Email:     lisveras@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De:          07/27/2015          A:          06/12/2017

DocuSign Envelope ID: 300E1C73-6B64-4555-8266-A9DE5087A552

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Lisly Georgina Diaz Ferrera</u>

Signature:     DocuSigned by:       Date:    <u>07/05/2017</u>
E3C79F375D54410...

Address:     <u>Calle 34a num 352b x33 y 35 Lopez mateos</u>

<u>Merida , Yucatán  97114 MX</u>

Phone:     <u>9991380419</u>

Email:     <u>lisly.diaz.3@gmail.com</u>

Sponsor:     <u>American Institute For Foreign Study (AIFS) d/b/a Au Pair In America (APÍA)</u>

Dates in Au Pair Program:

From:     <u>08/04/2014</u>        To:    <u>08/01/2016</u>

DocuSign Envelope ID: 5953F0C5-A659-4DAC-B7E5-B7A51C799D59

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     Liyaliz Mu Cambero

Firma:     DocuSigned by:     Data:     07/10/2017
L M C
43E1EFA411FB432...

Dirección:     Alpes

Tepic, Nayarit NM 63110 MX

Telefone:     3112632907

Email:     Liya_flor@hotmail.com

Patrocinador: AuPair Care

Datas de participação no programa au pair:

De:          09/28/2015               A:     09/28/2016

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      Lizbeth karina Bautista Carreño

Signature:    *Lizbeth karina Bautista Carreño*          Date:    07/06/2017
          DocuSigned by:
          D34B74B0685248B...

Address:    3139 south stafford st

          Arlington , VA 22206 US

Phone:    5716350308

Email:    lizbeth__1996@hotmail.com

Sponsor:    Cultural care

Dates in Au Pair Program:

From:    04/25/2016          To:    11/25/2017

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Nome:     <u>Lizet vanessa pareja olivar</u>

Firma:          Data:   <u>07/14/2017</u>

Dirección:   <u>115 n 64bb-8</u>

<u>Medellin, Antioquia CA 57 CO</u>

Telefone:   <u>5056621</u>

Email:     <u>Vannessapareja@gmail.com</u>

Patrocinador: <u>InterExchange, Inc.</u>

Datas de participação no programa au pair:

De:       <u>02/01/2014</u>                A:   <u>03/24/2014</u>

DocuSign Envelope ID: 12BEA5D1-5FC4-46E8-B1C7-C8B0EE235696

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   LIZETH ANDREA MONTANO  LOZANO

Signature:   [signature]   Date:   07/06/2017

Address:   CALLE 80  A NO.   118-30 IMNT  1    APARTAMENTO  501

BOGOTA , CUNDINAMARCA 111011 CO

Phone:   3045614845

Email:   lizeta91@gmail.com

Sponsor:   CULTURAL CARE AU PAIR

Dates in Au Pair Program:

From:   06/19/2011                To:   02/15/2012

DocuSign Envelope ID: 3AEA2951-E935-477E-B965-37724DA6356A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Nome:  Lizeth Gonzalez Rubio Zamudio

Firma:  *Lizeth Gonzalez Rubio Zamudio*
DocuSigned by:
AC5F9893947B454...

Data:  07/09/2017

Dirección:  Transversal 71F # 5A- 54

Bogotá, Cundinamarca 110831140 CO


Telefone:  9169323730


Email:  lizeth.gonzalez@hotmail.es


Patrocinador: Au Pair Care


Datas de participação no programa au pair:

De:  06/06/2016                    A:  06/06/2018

DocuSign Envelope ID: DD235CCB-E286-4BBB-93BB-27EE601882DE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Lorena Aizman Revilla</u>

Signature: *DocuSigned by:* [signature] 08796F076D664B1...     Date: <u>07/05/2017</u>

Address: <u>Loma larga#22 Lomas del Sol</u>

<u>Nuevo vallarta, Nayarit SD 63735 MX</u>

Phone: <u>3222065961</u>

Email: <u>taniaaizman@hotmail.com</u>

Sponsor: <u>Aupair care</u>

Dates in Au Pair Program:

