# Exhibit B, Part 3

DocuSign Envelope ID: 3E19E7C4-D18F-4D3B-911A-9068F102CD2E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     maria de la rosa

Signature:     _maria de la rosa_          Date:     07/07/2017
DocuSigned by:
7DED4D748291480...

Address:     jj dabdoub 17 Kennedy

Nogales , Sonora  84063 MX

Phone:     6622331515

Email:     maria_dlaa@hotmail.com

Sponsor:     interexchange

Dates in Au Pair Program:

From:     05/14/2012          To:     01/20/2013

DocuSign Envelope ID: 731371F6-D7BB-457F-B19A-F08FD1CF239C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  <u>MARIA DEL MAR CASTILLO DOMINGUEZ</u>

Signature:  *MARIA DEL MAR CASTILLO DOMINGUEZ*
DocuSigned by:
C8A20FB37BCB44A...

Date:  <u>07/07/2017</u>

Address:  <u>45 PALATINE UNIT 102</u>
<u>IRVINE , CA 92612 US</u>

Phone:  <u>8056363634</u>

Email:  <u>MARIAMCD@HOTMAIL.ES</u>

Sponsor:  <u>AU PAIR CARE</u>

Dates in Au Pair Program:

From:  <u>09/04/2010</u>          To:  <u>07/20/2011</u>

DocuSign Envelope ID: F83CCD3D-90D2-4358-92E0-C3406944B690

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     María Del Rocío Sánchez

Signature:     *María Del Rocío Sánchez*          Date:     07/17/2017
DocuSigned by:
37B850A45264410...

Address:     Altos del Prado

Penonome, Cocle 507 PA


Phone:     61120774


Email:     msanchez09@icloud.com


Sponsor:     Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:     05/06/2013                    To:     01/20/2014

DocuSign Envelope ID: C6F3353F-366A-49B3-9F41-8EEA549497C8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: Maria Elena anaya

Signature: _MAP_
63164FE0127C423...

Date: 07/06/2017

Address: 443ravensbury street

Westlake village, CA 91361 US

Phone: 8056302024

Email: 10.anayamary@gmail.com

Sponsor: Au pair care inc

Dates in Au Pair Program:

From: 06/08/2015

To: 06/08/2017

DocuSign Envelope ID: 01B01257-7E45-48E5-9183-707E78382E8B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       Maria esther torres

Signature:                                         Date:    07/06/2017

Address:    749 scotland rd apt 8H
            Orange, NJ 7050 US

Phone:      6099684070

Email:      esther.rc88@gmail.com

Sponsor:    Au pair in america

Dates in Au Pair Program:

From:    05/18/2013                     To:    06/27/2014

DocuSign Envelope ID: ED057E85-F341-4AAE-BB43-E562945D5176

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Maria Eugenia Peñuelas Gastélum

Signature:   DocuSigned by:

[signature]

83D2E3D5ED994B2...                                Date:   07/06/2017

Address:     119 Allen Dr Apt B

             Ann Arbor, MI 48103 US


Phone:       7342778378


Email:       eugepenuelas@gmail.com


Sponsor:     Cultural Care Au Pair


Dates in Au Pair Program:

From:        04/15/2013                           To:     04/14/2015

DocuSign Envelope ID: 2D383897-C144-4AAB-95C6-BD6C7ABB2048

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  Maria Fernanda Bayona Castillo

Signature:  *Maria B.*    Date:  07/06/2017
C4318AC9BB7646D...

Address:  402 country club way
Kingston, MA 2364 US

Phone:  7819753095

Email:  Mariufer13@gmail.com

Sponsor:  Cultural Care au pair Inc

Dates in Au Pair Program:

From:  06/27/2016    To:  06/26/2018

DocuSign Envelope ID: 8C8769B9-87C1-4F8B-8571-851BCAB74A93

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>MARIA FERNANDA HERNANDEZ SUAREZ</u>

Firma:  *MARIA FERNANDA HERNANDEZ SUAREZ*      Data:  <u>07/18/2017</u>
DocuSigned by:
9D335A317D184D1...

Dirección:  <u>ARMADA DE MEXICO 1379 COL RESIDENCIAL CAFETALES</u>
<u>CDMX, CIUDAD DE MEXICO  VA 4800 MX</u>

Telefone:  <u>5552750134</u>

Email:  <u>fer.hs05@gmail.com</u>

Patrocinador:<u>Au Pair in America (APIA/AIFS</u>

Datas de participação no programa au pair:

De:  <u>11/20/2014</u>                    A:  <u>07/20/2016</u>

DocuSign Envelope ID: 781C70AF-D46B-4FA4-853C-1978552E7F8F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        <u>MARÍA FERNANDA LOZANO GARCIA</u>

Signature:   <u>DocuSigned by: Ciocat
B3F43374674C434...</u>          Date:   <u>07/06/2017</u>

Address:     <u>1758 WOODSIDE RD</u>

             <u>REDWOOD CITY, CA 94061 US</u>

Phone:       <u>5215535004562</u>

Email:       <u>garciafernanda.lozano@gmail.com</u>

Sponsor:     <u>CULTURAL CARE AU PAIR</u>

Dates in Au Pair Program:

From:   <u>03/21/2016</u>                    To:   <u>03/21/2018</u>

DocuSign Envelope ID: 2FEAE7F9-34EC-4A4A-A285-A49155DA3D3B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name: ___Maria fernanda Molina polanco___

Signature:    Date: ___07/06/2017___

Address: ___1229 franklin st ne___

___Washington , DC 20017 US___

Phone: ___2024458993___

Email: ___Fer_18_1992@hotmail.com___

Sponsor: ___Au pair in America___


Dates in Au Pair Program:

From: ___11/02/2015___     To: ___11/02/2017___

DocuSign Envelope ID: 8CF939B0-23F4-4A71-86D3-A26C9F902E9F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Maria Fernanda Navarro Guerrero

Signature: _DocuSigned by: Jernanda_      Date:   07/06/2017
          08BEC25C2DCA49D...

Address:   Polutla 4

          Coatzintla, Veracruz VT 93 MX

Phone:    527828881919

Email:    mafer_1096@hotmail.com

Sponsor:   Au Pair Care

Dates in Au Pair Program:

From:     05/04/2015              To:    05/04/2017

DocuSign Envelope ID: 5DFDF7F4-3062-4876-95E8-3E22228D76BC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      Maria Fernanda Perez Aguilar

Signature:    DocuSigned by:    Date:    07/06/2017
498C705A6E89424...

Address:    1608 Misty Wood dr
Roseville, CA 95747 US

Phone:    4085093341

Email:    neny_peragui@hotmail.com

Sponsor:    Au Pair Care

Dates in Au Pair Program:
From:    01/23/2017        To:    01/23/2018

DocuSign Envelope ID: 367257D7-F983-4BA8-B303-98A9F56A030A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name: <u>Maria fernanda santelli</u>

Signature:     Date: <u>07/06/2017</u>

Address: <u>56 Ridge Acres Rd</u>
<u>Darien , CT 6820 US</u>

Phone: <u>2032160272</u>

Email: <u>mafer_santelli91@hotmail.com</u>

Sponsor: <u>Au pair in America</u>

Dates in Au Pair Program:

From: <u>08/10/2015</u>    To: <u>08/09/2017</u>

DocuSign Envelope ID: E84396F7-0F3C-4257-9A56-9B94A5142367

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      <u>Maria Flavia Zaroni</u>

Signature:                                               Date:    <u>07/06/2017</u>

Address:   <u>619 Pole Line Rd #143</u>
           <u>Davis, CA 95618 US</u>

Phone:     <u>5304926430</u>

Email:     <u>Zaroni.flah@hotmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:      <u>04/06/2015</u>                        To:     <u>04/06/2017</u>

DocuSign Envelope ID: B0EFC5BA-59D8-471D-8AEB-2780C0B61E6C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: ___Maria Florencia Grilotti___

Signature: ___Maria Florencia Grilotti___        Date: ___07/06/2017___
DocuSigned by:
1521B42F9A3E45A...

Address: ___610 Skyway Dr___
___San Jose, CA 95111 US___

Phone: ___6692385007___

Email: ___flu.rainbow@live.com___

Sponsor: ___Cultural Care Au Pair___

Dates in Au Pair Program:
From: ___01/28/2013___        To: ___06/13/2014___

DocuSign Envelope ID: C1E00DE6-4AA8-4085-9A9D-80198E4E487A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Maria Guzzardi

Signature:   [signature]              Date:   07/07/2017
             01472011775F48C...

Address:     3264 amboy rd

             Staten Island, NY 10306 US


Phone:       6092711246


Email:       giulia.rs22@gmail.com


Sponsor:     Cultural Care Au Pair


Dates in Au Pair Program:

From:        02/28/2011             To:     02/16/2013

DocuSign Envelope ID: D810D1C4-6CB9-4EE1-B4C8-7FB1EC0BB457

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        <u>Maria Isabel Laus</u>

Signature:   *Maria Isabel Laus*                          Date:   <u>07/06/2017</u>
             09CFC58BECFB44E...

Address:     <u>11802 Elizabeth Madison Ct</u>
             <u>Charlotte, NC 28277 US</u>

Phone:       <u>7046217684</u>

Email:       <u>isalausbr@yahoo.com.br</u>

Sponsor:     <u>Au Pair Care, Inc.</u>

Dates in Au Pair Program:

From:        <u>01/11/2010</u>                          To:     <u>01/11/2012</u>

DocuSign Envelope ID: 99EFB856-E428-43E5-9349-8385025A8AAE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Maria jose Vindas Calvo</u>

Signature: <u>M∨I</u>    Date: <u>07/06/2017</u>
DocuSigned by:
EF81DD3208954AB...

Address: <u>400 sur y 50 oeste de municipalidad</u>

<u>Santo Domingo, Heredia WA 40301 CR</u>

Phone: <u>50672980902</u>

Email: <u>mjvindasc@yahoo.es</u>

Sponsor: <u>Aupaircare Inc</u>

Dates in Au Pair Program:

From: <u>08/19/2012</u>    To: <u>09/17/2014</u>

DocuSign Envelope ID: 45D6D44A-4FC4-4FA7-BCE7-A666523EDAF8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>María Luisa Almaguer Rodriguez</u>

Signature: <u>DocuSigned by:</u>
05124FAA2FAE437...

Date: <u>07/05/2017</u>

Address: <u>3210 S 28th St #203</u>
<u>Alexandria , VA 22302 US</u>

Phone: <u>7038677096</u>

Email: <u>marialuisa_almaguerrdz@hotmail.com</u>

Sponsor: <u>Au pair in America</u>

Dates in Au Pair Program:

From: <u>05/19/2014</u>

To: <u>02/19/2016</u>

DocuSign Envelope ID: DB536C46-1807-43E8-A71E-7D778F7254E3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:       <u>Maria Margarita Gaviria Minda</u>

Signature:  *DocuSigned by:*          Date:    <u>07/07/2017</u>
            *Maria Margarita*
            A1979334449A468...

Address:    <u>2505 85thst east elmhurst</u>

            <u>New York city, NY 11370 US</u>


Phone:      <u>7185768338</u>


Email:      <u>maria.margarita.gaviria@gmail.com</u>


Sponsor:    <u>Cultural care au pair</u>


Dates in Au Pair Program:

From:       <u>11/12/2016</u>                    To:      <u>11/11/2017</u>

DocuSign Envelope ID: 5A658421-5AA8-4C1D-85AF-1217B022D49F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>María margarita Romero</u>

Signature: <u>Margarita</u>        Date: <u>07/06/2017</u>
F55540433876412...

Address: <u>26 sur villa magisterio 26 sur #87</u>

<u>Talca , Talca 34600000 CL</u>

Phone: <u>56978857081</u>

Email: <u>Garyta_90@hotmail.com</u>

Sponsor: <u>Cultural care au pair</u>

Dates in Au Pair Program:

From: <u>03/27/2011</u>        To: <u>03/27/2012</u>

DocuSign Envelope ID: A7F5B3F2-58DA-4429-A8B7-AEDE2109B794

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     María Márquez Ortega

Signature:     _María Márquez Ortega_     Date:     07/06/2017
DocuSigned by:
2DD49ADA3468410...

Address:     Circuito Laureles 116

Leon, Guanajuato 37125 MX

Phone:     524775575429

Email:     mariamarquezo92@hotmail.com

Sponsor:     AuPair in America

Dates in Au Pair Program:

From:     01/30/2011     To:     08/13/2012

DocuSign Envelope ID: F0668C16-8C31-4399-BB0E-9532E83D3D9E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>María Paz riquelme</u>

Signature:    DocuSigned by:

                                                         Date:    <u>07/06/2017</u>

          3F4FB4A01F514EE...

Address:    <u>Bocaccio 408</u>

                    <u>Santiago, Rm 7561149 CL</u>

Phone:    <u>573504436710</u>

Email:    <u>Mpzriquelme@gmail.com</u>

Sponsor:    <u>Au pair in america</u>

Dates in Au Pair Program:

From:    <u>08/01/2014</u>     To:    <u>08/01/2015</u>

DocuSign Envelope ID: 5F09D560-3C3C-4201-95B6-462BB3EFCE67

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Maria Paz Rolandi Notario</u>

Signature: <u>[signature]</u>        Date:   <u>07/06/2017</u>

            D2DD8155869A4FB...

Address:   <u>27755 , Woodside Road</u>

           <u>Excelsior, MN 55331 US</u>

Phone:   <u>6124067028</u>

Email:   <u>mariamcaf@hotmail.com</u>

Sponsor:   <u>Go Au Pair</u>

Dates in Au Pair Program:

From:    <u>07/06/2015</u>        To:    <u>07/06/2017</u>

DocuSign Envelope ID: CA350CC3-BEB1-4B65-B121-FE2500070E50

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Maria Ramirez

Signature:  DocuSign by:                          Date:   07/06/2017
            C17866EB2A544D0...

Address:    Cerrada muriano 515

            Leon, Guanajuato MD 37278 MX

Phone:      4771558153

Email:      jump_in._8@hotmail.com

Sponsor:    Goaupair

Dates in Au Pair Program:

From:       06/11/2016                            To:     06/12/2017

DocuSign Envelope ID: F9D44B14-C5F6-4542-BD7C-7D8846244B8C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Maria Romina Godoy Nicolicchia

Signature:     *Maria Romina Godoy Nicolicchia*
DocuSigned by:
04CA94A64E73408...                                    Date:   07/06/2017

Address:     1444 Echo Park Ave.
             Los Angeles, CA 90026 US

Phone:     3109785180

Email:     romi_nicolicchia@hotmail.com

Sponsor:     AuPair Care

Dates in Au Pair Program:
From:     01/05/2015                    To:   01/05/2017

DocuSign Envelope ID: A095F32D-A1F0-4F7D-AC78-866A9DD6975B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Maria Rossana Mendoza Chavez</u>

Signature: *Maria Rossana Mendoza Chavez*   Date: <u>07/06/2017</u>

Address: <u>25 7-03 zona 16</u>
<u>Guatemala, VA 1016 GT</u>

Phone: <u>50254106402</u>

Email: <u>roxy_m_25@hotmail.com</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>01/09/2013</u>   To: <u>01/28/2015</u>

DocuSign Envelope ID: 9069DC9F-6995-4F6E-92D0-4F9A6632BBF2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     María Stefany Rodríguez Forero

Signature:   _DocuSigned by:_
             _6D46495B8B643F..._                        Date:   07/06/2017

Address:   8340 beth Page drive
           Duluth, GA 30097 US

Phone:     6788004630

Email:     msrf0416@hotmail.com

Sponsor:   Au Pair Care

Dates in Au Pair Program:

From:   08/15/2016                         To:   08/15/2017

DocuSign Envelope ID: 69E1B371-C875-4E56-8CB3-BAE6ABD64B26

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>Maria Teresa Guevara Sequeda</u>

Signature:    *Maria Teresa Guevara Sequeda*      Date:   <u>07/07/2017</u>
DocuSigned by:
056D210673384E1...

