IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

       Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

       Defendants.

_____

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENT TO
MOTION TO AMEND SCHEDULING ORDER [ECF NO. 626]**

_____

Defendants intend to respond to Plaintiffs' third Motion to Amend Scheduling Order, ECF No. 620-1 ("Third Motion to Extend"), which seeks to extend numerous deadlines in this litigation, pursuant to the timing set forth in D.C.Colo.LCivR 7.1(d) on August 10, 2017. However, in order to ensure that the parties' respective positions are made clear with respect to the imminent, stipulated deadlines (*see* May 16, 2017 Stip. Sched. Mot., ECF No. 553), and so that Plaintiffs will not take the position that Defendants have waived the right to dispute their position, Defendants hereby respond briefly to the Supplement to Plaintiffs' Motion to Amend Scheduling Order, ECF No. 626 ("Supplement"), filed yesterday.

In their Third Motion to Extend, Plaintiffs seek a two-month extension of this Monday's deadline for the parties' affirmative expert disclosures as one aspect of a broader amendment to the current Scheduling Order, ECF No. 295, as amended by

ECF Nos. 452, 493, 555.  *See* Third Mot. to Extend at 5-6.  The Court denied Plaintiffs' request for forthwith treatment of the Third Motion to Extend and scheduled a hearing for it and two other motions concerning deficiencies in Plaintiffs' FLSA Notice for September 21, 2017.  ECF No. 622.

Undeterred, and without a proper order of this Court extending expert report deadlines, Plaintiffs informed Defendants on Monday that Plaintiffs would be proceeding as if their Third Motion to Extend had been provisionally granted or as if a two-month stay of all deadlines had been entered pending the Court's review of the motion, and they invited Defendants to do the same.  *See* Supplement Ex. 1.  Defendants responded succinctly the following day with their understanding of the circumstances:

> The Court neither entered a stay nor changed the deadline, and the parties do not have the authority to stipulate to an extension amongst themselves. It is our position that the deadline holds.

*Id.*

After having reviewed Plaintiffs' Supplement, Defendants' position, which follows the Federal Rules of Civil Procedure, has not changed.  *See* Fed. R. Civ. P. 6(b)(1); Fed. R. Civ. P. 16(b)(4); D.C.COLO.LCivR 6.1(a) (requiring the extension of time Plaintiffs seek to be approved by court order); *McCool v. Bridgestone/Firestone N. Am. Tire, Inc.*, 222 F. App'x 847, 850, 857-58 (11th Cir. 2007) (affirming trial court's refusal to accept untimely expert filing, notwithstanding defendants' willingness to extend time to file).  The Scheduling Order and all corresponding deadlines remain in effect, and Defendants will proceed accordingly.

2

Plaintiffs have cited Magistrate Judge Tafoya's July 24, 2017 Order, ECF No. 624, concerning Plaintiffs' singular pending discovery motion as grounds for staying all deadlines.  Plaintiffs argue in their Third Motion to Extend that the handful of Defendants' financial documents subject to the motion (that have either already been produced or will be produced in short order) are integral to the entirety of Plaintiffs' affirmative expert disclosures.  It is not clear to Defendants, however, why the imminent—if not already completed—production of financial documents purportedly needed by Plaintiffs to complete their expert opinions implies that this Court must have effectively granted Plaintiffs' Third Motion to Extend by enlarging the parties' expert disclosure deadline by two months.  Defendants also note that that they offered to not oppose an additional two weeks to serve expert reports, and that they would not object to a supplement of expert disclosures upon production of the remaining financial information. Plaintiffs rejected the offer out of hand.  *See* Third Mot. to Extend at 1-2.

In conclusion, (1) Defendants plan to proceed in accordance with the Scheduling Order and issue their affirmative expert disclosures on the deadline, which is Monday, July 31, 2017; (2) Defendants oppose Plaintiffs' self-serving interpretation that Plaintiffs' Third Motion to Extend has been provisionally granted;[1] (3) if Plaintiffs elect not to disclose their affirmative (or rebuttal) expert opinions in accordance with the Scheduling Order, Defendants reserve the right to move to strike any subsequent disclosures as

---

[1]  *See also* Pls.' Mot. for Rule 23 Class Cert. 2-3 & n.3, ECF No. 559 (defining class claims based on a proposed third amended complaint and motion to amend that would be filed fifteen minutes later).

untimely or to seek other appropriate relief; and (4) Defendants will respond to the other issues raised in Plaintiffs' Third Motion to Extend in a subsequent brief to be filed in accordance with D.C.Colo.LCivR 7.1(d) on August 10, 2017.

Dated:  July 28, 2017                               Respectfully submitted,


                                                    *s/ Diane R. Hazel*
                                                    Joan A. Lukey (joan.lukey@choate.com)
                                                    Robert M. Buchanan, Jr. (rbuchanan@choate.com)
                                                    Michael T. Gass (mgass@choate.com)
                                                    Justin J. Wolosz (jwolosz@choate.com
                                                    Lyndsey M. Kruzer (lkruzer@choate.com)
                                                    CHOATE HALL & STEWART LLP
                                                    Two International Place
                                                    Boston, Massachusetts  02110
                                                    Telephone:  (617) 248-4790

                                                    James M. Lyons (jlyons@lrrc.com)
                                                    Jessica L. Fuller (jfuller@lrrc.com)
                                                    Diane Hazel (dhazel@lrrc.com)
                                                    LEWIS ROCA ROTHGERBER CHRISTIE LLP
                                                    One Tabor Center, Suite 3000
                                                    1200 Seventeenth Street
                                                    Denver, CO 80202
                                                    Tel: (303) 623-9000
                                                    Fax: (303) 623-9222

                                                    ***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

5

*s/ Susan M. Schaecher*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP**

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**

6

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

*s/ Peggy Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant AuPairCare, Inc.**

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Vance O. Knapp*
Vance O. Knapp
Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237
(720) 200-0676
vknapp@armstrongteasdale.com
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on July 28, 2017, I caused Defendants' Response to Plaintiffs' Supplement to Motion to Amend Scheduling Order [ECF No. 626] to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

                                          *s/ Diane R. Hazel*
                                          Diane R. Hazel