IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [ECF NO. 603]**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Defendants' Response in Opposition to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel ("Motion") and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

Exhibit T-3 [ECF Nos. 603-39 and 603-40] shall retain Level 1 restricted access.

The redacted versions Defendants' Response [ECF No. 603] and Exhibit K [ECF No. 603-26], Exhibit L [ECF No. 603-27], Exhibit R [ECF No. 603-36], Exhibits T-1 and T-2 [ECF No. 603-38], Exhibit V [ECF No. 603-42], Exhibit Y [ECF No. 603-45], and Exhibit Z [ECF No. 603-46] will be substituted and filed in the public record.

101977176_1

The original, unredacted versions of Defendants' Response and Exhibits K, L, R, T-1, T-2, V, Y, and Z shall retain Level 1 restricted access.

DATED this ___ day of _____ 2017.

                                          BY THE COURT

                                          _____
                                          Kathleen M. Tafoya
                                          United States Magistrate Judge