IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

_____

**DEFENDANTS A.P.EX. and 20/20's UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) [ECF NOS. 603 and 603-55] TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION**

_____

Pursuant to D.C.COLO.LCivR 7.2, Defendants A.P.E.X. American Professional Exchange, LLC, d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange (collectively "Defendants"), hereby move this Court for an order restricting public access, under Level 1 restricted access, to Defendant's Response in Opposition to Plaintiffs' Motion for Rule 23 Class Certification (hereinafter

"Response") [ECF Nos. 603 and 603-55].  In support thereof, Defendants state as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion.  Plaintiffs do not oppose the relief requested herein.

2.      All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3.      The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure."  (Stipulated Protective Order ¶ 11, ECF No. 305).

4.      Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access.  (Id. ¶ 8).

5.      On July 17, 2017, Defendants filed their Response in Opposition to Plaintiffs' Motion for Rule 23 Class Certification [EFC No. 603].  Defendants believe in good faith that portions of footnote 15 of [ECF No. 603] and Exhibit AI [ECF No. 603-55]

contain highly confidential information related to Defendants' business operations and are trade secrets.

6.     Accordingly, footnote 15 and the related portion of Exhibit AI should be restricted from public view.  See *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.  In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.") (internal quotation marks and citation omitted).

7.     Because only a portion of the Response and AI Exhibit references confidential information, Defendants have attached a redacted version of those documents as **Exhibit A** to this Motion.  This redacted version of the Response and Exhibit AI may be filed in the public record.  Defendants, however, request that the original, un-redacted version of the Response and Exhibit AI remain under Level 1 access.

WHEREFORE, for the foregoing reasons, Defendants A.P.E.X. American Professional Exchange, LLC, d/b/a ProAuPair and 20/20 Care Exchange, Inc., d/b/a The International Au Pair Exchange respectfully request this Court issue an Order restricting public access, under Level 1 restricted access, to the Response and Exhibit AI thereto.

3

Respectfully submitted this 31st day of July, 2017.

*s/ Lawrence D. Stone*
Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American
Professional Exchange, LLC dba ProAuPair;
and 20/20 Care Exchange, Inc. dba
The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2017, I have electronically filed the foregoing **DEFENDANTS A.P.EX. and 20/20's UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) [ECF NOS. 603 and 603-55] TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy Dawn L. Smalls
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org

***Attorneys for Plaintiffs***

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
***Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair***

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Thomas B. Quinn
Brian P. Maschler
Peggy E. Kozal
John Roger Mann
GORDON & REES LLP
tquinn@gordonrees.com
brian.maschler@arentfox.com
jmann@gordonrees.com
pkozal@gordonrees.com
***Attorneys for Defendant AuPairCare, Inc.***

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
dhazel@lrrc.com
 jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural
Care, Inc. d/b/a Cultural Care Au Pair***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant
InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
***Attorneys for Defendants Au Pair
International, Inc., American Cultural
Exchange, LLC d/b/a GoAuPair and
Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair,
Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair,
LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER
SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair
InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND &
HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural
Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF
Global Exchange, NFP d/b/a
Aupair Foundation; American
Institute for Foreign Study d/b/a
Au Pair in America***

6

jfulfree@putneylaw.com
rtucker@putneylaw.com
***Attorneys for Defendants American
Institute for Foreign Study d/b/a Au
Pair in America***

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON
LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook