IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

**AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 603, 603-3, 603-5, 603-13, 605, 605-2, 605-4, 605-6, 605-9, and 605-48 ANNEXED DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

---

Pursuant to D.C. COLO. L.Civ. R. 7.2, Defendant, American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves this Court for permanent Level 1 restricted access to ECF Nos. 603, 603-3, 603-5, 603-13, 605, 605-2, 605-4, 605-6, 605-9, and 605-48. These documents were filed in connection with Defendants' Joint Opposition (ECF No. 603), and/or AIFS' Supplemental Opposition (ECF No. 605) to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel ("Opposition to Plaintiffs' Motion for Class Certification"). In support of its unopposed motion to restrict public access, AIFS states as follows:

1. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in Gillard v. Boulder Valley School District RE-2, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305).

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. Id. at ¶ 8.

4. On July 17, 2017, Defendants filed their Joint Opposition to Plaintiffs' Motion for Class Certification (ECF No. 603) and the Declaration of Ruth F. Ferry dated July 17, 2017 ("Ferry Declaration") (ECF No. 603-3).

5. On July 17, 2017, AIFS filed its Supplemental Opposition to Plaintiffs' Motion for Class Certification (ECF No. 605), the Ferry Declaration (ECF No. 605-4) and the Declaration of Stephen J. Macri (ECF No. 605-1).

6. Courts will limit public access to documents if the documents contain: (1) trade secrets (Pine Tel. Co., Inc. v Alcatel Lucent USA Inc., 617 F. App'x 846, 851 (10th Cir 2015)); or (2) business information that might harm a litigant's competitive standing (Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)); Fed. R. Civ. P. 5.2; see

also <u>Anderson v Walgreen Co.</u>, 14-CV-02642-RM-MJW, 2016 WL 74934, at *2 (D Colo Jan. 7, 2016).

**<u>Redaction and Restriction of ECF Nos. 603, 603-3, 605 and 605-4</u>**

7.      AIFS seeks to redact a small portion of Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification (ECF No. 603) that contains confidential business information business information which, if disclosed, would impair AIFS' competitive standing.  <u>Nixon</u>, 435 U.S. at 598.  Specifically, ECF No. 603 contains information related to AIFS' marketing strategies, au pair and host family placement and match rates, and au pair and host family recruitment strategies.

8.      As only a portion of ECF No. 603 discloses AIFS' confidential information, AIFS has attached a redacted version of this document as Exhibit A to this motion. This redacted version is appropriate for filing in the public record.  AIFS requests that the original, unredacted version of ECF No. 603 remain under Level 1 restricted access.

9.      AIFS seeks to redact a small portion of its Supplemental Opposition to Plaintiffs' Motion for Class Certification (ECF No. 605) that contains confidential business information business information which, if disclosed, would impair AIFS' competitive standing.  <u>Nixon</u>, 435 U.S. at 598.  Specifically, ECF No. 605 contains confidential business information of competitive value, including excerpts of AIFS' communications with au pairs and host families.

10.     As only a portion of ECF 605 discloses AIFS' confidential information, AIFS has attached a redacted version of this document as Exhibit B to this motion. This

redacted version is appropriate for filing in the public record.  AIFS requests that the original, unredacted version of ECF No. 605 remain under Level 1 restricted access.

11. AIFS also seeks to redact a portion of the Ferry Declaration (ECF Nos. 603-3 and 605-4) that contains confidential business information.  Nixon, 435 U.S. at 598; see also SOLIDFX, LLC v. Jeppesen Sanderson, Inc., No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."); Huddleson v. City of Pueblo, Colo., 270 F.R.D. 635, 637 (D. Colo. 2010).

12. Only a portion of ECF Nos. 603-3 and 605-4 contain confidential information.  Therefore, AIFS has attached a redacted version of these documents as Exhibits C and D to this motion. These redacted versions are appropriate for public filing.  AIFS, however, requests that the original, unredacted ECF Nos. 603-3 and 605-4 remain under Level 1 restricted access.

**Restriction of ECF Nos. 603-5, 603-13, 605-2, 605-6, 605-9, and 605-48**

13. ECF Nos. 603-5, 603-13, 605-6, and 605-9 are exhibits to the Ferry Declaration (ECF Nos. 603-3; 605-4).

14. Exhibits A-B and B to the Ferry Declaration (ECF Nos. 603-5 and 605-6) contain agreements used by AIFS' host families and au pairs, which contain confidential business information of competitive value.  Anderson, 2016 WL 74934, at *2.

