IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**DEFENDANT EXPERT AUPAIR'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) MATERIALS SUBMITTED IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), hereby moves this Court for an order restricting public access, under Level 1 restricted access, to Defendant Expert Aupair's Response in Opposition to Plaintiffs' Motion For Rule 23 Class Certification ("Opposition") [ECF No. 607]; and Exhibits A and B to the Opposition [ECF No. 607-1 and 607-2]; pursuant to D.C.COLO.LCivR 7.2, and states as follows:

1. On July 17 2017, Expert AuPair filed its Opposition to Plaintiffs' Motion for Class Certification [ECF No. 607] and three attached Exhibits [ECF No. 607-1 to 607-3].

2. Expert AuPair believes in good faith that the Opposition, Exhibits A and B to the Opposition, contain highly confidential information related to Expert AuPair's business operation.

3. Accordingly, to preserve the confidentiality of Expert AuPair's sensitive business information and the privacy of individual third parties, portions of the Opposition, and its Exhibits should be restricted from public view.

4. Attached to the Opposition, as Exhibit A [ECF No. 607-1] is Mark Gaulter's Declaration including two exhibits showing, among other facts, the number of au pairs placed by Expert AuPair, the number of hours worked and weekly stipend. In order to protect the confidential information contained in the Declaration, Expert AuPair respectfully requests that the Court restricts access to as Exhibit A [ECF No. 607-1] under Level 1 restricted access.

5. Attached to the Opposition, as Exhibit B [ECF No. 607-2] is a transcript of the 30(b)(6) deposition of Expert AuPair. The deposition transcript contains information about Expert's AuPair corporate structure, its international recruiters, its tax returns, the compensation paid to its CEO, and the market strategy employed by Expert AuPair. In order to protect the confidential and proprietary information contained in the transcript, Expert AuPair respectfully requests that the Court restricts access to Exhibit B [ECF No. 607-2] under Level 1 restricted access.

6. Because only a portion of the Opposition [ECF No. 607] discloses confidential information, Expert AuPair has attached a redacted version of this document in Exhibit A. This redacted version of the Opposition may be filed in

the public record. Expert AuPair, however, requests that the original, unredacted version of this exhibit remains under Level 1 restricted access.

7. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

8. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1, [ECF No 305].

9. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

WHEREFORE, for the foregoing reasons, Expert AuPair respectfully requests this Court issue an Order substituting the redacted document at Exhibit A hereto for the Defendant Expert AuPair's Response In Opposition to Plaintiffs' Motion For Rule 23 Class Certification and restricting public access, under Level 1 restricted access, to Exhibits A and B to the Opposition.

DATED this 31st day of July 2017

Respectfully submitted,

*s/Bogdan Enica*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT
GROUP INTERNATIONAL INC. D/B/A
EXPERT AUPAIR

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 31, 2017, I have caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

                                          s/*Bogdan Enica*
                                          Bogdan Enica, Esq.