IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO AMEND AND EXHIBITS IN SUPPORT [ECF NOS. 593, 594]**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to Plaintiffs' Reply in Further Support of Their Motion to Amend ("Reply") and Exhibits in Support and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The redacted versions of the Reply [ECF No. 593], Exhibit 5 [ECF No. 594-5], and Exhibit 6 [ECF No. 594-6] will be substituted and filed in the public record.

The original, unredacted versions of the Reply, Exhibit 5, and Exhibit 6 shall retain Level 1 restricted access.

DATED this ___ day of _____ 2017.

BY THE COURT

_____

Kathleen M. Tafoya
United States Magistrate Judge