IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Derly Brigitte Velasquez Hoyos
2. Nittze Yamin Aguileta Muñoz
3. Adriana Carolina Campo Fuentes
4. Alba Badrena Alcover
5. Alba Blanco Vazquez
6. Alejandra Grillo Roa
7. Alejandra Jaquelinne Torres Mancha
8. Alexis Yazmin Carrillo Querido
9. Aline Cristina De Souza
10. Aline Oliveira Dos Santos
11. Alma Val Beato
12. Alma Xareni Olivera Lara
13. Amelia Dinora Mendoza Salgado
14. Ana C. Gutiérrez Moy
15. Ana Cristina Perez Saldivar
16. Ana Esperanza Villalobos De La Torre
17. Ana Gabriela Coronado Medina
18. Ana Gabriela Rodriguez Ponce
19. Ana Lucia Lopez Cabal

1

20. Ana Manrique Díaz
21. Ana Olinka Calvo Del Campo
22. Ana Sterc
23. Anderson Camargo
24. Andrea Arroyo
25. Andrea Peralta Pineda
26. Andrea Perez Arcila
27. Andrea Samperio Guasso
28. Andressa Baena De Faria
29. Angela Calinski
30. Angela Marcela Reinales Gomez
31. Angelica María Fuentes
32. Angie Maria Herrera Arroyo
33. Anna Paula Rocha Da Rosa
34. Aranza Chavez
35. Ariana Vega Hidalgo
36. Barbara Aren Rodriguez
37. Bianette Barrera Robles
38. Brenda Montemayor Flores
39. Bruna Aparecida Da Silva
40. Bruna Barato
41. Bruna Noronha Da Silva
42. Camila Benfatti
43. Camila Pissolito
44. Camila Silva Lipowczan
45. Carolina Chomina Corrales
46. Carolina Juarez
47. Carolina Ortega
48. Carolina Parra Gomez
49. Carolina Silva Sanchez
50. Caroline Romazini
51. Caroliny G. Rodrigues
52. Catalina Pugliese Acevedo
53. Chloe Hassnaoui Hernandez
54. Cindy E. (Calvo) Guerra
55. Clara Cristina Melo De Lima
56. Clara Janeth Mora Gonzalez
57. Claudia Marcela Peraza Thompson
58. Claudia Melissa Rangel Rodriguez
59. Cynthia Benavides Rodriguez
60. Daiane Laura Takenaga Calhoun
61. Daniela Garcia Rivera
62. Daniela Lopez Cabal
63. Daniela Ossa
64. Daniela Prieto
65. Daniela Vasquez Ortiz

66. Daniele Nogueira Affonso
67. Danielle Gantt
68. Deiseane Aine Sena
69. Desireé De Los Ángeles Contreras Suárez
70. Diana Gomez Arboleda
71. Dinorah Flores Almaguer
72. Dorcas Fabiola Cristal Toz
73. Edith Del Jesus Ceh Cervera
74. Eliana Asapchi
75. Eliana Fernandez
76. Elizabeth Claudia Velázquez Hernández
77. Ellen Maximilia Dos Reis
78. Elvira Sarai Gonzalez Sánchez
79. Emelie Wester
80. Erika Corredor Alvarez
81. Erika Johana Esguerra Leon
82. Eryka Cristina Xavier Da Silva
83. Eunice Marisol Salazar
84. Fabiane Nicomedes De Albuquerque
85. Fikile Pearl
86. Flor Anais Jimenez Garnica
87. Francia Camila Pineros Franco
88. Franciele Braga
89. Gina Alexandra Garcia
90. Giovana Pimenta Gaia
91. Giuliana Motyczka
92. Gloria Andrea Arenas Rios
93. Gloria Stephanie Romero Bailon
94. Ingrid F León Perez
95. Irasema Ortiz Rentería
96. Irene Del Rocio Jaquiz Esquivel
97. Iris Vila García
98. Isabel Cristina Jimenez Henao
99. Isabela Belon Blackmon
100. Ivimarie Melquiades De Oliveira Araujo
101. Janaina De Cassia Ribeiro
102. Jaqueline Alves De Melo
103. Jaqueline Awbrey
104. Jaqueline Da Silva Dos Santos
105. Jeniffer Noriega, Previously Known As Jeniffer Estrada Gualter
106. Jeniffer Valderrama
107. Jenny Vanessa Rendon Tarazona
108. Jessica Bonilla
109. Jessica Sánchez
110. Jessica Tatiane Pereira
111. Jimena Fernández Otta

