# Exhibit A

**Au Pair Wage Action**
**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
|---|---|
| Derly Brigitte Velasquez Hoyos | Au Pair in America |
| Nittze Yamin Aguileta Muñoz | Au Pair in America |

*BIE000021*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:  AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _July 25 -17_     SIGNATURE: _Derly B_

PRINTED NAME: _Derly Brigitte Velasquez Hoyos_

ADDRESS: _37-34 12th street Apt 2R, long island city, Ny, 11101_

TELEPHONE NUMBER(S): _631-377-6369_

EMAIL ADDRESS: _yosoyderly@gmail.com._

SPONSOR: _Aupair in America_

DATES IN AU PAIR PROGRAM: _Dec 7-2009   to  Dec 7 -2011_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:  AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

BIE000021

*BIE000019*

# CONSENT TO JOIN
### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:    (+1) 888-335-3336

1.    I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.    I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.    I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 7/21/17          SIGNATURE: _____

PRINTED NAME: Nittze Yamin Aguileta Muñoz

ADDRESS: 10547 Twin Rivers Rd. Apt. E2

Columbia, MD 21044

TELEPHONE NUMBER(S): 410-227-9144

EMAIL ADDRESS: nittze.aguileta@gmail.com

SPONSOR: Au pair in America

DATES IN AU PAIR PROGRAM: 6/4/2012 - 4/26/2013

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:    (+1) 888-335-3336

BIE000019