# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 6362 | babf2146 | Adriana Carolina Campo Fuentes | Au Pair Care, Inc. |
| 5689 | 02535fae | Alba Badrena Alcover | InterExchange, Inc. |
| 6450 | b6f1f454 | Alba Blanco Vazquez | Au Pair Care, Inc. |
| 763 | ed472af2 | Alejandra Grillo Roa | Au Pair Care |
| 5537 | 028b2073 | Alejandra Jaquelinne Torres Mancha | Au Pair Care, Inc. |
| 637 | e8848941 | Alexis Yazmin Carrillo Querido | Cultural Care Au Pair |
| 6322 | 13e517f7 | Aline Cristina De Souza | Cultural Care Au Pair |
| 6396 | ba720d7e | Aline Oliveira Dos Santos | Cultural Care Au Pair |
| 404 | 41141b7e | Alma Val Beato | Aupair care |
| 6085 | 5b6c83ce | Alma Xareni Olivera Lara | Cultural Care Au Pair |
| 6102 | 1db678aa | Amelia Dinora Mendoza Salgado | Cultural Care Au Pair |
| 6331 | e27bdbef | Ana C. Gutiérrez Moy | Cultural Care Au Pair |
| 1519 | 90f59dcd | Ana Cristina Perez Saldivar | Au pair care |
| 6263 | f4cdec52 | Ana Esperanza Villalobos De La Torre | Cultural Care Au Pair |
| 5576 | b2a7d3c3 | Ana Gabriela Coronado Medina | Cultural Care Au Pair |
| 6006 | 85615603 | Ana Gabriela Rodriguez Ponce | Au Pair Care, Inc. |
| 5719 | fe9701a0 | Ana Lucia Lopez Cabal | Au Pair in America (APIA/AIFS |
| 6132 | afb66081 | Ana Manrique Díaz | Au Pair Care, Inc. |
| 5973 | d7d70af9 | Ana Olinka Calvo Del Campo | Au Pair Care, Inc. |
| 5750 | 6ecfd580 | Ana Sterc | Au Pair in America (APIA/AIFS |
| 6024 | 5d31cb7a | Anderson Camargo | Go Au Pair |
| 3203 | b98605a9 | Andrea Arroyo | Interexchange |
| 752 | b4cd8dc5 | Andrea Peralta Pineda | Au Pair in America |
| 6440 | ed571a02 | Andrea Perez Arcila | Au Pair Care, Inc. |
| 3069 | a9a2f262 | Andrea Samperio Guasso | Cultural Care Mexico |
| 6168 | 342c16e9 | Andressa Baena De Faria | Au Pair Care, Inc. |
| 5603 | 1a9d7dd7 | Angela Calinski | Cultural Care Au Pair |
| 5935 | 42b1e1a2 | Angela Marcela Reinales Gomez | Go Au Pair |
| 5789 | bffc2246 | Angelica María Fuentes | Au Pair Care, Inc. |
| 5982 | c56fd258 | Angie Maria Herrera Arroyo | Au Pair in America (APIA/AIFS |
| 6391 | 1a38c952 | Anna Paula Rocha Da Rosa | Au Pair Care, Inc. |
| 2254 | 95951e48 | Aranza Chavez | Cultural Care |
| 624 | ba4545c6 | Ariana Vega Hidalgo | Au pair care |
| 6423 | e2c39a42 | Barbara Aren Rodriguez | Au Pair Care, Inc. |
| 2586 | 5b66bae1 | Bianette Barrera Robles | INTEREXCHANGE |
| 5717 | b3f28c8f | Brenda Montemayor Flores | Au Pair in America (APIA/AIFS |
| 6455 | f9329345 | Bruna Aparecida Da Silva | Cultural Care Au Pair |
| 5599 | f76ff525 | Bruna Barato | Au Pair Care, Inc. |
| 5686 | bf09d105 | Bruna Noronha Da Silva | Au Pair in America (APIA/AIFS |
| 6194 | 3afdc878 | Camila Benfatti | Cultural Care Au Pair |
| 6196 | e72362af | Camila Pissolito | Au Pair Care, Inc. |
| 588 | b1258974 | Camila Silva Lipowczan | Au Pair in America |
| 5953 | 9c715f54 | Carolina Chomina Corrales | Cultural Care Au Pair |
| 5523 | 07eacb48 | Carolina Juarez | Cultural Care Au Pair |
| 2216 | 916ff79d | Carolina Ortega | Su Pair in America |
| 6140 | f7f11e7e | Carolina Parra Gomez | Au Pair Care, Inc. |
| 3132 | f76e3b35 | Carolina Silva Sanchez | Aupaircare |
| 694 | 814f78e4 | Caroline Romazini | InterExchange |
| 5630 | 877cc566 | Caroliny G. Rodrigues | Au Pair in America (APIA/AIFS |
| 5764 | aa69e8f0 | Catalina Pugliese Acevedo | Cultural Care Au Pair |
| 5821 | 849b3db0 | Chloe Hassnaoui Hernandez | Au Pair Care, Inc. |
| 5774 | 9a956b10 | Cindy E. (Calvo)Guerra | Au Pair in America (APIA/AIFS |
| 6035 | 14c16a86 | Clara Cristina Melo De Lima | Cultural Care Au Pair |
| 5915 | 13c1aec3 | Clara Janeth Mora Gonzalez | Au Pair in America (APIA/AIFS |
| 5865 | 78fa062b | Claudia Marcela Peraza Thompson | Au Pair Care, Inc. |
| 6150 | 7cb83ed1 | Claudia Melissa Rangel Rodríguez | Au Pair Care, Inc. |
| 6031 | 01e23cc9 | Cynthia Benavides Rodríguez | Cultural Care Au Pair |
| 6368 | d4813615 | Daiane Laura Takenaga Calhoun | Au Pair Care, Inc. |
| 5792 | 8b3fc4ae | Daniela Garcia Rivera | Cultural Care Au Pair |
| 5723 | 32897c95 | Daniela Lopez Cabal | Au Pair in America (APIA/AIFS |
| 5943 | 81c324df | Daniela Ossa | Cultural Care Au Pair |
| 5828 | 2d9d5415 | Daniela Prieto | Au Pair Care, Inc. |
| 5872 | 4ca85744 | Daniela Vasquez Ortiz | Cultural Care Au Pair |
| 721 | 9a3e5d79 | Daniele Nogueira Affonso | Au Pair Care |
| 6152 | 4c0abd2c | Danielle Gantt | Au Pair Care, Inc. |
| 6013 | 2e0258fc | Deiseane Aine Sena | Au Pair in America (APIA/AIFS |
| 1989 | 76684e99 | Desireé De Los Ángeles Contreras Suárez | Au Pair in America |
| 6094 | e0fd6a6a | Diana Gomez Arboleda | Au Pair Care, Inc. |
| 5853 | 845c3097 | Dinorah Flores Almaguer | Cultural Care Au Pair |
| 6410 | 5818f9dc | Dorcas Fabiola Cristal Toz | Au Pair in America (APIA/AIFS |
| 6221 | 6f50f2a5 | Edith Del Jesus Ceh Cervera | Au Pair Care, Inc. |
| 5731 | b9938fde | Eliana Asapchi | Cultural Care Au Pair |
| 5892 | ccc7fbea | Eliana Fernandez | Cultural Care Au Pair |
| 6312 | 0958e350 | Elizabeth Claudia Velázquez Hernández | Cultural Care Au Pair |
| 2332 | 417103cd | Ellen Maximilia Dos Reis | AupairCare |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 6258 | 6c9650bc | Elvira Sarai Gonzalez Sánchez | Cultural Care Au Pair |
| 6020 | 3dce2cfc | Emelie Wester | Cultural Care Au Pair |
| 6271 | 235597fd | Erika Corredor Alvarez | Au Pair Care, Inc. |
| 6420 | 97075395 | Erika Johana  Esguerra Leon | Cultural Care Au Pair |
| 968 | 56c8d35b | Eryka Cristina Xavier Da Silva | Cultural Care Au pair |
| 6228 | 2e9cb950 | Eunice Marisol Salazar | Au Pair Care, Inc. |
| 6082 | 5dbc6339 | Fabiane Nicomedes De Albuquerque | Au Pair Care, Inc. |
| 5899 | a23ed3be | Fikile Pearl | Cultural Care Au Pair |
| 5612 | 83a1d125 | Flor Anais Jimenez Garnica | Cultural Care Au Pair |
| 5680 | 51adb373 | Francia Camila Pineros Franco | Au Pair Care, Inc. |
| 5486 | f28b530c | Franciele Braga | Au Pair Care, Inc. |
| 6340 | 0d53a2fe | Gina Alexandra Garcia | Cultural Care Au Pair |
| 5956 | 4696841a | Giovana Pimenta Gaia | Au Pair in America (APIA/AIFS |
| 6176 | 9ba0a14f | Giuliana Motyczka | Au Pair in America (APIA/AIFS |
| 6026 | 394ff2d4 | Gloria Andrea Arenas Rios | Cultural Care Au Pair |
| 5890 | 99a26850 | Gloria Stephanie Romero Bailon | Cultural Care Au Pair |
| 6010 | 74837a32 | Ingrid F León Perez | Au Pair Care, Inc. |
| 5679 | 999aa8ef | Irasema Ortiz Rentería | Cultural Care Au Pair |
| 5676 | 62ecd8f4 | Irene Del Rocio Jaquiz Esquivel | Au Pair Care, Inc. |
| 6179 | 19b845a0 | Iris Vila García | Au Pair Care, Inc. |
| 5702 | 4d75e7c4 | Isabel Cristina Jimenez Henao | Cultural Care Au Pair |
| 690 | 7193bfb3 | Isabela Belon Blackmon | Au pair care |
| 5903 | 224b2997 | Ivimarie Melquiades De Oliveira Araujo | Cultural Care Au Pair |
| 5996 | 3c3cea21 | Janaina De Cassia Ribeiro | Au Pair Care, Inc. |
| 6134 | 879d5f16 | Jaquelne Alves De Melo | Au Pair in America (APIA/AIFS |
| 5709 | 3966afbd | Jaqueline Awbrey | Cultural Care Au Pair |
| 6191 | e3f9cca6 | Jaqueline Da Silva Dos Santos | Au Pair Care, Inc. |
| 6299 | f8e6cb11 | Jeniffer Noriega, Previously Known As Jeniffer Estrada Gualtero | Cultural Care Au Pair |
| 6416 | 0819a4fb | Jeniffer Valderrama | Au Pair Care, Inc. |
| 5945 | 80bb46e6 | Jenny Vanessa Rendon Tarazona | Go Au Pair |
| 4485 | 44ce6365 | Jessica Bonilla | Cultural Care Au Pair |
| 5552 | 8fdd1ab4 | Jessica Sánchez | Cultural Care Au Pair |
| 6105 | d9df6710 | Jessica Tatiane Pereira | Au Pair Care, Inc. |
| 6281 | a8542edc | Jimena Fernández Otta | Au Pair in America (APIA/AIFS |
| 6063 | cb2b2136 | Joice Aparecida Vicentim | Cultural Care Au Pair |
| 5622 | 60616e2d | Jorge Kolovos Ortega | Au Pair Care, Inc. |
| 3025 | aa69ef2e | Joziane Simone Pistore | Culturalcare |
| 6165 | 549ad61e | Julia Carrilo | Cultural Care Au Pair |
| 5972 | d3614644 | Júlia De Azevedo Britto | Au Pair in America (APIA/AIFS |
| 5492 | db6b5ad0 | Juliana Belotto Sasaki | Au Pair in America (APIA/AIFS |
| 693 | acdf904e | Juliana Lopez Betancur | Aupair care |
| 6115 | 053c717c | Juliane Bulhoes Boyd | Au Pair Care, Inc. |
| 5606 | 76f454c8 | Karen Dayana Delvasto Sanchez | Au Pair Care, Inc. |
| 6233 | b0faee40 | Karen Fernanda Gonzalez | Cultural Care Au Pair |
| 5960 | 7f8ddf6a | Karen Hamilton | Go Au Pair |
| 5555 | d5700a7a | Karen Medina Moreno | Cultural Care Au Pair |
| 6054 | 5427b77f | Karen Priscila Denk | Au Pair Care, Inc. |
| 5650 | 451c0911 | Karime Garcia Duarte | Cultural Care Au Pair |
| 6433 | e90d4e0f | Katherine Ivannia Quesada Fonseca | Au Pair in America (APIA/AIFS |
| 6372 | 81207c81 | Kelly Yenisey Rodriguez | Au Pair in America (APIA/AIFS |
| 5782 | 36ff6daa | Kyani Ferreira Molina Da Silva | Au Pair in America (APIA/AIFS |
| 5840 | 7929e0cf | Lady Morantes | Cultural Care Au Pair |
| 6305 | e2e3688f | Ladys Darielys De Los Rios De Los Reyes | Au Pair in America (APIA/AIFS |
| 5739 | 75590871 | Larissa Fortunato Nunes | Au Pair in America (APIA/AIFS |
| 4473 | a7facd88 | Laura Andrea Murgaa Daza | Cultural Care Au Pair |
| 5631 | 738f2489 | Laura Isabel Iniguez Martin Del Campo | Au Pair Care, Inc. |
| 5508 | 7d7f187f | Laura Juliana Florez Campos | Cultural Care Au Pair |
| 777 | 6d29f42d | Leandro Emmanuel Ortega | Cultural Care Au Pair |
| 6158 | fe79a75b | Leidy Carolina Romero Bohorquez | Go Au Pair |
| 6412 | e45671d2 | Leticia Pinheiro Parreiras | Au Pair in America (APIA/AIFS |
| 3153 | df7390a7 | Ligia Alberto | Au Pair in America |
| 6059 | 7637d6a8 | Liliam Carolina Rojas Arias | Au Pair in America (APIA/AIFS |
| 5625 | e8f86fc5 | Lina Marcela Nieto Liberato | Au Pair Care, Inc. |
| 6202 | cfc2c117 | Lina Marcela Plazas Caballero | Cultural Care Au Pair |
| 5658 | ed4c227b | Linda Saray Ortega Araujo | Cultural Care Au Pair |
| 5532 | 35dbe891 | Lizeth Viviana Hernandez Carrera | Cultural Care Au Pair |
| 5747 | 11bdf7d2 | Lorena Espinosa | Cultural Care Au Pair |
| 6437 | 29b9ff7f | Lucia Zenatti | Expert Au Pair |
| 6430 | 0deeb0d4 | Luisa Sordo Mejia | Au Pair in America (APIA/AIFS |
| 5692 | f1b1d95f | Luiza Maria Lopes De Melo Alves | Au Pair in America (APIA/AIFS |
| 5588 | c1edb0a8 | Luz Angela Youse | Cultural Care Au Pair |
| 6418 | df6500cf | Maira Ramiro Perry | Au Pair Care, Inc. |
| 5704 | cc55b438 | Marcela Acevedo | Cultural Care Au Pair |
| 5785 | 3b5a2542 | Marcela S Schmidt | Au Pair in America (APIA/AIFS |
| 6309 | bfb4c9fe | Maria Alejandra Lopez Guevara | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 5951 | 663a65cd | María Castro Jiménez | Au Pair Care, Inc. |
| 6141 | 6b0cb621 | Maria Cristina Huerta Gallegos | Cultural Care Au Pair |
| 5515 | ca340771 | Maria Del Carmen Fernández Anell | InterExchange, Inc. |
| 5698 | 7f7891d2 | María Emilia Portillo González Saravia | Au Pair in America (APIA/AIFS |
| 5494 | b4cf8720 | María Eugenia Cuellar | Cultural Care Au Pair |
| 2087 | e76548b9 | Maria Eugenia Diaz Martin | AuPairCare |
| 5920 | 6a67ce2c | Maria Fernanda Ramirez Arias | Au Pair Care, Inc. |
| 5596 | 24edc359 | Maria Juliana Alvarez Dominguez | Cultural Care Au Pair |
| 6358 | 4ead3731 | Maria Magdalena Booyse | Go Au Pair |
| 5665 | 5580fdc5 | Maria Monica Martinez | Au Pair in America (APIA/AIFS |
| 6404 | 7ad7fc48 | Maria Raquel Franco Mendes | Cultural Care Au Pair |
| 5757 | 61dd3235 | Maria Tobar-Saavedra | Cultural Care Au Pair |
| 6349 | 0ca44b6c | Mariana Alejandra Calvo | Au Pair in America (APIA/AIFS |
| 6342 | 8810a72e | Mariana Silva Peres | Au Pair Care, Inc. |
| 6407 | af67bb39 | Mariana Zelayaran López | Au Pair Care, Inc. |
| 6327 | 4c25c7eb | Maribel Hernandez | Au Pair in America (APIA/AIFS |
| 6261 | 2052e445 | Marina Porcelli Germiniani | Au Pair in America (APIA/AIFS |
| 5547 | f278661b | Marina Rodriguez Bigorra | Au Pair in America (APIA/AIFS |
| 5083 | 69d17666 | Marta Santana Dominguez | Intrax Au Pair Care |
| 5985 | b8a56acc | Mayara Milanez Azevedo | Au Pair in America (APIA/AIFS |
| 6426 | ee2c6561 | Melissa Cortés Rodríguez | Au Pair in America (APIA/AIFS |
| 5813 | ff68a2d9 | Mery Laura Chambi | Au Pair in America (APIA/AIFS |
| 749 | a2bcebc0 | Mirielle Ulhoa | Cultural Care |
| 6382 | b23a8c87 | Monica Varea Velez | Cultural Care Au Pair |
| 6428 | 14ea1f99 | Natalia Yuri Braite Ruiz | Au Pair Care, Inc. |
| 815 | fb0938db | Nataly De Souza Caputo | Au pair care |
| 746 | c0812b9e | Nathaly Pavanella Olegário | Cultural Care |
| 2499 | 29ca1551 | Nathalye Puerto | Aupair-care |
| 6001 | 5383aa3a | Nevelyn Aniely Da Silva | InterExchange, Inc. |
| 5826 | 2d4b6129 | Nittze Aguileta | Au Pair in America (APIA/AIFS |
| 6275 | 886db851 | Pamela Gozzo Perretti | InterExchange, Inc. |
| 5563 | ba2a6c09 | Pamella Natali Galluzzi De Castro | Au Pair Care, Inc. |
| 5712 | ec923b3e | Paola Ballesteros | Au Pair Care, Inc. |
| 6146 | 783a0f14 | Paola Maria Garcia Villa | Au Pair in America (APIA/AIFS |
| 6393 | 97a91d33 | Patricia Cantero Ortega | Au Pair Care, Inc. |
| 5760 | 96cc32d0 | Patricia Florintino De Carvalhos | Au Pair Care, Inc. |
| 6110 | 691452b1 | Patricia Tieli Simionato | Au Pair Care, Inc. |
| 6040 | bb82974c | Paula Fajardo | Au Pair Care, Inc. |
| 6108 | 15a9f283 | Paula Suyene Vaz | Cultural Care Au Pair |
| 6293 | 236abdd9 | Paulina Aguilar Aguilar | Au Pair in America (APIA/AIFS |
| 6434 | 99dd2d96 | Rachelle Ralph | Au Pair Care, Inc. |
| 5573 | 3154506b | Rene Aarón | InterExchange, Inc. |
| 681 | ddce461c | Roberta Germano Orsi | InterExchange |
| 5724 | 18b1f956 | Rocio Fernandez | Au Pair Care, Inc. |
| 5633 | 2d4c7463 | Rosa Martha Sanchez Gomez | Cultural Care Au Pair |
| 6347 | 174ed77a | Rosaura Paolah Bonilla Alvarez | Cultural Care Au Pair |
| 5504 | 5ed291d7 | Ruth Hidalgo | Go Au Pair |
| 6050 | 86aceece | Sandy V Carvajal | Au Pair Care, Inc. |
| 5499 | ec2175b4 | Sarai  Yamoriva Paulette Zamora Cruz | AIFS Au Pair in America |
| 6126 | f7978310 | Sharon Stephanie Damian Rozo | Au Pair Care, Inc. |
| 5911 | 6c53bcd6 | Shirley P. Cabrera | Au Pair in America (APIA/AIFS |
| 6219 | 0447e038 | Silvia Denisse García Ontiveros | Au Pair Care, Inc. |
| 5635 | 22595d46 | Silvia Villanueva Mallon | Au Pair Care, Inc. |
| 2192 | 88b8aa65 | Simone Bitencourt Crowley | Cultural Care |
| 5966 | a4ad1e3a | Simone Franciele Varini | Au Pair in America (APIA/AIFS |
| 5818 | cd8dfa34 | Siret Maegi | Cultural Care Au Pair |
| 6236 | 17a49363 | Sol Maria Amezquita | Cultural Care Au Pair |
| 6016 | d35bf0d8 | Stefanie Nayara Venancio | Au Pair in America (APIA/AIFS |
| 5668 | 5b3fbb00 | Steffanny Leiva Garizabal | Au Pair in America (APIA/AIFS |
| 5913 | 271475c1 | Susana Lilian Torrez Gozalvez | Au Pair in America (APIA/AIFS |
| 5775 | b6dd4653 | Susana Pena Giraldo | Cultural Care Au Pair |
| 6078 | c36512e3 | Susane Marangoni Molina | Au Pair in America (APIA/AIFS |
| 5927 | a387882d | Tamera Govender | Cultural Care Au Pair |
| 4853 | 4ec17b40 | Tania Marcela Figueroa Galeano | Au Pair In America |
| 5482 | cae50df6 | Tassia Miranda | Au Pair in America (APIA/AIFS |
| 6297 | 965c2f23 | Thays Costa Oliveira Rezende | Au Pair Care, Inc. |
| 6097 | 5c0b1981 | Uama Sarah De Melo | Cultural Care Au Pair |
| 5993 | fa7ae68b | Valentina Arango Betancur | Cultural Care Au Pair |
| 729 | bf2247b6 | Valentina Colombres | Aupaircare |
| 6046 | 006ef66b | Valentina Lazarit Vanegas Mora | Au Pair Care, Inc. |
| 5560 | 24fe78a8 | Vanessa C. Tiberio Gutierrez | Cultural Care Au Pair |
| 6076 | 265b4300 | Virgínia Beatriz De Melo Zanini | Au Pair Care, Inc. |
| 5297 | f7d39430 | Virginia Valeria Tovar Baiz | Au Pair in America (APIA/AIFS |
| 5695 | 8e6795bd | Viridiana Montoya Gómez | InterExchange, Inc. |
| 6099 | 8e0d6261 | Viviana Portilla | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 6448 | a3ecaeb3 | Xiomara Londono Salazar | Au Pair Care, Inc. |
| 5989 | 45ab8f65 | Yessica Margarita Castro Castro | Au Pair Care, Inc. |
| 5906 | 0f3f1998 | Zélia Borges Bezerra | Cultural Care Au Pair |

