THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN FURTHER OPPOSTION TO INTERNATIONAL CARE LIMITED'S MOTION FOR LEAVE TO MAKE A SPECIAL APPEARANCE [D.E. 585]**

---

The Court has reviewed Plaintiffs' Motion for Leave to File a Sur-Reply in Further Opposition to International Care Limited's Motion for Leave to Make a Special Appearance and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**. Plaintiffs shall file their Sur-Reply promptly following issuance of this Order.

DATED this _____ day of _____ 2017.

                                         BY THE COURT:

                                         _____