## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.                                                             No. 1:14-cv-03074-CMA-KMT

INTEREXCHANGE, INC.; et al.

    Defendants.

---

## INTERNATIONAL CARE LIMITED'S RESPONSE TO PLAINTIFFS' MOTION FOR <u>LEAVE TO FILE A SUR-REPLY</u>

This is in response to Plaintiffs' Motion for Leave to File a Sur-Reply (Dkt. 646). Plaintiffs sought International Care Limited's ("ICL") consent to file a sur-reply after 6 pm EST on Friday, August 4 and then filed their motion at 1 am EST on August 5 before ICL's counsel could respond. Accordingly, Plaintiffs' representation to the Court that Plaintiffs "received no response prior to filing" is misleading. Moreover, a sur-reply is unnecessary and unwarranted – ICL's reply arguments directly respond to the issues and cases that Plaintiffs raised in their opposition brief. Nevertheless, ICL does not object to Plaintiffs' motion.

Dated: August 7, 2017                        Respectfully submitted,

                                                     By:   <u>*s/ Harvey J. Wolkoff*</u>
                                                            Harvey J. Wolkoff
                                                            ROPES & GRAY LLP
                                                            Prudential Tower
                                                            800 Boylston Street
                                                            Boston, MA  02199-3600
                                                            Tel:   617-951-7000
                                                           harvey.wolkoff@ropesgray.com
                                                           *Counsel for International Care, Ltd.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2017 I caused a true and correct copy of the foregoing International Care Limited's Response to Plaintiffs' Motion for Leave to File a Sur-Reply, filed through the ECF system, to be served electronically on all counsel of record identified on the Notice of Electronic Filing as registered participants.

                              *s/ Harvey J. Wolkoff*
                              Harvey J. Wolkoff