# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

_____/

**PLAINTIFFS' FOURTH SET OF INTERROGATORIES**

PLEASE TAKE NOTICE THAT, pursuant to Rule 33 of the Federal Rules of Civil Procedure ("FRCP"), the above-named plaintiffs, by their attorney, hereby request that Defendants answer under oath the following written interrogatories separately and fully, in writing, within thirty (30) days as provided by the FRCP.  Please incorporate by reference all the instructions, definitions, and rules contained in the FRCP and for the purposes of this request the following instruction and definitions shall apply.

**Definitions**

    1.    The term "person" is defined as any natural person or business, legal, or governmental entity or association.

    2.    The terms "Plaintiff" and "Defendant" as well as a party's full or abbreviated name or pronoun referring to a party, mean the party and, where applicable, his officers, directors, employees, partners, corporate parent, subsidiaries, predecessors, or affiliates.

3. The terms "you" and "your" include the person(s) to whom these requests are addressed, and all of that person's agents, affiliates, representatives, and attorneys.

4. The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (i.e., "ing," "ed," etc.) shall be construed to include each other. The words "and" as well as "or" shall be construed both conjunctively and disjunctively.

5. The word "each" shall be construed to include "every" and vice-versa.

6. The word "any" shall be construed to include "all" and vice-versa.

7. The present tense shall be construed to include the past tense and vice-versa.

8. The masculine shall be construed to include the feminine and vice-versa.

9. The words "knowledge," "information," "possession," "custody," and "control" of a person shall be construed to include such person's agents, representatives, and attorneys.

10. The word "including" shall have its ordinary meaning and shall mean "including but not limited to" and shall not indicate limitation to the examples or items mentioned.

11. The term "communication" means the transmittal of information by any means (in the form of facts, ideas, inquiries, or otherwise).

12. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

   a. "Identify": When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and

when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person; and

b.      When referring to Records, "to identify" means to give, to the extent known, the (i) type of Record; (ii) general subject matter; (iii) date of the Record; and (iv) author(s), addressee(s), and recipient(s).

c.      A draft of a non-identical copy is a separate Record within the meaning of this term.

13.     The term "au pair program" means the United States Department of State's Au Pair Exchange Program.

14.     The term "Form 2019" means the "Form DS-2019 Certificate of Eligibility for Exchange Visitor (J-1) Status" that the Department of State provides to Sponsors, who are authorized to provide the Form to prospective au pairs.

15.     The term "match" means the process by which Sponsor agencies (or their affiliates, subsidiaries or agents) connect an individual au pair with an individual host family seeking au pair services.

16.     The term "applicant" refers to any au pair that initiated a written or electronic application to participate in your au pair program.

17.     The time period covered by for these Requests is from January 1, 2007 to the present unless otherwise noted.  Plaintiffs reserve the right to broaden this date restriction, consistent with any relevant order entered by the Court, without serving a new request for the broader date range.

## Instructions for Interrogatories

1. In answering each of these Interrogatories, please furnish all information that is available to you.

2. Pursuant to F.R.C.P 26 and 33, each Interrogatory shall be answered separately and fully in writing under oath unless it is objected to, in which event the reasons for objection shall be stated in lieu of an answer.

3. In the event that you are unable to fully answer one or more of the following interrogatories after exercising due diligence to secure the necessary information, provide the most complete answer possible and specify the reason(s) for the inability to provide a complete response..

4. Should a privilege be asserted with respect to any part of any discussion, document, or other communication concerning information requested by any of the following interrogatories, you must answer the Interrogatories in the manner indicated herein, except that the contents of the part deemed privileged need not be summarized; instead, indicate that a privilege is claimed for such part and state the nature of the privilege claimed and the facts upon which such claim is based in sufficient detail to permit the Court to adjudicate the validity of the privilege claim.

5. Defendant is requested to supplement or correct his answers to these Interrogatories should Defendant later obtain information indicating answers are not complete or accurate. See F.R.C.P. 26(e).

**Interrogatories**

**INTERROGATORY NO. 10:**

Provide the annual number of (i) standard au pair applicants; (ii) standard au pairs accepted into your au pair program; and (iii) standard au pairs you placed with host families for each year of the program.

**INTERROGATORY NO. 11:**

Provide the annual number of (i) Form 2019s that you sought from the Department of State; (ii) Form 2019s you received from the Department of State for standard au pairs; (iii) Form 2019s that remained un-used; and (iv) Form 2019s that carried over from the prior year, if any, for each year of the program.

**INTERROGATORY NO. 12:**

Provide the annual number of host families that sought standard au pair services from you and the number of host families who sought standard au pairs services from you but who did <u>not</u> successfully match with a standard au pair for each year of the program.

**INTERROGATORY NO. 13**:

Explain how you determine the number of Form DS-2019's to include in each row (A-F) of Section 2 of the U.S. Department of State Annual Report, J-1 Exchange Visitor Program.  Explain how you determine the Number of Records to include in each row (A-

G) of Section 3 of the U.S. Department of State Annual Report, J-1 Exchange Visitor Program.

**INTERROGATORY NO. 14:**

Provide (i) the number of unique host families from whom you received an initial inquiry regarding the au pair program; (ii) the number of host families that continue in the program from one year to the next; (iii) the number of new host families recruited into the program each year; and (iv) the number of host families that applied to participate in the au pair program but did not match with an au pair, for each year of the program.

Dated: July 30, 2017

                Respectfully Submitted,

                BOIES, SCHILLER FLEXNER LLP

                <u>/s/    Dawn L. Smalls</u>
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer
Louis Sabria McElroy
401 East Las Olas Blvd.,
Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com
smcelroy@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

7