# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

_____/

---

**PLAINTIFFS' SIXTH REQUEST TO ALL DEFENDANTS
FOR THE PRODUCTION OF DOCUMENTS**

---

Pursuant to Federal Rules of Civil Procedure 26 and 34, Plaintiffs, by and through their undersigned attorneys, hereby request that each Defendant in this action produces the documents and things designated herein for inspection at the offices of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, New York, 10022, within thirty (30) days as provided by the Federal Rules of Civil Procedure.  This request for documents shall be read and interpreted in accordance with the definitions and instructions below.

## DEFINITIONS AND INSTRUCTIONS

Plaintiffs incorporate by reference all the instructions, definitions and rules contained in the Federal Rules of Civil Procedure, and for purposes of this request for production, the following instructions and definitions shall apply:

1.      The terms "you" and "your" include the person(s) to whom these requests are addressed, and all of that person's affiliates, agents, representatives, and

1

attorneys.

2.     The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (i.e., "ing," "ed," etc.) shall be construed to include each other. The words "and" as well as "or" shall be construed both conjunctively and disjunctively.

3.     The word "any" shall be construed to include "all" and vice-versa.

4.     The present tense shall be construed to include the past tense and vice-versa.

5.     The term "concerning" means relating to, referring to, describing, evidencing or constituting.

6.     The terms "document" and "documents" are defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in F.R.C.P. 34(a)(1)(A).  A draft of a non-identical copy is a separate document within the meaning of this term.

7.     The terms "communication" or "communications" means any document intended to convey information from one person to another in whatever form.

8.     The term "Electronically stored information" or ESI is defined to be synonymous in meaning and equal in scope to the usage of "electronically stored information" in F.R.C.P. 34(a)(1)(A).

a.     All electronically stored information ("ESI") shall be produced as multi- page TIFF files with multi-page text files, and IPRO (.lfp), Opticon (.opt) and Summation (.dii) load files shall be provided, along with a separate ASCII delimited text file for metadata. Except for documents produced as paper, the metadata fields will include the following fields: Beginning Doc #; Ending Doc #; Beginning Attachment #; Ending Attachment #; MD5HASH; Date last modified; Date sent; Date created; Date

received; Author; Sent on behalf of; From; To; CC; BCC; File extension; Custodian; Subject; and File Name. Excel documents shall be produced natively, unless they are redacted. Text files shall be provided for each document with text either extracted from a native text layer or, if none exists, with text generated via OCR.

9.      If the requested documents are maintained in a file, the file folder is included in the request for production of those documents.

10.     The term "au pair program" means the United States Department of State's Au Pair Exchange Program.

11.     The term "applicant" means an au pair that initiated an electronic or written application to participate in the au pair program.

12.     The term "Form 2019" means the "Form DS-2019 Certificate of Eligibility for Exchange Visitor (J-1) Status" that the Department of State provides to Sponsors, who are authorized to provide the Form to prospective au pairs.

13.     The term "recruit" is defined to include all processes used to generate interest in, or encourage potential au pairs to participate in the au pair program.

14.     The term "match" means the process by which Sponsor agencies (or their affiliates, subsidiaries or agents) connect an individual au pair with an individual host family seeking au pair services.

15.     The term "Sponsor" shall mean any au pair sponsor organization designated by the United States Department of State.

16.     The time period covered by for these Requests is from January 1, 2007 to the present unless otherwise noted.  Plaintiffs reserve the right to broaden this date restriction, consistent with any relevant order entered by the Court, without serving a new request for the broader date range.

## DOCUMENT REQUESTS

### Document Request No. 1

Your audited or unaudited financial statements, including documents sufficient to show your annual revenue and income derived from participating in the au pair program for years 2007 and 2008.

### Document Request No. 2.

All documents concerning the annual allotment of Form 2019s provided to you by the Department of State for the au pair program, including, but not limited to any analyses you performed regarding the number of Form 2019s you sought, obtained, and used annually.

### Document Request No. 3

All communications between you and the Department of State concerning the annual allotment of Form 2019s provided to you by the Department of State, including, but not limited to, communications concerning any requests or proposals by you, or the Department of State, to increase, decrease, or retain your existing allotment of Form 2019s provided to you by the Department of State for the au pair program.

### Document Request No. 4

All communications between you and any other Sponsor concerning the annual allotment of Form 2019s provided to you, or to other Sponsors, by the Department of State, including, but not limited to, correspondence concerning any requests or proposals by you, or the Department of State, or other Sponsors, to increase, decrease, or retain the existing allotment of Form 2019s provided to you by the Department of State.

**Document Request No. 5**

All documents concerning the number of standard au pairs you recruited, including those recruited through the use of any affiliates, subsidiaries, or agents; the number of applicants for each year of the au pair program; the number of applicants that you accepted into the au pair program; and the number of accepted applicants that matched with a host family for each year of the program.

**Document Request No. 6**

All documents concerning your recruitment of host families to participate in the au pair program.

**Document Request No. 7**

All communications with potential or existing host families who sought a standard au pair but who did not match with a standard au pair in a given year.

**Document Request No. 8**

All documents concerning any analyses you have performed, including those performed through any affiliates, subsidiaries, or agents, regarding the market for childcare services.

**Document Request No. 9**

All documents concerning any analyses you have performed, including those performed through any affiliates, subsidiaries, or agents, regarding the au pair programs of other Sponsors, including, but not limited to, the strengths and weaknesses of those au pair programs.

**Document Request No. 10**

All documents relating to requests for information issued by the Department of

State. Such documents shall include but not be limited to requests for information or questionnaires issued at or as a follow up to the Au Pair Exchange Category Annual meeting.

Dated: July 30, 2017

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By:   /s/   Dawn L. Smalls_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022
Smccawley@bsfllp.com
llouis@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*