# Exhibit C

```
                                                                    1

 1

 2    IN THE UNITED STATES DISTRICT COURT

 3

 4    FOR THE DISTRICT OF COLORADO

 5    - - - - - - - - - - - - - - - - - - - - x

 6    JOHANA PAOLA BELTRAN, et al.,

 7                  Plaintiffs,
                                      Civil Case No.
 8       -against-           14-cv-03074-CMA-CBS

 9
      INTEREXCHANGE INC., et al.,
10
                  Defendants.
11    - - - - - - - - - - - - - - - - - - - - x

12

13            VIDEOTAPED ORAL DEPOSITION OF
                    LAUREN J. STIROH
14
                    April 6, 2017
15
                     9:00 a.m.
16

17

18

19

20

21

22
               MAGNA LEGAL SERVICES
23         1200 Avenue of the Americas
             New York, New York 10026
24               (866) 624-6221

25
```

Stiroh Lauren 04/06/2017

```
                                                      145
 1                L. STIROH
 2    had on both sides?
 3          MR. GASS:  Objection.
 4       A.   That could give you some
 5    information.  I don't know that that tells
 6    you the whole story.  I'm not sure all of
 7    that information exists, because you need to
 8    think about which direction is there pressure
 9    on wages.
10       Q.   But from what you've seen, what you
11    have been able to gather yourself, as well as
12    what the plaintiffs have been able to gather,
13    you have not reviewed that information?
14       A.   That's correct.
15       Q.   Is there any other information that
16    might help us quantify whether there is an
17    oversupply, to the best of your knowledge,
18    and what you have done so far, aside from the
19    number of applications?
20       A.   I am not sure it needs to be
21    quantified.  It's what is the pressure, and
22    so you don't need to know, is it 100, 200,
23    300, what is the pressure on wages.
24            So that is not only whether there
25    are excess applicants but whether the
```

Stiroh Lauren 04/06/2017

146

1        L. STIROH

2   applicants we had would be willing to come at

3   a lower wage and what would happen if a

4   stipend were higher.

5        Q.   What I'm trying to identify are

6   some objective means of determining whether

7   there is an oversupply, so we are not relying

8   on anecdotal information from the sponsors.

9   In addition to application information, can

10  you think of any other objective data that

11  might help us measure this?

12       A.   I don't know what information is at

13  all of the sponsors' facilities that they

14  might be able to bring to bear.  It is my

15  understanding from the interviews that I had

16  that that is the case.

17            It's also my understanding that

18  it's the plaintiffs' burden to establish that

19  in this case there would be excess demand by

20  families, and I don't -- I haven't seen

21  information that establishes that, I think

22  it's just assumed by Dr. Kerr.

23       Q.   I understand your conclusions.  I

24  understand the facts that are in front of

25  you.  You are a professional economist, and

150

1        L. STIROH

2   mind right now for demand in the United

3   States.  You might also include national

4   macroeconomic variables.  There may be

5   regional effects you want to take into

6   account as well.

7        Q.   In addition to that?

8        A.   Those were intended to be fairly

9   broad categories.

10       Q.   I was wondering if there are other

11  fairly broad categories other than that.

12       A.   I think I covered the waterfront.

13       Q.   Would the number of available visas

14  factor in the curve in any way?

15       A.   It does not factor into the curve.

16  The curve is supply and demand conditions.

17  It factors into market outcomes.

18       Q.   What about regulations with respect

19  to -- would regulations with respect to the

20  stipend just be subsumed within the overall

21  information about the stipends that were

22  paid?

23       A.   What you would be seeking to do in

24  the exercise that I just described is find

25  the shape of the supply and demand curves