IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Adriana Nazaret Pariacano
2. Aimee Ross
3. Alejandra Linares Martinez
4. Alejandra Marcela Garcia Vasquez
5. Alejandra Pena Torres
6. Alisia Eichwald
7. Amanda Sakina
8. Amanda Venancio
9. Amandine Jutier
10. Ana Carolina Damaceno Vasconcellos
11. Ana Lais Ferrari
12. Ana Laura Rodrigues De Souza
13. Ana Lucía Ruiz Torres
14. Ana Milena Salcedo Balanta
15. Andrea Cardenas Gonzalez
16. Angeli Rocio Rey Riveros
17. Angelica Katerin Martinez Huertas
18. Angelines Gallardo
19. Angie Angelica Mendoza Espitia

20. Angie Vanessa Wilchez
21. Barbara Barata Aldano
22. Bárbara Rivera
23. Barbara Seabra Maranhao Cavalcanti
24. Beatriz Pinheiro Branco
25. Belen Denisse Picero Del Valle
26. Bianca Brancatte Francisco
27. Brenda Gabriela Bernal Osuna
28. Bruna Araci Lehmann
29. Bruna Santos Guimaraes
30. Camila Mazza
31. Carla Padilha Augusto
32. Carlos Magno Fontana
33. Caroline Ribeiro Tomasello
34. Claudia Catalina Diaz Araque
35. Daniela Hincapie Alzate
36. Danyao Lin
37. Daríos Alejandro Contreras Mondragon
38. Dayana Molina Sanjuan
39. Dayane Travasso
40. Débora Atuati Argenton
41. Deisy Katherine Arciniegas
42. Deisy Mabel Monroy Bermudez
43. Denise Alves Gomes
44. Diana Carolina Soto Baquero
45. Diana Mildred Vallejo Gonzalez
46. Diana Rocha Miller
47. Diana Villalba González
48. Drielle Siqueira Carvalho
49. Elvira Orozco Estefa
50. Evelise Luciana Libardi
51. Fernanda Silveira Rossini
52. Franciele Aparecida De Souza
53. Franciely Walter Souza
54. Glenda Lucía Veintimilla Torres
55. Gloria Andrea Torres Fretes
56. Gloria Torres Luna
57. Humaya Iveth Montes Diaz
58. Isabella Sinofzik Carvalho Duarte
59. Isabelle Sthefany Moreira Da Silva
60. Jaqueline Tamara Monteiro Da Silva
61. Jennifer Julieth Hernandez Espinoza
62. Jennifer karina Zambrano Ruiz
63. Jessica Andrea de Espindola
64. Jessica Santos Mela
65. Joaquin Camarasa Boils

66. Juliana Magozzo Freitas
67. Juliana Silva Pozza
68. Karen Smith Garcia Sánchez
69. Katerina Barkova
70. Kelli Cristina Pereira Morais Batista
71. Kessia Guimarães
72. Kyra Rachel Dias
73. Laura Dominguez
74. Laura M Rodriguez
75. Leidiane Batista Cardoso
76. Lina Castro Zaldua
77. Lisett Albany Zambrano Niño
78. Lisseth Johana Lizarazo Rico
79. Livia Sayuri Sakai Shimomura
80. Luiz De Macedo
81. Luz Rosalba Ortiz Puello
82. Magda Carolina Duque Castano
83. Maria Arias
84. María Fernanda Ruiz Martin
85. Maria Isabel Leon Rios
86. Martha Lucia Ortega
87. Mavis Ntombifuthi Vilakazi
88. Mayana Ayumi Nakahama
89. Mayler Monica Humanez Payares
90. Mery Estefanía Medina Salazar
91. Michele Goncalves Pastor
92. Michele Hs Clemmons
93. Miriam Gabriela Soler Couoh
94. Monique De Souza Barbosa Levy
95. Natalia Aparecida De Sousa
96. Natalia Manzi
97. Natalia Molina Granados
98. Nathana Marques
99. Nayla Rodrigues de Oliveira
100. Nazarena Berenice Guilloti
101. Nekane Lara
102. Nidia Caicedo Caceres
103. Olivia Estela Reyna Gonzalez
104. Paola Anaís Rodriguez De Luna
105. Paola Andrea Trujillo Trujillo
106. Paola Cascales Linares
107. Paula Cristina Martins Rebelo DallStella
108. Paula Rafaele Aud
109. Priscila Brody
110. Priscila De Angelo
111. Raquel Sarai Cornejo Bonilla

112. Sabrina Matheus Zambello
113. Sheila Ramirez Murillo
114. Silvana Moreno S.
115. Sofia Retes Borrego Hinojosa
116. Susana Namindamo Galvez
117. Susana Vasquez Franco
118. Taira Garcia Monezzi
119. Talita Tito Da Silva
120. Tamires Ramos Do Prado
121. Tamiris De Sousa Garcia
122. Thalita Aira Santana Krug
123. Uani Marques Soares De Alvarenga
124. Valentina Arango Eastman
125. Valéria Cecília De Moraes Sita Bertolazzi
126. Vanessa Lissette Flor Aviles
127. Veronica Goncalo Vaz
128. Viviana Marcela Solano Restrepo
129. Viviane Regina Dos Santos
130. Xoshil Y. Morales Venegas
131. Yessica Meneses Duarte
132. Yukari Harumi Kitamura
133. Yuly Mosca

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: August 11, 2017                                 Respectfully submitted,

                                                   _/s/ Dawn Smalls_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

5

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2017, I electronically served the foregoing motion on all counsel of record.

                                        /s/ Dawn Smalls___
                                        Dawn L. Smalls