# Exhibit A

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 6458 | 5302484d | Adriana Nazaret Pariacano | Cultural Care Au Pair |
| 6520 | 9b45878b | Aimee Ross | Au Pair in America (APIA/AIFS |
| 6584 | 8146c461 | Alejandra Linares Martinez | Au Pair Care, Inc. |
| 6591 | db886b8d | Alejandra Marcela Garcia Vasquez | InterExchange, Inc. |
| 6947 | 3f946e6e | Alejandra Pena Torres | Go Au Pair |
| 6587 | a1bc18f1 | Alisia Eichwald | Au Pair in America (APIA/AIFS |
| 6781 | 8448e100 | Amanda Sakina | Au Pair in America (APIA/AIFS |
| 6694 | 494207d6 | Amanda Venancio | Au Pair in America (APIA/AIFS |
| 6511 | b4e81df3 | Amandine Jutier | Au Pair in America (APIA/AIFS |
| 6764 | fe237b48 | Ana Carolina Damaceno Vasconcellos | Au Pair in America (APIA/AIFS |
| 6936 | 02cf6213 | Ana Lais Ferrari | Au Pair Care, Inc. |
| 6479 | a856f17a | Ana Laura Rodrigues De Souza | Cultural Care Au Pair |
| 6952 | 23094b4a | Ana Lucía Ruiz Torres | Au Pair Care, Inc. |
| 6524 | 6a87f699 | Ana Milena Salcedo Balanta | Cultural Care Au Pair |
| 6658 | 0dc9e0e4 | Andrea Cardenas Gonzalez | Au Pair in America (APIA/AIFS |
| 6795 | c6fe977a | Angeli Rocio Rey Riveros | Au Pair in America (APIA/AIFS |
| 6640 | 4fa76a2c | Angelica Katerin Martinez Huertas | Cultural Care Au Pair |
| 6610 | fe3d872e | Angelines Gallardo | Cultural Care Au Pair |
| 6725 | 7602c8e8 | Angie Angelica Mendoza Espitia | Au Pair Care, Inc. |
| 6646 | 51eaddbb | Angie Vanessa Wilchez | Au Pair Care, Inc. |
| 6860 | ae5b1a93 | Barbara Barata Aldano | Au Pair in America (APIA/AIFS |
| 6512 | 4bffb4b0 | Bárbara Rivera | Cultural Care Au Pair |
| 6938 | 04be658d | Barbara Seabra Maranhao Cavalcanti | Au Pair in America (APIA/AIFS |
| 6497 | c380ff77 | Beatriz Pinheiro Branco | Au Pair Care, Inc. |
| 6690 | b3d34fdd | Belen Denisse Picero Del Valle | Cultural Care Au Pair |
| 6467 | c2e7759f | Bianca Brancatte Francisco | Au Pair Care, Inc. |
| 6857 | 66f5086c | Brenda Gabriela Bernal Osuna | Au Pair in America (APIA/AIFS |
| 6558 | 8e53266b | Bruna Araci Lehmann | Au Pair Care, Inc. |
| 6864 | d5caa27c | Bruna Santos Guimaraes | Au Pair Care, Inc. |
| 6538 | 8e18f2e5 | Camila Mazza | Au Pair in America (APIA/AIFS |
| 6563 | 1703447c | Carla Padilha Augusto | Au Pair Care, Inc. |
| 6480 | 327d00d8 | Carlos Magno Fontana | Go Au Pair |
| 6464 | bc5090c5 | Caroline Ribeiro Tomasello | Au Pair in America (APIA/AIFS |
| 6602 | 12e54222 | Claudia Catalina Diaz Araque | Cultural Care Au Pair |
| 6514 | a2b9ebe8 | Daniela Hincapie Alzate | Cultural Care Au Pair |
| 6867 | 4179ded2 | Danyao Lin | Go Au Pair |
| 6768 | b74d2c1f | Darios Alejandro Contreras Mondragon | Au Pair Care, Inc. |
| 6484 | ecf5ec1f | Dayana Molina Sanjuan | Cultural Care Au Pair |
| 6895 | a0362c7b | Dayane Travasso | Au Pair Care, Inc. |
| 6354 | 11d05b13 | Débora Atuati Argenton | Go Au Pair |
| 6717 | bc0c05fb | Deisy Katherine Arciniegas | Au Pair Care, Inc. |
| 6634 | 421963af | Deisy Mabel Monroy Bermudez | Au Pair in America (APIA/AIFS |
| 6778 | 406b75af | Denise Alves Gomes | Au Pair Care, Inc. |
| 6944 | 683a85b7 | Diana Carolina Soto Baquero | Au Pair Care, Inc. |
| 6674 | 42695fe6 | Diana Mildred Vallejo Gonzalez | InterExchange, Inc. |
| 6526 | 7d7f267a | Diana Rocha Miller | Au Pair in America (APIA/AIFS |
| 6696 | dfb23337 | Diana Villalba González | Au Pair Care, Inc. |
| 6761 | 2482e019 | Drielle Siqueira Carvalho | Au Pair Care, Inc. |
| 6462 | 3cbb8a7e | Elvira Orozco Estefa | Cultural Care Au Pair |
| 6543 | 7e86de78 | Evelise Luciana Libardi | Au Pair Care, Inc. |
| 6550 | f7f4a14b | Fernanda Silveira Rossini | Au Pair Care, Inc. |
| 6919 | 4efa41cf | Franciele Aparecida De Souza | Au Pair Care, Inc. |
| 6648 | b3e5ef8b | Franciely Walter Souza | InterExchange, Inc. |
| 6714 | b48c45d3 | Glenda Lucía Veintimilla Torres | Go Au Pair |
| 6933 | 1680fc0f | Gloria Andrea Torres Fretes | Go Au Pair |
| 6651 | 35abfc68 | Gloria Torres Luna | Cultural Care Au Pair |
| 6701 | 5d5bca10 | Humaya Iveth Montes Diaz | Cultural Care Au Pair |
| 6913 | d4812960 | Isabella Sinofzik Carvalho Duarte | Au Pair in America (APIA/AIFS |
| 6852 | 0aa19fde | Isabelle Sthefany Moreira Da Silva | Au Pair in America (APIA/AIFS |
| 6530 | ae4ab3e4 | Jaquéline Tamara Monteiro Da Silva | Cultural Care Au Pair |
| 6727 | 7991bf31 | Jennifer Julieth Hernandez Espinoza | Au Pair Care, Inc. |
| 6770 | 06f1dd9c | Jennifer Karina Zambrano Ruiz | InterExchange, Inc. |
| 6917 | 888f9272 | Jessica Andrea De Espindola | Au Pair Care, Inc. |
| 6664 | 35528337 | Jessica Santos Mela | Au Pair in America (APIA/AIFS |
| 6882 | ce06e484 | Joaquin Camarasa Boils | Au Pair Care, Inc. |
| 6598 | 6a3752af | Juliana Magozzo Freitas | Au Pair in America (APIA/AIFS |
| 6555 | 3444408a | Juliana Silva Pozza | Cultural Care Au Pair |
| 6636 | b737c0cb | Karen Smith Garcia Sánchez | Au Pair in America (APIA/AIFS |
| 6573 | e1fce499 | Katerina Barkova | Cultural Care Au Pair |
| 6618 | 83bfba27 | Kelli Cristina Pereira Morais Batista | Cultural Care Au Pair |
| 6491 | 982fbb6a | Kessia Guimarães | Au Pair in America (APIA/AIFS |
| 6807 | 773b97d9 | Kyra Rachel Dias | Au Pair Care, Inc. |
| 6661 | 396636f0 | Laura Dominguez | Cultural Care Au Pair |
| 5582 | 30e59e3e | Laura M Rodriguez | Au Pair in America (APIA/AIFS |
| 6739 | 336857bf | Leidiane Batista  Cardoso | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 6902 | 20c8333e | Lina Castro Zaldua | Au Pair Care, Inc. |
| 6756 | 606d8e65 | Lisett Albany Zambrano Niño | Cultural Care Au Pair |
| 6517 | bc652361 | Lisseth Johana Lizarazo Rico | Au Pair Care, Inc. |
| 6475 | fc68f74e | Livia Sayuri Sakai Shimomura | Au Pair Care, Inc. |
| 6625 | 21ebdf79 | Luiz De Macedo | Au Pair Care, Inc. |
| 6889 | 559cea3b | Luz Rosalba Ortiz Puello | Au Pair in America (APIA/AIFS |
| 6832 | 1864d88e | Magda Carolina Duque Castano | InterExchange, Inc. |
| 6900 | 89195270 | Maria Arias | Au Pair Care, Inc. |
| 6630 | 7ba92162 | María Fernanda Ruiz Martin | Au Pair in America (APIA/AIFS |
| 6518 | f41165ce | Maria Isabel Leon Rios | Cultural Care Au Pair |
| 6666 | ffbd16b4 | Martha Lucia Ortega | Cultural Care Au Pair |
| 6699 | 27b50902 | Mavis Ntombifuthi Vilakazi | Au Pair Care, Inc. |
| 6798 | c7f6ddf3 | Mayana Ayumi Nakahama | Au Pair Care, Inc. |
| 6733 | 8a358922 | Mayler Monica Humanez Payares | Au Pair in America (APIA/AIFS |
| 6710 | 17149af8 | Mery Estefanía Medina Salazar | Au Pair Care, Inc. |
| 6540 | ef7a92a1 | Michele Goncalves Pastor | Au Pair Care, Inc. |
| 6847 | 63effca1 | Michele Hs Clemmons | Au Pair in America (APIA/AIFS |
| 6681 | 0afc0124 | Miriam Gabriela Soler Couoh | Cultural Care Au Pair |
| 6534 | 6e954d4c | Monique De Souza Barbosa Levy | Expert Au Pair |
| 6476 | d2809e9c | Natalia Aparecida De Sousa | Au Pair Care, Inc. |
| 6722 | fdb991a6 | Natalia Manzi | Au Pair in America (APIA/AIFS |
| 6929 | f9455445 | Natalia Molina Granados | Cultural Care Au Pair |
| 6547 | 4d5e5acf | Nathana Marques | Au Pair Care, Inc. |
| 6870 | eb01833e | Nayla Rodrigues De Oliveira | Au Pair Care, Inc. |
| 6641 | 24c61c18 | Nazarena Berenice Guilloti | Au Pair Care, Inc. |
| 6819 | 6dbb8565 | Nekane Lara | Au Pair in America (APIA/AIFS |
| 6743 | b4967f2f | Nidia Caicedo Caceres | Au Pair Care, Inc. |
| 6752 | 12cc9a10 | Olivia Estela Reyna Gonzalez | Au Pair Care, Inc. |
| 6595 | 7e3848ba | Paola Anaís Rodriguez De Luna | Au Pair in America (APIA/AIFS |
| 6907 | 6a34d839 | Paola Andrea Trujillo Trujillo | Au Pair Care, Inc. |
| 6575 | f97e6823 | Paola Cascales Linares | Au Pair Care, Inc. |
| 6522 | a399450f | Paula Cristina Martins Rebelo Dallstella | Au Pair Care, Inc. |
| 6683 | cb89e101 | Paula Rafaele Aud | Expert Au Pair |
| 6613 | e882156d | Priscila Brody | Au Pair Care, Inc. |
| 6704 | b6a076f6 | Priscila De Angelo | Au Pair Care, Inc. |
| 6494 | 156d1489 | Raquel Sarai Cornejo Bonilla | Au Pair Care, Inc. |
| 6892 | 91dec017 | Sabrina Matheus Zambello | Au Pair in America (APIA/AIFS |
| 6836 | c46e4c74 | Sheila Ramirez Murillo | Cultural Care Au Pair |
| 6528 | 58751090 | Silvana Moreno S. | Cultural Care Au Pair |
| 6879 | 0b0ea8e0 | Sofia Retes Borrego Hinojosa | Au Pair Care, Inc. |
| 6500 | bce57a0f | Susana Namindamo Galvez | Au Pair Care, Inc. |
| 6876 | 45ee0e56 | Susana Vasquez Franco | Cultural Care Au Pair |
| 6910 | b849f144 | Taira Garcia Monezzi | Cultural Care Au Pair |
| 6488 | 7fe94688 | Talita Tito Da Silva | Cultural Care Au Pair |
| 6707 | ce66909a | Tamires Ramos Do Prado | Au Pair Care, Inc. |
| 6786 | 1a969ab0 | Tamiris De Sousa Garcia | Au Pair Care, Inc. |
| 6873 | b042f9a4 | Thalita Aira Santana Krug | Cultural Care Au Pair |
| 6730 | 1d4455b3 | Uani Marques Soares De Alvarenga | Au Pair Care, Inc. |
| 6472 | 6ca9f7ce | Valentina Arango Eastman | Cultural Care Au Pair |
| 6677 | 331483b6 | Valéria Cecilia De Moraes Sita Bertolazzi | Au Pair Care, Inc. |
| 6815 | dea133cc | Vanessa Lissette Flor Aviles | Go Au Pair |
| 6825 | a398b501 | Veronica Goncalo Vaz | Au Pair Care, Inc. |
| 6941 | b593bcfe | Viviana Marcela Solano Restrepo | Au Pair Care, Inc. |
| 6580 | 130bbb4b | Viviane Regina Dos Santos | Au Pair in America (APIA/AIFS |
| 6626 | 5402b662 | Xoshil Y. Morales Venegas | Au Pair in America (APIA/AIFS |
| 6720 | 12020690 | Yessica Meneses Duarte | Au Pair Care, Inc. |
| 6507 | 0bacd59f | Yukari Harumi Kitamura | Cultural Care Au Pair |
| 6923 | f46fe6b9 | Yuly Mosca | Cultural Care Au Pair |

