IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

     Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

     Defendants.

---

**AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 641-1, 641-6, 641-7, 641-35, and 642 ANNEXED TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL**

---

     Pursuant to D.C. COLO. L.Civ. R. 7.2, Defendant, American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves this Court for permanent Level 1 restricted access to ECF Nos. 641-1, 641-6, 641-7, 641-35, and 642. These documents were filed in connection with Plaintiffs' Reply in Further Support of their Motion for Rule 23 Class Certification and Appointment of Counsel (ECF No. 642) ("Plaintiffs' Reply" or "Reply Brief"). In support of its unopposed motion to restrict public access, AIFS states as follows:

     1.     All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in Gillard v. Boulder Valley School District RE-2, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2.      The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305).

3.      Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. Id. at ¶ 8.

4.      On August 2, 2017, Plaintiffs filed the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of their Rule 23 Class Certification and Appointment of Class Counsel ("Valdivieso Declaration") (ECF No. 641).

5.      On August 2, 2017, Plaintiffs filed their Reply Brief (ECF No. 642).

6.      Courts will limit public access to documents if the documents contain: (1) trade secrets (Pine Tel. Co., Inc. v Alcatel Lucent USA Inc., 617 F. App'x 846, 851 (10th Cir 2015)); or (2) business information that might harm a litigant's competitive standing (Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)); Fed. R. Civ. P. 5.2; see also Anderson v Walgreen Co., 14-CV-02642-RM-MJW, 2016 WL 74934, at *2 (D Colo Jan. 7, 2016).

**Redaction and Restriction of ECF Nos. 641-1, 641-35, and 642**

7.      AIFS seeks to redact a small portion of Plaintiffs' Reply Brief (ECF No. 642) that contains confidential business information business information which, if disclosed, would impair AIFS' competitive standing.  Nixon, 435 U.S. at 598.

Specifically, ECF No. 642 contains information related to AIFS' corporate policies and communications with host families.

8.      As only a portion of ECF No. 642 discloses AIFS' confidential information, AIFS has attached a redacted version of this document as Exhibit A to this motion. This redacted version is appropriate for filing in the public record.  AIFS requests that the original, unredacted version of ECF No. 642 remain under Level 1 restricted access.

9.      AIFS seeks to redact a portion of ECF No. 641-1, which is annexed to the Valdivieso Declaration (ECF No. 641) as Exhibit 1.  ECF No. 641-1 contains excerpts from Ruth F. Ferry's[1] deposition transcript, and contains confidential business information which, if disclosed, would impair AIFS' competitive standing.  Nixon, 435 U.S. at 598.  Specifically, ECF No. 641-1 contains confidential business information of competitive value, including testimony concerning AIFS' corporate structure, market analysis, and other proprietary business information.

10.      As only a portion of ECF 641-1 discloses AIFS' confidential information, AIFS has attached a redacted version of this document as Exhibit B to this motion. This redacted version is appropriate for filing in the public record.  AIFS requests that the original, unredacted version of ECF No. 641-1 remain under Level 1 restricted access.

11.      AIFS also seeks to redact a portion of ECF No. 641-35, which is annexed to the Valdivieso Declaration as Exhibit 32.  ECF No. 641-35 contains the Declaration of Ruth F. Ferry, dated July 17, 2017, which contains confidential business information of

---

[1] AIFS' Rule 30(b)(6) corporate representative.

competitive value and other proprietary business information.  Nixon, 435 U.S. at 598;

see also SOLIDFX, LLC v. Jeppesen Sanderson, Inc., No. 11-CV-01468-WJM-BNB,

2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade

secrets are among the interests which have been found, under certain circumstances,

to overcome the presumption of openness."); Huddleson v. City of Pueblo, Colo., 270

F.R.D. 635, 637 (D. Colo. 2010).

