IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [ECF NO. 641-33]**

Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") hereby move this Court for an order restricting public access, under Level 1 restricted access, to Exhibit 30 to the Declaration of Juan P. Valdivieso In Support of Plaintiffs' Reply in Further Support of Rule 23 Class Certification and Appointment of Class Counsel [ECF No. 641-33]. In support thereof, Go Au Pair states as follows:

1.    Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion. Plaintiffs do not oppose the relief requested herein.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On August 2, 2017, Plaintiffs filed their Reply in Support of Rule 23 Class Certification and Appointment of Class Counsel [ECF No. 642] and the Declaration of Juan P. Valdivieso in Support thereof [ECF No. 641]. Go Au Pair believes in good faith that certain exhibits attached to Mr. Valdivieso's declaration contain highly confidential information related to Go Au Pair's business operations.

6. In particular, attached as Exhibit 30 to Mr. Valdivieso's declaration is the Declaration of Bill Kapler in Support of Go Au Pair's Opposition to Plaintiffs' Motion for Class Certification and a few of its accompanying exhibits [ECF No. 641-33], which Go Au Pair previously filed in support of its individual and the defendants' joint opposition to

class certification.[1] Go Au Pair has designated the Mr. Kapler's declaration as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it provides detailed information regarding Go Au Pair's business, including the size of Go Au Pair's business and the number of au pairs that come through Go Au Pair's program, supply and demand dynamics of Go Au Pair's host families and au pairs, and an analysis of the reasons potential host families choose not to use au pairs for their childcare needs. As such, Mr. Kapler's declaration contains proprietary business information of competitive value and significance.

7. Further, Exhibit 3 to Mr. Kapler's declaration contains confidential name and contact information for individual third parties (a Go Au Pair host family).

8. Accordingly, to preserve the confidentiality of Go Au Pair's sensitive business information and the privacy of individual third parties, portions of Mr. Kapler's declaration should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

---

[1] Due to its size, Mr. Kapler's declaration and all exhibits thereto were filed in multiple parts as Exhibit O to Defendants' Joint Opposition to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Counsel [ECF Nos. 603, 603-30 to 603-33]. Only the first part of that exhibit, which includes Mr. Kapler's declaration and its first three exhibits, is attached to Mr. Valdivieso's declaration.

9. Because only a portion of Mr. Kapler's declaration references confidential information, Go Au Pair has attached a redacted version of that document (as attached to Mr. Valdivieso's declaration) as Exhibit A to this motion. This redacted version of Mr. Kapler's declaration may be filed in the public record. Go Au Pair, however, requests that the original, unredacted version of this document remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibit 30 to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of Rule 23 Class Certification and Appointment of Counsel [ECF No. 641-33].

Dated: August 16, 2017.

Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Grace A. Fox
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
            Fox@wtotrial.com
            West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

5

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 16, 2017, I electronically filed the foregoing go au pair's UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [ECF NO. 641-33] with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathryn A. Reilly*