IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

## DEFENDANTS' MOTION TO RESCHEDULE MOTIONS HEARING ADDRESSING ECF NOS. 596, 618, AND 620

---

Defendants American Cultural Exchange LLC, Go Au Pair Operations LLC (together with American Cultural Exchange LLC, "Go Au Pair"); Au Pair International Inc.; Agent Au Pair, Inc.; Cultural Care, Inc.; Interexchange, Inc.; Expert Au Pair, Cultural Homestay International; APF Global Exchange, NFP; A.P.E.X. American Professional Exchange; 20/20 Care Exchange, Inc.; Great Au Pair, LLC; AuPairCare, Inc.; and USAuPair, Inc. (collectively, "Defendants"), by and through the undersigned counsel, move the Court to enter an order resetting the motions hearing currently set for 9:00 a.m. on August 31, 2017 ("Motions Hearing"), due to multiple scheduling conflicts. Defendants request that the hearing be rescheduled for one of the following dates: August 25, 2017, October 3, 2017, October 4, 2017, October 5, 2017, or October 9, 2017. As grounds therefor, Defendants state as follows:

1.      Pursuant to D.C.COLO.LCivR. 7.1(a), all parties have conferred regarding the relief requested herein. No party objects to re-setting the Motions Hearing for August 25, 2017. Plaintiffs, however, object to moving the Motions Hearing to October.

2.      By order dated July 21, 2017 [ECF No. 622], the Court set a motions hearing for 2:00 p.m. on September 21, 2017, to address Defendants' Motion for Order to Show Cause [ECF No. 596], Plaintiffs' Motion to Amend the FLSA Notice Documents [ECF No. 618], and Plaintiffs' Motion to Amend Scheduling Order [ECF No. 620] ("Motions Hearing").

3.      By order dated August 11, 2017 [ECF No. 654], the Court vacated the September 21, 2017 setting and reset the Motions Hearing for 9:00 a.m. on August 31, 2017, due to a conflict with the Court's calendar.

4.      Counsel for several of the defendants have immutable conflicts with the Motions Hearing's current setting of August 31, 2017. In particular:

- Lead counsel for Go Au Pair, Au Pair International, and Agent Au Pair (three of the fifteen defendants), Kathryn Reilly, is getting married over Labor Day weekend and will be out of town from August 30, 2017, through September 7, 2017.

- The two lead attorneys representing Cultural Care have, in a different matter, a total of 7 depositions scheduled on the East coast for the week of August 28, 2017, including two double-tracked depositions on August 31, 2017, that cannot be rescheduled due to a discovery deadline of August 31, 2017.

- Lead Counsel for EurAupair also has depositions scheduled for August 29, 30, and 31, 2017.

5.      Defendants' counsel have conferred amongst themselves and are generally available to appear for the Motions Hearing if it is rescheduled for one of the following days: August 25, 2017, October 3, 2017, October 4, 2017, October 5, 2017, or October 9, 2017.

6.      On behalf of Defendants, Ms. Reilly has conferred with Plaintiffs' counsel regarding the relief requested herein and to obtain their availability for a rescheduled Motions Hearing. Plaintiffs' counsel informed Ms. Reilly that Plaintiffs are amenable to re-setting the Motions Hearing for August 25, 2017, but that Plaintiffs oppose delaying the hearing until October.

7.      Pursuant to D.C.COLO.LCivR. 6.1(c), counsel for each of the moving defendants will serve a copy of this motion on each such defendant upon filing.

WHEREFORE, Defendants respectfully request that the Motions Hearing currently set for 9:00 a.m. on August 31, 2017, be rescheduled for one of the following days: August 25, 2017, October 3, 2017, October 4, 2017, October 5, 2017, or October 9, 2017.

Dated: August 17, 2017.                    Respectfully submitted,


                                           s/ Kathryn A. Reilly
                                           Kathryn A. Reilly
                                           Grace A. Fox
                                           Natalie West
                                           Wheeler Trigg O'Donnell LLP
                                           370 Seventeenth Street, Suite 4500
                                           Denver, CO  80202-5647
                                           Telephone:  303.244.1800
                                           Facsimile:  303.244.1879
                                           Email:  Reilly@wtotrial.com
                                                   Fox@wtotrial.com
                                                   West@wtotrial.com

                                           Attorneys for Defendants Agent Au Pair, Inc.,
                                           American Cultural Exchange, LLC d/b/a Go
                                           Au Pair, Go Au Pair Operations LLC, and Au
                                           Pair International Inc.


                                           s/ Jessica Fuller
                                           Joan A. Lukey (joan.lukey@choate.com)
                                           Robert M. Buchanan, Jr.
                                           (rbuchanan@choate.com)
                                           Michael T. Gass (mgass@choate.com)
                                           Justin J. Wolosz (jwolosz@choate.com
                                           Lyndsey M. Kruzer (lkruzer@choate.com)
                                           CHOATE HALL & STEWART LLP
                                           Two International Place
                                           Boston, Massachusetts  02110
                                           Telephone:  (617) 248-4790

                                           James M. Lyons (jlyons@lrrc.com)
                                           Jessica L. Fuller (jfuller@lrrc.com)
                                           Diane Hazel (dhazel@lrrc.com)
                                           LEWIS ROCA ROTHGERBER CHRISTIE
                                           LLP
                                           One Tabor Center, Suite 3000
                                           1200 Seventeenth Street
                                           Denver, CO 80202
                                           Tel: (303) 623-9000

Fax: (303) 623-9222

Attorneys for Defendant Cultural Care, Inc.
d/b/a Cultural Care Au Pair


s/ Brooke A. Colaizzi
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendant InterExchange, Inc.

s/ Bogdan Enica
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

Attorney for Defendant Expert Group
International, Inc. d/b/a Expert Au Pair

s/ James E. Hartley
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)

Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

Attorneys for Defendant Cultural Homestay
International

*s/ Lawrence L. Lee*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

Attorneys for Defendants APF Global
Exchange, NFP

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

Attorneys for Defendants A.P.E.X. American
Professional Exchange, LLC d/b/a ProAuPair
and 20/20 Care Exchange, Inc. d/b/a The
International Au Pair Exchange

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

6

Attorneys for Defendant GreatAuPair, LLC

*s/ Peggy Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

Attorneys for Defendant AuPairCare, Inc.

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

Attorneys for Defendant USAuPair, Inc.

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I hereby certify that on August 17, 2017, I electronically filed the foregoing
DEFENDANTS' MOTION TO RESCHEDULE MOTIONS HEARING ADDRESSING
ECF NOS. 596, 618, AND 620 with the Clerk of Court using the CM/ECF system which
will send notification of such filing to all counsel of record:


*s/ Kathryn A. Reilly*