IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

---

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO RESCHEDULE MOTIONS HEARING ADDRESSING ECF NOS. 596, 618, AND 620**

---

THIS MATTER comes before the Court on Defendants' Motion to Reschedule Motions Hearing Addressing ECF Nos. 596, 618, And 620. The Judge, being fully advised, orders as follows:

The motion is hereby GRANTED. The hearing date of August 31, 2017 is VACATED and is rescheduled to _____, 2017.

SO ORDERED.

Dated: _____

                                                                Christine M. Arguello, Judge
                                                                 United States District Court of Colorado