IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

---

**AU PAIR INTERNATIONAL'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT B [ECF NO. 644-2] TO CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendant Au Pair International, Inc. ("API") hereby moves this Court for an order restricting public access, under Level 1 restricted access, to Exhibit B to Certain Defendants' Reply in Support of Motion for Order to Show Cause [ECF No. 644-2]. In support thereof, API states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1(a), API's counsel emailed Plaintiffs' counsel on August 17, 2017, to confer about this motion. Plaintiffs do not oppose the motion.

    2.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On August 3, 2017, API and several other defendants filed Certain Defendants' Reply in Support of Motion for Order to Show Cause [ECF No. 644]. Attached as Exhibit B [ECF No. 644-2] to that reply is the Declaration of Steve Lehan, which API has designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY due to its discussion of API's financial situation.[1] As such, Mr. Lehan's declaration contains sensitive financial and business information that may be of competitive value.

6. Accordingly, to preserve the confidentiality of API's sensitive financial and business information, portions of Mr. Lehan's declaration should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of

---

[1] A copy of Mr. Lehan's declaration that does not bear the "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" marker was inadvertently filed with defendants' reply brief. API's counsel, however, informed defense counsel that Mr. Lehan's declaration should be treated as highly confidential under the Protective Order.

trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.").

7. Because only a portion of Exhibit B discloses confidential information, API has attached a redacted version of this document as Exhibit A to this motion. This redacted version of Exhibit B may be filed in the public record. API, however, requests that the original, unredacted version of Mr. Lehan's declaration remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, API respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to Exhibit B [ECF No. 644-2] to Certain Defendants' Reply in Support of Motion for Order to Show Cause.

Dated:  August 17, 2017.        Respectfully submitted,

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Grace A. Fox
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email:  Reilly@wtotrial.com
        Fox@wtotrial.com
        West@wtotrial.com

Attorneys for Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC.

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 17, 2017, I electronically filed the foregoing AU PAIR INTERNATIONAL'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS B [ECF NO. 644-2] TO CERTAIN DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Paula Hagar for Kathryn A. Reilly*