IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Angelica María Vargas Reyes
2. Brenda Mejía Canales
3. Maria Camila Paz Chamoro
4. Nadia Juliana Reid (Posada)
5. Sulim Delgado Sesena
6. Adriana Helena Da Silva Marculino
7. Aleska Jerez
8. Alva Boman
9. Ana Flávia De Lima E Castro
10. Ana Isabel Frías Pérez
11. Ana Raquel Gomez Echeverria
12. Andrea Bianchi
13. Angela Rivera Prada
14. Camila Almeida Amorim
15. Daniele Nascimento Silva
16. Danielle Gomes Oliveira
17. Déborah Correa Alcantara
18. Desiree Amaral Espadas
19. Diana Cecilia Moreno Macias

1

20. Diana Portela
21. Eliana Gineth Castillo Prieto
22. Erica Souza De Morais Thomas
23. Erika Marlen Gonzalez Tovar
24. Estefanía Bedoya Usuga
25. Fernanda Maria Aparecida De Godoy
26. Gabriela F Ramos
27. Giselle Bagatini
28. Hadrielly Almeida Silva Gomes
29. Ingrid Bellenzier
30. Ingrid T Pinheiro Foreman
31. Isadora Salles Machado
32. Jaqueline Silva Moraes
33. Jirlene Oliveira Fletcher
34. Juanita Beatriz Ek Pech
35. Juliana Faria Santos
36. Juliana Silveira Ferreira Alves
37. Karin Mikaela Johannesson
38. Karol Plunkar
39. Larissa Andressa Maia
40. Laura Camila Barriga Rodriguez
41. Laura Melissa Elorza Pérez
42. Laura Montero
43. Leidy Johanna Bastos Perenguez
44. Leydy Andrea Maldonado
45. Linda Marisol García Trejo
46. Luana Nascimento Da Silva Ottoni
47. Luisa Sordo Mejia
48. Lysset Minerba Labarces Cruz
49. María Luna
50. Melissa Lopez
51. Melissa Uribe Cobos
52. Michelle Garza Guzman
53. Nadia Pineda Villegas
54. Nathalia Aguillon
55. Nayara Calvo Gomez
56. Noemi Patty
57. Paola Andrea Reinoso Sánchez
58. Paola Andrea Soler González
59. Paula Bibiana Sanchez Ortiz
60. Rafaela De Freitas
61. Raisa Aberasturi Barboza
62. Rebecca C Thomson
63. Rina Sanchez
64. Romina Edith Garcia Garcia
65. Solanyi Orjuela

66. Stefany Cecilia Paredes
67. Susan Michelle Alvarez Del Castillo
68. Tania Del Carmen Pena Ordonez
69. Thalissa Hiraki Velazquez
70. Thielly Sepulvida
71. Valentina Arango Hoyos
72. Veronica Guachalla
73. Xochiehecatl Chavez Ordoño
74. Zayra Esnedy Bonilla Cruz

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: August 18, 2017

Respectfully submitted,

 /s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2017, I electronically served the foregoing motion on all counsel of record.

                   <u>/s/ Dawn Smalls</u>
                   Dawn L. Smalls