# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Angelica María Vargas Reyes | Au Pair Care, Inc. |
| Brenda Mejía Canales | InterExchange |
| Maria Camila Paz Chamoro | Cultural Care Au Pair |
| Nadia Juliana Reid (Posada) | Go AuPair |
| Sulim Delgado Sesena | Cultural Care |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: Thursday, August 17, 2017   SIGNATURE: [signature]

PRINTED NAME: Angélica María Vargas Reyes

ADDRESS: Carrera 69 F # 2-52

TELEPHONE NUMBER(S): +57 3112232360

EMAIL ADDRESS: angievr164@hotmail.com

SPONSOR: Au Pair Care, Inc

DATES IN AU PAIR PROGRAM: 22 September 2014 - 22 May 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 14/08/2017  SIGNATURE: Bserdaeue

PRINTED NAME: Brenda Mejia Canales

ADDRESS: Fray Juan de San Miguel #13 Villa de los Frailes, 37790. San Miguel de Allende, Guanajuato, Mexico.

TELEPHONE NUMBER(S): +52 415 115 5072

EMAIL ADDRESS: brenda.eme@outlook.com

SPONSOR: InterExchange

DATES IN AU PAIR PROGRAM: 08/11/2016 - 02/06/2017 (After 7 months I had to leave the program due health reasons, I decided to receive treatment in my home country, 25.4 working weeks.)

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August 14th, 2017   SIGNATURE: Maria Camila Paz Ch.

PRINTED NAME: Maria Camila Paz Chamoro

ADDRESS: Calle 22 Numero 1-30 Conjunto residencial Los Pinos Torre D Apartamento 804 - Pasto (Colombia)

TELEPHONE NUMBER(S): +15129403272 - +573015002430

EMAIL ADDRESS: camipaz10@gmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: January 9, 2017 to December, 2017.

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 8/15/2017   SIGNATURE: [signed]
PRINTED NAME: Nadia Juliana Reid (Posada) single
ADDRESS: 23-25 Chestnut Street. Apt 8B
Wallington, NJ. 07057.

TELEPHONE NUMBER(S): 9083744175
EMAIL ADDRESS: najupobo@gmail.com
SPONSOR: go aupair
DATES IN AU PAIR PROGRAM: October 29th/2010 - October 29th/2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D. Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 08/16/2017   SIGNATURE: [signed]

PRINTED NAME: Sulim Delgado Sesena

ADDRESS: 1 Chestnut St., Medford, Ma. 02155

TELEPHONE NUMBER(S): 857 258 1825

EMAIL ADDRESS: sulim_ds@hotmail.com

SPONSOR: Cultural Care

DATES IN AU PAIR PROGRAM: October, 2012 – November, 2014

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336