# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 7018 | 83f7d20f | Adriana Helena Da Silva Marculino | Au Pair Care, Inc. |
| 7148 | 96ee737b | Aleska Jerez | Au Pair in America (APIA/AIFS |
| 7085 | 486f57fd | Alva Boman | Au Pair in America (APIA/AIFS |
| 7103 | cd309931 | Ana Flávia De Lima E Castro | Au Pair Care, Inc. |
| 7127 | b0c3fb6e | Ana Isabel Frías Pérez | Au Pair Care, Inc. |
| 6977 | a4c6f935 | Ana Raquel Gomez Echeverria | Cultural Care Au Pair |
| 7232 | c57582a64 | Andrea Bianchi | Au Pair Care, Inc. |
| 7162 | e8e7bbcb | Angela Rivera Prada | Au Pair Care, Inc. |
| 7200 | tf9ggaf2c | Camila Almeida Amorim | Au Pair in America (APIA/AIFS |
| 7080 | 125a443c | Daniele Nascimento Silva | Cultural Care Au Pair |
| 7129 | af58df4b | Danielle Gomes Oliveira | Cultural Care Au Pair |
| 7033 | 642037c0 | Déborah Correa Alcantara | Au Pair Care, Inc. |
| 7186 | ka7e8h3c9 | Desiree Amaral Espadas | InterExchange, Inc. |
| 6998 | 3b380692 | Diana Cecilia Moreno Macias | Au Pair Care, Inc. |
| 7222 | p633gf9a4 | Diana Portela | Cultural Care Au Pair |
| 7226 | cge526586 | Eliana Gineth Castillo Prieto | Cultural Care Au Pair |
| 7014 | 478ad3d1 | Erica Souza De Morais Thomas | Au Pair Care, Inc. |
| 6982 | 8b1301d0 | Erika Marlen Gonzalez Tovar | Cultural Care Au Pair |
| 7204 | ldg368eff | Estefanía Bedoya Usuga | Cultural Care Au Pair |
| 7133 | e86d2cf0 | Fernanda Maria Aparecida De Godoy | Au Pair Care, Inc. |
| 7119 | a213a544 | Gabriela F Ramos | Au Pair Care, Inc. |
| 7191 | c7hbf4daf | Giselle Bagatini | Cultural Care Au Pair |
| 7081 | dcd7fb2f | Hadrielly Almeida Silva Gomes | Cultural Care Au Pair |
| 7155 | 5ccfed2d | Ingrid Bellenzier | Au Pair Care, Inc. |
| 7206 | ybcd66gah | Ingrid T Pinheiro Foreman | Au Pair in America (APIA/AIFS |
| 6960 | 412be1e8 | Isadora Salles Machado | Au Pair Care, Inc. |
| 7072 | 3212677c | Jaqueline Silva Moraes | Cultural Care Au Pair |
| 7151 | 18004667 | Jirlene Oliveira Fletcher | Au Pair Care, Inc. |
| 7058 | 0be0e27e | Juanita Beatriz Ek Pech | Cultural Care Au Pair |
| 6963 | 3e0018e4 | Juliana Faria Santos | Au Pair Care, Inc. |
| 7098 | 44c497bf | Juliana Silveira Ferreira Alves | Au Pair Care, Inc. |
| 7026 | 90cc38ee | Karin Mikaela Johannesson | Au Pair in America (APIA/AIFS |
| 6958 | ce5643bf | Karol Plunkar | Cultural Care Au Pair |
| 7047 | 3f428f1f | Larissa Andressa Maia | Au Pair Care, Inc. |
| 7174 | 3f8d89c1 | Laura Camila Barriga Rodriguez | InterExchange, Inc. |
| 7029 | 9100cba5 | Laura Melissa Elorza Pérez | Cultural Care Au Pair |
| 7131 | 85cc834e | Laura Montero | Au Pair Care, Inc. |
| 7011 | f85ebebb | Leidy Johanna Bastos Perenguez | Au Pair in America (APIA/AIFS |
| 6986 | 4f41a272 | Leydy Andrea Maldonado | Au Pair Care, Inc. |
| 7068 | b3a1a3c2 | Linda Marisol García Trejo | Au Pair Care, Inc. |
| 7211 | ph2b95dch | Luana Nascimento Da Silva Ottoni | Au Pair in America (APIA/AIFS |
| 7088 | f9e01edc | Luisa Sordo Mejia | Au Pair in America (APIA/AIFS |
| 7208 | p8e2dhb58 | Lysset Minerba Labarces Cruz | Au Pair Care, Inc. |
| 7063 | f35deb38 | María Luna | Au Pair in America (APIA/AIFS |
| 7202 | hef7g3ff2 | Melissa Lopez | Cultural Care Au Pair |
| 7050 | 66a2c02c | Melissa Uribe Cobos | Cultural Care Au Pair |
| 7217 | ggca8d6d7 | Michelle Garza Guzman | Cultural Care Au Pair |
| 7092 | 11d46eeb | Nadia Pineda Villegas | Au Pair in America (APIA/AIFS |
| 7053 | 23146ed4 | Nathalia Aguillon | Au Pair Care, Inc. |
| 7042 | 06c76bb8 | Nayara Calvo Gomez | InterExchange, Inc. |
| 7180 | k934bcc94 | Noemi Patty | Au Pair in America (APIA/AIFS |
| 6980 | 2d3f92cf | Paola Andrea Reinoso Sánchez | Au Pair Care, Inc. |
| 7095 | 95b19bf6 | Paola Andrea Soler González | Cultural Care Au Pair |
| 7109 | be30ee01 | Paula Bibiana Sanchez Ortiz | Au Pair Care, Inc. |
| 7197 | he4b3ghb3 | Rafaela De Freitas | Au Pair Care, Inc. |
| 7004 | 23e4e3b0 | Raisa Aberasturi Barboza | Au Pair Care, Inc. |
| 7035 | d92964c0 | Rebecca C Thomson | Go Au Pair |
| 7115 | 6607ed99 | Rina Sanchez | InterExchange, Inc. |
| 7135 | 7820e7e5 | Romina Edith Garcia Garcia | Cultural Care Au Pair |
| 7023 | c9e4534d | Solanyi Orjuela | Au Pair Care, Inc. |
| 6974 | 85296d87 | Stefany Cecilia Paredes | Cultural Care Au Pair |
| 7076 | 2efdb9fc | Susan Michelle Alvarez Del Castillo | Cultural Care Au Pair |
| 7213 | p2haae84d | Tania Del Carmen Pena Ordonez | Au Pair Care, Inc. |
| 7230 | ch4a7fh84 | Thalissa Hiraki Velazquez | Au Pair Care, Inc. |
| 7107 | 6b1d00bc | Thielly Sepulvida | Cultural Care Au Pair |
| 7137 | 884f24cc | Valentina Arango Hoyos | Go Au Pair |
| 7021 | 3097af06 | Veronica Guachalla | Au Pair in America (APIA/AIFS |
| 7184 | v3f8h482b | Xochiehecatl Chavez Ordoño | Cultural Care Au Pair |
| 6995 | 415ab5de | Zayra Esnedy Bonilla Cruz | Cultural Care Au Pair |

