# Exhibit C

| | |
|---|---|
| **From:** | cAta RoNcAllO ReCio <cataroncallorecio@hotmail.com> |
| **Sent:** | Friday, August 11, 2017 5:05 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Re: Au Pair Wage Action |

I would like to say that the family I stayed with was an amazing family.
I don't want to be part of this.
Thanks
Catalina Roncallo

Get Outlook for Android