**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.

    Plaintiffs,

v.

INTERESCHANGE, INC., et al.

    Defendants.

---

**DEFENDANT APF GLOBAL EXCHANGE, NFP'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [ECF No. 641-8]**

---

Pursuant to D.C.COLO.LCivR 7.2, Defendant APF Global Exchange, NFP d/b/a/Au Pair Foundation (APF) moves this Court for an order restricting public access, under Level 1 restricted access, to Exhibit 5 to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of Rule 23 Class Certification and Appointment of Class Counsel [ECF No. 641-8]. In support thereof, APF states the following.

    1.    Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion. Plaintiffs do not oppose the relief requested herein.

    2.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8)

5. On August 2, 2017, Plaintiffs filed their Reply in Support of Rule 23 Class Certification and Appointment of Class Counsel [ECF No. 641]. APF believes in good faith that an exhibit attached to Mr. Valdivieso's declaration contains highly confidential information related to APF's business operations.

6. In particular, attached as Exhibit 5 to Mr. Valdivieso's declaration is the "Au Pair Application - Au Pair Pledge" of APF which was previously produced in discovery and designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY because it details APF's policies and practices related to its relationships with au pairs, constitutes material developed at significant investment of time and expense and is considered to be of competitive value. As such, the "Au Pair Application - Au Pair Pledge" contains proprietary business information of competitive value and significance.

7. Accordingly, to preserve the confidentiality of APF's confidential business information, the "Au Pair Application - Au Pair Pledge" should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB,

2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

WHEREFORE, for the foregoing reasons, APF respectfully requests this Court issue an Order restricting public access under Level 1 restricted access to Exhibit 5 to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Reply in Further Support of Rule 23 Class Certification and Appointment of Class Counsel [ECF No. 641-8].

Dated this 21st day of August, 2017.        Respectfully submitted,

FISHER & PHILLIPS LLP

By: *s/ Susan Schaecher*
Susan M. Schaecher
Lawrence Lee
Fisher & Phillips LLP
1801 California Street, Suite 2700
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
sschaecher@fisherphillips.com
llee@fisherphillips.com

**Attorney for Defendant APF Global Exchange, NFP's d/b/a Au Pair Foundation**

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, I electronically filed the foregoing **DEFENDANT APF GLOBAL EXCHANGE, NFP'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF RULE 23 CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL [ECF No. 641-8]** through the Court's CF/ECF system which will serve the pleading to the following e-mail addresses:

Lauren Fleischer Louis
Sigrid S. McCawley
Sabria McElroy
Boies Schiller & Flexner, LLP – Ft. Lauderdale
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL  33301
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com

Matthew L. Schwartz
Peter Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Boies Schiller & Flexner, LLP – New York
575 Lexington Avenue, 7th Floor
New York, NY  10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP – Oakland
1999 Harrison Street, Suite 900
Oakland, CA 94612
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401

FPDOCS 33175934.1

alex@towardsjustice.org

Kathryn A. Reilly
Grace A. Fox
Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
reilly@wtotrial.com
Fox@wtotrial.com
West@wtotrial.com

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO  80435
brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO  80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO  80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO  80202
jhartley@hollandhart.com
jsbender@hollandhart.com

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300

Boulder, CO  80302
aahubbard@hollandhart.com

Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass
Justin J. Wolosz
Kevin P. O'Keefe
Choate Hall & Stewart LLP
Two International Place
Boston, MA  02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com
kokeefe@choate.com

Jessica L. Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
jfuller@lrrc.com
dhazel@lrrc.com

James Michael Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202
jlyons@lrrc.com

Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL  33701
Bogdan@expertaupair.com

FPDOCS 33175934.1

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
Armstrong Teasdale, LLC
4643 S. Ulster Street, Suite 800
Denver, CO  80237
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO  80202-4432
mfitzgerald@bhfs.com
dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com
rdeeny@shermanhoward.com
jhunt@shermanhoward.com
alevy@shermanhoward.com

Peggy E. Kozal
Thomas Baker Quinn
Nathan Huey
Jennifer W. Vedra
Heather Kelly
Gordon & Reese LLP – Denver
555 17th Street, Suite 3400
Denver, CO 80202
pkozal@gordonrees.com
tquinn@gordonrees.com
nhuey@gordonrees.com
hkelly@gordonrees.com

FPDOCS 33175934.1

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York  10175
jfulfree@putneylaw.com
jcarafalsa@putneylaw.com
rtucker@putneylaw.com
smacri@putnetlaw.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York  10166-0193
estock@gibsondunn.com

                                                  *s/ Kendra Gripp*
                                                  Kendra Gripp
                                                  For Fisher & Phillips LLP