IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

        Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANT CULTURAL CARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO THE DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION AS TO CLASS CERTIFICATION OPINIONS AND CERTAIN EXHIBITS THERETO [ECF NO. 649]**
_____

The Court has reviewed Defendant Cultural Care, Inc.'s Unopposed Motion to Restrict Public Access (Level 1) to the Declaration of Sean P. Rodriguez in Support of Plaintiffs' Opposition to Defendants' *Daubert* Motion as to Class Certification Opinions and Certain Exhibits Thereto [ECF No. 649] and is otherwise fully advised on the matter.  It is hereby ORDERED that the Motion is **GRANTED**.

The redacted version of the Exhibit 21 will be substituted and filed in the public record.

The original, unredacted versions of Exhibits 1, 4, 7, 14, 21, 22, 27, 30, 31, and 32 shall retain Level 1 restricted access.

DATED this ____ day of _____ 2017.

BY THE COURT

_____
Kathleen M. Tafoya
United States Magistrate Judge