IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**DEFENDANT AUPAIRCARE, INC.'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO CERTAIN PORTIONS OF EX. 7 TO DECLARATION OF SEAN RODRIGUEZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION [ECF NO. 649-8]**
_____

Defendant AuPairCare, Inc. ("AuPairCare") by and through their attorneys of

Gordon & Rees LLP, and pursuant to D.C. Colo. L. Civ. R 7.2, hereby submit the

following Unopposed Motion to Restrict Public Access (Level One) to Certain Portions

of Ex. 7 to Declaration of Sean Rodriguez In Support of Plaintiffs' Opposition to

Defendants' Daubert Motion [ECF No. 649-8]:

1.      As required by D.C. COLO. L.Civ.R. 7.1(A), counsel for AuPairCare has

conferred with Plaintiffs' counsel in good faith regarding this Unopposed Motion to

Restrict Access to Certain Portions of Ex. 7 to Declaration of Sean Rodriguez In

Support of Plaintiffs' Opposition To Defendants' Daubert Motion ("Motion") by sending

an email to Sean Rodriguez requesting Plaintiffs' position.  Plaintiffs do not oppose the

relief requested herein.

2.      On August 7, 2017, counsel for Plaintiffs, Sean P. Rodriguez, filed a

Declaration in support of Plaintiffs' opposition to Defendants' Daubert Motion [ECF No.

649].  Mr. Rodriguez attached 37 exhibits to his Declaration.  Of those exhibits,

AuPairCare has identified certain tables within Ex. 7 as containing highly confidential

information that references AuPairCare's sensitive and competitive business data.

Specifically, within Ex. 7, Table 1A (RFP000734), Table 2 (RFP000737) and Table 3

(RFP000738) contain highly confidential information related to AuPairCare's business

operations.  The data is alleged to represent information obtained by Berkeley

Research Group regarding AuPairCare's au pair placements and the average number

of au pairs it has placed with families.

3.      There is a legitimate interest in protecting this data which outweighs the

presumption of public access.  If access is not restricted, confidential and sensitive

business information held by AuPairCare would be improperly available within the

public domain.  The subject material is attached as an exhibit accompanying Mr.

Rodriguez's Declaration.  Therefore, no alternative other than restriction is practicable. Accordingly, the public interest will not be served by these documents being exposed to public view.

       4.     In sum, to preserve the confidentiality of AuPairCare's confidential business information, Table 1A (RFP000734), Table 2 (RFP000737) and Table 3 (RFP000738) should be restricted from public view.  *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.,* No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness.  In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

       WHEREFORE, for all of the foregoing reasons, AuPairCare respectfully requests that this Court issue an Order restricting public access under Level One Restricted Access to Ex. 7, Table 1A (RFP000734), Table 2 (RFP000737) and Table 3 (RFP000738), which were attached to the Declaration of Sean Rodriguez In Support of Plaintiffs' Opposition To Defendants' Daubert Motion [ECF No. 649-8].

       Respectfully submitted this 21st day of August, 2017.

- 4 -

*s/Peggy Kozal*
Thomas B. Quinn
Peggy E. Kozal
Nathan Huey
Heather Kelly
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
hkelly@gordonrees.com

**Attorneys for Defendant**
**AuPairCare, Inc.**

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, on this the 21st day of August, 2017 addressed to:

| | | |
|---|---|---|
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua Libling<br>Sean P. Rodriguez<br>BOIES SCHILLER & FLEXNER, LLP<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br>srodriguez@bsfllp.com<br>dschwartz@bsfllp.com<br>        *and*<br>Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>***Attorneys for Plaintiffs*** | Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Joseph H. Hunt<br>Alyssa L. Levy<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>jhunt@shermanhoward.com<br>alevy@shermanhoward.com<br>***Attorneys for Defendant InterExchange, Inc.*** | William J. Kelly, III<br>Chanda M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>***Attorneys for Defendant USAuPair, Inc.*** |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>ARMSTRONG TEASDALE, LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>***Attorneys for Defendant GreatAuPair, LLC*** | Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>***Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair*** | David B. Meschke<br>Martha L. Fitzgerald<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>***Attorneys for Defendant EurAupair InterCultural Child Care Programs*** |
| James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandhart.com<br>aahubbard@hollandhart.com<br>jsbender@hollandhart.com | Brian A. Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br>        *and*<br>Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com |

| *Attorneys for Defendant Cultural Homestay International* | WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>*Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair* | *Attorney for Defendant Agent Au Pair* |
|---|---|---|
| Lawrence L. Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>John B. Fulfree<br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>PUTNEY, TWOMBLY, HALL & HIRSON, LLP<br>jfulfree@putneylaw.com<br>jcartafalsa@putneylaw.com,<br>jbc54@cornell.edu<br>rtucker@putneylaw.com,<br>robert.m.tucker1@gmail.com<br>smacri@putneylaw.com<br><br>*Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America* | Eric J. Stock<br>Gibson, Dunn & Crutcher LLP<br>estock@gibsondunn.com<br>mao@gibsondunn.com<br>*Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America*<br><br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>*Attorneys for Defendants A.P.E.X. American*<br>*Professional Exchange, LLC d/b/a ProAuPair;*<br>*20/20 Care Exchange, Inc.*<br>*d/b/a The International Au Pair Exchange* | Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com<br>        *and*<br>Diane R. Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair* |

*/s/Monica L. Vela*
For Gordon & Rees LLP