IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

        Defendants.

_____

**APEX AND 20-20'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO
MATERIALS SUBMITTED IN OPPOSITION TO DEFENDANTS' DAUBERT MOTION
AS TO CLASS CERTIFICATION OPINIONS [ECF NO. 649-33]**
_____

Pursuant to D.C.COLO.LCivR 7.2, Defendants A.P.EX. American Professional

Exchange, LLC dba ProAuPair ("APEX") and 20/20 Care Exchange, Inc. dba The

International Au Pair Exchange ("20/20") hereby move this Court for an order restricting public access, under Level 1 restricted access, to Plaintiffs' Opposition to Defendants' Daubert Motion as to Class Certification Opinions, Exhibit 31, footnote 15 [ECF No. 649-33].  In support thereof, these Defendants state as follows:

1.      Pursuant to D.C.COLO.LCivR. 7.1(a), the undersigned counsel has conferred with Plaintiffs' counsel via email regarding this motion. Plaintiffs take no position regarding the relief requested herein.

2.      All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in Gillard v. Boulder Valley School District RE-2, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3.      The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4.      Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5.      On August 8, 2017, Plaintiffs filed their Opposition to Defendants' Daubert Motion for Class Certification Opinions and the Declaration of Sean Rodriguez in Support of Plaintiffs' Opposition.  These Defendants believe in good faith that footnote

15 of Exhibit 31 to the Declaration of Sean Rodriguez [ECF No. 649-33] contains highly confidential information related to these Defendants' business operations.

6.      For example, the footnote in question provides detailed information regarding Defendants' business, the size of their business, the number of au pairs placed by these Defendants and the stipends paid to their au pairs which is proprietary business information of competitive value and significance.

7.      Accordingly, to preserve the confidentiality of these Defendants' sensitive business information and the privacy of individual third parties, portions of footnote 15 of Exhibit 31 to Mr. Rodriguez's declaration should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11- CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

8.      Because only a portion of Exhibit 31 to the Declaration of Sean Rodriguez contains confidential information relating to these Defendants, a redacted version of that document may be filed in the public record. Exhibit 31, however, contains confidential information relating to other defendants, which is addressed by those defendants in their individual motions for restricted access. For the Court's convenience, Defendants will jointly file a redacted version of Exhibit 31 that addresses all Defendants' confidentiality concerns and which may be filed in the public record. These Defendants,

however, request that the original, unredacted version of Exhibit 31 to the Declaration of Sean Rodriguez remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, APEX and 20/20 respectfully request this Court issue an Order restricting public access, under Level 1 restricted access, to Plaintiffs' Opposition to Defendants' Daubert Motion as to Class Certification Opinions, Exhibit 31, footnote 15 [ECF No. 649-33].

Respectfully submitted this 21st day of August, 2017.

NIXON SHEFRIN HENSEN OGBURN, P.C.


s/ Lawrence D. Stone
Lawrence D. Stone
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
lstone@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, I have electronically filed the foregoing **APEX AND 20-20'S MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS SUBMITTED IN OPPOSITION TO DEFENDANTS' DAUBERT MOTION AS TO CLASS CERTIFICATION OPINIONS [ECF NO. 649-33]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

Lauren F. Louis
Sigrid S. McCawley
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Sabrina A. McElroy
Dawn L. Smalls
Joshua J. Libling
Sean P. Rodriguez
Daniel R. Schwartz
Juan P. Valdivieso
BOIES SCHILLER & FLEXNER, LLP
llouis@bsfllp.com
smccawley@bsfllp.com
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
smcelroy@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
srodriguez@bsfllp.com
dschwartz@bsfllp.com
jvaldivieso@bsfllp.com

Alexander N. Hood
TOWARDS JUSTICE – DENVER
alex@towardsjustice.org
*Attorneys for Plaintiffs*

Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
*Attorney for Defendant Expert Group*
*International Inc. d/b/a*
*Expert AuPair*

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
*kokeefe@choate.com*
*Attorneys for Defendant Cultural*
*Care, Inc. d/b/a Cultural Care Au Pair*

Thomas B. Quinn
Peggy E. Kozal
Jennifer W. Vedra
Nathan A. Huey
Heather K. Kelly
GORDON & REES LLP
tquinn@gordonrees.com
pkozal@gordonrees.com
nhuey@gordonrees.com
jvedra@gordonrees.com
hkelly@gordonrees.com
***Attorneys for Defendant AuPairCare, Inc.***

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
dhazel@lrrc.com
 jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
***Attorneys for Defendant InterExchange, Inc.***

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
***Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair***

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
***Attorneys for Defendant USAuPair, Inc.***

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
***Attorneys for Defendant GreatAuPair, LLC***

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER
SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
***Attorneys for Defendant Cultural Homestay International***

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
***Attorneys for Defendants APF
Global Exchange, NFP d/b/a
Aupair Foundation; American
Institute for Foreign Study d/b/a
Au Pair in America***

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON
LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
***Attorneys for Defendants American
Institute for Foreign Study d/b/a Au
Pair in America***

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook