IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

**AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 649-33, AND 649-34 ANNEXED TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION AS TO CLASS CERTIFICATION OPINIONS**

---

    Pursuant to D.C. COLO. L.Civ. R. 7.2, Defendant, American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves this Court for permanent Level 1 restricted access to ECF Nos. 649-33, and 649-34, and for leave to submit redacted versions of ECF Nos. 649-33, and 649-34 for public filing.  These documents were filed in connection with Plaintiffs' Opposition to Defendants' *Daubert* Motion as to Class Certification Opinions (ECF No. 650).  In support of its unopposed motion to restrict public access, AIFS states as follows:

    1.    All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in <u>Gillard v. Boulder Valley School District RE-2</u>, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305).

3. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. Id. at ¶ 8.

4. On July 17, 2017, Defendants filed their Motion to Exclude Expert Testimony of William Kerr Pursuant to Federal Rule of Evidence 702 (ECF No. 606).

5. On August 7, 2017, Plaintiffs filed the Declaration of Sean P. Rodriguez in support of their Opposition to Defendants' *Daubert* motion as to Class Certification Opinions ("Rodriguez Declaration") (ECF No. 649).

6. On August 8, 2017, Plaintiffs filed their brief in Opposition to Defendants' *Daubert* motion as to Class Certification Opinions (ECF No. 650).

7. Courts will limit public access to documents if the documents contain: (1) trade secrets (Pine Tel. Co., Inc. v Alcatel Lucent USA Inc., 617 F. App'x 846, 851 (10th Cir 2015)); or (2) business information that might harm a litigant's competitive standing (Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)); Fed. R. Civ. P. 5.2; see also Anderson v Walgreen Co., 14-CV-02642-RM-MJW, 2016 WL 74934, at *2 (D Colo Jan. 7, 2016).

**Restriction and Leave to Redact ECF Nos. 649-33, and 649-34**

8.      AIFS seeks to restrict access to ECF No. 649-33, which is annexed to the Rodriguez Declaration (ECF No. 649) as Exhibit 31.  ECF No. 649-33 contains Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification, which includes AIFS' confidential business information which, if disclosed, would impair AIFS' competitive standing.  <u>Nixon</u>, 435 U.S. at 598; <u>SOLIDFX, LLC v. Jeppesen Sanderson, Inc.</u>, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."); <u>Huddleson v. City of Pueblo, Colo.</u>, 270 F.R.D. 635, 637 (D. Colo. 2010).  Specifically, ECF No. 649-33 contains information related to AIFS' marketing strategies, au pair and host family placement and match rates, and au pair and host family recruitment strategies.

9.      AIFS also seeks to restrict access to ECF No. 649-34, which is annexed to the Rodriguez Declaration as Exhibit 32.  ECF No. 649-34 contains Plaintiffs' Reply in Further Support of their Motion for Rule 23 Class Certification and Appointment of Counsel, and contains confidential business information which, if disclosed, would impair AIFS' competitive standing.  <u>Id</u>.  Specifically, ECF No. 649-34 contains information related to AIFS' corporate policies and communications with host families.

10.     Only a portion of ECF Nos. 649-33, and 649-34 disclose AIFS' confidential information. However, ECF Nos. 649-33, and 649-34 also contain confidential information concerning other Defendants.  Therefore, AIFS seeks leave to file fully

3

redacted copies of ECF Nos. 649-33 and 649-34. These fully redacted copies would protect Defendants' respective confidential information, and be made available public viewing at a later date.

11. In light of the foregoing, AIFS respectfully requests: (1) that ECF Nos. 649-33, and 649-34 maintain their Level 1 restriction, as they contain confidential business information and operational information and/or trade secrets, the disclosure of which would greatly impair AIFS' competitive standing; and (2) leave to submit redacted versions of ECF Nos. 649-33, and 649-34 for public filing.

12. As required by D.C. COLO. L.Civ.R. 7.1(A), undersigned counsel certifies that on August 21, 2017, he conferred with Plaintiffs' counsel concerning the relief sought herein, and Plaintiffs do not oppose.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF Nos. 649-33, and 649-34 annexed to Plaintiffs' Reply in Further Support of their Motion for Rule 23 Class Certification and Appointment of Counsel, and grant AIFS leave to submit redacted versions of ECF Nos. 649-33, and 649-34 for public filing.

