IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

**GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'** *DAUBERT* **MOTION AS TO CLASS CERTIFICATION OPINIONS [ECF NOS. 649-8, 649-33]**

    Pursuant to D.C.COLO.LCivR 7.2, Defendants American Cultural Exchange, LLC d/b/a Go Au Pair and Go Au Pair Operations LLC (collectively, "Go Au Pair") hereby move this Court for an order restricting public access, under Level 1 restricted access, to Exhibits 7 and 31 [ECF Nos. 649-8 and 649-33] to the Declaration of Sean P. Rodriguez in Support of Plaintiffs' Opposition to Defendants' *Daubert* Motion on Class Certification Opinions. In support thereof, Go Au Pair states as follows:

    1.    Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for Go Au Pair conferred with Plaintiffs' counsel via email dated August 21, 2017, regarding this motion. Plaintiffs do not oppose the relief requested herein.

2. All parties to this action have stipulated to a protective order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." (Stipulated Protective Order ¶ 1, ECF No. 305.)

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access. (*Id.* ¶ 8.)

5. On August 7, 2017, Plaintiffs filed their Opposition to Defendants' *Daubert* Motion as to Class Certification Opinions [ECF No. 650] and the Declaration of Sean P. Rodriguez in support thereof ("Rodriguez Decl.") [ECF No. 649]. Go Au Pair believes in good faith that certain exhibits attached to Mr. Rodriguez's declaration contain highly confidential information related to Go Au Pair's business operations.

6. Attached as Exhibit 31 to Mr. Rodriguez's declaration is Defendants' Response in Opposition to Plaintiffs' Motion for Rule 23 Class Certification and Appointment of Class Counsel ("Defendants' Joint Opposition to Class Certification"). Defendants' initially filed that brief under restricted access [ECF No. 603], and the Court subsequently granted several defendants' motions to permanently restrict access to that document [ECF No. 656]. As to Go Au Pair, this brief provides sensitive information

2

regarding the total number of au pairs sponsored by Go Au Pair, and, thus, the size of Go Au Pair's business. (*See* Rodriguez Decl., Ex. 31 at 8.)

7. Attached as Exhibit 7 to Mr. Rodriguez's declaration are a series of tables prepared by Plaintiffs' retained expert, Mr. William Kerr that purportedly reflect the number of au pair placements by individual sponsors from 2007 to 2017, as well as the number of unique host families. (*See* Rodriguez Decl., Ex. 7 at RFP000734, RFP000737-38.) This, too, reflects sensitive information regarding the size of Go Au Pair' s business.

8. Accordingly, Exhibits 7 and 31 to Mr. Rodriguez's declaration contain proprietary business information of competitive value and significance. To preserve the confidentiality of Go Au Pair's sensitive business information, portions of these exhibits should be restricted from public view. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness. In addition, [a]ccess properly is denied where court files might serve as a source of business information that could harm a litigant's competitive standing.").

9. Because only a portion of Exhibits 7 and 31 contain confidential information relating to Go Au Pair, redacted versions of those documents may be filed in the public record. Both of these documents, however, contain confidential information relating to other defendants that may be addressed by those defendants in individual motions for restricted access. Thus, pursuant to the Stipulated Protective Order, Go Au

3

Pair is not filing redacted versions of these documents at this time. For the Court's convenience, the defendants will jointly file redacted versions of these documents that address all of the defendants' confidentiality concerns and which may be filed in the public record. Go Au Pair, however, requests that the original, unredacted version of Exhibits 7 and 31 to Mr. Rodriguez's declaration remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, Go Au Pair respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF Nos. 649-8 and 649-33.

Dated: August 21, 2017.                     Respectfully submitted,


                                            *s/ Kathryn A. Reilly*
                                            Kathryn A. Reilly
                                            Grace A. Fox
                                            Natalie West
                                            Wheeler Trigg O'Donnell LLP
                                            370 Seventeenth Street, Suite 4500
                                            Denver, CO  80202-5647
                                            Telephone:  303.244.1800
                                            Facsimile:  303.244.1879
                                            Email:  Reilly@wtotrial.com
                                                    Fox@wtotrial.com
                                                    West@wtotrial.com

                                            Attorneys for Defendants American Cultural
                                            Exchange, LLC d/b/a Go Au Pair and Go Au
                                            Pair Operations LLC.

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 21, 2017, I electronically filed the foregoing **GO AU PAIR'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'** *DAUBERT* **MOTION AS TO CLASS CERTIFICATION OPINIONS [ECF NOS. 649-8, 649-33]** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kathryn A. Reilly*