# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

## MOTION TO APPEAR AT MOTION HEARING BY TELEPHONE
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Motion Hearing set for August 25, 2017, at 9:00 a.m. by telephone, and states as follows:

1. The Order granting the Motion for Leave to Reschedule Motions Hearing issued by this Court on August 18, 2017, vacated the Motion Hearing set for August 31, 2017 and reset it to August 25, 2017 at 09:00 AM.

2. The undersigned counsel is located out of state and would like to avoid the time and expense of travelling to Denver.

3. Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Motion Hearing, as co-defendants will likely be able to argue a position acceptable to Expert AuPair.

WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Status Conference by telephone and any such other relief as deemed appropriate by the Court.

Date: August 22, 2017            Respectfully submitted,

                                     *s/Bogdan Enica*
                                     Bogdan Enica, Esq.
                                     111 Second Avenue NE, Suite 204
                                     St Petersburg, FL 33701
                                     Phone:  727-388-3472
                                     bogdane@hotmail.com
                                     ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of August, 2017, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        s/*Bogdan Enica*
                                        Bogdan Enica, Esq.