# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record.

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI, BEAUDETTE DEETLEFS, ALEXANDRA IVETTE GONZALEZ, SARAH CAROLINA AZUELA RASCON, JULIANE HARNING, LAURA MEJIA JIMENEZ, and NICOLE MAPLEDORAM, and the conditionally certified classes that Plaintiffs represent.

    DATED this 22nd day of August, 2017, at New York, New York.

Respectfully submitted,
*/s/*  Byron Pacheco_____
Byron Pacheco
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300
bpacheco@bsfllp.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I electronically filed the foregoing

ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court by using the

CM/ECF system. I also certify that the foregoing document is being served this day on

all counsel of record or pro se parties via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive Notices of Electronic Filing via electronic means.

/s/      Byron Pacheco
Byron Pacheco