IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN;
LUSAPHO HLATSHANENI;
BEAUDETTE DEETLEFS;
DAYANNA PAOLA CARDENAS CAICEDO;
ALEXANDRA IVETTE GONZALEZ;
and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE,

    Defendants.
_____

## ENTRY OF APPEARANCE
_____

    Aubrey J. Markson of Nixon Shefrin Hensen Ogburn, P.C. hereby enters her

appearance as counsel on behalf of Defendants A.P.E.X. American Professional

Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange.

Respectfully submitted this 23rd day of August, 2017.

NIXON SHEFRIN HENSEN OGBURN, P.C.

*s/ Aubrey J. Markson*
Aubrey J. Markson
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
(303) 773-3500
amarkson@nixonshefrin.com

Attorneys for Defendants A.P.EX. American Professional Exchange, LLC dba ProAuPair; and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2017, I have electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record below:

| | |
|---|---|
| Lauren F. Louis<br>Sigrid S. McCawley<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Sabrina A. McElroy<br>Dawn L. Smalls<br>Joshua J. Libling<br>Sean P. Rodriguez<br>Daniel R. Schwartz<br>Juan P. Valdivieso<br>BOIES SCHILLER & FLEXNER, LLP<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>smcelroy@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br>srodriguez@bsfllp.com<br>dschwartz@bsfllp.com<br>jvaldivieso@bsfllp.com | Bogdan Enica, Esq.<br>111 Second Avenue NE, Suite 204<br>St Petersburg, FL 33701<br>Phone: 727-388-3472<br>bogdane@hotmail.com<br>***Attorney for Defendant Expert Group International Inc. d/b/a Expert AuPair***<br><br>Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>*kokeefe@choate.com*<br>***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*** |
| Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>***Attorneys for Plaintiffs*** | Thomas B. Quinn<br>Peggy E. Kozal<br>Jennifer W. Vedra<br>Nathan A. Huey<br>Heather K. Kelly<br>GORDON & REES LLP<br>tquinn@gordonrees.com<br>pkozal@gordonrees.com<br>nhuey@gordonrees.com<br>jvedra@gordonrees.com<br>hkelly@gordonrees.com<br>***Attorneys for Defendant AuPairCare, Inc.*** |

Diane R. Hazel
James M. Lyons
Jessica L. Fuller
Jonelle Martinez
LEWIS ROCA ROTHGERBER
CHRISTIE LLP
dhazel@lrrc.com
 jlyons@lrrc.com
jfuller@lrrc.com
jmartinez@lrrc.com
*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Erica L. Herrera Joseph H. Hunt
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
eherrera@shermanhoward.com
jhunt@shermanhoward.com
*Attorneys for Defendant InterExchange, Inc.*

Kathryn A. Reilly
Grace A. Fox
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com fox@wtotrial.com
*Attorneys for Defendants Au Pair International, Inc., American Cultural Exchange, LLC d/b/a GoAuPair and Agent Au Pair*

William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com
*Attorneys for Defendant USAuPair, Inc.*

Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
*Attorneys for Defendant GreatAuPair, LLC*

David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP dmeschke@bhfs.com
mfitzgerald@bhfs.com
*Attorneys for Defendant EurAupair InterCultural Child Care Programs*

James E. Hartley
Adam A. Hubbard
Jonathan S. Bender HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com
*Attorneys for Defendant Cultural Homestay International*

Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com
*Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America*

Joseph B. Cartafalsa
Stephen J. Macri
John B. Fulfree
Robert M. Tucker
PUTNEY,TWOMBLY, HALL & HIRSON LLP
jcartafalsa@putneylaw.com
smacri@putneylaw.com
jfulfree@putneylaw.com
rtucker@putneylaw.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
estock@gibsondunn.com
*Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America*

*s/ Carol A. Larsen Cook*
Carol A. Larsen Cook

5