IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

**CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS APPENDED TO PRIOR MOTIONS TO RESTRICT**

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Defendants hereby move the Court for an Order restricting public access, under Level 1, for certain exhibits to public filings. In support thereof, Defendants state as follows:

1. As required by D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with Plaintiffs' counsel in good faith regarding this motion. Although Plaintiffs do not oppose this motion and the relief requested herein given the Court's instruction, Plaintiffs believe that redaction would adequately protect the interests in question and that ultimately keeping these exhibits under seal in their entirety would be inconsistent with the U.S. Constitution and D.C.COLO.LCivR 7.2.

2. All parties to this action have stipulated to a Protective Order ("Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other

information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1 [ECF No. 305].

4. Pursuant to the Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 or Level 2 restricted access.  *Id.* ¶ 8.

5. Parties in this matter have filed motions, responses, replies, and exhibits in support thereof that contain confidential, proprietary information of Defendants as well as identifying information of non-parties. When appropriate, Defendants, pursuant D.C.COLO.LCivR 7.2, separately moved to restrict those filings that revealed certain confidential, proprietary information of Defendants or of non-parties. In moving to restrict, Defendants either (i) requested that certain documents remain under Level 1 restricted access in their entirety or (ii) filed redacted versions of the documents at issue to further the goals of public access articulated in *SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-cv-01468-WJM-BNB, 2012 WL 2917116 (D. Colo. July 16, 2012). *See* ECF Nos. 573, 633, 634, 635, 636, 637, 639, 657, 658, 659, 661, and 669. The Court granted these motions. *See* ECF Nos. 583, 656, 678.[1]

6. Per the Court's instruction and to minimize the risk of disclosure of certain confidential information, Defendants now move for all exhibits to those motions to restrict identified in Paragraph 5 to remain under Level 1 restricted access in their entirety. Specifically, Defendants move that the following exhibits remain under Level 1 restricted access: ECF Nos. 573-1, 573-2, 633-1, 633-2, 633-3, 633-4, 633-5, 633-6, 633-7, 633-8, 634-1, 634-2, 635-1, 636-1, 636-2, 636-3, 636-4, 638, 639-1, 639-2, 639-3, 657-1, 657-2, 657-3, 657-4, 657-5, 658-1, 658-2, 658-3, 659-1, 661-1, and 669-1.

---

[1] The Court has not yet ruled on the recently-filed Motion to Restrict in ECF No. 669.

7. As Defendants detailed in their prior motions to restrict that the Court granted, publicizing certain confidential, proprietary information would cause Defendants—and potentially third parties—serious injury. D.C.COLO.LCivR 7.2(c)(2)-(3).

8. While Defendants had at first provided redactions of the relevant documents in a good faith attempt to utilize the least restrictive form of protection, this approach has proven to be impracticable within the meaning of D.C.COLO.LCivR 7.2(c)(4). Various Defendants moving the Court to redact their own information resulted in competing redacted versions that, if made public, would inadvertently disclose confidential information of another Defendant, which the Court ultimately ruled should be protected. Therefore, based upon the numerous parties and volume of confidential information, the Court should restrict the entirety of these documents to adequately protect the interests of all Defendants and non-parties.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to ECF Nos. 573-1, 573-2, 633-1, 633-2, 633-3, 633-4, 633-5, 633-6, 633-7, 633-8, 634-1, 634-2, 635-1, 636-1, 636-2, 636-3, 636-4, 638, 639-1, 639-2, 639-3, 657-1, 657-2, 657-3, 657-4, 657-5, 658-1, 658-2, 658-3, 659-1, 661-1, and 669-1.

Respectfully submitted this 23rd day of August, 2017.

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)

3

CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***


*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Lawrence D. Stone*
Lawrence D. Stone (lstone@nixonshefrin.com)
Katheleen E. Craigmile (kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

4

*s/ Lawrence L. Lee*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301


***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213

5

St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Peggy Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

***Attorneys for Defendant EurAuPair Intercultural Child Care Programs***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101

6

(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2017, I caused to be electronically filed the foregoing **CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS APPENDED TO PRIOR MOTIONS TO RESTRICT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

                                      *s/ Diane R. Hazel*
                                        Diane R. Hazel