IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBITS APPENDED TO PRIOR MOTIONS TO RESTRICT**
_____

The Court has reviewed Certain Defendants' Unopposed Motion to Restrict Pubic Access (Level 1) to Exhibits Appended to Prior Motions to Restrict and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

ECF Nos. 573-1, 573-2, 633-1, 633-2, 633-3, 633-4, 633-5, 633-6, 633-7, 633-8, 634-1, 634-2, 635-1, 636-1, 636-2, 636-3, 636-4, 638, 639-1, 639-2, 639-3, 657-1, 657-2, 657-3, 657-4, 657-5, 658-1, 658-2, 658-3, 659-1, 661-1, and 669-1 shall retain Level 1 restricted access.

DATED this ___ day of _____ 2017.

                                             BY THE COURT

                                             _____

                                             Hon. Christine M. Arguello