# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF DAWN L. SMALLS
REGARDING FLSA VENDOR CORRESPONDENCE**

---

    I, Dawn L. Smalls, hereby declare as follows:

    1.    I am an attorney duly licensed to practice law in the State of New York and am a partner with the law firm of Boies Schiller Flexner LLP ("BSF"), counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts and the United States District Court for the District of Colorado.

    2.    The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

    3.    I submit this declaration in response to the Court's August 21, 2017 Minute Order, which states: "Counsel for Plaintiffs maintain that, contrary to their

instructions, an email vendor erroneously sent FLSA notice to au pairs who worked for non-FLSA Defendants. Counsel is ordered to file all correspondence with the email vendor related to the erroneous transmission by close of business on Wednesday, August 23, 2017." D.E. 665. In accordance with this Order, this declaration attaches the requested written correspondence.

4. I am the primary point of contact between BSF and 270 Strategies. To respond to the Court's Minute Order, I searched my emails for relevant correspondence, and directed other attorneys and staff at BSF to do the same. All responsive emails that resulted from these searches have been compiled and attached to this declaration.

5. The documents attached to this declaration include privileged attorney work product and communications, and also highly commercially sensitive information that has been designated attorneys'-eyes-only by Defendants. Moreover, these documents are filed only because the Court ordered Plaintiffs to file them. By so filing, Plaintiffs do not intend to waive any privilege or work-product protection and expressly reserve all such rights. This declaration and the exhibits are being filed with a Level 2 restriction, and a redacted version of this declaration will be provided to counsel for Defendants.

6. Although much of my communication with 270 Strategies occurred by phone, the email correspondence as a whole confirms that (i) I informed 270 Strategies that only the au pairs sponsored by the six FLSA defendant were to be contacted for purposes of the opt in notification process and (ii) that 270 Strategies repeatedly acknowledged and understood that instruction.

2

***Background & Overview***

7. My primary points of contact at 270 Strategies are Marlon Marshall (Partner) and Jesse Boateng (Vice President). Other 270 Strategies staff with whom I have worked on this engagement include Sarah Keep, Project Manager, and AJ Kahle, Data Manager. In addition to 270 Strategies, the email correspondence includes correspondence with staff at BRG, who support Plaintiff's expert Bill Kerr, and ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████ The email correspondence also includes staff at JND Legal Administration ("JND") which serves as the notice administrator for the class and is responsible for processing the opt-in forms as well as maintaining the class administration website.

8. ████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████████████████████ ████████

9. FLSA Au Pair data was sent to 270 Strategies for purposes of the notification; ██████████████████████████████████████████████ ████████████████████████

10. However, as I testified in my declaration of July 20, 2017 (Declaration of Dawn L. Smalls Regarding FLSA Opt-In Process, D.E. 619 at ¶¶ 10-11), I conveyed to 270 Strategies that the opt-in notification process only pertained to the six FLSA

3

agencies. This was done explicitly in on May 18, 2017, in Exhibit 8 below, ███ ███████████████████████████████████████████, but is also shown in Exhibit 9, █████████████████████████████████████████████████ █████████████████████████████████████. The instruction that the email notification only be sent to the six FLSA agencies is also affirmed in my email to them on May 24, 2017 (Exhibit 10 below), ████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████

    12.    Thus, at the time that 270 Strategies was making preparations to send the initial wave of transmittal emails on July 5, 2017, it had at its disposal a database that contained au pair contact information for all defendants who had produced it. The larger database containing all au pairs ████████████████████████████████ ████████████████████████████████████████. Despite ████████ ████████████████████████████████████████████████████████████

4

, 270 Strategies nonetheless erroneously used the full database when sending the initial transmittal email, rather than only the FLSA subset as agreed.

*Email Correspondence*

13.  .

14. On April 6, I sent 270 Strategies the portion of the Court's certification order that specified the information that would be provided by the FLSA Defendants for the purposes of notice and which was clear that it only applied to the "FLSA Defendants." **Exhibit 1**. I also explained this distinction between FLSA Defendants and non-FLSA Defendants on various telephone calls.

15. I sent 270 Strategies the FLSA Defendants' au pair contact information on April 17, 2017. **Exhibit 2**. In my email I described the information as ▮▮▮ and 270 Strategies confirmed the identities of the six FLSA Defendants on May 2, 2017. *Id.*

16. In the interim—on April 27, 2017—▮▮▮ **Exhibit 3** not only contains a calendar invite for one such call, ▮▮▮

17. Attached hereto as **Exhibit 4** is an email chain between Jesse Boateng, Sarah Keep, Marlon Marshall, AJ Kahle, and me, on May 5, 2017, re "270's requests re: Au Pairs workstream." In this email, 270 Strategies informed me that they ▮▮▮ This included only the FLSA

5

defendants ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.  My response and Jesse Boateng's subsequent reply later that day are attached hereto as **Exhibit 5**.

18. Other communications from mid-May 2017 likewise confirm 270 Strategies' understanding that it was expecting *au pair* contact information from only ▉▉▉▉▉▉▉▉—meaning, the FLSA defendants.  **Exhibits 6, 7.**

19. On May 18, 2017, I sent an email to 270 Strategies with the subject line, "Defendants for Au Pair Notification."  **Exhibit 8**.  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.  Although I had already conveyed this information to 270 Strategies, this email is further corroboration that I explicitly informed 270 Strategies that it should notice only the au pairs associated with the FLSA Defendants.

