# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, ET AL.

     Plaintiffs,

v.

INTEREXCHANGE, INC., ET AL.

     Defendants.

---

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER

---

This matter is before the Court on Plaintiffs' Motion to Amend Scheduling Order (Doc. # 620) and correspondence from the parties detailing a stipulated schedule of dates. For good cause appearing, it is hereby ORDERED that Plaintiffs' Motion is GRANTED IN PART, as modified by the stipulated dates submitted to this Court via email.

The Scheduling Order is revised as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' Reply in Support of Rule 23 Motion | August 2, 2017 |
| Affirmative Expert Disclosures | October 2, 2017 |
| Rebuttal Expert Disclosures | October 30, 2017 |

| Fact Discovery Ends | November 3, 2017 |
|---|---|
| Deadline for Dispositive Motions | February 16, 2018 |
| Deadline for Oppositions to Dispositive Motions | March 16, 2018 |
| Deadline for Completion of Opt-in Discovery | April 9, 2018 |
| Deadline for Replies in Support of Dispositive Motions | April 13, 2018 |
| Deadline for Motions for Decertification | May 9, 2018 |
| Deadline for Oppositions to Motions for Decertification | June 6, 2018 |
| Deadline for Replies in support of Motions for Decertification | July 11, 2018 |

DATED:  August 28, 2017

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge