IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

## JOINT MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER

Plaintiffs and Defendants (collectively, "the Parties") hereby jointly move the Court for an Order amending the Stipulated Protective Order. In support thereof, the Parties state as follows:

1. Early in this litigation, the Parties moved the Court to enter a Stipulated Protective Order because they anticipated that the disclosure and discovery activity would "likely [ ] involve production of confidential, proprietary, or private information for which special protection from certain disclosures and from use for any purpose other than prosecuting this litigation may be warranted." Stipulated Protective Order Introduction. On May 6, 2016, the Court entered the Parties' Stipulated Protective Over. ECF No. 305.

2. The Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1.

3. Pursuant to the Stipulated Protective Order, the Parties agreed to file documents and information designated as CONFIDENTIAL as "Level 1 Restricted" in accordance with D.C.COLO.LCivR 7.2.  Stipulated Protective Order ¶ 8.  For documents or information designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," the Parties agreed to file as "Level 2 Restricted" in accordance with D.C.COLO.LCivR 7.2.  Stipulated Protective Order ¶ 8.  Under D.C.COLO.LCivR 7.2(b), Level 2 restriction limits access to the filing party and the Court.

4. Although the Stipulated Protective Order differentiated between information marked CONFIDENTIAL and information marked HIGHLY CONFIDENTIAL, the Parties' practice had been to file all confidential information as Level 1 restricted.[1]  After further review, the Parties agree that the Stipulated Protective Order should be amended to eliminate the requirement that documents and information marked HIGHLY CONFIDENTIAL be filed as Level 2 restricted.  Instead, the Parties agree that they will file documents and information marked either CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY as Level 1 restricted, consistent with their practice.  For the majority of documents and information, filing such information as Level 1 restricted will sufficiently protect the interests of any Parties and non-parties involved.

5. If either Plaintiffs or Defendants anticipate filing certain documents or information as Level 2 restricted, the Parties agree to follow the instructions related to Level 2 restricted access under D.C.COLO.LCivR 7.2.

---

[1] In compliance with the Stipulated Protective Order, Defendants recently filed their Reply In Support Of Defendants' Motion to Exclude Expert Testimony of William Kerr Pursuant to F.R.E. 702 ("Reply"), ECF No. 666, as Level 2 restricted because the exhibit to the Reply had been marked HIGHLY CONFIDENTIAL.  Following the filing, counsel for Defendant Cultural Care, Inc. circulated a copy of the Reply and a redacted version of the exhibit to all parties.  Defendants are currently reviewing the Reply to determine if a motion to restrict access to the Reply is necessary; if so, any motion will seek only Level 1 restricted access.

6. Accordingly, the Parties request that the Stipulated Protective Order be amended to state that any party publicly filing any information marked CONFIDENTIAL or HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY file the information as "Level 1 Restricted" pursuant to D.C.COLO.LCivR 7.2.  *See* Ex. A, Amended Stipulated Protective Order.  The Parties also request to eliminate the requirement that the filing party notify the designating party who shall be responsible for filing the Motion to Restrict.  *See id.*  In lieu of this overly burdensome notice process, each party agrees to review Level 1 restricted filings for confidential or proprietary information and take the appropriate steps under the Stipulated Protective Order and D.C.COLO.LCivR 7.2.

| Current Paragraph 8 of Stipulated Protective Order | Proposed Paragraph 8 of Stipulated Protective Order |
|---|---|
| "Prior to disclosing any CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information to any person listed above (other than counsel, persons employed by counsel, the parties, Court Personnel, stenographic reporters, and the parties' insurance claims adjusters or other insurance handling professionals), counsel shall provide such person with a copy of this Protective Order and obtain from such person a written acknowledgment stating that he or she has read this Protective Order and agrees to be bound by its provisions as set forth in Exhibit A to this Order.  All such acknowledgments shall be retained by counsel and shall be subject to in camera review by the Court if good cause for review is demonstrated by opposing counsel.  **Any party publicly filing any information marked CONFIDENTIAL shall file it as "Level 1 Restricted," and any information marked or HIGHLY CONFIDENTIAL shall file it as "Level 2 Restricted," pursuant to Local Rule 7.2 and shall notify the designating party who shall be responsible for filing the Motion to Restrict contemplated by that rule.**" | "Prior to disclosing any CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY information to any person listed above (other than counsel, persons employed by counsel, the parties, Court Personnel, stenographic reporters, and the parties' insurance claims adjusters or other insurance handling professionals), counsel shall provide such person with a copy of this Protective Order and obtain from such person a written acknowledgment stating that he or she has read this Protective Order and agrees to be bound by its provisions as set forth in Exhibit A to this Order.  All such acknowledgments shall be retained by counsel and shall be subject to in camera review by the Court if good cause for review is demonstrated by opposing counsel.  **Any party publicly filing any information marked CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY shall file it as "Level 1 Restricted" pursuant to Local Rule 7.2.**" |

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants respectfully request that this Court issue an Order amending the Stipulated Protective Order to eliminate the requirements (i) that documents or information designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY be filed as Level 2 restricted access and (ii) that the filing party notify the designating party of the restricted filing, and for such further relief as the Court deems just and proper.

Respectfully submitted this 30th day of August, 2017.

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)

4

Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

<u>s/ Lawrence D. Stone</u>
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

<u>s/ James E. Hartley</u>
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

<u>s/ Lawrence L. Lee</u>
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.

5

(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301


***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Peggy Kozal*

6

Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

***Attorneys for Defendant EurAuPair Intercultural Child Care Programs***

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)

7

KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant USAuPair, Inc.**


*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**Attorneys for Defendant GreatAuPair, LLC**


*s/ Dawn L. Smalls*
Matthew L. Schwartz
Peter M. Skinner
RandallW. Jackson
Dawn L. Smalls
Joshua J. Libling
BOISE, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
BOISE, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Alexander Hood
TOWARDS JUSTICE

1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2017, I caused to be electronically filed the foregoing **JOINT MOTION TO AMEND THE STIPULATED PROTECTIVE ORDER** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

                                      *s/ Diane R. Hazel*
                                        Diane R. Hazel