IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Daria Bogaty Reya
2. Joneal A Labeach
3. Laura Alejandra Rubio Gonzalez
4. Maria Celia Fenoy De Rozas
5. Marisabel Zurita Bolaños
6. Abigail Larenas Gonzalez
7. Alba Isabel Zambrano Ramirez
8. Ana Arias Marturet (Ana Beecroft)
9. Ana Gisela Garza Gonzalez
10. Anna Sofía Viveros Lara
11. Brenda Machorro Alvarado
12. Bruna Alves Watts
13. Camila Alejandra Maureira Castillo
14. Camila Barros De Lima
15. Camila Possamai Mazala
16. Carolina Guerrero Mejía
17. Carolina Sanchez Villabona
18. Daniela Meade Castaneda
19. Diana Dominguez

20. Esmaragda Martinez
21. Evelyn Mayara Batista De Oliveira
22. Francelys Peche
23. Geovana Cristina Duo
24. Giovanni Brown
25. Giuliana Benincasa Fernandes
26. Gizeh Carolina Celis Marrero
27. Jennifer Tathiana Garcia Duarte
28. Juliana Ferreira Pinto
29. Juliana Wilbert Goncalves
30. Karen Herrera Muñoz
31. Karine De Lima
32. Katherine Calle Martinez
33. Larissa Campos Souza
34. Lesly Bustamante
35. Manuela Alvarez Uran
36. María Alejandra Duque Bolivar
37. Maria Fernanda Fonseca Trujillo
38. Marlene Zanotti
39. Natalia Souza D'Angelo
40. Ninfa Magdalena Cuellar Rivera
41. Patricia Kuchenbecker Rohden
42. Raphaella Christian de Andrade Lopes
43. Tanya Marisela Leal Rivas
44. Yenniffer Andrea Bulla Valencia
45. Yuberly Andreina Hernández Blanco
46. Yuliana Botero Serna

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: August 31, 2017 | Respectfully submitted,<br><br>_/s/ Dawn Smalls____<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls  
Dawn L. Smalls

4