# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Daria Bogaty Reya | Au Pair Care, Inc. |
| Joneal A Labeach | AIFS/APIA (Au Pair in America) |
| Laura Alejandra Rubio Gonzalez | Au Pair Care, Inc. |
| Maria Celia Fenoy De Rozas | AIFS/APIA (Au Pair in America) |
| Marisabel Zurita Bolaños | AIFS/APIA (Au Pair in America) |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

AUG 22 2017

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 8/14/2017  SIGNATURE: [signature]
PRINTED NAME: DARIA BOGATYREVA
ADDRESS: 9203 BURLEY DRIVE
20817 BETHESDA (MARYLAND)

TELEPHONE NUMBER(S): 202 702 5395
EMAIL ADDRESS: dariagil@hotmail.com
SPONSOR: AU PAIR CARE, INC.
DATES IN AU PAIR PROGRAM: 11/3/2014 - 6/16/2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE000032

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

AUG 21 2017

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August 21, 2017      SIGNATURE: J.Labeach

PRINTED NAME: JONEAL A. LABEACH

ADDRESS: 4 Oakland Road                     50 Adams Street

Kingston 11, Jamaica                           Oyster Bay, NY 11771

(mailing address)                              (physical address)

TELEPHONE NUMBER(S): 1-876-575-0402

EMAIL ADDRESS: labeach.joneal@gmail.com

SPONSOR: Au Pair in America

DATES IN AU PAIR PROGRAM: November 14, 2016 – November 13, 2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE000034

May 20 18 11:13a   Imperial Travel   Case No. 1:14-cv-03074-CMA-KMT   Document 695-2   filed 08/31/17   USDC Colorado   pg 5 of 7   415282878

*BIE000037*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

AUG 1 9 2017

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 19th Aug 2017   SIGNATURE: [signature]

PRINTED NAME: Laura Alejandra Rubio Gonzalez

ADDRESS: 641 Brunswick St, San Francisco, CA 94112

TELEPHONE NUMBER(S): 415 769 9470

EMAIL ADDRESS: laura.arubio@gmail.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: 20th July 2015 — 15th Oct 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

BIE000037

*BIE000035*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))    AUG 21 2017

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August 21st 2017    SIGNATURE: _____

PRINTED NAME:   Maria Celia Fenoy de Rozas

ADDRESS:   3240 17th street, San Francisco, CA 94110

TELEPHONE NUMBER(S):   415-571-7742

EMAIL ADDRESS:   celiafenoy6@gmail.com

SPONSOR:   Au Pair in America

DATES IN AU PAIR PROGRAM:   October 6th 2014 - October 7th 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

BIE000035

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

AUG 22 2017

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August 22, 2017     SIGNATURE: _____

PRINTED NAME: Marisabel Zurita Bolaños

ADDRESS: 272 Colonnade Drive, Apt 11, Charlottesville, Va 22903

TELEPHONE NUMBER(S): 434-227-8452

EMAIL ADDRESS: marisabel.zurita.bolanos@gmail.com

SPONSOR: Au Pair in America (AISF)

DATES IN AU PAIR PROGRAM: July, 2012 - July, 2014

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336