# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 7235 | h4fa8ac3e | Carolina Guerrero Mejía | Go Au Pair |
| 7237 | v363d8ge8 | Bruna Alves Watts | Cultural Care Au Pair |
| 7239 | h48d96e58 | Jennifer Tathiana Garcia Duarte | Au Pair Care, Inc. |
| 7241 | c24hb24dh | María Alejandra Duque Bolivar | Cultural Care Au Pair |
| 7243 | yh88be58c | Juliana Wilbert Goncalves | Au Pair Care, Inc. |
| 7245 | x5ceeeee3 | Diana Dominguez | Cultural Care Au Pair |
| 7247 | cgfbfcbcb | Abigail Larenas Gonzalez | Cultural Care Au Pair |
| 7251 | v2bhcb8bc | Carolina Sanchez Villabona | Cultural Care Au Pair |
| 7254 | g2ah9b243 | Alba Isabel Zambrano Ramirez | Au Pair in America (APIA/AIFS |
| 7266 | ld7cgg8fb | Giuliana Benincasa Fernandes | Cultural Care Au Pair |
| 7267 | l3da48hb4 | Raphaella Christian De Andrade Lopes | Au Pair Care, Inc. |
| 7270 | k36959h4f | Camila Barros De Lima | InterExchange, Inc. |
| 7272 | w4eb852h5 | Tanya Marisela Leal Rivas | Au Pair Care, Inc. |
| 7278 | c3db33b89 | Brenda Machorro Alvarado | Au Pair Care, Inc. |
| 7282 | ifc8ggf7b | Daniela Meade Castaneda | Cultural Care Au Pair |
| 7285 | lbf35c3eg | Lesly Bustamante | Au Pair in America (APIA/AIFS |
| 7288 | tdh576ceb | Patricia Kuchenbecker Rohden | Au Pair Care, Inc. |
| 7297 | u3fa78c9c | Yenniffer Andrea Bulla Valencia | Au Pair Care, Inc. |
| 7300 | c463aggb2 | Karen Herrera Muñoz | Au Pair Care, Inc. |
| 7302 | vfgg9bag5 | Ana Arias Marturet ( Ana Beecroft) | Au Pair in America (APIA/AIFS |
| 7306 | y4a7752cb | Gizeh Carolina Celis Marrero | Au Pair in America (APIA/AIFS |
| 7309 | c3ddagg38 | Giovanni Brown | Au Pair in America (APIA/AIFS |
| 7313 | vh65e5bc7 | Natalia Souza D'Angelo | Cultural Care Au Pair |
| 7315 | w9a8hd5e3 | Marlene Zanotti | Au Pair in America (APIA/AIFS |
| 7317 | ph753agf9 | Esmaragda Martinez | Cultural Care Au Pair |
| 7322 | k67ea3h8e | Katherine Calle Martinez | Cultural Care Au Pair |
| 7323 | u795cge5d | Yuberly Andreina Hernández Blanco | Au Pair Care, Inc. |
| 7332 | b6ece7538 | Maria Fernanda Fonseca Trujillo | Au Pair Care, Inc. |
| 7335 | u346aec3b | Camila Possamai Mazala | Au Pair Care, Inc. |
| 7340 | kccfbgg5h | Juliana Ferreira Pinto | Au Pair in America (APIA/AIFS |
| 7347 | khbd8cdcc | Ninfa Magdalena Cuellar Rivera | Au Pair Care, Inc. |
| 7351 | racc2523g | Camila Alejandra Maureira Castillo | Cultural Care Au Pair |
| 7353 | p87982c3a | Ana Gisela Garza Gonzalez | Au Pair in America (APIA/AIFS |
| 7355 | gg66hhhea | Evelyn Mayara Batista De Oliveira | Au Pair Care, Inc. |
| 7357 | kfc2ghfae | Yuliana Botero Serna | Au Pair Care, Inc. |
| 7359 | v7289e9c2 | Geovana Cristina Duo | Au Pair in America (APIA/AIFS |
| 7361 | wbh6hg5f5 | Larissa Campos Souza | Expert Au Pair |
| 7363 | tcffabhae | Karine De Lima | Au Pair in America (APIA/AIFS |
| 7368 | v2efdh325 | Anna Sofía Viveros Lara | Au Pair in America (APIA/AIFS |
| 7370 | w5a2ba29g | Francelys Peche | Cultural Care Au Pair |
| 7378 | gde4g944a | Manuela Alvarez Uran | Cultural Care Au Pair |

