# Exhibit C

**Au Pair Wage Action**
**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1736 | f8d22db8 | Karla Senties Gonzalez | Cultural care |
| 2520 | 16fd7b70 | Edelmira Cano Hernandez | Cultural Care Au Pair |
| 3684 | 743b497c | Karla Young | Cultural care au pair |
| 2907 | f0b5d0e3 | Yennyfer Gualteros | Cultural Care Au Pair |
| 6720 | 12020690 | Yessica Meneses Duarte | Au Pair Care, Inc. |
| 6998 | 3b380692 | Diana Cecilia Moreno Macias | Au Pair Care, Inc. |

| | |
|---|---|
| **From:** | diana cecilia moreno macias <dianastrellita2010@hotmail.com> |
| **Sent:** | Friday, August 18, 2017 11:57 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Urgente |

Mi nombre es Diana Cecilia Moreno Macias yo decidí participar en esta demanda por el echo de que es injusto la manera en que se está manejando el sueldo para nosotras como Aupaire pero por motivos personales deseo ya no participar en esta demanda es posible cancelar mi participación en esta demanda ??


My name is Diana Cecilia Moreno Macias I decided to participate in this lawsuit because it is unfair how the salary is being handled for the company to us as Aupaire but for personal reasons I wish no longer to participate in this lawsuit it is possible to cancel my participation in This demand ??

Sent from my iPhone

1

**From:** Edelmira Cano Hernández <mili.cano.hdz@gmail.com>
**Sent:** Tuesday, August 22, 2017 7:51 AM
**To:**
**Subject:** Re: Au Pair Wage Action

I don't wan to be in the Au pair wage action. Thanks

Sent from my iPhone

1

**From:** Karla Yamile Young Rocha <karlayoungr@gmail.com>
**Sent:** Tuesday, August 22, 2017 4:12 PM
**To:** CA - AuPairWageAction

I don't want to participate in this process anymore.

| | |
|---|---|
| **From:** | karla senties <karla_senties@hotmail.com> |
| **Sent:** | Tuesday, August 22, 2017 11:37 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Quit the lawsuit against aupair companies |

Hello,
I don't want to be part of this anymore, thought better about it, and I'm not interested in participating.
Thanks,
Best regards

Sent from my iPhone

| | |
|---|---|
| **From:** | Jenn Gualteros <jenn.gualteros@gmail.com> |
| **Sent:** | Tuesday, August 22, 2017 9:01 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw consent |

Good Afternoon,

My name is Yennyfer Gualteros and I'm writing this email because I want withdraw my Consent to Join Au Pair Wage Action lawsuit form after reviewing the Au Pair Wage Action website.

I don't want to be part of that process and I asked to remove my name from that lawsuit.  It is the second time I asked for this. I don't want to be involved by any circumstances.

Thank you for your comprehension,


Yennyfer Paola Gualteros Campo

| | |
|---|---|
| **From:** | Yessica Meneses Duarte <ceyegu123@gmail.com> |
| **Sent:** | Wednesday, August 23, 2017 10:22 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Au pair |

Hello,
I want to be exclude for this, I think that I signed, but I did not sent the form by email

Get Outlook for iOS