# Exhibit D

**Au Pair Wage Action**
**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 6982 | 8b1301d0 | Erika Marlen Gonzalez Tovar | Cultural Care Au Pair |
| 7088 | f9e01edc | Luisa Sordo Mejia | Au Pair in America (APIA/AIFS |
| 7191 | c7hbf4daf | Giselle Bagatini | Cultural Care Au Pair |
| 5350 | dd176208 | Angela Marcela Mican Franco | Au Pair Care, Inc. |
| 5134 | b5cb7d7b | Calia Nataly Delgadillo Longoria | Cultural Care Au Pair |
| 4335 | 47f05bdb | Dieula Lumertine | Au pair in America |
| 5025 | 9fb3dbba | Esther Cabañero Moreno | Au Pair Care |
| 1959 | 675e69bc | Jessica Medina | aupair care |
| 5125 | d406f6f1 | Jessica Melendez | Cultural Care Au Pair |
| 2434 | f76cef0b | Julia Jordão Tostes | Au Pair Care |
| 5757 | 61dd3235 | Maria Tobar-Saavedra | Cultural Care Au Pair |
| 2858 | fb22e88e | Natalia Marques Do Prado | Cultural Care, Inc. d/b/a Cultural Care Au Pair |
| 5826 | 2d4b6129 | Nittze Aguileta | Au Pair in America (APIA/AIFS |