# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF AGREEMENT

At a hearing held on August 25, 2017, and in a Minute Order of the same date [D.E. 686], the Court ordered that the parties meet and confer by Wednesday August 30 in an attempt to reach agreement on the language of the reminder e-mail scheduled to be sent out on September 3, 2017. Plaintiffs were ordered to file a notice indicating agreement when it was reached. The parties conferred, and have reached agreement on that issue.

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

/s/ Joshua J. Libling
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
jlibling@bsfllp.com

*Counsel for Plaintiffs*