IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

**AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF No. 666**

---

    Pursuant to D.C. COLO. L.Civ. R. 7.2, Defendant, American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") hereby moves this Court for permanent Level 1 restricted access to ECF No. 666. ECF No. 666, was filed in connection with Defendants' Motion to Exclude Expert Testimony of William Kerr (ECF No. 606). In support of its unopposed motion, AIFS states as follows:

    1.    All parties to this action have stipulated to a protective order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in <u>Gillard v. Boulder Valley School District RE-2</u>, 196 F.R.D. 382, Appendix A (D. Colo. 2000).

    2.    The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the

Federal Rules of Civil Procedure." (Amended Stipulated Protective Order ¶ 1, ECF No. 694).

3. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. Id. at ¶ 8.

4. On July 17, 2017, Defendants filed their Motion to Exclude Expert Testimony of William Kerr Pursuant to Federal Rule of Evidence 702 (ECF No. 606).

5. On August 8, 2017, Plaintiffs filed their brief in Opposition to Defendants' *Daubert* motion as to Class Certification Opinions (ECF No. 650).

6. On August 21, 2017, Defendants filed their Reply in Further Support of their Motion to Exclude Expert Testimony of William Kerr Pursuant to Federal Rule of Evidence 702 (ECF No. 666) ("Defendants' Reply").

7. Defendants' Reply was inadvertently filed under Level 2 restriction. AIFS asserts that ECF No. 666 merits only Level 1 restriction.

8. Courts will limit public access to documents if the documents contain: (1) trade secrets (Pine Tel. Co., Inc. v Alcatel Lucent USA Inc., 617 F. App'x 846, 851 (10th Cir 2015)); or (2) business information that might harm a litigant's competitive standing (Nixon v. Warner Commc'ns, Inc., 435 U.S. 589, 598 (1978)); Fed. R. Civ. P. 5.2; see also Anderson v Walgreen Co., 14-CV-02642-RM-MJW, 2016 WL 74934, at *2 (D Colo Jan. 7, 2016).

**Restriction and Leave to Redact ECF No. 666**

9. AIFS seeks to restrict access to Defendants' Reply Brief (ECF No. 666). Defendants' Reply Brief includes AIFS' confidential business information which, if disclosed, would impair AIFS' competitive standing. Nixon, 435 U.S. at 598; SOLIDFX, LLC v. Jeppesen Sanderson, Inc., No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."); Huddleson v. City of Pueblo, Colo., 270 F.R.D. 635, 637 (D. Colo. 2010).

10. Specifically, page 5 of ECF 666 contains a single block quotation from the previously restricted[1] Declaration of Ruth F. Ferry, Senior Vice President of AIFS and Director of the APIA program (ECF No. 603-3). Ms. Ferry's quotation contains information related to AIFS' proposed reaction to a hypothetical change in the au pair stipend amount. The quotation also encapsulates AIFS' strategic analysis of the advantages and disadvantages of a competitor's reaction to, or voluntary increase of, the au pair stipend amount.

11. Only a small portion of ECF No. 666 discloses AIFS' confidential information. Therefore, AIFS submits a redacted copy of ECF No. 666, annexed hereto as Exhibit A. This redacted copy would protects AIFS' confidential information, and may be made available public viewing.

---

[1] As per the Court's August 30, 2017, Order (ECF No. 689).

3

12. In light of the foregoing, AIFS respectfully requests: (1) that ECF No. 666 maintain its Level 1 restriction, as it contain confidential business information and operational information and/or trade secrets, the disclosure of which would greatly impair AIFS' competitive standing; and (2) that the Court accept the enclosed redacted version of ECF No. 666 for public filing.

13. As required by D.C. COLO. L.Civ.R. 7.1(A), undersigned counsel certifies that on September 5, 2017, he conferred with Plaintiffs' counsel concerning the relief sought herein, and Plaintiffs do not oppose.

14. As per the Court's August 25, 2017, directive, the undersigned counsel certifies that on September 1, 2017, he conferred with Defendants' counsel, and confirmed that no other Defendant requires redaction or restriction of any information contained in ECF No. 666.

WHEREFORE, for the foregoing reasons, AIFS respectfully requests this Court issue an Order restricting public access, under Level 1 restricted access, to ECF No. 666, and accept the attached redacted version of ECF No. 666 for public filing.

Dated: September 5, 2017            Respectfully Submitted,

*s/ John B. Fulfree*
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020
Email: jfulfree@putneylaw.com
**Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

# CERTIFICATE OF SERVICE

  I hereby certify that on this 5th day of September, 2017, I electronically served a true and correct copy of **AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ECF No. 666** upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| Name | Email |
|---|---|
| Matthew Lane Schwartz | mlschwartz@bsfllp.com |
| Peter Murray Skinner | pskinner@bsfllp.com |
| Randall Wade Jackson | rjackson@bsfllp.com |
| Sigrid Stone McCawley | smccawley@bsfllp.com |
| Lauren Fleischer Louis | llouis@bsfllp.com |
| Sabrina Alexandria McElroy | smcelroy@bsfllp.com |
| Dawn L. Smalls | dsmalls@bsfllp.com |
| Byron Pacheco | bpacheco@bsfllp.com |
| Alexander Hood | alex@towardsjustice.org |
| Brooke A. Colaizzi | bcolaizzi@shermanhoward.com |
| Heather F. Vickles | hvickles@shermanhoward.com |
| Raymond Myles Deeny | rdeeny@shermanhoward.com |
| Joseph H. Hunt | jhunt@shermanhoward.com |
| William J. Kelly III | wkelly@kellywalkerlaw.com |
| Chandra M. Feldkamp | cfeldkamp@kellywalkerlaw.com |
| Meshach Y. Rhoades | mrhoades@armstrongteasdale.com |
| Martin J. Estevao | mestevao@armstrongteasdale.com |
| Bogdan Enica | bogdane@hotmail.com |
| David B. Meschke | dmeschke@bhfs.com |
| Martha L. Fitzgerald | mfitzgerald@bhfs.com |
| Adam Hubbard | aahubbard@hollandhart.com |
| James E. Hartley | jhartley@hollandhart.com |
| Jonathan S. Bender | jsbender@hollandhart.com |
| Thomas B. Quinn | tquinn@gordonrees.com |
| Brian P. Maschler | brian.maschler@arentfox.com |
| Peggy Kozal | pkozal@gordonrees.com |
| John R. Mann | jmann@gordonrees.com |
| Lawrence L. Lee | llee@laborlawyers.com |
| Susan M. Schaecher | sschaecher@laborlawyers.com |
| Joseph B. Cartafalsa | jcartafalsa@putneylaw.com |
| Stephen J. Macri | smacri@putneylaw.com |
| Robert M. Tucker | rtucker@putneylaw.com |
| Kathryn A. Reilly | reilly@wtotrial.com |
| Grace Anne Fox | fox@wtotrial.com |
| Natalie Elizabeth West | west@wtotrial.com |
| Brian Alan Birenbach | brian@rietzlawfirm.com |
| Lawrence D. Stone | lstone@nixonshefrin.com |

| | |
|---|---|
| Kathleen E. Craigmile | kcraigmile@nixonshefrin.com |
| Lyndsey M. Kruzer | lkruzer@choate.com |
| Joan A. Lukey | joan.lukey@choate.com |
| Robert M. Buchanan, Jr. | rbuchanan@choate.com |
| Michael T. Gass | mgass@choate.com |
| Justin J. Wolosz | jwolosz@choate.com |

*s/ John B. Fulfree*

John B. Fulfree