# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Johanna Galindo Vasquez
2. Patricia Tieli Simionato
3. Cristina Rodriguez Martinez
4. Munique Vieira Pereira
5. Anelise Aparecida Ivan De Oliveira
6. Angie Nathaly Mora Rodriguez
7. Irene Deu Espinar
8. Adriana Peréz Macías
9. Aida Cano Pastrana
10. Aimê Araújo de Carvalho
11. Ainhoa Ingles Ripodas
12. Alejandra Osorio Rojas
13. Alejandra Saladen
14. Alethea Miller
15. Alexa Barrera Torres
16. Alexandra Garcia
17. Aline Cristina Zani
18. Alvaro Jose Bravo
19. Amanda Milena Vargas Santiago

| | |
|---|---|
| 20. | Ana Claudia de Assis Zemuner |
| 21. | Ana Elisabet Núñez Servin |
| 22. | Ana Eloisa Najarro |
| 23. | Ana Karen Guadarrama Menchaca |
| 24. | Ana Laura Cuccaro |
| 25. | Ana Laura Ramos Gomes |
| 26. | Ana Maria Arenas Lopera |
| 27. | Ana Maria Rincon Gutierrez |
| 28. | Ana Narkis Shachter |
| 29. | Ana Torres |
| 30. | Anayanci Garza Garza |
| 31. | Andrea Camara |
| 32. | Andrea Carolina Macias Urueña |
| 33. | Andrea Catalina Cortes Devia |
| 34. | Andrea Cuesta |
| 35. | Andrea Paula Cavalotto |
| 36. | Angela Forero Canon |
| 37. | Angela Patricia Hernandez Luna |
| 38. | Anlly Miley Fresno Rueda |
| 39. | Antonella Paz Vecchiola Apraiz |
| 40. | Aranza Martinez Andrade |
| 41. | Astrid Carolina Ramirez |
| 42. | Ayrama Casique Luna |
| 43. | Beatriz Ballesteros Aceituno |
| 44. | Belkys Elaine Marquez Fragoso |
| 45. | Blanca Estefany Alvarez Araque |
| 46. | Brenda Gaspar Hernandez |
| 47. | Bruna Goncalves |
| 48. | Bruna Rodrigues De Brito |
| 49. | Camila Kelly De Mesquita Pereira |
| 50. | Camila Liege Costa |
| 51. | Camila Turbiani |
| 52. | Carla Patricia Gonzalez Gomez |
| 53. | Carolina Germoliato |
| 54. | Carolina Guillermo Vicaría |
| 55. | Carolina Santini De Medeiros |
| 56. | Carolina Vieira da Motta Mello |
| 57. | Carolina Yukari Inoue |
| 58. | Carolline Leite Moraes |
| 59. | Catherin Waleska Catrifil Valderrama |
| 60. | Cecilia Paola Bencina |
| 61. | Cheila Modzinski Cordeiro |
| 62. | Cindy Lorena Chávez Duran |
| 63. | Cintia Arvelos Nicolau |
| 64. | Cintia Hansen |
| 65. | Claudia Roxana Orozco Never |

