# Exhibit A

**Au Pair Wage Action**
**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Johanna Galindo Vasquez | Cultural Care Au Pair |
| Patricia Tieli Simionato | Au Pair Care, Inc. |
| Cristina Rodriguez Martinez | Au Pair Care, Inc. |
| Munique Vieira Pereira | Cultural Care Au Pair |
| Anelise Aparecida Ivan De Oliveira | Au Pair Care, Inc. |
| Angie Nathaly Mora Rodriguez | Au Pair Care, Inc. |
| Irene Deu Espinar | Aifs/Apia (Au Pair In America) |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: AUGUST 18, 2017   SIGNATURE: Anelise

PRINTED NAME: ANELISE APARECIDA IVAN DE OLIVEIRA

ADDRESS: MATO GROSSO STREET, NUMBER 946. ALTINÓPOLIS - SP - BRAZIL ZIP CODE: 14.350.000

TELEPHONE NUMBER(S): +55(16)3665-0103 / +55(16)99397-7856

EMAIL ADDRESS: ANELISE_IVAN@HOTMAIL.COM

SPONSOR: AU PAIR CARE, INC.

DATES IN AU PAIR PROGRAM: FROM: JANUARY 20, 2014 TO: FEBRUARY 02, 2016

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE00048

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 08/31/17     SIGNATURE: [signature]

PRINTED NAME: ANGIE NATHALY MORA RODRIGUEZ

ADDRESS: 138-09 Whitelaw Street, Ozone Park, NY, 11417

TELEPHONE NUMBER(S): 9172569796

EMAIL ADDRESS: morita93@hotmail.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: 01/20/2014 – 01/19/2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

*BIE000042*

AUG 3 0 2017

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 30-08-2017   SIGNATURE: _____

PRINTED NAME: CRISTINA RODRIGUEZ MARTINEZ

ADDRESS: C/ ALBERCA DE SALAMANCA 53 1°C

30150 MURCIA

SPAIN

TELEPHONE NUMBER(S): +34 693541587

EMAIL ADDRESS: cristinarodriguezmartinez.86@gmail.com

SPONSOR: AUPAIRCARE

DATES IN AU PAIR PROGRAM: 19-05-2013 to 19-05-2014

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE000042

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: September 6th 2017   SIGNATURE: /s/

PRINTED NAME: IRENE DEU ESPINAR

ADDRESS: BISBE LORENZANA, 18-20 2ND 1ST
17002 GIRONA
SPAIN

TELEPHONE NUMBER(S): +34 640724589

EMAIL ADDRESS: irene.deu@gmail.com

SPONSOR: AUPAIR IN AMERICA

DATES IN AU PAIR PROGRAM: OCTOBER 2008-MAY 2010

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENTIMIENTO PARA UNIRSE
(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

| | | |
|---|---|---|
| Au Pair Wage Action<br>c/o JND Legal Administration<br>P.O. Box 6878<br>Broomfield, CO 80021 | O por correo electrónico a:<br><br>O por fax al: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 25 Agosto de 2017   FIRMA: _____

NOMBRE EN LETRA DE IMPRENTA: Johanna Galindo Vasquez

DIRECCIÓN: Cl 86 # 25-03 Bl 2 CA 1 Reservas de la villa

NÚMERO DE TELÉFONO: (+57) 300-554-1841

CORREO ELECTRÓNICO: johannagalindo.v@gmail.com

PATROCINADOR: Cultural Care Au Pair

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: Nov. 2011 / Nov 2013

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

| | | |
|---|---|---|
| Au Pair Wage Action<br>c/o JND Legal Administration<br>P.O. Box 6878<br>Broomfield, CO 80021 | O por correo electrónico a:<br><br>O por fax al: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

*BIE000043*

AUG 3 1 2017

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August, 31, 2017     SIGNATURE: Munique Vp

PRINTED NAME: MUNIQUE VIEIRA PEREIRA

ADDRESS: 43968 Bonlee Sq

Ashburn, VA 20147

USA

TELEPHONE NUMBER(S): (571) 528-8230 / (571) 269-7827 (Eric)

EMAIL ADDRESS: muh.vieira@gmail.com OR muh.vieira@me.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: January, 2015 to January, 2017

Return this form by November 2, 2017 to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-335-3336

*BIE000040*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: August 22, 2017       SIGNATURE: Patricia Simionato / Patricia Lutz

PRINTED NAME: Patricia Tieli Simionato - maiden name (Patricia Tieli Lutz married name)

ADDRESS: 180 San Juan Dr, Hauppague - NY - 11788

TELEPHONE NUMBER(S): (631) 780-2004

EMAIL ADDRESS: patriciatieli@gmail.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: April 7th, 2015 until January 6th, 2017.

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

BIE000040