# Exhibit B, Part 1

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 7556 | yc438be59 | Adriana Peréz Macías | Cultural Care Au Pair |
| 7733 | ved5667c7 | Aida Cano Pastrana | Au Pair Care, Inc. |
| 8072 | l72d5ahc6 | Aimè Araújo De Carvalho | Au Pair Care, Inc. |
| 7639 | r969893d5 | Ainhoa Ingles Ripodas | InterExchange, Inc. |
| 8299 | cba723efc | Alejandra Osorio Rojas | InterExchange, Inc. |
| 7817 | r4949ccc8 | Alejandra Saladen | Cultural Care Au Pair |
| 8438 | vb757b7f7 | Alethea Miller | Au Pair in America (APIA)/AIFS |
| 7589 | ugb6c6a97 | Alexa Barrera Torres | Au Pair in America (APIA)/AIFS |
| 8157 | gf6c8fdde | Alexandra Garcia | Au Pair in America (APIA)/AIFS |
| 7907 | vd569864e | Aline Cristina Zani | Au Pair in America (APIA)/AIFS |
| 7774 | ybfed278d | Alvaro Jose Bravo | Cultural Care Au Pair |
| 8286 | rbc7hdfce | Amanda Milena Vargas Santiago | Cultural Care Au Pair |
| 8037 | wfb55ea26 | Ana Claudia De Assis Zemuner | Au Pair Care, Inc. |
| 7792 | pae7a9bfa | Ana Elisabet Núñez Servin | Au Pair Care, Inc. |
| 7466 | r63fd892b | Ana Eloisa Najarro | Go Au Pair |
| 7899 | gc42eb72f | Ana Karen Guadarrama Menchaca | Cultural Care Au Pair |
| 8405 | y5b5g2872 | Ana Laura Cuccaro | Cultural Care Au Pair |
| 8453 | c4d636fb3 | Ana Laura Ramos Gomes | Go Au Pair |
| 8161 | g872f454e | Ana Maria Arenas Lopera | Au Pair Care, Inc. |
| 8359 | kdgchfa7c | Ana Maria Rincon Gutierrez | Au Pair in America (APIA)/AIFS |
| 7756 | uf3gdgdae | Ana Narkis Shachter | Au Pair in America (APIA)/AIFS |
| 7600 | bgg925564 | Ana Torres | Au Pair in America (APIA)/AIFS |
| 7427 | i3bfd342a | Anayanci Garza Garza | Cultural Care Au Pair |
| 8292 | g7cea2254 | Andrea Camara | Au Pair Care, Inc. |
| 7709 | c4gcc3348 | Andrea Carolina Macias Urueña | Au Pair in America (APIA)/AIFS |
| 7562 | ha7d844de | Andrea Catalina Cortes Devia | Cultural Care Au Pair |
| 7766 | vhbgeac94 | Andrea Cuesta | Cultural Care Au Pair |
| 8432 | bh2acd3fh | Andrea Paula Cavalotto | Au Pair in America (APIA)/AIFS |
| 8558 | b68b94g9e | Angela Forero Canon | Au Pair Care, Inc. |
| 7397 | th4b3c7f4 | Angela Patricia Hernandez Luna | Au Pair in America (APIA)/AIFS |
| 8591 | td9gdfa93 | Anlly Miley Fresno Rueda | Au Pair Care, Inc. |
| 7569 | r9aab86bb | Antonella Paz Vecchiola Apraiz | Cultural Care Au Pair |
| 7838 | t39a62382 | Aranza Martinez Andrade | Au Pair Care, Inc. |
| 8485 | r6e28446f | Astrid Carolina Ramirez | Au Pair in America (APIA)/AIFS |
| 8132 | l6225334a | Ayrama Casique Luna | Cultural Care Au Pair |
| 7961 | h4a4997e8 | Beatriz Ballesteros Aceituno | Au Pair Care, Inc. |
| 7458 | c5f46346e | Belkys Elaine Marquez Fragoso | Au Pair Care, Inc. |
| 7871 | v8bbchhh7 | Blanca Estefany Alvarez Araque | Cultural Care Au Pair |
| 7825 | h7hf83g7a | Brenda Gaspar Hernandez | Au Pair Care, Inc. |
| 7984 | p7a98fgda | Bruna Goncalves | Au Pair Care, Inc. |
| 8488 | y9dcd69b9 | Bruna Rodrigues De Brito | Au Pair in America (APIA)/AIFS |
| 7417 | chg8gdc3b | Camila Kelly De Mesquita Pereira | Au Pair Care, Inc. |
| 8080 | kead52f4h | Camila Liege Costa | Au Pair Care, Inc. |
| 8086 | i2bg626e5 | Camila Turbiani | Cultural Care Au Pair |
| 7894 | vah3af58b | Carla Patricia Gonzalez Gomez | Au Pair Care, Inc. |
| 8347 | v3d37f624 | Carolina Germoliato | Au Pair Care, Inc. |
| 8527 | cbef2aa3e | Carolina Guillermo Vicaría | Au Pair Care, Inc. |
| 8449 | i34hbda6a | Carolina Santini De Medeiros | Au Pair Care, Inc. |
| 8064 | va4795b93 | Carolina Vieira Da Motta Mello | Cultural Care Au Pair |
| 8070 | gee8ch23e | Carolina Yukari Inoue | Au Pair Care, Inc. |
| 7442 | ue8gc98f3 | Carolline Leite Moraes | Cultural Care Au Pair |
| 8170 | t33682a7d | Catherin Waleska Catrifil Valderrama | Cultural Care Au Pair |
| 7863 | r6e8e7f23 | Cecilia Paola Bencina | Au Pair in America (APIA)/AIFS |
| 8168 | if3h356ah | Cheila Modzinski Cordeiro | Au Pair Care, Inc. |
| 7776 | hc65eg9e5 | Cindy Lorena Chávez Duran | Au Pair Care, Inc. |
| 8224 | ga4hdfdfg | Cintia Arvelos Nicolau | Cultural Care Au Pair |
| 7504 | p937h3357 | Cintia Hansen | Cultural Care Au Pair |
| 8480 | rbbd6f5d6 | Claudia Roxana Orozco Never | Au Pair Care, Inc. |
| 7540 | xddf3deha | Constanza Aguila Vergara | Cultural Care Au Pair |
| 8387 | pg6a82773 | Coral Mangas Lozano | Au Pair in America (APIA)/AIFS |
| 8142 | gfgc26f78 | Cristiane Silva Kustin | Cultural Care Au Pair |
| 7936 | lc4644abh | Daiane Carla Gomes De Oliveira | Au Pair Care, Inc. |
| 8348 | hfc35359g | Dalia Castillo Ramos | Go Au Pair |
| 8238 | r7e23hf2e | Daniela Alejandra Hincapié Hoyos | Go Au Pair |
| 7868 | i6249cd43 | Daniela Chaverri Víquez | Au Pair in America (APIA)/AIFS |
| 7413 | u98h5ba49 | Daniela Domingues Macedo De Almeida | Au Pair Care, Inc. |
| 8556 | x7c4h72bb | Daniela Ramirez Arias | Au Pair Care, Inc. |
| 8156 | rh8c6dae5 | Daniela Silva | Au Pair in America (APIA)/AIFS |
| 8081 | i549b8f3a | Daniela Victoria | Au Pair in America (APIA)/AIFS |
| 7821 | cdedaab36 | Daniela Zarazua Vargas | Cultural Care Au Pair |
| 7515 | pa69d6df3 | Danielle Lemos Gonzaga | Au Pair in America (APIA)/AIFS |
| 8583 | g358h62ga | Daphne Perez Sampson | Cultural Care Au Pair |
| 7578 | t5fd9fbf6 | Dayanna Marcela Ochoa Malaver | Cultural Care Au Pair |
| 8412 | x4352ca26 | Dayzze Marriaga Mortimer | Au Pair in America (APIA)/AIFS |
| 8242 | vb9ah4c44 | Deika Machado | Au Pair in America (APIA)/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 7595 | ybac76bge | Delia Rosa Díaz Montero | Cultural Care Au Pair |
| 8094 | phda84ab4 | Diana Carolina Bustamante Suarez | Cultural Care Au Pair |
| 7649 | y29hebh3g | Diana Carolina Roman | Au Pair Care, Inc. |
| 7979 | l6564b4eg | Dominique Lee Matias | Au Pair in America (APIA/AIFS |
| 7742 | i28dcg8d9 | Dora Elisa Vargas | Au Pair Care, Inc. |
| 8360 | ugechd8c5 | Doris Hernández Villalba | Cultural Care Au Pair |
| 8296 | xdche23dc | Edith Sofia Quintero Garcia | Cultural Care Au Pair |
| 7609 | vagb39fd2 | Edna Julieta Valle Tenorio | Au Pair Care, Inc. |
| 7807 | vaebf37ec | Edna Rocio Valenzuela Jimenez | Au Pair Care, Inc. |
| 8394 | g4h634865 | Elaine Cristina Dos Santos | Au Pair in America (APIA/AIFS |
| 7976 | g3fe536ee | Elaine Sampaio | Cultural Care Au Pair |
| 8593 | l24acfg46 | Eleine Silva Pesker | Au Pair in America (APIA/AIFS |
| 7668 | u7cbcd9de | Eliana Catalina Rodriguez Arango | Au Pair Care, Inc. |
| 8206 | v8e8dcegc | Elida Miroslava Real Orozco | Cultural Care Au Pair |
| 8549 | lh4gb448g | Elinor Díaz Galindo | Au Pair Care, Inc. |
| 7762 | gg8beh2b4 | Emanuel Valadez Burciaga | Cultural Care Au Pair |
| 7723 | v77ch39hb | Erika Pesquera López | Au Pair Care, Inc. |
| 8294 | whbh8a3df | Esperanza Timaná Hidalgo | Cultural Care Au Pair |
| 8451 | r34ace9cd | Estefania Hernandez Trujillo | Au Pair Care, Inc. |
| 7499 | ce6cc72d3 | Estefanía Vargas Mondragon | Cultural Care Au Pair |
| 7475 | b74hd55bg | Estephany Baby Barnett | Au Pair Care, Inc. |
| 8419 | ygecb9c67 | Estephany Cárdenas | Cultural Care Au Pair |
| 7808 | pf86gc8ff | Eva Ortiz Benitez | Cultural Care Au Pair |
| 7878 | u2dcc7gfe | Evelyn Tenorio Díaz | Au Pair Care, Inc. |
| 8111 | wc75b8b59 | Fabiana Prates Laipelt Benaventana | Au Pair Care, Inc. |
| 8269 | cb452defb | Fabiane Bertolozzi | Au Pair in America (APIA/AIFS |
| 8076 | r5395dg22 | Fabiola Bertolo Carava | Au Pair in America (APIA/AIFS |
| 7651 | y36h59f8b | Fanny Meza | Cultural Care Au Pair |
| 7553 | p3e66645d | Fernanda Carreon Esquivel | Au Pair in America (APIA/AIFS |
| 8504 | bgf2dhba7 | Fernanda Freire Da Silva Goncalves | Au Pair Care, Inc. |
| 8440 | i5324e8dg | Flavia Gabriele Benedicto | Au Pair in America (APIA/AIFS |
| 7982 | l6b2237c5 | Francini Leal Martins | Au Pair Care, Inc. |
| 7659 | w62b4d36b | Gabriela Campuzano Florez | Au Pair Care, Inc. |
| 8118 | cb553ec2a | Gabriela Ferreira Vieira | Au Pair Care, Inc. |
| 7937 | x9459gge5 | Gabriela Michelle Aleman Lopez | Cultural Care Au Pair |
| 7921 | c55a3bghd | Gabriele Fraga Rosa Dos Santos | Au Pair in America (APIA/AIFS |
| 7688 | vh32496cc | Gisela Avilez Ocampo | Go Au Pair |
| 8589 | ufge6ecb4 | Giselle Andrea Velasquez Rey | Cultural Care Au Pair |
| 8312 | v95g9c295 | Giulia Ferreira Dutra | Au Pair Care, Inc. |
| 7703 | yg63874b7 | Gladys Alvarez Jimenez | Au Pair Care, Inc. |
| 8562 | t97885g56 | Helena Margarita Luisa Fernanda Guerra Chaparro | Au Pair in America (APIA/AIFS |
| 7901 | p2ge85h5f | Indira Del Valle Jaimes Marino | Cultural Care Au Pair |
| 7541 | bdbh9c3h8 | Ingrid Gonzalez | Cultural Care Au Pair |
| 8230 | hf3ff5343 | Ingrid Moriyama Galván | Cultural Care Au Pair |
| 8101 | t73ee6gah | Irene Galán Sainz | Au Pair in America (APIA/AIFS |
| 7498 | xbfaf64c2 | Iris Valeria Rodriguez Hurtado | Au Pair Care, Inc. |
| 7494 | wc5e5g46a | Irvana Mrkulic | Au Pair in America (APIA/AIFS |
| 7478 | hgc84fgg4 | Isabela Dadauto | Au Pair Care, Inc. |
| 8025 | i252de9dh | Isabella Novoa Vallejo Parada | Au Pair in America (APIA/AIFS |
| 8030 | xg2589685 | Ive Caroline Sampaio Ferreira Silva | Au Pair Care, Inc. |
| 8447 | vefb2b99a | Ivilin Caroline Custodio Mariano | Au Pair Care, Inc. |
| 8425 | k57dah7a5 | Izabela Monteiro Sgarabotto | Au Pair Care, Inc. |
| 8515 | lfdh3ec2g | Janaina Gladcheff Zanon | Au Pair Care, Inc. |
| 7987 | cdd95ee6a | Jaqueline Diagonel Correa Bueno | Au Pair Care, Inc. |
| 8005 | k3c9ach25 | Jefferson Felipe Alves Harvey De Melo | Cultural Care Au Pair |
| 7739 | ke3b983be | Jennifer Carreno Saldana | Au Pair in America (APIA/AIFS |
| 7903 | p989each2 | Jennifer Mariel Riedel | Cultural Care Au Pair |
| 8192 | c2h3h584a | Jenny Marcela Medina Montes | Au Pair Care, Inc. |
| 7710 | gdccee9b5 | Jesica Elizabeth Wong Flores | InterExchange, Inc. |
| 7448 | w4h86aa62 | Jessica Alejandra Aguilar Ramírez | Cultural Care Au Pair |
| 8333 | vf7gbb2g5 | Jessica Lorena Bohorquez Ortiz | Cultural Care Au Pair |
| 7836 | ycgc94f55 | Jessica Pastor Tomas | InterExchange, Inc. |
| 7954 | y532hc6g3 | Jessica Pereira Azarias | InterExchange, Inc. |
| 8553 | weh57e66b | Johanna Andrea Gomez Guevara | Cultural Care Au Pair |
| 8240 | c4ggabbfc | Jordana Cardoso Carneiro De Oliveira | Au Pair in America (APIA/AIFS |
| 8181 | rdhefd8g3 | Jorgelina Rodriguez | Cultural Care Au Pair |
| 8444 | gchccc445 | Jose Angel Grijalva Marquez | Cultural Care Au Pair |
| 8256 | gcf7d567d | Josmara Mitsuko De Los Milagros Figueroa Martinez | Au Pair in America (APIA/AIFS |
| 8176 | b5hh79h23 | Jovanna Franchesca Rojas Ibañez | Au Pair in America (APIA/AIFS |
| 7444 | tc6cdcdbg | Jozi Brito Da Silveira | Au Pair Care, Inc. |
| 8198 | red39g74g | Juan Manuel Vazquez Garcia | Au Pair Care, Inc. |
| 8338 | b3g492fab | Julia Natali Heller Neves-Alpert | Cultural Care Au Pair |
| 8321 | k9dfebe5a | Juliana Aparecida De Oliveira | Au Pair Care, Inc. |
| 7932 | hb84g9g59 | Juliana Christina Delicato Seguin | Go Au Pair |
| 7926 | vag2c8355 | Juliana De Oliveira Cotrim | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 7513 | ig9fgh28a | Juliana Gonzalez | Au Pair in America (APIA/AIFS |
| 7771 | kg5463e2h | Juliana Henao Villegas | Cultural Care Au Pair |
| 8197 | bdcfa9e6h | Juliana Pereira De Lima | Au Pair Care, Inc. |
| 7793 | g76fbd3hf | Julie Soufflet | Au Pair Care, Inc. |
| 7716 | x28cdghf9 | July Lorena Macias Gamboa | Cultural Care Au Pair |
| 8084 | b3d655cb2 | Karina Abreu | Au Pair in America (APIA/AIFS |
| 7616 | v5hae758e | Karina Lopez | Cultural Care Au Pair |
| 7483 | u2bb379b9 | Karla Consuelo Rivera Téllez | Au Pair in America (APIA/AIFS |
| 8416 | vh36fd53c | Karoline Clarke | Au Pair Care, Inc. |
| 8495 | h57bce85f | Katherinn Johanna Peña Arias | Au Pair in America (APIA/AIFS |
| 7730 | gh5fc2585 | Katia Judith Paz Puga | Au Pair in America (APIA/AIFS |
| 7486 | yd75a7g2e | Katty Llined Becerra Lizarazo | Cultural Care Au Pair |
| 8326 | h6h59fbga | Kelly Lorena Castell Ramos | Au Pair Care, Inc. |
| 7490 | g43gfbga4 | Larissa Celestrino Coelho | Au Pair Care, Inc. |
| 8140 | w6ehh59fh | Laura Bibiana Guerrero Castillo | Au Pair Care, Inc. |
| 8585 | ih959cedb | Laura Carpintero Toro | Au Pair in America (APIA/AIFS |
