# Exhibit B, Part 2

DocuSign Envelope ID: 9B1CA9D1-A9E5-4751-93DA-5D8E2061277D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Luisa Maria Valbuena Cortes*
6E5918368AE348C...

Name: Luisa Maria Valbuena Cortes

Address: cra 23 33 22

bucaramanga, santander CO 94110

Phone Number: 0373163514959

Email Address: lolumari@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/16/2015   To: 02/16/2017

DocuSign Envelope ID: 7264B266-BB52-4575-9C0E-A9BE55CF44D0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: _DocuSigned by:_ Luiza
7ADD14362609427...

Name: Luiza Balzana farias

Address: 5222 rua José Nunes da Cunha

Candeias , Pernambuco  BR 48236

Phone Number: +5581999333553

Email Address: Luizabalzana@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2016    To: 08/22/2017

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017

Assinatura: _Luiza Dornele_
8C35FC2BC3EA461...

Nombre: Luiza Dorneles da Silva Marques

Endereço: Conde de Bonfim 681/302

Rio de Janeiro, Rio de Janeiro BR 20520052

Teléfono: 4435093070

Email Address: luizadorneles@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 04/20/2015        A: 04/06/2017

DocuSign Envelope ID: 35AD4503-14BD-4612-9ABB-CD4A4F4B7306

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/31/2017

Signature: *[DocuSigned by signature]* C66D9D9FD52D469...

Name: Luryann Lanzillo Javarroni

Address: Cervantes St., 314

São Paulo, SP BR 03126060

Phone Number: 11999668687

Email Address: luryann@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/06/2016        To: 06/29/2017

DocuSign Envelope ID: 8E8F62BF-03A4-4ADF-BA21-6EE171164A7D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_          Firma: _[DocuSigned by: Luz Strlla P.c  721E04BEAD3A4A7...]_

Nome: _Luz Strlla Pinzon Castillo_

Dirección: _Carrera 97 24 32 casa 97_

_Bogota,  CO 94110_

Telefone: _8055688318_

Email Address: _luz14_07_90@hotmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _11/21/2012_          A: _06/30/2013_

DocuSign Envelope ID: 6E03D96D-F7D5-4B87-8E9D-E7FE5A60BFC9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/06/2017

Firma: *Magda Fiorella Tovar Rojas*
CB0753BCF53343E...

Nome: Magda Fiorella Tovar Rojas

Dirección: Calle 3 Sur # 1A-24 Manzanares

Pitalito, Huila CO 417030

Telefone: 3042101341

Email Address: mafito-27@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/11/2010          A: 01/11/2012

DocuSign Envelope ID: C3997479-BD86-48AD-944E-E20D330E2C5F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____

Firma: _Magliory Parada_
F371FD5882244F8...

Nome: Magliory Parada

Dirección: Calle 134 No. 59 a 81 Torre 2 apto 306

Bogotá D.C.,  CO N/A

Telefone: 573143870339

Email Address: magliory@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _____10/07/2013_____     A: _____10/07/2014_____

DocuSign Envelope ID: 84395DFB-AC0D-40D8-A5E8-61FB27B64EAD

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017          Assinatura: _DocuSigned by:_ 243767936AAD482...

Nombre: Maiara da Costa Bueno

Endereço: 4603 N Carlin Springs Rd

Arlington , VA US 22203

Teléfono: 5712550934

Email Address: maiara.costa@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 06/13/2016          A: 12/13/2017

DocuSign Envelope ID: 12AA3736-CFD0-46CD-8A6E-E861897C1C75

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017

Assinatura: *Maíra Martins*
AE5A6596279F44F...

Nombre: Maíra Cruz Martins De Sá

Endereço: Rua Dona Amelia Rufina 124

São Paulo, São Paulo BR 04155170

Teléfono: 551150583468

Email Address: mairacms@yahoo.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/10/2009          A: 11/16/2010

DocuSign Envelope ID: C9139282-2980-4C6C-A59B-872F1ED3F4EB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/06/2017

Signature:  *Maisa Kelly Santana Barros de Lima Cipriano*
DocuSigned by:
3071D94F1A564E2...

Name:  Maisa Kelly Santana Barros de Lima Cipriano da Silva

Address:  6234  51th NE WA 98115

Seattle, WA US 98115

Phone Number:  2062713294

Email Address:  mkellycs02@yahoo.com.br

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  08/21/2016          To:  08/21/2018

DocuSign Envelope ID: 9163CF23-DAF6-47FE-A6E4-AEB7D8A165C0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ B60843FBA56A4AB...

Name: Makarena Carolina Martinez Salinas

Address: 1492 NE Carlaby Way #001

Hillsboro, OR US 97124

Phone Number: 5039987752

Email Address: maka.marsali@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 04/16/2009   To: 08/18/2011

DocuSign Envelope ID: CCDD9BFD-F723-48DD-8C06-4A94FA5E9C88

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:         09/03/2017                    Firma:  _DocuSigned by:_
                                                            75991A76C5484BB...

Nome:        Mar Puig Oller

Dirección:   Harvale Drive, 15

             Florham Park, NJ US 07932

Telefone:    9732449034

Email Address:  mareta_5@hotmail.es

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:    03/17/2014              A:    09/17/2016

DocuSign Envelope ID: BA07149F-6DA4-4AD1-AACC-D7B636650F6E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *[DocuSigned by signature]* F2637BED4A0343D...

Nome: Marcela Alejandra Perez Iturra

Dirección: Carmen 187 dep 308

Santiago , Santiago  CL 823

Telefone: 991619298

Email Address: marcelapreziturra@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/06/2015     A: 01/31/2016

DocuSign Envelope ID: C9A0F979-481B-41C7-BC53-DB6CA12F53A5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Marcela Seohanes*
114D2E2D476E480...

Name: Marcela seohanes

Address: 318 west wind road

Towson, MD US 21204

Phone Number: 1573105174096

Email Address: march230@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2011          To: 08/22/2012

DocuSign Envelope ID: 1474AEAB-7397-48D6-B3C6-6DDE5AB1AB1E

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _[DocuSigned by signature]_
F3638C3819B246C...

Name: Marcele Carolina de Souza Lira

Address: 284 Highland ave

Kearny , NJ US 07032

Phone Number: 8622203391

Email Address: marcele_lira@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2012     To: 08/03/2013

DocuSign Envelope ID: 9ADAD6F8-C9E0-4A5F-9177-CD2826039403

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/30/2017

Signature: *DocuSigned by:* [signature] D6D445698B114FD...

Name: Marcella Catel Lara de Souza Tella

Address: 18 pittfield Run

Cameron, NC US 28326

Phone Number: 3015357890

Email Address: Matellaoliveira@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/10/2011   To: 01/10/2012

DocuSign Envelope ID: C0AAFF9D-F12B-46D9-B5ED-795A7A99F5B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017               Signature: _____

DocuSigned by:

52A712721664480...

Name: María Alejandra Ballen Guzmán

Address: 2 Halsey Dr

Old Greenwich , CT US 06870

Phone Number: 2033565450

Email Address: alejandraballen4@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2016          To: 10/17/2017

DocuSign Envelope ID: 967E4C8C-DA04-4F74-833D-649F4C8E3931

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 1483E4E5656045B...

Nome: Maria Alejandra Cruz Mesa

Dirección: Carrera 61   94A-13

Bogota , Bogota CO 11111

Telefone: 3058146285

Email Address: madrame_08@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 02/15/2016          A: 05/28/2017

DocuSign Envelope ID: F984E60C-0BED-401B-91B3-5FC2081702CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _(DocuSigned by: malm — D184F9A506D9433...)_

Name: Maria Andrea Lamoth Mirabal

Address: Av José de Fabrega

Panamá, Panama PA 622

Phone Number: 67112017

Email Address: maria.andrealamoth@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/03/2011          To: 04/03/2012

DocuSign Envelope ID: D5968CA8-CC73-4D2B-9704-06843668EF99

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_          Firma:   DocuSigned by:
                                     F993E164308D445...

