# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 5676 | 62ecd8f4 | Irene Del Rocio Jaquiz Esquivel | Au Pair Care, Inc. |

# Graham Penny

| | |
|---|---|
| **From:** | Irene Jaquiz <irene.18bj@gmail.com> |
| **Sent:** | Sunday, September 3, 2017 10:43 AM |
| **To:** | aupairclassaction@bsfllp.com; Jesse Boateng; CA - AuPairWageAction |
| **Subject:** | PLEASE EXCLUDE ME FROM THE AU PAIR WAGE ACTION LAWSUIT |

Hi, my name is Irene del Rocio Jaquiz Esquivel,

I Already sign months ago, but I don't want to participate anymore
can you please delete my name from the participants list?

Name: Irene del Rocio Jaquiz Esquivel
email: irene.18bj@gmail.com
Address: Calle B 13 Col. Ejercito Constitucionalista
City: Saltillo
State: Coahuila
Country: Mexico
ZC: 25140
Mobile: +52 (844) 106 1696
Sponsor: Au Pair Care

Thank you so much

Kind Regards

Irene Jaquiz
--

**Irene del Rocío Jaquiz Esquivel**

Universidad La Salle Saltillo

Ing. Mecatrónica

"Don't tell me🙈 the sky☄ is the limit when there are footprints 👣on the moon⭕..."
