# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Eileen Pierre
2. Ginna Vanessa Becerra Paipilla
3. Ivana Dudinska
4. Joice Araujo Silva Santos
5. Katherine Alvarez
6. Laura Giner
7. Lenka Vicenikova
8. Megan Janine Beauly Erasmus
9. Monica Jean Diesel
10. Monica Londahl
11. Pamela Rose Crawford
12. Phindile Mgwadleka
13. Silvia Yeri Paredes Aguilar
14. Sofia Gil Aguirre
15. Tracey Van Der Schyff
16. Vanessa Maria Kolodziey
17. Amanda Fernanda Rodrigues Da Silva
18. Mayra Alejandra Garcia Mendez
19. Thiago Karol Ferreira Velho

20. Ana Maria Villarreal
21. Raisa Soares Leal
22. Sylvia Cyntia Guthrie (Maiden Name: Sylvia Cyntia Silva)
23. Ligia Anaitee Zosel Ojeda
24. Silvia Rojas Castro
25. Linsey Castro Bonilla
26. Tiwy Daniela Florez Puentes
27. Elio Jorge Gutierrez
28. Lorene Ribeiro Da Costa
29. Carolina Severiche
30. Tamires Duraes E Castro
31. Diana M Quiroz Rojas
32. Lauren Sanchez
33. Katrin Lindsay
34. Yuanlei Huang
35. Olivia Lundin
36. Lisa-Marie Neuerbourg
37. Kopano Marumo
38. Maria Del Mar Gonzalez
39. Lea Denis
40. Soraya Charnkol
41. Christoph Zachhuber
42. Daniela Gonzalez
43. Vanessa Kraatz
44. Maria Teresa Rodriguez Herrera
45. Jacqueline Lamers
46. Tetiana Iegorova
47. Johana Ruez
48. Thireshni Perumal
49. Nutan Gokul
50. Callee Pillay
51. Kelly Ann Cloete
52. Manon Jamet
53. Andrea Mendoza Morales
54. Aleksandra Draws
55. Panisara Pawareewong
56. Bianca Gonçalves Rodrigues
57. Hanna Kyrylenko
58. Vanessa Yusunguaira
59. Juliana Restrepo
60. Tjara Kemper
61. Lishi Yang
62. Lumka Dawn Sali
63. Irene Sapuppo
64. Emma Ferrigno
65. Lian Gal Shahar

66. Eleanor Honig
67. Vanessa Yamel Ramirez
68. Aurelie Anouchka Salas
69. Onisimus Binti Liusan
70. Jenna Pentikainen
71. Lucero Becerril García
72. Aimee Margaret Cousins
73. Gloria Fernanda Ramírez Bernal
74. Anne-Laure Cochrum
75. Fontanella Maria Carla
76. Monique Thomas-Washington
77. Maria Genis (Nee. Obermueller)
78. Pattarawadee Taengngam
79. Chido Tricia Ngoni
80. Thitinan Pongseesuk
81. Florinda Raiola
82. Caroline Vilain
83. Tugce Alabak
84. Briony Proctor
85. Miriel Julie
86. Laffont Candice
87. Dina Pfannkuchen
88. Quan Chen
89. Sashika Chetty
90. Zeqing Xu
91. Nicole Bouwer
92. Sanne Vermeulen
93. Manqi Ren
94. Lerato Bambo
95. Katrin Ludwig
96. Lior Aharoni
97. Niccole Yajaira Serrano Jimenez
98. Alfonsina Catalina Garcia Arias
99. Keagile Mabeba
100. Galit Hen
101. Brenda Michelle Perez Hernandez
102. John Mattias Vestergren
103. Caitlin Mornette White
104. Cecilie Pedholt Andersen
105. Jeannez Shanna
106. Anastasia Stick
107. Tanguy Pauline Lucia Marguerite
108. Chenxi Guo
109. Erin Maree June Mcintyre
110. Yusha Jiang
111. Aile Castberg

