# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
|---|---|
| Eileen Pierre | AU PAIR CARE, INC. |
| Ginna Vanessa Becerra Paipilla | CULTURAL CARE AU PAIR |
| Ivana Dudinska | AIFS/APIA (AU PAIR IN AMERICA) |
| Joice Araujo Silva Santos | CULTURAL CARE AU PAIR |
| Katherine Alvarez | AIFS/APIA (AU PAIR IN AMERICA) |
| Laura Giner | AU PAIR CARE, INC. |
| Lenka Vicenikova | AIFS/APIA (AU PAIR IN AMERICA) |
| Megan Janine Beauly Erasmus | AU PAIR CARE, INC. |
| Monica Jean Diesel | AU PAIR CARE, INC. |
| Monica Londahl | AIFS/APIA (AU PAIR IN AMERICA) |
| Pamela Rose Crawford | INTEREXCHANGE, INC. |
| Phindile Mgwadleka | CULTURAL CARE AU PAIR |
| Silvia Yeri Paredes Aguilar | CULTURAL CARE AU PAIR |
| Sofia Gil Aguirre | CULTURAL CARE AU PAIR |
| Tracey Van Der Schyff | AIFS/APIA (AU PAIR IN AMERICA) |
| Vanessa Maria Kolodziey | AIFS/APIA (AU PAIR IN AMERICA) |

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:     (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo)
     brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.
     I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa
     sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in
     this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join
     Lawsuit For Unpaid Wages.

DATE: _12/09/2017_   SIGNATURE: _____

PRINTED NAME: _EILEEN (MADELEINE JEANNE) PIERRE_

ADDRESS: _16/233 Pattaya Green Vill, Soi Siam Country
Club, Nongprue, 20 150 PATTAYA, THAILAND_

TELEPHONE NUMBER(S): _0990 85 8304 (+66)_

EMAIL ADDRESS: _eileen89@hotmail.fr_

SPONSOR: _Au Pair Care, Inc. (Contact: Heidi McCaughin)_

DATES IN AU PAIR PROGRAM: _10-08-2009 to end of Oct 2009_

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:     (+1) 888-335-3336

## CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **O** por correo electrónico a:     AuPairWageAction@jndla.com<br><br>**O** por fax al:                       (+1) 888-335-3336 |

1.  Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2.  Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3.  Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA:  11/SEPTIEMBRE/2017            FIRMA: Vanessa Becerra P.

NOMBRE EN LETRA DE IMPRENTA:  GINNA VANESSA BECERRA PAIPILLA

DIRECCIÓN:  118 PARKVIEW DR, AVON, CONNECTICUT, 06001

NÚMERO DE TELÉFONO:  5154681425

CORREO ELECTRÓNICO:  ginvabepa-1002@hotmail.com

PATROCINADOR:  CULTURAL CARE AU PAIR

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR:  2016-2018

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **O** por correo electrónico a:     AuPairWageAction@jndla.com<br><br>**O** por fax al:                       (+1) 888-335-3336 |

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _12th of September 2017_   SIGNATURE: _Dudinska_

PRINTED NAME: _IVANA  DUDINSKA_

ADDRESS: _AT THE TIME I WAS AN  AU PAIR:  J. ČAJAKA 1819/2, 052 01_

_SPIŠSKÁ NOVÁ VES, SLOVAKIA_

_CURRENT ADDRESS: KAFENDOVA 2/7, 831 06 BRATISLAVA, SLOVAKIA_

TELEPHONE NUMBER(S): _+421 948 228 558_

EMAIL ADDRESS: _dudinska.ivana@gmail.com_

SPONSOR: _AU PAIR IN AMERICA (APIA)_

DATES IN AU PAIR PROGRAM: _August 20, 2012 - NOVEMBER 5, 2012_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

## CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1.      I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.      I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.      I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 31/08/2017                          SIGNATURE:  JOICE ARAUJO SILVA SANTOS

PRINTED NAME:  JOICE ARAUJO SILVA SANTOS

ADDRESS:  RUA NOVA CIDADE 1, CONDOMINIO MIRANTE DA PARALELA, EDFICIO MONTE CARLO

205. CANABRAVA, SALVADOR-BAHIA /BRASIL. CEP. 41260005

TELEPHONE NUMBER(S): 71 8149-4461

EMAIL ADDRESS:  JHOYCESYLWA@HOTMAIL.COM

SPONSOR:  CULTURAL CARE AN AU PAIR

DATES IN AU PAIR PROGRAM: 8, MARCH 2010.

