# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 8597 | xec786cg3 | Amanda Fernanda Rodrigues Da Silva | Au Pair Care, Inc. |
| 8600 | x367a825d | Mayra Alejandra Garcia Mendez | Au Pair Care, Inc. |
| 8602 | ya5ghgb65 | Thiago Karol Ferreira Velho | InterExchange, Inc. |
| 8606 | v5fd2g5ee | Ana Maria Villarreal | Cultural Care Au Pair |
| 8611 | khfc5fbgg | Raisa Soares Leal | Au Pair Care, Inc. |
| 8614 | tba66976a | Sylvia Cyntia Guthrie (Maiden Name: Sylvia Cyntia Silva) | Au Pair Care, Inc. |
| 8622 | ih9fhcgac | Ligia Anaitee Zosel Ojeda | Au Pair in America (APIA/AIFS |
| 8624 | l6f8dddca | Silvia Rojas Castro | InterExchange, Inc. |
| 8626 | wh35g947g | Linsey Castro Bonilla | Au Pair in America (APIA/AIFS |
| 8629 | k9g9a7h42 | Tiwy Daniela Florez Puentes | Au Pair Care, Inc. |
| 8636 | uf5g44ga6 | Elio Jorge Gutierrez | Cultural Care Au Pair |
| 8640 | c4324hea5 | Lorene Ribeiro Da Costa | Au Pair Care, Inc. |
| 8642 | p8fcf77d3 | Carolina Severiche | Au Pair Care, Inc. |
| 8644 | l3e63544h | Tamires Duraes E Castro | Au Pair Care, Inc. |
| 8647 | vgcbhh8e4 | Diana M Quiroz Rojas | Cultural Care Au Pair |
| 8649 | kf9fed994 | Lauren Sanchez | Au Pair in America (APIA/AIFS |
| 9294 | g666chg65 | Katrin Lindsay | InterExchange, Inc. |
| 9295 | r4beghe24 | Yuanlei Huang | Cultural Care Au Pair |
| 9300 | g7h9g389d | Olivia Lundin | Cultural Care Au Pair |
| 9307 | rhda342ae | Lisa-Marie Neuerbourg | Au Pair Care, Inc. |
| 9308 | ubhgeh9ch | Kopano Marumo | Au Pair Care, Inc. |
| 9309 | hg743g726 | Maria Del Mar Gonzalez | Cultural Care Au Pair |
| 9317 | u524ca8gf | Lea Denis | Au Pair Care, Inc. |
| 9318 | y83c62b6g | Soraya Charnkol | Cultural Care Au Pair |
| 9323 | w24eg6ed7 | Christoph Zachhuber | Cultural Care Au Pair |
| 9327 | g626dfd76 | Daniela Gonzalez | Cultural Care Au Pair |
| 9329 | ha2f9e9ah | Vanessa Kraatz | Cultural Care Au Pair |
| 9330 | u72a5a79e | Maria Teresa Rodriguez Herrera | Cultural Care Au Pair |
| 9333 | l4a84g2f7 | Jacqueline Lamers | Cultural Care Au Pair |
| 9338 | ye5ee97f4 | Tetiana Iegorova | Au Pair Care, Inc. |
| 9339 | radbcef58 | Johana Ruez | Au Pair in America (APIA/AIFS |
| 9342 | lg577hbd5 | Thireshni Perumal | Cultural Care Au Pair |
| 9345 | pe89had7g | Nutan Gokul | Cultural Care Au Pair |
| 9346 | wd7gaf665 | Callee Pillay | Au Pair in America (APIA/AIFS |
| 9349 | y9cacd7df | Kelly Ann Cloete | Au Pair in America (APIA/AIFS |
| 9351 | g342e28c5 | Manon Jamet | Cultural Care Au Pair |
| 9352 | tb6f83784 | Andrea Mendoza Morales | Cultural Care Au Pair |
| 9356 | i6ah8fhc8 | Aleksandra Draws | Au Pair Care, Inc. |
| 9357 | x834bcec5 | Panisara Pawareewong | Au Pair in America (APIA/AIFS |
| 9358 | uc6geb452 | Bianca Gonçalves Rodrigues | Cultural Care Au Pair |
| 9362 | ud544hf26 | Hanna Kyrylenko | Au Pair Care, Inc. |
| 9363 | l5bff2bah | Vanessa Yusunguaira | Cultural Care Au Pair |
| 9372 | veedgadfb | Juliana Restrepo | Cultural Care Au Pair |
| 9373 | cg5dch892 | Tjara Kemper | Cultural Care Au Pair |
| 9377 | khc5eda6b | Lishi Yang | Cultural Care Au Pair |
| 9381 | gg78g92h5 | Lumka Dawn Sali | Cultural Care Au Pair |
| 9383 | v83693cah | Irene Sapuppo | Cultural Care Au Pair |
| 9388 | p9e3bb62c | Emma Ferrigno | Cultural Care Au Pair |
| 9391 | v624f6chf | Lian Gal Shahar | Au Pair in America (APIA/AIFS |
| 9395 | wce2d9g9f | Eleanor Honig | Au Pair in America (APIA/AIFS |
| 9400 | r4bc2bbd8 | Vanessa Yamel Ramirez | Cultural Care Au Pair |
| 9401 | x9b37g878 | Aurelie Anouchka Salas | Cultural Care Au Pair |
| 9404 | khh7ca776 | Onisimus Binti Liusan | Au Pair Care, Inc. |
| 9407 | w3365322d | Jenna Pentikainen | Cultural Care Au Pair |
| 9410 | v8d66e3e2 | Lucero Becerril Garcia | Cultural Care Au Pair |
| 9412 | yg42hae47 | Aimee Margaret Cousins | Cultural Care Au Pair |
| 9413 | u5g9cfc75 | Gloria Fernanda Ramírez Bernal | Cultural Care Au Pair |
| 9418 | xb6g43g95 | Anne-Laure Cochrum | Go Au Pair |
| 9424 | r34786623 | Fontanella Maria Carla | Cultural Care Au Pair |
| 9426 | gaa8875gd | Monique Thomas-Washington | Go Au Pair |
| 9428 | rf293g5ba | Maria Genis (Nee. Obermueller) | Au Pair Care, Inc. |
| 9431 | y2c6fhfhe | Pattarawadee Taengngam | Cultural Care Au Pair |
| 9433 | g929768aa | Chido Tricia Ngoni | Cultural Care Au Pair |
| 9438 | g82dhc34e | Thitinan Pongseesuk | Cultural Care Au Pair |
| 9440 | wg7f82ghf | Florinda Raiola | Au Pair Care, Inc. |
| 9446 | k8fdff9fe | Caroline Vilain | Go Au Pair |
| 9451 | tbeag8835 | Tugce Alabak | Au Pair Care, Inc. |
| 9453 | ihg6ac6h3 | Briony Proctor | Cultural Care Au Pair |
| 9456 | rbb552b35 | Miriel Julie | Au Pair Care, Inc. |
| 9460 | h356fa24a | Laffont Candice | Cultural Care Au Pair |
| 9462 | x4haeba2e | Dina Pfannkuchen | InterExchange, Inc. |
| 9464 | xhc35g74g | Quan Chen | Cultural Care Au Pair |
| 9466 | b655244f8 | Sashika Chetty | Au Pair Care, Inc. |
| 9472 | v22degaf3 | Zeqing Xu | Cultural Care Au Pair |
| 9475 | g5a559h3a | Nicole Bouwer | Au Pair in America (APIA/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 9478 | geg3ehh59 | Sanne Vermeulen | Au Pair in America (APIA)/AIFS |
| 9481 | p58c5g699 | Manqi Ren | Cultural Care Au Pair |
| 9483 | pe4c63866 | Lerato Bambo | Au Pair in America (APIA)/AIFS |
| 9486 | k95eg82g6 | Katrin Ludwig | Cultural Care Au Pair |
| 9490 | bf5g22a2c | Lior Aharoni | Au Pair in America (APIA)/AIFS |
| 9491 | w6d5eccg7 | Niccole Yajaira Serrano Jimenez | Cultural Care Au Pair |
| 9492 | g48738e8g | Alfonsina Catalina Garcia Arias | Au Pair in America (APIA)/AIFS |
| 9497 | le3572d6h | Keagile Mabeba | Au Pair in America (APIA)/AIFS |
| 9501 | p7559cc43 | Galit Hen | Au Pair in America (APIA)/AIFS |
| 9502 | c4faba8hd | Brenda Michelle Perez Hernandez | Cultural Care Au Pair |
| 9503 | p3462c84b | John Mattias Vestergren | Cultural Care Au Pair |
| 9504 | k4e885b8f | Caitlin Mornette White | InterExchange, Inc. |
| 9507 | b5ce3e6d3 | Cecilie Pedholt Andersen | Au Pair Care, Inc. |
| 9514 | t38gfha65 | Jeannez Shanna | Cultural Care Au Pair |
| 9516 | vb4ehahhe | Anastasia Stick | Cultural Care Au Pair |
| 9519 | xc496e378 | Tanguy Pauline Lucia Marguerite | Cultural Care Au Pair |
| 9520 | k65fc7a67 | Chenxi Guo | Cultural Care Au Pair |
| 9525 | hdc54c69e | Erin Maree June Mcintyre | Cultural Care Au Pair |
| 9527 | h56bhffa7 | Yusha Jiang | Cultural Care Au Pair |
| 9528 | g2e24facb | Aile Castberg | Au Pair Care, Inc. |
| 9533 | l3fe455eg | Niavet Mathilde | Cultural Care Au Pair |
| 9534 | wg37c482d | Nuria Sevil Mayayo | Au Pair Care, Inc. |
| 9538 | t5df523fc | Lena Hugger | Au Pair Care, Inc. |
| 9544 | kfab575da | Laura Salkeld | Au Pair in America (APIA)/AIFS |
| 9547 | hhb3cd4bf | Nicolas Fanni | Cultural Care Au Pair |
| 9550 | b87bcgf6d | Alison Paton | InterExchange, Inc. |
| 9552 | ga879h7b2 | Nompumelelo Ayanda Sibiya | Cultural Care Au Pair |
| 9554 | c926ae47c | Marieme Ba | Go Au Pair |
| 9566 | wb888fa2d | Sophie Stevenson | Cultural Care Au Pair |
| 9574 | cfhd83h56 | Clarissa Mattei | Cultural Care Au Pair |
| 9575 | bea3f2a65 | Grace Probyn | Au Pair in America (APIA)/AIFS |
| 9581 | gdba49a6b | Bongiwe Thuthani | Cultural Care Au Pair |
| 9583 | t7b3haffd | Julie Østerdal | Cultural Care Au Pair |
| 9585 | ha54f97e8 | Anna Konrad | Cultural Care Au Pair |
| 9586 | k655e5a5f | Shanelle Kemp | Au Pair Care, Inc. |
| 9588 | xcb35e284 | Stefanie Hörschläger | Cultural Care Au Pair |
| 9589 | cbh372g6b | Lynn Charis Rust | Cultural Care Au Pair |
| 9597 | g3dhbahae | Bianca Trinari | Cultural Care Au Pair |
| 9600 | tdefdcg77 | Vera Podejmova | Au Pair Care, Inc. |
| 9606 | pedc873eh | Katrine Gravergaard | Cultural Care Au Pair |
| 9611 | c8cdc429a | Kirsty Duncan | Au Pair in America (APIA)/AIFS |
| 9612 | kaheegg5d | Bibiana Dernec | Cultural Care Au Pair |
| 9616 | ghahgffh7 | Quleane Jscobs | InterExchange, Inc. |
| 9617 | le6fc7a53 | Lorena Mora Gomez | Cultural Care Au Pair |
| 9627 | ba547bc5d | Rebecca Marie-Suzelle Bajazet | Cultural Care Au Pair |
| 9630 | pg23d6ef9 | Rosanna Agatha Maria Groot | Au Pair in America (APIA)/AIFS |
| 9631 | vc2fhb3bd | Gemma Maria Andreu Burches | Cultural Care Au Pair |
| 9637 | t82ee79c4 | Julia Glazewska | Cultural Care Au Pair |
| 9641 | cafdc7hh8 | Ilona Bitsadze | Au Pair in America (APIA)/AIFS |
| 9644 | r25b3533h | Camila Suarez | Cultural Care Au Pair |
| 9646 | r96fgg3e2 | Felishia Candice Darsan | Cultural Care Au Pair |
| 9647 | kdh4f7hc5 | Alice Realini | Cultural Care Au Pair |
| 9648 | vdbbef4fb | Jonas Alexander Jasper | Cultural Care Au Pair |
| 9650 | ic33eh6hh | Sanchea-Leigh Philander | Cultural Care Au Pair |
| 9651 | g5ah5hb2g | Mart-Mari Van Zyl | Au Pair Care, Inc. |
| 9653 | ld7f78699 | Georg Riechert | Cultural Care Au Pair |
| 9654 | vb8d35fe2 | Zane Ergle | Au Pair in America (APIA)/AIFS |
| 9659 | h3afc9586 | Yazmin Viridiana Rios Madrid | Cultural Care Au Pair |
| 9663 | bb9a84cg4 | Lena Isabell Ernst | Au Pair in America (APIA)/AIFS |
| 9665 | id6ebeaa2 | Llinares Frederic Farid | Cultural Care Au Pair |
| 9667 | l263457d7 | Katie Lynam | Au Pair Care, Inc. |
| 9673 | b33a5ba8c | Chloe Cuthill | Au Pair in America (APIA)/AIFS |
| 9676 | th47ac442 | Morgane Manon Loeuillier | Cultural Care Au Pair |
| 9683 | bfaa7dbdh | Siobhan Alfonso | Au Pair in America (APIA)/AIFS |
| 9685 | w756hh494 | Mirjana Sciurti | Cultural Care Au Pair |
| 9686 | ia63665gg | Elmedina Grobovic | Cultural Care Au Pair |
| 9688 | uh52c896c | Casey Anne Mc Kay | Go Au Pair |
| 9689 | igf98hggd | Sylwia Handzlik | Au Pair Care, Inc. |
| 9692 | i6ffch6hg | Jessy Machefaux | Cultural Care Au Pair |
| 9702 | uadc342b8 | Ema Gjorova | Au Pair Care, Inc. |
| 9703 | rgdee3864 | Philichia Potgieter | Au Pair Care, Inc. |
| 9704 | iba967d76 | Kelly Andrieux | Cultural Care Au Pair |
| 9706 | cf45c9d7d | Yamkela Ndamase | Cultural Care Au Pair |
| 9708 | g8a3b485c | Isabelle Pfefer Da Veiga | Cultural Care Au Pair |
| 9716 | w5d9g7e54 | Sasondezwa Zolisa Mzamo | Au Pair in America (APIA)/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 9718 | cage983bb | Kaylee Batson | Cultural Care Au Pair |
| 9719 | cdf92ff98 | Ruzica Pavlovic | Au Pair Care, Inc. |
| 9726 | g9g58eg8a | Melanie Liegey | Au Pair Care, Inc. |
| 9731 | g6h7a9gch | Michka Barnard | Go Au Pair |
| 9733 | g54c5722f | Noxolo Nokukhanya Mthimunye | Au Pair Care, Inc. |
| 9735 | b6d4bd3hd | Jordan Anderson | Cultural Care Au Pair |
| 9737 | v9daa3e3h | Kristine Ann Murphy | Au Pair Care, Inc. |
| 9738 | v53ga9f89 | Carmen Latre | Au Pair Care, Inc. |
| 9742 | y695ae8d2 | Samantha Hita Garcia | Cultural Care Au Pair |
| 9743 | i352be73h | Erika Cubranich | Cultural Care Au Pair |
| 9750 | pdege73c7 | Tournier Emeline | Au Pair Care, Inc. |
| 9751 | c72f6eagd | Sterre Herma Renée Ziel | Cultural Care Au Pair |
| 9757 | rde8g2eh3 | Sandra Mesipuu | Cultural Care Au Pair |
| 9758 | vddd7a6c7 | Izabela Maria Alves Diogo | Cultural Care Au Pair |
| 9764 | c6e4h2d9f | Dafne Di Marco | Cultural Care Au Pair |
| 9766 | xc6f99374 | Annie Nyberg | Au Pair Care, Inc. |
| 9767 | gaf4b5dcf | Rebeca Sarah Alice June Forward | Cultural Care Au Pair |
| 9771 | ga8h64f73 | Liina Junolaine | Cultural Care Au Pair |
| 9774 | yf9ac3d57 | Mariana Andre | Au Pair in America (APIA)/AIFS |
| 9778 | bd8b6c5da | Daniella Fernanda Machado Campos | Au Pair in America (APIA)/AIFS |
| 9782 | tegfec7ca | Katharina Kiefel | Au Pair in America (APIA)/AIFS |
| 9789 | p2dc9ggg3 | Martina Cerretani | Au Pair in America (APIA)/AIFS |
| 9790 | bgb3ggf3b | Laville Sophie | Au Pair in America (APIA)/AIFS |
| 9792 | pb8h25beg | Vanessa Rodrigues Do Seu Reis | Cultural Care Au Pair |
| 9793 | t2fh5g49c | Sharon Aili | Au Pair in America (APIA)/AIFS |
| 9794 | u7958c6c8 | Bartosz Stacherczak | Au Pair in America (APIA)/AIFS |
| 9796 | c5399479a | Cara Alice Ouwerkerk | Au Pair in America (APIA)/AIFS |
| 9800 | c4f4d62fh | Cécile Fritz | Cultural Care Au Pair |
| 9803 | cf5b7h9g3 | Malgorzata Stec | Au Pair in America (APIA)/AIFS |
| 9806 | vhhh3895d | Sally-Maria Amorin Graffeo | Au Pair in America (APIA)/AIFS |
| 9808 | ybeg6bgf7 | Yu Cong | Au Pair Care, Inc. |
| 9815 | he35ae4gg | Paola Marangoni | Cultural Care Au Pair |
| 9817 | g584999b2 | Celeste King | Cultural Care Au Pair |
| 9820 | t8a43644e | Nadia Fisher | Cultural Care Au Pair |
| 9824 | l893a7373 | René Gliddon | Cultural Care Au Pair |
| 9826 | bhfh8ce49 | Jacqueline Alvidia Nell | Cultural Care Au Pair |
| 9827 | vfb996b7c | Oskar Wennerbeck | Cultural Care Au Pair |
| 9833 | p46cd2f35 | Kana Torige | Au Pair Care, Inc. |
| 9835 | w5h26ecc2 | Leah Paige Shanks | Cultural Care Au Pair |
| 9839 | w444eb7fe | Gisally Torres Lorenzana | Cultural Care Au Pair |
| 9848 | he73g662g | Alexandre Jaider De Castro Gusmão | Expert Au Pair |
| 9849 | p3cf7h952 | Adriana Evangelista De Freitas Costa | Cultural Care Au Pair |
| 9851 | w2689733h | Juaneva Cecelia Ellen Du Plessis | Au Pair Care, Inc. |
| 9855 | k652f4fcd | Lucie Vocetkova | InterExchange, Inc. |
| 9858 | re59f84f5 | Nataliia Antonova | Go Au Pair |
| 9860 | pgfc6b86h | Mariana Oviedo Cignetti | Cultural Care Au Pair |
| 9862 | rb9de5aha | Melina Pakidis | Cultural Care Au Pair |
| 9863 | b5a2hbc37 | Laura Isabelle P Lapoirie | Cultural Care Au Pair |
| 9866 | u3edgc6ga | Sara Henares Pérez | Au Pair Care, Inc. |
| 9867 | h694h7437 | Yina Alexandra Rodriguez Diaz | Au Pair Care, Inc. |
| 9872 | lgceh65gd | Maddison Hutchison | Cultural Care Au Pair |
| 9874 | x4hbadh5e | Marine Renaud | Au Pair Care, Inc. |
| 9876 | w4d4fcfh5 | Nassima Elhor | Au Pair in America (APIA)/AIFS |
| 9882 | v4gc6b32g | Selcan Akdemir | Au Pair in America (APIA)/AIFS |
| 9884 | bdcaed8ad | Martin Van Der Merwe | Go Au Pair |
| 9888 | v6ceh2c7c | Paige Milner Crawley | Go Au Pair |
| 9894 | c83c55hb2 | Matilda Anna Maria Landenberg | Cultural Care Au Pair |
| 9895 | g5d35c4ge | Camila Vasconcelos Figueredo | Cultural Care Au Pair |
| 9896 | y8b2a562h | Gautier Adeline | Go Au Pair |
| 9901 | ta7f27g82 | Carolina Roldan Orduz | Cultural Care Au Pair |
| 9903 | r74ee3ed3 | Francois Elise | Cultural Care Au Pair |
| 9910 | ubd49geb4 | Robyn Jane Kerr | Cultural Care Au Pair |
| 9912 | v5eg95d94 | Magdalena Placho | InterExchange, Inc. |
| 9914 | chafe926g | Susana Torres Arenas | Cultural Care Au Pair |
| 9916 | k8g9d625d | Theresa Dominique Barrabas | Cultural Care Au Pair |
| 9919 | k956e55bc | Angela Aigner | Cultural Care Au Pair |
| 9921 | x5c6da776 | Katie Jane Weston | Au Pair in America (APIA)/AIFS |
| 9924 | th33ec66a | Felizitas Gailing | Au Pair Care, Inc. |
| 9925 | y5ad5abf6 | Maritza Hurter | Au Pair Care, Inc. |
| 9928 | bh5g74h6a | Ussanee Zarpuang Hodge | InterExchange, Inc. |