From: <u>07/12/2012</u>     To: <u>07/01/2014</u>

DocuSign Envelope ID: A251C2FB-0C3B-4963-9554-4574AC834156

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Lorena Salamanca</u>

Signature:   DocuSigned by:
            *Lorena S*
            7BE89BBF0198405...                    Date:   <u>07/07/2017</u>

Address:   <u>5389 sage brush drive</u>
           <u>Broomfield, CO 80020 US</u>

Phone:     <u>7205127828</u>

Email:     <u>Lorena.salamanca3001@hotmail.com</u>

Sponsor:   <u>AuPair Care</u>

Dates in Au Pair Program:

From:      <u>09/12/2016</u>                       To:    <u>09/12/2017</u>

DocuSign Envelope ID: 19A29015-1DDA-444E-BC59-2489CE1097A2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      Lorena Wentling

Signature:      _Lorena Wentling_      Date:      07/06/2017
AB9DC5AF9AD44AE...

Address:      8626 Atlas View Dr
Santee, CA 92071 US

Phone:      6198184991

Email:      loreg1606@hotmail.com

Sponsor:      AuPair InterExchange

Dates in Au Pair Program:
From:      07/01/2011      To:      01/01/2013

DocuSign Envelope ID: 6EB9EFD0-F035-4B43-B270-0E8DAFFC7600

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Louise A. H. Lorenzen

Signature:  *Louise A. H. Lorenzen*          Date:   07/08/2017
            0851F0B6A8994E2...

Address:    Bryggervangen 22
            Copenhagen, 2100 DK

Phone:      4553126280

Email:      louiselorenzen@gmail.com

Sponsor:    AuPair Care

Dates in Au Pair Program:
From:       08/25/2014                        To:     06/17/2016

DocuSign Envelope ID: A92F18A9-180E-44C4-8EBF-87240D88A77C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      <u>Luana Antunes Tolentino Souza</u>

Signature:   *Luana Antunes Tolentino Souza*          Date:   <u>07/06/2017</u>
DocuSigned by:
FAD97F0C86334D8...

Address:   <u>Rua Soldado Hercilio Goncalves</u>
           <u>Guarulhos, Sao Paulo 7093140 BR</u>

Phone:     <u>11946152619</u>

Email:     <u>luana2422@hotmail.com</u>

Sponsor:   <u>APIA</u>

Dates in Au Pair Program:

From:      <u>10/28/2014</u>          To:   <u>10/28/2015</u>

DocuSign Envelope ID: AF15043A-5CBA-40B6-AD23-47898729E990

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    LUANA GRECCO DE OLIVEIRA PIRES

Signature:    *LUANA GRECCO DE OLIVEIRA PIRES*    Date:   07/13/2017
DocuSigned by:
2A44B54DFA624DF...

Address:    40 WINCHESTER DRIVE

SCOTCH PLAINS , NJ 7076 US

Phone:    12987078311

Email:    luana.grecco22@gmail.com

Sponsor:    Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:    27/12/2014                    To:    29/07/2015

DocuSign Envelope ID: 481E6D74-BEFC-4412-A475-543E955927A0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Luana S Mendes de Melo

Signature:   DocuSigned by:
             *Mlo*
             A1E857CFFC3A4A1...                    Date:    07/06/2017

Address:     36 Cambo St
             Brockton, MA 2301 US

Phone:       2027356955

Email:       luana.silvania@yahoo.com.br

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:
From:        07/25/2012                            To:      08/01/2014

DocuSign Envelope ID: 7686FE3F-1AB3-4A6A-B19E-60372A84C7C0

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:    Lucas Diogenes Lipat-silva jandrey

Assinatura:    [DocuSigned by: D1DD7A13CF204E5...]       Fecha: 07/09/2017

Endereço:    506 seminary row apt 3

New York , NY 10027 US

Teléfono:    6464559142

Email:    Lcsjandrey@icloud.com

Patrocinador: Cultural Care

Fechas de participación en el programa au pair:

De:    04/28/2016        A:    07/02/2016

DocuSign Envelope ID: 76E719EE-9250-4B68-A548-71A8885A70C5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Lucia Gabriela Correa</u>

Firma:               Data:   <u>07/12/2017</u>

Dirección:   <u>44th clinton st</u>

<u>Mount Vernon, NY 10552-1005 US</u>

Telefone:   <u>9084547134</u>

Email:      <u>luciagorrea@gmail.com</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:

De:        <u>07/10/2013</u>                    A:      <u>03/23/2014</u>

DocuSign Envelope ID: 00D7D87D-77F4-4A2A-96A7-F00CDB57E44D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Lucia Marisol Maltos

Signature:  *DocuSigned by:* [signature] CA0CD1A690D6475...      Date:  07/12/2017

Address:  10214 Day Ave

Silver Spring, MD 20910 US

Phone:  3019197184

Email:  marisol.maltos@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  07/17/2009      To:  07/16/2010

DocuSign Envelope ID: 8FD02CBC-8073-4352-A5D1-E6D1CC7F77FC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Luciana Naief

Signature:    *[DocuSigned by signature]*    Date:    07/07/2017
54EF226576AF4E9...

Address:    Paraguay 5142

Buenos Aires , Capital Federal CO 1426 AR

Phone:    5491131569984

Email:    lucinaief@hotmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:    08/26/2012    To:    02/14/2014

DocuSign Envelope ID: CCDA3576-9300-4AB0-9386-A6D484A5D67D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:   Luciana Santana de Carvalho

Signature:   *Luciana Santana de Carvalho*
DocuSigned by:
0357D8F5AB1A4E6...
Date:   07/06/2017

Address:   Elias Rodrigues Claro, 419 Casa 12

Sorocaba, São Paulo SC 18046390 BR

Phone:   15981071718

Email:   luciiana@uol.com.br

Sponsor:   Au Pair in America

Dates in Au Pair Program:

From:   12/27/2010       To:   11/30/2011

DocuSign Envelope ID: 32E45A32-CC3C-4DF8-BDA4-15AD86AE02ED

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     <u>Luis Fernando Santos</u>

Assinatura:     <u>Signature</u>     Fecha: <u>07/10/2017</u>
2BF685F11CF142B...

Endereço:     <u>227 Breckenridge Drive</u>

<u>North Augusta, SC 29841 US</u>

Teléfono:     <u>4044834841</u>

Email:     <u>l.fernandost@gmail.com</u>

Patrocinador: <u>Aupaircare</u>

Fechas de participación en el programa au pair:

De:     <u>01/20/2013</u>     A:     <u>01/20/2015</u>

DocuSign Envelope ID: 834B5C0A-258B-4D72-933F-CC2814215FB5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Luis Mendez Gutierrez</u>

Signature: *Luis Mendez Gutierrez*
DocuSigned by:
148F531CBAAD4FE...

Date: <u>07/08/2017</u>

Address: <u>1809 N Quesada St</u>
<u>Arlington, VA 22205 US</u>

Phone: <u>7035971483</u>

Email: <u>will1gtz@gmail.com</u>

Sponsor: <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From: <u>07/25/2014</u>

To: <u>07/22/2016</u>

DocuSign Envelope ID: CD0881A3-DAAD-4298-AA26-6FEE3B932708

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Luisa espitia

Signature:  *Luisa E*
9730295C47D743D...

Date:  07/11/2017

Address:  Diagonal 9 transversal 7 # 9-08 la granja
Monteria , Cordoba  TX 230004 CO

Phone:  573147279566

Email:  Luisafernanda2111@hotmail.com

Sponsor:  Cultural care

Dates in Au Pair Program:

From:  11/29/2015

To:  11/29/2017

DocuSign Envelope ID: D0CEE0D6-E9CC-4E43-83F0-EA5A86913F2A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Luisa Fernanda Aguilera

Signature:   _DocuSigned by:_ [signature] B26EB37396CA41F...   Date:   07/06/2017

Address:   41 asa meiggs RD

Sandwich, MA 2563 US

Phone:   +1 7744541588

Email:   luisaf_aguilerarodriguez@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   09/05/2016         To:   09/05/2017