Address:    <u>1777 N Record St apt 4307</u>

           <u>Dallas, TX 75202 US</u>

Phone:    <u>3475838243</u>

Email:    <u>mayit0203@gmail.com</u>

Sponsor:    <u>Au pair in America</u>

Dates in Au Pair Program:

From:    <u>03/09/2015</u>          To:    <u>03/09/2016</u>

DocuSign Envelope ID: 8F94C4C7-202C-4E3D-8DBF-123548269409

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Maria victoria marquez</u>

Signature:         Date:   <u>07/06/2017</u>

Address:   <u>28 Berkshire dr</u>

<u>St. Louis, MO 63117 US</u>

Phone:    <u>3146064495</u>

Email:    <u>vickymar2006@hotmail.com</u>

Sponsor:   <u>Cultural care au pair program</u>

Dates in Au Pair Program:

From:    <u>03/01/2016</u>          To:   <u>03/01/2018</u>

DocuSign Envelope ID: 690C5171-794B-4EF2-A7B2-A5D7957FACF5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Mariaelena Cossio Clark

Signature:     DocuSigned by:
               [signature]
               81A990D4B5FB46B...          Date:     07/06/2017

Address:     Abedul 812 fraccionamiento Estadio

             Mazatlan, Sinaloa WY 82140 MX

Phone:     5216691069194

Email:     mariaelena.cossio@hotmail.com

Sponsor:     Aupaircare

Dates in Au Pair Program:

From:     01/31/2016          To:     01/31/2018

DocuSign Envelope ID: A1E933E2-49FA-4F0E-8AAF-3D680073CA6A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Mariana Austin</u>

Signature:     <u>DocuSigned by: [signature] AF4E1C937F5B4FD...</u>          Date:   <u>07/06/2017</u>

Address:   <u>22120 center st apt603</u>
           <u>Castro Valley , CA 94546 US</u>

Phone:     <u>9253201320</u>

Email:     <u>marianalaustin@gmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:   <u>08/29/2011</u>          To:   <u>08/15/2012</u>

DocuSign Envelope ID: 1066743F-6ECB-4CAD-9CE3-871BAD612744

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Mariana Brait

Signature:                                                    Date:    07/06/2017

Address:    66 diamondcrest lane
            Stamford , CT 6903 US

Phone:      9148261310

Email:      mari.brait@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:      05/16/2016                              To:      06/15/2017

DocuSign Envelope ID: 9D71496F-CE31-4E66-A8E8-7006F4D5A27B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: Mariana Carrillo Vazquez

Firma: _DocuSigned by:_
F10DD46556194BD...

Data: 07/13/2017

Dirección: Amatista 319 Joyas del Valle
Durango , Durango  34237 MX

Telefone: +52 16182036465

Email: cavma92@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/08/2016          A: 02/07/2017

DocuSign Envelope ID: 438733A0-768B-459A-B1AE-6B33509979E8

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      <u>Mariana de Paiva Arnold</u>

Signature:   *DocuSign by:*
             *MPA .*
             716E02E8608F48C...                    Date:   <u>07/06/2017</u>

Address:    <u>Rua Maria Ferrari Hoffmann 845 Q 33 L 10</u>

            <u>Sumaré , São Paulo 13178564 BR</u>

Phone:      <u>19 992117977</u>

Email:      <u>marianaarnold@hotmail.com</u>

Sponsor:    <u>Au Pair in america</u>

Dates in Au Pair Program:

From:    <u>04/01/2009</u>                          To:    <u>01/15/2010</u>

DocuSign Envelope ID: 0A860BC1-45CB-454D-8EDA-CB51FB005254

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Mariana Lizzeth Rodriguez Lucio

Signature:                                                          Date:   07/07/2017

Address:   Cerro del mercedario #819

           San Nicolas de los Garza, Nuevo Leon  NH 66612 MX

Phone:     528117612713

Email:     m.rodriguez28@outlook.es

Sponsor:   Cultural care

Dates in Au Pair Program:

From:      08/10/2015                          To:    02/11/2017

DocuSign Envelope ID: 27F9F902-E3DC-47C5-AB0D-D35ABEC2E456

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Mariana Miranda

Signature:  _DocuSigned by:_
BEA6E30E096A464...

Date:  07/10/2017

Address:  25 Regent Circle
Brookline, MA 2445 US

Phone:  7816545849

Email:  marys_soares@hotmail.com

Sponsor:  Cultural Care

Dates in Au Pair Program:
From:  11/03/2008

To:  11/03/2010

DocuSign Envelope ID: 59FFA113-C11B-4B3A-8F4B-F0287D7A5917

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Mariana Molina

Signature:   _DocuSigned by:_
             _Mcm_
             70575676A4704BF...                    Date:   07/07/2017

Address:     14 street

             San Cristóbal , Táchira  TX 5001 VE


Phone:       584247164811


Email:       m_molina_molino@hotmail.com


Sponsor:     Cultural Care Au Pair


Dates in Au Pair Program:

From:        08/02/2010                    To:     02/02/2012

DocuSign Envelope ID: D0F2E410-4DB2-4E31-93D3-22954D11DD84

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   <u>Mariana P. St. Peter</u>

Signature:   *Mariana P. St. Peter*
EA44A056A5A2443...

Date:   <u>07/07/2017</u>

Address:   <u>2347 Patron Ln</u>
<u>Montgomery, IL 60538 US</u>

Phone:   <u>9097546058</u>

Email:   <u>mari.pereirab@gmail.com</u>

Sponsor:   <u>Au Pair Care, Inc</u>

Dates in Au Pair Program:

From:   <u>01/10/2010</u>

To:   <u>01/09/2012</u>

DocuSign Envelope ID: 26A68B94-85F3-4CE8-9BF0-4CD6504E2CE2

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>Mariana Ribeiro</u>

Assinatura:   *DocuSigned by:*
*Mariana*
C5004091746C4FD...
       Fecha: <u>07/09/2017</u>

Endereço:   <u>106, Woodmoor Drive</u>
          <u>Silver Spring , MD 20901 US</u>

Teléfono:   <u>3018730269</u>

Email:   <u>marianaribeiro.ribeiroo.06@gmail.com</u>

Patrocinador: <u>APIA</u>

Fechas de participación en el programa au pair:

De:     <u>11/14/2016</u>           A:     <u>11/14/2018</u>

DocuSign Envelope ID: C89B1949-5FC2-4D65-A739-382D8368640E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: <u>mariana robles sarti</u>

Firma: *mariana robles sarti*
DocuSigned by:
AB44FBDFE7514FE...

Data: <u>07/11/2017</u>

Dirección: <u>3104 crowheart cv</u>
<u>austin , TX 78746 US</u>

Telefone: <u>9612893536</u>

Email: <u>mardeluz67@hotmail.com</u>

Patrocinador:<u>cultural care au pair</u>

Datas de participação no programa au pair:

De: <u>11/04/2012</u>

A: <u>05/28/2014</u>

DocuSign Envelope ID: 64107546-66C6-4509-86FB-90E8E9BACF66

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Mariana Vilches Barajas

Signature:     *Mariana Vilches Barajas*
DocuSigned by:
B6C758256A89450...          Date:     07/06/2017

Address:     Las rosas 118 Jardines de Jerez
Leon, Guanajuato 37530 MX

Phone:     4774822339

Email:     mariana_12_cts@hotmail.com

Sponsor:     AuPair in America

Dates in Au Pair Program:
From:     07/22/2014          To:     07/22/2015

DocuSign Envelope ID: 31472322-6C45-4027-81A5-995185ACF8D3

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Mariane Cristina Bellini de Assis</u>

Signature:    DocuSigned by:
    *[signature]*
    FCF2DDFC623D441...

Date: <u>07/06/2017</u>

Address: <u>405 chestnuts street, 2 floor</u>
<u>Newark, NJ NJ 7105 US</u>

Phone: <u>2012862434</u>

Email: <u>clubmari@gmail.com</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>10/07/2013</u>          To: <u>10/07/2015</u>

DocuSign Envelope ID: A79A388E-829B-44BD-8104-0A253B889535

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Mariane Gianeti Viviani</u>

Signature:     *Mariane Gianeti Viviani*     Date:     <u>07/06/2017</u>
    DocuSigned by:
    40420C4BFEB9486...

Address:     <u>Alvaro Alves Fussi 85 , jardim atibaia - sousas</u>

                <u>campinas, sao paulo 13106-252 BR</u>

Phone:     <u>5519982720388</u>

Email:     <u>mariane_viviani@yahoo.com.br</u>

Sponsor:     <u>Au Pair In America APIA</u>

Dates in Au Pair Program:

From:     <u>12/07/2009</u>             To:     <u>12/06/2011</u>

DocuSign Envelope ID: 7804021B-6A75-4F5D-87F3-65DDF8F0D346

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:       <u>Mariangi Moreno</u>

Signature:   DocuSigned by:
            <u>C5DE390E3B6A465...</u>                    Date:   <u>07/06/2017</u>

Address:    <u>2 Bayly road</u>
            <u>Dartford, Kent DA1 1UZ GB</u>

Phone:      <u>447496279385</u>

Email:      <u>Mariangi.moreno@hotmail.com</u>

Sponsor:    <u>Cultural care Au pair</u>

Dates in Au Pair Program:

From:       <u>07/31/2011</u>                    To:   <u>08/31/2013</u>

DocuSign Envelope ID: CCA33775-AB19-4036-8081-585CD03F9CBE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>MARIEL ANDREA BOBBONI</u>

Signature:   <u>MB</u>               Date:   <u>07/06/2017</u>
           99F77209FE644D1...

Address:   <u>2 COURTNEY LANE</u>

           <u>THORNDALE, PA 19372 US</u>

Phone:     <u>4844315366</u>

Email:     <u>MALU_EOY@HOTMAIL.COM</u>

Sponsor:   <u>CULTURAL CARE AU PAIR</u>

Dates in Au Pair Program:

From:     <u>07/28/2013</u>               To:   <u>07/28/2015</u>

DocuSign Envelope ID: F2C22FD2-2862-42A0-AF75-3FCBF29218AE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Mariel ramos mares

Signature:   _DocuSigned by:_
              6D74F1DA5A33456...                    Date:   07/08/2017

Address:   Prol. Chiapas, República Poniente, Saltillo, México

           Saltillo, Coahuila 25050 MX

Phone:    8443103582

Email:    Marielram94@gmail.com

Sponsor:   Au pair in america

Dates in Au Pair Program:

From:    04/13/2013                        To:    04/07/2014

DocuSign Envelope ID: 741A5AB9-E8A4-406E-8168-D0AF3ADCE237

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Marilia Matthews</u>

Signature:     DocuSigned by:

*MPaula*

96882F30106D496...

Date:     <u>07/06/2017</u>

Address:     <u>2408 Wakulla Ave</u>

<u>Panama City, FL 32405 US</u>

Phone:     <u>4255039445</u>

Email:     <u>maxinhagp@hotmail.com</u>

Sponsor:     <u>Au Pair Care</u>

Dates in Au Pair Program:

From:     <u>04/12/2012</u>       To:     <u>04/12/2014</u>

DocuSign Envelope ID: 9F84FDBC-C4D4-47EB-B249-898FA163E74B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Marilia Prinholato

Signature:  DocuSigned by:

            99E518386584476...                        Date:   07/05/2017

Address:    273 Boston Post Rd E apt 3

            Marlborough, MA 1752 US


Phone:      5083614154


Email:      maprinholato@yahoo.com.br


Sponsor:    Au Pair in America


Dates in Au Pair Program:

From:       09/08/2009                                 To:     09/07/2011

DocuSign Envelope ID: BD51E817-7444-4B42-B9B8-4EF3FF9FB3F6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    Marilyn Rocha

Signature:    _DocuSigned by:_
                  _53360D2B1FA6480..._                    Date:    07/06/2017

Address:    3820 Bel Pre Rd - Apt.8
            Silver Spring, MD 20906 US

Phone:    2025497511

Email:    Marilynrocha@hotmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:    05/16/2011                    To:    05/17/2013

DocuSign Envelope ID: FB91A13E-BC6A-4DB0-B3A3-1CC7FD7D6C18

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>MARINA BATISTA MACHADO</u>

Signature:  *MARINA BATISTA MACHADO*     Date:  <u>07/07/2017</u>
5BE767D5FC83407...

Address:   <u>RUA PADRE CHAGAS 3826</u>
           <u>GUARAPUAVA, PR 85010020 BR</u>

Phone:    <u>7814932250</u>

Email:    <u>marinabatistam@hotmail.com</u>

Sponsor:  <u>Au Pair in America</u>

Dates in Au Pair Program:

From:   <u>08/01/2016</u>            To:   <u>01/31/2018</u>

DocuSign Envelope ID: 104A86C5-3E68-476C-9FBF-E1637833D483

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Marina Chaves Hutchins

Signature:     _DocuSigned by:_
_4CC8CC2C080642D..._                              Date:     07/06/2017

Address:     7722 Shoup Lane
Camp lejeune, NC 28547 US

Phone:     7173068635

Email:     marina.chaves11@gmail.com

Sponsor:     Aupaircare

Dates in Au Pair Program:

From:     09/09/2013                              To:     09/09/2015

DocuSign Envelope ID: 81A3209E-A44B-4D84-9344-F2B0FCD0CB85

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Marina Giro Fiorentino</u>

Signature: DocuSigned by:

*Mogi*

05EE88FA45264E0...          Date:   <u>07/05/2017</u>

Address:   <u>R. Dr. Aldovar Goulart 1140, Jd das Palmeiras</u>

<u>Campinas, 1140 13092-570 BR</u>

Phone:    <u>1932513576</u>

Email:    <u>marinagiro@gmail.com</u>

Sponsor:   <u>Au Pair in America</u>

Dates in Au Pair Program:

From:    <u>07/01/2010</u>                To:    <u>12/24/2010</u>

DocuSign Envelope ID: 11CF557E-43BC-419E-B41D-73E568BA63D3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Marina Pombo de Freitas

Signature:             Date:    07/10/2017

Address:   1100 Euclid Street, NW

          Washington, DC 20009 US


Phone:    2029055683


Email:    marina.pfreitas@hotmail.com


Sponsor:  Au Pair in America


Dates in Au Pair Program:

From:    11/14/2016              To:    11/14/2017

DocuSign Envelope ID: DF1051D9-F1C1-415F-94BC-2F6B1BC4B87D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Marina Simões Sartori</u>

Signature:     *Marina Simões Sartori*
DocuSigned by:
A2FA3E81CF6B453...          Date:   <u>07/06/2017</u>

Address:     <u>13 de maio, 697</u>

<u>piracicaba, São Paulo SC 13400300 BR</u>

Phone:     <u>5519992166663</u>

Email:     <u>ma_sartori_1529@hotmail.com</u>

Sponsor:     <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>05/02/2016</u>          To:   <u>05/24/2017</u>

DocuSign Envelope ID: D8095773-7BD6-43E3-AF1C-DAE55B573A7F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Marisabel Zurita Bolanos

Signature:   _DocuSigned by:_
             M. Z. B
             BA2218C24809496...                    Date:    07/09/2017

Address:     272 Colonnade dr, Apt 11
             Charlottesville, VA 22903 US

Phone:       4342278452

Email:       mary_zu20@hotmail.com

Sponsor:     APIA

Dates in Au Pair Program:

From:        07/08/2012                             To:      07/08/2014

DocuSign Envelope ID: 49AACACA-BEB0-407F-AE3E-C37111A543CA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Marisol Renteria

Signature:       *Marisol Renteria*       Date:   07/07/2017
                  B54317C4F64442D...

Address:   613 Pleasant Street
           Belmont, MA 2478 US

Phone:   6176768079

Email:   marisol.renteria.mtz@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   06/06/2011       To:   06/06/2013

DocuSign Envelope ID: 2EC0BD10-6C70-4E59-A3C7-C5C42D798614

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Marjolein Roeke

Signature:     *[DocuSigned by signature]*          Date:     07/08/2017

Address:     Nielandsweg 3

Heeten, 8111RB NL


Phone:     2157890032


Email:     leintje31@hotmail.com


Sponsor:     Au Pair in America


Dates in Au Pair Program:

From:     08/17/2015          To:     08/17/2017

DocuSign Envelope ID: 6B3CCDF2-2F5D-4E95-A9B1-DE43AC374604

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Marla Estéfany guadian flores</u>

Signature:   *Marla Estéfany guadian flores*          Date:   <u>07/07/2017</u>
DocuSigned by:
C237AE27BF84416...

Address:    <u>Chimalpa</u>

<u>San José del cabo, Baja California sur 23444 MX</u>

Phone:     <u>9981051007</u>

Email:      <u>Marsamgf@gmail.com</u>

Sponsor:    <u>Cultural care au pair</u>

Dates in Au Pair Program:

From:   <u>05/10/2011</u>                    To:    <u>06/15/2013</u>

DocuSign Envelope ID: 3E8E852E-B9D0-4E43-9E4A-0F6DCC0D4DD7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    Martha Estefania Moreno Arias

Firma:    *Martha Estefania Moreno Arias*      Data:  07/08/2017
      DocuSigned by:
      A25ADD16FC384FB...