15. Exhibits A-D and D to the Ferry Declaration (ECF Nos. 603-13, and 605-9) contain Host Family and Au Pair Contact Reports, and Host Family Interview

4

Reports.  These reports contain confidential business information of competitive value, and communications with au pairs, host families and AIFS concerning private, personal matters.  SOLIDFX, 2012 WL 2917116 at *2.

16.     Exhibit A (ECF No. 605-2) to the Macri Declaration contains AIFS' Response to Plaintiffs' Second Set of Interrogatories.  AIFS' Response to Plaintiffs' Second Set of Interrogatories contains confidential business information and communications concerning the number of au pairs sponsored each year, and the amount of fees charged to host families.  Anderson, 2016 WL 74934, at *2.

17.     Finally, Exhibit AB (ECF No. 605-48) to Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification (ECF No. 603) contains excerpts from the Deposition of Ruth Ferry on May 11, 2017.  ECF No. 605-48 contains trade secrets and confidential business information of competitive value and other proprietary business information, including information related to AIFS' marketing strategies, recruitment strategies, au pair and placement rates, and au pair program expansion.

18.     In light of the foregoing, ECF Nos. 603-5, 603-13, 605-2, 605-6, 605-9, and 605-48 should maintain their Level 1 restriction, as they contain confidential business information and operational information and/or trade secrets, the disclosure of which would greatly impair AIFS' competitive standing.

19.     As required by D.C. COLO. L.Civ.R. 7.1(A), undersigned counsel certifies that on July 28, 2017 and July 31, 2017, he conferred with Plaintiffs' counsel concerning the relief sought herein, and Plaintiffs do not oppose.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF Nos. 603, 603-3, 603-5, 603-13, 605, 605-2, 605-4, 605-6, 605-9, and 605-48 annexed to Defendants' Joint Opposition, and AIFS' Supplemental Opposition to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel.

Dated: July 31, 2017　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*s/ John B. Fulfree*
　　　　　　　　　　　　　　　　John B. Fulfree
　　　　　　　　　　　　　　　　Putney, Twombly, Hall & Hirson LLP
　　　　　　　　　　　　　　　　521 Fifth Avenue
　　　　　　　　　　　　　　　　New York, NY 10175
　　　　　　　　　　　　　　　　(212) 682-0020
　　　　　　　　　　　　　　　　Email: jfulfree@putneylaw.com
　　　　　　　　　　　　　　　　**Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of July, 2017, I electronically served a true and correct copy of **AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 603; 603-3; 603-5; 603-13, 605-2; 605-4; 605-6; 605-9; and 605-48 ANNEXED DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218
Email: alex@towardsjustice.org

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO 80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

7

Case No. 1:14-cv-03074-CMA-KMT   Document 636   filed 07/31/17   USDC Colorado   pg 8 of 9

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

8

| | |
|---|---|
| Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 Second Avenue, NE, Suite 213<br>St. Petersburg, FL 33701<br>Email: Bogdane@hotmail.com | Lawrence Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS LLP<br>1801 California Street, Suite 2700<br>Denver, CO 80202<br>Email: llee@laborlawyers.com<br>Email: sschaecher@laborlawyers.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave, Suite 330<br>Denver, CO 80210<br>Email: sklopman@hklawllc.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: estock@gibsondunn.com |
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: llouis@bsfllp.com<br>Email: smccawley@bsfllp.com<br>Email: smcelroy@bsfllp.com | Matthew L. Schwartz<br>Peter M. Skinner<br>Dawn L. Smalls<br>Randall W. Jackson<br>Joshua J. Libling<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: mlschwartz@bsfllp.com<br>Email: pskinner@bsfllp.com<br>Email: dsmalls@bsfllp.com<br>Email: rjackson@bsfllp.com<br>Email: jlibling@bsfllp.com |
| Sean P. Rodriguez<br>Juan P. Valdivieso<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email: srodriguez@bsfllp.com<br>Email: jvaldivieso@bsfllp.com | |

*s/ John B. Fulfree*

John B. Fulfree

9