112. Joice Aparecida Vicentim
113. Jorge Kolovos Ortega
114. Joziane Simone Pistore
115. Julia Carrilo
116. Júlia De Azevedo Britto
117. Juliana Belotto Sasaki
118. Juliana Lopez Betancur
119. Juliane Bulhoes Boyd
120. Karen Dayana Delvasto Sanchez
121. Karen Fernanda Gonzalez
122. Karen Hamilton
123. Karen Medina Moreno
124. Karen Priscila Denk
125. Karime Garcia Duarte
126. Katherine Ivannia Quesada Fonseca
127. Kelly Yenisey Rodriguez
128. Kyani Ferreira Molina Da Silva
129. Lady Morantes
130. Ladys Darielys De Los Rios De Los Reyes
131. Larissa Fortunato Nunes
132. Laura Andrea Murgaa Daza
133. Laura Isabel Iniguez Martin Del Campo
134. Laura Juliana Florez Campos
135. Leandro Emmanuel Ortega
136. Leidy Carolina Romero Bohorquez
137. Leticia Pinheiro Parreiras
138. Ligia Alberto
139. Liliam Carolina Rojas Arias
140. Lina Marcela Nieto Liberato
141. Lina Marcela Plazas Caballero
142. Linda Saray Ortega Araujo
143. Lizeth Viviana Hernandez Carrera
144. Lorena Espinosa
145. Lucia Zenatti
146. Luisa Sordo Mejia
147. Luiza Maria Lopes De Melo Alves
148. Luz Angela Youse
149. Maira Ramiro Perry
150. Marcela Acevedo
151. Marcela S Schmidt
152. Maria Alejandra Lopez Guevara
153. María Castro Jiménez
154. Maria Cristina Huerta Gallegos
155. Maria Del Carmen Fernández Anell
156. María Emilia Portillo González Saravia
157. María Eugenia Cuellar

158. Maria Eugenia Diaz Martin
159. Maria Fernanda Ramirez Arias
160. Maria Juliana Alvarez Dominguez
161. Maria Magdalena Booyse
162. Maria Monica Martinez
163. Maria Raquel Franco Mendes
164. Maria Tobar-Saavedra
165. Mariana Alejandra Calvo
166. Mariana Silva Peres
167. Mariana Zelayaran López
168. Maribel Hernandez
169. Marina Porcelli Germiniani
170. Marina Rodriguez Bigorra
171. Marta Santana Dominguez
172. Mayara Milanez Azevedo
173. Melissa Cortés Rodríguez
174. Mery Laura Chambi
175. Mirielle Ulhoa
176. Monica Varea Velez
177. Natalia Yuri Braite Ruiz
178. Nataly De Souza Caputo
179. Nathaly Pavanella Olegário
180. Nathalye Puerto
181. Nevelyn Aniely Da Silva
182. Nittze Aguileta
183. Pamela Gozzo Perretti
184. Pamella Natali Galluzzi De Castro
185. Paola Ballesteros
186. Paola Maria Garcia Villa
187. Patricia Cantero Ortega
188. Patricia Florintino De Carvalhos
189. Patricia Tieli Simionato
190. Paula Fajardo
191. Paula Suyene Vaz
192. Paulina Aguilar Aguilar
193. Rachelle Ralph
194. Rene Aarón
195. Roberta Germano Orsi
196. Rocio Fernandez
197. Rosa Martha Sanchez Gomez
198. Rosaura Paolah Bonilla Alvarez
199. Ruth Hidalgo
200. Sandy V Carvajal
201. Sarai Yamoriva Paulette Zamora Cruz
202. Sharon Stephanie Damian Rozo
203. Shirley P. Cabrera

204. Silvia Denisse García Ontiveros
205. Silvia Villanueva Mallon
206. Simone Bitencourt Crowley
207. Simone Franciele Varini
208. Siret Maegi
209. Sol Maria Amezquita
210. Stefanie Nayara Venancio
211. Steffanny Leiva Garizabal
212. Susana Lilian Torrez Gozalvez
213. Susana Pena Giraldo
214. Susane Marangoni Molina
215. Tamera Govender
216. Tania Marcela Figueroa Galeano
217. Tassia Miranda
218. Thays Costa Oliveira Rezende
219. Uama Sarah De Melo
220. Valentina Arango Betancur
221. Valentina Colombres
222. Valentina Lazarit Vanegas Mora
223. Vanessa C. Tiberio Gutierrez
224. Virgínia Beatriz De Melo Zanini
225. Virginia Valeria Tovar Baiz
226. Viridiana Montoya Gómez
227. Viviana Portilla
228. Xiomara Londono Salazar
229. Yessica Margarita Castro Castro
230. Zélia Borges Bezerra

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: August 2, 2017                                          Respectfully submitted,

                                                                      _/s/ Dawn Smalls____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2017, I electronically served the foregoing motion on all counsel of record.

<u>/s/ Dawn Smalls</u>
Dawn L. Smalls