DocuSign Envelope ID: 59F7B5A7-66F7-4804-B5D8-AFB6BDAD69BE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: *[DocuSigned by: signature] B2B6C76376BF41E...*

Name: Adriana Carolina Campo Fuentes

Address: 407 chews landing rd

Haddonfield, NJ US 08033

Phone Number: +573015888423

Email Address: Adricampos2004@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/29/2016        To: 11/29/2017

DocuSign Envelope ID: 33A0A781-2B9B-4F9B-8D73-AC5AD48605C3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Alba Badrena Alcover

Signature:                                    Date:   7/20/2017

Address:   39 woodcock road

           monroe, NY US 10950

Phone:     +61 414 04 1986

Email:     ABADRENA@HOTMAIL.COM

Sponsor:   InterExchange, Inc.

Dates in Au Pair Program:

From:      10/21/2012                         To:     04/23/2013

DocuSign Envelope ID: BEC33985-730B-4965-93DB-3661A3B19592

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _07/31/2017_

Firma: _DocuSigned by: 5F14957BDDEE4AD..._

Nome: Alba Blanco Vazquez

Dirección: Chaparro

Torrejon de Ardoz, NJ US 04928

Telefone: 685934265

Email Address: Albablanco25@outlook.es

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _06/15/2014_    A: _06/14/2016_

DocuSign Envelope ID: 827B1CF5-D246-43B0-B216-B3CC65E5E380

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Alejandra Grillo Roa

Signature:  *Alejandra Grillo Roa*              Date:  7/5/2017
            DocuSigned by:
            F6E60BD0FA034E7...

Address:    820 Lake Washington Blvd S
            Seattle, WA US 98144

Phone:      206-661-6446

Email:      alejandra.grillo@yahoo.com

Sponsor:    Au Pair Care

Dates in Au Pair Program:

From:       09/27/2010              To:       09/20/2012

DocuSign Envelope ID: 56789C72-EF3E-457D-ADC8-80F1881895E7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:       <u>Alejandra Jaquelinne Torres Mancha</u>

Firma:                                                                    Data:   <u>07/19/2017</u>

Dirección:   <u>Chermon 1639 los bosques</u>

   <u>Monclova, Coahuila 25710 MX</u>

Telefone:   <u>8661421490</u>

Email:       <u>aletm2609@hotmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:       <u>10/31/2011</u>                                      A:   <u>10/31/2012</u>

DocuSign Envelope ID: 4F8512AC-C540-46D7-81F8-5E5A13B2EDFD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     <u>Alexis Yazmin Carrillo Querido</u>

Signature:          Date:     <u>7/5/2017</u>

Address:     <u>201 McFarland Dr</u>
             <u>Newark, DE US 19702</u>

Phone:     <u>4439417399</u>

Email:     <u>yaz_cq@hotmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:     <u>05/20/2013</u>          To:     <u>05/20/2014</u>

DocuSign Envelope ID: 3C108462-6A92-48E5-B6D1-3429DFD64EC8

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _07/28/2017_    Assinatura: _DocuSigned by: Aline C. Souza_
A89529FA8B694B7...

Nombre: Aline Cristina de Souza

Endereço: Alexandre Virgílio de Figueiredo, 102A

Mogi das Cruzes , São Paulo BR 08743-360

Teléfono: +5511981131288

Email Address: alinecris_souza@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _05/30/2011_    A: _12/30/2012_

DocuSign Envelope ID: 90DDA055-27B7-4345-8CEA-DEBEAAD8502B

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  07/31/2017         Assinatura:  *ALINE OLIVEIRA DOS SANTOS*
DocuSigned by:
24FE7EA7F9B648B...

Nombre:  ALINE OLIVEIRA DOS SANTOS

Endereço:  PRAÇA DAS GAIVOTAS,20 APTO 14 / BAIRRO VILA TATETUBA / CEP 12220220

SÃO JOSÉ DOS CAMPOS – SÃO PAULO – BRASIL,  BR 12220220

Teléfono:  5512991713344

Email Address:  line.marquart@yahoo.com.br

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  05/06/2013         A:  10/05/2014

DocuSign Envelope ID: 51854FD9-598A-4344-A448-6EAF7E246F76

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Alma Val Beato

Signature:          Date:     07/05/2017

Address:     3 Boardwalk one

Empalme , CA 94939 US

Phone:     6221239199

Email:     Almavalbeato@gmail.com

Sponsor:     Aupair care

Dates in Au Pair Program:

From:     11/16/2015     To:     12/12/2016

DocuSign Envelope ID: 386CF419-350A-4C1B-B533-3D823FA6706D

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/25/2017

Firma: *ALMA XARENI OLIVERA LARA*
DocuSigned by:
9E87533A25F9427...

Nome: ALMA XARENI OLIVERA LARA

Dirección: DALIAS 61

METEPEC, METEPEC MX 52176

Telefone: 7225679953

Email Address: xareniol@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/18/2013      A: 02/18/2015

DocuSign Envelope ID: A847C922-359D-4452-8570-0C2B02166752

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *DocuSigned by:* [signature] F523B0ABACB94B2...

Name: Amelia Dinora Mendoza Salgado

Address: 6 Waterway Ct Apt 1D

Towson , MD US 21286

Phone Number: 4108055528

Email Address: di_nora05@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/02/2012          To: 08/29/2014

DocuSign Envelope ID: 1A6AA024-24AB-4EC5-9B59-D4C56C16E3DD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/28/2017

Signature: *Ana C. Gutierrez*
DocuSigned by:
C1A1FA84CE7B490...

Name: Ana C. Gutiérrez Moy

Address: 70 highland st apt 3

Revere, MA US 02151

Phone Number: 8572470756

Email Address: anitacgutierrez@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/06/2010     To: 03/21/2011

DocuSign Envelope ID: 92D6DDB9-7934-4B69-8B79-E71B96782B74

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:    <u>Ana Cristina Perez Saldivar</u>

Signature:    *DocuSigned by:* [signature]    Date:    <u>07/06/2017</u>
049577CC875A494...

Address:    <u>San Ignacio 168 zona centro</u>

<u>Aguascalientes , Aguascalientes  AZ 20000 MX</u>

Phone:    <u>4492548118</u>

Email:    <u>crissaldivar0890@hotmail.com</u>

Sponsor:    <u>Au pair care</u>

Dates in Au Pair Program:

From:    <u>04/20/2015</u>    To:    <u>04/19/2017</u>

DocuSign Envelope ID: 93C7ABB7-D1B7-48A8-93DE-26CAB5714FD6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: _Ana E. Villalobor de la T._
DocuSigned by:
AA53DDAA23D946D...

Name: Ana Esperanza Villalobos de la Torre

Address: Simón Bolívar #571 interior 103 Col Álamos , delegación Benito Juárez México

México , Benito Juárez  MX 03400

Phone Number: 4921730195

Email Address: Anita_vdlt@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2011     To: 12/29/2012

DocuSign Envelope ID: DB87D1F1-7EA4-4B78-9F0E-D115DDE98582

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Ana Gabriela Coronado Medina

Signature:         Date:   07/19/2017

Address:    13 de septiembre 143 col. Del Rosario
            Nogales, Sonora 84000 MX

Phone:      11526313122833

Email:      gaby_george21@hotmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:

From:       06/19/2011                    To:     07/19/2013

DocuSign Envelope ID: C9E13F64-9280-4057-9363-CCF092D58F55

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Ana Gabriela Rodriguez Ponce*
DocuSigned by:
29A4C8E0B1B04B0...

Name: Ana Gabriela Rodriguez Ponce

Address: Aeropuerto de Veracruz 1696 Isabel Amalia

Saltillo , Coahuila MX 25130

Phone Number: +5218441591025

Email Address: anardzponce@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2016    To: 08/22/2017

DocuSign Envelope ID: BB9F7534-34A4-48EF-9627-2E7F780408A5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    <u>Ana Lucia Lopez Cabal</u>

Firma:    *Ana Lucia Lopez Cabal*        Data:  <u>7/20/2017</u>
DocuSigned by:
56BFE8C59B484DB...

Dirección:  <u>Jose Figueroa 8 ampliacion los angeles</u>
               <u>Torreon, Coahuila MX 27148</u>

Telefone:  <u>8712120988</u>

Email:    <u>analucia_lopezc@hotmail.com</u>

Patrocinador:<u>Au Pair in America (APIA/AIFS</u>

Datas de participação no programa au pair:

De:      <u>07/05/2011</u>            A:    <u>06/26/2012</u>

DocuSign Envelope ID: B2BCA02E-12FA-4E02-B016-6FA6CDE1BD5C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/25/2017

Firma: *Ana Manrique Díaz*
DocuSigned by:
2D9E25FA3CE343C...

Nome: Ana Manrique Díaz

Dirección: Av. María Guerrero, 39, ap. 4 C

Leganés, ES 28919

Telefone: +34658985023

Email Address: anna.tifsd@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/24/2015       A: 08/24/2016

DocuSign Envelope ID: 638C2B6B-CC55-4659-A79D-1A006723CDBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017                    Signature:
DocuSigned by:
59713E5FB0EA4A6...