DocuSign Envelope ID: 6D0A00AB-DAA5-4034-993C-9FFB0F362E91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Adriana Nazaret Pariacano*
DocuSigned by:
8EF90B8394454E9...

Name: Adriana Nazaret Pariacano

Address: 6614 Mayfair Dr

Falls Church, VA US 22042

Phone Number: 3015322277

Email Address: adriana.pariacano@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2011     To: 09/11/2012

DocuSign Envelope ID: 0BB6EAD5-2A4A-4B50-8567-225E795388F3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _[DocuSigned signature]_ C7F293F0F1FD4ED...

Name: Aimee Ross

Address: 8845 Vanderwood Road

Colorado Springs, CO US 80908

Phone Number: 7035774105

Email Address: Aimee-ross@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2013     To: 01/09/2015

DocuSign Envelope ID: DBB7F781-C3F5-49FF-8709-614620FCA34F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma: *Alejandra Linares Martinez*
DocuSigned by:
E67D052D759B4D4...

Nome: Alejandra Linares Martinez

Dirección: 39 Baker Rd

Livingston, NJ US 07039

Telefone: 2066025307

Email Address: alelm.04@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/08/2014          A: 06/08/2016

DocuSign Envelope ID: CC5664C0-990E-45BF-9B35-13A3FD56FE81

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma:

DocuSigned by:
80D2ABE935E0473...

Nome: Alejandra Marcela Garcia Vasquez

Dirección: 1040 Caladium Ln

Roswell, GA US 30075-2423

Telefone: 7069088582

Email Address: amgv8906@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 04/05/2016        A: 02/14/2018

DocuSign Envelope ID: 81600912-5814-455E-AEAB-8A8866E047CF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/10/2017

Signature: *Alejandra Pena Torres*
DocuSigned by:
B177D5590FAD448...

Name: Alejandra Pena Torres

Address: 3602 Lynbrook

Toledo, OH US 43614

Phone Number: 4192704016

Email Address: alejajme@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/21/2014          To: 08/21/2015

DocuSign Envelope ID: 1DFF83E1-0380-4441-A874-8F2EF97EA355

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Alisia Eichwald*
DocuSigned by:
203DE9487C4B497...

Name: Alisia Eichwald

Address: 2334 Boston Rd, Apt 16M

Bronx, NY US 10467

Phone Number: 9176179261

Email Address: alisia.eichwald@gmx.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/30/2007      To: 07/30/2009

DocuSign Envelope ID: 7A3AAB4F-B8D4-44F0-AAD4-CBB38473458B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: *Amanda Sakina*
DocuSigned by:
905F733341164CD...

Name: Amanda Sakina

Address: Arizala 61, 4-2

Barcelona,  ES 08028

Phone Number: +34615358691

Email Address: amanda.sakina@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2011          To: 09/19/2017

DocuSign Envelope ID: 9EDF8168-684F-4F70-8839-BB866A3ED759

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *DocuSigned by:* C8FA921B489244C...

Name: Amanda Venancio

Address: 4515 Hunters Cir E

Canton , MI US 48188

Phone Number: 5177754466

Email Address: mandvenancio@msn.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/01/2010    To: 02/29/2012

DocuSign Envelope ID: 1509CE91-7934-408A-A561-88A7C7960D3B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ 1439398A0BDA4E0...