12.     Only a portion of ECF No. 641-35 contains confidential information.

Therefore, AIFS has attached a redacted version of this document as Exhibit C to this

motion. This redacted version is appropriate for public filing.  AIFS, however, requests

that the original, unredacted ECF No. 641-35 remain under Level 1 restricted access.

**Restriction of ECF Nos. 641-6, and 641-7**

13.     ECF Nos. 641-6 and 641-7 are annexed to the Valdivieso Declaration

(ECF No. 641) as Exhibits 3 and 4, respectively.

14.     Exhibit 3 (ECF No. 641-6) to the Valdivieso Declaration contains an

internal AIFS document entitled, "Au Pair in America Fact Sheet," which contains

confidential business information of considerable competitive value.  Anderson, 2016

WL 74934, at *2.  Specifically, ECF No. 641-6 contains confidential business

information and analysis, including information concerning AIFS' au pair screening,

placement and training processes, and other proprietary business information.

15.     Exhibit 4 (ECF No. 641-7) to the Valdivieso Declaration contains an email

exchange between AIFS and the Alliance for International Education and Cultural

Exchange, which contains confidential business information and communications

relating to legislation affecting the industry. Id., see also Nixon, 435 U.S. at 598; SOLIDFX, 2012 WL 2917116, at *2.

16.     In light of the foregoing, ECF Nos. 641-6 and 641-7 should maintain their Level 1 restriction, as they contain confidential business information and operational information and/or trade secrets, the disclosure of which would greatly impair AIFS' competitive standing.

17.     As required by D.C. COLO. L.Civ.R. 7.1(A), undersigned counsel certifies that on August 15, 2017, and August 16, 2017, he conferred with Plaintiffs' counsel concerning the relief sought herein, and Plaintiffs do not oppose.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF Nos. 641-1, 641-6, 641-7, 641-35, and 642 annexed to Plaintiffs' Reply in Further Support of their Motion for Rule 23 Class Certification and Appointment of Counsel.

Dated: August 16, 2017          Respectfully Submitted,

*s/ John B. Fulfree*
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020
Email: jfulfree@putneylaw.com
***Attorneys for American Institute for Foreign Study d/b/a Au Pair in America***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of August, 2017, I electronically served a true and correct copy of **AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF NOS. 641-1, 641-6, 641-7, 641-35, AND 642 ANNEXED PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF COUNSEL** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO  80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN,
    P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail:
    kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO  80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE
    LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER
    SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO  80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

Bogdan Enica
Bogdan Enica, Attorney at Law
111 Second Avenue, NE, Suite 213
St. Petersburg, FL  33701
Email: Bogdane@hotmail.com

Susan Penniman Klopman
H & K Law, LLC
3900 East Mexico Ave, Suite 330
Denver, CO 80210
Email: sklopman@hklawllc.com

Lauren F. Louis
Sigrid S. McCawley
Sabria McElroy
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
575 Lexington Ave., 7th Floor
New York, NY  10022
Email: llouis@bsfllp.com
Email: smccawley@bsfllp.com
Email: smcelroy@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Email:  srodriguez@bsfllp.com
Email:  jvaldivieso@bsfllp.com

Lawrence Lee
Susan M. Schaecher
FISHER & PHILLIPS LLP
1801 California Street, Suite 2700
Denver, CO  80202
Email: llee@laborlawyers.com
Email: sschaecher@laborlawyers.com

Eric J. Stock
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Email: estock@gibsondunn.com

Matthew L. Schwartz
Peter M. Skinner
Dawn L. Smalls
Randall W. Jackson
Joshua J. Libling
Boies, Schiller & Flexner, LLP
575 Lexington Ave., 7th Floor
New York, NY  10022
Email:  mlschwartz@bsfllp.com
Email:  pskinner@bsfllp.com
Email: dsmalls@bsfllp.com
Email:  rjackson@bsfllp.com
Email: jlibling@bsfllp.com

_s/ John B. Fulfree_

John B. Fulfree