DocuSign Envelope ID: FA15BA38-EE87-4C7C-83BC-9D07BC00264E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _[DocuSigned by: CAFDB86067C0489...]_

Name: Adriana Helena da silva marculino

Address: 99 saddlehorn drive

Rochester , NY US 14626

Phone Number: 8136078105

Email Address: adrianahsm@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/20/2015     To: 07/20/2017

DocuSign Envelope ID: B4BF380C-8FE7-469C-A232-E5FE38347910

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: *[DocuSigned signature: CAFC79E9B21A45B...]*

Name: ALESKA JEREZ

Address: 5655 Chemin De Vie

Atlanta, GA US 30342

Phone Number: 4042631530

Email Address: ajs_ale@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/12/2012     To: 03/10/2014

DocuSign Envelope ID: C2F0874F-B0F3-470D-9A42-ACA13851C98B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: _Alva Boman_ (DocuSigned by: 0C136B640638436...)

Name: Alva Boman

Address: 2109 grayson place

Falls church, VA US 22043

Phone Number: 7039393470

Email Address: Alva.boman@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2016     To: 10/23/2017

DocuSign Envelope ID: 06E5E247-5D49-438B-A8B2-009604E811F1

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/14/2017     Assinatura: *Ana Flávia de Lima e Castro*
DocuSigned by:
8756806093BB402...

Nombre: Ana Flávia de Lima e Castro

Endereço: Rua dos Corretores, 136, Alípio de Melo

Belo Horizonte, Minas Gerais BR 30840060

Teléfono: +5531988085873

Email Address: anacastro185@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 07/19/2010     A: 07/19/2012

DocuSign Envelope ID: 7B6D5583-C084-4CC5-BEA0-EC11835466D7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/15/2017_  Firma: _Ana Isabel Frías Pérez_
CCDDFFD06101403...