Dated: August 21, 2017         Respectfully Submitted,

                                        *s/ John B. Fulfree*
                                        John B. Fulfree
                                        Putney, Twombly, Hall & Hirson LLP
                                        521 Fifth Avenue
                                        New York, NY 10175
                                        (212) 682-0020
                                        Email: jfulfree@putneylaw.com
                                        **Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of August, 2017, I electronically served a true and correct copy of **AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF Nos. 649-33, AND 649-34 ANNEXED TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' DAUBERT MOTION AS TO CLASS CERTIFICATION OPINIONS** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, CO 80218
Email: alex@towardsjustice.org

Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
E-mail: LStone@Nixonshefrin.com
E-mail: kcraigmile@nixonshefrin.com

William J. Kelly III
Chanda M. Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
Email: wkelly@kellywalkerlaw.com
Email: cfeldkamp@kellywalkerlaw.com

Brian A. Birenbach
THE RIETZ LAW FIRM, L.L.C.
114 Village Place, Suite 301
Dillon, CO 80435
Email: brian@rietzlawfirm.com

Kathryn A. Reilly
Grace A. Fox
Natalie E. West
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver CO 80202-5647
Email: reilly@wtotrial.com
Email: fox@wtotrial.com
Email: West@wtotrial.com

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Email: jhartley@hollandhart.com
Email: aahubbard@hollandhart.com
Email: jsbender@hollandhart.com

5

John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, NW 10175
Email: jfulfree@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: smacri@putneylaw.com

Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 82110
Email: joan.lukey@choate.com
Email: rbuchanan@choate.com
Email: mgass@choate.com
Email: jwolosz@choate.com
Email: lkruzer@choate.com
Email: kokeefe@choate.com

James M. Lyons
Jessica L. Fuller
Diane R. Hazel
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Email: jlyons@lrrc.com
Email: jfuller@lrrc.com
Email: dhazel@lrrc.com

Martha L. Fitzgerald
David B. Meschke
Margo J. Arnold
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432
Email: mfitzgerald@bhfs.com
Email: dmeschke@bhfs.com
Email: marnold@bhfs.com

Thomas B. Quinn
Peggy E. Kozal
Heather K. Kelly
Jennifer W. Vedra
Nathan A. Huey
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, CO 80202
Email: tquinn@gordonrees.com
Email: pkozal@gordonrees.com
Email: hkelly@gordonrees.com
Email: jvedra@gordonrees.com
Email: nhuey@gordonrees.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
ARMSTRONG TEASDALE LLP
4643 S. Ulster St., Suite 800
Denver, CO 80237
Email: mrhoades@armstrongteasdale.com
Email: mestevao@armstrongteasdale.com
Email: vknapp@armstrongteasdale.com

6

| | |
|---|---|
| Bogdan Enica<br>Bogdan Enica, Attorney at Law<br>111 Second Avenue, NE, Suite 213<br>St. Petersburg, FL 33701<br>Email: Bogdane@hotmail.com | Lawrence Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS LLP<br>1801 California Street, Suite 2700<br>Denver, CO 80202<br>Email: llee@laborlawyers.com<br>Email: sschaecher@laborlawyers.com |
| Susan Penniman Klopman<br>H & K Law, LLC<br>3900 East Mexico Ave, Suite 330<br>Denver, CO 80210<br>Email: sklopman@hklawllc.com | Eric J. Stock<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Email: estock@gibsondunn.com |
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: llouis@bsfllp.com<br>Email: smccawley@bsfllp.com<br>Email: smcelroy@bsfllp.com | Matthew L. Schwartz<br>Peter M. Skinner<br>Dawn L. Smalls<br>Randall W. Jackson<br>Joshua J. Libling<br>Boies, Schiller & Flexner, LLP<br>575 Lexington Ave., 7th Floor<br>New York, NY 10022<br>Email: mlschwartz@bsfllp.com<br>Email: pskinner@bsfllp.com<br>Email: dsmalls@bsfllp.com<br>Email: rjackson@bsfllp.com<br>Email: jlibling@bsfllp.com |
| Sean P. Rodriguez<br>Juan P. Valdivieso<br>Boies Schiller Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Email: srodriguez@bsfllp.com<br>Email: jvaldivieso@bsfllp.com | |

*s/ John B. Fulfree*

John B. Fulfree