20. On May 24, 2017, 270 Strategies sent me its ▉▉▉▉▉▉ of its analysis of the contact information that would be used for notice purposes.  **Exhibit 9**.  That analysis includes information only regarding the six FLSA defendants, consistent with my instructions on May 18 and earlier.

21. On May 24, 2017, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ **Exhibit 10**.

22. On July 5, 2017, 270 Strategies sent the initial notice email to a sub-set of the au pairs, including non-FLSA au pairs.

23. After the erroneous transmission was brought to Plaintiffs' attention, there are several communications with 270 Strategies about the issue.  Attached hereto as

6

**Exhibit 11** is an email chain between AJ Kahle, Sarah Keep, and I, on July 8, 2017, re "URGENT - notice to antitrust only au pairs," about the mistaken email launch to non-FLSA au pairs. ███████████

███████████████████████████████████

██████████████████████████████

███████████████████████████████████

█████████████████████████████

█████████████████████████████

████████████████████████████ Attached hereto as **Exhibit 12** is an additional part of the same email chain between Sarah Keep and I, in which ██████ ████████████████████████ which reflected only the 6 FLSA defendants.

24. Attached hereto as **Exhibit 13** is an email chain between Sarah Keep and me, beginning on July 7, 2017, and ending on July 8, 2017, regarding the dissemination of the lawsuit notice email to non-FLSA au pairs. ███████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

7



25.     Attached hereto as **Exhibit 14** is an email chain between AJ Kahle, Sarah Keep, and me, beginning on July 8, 2017, and ending on July 9, 2017, regarding the erroneous emailing of the non-FLSA au pairs. ███████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████

26.     Attached hereto as **Exhibit 15** is an email chain between Sarah Keep and I, beginning on July 8, 2017, and ending on July 9, 2017, regarding the language of the corrective email.

27.     Attached hereto as **Exhibit 16** is an email chain between AJ Kahle, Sarah Keep, and me, beginning on July 8, 2017, and ending on July 9, 2017, re "URGENT - notice to antitrust only au pairs," regarding the next steps to take to remedy the situation. ███████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████

28.     Attached hereto as **Exhibit 17** is an email chain between AJ Kahle, Sarah Keep, and me, beginning on July 8, 2017, and ending on July 10, 2017, regarding the

8

erroneous emailing of non-FLSA au pairs – specifically, Cultural Homestay International. ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████

████████████

29.   Attached hereto as **Exhibit 18** is an email chain between AJ Kahle, Sarah Keep, and me, beginning on July 8, 2017, and ending on July 10, 2017, regarding the number of non-FLSA au pairs that were sent an email because they were also included on the FLSA lists. ███████████████████████████████████████

████████████████████████ Attached hereto as **Exhibit 19** is an additional email in the chain between Sarah Keep, AJ Kahle, and I, beginning on July 8, 2017, and ending on July 10, 2017, regarding the retraction emails that had been sent.

30.   Attached hereto as **Exhibit 20** is an email chain between AJ Kahle and me, on July 10, 2017, regarding a draft declaration detailing the erroneous emailing of non-FLSA au pairs. ███████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████ as **Exhibit 21**.

31.   Attached hereto as **Exhibit 22** is an email chain between AJ Kahle and me, on July 10, 2017, re "FW: Remedies for Notice violations and Temporary

9

Restraining Order," in which I forwarded an email from Lawrence D. Stone, counsel for APEX-2020, to 270 Strategies and asked if ███████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████

33. Attached hereto as **Exhibit 23** is an email chain between AJ Kahle and me, on July 10, 2017, in which I forwarded an email from Meshach Y. Rhoades, counsel for Great Au Pair, who requested that Plaintiffs disclose a list of the "recipients who received the notice." █████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████

33. Attached hereto as **Exhibit 24** is an email chain between Marlon Marshall and me, on July 10, 2017, regarding his declaration. He attached an updated copy for my review.

34. Attached hereto as **Exhibit 25** is an email chain between AJ Kahle and me, on July 11, 2017, re "Data Pulls," in which 270 Strategies attached excel spreadsheets for the six non-FLSA agencies that █████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████████

35. Attached hereto as **Exhibit 26** is an email chain between Marlon Marshall and me, beginning on July 10, 2017, and ending on July 11, 2017, re "Signed declaration from 270 Strategies," in which Marlon Marshall sent the updated and signed version of his declaration. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ The final version of Marshall's declaration, which noted that 270 Strategies' "instructions were to send notifications to the six FLSA Defendants only," was filed with the Court as Exhibit 10 to the July 20, 2017 Declaration of Dawn L. Smalls Regarding FLSA Opt-In Process (D.E. 619-10).

36. Attached hereto as **Exhibit 27** is an email chain between Marlon Marshall and I, on July 13, 2017, in which he attached a revised draft of his declaration.

37. Attached hereto as **Exhibit 28** is an email chain between Marlon Marshall, AJ Kahle, Maria Guarisco, and I, on July 13, 2017, re "Thursday Check In," in which I requested a wet signature from Marlon for his declaration.

38. Attached hereto as **Exhibit 29** is an email chain between AJ Kahle and Maria Guarisco, a paralegal at Boies Schiller Flexner, on July 14, 2017, re "'Corrective' Email," in which a clean copy of the email that was sent out to the non-FLSA au pairs following the July 5, 2017 email to correct the mistake that had been made.

11

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of August, 2017 at New York, New York.

    /s/ Dawn L. Smalls
Dawn L. Smalls
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel:   (212) 446-2300
Fax:  (212) 446-2350
dsmalls@bsfllp.com