DocuSign Envelope ID: F94FEA59-DA20-4AEB-A9D7-9A21CB7D0DB5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/19/2017_          Firma: _[DocuSigned by: signature] E6303C35426244A..._

Nome: _Abigail larenas gonzalez_

Dirección: _120 E Reed ave_

_Alexandria, VA US 22305_

Telefone: _5712363007_

Email Address: _abiguita@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/19/2011_          A: _08/17/2012_

DocuSign Envelope ID: 9E7B2657-234B-47CA-B87B-EEE51C849043

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/19/2017

Signature: *Anu/SAP*  
DocuSigned by:  
5D05609C2E8847B...

Name: Alba Isabel Zambrano Ramirez

Address: 880 london green way

Colorado Springs , CO US 80906

Phone Number: 3476053238

Email Address: Albisa77@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/09/2009        To: 11/10/2010

DocuSign Envelope ID: 5EE4800D-F1E6-477C-968F-B10B5B79B88A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/21/2017

Signature: _DocuSigned by:_ 344031464739489...

Name: Ana Arias Marturet ( Ana Beecroft)

Address: 12201 white rapids way

Bakersfield , CA US 93311

Phone Number: 6618587165

Email Address: aariasmarturet@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2011     To: 05/31/2012

DocuSign Envelope ID: DB7EB29F-C3C7-4E6B-BC0A-C20168FE7FD6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *[DocuSigned by]* AFBF35D2080540D...

Name: Ana Gisela Garza Gonzalez

Address: 25574 falling spring way

chantilly, VA US 20152

Phone Number: 7033472183

Email Address: anita_garza2@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/14/2011     To: 02/14/2013

DocuSign Envelope ID: 8C55BD45-8000-4800-A947-CF820CA379BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/24/2017

Signature: *Sml* (DocuSigned by: 4A988D78A00D42C...)

Name: Anna Sofía viveros lara

Address: 84 warwick road

Yonkers , NY US 10708

Phone Number: 3462185258

Email Address: sofiavilara90@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/07/2016      To: 08/06/2018

DocuSign Envelope ID: B4CE2D25-89FA-4C33-94D0-54C30A840CBD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/20/2017

Firma: _DocuSigned by:_ DCFE871D009C487...

Nome: Brenda Machorro Alvarado

Dirección: Pensilvania 12 Fraccionamiento Vista Alegre

Puebla, Puebla MX 72594

Telefone: 0442221521557

Email Address: Brendamachorro@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/08/2015     A: 12/12/2016

DocuSign Envelope ID: A9A5B81D-7634-4E97-82BE-E39A0A5B7B10

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/18/2017

Assinatura: *Bruna Watts*
DocuSigned by:
A6F6CD2B756A44A...

Nombre: Bruna Alves Watts

Endereço: 2739 Middle Neck Road

Odenton, MD US 21113

Teléfono: 4438340907

Email Address: alvez_bruna@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/16/2012          A: 08/06/2013

DocuSign Envelope ID: 8447C22B-B55F-4285-9549-0A90C4FA2657

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *CAMILA ALEJANDRA MAUREIRA CASTILLO*
A4FA8C03406A4C2...

Name: CAMILA ALEJANDRA MAUREIRA CASTILLO

Address: walker 855

Vina del mar, vina del mar CL  2580638

Phone Number: 13718311935

Email Address: camii_maureira@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/04/2012     To: 11/07/2012

DocuSign Envelope ID: FA2A219D-C783-4A96-BE77-B572F4A1FDB9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/20/2017

Signature:
DocuSigned by:
*CAMILA BARROS DE LIMA*
6F964BC367494EB...

Name: CAMILA BARROS DE LIMA

Address: CARLOS DE OLIVEIRA PRATES, 59

MONTE CARLO, SANTA CATARINA BR 89618000

Phone Number: +5549998251695

Email Address: camilaclb@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/06/2014   To: 10/06/2015

DocuSign Envelope ID: D0BAE88F-DCEE-42A9-9BB8-F79F442E0654

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/23/2017

Assinatura: _DocuSigned by:_ Camila P Mazala C20C9BA994AE480...