66. Constanza Aguila Vergara
67. Coral Mangas Lozano
68. Cristiane Silva Kustin
69. Daiane Carla Gomes De Oliveira
70. Dalia Castillo Ramos
71. Daniela Alejandra Hincapié Hoyos
72. Daniela Chaverri Víquez
73. Daniela Domingues Macedo de Almeida
74. Daniela Ramirez Arias
75. Daniela Silva
76. Daniela Victoria
77. Daniela Zarazua Vargas
78. Danielle Lemos Gonzaga
79. Daphne Perez Sampson
80. Dayanna Marcela Ochoa Malaver
81. Dayzze Marriaga Mortimer
82. Deika Machado
83. Delia Rosa Díaz Montero
84. Diana Carolina Bustamante Suarez
85. Diana Carolina Roman
86. Dominique Lee Matias
87. Dora Elisa Vargas
88. Doris Hernández Villalba
89. Edith Sofia Quintero Garcia
90. Edna Julieta Valle Tenorio
91. Edna Rocio Valenzuela Jimenez
92. Elaine Cristina Dos Santos
93. Elaine Sampaio
94. Eleine Silva Pesker
95. Eliana Catalina Rodriguez Arango
96. Elida Miroslava Real Orozco
97. Elinor Diaz Galindo
98. Emanuel Valadez Burciaga
99. Erika Pesquera López
100. Esperanza Timaná Hidalgo
101. Estefania Hernandez Trujillo
102. Estefanía Vargas Mondragon
103. Estephany Baby Barnett
104. Estephany Cárdenas
105. Eva Ortiz Benitez
106. Evelyn Tenorio Díaz
107. Fabiana Prates Laipelt Benaventana
108. Fabiane Bertolozzi
109. Fabiola Bertolo Carava
110. Fanny Meza
111. Fernanda Carreon Esquivel

112. Fernanda Freire Da Silva Goncalves
113. Flavia Gabriele Benedicto
114. Francini Leal Martins
115. Gabriela Campuzano Florez
116. Gabriela Ferreira Vieira
117. Gabriela Michelle Aleman Lopez
118. Gabriele Fraga Rosa Dos Santos
119. Gisela Avilez Ocampo
120. Giselle Andrea Velasquez Rey
121. Giulia Ferreira Dutra
122. Gladys Alvarez Jimenez
123. Helena Margarita Luisa Fernanda Guerra Chaparro
124. Indira Del Valle Jaimes Marino
125. Ingrid Gonzalez
126. Ingrid Moriyama Galván
127. Irene Galán Sainz
128. Iris Valeria Rodriguez Hurtado
129. Irvana Mrkulic
130. Isabela Dadauto
131. Isabella Novoa Vallejo Parada
132. Ive Caroline Sampaio Ferreira Silva
133. Ivilin Caroline Custodio Mariano
134. Izabela Monteiro Sgarabotto
135. Janaina Gladcheff Zanon
136. Jaqueline Diagonel Correa Bueno
137. Jefferson Felipe Alves Harvey De Melo
138. Jennifer Carreno Saldana
139. Jennifer Mariel Riedel
140. Jenny Marcela Medina Montes
141. Jesica Elizabeth Wong Flores
142. Jessica Alejandra Aguilar Ramírez
143. Jessica Lorena Bohorquez Ortiz
144. Jessica Pastor Tomas
145. Jessica Pereira Azarias
146. Johanna Andrea Gomez Guevara
147. Jordana Cardoso Carneiro de Oliveira
148. Jorgelina Rodriguez
149. Jose Angel Grijalva Marquez
150. Josmara Mitsuko De Los Milagros Figueroa Martinez
151. Jovanna Franchesca Rojas Ibañez
152. Jozi Brito Da Silveira
153. Juan Manuel Vazquez Garcia
154. Julia Natali Heller Neves-Alpert
155. Juliana Aparecida De Oliveira
156. Juliana Christina Delicato Seguin
157. Juliana de Oliveira Cotrim