| 8054 | ka46299b8 | Laura Prada | Cultural Care Au Pair |
| 8499 | bcbaf33ba | Laura Vanessa Silva Machacado | Cultural Care Au Pair |
| 8510 | c74762726 | Laura Weyerhäuser Moniz | Au Pair in America (APIA/AIFS |
| 8490 | y86c7483a | Laura Zamorano Gutierrez | Au Pair Care, Inc. |
| 8421 | v3672f3ef | Lays Nascimento Santos | Au Pair in America (APIA/AIFS |
| 8514 | ub37e97c3 | Lennys Alexandra Guedez Perez | Au Pair Care, Inc. |
| 7960 | cb5633gg3 | Leticia De Moraes Vianini | Au Pair Care, Inc. |
| 7453 | g69hgh2fb | Leticia Henneke | Au Pair Care, Inc. |
| 8042 | i8896c386 | Leticia Nobre Andrade Gilbert | Au Pair Care, Inc. |
| 7856 | w862bb643 | Lia Rico López | Au Pair in America (APIA/AIFS |
| 8014 | h72gchghh | Lidiane Demetrio Machado | Au Pair Care, Inc. |
| 7835 | bfhe6ab4e | Lina Marcela Salas Arce | Cultural Care Au Pair |
| 7394 | v694eb8hb | Linda Carolina Perez Ortiz | Cultural Care Au Pair |
| 8211 | l6b7d9h58 | Lisia De Lima Matos | Au Pair Care, Inc. |
| 7650 | k528e2bff | Lisly Diaz | Au Pair in America (APIA/AIFS |
| 7551 | teh48h7de | Liz Katherine Díaz Munevar | Cultural Care Au Pair |
| 8375 | gc4ebcd9c | Lizeth Alejandra Mosquera Aldaz | Go Au Pair |
| 8523 | yf775429d | Lizeth Daniela Castaneda Monroy | Au Pair Care, Inc. |
| 7923 | pa66ed328 | Lorena Del Pilar Diaz Rojas | Au Pair Care, Inc. |
| 7743 | x94792dbd | Lorena Gomez Gaviria | Go Au Pair |
| 7789 | w785225h6 | Lorena Perez Echavarria | Au Pair Care, Inc. |
| 7610 | c9bhd9954 | Luisa Duque | Au Pair in America (APIA/AIFS |
| 8354 | c2923hc47 | Luisa Fernanda Doncel Salas | Au Pair in America (APIA/AIFS |
| 7891 | lcd3edca4 | Luisa Maria Valbuena Cortes | Au Pair Care, Inc. |
| 8551 | pch98b458 | Luiza Balzana Farias | Au Pair Care, Inc. |
| 7912 | kfb97g2ah | Luiza Dorneles Da Silva Marques | Au Pair in America (APIA/AIFS |
| 7502 | w9b84f35b | Luryann Lanzillo Javarroni | Au Pair in America (APIA/AIFS |
| 7847 | b8g54fh53 | Luz Strlla Pinzon Castillo | Au Pair in America (APIA/AIFS |
| 8520 | gf443ecec | Magda Fiorella Tovar Rojas | Au Pair Care, Inc. |
| 8020 | hhab55h9b | Magliory Parada | Au Pair in America (APIA/AIFS |
| 8461 | bab237e52 | Maiara Da Costa Bueno | Au Pair in America (APIA/AIFS |
| 8401 | vg9ce4f34 | Maíra Cruz Martins De Sá | Au Pair in America (APIA/AIFS |
| 8547 | cgfcg5f5f | Maisa Kelly Santana Barros De Lima Cipriano Da Silva | Au Pair Care, Inc. |
| 7711 | r452c2f88 | Makarena Carolina Martinez Salinas | InterExchange, Inc. |
| 7696 | g47b7b8f8 | Mar Puig Oller | Au Pair Care, Inc. |
| 7873 | l4abeh79f | Marcela Alejandra Perez Iturra | Au Pair Care, Inc. |
| 7857 | w7cd75a97 | Marcela Seohanes | Cultural Care Au Pair |
| 8247 | wcfhg8e25 | Marcele Carolina De Souza Lira | Cultural Care Au Pair |
| 7480 | pb63hcd63 | Marcella Catel Lara De Souza Tella | Au Pair in America (APIA/AIFS |
| 7764 | c47347485 | María Alejandra Ballen Guzmán | Au Pair Care, Inc. |
| 7834 | h73c69gh4 | Maria Alejandra Cruz Mesa | Au Pair Care, Inc. |
| 8186 | cde33f8g8 | Maria Andrea Lamoth Mirabal | Cultural Care Au Pair |
| 7613 | t4h4e5ef6 | María Asunción Vazquez | Au Pair Care, Inc. |
| 7606 | r6ba9ach7 | Maria Camila Barrero | Cultural Care Au Pair |
| 7597 | y83abh6e2 | Maria Camila Mejia | InterExchange, Inc. |
| 8220 | h85d48527 | Maria Clara | Au Pair in America (APIA/AIFS |
| 8351 | lc6f6dg67 | Maria Elena Alvarez Fernandez | Au Pair Care, Inc. |
| 8208 | ia7949gb9 | Maria Fernanda Cuervo Roman | Au Pair Care, Inc. |
| 7806 | t66bb2fg2 | Maria Fernanda Maturana Naranjo | Au Pair Care, Inc. |
| 8062 | rcf5cgd43 | Maria Fernanda Vazquez Portales | Au Pair in America (APIA/AIFS |
| 8066 | kcfag3766 | Maria Ines Ferreira | Cultural Care Au Pair |
| 7687 | hf7df7263 | Maria Nella Molina Rosero | Au Pair in America (APIA/AIFS |
| 8225 | y5f875925 | Maria Odete Almeida Rodrigues Oliveira | Au Pair in America (APIA/AIFS |
| 7881 | xaeac98a8 | Maria Paula Agurto Arango | Au Pair Care, Inc. |
| 7850 | hd43a7hg7 | Maria Paula Burgos Passerini | Au Pair Care, Inc. |
| 8569 | u5b5c58b2 | Maria Sofia Barrena Chiantelassa | Cultural Care Au Pair |
| 7714 | g74cfb8b5 | Maria Teresa Avendaño Londoño | Cultural Care Au Pair |
| 7410 | if3bfa6a5 | Maria Virginia Podesta | Cultural Care Au Pair |
| 7859 | bh752gd8a | Mariajose Zazueta | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 8341 | l9689dh7b | Marian Armenta Zarate | Cultural Care Au Pair |
| 7630 | b6fd59c4e | Mariana Cano | Au Pair in America (APIA/AIFS |
| 7941 | b385fc57g | Mariana Davila Lopes | Go Au Pair |
| 8429 | x8ea22fgg | Mariana Elisabet Zabala | Au Pair in America (APIA/AIFS |
| 7626 | y2626cgg2 | Mariana Leite Figueredo | Au Pair Care, Inc. |
| 8027 | i3d74a67d | Mariane Delfino Da Silva | Au Pair in America (APIA/AIFS |
| 7920 | b46a5484b | Mariane Melo Ridgeway | InterExchange, Inc. |
| 8001 | hfa8bd5e6 | Marilia Dias E Sousa | Au Pair in America (APIA/AIFS |
| 7970 | c4df88bg9 | Marina De Oliveira Gomes | Au Pair in America (APIA/AIFS |
| 8207 | h89cb2c72 | Marina Morena Borges Crosara | Cultural Care Au Pair |
| 8126 | hcf7g6hd4 | Marjorie Lopes Bezerra | Cultural Care Au Pair |
| 7585 | r224gah9h | Martha Lucia Calderon Rosales | Au Pair in America (APIA/AIFS |
| 8407 | c3e7g6647 | Martha Susana Salomon Cardillo | Cultural Care Au Pair |
| 7996 | c3hbb55bg | Mary Vanessa Borrego Moreno | Au Pair in America (APIA/AIFS |
| 7801 | v7d87858g | Mavis  Patricia | Cultural Care Au Pair |
| 7989 | wh4egc8h8 | Mayara Regina Lobo Ledoux Souza | Cultural Care Au Pair |
| 8578 | v9h3g547c | Maybe Armes | Au Pair in America (APIA/AIFS |
| 8148 | headb6457 | Meiriane Nepomuceno Machado | Au Pair in America (APIA/AIFS |
| 8564 | kb58h83c3 | Melise Helaine Campos | Au Pair Care, Inc. |
| 7726 | c6839b4b4 | Mery Ramos | Au Pair Care, Inc. |
| 8379 | h4gaddfeh | Milagros Haydee Mariela Carrion Bances | Au Pair in America (APIA/AIFS |
| 7685 | vhea5cheh | Míriam Pérez Esteban | Au Pair Care, Inc. |
| 8053 | va6d8d8cg | Moises Redondo Ortega | Au Pair Care, Inc. |
| 7928 | u7428hc6d | Monica Pardo | Au Pair in America (APIA/AIFS |
| 7575 | i322hb9b5 | Monica Paredes | Au Pair Care, Inc. |
| 7646 | h9a9c8676 | Monica Parra Quintero | Cultural Care Au Pair |
| 8545 | h7bbdha52 | Monica Patricia Botero Motta | Expert Au Pair |
| 8214 | h56f4ae7e | Monyka Naville Kleponis | Cultural Care Au Pair |
| 7750 | w38ch85f2 | Nallely Susana Sánchez Valenzuela | Au Pair Care, Inc. |
| 8264 | p84a99ba3 | Natalia Alexandra Velasquez Jaramillo | Au Pair Care, Inc. |
| 8306 | kb5b9g36f | Natalia Beltrán Clavijo | Au Pair in America (APIA/AIFS |
| 8436 | x7ac846cc | Natalia Castano Quiros | Cultural Care Au Pair |
| 8517 | k7e6e54eg | Natalia Crestani | Au Pair in America (APIA/AIFS |
| 8395 | w29dc2h2g | Natalia Escudero Estrada | Au Pair Care, Inc. |
| 8034 | v654gbef2 | Natalia Foeppel Pinheiro Moreira | Au Pair in America (APIA/AIFS |
| 7570 | yag3g359c | Natalia Maria Garcia Avila | Au Pair Care, Inc. |
| 7507 | v8962ee47 | Nataly Francisco Sicard | Cultural Care Au Pair |
| 8469 | u3d44d9f6 | Nataly Ramirez Agudelo | Cultural Care Au Pair |
| 7973 | y5feb8c35 | Natania Leite Ramalho | Au Pair Care, Inc. |
| 7676 | kf3g5aaab | Nathalia Carolina Aguillon Delgado | Au Pair Care, Inc. |
| 7591 | b584a2bef | Nazarena Soledad Videla Gordillo | Cultural Care Au Pair |
| 8283 | cf3ah79dc | Nilceli Ferriolli Bradford | Au Pair Care, Inc. |
| 8036 | uhd4h635d | Nivia Santos Sousa | Cultural Care Au Pair |
| 7401 | veheghg9h | Noelia Janett Solorzano Huertas (Noelia Lang) | Au Pair in America (APIA/AIFS |
| 7621 | cfabcg329 | Odelia Acacia Carmina San Diego Storni | Au Pair Care, Inc. |
| 8532 | cc55degcd | Olivia Cervantes Seceñas | Cultural Care Au Pair |
| 7846 | tgcb7g82g | Oralia Josefina Chavarría Salgado | Cultural Care Au Pair |
| 8190 | pbf73cac4 | Ornella Santiago Gallegos | Au Pair Care, Inc. |
| 7860 | p3acc5ff7 | Paloma Dolores Treviño Gomez | Au Pair Care, Inc. |
| 7885 | w26888cb8 | Paloma Zamora Ferrandez | Au Pair Care, Inc. |
| 8473 | hdc5g3424 | Paola Heredia Morales | Cultural Care Au Pair |
| 8049 | i29fbg76c | Paola Selene Baltazar Galvan | Au Pair Care, Inc. |
| 7669 | lecc6hggc | Paula Andrea Torres | Go Au Pair |
| 7631 | h3ge6adc5 | Paula Vigil Sánchez | Au Pair Care, Inc. |
| 8290 | i5dd5ah4c | Paulina Guerra Uribe | Au Pair Care, Inc. |
| 8263 | tffb55cb3 | Paulina Marín Trujillo | Cultural Care Au Pair |
| 7738 | rba88bda4 | Pisani Aldana | Cultural Care Au Pair |
| 8536 | x98cb64a8 | Pricilla Aparecida De Sousa | Au Pair Care, Inc. |
| 8153 | re5b8a39c | Priscila Yukie Horayama Arai | Au Pair in America (APIA/AIFS |
| 8009 | ygbe83673 | Rafaela Lelis Camargo | Au Pair Care, Inc. |
| 7391 | b8hc22eh9 | Raquel Silva Campos | Au Pair in America (APIA/AIFS |
| 8004 | i76d5dbb6 | Rebeca Zabini Fernandes | Au Pair in America (APIA/AIFS |
| 8498 | le5a58b98 | Renata Monteiro De Assis | Au Pair Care, Inc. |
| 7632 | kh2hhf749 | Rene Aaron Flores Flores | InterExchange, Inc. |
| 7587 | p2ag36g8b | Rhona Carolina Briceño Senges | Cultural Care Au Pair |
| 8185 | cg38gd65h | Rikke Lund Larsen | Cultural Care Au Pair |
| 8276 | h65986e33 | Rubi Dinorah García Sánchez | Cultural Care Au Pair |
| 8257 | vd633egb9 | Rut Noemi Samudio Reinosa | Cultural Care Au Pair |
| 7440 | gc398bc2e | Ruth Bielsa Moreno | Au Pair in America (APIA/AIFS |
| 8427 | y8gfcdh7e | Sabrina Santiago Muniz | Cultural Care Au Pair |
| 7432 | p2h472329 | Sandra Robles Ortega | Au Pair in America (APIA/AIFS |
| 7715 | ggfdg524c | Sara Avendaño Londoño | Cultural Care Au Pair |
| 8164 | ggeba535d | Sara Del Pilar Puerta Castillo | Go Au Pair |
| 7548 | v399gh5b9 | Sara Mejia Alvarez | InterExchange, Inc. |
| 7640 | ib37773c8 | Sarah Nayib Segura Slait | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 8119 | gcd863efa | Sarita Mantielli Kauffman | Au Pair in America (APIA/AIFS |
| 8356 | tda25haba | Scarlett Iveth Escobar Palomo | Au Pair Care, Inc. |
| 7751 | x4de6ef2g | Sharon Verdeza Garcia | Au Pair Care, Inc. |
| 7415 | ybc5gec42 | Shirlene Da Silva Moreira | Au Pair Care, Inc. |
| 8380 | thbeed29f | Silvia Mendez | Au Pair Care, Inc. |
| 8540 | h39cfa5f4 | Stefania Fernandez Ruiz | Au Pair Care, Inc. |
| 8390 | c8f46d824 | Suellen Cristina Lima Do Carmo | Au Pair in America (APIA/AIFS |
| 7518 | hdh3cg3a3 | Sumaya Valeska Haufe Chaaban | Au Pair Care, Inc. |
| 8328 | vgbagf63d | Sunamita Andrade Ribeiro | Au Pair Care, Inc. |
| 7967 | r485h7g8e | Tais Cristina Brito Silveira | Au Pair in America (APIA/AIFS |
| 8464 | b93353986 | Tatiane Fazzio Iglesias Balseiro | Au Pair in America (APIA/AIFS |
| 8121 | veb989dfg | Thaís C. C. Da Mota | Au Pair in America (APIA/AIFS |
| 7510 | lfae4b9e8 | Thaisa Gabriela Da Silva | Au Pair in America (APIA/AIFS |
| 8384 | g3h5ge2hc | Uxía Fernández Ybarra | Au Pair Care, Inc. |
| 8315 | hh37hhehe | Vanessa Francesca Caselli Escandón | Au Pair Care, Inc. |
| 8366 | b5h8597eg | Vanessa Maria Montoya Uribe | Cultural Care Au Pair |
| 8576 | phe46h7ec | Vanessa Remolina García | Au Pair Care, Inc. |
| 7560 | h5b93befa | Victoria Romero | Au Pair Care, Inc. |
| 7955 | t5e6gg7hh | Vinicius Camargo Assis Goncalves | Cultural Care Au Pair |
| 7883 | r4246c5hd | Virginia Soledad Carnevali | Cultural Care Au Pair |
| 7460 | w5e898242 | Viridiana Gonzalez Villalobos | Au Pair Care, Inc. |
| 8215 | g9g4975bd | Vivian Obando | Cultural Care Au Pair |
| 8542 | ba2h9a3c8 | Wendy Milena Mazenet Villalobos | Au Pair Care, Inc. |
| 7802 | v3hdcaec | Yanette Dacosta | Cultural Care Au Pair |
| 8270 | ref6e4267 | Yazmin Natalia Forero Garcia | Au Pair Care, Inc. |
| 7832 | x8a2dddgb | Yensy Calderon | Au Pair in America (APIA/AIFS |
| 7877 | y736e4886 | Yeritza Serrano | Au Pair Care, Inc. |
| 7664 | rebegb427 | Yesenia Patricia Moreno | Cultural Care Au Pair |
| 7724 | c583h2ad9 | Yesica Paola Correa Quintero | InterExchange, Inc. |
| 7681 | g3cgh4c8a | Yina Paola Naranjo | Au Pair Care, Inc. |
| 7652 | h883h2356 | Yohana Montero Trejos | Au Pair Care, Inc. |
| 7697 | kf78cf659 | Yoselyn Lechtman | Au Pair in America (APIA/AIFS |
| 8221 | rb2686d67 | Yudi Constanza Sua Ravelo | Cultural Care Au Pair |