Nome: _María Asunción Vazquez_

Dirección: _San Juan de la Cruz 32_

_Colmenar viejo , Madrid   ES 28770_

Telefone: _663543777_

Email Address: _Asunvrubio@gmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _01/20/2014_          A: _07/20/2015_

DocuSign Envelope ID: EA8BCFDB-4546-4C98-9A9C-9DE7AD816EB4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _Maria Camila Barrero_
DocuSigned by:
6B9AEBF075FE4EF...

Nome: Maria Camila Barrero

Dirección: 3351 W Cuyler Ave, 1

Chicago, IL US 60618

Telefone: 8723338023

Email Address: mcbb_90@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/01/2011          A: 04/30/2013

DocuSign Envelope ID: A44CA18B-B71A-47CA-A052-99542294DF20

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Camila* FE18FF3C9C2F41B...

Name: Maria camila Mejia

Address: 123 w 104th st

New york, NY US 10025

Phone Number: 9175046316

Email Address: Macameja93@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/23/2015          To: 02/14/2017

DocuSign Envelope ID: 4BB37564-31C8-4BCB-AF3E-F82CA902A486

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ 7D7EACBBE52E42A...

Name: Maria Clara

Address: Winterbottom lane

Pound ridge , NY US 10576

Phone Number: 9142558382

Email Address: alejandra.mejia2525@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/14/2015      To: 09/14/2017

DocuSign Envelope ID: 430EAAEC-B3DD-432A-A4CF-4ED283C7E09B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Maria Elena Alvarez Fernandez*
B13E37A279CB467...

Name: Maria Elena Alvarez Fernandez

Address: 27 Franklindale Ave

Wappingers Falls , NY US 12590

Phone Number: +18454762176

Email Address: malvf11@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/11/2014     To: 06/20/2015

DocuSign Envelope ID: F91A335E-A15D-4028-A742-FB0A5EB84128

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *MARIA FERNANDA CUERVO ROMAN*
DocuSigned by:
EF8C0336F602442...

Nome: MARIA FERNANDA CUERVO ROMAN

Dirección: 142 N. 11-50

Bogota, cundinamarca CO 110111

Telefone: 573214357894

Email Address: mafecuervo87@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/01/2012          A: 08/20/2012

DocuSign Envelope ID: 5260548A-90FE-4ABB-A1BA-9D7903B32B1E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ _0D5AA941F62F4B2..._

Nome: Maria Fernanda Maturana Naranjo

Dirección: Luis araya cereceda

Santiago, Talagante CL 9711109

Telefone: +56964944840

Email Address: fernanda.maturana.24@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/18/2014     A: 05/23/2015

DocuSign Envelope ID: 82E00B9D-E932-49F1-822E-C3C62F1B9DAE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____       Firma: _MARIA FERNANDA VAZQUEZ PORTALES_

DocuSigned by:
A295719803854C0...

Nome: _____MARIA FERNANDA VAZQUEZ PORTALES_____

Dirección: _____SICOMOROS 575_____

_____TORREON, COAHUILA MX 27200_____

Telefone: _____8717945859_____

Email Address: _____marifer_vp_01@hotmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Datas de participação no programa au pair:

De: _____09/09/2013_____       A: _____09/09/2014_____

DocuSign Envelope ID: D6298658-0E67-4753-9766-9039875D7784

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _DocuSigned by:_
0A4B024461F9432...

Nombre: MARIA INES FERREIRA

Endereço: RUA VITAL BRASIL, 31

Barueri, São Paulo BR 06435250

Teléfono: 11968571422

Email Address: MARYNEIZ@HOTMAIL.COM

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/10/2011          A: 04/10/2012

DocuSign Envelope ID: 6CE54099-C6D2-4C8C-9E4C-F244C9EE4D2D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_

Firma: _DocuSigned by: [signature] 8448CCD61E3845F..._

Nome: _Maria Nella Molina Rosero_

Dirección: _Carrera 45 # 26-41_

_Cali, Valle del Cauca CO 760013_

Telefone: _+57 3023732317_

Email Address: _Marianella530@hotmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _12/01/2014_   A: _11/30/2016_

DocuSign Envelope ID: D068E8B9-A163-4177-8886-E3F382EC0423

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017        Signature: _DocuSigned by: Olivera AA4486036E13409..._

Name: Maria Odete Almeida Rodrigues Oliveira

Address: Nakatsugawa st

Registro , São Paulo BR 11900000

Phone Number: 5513996609724

Email Address: maryanneg@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/16/2012        To: 10/21/2012

DocuSign Envelope ID: 0D4B4639-C384-499F-989E-B4880C86B410

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ [signature] F88E10D367F44AE...

Nome: Maria Paula Agurto Arango

Dirección: 8 lemans pl

Pone brook , NJ US 07058

Telefone: 9739082543

Email Address: mariapaulaagurto@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 02/20/2017     A: 02/20/2018

DocuSign Envelope ID: AB15359F-7E66-47F4-9AA7-EE7F1AED49B4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _Paula Burgos Passerini_
DocuSigned by:
5773A786F342429...

Nome: Maria Paula Burgos Passerini

Dirección: C/ Ochoa Ondategui 6 3B

Segovia, Segovia ES 40001

Telefone: +34691761198

Email Address: paulee313@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/14/2011     A: 06/01/2013

DocuSign Envelope ID: 7B6CEE9A-23DB-415B-91F2-8A6968CF4DEE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/07/2017

Firma: *Maria Sofia Barrena Chiantelassa*
DocuSigned by:
5DB7D1CFE9D54A2...

Nome: Maria Sofia Barrena Chiantelassa

Dirección: 35 1028

Juan N. Fernandez, Buenos Aires AR 1900

Telefone: 92215472943

Email Address: sofiab89@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/06/2013     A: 01/06/2014

DocuSign Envelope ID: 44DE88EE-C041-4174-9F4B-C21F91ED1D5C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 9845DAD717FB456...

Nome: Maria Teresa Avendaño Londoño

Dirección: 27 Bellwood circle

Bellingham , MA US 02019

Telefone: 5084226809

Email Address: tanzhra@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/04/2010     A: 07/03/2011

DocuSign Envelope ID: EB3FD372-44AF-4821-A8A5-1766F7B3A934

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/26/2017

Signature: *Maria Virginia Podesta*
30168F0412CB442...

Name: Maria Virginia Podesta

Address: 289 Convent Avenue apt 21

New York, NY US 10031

Phone Number: 3476534993

Email Address: ma.v.podesta@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/01/2012     To: 03/01/2014

DocuSign Envelope ID: 858D2EF1-A437-4E5B-B11F-93C5ACCAAF03

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *M. Zazueta* (DocuSigned by: E4E3E57005A442C...)

Name: Mariajose Zazueta

Address: Sierra madre oriental 2306 san carlos

Culiacan, Sinaloa MX 80178

Phone Number: 3318038981

Email Address: Mackozg03@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2016   To: 05/26/2017

DocuSign Envelope ID: FF926A0D-5D6D-422C-B231-9630E85857C5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/04/2017_____     Firma: _____

DocuSigned by:
60DD54FC38FD4C5...