112. Niavet Mathilde
113. Nuria Sevil Mayayo
114. Lena Hugger
115. Laura Salkeld
116. Nicolas Fanni
117. Alison Paton
118. Nompumelelo Ayanda Sibiya
119. Marieme Ba
120. Sophie Stevenson
121. Clarissa Mattei
122. Grace Probyn
123. Bongiwe Thuthani
124. Julie Østerdal
125. Anna Konrad
126. Shanelle Kemp
127. Stefanie Hörschläger
128. Lynn Charis Rust
129. Bianca Trinari
130. Vera Podejmova
131. Katrine Gravergaard
132. Kirsty Duncan
133. Bibiana Dernec
134. Quleane Jscobs
135. Lorena Mora Gomez
136. Rebecca Marie-Suzelle Bajazet
137. Rosanna Agatha Maria Groot
138. Gemma Maria Andreu Burches
139. Julia Glazewska
140. Ilona Bitsadze
141. Camila Suarez
142. Felishia Candice Darsan
143. Alice Realini
144. Jonas Alexander Jasper
145. Sanchea-Leigh Philander
146. Mart-Mari Van Zyl
147. Georg Riechert
148. Zane Ergle
149. Yazmin Viridiana Rios Madrid
150. Lena Isabell Ernst
151. Llinares Frederic Farid
152. Katie Lynam
153. Chloe Cuthill
154. Morgane Manon Loeuillier
155. Siobhan Alfonso
156. Mirjana Sciurti
157. Elmedina Grobovic

158. Casey Anne Mc Kay
159. Sylwia Handzlik
160. Jessy Machefaux
161. Ema Gjorova
162. Philichia Potgieter
163. Kelly Andrieux
164. Yamkela Ndamase
165. Isabelle Pfefer Da Veiga
166. Sasondezwa Zolisa Mzamo
167. Kaylee Batson
168. Ruzica Pavlovic
169. Melanie Liegey
170. Michka Barnard
171. Noxolo Nokukhanya Mthimunye
172. Jordan Anderson
173. Kristine Ann Murphy
174. Carmen Latre
175. Samantha Hita Garcia
176. Erika Cubranich
177. Tournier Emeline
178. Sterre Herma Renée Ziel
179. Sandra Mesipuu
180. Izabela Maria Alves Diogo
181. Dafne Di Marco
182. Annie Nyberg
183. Rebeca Sarah Alice June Forward
184. Liina Junolaine
185. Mariana Andre
186. Daniella Fernanda Machado Campos
187. Katharina Kiefel
188. Martina Cerretani
189. Laville Sophie
190. Vanessa Rodrigues Do Seu Reis
191. Sharon Aili
192. Bartosz Stacherczak
193. Cara Alice Ouwerkerk
194. Cécile Fritz
195. Malgorzata Stec
196. Sally-Maria Amorin Graffeo
197. Yu Cong
198. Paola Marangoni
199. Celeste King
200. Nadia Fisher
201. René Gliddon
202. Jacqueline Alvidia Nell
203. Oskar Wennerbeck

204. Kana Torige
205. Leah Paige Shanks
206. Gisally Torres Lorenzana
207. Alexandre Jaider De Castro Gusmão
208. Adriana Evangelista De Freitas Costa
209. Juaneva Cecelia Ellen Du Plessis
210. Lucie Vocetkova
211. Nataliia Antonova
212. Mariana Oviedo Cignetti
213. Melina Pakidis
214. Laura Isabelle P Lapoirie
215. Sara Henares Pérez
216. Yina Alexandra Rodriguez Diaz
217. Maddison Hutchison
218. Marine Renaud
219. Nassima Elhor
220. Selcan Akdemir
221. Martin Van Der Merwe
222. Paige Milner Crawley
223. Matilda Anna Maria Landenberg
224. Camila Vasconcelos Figueredo
225. Gautier Adeline
226. Carolina Roldan Orduz
227. Francois Elise
228. Robyn Jane Kerr
229. Magdalena Placho
230. Susana Torres Arenas
231. Theresa Dominique Barrabas
232. Angela Aigner
233. Katie Jane Weston
234. Felizitas Gailing
235. Maritza Hurter
236. Ussanee Zarpuang Hodge
237. Maria Lopez-Videla Gaymer
238. Sarah Emily Zucareli
239. Yentl Rose Pagan Swartz
240. Natalia Wilson
241. Jully Stephania Molina Taborda
242. Camille Coutherut
243. Brooke Sewer Hardy
244. Sarah Meghan Harrison
245. Suttichol Amsatit Yustick
246. Yessica Paola Ruiz Valero
247. Nicola Maffei
248. Leticha Ferraro
249. Gabriela Lilian Albarrán Pérez