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 13 Sept 2017       SIGNATURE: Kalvarz

PRINTED NAME: Katherine Alvarez

ADDRESS: 7 Village Drive , Hamburg , NJ

TELEPHONE NUMBER(S): 914 327 7463

EMAIL ADDRESS: k8theskate@gmail.ccm

SPONSOR: Au Pair in America .

DATES IN AU PAIR PROGRAM: 12/08/08 — 12/08/10

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 12/09/2017          SIGNATURE: _____

PRINTED NAME: LAURA GINER

ADDRESS: 206 Cornmarket street, CORK, IRELAND

TELEPHONE NUMBER(S): + 353 (0) 86 396 7164

EMAIL ADDRESS: lora_1486 @ hotmail.fr

SPONSOR: AuPairCare

DATES IN AU PAIR PROGRAM: 28 May 2009 to 22 June 2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by November 2, 2017.**

Au Pair Wage Action                    **OR** email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                          **OR** fax to:     (+1) 888-335-3336
Broomfield, CO 80021

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo)
    brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.
    I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa
    sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in
    this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join
    Lawsuit For Unpaid Wages.

DATE: _13.9.2017_                SIGNATURE: _Vicenik_

PRINTED NAME: _LENKA VICENIKOVA_

ADDRESS: _MYSLBEKOVA 465, 674 01 TREBIC, CZECH REPUBLIC_

_CORRESPONDENCE ADDRESS : NUCICKA 9, PRAHA 10, 100 00,_

_CZECH REPUBLIC_

TELEPHONE NUMBER(S): _+420 739 446 396_

EMAIL ADDRESS: _LENIKUSA @GMAIL.COM_

SPONSOR: _AIFS / APIA_

DATES IN AU PAIR PROGRAM: _20. AUGUST 2012 — 17. SEPTEMBER 2014_

Return this form by **November 2, 2017** to:

Au Pair Wage Action                    **OR** email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                          **OR** fax to:     (+1) 888-335-3336
Broomfield, CO 80021

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 13 September 2017  SIGNATURE: _Erasmus_

PRINTED NAME: Megan Janine Beauly Erasmus

ADDRESS: 5 Goldman Street, Florida, Roodepoort,

Johannesburg, South Africa 1710

TELEPHONE NUMBER(S): +27 767236203

EMAIL ADDRESS: Megan.erasmus21@gmail.com

SPONSOR: Au pair Care Inc

DATES IN AU PAIR PROGRAM: July 2012 — August 2013

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo)
brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.
I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa
sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in
this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join
Lawsuit For Unpaid Wages.

DATE: 14 SEPTEMBER 2017   SIGNATURE: _MJDiesel_

PRINTED NAME: MONICA JEAN DIESEL

ADDRESS: 54 ERIDGE RD, FOREST TOWN, JHB, 2195

GAUTENG, SOUTH AFRICA

TELEPHONE NUMBER(S): +27 61 659 4837

EMAIL ADDRESS: mj.diesel@hotmail.com

SPONSOR: Au Pair Care, Inc

DATES IN AU PAIR PROGRAM: HOST MOM - FEB 2015   &   JUL 2015 - JAN 2017

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action                          **OR** email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                                **OR** fax to:     (+1) 888-335-3336
Broomfield, CO  80021

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/12/2017                  SIGNATURE: _____

PRINTED NAME: MONICA LONDAHL

ADDRESS: 12 LIDGETT PARK MEWS, LEEDS LS8 1DB, UNITED KINGDOM

TELEPHONE NUMBER(S): +44 7895624341

EMAIL ADDRESS: monicalondahl@gmail.com

SPONSOR: AU PAIR IN AMERICA

DATES IN AU PAIR PROGRAM: APPROX 15 JAN 2012 — 20 OCT 2012

Return this form by **November 2, 2017** to:

Au Pair Wage Action                          **OR** email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                                **OR** fax to:     (+1) 888-335-3336
Broomfield, CO  80021

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

| | |
|---|---|
| **Au Pair Wage Action** | **OR** email to:  AuPairWageAction@jndla.com |
| **c/o JND Legal Administration** | |
| **P.O. Box 6878** | **OR** fax to:   (+1) 888-335-3336 |
| **Broomfield, CO 80021** | |

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 12/09/2017          SIGNATURE: _Crawford._

PRINTED NAME: PAMELA ROSE CRAWFORD

ADDRESS: UNIT 12 BORDEAUX

PINOT BLANC ROAD, BURGUNDY ESTATE,

CAPE TOWN, SOUTH AFRICA.