| 9930 | h6f6fd4c3 | Maria Lopez-Videla Gaymer | InterExchange, Inc. |
| 9932 | t7aa4ha27 | Sarah Emily Zucareli | Cultural Care Au Pair |
| 9935 | bea44462c | Yentl Rose Pagan Swartz | Cultural Care Au Pair |
| 9939 | b9cdfga3f | Natalia Wilson | Cultural Care Au Pair |
| 9941 | p6gg3ed9d | Jully Stephania Molina Taborda | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 9948 | cebcdccf9 | Camille Coutherut | Cultural Care Au Pair |
| 9949 | v56763e4g | Brooke Sewer Hardy | Cultural Care Au Pair |
| 9950 | cecf6caed | Sarah Meghan Harrison | Go Au Pair |
| 9952 | uec8daeba | Suttichol Amsatit Yustick | Au Pair in America (APIA/AIFS |
| 9954 | lf2h4fd69 | Yessica Paola Ruiz Valero | Cultural Care Au Pair |
| 9958 | tbbbfg957 | Nicola Maffei | Cultural Care Au Pair |
| 9960 | i46b7a85a | Leticha Ferraro | Cultural Care Au Pair |
| 9962 | bh57a6e37 | Gabriela Lilian Albarrán Pérez | Cultural Care Au Pair |
| 9964 | v67h53a2g | Sumei Xu | Cultural Care Au Pair |
| 9966 | k2f72c47d | Julia Maria Therese Bergsten | Au Pair in America (APIA/AIFS |
| 9968 | tf355aee4 | Yolima Taborda Rojas | Au Pair Care, Inc. |
| 9969 | r78bf7af9 | Paola Andrea Jimenez | Cultural Care Au Pair |
| 9970 | ige79965b | Besnard Justine | Cultural Care Au Pair |
| 9972 | r6hb352b3 | Machelard Marion (Sylvie, Anna) | Cultural Care Au Pair |
| 9975 | l49c8422b | Laura Joseph | Au Pair in America (APIA/AIFS |
| 9978 | yb652d345 | Phanit Boontot | Cultural Care Au Pair |
| 9981 | kef3hf9a7 | Monica Melissa Sanchez Fuentes | Cultural Care Au Pair |
| 9986 | pf666ad8a | Madeleine Hammerman | Au Pair Care, Inc. |
| 9987 | y4464e76d | Talana Botes | Au Pair Care, Inc. |
| 9991 | vg623abfa | Zeliane Da Silva | Cultural Care Au Pair |
| 9996 | k6f8d37c3 | Ilya Grin | Cultural Care Au Pair |
| 9997 | rhffc9bg3 | Yessika Sofia Jimenez Arrieta | Cultural Care Au Pair |
| 9999 | xh3fhf279 | Jessica Mariette Diaz Martinez | Cultural Care Au Pair |
| 10000 | p578gbhcd | Marie-Louise Betancourt Ascuntar (Geb. Dittmar) | Cultural Care Au Pair |
| 10106 | idfdha8h6 | Sukanya Sutherland | Au Pair in America (APIA/AIFS |
| 10110 | lfdee6aca | Aleksandra Anna Spyra | Cultural Care Au Pair |
| 10113 | h69774ga6 | Yaqian Ni | Cultural Care Au Pair |
| 10116 | t42d9cf5c | De La Rochebrochard Guénolée | Au Pair Care, Inc. |
| 10127 | lea6c7bd6 | Seshnie Steven Chetty | Au Pair in America (APIA/AIFS |
| 10128 | vbbb675cc | Jelena Pejic Roberts | Au Pair Care, Inc. |
| 10129 | y6heg3gbb | Nicolai Feierstein | Cultural Care Au Pair |
| 10134 | y8g93d7d5 | Jessica Maria Ribeiro Pereira | Cultural Care Au Pair |
| 10136 | i5ag99ef6 | Messua Nanci | Cultural Care Au Pair |
| 10137 | bdg6h4ebg | Emily Seery | Cultural Care Au Pair |
| 10143 | lhf54gf97 | Felicitas Peters | Au Pair in America (APIA/AIFS |
| 10147 | x98b247c6 | Agnes Hulin-Smith | Expert Au Pair |
| 10153 | ug8c8ba3c | Ully Carolinne Farias Dos Reis Sampaio | Cultural Care Au Pair |
| 10159 | u895522a9 | Valeria Mendonca Smith | Au Pair Care, Inc. |
| 10161 | xe8h4ebbd | Sara Forutan | Au Pair in America (APIA/AIFS |
| 10164 | gg2cc9af8 | Franziska Pleschiutschnig | Cultural Care Au Pair |
| 10168 | w6eee528h | Natalia Anna Kurczewska | Go Au Pair |
| 10173 | cba5hd5gh | Claire Van Den Elzen | Cultural Care Au Pair |
| 10174 | c26c389gf | Yuliana Andrea Arbelaez Zapata | Cultural Care Au Pair |
| 10177 | cafe32b8f | Julia Djaoui | Cultural Care Au Pair |
| 10184 | v557ge39g | Samira Nacer Barroso | Cultural Care Au Pair |
| 10186 | h3c35585c | Alice Lunardelli | Cultural Care Au Pair |
| 10191 | hfced92a3 | Ying Li | Cultural Care Au Pair |
| 10195 | cdg5hhdh9 | Vladlena Ciubara | Go Au Pair |
| 10197 | lbh5d5976 | Mylene Gry | InterExchange, Inc. |
| 10198 | vcaea2aad | Veronika Blaskova | Au Pair in America (APIA/AIFS |
| 10202 | r8aefga6f | Lucia Bonfanti | Au Pair in America (APIA/AIFS |
| 10205 | u9e7d7e6g | Desnoes Karen | Au Pair in America (APIA/AIFS |
| 10207 | gbgdacb3f | Ilse Denisse | Cultural Care Au Pair |
| 10209 | ledgfh7ge | Fanny Marie Tetrel | Cultural Care Au Pair |
| 10211 | lh2fhhbh5 | Mariane De Araujo Batista-Mcculloch | Cultural Care Au Pair |
| 10214 | hgac6caf2 | Tiffanie Ghisolfi | Au Pair Care, Inc. |
| 10217 | rc7ghd739 | Brenda Koelbl | Cultural Care Au Pair |
| 10218 | v9ec3ddd6 | Karen Lizeth Sánchez Mejía | Cultural Care Au Pair |
| 10222 | te2c24986 | Vanessa Knapp | Cultural Care Au Pair |
| 10223 | x5db3568e | Kubra Sahin | Cultural Care Au Pair |
| 10225 | baf422437 | Cindy Tatiana Calvo | Cultural Care Au Pair |
| 10227 | v22e95bb6 | Tashanna Barnett | Au Pair in America (APIA/AIFS |
| 10230 | p2453a428 | Klara Mihevc | Au Pair in America (APIA/AIFS |
| 10233 | vg42a42hf | Lina Katarina Hansson | Cultural Care Au Pair |
| 10234 | ka4afe2hb | Katherin Lisset Hernandez Guerrero | Au Pair Care, Inc. |
| 10240 | lgf586aeg | Joy Maeva Chenot | Au Pair in America (APIA/AIFS |
| 10241 | pdb927438 | Lilya Bratok | Au Pair in America (APIA/AIFS |
| 10243 | w9b8c67ec | Johanna Helen Svensson | Au Pair Care, Inc. |
| 10248 | wcb2b28f4 | Kelsey-Jane Dickson | Au Pair Care, Inc. |
| 10252 | ug73728dg | Gloria Alejandra Cortez Plata | Cultural Care Au Pair |
| 10253 | y9a24f34h | Annie Johansson | Cultural Care Au Pair |
| 10261 | k8g8h9d93 | Fengling Li | Cultural Care Au Pair |
| 10270 | gac73b986 | Laura Juliana Cano Ligarreto | Cultural Care Au Pair |
| 10272 | gecfhcegf | Alessa Peterhaensel | Cultural Care Au Pair |
| 10283 | bgaegg7b3 | Amanda Dos Santos Guerreiro | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 10285 | hfffach5h | Julia Kruschwitz | Cultural Care Au Pair |
| 10290 | wb3692fbh | Xiaochun Ye | Cultural Care Au Pair |
| 10291 | v464b3627 | Maike Land | Au Pair in America (APIA/AIFS |
| 10294 | k7f72d6fd | Annika Kruschwitz | Cultural Care Au Pair |
| 10295 | bdg36899e | Alicia Bouima | Au Pair Care, Inc. |
| 10298 | x8674c3bb | Audrey Nadège David | Cultural Care Au Pair |
| 10300 | r72f7f87h | Recordon Mathilde | Cultural Care Au Pair |
| 10303 | xb843h26g | Leonie Meier | Cultural Care Au Pair |
| 10306 | r6adf7f3a | Josefine Bock | Au Pair Care, Inc. |
| 10309 | vbh23564e | Clara Timmer | Cultural Care Au Pair |
| 10310 | ra22bgd8h | Angsumalin Komsri | Au Pair in America (APIA/AIFS |
| 10311 | i2eefacdf | Kelly Péré | Au Pair in America (APIA/AIFS |
| 10312 | i73ha95bb | Daria Mccune | Go Au Pair |
| 10316 | h952h7hda | Julathip Wongpaeng | Cultural Care Au Pair |
| 10320 | v55hb5995 | Juliana Jaramillo Franco | Cultural Care Au Pair |
| 10322 | xb445cbdb | Candida Williams | Au Pair in America (APIA/AIFS |
| 10324 | la6ehad7f | Gabriela Dos Santos Nunes | Cultural Care Au Pair |
| 10336 | p3386b4c2 | Gabrielle Novick | Cultural Care Au Pair |
| 10344 | w5h8c7e33 | Precious Mahlangu | Cultural Care Au Pair |
| 10347 | lhg94hcd7 | Danielle Cristina Silva Fernandes | Cultural Care Au Pair |
| 10348 | r62a6b486 | Charlotte Woolgar | Expert Au Pair |
| 10349 | ig7f97ed6 | Maria Juliana Rodrigues Ribeiro | Au Pair Care, Inc. |
| 10353 | i83f43356 | Laura Camila Lozano Lugo | Cultural Care Au Pair |
| 10356 | idbe46ggd | Mathilde Theresa Laura Knöfel | Cultural Care Au Pair |
| 10362 | t456hh8b8 | Carla Joy February | Au Pair Care, Inc. |
| 10369 | xb3b54359 | Alyssa Verdaraj | Cultural Care Au Pair |
| 10372 | kh56b7dd3 | Sheila Valeria Oromuni Villa | Cultural Care Au Pair |
| 10378 | wc987872a | Pirje Ahosepp | Cultural Care Au Pair |
| 10380 | k54bghaa9 | Myriam Sahnoune | Au Pair Care, Inc. |
| 10382 | lh2a7h6a2 | Ana María Leal Granados | Cultural Care Au Pair |
| 10383 | bg4h75e2b | Merle Charlotta Anne Geyer | Go Au Pair |
| 10386 | ydgc59cec | Jessica Hempel | Cultural Care Au Pair |
| 10389 | v76c7bf69 | Yawen Wang | Cultural Care Au Pair |
| 10392 | x73886cdb | Catharina Rudolph | Cultural Care Au Pair |
| 10394 | vbcd469a3 | Vannesa Angelica Martinez Huh | Cultural Care Au Pair |
| 10398 | ygfcd28he | Stefania Orsini | Cultural Care Au Pair |
| 10400 | hcba654h5 | Amanda Leal Pacheco | Cultural Care Au Pair |
| 10402 | le93c3e4f | Tiane Beeslaar | Au Pair in America (APIA/AIFS |
| 10410 | y93gda6d4 | Ilse De Vries | Cultural Care Au Pair |
| 10411 | leh5cc3g3 | Maria Fernanda Aragon Luna | Au Pair in America (APIA/AIFS |
| 10413 | peac35hcg | Andressa Garcia Lopes | Au Pair Care, Inc. |
| 10415 | y3g54e66h | Michaella Hughes | Cultural Care Au Pair |
| 10417 | v25hd52a5 | Karem Eglahee Carrazco Ortiz | Cultural Care Au Pair |
| 10420 | x3f547ah4 | Martina Borovcova | Au Pair Care, Inc. |
| 10423 | idchc66eh | Noel De Toledo | Cultural Care Au Pair |
| 10424 | r8ecfe2c9 | Nicole De Lange | Cultural Care Au Pair |
| 10426 | gcdc66666 | Samantha Assis Vieira | Cultural Care Au Pair |
| 10432 | reb3bh98h | Evelina Dahlgren | Cultural Care Au Pair |
| 10435 | x97f6g65c | Ranran Yang | Cultural Care Au Pair |
| 10439 | t77ah2gch | Yongshuo He | Cultural Care Au Pair |
| 10441 | gg3629c8b | Otmane El Qarfadi | Cultural Care Au Pair |
| 10445 | p6c336f43 | Andrea Francis | Au Pair in America (APIA/AIFS |
| 10448 | kd78hf53d | María Camila Parra Coronado | Cultural Care Au Pair |
| 10456 | ka6e9e8b8 | Linda O' Grady | InterExchange, Inc. |
| 10459 | ce5c3cf3h | Noor Beerten | Au Pair in America (APIA/AIFS |
| 10463 | vhebd43aa | Tatiana De Paula Pinto | Cultural Care Au Pair |
| 10465 | r48gbe7h9 | Rubi Johana Martinez Garcia | Cultural Care Au Pair |
| 10470 | bhh77558a | Mille Moerch Koust | Cultural Care Au Pair |
| 10471 | yg7342f22 | Oceane Mccollum | Au Pair in America (APIA/AIFS |
| 10476 | h9af36aae | Jia Tang | Cultural Care Au Pair |
| 10482 | v6beg8f48 | Martine Venheim Solberg | Au Pair Care, Inc. |
| 10484 | tb59bd2d9 | Mengmeng Mao | Cultural Care Au Pair |
| 10486 | x77832b9b | Sonja Bloder | Cultural Care Au Pair |
| 10489 | l664c5d3c | Li-An Aharoni | Au Pair in America (APIA/AIFS |
| 10494 | r52a5cf85 | Raphaela Medina Celli Paes | Cultural Care Au Pair |
| 10498 | ih795bged | Marisa Cortes Flores | Cultural Care Au Pair |
| 10499 | tb6986c73 | Luana Paiva De Cuzzo | Au Pair Care, Inc. |
| 10500 | x4bf3763d | Marna Gerber | Au Pair Care, Inc. |
| 10501 | ge2dhd582 | Guojing Cui | Cultural Care Au Pair |
| 10502 | lf7h2557e | Isabelle Lekhal | Cultural Care Au Pair |
| 10509 | h37fe5d95 | Polyana Grossl | Cultural Care Au Pair |
| 10510 | rdf2b29h7 | Ting Bai | Cultural Care Au Pair |
| 10511 | tg3ac68g9 | Priscila Figueiredo Augusto | Cultural Care Au Pair |
| 10516 | w8ccdf9b4 | Yvonne Ottenwälder | Au Pair in America (APIA/AIFS |
| 10519 | h3ad4d76c | Franziska Jaeschke | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 10520 | uehdabhc3 | Emma Judith Franco García | Cultural Care Au Pair |
| 10523 | hd775a55c | Manuela Munoz Bernal | Cultural Care Au Pair |
| 10528 | pa7e2869d | Megan Lawson | Au Pair in America (APIA)/AIFS |
| 10529 | bh4d8b96a | Eliana Dalva Angélica | Cultural Care Au Pair |
| 10531 | y59ha47g6 | Elidsa Cristina Calisto | Cultural Care Au Pair |
| 10534 | hf64eh7ee | Velichka Dimitrova | Cultural Care Au Pair |
| 10538 | v799f9cdc | Anya Marie Morris | Cultural Care Au Pair |
| 10541 | v8d95b5ba | Silvia Fajtova | Cultural Care Au Pair |
| 10545 | t7d7eaf8g | Ana Maria Palacios Amaya | Cultural Care Au Pair |
| 10547 | iafa6f68g | Leidy Yohanna Lopez Albornoz | Go Au Pair |
| 10554 | bfcc529bb | Laura Rodriguez | Cultural Care Au Pair |
| 10555 | i2c522b6h | Karen V Diaz Urrea | Cultural Care Au Pair |
| 10558 | i9c9b9hd6 | Kaylin Jade Minnie | Au Pair Care, Inc. |
| 10570 | u8cg7bfb4 | Jane Harkin | Cultural Care Au Pair |
| 10574 | h36a955cc | Wiktoria Szymas | Cultural Care Au Pair |
| 10576 | l2ae6bbag | Madlen Sabri | Cultural Care Au Pair |
| 10580 | y5257d496 | Lingli Xiong | Cultural Care Au Pair |
| 10581 | b43g5c6g2 | Madeleine Brand (Herkenhoff) | Cultural Care Au Pair |
| 10582 | l3gc74a84 | Nomfundo G Mugar/Dumakude | Au Pair in America (APIA)/AIFS |
| 10585 | u4592ff4b | Irem Dix | Au Pair in America (APIA)/AIFS |
| 10587 | gbh3a3a77 | Marie-Alice Helissey | Au Pair Care, Inc. |
| 10590 | i6b8h4856 | Daniela Agudelo Largo | Cultural Care Au Pair |
| 10592 | u9e9966g9 | Sara Lucía González Afanador | Cultural Care Au Pair |
| 10596 | pb2828492 | Yessica Lucero Morales Palacios | Cultural Care Au Pair |
| 10598 | la5ge3464 | Liqi Wang | Cultural Care Au Pair |
| 10600 | yaae86f6a | Sarah Aghouiles | InterExchange, Inc. |
| 10602 | g7hcef8eg | Jonna Klara Christina Svensson | Cultural Care Au Pair |
| 10605 | r9b6af8dh | Pornpen Charoenmee | Cultural Care Au Pair |
| 10609 | rg5945bhe | Wiktoria Anna Baran | Cultural Care Au Pair |
| 10611 | vec5759he | Anna Elyda Antonia Rambow | Cultural Care Au Pair |
| 10613 | he7ag64d4 | Phathenan Taweethongsaibua | Cultural Care Au Pair |
| 10614 | hfchce5hc | Inna Snyder (Moroz) | Cultural Care Au Pair |
| 10618 | kf73fcf99 | Heidrun Jenny Smaradottir | Cultural Care Au Pair |
| 10621 | heed2d4be | Michelle Mnyandu | Au Pair in America (APIA)/AIFS |
| 10623 | cfag5c4bd | Daniela Estrada Gomez | Cultural Care Au Pair |
| 10625 | p43aa88d2 | Vanessa Mueller | Au Pair Care, Inc. |
| 10626 | hea78c3bc | Paula Andrea Roque Caicedo | Cultural Care Au Pair |
| 10630 | y5a6cg563 | July Paulynne Gonzalez Quintero | Au Pair Care, Inc. |
| 10634 | b8d7677e5 | Jaqueline De Cassia Andressa Rodrigues Da Silva | Cultural Care Au Pair |
| 10639 | t6egeccc4 | Alicja Hawryl | Au Pair Care, Inc. |
| 10641 | bb2fag6fd | Malen Guadalupe Ortiz Motta | Cultural Care Au Pair |
| 10644 | xgb3a9b89 | Yuan Zhu | Cultural Care Au Pair |
| 10650 | vfch5he2d | Letícia Alves Lima | Cultural Care Au Pair |
| 10652 | b65bce6f9 | Maria Fernanda Suarez Sanchez | Cultural Care Au Pair |
| 10655 | lhdh64c8e | Ziying Liu | Go Au Pair |
| 10660 | wgfg8984f | Lisa Marilou Moulin | Cultural Care Au Pair |
| 10665 | t4c4f3c88 | Jade Cavati De Macedo | Cultural Care Au Pair |
| 10669 | lf635df26 | Emilia Caroline Dos Santos | Cultural Care Au Pair |
| 10672 | g3dbf8a82 | Hyuna Choi | Au Pair Care, Inc. |
| 10674 | w22ebf584 | Sarah Ziani | Cultural Care Au Pair |
| 10677 | yh3eeg475 | Ramiro Cuevas Aguirre | Au Pair Care, Inc. |
| 10684 | re79f5fdh | Areerat Pfeffer | Au Pair in America (APIA)/AIFS |
| 10687 | kgb2a6f2h | Laurie Tixaire | Au Pair in America (APIA)/AIFS |
| 10688 | lbg48a2ea | Melanie Nancy Lais | Cultural Care Au Pair |
| 10690 | r7a765h5d | Agathe Faure | Cultural Care Au Pair |
| 10694 | cca79hhd2 | Min He | Cultural Care Au Pair |
| 10698 | r7e25d4h8 | Diandra Campbell | Au Pair in America (APIA)/AIFS |
| 10700 | lc3235hhb | Luciana Belen Cavallaro | Cultural Care Au Pair |
| 10703 | lb9ca7ha7 | Naeema Warasally | Au Pair in America (APIA)/AIFS |
| 10705 | yc9a3657d | Nozibusiso Belinda Khanyile | Cultural Care Au Pair |