DocuSign Envelope ID: A528172F-546B-465C-A159-15EEF273A4CA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Luisa Fernanda Jiménez peñaloza

Signature:  _DocuSigned by:_
            [signature]
            C246D1CB16234F4...                         Date:   07/06/2017

Address:    Av 4e #1-15 Minuto de Dios

            Cúcuta , Norte de Santander  540018 CO


Phone:      3168715501


Email:      Luisa-2409@hotmail.com


Sponsor:    Cultural care au pair


Dates in Au Pair Program:

From:       03/16/2015                                 To:     09/13/2016

DocuSign Envelope ID: 82473877-E835-409A-B6F8-204C6242D7FE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Luisa Fernanda Parra Sierra</u>

Signature: <u>Luisa Parra S</u>    Date: <u>07/06/2017</u>
DocuSigned by:
01A7E063D3C14FA...

Address: <u>Cra 1a #19-119 Casa 54</u>

<u>Chia, Cundinamarca 250001 CO</u>

Phone: <u>??+57 (315) 369-02</u>90??

Email: <u>Luferparras@hotmail.com</u>

Sponsor: <u>AuPair Care</u>

Dates in Au Pair Program:

From: <u>05/04/2015</u>    To: <u>05/04/2017</u>

DocuSign Envelope ID: A754F8E0-A531-4D5C-99F6-30544281BD8B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Luisanis Eigner

Signature:                                                    Date:    07/06/2017

Address:     605 Midway st

Rocky Mount, NC 27801 US

Phone:       2523143577

Email:        luvelo87@hotmail.com

Sponsor:     AuPairCare

Dates in Au Pair Program:

From:     08/05/2013                                 To:     08/05/2014

DocuSign Envelope ID: A0BAC802-35F2-4491-8772-21E034D257BC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Luz Adriana Marín Téllez

Signature:                           Date:   07/07/2017

Address:   Cra. 2a

           Vélez , Santander NY 12345 CO


Phone:     3138661424


Email:     atellez_38@hotmail.com


Sponsor:   Au pair in America


Dates in Au Pair Program:

From:      02/21/2011                    To:    08/21/2012

DocuSign Envelope ID: 109123FC-7A70-44B3-804D-CA8695855EAD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Luz Maryury Bermudez Barreto

Signature:  *Luz Maryury Bermudez Barreto*
DocuSigned by:
082AC427A5654BF...

Date:  07/07/2017

Address:  16 ship ave

Medford, MA 2155 US

Phone:  6177339932

Email:  Mayitodulce@hotmail.com

Sponsor:  Au pair care

Dates in Au Pair Program:

From:  08/03/2015

To:  08/03/2017

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Mabel mancilla Ortiz

Signature:  *DocuSigned by:*
*DB38CE9D4855484...*

Date:  07/06/2017

Address:  Avenida 1N #0A-87

Cucuta , Norte de Santander  540001 CO

Phone:  573004028187

Email:  Ing.mabelmancilla@gmail.com

Sponsor:  Aupaircare inc

Dates in Au Pair Program:

From:  01/19/2015

To:  01/18/2017

DocuSign Envelope ID: E4034DD6-7947-4DA4-A57D-215E9C69F621

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      Maiara Maragno Coale


Signature:                                                      Date:    07/06/2017

DocuSigned by:

27A6F5145C904D7...

Address:    1718 Hewes Avenue

Boothwyn, PA 19061 US


Phone:      6093578844


Email:      maiaramcoale@outlook.com


Sponsor:    AuPair Care


Dates in Au Pair Program:

From:     03/04/2016                              To:      11/24/2016

DocuSign Envelope ID: 7E972577-663B-497F-995F-6D2B2ECBDC39

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Maidelyn Cristina Barrera Martinez</u>

Signature: *Maidelyn Cristina Barrera Martinez*
DocuSigned by:
9C4B8858F6E4443...