Dirección:  12 octubre, #261-A

          Tepic, Nayarit 63150 MX

Telefone:  115213111108789

Email:    maarthamoreno@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De:    04/06/2015        A:  04/06/2016

DocuSign Envelope ID: E0DBCD70-C304-4993-891F-9DFEFF50AFC7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Martha Laura Medina Chaya</u>

Signature: *DocuSigned by:* [signature] AF9FCDE74F54409... Date: <u>07/06/2017</u>

Address: <u>Calle de la luz no. 161-A14</u>
<u>Cuernavaca , Morelos 62450 MX</u>

Phone: <u>527772424290</u>

Email: <u>marthachaya@gmail.com</u>

Sponsor: <u>Aupaircare</u>

Dates in Au Pair Program:

From: <u>08/08/2016</u> To: <u>06/26/2017</u>

DocuSign Envelope ID: 78C09CD4-E81D-487B-AE38-AA2E689475A1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Mary Stefanny Barrera Guerrero</u>

Signature:       Date: <u>07/06/2017</u>

CF7EB5D38A0140A...

Address: <u>Calle 58 a # 91 d 09 Sur</u>

<u>Bogota, 1100711 CO</u>

Phone: <u>3118505851</u>

Email: <u>istepha63@gmail.com</u>

Sponsor: <u>APIA</u>

Dates in Au Pair Program:

From: <u>11/28/2011</u>      To: <u>09/26/2015</u>

DocuSign Envelope ID: 574F5203-673C-4438-B964-2549D9AC2995

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:        maryin ortiz

Signature:   *DocuSign by:*
             *maryin ortiz*
             0054532073E04C7...

Date:   07/07/2017

Address:     113 old savannah dr
             morrisville, NC 27560 US

Phone:       9196598324

Email:       gaticads@gmail.com

Sponsor:     cultural care au pair

Dates in Au Pair Program:
From:        04/18/2016

To:     04/18/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Marysol Martinez Gutierrez


Signature:          Date:     07/06/2017
132CD61FA8C14A8...

Address:     Ortiz de Zarate 208

Lerdo, Durango 35150 MX


Phone:     8714623659


Email:     marysol2511@hotmail.com


Sponsor:     Cultural Care


Dates in Au Pair Program:

From:     01/21/2013     To:     02/07/2013

DocuSign Envelope ID: DDEF3A9F-3F3F-42DE-AB02-9D82C339C2B2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      <u>Massiel Karime Cajas Dorado</u>

Signature:   <u>Massiel Karime Cajas Dorado</u>          Date:   <u>07/10/2017</u>
             DocuSigned by:
             BC6349C147D84C0...

Address:   <u>calle 21 norte # 7A-35</u>

           <u>popayan, cauca 19002 CO</u>


Phone:     <u>573148454972</u>


Email:     <u>massicajas12@hotmail.com</u>


Sponsor:   <u>au pair in america</u>


Dates in Au Pair Program:

From:      <u>04/07/2015</u>                    To:   <u>11/24/2017</u>

DocuSign Envelope ID: 7DBEC9C6-8AD2-48DE-B29C-B32EF3A7C16B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    <u>Mayara Ferreira Pinheiro</u>

Signature:   *Mayara Ferreira Pinheiro*
DocuSigned by:
6D6785DA784A4DD...

Date:   <u>07/07/2017</u>

Address:   <u>56 Rue Jean Mermoz</u>
<u>Etampes, Essonne 91150 FR</u>

Phone:   <u>33659686393</u>

Email:   <u>mayarapinheiro@gmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>05/03/2011</u>        To:   <u>03/08/2013</u>

DocuSign Envelope ID: 8D153AB8-0E25-4805-8BAF-6B7C921FCBFB

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Mayara Silverio Goulart de Lima

Signature:     *Mayara Silverio Goulart de Lima*
DocuSigned by:
7F28C1CD8DB8442...

Date:   07/07/2017

Address:     Avenida Juhen Cecilio Jorge 227

Uberlandia , Minas Gerais  WY 38414096 BR

Phone:     55034988424009

Email:     mayaragoulart@yahoo.com.br

Sponsor:     APIA

Dates in Au Pair Program:

From:     11/07/2015          To:     12/05/2016

DocuSign Envelope ID: 97FA85A7-B2AE-42FB-A67B-1167DAECBA7D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Mayra Alejandra Rojas Tovar

Signature:   [signature]          Date:    07/06/2017

Address:     10804 Mazwood PL

             Rockville , MD 20852 US


Phone:       13017301110


Email:       alejart.2404@gmail.com


Sponsor:     Cultural Care


Dates in Au Pair Program:

From:     06/13/2016                    To:     06/13/2018

DocuSign Envelope ID: BB671430-49B6-42DB-953E-87BB96EDF193

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Mayra Alejandra Rosales Fernandez

Signature:  *[DocuSigned by: Mayra]*          Date:   07/06/2017
            00EED7A0265C447...

Address:    Paseo de los Calvos #502 Ampl. La Rosita

            Torreón , Coahuila  27250 MX


Phone:      5218712753911


Email:      mayra.le20@hotmail.com


Sponsor:    Cultural Care


Dates in Au Pair Program:

From:       04/02/2013                        To:     03/27/2015

DocuSign Envelope ID: F96EAD71-0133-4C93-AE0E-62F7E9111142

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Melanie Guerra

Signature:  DocuSign by:                        Date:   07/06/2017
            [signature]
            81317F543D374F2...

Address:    14709 south Budlong ave
            Gardena , CA 90247 US

Phone:      4157209333

Email:      melandrea333@hotmail.Com

Sponsor:    APIA

Dates in Au Pair Program:
From:       04/10/2010                          To:     09/21/2015

DocuSign Envelope ID: 12A41C45-2CFB-448B-8A08-7B11E1939D0F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Melissa Berrio Agudelo</u>

Signature:   *Melissa Berrio Agudelo*
DocuSigned by:
9872D0D0E69A427...                    Date:   <u>07/07/2017</u>

Address:   <u>Cra 75 No. 75 80</u>

<u>Medellin, IL 57 CO</u>

Phone:   <u>3174411368</u>

Email:   <u>meliberrio92@hotmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>10/19/2015</u>                    To:   <u>10/19/2016</u>

DocuSign Envelope ID: 033CB114-2AFC-4719-BAF1-AC9748A05468

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Melissa Ferrer

Signature:   DocuSigned by:

_Melissa_
064DCDA3A4DC4E8...

Date:   07/17/2017

Address:   510 Monterey parkway

Atlanta, GA 30350 US


Phone:   4235965770


Email:   melissamferrer@hotmail.com


Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:   06/27/2016

To:   06/27/2017

DocuSign Envelope ID: 7D9F3C0B-E7EC-40C5-B063-A23C9371EE52

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     MICAELA GUIMARAES RODRIGUES

Signature:     *MICAELA GUIMARAES RODRIGUES*          Date:     07/06/2017

Address:     RUA H NUM 61, CONJUNTO JOAO PAULO II

FEIRA DE SANTANA, BAHIA 44056630 BR


Phone:     75983475321


Email:     micaela.guimaraes@hotmail.com


Sponsor:     AUPAIRCARE


Dates in Au Pair Program:

From:     05/21/2012          To:     05/21/2013

DocuSign Envelope ID: 5B63E8CA-932A-4720-9445-11EAB95C1ABF

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:    Michele Laurindo Cogo

Signature:    *Michele Laurindo Cogo*
DocuSigned by:
AAB51278AB6E4CE...

Date:    07/07/2017

Address:    Avenida Saturnino Rangel Mauro, 88, Itaparica

Vila Velha, Espirito Santo 29102035 BR

Phone:    279997835981

Email:    michelecogo@hotmail.com

Sponsor:    InterExchange Au Pair USA

Dates in Au Pair Program:

From:    06/28/2010        To:    12/08/2010

DocuSign Envelope ID: 36EEBA6A-1997-46DA-AFFE-EABC76378596

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Michelle Benedet Deuschle

Signature:        DocuSigned by:                                 Date:    07/07/2017
                  7F7E9496A21A457...

Address:        14102 Lemoli Avenue, #47
                Hawthorne, CA 90250 US

Phone:        2132454987

Email:        michelledeuschle@yahoo.com.br

Sponsor:        Au Pair Care

Dates in Au Pair Program:
From:        05/01/2010                          To:      12/10/2012

DocuSign Envelope ID: 8E22DD9B-8B2D-4A5A-8E72-C6C5317136DD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Michelle Martins Schaffer

Signature:        Date:       07/07/2017

Address:       13782 Foggy Glen Dr

Silver Spring , MD 20906 US

Phone:       2025900730

Email:       michellee_e@hotmail.com

Sponsor:       Au Pair Care

Dates in Au Pair Program:

From:       04/01/2013       To:       06/01/2014

DocuSign Envelope ID: 9459E264-BB80-4B9A-81DC-0B112928DD48

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Monica Andrea Fonseca Montoya

Signature: DocuSign by:
           [signature]
           743A868902A549D...                    Date:   07/06/2017

Address:   Juan Kepler

           Zapopan, Jalisco WY 45070 MX

Phone:     5213339001655

Email:     caneafonseca@gmail.com

Sponsor:   Cultural Care

Dates in Au Pair Program:

From:      07/20/2015                            To:     07/20/2016

DocuSign Envelope ID: 5A697845-7D32-4713-BA3A-B36A60ABA879

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Monica Davila Rodriguez

Signature:                                                          Date:     07/13/2017

Address:     Reforma Religiosa
             CDMX, CDMX TX 9730 MX

Phone:     445543868590

Email:     monicadavilar@live.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:
From:     08/06/2012                                 To:     08/05/2014

DocuSign Envelope ID: 7F184C2C-3286-4F76-B7C5-2CDF551F49DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Monica Duque

Signature:     *Monica Duque*
DocuSigned by:
539D2A0143D9464...                              Date:     07/08/2017

Address:     14440 Parkvale Rd
Rockville, MD 20853 US

Phone:     2022551823

Email:     monicaduts@gmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:
From:     03/18/2013                              To:     03/18/2015

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Nome:     <u>Monserrat Maria Isabel Martinez Cornelio</u>

Firma:    *Monserrat Maria Isabel Martinez Cornelio*          Data:   <u>07/11/2017</u>
          DocuSigned by:
          3E0CAE0AAE5642B...

Dirección:   <u>1223 Oak Ave</u>
             <u>Evanston, IL 60202 US</u>

Telefone:   <u>7735262717</u>

Email:   <u>monse_isa@hotmail.com</u>

Patrocinador: <u>AuPair Care</u>

Datas de participação no programa au pair:
De:       <u>08/08/2016</u>                    A:    <u>05/08/2018</u>

DocuSign Envelope ID: 16CBD797-846F-42BB-BD08-CB1B4C7D2D3A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Monyka Kleponis

Signature:   _DocuSigned by:_
             [signature]
             FB81A2C6D1964DC...              Date:   07/06/2017

Address:   90 mount Vernon st
           Somerville, MA 2145 US

Phone:    6174075939

Email:    Monikitha_s@hotmail.xom

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:     08/28/2012                    To:    04/11/2014

DocuSign Envelope ID: ED4A9EBC-B3CE-4118-B33F-0B6D076B0DBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Naiara Dambroso</u>

Signature:  <u>*[DocuSigned by: signature]*</u>     Date:   <u>07/06/2017</u>
54CF3C59C3E94E4...

Address:   <u>Rua Barão do Rio Branco 264, Apto 217</u>

<u>Xanxere, SC SC 89820-000 BR</u>

Phone:    <u>5549999931866</u>

Email:    <u>naiaradambroso@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:    <u>01/10/2011</u>     To:    <u>02/11/2012</u>

DocuSign Envelope ID: 4D3571CF-7FAC-423F-BE6A-87E249C7EB44

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Nallely K. Shapiro

Signature:   *Nallely K. Shapiro*          Date:   07/08/2017
             3278003A2EE14B9...

Address:     11 Elba Place

             East Northport, NY 11731 US

Phone:       5162557212

Email:       oro.peza16@hotmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:        06/18/2012                     To:     06/20/2014

DocuSign Envelope ID: 3022AA10-BDF8-4679-B5CF-A24C8A67FC78

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Natalia Andrea Montaño

Signature:  *Natalia Andrea Montaño*                    Date:   07/06/2017
            DocuSigned by:
            D1BF37E09E9F4BC...

Address:    Calle 54 #50a13 apt. 601

            Medellín, Antioquia NY 50012 CO


Phone:      3002350316


Email:      natymv77@gmail.com


Sponsor:    APC


Dates in Au Pair Program:

From:       08/22/2016                    To:    08/22/2017

DocuSign Envelope ID: FEBCF6DE-C11D-4EE0-8734-AD85582476D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Natalia Andrea Ospina Moreno

Signature:   *Natalia Andrea Ospina Moreno*          Date:   07/06/2017
DocuSigned by:
6E8FF95C7E18442...

Address:   Carrera 112 f bis No. 77 C 18

Bogota, Bogota 111031 CO


Phone:   573186886003


Email:   nataliaopina@gmail.com


Sponsor:   Aupaircare


Dates in Au Pair Program:

From:   01/18/2016          To:   01/18/2017

DocuSign Envelope ID: 0C9167DF-9262-471A-9048-BF79A6AFCE47

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Natalia Arevalo

Signature:     _NaTa_     Date:     07/06/2017
639E23235A164DF...

Address:     Transversal 13d no 155-50

Bogota, Bogota AR 0 CO

Phone:     3168710181

Email:     Nata07_08@hotmail.com

Sponsor:     AupairCare

Dates in Au Pair Program:

From:     06/11/2012     To:     06/11/2013

DocuSign Envelope ID: 4B784F64-CF67-41AD-870E-3A8F64CA3330

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Natalia Carolina Pedrozo Arbelaez

Signature:     *Natalia Carolina Pedrozo Arbelaez*          Date:     07/07/2017
DocuSigned by:
68093E95ABDA487...

Address:     cra 72B # 6D 73

Bogota, Bogota NJ 0 CO

Phone:     3196254570

Email:     nataliapedrozo24@gmail.com

Sponsor:     Au Pair Care, Inc

Dates in Au Pair Program:

From:     06/24/2013                    To:     06/24/2015

DocuSign Envelope ID: B05A96C1-AC68-4CB7-B819-D9D84192E1EE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Natalia Herrera</u>

Signature:   DocuSigned by:
            *Natalia H*
            72A5F661B0E9443...              Date:   <u>07/06/2017</u>

Address:   <u>41 70th way ne</u>
           <u>Fridley , MN 55432 US</u>

Phone:     <u>6512854869</u>

Email:     <u>Natyherrera_92@hotmail.com</u>

Sponsor:   <u>Cultural care</u>

Dates in Au Pair Program:

From:   <u>02/15/2016</u>              To:   <u>02/14/2018</u>

DocuSign Envelope ID: 93D9A6F2-FE38-4C21-9E03-F2FDEDA76EBD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Natalia Higuita Sanchez

Signature:    _DocuSigned by:_
              _Natalia_
              07F968456B9F449...                    Date:    07/07/2017

Address:     Calle 101 D # 82 e 62

             Medellin, 57 CO


Phone:       3117167559


Email:       Nati.higuita@gmail.com


Sponsor:     Cultural care


Dates in Au Pair Program:

From:     06/06/2016                     To:    06/05/2017

DocuSign Envelope ID: AF5F9DF0-64BD-4691-B36A-86860A89F045

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Natalia Jimenez Lopez

Signature:  *Natalia Jimenez Lopez*          Date:  07/18/2017
          DocuSigned by:
          DAFCDE57D287454...

Address:   Ave. Guadalupe #5511 int edif. D9

          Zapopan, Jalisco 45030 MX


Phone:     3334967318


Email:     cachitojl@gmail.com


Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:      01/24/2011              To:    07/31/2012

DocuSign Envelope ID: 5952B259-7561-48AA-83A9-BAD7026F247E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:   <u>Natalia Maria García Ávila</u>

Signature:   *Natalia Garcia*
DocuSigned by:
55172C7947A847F...                          Date:   <u>07/06/2017</u>

Address:   <u>400 Dutch Neck Road I-3</u>
<u>East Windsor , NJ 8520 US</u>

Phone:   <u>7328876491</u>

Email:   <u>natygarciaavila@hotmail.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:   <u>08/03/2015</u>                          To:   <u>12/15/2016</u>

DocuSign Envelope ID: A8AC355A-7847-4871-B753-19F85A791EF3

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Natalia Marques do Prado</u>

Signature: <u>Natália</u>   Date: <u>07/06/2017</u>

245849A55DDE4FC...