Name: Ana Olinka Calvo del Campo

Address: 4465 champions view, Apt apt 240

Colorado Springs , CO US 80923

Phone Number: 6505761575

Email Address: Anarecksia@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/21/2009           To: 09/21/2011

DocuSign Envelope ID: E836E329-A945-4288-89E2-8D7E49CCDEEE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Ana Sterc

Signature:                                              Date:   7/20/2017

Address:    2. Gajnicki Vidikovac 28
            Zagreb, HR 10090

Phone:      38513473048

Email:      sterc.ana@gmail.com

Sponsor:    Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:       09/13/2015                    To:     06/13/2017

DocuSign Envelope ID: CA3E3A90-000A-468A-BDFB-30CAAEC01BD8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Anderson Camargo*
DocuSigned by: Anderson Camargo
603435639AFC486...

Name: Anderson Camargo

Address: 24619 Madison street

Torrance, CA US 90505

Phone Number: 3109180626

Email Address: andersoncamargojr@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/26/2015          To: 08/26/2017

DocuSign Envelope ID: B630E9D3-917A-4379-8FA3-A3FB0658B4D1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name: <u>Andrea arroyo</u>

Signature: <u>Andrea</u>     Date: <u>07/06/2017</u>
D81F77EB44C54BC...

Address: <u>Piedras negras</u>
<u>Saltillo, Coahuila NH 25280 MX</u>

Phone: <u>8441987012</u>

Email: <u>andreaarroyo24@hotmail.com</u>

Sponsor: <u>Interexchange</u>

Dates in Au Pair Program:

From: <u>08/31/2009</u>     To: <u>08/27/2011</u>

DocuSign Envelope ID: 521990FA-2572-4ABC-9413-8F033F276574

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name: Andrea Peralta Pineda

Signature: *Andrea Peralta Pineda*
DocuSigned by:
0AD1FB074AE144E...

Date: 7/5/2017

Address: 2313 N 75th ct

Elmwood Park , IL US 60707

Phone: 2245950681

Email: a.peralta282@hotmail.com

Sponsor: Au Pair in America

Dates in Au Pair Program:

From: 04/04/2016

To: 04/03/2018

DocuSign Envelope ID: 4C9E80CD-A90F-49D7-ADC1-E153236F589A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma: *Andrea P.* (DocuSigned by) F7E0D2F4273A47D...

Nome: Andrea Perez Arcila

Dirección: 2037 152nd Ave SE

Bellevue, WA US 98007

Telefone: 2067718317

Email Address: Andrea.perez.arcila@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/16/2016    A: 08/31/2017

DocuSign Envelope ID: CEB3BDA1-5DD2-4459-91A4-4590414BFCF9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Andrea Samperio Guasso

Signature:  *Andrea Samperio Guasso*
9C1251D37C43494...

Date:  7/6/2017

Address:  Lago Fontana #250 Bosques del Peñar
Pachuca, Hidalgo MX 42094

Phone:  9871132086

Email:  andymathers_50@hotmail.com

Sponsor:  Cultural Care Mexico

Dates in Au Pair Program:

From:  03/25/2013

To:  12/20/2014

DocuSign Envelope ID: 39C98098-34BA-4EEF-8803-0892A8375FE1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/26/2017

Signature: *Andressa Baena de Faria*
DocuSigned by:
02E6609B1A72457...

Name: Andressa Baena de Faria

Address: 405 Stierlin rd

Mountain view, CA US 94043

Phone Number: 6503349666

Email Address: baenandressa@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/26/2016    To: 08/26/2018

DocuSign Envelope ID: D37326BB-BF96-4685-A2F4-E7D9C4006884

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:　　　Angela Calinski

Signature:　　[DocuSigned by signature: 337B85DC45AC410...]　　　　Date:　　07/19/2017

Address:　　2622 Danbury circle

Spring Hill TN , TN 37174 US

Phone:　　7168665973

Email:　　angela.calinski@gmail.com

Sponsor:　　Cultural Care Au Pair

Dates in Au Pair Program:

From:　　09/07/2009　　　　To:　　09/03/2010

DocuSign Envelope ID: 9755411C-C47A-4066-82E3-BB7DF4060DAF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: _DocuSigned by:_ A85152930FB44FB...

Name: Angela Marcela Reinales Gomez

Address: 25333 Patriot terrace

Aldie , VA US 20105

Phone Number: 9144098268

Email Address: angelarg4@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/31/2010     To: 04/01/2011

DocuSign Envelope ID: B1D03856-632B-47B0-A682-755D8C31DFCE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Angelica María Fuentes

Signature:      DocuSigned by:
            _[signature]_
            78F57102FA7C481...                Date:   7/21/2017

Address:    2955 Champion Way
            Tustin, CA US 78528

Phone:      2107651131

Email:      Amfm.28@hotmail.com

Sponsor:    Au Pair Care, Inc.


Dates in Au Pair Program:

From:      06/10/2013                To:    06/10/2014

DocuSign Envelope ID: 6EE609D3-7A39-41F9-944F-10A2FD59BA9D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: _DocuSigned by:_ 428058215E9E4EA...

Name: Angie Maria Herrera Arroyo

Address: 6309 Morning Light Place

Fort Collins, CO US 80528

Phone Number: 9702787659

Email Address: angieha27@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/11/2016   To: 12/11/2017

DocuSign Envelope ID: D926921B-1A3B-4F8A-A9DE-479B262FE2BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/30/2017

Signature: *[DocuSigned by: signature]* F349951ECA604E1...

Name: Anna Paula Rocha da Rosa

Address: 509 starboard drive

San Mateo , CA US 94404

Phone Number: 6502406651

Email Address: Annarocha_@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/22/2013     To: 07/22/2014

DocuSign Envelope ID: 702C9533-D001-4ED3-9D17-8926B63460FC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Aranza Chavez

Signature:     _DocuSigned by:_
_Aranza_
B7BB102BD302476...     Date:   7/6/2017

Address:   28

Mexico City , Mexico City  DE MX 14650

Phone:   5215516523967

Email:   Aranza.chavez@outlook.com

Sponsor:   Cultural Care

Dates in Au Pair Program:

From:   06/06/2016     To:   03/05/2018

DocuSign Envelope ID: B207BE18-D8FE-4B36-AA9E-DB27422AB93B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name: <u>Ariana Vega Hidalgo</u>

Signature: *Ariana Vega Hidalgo*
DocuSigned by:
00F874A2A39E405...

Date: <u>7/5/2017</u>

Address: <u>1273 Shetland drive</u>
<u>Union , NJ US 07083</u>

Phone: <u>9083249738</u>

Email: <u>Spotari@hotmail.com</u>

Sponsor: <u>Au pair care</u>

Dates in Au Pair Program:

From: <u>02/03/2014</u>　　　　To: <u>02/03/2016</u>

DocuSign Envelope ID: DBB00A0D-B1EB-419B-8F9E-F26FBEB71127

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma: _DocuSigned by:_ 5D5B8E39769D4F4...

Nome: Barbara aren rodriguez

Dirección: 31 de desembre 3

Palma de mallorca, Islas Baleares  ES 07003

Telefone: 34685141442

Email Address: barbi_cai@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/16/2010    A: 05/25/2012

DocuSign Envelope ID: 06C03D54-CE30-4750-826A-8C54369EB729

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      BIANETTE BARRERA ROBLES

Signature:      BIANETTE BARRERA ROBLES          Date:   07/06/2017

953F5B1C3A15485...

Address:   LEY FEDERAL DEL TRABAJO NUMERO 34 ENTRE UNO Y CERO, COLONIA COLINAS HERMOSILLO, SONORA 83145 MX

Phone:   6622446141

Email:   LA_BIANE_23@HOTMAIL.COM

Sponsor:   INTEREXCHANGE

Dates in Au Pair Program:

From:   10/18/2015                    To:   11/18/2016

DocuSign Envelope ID: ED0BBADC-24B9-4AD5-8B5A-C7AC06767C97

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Brenda Montemayor Flores

Signature:  [DocuSigned by signature: 340580A6CF40486...]          Date:  7/20/2017

Address:  Cartagena 135 Real de San Jerónimo

Monterrey, Nuevo León MX 64637

Phone:  +52 1 8110159276

Email:  Brendamf1@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  08/24/2015          To:  07/20/2016

DocuSign Envelope ID: A7CF74A1-EB02-4529-AAEF-5715D78B5C07

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Bruna Aparecida da Silva*
DocuSigned by:
5A1AF7773AC9498...

Name: Bruna Aparecida da Silva

Address: Conego Lucio Floro Graziosi 552

Sorocaba, Sao Paulo BR 18071060

Phone Number: 5515981848656

Email Address: brunasilva023@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: NaN/NaN/NaN          To: NaN/NaN/NaN

DocuSign Envelope ID: 7B208C74-2859-4EEF-9253-9A1542212EBA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Bruna Barato

Signature:                                              Date:    07/19/2017
DocuSigned by:
077B3EB374AC4EB...

Address:     1303 Delaware Ave, apt 1303
             Wilmington , DE 19806 US

Phone:       6108805138

Email:       Bruna.barato1@gmail.com

Sponsor:     Au Pair Care, Inc.


Dates in Au Pair Program:

From:    04/21/2014                          To:    05/21/2016

DocuSign Envelope ID: 38FF81AB-55AA-41FA-A668-4301A35BB2C0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Bruna Noronha Da Silva

Signature:      DocuSigned by:
                Bruna Noronha Da Silva              Date:   7/20/2017
                90FD74384B284F9...

Address:      Renil polato

              Engenheiro Beltrão , Paraná  BR 87270000


Phone:      44 999208344


Email:      bruna.nordom@gmail.com


Sponsor:      Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:      06/16/2012                          To:     02/05/2013

DocuSign Envelope ID: 4F963097-33AA-4F62-8954-8D69D311E396

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/26/2017

Signature: _[DocuSigned by: signature]_ A1007E2F25F1498...

Name: Camila Benfatti

Address: 2908 Heather Ave

Medford, NY US 11763

Phone Number: 6318963245

Email Address: Camilasbnt@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/19/2014     To: 05/18/2016

DocuSign Envelope ID: 53735E68-3A6C-4E7B-BBBE-18AE33401894

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/26/2017          Assinatura: _[assinatura DocuSigned by: Camila Pissolito E29A601BEAD6497...]_

Nombre: Camila Pissolito

Endereço: Jair Antonio Bego

Old Bridge, NJ US 08857

Teléfono: 5511948904162

Email Address: cpissolito@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 07/17/2016          A: 10/17/2016

DocuSign Envelope ID: 1414E939-BD4C-4FD8-8321-95D0AE61BC34

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Camila Silva Lipowczan

Signature:     [signature]     Date:   7/5/2017

Address:     26 bullock lane

Princeton, MA US 01541

Phone:     5089180767

Email:     Camila.silva1986@yahoo.com

Sponsor:     Au Pair in America

Dates in Au Pair Program:

From:     03/24/2008          To:   03/24/2010

DocuSign Envelope ID: D2D4D258-217F-421E-942A-648E5537411F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: *[DocuSigned by: C. Ch — 5252F529245942E...]*

Name: Carolina Chomina Corrales

Address: 4707 Fairview St

Lake Worth, FL US 33461

Phone Number: 5619358163

Email Address: cchominac@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2009     To: 08/15/2010

DocuSign Envelope ID: 62917122-8182-47B7-8D1F-5534B833B974

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Carolina Juarez

Signature:     DocuSigned by:
                [signature]
                C0D724CFEAFB44A...                    Date:     07/19/2017

Address:     Huerto 574

             Saltillo, Coahuila 25089 MX

Phone:     8442231663

Email:     ludiicaro@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     06/30/2015                    To:     05/28/2016

DocuSign Envelope ID: 5537E806-FB7D-4F92-ACCB-E23A0BAF2353

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:       Carolina Ortega

Signature:    DocuSigned by:
              *[signature]*
              AC491C2DAC53481...                    Date:   7/6/2017

Address:    59 Benedict st
            Norwalk, CTUS 06850

Phone:      9143340911

Email:      Carolaortega50@hotmail.com

Sponsor:    Su Pair in America

Dates in Au Pair Program:

From:    09/02/2008                              To:    09/02/2010

DocuSign Envelope ID: 7B4691D9-099A-4B11-8D3D-A1032C8CC573

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Caro ParraG* (DocuSigned by: 5E5F669641E84C1...)

Name: carolina parra gomez

Address: EUCALIPTO 102 COL ALTAVISTA

TAMPICO, Tamaulipas MX 89240

Phone Number: 8333221436

Email Address: caro_parra92@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/26/2011     To: 02/08/2012

DocuSign Envelope ID: 53240638-82FA-4CFE-A716-5C0726C7BD0F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Carolina Silva Sanchez

Signature:                                          Date:   07/06/2017

Address:   Erlenweg 7

           Wedel, Schleswig-Holstein 22880 DE


Phone:    4915775772559


Email:    Carolina528@hotmail.com


Sponsor:   Aupaircare


Dates in Au Pair Program:

From:    08/01/2009                              To:    08/01/2010

DocuSign Envelope ID: FF918C47-8F0B-45ED-AF73-383031C905EE

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:   Caroline Romazini

Signature:   *DocuSigned by:* [signature] 6939AA436583412...        Date:   7/5/2017

Address:   4105 Wisconsin Ave NW
Washington , DC US 20016

Phone:   2027585053

Email:   carolromazinii@hotmail.com

Sponsor:   InterExchange

Dates in Au Pair Program:
From:   05/14/2012        To:   05/14/2014

DocuSign Envelope ID: D166C6CF-CF29-4B1B-AB23-B0F6D5BE12B7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Caroliny G. Rodrigues

Signature:   *Caroliny G. Rodrigues*
DocuSigned by:
F48CA5DA3BC34D9...

Date:   07/19/2017

Address:   212 Boston Ave

Hillside, NJ 07205 US

Phone:   9084035391

Email:   rodriguesscaroliny@gmail.com

Sponsor:   Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:   06/12/2016

To:   07/14/2017

DocuSign Envelope ID: 28E2D8E2-66BE-484B-86EE-FF56FEA51E01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Catalina Pugliese Acevedo

Signature:                                Date:   7/21/2017

Address:    1150 Vine  Street, Apt c17
            Liverpool, NY US 13088

Phone:      2025340524

Email:      Catalina.pugliese@gmail.com

Sponsor:    Cultural Care Au Pair

Dates in Au Pair Program:
From:       09/12/2011                      To:     09/12/2013

DocuSign Envelope ID: 1BCF4282-2A03-4FD0-AC48-AA9B48149ED8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Chloe Hassnaoui Hernandez

Signature:    [signature]            Date:    7/21/2017
             BF32E32AD4464AE...

Address:     5425 Concord Blvd E4
             Concord, CA US 94521

Phone:       7077711911

Email:       Chloe.hassnaoui@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:

From:        08/24/2009            To:    08/28/2010

DocuSign Envelope ID: A0B7A4A7-2351-430A-BB3C-DD71915E63E1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Cindy E. (Calvo)Guerra

Signature:   [DocuSigned by signature]          CG          Date:   7/21/2017
             B8B8514EC868479...

Address:     10431 N Kendall Drive Apt D108

             Miami, FL US 33176


Phone:       7863894527


Email:       euginq@hotmail.com


Sponsor:     Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:        07/25/2011                          To:      06/30/2012

DocuSign Envelope ID: D768E526-EA82-4B6F-8B0C-067F18969D25

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/24/2017

Assinatura: _DocuSigned by Clara Hd ACF3B117A99944F..._

Nombre: Clara cristina melo de lima

Endereço: 16524 NE 85Th st

Redmond, WA US 98052

Teléfono: 2067657003

Email Address: Claracmelo@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/12/2013      A: 02/11/2015

DocuSign Envelope ID: 3EAEA401-F2C6-4197-8CF2-17D1F37538E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *[signature]* C37D4A367B26469...

Name: Clara Janeth Mora Gonzalez

Address: 3607 Rainforest Ln

Killeen , TX US 76549

Phone Number: 7739800121

Email Address: Janethadmhot2211@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/03/2013     To: 07/03/2014

DocuSign Envelope ID: D4B55695-3DC8-4A67-8306-0B1CFB2B8BDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/21/2017

Signature: *DocuSigned by:* CR 701383F9C7764E2...