Name: Amandine Jutier

Address: 6 Allée de la Fosse Etienne

Pornichet , FR 44380

Phone Number: +33627472820

Email Address: am.jutier@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2015      To: 07/20/2016

DocuSign Envelope ID: FE317FF0-802C-4F75-90C0-E5853003D5B5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: *DocuSigned by:* [signature] AA77C0F26D254BA...

Name: Ana Carolina Damaceno Vasconcellos

Address: Rua Bento Costa Jr, 211 Lagoa

Macaé, Rio de Janeiro BR 27925170

Phone Number: 22998195922

Email Address: avasconcellos3@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2015   To: 05/19/2017

DocuSign Envelope ID: F86AFD49-0925-4879-8CE5-9FB1495D6D79

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/10/2017

Assinatura: _Ana Lais Ferrari_ (DocuSigned by: 07BAF8B08F97447...)

Nombre: Ana Lais Ferrari

Endereço: 22 Morris st

Hamden, CT US 06517

Teléfono: 2039937723

Email Address: lalaferrari@icloud.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 12/07/2015

A: 12/07/2017

DocuSign Envelope ID: 20242B31-C211-4FE6-89BA-D162F1ED5D2D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Ana Laura Rodrigues de Souza*
D8DE14F1F32F4A2...

Name: Ana Laura Rodrigues de Souza

Address: 468 West Melrose Street, apt 557

Chicago, IL US 60657

Phone Number: 6307679103

Email Address: laurarodriguessouza@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2008        To: 08/02/2010

DocuSign Envelope ID: FC27081E-4B99-407B-B24D-0237135CA675

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/10/2017                    Firma: _DocuSigned by:_ 0938C5DDC3114B6...

Nome: Ana Lucía Ruiz Torres

Dirección: 114 Odessa place

Colorado springs, CO US 80906

Telefone: 719-445-0292

Email Address: a.lucian.rt@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 07/28/2010                    A: 07/28/2011

DocuSign Envelope ID: 9AB0DC50-4BBF-4EF8-A1D0-91E511018C78

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ 9F2DED51F5F849C...

Name: Ana Milena Salcedo Balanta

Address: 2139 terrena valley dr

San Jose , CA US 95121

Phone Number: 4084550839

Email Address: anamile_456@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/28/2013     To: 01/28/2015

DocuSign Envelope ID: 7103386E-4302-4375-BCBA-B55A184BF55C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/01/2017

Firma: *Andrea Cd*
DAD078116B81473...

Nome: Andrea Cardenas Gonzalez

Dirección: Privada hacienda el campanario, 308 col. Gobernadores

Sabinas, NJ US 26779

Telefone: 8611088878

Email Address: Ando_cardenas@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 01/11/2012          A: 02/12/2013

DocuSign Envelope ID: 82079BF4-1CEC-4712-92B5-9E56BD398149

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: *[DocuSigned by signature]* 79D2BF8AB2764F5...

Name: Angeli Rocio Rey Riveros

Address: 6102 Denmeade Dr NE

Atlanta, GA US 30345

Phone Number: 6783738361

Email Address: rockerflower22@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/14/2014     To: 07/14/2016

DocuSign Envelope ID: 2CA0A92D-0F06-4D9C-AC30-32D9D1D01904

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *Angelica Katerin Martinez Huertas*
DocuSigned by:
35B5A8A84039474...

Name: Angelica Katerin Martinez Huertas

Address: calle 21 # 30 A 27

Duitama, Boyacá CO 150462

Phone Number: +573112034459

Email Address: kathtinez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016    To: 07/21/2017

DocuSign Envelope ID: 4B0CA4A4-FD52-49F8-AD00-A86D77214260

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: _DocuSigned by:_ 68E53DC20DF14B6...

Name: Angelines Gallardo

Address: 479 Maple Hill Dr, Apt # 40

Hackensack, NJ US 07601

Phone Number: 12016473732

Email Address: g_angelines@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2010       To: 04/29/2011

DocuSign Envelope ID: E206CCFC-85D9-4B1B-A016-62D113D08992

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Angie M.*
87F225936E2442B...

Name: Angie Angelica Mendoza Espitia

Address: 102 , Asquithoaks Ln

Arnold, MD US 21012

Phone Number: 4437549110

Email Address: angiemendoza125@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/31/2015      To: 08/31/2017

DocuSign Envelope ID: E99105A0-FB03-494E-B4A9-3A419B2A2109

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *angie vanessa wilchez*
DocuSigned by:
D2BB90EBA70A401...

Name: angie vanessa wilchez

Address: 37331 Portico terrace

fremont, CA US 94536

Phone Number: 9252386298

Email Address: vwilches523@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/17/2013     To: 12/27/2013

DocuSign Envelope ID: 26E8DE4E-9E98-4395-B7F0-F7C4986ED5CD

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/07/2017      Assinatura:  [DocuSigned by: signature  1742F9D2DE72480...]

Nombre: Barbara Barata Aldano

Endereço: Rua Dr. José Maurício, 195

Paulista, Pernambuco BR 53433070

Teléfono: 81 999762738

Email Address: babialdano@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 10/25/2010      A: 10/19/2012

DocuSign Envelope ID: 8DA927EF-7447-40EC-853B-4304B9A16947

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017          Firma: _Bárbara Rivera_
DocuSigned by:
3CCC1FCBA67140E...

Nome: Bárbara Rivera

Dirección: CALLE 104 #14A -44.  APTO 503

Bogotá, CA US 57

Telefone: 3103057011

Email Address: barbara_549@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/12/2009          A: 01/15/2010

DocuSign Envelope ID: 45757AF7-1134-42ED-A2E9-BFB44F610EDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/10/2017

Signature: *Barbara Seabra Maranhao Cavalcanti*
55BFC04E312E41A...

Name: Barbara Seabra Maranhao Cavalcanti

Address: 259 Brooklyn Ave Apt 2A

Brooklyn, NY US 11231

Phone Number: 9143467353

Email Address: babiseabra@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/27/2010     To: 08/03/2012

DocuSign Envelope ID: F2C82265-4D41-42C1-B534-24CAA7DCB150

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017          Assinatura: _Beatriz Pinheiro Branco_
B8544FD5CBB94F7...

Nombre: Beatriz Pinheiro Branco

Endereço: 36 wood road

Centereach , NY US 11720

Teléfono: 5184969788

Email Address: bia_pinheiro_41@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/16/2016          A: 05/16/2018

DocuSign Envelope ID: 1FA09EFE-1A35-402E-89B0-165B22C5D827

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *BELEN DENISSE PICERO DEL VALLE*
DocuSigned by:
68C4A93BCC6D4B4...

Name: BELEN DENISSE PICERO DEL VALLE

Address: EDUARDO OSORIO PARDO N° 886

SAN BERNARDO, SANTIAGO CL 8050000

Phone Number: +56950876044

Email Address: belenpicero@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2010     To: 02/26/2011

DocuSign Envelope ID: C18781E2-FE92-467C-93F7-920352C2186E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ 21F5687ACABF419...

Name: Bianca Brancatte Francisco

Address: 8930 Sahalee ct

Pasadena, MD US 21122

Phone Number: 4109736871

Email Address: biabrancatte@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/20/2016     To: 12/20/2017

DocuSign Envelope ID: CA799B7A-9CE3-4CDF-AC77-5740665E6396

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/07/2017

Signature: *[DocuSigned by: 4EC79C724136476...]*

Name: Brenda Gabriela Bernal Osuna

Address: 14605 Mustang path

Glenwood, MD US 21738

Phone Number: +5213319442023

Email Address: Brendaabernaal@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2016          To: 09/05/2017

DocuSign Envelope ID: 40D7F683-0249-4676-BB05-D389CBB2BA7A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:           07/31/2017                     Signature:    DocuSigned by:

                                                              DA5430E75AB4410...

Name:          Bruna Araci Lehmann

Address:       115 Grand Cove pl

               Madison, AL US 35758

Phone Number:  2562891846

Email Address: bru.lehmann@hotmail.com

Sponsor:       Au Pair Care, Inc.

Dates in Au Pair Program:

From:    05/16/2016              To:    05/16/2018

DocuSign Envelope ID: 0AD83002-CE08-452C-9E0E-06F66E5A480D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/07/2017

Signature:  *Bruna*
DocuSigned by:
23F2209CB27F432...