Nome: Ana Isabel Frías Pérez

Dirección: C/Doctores CastroViejo Nº52 2ºD

Calahorra, La Rioja ES 26500

Telefone: 677692768

Email Address: clariana_89@outlook.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _01/18/2016_  A: _07/18/2017_

DocuSign Envelope ID: C56E3E91-2499-4726-A71C-20D1048D8906

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _DocuSigned by:_ 868DC67D297D4D6...

Name: Ana Raquel Gomez Echeverria

Address: 4921 Harman Drive

Harrisburg, PA US 17112

Phone Number: 7177987974

Email Address: ARGHE11282@HOTMAIL.COM

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/18/2009    To: 11/13/2010

DocuSign Envelope ID: EB11B4B0-5166-402D-A7D0-4E2821B1B97E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/17/2017

Signature: _DocuSigned by:_ F1347EFDFC604BF...

Name: Andrea Bianchi

Address: 5601 collins ave apto 1702

Miami beach, FL US 33140

Phone Number: 5086542413

Email Address: Andreabianchip@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014          To: 03/10/2016

DocuSign Envelope ID: 929D20B7-E245-48D8-AE74-8251B631F6CA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  08/15/2017

Firma:  _DocuSigned by:_ [signature] 1EC096986C664FB...

Nome:  Angela Rivera Prada

Dirección:  Calle 25 # 99 - 39

Bogota,  CO 000000001

Telefone:  3002717120

Email Address:  Angelariverap@gmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  02/10/2010

A:  01/10/2012

DocuSign Envelope ID: 1B52000E-2B21-4438-89B8-58944900B550

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *Camila Almeida Amorim*
DocuSigned by:
2FA5D68356204FA...

Name: Camila Almeida Amorim

Address: Rua das Chácaras, 04 Vila São Pedro

São Bernardo do Campo, São Paulo BR 09784-445

Phone Number: 5511943023643

Email Address: camila.almeida.amorim@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/10/2012      To: 10/10/2014

DocuSign Envelope ID: FB2AED2F-75E7-471C-B8B9-2B9ED945A4FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *Daniele N S*
906C50EDA36F4F1...

Name: Daniele Nascimento Silva

Address: 67 Kennedy Street

Alexandria , VA US 22305

Phone Number: 2405321594

Email Address: daniele.naascimento@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/20/2015        To: 09/20/2017

DocuSign Envelope ID: C153B260-1588-4FEC-A9EB-41ADF358BA2E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: *Danielle Gomes Oliveira*
DocuSigned by:
ADEF9F77AF3843F...

Name: Danielle Gomes Oliveira

Address: R MARIUZA DE S FERRARI

PAULINIA, Sao Paulo BR 13145767

Phone Number: +320467603214

Email Address: danielle_oliveir@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/11/2013    To: 03/10/2014

DocuSign Envelope ID: 42C849DF-6EDE-4C5B-970F-A5C18F210C0C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.


Fecha:  08/12/2017          Assinatura:  _DocuSigned by:_
                                          DCA
                                          AE49AEB5A9C24D5...

Nombre:  Déborah Correa Alcantara

Endereço:  302 Maple Sugar Dr Deland, Florida

           Deland, FL US 32724

Teléfono:  3864905101

Email Address:  deborah.c.a@hotmail.com

Patrocinador:  Au Pair Care, Inc.


Fechas de participación en el programa au pair:

De:  08/29/2016          A:  08/29/2018

DocuSign Envelope ID: C72C6A90-A5E2-4CBE-A1F5-2A16191FD010

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/16/2017                         Firma: _____
                                                D8DD0E3CCAC3408...

Nome: DESIREE AMARAL ESPADAS

Dirección: CALLE PINTOR MIGUEL HORQUES 16

GRANADA, GRANADA ES 18015

Telefone: +34653889825

Email Address: amaraldesiree@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 08/29/2012                         A: 05/27/2014

DocuSign Envelope ID: 6CBFCED0-A3D4-4C65-9B86-55923B7DA70A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/11/2017

Firma: *DocuSigned by:* 2DE1761E1D2A418...

Nome: Diana Cecilia Moreno Macias

Dirección: Garbanzo #138 El Riego

Aguascalientes , Aguascalientes  MX 20199

Telefone: 6509188226

Email Address: cecilia_mm_diana@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/05/2016     A: 12/05/2017

DocuSign Envelope ID: C3ED32F4-55DB-44C9-84F2-C9D63E56C3CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/17/2017

Signature: *DocuSigned by:* E9CDA14986E14A8...