Nombre: Camila Possamai Mazala

Endereço: 2022 Spring Park Loop

Bourbonnais, IL US 60914

Teléfono: 4134386901

Email Address: camilamazala@yahoo.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/04/2015          A: 06/02/2017

DocuSign Envelope ID: 6ADDC5E8-317F-4BDF-AEF2-D1AF9DF7FFF9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/18/2017

Signature: *Carolina Guerrero Mejía*
DocuSigned by:
1BABC5131ACA428...

Name: Carolina Guerrero Mejía

Address: carrera 59 a # 136-50

Bogotá, Cundinamarca CO 1111111

Phone Number: +573107906953

Email Address: carog_127@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/09/2011     To: 04/30/2013

DocuSign Envelope ID: 261AD079-F276-467B-ACF3-6D516C33A417

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/19/2017

Signature: *[DocuSigned by signature, 8AF27325B996464...]*

Name: Carolina sanchez villabona

Address: 101 maple tree av apt 1d

Stamford, CT US 06906

Phone Number: 9145225258

Email Address: Linazar3@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/06/2009          To: 07/30/2010

DocuSign Envelope ID: DE4DC968-C164-426A-8AF1-41C5CDDD83E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/20/2017

Signature: DocuSigned by: _[signature]_ 665CEA24F78544A...

Name: Daniela Meade Castaneda

Address: 214 SW 47 ter apt 2

cape coral, FL US 33914

Phone Number: 5737955693

Email Address: danone_13@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/11/2009      To: 04/11/2012

DocuSign Envelope ID: B2F2CFE7-256F-4F6F-A313-FA740EF8BF23

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/19/2017

Signature:

DocuSigned by:

996C441933764CF...

Name: Diana Dominguez

Address: 1119 E 15th st

BROOKLYN, NY US 11230

Phone Number: 3475647100

Email Address: Dzeugnimod@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/08/2013      To: 03/07/2014

DocuSign Envelope ID: 28DB761A-090C-44CA-846D-7DF1254B2023

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/22/2017

Signature: _DocuSigned by:_ 651915A229734CD...

Name: Esmaragda martinez

Address: 1734 cedar ave

San leandro, CA US 94579

Phone Number: 5106813723

Email Address: Esmarakas@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/19/2012     To: 06/20/2013

DocuSign Envelope ID: 6FE80411-6116-4FB6-8C45-7F13352CF364

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *Evelyn Mayara Oliveira*
0E2FEEB192C8409...

Name: Evelyn Mayara Batista de Oliveira

Address: 20 Rue Massabni

Kirkland, QUEBEC CA H9H 5J9

Phone Number: 4388681586

Email Address: eve_mayara@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/09/2013     To: 09/09/2014

DocuSign Envelope ID: 4701963E-DA84-4386-B3D9-E2FCCEF068F1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/24/2017

Firma: *Francelys Peche*
DocuSigned by:
A53255FD361C4AF...

Nome: Francelys Peche

Dirección: 6614 Mayfair Dr, Apt 202

Falls Church, VA US 22042

Telefone: 5718350972

Email Address: france_peche@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/24/2010        A: 08/23/2012

DocuSign Envelope ID: 86821262-4EDD-4111-AC7D-8A6291F62786

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: _DocuSigned by:_ Geovana 780E98BC4F124D2...

Name: Geovana Cristina Duo

Address: 6201 Kellogg Dr

McLean, VA US 22101

Phone Number: 7036875924

Email Address: geovanaduo@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 10/10/2018

DocuSign Envelope ID: 39C1A216-2BA7-4D65-9D0A-165BE1628D9F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/22/2017

Firma: _DocuSigned by:_ _676AF85A804C4A9..._

Nome: Giovanni Brown

Dirección: Puerto escondido

Panama, Colón  PA 507

Telefone: 62212005

Email Address: yovi_90_4@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/17/2015          A: 11/02/2015

DocuSign Envelope ID: 6E42B552-90AB-4164-92BA-9A6E18909024

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/20/2017

Signature: *Giuliana Benincasa Fernandes*
0BE1492101EA4EF...

Name: Giuliana Benincasa Fernandes

Address: 69 Hilltop Drive

Keene, NH US 03431

Phone Number: 5719926045

Email Address: giuliana141@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2012      To: 01/20/2014

DocuSign Envelope ID: CC9ADD32-AD66-414D-9CC2-A66BFED93D2B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/22/2017_

Firma: _GIZEH CAROLINA CELIS MARRERO_
DocuSigned by:
03D626B6AA7E4A6...