158. Juliana Gonzalez
159. Juliana Henao Villegas
160. Juliana Pereira De Lima
161. Julie Soufflet
162. July Lorena Macias Gamboa
163. Karina Abreu
164. Karina Lopez
165. Karla Consuelo Rivera Téllez
166. Karoline Clarke
167. katherinn Johanna Peña Arias
168. Katia Judith Paz Puga
169. Katty Llined Becerra Lizarazo
170. Kelly Lorena Castell Ramos
171. Larissa Celestrino Coelho
172. Laura Bibiana Guerrero Castillo
173. Laura Carpintero Toro
174. Laura Prada
175. Laura Vanessa Silva Machacado
176. Laura Weyerhäuser Moniz
177. Laura Zamorano Gutierrez
178. Lays Nascimento Santos
179. Lennys Alexandra Guedez Perez
180. Leticia De Moraes Vianini
181. Leticia Henneke
182. Leticia Nobre Andrade Gilbert
183. Lia Rico López
184. Lidiane Demetrio Machado
185. Lina Marcela Salas Arce
186. Linda Carolina Perez Ortiz
187. Lisia De Lima Matos
188. Lisly Diaz
189. Liz Katherine Díaz Munevar
190. Lizeth Alejandra Mosquera Aldaz
191. Lizeth Daniela Castaneda Monroy
192. Lorena Del Pilar Diaz Rojas
193. Lorena Gomez Gaviria
194. Lorena Perez Echavarria
195. Luisa Duque
196. Luisa Fernanda Doncel Salas
197. Luisa Maria Valbuena Cortes
198. Luiza Balzana Farias
199. Luiza Dorneles Da Silva Marques
200. Luryann Lanzillo Javarroni
201. Luz Strlla Pinzon Castillo
202. Magda Fiorella Tovar Rojas
203. Magliory Parada

204. Maiara Da Costa Bueno
205. Maíra Cruz Martins De Sá
206. Maisa Kelly Santana Barros De Lima Cipriano Da Silva
207. Makarena Carolina Martinez Salinas
208. Mar Puig Oller
209. Marcela Alejandra Perez Iturra
210. Marcela Seohanes
211. Marcele Carolina De Souza Lira
212. Marcella Catel Lara De Souza Tella
213. María Alejandra Ballen Guzmán
214. Maria Alejandra Cruz Mesa
215. Maria Andrea Lamoth Mirabal
216. María Asunción Vazquez
217. Maria Camila Barrero
218. Maria Camila Mejia
219. Maria Clara
220. Maria Elena Alvarez Fernandez
221. Maria Fernanda Cuervo Roman
222. Maria Fernanda Maturana Naranjo
223. Maria Fernanda Vazquez Portales
224. Maria Ines Ferreira
225. Maria Nella Molina Rosero
226. Maria Odete Almeida Rodrigues Oliveira
227. Maria Paula Agurto Arango
228. Maria Paula Burgos Passerini
229. Maria Sofia Barrena Chiantelassa
230. Maria Teresa Avendaño Londoño
231. Maria Virginia Podesta
232. Mariajose Zazueta
233. Marian Armenta Zarate
234. Mariana Cano
235. Mariana Davila Lopes
236. Mariana Elisabet Zabala
237. Mariana Leite Figueredo
238. Mariane Delfino Da Silva
239. Mariane Melo Ridgeway
240. Marilia Dias E Sousa
241. Marina De Oliveira Gomes
242. Marina Morena Borges Crosara
243. Marjorie Lopes Bezerra
244. Martha Lucia Calderon Rosales
245. Martha Susana Salomon Cardillo
246. Mary Vanessa Borrego Moreno
247. Mavis Patricia
248. Mayara Regina Lobo Ledoux Souza
249. Maybe Armes