DocuSign Envelope ID: D0DAF423-AA4B-4ACE-BDA2-0DE2586A5A94

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DocuSigned by:* [signature] 8ECC34DCCB5846F...

Name: Adriana Peréz macías

Address: Calle 42# 29a 34. Barrio el diamante

Cali, Valle del caca  CO 760022

Phone Number: 3173720332

Email Address: adriunivalle@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/06/2012     To: 10/18/2013

DocuSign Envelope ID: D529153D-83DD-4122-8E9B-12BA1B7F4072

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/03/2017          Firma:  _DocuSigned by:_
                                    42F12F78D715459...

Nome:  Aida Cano Pastrana

Dirección:  Sant Feliu 21

Sant Feliu de Guixols, Girona ES 17220

Telefone:  635808510

Email Address:  aidacpastrana@gmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  05/21/2012          A:  05/21/2013

DocuSign Envelope ID: 13FAF755-8748-4BF0-9CEB-4E4438DEC019

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017

Assinatura: _Aimê Araújo_
DocuSigned by:
C58F9DBD79C241F...

Nombre: Aimê Araújo de Carvalho

Endereço: Cel Guerreiro 727 Tirol

Natal, RN BR 59020570

Teléfono: 5584988117388

Email Address: aimearaujo@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 12/07/2015        A: 09/24/2016

DocuSign Envelope ID: 911919CA-F4C0-41F4-978A-AE50675BB00C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Ainhoa Ingles Ripodas*
CF163E7571DE4E3...

Name: Ainhoa Ingles Ripodas

Address: 103 ENTERPRISE PLACE, CHURCH STREET EAST

WOKING, Surrey GB GU21 6AG

Phone Number: 7724389398

Email Address: ainhoa.ingles@icloud.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/25/2013    To: 09/03/2014

DocuSign Envelope ID: 5A5295D1-86C1-4AAF-BBF3-A15B9CBB4731

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _[DocuSigned by signature]_ 9A6727FE886148E...

Name: Alejandra Osorio Rojas

Address: Carrera 39E #48F sur 150

Envigado, Antioquia CO 055421

Phone Number: 573006013205

Email Address: alejaosorio@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/22/2012     To: 01/18/2014

DocuSign Envelope ID: 01ACA571-CD4E-4F77-AC34-B7DB9362232E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017          Firma: *Alejandra Saladen*
897B81B839274E6...

Nome: Alejandra Saladen

Dirección: Cra 7 # 29-54 apt 502

Pereira, MA CO 660002

Telefone: 3162226757

Email Address: jiraleja@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/10/2011          A: 06/10/2012

DocuSign Envelope ID: CA80A95D-6AF7-4868-9EB5-5AA09B4F7720

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *KMiller*
02CC5244201D48F...

Name: Alethea Miller

Address: 64 Ruth Street

Johannesburg , Gauteng ZA 1709

Phone Number: +27726418673

Email Address: aletheamllr@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/06/2010     To: 09/06/2012

DocuSign Envelope ID: EA6246C2-8F63-45E7-AAA7-69BB1B5617FE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *alexa*
DocuSigned by:
C4FEB26B29334B6...

Name: Alexa barrera torres

Address: Carrera 9 bis #. 22-37

Sogamoso, Distrito Especial CO 112211

Phone Number: 3123383667

Email Address: Alexabarrera55@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/08/2015     To: 02/02/2016

DocuSign Envelope ID: 1CA488EA-C2E3-4D59-9F0C-9B6C7C9BDB60

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/04/2017

Firma:  _DocuSigned by:_
**ALEXANDRA GARCIA**
F686C6F1AD6B49F...

Nome:  ALEXANDRA GARCIA

Dirección:  CALLE P

PANAMA,  PA 507

Telefone:  60033384

Email Address:  alexagarcia_25@hotmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:  09/16/2013          A:  05/07/2014

DocuSign Envelope ID: 0BC549B9-066E-4DD1-A46A-79ABE6F2B208

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/03/2017_   Assinatura:   _DocuSigned by:_ _68EBEE2A097345E..._

Nombre: _Aline Cristina zani_

Endereço: _José ferreira da silva_

_Campinas, Sp BR 13040220_

Teléfono: _19991509042_

Email Address: _Zani@outlook.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Fechas de participación en el programa au pair:

De: _08/23/2015_   A: _05/23/2017_

DocuSign Envelope ID: 7D5962C1-83EE-468F-84A5-51F7B6394A8B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ Alvaro B 59FDFDAAC73642E...

Name: Alvaro Jose Bravo

Address: 12589 17th Ave NE

Seattle, WA US 98125

Phone Number: 2069158994

Email Address: Aljobrafu@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2011     To: 06/14/2012

DocuSign Envelope ID: E6B3D9C7-4CE0-4AF0-BE2B-7FD5D0E91B04

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ B9510518E9E24DD...

Name: Amanda Milena Vargas Santiago

Address: Paseo Las Lomas

Panama, Panama PA 00000

Phone Number: (507) 654564

Email Address: mandyvargas_14@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/09/2009     To: 08/08/2011

DocuSign Envelope ID: 2C3B7BC4-BBE6-49F2-993E-0C0F11DD1DE3

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/03/2017_   Assinatura: _Ana Zemuner_
DocuSigned by:
0EE328B701434D1...

Nombre: Ana Claudia de Assis Zemuner

Endereço: Rua Procópio Ferreira, 1045

Londrina, PR BR 86057-010

Teléfono: 43999412431

Email Address: aninha_zemuner@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: _05/09/2011_   A: _05/28/2013_

DocuSign Envelope ID: 015765BB-AE7F-4585-A61D-F22AEB0DD2BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ AB04EBBE824D4D4...

Name: Ana Elisabet Núñez Servin

Address: 179 Kroger Ct

San José , CA US 95136

Phone Number: 4083343635

Email Address: anitaeli09@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/10/2015          To: 05/10/2016

DocuSign Envelope ID: 30EDA92F-64E0-4D47-ADB9-AEC06EEC0F9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: *[DocuSigned by signature]* 0D78FFD0BCC6424...

Name: Ana Eloisa Najarro

Address: 8707 E Florida ave unit 503

Denver, CO US 80247

Phone Number: 3035915546

Email Address: Eloisa12206@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/06/2012     To: 06/28/2013

DocuSign Envelope ID: 2D0FDF5F-D3FE-4923-8262-C8F8EE6F7416

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DocuSigned by:* 21B5031D5F63442...

Name: Ana Karen Guadarrama Menchaca

Address: 369 Marie Ave

Manteca, CA US 95336

Phone Number: 6508688307

Email Address: anakaren.gm@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/25/2016          To: 05/25/2018

DocuSign Envelope ID: 9FE88C88-2E45-4092-BDC4-AD4DC3F9F64E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: _DocuSigned by:_ 2D9CBD759CB04DD...

Nome: Ana Laura Cuccaro

Dirección: L. N. Alem 1952

Florida, Vicente Lopez, Buenos Aires AR 1605

Telefone: 1132828774

Email Address: anitacuccaro@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/06/2011      A: 08/22/2012

DocuSign Envelope ID: C5D18201-8EFD-4742-B386-A4E59DBD7CCF

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017          Assinatura: _Ana L. P. Gomes_
743AFEBC8BFF4AD...