Nome: _____Marian Armenta Zarate_____

Dirección: _____CTO. Bosques de Vincennes 130_____

_____México , México  MX 54760_____

Telefone: _____0445518451252_____

Email Address: _____marianitzaz@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: ____08/21/2010____     A: ____03/03/2012____

DocuSign Envelope ID: 5561A2D9-CF18-4291-9F54-1CDB9539E743

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma:

*DocuSigned by:*
B9C5C031E33B410...

Nome: Mariana cano

Dirección: Calle 28 #34 21

Tulua , Valle del Cauca  CO 763023

Telefone: 2322696

Email Address: marianacanocast@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/21/2016          A: 08/24/2017

DocuSign Envelope ID: 75A0F568-7AD6-4665-BC50-A18DBB742E0E

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017        Assinatura: _DocuSigned by:_
266650B64EB6455...

Nombre: mariana Davila Lopes

Endereço: rua 2 n 116

caldas, mg BR 37780000

Teléfono: 55 35 999739102

Email Address: mariana_psicologa@hotmail.com

Patrocinador: Go Au Pair

Fechas de participación en el programa au pair:

De: 05/16/2011        A: 05/14/2012

DocuSign Envelope ID: 1F824C40-B5F4-4055-AE8F-02CBF9F15C5D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/05/2017_

Firma: _Mariana Elisabet Zabala_
DocuSigned by:
1098FFAD15134ED...

Nome: Mariana Elisabet Zabala

Dirección: 329 bis Nº 94

General Pico, La Pampa AR 6360

Telefone: 0230215444801

Email Address: marianaezabala88@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _07/20/2009_     A: _07/23/2010_

DocuSign Envelope ID: 7CC9C0BF-040E-4BBA-AEEF-514F261EAFCC

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: *Mariana Leite Figueredo*
6B067A54989642D...

Nombre: Mariana Leite Figueredo

Endereço: Alameda Atenas, 94

Atibaia, São Paulo BR 12944380

Teléfono: 11944752582

Email Address: mari_figueredo@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/19/2014          A: 11/19/2016

DocuSign Envelope ID: 9D7B8E4D-7615-446C-A999-66307AE8DD8A

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017

Assinatura: *Mariane Delfino Da Silva*
DocuSigned by:
6546E256AD4C433...

Nombre: Mariane Delfino Da Silva

Endereço: Rua 2 numero 13 jd noronha

Sao paulo, São Paulo  BR 04852320

Teléfono: 551155286629

Email Address: marianedelfinodasilva@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 04/04/2016       A: 06/09/2017

DocuSign Envelope ID: D8B86850-8C4D-42E0-A795-D0C8E93D75A5

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Mariane Melo Ridgeway*
C676E35FDA2E43D...

Name: Mariane Melo Ridgeway

Address: 1030 Wallace Avenue

Aptos, CA US 95003

Phone Number: 18314199401

Email Address: marif.melo@yahoo.com.br

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/29/2011     To: 08/29/2012

DocuSign Envelope ID: C9802AB5-1157-4C61-8914-D64238F11690

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/03/2017                     Assinatura:  _[DocuSigned by: C2EC50CA99FD413...]_

Nombre:  Marilia Dias e Sousa

Endereço:  Dois de Dezembro 22 Flamengo

Rio de Janeiro, Rio de Janeiro BR 22220040

Teléfono:  983853469

Email Address:  Mariliadiasesousa@hotmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De:  10/19/2014                A:  11/18/2016

DocuSign Envelope ID: B0385BE5-C133-4352-BEBC-3DC060435CB7

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _____

Nombre: Marina de Oliveira Gomes

Endereço: Avenida Cruz Cabuga, 64

Recife, Pernambuco BR 50040000

Teléfono: 558132215186

Email Address: Marinamog@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 02/10/2014          A: 02/09/2016

DocuSign Envelope ID: 2B42EB64-FC20-43BC-ADB9-F97003AF77C3

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017                Assinatura: _Marina_
                                            00111A62313F4DB...

Nombre: Marina Morena Borges Crosara

Endereço: 434 Elmer st

New Westminster, BC CA V3L4M5

Teléfono: 16048622128

Email Address: Morenacrosara@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/05/2010          A: 12/20/2010

DocuSign Envelope ID: 01A0041C-8B13-4095-9FD5-A37CE75A7C6F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:   09/04/2017          Assinatura:   *Marjorie Loopes Bezerra*
DocuSigned by:
7E560D35920C465...

Nombre:   MARJORIE LOPES BEZERRA

Endereço:   RUA PANTANAL,150 - RESIDENCIAL VILA VERDE AP 201 T. TULIPA - NOVA PARNAMIRIM

PARNAMIRIM , RIO GRANDE DO NORTE BR 59150015

Teléfono:   5584991027782

Email Address:   lopes_marjorie@hotmail.com

Patrocinador:   Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:   06/18/2010          A:   05/11/2011

DocuSign Envelope ID: 0FB447B7-3BB4-4F29-9335-F16B785FED5B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____            Firma:

DocuSigned by:

4A931179994C406...

Nome: _____Martha Lucia Calderon Rosales_____

Dirección: _____Luis G Urbina 110_____

_____Montemorelos, Nuevo Leon MX 67560_____

Telefone: _____8117022166_____

Email Address: _____Lucia.calderon21@hotmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Datas de participação no programa au pair:

De: _____08/10/2015_____            A: _____08/10/2016_____

DocuSign Envelope ID: E511BB10-D2A9-4761-914B-0C9CF307B7FF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/05/2017_

Firma: _[DocuSigned by] 6789D3EC18F6456..._

Nome: _Martha Susana Salomon Cardillo_

Dirección: _8912 Bells Mill Road_

_Potomac, MD US 20854_

Telefone: _12407622551_

Email Address: _marthasusana123@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _03/21/2009_     A: _03/18/2011_

DocuSign Envelope ID: 76A3A61E-4D18-435D-BB1F-CD0C3E519209

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____     Firma: _Mary Vanessa Borrego Moreno_
                                      A6DB47164230408...

Nome: _____Mary Vanessa Borrego Moreno_____

Dirección: _____carrera 8 -8-69 centro_____

_____Popayan,  CO 190001-190019_____

Telefone: _____3154099669_____

Email Address: _____maryvborregom@hotmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Datas de participação no programa au pair:

De: _____02/19/2016_____     A: _____07/08/2017_____

DocuSign Envelope ID: C0053BEE-8A25-461C-AE19-FE491E32CE60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by: 3E3CCE2CE1E44E6...]*

Name: Mavis  Patricia

Address: Lopez

Deerpark , NY US 11729

Phone Number: 6313346535

Email Address: mavislopez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2011     To: 01/04/2013

DocuSign Envelope ID: 7AB59AAA-0683-442B-8628-C3BD3450670E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by signature]* D4AE7AE71B5745C...

Name: Mayara Regina Lobo Ledoux Souza

Address: 2854 31st Street

Astoria, NY US 11102

Phone Number: 8625762967

Email Address: mayara_ledoux@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/29/2009       To: 10/13/2010

DocuSign Envelope ID: A76F2B21-C854-43B9-A839-AA8A0743F1FC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:     09/07/2017                Firma: _DocuSigned by:_
                                           7DB56ED459B14ED...

Nome:     Maybe Armes

Dirección:   Calle Malecon, San Miguelito

             Panama,  PA 00000

Telefone:    65505948

Email Address:   maybe_paullette@hotmail.com

Patrocinador:   Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:    10/12/2011              A:    12/17/2011

DocuSign Envelope ID: 3BE8B6B4-4821-47F5-B8D3-090F7A0833A3

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017     Assinatura: *MEIRIANE NEPOMUCENO MACHADO*
DocuSigned by:
1CF9B7D5A893433...