250. Sumei Xu
251. Julia Maria Therese Bergsten
252. Yolima Taborda Rojas
253. Paola Andrea Jimenez
254. Besnard Justine
255. Machelard Marion (Sylvie, Anna)
256. Laura Joseph
257. Phanit Boontot
258. Monica Melissa Sanchez Fuentes
259. Madeleine Hammerman
260. Talana Botes
261. Zeliane Da Silva
262. Ilya Grin
263. Yessika Sofia Jimenez Arrieta
264. Jessica Mariette Diaz Martinez
265. Marie-Louise Betancourt Ascuntar (Geb. Dittmar)
266. Sukanya Sutherland
267. Aleksandra Anna Spyra
268. Yaqian Ni
269. De La Rochebrochard Guénolée
270. Seshnie Steven Chetty
271. Jelena Pejic Roberts
272. Nicolai Feierstein
273. Jessica Maria Ribeiro Pereira
274. Messua Nanci
275. Emily Seery
276. Felicitas Peters
277. Agnes Hulin-Smith
278. Ully Carolinne Farias Dos Reis Sampaio
279. Valeria Mendonca Smith
280. Sara Forutan
281. Franziska Pleschiutschnig
282. Natalia Anna Kurczewska
283. Claire Van Den Elzen
284. Yuliana Andrea Arbelaez Zapata
285. Julia Djaoui
286. Samira Nacer Barroso
287. Alice Lunardelli
288. Ying Li
289. Vladlena Ciubara
290. Mylene Gry
291. Veronika Blaskova
292. Lucia Bonfanti
293. Desnoes Karen
294. Ilse Denisse
295. Fanny Marie Tetrel

296. Mariane De Araujo Batista-Mcculloch
297. Tiffanie Ghisolfi
298. Brenda Koelbl
299. Karen Lizeth Sánchez Mejía
300. Vanessa Knapp
301. Kubra Sahin
302. Cindy Tatiana Calvo
303. Tashanna Barnett
304. Klara Mihevc
305. Lina Katarina Hansson
306. Katherin Lisset Hernandez Guerrero
307. Joy Maeva Chenot
308. Lilya Bratok
309. Johanna Helen Svensson
310. Kelsey-Jane Dickson
311. Gloria Alejandra Cortez Plata
312. Annie Johansson
313. Fengling Li
314. Laura Juliana Cano Ligarreto
315. Alessa Peterhaensel
316. Amanda Dos Santos Guerreiro
317. Julia Kruschwitz
318. Xiaochun Ye
319. Maike Land
320. Annika Kruschwitz
321. Alicia Bouima
322. Audrey Nadège David
323. Recordon Mathilde
324. Leonie Meier
325. Josefine Bock
326. Clara Timmer
327. Angsumalin Komsri
328. Kelly Péré
329. Daria Mccune
330. Julathip Wongpaeng
331. Juliana Jaramillo Franco
332. Candida Williams
333. Gabriela Dos Santos Nunes
334. Gabrielle Novick
335. Precious Mahlangu
336. Danielle Cristina Silva Fernandes
337. Charlotte Woolgar
338. Maria Juliana Rodrigues Ribeiro
339. Laura Camila Lozano Lugo
340. Mathilde Theresa Laura Knöfel
341. Carla Joy February