TELEPHONE NUMBER(S): + 27 74 589 9918

EMAIL ADDRESS: decarvalho.pamela @gmail.com

SPONSOR: InterExchange

DATES IN AU PAIR PROGRAM: . August 2011 ~~the~~

Return this form by **November 2, 2017** to:

| | |
|---|---|
| **Au Pair Wage Action** | **OR** email to:  AuPairWageAction@jndla.com |
| **c/o JND Legal Administration** | |
| **P.O. Box 6878** | **OR** fax to:   (+1) 888-335-3336 |
| **Broomfield, CO 80021** | |

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action                         OR email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                               OR fax to:    (+1) 888-335-3336
Broomfield, CO  80021

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo)
     brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.
     I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa
     sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in
     this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join
     Lawsuit For Unpaid Wages.

DATE: 12 September 2017      SIGNATURE: _____

PRINTED NAME: PHINDILE     MGWADLEKA

ADDRESS: 4156   PHILENA STREET

Dumfries   Virginia

22025

TELEPHONE NUMBER(S):  757  639  6392

EMAIL ADDRESS: phindiwebashe @ yahoo. com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM:  05 MAY 2015  -  05 MAY 2017.

Return this form by **November 2, 2017** to:

Au Pair Wage Action                         OR email to:  AuPairWageAction@jndla.com
c/o JND Legal Administration
P.O. Box 6878                               OR fax to:    (+1) 888-335-3336
Broomfield, CO  80021

**CONSENTIMIENTO PARA UNIRSE**

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

| | | |
|---|---|---|
| **Au Pair Wage Action** | **O** por correo electrónico a: | AuPairWageAction@jndla.com |
| **c/o JND Legal Administration** | | |
| **P.O. Box 6878** | **O** por fax al: | (+1) 888-335-3336 |
| **Broomfield, CO 80021** | | |

1.  Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2.  Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3.  Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 09-13-17 FIRMA: _____

NOMBRE EN LETRA DE IMPRENTA: SILVIA YERI PAREDES AGUILAR

DIRECCIÓN: 208 E 64th Pl. Inglewood 90302 California

NÚMERO DE TELÉFONO: (424) 356 2354

CORREO ELECTRÓNICO: sya.jai@gmail.com

PATROCINADOR: Cultural Care Au Pair

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: 10-03-2016 to 10-02-2018

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

| | | |
|---|---|---|
| **Au Pair Wage Action** | **O** por correo electrónico a: | AuPairWageAction@jndla.com |
| **c/o JND Legal Administration** | | |
| **P.O. Box 6878** | **O** por fax al: | (+1) 888-335-3336 |
| **Broomfield, CO 80021** | | |

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:    AuPairWageAction@jndla.com

O por fax al:                  (+1) 888-335-3336

1.  Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2.  Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3.  Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 12 Septiembre 2017    FIRMA: Sofia gil Aguirre.

NOMBRE EN LETRA DE IMPRENTA: Sofia Gil Aguirre

DIRECCIÓN: Calle 6 # 32 135, Medellin, Colombia

NÚMERO DE TELÉFONO: 311 18 25

CORREO ELECTRÓNICO: Sofigil19@hotmail.com

PATROCINADOR: Cultural Care

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: 19 Agosto 2013 a 23 octubre 2014

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:    AuPairWageAction@jndla.com

O por fax al:                  (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1.      I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.      I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.      I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE:   12 September 2017          SIGNATURE:

PRINTED NAME:   TRACEY VAN DER SCHYFF

ADDRESS:   P.O. BOX 1039, FOURWAYS, JOHANNESBURG, SOUTH AFRICA, 2055

TELEPHONE NUMBER(S):   +27827197328

EMAIL ADDRESS:   traceyvds@gmail.com

SPONSOR:   Au Pair In America

DATES IN AU PAIR PROGRAM:   September 2011 - September 2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**                     **OR** email to: AuPairWageAction@jndla.com
**c/o JND Legal Administration**
**P.O. Box 6878**                           **OR** fax to:    (+1) 888-335-3336
**Broomfield, CO  80021**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/12/2017          SIGNATURE: Vanessa Kolodziej

PRINTED NAME: VANESSA MARIA KOLODZIEJ

ADDRESS: Straße-Maria-Hilf 7, 78567 Fridingen a/D, Germany

TELEPHONE NUMBER(S): + 49 17696713434

EMAIL ADDRESS: Vanessa.k223@gmail.com

SPONSOR: Au Pair in America / AIFS /APIA

DATES IN AU PAIR PROGRAM: 07/11/2016 - 01/10/2018

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**                     **OR** email to: AuPairWageAction@jndla.com
**c/o JND Legal Administration**
**P.O. Box 6878**                           **OR** fax to:    (+1) 888-335-3336
**Broomfield, CO  80021**