DocuSign Envelope ID: A192B515-2BE1-4ADC-B4A6-39438A9CD87B

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017

Assinatura: *Adriana E de F*
DocuSigned by:
D754CE40A328454...

Nombre: Adriana Evangelista de Freitas Costa

Endereço: 43 Edgemont Rd

Katonah , NY US 10536

Teléfono: 9149073647

Email Address: h.k.adriana@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/03/2017       A: 01/02/2018

DocuSign Envelope ID: 2324E79D-8D90-42DE-9175-8D101C23224E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned signature]* D938F26D8CE04B4...

Name: Agathe Faure

Address: 99 Rue Garibaldi

Lyon , FR 69006

Phone Number: +33646747295

Email Address: Agathe.faure35530@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015     To: 08/24/2017

DocuSign Envelope ID: 8488BFF1-C9AD-4F64-8C9B-FA103E597552

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 51A6B5B5AE55440... AHS

Name: Agnes Hulin-Smith

Address: 1200 Scenic Hwy, Apt B12

Pensacola, FL US 32503

Phone Number: 8505162796

Email Address: agneshulinsmith@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 03/12/2012     To: 03/11/2014

DocuSign Envelope ID: 7BBAC4F0-9999-4255-AF99-5AC51C0C4939

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Aile Castberg* (DocuSigned by)
22CC817730E9418...

Name: Aile Castberg

Address: Alstigen 1

Stromsund, Jamtland SE 83334

Phone Number: +46738272839

Email Address: ailec1990@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/09/2009    To: 02/02/2010

DocuSign Envelope ID: 030F990A-1F42-4D7E-BE0E-9C5467A4EBC5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Aimee Margaret Cousins*
DocuSigned by:
8F2633895AC0461...

Name: Aimee Margaret Cousins

Address: 66 Megan Circuit

Nairne , South Australia AU 5252

Phone Number: +61405773211

Email Address: aimee.cousins@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/01/2014          To: 11/30/2015

DocuSign Envelope ID: 55B6FDB6-C669-458F-AC46-8B0A7D310017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Aleksandra Anna Spyra*
DocuSigned by:
1BFDCE5B5FAF461...

Name: Aleksandra Anna Spyra

Address: Botaniczna 38

Olsztyn , śląskie PL 42-202

Phone Number: 0048535122462

Email Address: szunabrina@Gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2014     To: 03/01/2015

DocuSign Envelope ID: 4AAD1EF8-DDD7-4E06-9762-134765AA806D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Aleksandra Draws*
DocuSigned by:
D0DBB15778C746D...

Name: Aleksandra Draws

Address: 708 Green Ave

San Bruno, CA US 94066

Phone Number: 4158897285

Email Address: aleksandra.draws@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/19/2009     To: 08/26/2010

DocuSign Envelope ID: 77FB7E96-6672-4B1A-B0CF-63E776C97B10

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Petchänsel*
DocuSigned by:
1042686E3C3D483...

Name: Alessa Peterhaensel

Address: Mahlastraße 16B

Frankenthal, DE 67227

Phone Number: +491737165949

Email Address: a.peterhaensel@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014          To: 08/25/2015

DocuSign Envelope ID: A9DE3C1F-4FF1-490C-99E4-1FE75C0B7680

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017                    Assinatura: *[assinatura DocuSigned by: Alexandre 2241A6E06FFB466...]*

Nombre: Alexandre jaider de castro Gusmão

Endereço: Fernando Ferrari, número 302, apartamento 402

Belo Horizonte , CA US 31720010

Teléfono: +5531997578551

Email Address: ALEXANDRE.JAIDERDECASTRO@GMAIL.COM

Patrocinador: Expert Au Pair

Fechas de participación en el programa au pair:

De: 07/17/2016          A: 07/17/2018

DocuSign Envelope ID: BC507808-F50B-4AA4-B03F-79BDFC351902

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* B693580FC6C0421...