Date: <u>07/12/2017</u>

Address: <u>6703 Portree Ct</u>
<u>Springfield, VA 22152 US</u>

Phone: <u>5712258922</u>

Email: <u>makis2489@gmail.com</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>08/20/2014</u>          To: <u>08/20/2015</u>

DocuSign Envelope ID: 1E46AA80-FF2C-4721-9768-9DCA19A72EBB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Maira alejandra allen</u>

Signature:     <u>Maira</u>          Date:     <u>07/10/2017</u>
BE4ABD715228464...

Address:     <u>10441 N Mac Arthur blvd apt 283</u>
<u>Irving, TX 75063 US</u>

Phone:     <u>4692308470</u>

Email:     <u>Mairanaranjo88.nm@hotmail.com</u>

Sponsor:     <u>Cultural care</u>

Dates in Au Pair Program:

From:     <u>02/02/2014</u>          To:     <u>11/02/2015</u>

DocuSign Envelope ID: 50D46032-C766-411F-90FB-897BA9124441

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Mairilis saldarriaga

Signature:     DocuSigned by:
                   [signature]
                   736ACA7F08434A3...                    Date:     07/07/2017

Address:     5253 73 st

             New york, NY 11378 US

Phone:     9179355410

Email:     Mairilisaldarriaga1394@hotmail.com

Sponsor:     Cultural care

Dates in Au Pair Program:

From:     03/14/2016                    To:     12/14/2017

DocuSign Envelope ID: 9F59E010-1519-4D74-B7A2-20D9D2663137

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Maisa Torquato

Signature: *[DocuSigned by signature]*                    Date:   07/06/2017

Address:   10901 Amherst Ave, Apt 112

           Silver Spring, MD 20902 US


Phone:     2405953296


Email:     Maisatorquato@yahoo.com.br


Sponsor:   Aupaircare


Dates in Au Pair Program:

From:      12/06/2010                          To:    09/24/2012

DocuSign Envelope ID: 3E37DEBD-6F89-4EF2-817C-8FC06F9DB7FE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Manuela Bedoya Alvarez</u>

Signature:   DocuSigned by:      Date:   <u>07/06/2017</u>
            _menuela_
            D792FDD1582C4D8...

Address:   <u>7112 hearst drive</u>

           <u>El Dorado Hills, CA 95762 US</u>

Phone:     <u>9168994826</u>

Email:     <u>Manubdo13@gmail.com</u>

Sponsor:   <u>AupairCare</u>

Dates in Au Pair Program:

From:     <u>08/22/2016</u>                    To:    <u>08/22/2017</u>

DocuSign Envelope ID: 5B99342B-A6FC-4562-872B-E8E1B0D20F6E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Manuela Ponce

Signature:  *DocuSigned by:* D247B97A21B64C5...    Date:  07/06/2017

Address:  Loring Avenue

Pelham, NY 10803 US

Phone:  9142821194

Email:  manupm_89@hotmail.com

Sponsor:  Au Pair in America

Dates in Au Pair Program:

From:  12/28/2015    To:  09/28/2017

DocuSign Envelope ID: B2892AF0-2C4E-4ABB-92AA-C86DA0554A5A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Marcela Andrea Castrillon Buitrago

Signature:    DocuSigned by:

629001A1CBF1435...

Date:    07/13/2017

Address:    3235 30 th avenue west

Seattle , WA 98199 US

Phone:    2068220223

Email:    andreitacastrillon92@gmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:    12/07/2016          To:    12/12/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: <u>Marcela coral Taguada</u>

Signature: *Marcela*
895E1729C7FE4C7...          Date: <u>07/06/2017</u>

Address: <u>Diagonal 16 A 13 El 89 Rosario</u>

<u>Pasto, Nariño DC 52001 CO</u>

Phone: <u>3043987763</u>

Email: <u>marcelacoralt@gmail.com</u>

Sponsor: <u>Cultural care au pair</u>

Dates in Au Pair Program:

From: <u>08/01/2013</u>          To: <u>08/01/2017</u>

DocuSign Envelope ID: 547B960E-4B3C-4E9F-99EA-616742A11787

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Marcela Gonzalez Segura

Signature:   *[signature]*          Date:   07/06/2017
             7ED855FC37FE4E3...