Address: <u>Av. Das Esmeraldas, 4001 Bloco E Apto 54</u>

<u>Marilia, São Paulo 17516-000 BR</u>

Phone: <u>5514981702130</u>

Email: <u>marquesprado@yahoo.com.br</u>

Sponsor: <u>Cultural Care, Inc. d/b/a Cultural Care Au Pair</u>

Dates in Au Pair Program:

From: <u>09/21/2008</u>   To: <u>09/26/2009</u>

DocuSign Envelope ID: 68E0168D-7F8F-4014-9477-436450DB2929

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   Natalia Rodriguez

Signature:   [DocuSigned by: signature CD30BB25E07148C...]     Date:   07/06/2017

Address:   4215 E BROAD ST

White hall, OH 43213 US


Phone:   2672706602


Email:   nrodriguezj1994@gmail.com


Sponsor:   AU PAIR IN AMERICA


Dates in Au Pair Program:

From:   06/27/2016     To:   08/18/2017

DocuSign Envelope ID: 9A1AF222-E73F-4886-940D-30B69EF7B077

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Nombre: <u>NATALIA SERAFIM TEJO</u>

Assinatura:  *NATALIA SERAFIM TEJO*
DocuSigned by:
0EDC4727582843F...

Fecha: <u>07/10/2017</u>

Endereço: <u>8200 HENRY AVENUE, A13</u>
<u>PHILADELPHIA, PA 19128 US</u>

Teléfono: <u>6097440729</u>

Email: <u>nataliastejo@gmail.com</u>

Patrocinador: <u>AU PAIR IN AMERICA</u>

Fechas de participación en el programa au pair:

De: <u>10/04/2014</u>          A: <u>10/04/2015</u>

DocuSign Envelope ID: FBFC6B11-7EF1-41AF-953E-B8B2BACE9BA7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Natalia Vega Boza</u>

Signature:  *Natalia Vega Boza*
DocuSigned by:
F6F96686B98B4D4...

Date:  <u>07/05/2017</u>

Address:  <u>Manuel Medina Mz 401 Lt 43, Granjas Independencia 3</u>

<u>Ecatepec De Morelos, Estado de Mexico NM 55290 MX</u>

Phone:  <u>5543180691</u>

Email:  <u>baloisp@gmail.com</u>

Sponsor:  <u>Aupair in America</u>

Dates in Au Pair Program:

From:  <u>01/12/2009</u>          To:  <u>11/29/2009</u>

DocuSign Envelope ID: F40F0177-1C7E-4318-99A2-F1DDCB1A7658

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      NATALIA ZAPATA

Signature:      *NATALIA ZAPATA*
553295F049E0422...      Date:    07/06/2017

Address:      1060 BRICKELL AVE APT 4115
MIAMI, FL 33131 US

Phone:      5103840842

Email:      NATYZAPATA502@GMAIL.COM

Sponsor:      InterExchange, Inc

Dates in Au Pair Program:

From:      01/07/2013      To:    07/01/2014

DocuSign Envelope ID: AAC246DB-149A-407A-A561-DB1CC5E81AE3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Natasha de Oliveira Gomes

Signature:   *N Gomis*   Date:   07/05/2017

Address:     14105 Red Rock Court
             Gainesville, VA 20155 US

Phone:     5714850145

Email:     Naatasha@live.com

Sponsor:     Au pair in America

Dates in Au Pair Program:

From:     06/12/2016     To:     06/12/2017

DocuSign Envelope ID: F9B82EF7-859E-44E2-95E9-D7D4C7A0817A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: <u>Nathalia Duque Cortes</u>

Signature: *DocuSigned by:* <u>Nathalia Cortes</u>
833AE573D00942F...

Date: <u>07/06/2017</u>

Address: <u>800 S 4th Street apto 1606</u>
<u>Louisville, KY 40203 US</u>

Phone: <u>7348928035</u>

Email: <u>nathyjuly@gmail.com</u>

Sponsor: <u>Cultural Care</u>

Dates in Au Pair Program:

From: <u>02/02/2015</u>          To: <u>06/30/2017</u>

DocuSign Envelope ID: 42C286F5-54C9-41AD-93A8-F83434D7EEB6

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:  <u>Nathalie Soares Silva</u>

Signature:  *Nathalie Soares Silva*
DocuSigned by:
DA703946A7E34F4...

Date:  <u>07/06/2017</u>

Address:  <u>Rua Manuel Pinto, 300</u>
<u>São Paulo, SP SC 5776460 BR</u>

Phone:  <u>5511957019198</u>

Email:  <u>nathy_24100@hotmail.com</u>

Sponsor:  <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:  <u>05/23/2012</u>

To:  <u>11/22/2013</u>

DocuSign Envelope ID: 9C09C0B9-A335-473F-A8A1-5352B4831C77

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:    <u>Nathalie Valenzuela</u>

Signature:      Date:   <u>07/06/2017</u>

Address:   <u>126 emily st</u>

<u>philadelphia , PA 19148 US</u>

Phone:   <u>2674545456</u>

Email:   <u>valenzuela.nicoll@gmail.com</u>

Sponsor:   <u>au pair in america</u>

Dates in Au Pair Program:

From:   <u>03/08/2013</u>   To:   <u>04/08/2015</u>

DocuSign Envelope ID: 81B687CC-910F-432F-BB2E-5A9413C42C9C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Neftali Espinosa

Signature:   _DocuSigned by:_                              Date:    07/05/2017
             84E461679B624B6...

Address:     Sunnyhill ave

             Franklinville , NJ 8322 US


Phone:       8567256768


Email:       imcitlalli.espinosa@gmail.com


Sponsor:     Au pair in America


Dates in Au Pair Program:

From:        04/19/2015                         To:      10/08/2016

DocuSign Envelope ID: 1C97E4E6-6FDC-4DD0-BE99-C4A2D2488E0C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre: <u>Nhayanne dos santos Montenegro</u>

Assinatura: *DocuSigned by:*
<u>Nhayanne dos santos Montenegro</u>      Fecha: <u>07/18/2017</u>
13BB34DE7E95444...

Endereço: <u>2477 leadenwah drive (wadmalaw island)</u>
<u>Charleston , SC 29487 US</u>

Teléfono: <u>55081983158362</u>

Email: <u>Nanaymontenegro@hotmail.com</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Fechas de participación en el programa au pair:

De: <u>02/14/2016</u>                    A: <u>02/19/2017</u>

DocuSign Envelope ID: 989E88ED-FC18-4362-B6B3-329FA27651E2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Nicole Primi

Signature:   *Nicole Primi*        Date:   07/07/2017
             DocuSigned by:
             783BC90DA9A6447...

Address:    2820 Champion Road
            Naperville, IL 60564 US

Phone:     6306997419

Email:     nicoleprimi@live.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:
From:     07/11/2016        To:     07/10/2018

DocuSign Envelope ID: 589F9076-4B40-4CA1-B210-9F2B90FF3D3D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Nombre:   Nicolle Garibaldi Sartori

Assinatura:   *Nicolle Garibaldi Sartori*
DocuSigned by:
116E67E2614F463...
Fecha: 07/13/2017

Endereço:   Pinheiro Machado, 3266, ap 22.
Caxias do Sul, RS RI 95020172 BR

Teléfono:   5554991453351

Email:   nickachan@hotmail.com

Patrocinador: InterExchange, Inc.

Fechas de participación en el programa au pair:

De:   11/10/2014        A:   11/11/2016

DocuSign Envelope ID: 0EF42A13-D7F9-4184-BD7E-9C0279584078

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Noadia Maria Guimarães da Silva

Signature:   _DocuSigned by:_
_[signature]_
0E0195803425433...

Date:   07/18/2017

Address:   Rua Guanabara, 357

Recife, Pernambuco 50791-000 BR

Phone:   5581996576217

Email:   ngptrainer@gmail.com

Sponsor:   Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:   12/10/2007

To:   12/09/2009

DocuSign Envelope ID: A542E21B-2028-45B3-9FFD-CDCEA9A8CB53

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Noelli Lemes Garcia

Signature:     *DocuSigned by:*

Noelli

51601CC7C5104F0...

Date:     07/05/2017

Address:     1650, Rodovia Vereador Abel Fabricio Dias

Pindamonhangaba, Sao Paulo 12445010 BR

Phone:     2025683464

Email:     noelli_14@hotmail.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:     08/09/2015          To:     08/09/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        noemi becerra suarez

Signature:   *noemi becerra suarez*        Date:   07/11/2017
             DocuSigned by:
             1060D6916F214B2...

Address:     612 cascade falls drive

             weston, FL 33327 US

Phone:       9542321011

Email:       noecita3089@hotmail.com

Sponsor:     au pair in america

Dates in Au Pair Program:

From:        10/20/2014        To:     10/20/2016

DocuSign Envelope ID: 4748ADA6-EE77-4138-A97D-B3807EAAE990

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Nora Castillo Chavarrias</u>

Signature:  *DocuSigned by:*  **Nora**  66ABE9AF70484C6...   Date:  <u>07/05/2017</u>

Address:  <u>4303 Del Mar Ave</u>
<u>San Diego, CA 92107 US</u>

Phone:  <u>6198385859</u>

Email:  <u>ncastilloc.iespf@gmail.com</u>

Sponsor:  <u>Aupair in America</u>

Dates in Au Pair Program:

From:  <u>03/10/2016</u>   To:  <u>12/10/2017</u>

DocuSign Envelope ID: 17F42E7E-4FDF-46C8-8C55-BB2F7AA12200

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Nora Raak

Signature:   *DocuSigned by:*
             [signature]
             D73E84A1BC5E442...                    Date:    07/07/2017

Address:     680 Epic Way Apt 556
             San Jose, CA 95134 US

Phone:       6502696491

Email:       nora.raak@gmail.com

Sponsor:     AuPair in America

Dates in Au Pair Program:

From:        08/20/2013                            To:      08/19/2015

DocuSign Envelope ID: 88194B31-3FFE-43DC-A829-D46B451F7575

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Noreen ovalle

Signature:   *[DocuSigned by signature]*   Date:   07/06/2017
16168E341BED41F...

Address:   6728 Mulberry Circle
Chanhassen , MN 55317 US

Phone:   9522839053

Email:   Noreen.ovalle@hotmail.con

Sponsor:   Cultural care

Dates in Au Pair Program:

From:   01/10/2016   To:   01/10/2018

DocuSign Envelope ID: 3B1A304A-B0D4-4DEE-97F6-75E448314AE7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Nubia Lised Barrera Lemus</u>

Signature:   *Nubia Lised Barrera Lemus*          Date:   <u>07/06/2017</u>
             517520677C7A4DB...

Address:   <u>cll 20 #31-23</u>

           <u>Bucaramanga, santander NY 10804 CO</u>


Phone:     <u>3115934948</u>


Email:     <u>nubiabl-90@hotmail.com</u>


Sponsor:   <u>Au Pair Care</u>


Dates in Au Pair Program:

From:      <u>08/03/2015</u>                     To:    <u>05/03/2017</u>

DocuSign Envelope ID: C8F8DB46-9B19-4B01-A72E-1046B646C5A5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Nuria Aparicio</u>

Signature: *Nuria Aparicio*
E0C9F2F844724F3...

Date: <u>07/06/2017</u>

Address: <u>Santa Eulalia 93-95 2º-3º</u>

<u>Hospitalet de Llobregat, Barcelona 8902 ES</u>

Phone: <u>667486582</u>

Email: <u>nuriaparicio5@hotmail.com</u>

Sponsor: <u>Au Pair Care, Inc.</u>

Dates in Au Pair Program:

From: <u>01/25/2010</u>

To: <u>07/18/2010</u>

DocuSign Envelope ID: 7BC8B5E8-18AC-4DA6-B835-4B287E68A6A5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Nury Lucia Vega Hernandez</u>

Signature: <u>N LV.</u>          Date: <u>07/06/2017</u>

Address: <u>240 prospect ave apt 381</u>

<u>Hackensack , NJ 7601 US</u>

Phone: <u>2013755259</u>

Email: <u>luciaveg15@hotmail.com</u>

Sponsor: <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From: <u>03/23/2015</u>          To: <u>03/22/2016</u>

DocuSign Envelope ID: 63EBB9AB-C70E-45CA-9930-B5B17F350459

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Odalmis Moreno</u>

Signature:    <u>[signature]</u>          Date:    <u>07/06/2017</u>

B383D9FA6424423...

Address:    <u>Cll 6 No 21 45</u>

              <u>Melgar, Tolima 0 CO</u>

Phone:    <u>3187587411</u>

Email:    <u>Odalmis08@hotmail.com</u>

Sponsor:    <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:    <u>11/08/2009</u>          To:    <u>11/23/2010</u>

DocuSign Envelope ID: C63208F1-3465-4E01-A5BE-A76051B2F639

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Oreana D. Serafino Mancilla</u>

Signature: *DocuSigned by:* [signature] 5EB556EE7DED4BD...       Date: <u>07/05/2017</u>

Address: <u>4128 hale lane</u>

<u>Island lake, IL 60042 US</u>

Phone: <u>8608976984</u>

Email: <u>Oreana_s@hotmail.com</u>

Sponsor: <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From: <u>09/06/2011</u>       To: <u>09/02/2013</u>

DocuSign Envelope ID: 00226068-DBDB-404B-814F-D43B4E336CDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: _Ossiris Lizeth Pfeifer_

Signature: _Ossiris Lizeth Pfeifer_          Date: _07/06/2017_

Address: _4958 Liberty Rd S Apt #86_
_Salem, OR 97306 US_

Phone: _3609913201_

Email: _ossiris_F@hotmail.com_

Sponsor: _Au Pair in America_

Dates in Au Pair Program:
From: _02/09/2015_          To: _12/05/2015_

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:    Pamela Batista de Oliveira

Assinatura:    *Pamela Batista de Oliveira*    Fecha: 07/09/2017
DocuSigned by:
458AE720D3BB425...

Endereço:    Eugênio de Oliveira e Silva, 150

São Paulo, São Paulo SC 8310350 BR

Teléfono:    11960717384

Email:    pamoliveirabatista@gmail.com

Patrocinador: Au Pair in America

Fechas de participación en el programa au pair:

De:    09/19/2016    A:    11/04/2016

DocuSign Envelope ID: F55EBD41-B309-4247-AF60-C48ECBA9876C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Pamela Lezama Puig San Vicente

Signature:  *Pamela Lezama Puig San Vicente*          Date:    07/06/2017

Address:    22 Tulipanes 222 Lomas de Angelopolis San Andres Cholula

Puebla, AL 72821 MX

Phone:      2227660895

Email:       pamelpuig@hotmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:    05/16/2016                    To:    05/16/2017

DocuSign Envelope ID: 784EE405-41DA-42D1-9C51-CFC8C113D97D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Paola A Aguilar

Signature:    [signature]          Date:    07/06/2017
              AD8DF9E7075C40B...

Address:     125 Clubhouse dr sw #L1
             Leesburg , VA 20175 US

Phone:       2029100038

Email:       Paolaaguilar1989@gmail.com

Sponsor:     Au pair in America

Dates in Au Pair Program:
From:        12/13/2010            To:      12/16/2012

DocuSign Envelope ID: 1D612422-A297-4080-84B4-DEC936914A0C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Paola Andrea Aguilar Fuentes

Signature:   *PAAF*
            98847195B7584DD...                        Date:   07/07/2017

Address:   2631 montebello
           toledo , OH 43607 US

Phone:     ??(567) 868-6251??

Email:     andreita-149@hotmail.com

Sponsor:   Go Au Pair

Dates in Au Pair Program:

From:     08/24/2015                          To:     09/27/2016

DocuSign Envelope ID: F48E0BEF-8A22-48C2-8889-7652441C0CDB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Paola Bonilla</u>

Signature: <u>Paola Bonilla</u>           Date:   <u>07/06/2017</u>
B34EAA72F4704D3...

Address:   <u>Cra 64 n 99-100</u>

<u>Barranquilla, Altlantico 0 CO</u>

Phone:     <u>3008445169</u>

Email:     <u>paolabonillasantiago@gmail.com</u>

Sponsor:   <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:      <u>07/20/2011</u>           To:     <u>04/11/2012</u>

DocuSign Envelope ID: 61C681FB-6F1F-4DBE-8653-3CBBCD74BBE0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Paola Charles</u>

Signature: [DocuSigned by: signature, 600F71387273457...]   Date: <u>07/05/2017</u>

Address: <u>40 langdon ave</u>
<u>WATERTOWN, MA 2472 US</u>

Phone: <u>6178202469</u>

Email: <u>pao_lita_charles@hotmail.com</u>

Sponsor: <u>Au pair in america</u>

Dates in Au Pair Program:

From: <u>09/19/2016</u>   To: <u>09/19/2017</u>

DocuSign Envelope ID: 2F1D93E1-A496-4A06-A640-8C7C56D6E699

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Paola Soler</u>

Signature:  <u>DocuSigned by: _PS_ B81523F8E33748A...</u>   Date:  <u>07/05/2017</u>

Address:  <u>Calle 174 # 54b- 51 casa 8</u>
<u>Bogota, 110000 CO</u>

Phone:  <u>3002849945</u>

Email:  <u>paosol02@gmail.com</u>

Sponsor:  <u>Cultural care au pair</u>

Dates in Au Pair Program:

From:  <u>08/10/2012</u>   To:  <u>06/20/2013</u>

DocuSign Envelope ID: 08BF1E99-0C78-4648-8F9A-E1382DDA9863

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Paola Valdés Castañeda</u>

Firma:      <u>DocuSigned by:</u>                          Data:   <u>07/17/2017</u>
                1B1944BDBDB6420...