Name: Claudia Marcela Peraza Thompson

Address: 8804 Furlong Dr apt 14

Louisville, KY US 40242

Phone Number: 5023095223

Email Address: Flakaclau07@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2013   To: 09/20/2015

DocuSign Envelope ID: BE9272A0-A929-4E31-842B-A190A13F2949

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017     Signature: _[DocuSigned by, 0BFF73081C9540E...]_

Name: Claudia Melissa Rangel Rodriguez

Address: Sycamore Cove Ln

Jacksonville , FL US 32218

Phone Number: +1 (904) 844-8595

Email Address: Claumeli_02@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/18/2015     To: 11/18/2016

DocuSign Envelope ID: F5850855-5A2E-409A-9532-B9E4E4AB2F61

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Cynthia*
7198EE23088B48E...

Name: Cynthia Benavides Rodriguez

Address: 907 87th st Apt A2

North Bergen , NJ US 07047

Phone Number: 6466593330

Email Address: Cgbenavidesr@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/27/2012      To: 11/23/2014

DocuSign Envelope ID: 80A7101A-6B72-46B9-98BC-50F2F52DCB45

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: _[DocuSigned by: CA7491043FB7466...]_

Name: Daiane Laura Takenage Calhoun

Address: 111 Roble Rd APT 305

Walnut Creek, CA US 94597

Phone Number: 4155165062

Email Address: Daianelaura@gamail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/04/2014     To: 08/04/2015

DocuSign Envelope ID: 3D69046E-06DC-453E-8E23-97F3AE0C6635

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Daniela Garcia Rivera

Signature:                                                    Date:   7/21/2017

DocuSigned by:

D6R

D9E13058644E4F5...

Address:   Calle 34B#87B-04

Medellin, CO 50032


Phone:    573015182522


Email:    dany1834@hotmail.com


Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:    06/16/2014                                       To:    06/19/2016

DocuSign Envelope ID: DC82F285-C8A8-4B17-ABDC-F054E83FB3D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name: <u>Daniela Lopez Cabal</u>

Signature: *Daniela Lopez Cabal*
DocuSigned by:
C6EEF1D9376E4D6...

Date: <u>7/20/2017</u>

Address: <u>Jose Figueroa #8 Ampleaccion los Angeles</u>
<u>Torreon , Torreon MX 27148</u>

Phone: <u>8714806636</u>

Email: <u>daniela_cabal@hotmail.com</u>

Sponsor: <u>Au Pair in America (APIA/AIFS</u>

Dates in Au Pair Program:

From: <u>08/05/2013</u>

To: <u>05/06/2014</u>

DocuSign Envelope ID: AB82A697-73C9-4584-847E-824B1FEFA96A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: _DocuSigned by:_ _Daniela Ossa_ 4DD9D4A110C9428...

Name: Daniela Ossa

Address: 2505 easton drivev

Burlingame , CA US 94010

Phone Number: 6507974940

Email Address: Dani.ossa94@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2015       To: 02/09/2017

DocuSign Envelope ID: 9A0D8843-2205-4E56-99F2-0B77A6EA9112

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Daniela Prieto

Signature:   DocuSigned by:
             D . P
             8012A202AA8C4BF...                    Date:   7/21/2017

Address:     290 Silver avenue
             San Francisco , CA US 94112

Phone:       4156106804

Email:       danipriva@hotmail.com

Sponsor:     Au Pair Care, Inc.


Dates in Au Pair Program:

From:        08/19/2013                    To:     08/19/2015

DocuSign Envelope ID: 459C8C4C-FC3E-44E6-977D-2A1FBD9ACDB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/21/2017

Signature: _DocuSigned by:_ DANIELA
C4B3EF5A81914B1...

Name: Daniela Vasquez Ortiz

Address: 41 Coventry Ln

Naugatuck , CT US 06770

Phone Number: 9549075233

Email Address: Danielaplass@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/20/2013      To: 05/20/2014

DocuSign Envelope ID: 02A21B21-2B45-4BDB-BAF2-9965D2929BC7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Daniele Nogueira Affonso

Signature:      DocuSigned by:

_[signature]_

DFFC99A39AA8461...          Date:   7/5/2017

Address:   R Manoel Salvador 166

Blumenau , Santa Catarina BR 89023660

Phone:   5547992900272

Email:   danieleaff@outlook.com

Sponsor:   Au Pair Care

Dates in Au Pair Program:

From:   07/10/2013          To:   05/10/2014

DocuSign Envelope ID: 58424532-2C5A-4C31-8884-B7808B3EAAF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  07/25/2017          Signature:  *Danielle Gantt*
                                        DocuSigned by:
                                        4FF3B0DF6D7A464...

Name:  Danielle Gantt

Address:  1 Vendue Ct

Columbia, SC US 29209

Phone Number:  8034570808

Email Address:  damestrelinha@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  12/17/2010          To:  09/30/2011

DocuSign Envelope ID: 7E0B3F4C-1F29-4503-BF63-2B595586E3D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Deiseane Aine Sena*
DocuSigned by:
C514750827FD47C...

Name: Deiseane Aine Sena

Address: Rua Lino Capossoli, 85 - Engenho velho

Capivari, Sao Paulo BR 13360-000

Phone Number: +551934923162

Email Address: deysesena@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/15/2014          To: 09/14/2016

DocuSign Envelope ID: D7BF9309-31CA-4685-90F3-8B768C1B538B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:  Desireé de Los Ángeles Contreras Suárez

Signature:  *Desireé C.S* DocuSigned by: C12270E439A7416...    Date:  7/6/2017 5

Address:  800 metros al Este del Salón Victoria, Matapalo

Santa Cruz, Guanacaste MN CR 506

Phone:  50686604667

Email:  desicontreras1202@gmail.com

Sponsor:  Au Pair in America

Dates in Au Pair Program:

From:  01/11/2016     To:  01/10/2018

DocuSign Envelope ID: 272F1643-15F0-4E7A-A072-FDD3C82BD898

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Diana Gomez Arboleda*
DocuSigned by:
F3829DB1D0504ED...

Name: Diana Gomez Arboleda

Address: Clle 56 Sur # 40 b 22

Medellin,  CO No aplica

Phone Number: 3194560021

Email Address: dianagomezarboleda@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/06/2017          To: 06/23/2017

DocuSign Envelope ID: 3B942142-3651-40ED-BCE7-BFD5914C792A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _07/21/2017_

Firma: *Dinorah Flores Almaguer*
CC15FC5E8B374A7...

Nome: Dinorah Flores Almaguer

Dirección: Galileo 680, Contry la Silla

Monterrey , Nuevo León (NL) MX 67173

Telefone: 8117184236

Email Address: dinorah.flores@live.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _03/07/2011_    A: _05/06/2012_

DocuSign Envelope ID: 1429C059-CAD7-4485-8F3E-958600184959

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ 633DD9F1164243F...

Name: Dorcas Fabiola Cristal Toz

Address: 211 hidden creek point

Canton, GA US 30114

Phone Number: 9034951092

Email Address: Fabiola-1717@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/07/2010     To: 06/23/2012

DocuSign Envelope ID: C58AB137-878F-4BB0-9509-96F6D7F154C4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/26/2017

Signature: *DocuSigned by:* B56E99EF8A0E471...

Name: EDITH DEL JESUS CEH CERVERA

Address: 122 Santa Cruz Avenue

Daly City, CA US 94014

Phone Number: 4155953786

Email Address: ejc1504@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/15/2013          To: 01/15/2015

DocuSign Envelope ID: 502EC49B-71AC-46D1-B0B4-15300FBAAF30

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Eliana Asapchi

Signature:   *Eliana Asapchi*            Date:   7/20/2017
             DocuSigned by:
             180F842CDBCA479...

Address:     463 N Maple
             Mesa, AZ US 85205

Phone:       6508686454

Email:       eliana.asapchi@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:        10/12/2009                 To:     10/18/2010

DocuSign Envelope ID: 1A28E142-DF47-4B03-BFFC-9C3D123E565A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *Eliana Fernandez*
DocuSigned by:
FC2A19B596F84E9...

Name: Eliana Fernandez

Address: 342 Greendale way Apt 1

San Jose, CA US 95129

Phone Number: 4082399556

Email Address: elianafernandezz@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/31/2012      To: 08/01/2013

DocuSign Envelope ID: CD524407-151F-44D4-ADC6-65C190699F66

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _07/27/2017_     Firma: *Elizabeth Claudia Velázquez Hernández*
<br>2EE6F0408F75451...

Nome: Elizabeth Claudia Velázquez Hernández

Dirección: Hacienda de Santiago no. 55

Distrito Federal, Distrito Federal MX 02410

Telefone: +525537177926

Email Address: aquila.lupin@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _10/08/2012_     A: _03/13/2013_

DocuSign Envelope ID: 283D53F1-F0A7-4D64-94E5-BD642B632F6E

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:    <u>Ellen Maximilia dos Reis</u>

Signature:    *Ellen Maximilia dos Reis*
DocuSigned by:
6506F2B23ECF4F6...

Date:    <u>07/06/2017</u>

Address:    <u>123, Grove Street</u>
<u>Tarrytown , NY 10591 US</u>

Phone:    <u>5514827513</u>

Email:    <u>emaximilia@yahoo.com.br</u>

Sponsor:    <u>AupairCare</u>

Dates in Au Pair Program:

From:    <u>07/20/2015</u>

To:    <u>03/31/2016</u>

DocuSign Envelope ID: 685921CC-4723-464D-A1A4-571ABCE3D207

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: _[DocuSigned by: B95A0B2E3DA44C3...]_

Name: Elvira Sarai Gonzalez Sánchez

Address: Rio panuco 420

San Nicolás de los Garza , Nuevo Leon MX 66465

Phone Number: 8116875393

Email Address: Elvira.sarai@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2011      To: 07/16/2012

DocuSign Envelope ID: 2F4B2D10-BABC-472D-9779-E978C332B591

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     07/24/2017

Signature:   *Emelie Wester*
DocuSigned by:
B783D20B43BE41F...

Name:     Emelie Wester

Address:   Hagelinsvag 10

          Sodertalje, Stockholm SE 15139

Phone Number:  4045096731

Email Address:  westeremelie@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   08/24/2009        To:   08/24/2010

DocuSign Envelope ID: 578DAD3F-F470-4557-A92B-C1112739C440

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *[DocuSigned by signature]* B0093F7109F3437...

Name: Erika corredor alvarez

Address: 7116 ripley street

Mckinney, TX US 75071

Phone Number: 4693433550

Email Address: Erykyz@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/29/2016     To: 11/29/2017

DocuSign Envelope ID: 1CAF336F-68A5-4F31-88C0-C7CCDE568492

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma: _DocuSigned by:_ 44C9F18E343F48A...

Nome: Erika johana  Esguerra leon

Dirección: 1262 braygood dr

Collerville , TN US 38017

Telefone: 9013389349

Email Address: Erika12-0@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/10/2016          A: 01/10/2018

DocuSign Envelope ID: 2060C4D1-4F77-4E26-BC11-C8ACA2D433A9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:  <u>Eryka Cristina Xavier da Silva</u>

Signature:  <u>DocuSigned by:</u>           Date:  <u>07/06/2017</u>
058AEB82480F480...

Address:  <u>808 Ewing Dr</u>
<u>Westminster, MD 21158 US</u>

Phone:  <u>2482243582</u>

Email:  <u>erykacxs@yahoo.com.br</u>

Sponsor:  <u>Cultural Care Au pair</u>

Dates in Au Pair Program:

From:  <u>01/04/2010</u>           To:  <u>06/30/2011</u>

DocuSign Envelope ID: F1313632-99DD-45EF-9612-E4489439D2D6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017          Signature: *[DocuSigned by signature]* A8F2BF96376D4B4...

Name: Eunice Marisol Salazar

Address: 3219 sailview drive

Midlothian, VA US 23112

Phone Number: 8044021787

Email Address: eurincan@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/28/2015          To: 09/28/2017

DocuSign Envelope ID: 07205136-B507-4BC8-AEF9-FEE72DBE9029

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: _DocuSigned by:_ A1D43653F6E7442...

Name: Fabiane Nicomedes de Albuquerque

Address: 1206 18th Ave, apt 6

Longview, WA US 98632

Phone Number: 3607035546

Email Address: Fabiane.nicomedes3@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014      To: 11/19/2014

DocuSign Envelope ID: 72C3885A-5B84-4BF8-9C0B-0C8F3731BB0E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *DocuSigned by:* 4CA7F0F40240475...

Name: Fikile Pearl

Address: 480b somkele street

Johannesburg, Gauteng ZA 1852

Phone Number: +27787925893

Email Address: fikilethwala@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/10/2016      To: 11/20/2016

DocuSign Envelope ID: 7BCDE7BD-1087-40E3-B822-D939A8599362

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Flor Anais Jimenez Garnica

Signature:   *Flor Anais Jimenez Garnica*
E5E9608981264AF...
Date:   07/19/2017

Address:   Siris 1060 Plamas San Isidro
Torreon, Torreon Coahuila 27100 MX

Phone:   3317440145

Email:   flor_garnica@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:
From:   08/13/2012
To:   08/16/2013

DocuSign Envelope ID: DB82BBFB-3C23-4B48-A21D-44E62494F924

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Francia Camila Pineros Franco

Signature:     _Francia Camila Pineros Franco_          Date:     7/20/2017
DocuSigned by:
CCBF6E61BD8E4FB...

Address:     804 mendocino way, 804
Redwood City, CA US 94065

Phone:     4152052042

Email:     camila.pineros0892@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:
From:     07/25/2016          To:     07/25/2018

DocuSign Envelope ID: AA6C72C7-44DD-407F-B4DF-40012C12002C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     Franciele Braga

Assinatura:                                    Fecha: 7/18/2017

Endereço:   596 Ethel Avenue
            Mill Valley, CA US 94941

Teléfono:   15107794746

Email:      francielebraga@msn.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:         01/04/2016                    A:      01/04/2018

DocuSign Envelope ID: 54904353-27A2-417D-ADA9-A9C544341B7C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/28/2017

Signature: *[DocuSigned by: 42F869162BD747D...]*

Name: Gina Alexandra garcia

Address: 8804 s 122ns st

Seattle , WA US 98178

Phone Number: 2069417561

Email Address: Gapme5@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/09/2009     To: 02/07/2011

DocuSign Envelope ID: 3685CE8F-BA4A-4387-9D21-C0BA7BAF7A05

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: *Giovana Pimenta Gaia*
DocuSigned by:
39759A73AB0B499...

Name: Giovana Pimenta Gaia

Address: 390 Padre Manoel de Paiva

Santo André, São Paulo BR 09070-230

Phone Number: 945539756

Email Address: gi_gaia@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/23/2015        To: 08/23/2016

DocuSign Envelope ID: C3938B4D-1DE4-4C8C-AAC8-FBE163D87AB1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/26/2017

Signature: DocuSigned by: 7C1B1AC822A04FD...

Name: Giuliana Motyczka

Address: 8 Richards St

Westbrook, ME US 04092

Phone Number: 8028819815

Email Address: motyczkagiuliana@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/21/2016     To: 03/21/2017

DocuSign Envelope ID: 58274BBE-1C97-45B3-A0AF-D96F74C95A6A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *GLORIA ANDREA ARENAS RIOS*
963B9E1BCEAA440...

Name: GLORIA ANDREA ARENAS RIOS

Address: 1537 MISSOURI ST., APARTMENT 6

SAN DIEGO, CA US 92109

Phone Number: 8582429077

Email Address: garenasrios@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/16/2011     To: 11/15/2012

DocuSign Envelope ID: 1B325AD0-C4FF-438A-AAFA-6EB2CB4248F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: _[DocuSigned by: 435F3DB5229D457...]_

Name: gloria Stephanie romero bailon

Address: xochicalco 26

mexico, mexico MX 03000

Phone Number: 7421102949

Email Address: stephanie_rb89@live.com.mx

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/01/2009     To: 05/20/2010

DocuSign Envelope ID: 21CCCA37-F128-43D2-9380-AC6A73502E65

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  07/24/2017                    Firma:  _DocuSigned by:_ [signature] D3B55C72E0AC448...