Name:  Bruna Santos Guimaraes

Address:  365 Mateus Grou

São Paulo , São Paulo BR 05415050

Phone Number:  11951676216

Email Address:  bruh.guimaraes@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  12/04/2016        To:  08/31/2017

DocuSign Envelope ID: 84D28840-D29B-4FBD-B347-7F2BDBC3FB2C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *[DocuSigned by: C9936F0BD9B74E2...]*

Name: Camila Mazza

Address: 123-33 83rd Ave

Kew Gardens , NY US 11415

Phone Number: 4109168479

Email Address: kami_ocampo@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/01/2009        To: 07/01/2011

DocuSign Envelope ID: CEE9E318-5A25-4EC2-A0B8-7D54FEA7E796

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  07/31/2017        Assinatura:  *CARLA PADILHA AUGUSTO*
DocuSigned by:
516B54B221F94D6...

Nombre:  CARLA PADILHA AUGUSTO

Endereço:  R. ADOLFO GORDO, 52. AP 222-B

SAO PAULO, SAO PAULO BR 01217020

Teléfono:  +5511957787515

Email Address:  capadilha.a@gmail.com

Patrocinador:  Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:  07/09/2012        A:  06/28/2013

DocuSign Envelope ID: 9A640642-6297-45A9-A4A4-89AEE1F4E023

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ Carlos
6B232FD689BE4A5...

Name: Carlos Magno Fontana

Address: 5500 Courtyard Dr

Austin , TX US 78731

Phone Number: 5129407899

Email Address: carlosfontana171@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/29/2007     To: 02/10/2010

DocuSign Envelope ID: A9FFDB8A-917F-4404-A399-07BBFF89390F

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017          Assinatura: *Caroline Ribeiro Tomasello*
                                        DocuSigned by:
                                        926240D60DEC457...

Nombre: Caroline Ribeiro Tomasello

Endereço: Rua Dona Maria Conceição Franco de Andrade, 209

Campinas, São Paulo BR 13092-190

Teléfono: 19999180443

Email Address: caroline.r40@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 09/09/2015          A: 10/05/2016

DocuSign Envelope ID: B7B93771-2627-443A-91C5-3903875DEE05

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *[DocuSigned by: EAF3FF00A730473...]*

Name: Claudia Catalina Diaz Araque

Address: 17538 12th Ave NE, Apt B305

Shoreline, WA US 98155

Phone Number: 12064762063

Email Address: catadiazaraque@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/21/2013     To: 07/23/2015

DocuSign Envelope ID: 02419821-72FE-4F4E-9322-32851DAAB079

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017

Firma: *daniela hincapie alzate*
DocuSigned by:
3F23C57D77F8495...

Nome: daniela hincapie alzate

Dirección: 33 #38-32

medellin-itagui, antioquia CO 07670

Telefone: 3725150

Email Address: danihincapie956@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/26/2016          A: 09/26/2018

DocuSign Envelope ID: 1DC2E471-F8C8-4DB2-AB1B-14F65CD69606

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/07/2017

Signature: *Danyao Lin*
7B14C5D55A6D405...

Name: Danyao Lin

Address: 1040 El Camino real, APT #107

Burlingame , CA US 94010

Phone Number: 6506226318

Email Address: danyaolin@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/27/2012     To: 08/22/2014

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/03/2017                Signature:  _DocuSigned by:_
                                                    35EE71533F7B40B...

Name:  Daríos Alejandro Contreras Mondragon

Address:  Humboldt 1882

          Saltillo, Coahuila MX 25030

Phone Number:  +528441839551

Email Address:  Dario_cm4@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  08/04/2014          To:  08/04/2015

DocuSign Envelope ID: D880AD06-44F0-4F51-8B40-9CC967B711BB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Dayana.M.*
EBEFA9BAEE354BD...

Name: Dayana Molina Sanjuan

Address: 5430 Polaris Ln N

Plymouth, MN US 55446

Phone Number: 7633343165

Email Address: dcms23@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/14/2015     To: 09/16/2016

DocuSign Envelope ID: 36766528-7E5C-455A-A1F2-41B7B37EB83F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: _DocuSigned by:_ Dayane Travasso — 824953BDA80C48B...

Name: Dayane Travasso

Address: 2351 Discovery Dr E

Schaumburg, IL US 60194

Phone Number: 3312457065

Email Address: day_lds@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/26/2010          To: 09/15/2011

DocuSign Envelope ID: 0A50EB17-2206-4008-A68D-2414BB66721B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/29/2017     Assinatura: *Débora Atuati Argenton*
DocuSigned by:
DF21751FCDE5483...

Nombre: Débora Atuati Argenton

Endereço: Coriolano Coelho de Souza, número 55 apartamento 403

Montenegro, Rio Grande do Sul BR 95780-000

Teléfono: 5551998281986

Email Address: deboraargenton@gmail.com

Patrocinador: Go Au Pair

Fechas de participación en el programa au pair:

De: 02/24/2009     A: 02/23/2011

DocuSign Envelope ID: 3540B319-95C1-4DE1-8008-238D52B57BB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _Deisy K. Arciniegas_
DocuSigned by:
A355F390744E4DA...

Name: Deisy Katherine Arciniegas

Address: 1420 annunciation street

New Orleans , LA US 70130

Phone Number: 9858889322

Email Address: dkatherinearciniegas@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/17/2015          To: 08/17/2017

DocuSign Envelope ID: 76FEE688-455A-4FB9-950D-705F4C26DFE0

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/01/2017_

Firma: _Deisy Mabel Monroy Bermudez_
DocuSigned by:
B61C4535AB4548C...

Nome: Deisy Mabel Monroy Bermudez

Dirección: carrera 89a 50-03

Bogota, CO 110711

Telefone: +57 319 255 17 85

Email Address: dark_shines_@live.com.au

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _07/08/2013_     A: _06/08/2015_

DocuSign Envelope ID: 7E28129F-E6AC-4F03-879E-C2F8C0FE0E23

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: _DocuSigned by:_ 7BC37530A917420...

Name: Denise Alves Gomes

Address: 3300 neshaminy blvd apt 230

Bensalem , PA US 19020

Phone Number: 2673932100

Email Address: Deniseag01@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/03/2009      To: 08/03/2012

DocuSign Envelope ID: 53A4EE63-FD55-42E9-AA5B-E340C6E3DA2F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/10/2017_

Firma: _[DocuSigned by: AAB55E204F8B452...]_

Nome: _Diana carolina soto baquero_

Dirección: _Calle 17 sur #24 i 31_

_Bogota, Bogota D.C CO 1115_

Telefone: _3114990635_

Email Address: _Dianasotobaquero@gmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _05/02/2016_     A: _05/31/2017_

DocuSign Envelope ID: 1A4609F3-286E-4BC0-A5B9-A6C9071D1176

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature:

DocuSigned by:
C5C72E6DB1D6424...

Name: Diana Mildred Vallejo Gonzalez

Address: 1950 Trenton st #345

Denver , CO US 80220

Phone Number: 3036185837

Email Address: dvallejo@chu.edu

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/21/2011     To: 01/21/2013

DocuSign Envelope ID: F1FCE298-F5D0-435B-9C90-B5591B95A36C

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017

Assinatura: *Diana Rocha Miller*
DocuSigned by:
A1BAADBB40F144E...

Nombre: Diana Rocha Miller

Endereço: 4902 1/2 Field Street

San Diego, CA US 92110

Teléfono: 3128130242

Email Address: diana_rocha@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/02/2008     A: 08/02/2010

DocuSign Envelope ID: E8C63227-72DF-48D7-9037-CE1DA0E90E82

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _(DocuSigned by: DFE76A5F6195430...)_

Name: Diana Villalba González

Address: 500 4th avenue

Brooklyn , NY US 11215

Phone Number: 9179301393

Email Address: Dianip06@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2016       To: 06/21/2018

DocuSign Envelope ID: CF2EE123-4F1F-409A-AFA8-6D7D4FDD453A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: *Drielle Siqueira Carvalho*
DocuSigned by:
E34FADFEE1C542E...

Name: Drielle Siqueira Carvalho

Address: 8801 Terrace drive

el cerrito, CA US 94530

Phone Number: 5106105122

Email Address: advdrielle@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/24/2012       To: 06/24/2014

DocuSign Envelope ID: 437113AE-BDA4-4ECC-BB5F-C3502FE582E4

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *DocuSigned by:* 4C3E1361679343D...

Name: Elvira Orozco Estefa

Address: 11327 Empire Lane

Rockville , MD US 20852

Phone Number: 3016422297

Email Address: orozco_estefa@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/15/2016     To: 05/15/2018

DocuSign Envelope ID: 495CE004-FE3C-44E3-879A-04BD2DE7CF38

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *[DocuSigned by signature]* 02F23ED5F60B421...