Name: Diana portela

Address: 216 croydon avenue

Rockville, MD US 20850

Phone Number: 2027025633

Email Address: Dipor18@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/26/2009     To: 06/26/2011

DocuSign Envelope ID: 1F28050F-ABF9-4B04-91CC-DC2CAFC489B7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: ___08/17/2017___

Firma: *Eliana Gineth Castillo Prieto*
— DocuSigned by: —
7459E8641C9742E...

Nome: Eliana Gineth Castillo Prieto

Dirección: Cra 78 I # 58 a 14 sur

Bogota,  CO 110861

Telefone: +573134449444

Email Address: egcastillop@unal.edu.co

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: ___07/25/2016___          A: ___07/23/2017___

DocuSign Envelope ID: 1631F1BE-1B56-4B0C-AA07-D45E65E0A078

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/11/2017

Assinatura: *Erica* (DocuSigned by: 4E2925CBEAF14AE...)

Nombre: Erica Souza De Morais Thomas

Endereço: 43 Drumlin rd

Westport, CT US 06880

Teléfono: 4754192449

Email Address: erica-smorais@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 03/17/2014    A: 09/30/2015

DocuSign Envelope ID: 6750DE68-7B53-47BC-91A4-68DCCBB5CE3C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *Erika Marlen Gonzalez Tovar*
DocuSigned by:
35DB2BAE631B487...

Name: Erika Marlen Gonzalez Tovar

Address: Carrera 28bis #12-60, Barrio Ricaurte

Bogota, Bogota CO 111411

Phone Number: 3184367110

Email Address: erika_marlen@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/10/2014      To: 03/10/2016

DocuSign Envelope ID: B95886A4-A8A5-4875-9EA1-CD10395ADAD6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *Estefanía Bedoya Usuga*
DocuSigned by:
0F37EC247542404...

Name: Estefanía Bedoya Usuga

Address: 5843 Brainard Dr

sylvania, OH US 43560

Phone Number: 4193502486

Email Address: tefi02@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/11/2013          To: 02/13/2015

DocuSign Envelope ID: C7DA1D8E-8020-4824-8370-4AE0082A8EB9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: *Fernanda Maria Aparcida De Godoy*
3F9675E7F1F14FA...

Name: Fernanda Maria Aparecida De Godoy

Address: 445 Richmond Park West, Apt 421B

Richmond Heights, OH US 44143

Phone Number: 2162180982

Email Address: fer_nandaamg@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2013

To: 07/19/2014

DocuSign Envelope ID: C5D901B9-2371-4149-B168-B9F6A8822A1E

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/14/2017

Signature: *Gabriela F Ramos*
DocuSigned by:
F6AB9F6F05894D0...

Name: Gabriela F Ramos

Address: 226 yankee division

Dnavers, MA US 01923

Phone Number: 01923

Email Address: loirinhafischer@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009     To: 10/04/2010

DocuSign Envelope ID: 435CD442-CB7F-49EC-AC9F-A0BB3384490C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/16/2017                Signature:  *DocuSigned by: Giselle B.*
7FEB92CDD5F540F...

Name:  Giselle Bagatini

Address:  Estrada do Coco, km 5,5

Lauro de Freitas , Bahia  BR 42700000

Phone Number:  +5511958246956

Email Address:  gisellebagatini@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  03/07/2011          To:  03/07/2013

DocuSign Envelope ID: 20F414B5-8C91-4F0D-8E01-BC53426970DD

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *[signature]* DocuSigned by: D8451AF4704A47B...

Name: Hadrielly Almeida Silva Gomes

Address: 5070 bending sky way

Ellicott city, MD US 21043

Phone Number: □□(301) 875-8607□□

Email Address: Hasge@live.con

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/18/2015      To: 10/18/2017

DocuSign Envelope ID: B3CD148D-2FE1-4CDA-9516-FE1A64556A10

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: *Ingrid Bellenzier*
6DE703A5C6FC452...

Name: Ingrid bellenzier

Address: 2 river ter apt 6c

New York , NY US 10282

Phone Number: 9175107368

Email Address: Ingridbellenzier@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/21/2016          To: 09/02/2018

DocuSign Envelope ID: 89F9D813-6585-4DD7-A553-4E9567346998

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *DocuSigned by:* 18DA29FD060D40D...

Name: Ingrid T Pinheiro Foreman

Address: 1373 E Geronimo St

Chandler, AZ US 85225

Phone Number: 6462819940

Email Address: itpinheiro@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2009     To: 08/18/2011

DocuSign Envelope ID: B57DC061-AB10-47E2-90E8-52C5827258A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _[DocuSigned by signature]_ C20AE8C3EF32488...

Name: Isadora Salles Machado

Address: 800, bl 33 ap 204, Adolpho Massaglia av.