Nome: GIZEH CAROLINA CELIS MARRERO

Dirección: SAN ANDRES LAS CUMBRES CASA 4C

PANAMA, PANAMA PA 0000000

Telefone: 67333311

Email Address: GIZEHCELIS@HOTMAIL.COM

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _08/17/2016_       A: _08/22/2017_

DocuSign Envelope ID: A4557156-6A14-480F-B3EB-54B27C554B98

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/18/2017

Signature: _DocuSigned by:_ 245A62CD0EE942A...

Name: Jennifer Tathiana Garcia Duarte

Address: 17 Garfield Dr

Westborough , MA US 01581

Phone Number: +573182353233

Email Address: tathiana.garcia@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/07/2017          To: 07/17/2017

DocuSign Envelope ID: F725ABEF-5FAB-4D34-BABF-89584A8A90A3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: _DocuSigned by:_ DFBDBC387C2342E...

Name: Juliana Ferreira Pinto

Address: 919 Cobblestone Parks Dr

Keller , TX US 76248

Phone Number: +1 (682) 309-4558

Email Address: Julianaf.tx@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/19/2016          To: 09/18/2018

DocuSign Envelope ID: 7B9CC350-7D44-48B3-88BE-5C7E15F53D19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/18/2017

Signature: _Juliana_
0D6B9FDC1E4040F...

Name: Juliana Wilbert Goncalves

Address: 1216 Miramonte Ave

Mountain View, CA US 94040

Phone Number: 6509969617

Email Address: juliewilbert@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/07/2011     To: 02/04/2013

DocuSign Envelope ID: 60C9F17B-6F77-4FD6-8DB1-C0657E67D020

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/21/2017

Firma: _DocuSigned by:_ 816F08EF45F24A7...

Nome: Karen Herrera Muñoz

Dirección: Michoacán 307 Unidad Nacional

Madero, Tamaulipas MX 89410

Telefone: 8332154799

Email Address: Karenhm.94@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/10/2013     A: 06/10/2014

DocuSign Envelope ID: 244B563A-696D-4EE3-B78A-F3B2CE854917

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *[DocuSigned by: signature]* 3E151EA4E94742F...

Name: Karine de Lima

Address: 567 San Pedro Cove

San Rafael, CA US 94903

Phone Number: 5175740085

Email Address: karinelima92@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/21/2016     To: 02/21/2018

DocuSign Envelope ID: 4FDCCEAB-6B59-4509-804F-BF4695F377D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/22/2017

Signature: *KC* (DocuSigned by: KC 00DD391724DE4FB...)

Name: Katherine Calle Martinez

Address: 9526 se13th lane

Bellevue, WA US 98004

Phone Number: 4257867763

Email Address: Kathecallemartinez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/10/2012   To: 08/03/2013

DocuSign Envelope ID: D3BD3B1C-FA7B-4FED-BB8B-60997804BA51

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *[DocuSigned by: 0F941C8E19244B7...]*

Name: Larissa Campos Souza

Address: 9104 Wood Spice Lane

Lorton, VA US 22079

Phone Number: 7032831869

Email Address: larissacampossouza@yahoo.com.br

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/25/2016        To: 09/25/2018

DocuSign Envelope ID: 468E89CC-C7D0-4AEA-9352-8DD7B660C78F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/20/2017

Signature: *Lesly B*
DocuSigned by:
5C6FE2AD222D4BF...

Name: Lesly Bustamante

Address: Carrera 18 6 30

Medellin,  CO 000001

Phone Number: 3128185763

Email Address: Leslybustamante16@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2015    To: 08/24/2017

DocuSign Envelope ID: F8C52DCE-E17F-4759-B03A-C24DD39FD400

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/24/2017_     Firma: _Manuela Alvarez Uran_
DocuSigned by:
B6C7FB5CBB05425...

Nome: _Manuela Alvarez Uran_

Dirección: _6200 peregrine way_

_mechanicsburg, PA US 17050_

Telefone: _+573127487718_

Email Address: _manuelauran@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _12/05/2016_     A: _12/04/2017_

DocuSign Envelope ID: F5F77457-C40F-435B-8849-E8B641182E92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/18/2017                    Signature:  _DocuSigned by:_
                                                 49982FF399154C2...