250. Meiriane Nepomuceno Machado
251. Melise Helaine Campos
252. Mery Ramos
253. Milagros Haydee Mariela Carrion Bances
254. Miriam Pérez Esteban
255. Moises Redondo Ortega
256. Monica Pardo
257. Monica Paredes
258. Monica Parra Quintero
259. Monica Patricia Botero Motta
260. Monyka Naville Kleponis
261. Nallely Susana Sánchez Valenzuela
262. Natalia Alexandra Velasquez Jaramillo
263. Natalia Beltrán Clavijo
264. Natalia Castano Quiros
265. Natalia Crestani
266. Natalia Escudero Estrada
267. Natalia Foeppel Pinheiro Moreira
268. Natalia Maria Garcia Avila
269. Nataly Francisco Sicard
270. Nataly Ramirez Agudelo
271. Natania Leite Ramalho
272. Nathalia Carolina Aguillon Delgado
273. Nazarena Soledad Videla Gordillo
274. Nilceli Ferriolli Bradford
275. Nivia Santos Sousa
276. Noelia Janett Solorzano Huertas (Noelia Lang)
277. Odelia Acacia Carmina San Diego Storni
278. Olivia Cervantes Seceñas
279. Oralia Josefina Chavarria Salgado
280. Ornella Santiago Gallegos
281. Paloma Dolores Treviño Gomez
282. Paloma Zamora Ferrandez
283. Paola Heredia Morales
284. Paola Selene Baltazar Galvan
285. Paula Andrea Torres
286. Paula Vigil Sánchez
287. Paulina Guerra Uribe
288. Paulina Marín Trujillo
289. Pisani Aldana
290. Pricilla Aparecida De Sousa
291. Priscilla Yukie Horayama Arai
292. Rafaela Lelis Camargo
293. Raquel Silva Campos
294. Rebeca Zabini Fernandes
295. Renata Monteiro de Assis

296. Rene Aaron Flores Flores
297. Rhona Carolina Briceño Senges
298. Rikke Lund Larsen
299. Rubi Dinorah Garcia Sanchez
300. Rut Noemi Samudio Reinosa
301. Ruth Bielsa Moreno
302. Sabrina Santiago Muniz
303. Sandra Robles Ortega
304. Sara Avendaño Londoño
305. Sara Del Pilar Puerta Castillo
306. Sara Mejia Alvarez
307. Sarah Nayib Segura Slait
308. Sarita Mantielli Kauffman
309. Scarlett Iveth Escobar Palomo
310. Sharon Verdeza Garcia
311. Shirlene Da Silva Moreira
312. Silvia Mendez
313. Stefania Fernandez Ruiz
314. Suellen Cristina Lima Do Carmo
315. Sumaya Valeska Haufe Chaaban
316. Sunamita Andrade Ribeiro
317. Tais Cristina Brito Silveira
318. Tatiane Fazzio Iglesias Balseiro
319. Thaís C. C. Da Mota
320. Thaisa Gabriela Da Silva
321. Uxía Fernández Ybarra
322. Vanessa Francesca Caselli Escandón
323. Vanessa Maria Montoya Uribe
324. Vanessa Remolina García
325. Victoria Romero
326. Vinicius Camargo Assis Goncalves
327. Virginia Soledad Carnevali
328. Viridiana Gonzalez Villalobos
329. Vivian Obando
330. Wendy Milena Mazenet Villalobos
331. Yanette Dacosta
332. Yazmin Natalia Forero Garcia
333. Yensy Calderon
334. Yeritza Serrano
335. Yesenia Patricia Moreno
336. Yesica Paola Correa Quintero
337. Yina Paola Naranjo
338. Yohana Montero Trejos
339. Yoselyn Lechtman
340. Yudi Constanza Sua Ravelo

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: September 11, 2017                     Respectfully submitted,

                                              _/s/ Dawn Smalls____
                                              Matthew L. Schwartz
                                              Peter M. Skinner
                                              Randall W. Jackson
                                              Dawn L. Smalls
                                              Joshua J. Libling
                                              575 Lexington Avenue
                                              New York, New York 10022
                                              Tel: (212) 446-2300
                                              Fax: (212) 446-2350
                                              mlschwartz@bsfllp.com
                                              pskinner@bsfllp.com
                                              rjackson@bsfllp.com
                                              dsmalls@bsfllp.com
                                              jlibling@bsfllp.com


                                              Alexander Hood
                                              TOWARDS JUSTICE
                                              1535 High Street, Suite 300
                                              Denver, Colorado 80218
                                              Tel: (720) 239-2606
                                              Fax: (303) 957-2289
                                              alex@towardsjustice.org

                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