Nombre: Ana Laura Ramos Gomes

Endereço: 1943 Windy Hill Rd

Kirkwood, MO US 63122

Teléfono: 13147036780

Email Address: rgomesana@yahoo.com.br

Patrocinador: Go Au Pair

Fechas de participación en el programa au pair:

De: 04/14/2013          A: 08/02/2015

DocuSign Envelope ID: 30123975-E7D3-429D-99AD-FE007ADEEF4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Ana Maria Arenas Lopera*
DocuSigned by:
033914082DCE451...

Name: Ana Maria Arenas Lopera

Address: carrera 18 # 21-11

Yarumal, Antioquia  CO 00000

Phone Number: +573106909711

Email Address: annarenas18@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/16/2015     To: 07/12/2017

DocuSign Envelope ID: 43BB7000-C879-4EA5-9BF0-13733A1CC1B1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017          Firma: _DocuSigned by: AMRG_  F7E0EC873FB7492...

Nome: Ana Maria Rincon Gutierrez

Dirección: 81 Stratford Rd

Tinton Falls , NJ US 07724

Telefone: 7328595280

Email Address: anmrincongu@unal.edu.co

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/22/2016          A: 02/22/2018

DocuSign Envelope ID: DB2B1508-1E8F-4059-9126-AA597E65DA32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_
A404BE1304044DB...

Name: Ana Narkis shachter

Address: 1977 shippan ave

Stamford, CT US 06902

Phone Number: 2039142526

Email Address: narkissha@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/08/2015    To: 08/08/2017

DocuSign Envelope ID: E922ED49-68A4-45E0-AA86-7F728039DC6D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _Ana Videira Torres_
DocuSigned by:
131AA478E6D3485...

Nome: Ana Torres

Dirección: 12 Chapman st

Bloomfield, NJ US 07003

Telefone: 8628993203

Email Address: avto88@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 10/10/2011          A: 10/12/2012

DocuSign Envelope ID: 61E60220-3FE5-4E53-8D01-61365D2FF539

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/28/2017

Signature: *Anayanci Garza Garza*
DocuSigned by:
7F181348ED4B42D...

Name: Anayanci Garza Garza

Address: 102 Albemarle Rd. Apt F3

Brooklyn, NY US 11218

Phone Number: 9178634088

Email Address: yancigarza@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/03/2011        To: 02/03/2012

DocuSign Envelope ID: 9BDDB7DE-BCFF-4348-9D85-5F896F628839

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *DocuSigned by:* 5A4E61417B76443...

Name: Andrea camara

Address: 2876 brookdale avenue

Oakland , CA US 94062

Phone Number: 6502710479

Email Address: Abarallobrec@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/09/2015    To: 08/09/2016

DocuSign Envelope ID: 0B440561-9E5D-4CB5-912C-DAC1D133C209

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *ANDREA CAROLINA MACIAS URUEÑA*
DocuSigned by:
8EA12287F6454BE...

Nome: ANDREA CAROLINA MACIAS URUEÑA

Dirección: CARRERA 9 # 147 – 46 APTO 803 EDIFICIO AVANTE

BOGOTA, CUNDINAMARCA CO 110131

Telefone: 3125380262

Email Address: ANDYMACIAS_01@HOTMAIL.COM

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 07/25/2008          A: 12/05/2009

DocuSign Envelope ID: C836D7DB-53D4-485B-990F-9290EFF3F734

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 743DAB701FC846D...

Nome: Andrea Catalina Cortes Devia

Dirección: Castlewood road 21

Pleasanton, CA US 94566

Telefone: +971529125321

Email Address: ancacode@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/23/2012        A: 04/23/2013

DocuSign Envelope ID: 7AADE331-8315-46DE-A387-F18FD9AE2C5B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/03/2017

Signature: *Andrea Cuesta*
AB23BD25EA6940A...

Name:  Andrea Cuesta

Address:  cll 75a # 20'36

manizales, caldas CO 170001

Phone Number:  3206983048

Email Address:  andrecuesta26@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/08/2011          To:  08/08/2012

DocuSign Envelope ID: 84EB4C10-C4E7-417E-A030-18B2FA3400AD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: _DocuSigned by:_ 5307F3DFFC1840D...

Name: Andrea Paula Cavalotto

Address: Calle 115 Numero 146

General Pico, La Pampa AR 6360

Phone Number: 2302456634

Email Address: andre_cavalotta@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/23/2009     To: 10/23/2010

DocuSign Envelope ID: F29A372E-704B-4770-A768-BAADD7BBD37F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *Angela Forero Canon*
DocuSigned by:
C54D86EDA88C428...

Name: Angela Forero Canon

Address: 4676 Redwood Rd

Oakland, CA US 94619

Phone Number: 4154257846

Email Address: ing.angelaforero@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2016     To: 06/28/2018

DocuSign Envelope ID: 65C4748D-46AF-4413-BF8F-DEC27BCF6A6B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _08/25/2017_

Firma: *angela patricia hernandez luna*
ACD198370AEE4BF...

Nome: angela patricia hernandez luna

Dirección: 3210 s 28th street apto 203

alexandria , VA US 22302

Telefone: 7035685783

Email Address: aphl1122@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _01/08/2014_       A: _12/01/2015_

DocuSign Envelope ID: A999D978-2CE9-4804-9DE8-66B6AF122AB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/07/2017

Signature: _DocuSigned by:_ D949FE7516E4405...

Name: Anlly Miley Fresno Rueda

Address: 528 6th ave south

brookings, SD US 57006

Phone Number: 6056912837

Email Address: amfresnoru@unal.edu.co

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/17/2015      To: 08/17/2016

DocuSign Envelope ID: FFE3695A-EB56-4211-AB62-2CFDCCB30F11

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/03/2017

Firma:  *DocuSigned by:*
*[firma]*
14679CDDFE104CB...

Nome:  Antonella Paz Vecchiola Apraiz

Dirección:  9 de Julio 446, Depto 402

Antofagasta , Antofagasta CL 1240000

Telefone:  +56975382857

Email Address:  antonellavecchiola@gmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  01/17/2011          A:  02/29/2012

DocuSign Envelope ID: D61E002E-6771-409A-9CBE-34C0FD36A662

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 9BD0DE38613647C...

Name: Aranza Martinez Andrade

Address: Paseo del Varal #316, Fracc. Coto San Nicolás

Aguascalientes , Aguascalientes  MX 20200

Phone Number: 4499301868

Email Address: aranzamtzandrade97@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2016     To: 08/22/2017

DocuSign Envelope ID: 6A13BDAD-C48D-4289-8A29-323F7ABB4B1E

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: _[DocuSigned by signature]_ BB5F11FA35A84D6...

Name: Astrid carolina Ramirez

Address: 227 Christopher Columbus Dr apt 403 B

Jersey City , NJ US 07302

Phone Number: 6466443806

Email Address: Acgg25@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/11/2013          To: 01/01/2014

DocuSign Envelope ID: 5AEAF127-5309-4DFA-AE2D-55D18E20732F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ 2DF32806A3E048C...

Name: Ayrama Casique Luna

Address: Pasaje Pradillo 9

Madrid, Madrid ES 28002

Phone Number: 633010619

Email Address: ayrama@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/16/2011     To: 08/28/2012

DocuSign Envelope ID: 37812621-86EB-4508-9BA8-102BF7DF22B4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017                 Firma: _B. Ballesteros_
                                        DocuSigned by:
                                        248FCF96D608408...

Nome: Beatriz Ballesteros Aceituno

Dirección: Helena de Troya 31, 4, 3

Madrid, Madrid ES 28032

Telefone: +34680631926

Email Address: beabba88@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/26/2011                 A: 07/07/2013

DocuSign Envelope ID: 8599A3B5-24BF-4F65-84A1-919230C62463

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: _VBelw_
DocuSigned by:
3B6B174174A1443...

Name: Belkys Elaine Marquez Fragoso

Address: 42 Ord court

San Francisco , CA US 94114

Phone Number: 4159199551

Email Address: Taty_1006@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/02/2016    To: 05/02/2018

DocuSign Envelope ID: A8886B13-E900-484A-A096-796650611AB9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_

Firma: _Blanca Estefany Alvarez Araque_
281CF06F81D041A...

Nome: _Blanca Estefany Alvarez Araque_

Dirección: _Av.1 entre 16 y 17. Milla central_

_Mérida, Mérida VE 5101_

Telefone: _+584127803386_

Email Address: _Stfnlvrz42@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _09/26/2011_          A: _09/20/2012_

DocuSign Envelope ID: E7EB5232-0FEB-489E-AAB6-1234198E0EE7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017      Signature: *DocuSigned by:* [signature] 58D857B5580D4A0...

Name: Brenda Gaspar Hernandez

Address: 1634 Mount High St

Woodbridge , VA US 22192

Phone Number: 5712763941

Email Address: gasparbren@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016      To: 02/28/2018

DocuSign Envelope ID: F4DA787B-5CF5-4A4B-812D-C9D9AFA9F83D

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017    Assinatura: _DocuSigned by:_ 4ACA7816CE1E408...

Nombre: Bruna Goncalves

Endereço: 1324 Merrie Ridge RD

McLean, VA US 22101

Teléfono: 7038518390

Email Address: bru_hessel@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/14/2016    A: 08/16/2017

DocuSign Envelope ID: 74C3275D-4DDE-4BC5-B71B-F16BEA411B98

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017          Signature: _Bruna_
                                     2CF4D8B510BE4C7...

Name: Bruna Rodrigues de Brito

Address: 97 Fort Salonga Road

Fort Salonga, NY US 11767

Phone Number: 6318135961

Email Address: Brunar.brito@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/22/2016          To: 08/22/2018

DocuSign Envelope ID: 229CE3DF-0A31-4E5F-AFAC-C74644DF282A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/27/2017

Signature: *Camila K de Mesquita*
A550580A5581483...

Name: Camila Kelly de Mesquita Pereira

Address: Rua Theotonio dos Santos

RIO DE JANEIRO, RJ BR 21532-280

Phone Number: 21976301410

Email Address: kelly.mesquita@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/25/2013      To: 10/16/2013

DocuSign Envelope ID: 54B04905-91B0-476F-ACBC-E6055ECD4346

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Camila Liege* 
DocuSigned by:
D72BCD940BCB475...

Name: CAMILA LIEGE COSTA

Address: 165 GRAVES RD

REVERE, MA US 02151

Phone Number: 8572449895

Email Address: camilaliege@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/21/2011     To: 11/22/2012

DocuSign Envelope ID: 88E57403-E0C1-4725-AF06-83E4CD4A5883

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017               Assinatura: _____

DocuSigned by:
BF40F37CE40947B...

Nombre:      Camila Turbiani

Endereço:    1155 4th Street, Unit 610

             San Francisco, CA US 94158

Teléfono:    4158679402

Email Address:  minercamila@gmail.com

Patrocinador:   Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/26/2012               A: 03/23/2014

DocuSign Envelope ID: CBD95C44-0DA9-4CE5-B97E-8CCD4E4C4AA3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *Carla Gzt*
8869EEC55FD44A8...

Nome: Carla Patricia Gonzalez Gomez

Dirección: 39 Squirrel Hills Rd

Roslyn Heights , NY US 11577

Telefone: 5164771954

Email Address: carla.lezgom@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/29/2016          A: 08/29/2018

DocuSign Envelope ID: F4B69AB1-904E-46AE-8ADF-003564A8B065

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/04/2017                     Assinatura:  *Carolina Germoliato*
DocuSigned by:
80BDBF617929405...

Nombre:  Carolina Germoliato

Endereço:  Rua Europa 115

Santo Andre, Sao Paulo BR 09210320

Teléfono:  +5511996061153

Email Address:  carol_germoliato@hotmail.com

Patrocinador:  Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:  06/10/2013                     A:  06/03/2014

DocuSign Envelope ID: CAFE2DAC-4377-49FA-8541-F14605E1CF32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *Carolina Guillermo Vicaría*
DocuSigned by:
B43356CC87C249C...

Name: Carolina Guillermo Vicaría

Address: cr 7d # 127d-05 int 2 apto 104

Bogotá, Colombia,  CO 1011

Phone Number: 3172459165

Email Address: caro.gmo1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/11/2012       To: 07/14/2013

DocuSign Envelope ID: 7D56F95C-C573-49B9-BEEC-098DCDD43408

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017     Assinatura: _DocuSigned by:_ _Carol Vizzut_ 1417AD4F09EC475...

Nombre: Carolina Santini de Medeiros

Endereço: 134 W Alvin Dr apt I

Salinas, CA US 93906

Teléfono: 6503500237

Email Address: linamedeiros87@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/07/2012     A: 05/07/2014

DocuSign Envelope ID: 8D4A4D71-1D2E-4815-B293-97890112BA43

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _(DocuSigned by Carolina Mello — 8DF087546A1348E...)_

Name: Carolina Vieira da Motta Mello

Address: 10 Willow Dr apt 2B

Ocean, NJ US 07712

Phone Number: 7328226346

Email Address: carol.mello7@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2012       To: 01/18/2013

DocuSign Envelope ID: 3A824AAF-A8E9-42CB-8914-B31BD894BDB7

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017                    Assinatura:

DocuSigned by:
7BAC11EAB4F144D...

Nombre: Carolina Yukari Inoue

Endereço: Andre Rodrigues Benavides, 101 apt 301

Sorocaba, Sao Paulo BR 18048050

Teléfono: +18189405025

Email Address: Carolinainoue@ymail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/09/2013              A: 05/28/2014

DocuSign Envelope ID: 50F7CCCD-A6D9-421A-B41B-67F377378574

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: _(DocuSigned by: F05B01EAFB064A4...)_

Name: Carolline Leite Moraes

Address: 1474 Locksley Drive

Bethlehem , PA US 18018

Phone Number: 2676849643

Email Address: Carollineleitemoraes@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/07/2014    To: 07/07/2016

DocuSign Envelope ID: E4075C0F-1149-4E22-B3D6-698F9CF156F8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: _catherin waleska catrifil valderrama_
DocuSigned by:
CB22FD1C0FF344F...

Nome: catherin waleska catrifil valderrama

Dirección: 19119 E Milan Cir

Aurora, CO US 80013

Telefone: 7205189941

Email Address: catherin-91@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/14/2012        A: 08/01/2012

DocuSign Envelope ID: AC9D4A22-4732-47CE-8C5F-96AB4597C4E6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____     Firma: _____
DFE48FFFEB9E454...