Nombre: MEIRIANE NEPOMUCENO MACHADO

Endereço: AVENIDA CLAVASIO ALVES DA SILVA, 525 – APTO 113 – BLOCO BRUNO

SÃO PAULO, SP BR 02722030

Teléfono: 5511964619020

Email Address: meirianemachado@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 09/11/2009     A: 10/22/2010

DocuSign Envelope ID: FF249D6B-34A3-4502-A042-E54879E8C753

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/07/2017

Assinatura: *Melise Helaine Campos*
DocuSigned by:
6C2CC37C18364CC...

Nombre: Melise Helaine Campos

Endereço: Svartdalsveien 73

Oslo, Oslo NO 0678

Teléfono: +4746776167

Email Address: melise_hc@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 03/17/2013        A: 03/17/2014

DocuSign Envelope ID: D691E5FA-9F8D-4BF4-A6B9-AFA41E7949A7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Mery*
9DCA5B9C5CD247C...

Name: Mery Ramos

Address: 1143 Roselawn Ln SE

Marietta, GA US 30067

Phone Number: 6786443509

Email Address: meye_88@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2011      To: 10/10/2013

DocuSign Envelope ID: 15EEED46-6DE1-4469-8A1C-E861EC69AA68

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/04/2017_____   Firma: _____

Nome: MILAGROS HAYDEE MARIELA CARRION BANCES

Dirección: AV. SALAVERRY 1350, CONDOMINIO COLIBRI A503

CHICLAYO, CHICLAYO PE 14011

Telefone: 51942499687

Email Address: milycb_tita@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _____08/11/2008_____   A: _____09/08/2009_____

DocuSign Envelope ID: D76F3E1F-9E30-4E32-9EF2-25F958F65586

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017        Signature: _[signature]_
AE5E1A8A19AE4A8...

Name: Miriam Pérez Esteban

Address: C/ Santiago de Compostela 92, 10 b

Madrid, Madrid ES 28035

Phone Number: +34686335190

Email Address: miriampesteban@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/19/2015        To: 01/19/2016

DocuSign Envelope ID: 23778A6D-F763-4D98-BDE5-60C047D1B392

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *MOISES REDONDO ORTEGA*

Name: MOISES REDONDO ORTEGA

Address: RAFAEL ALBERTI 28

MONTILLA, CORDOBA ES 14550

Phone Number: +16046004261

Email Address: moises_7_2006@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/31/2015      To: 04/27/2016

DocuSign Envelope ID: 5FA92E81-3AE7-408E-BFEA-F55080F8888A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _(DocuSigned by: 20FE76B6DE444EF...)_

Nome: monica pardo

Dirección: 1312 Windermere Ave.

Menlo Park, CA US 94025

Telefone: 9252125750

Email Address: monimonki@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 12/27/2014     A: 02/18/2015

DocuSign Envelope ID: 52ED25A8-F923-4F33-AC59-E26C2F4F3D21

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017          Firma: *[signature]*
568DD4B869CE4F3...

Nome: Monica Paredes

Dirección: Clifton Avenue

San carlos, CA US 94070

Telefone: +33610964800

Email Address: monikaparedes@icloud.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/08/2014          A: 04/20/2015

DocuSign Envelope ID: E109ED34-0BF6-409A-A307-DC5AE14B1AC1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: _monica patricia botero motta_
DocuSigned by:
BEC1025E4AA2462...

Name: monica patricia botero motta

Address: Manzana O Casa 8 B/cambulos

Girardot, Cundinamarca CO 00000

Phone Number: 3112277759

Email Address: mbotero02@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 11/08/2015     To: 11/08/2016

DocuSign Envelope ID: 006F15F5-DD25-45E9-B807-187039D5BEAD

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *[DocuSigned signature]* 4E4A1DB2FC144C1...

Name: Monyka Naville Kleponis

Address: 208 pearl st #1

Cambridge, MA US 02139

Phone Number: 16174075939

Email Address: Monikitha_s@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/24/2012     To: 04/11/2014

DocuSign Envelope ID: 81C50502-D664-4E6C-990B-C8D3AF7C11BA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ FAB6F909F51C4EE...

Nome: Nallely Susana Sánchez Valenzuela

Dirección: Fern Drive West

Jericho, NY US 11753

Telefone: 5216181876167

Email Address: nalle_valen@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/03/2015          A: 06/24/2016

DocuSign Envelope ID: 28B07FAB-1D34-4C0C-8776-2ABE8E5628E7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/04/2017_          Firma: _[DocuSigned by] 186EEE075AE745E..._

Nome: Natalia Alexandra Velasquez Jaramillo

Dirección: 126 # 11-63

Bogota , Bogota   CO 00000

Telefone: +573114475388

Email Address: nataliavelasquez91@icloud.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _08/15/2016_          A: _08/11/2017_

DocuSign Envelope ID: F2483EFC-5C47-4E02-BAA0-1F7C0AA7CCB2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/04/2017          Firma:  _Natalia Beltrán_

Nome:  Natalia Beltrán Clavijo

Dirección:  Carrera 75 No. 6 110 apto 401

Cali, Valle del Cauca CO 1111

Telefone:  3148020723

Email Address:  nataliabcr@gmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:  08/20/2012          A:  03/20/2013

DocuSign Envelope ID: 2FA9EFD8-A344-411C-BAF4-0822B227493E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Natalia Castano*
DocuSigned by: Natalia Castano
299D754AE96D499...

Name: Natalia Castano Quiros

Address: 333o N Hamilton

Chicago, IL US 60618

Phone Number: 7738495274

Email Address: prenaticq@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2016     To: 12/05/2017

DocuSign Envelope ID: A9935BB7-C56F-4D3A-B17F-CDEBC5B188F3

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/06/2017

Assinatura: *Natalia Crestani*
DAE9F8E8C2FB465...

Nombre: Natalia Crestani

Endereço: 1250 N La Salle, unit 1302

Chicago, IL US 60610

Teléfono: 3128234510

Email Address: ncrestani@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 09/08/2008          A: 02/10/2010

DocuSign Envelope ID: 249D8514-A411-43BD-B2FD-A41D78AB977D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017                    Firma: *Natalia Escudero Estrada*
                                          DocuSigned by:
                                          F1FA231B79F447E...

Nome: Natalia Escudero Estrada

Dirección: Calle 46A #54-74 Apt. 201

Bello, Antioquia CO 05002

Telefone: 0573003934040

Email Address: nata.med.11@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/19/2012          A: 09/28/2012

DocuSign Envelope ID: 751CCF44-BF64-442D-B6EE-6B9EA20AA4AA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Natalia Foeppel Pinheiro Moreira*
DocuSigned by:
3C9F8BEFD177433...

Name: Natalia Foeppel Pinheiro Moreira

Address: 44 BERRY ST

FRAMINGHAM, MA US 01702

Phone Number: 6175865196

Email Address: nahfoeppel@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/23/2015     To: 03/23/2017

DocuSign Envelope ID: 8D2BA5B1-2AE0-4B19-B77F-D812C27F1C41

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017                Firma: _DocuSigned by:_ 717E504EEA9A4D5...

Nome: Natalia Maria Garcia Avila

Dirección: 400 Dutch neck road I-3

East Windsor , NJ US 08520

Telefone: 7328876491

Email Address: Natygarciaavila@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/03/2015                A: 12/15/2016

DocuSign Envelope ID: 23A839EA-C53C-4FC7-8D5F-979894D6CA1B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/31/2017

Signature: DocuSigned by:
9D250D38DFFD42E...