342. Alyssa Verdaraj
343. Sheila Valeria Oromuni Villa
344. Pirje Ahosepp
345. Myriam Sahnoune
346. Ana María Leal Granados
347. Merle Charlotta Anne Geyer
348. Jessica Hempel
349. Yawen Wang
350. Catharina Rudolph
351. Vannesa Angelica Martinez Huh
352. Stefania Orsini
353. Amanda Leal Pacheco
354. Tiane Beeslaar
355. Ilse De Vries
356. Maria Fernanda Aragon Luna
357. Andressa Garcia Lopes
358. Michaella Hughes
359. Karem Eglahee Carrazco Ortiz
360. Martina Borovcova
361. Noel De Toledo
362. Nicole De Lange
363. Samantha Assis Vieira
364. Evelina Dahlgren
365. Ranran Yang
366. Yongshuo He
367. Otmane El Qarfadi
368. Andrea Francis
369. María Camila Parra Coronado
370. Linda O' Grady
371. Noor Beerten
372. Tatiana De Paula Pinto
373. Rubi Johana Martinez Garcia
374. Mille Moerch Koust
375. Oceane Mccollum
376. Jia Tang
377. Martine Venheim Solberg
378. Mengmeng Mao
379. Sonja Bloder
380. Li-An Aharoni
381. Raphaela Medina Celli Paes
382. Marisa Cortes Flores
383. Luana Paiva De Cuzzo
384. Marna Gerber
385. Guojing Cui
386. Isabelle Lekhal
387. Polyana Grossl

388. Ting Bai
389. Priscila Figueiredo Augusto
390. Yvonne Ottenwälder
391. Franziska Jaeschke
392. Emma Judith Franco García
393. Manuela Munoz Bernal
394. Megan Lawson
395. Eliana Dalva Angélica
396. Elidsa Cristina Calisto
397. Velichka Dimitrova
398. Anya Marie Morris
399. Silvia Fajtova
400. Ana Maria Palacios Amaya
401. Leidy Yohanna Lopez Albornoz
402. Laura Rodriguez
403. Karen V Diaz Urrea
404. Kaylin Jade Minnie
405. Jane Harkin
406. Wiktoria Szymas
407. Madlen Sabri
408. Lingli Xiong
409. Madeleine Brand (Herkenhoff)
410. Nomfundo G Mugar/Dumakude
411. Irem Dix
412. Marie-Alice Helissey
413. Daniela Agudelo Largo
414. Sara Lucía González Afanador
415. Yessica Lucero Morales Palacios
416. Liqi Wang
417. Sarah Aghouiles
418. Jonna Klara Christina Svensson
419. Pornpen Charoenmee
420. Wiktoria Anna Baran
421. Anna Elyda Antonia Rambow
422. Phathenan Taweethongsaibua
423. Inna Snyder (Moroz)
424. Heidrun Jenny Smaradottir
425. Michelle Mnyandu
426. Daniela Estrada Gomez
427. Vanessa Mueller
428. Paula Andrea Roque Caicedo
429. July Paulynne Gonzalez Quintero
430. Jaqueline De Cassia Andressa Rodrigues Da Silva
431. Alicja Hawryl
432. Malen Guadalupe Ortiz Motta
433. Yuan Zhu

434. Letícia Alves Lima
435. Maria Fernanda Suarez Sanchez
436. Ziying Liu
437. Lisa Marilou Moulin
438. Jade Cavati De Macedo
439. Emilia Caroline Dos Santos
440. Hyuna Choi
441. Sarah Ziani
442. Ramiro Cuevas Aguirre
443. Areerat Pfeffer
444. Laurie Tixaire
445. Melanie Nancy Lais
446. Agathe Faure
447. Min He
448. Diandra Campbell
449. Luciana Belen Cavallaro
450. Naeema Warasally
451. Nozibusiso Belinda Khanyile

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: September 18, 2017 | Respectfully submitted, |
| | _/s/ Dawn Smalls____ |
| | Matthew L. Schwartz |
| | Peter M. Skinner |
| | Randall W. Jackson |
| | Dawn L. Smalls |
| | Joshua J. Libling |
| | 575 Lexington Avenue |
| | New York, New York 10022 |
| | Tel: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | mlschwartz@bsfllp.com |
| | pskinner@bsfllp.com |
| | rjackson@bsfllp.com |
| | dsmalls@bsfllp.com |
| | jlibling@bsfllp.com |
| | |
| | Alexander Hood |
| | TOWARDS JUSTICE |
| | 1535 High Street, Suite 300 |
| | Denver, Colorado 80218 |
| | Tel: (720) 239-2606 |
| | Fax: (303) 957-2289 |
| | alex@towardsjustice.org |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

 I hereby certify that on September 18, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls  
Dawn L. Smalls

Case No. 1:14-cv-03074-CMA-KMT   Document 702   filed 09/18/17   USDC Colorado   pg 13 of 13