Name: Alfonsina Catalina Garcia Arias

Address: 3433 E Bay Ct

Merrick , NY US 11566

Phone Number: 5218713791524

Email Address: alfonsinagarcia@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/07/2016     To: 08/07/2017

DocuSign Envelope ID: C2CF5C80-2653-476C-B3A8-1BB7CBA5D401

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Alice Lunardelli*
DocuSigned by:
4E913DC4850C4D7...

Name: ALICE LUNARDELLI

Address: 790 LOS PALOS MNR

LAFAYETTE, VA US 94549

Phone Number: 9259003793

Email Address: alice.lunardelli97@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2016     To: 06/05/2018

DocuSign Envelope ID: B8A77F65-B544-4305-942E-1066D082DDBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: Alice Realini, DD8E1AC290EC4E7...]*

Name: Alice Realini

Address: 6002 Wendron Way

Alexandria , VA US 22315

Phone Number: 393466207868

Email Address: aly_r@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016      To: 01/03/2017

DocuSign Envelope ID: 74337436-AE85-450A-94A8-E69ED856B681

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 1F3E66A0876C40F...

Name: Alicia Bouima

Address: 149 rue Petin Gaudet

Saint Chamond, FR 42400

Phone Number: 0770976664

Email Address: aliciabouima@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/14/2015   To: 09/14/2016

DocuSign Envelope ID: 6547F509-D141-4B98-8286-0E85B86CA235

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[signature]* DocuSigned by: B0BAB7A393AA421...

Name: Alicja Hawryl

Address: 365 Trinity Ln

Oak Brook, IL US 60523

Phone Number: 7084951826

Email Address: alahawryl@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/02/2015     To: 03/02/2017

DocuSign Envelope ID: 0A609DB5-D434-4D81-AAD7-02B0BB7C774A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ DA466FF69E46410...

Name: Alison Paton

Address: 16 Murdoch crescent

Stevenston,  GB Ka20 3 jz

Phone Number: 00447399451826

Email Address: paton.alison@outlook.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/04/2016     To: 04/01/2016

DocuSign Envelope ID: CD76787D-5235-4D08-B67E-B3B3464F6092

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] 76E6A7F0A78D47C...

Name: Alyssa Verdaraj

Address: 2 Colorado circle Bayview

Durban , Kwa Zulu natal   ZA 409w

Phone Number: 0848465498

Email Address: verdarajalyssa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2015    To: 08/05/2016

DocuSign Envelope ID: 3DE15AD4-55C5-4493-A088-E454F0326805

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017            Assinatura: *Amanda Sguerreiro*
DocuSigned by:
17DC3986B868497...

Nombre: AMANDA DOS SANTOS GUERREIRO

Endereço: 33rd Ave S

Seattle, WA US 98144

Teléfono: 2062958436

Email Address: amanda.guerreiro@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/30/2016            A: 09/30/2018

DocuSign Envelope ID: 8ED295A0-CAF9-4811-BDE6-FC25B1BA7201

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/08/2017_   Assinatura: DocuSigned by: *AMANDA FERNANDA RODRIGUES DA SILVA*
2148E180B5DA48A...

Nombre: AMANDA FERNANDA RODRIGUES DA SILVA

Endereço: ISABELLA BRANTSTRAAT 41

ANTWERP, ANTWERP BE 2018

Teléfono: +32495609219

Email Address: mandyrodrigues94@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: _08/31/2015_   A: _06/17/2016_

DocuSign Envelope ID: 327463A4-A234-48E5-92C0-92345B8F32F1

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/12/2017_          Assinatura: _Amanda Leal_
BF03DB65377A491...

Nombre: Amanda Leal Pacheco

Endereço: 170 , Santa Cruz

Sabará, Minas Gerais  BR 34525280

Teléfono: +5531988992851

Email Address: Amandalealpacheco@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _09/21/2015_          A: _09/21/2017_

DocuSign Envelope ID: 103DB2A4-FF35-4474-AF07-9F50E549730A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 37E0A843EB354BE...

Name: Ana María leal granados

Address: Cra 18 b N 6 a 17

Villamaria , Caldas  CO 00000

Phone Number: +573024303233

Email Address: anitalealesap@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/03/2014      To: 09/03/2016

DocuSign Envelope ID: 5BEAEA0A-17FD-4598-B2E5-F8CEC9F4E503

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Ana Maria Palacios Amaya*
DocuSigned by:
176A1DC8E1024B9...

Nome: Ana Maria Palacios Amaya

Dirección: Calle 80a # 116b - 82 apto 312

Bogotá, Cundinamarca CO 110111

Telefone: +573195749026

Email Address: amayaana09@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/29/2015          A: 08/30/2016

DocuSign Envelope ID: 8859AB1B-56EC-44D5-BD8A-53095229FFFC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/08/2017_     Firma: _Ana Villareal_
DocuSigned by:
1F72000FF726428...

Nome: _Ana Maria Villarreal_

Dirección: _Carrera 8W 61 – 21_

_Bucaramanga , Santander CO 680005_

Telefone: _3168226203_

Email Address: _annyvillarreal87@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/01/2012_     A: _08/01/2014_

DocuSign Envelope ID: 82FC3076-C48A-400D-996A-1912EFC4B087

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by: B7DC97C471724DC...)_

Name: Anastasia Stick

Address: Heisterbergallee 12

Hannover, DE 30453

Phone Number: +491781461442

Email Address: anastasia.stick@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/09/2012        To: 06/16/2013

DocuSign Envelope ID: 7658B7D0-3039-4AD0-A589-7564FE96523A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* AA38D1CFF6644F5...

Name: Andrea Francis

Address: 1118 Baracoa close, Marina Martinique

Jeffreys Bay, Eastern Cape ZA 6330

Phone Number: 0827496669

Email Address: Andrea.franci8@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/17/2015        To: 03/03/2017

DocuSign Envelope ID: 7A580CEC-1289-408E-B661-6B57CE3F7735

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by: 766050B27445438...)_

Name: Andrea Mendoza Morales

Address: Cazadores de Galeana 3064, Del Paseo Residencial

Monterrey, Nuevo Leon MX 64920

Phone Number: +528183495006

Email Address: andi.mdz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016     To: 02/28/2017

DocuSign Envelope ID: 472169CE-73E1-4BAD-BC54-61ED1D8DDE56

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Andressa*
DocuSigned by:
7709B567A9764E2...

Name: Andressa Garcia lopes

Address: Professor Oscar Martins Gomes 786

Curitiba, Paraná BR 81830110

Phone Number: +5541996210304

Email Address: andgarcialopes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/04/2013          To: 07/31/2013

DocuSign Envelope ID: AAFD1B3B-BF22-4D49-9F3D-CB0F7499D7B9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Angela Aigner*
A52A85B4930749A...

Name: Angela Aigner

Address: Birkengasse 21

Herzogenburg, Niederösterreich AT 3130

Phone Number: 069917113078

Email Address: horsefans@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015          To: 11/11/2015

DocuSign Envelope ID: 55402781-6DDE-457A-9D28-A5A6F34DE6A5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: 09/12/2017                    Signature: _[DocuSigned by signature]_
                                              F68C59AE2EB6435...

Name: Angsumalin Komsri

Address: 45285 Gable sq

Sterling, VA US 20164

Phone Number: 7039449575

Email Address: Angsumalin.ks@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/28/2012            To: 02/28/2013

DocuSign Envelope ID: 728EB3C1-C260-4C9D-8FC9-8FAD9FCCEF2C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 34FC8C8E060C4BE...]*

Name: Anna Elyda Antonia Rambow

Address: Schlossstrasse 2

Neidenstein, Baden-Württemberg  DE 74933

Phone Number: 0061468487455

Email Address: Anna-rambow@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/18/2013      To: 02/17/2015

DocuSign Envelope ID: AB03203E-CFF9-4B15-98B2-1CBBA589ACD7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(DocuSigned by)_ 3D8E43B3F7A84A0...

Name: Anna Konrad

Address: Herderdtr. 26

Hamburg, Hamburg DE 22085

Phone Number: +4915158003984

Email Address: a.konrad@aol.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2009        To: 05/04/2011

DocuSign Envelope ID: A1EAAE7D-3F08-4C40-B20A-234E6098CB33

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] AD7442FEBDD5476...

Name: Anne-Laure Cochrum

Address: 4730 howard avenue

Cincinnati, OH US 45223

Phone Number: 5132062457

Email Address: annelaure.naud@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/05/2012     To: 10/22/2012

DocuSign Envelope ID: 32A2F5A2-1E37-43B1-ACF8-50B36DA0FA62

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Annie_
9C8D137108CA496...

Name: Annie Johansson

Address: Lövängsgatan 1

Bergkvara, Småland SE 38540

Phone Number: +46735372144

Email Address: annie_gummebo@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/13/2017      To: 02/13/2018

DocuSign Envelope ID: 9E68AD4D-6B28-4DB5-9994-BA16A0DB47B6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *annie nyberg*
CF8ECCAF9FD3449...

Name: annie nyberg

Address: kungsgatan, 29

Halmstad, Hallands län SE 30227

Phone Number: 0046720385509

Email Address: annie.louise.nyberg@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2013       To: 08/15/2015

DocuSign Envelope ID: A3387482-2082-4978-BA1E-823DD0135276

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Annika Kruschwitz*
DocuSigned by:
4A89C188824B414...

Name: Annika Kruschwitz

Address: Glauburgstraße 56

Frankfurt , DE 60318

Phone Number: 01629420769

Email Address: annikakruschwitz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/17/2014          To: 04/11/2016

DocuSign Envelope ID: C3D1CDA9-83FB-4991-B90F-E35AC1A7A88A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 9C461ECF7A1547E...

Name: Anya Marie Morris

Address: 1 Chamberlain Place

Perth, WA AU 6027

Phone Number: +61484827286

Email Address: anyamorris@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014      To: 08/24/2015

DocuSign Envelope ID: 6F7B3E97-72F8-4AFC-BA38-9A1CF08CDA30

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Areerat Pfeffer_
2BE24B757FCA4BA...

Name: Areerat Pfeffer

Address: 4338 39th PL, Apt 47

Sunnyside, NY US 11104

Phone Number: 6463090691

Email Address: numichan_a@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/03/2009     To: 08/02/2011

DocuSign Envelope ID: 14AF7977-3CD7-4DCD-B8D4-ED8A476033F3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *David* (DocuSigned by: 40AD92F6A67048A...)

Name: Audrey Nadège david

Address: 12 rue de futigny

St germain du bois , Bourgogne  FR 71330

Phone Number: 0678332431

Email Address: Davidaudrey71@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/26/2010     To: 11/29/2010

DocuSign Envelope ID: 2D03C872-0A68-40ED-9B33-38486FCECED1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 82464D0A0060481...

Name: Aurelie Anouchka Salas

Address: 8600 18TH AVE W,APT F211

EVERETT, WA US 98204

Phone Number: 5093506936

Email Address: aurelie.salaspastor@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/25/2015     To: 12/12/2015

DocuSign Envelope ID: 42ED301A-0930-439F-BE5A-CD51B2DA8B2C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Bartosz Stacherczak*
EF561D1526D04E8...

Name: Bartosz Stacherczak

Address: Szmaragdowa 16

Ulim, Lubuskie PL 66-446

Phone Number: 723895009

Email Address: janusz7511@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016     To: 07/24/2017

DocuSign Envelope ID: 9E500566-9990-4E06-813A-E4286ABCF41B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] F3B1EFE55C06466...

Name: Besnard Justine

Address: 420 Lenox ave

New York , NY US 10037

Phone Number: 6466594666

Email Address: Besnard.justine@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016     To: 01/04/2017

DocuSign Envelope ID: 9722AF39-A601-4604-A10A-0900DFDDCDD8

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/11/2017_    Assinatura: _Bianca Gonçalves Rodrigues_
DocuSigned by:
7231F906E2F2407...

Nombre: Bianca Gonçalves Rodrigues

Endereço: 232 Topázio

Montes Claros, Minas Gerais BR 39400181

Teléfono: 3892383311

Email Address: akira_lp_shinoda@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _10/20/2016_    A: _09/08/2017_

DocuSign Envelope ID: 211C4853-1821-4F27-A8CD-242728EA0625

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by
November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Bianca Trinari*
DocuSigned by:
35BC601559034AA...

Name: Bianca Trinari

Address: Via Antonio De Curtis, 3

Perugia, Perugia IT 06135

Phone Number: +393406195982

Email Address: trinari.bianca@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2014     To: 08/15/2015

DocuSign Envelope ID: 2D973733-C08F-4FB4-9F7A-9622ACD3729F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Bibi Der*
DocuSigned by:
2F873A59F6E047D...

Name: Bibiana Dernec

Address: Rathausstraße 8/5

Vienna, Vienna AT 1010

Phone Number: 00436643051307

Email Address: Bibiana.dernec@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/17/2011    To: 10/17/2013

DocuSign Envelope ID: 5B192398-A3DE-46BA-A89A-9393D500CEDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature:
DocuSigned by:
01FE91FE727D418...

Name: Bongiwe Thuthani

Address: 29 Kerk Street Flat 1003 Jozi House

Johannesburg , Gauteng ZA 2001

Phone Number: +27724882217

Email Address: thuthani@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/10/2011          To: 07/15/2012

DocuSign Envelope ID: 593342A1-6013-438A-8ADA-89D7B4278A01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 20BF614062BF4C0...

Name: Brenda koelbl

Address: 1921 westmoreland st

McIean, VA US 22101

Phone Number: +5493455624225

Email Address: Brendakoelbl@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016     To: 08/22/2017

DocuSign Envelope ID: C362675F-748C-472F-8CED-2987B9BDBEA8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017        Firma: _[DocuSigned signature]_ D00E4DDC84A8489...

Nome: Brenda Michelle Perez Hernandez

Dirección: 1852 Gunston way

San Jose, CA US 95124

Telefone: 4085822057

Email Address: michhdez.z@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/29/2016        A: 08/29/2018

DocuSign Envelope ID: 68AD01A3-F745-44EC-A7B8-1D912495ED1D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Briony Proctor*
DocuSigned by:
4D84F556B65847A...

Name: Briony Proctor

Address: 332/45 The Niche Taksin, Inthara Phithak, Hiranruchi

Bangkok, Bangkok TH 10600

Phone Number: +06646324756

Email Address: briony.burns.proctor@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/14/2016    To: 02/25/2017

DocuSign Envelope ID: ADB2F393-13D0-40B1-B98E-664EDAA31AA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 22DD2BA9CED4456...

Name: Brooke Sewer Hardy

Address: 21 Lachlan Ave

Woodville West, South Australia AU 5011

Phone Number: +61497661764

Email Address: brooke.megan13@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/07/2012     To: 01/22/2013

DocuSign Envelope ID: 4F1B0EC6-31F3-4D8C-8B36-115521670772

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Caitlin Mornette White*
DocuSigned by:
4F814A77F5734B0...

Name: Caitlin Mornette White

Address: 115 Main Road, Strand

Strand, Western Cape ZA 7140

Phone Number: +27827270261

Email Address: caitlin.whites@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/08/2016        To: 04/14/2017

DocuSign Envelope ID: 81793079-CB15-43DE-B45D-F58A593707B3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_
5D4EA4A742CD4B0...