Address:   598 Monroe St Ap 1
           Brooklyn , NY 11221 US

Phone:     6465096638

Email:     marce.gonzalez89@hotmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:

From:     08/11/2014          To:     08/11/2016

DocuSign Envelope ID: DB5A6BA6-961C-4151-9EC4-B632576F594D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   <u>Marcela López Cordoba</u>

Firma:   *Marcela López Cordoba*   DocuSigned by:   5AC0576736D5428...    Data:   <u>07/09/2017</u>

Dirección:   <u>8 Strawberry dr</u>
<u>Barrington, RI 2406 US</u>

Telefone:   <u>4016328225</u>

Email:   <u>March80_5@hotmail.com</u>

Patrocinador:<u>Go au pair</u>

Datas de participação no programa au pair:

De:   <u>11/20/2015</u>   A:   <u>11/20/2017</u>

DocuSign Envelope ID: 43DD311A-3A0A-41A5-AB22-8DA50AE84520

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Marcela Perez Rico

Signature:   *Marcela Perez Rico*
             DocuSigned by:
             4E8F911F33D242A...                          Date:   07/07/2017

Address:   21217 Military Rd S
           Seatac, WA 98198 US

Phone:     2064897917

Email:     mprico@outlook.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:     07/11/2011                          To:     07/11/2013

DocuSign Envelope ID: C07E34FC-91F4-41D7-AA4D-37D9C1D127F8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Marcela Pinzon Serpa</u>

Signature:     *Marcela Pinzón*
        5FCF901C3D53435...               Date:   <u>07/06/2017</u>

Address:     <u>408 Harlem Avenue</u>
              <u>Pasadena, MD 21122 US</u>

Phone:     <u>4439341222</u>

Email:     <u>beautymp1986@hotmail.com</u>

Sponsor:     <u>Cultural Care Au  Pair</u>

Dates in Au Pair Program:

From:     <u>10/19/2009</u>            To:   <u>10/19/2011</u>

DocuSign Envelope ID: C259CE15-C438-4A7D-85F0-CD0243E42B73

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   <u>marcela ramirez mesa</u>

Firma:   *Maicela Ramuoz M. MRM*   Data:   <u>07/08/2017</u>

Dirección:   <u>2215 avenida la quinta st apt 1803</u>
<u>houston, TX 77077 US</u>

Telefone:   <u>2817015073</u>

Email:   <u>marce_ramirez88@hotmail.com</u>

Patrocinador:<u>cultural care</u>

Datas de participação no programa au pair:

De:   <u>01/07/2013</u>   A:   <u>10/15/2014</u>

DocuSign Envelope ID: 33FE445E-E2AF-44E2-A855-8C5367A974AC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Marcela Russildi

Signature:     *MRussildi*
DocuSigned by:
592C556E358C47E...

Date:     07/05/2017

Address:     2735 Branding Iron Way
            Mead, CO 80542 US

Phone:     9703050728

Email:     Missrussildi@hotmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:     01/25/2016          To:     01/24/2018

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Marcella lopes

Signature:     _Marcella de M Lopes_     Date:     07/06/2017
DocuSigned by:
2BA43962AA73444...

Address:     450 cokesbury rd

Annandale , NJ 8801 US

Phone:     9082973755

Email:     eu_marcella@hotmail.com

Sponsor:     Apc

Dates in Au Pair Program:

From:     02/28/2016     To:     02/28/2018

DocuSign Envelope ID: 0FD78791-39A6-4078-B84A-10B20FEB0D35

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Margarita Trujillo Florez

Signature:    *Margarita*
972C693EE6BF4AB...    Date:    07/06/2017

Address:    200 Elmcrest Dr

Holly Springs , NC 27540 US

Phone:    5712765736

Email:    maguitatrujillo@hotmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    08/28/2016    To:    05/28/2018

DocuSign Envelope ID: 64A2F393-DAD6-4960-9EAA-88689B9E0C99

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Maria Alejandra</u>

Signature: *Alejandra*
096D72090213453...