Dirección:   <u>queretaro 452 colonia republica oriente</u>

              <u>saltillo, coahuila 25280 MX</u>

Telefone:   <u>8444420327</u>

Email:      <u>paolavaldes94@gmail.com</u>

Patrocinador:<u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:

De:        <u>09/09/2012</u>                          A:      <u>04/08/2013</u>

DocuSign Envelope ID: 5120BE8A-0A9F-48C5-9541-5E96EEC40414

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Patricia carvalho nogueira ramos - new name Patricia D'agate

Signature:  *Patricia D Agate*
016C6AC28B0A456...

Date:  07/12/2017

Address:  49 west 72nd street apt 12d
New York , NY 10023 US

Phone:  6467083000

Email:  Patriciacnramos@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:
From:  09/01/2009

To:  03/01/2011

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Patricia Parra</u>

Signature:  <u>DocuSigned by: 04AF719A18EF47C...</u>  Date:  <u>07/06/2017</u>

Address:  <u>10 hagemount ave</u>
<u>Hightstown, NJ 8520 US</u>

Phone:  <u>9737108527</u>

Email:  <u>pahparra@gmail.com</u>

Sponsor:  <u>Expert au pair</u>

Dates in Au Pair Program:

From:  <u>06/17/2013</u>  To:  <u>06/17/2014</u>

DocuSign Envelope ID: AA0F06D2-F521-4E3C-86D8-EA1E1ACB1FFF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Patricia Tálaga

Signature:  DocuSigned by:

_Liliana P T_

4016AB0BA44C454...

Date:  07/06/2017

Address:  Calle 18 #2-29

Popayán, Cauca WY 190001 CO

Phone:  5731682983977

Email:  patriciatalaga89@hotmail.com

Sponsor:  Aupaircare

Dates in Au Pair Program:

From:  07/21/2014

To:  07/22/2016

DocuSign Envelope ID: BB0B8AF8-BBF0-4759-B09D-87036A3D1631

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Paul Mena Perez Ruiz

Signature: DocuSigned by:
           156BCB05FDC948E...                         Date:   07/07/2017

Address:   S/N Xilicatzi Fracc. Sta Elena
           Tlaxcala, 90140 MX

Phone:     2464600923

Email:     pmpr.91@gmail.com

Sponsor:   Cultural Care

Dates in Au Pair Program:
From:      01/30/2013                                 To:     01/30/2015

DocuSign Envelope ID: 6A82D2E9-75B3-4A57-8CB5-A0440CD944D2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Paula andrea Diaz

Signature:    [DocuSigned by signature: 6DA7FE662F2D413...]          Date:    07/13/2017

Address:    22425 aging oak drive
            Leesburg, VA 20175 US

Phone:    5712351087

Email:    Pauladiaz1907@gmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:
From:    01/23/2017          To:    01/22/2018

DocuSign Envelope ID: EC3FD073-2961-4546-B800-EF0DBB847736

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Paula Andrea Roldán</u>

Signature:  <u>Paula Roldán</u>            Date:   <u>07/06/2017</u>
           36038B8F6C794CE...

Address:   <u>9425 ridgeway ave</u>

           <u>Evanston, IL 60203 US</u>


Phone:     <u>8479758414</u>


Email:     <u>Paula. 2711@hotmail.com</u>


Sponsor:   <u>Au pair care</u>


Dates in Au Pair Program:

From:      <u>09/14/2015</u>                To:   <u>09/13/2017</u>

DocuSign Envelope ID: 5CBF5701-57CC-457D-AF31-C2C15E7689ED

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Paula Correa andrade

Signature:    *Paula*         Date:   07/06/2017
DocuSigned by:
DC0C8006BF5B452...

Address:    58 lheureux circle

Randolph, MA 2368 US

Phone:    6177550700

Email:    pa_correapfz@hotmail.com

Sponsor:    Au pair in America

Dates in Au Pair Program:

From:    04/06/2008        To:   03/09/2010

DocuSign Envelope ID: CFB1A6F3-A062-4666-98E2-419096D250C4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: Paula Gabriela Avila Rangel

Firma: 
348607DBC4B4437...

Data: 07/17/2017

Dirección: Vía Dante #125 Villa Magna
León, Guanajuato 37208 MX

Telefone: 4772857736

Email: justinbieberfan_13@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 04/18/2016

A: 02/01/2017

DocuSign Envelope ID: 18860BB0-8FCC-49FA-A3C3-D07B84362641

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Paula León Viramontes

Signature:             Date:   07/06/2017

Address:    Revolución sur #105

            Celaya , Guanajuato  NC 38078 MX

Phone:      +52 1 4611730697

Email:      pauoviramontes@live.com.mx

Sponsor:    Au Pare Care

Dates in Au Pair Program:

From:   01/05/2015              To:    01/05/2017

DocuSign Envelope ID: 3B60E89A-8920-4165-A674-F1A320A002C6

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     Paula Muniz Rodrigues

Signature:  *Paula Muniz Rodrigues*          Date:   07/06/2017
            C5F77AC976244D8...

Address:   rua brasil 644 apto 4

           são bernardo do campo, São Paulo 9627000 BR

Phone:     11994194486

Email:     muniz.al@gmail.com

Sponsor:   AuPair Care

Dates in Au Pair Program:

From:     04/04/2016                    To:    01/12/2017

DocuSign Envelope ID: B99AF90B-E1EF-436F-92A4-C549B75C4A37

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Paula Muñoz Acuña

Signature:  *Paula Muñoz Acuña*          Date:  07/11/2017

Address:  Vicente Huidobro 0423

Temuco, Araucania IL 4780000 CL

Phone:  56966068907

Email:  munoz.paula@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  03/08/2010          To:  03/19/2012

DocuSign Envelope ID: DE210B14-2F86-490B-8752-D1FF33C5D7DD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Paula Sol Vasquez

Signature:   *Paula Sol Vasquez*          Date:   07/06/2017

Address:   Ramos Mejia 3107

Los Polvorines, Buenos Aires 1613 AR

Phone:   3435081939

Email:   paulysol_91@hotmail.com

Sponsor:   Au Pair Cultural Care

Dates in Au Pair Program:

From:   02/11/2013          To:   11/10/2014

DocuSign Envelope ID: 74EE98A5-E878-405E-B03B-C44E339E6E7B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Paula Valencia Posso

Signature:     DocuSigned by:



B48267483171400...     Date:     07/06/2017

Address:     711 5th St SE

Washington DC, DC 20003 US

Phone:     202-906-0256

Email:     paulavalenciaposso@hotmail.com

Sponsor:     Au Pair In America

Dates in Au Pair Program:

From:     11/14/2016          To:     11/14/2018

DocuSign Envelope ID: 3375D255-48C8-4195-A278-759E3C24906F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Paulina Orozco segoviano

Signature:   _Paulina_   Date:   07/18/2017

Address:   Reno 1610

Chihuahua , Chihuahua  TX 77057 MX

Phone:   5216141237056

Email:   paulina1411@icloud.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   08/15/2016   To:   07/26/2017

DocuSign Envelope ID: 2B94F825-0B9F-4788-84D0-5B29B9FCC8EE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Pauline cunha

Signature:     _DocuSigned by:_
               Paul. MDar
               BE0EEC3E6BD448E...          Date:     07/10/2017

Address:     104 goldmeadow ct
             Brentwood , CA 94513 US

Phone:     9255779515

Email:     Paulinegmillar@gmail.com

Sponsor:     Au pair care

Dates in Au Pair Program:

From:     06/20/2010          To:     06/20/2011

DocuSign Envelope ID: 95E5233C-F741-4A52-B150-936C436F7DFC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Priscilla Souto

Signature:

DocuSigned by:

2BF88C96B6E54D5...

Date:     07/06/2017

Address:     11126 s 2865 w

South Jordan , UT 84095 US

Phone:     2066017809

Email:     priscillasouto22@gmail.com

Sponsor:     Au Pair Care

Dates in Au Pair Program:

From:     03/16/2015      To:     03/16/2017

DocuSign Envelope ID: 19BD737F-939E-4844-A9FF-D249293F4C32

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Raianne Tavares rocha</u>

Signature:     <u>Raianne</u>
DocuSigned by:
9FAB14C6CC5F4F8...

Date:   <u>07/06/2017</u>

Address:   <u>290 Cecília Way</u>
          <u>Tiburon , CA 94920 US</u>

Phone:   <u>4155280529</u>

Email:   <u>raiannetavares@hotmail.com</u>

Sponsor:   <u>Au pair in americ</u>

Dates in Au Pair Program:

From:   <u>04/18/2016</u>

To:   <u>04/18/2018</u>

DocuSign Envelope ID: 4830A01F-B065-450A-ABE0-2E500DBE49FE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     raisa caballero

Signature:     *Raisa C.*
DocuSigned by:
A5C6D3EBC34348C...

Date:     07/06/2017

Address:     1601 montopolis dr #534
austin, TX 78741 US

Phone:     5129458761

Email:     raizajaneth@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:
From:     01/26/2009          To:     02/07/2011

DocuSign Envelope ID: 86885C2A-62EC-472A-8975-3E3C9A1C9636

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Raissa Monteiro Pereira


Signature:     *Raissa Monteiro*          Date:     07/10/2017
               BC092FDA141F4C9...

Address:     Peru Street, 214

             São José dos Campos, São Paulo 12223030 BR


Phone:     5512988416439


Email:     m_raissa@hotmail.com


Sponsor:     Au Pair in America


Dates in Au Pair Program:

From:     09/18/2008          To:     04/08/2010

DocuSign Envelope ID: E7F13169-7A34-4E17-AF49-BECB04796C98

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Raissa Sundin do Lago</u>

Signature:   _DocuSigned by:_
_Raissa Lago_
D9C15DAD6E6D441...                    Date:   <u>07/06/2017</u>

Address:   <u>Rua Oyapock 435</u>

<u>Curitiba, Parana WY 80050450 BR</u>

Phone:    <u>41995650211</u>

Email:    <u>raissa_sl@hotmail.com</u>

Sponsor:   <u>AuPairCare</u>

Dates in Au Pair Program:

From:   <u>03/01/2012</u>                    To:   <u>12/01/2013</u>

DocuSign Envelope ID: FADA1F64-6B4D-488E-BE1B-5C81376F006F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Raquel Herrera

Signature:      *DocuSigned by:*
              189B25733AF3455...          Date:    07/06/2017

Address:      Cra.83#6-50 apto801D

              Cali, 0 CO

Phone:      3046833670

Email:      raquelherrera1987@gmail.com

Sponsor:      Aupair in America

Dates in Au Pair Program:

From:      08/06/2012          To:    12/11/2013

DocuSign Envelope ID: D462C762-D1BC-467B-A819-BB249F0957A9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Raquel Namur Rivas

Signature:   *Raquel Namur Rivas*                       Date:   07/06/2017
          DocuSigned by:
          8B43375346DE458...

Address:   23 #290 x 23 y 28 Colonia Miguel Alemán
           Mérida, Yucatán 97000 MX

Phone:     9992138999

Email:     raquel_namur@hotmail.com

Sponsor:   Aupair Care

Dates in Au Pair Program:
From:     08/11/2014                          To:    05/13/2016

DocuSign Envelope ID: 5C964EF0-06E6-4234-8B96-24238EA91FD2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Raquel Nogueira Brandao

Signature:      _DocuSigned by:_
                *Raquel Nogueira Brandao*
                0B764317156C450...                          Date:   07/07/2017

Address:   Rua Padre Carvalho 724 apto 01

           Sao Paulo, Sao Paulo WA 5427020 US

Phone:     5511944558813

Email:     raa.brandao@hotmail.com

Sponsor:   AuPair in America

Dates in Au Pair Program:

From:      02/09/2014                          To:      04/26/2015

DocuSign Envelope ID: A318AD40-F338-46EB-81CB-7767324CBB2E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   Rebeca Hid Rueda

Signature:   _DocuSigned by:_
_Rebeca_
B09F8D4493B2480...                    Date:   07/07/2017

Address:   INFONAVIT Tulioanes

Tuxpan Veracruz , Veracruz CA 92800 MX

Phone:   7838329050

Email:   Rebeca_hid@hotmail.com

Sponsor:   Aupaircare

Dates in Au Pair Program:

From:   10/17/2016                    To:   10/17/2018

DocuSign Envelope ID: 9C139D41-02A6-4A5E-B5A8-22D5F9A4A3D2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Rebeca Trabachini

Signature:     *Rebeca*        Date:     07/17/2017
       45A19E5CEA2E41C...

Address:     Avenida João Ramalho, 148

           Santo andre, São Paulo WY 9030320 BR

Phone:     5511970343330

Email:     rebeca_t14@hotmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:

From:     04/20/2015        To:     04/22/2016

DocuSign Envelope ID: F4283643-68BB-46FC-BD94-4675039685FE

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     <u>RENATA REZENDE DE OLIVEIRA</u>

Signature:   *DocuSigned by:*
             *RENATA REZENDE DE OLIVEIRA*
             0FD85C4BC85C414...                        Date:   <u>07/06/2017</u>

Address:   <u>RUA JOAO CANDIDO DE LIMA, 374</u>
           <u>SÃO PAULO, SÃO PAULO 3678020 BR</u>

Phone:     <u>551120419247</u>

Email:     <u>BA_RENATA@YAHOO.COM.BR</u>

Sponsor:   <u>AU PAIR CARE</u>

Dates in Au Pair Program:

From:   <u>06/26/2011</u>                    To:   <u>06/26/2012</u>

DocuSign Envelope ID: F0F8F2BB-DBAA-4A19-B8EB-5E4B605DD958

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Rhayna marques

Signature:     *Rhayna*     Date:     07/11/2017
DocuSigned by:
DCF94E428D2A4C1...

Address:     Marechal rondon 310

Fortaleza, Ceara 60175060 BR

Phone:     558532682335

Email:     rhayna_marques@hotmail.com

Sponsor:     AupairCare

Dates in Au Pair Program:

From:     07/28/2011     To:     01/08/2012

DocuSign Envelope ID: 681C30D6-6880-4CCA-9D04-434B1BA563B5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Ritiele goulart generoso

Signature:     *DocuSigned by:*
               BB13D22343ED4B3...          Date:     07/13/2017

Address:     13714 NE 9th Place
             Bellevue, WA 98005 US

Phone:     18432881408

Email:     ritielritiele.goulart@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:
From:     11/17/2014          To:     01/09/2016

DocuSign Envelope ID: 26166CC5-CFC1-4EEB-92A6-293749012BE7

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Roberta Dalio Bernardo</u>

Signature:   <u>Roberta</u>            Date:   <u>07/06/2017</u>
B651EABC2DE5407...

Address:   <u>425 owen rd</u>

<u>Wynnewood , PA 19096 US</u>

Phone:     <u>6109095181</u>

Email:      <u>robertadb96@hotmail.com</u>

Sponsor:   <u>APIA</u>

Dates in Au Pair Program:

From:     <u>03/05/2016</u>              To:     <u>12/14/2017</u>

DocuSign Envelope ID: 7D95D121-6EFB-4303-9E21-537EB81E0907

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Rocio Más Padilla

Signature:        Date:    07/06/2017

Address:    50 Lincoln st

Watertown , MA 2472 US

Phone:    34652191463

Email:    Rociomas89@hotmail.es

Sponsor:    Aupair in América

Dates in Au Pair Program:

From:    11/02/2015    To:    02/17/2017

DocuSign Envelope ID: 99009C87-37BC-4D3A-91A3-04D2C8E29E99

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Rosa Amelia Pinto Vallejo

Signature:   [signature: DocuSigned by: 08042B2E9C9E400...]      Date:   07/10/2017

Address:   calle Mariño

          Montalban, Carabobo IL 2042 VE


Phone:   4144150127


Email:   roseamely510@hotmail.com


Sponsor:   cultural care au pair , EF (English First)


Dates in Au Pair Program:

From:   06/13/2011                          To:   07/13/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Roseli Carvalho

Signature:   _Roseli Carvalho_     Date:   07/06/2017
           DocuSigned by:
           553085FD21FF492...