Nome:  Ingrid f león Perez

Dirección:  Heriberto jara

Chetumal , Quintana Roo  MX 77010

Telefone:  9831137033

Email Address:  ingrid.leon1@hotmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  08/08/2016          A:  05/08/2018

DocuSign Envelope ID: 5D8004CC-1190-4A0B-B713-8076D7D4DDE9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:       <u>Irasema Ortiz Rentería</u>

Firma:      *DocuSigned by:*
            *Irasema Ortiz*
            1DDC0B4C0B2E4D6...                    Data:   <u>7/20/2017</u>

Dirección:  <u>Canadá no. 49 col. Las etnias</u>
            <u>Torreón, Coahuila MX 27150</u>

Telefone:   <u>8712335922</u>

Email:      <u>irasema_07@hotmail.com</u>

Patrocinador:<u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:
De:         <u>04/18/2011</u>                       A:   <u>04/23/2012</u>

DocuSign Envelope ID: 90E8B683-8F6D-49FE-8BEB-96B5B45EF997

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:      <u>Irene Del Rocio Jaquiz Esquivel</u>

Firma:      *Irene del Rocio Jaquiz Esquivel*       Data:   <u>7/20/2017</u>
DocuSigned by:
D91AB6F943E8487...

Dirección:   <u>Calle B 13 Colonia Ejercito Constitucionalista</u>

<u>Saltillo, Coahuila MX 25140</u>

Telefone:   <u>528441061696</u>

Email:      <u>irene.18bj@gmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:        <u>09/28/2015</u>                    A:     <u>09/28/2016</u>

DocuSign Envelope ID: C8E3C2C9-57CA-4C19-9E90-772910C23F37

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/26/2017

Signature: *[DocuSigned by: Iris — 7F792BD4D5D34AA...]*

Name: Iris Vila García

Address: 834 Estuary Ct

Rock Hill, SC US 29732

Phone Number: 8039924619

Email Address: irisvila.91@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/19/2015      To: 09/30/2016

DocuSign Envelope ID: EC9D40C2-BEAA-4028-8F7F-D998972CF66A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Isabel Cristina Jimenez Henao

Signature:  *Isabel Cristina Jimenez Henao*          Date:   7/20/2017
            085B27D0EEF3445...

Address:    Cra. 36 # 43-21

            Medellin, antioquia CO


Phone:      -5836


Email:      icjh21@hotmail.com


Sponsor:    Cultural Care Au Pair


Dates in Au Pair Program:

From:       08/25/2008                               To:     03/15/2010

DocuSign Envelope ID: A3E16188-9AE8-4378-8445-86C6A375331B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Isabela Belon Blackmon

Signature:     DocuSigned by:

_J B_

DB385F9F266149C...          Date:     7/5/2017

Address:     2927 faircroft way

Monroe , NC US 28110

Phone:     17048900555

Email:     isabela_bln@hotmail.com

Sponsor:     Au pair care

Dates in Au Pair Program:

From:     06/25/2012          To:     06/24/2014

DocuSign Envelope ID: 7C8826DC-76CD-41CD-A0C1-49ACBFA29C79

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  07/22/2017               Signature:  *Ivimarie Melquiades de Oliveira Araujo*
                                            66B1D3E38508484...

Name:  IVIMARIE MELQUIADES DE OLIVEIRA ARAUJO

Address:  ALAMEDA CABO FRIO, Nº. 551, CASA 70. PRAIA DO FLAMENGO.

         SALVADOR, BAHIA BR 41603-115

Phone Number:  +5571999169299

Email Address:  im.adv@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  11/05/2012          To:  05/02/2014

DocuSign Envelope ID: AA82C73A-BACB-4163-9292-8DF35814304D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: _DocuSigned by:_ B0E9FC556725439...

Name: Janaina de Cassia Ribeiro

Address: 911, vinte e quatro de março

Monte mor, São Paulo  BR 13190000

Phone Number: 19992654587

Email Address: Jana.ribeirooo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/01/2016    To: 05/01/2018

DocuSign Envelope ID: F593B8B6-271E-403E-BED6-8CECD9D5C13F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: _(DocuSigned by)_ C4FA122EE1604FC...

Name: Jaqueline Alves de Melo

Address: 7715 Maryknoll Ct

Bethesda , MD US 20817

Phone Number: 3015389711

Email Address: jack27lion@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/26/2013     To: 08/28/2015

DocuSign Envelope ID: 64842518-716B-428E-ADAA-C670F9396FF6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  Jaqueline Awbrey

Signature:  *Jaqueline Awbrey*
DocuSigned by:
573201AD28CA428...

Date:  7/20/2017

Address:  78 sycamore street
Everett, MA US 02149

Phone:  7866514388

Email:  jaqueawbrey@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:
From:  05/20/2012

To:  08/23/2013

DocuSign Envelope ID: D61BA885-D849-42B0-B535-D58AE5497806

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/26/2017    Assinatura: *[assinatura DocuSigned by: Santos — 217103CE48B948B...]*

Nombre: Jaqueline da Silva dos Santos

Endereço: Bernardo Sayão, 274

Londrina, Paraná BR 86025470

Teléfono: 5543998633559

Email Address: Jaqueline_silvasantos@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 06/10/2014    A: 06/10/2015

DocuSign Envelope ID: 373097D3-FCAF-4F00-8F0E-DF3B1793B6FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     07/27/2017          Signature: _____

Name:     Jeniffer Noriega, previously known as Jeniffer Estrada Gualteros

Address:  3021 san fernando dr

          Fort worth, TX US 76177

Phone Number: 9086368690

Email Address: Jeniffernoriega14@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/24/2009          To:  06/17/2011

DocuSign Envelope ID: 8CD0158B-56C7-4EC9-9492-E167B30C2468

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _07/31/2017_               Firma: _Jeniffer valderrama_

DocuSigned by:
*Jeniffer valderrama*
E86BED783DF24D7...

Nome: _Jeniffer valderrama_

Dirección: _12738 , Grand Elm St_

_Clarksburg , MD US 20871_

Telefone: _12403083998_

Email Address: _Jenny.jym_94@hotmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _11/02/2015_          A: _11/02/2017_

DocuSign Envelope ID: 485A55A2-2601-40B6-B95B-CCE19B630E6D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: *Jenny Vanessa Rendon Tarazona*
7CFEF526BBEB428...

Name: Jenny Vanessa Rendon Tarazona

Address: 7164 S TIBET WAY

AURORA, CO US 80016

Phone Number: 3035071754

Email Address: vanessa.torchia@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/16/2008     To: 10/15/2010

DocuSign Envelope ID: 872E7BF7-90B7-4C90-AC92-CB320E9BBD09

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Name:     <u>Jessica Bonilla</u>

Signature:     DocuSigned by:     Date:     <u>07/08/2017</u>
               Jessica B
               C3DE1E2DC56146B...

Address:     <u>1430 sw 1st street</u>
             <u>Miami, FL 33135 US</u>

Phone:     <u>7864610722</u>

Email:     <u>Jeka_0915@hotmail.com</u>

Sponsor:     <u>Cultural care Au Pair</u>

Dates in Au Pair Program:

From:     <u>10/04/2015</u>          To:     <u>10/01/2016</u>

DocuSign Envelope ID: 6F43F266-C0CA-4591-933C-5B06BF0FD277

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Jessica Sánchez

Signature:          Date:     07/19/2017

Address:     32 Providence St
             Worcester , MA 01604 US

Phone:     5083083205

Email:     jessica.sblanco@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     08/24/2015     To:     08/24/2016

DocuSign Envelope ID: 50C84474-97D2-4875-8BE1-E7659D776BA9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/25/2017    Assinatura: _DocuSigned by_ 53744DE6B5A14B8...

Nombre: Jessica Tatiane Pereira

Endereço: 17 ANDOVER LN

HICKSVILLE, NY US 11801

Teléfono: 5166031541

Email Address: je-aimi@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 04/20/2015    A: 02/29/2016

DocuSign Envelope ID: 61E92D1C-AC40-4BE7-AAD5-63EC5F8D95D5

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  07/27/2017          Firma:  _DocuSigned by:_
                                    C8935B656D444DD...

Nome:  Jimena Fernández otta

Dirección:  Villa vid 151 villa vergel 1

            Saltillo, Coahuila MX 25210

Telefone:  8441951689

Email Address:  Jimena_fdzo@hotmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:  02/22/2016          A:  02/25/2017

DocuSign Envelope ID: 0BD139B9-C85D-40A2-8E1B-F61F627B6337

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Joice Aparecida Vicentim*
DocuSigned by:
D84FB655D732480...

Name: Joice Aparecida Vicentim

Address: 743 Ottawa Avenue

Park Ridge, IL US 60068

Phone Number: 6303409013

Email Address: joicevicentim@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2014     To: 09/29/2016

DocuSign Envelope ID: 5A834FAB-8A22-473D-888D-42022B671939

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Jorge Kolovos Ortega

Signature:   _jorge kolovos ortega_     Date:   07/19/2017
             9A3A48CE080C4DB...

Address:   circuito agua azul Norte 187

           Celaya , Guanajuato 38030 MX


Phone:    14616142371


Email:    jorgek_bamac@hotmail.com


Sponsor:   Au Pair Care, Inc.


Dates in Au Pair Program:

From:    05/29/2012          To:    08/30/2017

DocuSign Envelope ID: C6E74489-28EA-4919-B33A-A205DAA2225B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Joziane Simone Pistore</u>

Signature:     *DocuSigned by:*
*[signature]*
3222512FDE0D4B9...          Date:   <u>7/6/2017</u>

Address:     <u>230 Walnut street</u>
<u>Newton, MAUS 02460</u>

Phone:     <u>7813071568</u>

Email:     <u>joziane_pistore@hotmail.com</u>

Sponsor:     <u>Culturalcare</u>

Dates in Au Pair Program:

From:     <u>01/02/2017</u>          To:     <u>12/29/2017</u>

DocuSign Envelope ID: 6E5929B1-0C0B-424C-BF09-A3C62558BAC7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Julia Thalita da Silva Carrilo*
CAB689D86C964F4...

Name: Julia Carrilo

Address: 1231 S Sullivan St

Seattle, WA US 98108

Phone Number: 2065037850

Email Address: julia._.carrilo@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/15/2016     To: 05/15/2017

DocuSign Envelope ID: CE5341BC-EB15-464B-AA74-374B95952263

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: *Júlia de A. Britto* (DocuSigned by: 10470D1A3F6842E...)

Name: Júlia de Azevedo Britto

Address: 1402 East 1st Street

Tulsa, OK US 74120

Phone Number: 5167276423

Email Address: juvolei@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/01/2014     To: 06/02/2015

DocuSign Envelope ID: AFB9CE10-4E50-447A-B23D-2F6E871684FF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Juliana Belotto Sasaki

Signature:     *Juliana B. Sasaki*     Date:     7/18/2017
               6A69238C49F1411...

Address:     Rua Professor Roberto Mange 439

             São Paulo, São Paulo BR 4153040

Phone:     5511977657270

Email:     Ju.belotto@gmail.com

Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:     02/11/2013          To:     09/10/2014

DocuSign Envelope ID: FB3EF11C-E060-4912-A827-6A60551D4DD2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Name:     Juliana Lopez Betancur

Signature:     _DocuSigned by:_
              Juliana LB
              F96B6BBE119A46C...          Date:     7/5/2017

Address:     Calle 54 n 50-59

             Medellin , Antioquia  CO

Phone:     573006011307

Email:     Julylopezbeta@hotmail.com

Sponsor:     Aupair care

Dates in Au Pair Program:

From:     06/08/2015                    To:     03/01/2017

DocuSign Envelope ID: 1D984366-50A5-49D6-8C2D-C5271609FE09

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: _[DocuSigned by signature]_ 86BC99D21BD941E...

Name: Juliane Bulhoes Boyd

Address: 756 Helmsman Lane

Chapin, SC US 29036

Phone Number: 6578590115

Email Address: julianebulhoes@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2011      To: 07/11/2013

DocuSign Envelope ID: D62543E1-180B-481D-86B5-F9D27F2C93C0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Karen Dayana Delvasto Sanchez

Signature:   _Karen Dayana Delvasto Sanchez_     Date:   07/19/2017
             DocuSigned by:
             1C48384134B7498...

Address:   Cra 72A #73-45

           Medellin, Medellin 50034 CO

Phone:     573152846880

Email:     Kddelvastosa@gmail.com

Sponsor:   Au Pair Care, Inc.


Dates in Au Pair Program:

From:     08/03/2015                    To:     08/03/2016

DocuSign Envelope ID: 7CC82B4E-39D6-4ACA-A371-CBF9AE2BC6A3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017     Signature: *DocuSigned by:* 104D0465A4AE45E...

Name: Karen Fernanda Gonzalez

Address: justo Daract 1636

San Luis , San Luis AR 5700

Phone Number: 02604391614

Email Address: karenfernandagonzalez@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/09/2014     To: 06/06/2015

DocuSign Envelope ID: FD73FBDA-E547-4803-B7DE-F8459E8D188F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: _Karen Hamilton_
DocuSigned by:
A7E8AF197586439...

Name: Karen Hamilton

Address: 4408 Cyprina Place Apt. 7

Tampa, FL US 33615

Phone Number: 8134012194

Email Address: Karenhamilt1002@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/18/2015          To: 10/25/2015

DocuSign Envelope ID: B6AAC41D-FC22-4F60-9246-55F1545A2B25

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by
November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:       Karen Medina Moreno

Signature:  _Karen Ҷ H_                          Date:    07/19/2017

Address:    2104 Mt Vernon Street

            Philadelphia , PA 19130 US


Phone:      2673710444


Email:      Kurb1109@gmail.com


Sponsor:    Cultural Care Au Pair


Dates in Au Pair Program:

From:       08/29/2014                           To:      08/19/2016

DocuSign Envelope ID: DD0A4FC0-99B1-421D-9A1B-ED609EA473B6

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/25/2017          Assinatura: _Karen P._ 

Nombre: Karen Priscila Denk

Endereço: Fernando Hubl 597

São Bento do Sul , Santa Catarina   BR 89280625

Teléfono: +32 472 56 42 10

Email Address: karenpdenk@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 03/03/2014          A: 07/15/2015

DocuSign Envelope ID: 1F4BBF8F-B392-459F-A756-60CBAE9A2105

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Karime Garcia Duarte

Signature:   *Karime*                          Date:   07/19/2017
              F27756F60B31489...

Address:   Antonio vallezo

           Veracruz, Veracruz 91900 MX


Phone:    522299315814


Email:    Kary_levine@hotmail.com


Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:     09/28/2015                      To:    09/08/2016

DocuSign Envelope ID: 44638AC1-ED36-4E4C-8449-A7517E72D7CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature:

DocuSigned by:

EB335A18F2D248B...

Name: Katherine Ivannia Quesada Fonseca

Address: Concepcion

Naranjo, Alajuela CR 20608

Phone Number: +50685179203

Email Address: Kathyqf20-01@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/02/2016     To: 05/31/2017

DocuSign Envelope ID: 13DDE82A-8C7C-4CD5-B784-D0CB1843FEB6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: _[DocuSigned by signature]_ 8665F9A9C8104F7...

Name: Kelly yenisey rodriguez

Address: 208 Thomas white blvd

Chester, MD US 21619

Phone Number: +14104435257

Email Address: Kyenisey_89@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/14/2009     To: 05/30/2010

DocuSign Envelope ID: 98674419-F78E-4293-AC55-3D4F1A4D7ED5

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre: <u>Kyani Ferreira Molina Da Silva</u>

Assinatura: *kyani Ferreira Molina da Silva*  Fecha: <u>7/21/2017</u>
DocuSigned by:
089F0F5F8ED24FF...