Name: Evelise Luciana Libardi

Address: 16410 Stedham Cir - Apt. 302

Dumfries, VA US 22025-1523

Phone Number: 2404708865

Email Address: l.libardi@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/11/2014     To: 08/11/2015

DocuSign Envelope ID: FC881F5F-443D-4A37-85A9-01B658B62A48

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *[DocuSigned by signature: 8BF870FA4C034C5...]*

Name: Fernanda Silveira Rossini

Address: 3595 Caminito el Rincon, apt 190

San Diego, CA US 92130

Phone Number: 7977826252

Email Address: fernandarossini2@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/22/2013          To: 01/05/2015

DocuSign Envelope ID: BDC2A88A-13DC-45D3-B494-91A77EFE55FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/09/2017

Signature: *Franciele Aparecida de Souza*
207B0870E9274C1...

Name: Franciele Aparecida de Souza

Address: 5648 Bay Street

Emeryville, CA US 94903

Phone Number: 4154191698

Email Address: Franciele.de.souza@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/23/2013      To: 09/22/2015

DocuSign Envelope ID: 2E8833C5-08FC-4227-800B-6C63DE088D84

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/01/2017

Assinatura: *Franciely Walter Souza*
DocuSigned by:
E37832EE3152412...

Nombre: Franciely Walter Souza

Endereço: Servidão dos Noivos,73

Florianópolis, Santa Catarina BR 88032003

Teléfono: 5548991775579

Email Address: francielywalter@gmail.com

Patrocinador: InterExchange, Inc.

Fechas de participación en el programa au pair:

De: 04/21/2014    A: 04/24/2015

DocuSign Envelope ID: F247C816-CE77-42F2-A38E-7B4969A5749F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _DocuSigned by:_ Glenn VT  4BACE27AC1E2483...

Name: Glenda Lucía Veintimilla Torres

Address: 1338 Waterstone place

San Ramon , CA US 94582

Phone Number: 9259676433

Email Address: glendaveintimillatorres@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/04/2016   To: 06/05/2017

DocuSign Envelope ID: 5DD48D83-F7B7-4BEC-AD51-54BBA1E6D9C5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/10/2017

Signature: *Gloria Andrea Torres Fretes*
30C02BB5DE484E3...

Name: Gloria Andrea Torres Fretes

Address: 408 monti circle

Pleasant Hill, CA US 94523

Phone Number: 4159712243

Email Address: gloriatorres03@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/02/2014      To: 05/02/2016

DocuSign Envelope ID: CCADA181-D565-4BBA-A166-87367E09A4FF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/01/2017_

Firma: _GloriaT_
DocuSigned by:
9103DC746C8748F...

Nome: Gloria Torres Luna

Dirección: 1980 Unionport Road Apt E42

BRONX, NY US 10462

Telefone: 6462844671

Email Address: frezee182@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _05/16/2011_          A: _11/15/2011_

DocuSign Envelope ID: 6CF5C749-B596-465F-A923-B63449490C52

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/02/2017

Firma: *Humaya Montes*
DocuSigned by:
2C8E3587754E4A1...

Nome: Humaya Iveth Montes Diaz

Dirección: Cada. De la campana #186 colonia haciendas el refugio

Gomes palacio, Durango   MX 35029

Telefone: 011528713356016

Email Address: humayita@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/22/2012          A: 02/25/2013

DocuSign Envelope ID: 738C2923-148D-4A05-8002-2CAFDF129528

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:        08/09/2017

Signature:   *Isabella Sinofzik Carvalho Duarte*
             DocuSigned by:
             3A567FA7554947A...

Name:        Isabella Sinofzik Carvalho Duarte

Address:     19 Montrose Terrace

             Allendale, NJ US 07401

Phone Number: 4436905716

Email Address: isa_carvalho11@hotmail.com

Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:   01/24/2016          To:   01/25/2018

DocuSign Envelope ID: 653627C9-D892-4A93-B0FE-30D762698846

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/07/2017        Assinatura: *Isabelle Sthefany Moreira da Silva*
DocuSigned by:
17FC1F535EC74AC...

Nombre: Isabelle Sthefany Moreira da Silva

Endereço: 1507 N Leavitt St

Chicago, IL US 60622

Teléfono: 3125617195

Email Address: isabellesthefany@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/08/2016        A: 08/07/2017

DocuSign Envelope ID: 1C134E2E-3CF6-4114-94EB-0DCEE426278E

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017    Assinatura: *Jaqueline Tamara Monteiro da Silva*
DocuSigned by:
CEB1C0B84BDB4D4...

Nombre: Jaqueline Tamara Monteiro da Silva

Endereço: 525 Walnut Ln

Swarthmore, PA US 19081

Teléfono: +5512997857480

Email Address: jaquelinetmds@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/07/2013    A: 06/23/2014

DocuSign Envelope ID: 7D95C79B-50D8-4230-8620-03CC7105480D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Jennifer Julieth Hernandez Espinoza*
B290ADC204134D7...

Name: Jennifer Julieth Hernandez Espinoza

Address: 33 atalaya terrace

San Francisco, CA US 94117

Phone Number: 4154179952

Email Address: Jennhernandezsp@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/26/2016   To: 09/26/2018

DocuSign Envelope ID: 0A5DD337-21C0-4A25-8247-2C3366286A48

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: *[DocuSigned by signature]* FDF924BB3C54495...

Name: Jennifer karina Zambrano Ruiz

Address: Unity loop

Cumming, GA US 30040

Phone Number: 9145362239

Email Address: jenniferzamrum@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/04/2016     To: 01/05/2018

DocuSign Envelope ID: D40BCB70-55F7-4B20-9C5C-E680302817D7

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/09/2017            Assinatura: _____

Nombre: Jessica Andrea de Espindola

Endereço: Rua Wilson Laus Schmitd, 119 Rio Caveiras

Biguaçu, Santa Catarina BR 88161-837

Teléfono: 48991769876

Email Address: espindolaft@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 09/09/2013            A: 09/09/2015

DocuSign Envelope ID: 2C03A124-1050-4CC2-BD58-388CE1224674

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/02/2017          Assinatura: _DocuSigned by:_ 11D00B36E3544A9...

Nombre: Jessica Santos Mela

Endereço: 74 montague place

Montclair, NJ US 07042

Teléfono: 8622027994

Email Address: j_mell@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 12/02/2009          A: 12/28/2011

DocuSign Envelope ID: E80214F0-633C-4C89-A092-0E772454DDF3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: *DocuSigned by:* 990B474F24504F9...

Name: Joaquin Camarasa Boils

Address: 11506 e Center drive

Aurora, CO US 80012

Phone Number: 7207741590

Email Address: kamarasa90@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/14/2014    To: 03/14/2015

DocuSign Envelope ID: 8D7DAAC8-2892-466F-8891-FC9FC869489D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Juliana M*
DocuSigned by:
8826824B0B074E3...

Name: Juliana Magozzo Freitas

Address: 21 Reservoir Dr

Ansonia, CT US 06401

Phone Number: 2247030482

Email Address: julianamagozzo@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/27/2015          To: 03/03/2017

DocuSign Envelope ID: EE52512F-3D69-4803-9ED0-0C3E10FF2610

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017

Assinatura: 

Nombre: Juliana Silva Pozza

Endereço: Humberto Notari, 80 Ap. 23

Sorocaba, São Paulo BR 18016430

Teléfono: 5511958641169

Email Address: juliana.pozza92@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/29/2016          A: 08/28/2017

DocuSign Envelope ID: 90D6473E-2450-431E-A9C5-6620A4DE1F84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *DocuSigned by:*
0F1D6A9B84CD47A...

Name: Karen smith garcia Sánchez

Address: Po box 1286

Shelter island , NY US 11965

Phone Number: 9179716156

Email Address: Karen_smith16@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/19/2017   To: 07/13/2017

DocuSign Envelope ID: 2B0F69E8-BC0E-4D91-92E7-67F466E13AB8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ Barkova  B08B80DB8C0D423...

Name: Katerina Barkova

Address: 960 Country Club Drive

Pittsburgh, PA US 15228

Phone Number: 4126396737

Email Address: Kacenkabarkova@seznam.cz

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015      To: 09/19/2017

DocuSign Envelope ID: 31150D9B-2C89-4E8D-BE10-5347B5A7ADF2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *Kelli Cristina Pereira Morais Batista*
097CC93E96E14B5...

Name: Kelli Cristina Pereira Morais Batista

Address: 634 WEST 135TH STREET, 35

new york, NY US 10031

Phone Number: 2124706864

Email Address: keba88@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/11/2013     To: 03/11/2014

DocuSign Envelope ID: 1EC12A32-99BE-478F-9800-2B88E8045204

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017            Assinatura: _Kessa Guimaraes_
DocuSigned by:
433DAB790DEE4F3...