Votorantim, SP BR 18116175

Phone Number: +5515991740202

Email Address: i.sa.sm@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/23/2014    To: 07/23/2015

DocuSign Envelope ID: 5F4A73BC-D4AC-4DDF-9CB9-6AB35BCCABDD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *Jaqueline Silva Moraes*
DocuSigned by:
A87F105316E9494...

Name: Jaqueline Silva Moraes

Address: Rua 03 chácara 81 lote 1B - Setor Habitacional Samambaia (Vicente Pires)

Brasilia, Distrito Federal BR 72002250

Phone Number: +5561999488664

Email Address: jsmoraes_df@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2011     To: 10/11/2013

DocuSign Envelope ID: 40A08E1E-E4E8-45A1-BCCF-02CC5AE75CE4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: _[DocuSigned by: 9E5577BDCF3F472...]_

Name: Jirlene Oliveira da Silva

Address: 111 Orlando Saes

São José dos Campos, São José dos Campos BR 12227240

Phone Number: 12981123059

Email Address: lene.jos@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/18/2013     To: 03/18/2014

DocuSign Envelope ID: 5960B1DC-F0EC-4A6C-A0B6-74242EC7A201

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: _DocuSigned by:_ 8ADE5A7DB23443F...

Name: Juanita Beatriz ek pech

Address: 598 Dawn Drive

Sunnyvale , CA US 94087

Phone Number: 6502248851

Email Address: beatrizek.90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/19/2016     To: 06/19/2018

DocuSign Envelope ID: 0C31766B-1360-4F4B-81BF-942D559AE194

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _DocuSigned by:_ 0EE003AD93F64E5...

Name: Juliana Faria Santos

Address: SHVP Rua 1 ch 8 cs 22

Brasilia, Distrito Federal  BR 72095140

Phone Number: +556133821448

Email Address: juflor@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/17/2014   To: 11/17/2015

DocuSign Envelope ID: 5A1ECD20-CA3B-419C-B94B-73E9FF381E25

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/14/2017          Firma: _PAOLA ANDREA SOLER GONZÁLEZ_
                                 0EDE2BDB1EDE481...

Nome: PAOLA ANDREA SOLER GONZÁLEZ

Dirección: CALLE 174 No. 54 B -51 CASA 8

BOGOTA D.C., BOGOTÁ D.C. CO BOGOTA D.C.

Telefone: +573002849945

Email Address: PAOLA0102@HOTMAIL.COM

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/12/2013          A: 07/20/2014

DocuSign Envelope ID: D8CE6734-2DBB-4349-AC01-8FB8C5591760

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: *Karin Johannesson* (DocuSigned by / 990C105F3BEC4D9...)

Name: Karin Mikaela Johannesson

Address: Smedjegatan 2A

Lund, SE 22237

Phone Number: 0046730241658

Email Address: Mkjohannesson@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/09/2011     To: 06/05/2012

DocuSign Envelope ID: CD6D1266-6258-41C6-9F1E-520807081E2D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *Karol P* (DocuSigned by: C300CF969FD4438...)

Name: Karol Plunkar

Address: 7234 Alava Dr

Magnolia , TX US 77354

Phone Number: 2817488481

Email Address: Karolvi12@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/21/2008     To: 01/22/2010

DocuSign Envelope ID: 0C6CB323-52A8-469D-98FA-F5C3A56E3EDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: _Larissa Maia_
DocuSigned by:
B4DECF640F024C0...

Name: Larissa Andressa Maia

Address: Servidão Acácio Harry Hille, 40

Joinville, Santa Catarina BR 89216390

Phone Number: 7034735646

Email Address: larissa_maia@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2015       To: 04/19/2017

DocuSign Envelope ID: B05BEEB7-A535-4B42-AE0C-A324F2EB63BC

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: _(DocuSigned by: 6668C16D79CF4EF...)_

Name: Laura Camila Barriga Rodriguez

Address: 305 E Miner St

West Chester , PA US 19382

Phone Number: 2673838445

Email Address: Lauracamilabarriga@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/01/2015     To: 06/01/2017

DocuSign Envelope ID: 6843012F-6D0B-40A5-B92B-2BD2F8E15324

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: *Laura M. Elorza*
0252A2CC12A845D...

Name: Laura Melissa Elorza Pérez

Address: Calle 84#90-06

Medellín , Antioquia   CO 472

Phone Number: 3016119033

Email Address: Lmelorzap@unal.edu.co

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2016     To: 08/14/2017

DocuSign Envelope ID: 80B33C6E-F8D2-4286-A186-C4FCA6DF2CE5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: *Laura Montero* (DocuSigned by: F42FDE9296AD423...)