Name:  María Alejandra Duque Bolivar

Address:  1990 Blair Ct

          Bel Air , MD US 21015

Phone Number:  4106522175

Email Address:  alejandraduqueb@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/10/2011          To:  12/18/2012

DocuSign Envelope ID: 0B3A1C9E-80C3-4E82-A749-459E411353D7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: _Maria Fernanda_
DocuSigned by:
F11607CFCFE14EE...

Name: Maria Fernanda Fonseca Trujillo

Address: Carrera 62c No.66c-28 Apto.402

Bogota, Bogota CO 11021

Phone Number: 317 5213738

Email Address: Mfonsecat87@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/20/2014      To: 06/04/2015

DocuSign Envelope ID: 094A76F4-8E81-44B7-8FE5-91D8678796A1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/22/2017

Signature: _(DocuSigned by: Marlene Zanotti — C4FC6DCDC5ED47B...)_

Name: Marlene Zanotti

Address: 13242 Victoria street

Rancho Cucamonga , CA US 91739

Phone Number: 9092310410

Email Address: marlene.zanotti5@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2016      To: 07/11/2018

DocuSign Envelope ID: 9BB32882-6486-4E15-8941-55A5549D5491

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/22/2017

Signature: _Natalia Souza D'Angelo_
DocuSigned by:
7C360C22173D455...

Name: Natalia Souza D'Angelo

Address: 25 S MAIN ST apt 1

Millbury, MA US 01527

Phone Number: 8578882641

Email Address: natizinhaa@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/21/2010       To: 06/17/2011

DocuSign Envelope ID: 68F78164-6E7F-4668-A2B6-353E0548C081

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *NINFA MAGDALENA CUELLAR RIVERA*
DocuSigned by:
03B203158BB7468...

Name: NINFA MAGDALENA CUELLAR RIVERA

Address: Ridgefield Way

Dublin, CA US 94568

Phone Number: 0115218126796080

Email Address: ninfamcr@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/03/2017     To: 04/06/2018

DocuSign Envelope ID: 43C9E7CF-465D-4199-92E7-11D5BF6502B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/21/2017

Signature: *DocuSigned by: [signature] A7859F8B91654BE...*

Name: Patricia Kuchenbecker Rohden

Address: 110 N Henry st 1R

Brooklyn, NY US 11222

Phone Number: 5515560495

Email Address: Patricia.rohden@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/10/2012     To: 12/20/2013

DocuSign Envelope ID: C173B2CD-9284-44FF-A51C-412751926115

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

### Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 08/20/2017

Assinatura: _Raphaella Christian de Andrade Lopes_
DocuSigned by:
9F3EE29FD9514C3...

Nombre: Raphaella Christian de Andrade Lopes

Endereço: Avenida Barao do Rio Branco n 3060 apt 1602 Centro

Juiz de Fora, MG BR 36016310

Teléfono: 5532991759495

Email Address: raphaellalopes@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/30/2010          A: 09/29/2011

DocuSign Envelope ID: 51093AFB-DB41-4D7E-ABBF-F9225F24BAB2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/20/2017          Firma: _____

Nome: Tanya Marisela Leal Rivas

Dirección: Priv.Maple 300

Monterrey , N.L MX 64985

Telefone: 9841319108

Email Address: Tanya.leal@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/27/2013          A: 06/30/2015

DocuSign Envelope ID: 3E263126-D131-4285-A546-AE5A845D8BA2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/21/2017

Signature: *Yenniffer Bulla*
52DF078616F9443...

Name: Yenniffer Andrea Bulla Valencia

Address: 6201 Denmeade Drive, NE

Atlanta, GA US 30345

Phone Number: 4049640534

Email Address: Yenni6152@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/21/2014     To: 07/18/2016

DocuSign Envelope ID: 95F0CEBD-C7A6-4E9F-BCCB-8775AD6C4A6C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/22/2017

Signature: _[DocuSigned by: 1015DF979F764BE...]_

Name: Yuberly Andreina Hernández Blanco

Address: 5324 Wyndholme Circle

Baltimore, MD US 21229

Phone Number: 4103532330

Email Address: andreina.dez@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/09/2013     To: 09/09/2014

DocuSign Envelope ID: 480C8146-FD0B-4376-8A54-77E0357770B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/23/2017

Signature: *Yuliana Botero*
DocuSigned by:
4A160FE2C0554BC...

Name: Yuliana Botero Serna

Address: Calle 73 No 29-28

Bogotá , Cundinamarca CO 000001

Phone Number: 573045872728

Email Address: juli.bote1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012     To: 07/19/2013