Nome: _____Cecilia Paola Bencina_____

Dirección: _____Chile 50_____

_____Neuquen, Neuquen AR 8300_____

Telefone: _____54299154635629_____

Email Address: _____ceciliabencina@gmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Datas de participação no programa au pair:

De: _____10/01/2010_____     A: _____08/03/2011_____

DocuSign Envelope ID: CC1F1E78-DD39-4EEC-B807-B7CBBAC3015D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017

Assinatura: *Cheila M. C.*
308B4DBD85CF4BC...

Nombre: CHEILA MODZINSKI CORDEIRO

Endereço: 2606 East West Hwy

Chevy Chase, MD US 20815

Teléfono: 2024133017

Email Address: cheila.mod@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/03/2016          A: 10/02/2018

DocuSign Envelope ID: D72EF734-CCDB-4F8E-BF10-955413D5BB88

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _[DocuSigned by signature]_
1812662F640D497...

Nome: Cindy Lorena Chávez Duran

Dirección: 189 Orchard St

Millis, MA US 02054

Telefone: 5083302910

Email Address: lorenachavez30@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/24/2010     A: 05/24/2012

DocuSign Envelope ID: 2B1657D9-0D96-4AC0-8B0C-6E14C1F638D1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _(DocuSigned by: Cintia — 751782C51CE64D4...)_

Name: Cintia Arvelos Nicolau

Address: 10632 Lockart Rd

Philadelphia , PA US 19116

Phone Number: 2159922383

Email Address: cintia_arvelos@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/06/2012    To: 08/05/2013

DocuSign Envelope ID: 08EC49A7-F4E6-49DD-A675-EBCD973443FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/31/2017

Signature: *Cintia Hansen*
DocuSigned by:
B8554C6EE9B54B7...

Name: Cintia Hansen

Address: 6030 Bremen Court Unit 5

Johnston, IA US 50131

Phone Number: 6302461186

Email Address: cintiatonheiro@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/08/2010     To: 12/31/2010

DocuSign Envelope ID: 8C4548EF-F982-4A86-ADC3-2D8E09AB8917

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: *CLAUDIA ROXANA OROZCO NEVER*
DocuSigned by:
F8B756BAA46B4FD...

Nome: CLAUDIA ROXANA OROZCO NEVER

Dirección: 524 AVERY ST

PITTSBURGH, PA US 15212

Telefone: 4128727764

Email Address: claudia.roxanao@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/12/2011     A: 12/12/2013

DocuSign Envelope ID: E1F2E71C-9F52-4E98-92A7-91CEDD2F6A30

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _[DocuSigned by: D0F352FB7D494E1...]_

Name: Constanza aguila vergara

Address: 437 new york avenue #608

Washington, DC US 20001

Phone Number: 2028478654

Email Address: coni_aguila@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/04/2015     To: 07/08/2016

DocuSign Envelope ID: 7FB58435-1FA1-4353-8C12-16B14CB65EA6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: _Coral Mangas Lozano_
DocuSigned by:
90541F5D9B9A401...

Nome: Coral Mangas Lozano

Dirección: station

london, london GB br5 1na

Telefone: 447341343548

Email Address: koralmangas@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/26/2013        A: 02/26/2015

DocuSign Envelope ID: E40E872D-8211-4403-8D8A-AFF5BBB66650

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Cristiane*
C53E5B0D41D94E2...

Name: Cristiane Silva Kustin

Address: 103 Big Oak Circle

Madison , AL US 35758

Phone Number: 2569191876

Email Address: Cristiane_kustin@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2015    To: 06/21/2017

DocuSign Envelope ID: EAF1A56E-4EB5-4909-9AB0-537A54641514

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DAIANE CARLA GOMES DE OLIVEIRA*
49873A052A7D4A3...

Name: DAIANE CARLA GOMES DE OLIVEIRA

Address: 1/26 CHARNWOOD CRESCENT, ST KILDA

MELBOURNE, VICTORIA AU 3182

Phone Number: 0414596174

Email Address: DAIANE.CGO@HOTMAIL.COM

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/16/2011     To: 04/14/2012

DocuSign Envelope ID: DCB5F684-1C7D-4CBE-882F-07148E487156

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: _DocuSigned by:_ E22EA778C706422...

Nome: Dalia Castillo Ramos

Dirección: Avenida Naucalpan

México , México  MX 53570

Telefone: 5585663799

Email Address: stardalia@hotmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 01/24/2012          A: 07/24/2012

DocuSign Envelope ID: C296EACB-B07D-4609-94FD-070F071BDF37

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Daniela Alejandra Hincapié Hoyos*
DocuSigned by:
C1442112F86C450...

Name: Daniela Alejandra Hincapié Hoyos

Address: Mz 17 Cs 4 Barrio San Fernando (parte alta), Cuba.

Pereira, Risaralda CO 660001

Phone Number: +573216101675

Email Address: daalhincapie@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/06/2016     To: 09/10/2017

DocuSign Envelope ID: A1CDE517-F0D1-45D9-BCE5-B01B2AEB8EEF

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Data: 09/03/2017

Firma: _DocuSigned by:_ _Daniela C._ 339C531C871F49A...

Nome: Daniela Chaverri Víquez

Dirección: 1775 Bertram St

Honolulu, HI US 96816

Telefone: 18082199622

Email Address: daniella.chaverri@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 12/27/2015          A: 12/27/2017

DocuSign Envelope ID: 1CA33E56-ED88-42F0-BBB0-D03E973931A1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/27/2017

Signature: *Daniela Domingues Macedo de Almeida*
DocuSigned by:
3D864236B6EA471...

Name: Daniela Domingues Macedo de Almeida

Address: 285 Egle Carnevalli street, apartment 53

Sao Jose dos Campos, Sao Paulo BR 12240490

Phone Number: +12486335173

Email Address: danieladma@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/28/2015       To: 09/27/2017

DocuSign Envelope ID: 7547F037-5A34-4518-8BF5-4E868B1A06E8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *[DocuSigned by: 3B3279C467A64EE...]*

Name: Daniela Ramirez Arias

Address: 3005 S Webster St. Apt 3B

Denver, CO US 80227

Phone Number: 7205509968

Email Address: dradanielaramirezarias@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/10/2012     To: 12/10/2013

DocuSign Envelope ID: 0AABCAE2-D31B-4B84-A0F1-718A7F17340A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: _DocuSigned by:_ Daniela Silva 8991896FFDB145B...

Nome: DANIELA SILVA

Dirección: ARTURO PRAT 1026

VALDIVIA, REGIÓN DE LOS RÍOS  CL 5090000

Telefone: +56992635968

Email Address: DSILVAVIDAL@GMAIL.COM

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/03/2014        A: 12/13/2014

DocuSign Envelope ID: 27AACFCE-407F-468F-A995-D86231B1D644

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ Daniela Victoria  44817A5E632C498...

Name: Daniela Victoria

Address: 8/267 Castlereagh st

Sydney, New south wales AU 2000

Phone Number: 0423135676

Email Address: danielita_victoria@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/02/2015    To: 05/15/2016

DocuSign Envelope ID: EC65454B-9E94-48C7-80E8-763914553EDD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _daniela zarazua vargas_
DocuSigned by:
3DD8260CD73148D...

Name: daniela zarazua vargas

Address: calle moctezuma #1410 int.12 San Pedro Tonanzintla

Cholua, Puebla MX 72810

Phone Number: +522224264714

Email Address: dany_9423@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/12/2012    To: 06/20/2014

DocuSign Envelope ID: 2A796DB5-9209-4EE4-831E-9CFAF790A50C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/01/2017

Signature: _DocuSigned by:_ A8C39C76F09E4CD...

Name: Danielle Lemos Gonzaga

Address: 07 kingsland avenue

Harrison , NJ US 07029

Phone Number: 9739803292

Email Address: danilemosgonzaga@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/18/2013     To: 09/16/2015

DocuSign Envelope ID: F69CED88-15B7-494C-B34A-EC787F540406

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/07/2017

Signature: _Daphne Perez Sampson_
DocuSigned by:
06527C18F7094C1...

Name: Daphne Perez Sampson

Address: Parque La Llave 48-B, Residencial Parque La Gloria

Queretaro, Queretaro MX 76177

Phone Number: 524423573449

Email Address: dps1109@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/16/2012     To: 10/31/2012

DocuSign Envelope ID: 101DD16F-5ADE-4BFB-AE45-9F551020EA8D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____          Firma: _____
DocuSigned by:
E7D45B26B7D8449...

Nome: _____Dayanna Marcela Ochoa Malaver_____

Dirección: _____Cra 17 B #70 B 29 sur_____

_____Bogotá , Cundinamarca CO 000000_____

Telefone: _____3123519720_____

Email Address: _____dayanna8a@yahoo.com.co_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____04/03/2011_____          A: _____04/01/2013_____

DocuSign Envelope ID: 335220E4-44D0-412B-B133-1F5DE4D4355E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Dayzze Marriaga Mortimer*
6738B4E6BF60454...

Name: Dayzze Marriaga Mortimer

Address: 425 deakyne ave

Ridley Park , PA US 19078

Phone Number: 2672264270

Email Address: marriaga04@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2009          To: 05/02/2010

DocuSign Envelope ID: A283CD81-EEE4-4CB4-90EF-9B137317FC1A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:       09/04/2017                    Firma:    _DocuSigned by:_
                                                    Deika Machado
                                                    3573AFD3A5EE471...

Nome:          Deika Machado

Dirección:     Calle 22

               Panama, Panama PA 507

Telefone:      6969-5580

Email Address: Deikamachado@rocketmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:    12/27/2013              A:    10/25/2014

DocuSign Envelope ID: 1F3A20C6-81DB-4132-A92C-6EB4312CD17A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by: 7B12F683B9C24A9...]*

Name: Delia Rosa Díaz Montero

Address: 1111 shell drive. Waterford apartments. Apt 53

Spring Lake, NC US 28390

Phone Number: 9843647868

Email Address: Delia_014@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/29/2012     To: 02/28/2014

DocuSign Envelope ID: 5DC5FCE7-906D-4BA0-8CB6-0C95B0638C83

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____      Firma: _____

Nome: _____Diana Carolina Bustamante Suarez_____

Dirección: _____Carrera 17 # 53-79 apto 403_____

_____Bogota,  CO 110111_____

Telefone: _____573002533629_____

Email Address: _____dianabs11@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____02/01/2011_____      A: _____06/25/2012_____

DocuSign Envelope ID: 32936434-7097-4D00-98AC-840C49A5765B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ BC90C35B934E467...

Name: Diana Carolina Roman

Address: 3041 Rodney avenue # 4

Fort Riley , KS US 66442

Phone Number: 5125298477

Email Address: Dico1450@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/04/2012     To: 09/01/2013

DocuSign Envelope ID: 57AD6D83-9A8D-4FD0-8DDD-31C528A4BA74

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _Dominique Lee_
DocuSigned by:
1429222C67CC42B...

Nombre: Dominique Lee Matias

Endereço: 564 E Verdugo Ave

Burbank , CA US 92501

Teléfono: 3237406923

Email Address: lee.dominique@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 01/27/2014          A: 06/05/2014

DocuSign Envelope ID: 210A6A3B-DF73-48C5-876D-08997652CC0B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_

Firma: _Elisa Vargas_
DocuSigned by:
D91AE73C0E5F416...

Nome: _Dora Elisa Vargas_

Dirección: _113 N Wynstone Dr_

_North Barrington , IL US 60010_

Telefone: _2246558703_

Email Address: _elivarbu7@gmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _08/04/2014_     A: _04/10/2016_

DocuSign Envelope ID: 876575FB-BEBA-43FE-90E9-8BC5F55D35C7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/04/2017_____        Firma: _DocuSigned by: Doris Hdez 3653246FB5EE428..._

Nome: _____Doris Hernández Villalba_____

Dirección: _____13105 vicar woods lane_____

_____Bowie , MD US 20720_____

Telefone: _____2028178769_____

Email Address: _____Dora6069@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____01/30/2012_____        A: _____08/23/2013_____

DocuSign Envelope ID: CDD65A08-7B7C-4F45-8AD2-840411815967

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *[DocuSigned by: C25A45BA6BB24C0...]*

Name: Edith sofia quintero garcia

Address: 21 southern hills drive

Skillman, NJ US 08558

Phone Number: 9088090940

Email Address: Sofiaquinterog@hotmail.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/14/2016        To: 12/13/2017

DocuSign Envelope ID: 827E8875-BDED-4EC2-AF03-14CF4FE922C6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma:

DocuSigned by:

7E3D4756675C4CD...

Nome: Edna Julieta Valle Tenorio

Dirección: Luis Coloma 225 Lomas de Santa Anita

Aguascalientes , Aguascalientes  MX 20169

Telefone: 4499078864

Email Address: juliet.luna@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/14/2016          A: 11/13/2017

DocuSign Envelope ID: 8AAFE5B8-033B-4FC2-9B0D-FB97AB3FC6FD

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ DBB379B0D43942E...

Nome: Edna Rocio Valenzuela Jimenez

Dirección: 661 w roberta ave

Fullerton , CA US 92832

Telefone: 2026157441

Email Address: Ednarociovj@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/22/2015          A: 06/22/2016

DocuSign Envelope ID: 7FBBF45C-078E-407E-B3DF-B2F14263FCBA

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017

Assinatura: *ELAINE CRISTINA DOS SANTOS*
DocuSigned by:
78716BCA167344D...

Nombre: ELAINE CRISTINA DOS SANTOS

Endereço: 2504 MOON DRIVE

FALLS CHURCH, VA US 22043

Teléfono: 3015905462

Email Address: ecc_tina@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/04/2014        A: 08/31/2016

DocuSign Envelope ID: 9F08D746-A500-4B77-8EE3-E9E8268B2DCB

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017     Assinatura:

DocuSigned by:
50561A63B8B0424...

Nombre: Elaine Sampaio

Endereço: 46962 Courtyard Sq Sterling

Sterling, VA US 20164

Teléfono: 15714999099

Email Address: sampaioelainec@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 06/26/2011     A: 07/01/2013

DocuSign Envelope ID: 28E1115D-4311-4425-9900-218F38112274

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/07/2017          Assinatura: _Eleine Silva Pesker_
DocuSigned by:
246E5D97E9FB45D...