Name: Nataly francisco sicard

Address: 78 loaldo drive

Burlington, VT US 05408

Phone Number: 8023180900

Email Address: Nathypjf@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/25/2015      To: 02/25/2016

DocuSign Envelope ID: A0CF9666-C9FC-4B81-927E-BD496925BCD9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/05/2017_

Firma:

DocuSigned by:

*NATALY RAMIREZ AGUDELO*

39A704DB17524C1...

Nome: NATALY RAMIREZ AGUDELO

Dirección: 4801 NW 7TH ST APT 803

MIAMI, FL US 33126

Telefone: 7866632704

Email Address: nathalie979@msn.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _02/14/2010_    A: _08/12/2011_

DocuSign Envelope ID: A4810854-9C50-4889-922B-0214689A5EDF

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017    Assinatura: _[DocuSigned by: Natania... CD90B2FA0D8A4F7...]_

Nombre: Natania leite ramalho

Endereço: 824 Garfield st

San Francisco , CA US 94132

Teléfono: 5109381091

Email Address: Natanialeite@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/24/2011    A: 01/24/2013

DocuSign Envelope ID: 194C5FFA-D7BD-4D42-968A-621BC1CD2553

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *nathalia carolina aguillon delgado*
DocuSigned by:
D224BAC52BC64AA...

Name: nathalia carolina aguillon delgado

Address: 6426 frost street

Lake Oswego, OR US 97035

Phone Number: 5034537129

Email Address: nathaliacaro20@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016     To: 08/29/2018

DocuSign Envelope ID: 2200EB48-BB7B-44CB-8BCC-5902801BC367

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *nathalia carolina aguillon delgado*
DocuSigned by:
3F27FDADC62042A...

Nome: nathalia carolina aguillon delgado

Dirección: 6426 frost street

Lake Oswego, OR US 97035

Telefone: 5034537129

Email Address: nathaliacaro20@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/28/2016          A: 08/29/2018

DocuSign Envelope ID: 1D8E7F65-3BCF-44EC-B6E7-7E92F964F0AF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma:

DocuSigned by:
E9F1995FBD79488...

Nome: Nazarena Soledad Videla Gordillo

Dirección: 289 convent ave apt21

New York , NY US 10031

Telefone: 9172514842

Email Address: nachis_v86@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/20/2013       A: 05/19/2015

DocuSign Envelope ID: E451DA7F-407D-4175-BC8A-847265841711

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017

Assinatura: _DocuSigned by:_ Nilceli Bradford  98B3B96E1ED546D...

Nombre: Nilceli Ferriolli Bradford

Endereço: 5959 hilltop dr #9

Carmichael, CA US 95608

Teléfono: 9168736611

Email Address: niilzinhaa@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/05/2013

A: 03/05/2014

DocuSign Envelope ID: 58AE33CB-4799-40A8-92EA-9399C2DE0FFA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _Nivia (DocuSigned by) 5BA5FB9157A54C6..._

Name: Nivia Santos Sousa

Address: 10301 azuaga st unit 4

San Diego , CA US 92129

Phone Number: 8582541753

Email Address: Niviajudoca@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/30/2011     To: 04/30/2013

DocuSign Envelope ID: 8F77051F-08F8-4A7C-B718-963BCA08A5DC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/26/2017

Signature: *Noelia Janett Solorzano Huertas (Noelia Lang)*
DocuSigned by:
7A7F649420DF49B...

Name: Noelia Janett Solorzano Huertas (Noelia Lang)

Address: 33 Mill Street

Gouverneur, NY US 13642

Phone Number: 3152742978

Email Address: 20.noeliaL@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2011   To: 11/19/2012

DocuSign Envelope ID: E4E39DF2-59BE-489E-A273-E7CF27C65413

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Odelia Acacia Carmina San Diego Storni*
DD41E6EE8C524DF...

Name: Odelia Acacia Carmina San Diego Storni

Address: 1 Daniel Burnham Court, apt 302

San Francisco, CA US 94109

Phone Number: 4159487417

Email Address: odeliasandiego@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2015     To: 12/23/2015

DocuSign Envelope ID: 6E2C1026-51F6-4734-94A6-35FC58574B7A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/06/2017

Firma:  *Olivia CS*
BD7CE568258C4AF...

Nome:  Olivia Cervantes Seceñas

Dirección:  Blvd Francisco villa 224

Gomez palacio , Durango  MX 35018

Telefone:  8712179496

Email Address:  fam_olivia@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  12/04/2012          A:  12/04/2013

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: DocuSigned by: [signature] 807C052D8FF849A...

Nome: ORALIA JOSEFINA CHAVARRÍA SALGADO

Dirección: PRADOS DEL SOL 8214

MAZATLÁN, SINALOA MX 82124

Telefone: 6692511441

Email Address: novaruzovamaya@yahoo.it

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/28/2013      A: 03/15/2013

DocuSign Envelope ID: 49742034-2DEA-4419-BA5C-2C540D3E1C8A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *Ornella Santiago Gallegos*
DocuSigned by:
C6241166D3D442B...

Nome: Ornella Santiago Gallegos

Dirección: Acolman 267 Fracc. San Roque

Tuxtla Gutiérrez, Chiapas MX 29040

Telefone: +15204496122453059

Email Address: osg_2309@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/08/2011          A: 05/01/2013

DocuSign Envelope ID: EAA7E672-B5AE-4CD9-A9B0-B6451D8FCB5E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____      Firma: _____

Nome: _____Paloma dolores treviño gomez_____

Dirección: _____Brasilia 912 a colonia guadalupe_____

_____Monclova , Coahuila  MX 25750_____

Telefone: _____8661152948_____

Email Address: _____paloma_dolores@hotmail.com_____

Patrocinador: _____Au Pair Care, Inc._____

Datas de participação no programa au pair:

De: _____05/21/2012_____      A: _____05/21/2014_____

DocuSign Envelope ID: 34390AEE-7FAB-4D00-B314-74D722695F85

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:        09/03/2017                Firma:    _Paloma Zamora Ferrandez_
                                                 DocuSigned by:
                                                 C96112A76467449...

Nome:        Paloma Zamora Ferrandez

Dirección:   35 Castletown Road

             London, London GB W14 9HF

Telefone:    07732537068

Email Address:  milla.zamora@gmail.com

Patrocinador:   Au Pair Care, Inc.

Datas de participação no programa au pair:

De:   06/09/2014              A:   07/09/2016

DocuSign Envelope ID: F5226057-335F-40CF-8E6D-F3B760017539

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Paola Heredia Morales*
ED5FB140C5E44D7...

Name: Paola Heredia Morales

Address: Vincenes 75, Bosques del Lago

Cuautitlán Izcalli, Estado de Mexico MX 54766

Phone Number: 5563994866

Email Address: payolis.en@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2011     To: 08/23/2013

DocuSign Envelope ID: 460E861A-9951-4029-8180-EB00527B4AD3

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *Paola Selene Baltazar Galvan*
A4BEBFDC512A4F0...

Nome: Paola Selene Baltazar Galvan

Dirección: Alvaro Resendiz Urias

Mexico City , Mexico City  MX 04470

Telefone: 5255116888160

Email Address: paosel_1986@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/07/2011          A: 11/07/2011

DocuSign Envelope ID: 78886CB0-3C1B-46CC-95EA-F3EA475EF653

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ FA8FD0A68BC047B...

Name: paula andrea torres

Address: 860 myrtle street

Oakland, CA US 94607

Phone Number: 4159964954

Email Address: pawa_pagua@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/06/2014     To: 06/30/2016

DocuSign Envelope ID: 707F162C-C670-4DEB-BBBF-A74B8367D572

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Paula Vigil Sánchez*
163D20AFC8214B2...