Name: Callee Pillay

Address: 20001 Sweetgum Circle, Apt 24

Germantown , MD US 20874

Phone Number: 2407042432

Email Address: Calleepillay@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/07/2014          To: 07/07/2016

DocuSign Envelope ID: 171D9692-FE4D-4DF6-AFF6-F3F6BD3E6995

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Camila Suarez*
DocuSigned by:
993C438D182F4A4...

Name: Camila Suarez

Address: Via Concordia 17

Paderno Dugnano, Milano IT 20037

Phone Number: +393498500551

Email Address: camilasuarez.rou@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016        To: 01/21/2017

DocuSign Envelope ID: AEF080ED-3368-440C-9815-11E10DA7A463

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017          Assinatura: *Camila Vasconcelos Figueredo*
DocuSigned by:
E7AFBAA975CF439...

Nombre: Camila Vasconcelos Figueredo

Endereço: SQN 313 bloco F apto 609

Brasília , DF BR 70766-060

Teléfono: +5561982065068

Email Address: camila.vasconcelos@live.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/19/2014          A: 05/19/2015

DocuSign Envelope ID: C7455329-DEC3-48EE-A39E-0BBA05E94492

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* C1B2171C0377439...

Name: Camille Coutherut

Address: 13-15 rue Saint Nicolas

Nancy, Lorraine FR 54000

Phone Number: +33699783773

Email Address: coutherut.camille@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015     To: 08/02/2017

DocuSign Envelope ID: 20301674-E588-4C75-91D6-768CD39DB258

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ 8A01F45A86F7456...

Name: Candida Williams

Address: 138 north 7th street

Paterson , NJ US 07522

Phone Number: 9735364399

Email Address: Candidadyer@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/15/2015       To: 10/30/2015

DocuSign Envelope ID: 7A8A4AEB-A4AC-4F2E-9DF6-CBB89C2A7165

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: Ouwerkerk — 181426F0DA244B7...]_

Name: Cara Alice Ouwerkerk

Address: 18 Shongweni Heights

Hillcrest, Kwa-Zulu Natal ZA 3610

Phone Number: +27606621388

Email Address: caraouw@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/14/2015     To: 07/14/2017

DocuSign Envelope ID: C96DFECB-7986-4F1C-9C7D-CFD4111E6B4E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Carla Joy February*
DocuSigned by:
9A8C451B289C46E...

Name: Carla Joy February

Address: 9 Mainly Road, Gleemoor

Cape Town, Western Cape ZA 7764

Phone Number: +27827087447

Email Address: carla.february@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/06/2012    To: 02/06/2014

DocuSign Envelope ID: 8E520676-C8DB-4FFA-BE0F-70602043CDED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017    Signature: *[DocuSigned by: Latré  3FFEE821256A42E...]*

Name: Carmen Latre

Address: P O Box 473

Nelspruit, Mpumalanga ZA 1200

Phone Number: 0720347652

Email Address: carmenlatre28@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2012    To: 08/09/2013

DocuSign Envelope ID: F745CA41-EC86-42FD-9BF5-11F8D97537CA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: 
8430C3070DCF47D...

Nome: Carolina Roldan Orduz

Dirección: 11 smith st

bloomfield , NJ US 07003

Telefone: 9732234507

Email Address: carolinaroldano@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/14/2014          A: 08/14/2016

DocuSign Envelope ID: 43FBA24C-223B-4580-A4C6-960813FF8403

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/10/2017

Signature: *Carolina Severiche*
DocuSigned by:
2B3077401C3846E...

Name: Carolina Severiche

Address: Carrera 83 # 15-22

Medellin, Antioquia CO 050026

Phone Number: 7328742985

Email Address: lysis15medi@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/04/2016     To: 11/02/2016

DocuSign Envelope ID: 49A0AE68-1FF0-47D4-B549-BD207FEC5D7D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Caroline Vilain*
BEB63BCA18C34A8...

Name: Caroline Vilain

Address: 3400 Beethoven St

Los Angeles, CA US 90066

Phone Number: 3102545683

Email Address: kroh.videos@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/04/2012     To: 05/26/2014

DocuSign Envelope ID: 399CFA08-6FDE-4230-B25F-FBEC54FE8A60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Casey Anne Mc Kay*
9422CA3A5A844F0...

Name: Casey Anne Mc Kay

Address: 11 Collet St, Raceview

Johannesburg, Gauteng ZA 1449

Phone Number: 0715758725

Email Address: casey.anne.mckay@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/12/2013        To: 12/16/2013

DocuSign Envelope ID: B684256B-8E69-473B-89D5-D44692CE9406

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ FDD4A0241CE843E...

Name: Catharina rudolph

Address: 189 beach rd

Belvedere, CA US 94920

Phone Number: 3107134932

Email Address: Catharina.rudolph@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016     To: 02/11/2018

DocuSign Envelope ID: 1EAE2F3D-8FFC-4832-8433-EE9173129B94

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] 74E2FEEAAE07495...

Name: Cécile Fritz

Address: 584 Rockbridge Dr SE

Leesburg, VA US 20175

Phone Number: 15713259010

Email Address: cecefritz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/17/2014   To: 11/17/2015

DocuSign Envelope ID: 097F114B-2B7A-476E-A975-18C3C7D7E188

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Cecilie Pedholt Andersen*
DocuSigned by:
E04875964CAA479...

Name: Cecilie Pedholt Andersen

Address: Boegesvinget 2

Skovlunde, DK 2740

Phone Number: 93993105

Email Address: cecilie.pedholt@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/07/2014      To: 12/13/2014

DocuSign Envelope ID: 698F2D25-A5D9-4ADD-9409-0DCDB8722CFC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ King  4881CB33E793496...

Name: Celeste King

Address: Silverbeeck Crescent

Cape Town, Western Province ZA 7560

Phone Number: +27794553939

Email Address: celeste.king123@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/21/2016

To: 01/27/2017

DocuSign Envelope ID: ABB77E8F-AAD1-4013-8AFC-FDB70B16130C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by, signature] EE81EF771B594DD..._

Name: Charlotte Woolgar

Address: 1 Shackleton Square

Bransgore, Dorset GB BH23 8AJ

Phone Number: 07463718972

Email Address: charlottewoolgar@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 07/31/2016     To: 05/30/2017

DocuSign Envelope ID: 69C11729-79CF-4C19-AE92-FEF7403B9A4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:  _CG_  67A5655BA3A7405...

Name:  CHENXI GUO

Address:  952 De Haro st

San Francisco, CA US 94107

Phone Number:  2064835318

Email Address:  15201496962@163.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  07/11/2016        To:  07/10/2018

DocuSign Envelope ID: B5FA13AF-0E33-474D-98C9-97D626DE8545

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 42722BD399464A6...

Name: Chido Tricia Ngoni

Address: 393 Winding Willow Way

Columbus, OH US 43213

Phone Number: 16144323792

Email Address: chidotriciangoni@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/02/2015   To: 02/02/2016

DocuSign Envelope ID: F1A002C0-C280-4E09-AD26-DC0C9AF7B892

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Chloe Cuthill*
CD79B5FBD29345D...

Name: Chloe Cuthill

Address: Trinity

Brechin, GB dd9 7PS

Phone Number: 07517771579

Email Address: cuthill26@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/24/2014      To: 03/24/2016

DocuSign Envelope ID: DBE0CA17-F49D-4EC7-8DD7-C3F0F6C4BCA0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by)_ F5FC4518FAB44BE...

Name: Christoph Zachhuber

Address: 15018 N 15th Drive

Phoenix, AZ US 85023

Phone Number: 4157553997

Email Address: christoph.zachhuber@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2011     To: 08/21/2013

DocuSign Envelope ID: 537E0F8F-8E3C-44CC-8451-B4D678C39656

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Cindy T* DocuSigned by: D88C8FFF016741C...

Nome: Cindy Tatiana Calvo

Dirección: calle 65 No 34 A 06

manizales, caldas CO 57

Telefone: 3136286970

Email Address: tilinci@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/24/2014      A: 02/24/2015

DocuSign Envelope ID: C12AF5B9-73ED-461E-AF28-0171ED8F2CE9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature:
DocuSigned by:
D04B3C58569042A...

Name: Claire van den Elzen

Address: 22-21 42nd st

Astoria, NY US 11105

Phone Number: 6469920217

Email Address: C.vandenelzen@hotmail.nl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 07/31/2018

DocuSign Envelope ID: 8D0D8EAA-472B-434C-9EFB-559627905456

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature] EA4D240E25C347F..._

Name: Clara Timmer

Address: Nedre hovik 15

Styrso,  SE 43084

Phone Number: +46761021737

Email Address: clara96_timmer@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/12/2016     To: 07/22/2017

DocuSign Envelope ID: CFC5978D-872A-413A-9E98-9CB79B62EF06

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Clarissa Mattei_
DocuSigned by:
017B60B622324C4...

Name: Clarissa mattei

Address: Via partigiani 45

Lumezzane , Brescia   IT 25065

Phone Number: 3315761679

Email Address: clarissamattei95@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2014          To: 05/01/2016

DocuSign Envelope ID: 6CFF6E1F-5889-4B46-ABEA-E16436276D91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Dafne Di Marco_
DocuSigned by:
7144C4E5616C4E5...

Name: Dafne Di Marco

Address: 49 Stoneham Road

Attadale ,  AU 6156

Phone Number: 61487881262

Email Address: dafne.dimarco@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/05/2014     To: 08/04/2015

DocuSign Envelope ID: 0909AD8F-D61F-4C26-A618-1720C204B41A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _Daniela A_
DocuSigned by:
26CA958DE141488...

Nome: Daniela Agudelo Largo

Dirección: 11025 Granbury Cove

Temple , TX US 76502

Telefone: +573188591508

Email Address: danyela_1293@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/15/2015      A: 06/15/2016

DocuSign Envelope ID: 5ADDD819-21DD-4B92-B00D-FEA3756818BB

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ Dala Estrada _273AA0A8E86743E..._

Nome: Daniela estrada Gomez

Dirección: 1503 Mohican drive

Toluca , PA US 15228

Telefone: 7227947423

Email Address: daniestrada7@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/01/2016          A: 08/29/2017

DocuSign Envelope ID: 42F5025D-12B9-443D-A95D-04AC82D1A65E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ A69E87A64AE84AD...

Name: Daniela Gonzalez

Address: 15 millbuy ln

Centereach, New york CO 11720

Phone Number: +573108284279

Email Address: Dani_gonzalezc@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016     To: 06/13/2017

DocuSign Envelope ID: F15CCCED-53ED-4322-A48F-9F12F8040346

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Daniella Fernanda Machado Campos*
DocuSigned by:
9CE6732133DD44F...

Name: Daniella Fernanda Machado Campos

Address: Rua Itaparica 45/406

Belo Horizonte, Belo Horizonte BR 30240130

Phone Number: 5531991545578

Email Address: dani.campos@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2009     To: 07/28/2011

DocuSign Envelope ID: 723B93D3-ECF2-46C5-B53D-ABE5D662DF7A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017        Assinatura: _DocuSigned by_

Nombre: Danielle Cristina Silva Fernandes

Endereço: Rua Birigui

Santo André, São Paulo BR 09111781

Teléfono: 25340478

Email Address: danicsf98@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 11/13/2016        A: 11/10/2017

DocuSign Envelope ID: 3D440917-3A01-4E14-B7A8-56BCEBE6C342

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 7255A3DA266B410...

Name: Daria McCune

Address: 12705 E 48th Terrace S

Independence, MO US 64055

Phone Number: 9134016958

Email Address: Kicynichka@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/14/2016     To: 06/02/2016

DocuSign Envelope ID: AD195D1B-9739-433D-969D-1E884E7F5A53

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by_ B931C97182C4404...

Name: de La Rochebrochard Guénolée

Address: 105 Hamilton Place

New Uork, NY US 10031

Phone Number: 0770261116

Email Address: g_delarochebrochard@orange.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/14/2015     To: 09/01/2016

DocuSign Envelope ID: EF1E0D8D-3CED-4362-B25A-24E8C3A9CE92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Desnoes karen*
DocuSigned by:
D416A9C229CF493...

Name: Desnoes karen

Address: 42 bis avenue des pyrenees, residence les jasmins, appt B12

Salvetat-Saint-Gilles,  FR 31880

Phone Number: 0678938929

Email Address: k.desnoes@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/04/2012     To: 07/04/2013

DocuSign Envelope ID: B04D6CC4-4B39-4134-8C09-5E87BEDE8B74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/10/2017

Signature: *Diana M Quiroz Rojas*
AD27A9AC7D964B3...

Name: Diana M Quiroz Rojas

Address: 8655 Broadway Apt 407

Elmhurst, NY US 11373

Phone Number: 6467305457

Email Address: dianamquiroz@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2010     To: 07/23/2010

DocuSign Envelope ID: 3E957E4D-B59D-4886-8E19-BE81061157A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017                Signature:  _DocuSigned by:_
                                             A93C92CE68614C9...

Name:  Diandra Campbell

Address:  74 2210 Louie Drive

West kelowna , British Columbia  CA V4T 2L7

Phone Number: 5615711624

Email Address: cdiandra47@yahoo.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  10/07/2013          To:  10/05/2015

DocuSign Envelope ID: 178AAA63-F5FB-4ACE-ADD9-949212FEE92B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by: D. Pfannkuchen EC6C12517318483..._

Name: Dina Pfannkuchen

Address: Am Graben 42

Singen, DE 78224

Phone Number: +12032190177

Email Address: D.pfannkuchen@web.de

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/16/2016     To: 08/16/2017

DocuSign Envelope ID: 0CDC1E61-FAA0-45E6-9873-A8D0A9A43721

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Elle Honig_
DocuSigned by:
DD5A316F986445C...

Name: Eleanor Honig

Address: 88 Purchas Street

Christchurch, Canterbury NZ 7476

Phone Number: 0276662889

Email Address: ellehonig11@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2016     To: 07/20/2016

DocuSign Envelope ID: ABB1E54A-FE76-4159-BF86-1217A3102826

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017   Assinatura: *Eliana Dalva Angélica*
DocuSigned by:
9FF95B875AE9417...

Nombre: Eliana Dalva Angélica

Endereço: Timóteo Perfeito Flores

Penha , Santa Catarina BR 88385000

Teléfono: 5547999794982

Email Address: eliana_angell@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/15/2016   A: 05/19/2017

DocuSign Envelope ID: 14F47EB7-ABB2-4425-86BB-2D7D9467A9D9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017

Assinatura: *Elidsa Cristina Calisto*
DocuSigned by:
17B125DBDE67415...

Nombre: Elidsa Cristina Calisto

Endereço: Avenida Sagrado Coração de Jesus, 567 – Vila São Geraldo

Taubaté , São Paulo BR 12062050

Teléfono: 5512981155373

Email Address: elidsacalisto@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/03/2014

A: 08/04/2015

DocuSign Envelope ID: 2B1D7196-84F8-4267-8886-98B3CD7890D3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/09/2017

Firma: *ELIO JORGE GUTIERREZ*
DocuSigned by:
063815237DDB487...

Nome: ELIO JORGE GUTIERREZ

Dirección: SAN JUAN 525 TORRE A3. PISO 7. DEPTO 52.

MENDOZA, MENDOZA AR 5500

Telefone: +5492613009461

Email Address: ELIOJORGEGUTIERREZ@HOTMAIL.COM

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/11/2010       A: 03/11/2011

DocuSign Envelope ID: CCCBA936-985B-4875-AE48-D98C1D5EC781

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Elmedina Grobovic*
2D9304778D6E4E8...