Date: <u>07/06/2017</u>

Address: <u>1006 Newport Court Ne</u>
<u>Renton , WA 98056 US</u>

Phone: <u>4259492860</u>

Email: <u>sualeja08@hotmail.com</u>

Sponsor: <u>Au pair care</u>

Dates in Au Pair Program:

From: <u>12/09/2013</u>          To: <u>09/09/2015</u>

DocuSign Envelope ID: BEAEA316-0F88-45EE-9675-23AC6BED039A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: <u>María Alejandra Barbosa</u>

Signature: <u>M BV</u>
DocuSigned by:
B91D2F8B72F1444...

Date: <u>07/06/2017</u>

Address: <u>Calle 159 #56-75</u>

<u>Bogotá D.C, Cundinamarca 111156 CO</u>

Phone: <u>573114498664</u>

Email: <u>Maria.alejandrabarbosa@gmail.com</u>

Sponsor: <u>AupairCare</u>

Dates in Au Pair Program:

From: <u>10/19/2015</u>     To: <u>10/17/2016</u>

DocuSign Envelope ID: FDE91C9F-862B-4DEC-90C4-C420185CDEC5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Maria Alejandra Martinez

Signature:    Date:  07/06/2017

Address:  3711 La Donna Ave

Palo Alto, CA 94306 US

Phone:  6504645680

Email:  Mariale594@hotmail.com

Sponsor:  Cultural Care Au pair

Dates in Au Pair Program:

From:  01/04/2016     To:  10/03/2017

DocuSign Envelope ID: 36289A07-DBB4-43F3-9127-7BA04BBF3C35

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Maria Alejandra Merchancano piedrahita

Signature: _[DocuSigned by signature: 14C061D587714D4...]_          Date:   07/06/2017

Address:   2380 gamble roand

           Oakville, Ontario  CA L6h7v6  CA

Phone:     4163463923

Email:     Malejamerchan@hotmail.com

Sponsor:   Cultural care inc

Dates in Au Pair Program:

From:      07/21/2012                          To:    08/20/2014

DocuSign Envelope ID: 01BAF5CA-94FF-43D2-8077-BF9E03C97DCA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Nome:       <u>MARIA ANDREA MONTOYA</u>

Firma:       DocuSigned by:        Data:   <u>07/09/2017</u>
             _4761C2C5839E4CC..._

Dirección:   <u>76 Pond Street</u>
             <u>San Francisco, CA 94114 US</u>

Telefone:    <u>6502859708</u>

Email:       <u>starmontoya@gmail.com</u>

Patrocinador: <u>Cultural Care</u>

Datas de participação no programa au pair:

De:          <u>01/12/2015</u>                    A:      <u>01/12/2017</u>

DocuSign Envelope ID: 7D39CBA3-59BA-45B1-9FE3-43969D406ABE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Maria Asuncion Vazquez

Signature:   <br>
DocuSigned by: <br>
AF7746F63F45476...

Date:   07/11/2017

Address:   Calle San Juan De la Cruz 32

Colmenar viejo , Madrid  28770 ES

Phone:   663543777

Email:   asunvrubio@gmail.com

Sponsor:   AuPairCare

Dates in Au Pair Program:

From:   01/20/2014

To:   07/20/2015

DocuSign Envelope ID: 21927AF9-7154-46B2-AB9F-43A612DFB049

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Maria Becerra

Signature:   [signature]               Date:   07/05/2017

Address:     Calle 16 3-56

             San Luis, Norte de Santander NC 540005 CO

Phone:       573115026809

Email:       mafer_9237@hotmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:        07/25/2011              To:     06/25/2013

DocuSign Envelope ID: B8A9B878-0C9D-4DAB-BFD8-36D03D4F2566

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Maria Camila Diez</u>

Signature:   DocuSigned by:

B3694C2862EB44F...