Address:    3128 Merrick Terrace
            Pompano Beach, FL 33063 US

Phone:    9547164171

Email:    roselic@gmail.com

Sponsor:    AuPairCare

Dates in Au Pair Program:

From:    06/06/2012     To:    06/06/2014

DocuSign Envelope ID: 2F9F650E-ADC7-4F45-B9A6-DD1729136502

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Rossana Isabel Arrua Ferreira

Signature:      DocuSigned by:      Date:    07/06/2017
                 [signature]
                 F1D95CC267A6454...

Address:    605 lafayette ave

            Buffalo, NY 14222 US

Phone:    7163812131

Email:    rossarruaf87@hotmail.com

Sponsor:    GO AUPAIR

Dates in Au Pair Program:

From:    07/13/2014                  To:    07/14/2015

DocuSign Envelope ID: 42754F2E-7914-449B-89B4-47579847317B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Sabrina Silveira Cintra de Souza

Signature:  *DocuSigned by:*
            [signature]
            12353D9DE7C0442...                          Date:   07/09/2017

Address:    142, Ataulpho Ulhoa Canto

            Itapira, São Paulo 13972306 BR


Phone:      5519971536504


Email:      sabrinasilveiracintra@gmail.com


Sponsor:    Cultural Care


Dates in Au Pair Program:

From:       05/31/2016                                  To:     05/31/2017

DocuSign Envelope ID: A5E0BA28-E6B0-4450-ABD2-E53074FCBBAD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Sabrine Natasche Wood

Signature:   *Sabrine Natasche Wood*          Date:   07/06/2017
           DocuSigned by:
           80F92992D8C24F4...

Address:    198 Halpine Road #1444
            ROCKVILLE, MD 20852 US

Phone:     2014233990

Email:     sabrinenatasche@gmail.com

Sponsor:   Au Pair in America

Dates in Au Pair Program:
From:     01/08/2014              To:     01/08/2016

DocuSign Envelope ID: B080EF2C-A8DE-4496-8171-CE24CAE0F13F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Sagy Garay

Signature:      _DocuSigned by:_
          DBB0F8C9695C41B...          Date:   07/06/2017

Address:   Calle 70#17a-34

          Bogotá , Cundinamarca  GA 57 CO

Phone:   3016853536

Email:   natyyur3.8@hotmail.com

Sponsor:   Aupaircare

Dates in Au Pair Program:

From:   02/01/2016          To:   04/27/2017

DocuSign Envelope ID: AFE8171D-82AD-4E86-B3EC-8FAC772D7AB1

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Samanta Meyer</u>

Signature:     DocuSign by:
              81B27530F5DC4B2...          Date:   <u>07/06/2017</u>

Address:     <u>7925 Brandywine Pkwy</u>
              <u>Brooklyn Park , MN 55444 US</u>

Phone:     <u>6126008626</u>

Email:     <u>sah_guisso@hotmail.com</u>

Sponsor:     <u>Au Pair in America</u>

Dates in Au Pair Program:

From:     <u>07/05/2009</u>          To:     <u>07/05/2011</u>

DocuSign Envelope ID: EDE56250-248A-411A-B6F3-13D25D7747C8

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Samaris Cristina Jorge</u>

Signature:   *Samaris Cristina Jorge*       Date:   <u>07/06/2017</u>
DocuSigned by:
10234FF6619B435...

Address:   <u>Rua Ceará, 3758, Patrimônio Velho</u>

<u>Votuporanga, São Paulo 15505-167 BR</u>

Phone:    <u>5517996223496</u>

Email:    <u>samaris.enf@hotmail.com</u>

Sponsor:   <u>Au Pair Care</u>

Dates in Au Pair Program:

From:   <u>06/26/2011</u>                    To:   <u>07/22/2012</u>

DocuSign Envelope ID: 1AEC109F-079B-45C8-9389-102B663803A7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>SANDRA MILENA ENDOZA JIMENEZ</u>

Signature:   *sandra milena mendoza*
DocuSigned by:
831B80F997C5433...          Date:   <u>07/06/2017</u>

Address:   <u>Carrera 82 numero 75-150</u>

<u>mendellin, antioquia 534 CO</u>

Phone:   <u>3117962145</u>

Email:   <u>samime_07@hotmail.es</u>

Sponsor:   <u>cultural care au pair</u>

Dates in Au Pair Program:

From:   <u>07/04/2013</u>          To:   <u>08/30/2014</u>

DocuSign Envelope ID: 8F0E47E3-299E-4F85-97FF-85110F679736

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Sandra Potosi</u>

Signature:     <u>SandraP</u>     Date:     <u>07/06/2017</u>
DocuSigned by:
6F097810C1DD404...

Address:     <u>Calle 29 cn 2 - 16</u>

<u>Popayán, Cauca 190002 CO</u>

Phone:     <u>(57)3126158956</u>

Email:     <u>sandrapotosi91@outlook.com</u>

Sponsor:     <u>Cultural Care</u>

Dates in Au Pair Program:

From:     <u>07/18/2016</u>     To:     <u>07/13/2017</u>

DocuSign Envelope ID: 3A299EE7-BE09-432B-835C-12F452B62EDA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>Santos Daniela Lemus Trigueros</u>

Firma:    <u>Santos Daniela Lemus Trigueros</u>          Data:   <u>07/08/2017</u>
          8541940199344C0...

Dirección:   <u>16 Av Sur Colonia Cumbres del Palmar #21</u>
             <u>Santa Ana, El Salvador, GA 30075 US</u>

Telefone:    <u>6789331601</u>

Email:       <u>dannytrigueros@gmail.com</u>

Patrocinador:<u>AU PAIR IN AMERICA</u>

Datas de participação no programa au pair:

De:      <u>01/16/2012</u>                    A:    <u>10/25/2013</u>

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:   <u>Sara  González Bastidas</u>

Signature:   DocuSigned by:
<u>SGB</u>
236B3AFBE0D247D...

Date:   <u>07/05/2017</u>

Address:   <u>Cra 50 # 115-51</u>

<u>Bogotá, Bogotá NJ 0 CO</u>

Phone:   <u>573162714208</u>

Email:   <u>saragonzalezb95@gmail.com</u>

Sponsor:   <u>Au pair care</u>

Dates in Au Pair Program:

From:   <u>03/03/2015</u>

To:   <u>03/10/2016</u>

DocuSign Envelope ID: EE048B5D-2B8F-4517-8BC1-7B99DBF88C01

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Sara lucia González Afanador

Signature: _DocuSigned by:_ [signature] 6A9FDBDF81BB44A...   Date: 07/10/2017

Address: Cra 32b # 32-14

Medellín , Antioquia  50016 CO

Phone: 3017309089

Email: saraluga@hotmail.com

Sponsor: Cultural care inc

Dates in Au Pair Program:

From: 04/28/2014     To: 10/28/2015

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Sara Martinez Palomo

Signature:          Date:     07/06/2017

Address:     C/ Laurel 14 A

Móstoles, Madrid 28935 ES

Phone:     664043769

Email:     fyra_2204@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     05/31/2016     To:     03/20/2017

DocuSign Envelope ID: 3E44B6F9-B5A7-44FA-A55C-92303BB1DA51

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Sara Vanessa Tamez Medina

Signature:  DocuSigned by:                                   Date:   07/18/2017
            C19AD7A72F82446...

Address:    4540 Friendship Avenue
            Pittsburgh , PA 15224 US


Phone:      5704525092


Email:      sara_tamez@hotmail.com


Sponsor:    Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:       01/11/2012                               To:     08/11/2013

DocuSign Envelope ID: 51C9A461-81CB-4FE6-A37F-C37A716DE9E5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      <u>Sara Werr</u>

Signature:    DocuSigned by: *Sara Werr*       Date:   <u>07/08/2017</u>
914EAD51D93A4E9...

Address:    <u>Gleueler Str 187</u>

          <u>50935, 50935 DE</u>

Phone:    <u>15207806940</u>

Email:    <u>Sara.werr@web.de</u>

Sponsor:    <u>Aupair in America</u>

Dates in Au Pair Program:

From:    <u>09/09/2013</u>       To:    <u>08/14/2014</u>

DocuSign Envelope ID: E346AE12-A114-4C79-B559-71525C545D78

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Sasha Salomon</u>

Signature:  <u>Sasha Salomon</u>  Date:  <u>07/06/2017</u>
DocuSigned by:
923A064C7DDE4A2...

Address:  <u>1076 Agate st</u>
<u>San Diego, CA 92109 US</u>

Phone:  <u>6193238849</u>

Email:  <u>nutrisasha91@gmail.com</u>

Sponsor:  <u>Go Aupair</u>

Dates in Au Pair Program:

From:  <u>06/11/2016</u>  To:  <u>06/11/2018</u>

DocuSign Envelope ID: 2911F225-EB17-4DD4-9A0B-9EF946EAEB5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Shelly Khoza

Signature:   [signature]            Date:   07/07/2017

Address:    1121 Linden Avenue

Deerfield , IL 60015 US

Phone:     3129371941

Email:      Shellykhoza@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    08/24/2015            To:    08/24/2017

DocuSign Envelope ID: 0BCA48DA-4DD1-457A-ADC4-B48E26960FB0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    <u>Sherilyn Fabiola Olivares Fernandez</u>

Signature:    DocuSigned by:
_Fabiola O.F._
CB8078E445464B3...                      Date:   <u>07/09/2017</u>

Address:    <u>Calle los Gonzales</u>

<u>San Jose, San Jose  10903 CR</u>

Phone:    <u>50684328455</u>

Email:    <u>sherfab21@hotmail.com</u>

Sponsor:    <u>Au pair in America</u>

Dates in Au Pair Program:

From:    <u>12/27/2013</u>                      To:    <u>12/17/2014</u>

DocuSign Envelope ID: 092D8698-DB41-4EDB-B53F-08AC3BE88E8B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Shirley Romero Vergara

Signature:   _DocuSigned by:_
            _Shly Rose V_
            E89B1F283B41466...                        Date:   07/10/2017

Address:    Carrera 16 # 50-59

            Barrancabermeja, Santander 687033 CO

Phone:      3165799711

Email:      shyp_22@hotmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:       05/14/2012                        To:     06/11/2013

DocuSign Envelope ID: B6F292FB-5298-4BDB-88F1-7913C8DF08F2

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     <u>Silvia Daiane Boche Lopes</u>

Assinatura:     <u>DocuSigned by: S Lopes 15014945E0714C1...</u>          Fecha: <u>07/08/2017</u>

Endereço:     <u>Rua Maria Barros Beraldo</u>
              <u>Pouso Alegre, Minas Gerais 37550000 BR</u>

Teléfono:     <u>5535992170570</u>

Email:     <u>silviaboche@outlook.com</u>

Patrocinador: <u>AuPair Care</u>

Fechas de participación en el programa au pair:

De:     <u>06/08/2015</u>          A:     <u>03/11/2016</u>

DocuSign Envelope ID: 847F5403-8A70-48A3-BF34-599D172432B7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Silvia Juliana Gomez Gonzalez</u>

Signature:   DocuSigned by:
             *Silvia gomez s*
             580478CF469740A...                    Date:   <u>07/07/2017</u>

Address:   <u>Cr 3 N2 192 quintas de Florida , casa 28</u>

           <u>Floridablanca , Santander  IL 681003 CO</u>

Phone:     <u>3165363959</u>

Email:     <u>Silvia-gomez@hotmail.com</u>

Sponsor:   <u>Aupair Care</u>

Dates in Au Pair Program:

From:      <u>10/17/2016</u>                    To:    <u>10/17/2017</u>

DocuSign Envelope ID: 7D06F6C1-60EE-4E56-AAC3-F4D4A5A6D889

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Silvia Marcela Maldonado Pena

Signature:     *[signature]*     Date:   07/11/2017

Address:   3340 Nw 17 St

Miami, FL 33125 US

Phone:   7863669088

Email:   si_lvia@yahoo.com

Sponsor:   Aupaircare inc

Dates in Au Pair Program:

From:   03/07/2011     To:   03/07/2012

DocuSign Envelope ID: A891BB19-E58A-4144-9096-B861F58E90F4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      Silvia Morales Prado

Signature:      *DocuSigned by:*
*Felicia Morales*
4DFA2DB19EE24C6...

Date:   07/06/2017

Address:      551 Olde Thompson creek Rd

Apex , NC 27523 US

Phone:      2522040340

Email:      Scmp27@hotmail.com

Sponsor:      InterExchange

Dates in Au Pair Program:

From:      01/04/2016                    To:      01/04/2018

DocuSign Envelope ID: 8376A198-FA0F-471D-9054-55D9BBD9A415

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Sirlei Vieira

Signature:     _DocuSigned by:_ Sirlei Vieira            Date:   07/10/2017
                4D8AEABB784F42C...

Address:    6201 walhonding rd

            Bethesda, MD 20816 US

Phone:    7033446138

Email:    vsirlei@gmail.com

Sponsor:    Au Pair in America

Dates in Au Pair Program:

From:    01/12/2014                    To:    01/12/2016

DocuSign Envelope ID: BFE35DAF-2F71-4E31-A2F9-62C6045364E8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     Sonia Alejandra Sanchez Morales

Firma:    *Sonia Alejandra Sanchez Morales*          Data:   07/16/2017
          DocuSigned by:
          E7C8C6943FF9426...

Dirección:   24 Churchill Drive
             York, PA 17403 US

Telefone:    2242005556

Email:       sonialejasanchez@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De:       05/31/2016                    A:      05/31/2018

DocuSign Envelope ID: 4334BB0B-63E3-4C96-85FF-5B051CB17BF6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:          <u>Sonia del Rocio Paz Puga</u>

Firma:        DocuSigned by:
              *S Paz*
              42F62B0ACB1D44F...                     Data:   <u>07/08/2017</u>

Dirección:    <u>paseo del azabache 40 fracc. Resurrección</u>

              <u>Jacona, Michoacán 59890 MX</u>

Telefone:     <u>3511294118</u>

Email:        <u>soniapaz@live.com.mx</u>

Patrocinador:<u>Au Pair in America</u>

Datas de participação no programa au pair:

De:           <u>08/09/2010</u>                       A:      <u>08/09/2011</u>

DocuSign Envelope ID: 028CE556-554D-4895-B07E-CEFACAB86352

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Sophia Beijer-Torres

Signature:   *Sophia Beijer-Torres*          Date:   07/08/2017
             6BFC57E34F4F442...

Address:     440 Gregory Avenue BSMNT
             Weehawken, NJ 7086 US

Phone:       3476387773

Email:       sophia_beijer@hotmail.com

Sponsor:     Cultural Care Au pair

Dates in Au Pair Program:

From:        10/05/2009                      To:     07/21/2010

DocuSign Envelope ID: 57A72A76-A6B4-4155-A376-44E56BEDCDC1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Stephani Morera Morse

Signature:      Date:   07/05/2017

Address:     7499 sunfish lake Ct NE

Rockford, MI 49341 US

Phone:       6166498701

Email:       stephani_0211@hotmail.com

Sponsor:     Aupair Care

Dates in Au Pair Program:

From:        06/22/2015        To:   03/04/2017

DocuSign Envelope ID: 7F762739-B384-4A7E-B7D3-E8D0951B60C0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Stephania Duarte

Signature:   *[DocuSigned by signature]*
B2C577B3262B4D9...                    Date:   07/08/2017

Address:    Calle 12#5-35

Piedecuesta , Santander MT 681012 CO

Phone:      3168206537

Email:      Stephania.duarte@outlook.es

Sponsor:    AuPair Care

Dates in Au Pair Program:

From:       04/04/2015                    To:     09/11/2015

DocuSign Envelope ID: 17C25E03-A055-44A2-B6ED-00AF3E7239E3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     stephanie franca da silva

Signature:     *stephanie franca da silva*     Date:     07/14/2017
DocuSigned by:
E8A8BFD71DAE4F7...

Address:     32 peppermill RD

chatham, NJ 7928 US

Phone:     9739013727

Email:     steh-franca@hotmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:

From:     09/26/2016     To:     09/26/2018

DocuSign Envelope ID: F060D04D-FFD2-4341-8EEE-FAA5424732EB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Stephanie Melo

Signature:   _DocuSigned by:_ _Stephanie Melo_ 56D113D8A6C643C...     Date:   07/06/2017

Address:   811 vía la venta

San Marcos , CA 92069 US

Phone:   9496520560

Email:   Tefa_9014@hotmail.com

Sponsor:   Au pair care

Dates in Au Pair Program:

From:   06/09/2016     To:   07/05/2017

DocuSign Envelope ID: 62FBCCF8-EBDF-467D-90A4-740F48275A02

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Sthefanie Urquilla

Signature:      [signature]      Date:      07/06/2017
3EF8AA06F750484...