Endereço: <u>Dr. Acyr Bello de Campos 26 casa 2, Pq. Alvorada</u>
<u>Campos dos Goytacazes , RJ BR 28083150</u>

Teléfono: <u>21982235111</u>

Email: <u>molina.kyani@hotmail.com</u>

Patrocinador: <u>Au Pair in America (APIA/AIFS</u>

Fechas de participación en el programa au pair:

De: <u>11/29/2016</u>                    A: <u>02/06/2017</u>

DocuSign Envelope ID: 02E37497-153F-4901-AE0F-FBF7124DCD02

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:    <u>Lady Morantes</u>

Firma:    *lady morantes*        Data:  <u>7/21/2017</u>
0FD674F070924FC...

Dirección:  <u>diagonal 36#34-159 gardena 36</u>
               <u>floridablanca, santander CO 681002</u>

Telefone:  <u>3002647454</u>

Email:    <u>leidy_morantes@hotmail.com</u>

Patrocinador:<u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:
De:      <u>02/01/2011</u>          A:    <u>01/02/2012</u>

DocuSign Envelope ID: 71CE0A8A-3985-40CC-95AF-F08C872E7F8C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/27/2017           Firma: _____

Nome: Ladys Darielys De Los Rios De Los Reyes

Dirección: San Miguelito Victoriano Lorenzo Linda Vista Calle Principal Casa 256

Panama, Panama PA 081005

Telefone: 50762580650

Email Address: ladys007_@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 04/02/2012           A: 01/07/2014

DocuSign Envelope ID: DEC011A1-31EC-4D5E-BDC5-76F603557EF1

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:  <u>Larissa Fortunato Nunes</u>

Assinatura:  *Larissa Fortunato Nunes*  
DocuSigned by:  
93E9ED934A554C2...

Fecha: <u>7/20/2017</u>

Endereço:  <u>35 Aspen Dr W</u>  
<u>Woodbury, NY US 11797</u>

Teléfono:  <u>8629442173</u>

Email:  <u>lfortunatto@icloud.com</u>

Patrocinador:<u>Au Pair in America (APIA/AIFS</u>

Fechas de participación en el programa au pair:

De:  <u>05/09/2011</u>          A:  <u>07/31/2012</u>

DocuSign Envelope ID: AA0BB657-4B17-4E5A-8FD7-B547901CA30D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Laura Andrea Murgaa Daza</u>

Firma:  *Laura Murgas!*
35EC979A03404F4...

Data:  <u>07/08/2017</u>

Dirección:  <u>4 Arroyo Drive</u>
<u>Kentfield, CA 94904 US</u>

Telefone:  <u>2022511139</u>

Email:  <u>Lauraandrea14@hotmail.com</u>

Patrocinador: <u>Cultural Care Au Pair</u>

Datas de participação no programa au pair:

De:  <u>08/29/2016</u>

A:  <u>08/29/2018</u>

DocuSign Envelope ID: CB7524F1-E823-496B-AA7B-924D7B2368B2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>Laura Isabel Iniguez Martin Del Campo</u>

Firma:    *Laura Isabel Iniguez Martin del Campo*          Data:   <u>07/19/2017</u>
          A49970A20CD8492...

Dirección:   <u>Paseo de los Virreyes</u>
             <u>Zapopan, Jalisco 45110 MX</u>

Telefone:    <u>3332003824</u>

Email:       <u>lau.imc@gmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De:       <u>01/25/2012</u>                          A:    <u>03/17/2012</u>

DocuSign Envelope ID: BB680E2D-C770-42B2-96D3-94503B94EF75

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     <u>Laura Juliana Florez Campos</u>

Signature:     *Laura Juliana Florez Campos*        Date:    <u>07/19/2017</u>
DocuSigned by:
5D9613FC17EB416...

Address:    <u>8201 18th Ave NE</u>

               <u>Seattle, WA 98115 US</u>

Phone:     <u>3005134599</u>

Email:     <u>julianaflorezc01@gmail.com</u>

Sponsor:     <u>Cultural Care Au Pair</u>

Dates in Au Pair Program:

From:     <u>02/20/2017</u>          To:    <u>02/20/2018</u>

DocuSign Envelope ID: 0CEA39AE-F53A-43A6-86BE-8C152B2F19A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Leandro Emmanuel Ortega

Signature:     *Leandro Emmanuel Ortega*
DocuSigned by:
3685DE861CC8474...                    Date:    07/05/2017

Address:     Rodriguez Peña 748, piso 1, departamento D

Ciudad Autonoma de Buenos Aires, Buenos Aires ME 1020 AR

Phone:     5491151424023

Email:     ortega.leandro@live.com.ar

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     07/22/2013                    To:     01/21/2015

DocuSign Envelope ID: 74718236-5791-4A33-B2EC-4F59DCDB7380

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017        Signature: _[DocuSigned by: Carol rol 326C24310A8849A...]_

Name: Leidy Carolina Romero Bohorquez

Address: 20-11 Valley Road

Drexel Hill, PA US 19026

Phone Number: 2673007673

Email Address: caritorom19@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 12/11/2012        To: 12/11/2014

DocuSign Envelope ID: 3E35571E-B471-4A3C-BB17-CCDC55A0CBBE

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017          Assinatura: *Letícia*
DocuSigned by:
26F9983AABC6402...

Nombre: Leticia Pinheiro Parreiras

Endereço: 12230 Triple crown road

North Potomac , MD US 20878

Teléfono: 3013359898

Email Address: leleparreirass_@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/06/2016          A: 07/31/2017

DocuSign Envelope ID: ACC8FDAA-7809-41F9-B383-C4AE02E4A7EB

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name: <u>Ligia Alberto</u>

Signature: _DocuSigned by:_
<u>diana</u>
90F429C10A654B3...

Date: <u>07/06/2017</u>

Address: <u>140 Castle Rd</u>
<u>Chappaqua , NY 10514 US</u>

Phone: <u>3059511369</u>

Email: <u>ligia_mjas@hotmail.com</u>

Sponsor: <u>Au Pair in America</u>

Dates in Au Pair Program:

From: <u>07/10/2016</u>

To: <u>07/10/2017</u>

DocuSign Envelope ID: D34EE7B3-BC9F-4617-9369-E819BCF54534

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/25/2017                    Firma: *Liliam Carolina Rojas Arias*
                                           DocuSigned by:
                                           06A340B1E17E4C2...

Nome: Liliam Carolina Rojas Arias

Dirección: Carrera 100 B 77 C 29, Villa del Madrigal

Bogotá,  CO 111041

Telefone: 3138136089

Email Address: liliamcarolina@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/15/2009            A: 06/15/2011

DocuSign Envelope ID: B5AA5537-2B96-4E61-9746-3FB0A00E3D4D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome: <u>Lina Marcela Nieto Liberato</u>

Firma: *Lina Marcela Nieto Liberato*   Data: <u>07/19/2017</u>

Dirección: <u>22 Three Gables Road</u>
<u>Morristown, NJ 07960 US</u>

Telefone: <u>6465995613</u>

Email: <u>linanl9134@gmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Datas de participação no programa au pair:

De: <u>01/04/2016</u>   A: <u>07/14/2017</u>

DocuSign Envelope ID: 1594265A-F126-4EF6-A88F-82C2D6F93B64

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/26/2017     Firma: _Lina Plazas_

Nome: LINA MARCELA PLAZAS CABALLERO

Dirección: Calle 47 # 4 - 82 Apto. 403 Piedra Pintada IX

Ibague, CO 730006

Telefone: 3163804760

Email Address: linamplazas@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/25/2013     A: 08/25/2015

DocuSign Envelope ID: 28109E70-A29E-49A6-AEFB-BA443C353BCD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Linda Saray Ortega Araujo

Signature:   *Linda Saray Ortega Araujo*          Date:   07/19/2017
             DocuSigned by:
             75624313F4F24CE...

Address:   Diagonal 3 Transversal 6 #604 Barrio La Granja

           Monteria, Cordoba 230004 CO


Phone:    573215863363


Email:    lindaortega1021@gmail.com


Sponsor:   Cultural Care Au Pair


Dates in Au Pair Program:

From:    09/28/2015                              To:    07/27/2017

DocuSign Envelope ID: E6C58E21-27B5-43D1-8361-C4C237A2B399

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Lizeth Viviana Hernandez Carrera

Signature:                                           Date:     07/19/2017

Address:     5502 Belarus St
             Danville , CA 94506 US

Phone:       7607128809

Email:       lvhernandc@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:        03/21/2016                              To:       09/23/2017

DocuSign Envelope ID: 20C48CD8-2FD1-4058-BF81-F6728B80E689

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Nome:       <u>Lorena Espinosa</u>

Firma:      *Lorena E.*          Data:   <u>7/20/2017</u>
            930384598DE7445...

Dirección:  <u>Morelos 220</u>

            <u>Ciudad Obregon, Sonora MX 85040</u>


Telefone:   <u>6441370890</u>


Email:      <u>lorenaer93@hotmail.com</u>


Patrocinador: <u>Cultural Care Au Pair</u>


Datas de participação no programa au pair:

De:         <u>10/05/2012</u>                    A:      <u>07/16/2013</u>

DocuSign Envelope ID: B6961B4B-72B8-4DAA-A588-673337B48394

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by
November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:    07/31/2017                    Signature:    [signature]
                                                      DocuSigned by:
                                                      CC5D0AA5DC0A429...

Name:    Lucia Zenatti

Address:    3718 sw 21st Terrance

            Gainesville , FL US 32608

Phone Number:    3526313579

Email Address:    lulyta-z@hotmail.com

Sponsor:    Expert Au Pair

Dates in Au Pair Program:

From:    04/24/2016            To:    09/30/2017

DocuSign Envelope ID: 2658414A-57A0-4481-8025-11E982C99F21

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _[DocuSigned by: signature] 2D16E31ADA00471..._

Name: Luisa Sordo Mejia

Address: Priv. Amador Cardenas #830 Col. Nva. Los Angeles

Torreon, Coahuila MX 27140

Phone Number: +5218711357462

Email Address: luisasordo@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/17/2016    To: 07/17/2017

DocuSign Envelope ID: 2552543E-102B-49EC-8D0E-2BCFA7288A4B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:    Luiza Maria Lopes De Melo Alves

Assinatura:        Fecha: 7/20/2017

Endereço:    José Antonio Pereira, 26

Sorocaba, SP BR 18080-580

Teléfono:    15996272697

Email:    luiza.loppes@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De:        08/02/2009            A:        08/02/2010

DocuSign Envelope ID: 5B8B9EAF-0B23-4764-9263-3D5FBE8DE103

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  ___Luz Angela Youse___

Signature:  _[signature]_          Date:  ___07/19/2017___

Address:  ___211 W Beaver Creek Blvd A6___
___Avon , CO 81620 US___

Phone:  ___5138185562___

Email:  ___luanla1915@hotmail.com___

Sponsor:  ___Cultural Care Au Pair___

Dates in Au Pair Program:

From:  ___11/26/2012___          To:  ___09/27/2013___

DocuSign Envelope ID: 42F5129F-5AE9-447F-BB8A-0CB38BDD1C35

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Maira*
AFB5A4245F5D49E...

Name: Maira Ramiro Perry

Address: 4700 Via teramo

Estero, FL US 34133

Phone Number: 2398503070

Email Address: Maira.ramiro@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/07/2012      To: 12/15/2014

DocuSign Envelope ID: 45C95391-6CC6-4C11-ACE6-F8A6818AD34E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Marcela Acevedo

Signature:     *Marcela Acevedo*     Date:     7/20/2017
DocuSigned by:
40D8B8222BCB49E...

Address:     3445 Stratford Rd NE. Unit 2807
             Atlanta, GA US 30326

Phone:     4045096731

Email:     marceadx@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:
From:     08/10/2009          To:     08/10/2010

DocuSign Envelope ID: 04969A41-727D-4E41-9661-AEBB9E53ACEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Marcela S Schmidt

Signature:   DocuSigned by:                     Date:   7/21/2017
              2313E9AB2310441...

Address:   2002 Sunset Boulevard, 306

           Los Angeles, CA US 90026


Phone:     4243356650


Email:     marchelay@gmail.com


Sponsor:   Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:     01/14/2008                     To:     01/15/2010

DocuSign Envelope ID: 26C8DFC9-08BE-4F83-9763-FBB74853ED34

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *Alejandra Lopez Guevara* 08D3C3E970F84AA...

Name: Maria Alejandra Lopez Guevara

Address: 3038 curran av

Oakland, CA US 94602

Phone Number: 8572589126

Email Address: Alelopezguevara@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/20/2011     To: 02/16/2013

DocuSign Envelope ID: 1F0E9F8D-4640-4E82-A627-D4D5BAC9842D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/23/2017

Signature: *María Castro Jiménez*
DocuSigned by:
B3D1A21851BB4B2...

Name: María Castro Jiménez

Address: Zarzuela 5

Zagrilla Alta (Priego de Córdoba), Córdoba ES 14816

Phone Number: +34667215258

Email Address: castrojimenezmaria@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2015     To: 07/22/2016

DocuSign Envelope ID: 7D8B3E4B-85B5-4D65-B0C6-D7D77E6188EB

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____07/25/2017_____     Firma: _DocuSigned by: Maria Cristina Huerta Gallegos_
                                          BD830722DE92456...

Nome: _____Maria Cristina Huerta Gallegos_____

Dirección: _____del Valle #110 Fracc. Lomas del Guadiana_____

_____Durango, Durango MX 34110_____

Telefone: _____6181452347_____

Email Address: _____cristy_hg2@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____02/21/2011_____     A: _____02/14/2012_____

DocuSign Envelope ID: 86DC4CBF-8DB8-4FF0-88DF-BEFD5687E5F5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   <u>Maria Del Carmen Fernández Anell</u>

Signature:   *Maria del Carmen Fernández Anell*
DocuSigned by:
0F1854952DD2462...

Date:   <u>07/19/2017</u>

Address:   <u>Benito Juarez 27</u>
<u>Teocelo, Veracruz 91615 MX</u>

Phone:   <u>2282531152</u>

Email:   <u>anellmc@gmail.com</u>

Sponsor:   <u>InterExchange, Inc.</u>

Dates in Au Pair Program:

From:   <u>08/12/2008</u>

To:   <u>07/06/2010</u>

DocuSign Envelope ID: F7AB52A8-B290-4879-BFAD-B705593898FB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>María Emilia Portillo González Saravia</u>

Firma:         Data:   <u>7/20/2017</u>

Dirección:   <u>Montes Andalucía 170</u>

<u>León guanajuato , Guanajuato  MX 37160</u>

Telefone:   <u>4777300839</u>

Email:     <u>mepgs93@gmail.com</u>

Patrocinador:<u>Au Pair in America (APIA/AIFS</u>

Datas de participação no programa au pair:

De:        <u>11/11/2011</u>                    A:     <u>12/12/2012</u>

DocuSign Envelope ID: 8C47444B-C893-4D36-B70E-F593ADEC776E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:  María Eugenia Cuellar

Signature:  *[signature]* 02EDFCAD85B04AF...          Date:  7/18/2017

Address:  3631 Camelot drive
Annandale , VA US 22003

Phone:  7038509645

Email:  mariagenia2009@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/18/2016          To:  01/18/2018

DocuSign Envelope ID: ACAF1B9B-CE92-4A9F-A695-0CD37DA82FD7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Maria Eugenia Diaz Martin

Signature:   *Maria Eugenia Diaz Martin*          Date:   07/06/2017
              DocuSigned by:
              4C9E959FDF1F404...