Nombre: Kessia Guimarães

Endereço: Coronel zozimo 120

Campo Grande, Mato Grosso do Sul BR 79010340

Teléfono: 67999375437

Email Address: kessia.g@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 07/24/2016            A: 11/08/2016

DocuSign Envelope ID: A11E95F6-FCA1-4996-BFF4-9E6D8D17C30A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: _DocuSigned by:_ 39A2572FA73D424...

Name: Kyra Rachel Dias

Address: 501 N Benson court apt H

Cary , NC US 27513

Phone Number: 9197585877

Email Address: Kyradias7@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/17/2014     To: 03/17/2015

DocuSign Envelope ID: 6BF34165-BC8D-452A-90D0-A379D8A54999

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: _DocuSigned by:_ E5B5E5C3081B443...

Name: Laura Dominguez

Address: 425 east 80th street apt 7M

New york, NY US 10075

Phone Number: 6463599668

Email Address: Lauriedominguezny@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/17/2013     To: 05/15/2015

DocuSign Envelope ID: 49A83875-5C8E-44C1-AE3A-66D7DDD736EF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Name:      Laura M Rodriguez

Signature:      *Laura M Rodriguez*      Date:    07/19/2017
                A347A1C5F34E4C6...

Address:      Avenida Jose Pedro Alessandri 557

             Santiago , RM 7750000 CL


Phone:      56950713554


Email:      lararodriguezquijano@gmail.com


Sponsor:      Au Pair in America (APIA/AIFS


Dates in Au Pair Program:

From:      06/20/2011                    To:      12/05/2012

DocuSign Envelope ID: 09A37017-9248-4813-8E52-3892E9AA7FA2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: *Leidiane*
AC3AAE4DA232422...

Name: Leidiane Batista  Cardoso

Address: Dona Araci 203

Navegante , Santa Catarina  BR 88370256

Phone Number: 55 47 988119798

Email Address: Leidimacahado@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/08/2010        To: 02/08/2011

DocuSign Envelope ID: 53D8F02A-912D-4FD1-A48D-B5720505E42C

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: *LINA CASTRO ZALDUA*
579BA282779641F...

Name: LINA CASTRO ZALDUA

Address: CALLE 100 # 64-51 T2 806

BOGOTA, BOGOTA CO +57

Phone Number: +573002623239

Email Address: linac.zaldua@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/06/2015     To: 05/06/2016

DocuSign Envelope ID: 55FCBDAF-2287-4829-B251-8C7E745867A9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/03/2017          Firma: *LISETT ALBANY ZAMBRANO NIÑO*
                                 DocuSigned by:
                                 642B029F7958409...

Nome: LISETT ALBANY ZAMBRANO NIÑO

Dirección: AVENIDA LUCIO OQUENDO NUMERO 3-51

SAN CRISTOBAL, ESTADO TACHIRA,  VE 5001

Telefone: +584169740513

Email Address: lisettzambrano@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/04/2010          A: 01/04/2012

DocuSign Envelope ID: 6CFACD16-3FDC-4FF9-841A-B16C71B711CA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017          Firma: _[DocuSigned by: A33A4F77EC9C4F5...]_

Nome: Lisseth johana lizarazo rico

Dirección: Calle 21 #88a-80

Bogotá, Bogota CO 721

Telefone: +573159270454

Email Address: lisecita_05@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/06/2014          A: 04/22/2014

DocuSign Envelope ID: 022055A4-73AC-414A-A69A-EAD911FB7689

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Livia Sayuri Sakai Shimomura*
DocuSigned by:
2CDAE1A624C141E...

Name: Livia Sayuri Sakai Shimomura

Address: 2 Strawberry Lane

Warren, NJ US 07059

Phone Number: 5511976334736

Email Address: liviasakai@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2015          To: 04/22/2016

DocuSign Envelope ID: 7764B05E-E40D-4720-A857-7AA09F33C94F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *[DocuSigned by signature]* E985454A65E6461...

Name: Luiz de macedo

Address: 871, avenida Interlagos

São Paulo,  BR 04661100

Phone Number: 5511989669603

Email Address: marciaa.macedoo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2010   To: 01/11/2012

DocuSign Envelope ID: A6BEF032-F0A0-40EF-988E-56962F85C942

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: _DocuSigned by:_ D3B90C674B6A425...

Name: Luz Rosalba Ortiz Puello

Address: 2120 W Washington Blvd

Chicago, IL US 60612

Phone Number: 6308498599

Email Address: luzrorpu@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/23/2013     To: 12/22/2014

DocuSign Envelope ID: 134EB301-C800-4233-B03C-BBC313480E0F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/05/2017

Signature: *Magda Carolina Duque Castano*
DocuSigned by:
3E46E7BB573C4B6...

Name: Magda Carolina Duque Castano

Address: 7650 Pruett Place

Manassas, VA US 20109

Phone Number: 5713527853

Email Address: carolinam265@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/18/2014       To: 08/18/2016

DocuSign Envelope ID: 0443DB3D-CF5C-4611-B780-4AB73746B3A3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature:



Name: María Fernanda Ruiz Martin

Address: Quarrybrook dr

South windsor, CT US 06074

Phone Number: 4491512379

Email Address: ruizmfer@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/11/2016     To: 11/28/2016

DocuSign Envelope ID: B6A6CC1A-233C-4E26-B84F-6A8DE4DBB989

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: _Maria Arias_
DocuSigned by:
BED2C8D22FC84E2...

Name: Maria Arias

Address: 9434 Goldfield Lane

Burke, VA US 22015

Phone Number: 5713658409

Email Address: maiariasr@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2016          To: 05/08/2018

DocuSign Envelope ID: 48BBCDE1-6672-4FE2-B5FD-A53C3333A16A

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ F22E9D52D472470...

Name: Maria Isabel Leon Rios

Address: Cholula Mz.113 L.26 San Felipe de Jesus

Mexico City , Mexico City MX 07510

Phone Number: +525559568541

Email Address: leri_isabel@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/17/2012     To: 03/22/2014

DocuSign Envelope ID: F680E6DE-05FD-4145-A05A-7AE26CED9D05

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017                       Signature: _Martha lucia ortega_
                                                   DE280B23A1BA43A...

Name: Martha lucia ortega

Address: 19 harrison street

Newton, MA US 02461

Phone Number: 5082084059

Email Address: Matis0000@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017          To: 01/09/2018

DocuSign Envelope ID: F1BA18FF-AB9B-418F-8FE3-DE0C18827598

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Mavis Ntombifuthi Vilakazi*
6E098DB8B91A463...

Name: Mavis Ntombifuthi Vilakazi

Address: 795 Foerster St, 19

San Francisco, CA US 94127-2305

Phone Number: +27732180885

Email Address: vilakazimn@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/02/2015        To: 12/02/2016

DocuSign Envelope ID: 121D4C2D-A966-45EE-BEC9-9F970D28E2F6

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/04/2017          Assinatura: *Mayana Nakahama*
542A3E46C26F43F...

Nombre: Mayana Ayumi Nakahama

Endereço: Ashford Dr

Chadds Ford , PA US 19317

Teléfono: +5511965251545

Email Address: Mayana_ayumk@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/05/2013          A: 01/27/2015

DocuSign Envelope ID: 3D3DBE94-76E2-45E7-85A2-AAD07378F6B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Mayler* (DocuSigned by: 67F005A0A7C9424...)

Name: Mayler Monica Humanez Payares

Address: Cra 88a # 21-42 interior 7 apto 427

Bogota, Bogotá D.C CO 00000

Phone Number: 3003973783

Email Address: mayler.humanez@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/08/2016     To: 02/08/2017

DocuSign Envelope ID: 8EBF2309-F616-401E-BABE-68FF23341858

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Mery Medina*
4CC0F7EA8E6D466...

Name: Mery Estefanía Medina Salazar

Address: Cll 63B 22-09

Bogotá, D.C., Bogotá, D.C. CO 111221

Phone Number: 3125849045

Email Address: memedinasa@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/16/2016    To: 05/10/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _DocuSigned by:_ pastor
6E512C36EB24402...

Name: Michele goncalves pastor

Address: José Fernandes 96

São José dos Campos , São Paulo  BR 12236849

Phone Number: 5512981322174

Email Address: Michele.pastor@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/15/2015     To: 12/16/2016

DocuSign Envelope ID: 78C167FA-0898-454D-9DD9-CE874EE43E46

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/06/2017_                Firma: _[signature] DocuSigned by: 1F3C114F07F0497..._

Nome: Michele HS Clemmons

Dirección: 114 Steeplechase way, Apt A

Upper Marlboro , MD US 20774

Telefone: 6504923310

Email Address: mich_hs@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _07/08/2014_          A: _07/06/2016_

DocuSign Envelope ID: FC47140A-179A-48CC-B8B1-FAF9A336A63B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/02/2017          Firma: _DocuSigned by:_ 80E85F574FB64EC...