Name: Laura Montero

Address: 169a #72-45

Bogotá , Dc CO 13444

Phone Number: 3182558505

Email Address: Laumonteburuusa@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/16/2015     To: 09/16/2016

DocuSign Envelope ID: A6FB7404-04AB-4F36-85BC-597C58FDF71B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *Leidy Johanna Bastos*
DocuSigned by:
D1118D1CB3904FA...

Name: Leidy Johanna Bastos Perenguez

Address: 1907 Ward St

Berkeley, CA US 94703

Phone Number: 4153688226

Email Address: jomabasberche.kh@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/15/2014      To: 09/26/2015

DocuSign Envelope ID: 462E6CE9-D69F-4B57-9E18-BD7841F4DE89

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _DocuSigned by:_ 58588B09F0E4432...

Name: Leydy andrea maldonado

Address: 2839 hawthorn court

Brentwood , CA US 94513

Phone Number: 9252066682

Email Address: Landreamv@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/07/2015      To: 12/07/2017

DocuSign Envelope ID: 4EF6EABD-8A1D-4F18-AED4-A3ED63E8D11C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *Linda Trejo* (DocuSigned by: 8150B758E6524F9...)

Name: Linda Marisol García Trejo

Address: Colonia Costa Rica avenida Cartago 316

San Salvador,  SV 1101

Phone Number: 22700617

Email Address: rindamayer@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2016     To: 12/04/2017

DocuSign Envelope ID: 8C1154FF-74F8-403C-B521-685186EE26D0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *Luana Nascimento da Silva Ottoni*
DocuSigned by:
A588D91092E6432...

Name: Luana Nascimento da Silva Ottoni

Address: 11380 South Virginia Street apt 1131

Reno , NV US 89511

Phone Number: 2488906336

Email Address: luanaotone-rbd@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/11/2014          To: 09/07/2016

DocuSign Envelope ID: 8008809E-BED6-4238-8F73-8D222CC1AFAA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/13/2017

Firma: _DocuSigned by:_ _06211C88CEA046B..._

Nome: Luisa Sordo Mejia

Dirección: Priv. Amadord Cardenas #830 Col. Nueva Los Angeles

Torreon, Coahuila MX 27140

Telefone: 8711357462

Email Address: luisasordo@hormail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 07/17/2016   A: 07/18/2017

DocuSign Envelope ID: 63E5E98E-1745-4999-85F9-BD622C7F8D9F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/16/2017

Firma: *Lysset Minerba Labarces Cruz*
B2EC3FD1F2824F3...

Nome: Lysset Minerba Labarces Cruz

Dirección: calle 69 27 59 Piso 2

Bucaramanga, Santander CO 0000

Telefone: +573168677602

Email Address: lizlabarces@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/08/2015      A: 12/08/2016

DocuSign Envelope ID: AE7B3DC2-F094-4E60-B91E-E67050B01A64

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *María Luna*
DocuSigned by:
B998A093015A4F2...

Name: María Luna

Address: Avenida Río Mandeo 6

Molina de Segura, Murcia ES 30508

Phone Number: +34644934784

Email Address: mafeludesign@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/10/2011   To: 05/18/2012

DocuSign Envelope ID: 5D633DD5-09FF-4DE3-9F69-EA4CE845E3F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *Melim L* 09A1D1BC4A75490...

Name: Melissa Lopez

Address: 2616 north Hampden ct apt 309

Chicago, IL US 60614

Phone Number: 7089065218

Email Address: Melilopezch@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/27/2012        To: 03/04/2014

DocuSign Envelope ID: 49F16FF9-86AD-4DCB-A413-7E628A17CF95

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: *Melissa Uribe Cobos*
DocuSigned by:
8658523E720F4E1...

Name: Melissa Uribe Cobos

Address: Cra 70A nro 45 e 162

Medellín, Antioquia CO 472

Phone Number: 3013095515

Email Address: muribec94@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2017     To: 07/03/2017

DocuSign Envelope ID: 6EAEA64A-C4FF-4D5C-8B51-40E48BAC7CDB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/17/2017

Signature: _(DocuSigned by)_ C85DD45AFDD64AA...

Name: Michelle Garza Guzman

Address: 4903 S 121st St

Omaha, NE US 68137

Phone Number: 4027088823

Email Address: Michgarza93@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/22/2012      To: 09/28/2013

DocuSign Envelope ID: E8446436-2945-409A-9783-AC071D31914D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/14/2017

Signature: *[DocuSigned by signature]* 5D1D88C66532495...