Nombre: Eleine Silva Pesker

Endereço: Dom João Pimenta, 174, ap103

BELO HORIZONTE, MG BR 30535440

Teléfono: 31985221009

Email Address: eleine_pesker@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 04/07/2014          A: 05/06/2015

DocuSign Envelope ID: 56605B9F-5EA7-4B19-B549-B383F45E900D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by: Catalina_ 0CD09F95481E450...

Nome: Eliana Catalina Rodriguez Arango

Dirección: 20 wainwright st

Rye , NY US 10580

Telefone: +573194744607

Email Address: Ktalina258@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/29/2016       A: 09/03/2017

DocuSign Envelope ID: 5F6761BA-8BF4-43C6-B6D4-BE2CAF615D76

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *[DocuSigned by: D475D1B2B8D541A...]*

Name: ELIDA MIROSLAVA REAL OROZCO

Address: AURORA BOREAL 411

AGUASCALIENTES, Aguascalientes MX 20264

Phone Number: 3334960479

Email Address: miros-13@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2013       To: 07/10/2013

DocuSign Envelope ID: E0E46E8D-4071-4351-8540-8A98780B716A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *Elinor Diaz Galindo*
DocuSigned by:
A56726FF6E1B421...

Name: Elinor Diaz Galindo

Address: 38 La Jolla st.

Tlajomulco de Zuniga, Jalisco MX 45645

Phone Number: 5213315401318

Email Address: linore_diaz@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/28/2015          To: 03/28/2017

DocuSign Envelope ID: 51DEE30C-0BFB-4D44-86AA-0C5DD6E85125

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *EMANUEL VALADEZ BURCIAGA*
D98DE74762D94E2...

Nome: EMANUEL VALADEZ BURCIAGA

Dirección: RIO PANUCO 1616

MONCLOVA, COAHUILA MX 25770

Telefone: 8661608586

Email Address: emanuel_valadez@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/09/2013          A: 06/26/2014

DocuSign Envelope ID: FE767DEC-DC55-442F-A10A-07FE573BBEDB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 2B3670E2BD494C9...

Nome: Erika Pesquera López

Dirección: Mountain ridge dr. 8716

Austin , TX US 78759

Telefone: 5129945130

Email Address: erika3415@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/20/2017          A: 03/20/2018

DocuSign Envelope ID: E3B1DEC3-894A-4F14-A48E-1F9E9C4A0CC5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017          Firma: *Esperanza Timaná Hidalgo*
DocuSigned by:
E4C2FBEEDB574E4...

Nome: Esperanza Timaná Hidalgo

Dirección: cra 40#9-26 B/Mariluz III

Pasto, Nariño CO 00052

Telefone: 3165338656

Email Address: espeth88@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/10/2011          A: 12/12/2011

DocuSign Envelope ID: BA511676-005F-4E48-9151-322B2C79F2A1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: *Estefania Hernandez Trujillo*
DocuSigned by:
4A6CFA7E1C6D478...

Nome: Estefania Hernandez Trujillo

Dirección: 1911 hickory St

St. Louis, MO US 63104

Telefone: 4043073360

Email Address: nihetru05@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/16/2015          A: 11/16/2017

DocuSign Envelope ID: EC94745E-7A1C-42DE-8D79-0B370638E0F2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/31/2017

Firma: _DocuSigned by:_ 91447DEF6F5D4C3...

Nome: Estefanía vargas Mondragon

Dirección: Carretera Chetumal puerto Juárez km 309

Playa del Carmen , Quintana Roo  MX 77710

Telefone: 2299335298

Email Address: Mondragon_012@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/14/2010          A: 06/15/2011

DocuSign Envelope ID: 1C6ADC5F-22E2-4A4A-AC19-93C8016DEEB1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  08/30/2017

Signature:  *Estephany Baby Barnett*
DocuSigned by:
BE390A2090EA4BC...

Name:  Estephany Baby Barnett

Address:  36 Priscilla Avenue

Flanders, NY US 11901

Phone Number:  9143361133

Email Address:  estephanybarnett@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  06/26/2011      To:  10/31/2012

DocuSign Envelope ID: 098089C1-FBB0-4F6C-BBD2-223C4819A997

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/05/2017

Firma:  _DocuSigned by:_ 
701225237822417...

Nome:  Estephany Cárdenas

Dirección:  18624 Mustard Seed ct,

Germantown, MD US 20874

Telefone:  2403089966

Email Address:  escc39@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  06/18/2013          A:  10/30/2014

DocuSign Envelope ID: 176789C5-F440-498E-9E87-F3CE10CC9758

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_
C4D521B011264E9...

Nome: Eva Ortiz Benitez

Dirección: 959 Hazel Ct.

Denver, CO US 80204

Telefone: 3035501539

Email Address: Evaorbe@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/30/2010        A: 08/30/2012

DocuSign Envelope ID: 6B0F4F28-4E7E-4142-926F-3A29E43A4792

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017          Firma: _Evelyn_ (DocuSigned by: 3EE2CC5417404ED...)

Nome: Evelyn Tenorio Díaz

Dirección: Cedros 194

Saltillo, Coahuila MX 25296

Telefone: 8441107322

Email Address: evelyn.tenorio92@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/09/2012          A: 01/03/2014

DocuSign Envelope ID: FE2529E8-AA77-4694-B571-AF4DD8C298C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *DocuSigned by:* EE7AD36069FA426...

Name: Fabiana Prates Laipelt Benaventana

Address: Albion rd

College park, MD US 2770

Phone Number: 004571486004

Email Address: Fabiana.laipelt@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/01/2012     To: 04/23/2013

DocuSign Envelope ID: EF9D8C01-1209-4182-8317-26D57CFC8B50

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ FD43014ADC17454...

Name: Fabiane Bertolozzi

Address: 3107 Hewitt Ave apt 439

Silver Spring, MD US 20906

Phone Number: 2409189424

Email Address: Fabianepira@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/04/2012     To: 12/13/2013

DocuSign Envelope ID: 494650F6-A5A8-424D-80F6-F87477E3B2A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 3C57E1EE33B4460...

Name: Fabiola Bertolo Carava

Address: 1 N Bishop St , Apt 9

Chicago, IL US 60607-1817

Phone Number: 13123154955

Email Address: Fabertolo@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/23/2009     To: 03/23/2011

DocuSign Envelope ID: 8523DD1C-B172-47C9-BC17-DD8A015F9B5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _fanny_
322D841A09DB4DA...

Name: Fanny Meza

Address: 13324 NE 132nd ST, 25A

Kirkland , WA US 98034

Phone Number: 2069137210

Email Address: fannymezat@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/09/2012     To: 07/03/2013

DocuSign Envelope ID: 89FF4703-7C38-4A02-83C1-7AE0E6658E79

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ C8894453D2F64A8...

Nome: Fernanda carreon esquivel

Dirección: Nicolás zapata 677

San Luis Potosí , San Luis potodi  MX 78235

Telefone: 4442856049

Email Address: fercaraluna1@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 10/10/2016

A: 07/21/2017

DocuSign Envelope ID: F69E54E1-5C6A-4C06-ADF9-F09BDA04851F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *Fernanda Freire da Silva Goncalves*
D324531C6261444...

Name: Fernanda Freire da Silva Goncalves

Address: 13 Bishops Orchard, The Boulevard

Tyrrelstown, Dublin IE Dublin 15

Phone Number: 353830372347

Email Address: sesielaine@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/21/2012     To: 03/25/2013

DocuSign Envelope ID: E7E57FF8-E8B7-461D-AC42-3A853C80308C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017          Assinatura: *Flavia Gabriele Benedicto*
DocuSigned by:
E53C52B43AFF46F...

Nome: Flavia Gabriele Benedicto

Endereço: Avenida Doutor Adoniro Ladeira, 830 apto 25

Jundiai, Sao Paulo BR 13210-800

Teléfono: +5511950464197

Email Address: flaviagabi@uol.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 12/27/2015          A: 12/19/2017

DocuSign Envelope ID: 3FC0BEAC-9CED-4F5A-8623-D2886C7F6AA5

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 4065AC2D79DA406...

Name: Francini Leal Martins

Address: 5920 Walhonding road

Bethesda, MD US 20816

Phone Number: 3012212125

Email Address: francinileal.design@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2013

To: 07/09/2015

DocuSign Envelope ID: 4C3EB038-62C0-4257-8FF6-87385A7EC689

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *Gabriela Campuzano Florez*
DocuSigned by:
B25DC443101A435...

Nome: Gabriela Campuzano Florez

Dirección: 43

Bogota, Bogota CO 110231

Telefone: 3209497041

Email Address: gabyc_florez@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/16/2015     A: 10/14/2016

DocuSign Envelope ID: 7133E4BE-0628-4D55-815B-FE0B57B6E816

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017          Assinatura: _Gabriela F.Vieira_
DEED69CEE57C4A2...

Nombre: Gabriela ferreira vieira

Endereço: Pedro abujamra 94

Ourinhos, São paulo BR 19906534

Teléfono: +5514996565066

Email Address: Gabys_fvieira@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 07/11/2016          A: 07/21/2017

DocuSign Envelope ID: 1D326841-EAD8-480D-A8B8-196D0B0214D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 43AA7174B43D40B...

Name: Gabriela michelle aleman lopez

Address: Cima 4 calle el cedro polígono B  casa #285 San Salvador ,el salvador

San Salvador , San Salvador  SV 503

Phone Number: +34695084291

Email Address: gabrielaaleman317@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/06/2016    To: 07/06/2017

DocuSign Envelope ID: F53C328A-7F6E-4893-A673-BE0C1476B056

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017                Assinatura: _~signature~_
9CAA1F4938A3408...

Nombre: Gabriele Fraga Rosa dos Santos

Endereço: 13614 Colgate Way apt 448

Silver Spring , MD US 20904

Teléfono: 5713038520

Email Address: gaby_frs@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/10/2014            A: 12/23/2015

DocuSign Envelope ID: 178059CB-CC13-4043-A745-023C607D8D71

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ g fee 1C5A3BB32F76403...

Nome: Gisela Avilez Ocampo

Dirección: 237 S 3rd St

Lewisburg, PA US 17837

Telefone: +527271031228

Email Address: gissy.88@gmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 08/19/2013      A: 08/06/2015

DocuSign Envelope ID: 205988A5-92DB-4F60-B082-7FAF1304BD01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/07/2017                   Signature: _DocuSigned by:_ 84AD524986674EA...

Name: Giselle andrea Velasquez Rey

Address: 1161 Lisa court

Herndon, VA US 20170

Phone Number: 7037287199

Email Address: Andreitagvelasquez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2011          To: 05/17/2013

DocuSign Envelope ID: D5F5AC6B-3F0F-4875-B871-23DF9BA3E016

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017

Assinatura: *Giulia F Dutra*
DocuSigned by:
AD1857DF2C7F4DD...

Nombre: GIULIA FERREIRA DUTRA

Endereço: RUA DO BOTO QD 60 LT 07 CONDOMINIO PRIVE ATLANTICO

GOIANIA, GOIAS BR 74343120

Teléfono: 5562981632772

Email Address: giudutra@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 04/20/2011       A: 11/20/2011

DocuSign Envelope ID: E51B44E9-D5BC-441F-B2E0-E1C665CD68FA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_

Firma: DocuSigned by: _Gluf_ FE4B0E42C93446C...

Nome: _Gladys alvarez jimenez_

Dirección: _Cerrada del Amanecer 130_

_Durango, Durango MX 34166_

Telefone: _6181014658_

Email Address: _Gladys.alvarez01@hotmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _08/28/2016_   A: _07/24/2017_

DocuSign Envelope ID: 6D1D6FBF-8AAD-41F8-A0E2-8F5EF9E45BF3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/07/2017

Firma: *Helena Margarita Luisa Fernanda Guerra Ch*
DocuSigned by:
E6D81CD2DB02447...

Nome: Helena Margarita Luisa Fernanda Guerra Chaparro

Dirección: calle 12 sur 4-85 este apto 501 bloque a1

bogota, bogota CO 110411

Telefone: 3013909602

Email Address: helenamguerra@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/05/2014       A: 02/19/2015

DocuSign Envelope ID: 0CEF3970-5559-421A-8D66-7D3794076976

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_

Firma: *Indira del Valle Jaimes Marino*
117935742B484C3...

Nome: Indira del Valle Jaimes Marino

Dirección: Turubamba

Pichincha, Quito EC EC170146

Telefone: +593984689248

Email Address: indij_365@Hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _07/25/2011_       A: _06/12/2013_

DocuSign Envelope ID: F91B9803-B79A-4E48-AC2C-163CC10E3B57

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 7BE376B04F69444...

Nome: Ingrid gonzalez

Dirección: 5000 Manheim av

Beltsville, MD US 20705

Telefone: 2407199483

Email Address: Ingrid.gonzalez18@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/01/2012     A: 06/01/2012

DocuSign Envelope ID: BEE971D4-BD4B-448B-B4DC-DF94A6E67B17

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/04/2017_      Firma: [DocuSigned by: signature 9DCE9CE2D5E549B...]

Nome: Ingrid Moriyama Galván

Dirección: Av de la reina

Mexico, Mexico  MX 53116

Telefone: 5539686872

Email Address: Ingrid_mori5@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _08/29/2016_      A: _12/23/2016_

DocuSign Envelope ID: 00270344-E72C-4638-A5A4-FD43C012B666

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ A4F7574ABF6E49E...

Nome: Irene Galán Sainz

Dirección: Cruz de pradillo 9

Rincón de Soto, La Rioja   ES 26550

Telefone: 630447874

Email Address: irenegalansainz@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 01/27/2014      A: 02/03/2015

DocuSign Envelope ID: E3ED0B7F-82D0-4041-852A-D57F98F52ED1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 08/31/2017

Firma: _Iris valeria Rodriguez hurtado_
DocuSigned by:
9921FAEA400E466...

Nome: Iris valeria Rodriguez hurtado

Dirección: 50christopher columbus dr. Apto 1102

Jersey city, NJ US 07302

Telefone: 9292679109

Email Address: Valeria--rodriguez@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/07/2015     A: 12/07/2017

DocuSign Envelope ID: 03A43BF2-7927-4BBC-8D36-BD5CD3791463

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     08/31/2017          Signature:   _Irvana Mrkulic_
                                            DocuSigned by:
                                            106F048F0817470...