Name: Paula Vigil Sánchez

Address: Manuel Maria Arrillaga 45

Madrid, Madrid ES 28030

Phone Number: +34639845131

Email Address: pau.vigil@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/23/2014     To: 06/23/2016

DocuSign Envelope ID: 277A99E3-97D1-4B40-BDE9-79C9FD3E3462

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/04/2017

Firma:  *Paulina Guerra Uribe*
C04F9763274E44A...

Nome:  Paulina Guerra Uribe

Dirección:  ricardo peart #306

saltillo, coahuila MX 25297

Telefone:  8444192598

Email Address:  pau_96_guerra@hotmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  07/25/2016          A:  08/03/2017

DocuSign Envelope ID: 4C69F3E0-199A-4FE4-92A1-8D5C94E8DB54

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *Paulina Marín Trujillo*
DocuSigned by:
2858E0ACB5A345B...

Nome: Paulina Marín Trujillo

Dirección: Cra 30 #87-02 Casa 26

Manizales, Caldas CO 170003

Telefone: 3004898940

Email Address: paulinamarint@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/01/2012          A: 06/01/2014

DocuSign Envelope ID: 3DBD9F6A-AA1D-488E-9CB1-A1C0F218C8CD

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by: 999760884EFD437...]*

Name: Pisani aldana

Address: Mendoza 211

Plottier, Neuquén AR 8316

Phone Number: 2995795072

Email Address: nanu_116@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2013     To: 10/20/2014

DocuSign Envelope ID: C5FF56DE-C236-4D80-A956-4AF28F19C140

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/06/2017

Signature: _Pricilla Aparecida de Sousa_
DocuSigned by:
8D77B6BB83C9492...

Name: Pricilla Aparecida de Sousa

Address: Belladonna Drive

San Ramon, CA US 94582

Phone Number: 92589523336

Email Address: pricillasousa1@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/05/2012     To: 09/23/2013

DocuSign Envelope ID: 7C4C0750-283F-4AF3-9A12-4B3FB159527E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ Priscilla Arai
B407934514F4486...

Name: Priscilla Yukie Horayama Arai

Address: 40656 Canongate Gate Drive

Andradina, VA US 20175

Phone Number: +5518998051990

Email Address: priscillaarai@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/05/2015    To: 12/20/2016

DocuSign Envelope ID: 2D4C0BA9-4787-4A3A-BC81-6C3C2418F1AE

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _[DocuSigned by: signature] 470BBFD78D24498..._

Nombre: Rafaela Lelis Camargo

Endereço: 4300 18th st w

Bradenton, FL US 34205

Teléfono: 2395370946

Email Address: rafalelisc@live.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/04/2016          A: 02/11/2017

DocuSign Envelope ID: BE2D1275-F6BA-4E50-886C-B22B46E06EB2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/25/2017

Signature: _Raquel Silva Campos_ (DocuSigned by: 8D75C629881F4BD...)

Name: Raquel Silva Campos

Address: 13 Travessa Julio César

Fortaleza , Ceará BR 60425351

Phone Number: +558597925555

Email Address: quel_1212@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2016     To: 07/11/2018

DocuSign Envelope ID: 777FD150-6EB3-4B39-9283-B1FFBA7E9E23

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _Rebeca Zabini Fernandes_
67560752F5E4469...

Name: Rebeca Zabini Fernandes

Address: Rua Frederico Chieni 227

Valinhos , São Paulo BR 13272152

Phone Number: +55 19 999028064

Email Address: rebeca_zabini@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/21/2016        To: 08/17/2016

DocuSign Envelope ID: 28C4A812-5AE3-4D8B-A90E-2F5F51A1D070

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/05/2017

Signature: *Renata Monteiro de Assis*
DocuSigned by:
2B39FFF3072C4F7...

Name: Renata Monteiro de Assis

Address: Av. Hugo Musso, 1692, apto 204

Vila Velha, ES BR 29101782

Phone Number: 5527999197128

Email Address: renatamonteiro88@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/22/2011          To: 09/22/2013

DocuSign Envelope ID: C0F90D37-7C1C-4DF7-B0EB-7BC1BA03E94A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_         Firma: _[signature]_
5DDE86430337425...

Nome: _Rene aaron flores flores_

Dirección: _2 old mine drift_

_Chester , NJ US 07930_

Telefone: _9084327943_

Email Address: _aaronflrs@hotmail.com_

Patrocinador: _InterExchange, Inc._

Datas de participação no programa au pair:

De: _07/20/2015_         A: _07/20/2017_

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ 39AE77F419A24CA...

Nome: Rhona Carolina Briceño Senges

Dirección: Calle Andorra 53. 2A

Madrid, Madrid ES 28043

Telefone: 0034622828144

Email Address: rhonasenges22@Gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/24/2010     A: 12/15/2012

DocuSign Envelope ID: 9B559B91-AC8E-4CA9-8B57-43A353DA68DC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _Rikke Lund Larsen_
DocuSigned by:
0014B203F39A458...

Name: Rikke Lund Larsen

Address: Kastrupvej 98A, 4.tv

Copenhagen S,  DK 2300

Phone Number: 004531543436

Email Address: rikke.42@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/04/2013     To: 02/03/2014

DocuSign Envelope ID: 11E4753E-25B5-4484-9C6C-ECD835147CA4

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: _DocuSigned by_ 6BB2380E458646A...

Nome: RUBI DINORAH GARCÍA SÁNCHEZ

Dirección: Av MAZATLAN 80, condesa

CD.MX. , CD.MX.  MX 06140

Telefone: 5559660619

Email Address: rubidinorah@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/23/2012     A: 12/11/2012

DocuSign Envelope ID: 40BDA7E3-E3D5-4DF9-BE93-769D801C04E9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/04/2017

Firma:  *Rut Noemi Samudio Reinosa*
DocuSigned by:
072AB498C28D48A...

Nome:  Rut Noemi Samudio Reinosa

Dirección:  Tocumen, Villas de Santa Barbara

Panama, Panama PA 000

Telefone:  50767530936

Email Address:  hoodmisita@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  09/21/2009          A:  10/20/2011

DocuSign Envelope ID: 475D84A0-4EB5-4E03-92F4-1DE7BAE253C7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: *[DocuSigned by signature]* A18E17FBBE344F2...

Name: Ruth Bielsa Moreno

Address: 6194 Adeline Ct

Mclean , VA US 22101

Phone Number: 7032259950

Email Address: ruthbielsa@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/28/2016     To: 02/28/2018

DocuSign Envelope ID: A9142773-7D0E-4065-A358-A975A9C8DD8F

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017          Assinatura:

DocuSigned by:

0A8B7796EDF04CD...

Nombre: Sabrina Santiago Muniz

Endereço: 1100 west Chester pike f6

West Chester , PA US 19382

Teléfono: 8563162098

Email Address: sabriny_santiago@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 12/09/2013          A: 01/02/2015

DocuSign Envelope ID: 9A1A71C8-926D-4D40-A70F-6F96E45159EF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/28/2017

Signature: *Sandra Robles*
DocuSigned by:
1ADB8FD808E140D...

Name: Sandra Robles Ortega

Address: Cra 4A # 35B - 102

Barranquilla , CO 080006

Phone Number: 000000000

Email Address: Sandraoro2011@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2015      To: 04/20/2017

DocuSign Envelope ID: D61E956B-1BD7-4782-AEDA-75FA3996ED24

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017          Firma: *Sara Avendaño Londoño*  SAL
DocuSigned by:
F9D58FDF1225477...