Name: Elmedina Grobovic

Address: Milinkladska 40

71 000, BA 71 000

Phone Number: +38761543366

Email Address: grobovic.e@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/04/2010        To: 10/23/2012

DocuSign Envelope ID: 62562992-B301-49AE-BF5F-1CC914CE73BB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: signature]* AF8062B0677048B...

Name: Ema Gjorova

Address: 15/a Varshavska Street

Skopje, Skopje MK 1000

Phone Number: 0038970402449

Email Address: ema.gjorova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/11/2013     To: 02/06/2014

DocuSign Envelope ID: 1BFE2CD3-2233-417D-B168-F707E8C7E9E6

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017          Assinatura: _DocuSigned by:_ 2DBCE245AC2F4DB...

Nombre: Emilia Caroline dos Santos

Endereço: 5201 minnehaha blvd

Edina, MN US 55424

Teléfono: +5581996869983

Email Address: emilia.csantos@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/26/2016          A: 09/21/2018

DocuSign Envelope ID: 7592AA2A-842F-45CA-BB7E-86ECACA1FFC1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Emily Seery*
60A74B61FABA4AB...

Name: Emily seery

Address: 139 wilkinson avenue

Birmingham gardens , New South Wales  AU 2287

Phone Number: 0488989374

Email Address: Emilypseery612@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/13/2014          To: 01/13/2015

DocuSign Envelope ID: F5E58131-9F3F-4CC1-8805-73A92B94AE0D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 3C915C3819E24A7...

Name: Emma Ferrigno

Address: 18 avenue ilyssia

Marseille, FR 13008

Phone Number: 0601184694

Email Address: Missemmaferrigno@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016      To: 04/03/2017

DocuSign Envelope ID: 6288A144-7E57-4BD6-9DB3-BA5AEC0C20C8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/12/2017_          Firma: *Emma Judith Franco García*
                                             DocuSigned by:
                                             C98031CAB14C49B...

Nome: _Emma Judith Franco García_

Dirección: _Cra 14c. #47-46 Los Ángeles_

_Montería , Córdoba   CO 230002_

Telefone: _+573004987979_

Email Address: _emma.francog@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _10/17/2016_          A: _10/17/2017_

DocuSign Envelope ID: E29CA62A-4B9C-487E-BEE7-8FE41E3C4C91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 4F39C8B5743E4AF...

Name: Erika Cubranich

Address: Martinelli 27

Rho, Milano IT 20017

Phone Number: 3885619339

Email Address: e.cubra@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2015     To: 07/26/2017

DocuSign Envelope ID: 6890B844-9F8E-41A1-BDE0-CFC24177EC9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 0380E9B5B3614D8...

Name: Erin Maree June mcintyre

Address: 3/36 Allowrie Street

Jamberoo, New south wales AU 2433

Phone Number: 0435334429

Email Address: Erin.mcintyre1@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/03/2014      To: 01/29/2015

DocuSign Envelope ID: 748BA8EA-5D34-43F8-BA28-50A0250E2037

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ D658A3E21B82471...

Name: Evelina Dahlgren

Address: 122 chestnut street

North Andover , MA US 01845

Phone Number: 9789651260

Email Address: evelinadahlgren@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2016   To: 09/18/2017

DocuSign Envelope ID: 09A493B8-6286-47A5-B11B-09BAE2D4CF3F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 68739D7F08C1467...]*

Name: Fanny Marie tetrel

Address: 42 la geronie

Cublac, FR 19520

Phone Number: 9255281538

Email Address: Fanny-tetrel@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/15/2016     To: 02/15/2018

DocuSign Envelope ID: C98BF84B-F9C5-4011-9FF9-BAC251EFFE1D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017     Signature: _____

Name:  Felicitas Peters

Address:  2638 46th ave sw

Seattle, WA US 98116

Phone Number:  2067135184

Email Address:  Felicitas.peters@ymail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  07/11/2016     To:  07/11/2018

DocuSign Envelope ID: 931270F6-0481-45CA-8F69-9C2F94D4C83F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Darsan_
DocuSigned by:
42C79D665F4644E...

Name: Felishia candice darsan

Address: 1 westbury

Johannesburg , Gauteng   ZA 1404

Phone Number: +27783635948

Email Address: candicedarsan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/26/2016     To: 07/10/2017

DocuSign Envelope ID: F5B86165-925F-4724-879F-458CE09E5FF1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ A0C9AD2A94C24B9...

Name: Felizitas Gailing

Address: 784 Fawnhill Rd

Broomall, PA US 19008

Phone Number: 7028909518

Email Address: felizitas.gailing@web.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/26/2016      To: 09/25/2017

DocuSign Envelope ID: DF8B15D5-475A-4A34-B864-09B269E1BA41

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Fengling Li*
81DE4C9B775744B...

Name: Fengling Li

Address: Shirlington

Arlington , VA US 22206

Phone Number: 09174239245

Email Address: 765305441@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/05/2016        To: 04/13/2017

DocuSign Envelope ID: 9BF3A575-4366-4573-B095-468B9019312D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[signature]* DocuSigned by: 758DE9A19F654FD...

Name: Florinda Raiola

Address: Via ferrovia 4

Trieste, TS IT 34151

Phone Number: 3409363522

Email Address: Floflo.ra@hotmail.it

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/18/2013     To: 06/16/2015

DocuSign Envelope ID: B1558929-0B90-469B-B623-B1926187F33E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Maria Carla Fontanella_
DD9E2653870D4CC...

Name: Fontanella Maria Carla

Address: 2261 vallejo street

San Francisco , CA US 94123

Phone Number: 4157418947

Email Address: mariacarla.fontanella@outlook.con

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2016       To: 07/10/2018

DocuSign Envelope ID: 7171375B-D6CB-4421-8943-9133311869C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *FRANCOIS Elise*
6A66E268E5054AF...

Name: FRANCOIS Elise

Address: 164 avenue des chartreux

Marseille, PACA FR 13004

Phone Number: 0033782410285

Email Address: elisedmlfrancois@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2011          To: 09/05/2012

DocuSign Envelope ID: 30CE6B89-A0DF-4CA2-8695-058B4DE67135

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Franziska Jaeschke*
DocuSigned by:
B3456E748B6C499...

Name: Franziska Jaeschke

Address: Liethberg 8

Borchen, DE 33178

Phone Number: +4917672193508

Email Address: franziskajaeschke@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2009      To: 05/05/2010

DocuSign Envelope ID: 54F264BF-45E5-4DE2-9085-1406C3B41F74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: signature]* 56725E503DC9468...

Name: Franziska Pleschiutschnig

Address: St. Nikolai 22

Ruden, Carinthia AT 9113

Phone Number: 06606626158

Email Address: Franziska.ple@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2014     To: 08/04/2016

DocuSign Envelope ID: 2D687332-45D4-4053-9CBB-4FD6A0A95A44

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017               Assinatura: *Gabriela dos Santos Nunes*
DocuSigned by:
C7D07D7097D64CF...

Nombre: Gabriela dos Santos Nunes

Endereço: 3880 Franklin Ave

Los Angeles,  BR 90027

Teléfono: 424320786

Email Address: gabrielac.nunes21@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/06/2016          A: 09/06/2018

DocuSign Envelope ID: 2CEB6907-17CF-4C8E-8E1A-93DDEDDFF0EF

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017     Firma:     DocuSigned by: [signature] 1AC0C12F09364BE...

Nome: Gabriela Lilian Albarrán Pérez

Dirección: Azucena

Ciudad de México, Ciudad de México MX 10610

Telefone: 5538848822

Email Address: ps.galbarran@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/25/2016     A: 02/02/2017

DocuSign Envelope ID: 6E519C3B-DCA9-4ED4-B532-B3D5C09ABA1F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 2BED7DABD55C48E...

Name: Gabrielle Novick

Address: Peri Road

Cape Town, Western Cape ZA 7975

Phone Number: 0642520025

Email Address: gabifaeryy@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/20/2014     To: 11/11/2014

DocuSign Envelope ID: 15D54E23-0FBB-4D03-97A7-062004002769

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* 9EDABC414B9E46F...

Name: Galit Hen

Address: hadishon st. number 8 apt. 13

jerusalem, IL 9695608

Phone Number: 0522870804

Email Address: galit.hen@mail.huji.ac.il

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/16/2012     To: 02/16/2013

DocuSign Envelope ID: A841EA68-E972-4B8D-B7F1-E499211B78FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Gautier Adeline*
DocuSigned by:
77D1446201234AB...

Name: Gautier Adeline

Address: 1 lotissement du calvaire

st didier en Velay, Haute Loire FR 43140

Phone Number: 0767340729

Email Address: adeline-gau@hotmail.fr

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/28/2016     To: 08/30/2017

DocuSign Envelope ID: 8C86B4A4-519F-4763-97FE-5FA8C649CD3D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 1BF5E39510CA40F...

Nome: Gemma Maria Andreu Burches

Dirección: Alfahuir n°44 puerta 49

Valencia, Valencia ES 46020

Telefone: +34619064843

Email Address: gemmanbur@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/27/2016   A: 07/26/2017

DocuSign Envelope ID: CE1FFC86-9C82-4D1E-9D6C-59AD0470E771

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Georg Riechert*
DocuSigned by:
A073D36B420C48B...

Name: Georg Riechert

Address: Willy-Brandt-Straße 58

Halle (Saale), Sachsen-Anhalt DE 06110

Phone Number: +4915256369186

Email Address: georg_riechert007@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2011          To: 08/25/2012

DocuSign Envelope ID: 37EE3C44-A2B2-48C6-9847-0C8A0FEB089E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:   09/12/2017

Firma:   _DocuSigned by:_
FFA582E0FDED4A5...

Nome:   Gisally Torres Lorenzana

Dirección:   Tenochtitlán 69

Minatitlan , Veracruz  MX 96717

Telefone:   9211695115

Email Address:   dliciouz_strawberry@hotmail.com

Patrocinador:   Cultural Care Au Pair

Datas de participação no programa au pair:

De:   05/16/2016          A:   02/15/2018

DocuSign Envelope ID: 980C25A3-E21B-4AD3-A80A-9887468C5F01

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017          Firma: _DocuSigned by:_ 1B062C4C9FE143A...

Nome: Gloria Alejandra Cortez Plata

Dirección: RUPERTO MTZ 1901ote

MONTERREY, NUEVO LEON MX 64018

Telefone: +5218116110501

Email Address: halecortez@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/21/2014          A: 03/18/2016

DocuSign Envelope ID: 6DCCCC8B-FF98-4F73-972F-CC901BAF6CFB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _Gloria Fernanda Ramírez Bernal_
DocuSigned by:
45C0A925DF4743B...

Nome: Gloria Fernanda Ramírez Bernal

Dirección: Blvd. José María Morelos 2012/ 18

León de los Aldama , Guanajuato MX 37138

Telefone: 0444774751077

Email Address: g.fer_xoxo@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/19/2013       A: 07/19/2014

DocuSign Envelope ID: 94EE0161-C3C4-4F64-AA63-5EAFABC86816

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* BCBBD7599743481...

Name: Grace probyn

Address: Amhurst Road

London,  GB E81jn

Phone Number: 07467949495

Email Address: Grace.probyn93@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/08/2012     To: 09/02/2014

DocuSign Envelope ID: 98380E58-FCE8-44C1-8544-5BE4400A14AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *GUOJING CUI*
DocuSigned by:
DAB3F7D872134D8...

Name: GUOJING CUI

Address: 138 Canoe Brook Road

Short Hills, NJ US 07078

Phone Number: 19737654720

Email Address: conniecui930506@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015     To: 05/23/2017

DocuSign Envelope ID: 5466B96B-7828-47D6-A6BB-D647124EC357

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: signature]*
A5EDA54E54A345F...

Name: Hanna Kyrylenko

Address: 89-10 35 Ave apt A3L

Jackson heights, NY US 11372

Phone Number: 5167175623

Email Address: anyayos@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2016     To: 12/01/2016

DocuSign Envelope ID: 74B532D7-2919-411C-83A3-A3336EBB5B0C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Heidrun Jenny Smaradottir*
DocuSigned by:
C9173BB6292F475...

Name: Heidrun Jenny Smaradottir

Address: Reidvad 7

Reykjavik, Iceland IS 110

Phone Number: +3548492883

Email Address: heidrunjenny@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/23/2014     To: 09/23/2016

DocuSign Envelope ID: C30864A1-AF90-41CE-8012-FB98FB67C802

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Hyuna Choi*
DocuSigned by:
6A9E7AC3ABD9473...

Name: Hyuna Choi

Address: 199 woodland avenue summit NJ

Summit, NJ US 07901

Phone Number: 01031270888

Email Address: sksgusdk5468@naver.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/15/2016     To: 05/15/2017

DocuSign Envelope ID: C78D5788-55A7-4DAB-A460-61A960A81F2C

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature] 52C2E97047DB492..._

Name: ILONA BITSADZE

Address: 1521 lago st apt 24

San mateo, CA US 94403

Phone Number: 6505761361

Email Address: ilona_bitsadze@rambler.ru

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2009     To: 05/10/2011

DocuSign Envelope ID: 614F0514-3F0D-48DD-B707-1843B2994F89

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature:

DocuSigned by:
A0842271DF3249E...

Name: Ilse de vries

Address: 1644 lassen way

burlingame, CA US 94010

Phone Number: 6507663399

Email Address: Idevries94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016   To: 08/01/2018

DocuSign Envelope ID: 61094544-E6D2-43E2-A228-129BF926BD3F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 1A645EBF584D455...

Name: Ilse Denisse

Address: 16 de septiembre 302

Calvillo, AGUASCALIENTES MX 20834

Phone Number: 4491897127

Email Address: idlc.ags@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/10/2016     To: 07/25/2017

DocuSign Envelope ID: D42C11EE-F49B-40E7-A92C-63FF1AE96B58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Ilya Grin*
6A86B06B9F9A4D7...

Name: Ilya Grin

Address: Staten Island, 11 Walbrooke Ave

NY, NY US 10301

Phone Number: 3475969196

Email Address: ilya.grin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2009     To: 08/01/2011

DocuSign Envelope ID: 09F4092F-0A34-4CD1-8AAD-119BDA7649EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Inna Snyder (Moroz)*
DocuSigned by:
98C2D2B21DCD45E...

Name: Inna Snyder (Moroz)

Address: 3721 Parfet st.

Wheat Ridge, CO US 80033

Phone Number: 7203463145

Email Address: inessy7@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2009     To: 11/28/2009

DocuSign Envelope ID: 45985897-39B3-49FD-9FC4-5D1F7DC08158

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Irem Dix*
506B8C1ADBC243F...

Name: Irem Dix

Address: 81 dix drive

phoenix, NY US 13135

Phone Number: 3157445355

Email Address: 12iremc@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/22/2009     To: 08/02/2011

DocuSign Envelope ID: FBBC6834-663A-4FAB-B4E2-FE632CC191F7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 12EE12830DE345C...

Name: Irene Sapuppo

Address: Via A. Dall'Oca Bianca 11/7

Verona,  IT 37030

Phone Number: 3401297671

Email Address: sapuppoirene@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/15/2014    To: 09/15/2016

DocuSign Envelope ID: 46AEE450-0435-42D7-9EBB-F3D2E52F3E4C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: E6CE4012AA1B429...]*

Name: Isabelle Lekhal

Address: 12 rue des grands pres

Chessy, FR 77700

Phone Number: 0695184799

Email Address: Lekhal.isabelle@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/01/2012     To: 12/22/2012

DocuSign Envelope ID: F03EAC1A-4C35-49CB-AAAE-0CCB493C2269

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017        Assinatura: _Isabelle P_
                                      DocuSigned by:
                                      485B30ED38154F4...