Date:   <u>07/06/2017</u>

Address:   <u>326 ne 76th st</u>

<u>Seattle, WA 98115 US</u>

Phone:   <u>2069541564</u>

Email:   <u>Camilita__1598@hotmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>09/28/2015</u>

To:   <u>07/26/2017</u>

DocuSign Envelope ID: 047DD979-C747-4FE0-8D35-DD62A0085A6A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>María Camila Fajardo Rodríguez</u>

Signature:  <u>MªCamila Fajar</u>   Date:  <u>07/06/2017</u>
06A99F05973A4BC...

Address:  <u>135 Paigebrook Circle</u>
<u>Winston Salem, NC 27106 US</u>

Phone:  <u>9198858575</u>

Email:  <u>cami36110@hotmail.com</u>

Sponsor:  <u>Au Pair Care</u>

Dates in Au Pair Program:

From:  <u>07/25/2016</u>   To:  <u>07/24/2018</u>

DocuSign Envelope ID: 2D42A6C3-49A5-469A-BFCB-15FA1C3490AC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Maria Camila Vesga Buenahora</u>

Signature: *Maria Camila Vesga Buenahora*
DocuSigned by:
9EDB54F49017463...

Date: <u>07/06/2017</u>

Address: <u>440 Highland Avenue</u>
<u>Mount Vernon, NY 10553 US</u>

Phone: <u>573012497231</u>

Email: <u>mariacamilavesga@hotmail.com</u>

Sponsor: <u>AupairCare</u>

Dates in Au Pair Program:

From: <u>06/08/2015</u>

To: <u>03/08/2017</u>

DocuSign Envelope ID: 3BEE1236-D54F-423B-A986-93E2609E0963

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Maria Clara Mesa</u>

Signature: <u>Maria Clara Mesa</u>                Date: <u>07/05/2017</u>
DocuSigned by:
92557A22962B47E...

Address: <u>616 Colby court</u>

<u>Walnut Creek  , CA 0 US</u>

Phone: <u>573104499707</u>

Email: <u>Maria.clara.mesa@hotmail.com</u>

Sponsor: <u>Au Pair Care</u>

Dates in Au Pair Program:

From: <u>05/05/2014</u>                To: <u>05/05/2015</u>

DocuSign Envelope ID: 587893D7-94E8-42BE-9B1B-4E0322266D69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>María clara trujillo</u>

Signature:   DocuSigned by:

\ '

52FE20746F62431...

Date:   <u>07/05/2017</u>

Address:   <u>calle 1# 45 120</u>

<u>Medellín, 50022 CO</u>

Phone:   <u>3197806047</u>

Email:   <u>mariatrujillo1@hotmail.com</u>

Sponsor:   <u>au pair care</u>

Dates in Au Pair Program:

From:   <u>06/21/2015</u>          To:   <u>05/08/2016</u>

DocuSign Envelope ID: D1ACCBCB-D56D-4829-9386-791EC8CEE032

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>MARIA COVADONGA VAZQUEZ GOMEZ</u>

Signature: *MARIA COVADONGA VAZQUEZ GOMEZ*
C045E3A031DF4E4...
Date: <u>07/06/2017</u>

Address: <u>AV. COCODRILO MZ14 L13B</u>

<u>PUERTO MORELOS, Quintana Roo  77580 MX</u>

Phone: <u>9981284833</u>

Email: <u>covadongavago@gmail.com</u>

Sponsor: <u>AU PAIR IN AMERICA</u>

Dates in Au Pair Program:

From: <u>12/05/2011</u>　　　　　　To: <u>12/05/2012</u>

DocuSign Envelope ID: 4D87D2C7-16CB-44C5-AEB8-5D87047EA318

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>MARIA DE LA PAZ FONSECA FLORIDO</u>

Signature:   *MARIA DE LA PAZ FONSECA FLORIDO*            Date:    <u>07/07/2017</u>
            3246B226B6B74FA...

Address:    <u>249 LONGRIDGE ROAD</u>
            <u>los gatos, CA 95032 US</u>

Phone:      <u>4086441017</u>

Email:      <u>ma_delapaz2406@hotmail.com</u>

Sponsor:    <u>AU PAIR IN AMERICA</u>

Dates in Au Pair Program:

From:    <u>05/02/2016</u>                     To:    <u>05/02/2018</u>