Address:      1683 Vancouver way

Livermore , CA 94550 US

Phone:      9254288614

Email:      Sthefanieurquillav@gmail.com

Sponsor:      GoAupair

Dates in Au Pair Program:

From:      11/01/2012      To:      04/01/2014

DocuSign Envelope ID: A2A79297-0463-445C-AAF5-65724943E64E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Sthephanie Chara Trujillo

Signature:   _DocuSigned by:_   Date:   07/12/2017
             D0562C38308140C...

Address:   1218 summit av

           Union City , NJ 7087 US

Phone:     2018442032

Email:     sthephanie.ct@gmail.com

Sponsor:   Au Pair Care, Inc.


Dates in Au Pair Program:

From:      01/10/2011            To:     01/10/2013

DocuSign Envelope ID: E6AC4A92-4019-4E0F-908C-6A259D89FAFE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Sttefy fonseca

Signature:             Date:   07/06/2017

Address:    1809 Page st

San Francisco , CA 94117 US

Phone:     5109140448

Email:      sttefy.reyes@gmail.com

Sponsor:    Au pair care

Dates in Au Pair Program:

From:     05/02/2016          To:     05/02/2018

DocuSign Envelope ID: F9E4A0D0-AB6A-4F67-BB60-AAA0F41F546D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: _Susete Araujo Sousa_

Signature: _[signature]_  Date: _07/06/2017_

Address: _1710 W Hillcrest Dr #107_

_Newbury Park, CA 91320 US_

Phone: _6316016594_

Email: _Suse-sousa@hotmail.com_

Sponsor: _Au pair in America_

Dates in Au Pair Program:

From: _01/30/2014_  To: _12/09/2015_

DocuSign Envelope ID: 767F4A63-511B-4F1D-9B62-1F682D7E81BD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: ___Taciane Hallwas___

Signature: [DocuSigned by signature: BA3F3F3AC88F461...]     Date: ___07/06/2017___

Address: ___840 55th St Apt 4___

___Emeryville , CA 94608 US___

Phone: ___6302482146___

Email: ___Tc.rossi@hotmail.com___

Sponsor: ___Au Pair in America___

Dates in Au Pair Program:

From: ___12/13/2012___     To: ___12/13/2013___

DocuSign Envelope ID: 5653A37E-AC64-467B-BD3C-95DCF03A056B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Taciani Campos Silva

Signature: _DocuSigned by:_
           _Taciani P. Silva_
           A156D118DA1C42F...                    Date:   07/17/2017

Address:   1201 Park Place apt 2223
           Sherman , TX 75092 US

Phone:     9032677226

Email:     taci.campos16@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:      06/27/2016                            To:     09/04/2017

DocuSign Envelope ID: 78B83912-2891-49FD-A449-E9C8EFE0C383

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Tamires da Silva Braga</u>

Signature:   DocuSignedby:
          *Tamires*
          BD1E7997B94F40B...                    Date:   <u>07/06/2017</u>

Address:   <u>Rua três de maio, 66</u>

          <u>São Paulo, São Paulo 4044020 BR</u>

Phone:     <u>5511969356636</u>

Email:     <u>tamisbraga@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>05/01/2015</u>                     To:   <u>05/01/2017</u>

DocuSign Envelope ID: 94A96B26-AAFB-4D02-92E3-0C5A4DEEA620

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Tania Aparecida dos Santos

Signature:    [signature]    Date:    07/06/2017

Address:    4434 Castanos St
            Fremont, CA 94536 US

Phone:    4159373214

Email:    ainattsantos26@gmail.com

Sponsor:    Go Au Pair

Dates in Au Pair Program:

From:    09/08/2014    To:    09/08/2016

DocuSign Envelope ID: D8DCB5F5-D31F-447C-BD19-29E0F46659E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Tania Lorena Aizman Revilla

Signature:    [DocuSigned by signature]           Date:   07/05/2017
             311B7097A16441C...

Address:    Loma Larga # 22 Lomas del Sol

            Nuevo Vallarta , Nayarit NM 63735 MX

Phone:     453222065961

Email:      taniaspanic1@yahoo.com.mx

Sponsor:    Aupair Care

Dates in Au Pair Program:

From:      07/05/2012                To:    07/05/2014

DocuSign Envelope ID: F175488A-8375-4D1F-9998-139395F88722

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Tarsila F Torrens</u>

Signature: *Tarsila F Torrens*
C9257C400C204B1... 

Date: <u>07/09/2017</u>

Address: <u>4403 Romlon st 304</u>
<u>Belstville, MD 20705 US</u>

Phone: <u>7034010369</u>

Email: <u>tarsilatorrens@yahoo.com</u>

Sponsor: <u>American Institute For Foreign Study dba Au Pair in America</u>

Dates in Au Pair Program:

From: <u>02/21/2011</u>

To: <u>02/21/2013</u>

DocuSign Envelope ID: C91E9236-C007-469C-BA2D-06C4609F43DE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Tatiana Murcia

Signature:   *Tatiana Murcia*          Date:   07/06/2017
             DocuSigned by:
             7E926E494B0942F...

Address:   Washington

           Washington DC , DC 20008 US


Phone:     2025092101


Email:     t_moneka@HOTMAIL.COM


Sponsor:   Cultural Care


Dates in Au Pair Program:

From:      10/04/2010                  To:     10/04/2012

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:   <u>TATIANE DESCHAMPS LAGINESTRA</u>

Assinatura:   *TATIANE DESCHAMPS LAGINESTRA*
DocuSigned by:
3631964A9ECD440...

Fecha: <u>07/08/2017</u>

Endereço:   <u>MANOEL EUFRÁSIO, 1065</u>

<u>CURITIBA, PARANÁ 80540010 BR</u>

Teléfono:   <u>+55 41 3401 7798</u>

Email:   <u>tatiane.deschamps@yahoo.com.br</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Fechas de participación en el programa au pair:

De:   <u>09/08/2009</u>          A:   <u>09/08/2010</u>

DocuSign Envelope ID: C06907F0-F68E-477C-AFCB-85BA9F7B18C9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Teresa Maria Diaz Caballeros</u>

Firma:  <u>DocuSigned by:</u>
7F974A306A4E451...                    Data:  <u>07/12/2017</u>

Dirección:  <u>419 essex pl</u>
<u>Memphis, TN 38120 US</u>

Telefone:  <u>9014627534</u>

Email:  <u>terediaz1310@gmail.com</u>

Patrocinador: <u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:  <u>08/08/2016</u>                    A:  <u>08/08/2017</u>

DocuSign Envelope ID: 3E2E0CA1-7246-4930-A946-974E23BDA5B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Thabata Bertolacini

Signature:    *Thabata Bertolacini*
DocuSigned by:
73C6CE4520A7491...

Date:   07/18/2017

Address:   637, Innsbruck Ave

Great Falls , VA 22066 US

Phone:   7032176758

Email:   thabata-bertolacini@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   02/25/2013

To:   02/24/2015

DocuSign Envelope ID: C65217EF-9787-4CB6-B7FF-2BA7959BD9E0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   <u>Thaiana Rodrigues Maciel</u>

Signature:   _DocuSigned by:_ _(signature)_ 3F44AECD20174FC...   Date:   <u>07/06/2017</u>

Address:   <u>3524 Pear Tree ct #14</u>

<u>Silver spring, MA 20906 US</u>

Phone:   <u>3013647571</u>

Email:   <u>Thaiana_rodrigues@hotmail.com</u>

Sponsor:   <u>Au Pair in America</u>

Dates in Au Pair Program:

From:   <u>02/11/2013</u>   To:   <u>11/07/2014</u>

DocuSign Envelope ID: D697A376-8833-4563-A634-8FA3072F869C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Nombre:  Thaís ferrari paiva

Assinatura:  [assinatura: DocuSigned by: 7E5B2CC3F10C45E...]          Fecha: 07/10/2017

Endereço:  Campbell drive
Kensington, MD 20895 US

Teléfono:  2404639955

Email:  Thaisferrarip@gmail.com

Patrocinador: Aupair in América (APIA)

Fechas de participación en el programa au pair:
De:          05/09/2016                    A:          05/09/2018

DocuSign Envelope ID: 19AA55C7-156F-4C54-AAFE-017AB033ABC5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Thais Prina Berg

Signature: *[signature]*                          Date:    07/06/2017

Address:   600 Hammond Rd
           York, PA 17406 US

Phone:     7177798097

Email:     thais.sides@aol.com

Sponsor:   Au Pair Care

Dates in Au Pair Program:
From:      02/08/2008                             To:      11/08/2009

DocuSign Envelope ID: 79EE2CE0-2133-4AF1-A09D-060F11E40758

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Thais Stefanovich

Signature:                                                        Date:    07/06/2017
            DocuSign by:
            8E08BF1638E9404...

Address:     22 deer woods ct
             Glen Arm , MD 21057 US

Phone:       4436998417

Email:       thais.stefanovich@gmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:
From:        04/09/2012                          To:      04/09/2014

DocuSign Envelope ID: D5E3F116-E876-42BB-8114-8CF17643184E

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Thaissa Almeida Padovan</u>

Signature:   *Thaissa Almeida Padovan*                    Date:   <u>07/06/2017</u>
DocuSigned by:
E14C19E7B50442B...

Address:   <u>31741 Via Granada</u>
           <u>San Juan Capistrano, CA 92675 US</u>

Phone:    <u>9499810635</u>

Email:    <u>thaissa.almeida@hotmail.com</u>

Sponsor:   <u>AupairCare</u>

Dates in Au Pair Program:

From:   <u>07/11/2016</u>                    To:   <u>07/11/2018</u>

DocuSign Envelope ID: DBEECF1A-10E0-41A8-83E2-CCFBDDA459FB

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:     Thamires Sgoti Guimaraes

Signature:     *Thamires Sgoti Guimaraes*          Date:   07/06/2017
               245BCC9685A84B0...

Address:   R. Pedro Lemos Nogueira 253

           Jundiai, sao paulo NY 132132884 BR


Phone:     9148260447


Email:     tamy_tah@hotmail.com


Sponsor:   Au Pair In America


Dates in Au Pair Program:

From:     02/22/2016               To:     04/29/2017

DocuSign Envelope ID: 5BDBF7E3-6EBB-48A8-9E81-C9ADA87DAC27

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   <u>Thamirys Granado de Souza</u>

Signature:      Date:   <u>07/14/2017</u>

Address:   <u>Rei Alberto da Bélgica, 140</u>

<u>São Paulo, SP  3381000 BR</u>

Phone:   <u>5511987843171</u>

Email:   <u>thamy_granado@hotmail.com</u>

Sponsor:   <u>Au Pair Care, Inc.</u>

Dates in Au Pair Program:

From:   <u>03/03/2014</u>   To:   <u>09/21/2015</u>

DocuSign Envelope ID: C8C756E8-4097-488F-9AFF-BC6AA3D26DEE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Thamyres Romano martins

Signature:      _DocuSigned by:_
_Tham you_
DE804A07967446B...

Date:   07/05/2017

Address:   866 Cayuga st

San francisco, CA 94112 US

Phone:   (415) 699-6753

Email:   thamyres.romano@hotmail.com

Sponsor:   Au pair care

Dates in Au Pair Program:

From:   07/11/2016

To:   07/11/2018

DocuSign Envelope ID: DE1FBBEA-2734-4542-BE75-6AFF479E13E9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Thayz Claudia vieira carmelo

Signature:   
DocuSigned by:
FB823AC52DD644A...                        Date:   07/18/2017

Address:   Califórnia

Curitiba, Paraná AK 81900210 BR

Phone:   41992151011

Email:   thayz_tha@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:   08/10/2009                        To:   08/10/2010

DocuSign Envelope ID: 0ED2AD24-3692-4340-8568-BB04C9F4276D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:      Thayze Rocha

Signature:      *[signature]*      Date:   07/06/2017
C43537F1941C47F...

Address:   Servidão João Rocha, 76 Campeche

Florianópolis , Santa Catarina  IA 88063790 BR

Phone:   61981638852

Email:   thayzedrocha@gmail.com

Sponsor:   Au Pair Care

Dates in Au Pair Program:

From:   07/08/2012      To:   07/08/2014

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:      <u>Valeria Elisa Lucero Andocilla</u>

Signature:         Date:  <u>07/07/2017</u>

Address:   <u>Murialdo y 6 de Diciembre</u>

<u>Quito, Pichincha  170138 EC</u>

Phone:     <u>992889696</u>

Email:     <u>Vavalu97@hotmail.com</u>

Sponsor:   <u>Aupaircare</u>

Dates in Au Pair Program:

From:      <u>10/17/2016</u>                 To:    <u>10/17/2017</u>

DocuSign Envelope ID: 0120CB33-F473-4447-9B62-134808C8FA1C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Valeria Ramos</u>

Signature:     Date:  <u>07/10/2017</u>

Address:  <u>260 pacific st</u>

<u>Brooklyn , NY 11201 US</u>

Phone:  <u>17188657928</u>

Email:  <u>m2valeri@hotmail.com</u>

Sponsor:  <u>Cultural care au pair</u>

Dates in Au Pair Program:

From:  <u>08/03/2015</u>   To:  <u>08/01/2017</u>

DocuSign Envelope ID: 1AB1C9E3-B929-4D64-9E89-128EE2BC6E79

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Vanessa Dias

Signature:   *DocuSigned by:*
*[signature]*
7907126B37B74D9...

Date:   07/07/2017

Address:   600 North Chester Road
Swarthmore, PA 19081 US

Phone:   2673182833

Email:   vany.carla@gmail.com

Sponsor:   Aupaircare agency

Dates in Au Pair Program:

From:   03/21/2016

To:   03/21/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  <u>Vanessa Hart</u>

Signature:  <u>DocuSigned by:</u>   Date:  <u>07/06/2017</u>
848AFB71B4DE4CF...

Address:  <u>7714 Solomen Run Dr</u>
<u>Blacklick, OH 43004 US</u>

Phone:  <u>16146957494</u>

Email:  <u>v.hart0331@gmail.com</u>

Sponsor:  <u>Au Pair in America</u>

Dates in Au Pair Program:

From:  <u>07/25/2011</u>   To:  <u>05/12/2012</u>

DocuSign Envelope ID: C989FDD4-2063-4D91-80A3-0F01F9E0A310

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Vanessa Herrera

Signature:  *Vanessa Herrera*
DocuSigned by:
B09959CFE71944F...

Date:  07/06/2017

Address:  7221 Royal Fern Circle APT # 302
Manassas, VA 20111 US

Phone:  7036297527

Email:  vane_sk8333@hotmail.com

Sponsor:  Go AuPair

Dates in Au Pair Program:

From:  11/14/2011

To:  08/31/2012

DocuSign Envelope ID: C7EFEAC9-F194-4A3A-8C55-12768E1943E1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Vanessa Leal da Silva

Signature:  *DocuSigned by:* [signature] 67ADE390F6D142F...       Date:  07/18/2017

Address:  1352 Chestnut Avenue

Wilmette , IL 60091 US

Phone:  9083925704

Email:  vanessa.leal88@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  08/21/2015       To:  11/10/2016

DocuSign Envelope ID: 0448971A-416B-4DD4-A4A2-3DEB85FA3B98

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Vannesa Perez

Signature:  *[DocuSigned signature: B9A1AAEE8D6F48A...]*       Date:  07/06/2017

Address:  1045 harvard

Grosse Pointe Park , MI 48230 US

Phone:  3137020447

Email:  vanneciro_33@hotmail.com

Sponsor:  Aupaircare

Dates in Au Pair Program:

From:  01/05/2016       To:  01/05/2018

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Veronica Montserrat Parra Toledo</u>

Firma:     *Veronica Montserrat Parra Toledo*          Data:   <u>07/08/2017</u>
DocuSigned by:
1D5D45D8A89E45C...

Dirección:  <u>345 Lago De Chapala</u>
            <u>Morelia, Michoacán MI 58020 MX</u>

Telefone:   <u>4434427421</u>

Email:      <u>lp.verop@gmail.com</u>

Patrocinador:<u>Au Pair Care</u>

Datas de participação no programa au pair:

De:        <u>08/03/2015</u>                      A:    <u>03/31/2017</u>

DocuSign Envelope ID: 6B26647C-2717-410F-AC31-1AFA9D99CE62

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>veronica sanchez perez</u>

Signature:      *veronica sanchez perez*
DocuSigned by:
F7AF1736A3EC4CF...            Date:   <u>07/06/2017</u>

Address:      <u>la fuente 40</u>

<u>huercal overa, almeria 4600 ES</u>

Phone:      <u>663043705</u>

Email:      <u>avesanchez@gmail.com</u>

Sponsor:      <u>Au Pair in America</u>

Dates in Au Pair Program:

From:      <u>11/01/2016</u>            To:      <u>04/01/2017</u>

DocuSign Envelope ID: 0527406F-66C3-4503-B8AC-C56DFA9A4C14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Veronica Zapata Velez

Signature:     DocuSign by:
Veronica
E8D23B4E2BD846E...                    Date:     07/06/2017

Address:     103 timberbrook ln

Gaithersburg , MD 20878 US

Phone:     2027060608

Email:     veritozave@gmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:

From:     11/29/2010                    To:     04/19/2011

DocuSign Envelope ID: 4E98FEBF-7553-435D-A85D-BF656BE61872

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     Viridiana Masch

Signature:     DocuSigned by:     Date:     07/07/2017
3CDCF64201614F7...