Address:   C/ Hijuela de Lojo, N.2, Viv. 61

           Conil de la Frontera, Cadiz 11140 ES

Phone:     34634870994

Email:     mediazmartin@gmail.com

Sponsor:   AuPairCare

Dates in Au Pair Program:

From:     11/11/2012                    To:   04/08/2016

DocuSign Envelope ID: 6E43C426-FD45-4E26-9376-0D61818A6B26

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: _[DocuSigned by: M Fernanda — 61DFA191A37842C...]_

Name: Maria Fernanda Ramirez Arias

Address: 387 Pine Tree Rd

Lake Mary, FL US 32746

Phone Number: 4079610651

Email Address: Ramirez.mariafe@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/17/2014     To: 11/07/2016

DocuSign Envelope ID: F98BD1D0-2960-404A-ADA9-FE4CE168D2A4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   Maria Juliana Alvarez Dominguez

Signature:   _DocuSigned by:_ Juliana 485307296F2748B...          Date:   07/19/2017

Address:   CARRERA 27 # 84-18 TERRANOVA TORRE 3 APTO 603 DIAMANTE 2 BUCARAMANGA, SANTANDER  680004 CO

Phone:   3006806402

Email:   majupas_01@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   03/09/2015                    To:   03/09/2016

DocuSign Envelope ID: 290CC172-E4C8-4EB7-AC74-CF8EC56663EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: *[DocuSigned by: MMB, 4ED0F33CD93642A...]*

Name: Maria Magdalena Booyse

Address: 43028 Caledonia ct

Leesburg, VA US 20176

Phone Number: 9714449736

Email Address: daleenbooyse@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/18/2014        To: 08/18/2016

DocuSign Envelope ID: 7FDBD020-2B14-425E-958D-8923221ADFC8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Maria Monica Martinez

Signature:   [DocuSigned by signature]        Date:   7/20/2017
             D52E8B84D07B4FA...

Address:     Cerrada del Halcon 249 Col. Los Vinedos

             Torreon, Coahuila MX 27019


Phone:       8712115759


Email:       mony9425@gmail.com


Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:        08/11/2014                        To:     08/04/2015

DocuSign Envelope ID: 375A8AD2-6237-4491-A744-9DEF63E5BA58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Maria Raquel Franco Mendes*
ECCEFEC8D348484...

Name: Maria Raquel Franco Mendes

Address: 10029 Kennedy Ave 3E

Highland, IN US 46322

Phone Number: 3128431992

Email Address: raquelfmendes@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/09/2011     To: 10/09/2013

DocuSign Envelope ID: 11E5500B-37FB-47EA-9989-D9CA93C3CF79

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:   Maria Tobar-Saavedra

Signature:   [signature] DocuSigned by: 43BAFCE695A148D...   Date:   7/21/2017

Address:   346 W Grand Ave, suite 202

GROVER BEACH, CA US 93433

Phone:   8312243136

Email:   makatobar@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   09/12/2008   To:   09/12/2010

DocuSign Envelope ID: BCBE5263-B622-4D84-A969-98268D658DAE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     07/29/2017                    Signature:     [signature]
                                                        E7D7829A797142B...

Name:     Mariana Alejandra Calvo

Address:  3rd street Los Pinos

          La Paz,  BO 00000

Phone Number:  2022555488

Email Address:  mary_calvo202@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  09/08/2015          To:  09/08/2017

DocuSign Envelope ID: 26C2D388-6130-4E54-8377-CBC8F633F6F4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: *Mariana* 47CC6FAD84ED4B1...

Name: Mariana Silva Peres

Address: Rua Joaquim bueno, 1577

Jaguariúna , São Paulo  BR 13820-000

Phone Number: +55 (12)988176461

Email Address: marispmari@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2012        To: 02/15/2013

DocuSign Envelope ID: B0D6B4D5-CF00-4115-B5E2-13B80FC3661E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017          Firma: *[firma]*
DocuSigned by:
29A6CEEDA25E4EA...

Nome: Mariana Zelayaran López

Dirección: Mar Tirreno 2108

Guadalajara , Jalisco  MX 44630

Telefone: 3316026075

Email Address: Marianazelayaran@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/27/2015          A: 09/27/2016

DocuSign Envelope ID: 0B764F77-085D-46F1-8E8C-CB5618F6B5A9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  07/28/2017                    Signature:  _[DocuSigned by signature]_
                                                 26184EACE42F4A5...

Name:  Maribel Hernandez

Address:  64 Pilling St, Apt 2

          Brooklyn, NY US 11207

Phone Number:  13472959751

Email Address:  maribelh2487@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  10/14/2008            To:  10/06/2010

DocuSign Envelope ID: 8461012F-DE7C-4AFB-ABEA-B2CA8AB0A600

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/27/2017

Assinatura: *Marina Porcelli Germiniani*
DocuSigned by:
042FB1336F0844D...

Nombre: Marina Porcelli Germiniani

Endereço: Rua Nhambu, 296

Itapira, São Paulo BR 13973210

Teléfono: +551938634953

Email Address: marinagerminiani@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 12/22/2008

A: 10/16/2009

DocuSign Envelope ID: E9A7D118-EAA0-4AC8-AA37-8FC3AEB6B05D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   Marina Rodriguez Bigorra

Firma:   *Marina Rodriguez Bigorra*
DocuSigned by:
44F73DADF6FD460...

Data:   07/19/2017

Dirección:   Calle Sant Pere, 46 2ª

Calella, Barcelona 8370 ES

Telefone:   659353465

Email:   marinaarod@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:        08/25/2014

A:   08/24/2015

DocuSign Envelope ID: FC44CF07-9BFE-4D85-9B91-71F5A2D75CF5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     <u>Marta Santana Dominguez</u>

Signature:     *Marta Santana Dominguez*
DocuSigned by:
DA31F9C0354B4D9...                          Date:   <u>7/12/2017</u>

Address:     <u>Carretera de Visvique 11</u>

<u>Arucas, Las PalmasES 35400</u>

Phone:     <u>34678810714</u>

Email:     <u>msantado@gmail.com</u>

Sponsor:     <u>Intrax Au Pair Care</u>

Dates in Au Pair Program:

From:     <u>10/06/2014</u>                          To:     <u>10/06/2015</u>

DocuSign Envelope ID: F62CF552-E00B-48F9-B7F7-303018826AEB

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/24/2017

Assinatura: *Mayara M. Azevedo* (DocuSigned by: 3972D9461D31488...)

Nombre: Mayara Milanez Azevedo

Endereço: Rua Antônio Achê, 352

Ribeirão Preto,  BR São Paulo

Teléfono: 5516981143911

Email Address: maymilanez@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 06/01/2013        A: 06/07/2014

DocuSign Envelope ID: F46DDB91-68F4-4857-BB4A-A47BEC794152

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Meli* (DocuSigned by: EFF57A256AC9425...)

Name: Melissa Cortés Rodríguez

Address: 9464 flattop

Arvada, CO US 80007

Phone Number: 3039460983

Email Address: melicor-10@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/18/2017      To: 04/18/2018

DocuSign Envelope ID: B5E90552-A045-4C22-BE6C-8098B868F226

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Mery Laura Chambi

Signature:     DocuSigned by:
                [signature]
                4B7CC797B39E40D...                                    Date:     7/21/2017

Address:     10270 Launch Circle, apt 203
             Manassas , VA US 20109

Phone:     5713595317

Email:     mervilaura@hotmail.com

Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:     05/21/2012                                    To:     08/04/2013

DocuSign Envelope ID: 82260251-EF46-4C8E-B84C-E17261FA1E8C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:   <u>Mirielle Ulhoa</u>

Signature:      Date:   <u>7/5/2017</u>

Address:   <u>4616 Washington st apt 2c</u>
<u>Skokie, IL US 60076</u>

Phone:   <u>8477703455</u>

Email:   <u>mirielleulhoa@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>02/05/2005</u>     To:   <u>02/05/2007</u>

DocuSign Envelope ID: 91C6E032-2D40-4E09-A054-A5C2D49A4EDD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/30/2017

Signature: _(DocuSigned by)_ EB0BBDE0C921409...

Name: Monica Varea Velez

Address: 451 w. 4th st #1

Boston, MA US 02127

Phone Number: 6173717327

Email Address: Monicavarea@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/02/2012     To: 06/01/2013

DocuSign Envelope ID: 1AD610F9-EF1D-47B0-841C-8FDFC12AA7B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _[DocuSigned by: signature 62A4CFFFFE5C429...]_

Name: Natalia Yuri Braite Ruiz

Address: 1510 north shore road

Revere , MA US 02151

Phone Number: 7814678525

Email Address: natalia.braite@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2016      To: 02/02/2017

DocuSign Envelope ID: 5FF8986B-06AB-4402-B963-6B973B948B3A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:  <u>Nataly de Souza Caputo</u>

Signature:  DocuSigned by:

<u>Caputo</u>

AF4AFE0507D64A9...

Date:  <u>7/5/2017</u>

Address:  <u>Manoel Francisco Nunes 1307</u>

<u>Macaé , Rio de Janeiro  WY BR 27930045</u>

Phone:  <u>5522981748533</u>

Email:  <u>natalycaputo@yahoo.com.br</u>

Sponsor:  <u>Au pair care</u>

Dates in Au Pair Program:

From:  <u>05/24/2010</u>

To:  <u>05/25/2011</u>

DocuSign Envelope ID: ACAA1237-685B-457B-9AA6-B1834E6ECC56

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Name:     <u>Nathaly pavanella Olegário</u>

Signature:   DocuSigned by:    Date:   <u>7/5/2017</u>
A38BB5EEB29B401...

Address:   <u>Benito José Allegro 6-49</u>
<u>Bauru , São Paulo WY BR 1725320</u>

Phone:    <u>5514988081788</u>

Email:    <u>Nathaly.pavanella@gmail.com</u>

Sponsor:   <u>Cultural Care</u>

Dates in Au Pair Program:

From:   <u>04/02/2013</u>              To:   <u>04/30/2015</u>

DocuSign Envelope ID: F646BB4F-6AF1-4C47-82E2-5C6E95BC57B1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Nathalye Puerto

Signature:   *DocuSigned by:*
             [signature]
             B5C7CC70906C404...                         Date:   07/06/2017

Address:     Lachgraben 2

             Nördlingen , 86720 DE

Phone:       15156248325

Email:       Nathaly782@hotmail.com

Sponsor:     Aupair-care

Dates in Au Pair Program:

From:        03/12/2012                                 To:     12/30/2014

DocuSign Envelope ID: 0EE7D5BF-9C34-4B7D-8EC9-951B7AB92D9F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Nevelyn Aniely da Silva*
DocuSigned by:
9DF30C5092E5451...

Name: Nevelyn Aniely da Silva

Address: 508 Andre Rodrigues Martin St.

Presidente Prudente, São Paulo BR 19024320

Phone Number: +5518997073919

Email Address: nehaniely@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/13/2017     To: 05/14/2017

DocuSign Envelope ID: 129B37CE-5B0D-482E-B3CB-C6549523B19A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Nittze Aguileta


Signature:   *Nittze Aguileta*                        Date:   7/21/2017
             DocuSigned by:
             BA830375D229494...

Address:    10547 Twin Rivers rd, E2

            columbia, MD US 21044


Phone:     4102279144


Email:     nittze.aguileta@gmail.com


Sponsor:   Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:    06/04/2012                          To:    04/26/2013

DocuSign Envelope ID: 5FA9A45E-3B3F-41F5-ACA8-367E54387291

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *Pamela Gozzo Perretti*
DocuSigned by:
E3FC67B44B534DC...

Name: Pamela Gozzo Perretti

Address: 9116 Roach Avenue

Brookfield, IL US 60513

Phone Number: 70825098212

Email Address: pamela.velascopv@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/01/2007      To: 11/01/2009

DocuSign Envelope ID: B3052DDF-C4AC-4612-B651-2574BE6E9BC4

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:  <u>Pamella Natali Galluzzi De Castro</u>

Assinatura:  <u>DocuSigned by: Pann Nt G Castro — 529C1D8C34BA413...</u>          Fecha: <u>07/19/2017</u>

Endereço:  <u>418 Rear Lawn Avenue</u>
<u>Sellersville, PA 18960 US</u>

Teléfono:  <u>2672549382</u>

Email:  <u>paminati@gmail.com</u>

Patrocinador: <u>Au Pair Care, Inc.</u>

Fechas de participación en el programa au pair:

De:  <u>06/10/2013</u>                    A:  <u>06/10/2015</u>

DocuSign Envelope ID: CA9625AB-32D4-4D68-A0AF-CD91F5E5ED70

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Paola Ballesteros

Signature:                                         Date:    7/20/2017

Address:    50 Roosevelt  Ave

            Carteret , NJ US 07008


Phone:    5512210174


Email:    Pao7565@hotmail.com


Sponsor:    Au Pair Care, Inc.


Dates in Au Pair Program:

From:    01/10/2011                              To:    07/31/2012

DocuSign Envelope ID: E91591FD-CB58-4FA0-8373-A97AC54B5C19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *[DocuSigned by: 218C7442142E401...]*

Name: Paola Maria Garcia Villa

Address: Calle Hospital 27, 3f

Pozuelo de Alarcon, Madrid ES 28223

Phone Number: 9148827685

Email Address: Paogarden@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/15/2013     To: 07/15/2014

DocuSign Envelope ID: 7D3CB0C1-DD44-497B-B428-B495172E408D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  07/31/2017          Signature:  _____

Name:  Patricia Cantero Ortega

Address:  3010 Jane Street, Apt. 404

Pittsburgh , PA US 15203

Phone Number:  4128180146

Email Address:  Canterort@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  12/05/2013          To:  02/01/2015

DocuSign Envelope ID: 3B956A00-42C9-46D8-9D27-0364E81B7F92

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     <u>Patricia Florintino De Carvalhos</u>

Assinatura:     *Patricia Florintino de Carvalhos*                     Fecha: <u>7/21/2017</u>
DocuSigned by:
F0AF75F1579F45A...

Endereço:     <u>Das Poesias, 275. Jardim Nova Vida</u>
<u>Cotia, São Paulo BR 6702335</u>

Teléfono:     <u>5541992829945</u>

Email:     <u>patricia.carvalhos@hotmail.com</u>

Patrocinador:<u>Au Pair Care, Inc.</u>

Fechas de participación en el programa au pair:
De:          <u>04/21/2014</u>                          A:     <u>12/18/2015</u>

DocuSign Envelope ID: AA5567BB-3FA7-49D1-8214-52F446994340

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Patricia Tieli*
D0DD94AF902240E...

Name: Patricia Tieli Simionato

Address: 180 San Juan Dr

Hauppauge, NY US 11788

Phone Number: 6317802004

Email Address: Patriciatieli@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/06/2015     To: 01/06/2017

DocuSign Envelope ID: F84E6852-02D9-431E-9C4A-36AFFCE0B720

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *Paula Fajardo C*
DocuSigned by:
CE8803D3B32A4D3...

Name: Paula Fajardo

Address: 2922 isla george ct

Katy, TX US 77494

Phone Number: 9259003753

Email Address: Paula.fajardo22@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/20/2016     To: 06/20/2017

DocuSign Envelope ID: DA92140C-14A9-4F24-8FF6-53CED6B42472

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Paula S (fz)* DocuSigned by: D9C43284D72740B...

Name: Paula Suyene vaz

Address: 711 Oak St Sw

Ruskin, FL US 33570

Phone Number: 8139229204

Email Address: paula.suyene@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/04/2015       To: 07/04/2016

DocuSign Envelope ID: 757D3241-71F6-4FC1-87D6-FCF734DE32CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *[DocuSigned by: 2A96682EFF04490...]*

Name: Paulina Aguilar Aguilar

Address: 41 Myrtle street

Somerville, MA US 02145

Phone Number: 6174158186

Email Address: paulinaaguilara@live.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/08/2016     To: 02/08/2017

DocuSign Envelope ID: 4DA9EA39-F2D5-428B-A167-2FD1768EA3C7

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *[DocuSigned by signature]* 9555C06D52A7461...

Name: Rachelle Ralph

Address: 1337 w winona

Chicago, IL US 60640

Phone Number: 7082740607

Email Address: Rachelleralph@rocketmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/21/2016     To: 08/21/2017

DocuSign Envelope ID: B41806D9-A8F9-42B0-95F6-24DED2281395

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:        Rene Aarón

Signature:                                    Date:    07/19/2017

Address:     2 old mine drift

             Chester , NJ 07930 US

Phone:       9084327943

Email:       aaronflrs@icloud.com

Sponsor:     InterExchange, Inc.

Dates in Au Pair Program:

From:    07/20/2015                          To:    07/20/2017

DocuSign Envelope ID: 03EBEC88-B6DE-44B6-84B9-17FB779DC826

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Name:      <u>roberta germano orsi</u>

Signature:  *roberta germano orsi*          Date:  <u>7/5/2017</u>
           8D873C7A087B4EF...