Nome: Miriam Gabriela Soler Couoh

Dirección: Lomas de las Flores 2 Tulipanes #5

Campeche, Campeche  MX 24060

Telefone: 9811706871

Email Address: gaby86900@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/12/2012          A: 06/01/2013

DocuSign Envelope ID: AC9D01A9-3BBA-4DD0-AEA4-30288F05C6D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Monique de Souza Barbosa Levy*
8BEC6C34E52B4F7...

Name: Monique de Souza Barbosa Levy

Address: 2360 Commonwealth Ave, APT 1-3

Auburndale, MA US 02466

Phone Number: 8572477132

Email Address: moniquesouza.rh@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 12/22/2010     To: 12/22/2011

DocuSign Envelope ID: 3D6C9C64-AFEE-4FAF-AAD6-AA217D0555EE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _Natalia S._
FB5925F893AA4BC...

Name: Natalia aparecida de sousa

Address: 1431 jackson st apt 910

Oakland , CA US 94612

Phone Number: 5106106086

Email Address: Natalia.asbr9@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/02/2015     To: 11/02/2016

DocuSign Envelope ID: C106D849-152B-418A-A390-D2E7BD7CC66C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/02/2017

Firma: _Natalia Manzi_
DocuSigned by:
C9CBA30C0E644F0...

Nome: Natalia Manzi

Dirección: 14224 Park St

Rockwood, MI US 48173

Telefone: 5714718940

Email Address: natismanzi@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/22/2016          A: 02/22/2017

DocuSign Envelope ID: 98E2D2EF-A780-4EEA-A5F4-29BA373E71C0

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/09/2017

Signature: *Natalia M.*
ED657991AD314C7...

Name: Natalia Molina Granados

Address: Calle 83 # 52-36

Itagui, Antioquia   CO 055411

Phone Number: +573122922929

Email Address: Natalia9415@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015     To: 08/03/2016

DocuSign Envelope ID: 68121AE8-E31F-4A5C-9139-F6CFB9BD06EE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _[DocuSigned by signature]_ 8636B24674EB4BC...

Name: Nathana Marques

Address: 1309 Marshall street, Redwood City, 94063 ap 401

redwood city, CA US 94063

Phone Number: 5107753541

Email Address: nathana.marquee@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/02/2015     To: 08/02/2017

DocuSign Envelope ID: 801D805E-CC05-4CC0-9A36-D1A910CCF30C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: *Nayla Rodrigues de Oliveira*
DocuSigned by:
3DD7833174CD4E0...

Name: Nayla Rodrigues de Oliveira

Address: Rua Capela, 295 - Jardim Riacho das Pedras

Contagem, Minas Gerais BR 32241290

Phone Number: +5531995193440

Email Address: naylamkt@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/14/2011       To: 06/30/2012

DocuSign Envelope ID: B851012E-E77E-440A-8CC8-06D3ABFB3A93

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *Nazarena Berenice Guilloti*
DocuSigned by:
B3450DDBE9094CD...

Name: Nazarena Berenice Guilloti

Address: Camacua 1277

Ramos Mejia, Buenos Aires AR 1704

Phone Number: +5491131141202

Email Address: nbguilloti@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/23/2012     To: 12/14/2012

DocuSign Envelope ID: 56541906-E29D-41AA-BAD0-017E140A823E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: _DocuSigned by:_ 6E767AD0BB2546B...

Name: Nekane Lara

Address: 5715 Glamis Drive

Alexandria, VA US 22315

Phone Number: 679554434

Email Address: nekanelara91@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2016      To: 05/14/2018

DocuSign Envelope ID: 0DE2F8F6-386A-4ABC-8700-C6FC23E0B71F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: *Nidia Caicedo Caceres*
DocuSigned by:
4C624E1045BC412...

Name: Nidia Caicedo Caceres

Address: Diag. 49 Sur #85-79 Torre 3 Apt. 511, Madeiro II, Britalia

Bogota, Cundinamarca CO 00000

Phone Number: 50768326741

Email Address: nidicaicedo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/10/2012       To: 09/10/2014

DocuSign Envelope ID: DC2235CA-F76A-4041-B246-77258C68570A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/03/2017

Signature: _DocuSigned by:_ 37F7C3C1448042E...

Name: Olivia Estela Reyna Gonzalez

Address: 1213 Bellevue Ave apt#4

Burlingame , CA US 94010

Phone Number: 6509963825

Email Address: Reyna.olivia05@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/03/2010     To: 05/05/2012

DocuSign Envelope ID: 288E1059-7CC0-4F76-8669-025F08DC6F73

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _07/31/2017_           Firma: _Paola Anaís Rodríguez De Luna_
DocuSigned by:
88AC5BAC95FD4C1...

Nome: _Paola Anaís Rodriguez De Luna_

Dirección: _Hipocrates 1610-A Col. Tecnologico_

_Monclova , Coahuila MX 25716_

Telefone: _8110334668_

Email Address: _paodee@hotmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _08/10/2015_         A: _01/31/2016_

DocuSign Envelope ID: 84B27ED9-5D89-45AE-958D-F800F17B8F41

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/09/2017

Signature: *[DocuSigned by signature]* 1D3C3EECA73940F...

Name: Paola Andrea Trujillo Trujillo

Address: 101w 121st st

New York , NY US 10027

Phone Number: 3472810643

Email Address: Nami.trujillo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016      To: 08/01/2017

DocuSign Envelope ID: 3144ACA4-7BB9-4B96-9653-B7138CFE2E44

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 07/31/2017                      Firma: _DocuSigned by:_ 97DBCC726E054FE...

Nome: Paola Cascales Linares

Dirección: Calle Jacobo Camarero 7, 1E 18220

Granada, Andalucía  ES 18220

Telefone: 645592592

Email Address: calipao@hotmail.es

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/08/2014                    A: 09/08/2015

DocuSign Envelope ID: 748E2F5A-3BBB-447F-9033-70C2879AFEFE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Paula Cristina Martins Rebelo DallStella*
DocuSigned by:
0C7A070A6D2E4F8...

Name: Paula Cristina Martins Rebelo DallStella

Address: 13208 red bird court

moorpark, CA US 93021

Phone Number: 8056030625

Email Address: pcmrds@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/08/2015     To: 10/08/2017

DocuSign Envelope ID: 5027F7AD-724C-4597-A594-F084EAA6F483

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _Paula_
756235A9C40D42C...

Name: Paula Rafaele Aud

Address: 2331 Freetown CT 1B

Reston, VA US 20191

Phone Number: 7039647339

Email Address: pl.rafaele@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/07/2013      To: 03/26/2014

DocuSign Envelope ID: 0C6AC516-B0AC-470C-A190-50D389A9F328

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *PB*
DocuSigned by:
99DEFA1879864B4...

Name: Priscila Brody

Address: 983 Atlantic Ave. Apt.B

Manasquan, NJ US 08736

Phone Number: 6094960171

Email Address: pri-hanson@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/04/2013          To: 11/04/2015

DocuSign Envelope ID: 62290C7D-74D9-40BF-9C66-73CD273321B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Priscila de Angelo* (DocuSigned by) F14EDB46982C436...

Name: Priscila de Angelo

Address: 275 Heacox Rd

Woodside , CA US 94062

Phone Number: 6507226034

Email Address: pri_de_angelo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/03/2017        To: 04/03/2018

DocuSign Envelope ID: C420EED2-B289-4A65-BD86-C866AA5C0654

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _RC_
DocuSigned by:
A84E2E318B75407...

Name: Raquel sarai cornejo Bonilla

Address: Colonia la fortuna pasaje 2 mejicanos

San salvador,  SV 0000

Phone Number: 22826339

Email Address: rakecornejo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2014     To: 01/06/2015

DocuSign Envelope ID: CE79D6CB-82E9-46AB-8632-2AE3BAC4DC00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: *Sabrina M. Z.*
45B8DD3225DE4CA...