Name: Nadia Pineda Villegas

Address: 3704 broomsedge ct

Fairfax, VA US 22033

Phone Number: 2025631359

Email Address: nidi@hotmail.es

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/25/2016     To: 10/24/2017

DocuSign Envelope ID: C7F4983D-8B76-4B2F-BC6C-1E66EB379D19

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:     08/13/2017                          Firma:   _DocuSigned by:_
                                                       Nathalia
                                                       FD83126BF31B4A2...

Nome:           Nathalia Aguillon

Dirección:      6426 frost street

                Lake Oswego, OR US 97035

Telefone:       5034537129

Email Address:  nathaliaaguillond@gmail.com

Patrocinador:   Au Pair Care, Inc.

Datas de participação no programa au pair:

De:     08/29/2016                   A:     08/29/2017

DocuSign Envelope ID: 6D1A6DEF-2E48-47CF-B02A-761B91D748BF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: *Nayara Gomez*
05D38EFE08F54F9...

Name: Nayara Calvo Gomez

Address: 4056 hickory ave

Baltimore , MD US 21211

Phone Number: 4438585654

Email Address: naiaragg@hotmail.it

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/01/2011     To: 06/15/2013

DocuSign Envelope ID: 6B21B0A9-2915-48FB-8FF2-34C63CBA6839

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: _[DocuSigned by: 9D66E35B6B804DC...]_

Name: noemi patty

Address: c.casimiro corrales 1019

LA PAZ,  BO +591

Phone Number: 72594039

Email Address: joice_pat@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/04/2011

To: 08/10/2012

DocuSign Envelope ID: EC145769-4C6F-4E79-8C0F-15B3AE222F04

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *Paola Andrea Reinoso Sánchez*
697C866313384DD...

Name: Paola Andrea Reinoso Sánchez

Address: Cra 62 a #44-36

Rionegro, Antioquia CO 054040

Phone Number: 3023795527

Email Address: pa-reinoso@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/18/2016     To: 04/18/2017

DocuSign Envelope ID: 5A1ECD20-CA3B-419C-B94B-73E9FF381E25

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/14/2017

Firma: *PAOLA ANDREA SOLER GONZALEZ*
DocuSigned by:
0EDE2BDB1EDE481...

Nome: PAOLA ANDREA SOLER GONZÁLEZ

Dirección: CALLE 174 No. 54 B -51 CASA 8

BOGOTA D.C., BOGOTÁ D.C. CO BOGOTA D.C.

Telefone: +573002849945

Email Address: PAOLA0102@HOTMAIL.COM

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/12/2013          A: 07/20/2014

DocuSign Envelope ID: 05912F39-A986-4664-ABC6-F2AB7E527A46

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/14/2017

Firma: _Paula Bibiana Sanchez Ortiz_
DocuSigned by:
FDC75131429E47C...

Nome: Paula Bibiana Sanchez Ortiz

Dirección: Calle 24 c#84-85 Apto 407

Bogota, Bogota CO 110931

Telefone: +573102234024

Email Address: pau_b42@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/04/2016          A: 07/04/2017

DocuSign Envelope ID: 3B291AD4-82FC-40CE-A9CE-0B3035F932F6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: *Rafaela de Freitas*
DocuSigned by:
847730A36E7242A...

Name: Rafaela de Freitas

Address: 3036 Wayne Rd

Falls Church , VA US 22042

Phone Number: 2408834948

Email Address: Rafafreitas.adm@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/02/2015      To: 11/02/2016

DocuSign Envelope ID: D116E43C-F344-453E-B404-2A29053FA41C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *Raisa Aberasturi Barboza*
DocuSigned by:
E8F4199E54584A5...

Name: Raisa Aberasturi Barboza

Address: Aguai

Mogi Guacu, Sao Paulo BR 13847113

Phone Number: +5519999059900

Email Address: raisaaberasturi@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/14/2015    To: 06/14/2017

DocuSign Envelope ID: 71EAE211-BF36-4FDC-B5D4-166BAFF01B1E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: _(DocuSigned by: 7117DA42E2554FC...)_

Name: Rebecca C Thomson

Address: 131 Grove Street

Westwood, MA US 02090

Phone Number: 5166430298

Email Address: princessbeats123@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/09/2015      To: 09/09/2017

DocuSign Envelope ID: E689D0EC-CE70-4054-B555-799400E7AD4E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/14/2017

Signature: *[DocuSigned by: R GS  62DBE5FBE753415...]*

Name: Rina sanchez

Address: 7515 n state line rd

Hobbs, NM US 88242

Phone Number: 2253041839

Email Address: Rigasa_thebest@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 04/22/2013     To: 07/01/2014

DocuSign Envelope ID: 12C29FE9-334C-439E-AD18-820D59515E64

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: _DocuSigned by:_ 974E576F3CBA447...