Name:     Irvana Mrkulic

Address:  39-29 Parshing Street

          Fair Lawn, NJ US 07410

Phone Number:  9733077580

Email Address:  Irvanaa@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  05/31/2015          To:  05/31/2017

DocuSign Envelope ID: 9B910D0D-8557-45B5-B341-62C87B6120C9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/30/2017

Signature: *Isabela* (DocuSigned by: BD6CC227CE26487...)

Name: Isabela Dadauto

Address: 2161 Turk St Apt 6

San Francisco , CA US 94115

Phone Number: 4158061706

Email Address: isa@vittapet.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/18/2013     To: 03/18/2015

DocuSign Envelope ID: 4DF10A9E-9014-4EA9-9CA3-D44D0271DBE9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017    Assinatura: _Isabella Parada_
270820F9EE3B440...

Nombre: Isabella Novoa Vallejo Parada

Endereço: 218 Mount Oak Pl

Annapolis, MD US 21409

Teléfono: +1 703 7720192

Email Address: bparada_@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 05/16/2016    A: 05/16/2018

DocuSign Envelope ID: 4DBC2377-BBEA-4F7B-B72C-78477D50F681

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _DocuSigned by: Ive Caroline Sampaio Ferreira Silva_
6353D4C5DCD34AC...

Nombre: IVE CAROLINE SAMPAIO FERREIRA SILVA

Endereço: SAN PASCUAL 141

SANTIAGO, SANTIAGO/ LAS CONDES CL 7580112

Teléfono: +56996827779

Email Address: ivecaroline@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 09/26/2016          A: 06/27/2017

DocuSign Envelope ID: CCE674D9-EAF9-4982-8D6D-EEA4B9AC62EC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Ivilin Caroline Custodio Mariano*
DocuSigned by:
0DDBF98B4AA8474...

Name: Ivilin Caroline Custodio Mariano

Address: Rua Salvador Simões, 717, ap 64

São Paulo, Sao Paulo BR 04276000

Phone Number: 11954004652

Email Address: ivilin.caroline@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2015          To: 10/06/2015

DocuSign Envelope ID: C766398E-6863-4B27-BE59-C9B97F91C56B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: _DocuSigned by:_ _(signature)_ 484032C3B5DE4C4...

Name: Izabela Monteiro Sgarabotto

Address: 458 boynton ave

San Jose, CA US 95117

Phone Number: 6502769628

Email Address: izabelasgarabotto@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/08/2012     To: 07/08/2014

DocuSign Envelope ID: 7FE2BFC7-DCF3-4E86-92FC-383EFA46D121

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/06/2017                Assinatura:  _[assinatura DocuSigned by: Janaina G. Zanon — F40A4F39B5714E3...]_

Nombre:  Janaina Gladcheff Zanon

Endereço:  Nicola Di Lourenzo, 121

São Carlos, SP BR 13564-240

Teléfono:  +5516997475635

Email Address:  janaina.zanon@yahoo.com.br

Patrocinador:  Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:  03/19/2012                A:  03/19/2014

DocuSign Envelope ID: 210F5720-138F-474E-800D-342A6F7DC885

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _____

Nombre: Jaqueline Diagonel Correa Bueno

Endereço: 1728 trestle glen rd

Piedmont , CA US 94610

Teléfono: 4157069833

Email Address: correa.jaqueline@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 02/02/2013          A: 06/24/2014

DocuSign Envelope ID: 32AF6E3B-ABA1-4994-AD37-414585BE98B9

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: *Jefferson Felipe Alves Harvey de Melo*
DocuSigned by:
724B53838BA8442...

Nombre: Jefferson Felipe Alves Harvey de Melo

Endereço: 9202 Mullen Rd SE

Olympia, WA US 98513

Teléfono: 2532827485

Email Address: jf.fam@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/22/2013          A: 04/21/2014

DocuSign Envelope ID: 49F9385D-740C-4850-83EC-79858D1F4481

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *JENNIFER CARRENO SALDANA*
DocuSigned by:
41226D3F36414D9...

Name: JENNIFER CARRENO SALDANA

Address: CALLE 62 b # 22G03

BOGOTA, BOGOTA CO 110911

Phone Number: 3212555285

Email Address: jejenca@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/13/2013     To: 05/15/2014

DocuSign Envelope ID: 854F1ACA-B648-4817-8752-D7C1FE06B344

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *JRiedel*
F99B22EE744C4B4...

Name: Jennifer Mariel Riedel

Address: Pinzón 1008

San Miguel, Buenos Aires AR 1663

Phone Number: +541140934024

Email Address: riedel_jennifer@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2015          To: 01/13/2016

DocuSign Envelope ID: E4B80755-84A1-4600-82E7-6F530F7C484C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *Jenny Marcela Medina Montes*
DocuSigned by:
254D95844705417...

Nome: Jenny Marcela Medina Montes

Dirección: Kr 15c est No 49a 25sur int 2

Bogota, Bogota CO 000

Telefone: 3163306051

Email Address: jmarce881008@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/07/2013          A: 12/20/2013

DocuSign Envelope ID: 1E806D17-A3B7-4414-9C03-368A0E95C046

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by signature]* C5F40A074CCC4CF...

Name: Jesica Elizabeth Wong Flores

Address: Chiapas 177

Mexico city, Mexico City  MX 06700

Phone Number: 5551911388

Email Address: Jesswongf@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/08/2014     To: 09/08/2015

DocuSign Envelope ID: 7D8F90D8-5E19-4C28-BD0F-2D42539D25D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: _DocuSigned by_ AF84FA41EC6A415...

Name: Jessica Alejandra Aguilar Ramírez

Address: Delta

Mexico,  MX 04310

Phone Number: 015555093163

Email Address: jekaguilar27@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016     To: 10/01/2016

DocuSign Envelope ID: 6B7C5E9A-5CAA-4859-BA05-E9CDFC96F5D9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/04/2017_____     Firma: _Jessica Lorena Bohorquez Ortiz_
                                      DocuSigned by:
                                      4E8748075982497...

Nome: _____Jessica Lorena Bohorquez Ortiz_____

Dirección: _____1220 Orchard Lake Dr, Apto 105_____

_____Matthews, NC US 28270_____

Telefone: _____9807779008_____

Email Address: _____jessiklia66@gmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____07/11/2011_____     A: _____07/11/2012_____

DocuSign Envelope ID: C85CD359-7F8A-4F21-A1EA-BBE64F5134B0

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DocuSigned by:* CC5A3AEC49E14F8...

Name: Jessica Pastor Tomas

Address: 104 Baker St, 5

San Francisco, CA US 94117

Phone Number: 4158700037

Email Address: jessica.pastor@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/25/2009       To: 09/30/2010

DocuSign Envelope ID: 957E8B85-DF87-4F44-8F87-F1DA56AE25B2

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _DocuSigned by:_ _6F78BE07BFFC4F3..._

Nombre: Jessica Pereira Azarias

Endereço: Rua Denheir Kanashiro 203, bloco 7 ap 302

Apucarana, Paraná BR 86812600

Teléfono: 43991696979

Email Address: je.az@hotmail.com

Patrocinador: InterExchange, Inc.

Fechas de participación en el programa au pair:

De: 02/06/2012          A: 03/08/2013

DocuSign Envelope ID: A0973356-854C-4B7B-B2BA-0149612CE454

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/06/2017

Firma: _Johanna Gómez_
DAEE669B54074D6...

Nome: johanna andrea gomez guevara

Dirección: 609 Monroe ave 2f

ELIZABETH, NJ US 07201

Telefone: 2018789405

Email Address: johanna701@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/31/2009          A: 08/31/2010

DocuSign Envelope ID: A08DE2C1-59E7-4FA3-AD76-18A5E63E6810

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017          Assinatura: *[DocuSigned by: assinatura]*
D4AB2D669595404...

Nombre: Jordana Cardoso Carneiro de Oliveira

Endereço: 215 Avalon Gardens Dr

Nanuet , NY US 10954

Teléfono: +18458257716

Email Address: jordana_oliver@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 05/31/2015          A: 05/31/2017

DocuSign Envelope ID: CB084E31-51B5-492A-9782-84FCC7C80423

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ 6E3570C713E44C8...

Name: Jorgelina Rodriguez

Address: Baigorri 947

Cordoba , WY AR 5200

Phone Number: 3524416464

Email Address: jorgelinar203@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2012          To: 03/19/2013

DocuSign Envelope ID: 35DA123A-F66C-48EF-ACB9-3F6F6C7EFA6F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/05/2017_____        Firma: _____

Nome: _Jose angel grijalva marquez_____

Dirección: _Deer lane 385_____

_Lehighton, PA US 18235_____

Telefone: _4771800426_____

Email Address: _Jagmtoner@gmail.com_____

Patrocinador: _Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _08/28/2012_____        A: _08/28/2013_____

DocuSign Envelope ID: 9E3EAB84-9470-4635-8C10-5905CB3A60F6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *Josmara Mitsuko de los Milagros Figueroa Mart*
AE904836E70346D...

Nome: Josmara Mitsuko de los Milagros Figueroa Martinez

Dirección: Los Damascos B 2 (I etapa)

TACNA, Perú  PE 52

Telefone: 51973115893

Email Address: josmarita@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 04/03/2017

A: 04/24/2017

DocuSign Envelope ID: 267EEBFB-1C56-4389-A679-B9C4D9D58A4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _[DocuSigned by signature]_ 79CC7FC8FCA640F...

Name: Jovanna Franchesca Rojas Ibañez

Address: 5 oriente F  23 norte #3467 Villa Don Gonzalo 1

Talca, Talca CL 3460000

Phone Number: 942807369

Email Address: jovannarojas@outlook.es

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2014          To: 12/25/2017

DocuSign Envelope ID: 2A91A11E-4B58-45B7-9E3A-D74FBB232E9C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: *Jozi BS*
DocuSigned by:
CDF7C48592ED456...

Name: Jozi Brito da Silveira

Address: 1139 Sao Jeronimo Avenue

Americana, Sao Paulo BR 13471200

Phone Number: +5519991847910

Email Address: jozibs@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/23/2010     To: 08/22/2012

DocuSign Envelope ID: B0E3DF39-A5E2-4050-81A6-ACB57EFFA1C6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017            Firma: *Juan Manuel Vazquez Garcia*
                                   DocuSigned by:
                                   6B6123F69136491...

Nome: Juan Manuel Vazquez Garcia

Dirección: Jose Ferreira 1526

Encarnacion, Itapua PY 6000

Telefone: +595981460017

Email Address: n3xtlevels@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/20/2013            A: 12/20/2014

DocuSign Envelope ID: 7E050B5B-ABBE-492A-9463-870465E6360E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Julia Natali Heller Neves-Alpert*
DocuSigned by:
FC0F60E667C44D6...

Name: Julia Natali Heller Neves-Alpert

Address: 76-35 113th St Apt 4K

Forest Hills, NY US 11375

Phone Number: (516) 444-6497

Email Address: julia_heller@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2012     To: 10/03/2012

DocuSign Envelope ID: 8CC6531D-5462-4531-8C0F-C05861439C31

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017          Assinatura: _Juliana Oliveira_
8EC124C556724A2...

Nombre: Juliana Aparecida de Oliveira

Endereço: 1 Washington Ave Apt 9-5B

Morristown, NJ US 07960

Teléfono: 9735253618

Email Address: juh@hotmail.co.uk

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 09/28/2015          A: 09/28/2016

DocuSign Envelope ID: D704B7EB-278B-49AF-BEB5-1EE6EBA73B20

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _Juliana Delicato_
DocuSigned by:
4298266A51A647F...

Name: Juliana Christina Delicato Seguin

Address: Rua Tufjk Alex Arbex 163

Piracicaba, São Paulo BR 13420725

Phone Number: +5519987085573

Email Address: Juliana_delicato@yahoo.com.br

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/20/2013     To: 09/20/2014

DocuSign Envelope ID: 1327A3C9-068D-4748-933A-E909020101C4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Juliana de Oliveira Cotrim*
501DFC1F8CEF4AB...

Name: Juliana de Oliveira Cotrim

Address: 651, Dr Carlos Chagas Ave. Jd Adalgisa.

Araraquara, São Paulo BR 14806143

Phone Number: +5516997100494

Email Address: j_cotrim@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/06/2013     To: 08/21/2013

DocuSign Envelope ID: 84F3C7B4-9255-47BA-9F5C-17A12517911E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/01/2017

Signature:  *DocuSigned by:* [signature] 7D2D76FFA43745A...

Name:  Juliana gonzalez

Address:  Calle 87#22-44

Bogotá , Cundinamarca CO 70469

Phone Number:  3182298604

Email Address:  juligonzalez18@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  07/13/2015          To:  07/13/2017

DocuSign Envelope ID: B9E0BFB1-F1A6-4228-BA7E-6BCD78634776

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[signature: DocuSigned by: DF5CB6A1CA4D4EE...]*

Name: Juliana Henao Villegas

Address: 712 KENSINGTON LAKE CIR

Brandon, FL US 33511

Phone Number: 8133694957

Email Address: julyhvillegas@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/14/2010   To: 02/26/2011

DocuSign Envelope ID: 33E3C50D-99B2-43F2-89C3-826EABFCEA88

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Juliana Pereira de Lima*
DocuSigned by:
37392451033745F...

Name: Juliana Pereira de Lima

Address: Rua dos Milagres, 2031, casa

Joao Pessoa, João Pessoa BR 58071260

Phone Number: 83996647675

Email Address: juliana.lima1509@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/13/2009      To: 07/12/2011

DocuSign Envelope ID: CB8C1CC3-5C0B-46C4-9F99-78E2B989F5F7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 513024DB664044A...

Name: Julie SOUFFLET

Address: 36 rue des Ambans

Agen, FR 47000

Phone Number: +33668214574

Email Address: juliesoufflet@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/16/2013     To: 12/18/2014

DocuSign Envelope ID: 62757FE0-D1F4-4C80-87E8-F71A23D21A9E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by: A2AE4333A7ED4BE...]*

Name: July Lorena Macias Gamboa

Address: 528 Avalon Gardens dr

Nanuet , NY US 10954

Phone Number: 9148749956

Email Address: Guguanena@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/03/2013     To: 10/17/2014

DocuSign Envelope ID: D2177479-17DB-4F78-9147-7F772CD02A8B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017            Assinatura: _Karina Abreu_ (DocuSign)
EBD5D23AFB104CE...