Nome: Sara Avendaño Londoño

Dirección: Calle 42 #108A - 215 Bloque 13 Apartamento 331

Medellín, Antioquia CO 050033

Telefone: 3013356333

Email Address: saravendano@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/11/2011          A: 01/10/2012

DocuSign Envelope ID: 073A17E2-6A88-4BFE-8A95-353BF414073B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *[DocuSigned by signature]* DC81BD96287C497...

Name: Sara del pilar puerta castillo

Address: 12203 Longshore avenue

Papillion , NE US 68046

Phone Number: 6197628333

Email Address: Sarapuertac@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/06/2017        To: 02/06/2018

DocuSign Envelope ID: B6008F00-FE23-4D42-92B7-721A2E380198

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: _DocuSigned by:_ pao mya
9DC808610BBA4F5...

Name: Sara Mejia Alvarez

Address: 5113 Wickett Terrace

Bethesda, MD US 20814

Phone Number: 2408414678

Email Address: saramcja90@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/07/2015    To: 09/07/2017

DocuSign Envelope ID: 6FE4DBD3-C734-495D-9B12-053091430B2B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma:

DocuSigned by:
58A7BBE9C6FA475...

Nome: Sarah nayib segura slait

Dirección: 703 larkspur lane

Warrington , PA US 18976

Telefone: 2159607779

Email Address: Sarahsegura520@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 03/17/2014   A: 03/18/2016

DocuSign Envelope ID: C3B8AA76-3012-481B-B01C-6A62ABF113D2

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017     Assinatura: _Sarita Mantielli Kauffman_
DocuSigned by:
5C067049227A403...

Nombre: Sarita Mantielli Kauffman

Endereço: 1010 Denali Court

Summerville, SC US 29483

Teléfono: 2139996291

Email Address: saritamantielli@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 07/07/2008     A: 12/31/2009

DocuSign Envelope ID: 0EDCAC9F-777D-4FB6-95FA-C910DBBD7FDA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *Scarlett Iveth Escobar Palomo*
DocuSigned by:
CD6056EB605A4A3...

Nome: Scarlett Iveth Escobar Palomo

Dirección: Residencial Alturas de Tenerife 17-C

Santa Tecla, LI SV 1501

Telefone: 22490831

Email Address: skivep@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/04/2016          A: 06/04/2017

DocuSign Envelope ID: 31B7D22C-0C3C-45E4-A0BF-AF076F32C835

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *[signature: Sharon V]*
DocuSigned by:
90BAC28ABF504B4...

Nome: Sharon Verdeza Garcia

Dirección: 1473 St Louis Ave

Bay Shore, NY US 11717

Telefone: 6313045560

Email Address: sharyverdeza@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/04/2011       A: 05/04/2012

DocuSign Envelope ID: 379D5B1F-0058-41B0-ACF6-0E3699894114

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/27/2017

Signature: *Shirlene da Silva Moreira*
DocuSigned by:
BD6AFF9E82C047A...

Name: Shirlene da Silva Moreira

Address: 4233 Williamsburg DR Apt A

Harrisburg, PA US 17109

Phone Number: 2404218770

Email Address: shirlene_silva_moreira@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/16/2015          To: 01/06/2017

DocuSign Envelope ID: 4FCBD19E-4B67-4C28-A6E5-EB50E1A96882

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: _DocuSigned by:_ 709FCDA48AEB4F1...

Name: Silvia Mendez

Address: C/Marcial Nº8 3º 2ª

Sabadell, Barcelona ES 78756

Phone Number: +34615050871

Email Address: silvia.mendez741@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2015     To: 05/24/2017

DocuSign Envelope ID: 2CF99F96-26C1-47BA-AACA-7AD4E61FA9A9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/06/2017

Firma: *Stefania F.R*
DocuSigned by:
C9C02A85F3AF4F7...

Nome: Stefania Fernandez Ruiz

Dirección: 18 Sunnyside Lane

Orinda , CA US 94563

Telefone: 5102822593

Email Address: stefa2501@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 07/18/2016          A: 06/23/2017

DocuSign Envelope ID: E3209908-09FA-43C0-BDC4-0BDC4C9AE188

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017

Assinatura: *Suellen Cristina Lima do Carmo*
DocuSigned by:
B8C0B34BDD1F47D...

Nombre: Suellen Cristina Lima do Carmo

Endereço: Rua Peixoto 339

São Paulo, São Paulo BR 03627010

Teléfono: 11991621482

Email Address: suellencristinac@yahoo.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 05/20/2013     A: 06/23/2013

DocuSign Envelope ID: 05DB4863-2050-4371-9B55-D1F8C0A3C062

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/02/2017

Signature: _SUMAYA VALESKA HAUFE CHAABAN_
BA5AE48AEB7E4BB...

Name: SUMAYA VALESKA HAUFE CHAABAN

Address: 67, FOSTER AVENUE

MALVERNE, NY US 11565

Phone Number: 5166958801

Email Address: SUMAYACHAABAN@HOTMAIL.COM

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2012     To: 07/28/2013

DocuSign Envelope ID: 80E84879-A378-4323-AC2F-46047D70D637

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017          Assinatura: _Sunam.To_
                                         1719D1362D8C436...

Nombre: Sunamita andrade ribeiro

Endereço: 166 cross hwy

Westport , CT US 06880

Teléfono: 9177156115

Email Address: sunamoda@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/08/2016          A: 01/08/2017

DocuSign Envelope ID: FC33D7CF-4C9C-41B3-9318-8DF55DB45074

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017          Assinatura: _DocuSigned by:_ Tais
6F5D49E49C67440...

Nome: Tais Cristina Brito Silveira

Endereço: 331 nicolau elias tibechereny

sorocaba, sao paulo BR 18051060

Teléfono: +5515997468984

Email Address: taiscristina.brito@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/28/2016          A: 08/29/2018

DocuSign Envelope ID: 6CF77F12-4914-4A12-8B94-B503E7234FAA

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/05/2017            Assinatura: *Tatiane Fazzio Iglesias Balseiro*
                                                        DocuSigned by:
                                                        6D28D0EB355C4EB...

Nombre: Tatiane Fazzio Iglesias Balseiro

Endereço: 3280 Kearney St

Denver, CO US 80207

Teléfono: 3126478851

Email Address: a.tateh@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/04/2013            A: 08/05/2015

DocuSign Envelope ID: 1489B7AA-53E4-4C7A-A4BE-1FDDB90AAF8B

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/04/2017          Assinatura:

DocuSigned by:

7AF8490EFF564DC...

Nombre: Thaís C. C. da Mota

Endereço: Camilo Thame, 330 apto 06

Boituva, São Paulo BR 18550-000

Teléfono: 15981826808

Email Address: thais.eumesma@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 01/15/2017          A: 01/15/2017

DocuSign Envelope ID: 8ED3A1F7-2F79-428E-AC6D-572CDAA7134C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/01/2017

Signature: _DocuSigned by:_ 003F9353AA0E443...

Name: Thaisa Gabriela da Silva

Address: Pheasant Drive

Madison, CT US 06443

Phone Number: +5531 971788478

Email Address: thaisagabrielasilva@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/08/2016   To: 07/25/2017

DocuSign Envelope ID: 0AF77A47-7F1C-42BF-B826-3BDECA3DF32F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/05/2017        Firma: _[DocuSigned by: DD22A32BC95D4A8...]_

Nome: Uxía Fernández Ybarra

Dirección: Calle los cerros 49

Palazuelos de Eresma, SEGOVIA ES 40194

Telefone: 610805036

Email Address: uxia25@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/21/2013        A: 01/21/2014

DocuSign Envelope ID: 261291A2-CAD0-404E-8E9A-8D0FB1CCAB09

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017     Firma: _____

DocuSigned by:
CDBCB2B45208409...