Nombre: Isabelle Pfefer Da Veiga

Endereço: Rua Algeciras 418

Santo André , São Paulo  BR 09250-010

Teléfono: 551144011369

Email Address: isapfefer@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/08/2015        A: 09/07/2017

DocuSign Envelope ID: F1382D4B-B690-45A1-A8DB-7B01407A9CEF

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017        Assinatura: _Izabela_ A138FB16BAE7463...

Nombre: Izabela Maria Alves Diogo

Endereço: Júlio de mesquita 176

São Bernardo do Campo-SP, São Paulo BR 09691000

Teléfono: +5511986129744

Email Address: Izabeladiogo@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 02/17/2014        A: 02/16/2015

DocuSign Envelope ID: 431C0FE0-2C03-47E4-B9E4-3B7CCF832834

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 51FC32E311A248E...]*

Name: Jacqueline alvidia nell

Address: capri crescent

hibberdene, kwa zulu natal  ZA 4220

Phone Number: 0794761468

Email Address: jacky_nell_08@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/04/2010     To: 04/04/2012

DocuSign Envelope ID: 64E75266-1CC5-4333-82A7-DD5C3E92DD85

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by signature)_ D2D98AF83AEF4FC...

Name: Jacqueline Lamers

Address: 366 Summit Ave

Mill Valley, CA US 94941

Phone Number: 4156030436

Email Address: jacqueline.lamers@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016    To: 02/22/2018

DocuSign Envelope ID: 54D7BB9F-3D86-4C72-9AA9-2A65BE65D885

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *JADE CAVATI*
DocuSigned by:
7236C89BE8B4450...

Name: Jade Cavati de Macedo

Address: 45 Autopscot Circle

Nantucket , MA US 02554

Phone Number: 5082210627

Email Address: jadecavati@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/25/2016     To: 09/25/2018

DocuSign Envelope ID: DC0589D9-9099-4C14-A007-DE1DB8F37CB2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 8809FA5F28B34C2...]*

Name: Jane Harkin

Address: 6 Cadby Avenue

Ormond, Victoria AU 3204

Phone Number: +61447127714

Email Address: jane.harkin@live.com.au

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 07/31/2017

DocuSign Envelope ID: AF4A4274-7EB2-46A1-B45A-709ADF97A864

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017          Assinatura: *Jaqueline de Cassia Andressa Rodrigues da Sil*
190CC485575046B...

Nombre: Jaqueline de Cassia Andressa Rodrigues da Silva

Endereço: Avenida Tenente João Benedito Caetano, 40, Jardim Esmeralda

Santa Bárbara D'Oeste, São Paulo BR 13454033

Teléfono: +5519994101329

Email Address: jcassia1993@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/04/2015          A: 03/05/2016

DocuSign Envelope ID: BD7D80EC-374E-48AD-86DB-80F0E68640F1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *(DocuSigned by)* 3C3FE5742F8C438...

Name: Jeannez shanna

Address: Caphar

Nueil les aubiers , Deux sevres  FR 79250

Phone Number: 0671128285

Email Address: Shanna79250@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016      To: 08/21/2017

DocuSign Envelope ID: 5C0822E7-C1A2-4D7E-9E3D-3054B029E27A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Jelena Pejic Roberts*
70836EC0D3604E4...

Name: Jelena Pejic Roberts

Address: 111 E Dewey Ave apt 101

Wharton, NJ US 07885

Phone Number: 6099475150

Email Address: jelenapej@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/23/2014     To: 06/22/2016

DocuSign Envelope ID: B7BD344A-1111-4620-A15C-55EEBD974766

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 095032D9E208470...

Name: Jenna Pentikainen

Address: 8 Bretagne Close La Rochelle Bellville

Cape Town, Western cape ZA 7530

Phone Number: +27735973316

Email Address: jennapen24@live.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2012     To: 08/18/2013

DocuSign Envelope ID: 56E9C69C-8DD2-476C-9CF5-C51EFD2BB770

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: J Hempel, 511B6811B21448E...]*

Name: Jessica Hempel

Address: Breisgaustrasse 70

Baden-Baden, DE 76532

Phone Number: +4915112292670

Email Address: jessica.hempel@gmx.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2013        To: 06/17/2015

DocuSign Envelope ID: A17F299F-FF8A-4AEC-8FDF-F376B520C7F4

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017

Assinatura: *Jessica Maria Ribeiro Pereira*
DocuSigned by:
23B0C5D617074AE...

Nombre: Jessica Maria Ribeiro Pereira

Endereço: 320 kent ave

kentfield, CA US 94904

Teléfono: 4158498850

Email Address: jessica.mrpereira@gmai.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 02/22/2016          A: 02/22/2018

DocuSign Envelope ID: FBC9E235-9BD1-48BC-B20B-B634DB0573C9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *JUDM* 05BD606FC2FF44C...

Name: Jessica Mariette Diaz Martinez

Address: 133 Sunset Rd

Arlington , MA US 02474

Phone Number: 8575235296

Email Address: mariette.martinez@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015    To: 08/24/2017

DocuSign Envelope ID: 057DA92D-CCE9-4C3C-ACB0-7D2CF0E30BFB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:   09/12/2017          Signature: *[DocuSigned by signature]* F712B027EA9D44C...

Name:   JESSY MACHEFAUX

Address:   40 boulevard Jeanne d'Arc

RENNES,  FR 35000

Phone Number:  0632849824

Email Address:  jessy.machefaux@gmail.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From:  09/04/2013          To:  12/27/2013

DocuSign Envelope ID: ED95937C-39D3-4B31-95DE-DB96B6B9C9FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Jia Tang*
DocuSigned by:
69798140CB5C426...

Name: Jia Tang

Address: 2608 Watervale Way

San Ramon, CA US 94582

Phone Number: 9259840123

Email Address: 375184053@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2016   To: 10/10/2018

DocuSign Envelope ID: 831E4B08-D1C5-4C57-B552-88E89DE7BB24

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *(DocuSigned by: 57D69773333D405...)*

Name: Johana Ruez

Address: 3421 NE 15th Ave apt 4

Oakland Park, FL US 33334

Phone Number: 7607120812

Email Address: johana.ruez@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/28/2013     To: 01/28/2015

DocuSign Envelope ID: 4FBE5D79-FEEF-42CD-A1FD-7FC2967BE240

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: 8863267C545D44D...]_

Name: Johanna Helen svensson

Address: 5184 Brawner Pl

Alexandria, VA US 22304

Phone Number: 7037178003

Email Address: Johannaaasvensson@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2016     To: 12/05/2017

DocuSign Envelope ID: 24DCD153-D3DB-4747-8F1E-A4B9F921FBBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ C5FE123ED50A4B0...

Name: John Mattias Vestergren

Address: Rullstensgatan 27B

Umeå, SE 90655

Phone Number: +46708903260

Email Address: Wezzoo_@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/15/2014          To: 06/15/2016

DocuSign Envelope ID: B2566F37-1277-438F-907A-D4CCBF474F5B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Jonas Alexander Jasper*
DocuSigned by:
09927EED52DF4D0...

Name: Jonas Alexander Jasper

Address: Rudolf-Virchow Str. 11

Ibbenbüren,  DE 49477

Phone Number: 004917657782517

Email Address: jonas.jasper@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/09/2013       To: 06/10/2014

DocuSign Envelope ID: 720FDDCD-8C4E-4242-B87B-73CE720EE2D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: 34DBF68CA4F942A...]_

Name: Jonna Klara Christina Svensson

Address: 3 davenport

Weston, MA US 02493

Phone Number: 7814349580

Email Address: jjonnasvensson@hotmail.se

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2016     To: 10/17/2017

DocuSign Envelope ID: 13AEDF46-D6B7-4FF5-A166-BDD53C675AFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Jordan Anderson*
DocuSigned by:
C38DAD95AF9B4C3...

Name: Jordan Anderson

Address: 85 Haines Road

Barrabool, Victoria AU 3221

Phone Number: 0434404315

Email Address: jordan_louise21@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/28/2012     To: 08/14/2012

DocuSign Envelope ID: 6212B6C6-8111-4ED0-9D2A-A0B6CDDD0B30

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Josefine Bock*
DocuSigned by:
495D48C6D681454...

Name: Josefine Bock

Address: 1749 Conway St

Seaford, NY US 11783

Phone Number: 5165105418

Email Address: jossan.bock@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/03/2016      To: 10/03/2017

DocuSign Envelope ID: 7FF7019C-D167-4990-8879-DE8C9CAC8705

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Chenot_  
DocuSigned by:  
1DF95B66DD6D4E1...

Name: Joy Maeva Chenot

Address: 152 chemin de saint hilaire

saint jean de cornies,  FR 34160

Phone Number: +33768294608

Email Address: joymaeva.chenot@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2015     To: 08/24/2017

DocuSign Envelope ID: AB19D3CF-3173-453A-A218-25B0E84DD2E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(DocuSigned by: 0C0E2CEC87A6448...)_

Name: Juaneva Cecelia Ellen du Plessis

Address: 22 Pongolo Street Riverlea

Johannesburg , Gauteng ZA 2093

Phone Number: +27812167090

Email Address: jduplessis92@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/14/2016      To: 02/07/2017

DocuSign Envelope ID: 29570108-755F-4B56-B5F9-1D06E6A0BAEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Julathip Wongpaeng*
DocuSigned by:
EC4F79D22B9B401...

Name: Julathip Wongpaeng

Address: 618 S 46th St

Tacoma, WA US 98418

Phone Number: 2067243794

Email Address: jwongpaeng7@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/16/2012     To: 08/08/2014

DocuSign Envelope ID: 23E26D82-E41D-4026-B06D-D50246E43403

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: B4426CA64585457...]_

Name: julia djaoui

Address: 519 47th avenue

San francisco , CA US 94121

Phone Number: 3128980317

Email Address: djaoui.julia@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/08/2015     To: 11/08/2017

DocuSign Envelope ID: E622951B-A2A4-4796-AD51-A17010C7BDB9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Julia Glazewska*
94DA3C5E244C480...

Name: Julia Glazewska

Address: ul. Niepodleglosci 4 c

Lubon, Wielkopolska PL 62-030

Phone Number: +4550304125

Email Address: juliaglazewska95@gmial.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016       To: 07/03/2017

DocuSign Envelope ID: 39CF416E-B396-4F97-ACC9-68B49D7A6B25

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Julia Kruschwitz*
DocuSigned by:
4D99898743BD4FA...

Name: Julia Kruschwitz

Address: Werner Hellweg 242

Bochum, DE 44894

Phone Number: 01786554784

Email Address: juliakruschwitz@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2016        To: 07/28/2016

DocuSign Envelope ID: FBCB4735-010F-4852-A287-07D4B2502DB1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ D5778C95D567450...

Name: Julia Maria Therese Bergsten

Address: 5432 mount lookout Ct

Burke , VA US 22015

Phone Number: 2406184909

Email Address: Juliaabergstenn@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/09/2017          To: 01/09/2018

DocuSign Envelope ID: 734DDFE3-AD92-4EBA-AF53-E8BED9687D41

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Juliana Jaramillo Franco*
DocuSigned by:
BCA58D9F519F4E1...

Nome: Juliana Jaramillo Franco

Dirección: CALLE 76A N° 21-33 BARRIO MILAN

Manizales, CO 472

Telefone: 3113092746

Email Address: juliana_jf94@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/10/2016            A: 01/25/2017

DocuSign Envelope ID: 18738BC7-DEE4-4A3F-9DF4-714CF2E134F5

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ A350A0C87B824A1...

Nome: Juliana restrepo

Dirección: 52 72 arncliffe st

Wolli creek, NSW AU 2205

Telefone: 0470335178

Email Address: julirpo123@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/20/2015     A: 01/20/2017

DocuSign Envelope ID: 5DE09314-C05A-46BD-9DFB-D34ADB98D79D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Julie Østerdal* (DocuSigned by: 05ACFFB6211949E...)

Name: Julie Østerdal

Address: Valby Langgade 88b, 1.th

Valby, DK 2500

Phone Number: +4520987449

Email Address: Julieoesterdal@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2011     To: 03/30/2012

DocuSign Envelope ID: C7933D27-627E-4AB7-BBED-D4FA9117CEE3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/12/2017_       Firma: _Jully Stephania Molina Taborda_
                                          DocuSigned by:
                                          644D9F30AA2A4AB...

Nome: _Jully Stephania Molina Taborda_

Dirección: _Tina 24 - 13_

_Tallinn, EE 10126_

Telefone: _+37258481375_

Email Address: _jully_molina@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/30/2013_       A: _12/28/2014_

DocuSign Envelope ID: 35B85D24-992B-4A02-88D6-1931E6743F38

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/12/2017

Firma:  *JULY PAULYNNE GONZALEZ QUINTERO*
DocuSigned by:
62530044A48F45F...

Nome:  JULY PAULYNNE GONZALEZ QUINTERO

Dirección:  293 WYOMING AVENUE

MAPLEWOOD, NJ US 07040

Telefone:  6176502419

Email Address:  JPAULYNNEG@GMAIL.COM

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:  09/12/2016     A:  06/12/2018

DocuSign Envelope ID: 05A65618-9296-4084-A27A-3CCA527824AC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Kana Torige*
DocuSigned by:
547A6252DB394A9...

Name: Kana Torige

Address: 11830 n sandhill cir

Mequon, WI US 53097

Phone Number: 4144261767

Email Address: torigekana@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/09/2011     To: 05/09/2012

DocuSign Envelope ID: 78318D08-9FDD-479E-85EC-07EF9C6CAF1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *karem eglahee carrazco ortiz*
DocuSigned by:
62F3FF3F2F85492...

Name: karem eglahee carrazco ortiz

Address: 7853 fawn meadow view

colorado springs, CO US 80919

Phone Number: 6622277111

Email Address: karemcarrazco@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/20/2016      To: 06/29/2018

DocuSign Envelope ID: 91453292-7E19-4D21-BFE6-969665829BE6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *karen Lizeth Sánchez Mejía*
DECC31C4E51B431...

Name: Karen Lizeth Sánchez Mejía

Address: Av Pablo Neruda 3335

Guadalajara, Jalisco MX 44220

Phone Number: 19220393

Email Address: jogodaigrai@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/08/2016      To: 07/12/2016

DocuSign Envelope ID: 8CDBB5AC-1637-4F02-9C55-1213DC06BD14

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _KAREN V DIAZ URREA_
DocuSigned by:
E9BA6CB7CDAF4B1...

Nome: KAREN V DIAZ URREA

Dirección: 10120 Ethridge Court

Raleigh, NC US 27615

Telefone: 9199093120

Email Address: karendiaz9419@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/29/2016          A: 08/28/2018

DocuSign Envelope ID: 9D18C269-70C9-472A-9841-DC6CC28F1BB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ W Kiefel  0505988F32CB466...

Name: Katharina Kiefel

Address: Wichterichstr, 14

Cologne, NRW DE 50937

Phone Number: +4917672984436

Email Address: katharina_kiefel@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2009          To: 04/04/2011

DocuSign Envelope ID: E289466E-118A-4EC4-92C7-BCF91D7F969C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Katherin Lisset Hernandez Guerrero*
3D43E97294444AE...