Address:     1424s 89th st

West Allis, WI 53214 US


Phone:     4147199069


Email:     viryenriquez@gmail.com


Sponsor:     Au pair in America


Dates in Au Pair Program:

From:     01/25/2015     To:     12/23/2015

DocuSign Envelope ID: 4EE1ED6A-467C-46E2-A01A-55D0435A9710

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Wendy Caicedo

Signature:    Wendy Caicedo    Date:    07/06/2017
DocuSigned by:
892EDC3086D6411...

Address:    1072 saddlebrook RD

Mountainside , NJ 7092 US

Phone:    9089677362

Email:    Chachys_002@hotmail.com

Sponsor:    Cultural Care

Dates in Au Pair Program:

From:    07/13/2015    To:    07/12/2017

DocuSign Envelope ID: 7B8F992D-60FF-4D90-BE36-36F57DB9EA5E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  <u>Wendy Paola Rivera Arias</u>

Signature:  <u>85C758E1730C484...</u>          Date:  <u>07/06/2017</u>

Address:  <u>232 Coligni avenue</u>

<u>New rochelle, NY 10801 US</u>

Phone:  <u>9148449004</u>

Email:  <u>paoo_534@hotmail.com</u>

Sponsor:  <u>Interexchange</u>

Dates in Au Pair Program:

From:  <u>10/18/2016</u>          To:  <u>10/18/2017</u>

DocuSign Envelope ID: AD71279D-C181-4AF6-9937-C76FD0BFFC6B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Wendy Patricia Ramirez Deras

Signature:     [DocuSigned by signature]
               A831DFA07F53484...                    Date:     07/06/2017

Address:     46 arboro dr

             Sharon, MA 2067 US

Phone:      7812011057

Email:      wr.girl03@gmail.com

Sponsor:    Interexchange inc

Dates in Au Pair Program:

From:     07/20/2015                    To:     07/20/2017

DocuSign Envelope ID: 6B0F5E08-294A-479B-863E-29A6E23ECF41

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Wendy Sanabria

Signature:  _DocuSigned by:_ [signature] 7D8073998C7A4FA...     Date:  07/07/2017

Address:  5573 red fern run

Littleton , CO 80125 US

Phone:  573183248140

Email:  wensanabria04@hotmail.com

Sponsor:  Cultural care

Dates in Au Pair Program:

From:  02/16/2015     To:  09/18/2015

DocuSign Envelope ID: B990035E-AD9C-4536-BB3B-84A797B46A69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Ximena Sanchez</u>

Signature:   *Ximena Sanchez*          Date:   <u>07/05/2017</u>
          EC6C4FDA2881458...

Address:   <u>23 Hamilton Ave</u>

       <u>Staten island, NY 10301-10314 US</u>

Phone:    <u>4848022963</u>

Email:    <u>sanchez.ximena17@gmail.com</u>

Sponsor:   <u>Au pair in america (APIA)</u>

Dates in Au Pair Program:

From:    <u>09/05/2016</u>              To:   <u>09/05/2017</u>

DocuSign Envelope ID: F69D6109-6117-4E06-97D2-97ADD4636DB7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: _Yackeline zambrana_

Signature: _DocuSigned by:_ _9E2FEC518D6A433..._     Date: _07/06/2017_

Address: _4702 Nathan Hale Drive Apt. 103_
_Annandale, VA 22003 US_

Phone: _8134478902_

Email: _yackie_87@hotmail.com_

Sponsor: _Aupair in America_

Dates in Au Pair Program:

From: _09/18/2011_     To: _10/18/2013_

DocuSign Envelope ID: F6B9C90D-0084-4B7B-A8A5-759E9F60C9E7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Yamile Martínez Gómez</u>

Signature:   *Yamile Martínez Gómez*          Date:   <u>07/06/2017</u>
           DocuSigned by:
           08D6592197BD4C9...

Address:   <u>6710 N 31ave</u>

           <u>Phoenix , AZ 85017 US</u>

Phone:     <u>6023031855</u>

Email:     <u>yamile0806@hotmail.com</u>

Sponsor:   <u>AuPairCare</u>

Dates in Au Pair Program:

From:   <u>11/17/2014</u>          To:   <u>04/01/2015</u>

DocuSign Envelope ID: BEB2C7C7-F0C3-49A0-89F9-A7F633922095

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:    Yazhyra Gomez Agudelo

Signature:    *Yazhyra Gomez Agudelo*    Date:    07/06/2017
DocuSigned by:
F0FA9069946241A...

Address:    Carrera 29#17-41

Pereira, risaralda 660003 CO

Phone:    3216424883

Email:    yashig68@gmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:    08/24/2012    To:    03/08/2014

DocuSign Envelope ID: CFE42256-5899-4272-AD22-5DFBC1F8957D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:         <u>Yeimmy Catalina</u>

Signature:                                                              Date:     <u>07/06/2017</u>

Address:      <u>19 Cypress court</u>

              <u>Brooklyn, NY 11208 US</u>

Phone:        <u>1 6463848122</u>

Email:        <u>Aldanakatalina@gmail.com</u>

Sponsor:      <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:         <u>07/30/2012</u>                                      To:     <u>06/17/2013</u>

DocuSign Envelope ID: A1F14551-6538-4B9D-9B2A-F7DD00D68D54

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      <u>Yeisi Martinez</u>

Signature:   DocuSigned by:

   <u>Yeisi P.</u>      Date:   <u>07/06/2017</u>
   A992A7ADD54C479...

Address:   <u>293 Ellen Dr</u>

   <u>San Rafael , CA 94903 US</u>


Phone:   <u>4156861871</u>


Email:   <u>yeshi_pao@hotmail.com</u>


Sponsor:   <u>Au pair care</u>


Dates in Au Pair Program:

From:   <u>12/12/2016</u>      To:   <u>11/12/2018</u>

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: ___Yeniffer ramirez___

Signature: [signature: DocuSigned by, 6AB33E94193E4B2...]          Date: ___07/06/2017___

Address: ___17151 via Flores___
___San Lorenzo , CA 94580 US___

Phone: ___4154256090___

Email: ___yeniferrm@gmail.com___

Sponsor: ___Aupair care___

Dates in Au Pair Program:

From: ___08/31/2015___                    To: ___08/31/2017___

DocuSign Envelope ID: 7EB1528F-B2B0-4667-884D-531696D5F4D1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Yenny Carolina Cordoba</u>

Firma: DocuSigned by:
3B63045A51DD456...          Data: <u>07/08/2017</u>

Dirección: <u>614 W Belmont Ave</u>
<u>Chicago, IL 60657 US</u>

Telefone: <u>4073764665</u>

Email: <u>Caro.cordoba@gmail.com</u>

Patrocinador:<u>AuPair Care</u>

Datas de participação no programa au pair:

De: <u>03/21/2016</u>          A: <u>03/21/2017</u>

DocuSign Envelope ID: C7929CE3-EFF2-44D9-95C0-EFB8F8AB42D1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Yennyfer Gualteros

Signature:      [DocuSigned by: signature]      Date:   07/06/2017
            2C0CDB4C9DD141E...

Address:   98 Lynn Fells Parkway
           Melrose , MA 2176 US

Phone:     6178166917

Email:     Jenn.gualteros@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:      12/13/2015                    To:     12/13/2017

DocuSign Envelope ID: 1108A10E-EEA9-4599-B23E-F0D8577490B7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  YESSICA ANDREA MEJIA RIVERA

Signature:  *DocuSigned by:* YESSICA MEJIA   A37588B5724643F...          Date:  07/06/2017

Address:  CRA 62 165A-69, TORRE 2 APARTAMENTO 1309

BOGOTA, CUNDINAMARCA 57 CO

Phone:  3192974008

Email:  JAMERIVE@HOTMAIL.COM

Sponsor:  CULTURAL CARE AU PAIR

Dates in Au Pair Program:

From:  04/01/2011                    To:  10/01/2012

DocuSign Envelope ID: C01AD88F-519E-49E1-9641-D111A9C416DD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Yessica Elles</u>

Signature:   DocuSigned by:
         *[signature]*
         3895A16D6022489...          Date:   <u>07/06/2017</u>

Address:   <u>339 hayden lane</u>
           <u>Cameron, NC 28326 US</u>

Phone:    <u>2676742392</u>

Email:    <u>Yessicaelles@hotmail.com</u>

Sponsor:   <u>Aupaircare</u>

Dates in Au Pair Program:

From:     <u>12/05/2016</u>              To:    <u>12/05/2018</u>

DocuSign Envelope ID: 97C98EE7-56D1-4A81-93EA-418F208F56E6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  <u>Yessica Rivero Campos</u>

Signature: *DocuSigned by:* [signature] 45D421BEE2A84C0...   Date:  <u>07/08/2017</u>

Address:  <u>41 kings point road</u>

<u>Great Neck, NY, NY 11037 US</u>

Phone:  <u>929 366 4224</u>

Email:  <u>cakiarc7@gmail.com</u>

Sponsor:  <u>AuPair in America</u>

Dates in Au Pair Program:

From:  <u>04/07/2015</u>   To:  <u>12/31/2015</u>

DocuSign Envelope ID: E9A38DE4-61A9-423C-90D1-FBFDAF9332A9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Yicel Dayanna Calzadilla Bothía

Signature:   _Yicel Dayanna Calzadilla Bothía_
DocuSigned by:
0714C3BD1A8D447...                    Date:   07/17/2017

Address:   Cl 34 # 42 - 07

bucaramanga, Santander 680001 CO

Phone:   573045291997

Email:   dayana27@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:   08/25/2013                    To:   05/23/2015

DocuSign Envelope ID: 06C36BEE-D330-4BDB-9C11-48701A9FFF01

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del _2 de noviembre de 2017_.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Yina Brown / Yina Milena Navarro Hernandez

Signature:     _DocuSigned by:_
              _Yina Brown_
              69A4769EFBB24D8...               Date:     07/05/2017

Address:     4412 W Price Ave
             Tampa, FL 33611 US

Phone:     8132637247

Email:     Yina_navarro@hotmail.com

Sponsor:     Aupair Care

Dates in Au Pair Program:

From:     08/15/2011               To:     08/09/2013

DocuSign Envelope ID: 4F0A246F-6E03-495C-99DC-52530FADB5D1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Ylenia Espar gañet

Signature:  *Ylenia Espar gañet*
DocuSigned by:
7D76163277BF445...

Date:  07/17/2017

Address:  12053 165th pl ne
Redmond, WA 98052 US

Phone:  4253992283

Email:  ylenia.espar@hotmail.es

Sponsor:  Go Au Pair

Dates in Au Pair Program:

From:  02/29/2016

To:  03/01/2018

DocuSign Envelope ID: B612E62E-A5C2-4223-BAAD-DEA2EE0105F2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      <u>Yoselin Abigail Navas Cañas</u>

Signature: DocuSigned by:                              Date:   <u>07/06/2017</u>
           11E363D8A51B406...

Address:   <u>Final Autopista Norte y 5ta Ave Sur. Condominios Quinta Avenida. Apto 10B3</u>

           <u>Mejicanos, San Salvador  0 SV</u>


Phone:     <u>50379576978</u>


Email:     <u>yoselinabigailnavas@gmail.com</u>


Sponsor:   <u>GoAuPair</u>


Dates in Au Pair Program:

From:   <u>01/20/2014</u>                          To:   <u>07/17/2015</u>

DocuSign Envelope ID: 20FAC6E7-E6D0-4A04-8F82-1A5AB28D657D

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Yudy Lorena Buitrago Gomez

Signature:  *Yudy Lorena Buitrago Gomez*
F0DD4AFD69A6463...          Date:  07/07/2017

Address:  42098 Fiddlehead Pl., Stone Ridge
Aldie, VA 20105 US

Phone:  7035815744

Email:  lorenab_2124@hotmail.com

Sponsor:  AuPairCare

Dates in Au Pair Program:

From:  02/20/2017          To:  02/20/2018

DocuSign Envelope ID: 3B6DCC12-429B-43F1-9863-5EBED5BFAEE5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Yuliana Garzon

Signature:   _DocuSigned by:_
Yuliana G
F927B47C9B324C9...                    Date:   07/07/2017

Address:   25219 Bridlepath Lane
Farmington Hills, MI 48335 US

Phone:   2485713440

Email:   yusazon@hotmail.com

Sponsor:   Au pair in america

Dates in Au Pair Program:
From:   04/18/2016                    To:   10/18/2017

DocuSign Envelope ID: D0E650E0-A543-4FC4-A5C0-4F41511B873C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Yuliana Marlene Salazar salinas

Signature:   DocuSigned by: [signature] 91FE219097D4433...          Date:   07/10/2017

Address:   Frederic Mistral #1904 Col. Contry Sol

Guadalupe, Nuevo Leon TX 67174 MX

Phone:   19195234827

Email:   yuliana.salazar@hotmail.com

Sponsor:   Aupair In America

Dates in Au Pair Program:

From:   06/16/2013          To:   03/25/2015

DocuSign Envelope ID: C24A5635-C648-42D9-946A-446C3FDE109E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Yuly chacon</u>

Signature:                                Date:   <u>07/06/2017</u>

Address:    <u>15 Andrea ct</u>

                <u>New Rochelle , NY 10804 US</u>

Phone:    <u>9146469588</u>

Email:    <u>Yulyachaconb93@hotmail.com</u>

Sponsor:    <u>Aupair in America</u>

Dates in Au Pair Program:

From:    <u>08/28/2016</u>            To:   <u>08/28/2018</u>

DocuSign Envelope ID: A813E902-490C-4100-B764-0BCBCC1196D3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:  <u>Yury Fernanda Murcia Salamanca</u>

Signature:  *[DocuSigned by: Yury, C369E8F8B39D467...]*          Date:  <u>07/06/2017</u>

Address:  <u>Calle 88b #117-20</u>

<u>Bogotá, Bogotá DC 10000 CO</u>

Phone:  <u>3196868400</u>

Email:  <u>Yuryfer94@hotmail.com</u>

Sponsor:  <u>Aupair care</u>

Dates in Au Pair Program:

From:  <u>02/16/2015</u>          To:  <u>02/08/2016</u>

DocuSign Envelope ID: 065A7C16-2D28-4C02-BF9A-EE16EF726FBE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Zaira Cavenati

Signature:   _DocuSigned by:_            Date:   07/08/2017
             22F179385693419...

Address:    G. Falcone 448

            Almenno San Bartolomeo, Bergamo NJ 24030 IT


Phone:      3421893087


Email:      zairacavenati@gmail.com


Sponsor:    Cultural care


Dates in Au Pair Program:

From:    05/09/2016                    To:    05/04/2017

DocuSign Envelope ID: D9F0ED1C-6F3C-4FBE-B3CB-2DC59D898A5B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:      <u>Zoraida Nieto</u>

Signature:     _Zoraida Nieto_          Date:    <u>07/06/2017</u>
6276ECF9985F4C6...

Address:     <u>19432 NW 59th pl</u>

           <u>Hialeah, FL 33015 US</u>

Phone:     <u>3055049690</u>

Email:     <u>zoanle14@hotmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:     <u>09/07/2010</u>          To:     <u>09/07/2012</u>

DocuSign Envelope ID: 711861A5-FF8A-440C-BA49-25FE0743890A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  zore londono farley

Signature:  *zore londono farley*

DocuSigned by:
C6E17F0D96D64C8...

Date:  07/07/2017

Address:  4188 torrey pine way Livermore ca.94551

Livermore, CA 94551 US

Phone:  8052856381

Email:  zoresita23@hotmail.com

Sponsor:  aupaircare

Dates in Au Pair Program:

From:  02/04/2013

To:  02/04/2015

DocuSign Envelope ID: 2022BEF8-8313-4ED3-821B-C93D01713E1C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:　　　zunilda rosa tano morales

Signature:　　*zunilda rosa tano morales*
DocuSigned by:
59E706622BA54F3...

Date:　　07/06/2017

Address:　　583 fenway drive

charles Town , WV 25414 US

Phone:　　7037285156

Email:　　zunilda0909@hotmail.com

Sponsor:　　cultural care Au pair

Dates in Au Pair Program:

From:　　08/15/2010

To:　　05/16/2012