Address:   <u>guaratingueta 207</u>

           <u>Catanduva, Sao Paulo BR 15802130</u>

Phone:     <u>551735251789</u>

Email:     <u>roberta_orsi@hotmail.com</u>

Sponsor:   <u>InterExchange</u>

Dates in Au Pair Program:

From:  <u>06/04/2012</u>                    To:  <u>06/25/2013</u>

DocuSign Envelope ID: 44BB9297-D72A-4C53-801D-D5DD12F2292A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      Rocio Fernandez

Signature: _[signature]_                              Date:   7/20/2017

Address:   Calle 58a sur # 49a-09

           Bogota , Cundinamarca  CO 111911

Phone:     3208180389

Email:     dferpd85@hotmail.com

Sponsor:   Au Pair Care, Inc.

Dates in Au Pair Program:

From:      05/09/2011                              To:     08/24/2012

DocuSign Envelope ID: C80366D6-A8E3-40EA-9CCA-94E6CF0843F0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Rosa Martha Sanchez Gomez

Signature:                                             Date:   07/19/2017

Address:   Fraccionamiento Hacienda la gloria 1701 interior manzano 29

           Mexico, Queretaro 76177 MX

Phone:     4271263346

Email:     Rosamarthasg@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   02/02/2016                          To:   07/31/2017

DocuSign Envelope ID: 1DE441B5-AFFD-4D84-8498-AFB4FD7176BB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/29/2017

Signature: _DocuSigned by:_ 58738B9904C344C...

Name: Rosaura Paolah Bonilla Alvarez

Address: Blvd. centro sur 3101-114, claustros de Santiago

Queretaro, Queretaro  MX 76090

Phone Number: 0444422585152

Email Address: rpbonilla@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2011     To: 01/11/2012

DocuSign Envelope ID: F9C90111-BEDD-445D-B7B9-B189B779D2C8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:        Ruth Hidalgo

Signature:   *DocuSigned by:*
             R. H.
             35E06B2D8A4C4A6...                      Date:   7/18/2017

Address:     Polit lasso

             Quito, Pichincha EC 170521


Phone:       5933200313


Email:       tefii_hidalgo@hotmail.com


Sponsor:     Go Au Pair


Dates in Au Pair Program:

From:        09/15/2015                               To:     09/15/2017

DocuSign Envelope ID: 764FF7B4-E4A5-4014-B9AC-FEE0FECDB7E1

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/24/2017

Firma: *Sandy Carvajal*
E781F7735D9B422...

Nome: Sandy V Carvajal

Dirección: 316 North Maple Street

Burbank, CA US 91505

Telefone: 2134539276

Email Address: sandy_locu@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/24/2013        A: 06/24/2014

DocuSign Envelope ID: 87CE52E0-4B4E-4929-AA97-BC72C59065C3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:    Sarai  Yamoriva Paulette Zamora Cruz

Signature:    *Sarai Yamoriva Paulette Zamora Cruz*    Date:    7/18/2017
            60C731FDBF1B447...

Address:    Brennon Ln

            Chevy Chase, MD US 20815


Phone:    2024803471


Email:    paulette.zc@hotmail.com


Sponsor:    AIFS Au Pair in America


Dates in Au Pair Program:

From:    07/11/2016                    To:    07/10/2018

DocuSign Envelope ID: B8BFE7D3-2D8F-4722-9205-D60AE410A6FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *[DocuSigned by signature]* 777906E216E84F7...

Name: Sharon stephanie damian rozo

Address: 458 south Philadelphia ave

Egg harbor, NJ US 08215

Phone Number: 8569126621

Email Address: Ssdr5@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016     To: 07/11/2017

DocuSign Envelope ID: FF7DFD60-80E0-4B13-BEB2-A13CD96A572F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *[DocuSigned by: B1D8C3D2E4E24E2...]*

Name: Shirley p. Cabrera

Address: 3904 Maximillian Ct

Fairfax , VA US 22033

Phone Number: 2025678186

Email Address: Spcabrerabossa@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/15/2013       To: 01/08/2018

DocuSign Envelope ID: A67BBE56-3716-4355-BF39-E31444E819BC

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/26/2017

Firma: _DocuSigned by:_ DFC2FC1576C149C...

Nome: Silvia Denisse García Ontiveros

Dirección: Scop 1125

San Luis Potosí , San Luis Potosí  MX 78780

Telefone: +5244448132434

Email Address: silviadgo_92@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/12/2016

A: 09/12/2017

DocuSign Envelope ID: 6DB4C761-D876-478A-ACC3-EE69B5C9B939

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Silvia Villanueva Mallon

Signature:     [DocuSigned by: 53AB92CC039E487...]          Date:   07/19/2017

Address:     1640 Santa Clara Street
             Richmond , CA 94804 US

Phone:     6465757199

Email:     silviavillanuevamallon@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:
From:     10/18/2010          To:     07/17/2012

DocuSign Envelope ID: 9DAE9918-B7B2-4050-A2B4-4171BA570E4F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Simone Bitencourt Crowley

Signature:     *Simone Bitencourt Crowley*
DocuSigned by:
34EA66E30A5F464...                    Date:   07/06/2017

Address:     5916 Colchester Dr

Hermitage , TN 37076 US

Phone:     2695988425

Email:     simonebcrowley@gmail.com

Sponsor:     Cultural Care

Dates in Au Pair Program:
From:     01/01/2010                    To:     01/31/2012

DocuSign Envelope ID: F27FB616-0466-4666-9B2A-9000EBC667AE

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/23/2017          Assinatura:  _DocuSigned by:_
                                         0C979597AE374C6...

Nombre:  Simone Franciele Varini

Endereço:  50 Garrard blvd

          Richmond, CA US 94801

Teléfono:  5714449801

Email Address:  Simone.varini@gmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De:  07/19/2015          A:  07/19/2017

DocuSign Envelope ID: 97A154F7-D296-4927-B98A-24E602A8779F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:     Siret Maegi

Signature:     DocuSigned by:

35D919096773421...     Date:     7/21/2017

Address:     5 Evan Way

Pikesville, MD US 21208

Phone:     4109604828

Email:     magi.siret@gmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:     06/16/2014     To:     06/06/2016

DocuSign Envelope ID: 269EA9CC-AEF9-4C92-A94F-6970B79364B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *Sol Amezquita*
345301A41D5E4F2...

Name: Sol Maria Amezquita

Address: 80 S Howell ave

Farmingville , NY US 11738

Phone Number: 5166372387

Email Address: solecita_@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/22/2010     To: 02/20/2012

DocuSign Envelope ID: 37A3DF2F-CD43-4BE3-B68C-8CD1787F68BC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *[signature: Stefani]*
73144F59903042C...

Name: Stefanie Nayara Venancio

Address: 10119 Towhee Ave

Adelphi, MD US 20783

Phone Number: 9254348030

Email Address: stefanie.venancio@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/21/2016      To: 08/21/2017

DocuSign Envelope ID: 47A4D3B0-BC25-4EA4-AAD6-B9C09062EF90

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     <u>Steffanny Leiva Garizabal</u>

Firma:    *Steffanny Leiva Garizabal*          Data:   <u>7/20/2017</u>
          DocuSigned by:
          4EE5659A9F53465...

Dirección:   <u>1014 Anderson Place SE</u>
             <u>Washington, DC US 20032</u>

Telefone:    <u>2024913115</u>

Email:       <u>Steffannyleiva@outmail.com</u>

Patrocinador:<u>Au Pair in America (APIA/AIFS</u>

Datas de participação no programa au pair:

De:     <u>03/21/2016</u>                    A:    <u>07/19/2017</u>

DocuSign Envelope ID: D4CCF3BD-D466-4DD3-835C-9FB64F1835E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017               Signature: *[signature]* 32B9B891FA7547F...

Name: Susana lilian torrez gozalvez

Address: 5108 S campbell ave

Chicago, IL US 60632

Phone Number: 3312259482

Email Address: susyt.gozalvez@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2012          To: 12/27/2014

DocuSign Envelope ID: 868976C1-7CA3-474A-A790-D33B61C580A8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  Susana Pena Giraldo

Firma:  *Susana Pena Giraldo*
DocuSigned by:
744BDA7E24A248B...

Data:  7/21/2017

Dirección:  53 D # 85 E 29
Medellín, Antioquia CO 1501

Telefone:  3173250966

Email:  p.g.susa@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:
De:  07/10/2011                          A:  01/24/2013

DocuSign Envelope ID: 7841D58A-8F32-44FE-AC84-A0A034D10D6A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: *Susane Marangoni Molina*
DocuSigned by:
4CA31E98B9084B8...

Name: Susane Marangoni Molina

Address: 845 Washington Blvd. B3

Oak Park, IL US 60302

Phone Number: 7089168590

Email Address: susanem.molina@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/23/2016       To: 12/23/2016

DocuSign Envelope ID: FD182722-49DD-4032-BA09-2C7881792714

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *DocuSigned by:* FEFDC9B7C96A462...

Name: Tamera Govender

Address: 143 Elm Ave

Larkspur, CA US 94939

Phone Number: 5707803359

Email Address: Govendertamera@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2015      To: 08/30/2017

DocuSign Envelope ID: F6ED5049-49BA-4C48-8314-FDA877B03A4E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:   <u>tania marcela figueroa galeano</u>

Firma:   *tania marcela figueroa galeano*   Data:   <u>07/10/2017</u>
DocuSigned by:
F7FABF078B2144D...

Dirección:   <u>10 # 2-47 barrio Bolivar</u>
<u>yumbo, valle del cauca VT 760501 CO</u>

Telefone:   <u>3234063740</u>

Email:   <u>marcelita9022@gmail.com</u>

Patrocinador: <u>Au Pair In America</u>

Datas de participação no programa au pair:
De:        <u>08/13/2012</u>                          A:        <u>08/13/2014</u>

DocuSign Envelope ID: 89037599-255E-4465-9161-6C432208AC06

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Nombre:     <u>Tassia Miranda</u>

Assinatura:     DocuSigned by:
                <u>C20AB007C34E467...</u>                      Fecha: <u>7/18/2017</u>

Endereço:     <u>23 cleveland st</u>
              <u>new bedford , MA US 02744</u>

Teléfono:     <u>7742087280</u>

Email:     <u>tassiatatiana@gmail.com</u>

Patrocinador: <u>Au Pair in America (APIA/AIFS</u>

Fechas de participación en el programa au pair:

De:        <u>11/30/2009</u>                    A:        <u>11/30/2010</u>

DocuSign Envelope ID: 4253CD1B-5F69-4DD6-8568-DE99F504DF2B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/27/2017

Signature: *Thays Costa*
CFAB2343FBD546B...

Name: Thays Costa Oliveira Rezende

Address: 5702 Belmont Circle

Allentown , PA US 18106

Phone Number: 9734327611

Email Address: thays_costaa@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016     To: 07/11/2018

DocuSign Envelope ID: EED83482-5327-4B22-BF82-22CB6C779266

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:   07/25/2017                     Signature: [DocuSigned by signature: F79312ED591141B...]

Name:   Uama Sarah de melo

Address:   3848 , W 226th

Torrance, CA US 90505

Phone Number:   3105917296

Email Address:   uama-sarah@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:   08/16/2014          To:   08/15/2015

DocuSign Envelope ID: CD81F0F1-1C77-4706-9AF7-5382C1EFB0FE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/24/2017

Firma: *Valentina Arango Betancur*
DocuSigned by:
BAD0B84721374C0...

Nome: Valentina Arango Betancur

Dirección: Calle 27 Sur #27 - 92

Envigado, Antioquia CO NA

Telefone: 3043280038

Email Address: valentina8709@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/09/2012     A: 03/22/2013

DocuSign Envelope ID: 89E20327-39DB-47BE-BDA9-5579237C7CBC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Name:      <u>Valentina Colombres</u>

Signature:      DocuSigned by:
              1A49ABAACD6449B...                                    Date:    <u>7/5/2017</u>

Address:    <u>409 newton street</u>
            <u>Seattle, WA US 98109</u>

Phone:      <u>2066782186</u>

Email:      <u>vcolombres@gmail.com</u>

Sponsor:    <u>Aupaircare</u>

Dates in Au Pair Program:

From:    <u>05/01/2016</u>                                    To:    <u>05/01/2018</u>

DocuSign Envelope ID: FBAF0325-EBE9-4FB2-A9F5-232774D46BDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *DocuSigned by:* [signature] EF103E335479469...

Name: Valentina Lazarit Vanegas Mora

Address: 24360 sweet shade ln #102

Newhall, CA US 91321

Phone Number: 8189148696

Email Address: valentinaanegas@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/05/2009      To: 06/04/2011

DocuSign Envelope ID: 22BF7998-9BA5-4150-8882-559B265142B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:     Vanessa C. Tiberio Gutierrez

Signature:                                                      Date:   07/19/2017

Address:   205 Lincoln Ct

Raleigh , NC 27610 US

Phone:    3362135079

Email:    vanessacorina@hotmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:    01/24/2011                              To:    01/24/2012

DocuSign Envelope ID: A88C8C97-85CC-47BD-92A4-3E23FEF8C12F

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/25/2017          Assinatura: *Virgínia Beatriz de Melo Zanini*
DocuSigned by:
42900B00033A4B9...

Nombre: Virgínia Beatriz de Melo Zanini

Endereço: Rua José Lemos Garcia, 20

Uberlândia, Minas Gerais BR 38401-108

Teléfono: 34991601537

Email Address: virginia@duplov.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/07/2013          A: 12/31/2014

DocuSign Envelope ID: DB4E2CF3-60A9-4468-BF9A-72AA75DCCF0D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:     Virginia Valeria Tovar Baiz

Firma:               Data:     07/17/2017

Dirección:     Cjon Minero No 6

Guanajuato , Guanajuato  IL 36090 MX

Telefone:     4731246579

Email:     vvtb_vvtb@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:     08/15/2012          A:     04/10/2013

DocuSign Envelope ID: FF277EFC-69D2-4C2E-9884-2A310183EA95

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Nome:  <u>Viridiana Montoya Gómez</u>

Firma:    Data:  <u>7/20/2017</u>

Dirección:  <u>OLIVO 18, VERGEL DE COAPA</u>

<u>MÉXICO, CIUDAD DE MÉXICO MX 14320</u>

Telefone:  <u>11525556777373</u>

Email:  <u>dra.viry@gmail.com</u>

Patrocinador: <u>InterExchange, Inc.</u>

Datas de participação no programa au pair:

De:  <u>07/26/2010</u>   A:  <u>07/25/2012</u>

DocuSign Envelope ID: DA2989B9-2050-4AF4-B994-084A59BD36BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/25/2017

Signature: _[signature]_ 0E8471674A7C4C2...

Name: Viviana Portilla

Address: 8329 cedar hollow ln

Boca Raton, FL US 33433

Phone Number: 5614034764

Email Address: Itsmevivikis@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/25/2012     To: 06/25/2013

DocuSign Envelope ID: 417C735C-0F68-4B3B-941F-C59806E35CC2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  07/31/2017

Signature:  *DocuSigned by:* B8B49656142F434...

Name:  Xiomara londono salazar

Address:  14917 12 road

Whitestone , NY US 11357

Phone Number: 3477415989

Email Address: xls0325@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  03/16/2015      To:  03/16/2016

DocuSign Envelope ID: 184F86E2-8235-429C-99B6-AC3C33A693F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/24/2017

Signature: *[DocuSigned by: 9805A7FA075B41E...]*

Name: Yessica Margarita Castro Castro

Address: 5201 Duke ST

Alexandria, VA US 22304

Phone Number: 9142556561

Email Address: jessica.castro0204@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013     To: 08/05/2015

DocuSign Envelope ID: F87577AB-4636-41F8-BEAD-BF6865DA9E11

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/22/2017

Signature: *Zélia Borges*
5A8F74C95A3842E...

Name: Zélia Borges Bezerra

Address: Avenida José Domingos de Almeida 1371

Pelotas, RS BR 96085470

Phone Number: 53 984179076

Email Address: zborgesbezerra@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/04/2010    To: 10/02/2012