Name: Sabrina Matheus Zambello

Address: 21668 Frame Square

Broadlands , VA US 20148

Phone Number: 5719925009

Email Address: sabrinazambello@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/18/2015     To: 05/17/2017

DocuSign Envelope ID: 6A33B125-4B78-4450-B95C-9D5EC825A824

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/06/2017

Signature: *[DocuSigned by: 0EBE648808B44AA...]*

Name: Sheila Ramirez Murillo

Address: 34 w spring ave apt 3

Ardmore , PA US 19003

Phone Number: 4844101795

Email Address: ramirezsheila@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2011     To: 11/10/2011

DocuSign Envelope ID: A64152AA-EE39-4634-AA6D-7CEE24B7EAAA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Silvana M S* (DocuSigned by: A61C30330DC3460...)

Name: Silvana moreno s.

Address: Brookline

Boston, MA US 02446

Phone Number: +573155605268

Email Address: Silvana.1991@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/10/2012       To: 01/31/2014

DocuSign Envelope ID: A8C19033-996A-4101-9BAE-66A805E8334E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del _2 de noviembre de 2017_.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/08/2017_

Firma: _[DocuSigned by: 9C6186CD95DA45B...]_

Nome: _Sofia Retes Borrego Hinojosa_

Dirección: _Lope de vega 142 int 101_

_Ciudad de México , Ciudad de mexico MX 11570_

Telefone: _5554128506_

Email Address: _sofiretes@gmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _01/04/2016_     A: _01/02/2017_

DocuSign Envelope ID: B81D8B00-C699-40DA-B75F-B32192BF2C7E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *SUSANA NAMINDAMO GALVEZ*
DocuSigned by:
36056F50EED342F...

Name: SUSANA NAMINDAMO GALVEZ

Address: ANDADOR #4 LOTE 222 , COLONIA SANTA CATARINA

VILLAFLORES, CHIAPAS MX 30470

Phone Number: 9842389212

Email Address: susy_namindamo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2015      To: 11/24/2017

DocuSign Envelope ID: 82DE7084-0DE0-44E4-9DAC-CC186FC214E8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: _Susana Vasquez Franco_
DocuSigned by:
8C63F6B1097E441...

Name: Susana Vasquez Franco

Address: 15 Park Row, APT 6E

NEW YORK, NY US 10038

Phone Number: 5166559806

Email Address: susivasfra@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/07/2009    To: 12/07/2011

DocuSign Envelope ID: 24B1E8D6-0FF5-4165-964A-E24EEDB6B35A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/09/2017                Signature:  _Taira Garcia Monezzi_
DocuSigned by
6676C28FCC3B4CB...

Name:  Taira Garcia Monezzi

Address:  Av Vila Ema, 1027, apto 115

São Paulo, São Paulo BR 03156001

Phone Number:  +5511946463249

Email Address:  tairamonezzi@yahoo.com.br

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  04/04/2011          To:  04/04/2013

DocuSign Envelope ID: 85D29268-4AE8-4854-8150-20A7B2311825

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: *Talita Tito da Silva*
DocuSigned by:
6ED12E8B5B604FB...

Name: Talita Tito da Silva

Address: 465 4th street

palisades park , NJ US 07650

Phone Number: 2016373367

Email Address: talita_tito@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/31/2012     To: 07/31/2013

DocuSign Envelope ID: E8DAD868-7AC8-48D3-A796-91F6AD6C3145

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: *Tamires Ramos do Prado*
DocuSigned by:
937DF1771ED4445...

Name: Tamires Ramos do Prado

Address: Ariovaldo barros de camargo

AMPARO, São Paulo BR 13905-692

Phone Number: 5519996877904

Email Address: pradotamires31@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/01/2014    To: 09/30/2014

DocuSign Envelope ID: F0DC9872-77F1-43C9-B92A-DFACCB2F7F24

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: *Tamiris G.*
485C5B8A03F1418...

Name: Tamiris de Sousa Garcia

Address: 642 Bread and Cheese Hollow Rd

Northport , NY US 11768

Phone Number: +5511975017903

Email Address: tamiris475@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016        To: 07/11/2017

DocuSign Envelope ID: 9068B85C-719D-4788-9573-0B2816A9E224

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/08/2017

Signature: *[signature: S.A. Krug]*
F37A9763CD974ED...

Name: Thalita Aira Santana Krug

Address: Finkenstr. 2

Sendenhorst, DE 48324

Phone Number: +49017689248241

Email Address: Thalieartur@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2011     To: 02/01/2012

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017          Signature: *[DocuSigned by: 4FE80065F056F4E6...]*

Name: Uani Marques Soares de Alvarenga

Address: 107 strawtown road

New city, NY US 10956

Phone Number: 6508684848

Email Address: uani.soares@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2016          To: 08/07/2017

DocuSign Envelope ID: CF655B75-6F67-4573-9ECB-E0E79A538802

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  07/31/2017          Firma:  *Valentina Arango Eastman*
DocuSigned by:
CFF2B467F533464...

Nome:  Valentina Arango Eastman

Dirección:  7604 maracaibo court

Gainesville, VA US 22101

Telefone:  7037253978

Email Address:  valen_135@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  12/11/2011          A:  12/11/2012

DocuSign Envelope ID: D47E43B7-7C12-4954-896E-ABB8138D0166

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _Valéria Bertolazzi_
581EB17ACCD54D2...

Name: Valéria Cecília de Moraes Sita Bertolazzi

Address: Rua Padre Vieira 673

Campinas, São Paulo BR 13015301

Phone Number: 5511972323223

Email Address: valeriabertolazzi@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2011     To: 07/11/2012

DocuSign Envelope ID: F06AD5DD-CC76-442D-A849-2B21939F508C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/04/2017

Signature: *VANESSA LISSETTE FLOP AVILES*
DocuSigned by:
960E44D8FB694C3...

Name: VANESSA LISSETTE FLOR AVILES

Address: N85c e Isidro Ayora

Quito, Pichincha EC 170302

Phone Number: 593995295212

Email Address: vane-f18@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/03/2014     To: 05/27/2015

DocuSign Envelope ID: 893F76CE-EB0E-40AC-85FA-5F0E832A6B12

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/05/2017

Signature: *Veronica Goncalo vaz*
DocuSigned by:
095045EB8B0645E...

Name: Veronica Goncalo vaz

Address: 202 Harkins Mill Rd

Rochester, PA US 15074

Phone Number: 2028157191

Email Address: veronica.g.vaz@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/15/2012     To: 10/15/2014

DocuSign Envelope ID: 97E7B6C2-0CC4-4FD1-9C7A-8FD3AD5DC435

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/10/2017

Signature: *Viviana Marcela Solano Restrepo*
DocuSigned by:
08EF3931DF6C414...

Name: Viviana Marcela Solano Restrepo

Address: Calle 131 c # 90-20

Colombia, Bogota CO 111131

Phone Number: +573124206966

Email Address: viviisolano@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/04/2014     To: 08/04/2015

DocuSign Envelope ID: BA537428-E03D-4A46-A786-7D380C2EF610

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 07/31/2017

Assinatura: _DocuSigned by:_ A4934B668006413...

Nombre: Viviane Regina dos santos

Endereço: Rua bento pereira ,14

Varzea paulista, São paulo BR 13223111

Teléfono: 11960687569

Email Address: vivianeregina82@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 03/11/2013     A: 09/09/2014

DocuSign Envelope ID: 133CFFD2-A649-45C9-9AF7-06EECA70F2EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/01/2017

Signature: *Xoshil Y. Morales Venegas*
DocuSigned by:
9672742594FA47C...

Name: Xoshil Y. Morales Venegas

Address: 1336 Breaux Road

Lafayetette, LA US 70506

Phone Number: 3372554879

Email Address: morzoey@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/12/2012      To: 03/31/2013

DocuSign Envelope ID: 192B55D8-4CBF-4485-AD38-B2871960011E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/02/2017

Signature: _DocuSigned by:_ E19E17BAAD344E1...

Name: Yessica meneses duarte

Address: 4 granby

Natick, MA US 01760

Phone Number: 5084941697

Email Address: Yesy_1224@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/04/2016     To: 01/04/2018

DocuSign Envelope ID: 44ABC9BF-7851-4B5A-9C16-DD70F324DFBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 07/31/2017

Signature: _(DocuSigned by: B5B2A83AA45446D...)_

Name: Yukari Harumi Kitamura

Address: 46 Colgate Drive

Plainview, NY US 11803

Phone Number: 5165545808

Email Address: y.kitamura@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/20/2015    To: 09/20/2017

DocuSign Envelope ID: 5C5C9584-5F90-4EB3-BCA8-49B7D3CDD8C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/09/2017

Signature: _DocuSigned by:_ 638B8A6EEBB043D...

Name: Yuly Mosca

Address: 50 McClure st

Rever, MA US 01151

Phone Number: 8576153591

Email Address: ysierrab@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/25/2009     To: 05/20/2011