Name: Romina Edith Garcia Garcia

Address: Calle del Ebro 9711

Chihuahua , Chihuahua MX 31160

Phone Number: 044(614)2782884

Email Address: romina_g_g@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2011    To: 10/10/2012

DocuSign Envelope ID: A30ED6A0-D9C0-4D8E-B53C-290CABAC94C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: *Solanyi Orjuela*
304F6056AE0B48D...

Name: Solanyi Orjuela

Address: 5324 wyndholme cr

Baltimore, MD US 21229

Phone Number: 6672250542

Email Address: egnasol2@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2012     To: 05/30/2014

DocuSign Envelope ID: CA68156F-839E-490B-8656-24FA315FEDFB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: _DocuSigned by:_ 227CB00EEFC745F...

Name: Stefany Cecilia Paredes

Address: 14 carpenter pl

Yorktown Heights, NY US 10598

Phone Number: 9145655994

Email Address: stefanyp01@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015   To: 01/04/2017

DocuSign Envelope ID: 528CDF63-F0BF-4315-9267-F69795FB9AD9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/13/2017

Signature: _(DocuSigned by)_ AD9A09BD30FD4D6...

Name: Susan Michelle alvarez del castillo

Address: 203 my Vernon street

Newton , MA US 02465

Phone Number: 8575070497

Email Address: sualdc@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/17/2016      To: 01/17/2018

DocuSign Envelope ID: 9CB43AE4-D27A-4AE0-A2E5-FC1692551619

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/16/2017

Signature: _[DocuSigned by signature: 5DCC072746EB430...]_

Name: Tania del carmen pena ordonez

Address: 612 eastwood way

Mill valley, CA US 94941

Phone Number: 4158479365

Email Address: tania_dc04@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/13/2015     To: 07/12/2017

DocuSign Envelope ID: D3605927-38D1-48F0-9E52-431AEC77594F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/17/2017

Signature: *[DocuSigned by signature]* 54F5BB7C953147D...

Name: Thalissa Hiraki Velazquez

Address: 727 spruce st #1R

Philadelphia, PA US 19106

Phone Number: 2154391698

Email Address: thalissahv@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/22/2012     To: 01/26/2014

DocuSign Envelope ID: 565C5AFE-81BE-479A-A687-FBBA1C271E72

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/14/2017

Signature: *DocuSigned by:* [signature] 0E21DF8FDE334D7...

Name: Thielly Sepulvida

Address: 110 Thoreau Way #8212

Lawrence , MA US 01843

Phone Number: 6179062694

Email Address: thyrocha@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/29/2013     To: 07/28/2015

DocuSign Envelope ID: 40F96517-299C-4516-A680-0427618F3C3C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/15/2017

Signature: _valentina arango hoyos_
DocuSigned by:
123D732668C4493...

Name: valentina arango hoyos

Address: carrera 25 N. 86-71bloque 6 casa 4 conjunto cerrado alegrias de la villa

pereira, risaralda CO 00000

Phone Number: 3113488619

Email Address: valenarango@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/16/2010      To: 07/05/2011

DocuSign Envelope ID: 78DE1778-3184-4700-A0EC-A8528D231BE2

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/12/2017

Signature: _(DocuSigned by signature)_ 15BFBF6B637F445...

Name: Veronica Guachalla

Address: 1444 Redfern Ave

Baltimore, MD US 21211

Phone Number: 4439898743

Email Address: Dhala18@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/15/2010     To: 09/11/2012

DocuSign Envelope ID: A2FD6879-6D2D-48CB-A125-2FC5AE190AAC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/15/2017          Signature:  *Xochiehecatl Chavez Ordoño*
                                       DocuSigned by:
                                       6EA01E3C351749E...

Name:  Xochiehecatl Chavez Ordoño

Address:  Andador Nardo #7 Colonia Fovissste II Jardin Corona

          tuxtla gutierrez, Chiapas MX 29024

Phone Number:  559611678232

Email Address:  xochiilchaveez@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  09/28/2015          To:  10/02/2016

DocuSign Envelope ID: F43F947F-21D9-47EC-BBE7-73113C44D94A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/11/2017

Signature: *[DocuSigned by: Zayra Bonilla Cruz — 39FDA4F52A584F1...]*

Name: Zayra Esnedy Bonilla Cruz

Address: 12909 Glen Mill Road

Potomac, MD US 20854

Phone Number: 2404789934

Email Address: zaybonillac@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/30/2017          To: 01/30/2018