Nombre: Karina Abreu

Endereço: 1 OGrady Circle

Stoneham, MA US 02180

Teléfono: 6176590240

Email Address: karinaharumi@yahoo.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/17/2013            A: 03/10/2015

DocuSign Envelope ID: 4DFC05A1-F0B2-4E9F-A7F7-66133B638A37

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Karina Lopez*
DocuSigned by:
DA779970C2CC433...

Name: Karina Lopez

Address: 5138 Durham Road West

Columbia, MD US 21044

Phone Number: 4106606890

Email Address: klova_cima10@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/26/2011          To: 06/26/2012

DocuSign Envelope ID: 3F7114FD-C9E6-40E1-8CBC-EBB263C2BD66

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  08/30/2017

Firma:  _DocuSigned by:_
FF186CD96AB74A5...

Nome:  Karla Consuelo Rivera Téllez

Dirección:  Pedro Fuentes, # 121 Fraccionamiento Agua Azul

Saltillo, Coahuila MX 25030

Telefone:  01524421571375

Email Address:  karla.riveratellez@gmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:  08/08/2008          A:  12/22/2009

DocuSign Envelope ID: 4E73C28A-5A33-4B11-A5E7-08AE975A0936

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017      Assinatura: _Karoline Clarke_
DocuSigned by:
7FAEFDB6EAB645A...

Nombre: Karoline Clarke

Endereço: 245 W. California Ave #2

Sunnyvale , CA US 94086

Teléfono: 4087575796

Email Address: karolpelagio.kp@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/20/2013      A: 05/20/2014

DocuSign Envelope ID: 0A30402D-FDE6-4226-BA6F-C13F7B4BE7D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *katherinn johanna peña arias*
DocuSigned by:
90474FFF166C4D7...

Name: katherinn johanna peña arias

Address: carrera 26 f 35a 31 sur

bogota,  CO 111811

Phone Number: 3168545256

Email Address: katy_j78@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/05/2015     To: 10/27/2015

DocuSign Envelope ID: E4129EAC-1B1C-41E0-ACA4-F4990D062739

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DocuSigned by:* 6425D3E1C995412...

Name: Katia Judith Paz Puga

Address: Paseo del Azabache #40

Jacona , Michoacán  MX 59890

Phone Number: 1262650

Email Address: katiajp97@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/04/2017     To: 01/04/2018

DocuSign Envelope ID: BDD6D8BD-0FCF-4CC6-880E-8B6982B81FA8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/30/2017

Signature: _(DocuSigned by: Kw Pwwy / 3799A22A6AE8471...)_

Name: Katty Llined Becerra Lizarazo

Address: 23 beecher av

East Islip , NY US 11730

Phone Number: 6318388818

Email Address: Becerrakatty@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/07/2016      To: 03/06/2018

DocuSign Envelope ID: ADC15531-7EA3-4EFE-9D7F-7FBCDD819110

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *kelly lorena castell ramos*
DocuSigned by:
79AEEAA02DCC4F9...

Nome: kelly lorena castell ramos

Dirección: 5013 Esker Dr

Madison , WI US 53704

Telefone: 4703321528

Email Address: kellycastell002@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/20/2017  A: 03/20/2018

DocuSign Envelope ID: 03D4A134-0352-4AC9-97EE-50896A5885ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/31/2017

Signature: *Larissa Celestrino Coelho*
550178B3DDD34B2...

Name: Larissa Celestrino Coelho

Address: Rua Osório Duque Estrada, 310

Osasco, São Paulo BR 06122-000

Phone Number: 11957055214

Email Address: larissacoelho483@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/08/2014      To: 09/07/2016

DocuSign Envelope ID: 991BA85E-6E4B-49C9-B997-D4969264AD19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Laura Bibiana Guerrero Castillo*
DocuSigned by:
245F5DDF1CF94E7...

Name: Laura Bibiana Guerrero Castillo

Address: Cra 100 a # 75-84

Bogotá, CO 111041

Phone Number: 3142408944

Email Address: laubi_26@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/08/2015     To: 06/20/2016

DocuSign Envelope ID: 28FC39FE-E565-4508-85C4-B3DCDE29C320

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/07/2017

Firma: *Laura Carpintero Toro*
BCA5A27764F34F4...

Nome: Laura Carpintero Toro

Dirección: 9, Old Common Road

Sutton, MA US 01590

Telefone: +15084144576

Email Address: laura.carpinterot@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 01/23/2017          A: 07/23/2018

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____     Firma: 

DocuSigned by:

*Laura A. Prada G*

3D1CC0631F1E455...

Nome: _____Laura Prada_____

Dirección: _____Calle 21 #20-32 Apto 1901_____

_____Bucaramanga, Santander CO 680011_____

Telefone: _____3222181060_____

Email Address: _____laurapg9@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____12/12/2011_____     A: _____12/12/2012_____

DocuSign Envelope ID: 69447132-BA17-4FFC-AA05-8BB1ADB3CA7B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: *[DocuSigned by signature]* A1248B7183AB4F4...

Nome: LAURA VANESSA SILVA MACHACADO

Dirección: CLL 37 # 52-252

BARRANCABERMEJA, SANTANDER CO 89678

Telefone: 3002391425

Email Address: lalita-059@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/19/2012       A: 10/05/2013

DocuSign Envelope ID: AE881C4B-BA43-496B-95D5-521655B38EDC

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/06/2017

Assinatura: *Laura Weyerhäuser Moniz*
DocuSigned by:
68B9DD4B5B7B487...

Nombre: Laura Weyerhäuser Moniz

Endereço: Rua Alto do Pedregal, Casa Orquidea

Colares,  PT 2710-416

Teléfono: 917157724

Email Address: laurawmoniz@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 09/14/2015

A: 07/15/2016

DocuSign Envelope ID: B82BD852-585F-4026-B678-FE4C3810E44D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017

Firma: _laura zamorano gutierrez_
DocuSigned by:
1FE52E25A745473...

Nome: laura zamorano gutierrez

Dirección: 4224 arsenal st

saint louis, MO US 63116

Telefone: 3143022013

Email Address: laurazamoguti@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/03/2015     A: 03/07/2017

DocuSign Envelope ID: AABF55E8-D755-4D98-86D6-E4FA4798A2E2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Lays Nascimento Santos*
DocuSigned by:
E19A2C13103A403...

Name: Lays Nascimento Santos

Address: Rua Mileto Maciel 85 apt 102, Cacuia - Ilha do Governador

Rio de Janeiro, RJ BR 21921630

Phone Number: 21970361132

Email Address: laysnascimento@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2014   To: 11/27/2016

DocuSign Envelope ID: A2CC6C2E-56C6-45B9-B416-EF8B56C98A3A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: _(signed)_ 239559E4521E442...

Name: Lennys Alexandra Guedez Perez

Address: 1654 SW 14th Street

Miami, FL US 33145

Phone Number: 7863958161

Email Address: lennysguedez@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/25/2012     To: 06/25/2013

DocuSign Envelope ID: 0FD94A52-E094-43C8-B2B3-D89566ED8C21

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017        Assinatura: _____
                                    F9F5498FF2834FF...

Nombre: Leticia de Moraes Vianini

Endereço: Rua Teodoro Sampaio, 1355 ap 85

São Paulo, São Paulo  BR 05405100

Teléfono: 11959236497

Email Address: Lmvianini@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 07/01/2011        A: 08/02/2012

DocuSign Envelope ID: A4BADBC2-8C40-4845-A1AA-8A62F9453D21

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: _DocuSigned by:_ DC51E20F79964E1...

Name: Leticia Henneke

Address: 615 harwood dr

San marcos, TX US 78666

Phone Number: 8323143540

Email Address: leticia.ata@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/04/2011     To: 04/03/2013

DocuSign Envelope ID: A131E713-D7A8-465F-BA24-B0B3763B7AB2

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017

Assinatura: *Leticia Nobre Andrade Gilbert*
DocuSigned by:
8940CC1938D04A0...

Nombre: Leticia Nobre Andrade Gilbert

Endereço: 401 Talcottville road, 41

Vernon, CT US 06066

Teléfono: 2676700529

Email Address: lettycarvalho@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/15/2012          A: 10/15/2014

DocuSign Envelope ID: AE975628-1B09-4877-AF7B-F52240F81EE2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017                    Firma: _DocuSigned by:_
                                           7EDE3BBC530249E...

Nome: Lia Rico López

Dirección: Calle 4, #121, Fraccionamiento Australia

Saltillo, Coahuila MX 25077

Telefone: 8441206330

Email Address: lia.ric@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 12/28/2012          A: 06/27/2013

DocuSign Envelope ID: 8C60EC34-6138-4F47-BD76-A69C99A4E71C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/03/2017

Assinatura:  _DocuSigned by:_ 6AE542970ADF4CB...

Nome:  Lidiane Demetrio Machado

Endereço:  Alameda Bela Alianca, 700 apto 101

Rio do sul, santa catarina BR 89160-216

Teléfono:  47992882416

Email Address:  dmlidiane@hotmail.com

Patrocinador:  Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:  07/13/2015          A:  07/13/2017

DocuSign Envelope ID: BF47F301-AD72-4798-9362-64B8B29B34E5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_          Firma: *Lina Marcela Salas Arce*
                                     DocuSigned by:
                                     FB57692F3675462...

Nome: _Lina Marcela Salas Arce_

Dirección: _cra 45 #28A-25 Barrio Santa Cecilia_

_Sincelejo, Sucre CO 676768_

Telefone: _+573004824599_

Email Address: _linablue2@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _06/11/2012_          A: _12/11/2013_

DocuSign Envelope ID: 3C86FEDF-C521-49C9-944F-E3F1C3A2AF6F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/25/2017

Signature: *LINDA CAROLINA PEREZ ORTIZ*
DocuSigned by:
239E909D18484D8...

Name: LINDA CAROLINA PEREZ ORTIZ

Address: CALLE 7 # 1-28 BARRIO LATINO

CUCUTA, NORTE DE SANTANDER   CO 540003

Phone Number: 3124302310

Email Address: lindaperez28@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/15/2015    To: 12/17/2016

DocuSign Envelope ID: A42FB98F-3F79-4CBC-ABD0-5C4317B48C24

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Lisia de Lima Matos*
DocuSigned by:
6A282DE6131349F...

Name: Lisia de Lima Matos

Address: 7048 N PAULINA ST APT 02

Chicago, IL US 60626

Phone Number: 7734909193

Email Address: lisialmatos@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/16/2015    To: 03/16/2017

DocuSign Envelope ID: A4E6CC75-97D2-4CBC-917A-90C9BF43AE3A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *DocuSigned by:* 2FD22F98D22F43C...

Name: Lisly Diaz

Address: Calle 34a

Merida , Yucatán  MX 97140

Phone Number: 9991380419

Email Address: lisly_diaz_3@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/04/2014      To: 08/04/2016

DocuSign Envelope ID: 2C622EA5-9561-431A-A831-8AD39B9E7F85

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ L D  1E96969F2BDE4E0...

Nome: Liz Katherine Díaz Munevar

Dirección: Calle 130d Bis 98a 60

Bogota, Cundinamarca CO 11001

Telefone: 3164816039

Email Address: katherin0116@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/20/2009     A: 07/11/2011

DocuSign Envelope ID: 706D816E-1457-475A-8DB1-01733A18702D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017    Firma: _[DocuSigned by: 8AAEB9231C1F417...]_

Nome: Lizeth Alejandra Mosquera Aldaz

Dirección: Bolívar E4-10 y Alfaro

Quito , Pichincha  EC 593

Telefone: 0998900289

Email Address: alejaaldaz2348@hotmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 11/10/2015    A: 11/01/2016

DocuSign Envelope ID: 36767927-F239-4C7C-8063-2AB64E77B2FA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: *[DocuSigned by signature]* E96748403ED2410...

Name: Lizeth Daniela Castaneda Monroy

Address: Via chia cajica km 2,5 Hacienda Fontanar Guayacan Casa 31

Chia, Cundinamarca CO 100001

Phone Number: 3165211004

Email Address: danicasmo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/11/2012     To: 07/14/2013

DocuSign Envelope ID: 00AFB916-6EE2-4BA7-B78F-779BA0D00437

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ 1A5F7D299F60430...

Name: Lorena Del Pilar Diaz Rojas

Address: Carrera 55 A # 188-41 casa 23

Bogota, Bogota CO 111166

Phone Number: 3214039383

Email Address: Lorenadiro23@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/07/2013     To: 07/18/2014

DocuSign Envelope ID: 2719CDF9-A1B5-4876-8F48-C13CFD3C957B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: ___09/03/2017___

Firma: _Lorena Gomez Gaviria_
86831429686D419...

Nome: ___Lorena Gomez Gaviria___

Dirección: ___Marek József , 33___

___Budapest,  HU 1078___

Telefone: ___36705154704___

Email Address: ___lorenagomezgaviria@gmail.com___

Patrocinador: ___Go Au Pair___

Datas de participação no programa au pair:

De: ___01/01/2015___    A: ___08/18/2016___

DocuSign Envelope ID: 45542607-4AAF-40DE-8E9A-77310912B287

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Lorena Pérez*
DocuSigned by:
8C507C7F364C4EF...

Name: Lorena Perez Echavarria

Address: Carrera 107 # 38-14

Medellin , Antioquia  CO 500100

Phone Number: +573154557850

Email Address: Lorep94@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/21/2016        To: 06/01/2016

DocuSign Envelope ID: DC128808-A96D-4D4F-8B72-5D0F46AEB3A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Luisa Duque*
DocuSigned by:
BBD7FDC7A0794E1...

Name: Luisa Duque

Address: 307  Washington St Apt 417

Orange , NJ US 07050

Phone Number: 8622649345

Email Address: Luferd@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/20/2010     To: 06/20/2012

DocuSign Envelope ID: 92866024-D756-4CBB-AC5A-F4DDE9F738CF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: _DocuSigned by:_ 9A59C94ECCAD49D...

Nome: Luisa Fernanda Doncel Salas

Dirección: Carrera 57 # 4g-96

Bogotá, Bogotá CO 111611

Telefone: +573142737496

Email Address: lfdoncels@unal.edu.co

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/02/2015     A: 01/28/2016