Nome: Vanessa Francesca Caselli Escandón

Dirección: Machali 9683, El Bosque

Santiago , Santiago CL 8010000

Telefone: +56989057780

Email Address: vane.francesca@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/06/2015     A: 11/12/2015

DocuSign Envelope ID: FE9C3CE1-2452-4801-9D5B-47618E1DE991

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Vanessa Maria Montoya Uribe*
734C499B9C754EF...

Name: Vanessa Maria Montoya Uribe

Address: 103 Quail Run

Odessa, TX US 79761

Phone Number: 4323070477

Email Address: vanem927@yahoo.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/13/2012     To: 05/11/2014

DocuSign Envelope ID: 07BF52FF-BFF0-434F-BB66-08E771433867

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/07/2017

Signature: *Vanessa*
A3A6E804C5A948F...

Name: Vanessa Remolina García

Address: 39 sidney st

Lodi, NJ US 07644

Phone Number: 2019886871

Email Address: rgvanessa55@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/22/2014      To: 02/22/2015

DocuSign Envelope ID: 6B1A0A8F-2874-4BB7-BC71-D6CCDD4EE925

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _DocuSigned by:_ Victoria
5F5A59D6BA9B452...

Nome: Victoria Romero

Dirección: Suarez mujica

Santiago, CL 7750000

Telefone: 975520243

Email Address: vr.romero@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/08/2015          A: 12/22/2016

DocuSign Envelope ID: 2658A0AE-9C9B-4E91-AC7F-297AAE110E2A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/03/2017                Assinatura: *VG*
DocuSigned by:
D251F0776C844F9...

Nombre: Vinicius Camargo Assis Goncalves

Endereço: Rua Haiti, 351 – apt. B12

Sao Jose dos Campos, Sao Paulo BR 12235070

Teléfono: +5512997817873

Email Address: goncalves.vinicius@yahoo.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/28/2008          A: 10/01/2010

DocuSign Envelope ID: 333C9831-690A-4BAC-B2C0-AD9A31400D80

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by signature: 363604F11B6C4A7...]*

Name: Virginia Soledad Carnevali

Address: Ocaña 130 Torre B dpto 2E

Córdoba, Córdoba AR 5000

Phone Number: 0354115644896

Email Address: virginiacarnevali53@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/24/2013     To: 06/14/2013

DocuSign Envelope ID: 45BB5350-464F-4CCE-853D-2A4B3BFD009E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 08/29/2017

Signature: *Viridiana Gonzalez Villalobos*
DocuSigned by:
87F040346A58471...

Name: Viridiana Gonzalez Villalobos

Address: Calle Libertadores de America 3619

Chihuahua, Chihuahua MX 31054

Phone Number: 6141007932

Email Address: gonzalezviry815@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/20/2015          To: 08/18/2017

DocuSign Envelope ID: 9FF964A2-52EA-43F6-AA68-ED2AE75DA95E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/04/2017_____     Firma: _____

Nome:          Vivian Obando

Dirección:     3919 Essex Ln, apt 305

               Houston, TX US 77027

Telefone:      5024570320

Email Address: vivi_obando@live.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De: _____07/11/2010_____     A: _____07/11/2012_____

DocuSign Envelope ID: 6F8D19F8-1B25-4257-8117-F50B24EEC322

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/06/2017

Firma: *Wendy Milena Mazenet Villalobos*
DocuSigned by:
854215BDA335456...

Nome: Wendy Milena Mazenet Villalobos

Dirección: Calle 11B No 19A-88

Santa Marta, Magdalena CO 470003

Telefone: 3015331579

Email Address: wendo_kpo@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/01/2010          A: 05/31/2012

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/03/2017_____     Firma: _____

Nome: _____Yanette Dacosta_____

Dirección: _____Urbanización La Esmeralda manzana B1 casa #9_____

_____Valencia, Carabobo VE 2006_____

Telefone: _____+584145477528_____

Email Address: _____yacadapi1308@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____01/09/2012_____     A: _____09/09/2013_____

DocuSign Envelope ID: 69FC702C-87C3-4105-BA02-FE630F931D7B

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/04/2017

Firma: *YAZMIN NATALIA FORERO GARCIA*
DocuSigned by:
B539AE88563A4A5...

Nome: YAZMIN NATALIA FORERO GARCIA

Dirección: CALLE 79 A No 106 76

BOGOTA , BOGOTA   CO 111166

Telefone: 5714428346

Email Address: nataly89s@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/22/2015        A: 06/22/2016

DocuSign Envelope ID: 9C90CBE8-8058-4365-A5EF-94F720D2E251

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *Yensy Calderon*
DocuSigned by:
A64B6C2CF7E54C8...

Name: Yensy Calderon

Address: Avenida las cerezas

San José, San Jose CR 11102

Phone Number: 86904848

Email Address: yensyale@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/11/2016      To: 07/11/2017

DocuSign Envelope ID: 6CE00F8C-AED0-4A9F-B732-67AB9AC925D7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/03/2017          Firma:  _DocuSigned by:_ 91A9EBF216394F0...

Nome:  Yeritza serrano

Dirección:  Nuuanu

Honolulu, HI US 96817

Telefone:  8087998087

Email Address:  Yeriyasm@gmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  10/04/2009          A:  08/15/2012

DocuSign Envelope ID: 45EDEB4E-A9F1-4678-9A53-F574D0E0FF45

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/03/2017_  Firma: _DocuSigned by:_ _[signature]_ FDC4E44D610A446...

Nome: _Yesenia Patricia Moreno_

Dirección: _8580 Cobblestone Point Circle_

_Boynton Beach, FL US 33472_

Telefone: _3525142676_

Email Address: _Yeseniakline@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _09/22/2008_     A: _03/14/2010_

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: *Yesica* 
52036248FB4B4E6...

Nome: Yesica Paola Correa Quintero

Dirección: Calle 60 32b 27

Manizales, Manizales CO 170001

Telefone: 3013594075

Email Address: Yesicacorreaq@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 07/14/2014     A: 06/13/2016

DocuSign Envelope ID: 471A8923-301B-4837-9946-A03AA2B2C6C2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017

Firma: _Yina Paola Naranjo_
DocuSigned by:
D2FDE777F001481...

Nome: Yina Paola Naranjo

Dirección: 3228 Birchdale square

Woodbridge, VA US 22193

Telefone: 5714093622

Email Address: yipao0703@hotmail.es

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/27/2011       A: 06/27/2013

DocuSign Envelope ID: 3DDBC366-D6D8-437D-AE5E-5E255B423FC3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/03/2017

Signature: *[DocuSigned by signature]* 9B3B7CEE96C1443...

Name: Yohana Montero Trejos

Address: Quebradilla

Cartago, Cartago CR 000000

Phone Number: 60210206

Email Address: Ymontre@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/05/2015     To: 07/05/2016

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/03/2017          Firma: _yoselyn lechtman_
                                  DocuSigned by:
                                  02D22622476E4EF...

Nome: yoselyn lechtman

Dirección: 20515 E country club dr, apt 344

miami, FLORIDA CR 33180

Telefone: 7862802469

Email Address: josslp1986@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 10/22/2012          A: 10/22/2013

DocuSign Envelope ID: F73C520B-B3B9-4E82-BC59-0A54CCAD34AE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/04/2017

Signature: *Yudi Sua*
DocuSigned by:
42EDC23F37D1468...

Name: Yudi Constanza Sua Ravelo

Address: 184 Alpine DR SE

Leesburg, VA US 20175

Phone Number: 5712662502

Email Address: suayudi_27@hotmail.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/30/2016     To: 05/30/2018