Name: Katherin Lisset Hernandez Guerrero

Address: Cra 28B # 12 - 21 Molinos Bajos

Floridablanca , Santander  CO 681002

Phone Number: +573132374123

Email Address: kate.hernandez4@icloud.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/15/2016   To: 02/15/2018

DocuSign Envelope ID: E62B6EF5-08FC-4258-8C98-D9798D75ED00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 2D04091E30D24FC...

Name: Katie Jane Weston

Address: 34 Angerton Ave

North Shields, Tyne & Wear GB NE303QY

Phone Number: 07398826013

Email Address: katie.janee@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2013     To: 12/23/2015

DocuSign Envelope ID: 7C83C3C8-A337-4E51-A399-08335C0646C9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Katie Lynam_ (DocuSigned by: 2A87717DF4EC44B...)

Name: Katie Lynam

Address: 142 Kingsbry

Maynooth, Co.Kildare,  IE 00000

Phone Number: 0851025102

Email Address: Katie.lynam90@yahoo.ie

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2009     To: 08/10/2010

DocuSign Envelope ID: BDD6A0EF-8202-4FBA-A14F-E484F296AF85

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: 3FDC141FC43443C...]*

Name: Katrin Lindsay

Address: 289 Calle la Guerra Unit a

Camarillo , CA US 93010

Phone Number: 8058438596

Email Address: Katrinlindsay@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/05/2009     To: 08/02/2011

DocuSign Envelope ID: E9266848-BEDC-452A-84D0-37217F3EE909

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* K LW 76F6D4A1C643407...

Name: Katrin Ludwig

Address: Feldmarkring 107a

Iserlohn, NRW DE 58640

Phone Number: 00492371436422

Email Address: Katrin.Ludwig1994@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2017     To: 09/02/2017

DocuSign Envelope ID: BCDC9901-E8BD-4B8D-AC65-9EADED7AD38E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Katrine Gravergaard*
DocuSigned by:
F5326C1BBFCA454...

Name: Katrine Gravergaard

Address: Taarupparken 2

Aarup,  DK 5560

Phone Number: +4521167370

Email Address: katrinegravergaard@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016     To: 08/14/2017

DocuSign Envelope ID: 8A686DFE-0744-48EB-AA02-BB8B4B81FAE3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _K Batson_
0A80144B20624A3...

Name: Kaylee Batson

Address: 10 bonsall court

South Shields, England GB NE34 0ht

Phone Number: 07809402521

Email Address: kaylee_batson@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/05/2015     To: 05/18/2015

DocuSign Envelope ID: 37B6A928-32F1-40E8-B627-E8065BCBABF3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 18530DBD64AB4B6...

Name: Kaylin jade Minnie

Address: 7 Hazelwood, Mile End Road, Diep River

Cape Town, Western Cape ZA 7810

Phone Number: +27794224330

Email Address: Kaylinsteyn01@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/22/2010     To: 06/18/2010

DocuSign Envelope ID: EC2771F6-12AA-44F0-9ADB-F8396482E599

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ DE2FB23CF9634DA...

Name: Keagile Mabeba

Address: 3177 Palm Springs Section I, 3177 palm springs sections I

Johannesburg, Gauteng ZA 1984

Phone Number: 609226225

Email Address: Keagilemabeba@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/23/2012     To: 08/01/2014

DocuSign Envelope ID: 20EFEEDE-00A7-4223-B9D6-FC356D8C5DCB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ 1EA98E3A78FA4DC...

Name: Kelly Andrieux

Address: 2 rue Littré Bat F

Lyon, Rhone FR 69009

Phone Number: +33647937781

Email Address: kellyandrieux@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/15/2014          To: 10/16/2015

DocuSign Envelope ID: 35B0777B-58F3-4757-B8F8-3649DD875008

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ E45F2288794E401...

Name: Kelly ann cloete

Address: 13 ceres street Avondale atlantis

Atlantis , Cape town  ZA 7349

Phone Number: 0629644875

Email Address: cloete.kelly@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/25/2009   To: 01/31/2018

DocuSign Envelope ID: A23B12FC-E0B6-4325-B378-689EF9E9398B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* 8B7F93F9A0FD4B3...

Name: Kelly Péré

Address: Maison Biek Bat , Chemin De Brasketenia

Arcangues,  FR 64200

Phone Number: 33647653228

Email Address: Tekey64@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/05/2013     To: 01/02/2015

DocuSign Envelope ID: F67BF849-57E2-4914-9164-57952D0E6CF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *kelsey-Jane Dickson*
DocuSigned by:
479B47752EEB400...

Name: Kelsey-Jane Dickson

Address: 119 Mona ct

Cherry hill , NJ US 08003

Phone Number: 2039120730

Email Address: Kelseyjaned@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2016      To: 07/17/2018

DocuSign Envelope ID: 482652E3-F77E-4F89-AAD6-FA90B6A71937

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Kirsty_ (DocuSigned by: 62EA057BD3EC482...)

Name: Kirsty Duncan

Address: Broadacres Drive

Johannesburg, South Africa ZA 2062

Phone Number: 0823300962

Email Address: kirstyd06@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/07/2016     To: 03/07/2017

DocuSign Envelope ID: DACF1AED-E274-498A-A8D8-8E4CDAFCFA03

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Klara Mihevc*
DocuSigned by:
BF483E2BDD504CD...

Name: Klara Mihevc

Address: Vodovodna cesta 45

Logatec, Logatec SI 1370

Phone Number: 0038670339145

Email Address: klara.mihevc@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/29/2010     To: 12/11/2012

DocuSign Envelope ID: DCC88CC3-167B-40C5-8483-64E693E5C0F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 26DED5BCA3A142C...

Name: Kopano Marumo

Address: 488 Reitz Street

Pretoria, Gauteng ZA 0002

Phone Number: +27715379646

Email Address: kmarumo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2011     To: 09/06/2012

DocuSign Envelope ID: CBF0D6E0-8C0D-4590-BFD8-AE98BF75B4E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Kristine Ann Murphy*
5BD56E73E46E42A...

Name: Kristine Ann Murphy

Address: William Street

Rochdale,  GB OL162SF

Phone Number: 07456056449

Email Address: kristine.a.murphy@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/04/2012     To: 03/13/2013

DocuSign Envelope ID: AD5BA228-CD9A-4BC0-AA82-2BB6288F1E83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 733AED07749C4C7...

Name: Kubra Sahin

Address: 436 37th street

Brooklyn, NY US 11232

Phone Number: 3472774571

Email Address: ku.bra97@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2016    To: 01/17/2018

DocuSign Envelope ID: 52D5590F-83F4-4D3B-95FC-7479591B341D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] D4B42F0B74D84A2...

Name: Laffont Candice

Address: 233 Rue La Fayette

Paris,  FR 75010

Phone Number: 0769862012

Email Address: candice.laffont@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/13/2015        To: 04/12/2017

DocuSign Envelope ID: AF739B47-BD6A-431C-B98D-2ACDA117A1B0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Laura camila Lozano lugo*
DocuSigned by:
A0729AFF004A48E...

Nome: Laura camila Lozano lugo

Dirección: 1017 N.Cleveland Ave, 5

chicago, IL US 60610

Telefone: 7735801426

Email Address: laucam_95@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/02/2016          A: 05/02/2018

DocuSign Envelope ID: B7051EC6-5366-433F-BD28-B3E7CA8AC641

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by_ 45EE6CE763A94E7...

Name: Laura Isabelle P Lapoirie

Address: Mabry Mill DR

Midlothian , VA US 23113

Phone Number: 8048149502

Email Address: lauralapoirie@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/27/2017     To: 04/25/2018

DocuSign Envelope ID: F949A5EF-FADD-41D1-A3B0-57B2B5474E0B

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Laura Joseph*
5E68A07303D34BC...

Name: Laura Joseph

Address: Westerbergfeldweg 6

Luebbecke,  DE 32312

Phone Number: +4915164818357

Email Address: lauraa_j@t-online.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/17/2016     To: 12/10/2016

DocuSign Envelope ID: 6268FF8E-3651-4483-A4B9-921717BF3703

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017        Firma: _DocuSigned by:_ EC404B97D668414...

Nome: Laura Juliana Cano Ligarreto

Dirección: Cra 7g #151a-42

Bogota, Cundinamarca CO 110131

Telefone: 9293130097

Email Address: Laurajulis@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/02/2015        A: 03/02/2017

DocuSign Envelope ID: CF50979F-6D49-423C-AA51-7E0DE90FC8E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature: 6DEC7DDD01B74D5...]_

Name: Laura rodriguez

Address: 5089 Jameswood circle

Kettering, OH US 45429

Phone Number: 9372701988

Email Address: rodriguezlauris9@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/15/2017     To: 01/15/2018

DocuSign Envelope ID: D54308C8-B27F-46B1-BCF0-BD06B7C6EAFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _L. Salkeld_
94ED8BA39B344E6...

Name: Laura Salkeld

Address: Russell Close

Pontypool, Torfaen GB NP4 0LZ

Phone Number: 07742254464

Email Address: laura_salkeld@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/21/2011     To: 03/21/2013

DocuSign Envelope ID: 26481A0F-1309-4566-A7E8-DD03D16F179F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/10/2017

Firma: *Lauren Sanchez*
DocuSigned by:
F593878EA57544C...

Nome: Lauren Sanchez

Dirección: 6403 winston drive

bethesda, MD US 20817

Telefone: 3019444769

Email Address: launesa@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 03/11/2011

A: 03/22/2013

DocuSign Envelope ID: 35D0A75F-5F60-49C6-9CB2-811E27EA5728

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Laurie Tixaire*
AA34AB7BD37F477...

Name: Laurie Tixaire

Address: 1 Rue Du Petit Cres

Pia,  FR 66380

Phone Number: 0617213496

Email Address: laurie.tixaire@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/21/2009     To: 07/21/2010

DocuSign Envelope ID: 207A113A-8354-46FC-8EC1-903FE4D18514

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Laville Sophie*
BD07CDE0C09E44A...

Name: Laville Sophie

Address: 115 rue Marie Marvingt

Montpellier, FR 34070

Phone Number: +33629908664

Email Address: sophtchik@club-internet.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/22/2009     To: 01/22/2010

DocuSign Envelope ID: F22EAFBD-DD6C-4C06-BB58-8001EE08D589

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by: signature 2882B27D3F5A47F...]_

Name: Lea Denis

Address: 12 rue de la crepelière

Montaigu, FR 85600

Phone Number: +33605152201

Email Address: lea.denis@free.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2015    To: 10/05/2016

DocuSign Envelope ID: E8E166A0-278B-44DC-B75D-284C2F24FC19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 6EFA7DB9BDA44C6...

Name: Leah Paige Shanks

Address: 189 Heyers Road

Grovedale, Victoria AU 3216

Phone Number: 0405856443

Email Address: leashan4@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/16/2015      To: 02/15/2017

DocuSign Envelope ID: 5AE995E1-2C20-484F-8DB3-CA8AB0E236E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ E519AE6F8380481...

Name: Leidy yohanna lopez Albornoz

Address: Calle 42 sur #93a21

Bogotá , Bogotá DC   CO 110871

Phone Number: 3106809641

Email Address: Lopita_j_@hotmaio.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/07/2017     To: 08/07/2018

DocuSign Envelope ID: 187C0754-A33D-408B-8E08-BF7F80E0DC28

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Lena Hugger*
A9A0CDCDDCD24FD...

Name: Lena Hugger

Address: Hambergstraße 22

SIEGEN,  DE 57074

Phone Number: 004917659191766

Email Address: lena.hugger@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/08/2015    To: 05/14/2016

DocuSign Envelope ID: 2943B584-51BD-4C91-BFCE-0BD90CD8B5C9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Lena Ernst*
DocuSigned by:
2A59CA4FB9DD421...

Name: Lena Isabell Ernst

Address: Schleswiger Straße, 18

Bielefeld, Nordrhein-Westfalen  DE 33605

Phone Number: +49 17663350964

Email Address: lena.ernst@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/26/2013     To: 08/25/2014

DocuSign Envelope ID: 920C768D-B6EC-4C39-ADD6-3711E26A02D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _L. Mier_
814654064E684D1...

Name: Leonie Meier

Address: Forststr.10

Künzell, DE 36093

Phone Number: 066133032

Email Address: leonie.meier@live.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 08/01/2017

DocuSign Envelope ID: 66E98ECD-A939-4D39-A510-484444ED8A59

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned signature]_ 0F9AAA8550A446F...

Name: Lerato Bambo

Address: 333 W Alameda Ave

Burbank, CA US 91506

Phone Number: 9292040054

Email Address: lerato.lbg@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/12/2016     To: 09/12/2017

DocuSign Envelope ID: 0CC73E9E-AF14-4BD9-A110-7FBE33D68C00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Leticha Ferraro* (DocuSigned by, 099ED720045A476...)

Name: Leticha Ferraro

Address: 66 Langman grove

Felixstow , South Australia  AU 5070

Phone Number: 0417045544

Email Address: leticha.ferraro@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/03/2012       To: 06/07/2013

DocuSign Envelope ID: 67901871-C080-45C6-B152-76E9E0104AB9

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017     Assinatura: _[DocuSigned by: 9F9EC8F752694AB...]_

Nombre: Letícia Alves Lima

Endereço: 9583 Davona drive

San Ramon , CA US 94583

Teléfono: 9254347233

Email Address: leehlima502@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/25/2016     A: 09/30/2018

DocuSign Envelope ID: D83730A5-0B4A-4E8D-B50C-C9DCE3C142A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 46F222E119ED4AE...]*

Name: Li-An Aharoni

Address: Oscar Schindler 36\8

beer sheva,  IL 8471892

Phone Number: +972526156599

Email Address: lianaharoni6@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/06/2016     To: 01/07/2017

DocuSign Envelope ID: 02D90577-CBB5-481C-92E1-6F26364ABC13

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]*
1322506F802A4B8...

Name: Lian Gal Shahar

Address: 16 Viderker

Hadera, IL 3839016

Phone Number: 0547800538

Email Address: liangalshahar@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/06/2014          To: 06/14/2015

DocuSign Envelope ID: FAAC799B-32FE-42E6-BC2B-ABDB9356E3C8

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/08/2017_____          Firma: [DocuSigned by signature] 0720FB8D5DC747F...

Nome: _____Ligia Anaitee Zosel Ojeda_____

Dirección: _____14510 124th Ave. NE  APT A6_____

_____Kirkland , WA US 98034_____

Telefone: _____2068598543_____

Email Address: _____Lazosel@hotmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Datas de participação no programa au pair:

De: _____01/06/2016_____          A: _____01/17/2017_____

DocuSign Envelope ID: EA4AE12D-6F5D-4521-ADA1-EBD7894648D0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Liina Junolaine*
DocuSigned by:
B649DDABA36A48C...

Name: Liina Junolaine

Address: Uus 4

Aravete, Järvamaa EE 73501

Phone Number: +3725275932

Email Address: ljunolaine@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2010      To: 08/30/2012

DocuSign Envelope ID: F3AA7E5C-4079-4685-A837-0EFCFCC19494

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017

Signature:  *[DocuSigned by signature]* 175B6E2663074F5...

Name:  Lilya Bratok

Address:  2555 Old Trevose Rd AptF-1

Trevose , PA US 19053

Phone Number:  2672647946

Email Address:  Lilyabratok@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  02/25/2008        To:  02/25/2010