DocuSign Envelope ID: DBCC78BC-AA9E-413D-8BE4-8BF440C4E5E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017          Signature: *[DocuSigned by: Lina Hansson  EC989AABE4A1492...]*

Name: Lina Katarina Hansson

Address: Ankarvägen 7

Skärhamn, SE 47132

Phone Number: +46768346320

Email Address: hanssonlina1@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016          To: 08/21/2017

DocuSign Envelope ID: 43116EAD-9806-423B-9C8C-EAA49373D908

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Linda O' Grady*
DocuSigned by:
74633DEE6820472...

Name: Linda O' Grady

Address: 159 Highlever Road

London,  GB W10 6PH

Phone Number: 07570725119

Email Address: lindaogrady89@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/14/2011        To: 11/14/2013

DocuSign Envelope ID: DD88261A-9154-4762-981A-0EE8E0D9D106

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[signature]*
DocuSigned by:
2B13C93842494E3...

Name: Lingli Xiong

Address: 4134 Frame Pl

Flushing, NY US 11355

Phone Number: 9086725450

Email Address: ginaxiong86@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015    To: 02/18/2017

DocuSign Envelope ID: 4CC62960-6E50-4466-B816-033B05CAB051

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/08/2017

Signature: *linsey castro bonilla*
DocuSigned by:
75A1CF9FD54842D...

Name: linsey castro bonilla

Address: 6403 liberty ave. apt 2b

north bergen , NJ US 07047

Phone Number: 2012706242

Email Address: linsey_castro@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2011     To: 12/14/2017

DocuSign Envelope ID: 84A31B3D-5FB9-44D0-B62B-4251A3C75C19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017                    Signature:

Name: Lior Aharoni

Address: Rabi yehuda hanasi 8/15

petah tikva, Israel IL 4974322

Phone Number: 0506396539

Email Address: lior.aharoni815@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2015          To: 08/18/2016

DocuSign Envelope ID: 32F96C78-1931-461A-A9E3-2AE0D872A5BD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *LIQI WANG*
DocuSigned by:
4B4AB5B0AEBE461...

Name: LIQI WANG

Address: 22 Nathaniel Green Dr

Titusville, NJ US 08560

Phone Number: 6096103637

Email Address: likiwangliqi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/11/2016    To: 09/11/2018

DocuSign Envelope ID: F2681BB8-1CBD-4675-A775-68815238D55F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Lisa Marilou MOULIN*
DocuSigned by:
F97C6FFFE6A24DA...

Name: Lisa Marilou MOULIN

Address: 7513 Fountain Avenue apt 218

Los angeles, CA US 90046

Phone Number: 8188615041

Email Address: lisa_moulin@yahoo.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/13/2013          To: 05/15/2014

DocuSign Envelope ID: E71F71F7-C80E-4B9F-B9FA-EFD1B8B14B2F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ E36CAC7028874CB...

Name: Lisa-Marie Neuerbourg

Address: 2592 Comstock Cir

Belmont, CA US 94002

Phone Number: 6502454144

Email Address: Lisa-marie.neuerbourg@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2016     To: 10/17/2017

DocuSign Envelope ID: 8300E051-6E3C-491B-A40B-903B88A877CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Lishi Yang*
DocuSigned by:
555E1F32B0054DC...

Name: Lishi Yang

Address: 1870 Crestridge Pl NE Atlanta, GA 30345

Atlanta, GA US 30345

Phone Number: 7209651031

Email Address: kissy2015ss@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/27/2016          To: 11/27/2017

DocuSign Envelope ID: A25411B1-3CD8-4336-B5E2-5C2B5B49D1E1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _LLINARES FREDERIC FARID_
DocuSigned by:
2BE058F48C9B44E...

Name: LLINARES FREDERIC FARID

Address: 9 RUE COMMANDANT RAYNAL

NIMES, OCCITANIE FR 30000

Phone Number: +33614380015

Email Address: LLINARES.FREDERIC@HOTMAIL.FR

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2011      To: 11/30/2011

DocuSign Envelope ID: D3F30EA5-35ED-477F-8F30-2A06CFE2AA69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017          Firma: _DocuSigned by:_
C3FAAD8DFAE9484...

Nome: Lorena Mora Gomez

Dirección: 8 pimlott ln

Mill valley, CA US 94941

Telefone: 4153619471

Email Address: Lorennn4@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/24/2016          A: 09/12/2017

DocuSign Envelope ID: 24E8D123-A2E4-4575-BA86-35C494B8E24A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/10/2017

Assinatura: *Lorene Ribeiro da Costa*
DocuSigned by:
F7851ACCABC449B...

Nombre: Lorene Ribeiro da Costa

Endereço: 3718 W Wabansia

Chicago, IL US 60647

Teléfono: 3124779700

Email Address: lorene_costa@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/03/2016          A: 10/03/2017

DocuSign Envelope ID: 54A526A1-6735-4C01-9E5D-5CC5D59B4E8B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Luana Paiva de Cuzzo*
DocuSigned by:
ACD2E49002C4408...

Name: Luana Paiva de Cuzzo

Address: R Araci, 480

Santo André, São Paulo BR 09280510

Phone Number: 11975101112

Email Address: luana.cuzzo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/26/2013     To: 08/25/2015

DocuSign Envelope ID: 9219520A-F6D3-47C4-8B65-3A5B125D1332

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_          Firma: _[DocuSigned by signature] 1C3866BDCA664D2..._

Nome: _Lucero Becerril García_

Dirección: _732 San Ramon Av_

_Sunnyvale, CA US 94085_

Telefone: _408 991 44 83_

Email Address: _l_becerril_g@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _10/17/2016_          A: _10/16/2017_

DocuSign Envelope ID: 36243DF3-347A-4577-B652-4032B4E3686D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ (signature) D6B018999BEA414...

Name: Lucia bonfanti

Address: 1034 heritage hill dr

Naperville, IL US 60563

Phone Number: 6306734399

Email Address: Luciabonfanti.lb@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/06/2014        To: 06/19/2016

DocuSign Envelope ID: 68FA0CCF-94F8-406F-9E99-864A4D986C4F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _[DocuSigned by: A5BF59FD7E51446...]_

Nome: Luciana Belen Cavallaro

Dirección: 24022 248th Ave. SE

Maple Valley, WA US 98038

Telefone: 2069391337

Email Address: lulubc.21@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/24/2014     A: 04/24/2016

DocuSign Envelope ID: CB9D6364-5593-4BA2-8ADF-2570B6647F2F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[signature]* DocuSigned by: B2AECBBD2F574A0...

Name: Lucie Vocetkova

Address: 916 Sunnyview Oval

Keasbey, NJ US 08832

Phone Number: 9083073936

Email Address: Lucy26hv@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/13/2012     To: 06/20/2014

DocuSign Envelope ID: D1BCE54E-BF24-4BA6-9CAC-F9D84169F458

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Lumka Dawn Sali*
DocuSigned by:
FD0C3B96160F4C0...

Name: Lumka Dawn Sali

Address: 8115 Sinkwe Street Zone 6 Pimville

Johannesburg, Gauteng ZA 1809

Phone Number: +27731739320

Email Address: lumkasali@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2011          To: 06/30/2012

DocuSign Envelope ID: 38763792-AD9F-4107-A3B3-7A2632B03BD9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Lynn Charis Rust*
DocuSigned by:
95E92A8A19334C2...

Name: Lynn Charis Rust

Address: Klusenweg 68

Schwerte, DE 58239

Phone Number: 015155551903

Email Address: lynnrust1@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/01/2012     To: 07/31/2014

DocuSign Envelope ID: C4406574-B2C7-4500-8014-9FFFED41DF43

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *MACHELARD MARION (SYLVIE, ANNA)*
DocuSigned by:
A7DE087C6A414AF...

Name: MACHELARD MARION (SYLVIE, ANNA)

Address: 1 RUE DES BOUDEAUX

NESPLOY, CENTRE FR 45270

Phone Number: +330665274962

Email Address: marion.05@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2016      To: 06/05/2018

DocuSign Envelope ID: E1846C0E-2BC6-4D5E-8D94-8D2AC4280943

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ *Hutchison*  3F44F575F14942D...

Name: Maddison Hutchison

Address: P.O. Box 226

Ballarat, AU 3353

Phone Number: 61438363375

Email Address: maddipatriciahutchison@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/24/2016          To: 08/15/2017

DocuSign Envelope ID: 32F5D0F9-912D-4315-845F-B4B8D0F68F16

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Madeleine Brand Cherkenhoff*
DocuSigned by:
5D93E895BB63414...

Name: Madeleine Brand (herkenhoff)

Address: 5522A Hammel Rd

fort sill, OK US 73503

Phone Number: 2698323577

Email Address: madeleineh_88@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/13/2011   To: 05/15/2012

DocuSign Envelope ID: 69D4C6E3-8B7F-4E6B-9C48-857A31E050E1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Madeleine Hammerman*
DocuSigned by:
E831559CE6F04F9...

Name: Madeleine Hammerman

Address: Hjälmsätersgatan 12C

Linköping,  SE 58217

Phone Number: 0046738367920

Email Address: madeleine.hammerman@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/07/2009        To: 09/07/2010

DocuSign Envelope ID: 43D77740-6DA6-41ED-A2AC-75809A3C845B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Madlen Sabri*
DocuSigned by:
5C672CCD44594F5...

Name: Madlen Sabri

Address: 468 N Alfred St

Los Angeles, CA US 90048

Phone Number: 3104869185

Email Address: madlensabrip@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2009      To: 08/31/2011

DocuSign Envelope ID: D132095D-604D-4F3E-AE5D-EF70A550C8DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _09/12/2017_

Signature: *[signature]* DocuSigned by: D6DAB39376BF42F...

Name: Magdalena Placho

Address: Sportplatzstraße 3

Mannsdorf an der Donau,  AT 2304

Phone Number: 06805598981

Email Address: mplacho@gmx.at

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: _10/18/2016_     To: _10/17/2017_

DocuSign Envelope ID: 38A765DD-9B87-4B41-AFAC-1583AD5CA215

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 77BF5D55B125445...

Name: Maike Land

Address: Sandstr.16

Pettstadt, DE 96175

Phone Number: +4915771222256

Email Address: land.maike@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/20/2010       To: 10/16/2012

DocuSign Envelope ID: BB1C328D-F962-4291-8D10-1D126328CF67

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Malen Guadalupe Ortiz Motta*
DocuSigned by:
031504BFDAB3411...

Nome: Malen Guadalupe Ortiz Motta

Dirección: Cubillos 6329

Luján de Cuyo, Mendoza AR 5505

Telefone: 2617219209

Email Address: malenortiz94@hotmail.es

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/12/2015       A: 01/12/2017

DocuSign Envelope ID: 5A432142-A2DF-4312-9387-130B6D7A9F83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Malgorzata Stec*
DocuSigned by:
8E0D9971B96B4A6...

Name: Malgorzata Stec

Address: Florynka 220

Florynka, malopolska PL 33-332

Phone Number: +48603624257

Email Address: gosiastec7@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2016      To: 08/15/2017

DocuSign Envelope ID: A96595A3-F57D-44B1-B562-1900CC9B92F4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] 0FA77AB80D9F4D0...

Name: Manon jamet

Address: 6250 w arby ave unit 171

Las vegas, NV US 89118

Phone Number: 7026738957

Email Address: Manonelisalola@yahoo.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/27/2015     To: 03/12/2017

DocuSign Envelope ID: AB4DDC3F-74CB-40A5-8202-3E735B75F323

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Manqi Ren_
DocuSigned by:
B4BDC0C2B89A411...

Name: Manqi Ren

Address: 120 Calvert Court

Piedmont, CA US 94611

Phone Number: 5108162123

Email Address: jingmiyuye1992maggie@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2017    To: 01/03/2018

DocuSign Envelope ID: 70EA3CBD-8D19-45F4-AE5C-364359CC8A66

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017          Firma: *Manuela Munoz Bernal*
                                 DocuSigned by:
                                 D1C7BAFD70F0491...

Nome: Manuela Munoz Bernal

Dirección: Calle 7 #80-75

Medellin, Antioquia CO 050030

Telefone: +573215910687

Email Address: manumb_12@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/05/2015          A: 12/15/2015

DocuSign Envelope ID: 8F76C8DD-A165-4A4C-9B14-EB8F884BE927

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ BB4CE5ED77024DB...

Nome: María Camila Parra Coronado

Dirección: 10 Robertson dr

Pearl River, NY US 10965

Telefone: 573006713212

Email Address: camilaparrac2@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/27/2017

A: 03/27/2018

DocuSign Envelope ID: DA8962D4-8624-40BF-B488-75364A998CFB

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature: 7BA2834AFC084E0...]*

Name: Maria del mar Gonzalez

Address: Carrera 69 # 2 - 18

Cali, Valle  CO 76001

Phone Number: 3192223090

Email Address: maigu55@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/21/2013

To: 11/14/2014

DocuSign Envelope ID: 5316A7B4-B330-4EE5-BDA3-747F9598D3EA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 0B3B85AB544640D...

Nome: Maria Fernanda Aragon Luna

Dirección: Bruma 110 int  10

Leon, Guanajuato MX 37160

Telefone: 7192178246

Email Address: fer.aragon178@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/12/2016      A: 06/01/2018

DocuSign Envelope ID: 32196E6C-6A1B-484C-B4D8-D64E9D434218

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Maria Fernanda Suarez Sanchez*
DocuSigned by:
4E87B3157145450...

Name: Maria Fernanda Suarez Sanchez

Address: 2 Sur #527 colonia centro  entre 5 y 7 poniente

Tehuacan , Puebla MX 75700

Phone Number: 2383820239

Email Address: fercita_ss@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/13/2011      To: 11/16/2013

DocuSign Envelope ID: 02DF0780-516F-443A-B59F-9551E49C7B5A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

DocuSigned by:

*Maria Genis*

F8F0439EB54146A...

Name: Maria Genis  (nee. Obermueller)

Address: 1408 NW Richmond Beach Road Apt. 7

Shoreline, WA US 98177

Phone Number: 2067348208

Email Address: mary.obermueller@googlemail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/19/2013     To: 08/19/2014

DocuSign Envelope ID: 3EC2A4EB-CF97-4347-B15F-E7F8D2AC4578

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 19608EEF9A604EC...

Name: Maria Juliana Rodrigues Ribeiro

Address: 427 Tallman Street

Groveport, OH US 43125

Phone Number: 16143022921

Email Address: mariajulianaribeiro@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/22/2009     To: 06/30/2010

DocuSign Envelope ID: 33F01526-0865-4826-90B5-8D857C867D33

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 9C97F7B8CC90409...

Nome: Maria Lopez-Videla Gaymer

Dirección: Ebro 2869 las condes

Santiago, Region Metropolitana CL 2869

Telefone: 27174645

Email Address: marita.lvg@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 07/19/2013          A: 09/20/2013

DocuSign Envelope ID: 5DF547DB-CC36-40FA-94A7-239B01F712B9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_      Firma: _DocuSigned by: 4328E1508367466..._

Nome: _Maria Teresa Rodriguez Herrera_

Dirección: _4a #773 x65_

_Mérida , Yucatan MX 97167_

Telefone: _9999900639_

Email Address: _marii_rodrigueez@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/04/2016_      A: _08/01/2017_

DocuSign Envelope ID: 47943034-5724-4191-B6CD-42FF2220AD65

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017     Assinatura: *Mariana Andre*

DocuSigned by:
449DF15824814D6...

Nombre: Mariana Andre

Endereço: Rogerio Giacomini 432

Lencois Paulista, Sao Paulo BR 18685070

Teléfono: 5548991801423

Email Address: marianinha.andre@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 06/21/2009     A: 12/12/2010

DocuSign Envelope ID: 2AD1959A-DCA1-4E17-ABC0-2586353106D4

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 6272963AC9EE401...

Nome: Mariana Oviedo Cignetti

Dirección: Calle 11 1010

Río Cuarto , Córdoba  AR 5800

Telefone: 5493584116178

Email Address: mariovviedo_92@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/11/2016          A: 07/11/2017

DocuSign Envelope ID: E411B62F-8EF8-4B18-9B1E-EF8066C34CBB

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017

Assinatura: *Mariane de Araujo Batista-McCulloch*
DocuSigned by:
DDB3F0AB16CF486...

Nombre: Mariane de Araujo Batista-McCulloch

Endereço: 3818 Russell avenue North

Minneapolis, MN US 55412

Teléfono: 6122320009

Email Address: marianebatista999@yahoo.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/27/2015         A: 04/22/2016

DocuSign Envelope ID: 29790DB2-ED39-4783-A993-727220BE07ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] 38940D21E52143C...

Name: Marie-Alice Helissey

Address: 67 Residence kaffa, Port Caraibes

Saint martin, FR 97150

Phone Number: 590690594158

Email Address: m.alice.helissey@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/01/2012      To: 08/01/2013

DocuSign Envelope ID: 422DB770-D631-4D42-B0CA-C40B51B37FD1

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017

Signature:  _DocuSigned by: Betancourt_  C90E23BDDDA04EE...

Name:  Marie-Louise Betancourt Ascuntar (geb. Dittmar)

Address:  Camburger Straße 34B

Jena, DE 07743

Phone Number:  01624388989

Email Address:  marielouise_dittmar@yahoo.de

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  05/21/2012        To:  05/20/2014

DocuSign Envelope ID: B60D028F-2990-4928-A221-B80F7CDE3CA8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Marieme Ba*
B2FA4DF44643460...

Name: Marieme Ba

Address: 1 place de chichester

Chartres, FR 28000

Phone Number: +447983929279

Email Address: ma_28@hotmail.fr

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/01/2012     To: 12/31/2012

DocuSign Envelope ID: 4B1D0383-A120-4BE8-B9AE-FA3F3F044E92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]*
A573D83C249C40A...

Name: Marine Renaud

Address: 15 rue Pierre Mendès France

Torcy, FR 77200

Phone Number: +33673227425

Email Address: renaud.marine@live.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013     To: 08/05/2014

DocuSign Envelope ID: EE527615-949C-4C5C-A1FC-87D79EDCACC8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: signature 09D3978E0AD240B...]*

Name: Marisa Cortes flores

Address: 24

San francisco, CA US 94114

Phone Number: 6789864456

Email Address: zerybul@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/14/2016     To: 03/14/2018

DocuSign Envelope ID: 7ECF5308-4547-4E88-BFE3-D55E6557EB21

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Maritza Hurter*
DocuSigned by:
88B2C443BFF14F8...

Name: Maritza Hurter

Address: Quintis van der walt street

kempton Park, Gauteng ZA 1618

Phone Number: 0741574793

Email Address: maritzahurter@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/23/2010     To: 09/22/2011

DocuSign Envelope ID: ED12A7D9-0A05-48C0-82BE-5D7FBD5F7AB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: signature 982F85BE37FA436...]_

Name: Marna Gerber

Address: 118 Caledon Street

Graaff Reimet, Eastern Cape ZA 6280

Phone Number: 8482342912

Email Address: marnagerber@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/16/2012      To: 07/16/2014

DocuSign Envelope ID: 409315B2-CD2B-4649-8478-77EBE769F4C7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature:

DocuSigned by:

E9841E497ED84AC...

Name: Martin Van Der Merwe

Address: 25 Smokeshell Bend

Centurion, Gauteng ZA 0157

Phone Number: +27825723209

Email Address: martin.merwe@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/31/2011     To: 04/30/2012

DocuSign Envelope ID: A3F3B59A-D8AD-4CE5-AA78-E3FC4EE67CE1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: Bo... F6DB6272B3394EF...]*

Name: Martina Borovcova

Address: 124 6th street

Pittsburgh, PA US 15222

Phone Number: 4129446200

Email Address: borovcova.martina@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/04/2013     To: 08/04/2014

DocuSign Envelope ID: F3C8C49E-7B48-4141-8374-67FDE1D1DF07

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Martina Cerretani*
DocuSigned by:
5EC5304F6DC2444...

Name: Martina Cerretani

Address: Via Cristei 55

Segrate, Milano 7 Italy IT 20090

Phone Number: 3331936306

Email Address: martus_10@hotmail.it

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2015      To: 08/17/2016

DocuSign Envelope ID: 3D5DB74C-8DD3-43E1-A236-6FAD89F97515

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Martine Venheim Solberg*
DocuSigned by:
5F34EA1FBB0B437...

Name: Martine Venheim Solberg

Address: jordbaervn 22

Oslo, NO 1161

Phone Number: 004740044112

Email Address: maso90@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/27/2010     To: 10/30/2011

DocuSign Envelope ID: 7292512C-1850-4BCB-8FCC-53279A7BCF53

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: EB315AAB092B461...]*

Name: Mart-Mari van Zyl

Address: 32 Enslin Street

Middelburg , Eastern Cape ZA 5900

Phone Number: +27765076981

Email Address: martmarivanzyl@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/03/2014      To: 02/03/2015

DocuSign Envelope ID: F56C0356-B376-4581-9AC9-E5D80DD72820

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ A254015A40E64BE...

Name: Mathilde Theresa Laura Knöfel

Address: Jahrsdorf A 33

Hilpoltstein, Bavaria DE 91161

Phone Number: +4915736566869

Email Address: mathilde.knoefel@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/01/2014     To: 12/01/2015

DocuSign Envelope ID: E0B61986-720E-456B-828E-2FD8507679CA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ _6D9B91DF00E344F..._

Name: Matilda Anna Maria Landenberg

Address: Vitmaragatan 9F

Vasteras, SE 72226

Phone Number: +46737206733

Email Address: Tilly_@live.se

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015     To: 07/13/2017

DocuSign Envelope ID: 63AB36E8-3F63-483A-859E-1542F82D48E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/08/2017

Signature: *[DocuSigned by: Hawna G — CC6F7E1B9FCC4BE...]*

Name: Mayra Alejandra Garcia Mendez

Address: 8065 SW 107th ave apt 213

Miami, FL US 33173

Phone Number: 6507200008

Email Address: Aleja55_7@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/19/2009    To: 02/08/2010

DocuSign Envelope ID: 17A90B19-9B3A-4A1D-8B80-6460EF9947F8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(signed)_ FC9CDD97AE71464...

Name: Megan Lawson

Address: 22 Howland dr

Ponte Vedra , FL US 32081

Phone Number: 6127728663

Email Address: meggs.lawson@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/19/2015      To: 10/19/2016

DocuSign Envelope ID: 51D8E803-3739-46E0-891B-CA601687F38D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned signature]* E701131ECFF249A...

Name: Melanie Liegey

Address: greenwood way

Mill valley, CA US 94941

Phone Number: +33768768092

Email Address: melanie.liegey@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016       To: 08/23/2017

DocuSign Envelope ID: 1C7626FA-0456-4653-A950-68E4AABD23B5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017          Signature: *M Lais*
2B62D8A95D5E441...

Name: Melanie Nancy Lais

Address: 42 Sorrell Ct

Oakley, CA US 94561

Phone Number: 9254347769

Email Address: melinancy@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/29/2014          To: 04/27/2016

DocuSign Envelope ID: EF3CDA8F-AAE8-4981-99B0-CA0CA98FB0E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Melina Pakidis*
DocuSigned by:
FDD3E835E62D40E...

Name: Melina Pakidis

Address: Hoengenstrasse 27A

Ruesselsheim, Hessen DE 65428

Phone Number: +447456420539

Email Address: melinapakidis@live.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/01/2013     To: 04/01/2013

DocuSign Envelope ID: 1C41DD88-AE05-4CF1-A842-71E6FC499DAB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Mengmeng Mao*
4589525D88684B3...

Name: Mengmeng Mao

Address: 519 Vermont street

San Francisco, CA US 94107

Phone Number: 6503886159

Email Address: alma_mmm@yeah.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016       To: 02/27/2018

DocuSign Envelope ID: C16DCBB6-6BD5-4D1F-9D3B-DCE845F38AF7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017

Signature:  *Merle Charlotta Anne Geyer*
DocuSigned by:
D773B31A0A3349F...

Name:  Merle Charlotta Anne Geyer

Address:  490 B Cornwall Hill Estate, Longdown street.

Pretoria , Gauteng  ZA 1057

Phone Number:  0813045655

Email Address:  merle.geyer@gmail.com

Sponsor:  Go Au Pair

Dates in Au Pair Program:

From:  04/04/2011        To:  01/20/2012

DocuSign Envelope ID: 6EE496FD-4F6B-44BA-B6A8-1FE4A0444416

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Norui Mexi*
DocuSigned by:
AF2E2C6844274A5...

Name: messua nanci

Address: 7 norwood ter

Millburn , NJ US 07041

Phone Number: 3248995339

Email Address: messua@me.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/31/2016     To: 10/30/2017

DocuSign Envelope ID: 2A800866-31CC-47A1-B89E-514CD4336E34

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *M Hughes*
6A67A24719F843F...

Name: Michaella Hughes

Address: 3 Ewart Drive

Newton Stewart , GB DG8 6DU

Phone Number: 07901716067

Email Address: michaellahughes@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/07/2015     To: 04/07/2016

DocuSign Envelope ID: 577D55C8-6D86-42BA-BA5D-ABB14451107E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 3FD0AC29527E447...

Name: Michelle Mnyandu

Address: 4014 25 avenue

Temple hills , MD US 20748

Phone Number: 2403539950

Email Address: michelle.mnyandu@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/05/2008     To: 08/02/2010

DocuSign Envelope ID: 668F8BEE-EFEF-457D-830C-B2979FC763A9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Barnard* (DocuSigned by: 59E41E9812E44FC...)

Name: Michka Barnard

Address: 402 Walter bunton

Pretoria, Pretoria ZA 0042

Phone Number: 0711059211

Email Address: michkabarnard@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/01/2014     To: 06/01/2015

DocuSign Envelope ID: AC932FE0-332B-486D-87BB-EAA14C5EFDF1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ DEDF3D15DA2A460...

Name: Mille Moerch Koust

Address: Aaboulevarden 26

Grenaa,  DK 8500

Phone Number:  +1 (571) 528-9875

Email Address: Millekoust@htmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2016      To: 01/09/2018

DocuSign Envelope ID: 05F30873-40A1-4A04-AD8A-F8527AC27F19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Min He*
337D5D0A08884C6...

Name: Min He

Address: 190 Fawn Lane

Portola Valley, CA US 94028

Phone Number: 6504683478

Email Address: susie_msnye@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2011     To: 08/01/2013

DocuSign Envelope ID: 4B5D17FB-1F2F-4F95-BF7A-6D29E7EDF56A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _JM_
DocuSigned by:
5F88F613E1DC486...

Name: Miriel julie

Address: 510 San Benito Ave

Menlo Park , CA US 94025

Phone Number: 6506702316

Email Address: Julie.muriel@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2017      To: 02/20/2018

DocuSign Envelope ID: 2C59EEF7-4010-43EC-83D9-9A93FDDFE774

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ 1136A0ED760E4AA...

Name: Mirjana Sciurti

Address: Alessandro Volta

San Marzano , CA IT 74020

Phone Number: 3270826836

Email Address: mirj.tnt@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016       To: 05/22/2017

DocuSign Envelope ID: A0CD97ED-A77F-46DB-B5A7-E19FAB78CF97

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del _2 de noviembre de 2017_.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Monica Melissa Sanchez Fuentes*
DocuSigned by:
F7B3AD65BE574C3...

Nome: Monica Melissa Sanchez Fuentes

Dirección: Rio del Norte 244

Ramos Arizpe, Coahuila MX 25904

Telefone: 0448441310521

Email Address: melissa.sanchezfuentes@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/26/2015      A: 10/27/2016

DocuSign Envelope ID: B6A91C20-3D36-4261-BEB6-507FB8384C6E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017     Signature: _____

DocuSigned by:
F93D5413078D41C...

Name: Monique Thomas-Washington

Address: 1759  santa delora walk

st louis, MO US 63138

Phone Number: 6186002207

Email Address: montiffany@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/27/2014     To: 12/23/2014

DocuSign Envelope ID: E78687BA-272E-4F4A-B9FC-6FF55209158F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature:

DocuSigned by:

A8C3461983C241C...

Name: Morgane Manon Loeuillier

Address: 54 Rue du Général de Gaulle

La Queue en Brie, Val de marne FR 94510

Phone Number: +33646205144

Email Address: morgane.2406@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/05/2013          To: 12/14/2014

DocuSign Envelope ID: D608B3D1-3D31-498D-BC2D-84B7FBC5F477

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 1F6565E09E7947C...

Name: Mylene GRY

Address: 85 south highland avenue, apt 22b

Ossining, NY US 10562

Phone Number: 9148939965

Email Address: puppie53@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/20/2011     To: 06/20/2012

DocuSign Envelope ID: E1756D3B-0D05-4E32-B555-1D3846E2AB0F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Myriam Sahnoune*
DocuSigned by: D48546EFFECB4D2...

Name: Myriam Sahnoune

Address: 55 East 59th street 9th floor

New York , NY US 10022

Phone Number: 6462814642

Email Address: sahnoune.myriam@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2010    To: 08/25/2012

DocuSign Envelope ID: C7BB283F-89C0-4F05-AEF2-634B17E34C58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 13B6A9C31504432...

Name: Nadia Fisher

Address: 7 Selbourne street

Cape Town , Western Province ZA 7500

Phone Number: 0837510727

Email Address: nfisher614@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2015     To: 10/30/2015

DocuSign Envelope ID: 94AD62D5-CDA8-4EAF-A724-8383C4CA2330

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Nwarasally_
DocuSigned by:
4830EE6D15E245D...

Name: Naeema warasally

Address: 90 Valley View Avenue

South Africa, Durban  ZA 4001

Phone Number: 0614577882

Email Address: Naeemawarasally@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/10/2014     To: 04/07/2016

DocuSign Envelope ID: 816EB77F-38DA-474F-8197-8E05D9D7A57C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017

Signature: _DocuSigned by:_ 92329394F7644A3...

Name:  Nassima Elhor

Address:  146 allée Yves Coppens

Franqueville saint pierre,  FR 76520

Phone Number: 0669174806

Email Address: nassima.elhor@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  01/20/2014     To:  07/14/2014

DocuSign Envelope ID: 74F78011-B628-4D48-A1DB-64E47B4747A1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* BE0E6CEC75ED4C2...

Name: Natalia Anna Kurczewska

Address: 25 Sierra st

San Francisco, CA US 94107

Phone Number: 4154703103

Email Address: Nkurczewska@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/22/2016   To: 07/17/2017

DocuSign Envelope ID: 0E6BC574-5E1B-4B42-AB63-15B25F3D265A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: Wilson — 51139F58E2EF455...]_

Name: Natalia Wilson

Address: 3923 Orange St

Triangle, VA US 22172

Phone Number: 5714085849

Email Address: nataliawilson85@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/22/2009   To: 12/06/2010

DocuSign Envelope ID: E679B05C-3306-4840-A3B9-95D5712805DC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by: signature]_
AEEF223EF4C043C...

Name: Nataliia Antonova

Address: 603 Brook Meadow Trl

Cedar Park , TX US 78613

Phone Number: 5125911573

Email Address: antooonova@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 11/02/2015          To: 08/02/2017

DocuSign Envelope ID: 97CD492E-0FEA-4004-8A36-85DD90D2C4C6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ 868A04A82A7C4EE...

Name: Niavet Mathilde

Address: 5 grande rue

Bruyères sur Oise,  FR 95820

Phone Number: 0652691831

Email Address: Mathildeniavet@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2016       To: 03/04/2017

DocuSign Envelope ID: B21807F8-8BF5-4DCB-A624-671B59559200

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _Niccole Yajaira Serrano Jimenez_
DocuSigned by:
1A096F9EA276498...

Nome: Niccole Yajaira Serrano Jimenez

Dirección: 5 Marcia way - APT 126

Roseville, CA US 95747

Telefone: 9163161669

Email Address: nicol-serrano@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/08/2014          A: 01/16/2016

DocuSign Envelope ID: DBCF1B9E-FBF8-40F2-AEB9-745F76DB3430

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] 48EB5F3EA48B42E...

Name: Nicola Maffei

Address: 4501 149th Pl SW

Lynnwood, WA US 98087

Phone Number: 3454597010

Email Address: nicolamaffo@yahoo.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016     To: 08/21/2017

DocuSign Envelope ID: D2EE7F1F-4379-4D4D-BF07-62B3917C13B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 22DAE48DA74B412...

Name: Nicolai Feierstein

Address: Am Bahnhof 3

Stutensee , Baden-Württemberg DE 76297

Phone Number: 01629844694

Email Address: nicofei@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/02/2015     To: 09/01/2016

DocuSign Envelope ID: A26855EA-AB10-4E10-9CC4-3C93CCE86948

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[signature]* BEA416B478EC4C9...

Name: Nicolas Fanni

Address: Via angioy 53

Oristano, OR, Sardegna, Italy IT 09170

Phone Number: 3473974414

Email Address: n.fanni@tiscali.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2015          To: 04/25/2016

DocuSign Envelope ID: 18C2CA3F-6853-4EC7-A824-22E15F7FAFE6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ **Bouwer** 71AE48EF65734BC...

Name: Nicole bouwer

Address: Oleander

Kempton park, Gauteng ZA 1619

Phone Number: 0746299051

Email Address: Kollabouwer@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/04/2016     To: 10/15/2016

DocuSign Envelope ID: 09402F3B-57E1-4EBD-9C33-EDF65F0F5C14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Nicole De Lange*
98715B650FC1452...

Name: Nicole De Lange

Address: 19100 Glenwest Dr, Apt 525

Friendswood, TX US 77546

Phone Number: 3469322387

Email Address: nicoledelange616@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/27/2015      To: 01/31/2016

DocuSign Envelope ID: F97DC017-29BD-4ADB-85DD-29FE6DF3204F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017          Firma: _[DocuSigned by]_ CD24474FC32D4C9...

Nome: Noel de Toledo

Dirección: Arribeños

CABA, Buenos Aires AR 1428

Telefone: 00541147861765

Email Address: Noeldetoledo@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/02/2015          A: 02/02/2016

DocuSign Envelope ID: 3E39B792-20FC-48CF-8E7C-C2DA82F074DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ F47C14877B8A49E...

Name: Nomfundo G mugar/Dumakude

Address: 533 n streeper street

Baltimore, MD US 21205

Phone Number: 4438701200

Email Address: dumakudennomfundo@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/07/2012     To: 10/07/2013

DocuSign Envelope ID: A6DF2CEC-283E-486B-A5C8-8865D2932F00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ _Sibiya_ EE25D375CCDC450...

Name: Nompumelelo Ayanda Sibiya

Address: 31 Intake Road

Pinetown, Kwa Zulu Natal ZA 3610

Phone Number: 766734523

Email Address: nompumelelosibiya@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/21/2010        To: 08/31/2010

DocuSign Envelope ID: 909AA8CE-701A-433B-AD35-8B38E7C89193

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_
50757103EE764B2...

Name: Noor Beerten

Address: 6360 Huntington dr

Carlsbad, CA US 92009

Phone Number: 7022079466

Email Address: Noorbeerten@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 10/10/2017

DocuSign Envelope ID: A8F7B9EB-15C7-4FC6-AA48-5BB1D727A20D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Noxolo Nokukhanya Mthimunye*
DocuSigned by:
F80D8611FEED476...

Name: Noxolo Nokukhanya Mthimunye

Address: Marula, Buchu Street

Johannesburg, Gauteng ZA 2191

Phone Number: +27742310430

Email Address: kayistheone@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2010        To: 09/28/2010

DocuSign Envelope ID: 3D038495-E8A8-4D0A-88C8-D017D20FD3B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* CEC8DF21F2C04CA...

Name: Nozibusiso Belinda Khanyile

Address: 201 S. Reynolds St. Apt. L115

Alexandria, VA US 22304

Phone Number: 7033986584

Email Address: belindak9@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2010     To: 12/31/2010

DocuSign Envelope ID: E6593DB3-9E34-4AC4-8F1C-B08D6463300B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 2E0A4514480046C...

Name: Nuria Sevil Mayayo

Address: Via Augusta 103, 6o 2a

Barcelona, Barcelona ES 08006

Phone Number: 0034648886337

Email Address: nuria.sevil@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2011    To: 01/09/2012

DocuSign Envelope ID: 637F7088-5697-446E-A91C-BCE3DE2C4C4A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Nutan Gokul*
DocuSigned by:
D454A42F7881453...

Name: Nutan Gokul

Address: 2 Tarndale Avenue, Asherville

Durban, KwaZulu Natal ZA 4091

Phone Number: +27832765301

Email Address: nutan.gokul911@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/06/2016    To: 09/10/2016

DocuSign Envelope ID: 1732A9DA-533D-46B7-AB7A-FB89E71D07BB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017

Signature:  *Oceane McCollum*
DocuSigned by:
B55120B170F6473...

Name:  Oceane McCollum

Address:  4221 East Avenue

Livermore, CA US 94550

Phone Number:  9255775448

Email Address:  oceane.mccollum@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  07/14/2014        To:  07/14/2015

DocuSign Envelope ID: A7AE2749-5113-42EE-8DA5-58CCC418BFE9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 6C9C619FBC8644C...

Name: Olivia Lundin

Address: Mogärdevägen 16

Östersund, Jämtland SE 83021

Phone Number: +46703144149

Email Address: olivialundin1995@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016     To: 10/25/2017

DocuSign Envelope ID: C08051CC-79AC-4A9F-9B2C-2597D1CEA590

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

DocuSigned by:

895A075152504E7...

Name: Onisimus Binti Liusan

Address: 415 N Rengstorff Ave Apt 9

Mountain View, CA US 94043

Phone Number: 6508670999

Email Address: oninevaeh_kml@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/04/2013       To: 12/04/2014

DocuSign Envelope ID: A9977B7B-5EC4-4749-A377-701778863099

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: DocuSigned by: [signature] BF0C7F22509549B...

Name: Oskar Wennerbeck

Address: Kolborydsvagen 6b

Lerum, SE 44351

Phone Number: 0046703178206

Email Address: oskar.wennerbeck@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2012 To: 08/20/2013

DocuSign Envelope ID: CCAD2F36-E993-45CC-A9DE-C59E656DFC13

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 5A356BD311E449D...

Name: Otmane El qarfadi

Address: 1 place du 18 juin

Aiguës mortes , Languedoc Roussillon  FR 30220

Phone Number: +33 6 27 99 06 59

Email Address: Otman_30@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2015     To: 08/16/2017

DocuSign Envelope ID: E4BE5CE4-0A20-4192-9688-6DC0007592F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(DocuSigned by)_ 0A24CB10A9AB448...

Name: Paige milner crawley

Address: 229 N Martha st

Lombard, IL US 60148

Phone Number: 2245954862

Email Address: paigemilner91@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/15/2015     To: 03/15/2017

DocuSign Envelope ID: 67D947B8-852D-4D8C-B98D-F088EFF07A28

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Panisara Pawareewong*
DocuSigned by:
682BE6808B8F48A...

Name: Panisara Pawareewong

Address: 2973 Harbor Blvd. #832

costa mesa, CA US 92626

Phone Number: 9497340591

Email Address: lovelylexie55@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/28/2010      To: 12/28/2012

DocuSign Envelope ID: 80A06037-2AD6-4380-9F81-3E4B6A84452C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017                          Firma: _Paojy_
F74054E0EEDA4D6...

Nome: Paola Andrea Jimenez

Dirección: Unit 29 97 Bonar Street

Sydney, New South Wales AU 2205

Telefone: 0420609783

Email Address: paojy.0827@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/08/2016                    A: 07/30/2016

DocuSign Envelope ID: 01601CCF-4835-4C98-93FF-00172A9A125F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Paola Marangoni*
56A691AF3E644C0...

Name: Paola Marangoni

Address: via Bolognina 27

Bedizzole,  IT 25081

Phone Number: 393474789424

Email Address: marangonipaola@yahoo.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/12/2015     To: 09/02/2015

DocuSign Envelope ID: C1B35F98-DCE8-42BA-9012-5D0ACC0AB2E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ Patt  DBC032CB153E438...

Name: Pattarawadee Taengngam

Address: 26520 Brooks CIR

Stevenson Ranch , CA US 91381

Phone Number: 6512603050

Email Address: nam_2208@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/28/2015     To: 09/27/2017

DocuSign Envelope ID: 7DE88234-B887-4846-BD49-6D47BEE8CBBF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Paula Andrea Roque Caicedo*
DocuSigned by:
724EECE60D144E5...

Name: Paula Andrea Roque Caicedo

Address: Avellaneda 1863

Capital Federal , CABA AR 1406

Phone Number: +5491144161523

Email Address: paularoque90@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/23/2015      To: 04/08/2015

DocuSign Envelope ID: 8A56A205-856C-4536-AB58-DADD6ACC84A6

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* C1B933EC9B9B47A...

Name: Phanit Boontot

Address: 2474 Kingsland dr.

Dunwoody, GA US 30360

Phone Number: 7706815737

Email Address: Phanit.b@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/12/2014     To: 12/12/2014

DocuSign Envelope ID: CAE8C5D8-6B3B-4475-A7D4-97C72C1ACFFB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: Phathenan T.

DocuSigned by:
71CE230A5804437...

Name: Phathenan taweethongsaibua

Address: 7255 great oak ave

las vegas, NV US 89147

Phone Number: 7025697463

Email Address: clever_jung@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2009        To: 03/30/2011

DocuSign Envelope ID: 96E3BE17-993D-468A-9605-D2486B866F7D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Philichia Potgieter*
DocuSigned by:
9CE71A5F58CB43F...

Name: Philichia Potgieter

Address: 7 Devon Close, 2 Tudor Road

Gillitts, KZN ZA 3610

Phone Number: +27729488563

Email Address: philichia@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/09/2009     To: 12/17/2010

DocuSign Envelope ID: 8D5C2723-547A-4CD6-8590-4510D16B3AB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Pirje Ahosepp*
DocuSigned by:
D5216FD1D8E9424...

Name: Pirje Ahosepp

Address: Pupsi Talu

Valgita Kula, EE 70202

Phone Number: 7523727315

Email Address: pirjeaho@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2014      To: 09/02/2016

DocuSign Envelope ID: 820F0E12-B847-418C-BCF1-DE9DF7973602

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017       Assinatura: _[DocuSigned by: 3ED12B55D9B94A2...]_

Nombre: Polyana Grossl

Endereço: 715 College Avenue

Menlo Park, CA US 94025

Teléfono: 6505759783

Email Address: polyana.grossl@icloud.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 11/28/2016       A: 11/27/2017

DocuSign Envelope ID: 0FE5BE22-9023-4542-AF11-E21CDDD66605

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: signature 760D25969D8B4DB...]*

Name: Pornpen Charoenmee

Address: 10Maple Ave

Millis , MA US 02054

Phone Number: 3392356407

Email Address: Jjang15566@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/07/2008     To: 09/07/2010

DocuSign Envelope ID: 4B4E2197-1D70-47A7-9F33-6CB28B235EF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017          Signature: _C9CFCD7C582A4B1..._

Name: Precious Mahlangu

Address: 700 koelbel ct

Baldwin, NY US 11510

Phone Number: 5167077538

Email Address: precimahlangu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/05/2015          To: 10/05/2016

DocuSign Envelope ID: 93D9B5AF-07A6-4CB6-96A9-5981D7C0BC5F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/12/2017                      Assinatura:  

Nombre:  Priscila Figueiredo Augusto

Endereço:  36 Beacon St

Arlington , MA US 02474

Teléfono:  +16178315537

Email Address:  pri.figueiredo91@gmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  08/04/2014                  A:  08/04/2016

DocuSign Envelope ID: D84A7F47-C1F5-45B1-940A-BED42071CDEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

*DocuSigned by:*
*quan chen*
451D9449E4D3413...

Name: quan chen

Address: 1025 steinway ave

campbell, CA US 95008

Phone Number: 5109394237

Email Address: 18221716872@163.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/18/2016     To: 01/17/2018

DocuSign Envelope ID: AF51D21F-AAED-4A42-9D92-9C762E5AB6C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Quleane Jscobs*
DocuSigned by:
4A97853278E74F1...

Name: Quleane Jscobs

Address: 4 Pear Court, Santos street, Rugby

Cape Town, South Africa, Western Cape ZA 7405

Phone Number: 0612865646

Email Address: quleane22@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/01/2011     To: 11/30/2011

DocuSign Envelope ID: FEF05D26-7DA0-45D7-B5F9-F953A6D4BB8E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/08/2017

Signature: *Raisa Soares Leal*
DocuSigned by:
A97E7C0B5795492...

Name: Raisa Soares Leal

Address: 3746 Promontory St.

San Diego, CA US 92109

Phone Number: 8582624420

Email Address: raisa.soares@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/12/2012     To: 08/12/2013

DocuSign Envelope ID: 890BD591-C099-42CD-968C-638C364B62C5

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017     Firma: *Ramiro Cuevas Aguirre*
DocuSigned by:
A8AC5BDC87144D1...

Nome: Ramiro Cuevas Aguirre

Dirección: Nueva York 705, guadalupe

monclova, Coahuila MX 25750

Telefone: +18661550725

Email Address: ramiro.cuevasag@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/23/2014     A: 06/22/2016

DocuSign Envelope ID: 211A9E9C-BD44-44D5-93F4-2702C9FC0021

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *ranran yang*
DocuSigned by:
4C0B59BED048447...

Name: ranran yang

Address: 823 the Parkway

Mamaroneck, NY US 10543

Phone Number: 7737039488

Email Address: shark9731@163.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2016    To: 08/08/2018

DocuSign Envelope ID: EC0462C7-73DE-42BA-ADD5-293DBE4FA315

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017                 Assinatura: _DocuSigned by:_ 4F0EBFDE54AF437...

Nombre: Raphaela Medina Celli Paes

Endereço: 18 woodcrest rd

Orinda, CA US 94563

Teléfono: 9252573036

Email Address: Raphaela.paes@aiesec.net

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/25/2016          A: 07/24/2018

DocuSign Envelope ID: FF7799E4-5FCF-425B-B403-F46351C47C84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Rebeca Sarah Alice June Forward*
723D27D7F0D2468...

Name: Rebeca Sarah Alice June Forward

Address: Stattkamp 7

Preussisch Oldendorf, NRW DE 32361

Phone Number: 004917621749577

Email Address: beckyy-rebeca@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/13/2012     To: 08/13/2013

DocuSign Envelope ID: D0FB2672-257D-4974-8E6F-66AC21904FB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Rebecca Marie-Suzelle Bajazet*
DocuSigned by:
55134B606DEA4C3...

Name: Rebecca Marie-Suzelle Bajazet

Address: 53 rue Bonnabaud

Clermont-Ferrand,  FR 63000

Phone Number: +33645090935

Email Address: rebecca.bajazet@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014     To: 11/10/2014

DocuSign Envelope ID: 3C1F2F71-EA49-4E27-A583-2CF843C902D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 49395C0D1290424...]*

Name: Recordon Mathilde

Address: little elm bnd

Skokie, IL US 60076

Phone Number: +3330953962

Email Address: mathilde.recordon@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015       To: 09/07/2016

DocuSign Envelope ID: A8EDA1CD-69EE-41C0-8C4E-26F1D180631C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ CC0300FBEC07428...

Name: René Gliddon

Address: 34 Juniper Way, Faerie Knowe

Sunnydale, Western Cape ZA 7975

Phone Number: +217851645

Email Address: rene.gliddon@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/10/2016        To: 10/10/2017

DocuSign Envelope ID: 15C9DEC6-1F88-462E-8C84-EC42578BA2A7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: signature] A27E77CFE5314CF...*

Name: Robyn jane kerr

Address: 22 beltress ave pollok

Glasgow , GB G53 5qt

Phone Number: 07922456483

Email Address: Busybee90@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/19/2015    To: 05/10/2017

DocuSign Envelope ID: C6354C41-FBBE-4502-AEFA-064C5EBFD6D0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by signature]_ BFB3BF461A24493...

Name: Rosanna Agatha Maria Groot

Address: 15341 Russell road

Chagrin falls, OH US 44022

Phone Number: +31631978502

Email Address: Roos.groot@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2015    To: 09/14/2017

DocuSign Envelope ID: 902D998F-944F-4696-BBB6-946897FF40B3

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: *Rubi Johana Martinez Garcia*
A3C49A755B8648E...

Nome: Rubi Johana Martinez Garcia

Dirección: 3036 greendale drive nw

Atlanta, GA US 30327

Telefone: +5218112494437

Email Address: rubijohana225@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/19/2016          A: 09/18/2017

DocuSign Envelope ID: FF35AA64-61DF-4CDC-BD2D-8DCC837F4BF0

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(DocuSigned by: Ružica Pavlović, 826A174886E0457...)_

Name: Ruzica Pavlovic

Address: Jelene Karadjordjevice 10

Kragujevac, NY US 11803

Phone Number: 0038166340098

Email Address: muskatlica@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/06/2012      To: 08/18/2013

DocuSign Envelope ID: C9640FAA-99F1-4429-9D86-38BAFBC11F95

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *S. Amorin Graffeo*
DocuSigned by:
8F516242F12C421...

Name: Sally-Maria Amorin Graffeo

Address: 425 21st street NE

Washington, DC US 20002

Phone Number: 2024257007

Email Address: amoringraffeo.s@outlook.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2016     To: 07/10/2018

DocuSign Envelope ID: 1920201A-441F-4BC3-BF47-C791B7027D93

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017     Assinatura: _Samantha Assis Vieira_
DABE3B470B0F4B2...

Nombre: Samantha Assis Vieira

Endereço: Hermilo Alves, 175

Belo Horizonte, Minas gerais BR 31010-070

Teléfono: +553134222377

Email Address: sam.au.pair@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/18/2015     A: 04/18/2018

DocuSign Envelope ID: AD9340E9-C57D-4476-8C4E-CBF43A6EE4A7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 706D8CECFB24458...

Nome: Samantha Hita Garcia

Dirección: Sauce

Colmenar de Oreja, Madrid ES 28380

Telefone: 652126742

Email Address: samanthahita@outlook.es

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/18/2016          A: 07/17/2017

DocuSign Envelope ID: 54553885-6745-43FB-A498-00F5D87DA1B6

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/12/2017                          Firma:  _[DocuSigned by: 7B952EAA5D46489...]_

Nome:  Samira Nacer Barroso

Dirección:  Privada parque espana II 4

Puebla , Puebla  MX 72825

Telefone:  52128295572

Email Address:  Nacersamira@gmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  08/01/2016                   A:  03/12/2017

DocuSign Envelope ID: 60A9CCD5-D11F-4BAE-B53A-8BE0894152E8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Sanchea-Leigh Philander*
DocuSigned by:
785167779EE7409...

Name: Sanchea-Leigh Philander

Address: 27 Britannica Street Wave Crest Strandfontein

Cape Town, Western Cape ZA 7798

Phone Number: 0743452526

Email Address: sanchealeigh.philander@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017     To: 04/02/2017

DocuSign Envelope ID: B0A93389-B10F-46AD-BD44-35A047DF0152

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Sandra Mesipuu*
340BCC3140BB416...

Name: Sandra Mesipuu

Address: Idapõllu 3-17

Viimsi, Harjumaa EE 74001

Phone Number: +3725087943

Email Address: sandra.mesipuu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/17/2010     To: 07/11/2011

DocuSign Envelope ID: 1CC17964-7ABA-45F6-9180-770570E6000E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Sanne Vermeulen*
B0AA99DD9AA3420...

Name: Sanne Vermeulen

Address: 47 Shaftsbury Boulevard

Point Cook, Victoria AU 3030

Phone Number: 0450059603

Email Address: Sannevermeulen@outlook.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/12/2013        To: 08/02/2014

DocuSign Envelope ID: B9575675-3E75-4128-895C-AB97D2357399

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ A9AC0161B54A4C7...

Name: Sara Forutan

Address: 2716 Darnby Drive

Oakland , CA US 94611

Phone Number: 5104808891

Email Address: saraforutan@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/02/2015   To: 11/01/2017

DocuSign Envelope ID: 42B644F2-FCD3-47E3-A192-8526F84F7E7D

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _SHP_  
DocuSigned by:  
BED9850644C4483...

Nome: Sara Henares Pérez

Dirección: Maestro Turina 2 Bjo E

Getafe, Madrid ES 28904

Telefone: 659093314

Email Address: sarahenares@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/18/2013          A: 07/31/2015

DocuSign Envelope ID: 2BF0B2FB-67DE-4F7A-B0FF-60289920A89C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 6CBA58E52AD2457...

Nome: Sara Lucía González Afanador

Dirección: Transversal 21bis # 60-81

Bogota, Cundinamarca CO 110111

Telefone: 3017309089

Email Address: saraluciaga@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/28/2014       A: 10/28/2015

DocuSign Envelope ID: 03821978-A351-4591-A8D0-A0817C17BACD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Sarah Aghouiles*
DocuSigned by:
47020150DED246B...

Name: Sarah Aghouiles

Address: 48 allée charles hildevert

le raincy,  FR 93340

Phone Number: 0664038304

Email Address: sassouaghouiles@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 04/19/2016       To: 04/09/2017

DocuSign Envelope ID: 422E741B-33B8-4D5D-91E3-C1773DF26226

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by: Zucareli 8667D551761C458..._

Name: Sarah Emily Zucareli

Address: 235 Dr Paulo Fernando pazzini viana

Cachoeira Paulista, São Paulo  BR 12630-000

Phone Number: +5512996193711

Email Address: sarahzucareli@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/16/2016          To: 11/16/2017

DocuSign Envelope ID: ED9F710D-24F1-4B8A-A5E4-1771D9754026

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 7B33661B96F0431...]*

Name: Sarah Meghan Harrison

Address: 23 Enza circle

Cape Town, Western Cape  ZA 7441

Phone Number: +27614462987

Email Address: ginja.ninja.sarah@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/09/2014     To: 01/11/2016

DocuSign Envelope ID: C84EC33C-7076-46E9-A515-48F0138D90E2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Sarah Ziani*
DocuSigned by:
B429F560F5444FE...

Name: Sarah Ziani

Address: 127 San Rafael Ave

San Rafael, CA US 94901

Phone Number: 4152991902

Email Address: sarahziani612@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2011      To: 06/25/2013

DocuSign Envelope ID: 2F8A932B-F991-4A15-A41B-CB986FD42DB9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 7ACADA24B6D64E5...

Name: Sashika Chetty

Address: 6 brookview circle

Randolph, NJ US 07869

Phone Number: +27763565253

Email Address: Sashika.chetty@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/14/2011     To: 08/09/2012

DocuSign Envelope ID: 8092D0EA-04EE-4E64-8861-4AFFE9E49B7E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 461B2EE9DACA46F...

Name: Sasondezwa Zolisa Mzamo

Address: 1 North ridge cresent parklands

Cape Town , Western Cape  ZA 7441

Phone Number: 9173619975

Email Address: sondie4@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/01/2016     To: 08/01/2017

DocuSign Envelope ID: 6E14816F-8811-45DC-AF1E-E2EC747391D2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *S Akdemir*
DocuSigned by:
DD4C446937984B5...

Name: Selcan Akdemir

Address: Johann Justus Weg 136 5/706

Oldenburg,  DE 26127

Phone Number: 01628301990

Email Address: selcanakdemir@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2015      To: 09/02/2016

DocuSign Envelope ID: FA9AFACA-1E4E-48FE-ACB5-D6C2FAEC43ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Seshnie Steven Chetty*
B64EFD08DD9E49E...

Name: Seshnie Steven Chetty

Address: 639 swift creek crossing

Durham, NC US 27713

Phone Number: 3016617204

Email Address: Seshniesteven@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/26/2015        To: 12/26/2017

DocuSign Envelope ID: DB0BBEB0-2245-4EF2-A4DF-B85203B7B39D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ CFB11FBDB815430...

Name: Shanelle kemp

Address: 46 Judd Road

Maungaturoto, Northland NZ 0547

Phone Number: 0210458531

Email Address: Shanelle-kemp90@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/07/2009     To: 12/18/2009

DocuSign Envelope ID: 88628207-8092-47A0-A29D-46945B030768

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] 3A370547453E450...

Name: Sharon Aili

Address: Via Del buon consiglio

Sondrio , IT 23020

Phone Number: 00971564340890

Email Address: Sherr@hotmail.it

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/01/2010     To: 09/01/2010

DocuSign Envelope ID: 9F21573F-F6BB-4692-A297-CA7C46EFF6E9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/12/2017_                          Firma: *sheila valeria oromuni villa*
                                                    DocuSigned by:
                                                    2E389256BD554A7...

Nome: _sheila valeria oromuni villa_

Dirección: _cesar gandara 614 colonia las isabeles_

_hermosillo,  MX 83120_

Telefone: _16623667474_

Email Address: _sheilaoromuni@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/19/2015_          A: _01/11/2016_

DocuSign Envelope ID: AB8FCEF3-61AD-4BFD-87ED-4FC4A472244D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/12/2017          Signature:  *Fajtova* (DocuSigned by / 0C124D12C4134C0...)

Name:  Silvia Fajtova

Address:  Bystricka 58

Ruzomberok, Slovakia SK 03401

Phone Number:  00421908359123

Email Address:  Silvia.fajtova@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  07/10/2016          To:  09/30/2017

DocuSign Envelope ID: 24C144B8-5040-4114-BAA8-68A475B7DE20

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/08/2017

Signature: *Silvia Rojas Castro*
DocuSigned by:
49B896D390854B5...

Name: Silvia Rojas Castro

Address: 500 Oeste, 50 Sur de la Municipalidad de Tibás.

Tibás, San José CR 11301

Phone Number: 87264212

Email Address: sil-rojas@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/16/2014     To: 06/30/2015

DocuSign Envelope ID: A941D356-A98C-4DC4-B5D1-96F39B94EBA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: Alfonso  BFF13E64CDCB481...]*

Name: Siobhan Alfonso

Address: 5 Jannie Smuts ave

Kempton Park, Gauteng ZA 1619

Phone Number: 0837316116

Email Address: alfonsosiobhan@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/06/2017     To: 07/10/2017

DocuSign Envelope ID: 7433850F-FE6D-459A-98A3-02515E1C9334

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _Sonja B_ (DocuSigned by: ACBB2AC087F643F...)

Name: Sonja Bloder

Address: Hohenkogl 10a

St. Ruprecht, AT 8181

Phone Number: +436641534594

Email Address: sonjabloder@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016     To: 05/22/2017

DocuSign Envelope ID: 23672116-92E8-4192-AD70-D7150F608BD4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Sophie Stevenson*
DocuSigned by:
1B8E913A970D476...

Name: Sophie Stevenson

Address: 66 HAYHILL

AYR, AYRSHIRE GB ka8 0Sl

Phone Number: 07545096772

Email Address: sophiemstevenson@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/19/2014     To: 01/29/2015

DocuSign Envelope ID: 04634BE9-B2BA-444F-AE4B-DDED99C6816D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* 234E512182CE484...

Name: Soraya Charnkol

Address: 170 Talbott St. Apt. 202

Rockville , MD US 20852

Phone Number: 6783082917

Email Address: Nuaorka@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2010     To: 01/28/2011

DocuSign Envelope ID: 49CAC2D1-443A-4CC1-B10F-2A1C3A549808

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Stefania Orsini*
DocuSigned by:
B3F9B6B7DAD0427...

Name: Stefania Orsini

Address: 25-86 41st street

Astoria, NY US 11103

Phone Number: 3472090358

Email Address: nelly_90@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/03/2013      To: 09/03/2014

DocuSign Envelope ID: 215AC626-FC12-460F-9E77-619468FB16EB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Stefanie Hörschläger*
DocuSigned by:
367544E3AFA0404...

Name: Stefanie Hörschläger

Address: Edtsdorf 22

Engerwitzdorf,  AT 4209

Phone Number: 00436604716565

Email Address: stefanie.hoerschlaeger@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/13/2014        To: 01/29/2016

DocuSign Envelope ID: 1F193CB9-630E-4A45-8619-A0C6E316B8DD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 789CA6C14930462...]*

Name: Sterre Herma Renée Ziel

Address: Prairie grass drive 24770

Aldie, VA US 20105

Phone Number: +31630409333

Email Address: sterre_ziel@live.nl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2016     To: 05/08/2017

DocuSign Envelope ID: 67E5DFC2-91AE-4C40-B1A3-817BC06B57DF

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* [signature] B37EEB0C26C0406...

Name: Sukanya Sutherland

Address: 603/18 Lumpini Ville Cultural Center Samsennok, Huay Kwang

BANGKOK, Bangkok TH 10310

Phone Number: +66813924325

Email Address: sukanya.land@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/10/2008     To: 11/28/2009

DocuSign Envelope ID: C094B3C7-B50D-4932-BD67-694536913117

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *SUMEI XU*
97A76CB820C14F5...

Name: SUMEI XU

Address: 6 Hilltop Road

Larchmont, NY US 10538

Phone Number: 9293095166

Email Address: miyako.xu@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016    To: 10/04/2017

DocuSign Envelope ID: 3205BD70-3E59-433A-897D-BC3978C2C474

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _Susana Torres Arenas_
DocuSigned by:
9A6BBC094D63437...

Nome: Susana Torres Arenas

Dirección: 13228 Paramount Drive

Saratoga, CA US 95070

Telefone: 3104328114

Email Address: susanatorresarenas@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/05/2015      A: 07/20/2016

DocuSign Envelope ID: 2C9F68F0-1202-4A06-A4D9-CA6AEA240AF7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Suttichol Amsatit Yustick*
4E0DA1BE9EA14D2...

Name: Suttichol Amsatit Yustick

Address: 30139 Briarton

Farmington Hills, MI US 48331

Phone Number: 2482385557

Email Address: byustick@umich.edu

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/25/2016      To: 07/20/2016

DocuSign Envelope ID: 0B896495-15C0-4B6D-9D21-D4E5F23895A2

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/08/2017

Assinatura: *Sylvia Cyntia Guthrie*
DocuSigned by:
B9AC87611E5B470...

Nombre: Sylvia Cyntia Guthrie (maiden name: Sylvia Cyntia Silva)

Endereço: 9201 Spectrum

Irvine, CA US 92618

Teléfono: 8433439176

Email Address: cyntiasilva99@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 04/12/2012       A: 04/12/2014

DocuSign Envelope ID: 4C17B376-9ED5-4050-9830-B778B74DB8A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Handzlik*
B6C70DE1FADC43E...

Name: Sylwia Handzlik

Address: Fyrvaktarkroken 40

Stockholm, Enskededalen SE 121-32

Phone Number: +46 79-334 61 19

Email Address: handzliksylwia@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/06/2015     To: 12/18/2015

DocuSign Envelope ID: D596DA36-0BEA-467C-9DEB-001DCC79443B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *DocuSigned by:* F9908DC63D694A2...

Name: Talana Botes

Address: Via Arniense 123

Chieti, Abruzzo IT 66100

Phone Number: +393311344270

Email Address: talanabotes@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/20/2010      To: 04/15/2012

DocuSign Envelope ID: 2977BF06-D8B9-4FBC-8197-B274E9ACA5F5

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/10/2017

Assinatura: _[DocuSigned by: D46322EE60124D4...]_

Nombre: Tamires Duraes e Castro

Endereço: Jose Manoel de Carvalho, 91

Monte Mor, Sao Paulo BR 13190000

Teléfono: 1938794680

Email Address: dctami@yahoo.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 09/28/2015          A: 07/01/2017

DocuSign Envelope ID: F63CD60E-F284-4C5B-938D-C845D8945370

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: 80A95098A67641A...]*

Name: TANGUY Pauline Lucia Marguerite

Address: 405 boulevard Romain Rolland

Marseille, France FR 13009

Phone Number: 0630262417

Email Address: tanguypauline@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/08/2013     To: 08/06/2014

DocuSign Envelope ID: B160529B-F9B6-4080-B091-B24726C46583

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Tashanna Barnett*
DocuSigned by:
129F261C1EAD493...

Name: Tashanna Barnett

Address: 507 Maple Avenue

Uniondale, NY US 11553

Phone Number: 5088405193

Email Address: tashanna_barnett@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/16/2014     To: 06/16/2016

DocuSign Envelope ID: 6ABF8EFD-CC48-407C-947E-C5E0845A4EBE

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017          Assinatura: _Tatiana de Paula Pinto_

Nombre: Tatiana de Paula Pinto

Endereço: Rua São Venceslau, 207- Apto 41

São Paulo, São Paulo BR 04316070

Teléfono: 5511993368871

Email Address: tatitata2006@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/16/2010          A: 08/16/2011

DocuSign Envelope ID: 5918171E-CE19-40E0-B254-C7678E7A4104

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]*
ABDA6C7B3F764C6...

Name: Tetiana Iegorova

Address: 550 E Weddell Drive #2302

Sunnyvale , CA US 94089

Phone Number: 7739123297

Email Address: tatiana.massier@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009     To: 10/05/2011

DocuSign Envelope ID: 5416CCB8-93E0-4BBB-A8C9-70A5AC690C18

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _DocuSigned by:_ 2F5D5723B2BB400...

Name: Theresa Dominique Barrabas

Address: Murrhardter Str. 55

Welzheim, DE 73642

Phone Number: +4915753095267

Email Address: t.barrabas@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/28/2013      To: 01/27/2015

DocuSign Envelope ID: 15287B6A-5E01-47A3-9029-E2963EBF0757

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/08/2017     Assinatura: *Thiago Karol Ferreira Velho*
DocuSigned by:
5F48A88FA6C84E4...

Nombre: Thiago Karol Ferreira Velho

Endereço: Professor Paulo Americo da Costa, 29 - Jardim Primavera

Prados, Minas Gerais BR 36320000

Teléfono: 32984137394

Email Address: tkprados@yahoo.com.br

Patrocinador: InterExchange, Inc.

Fechas de participación en el programa au pair:

De: 05/09/2009     A: 12/15/2009

DocuSign Envelope ID: 924E8128-F8FD-438B-95C4-BB20768DB791

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned signature]* 7C2123A8D4B5413...

Name: Thireshni Perumal

Address: 6 McMillan Avenue, Sherwood Gardens

Brakpan North, Gauteng ZA 1541

Phone Number: +27725147523

Email Address: thireshni_perumal@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/05/2016        To: 03/05/2017

DocuSign Envelope ID: D56BE7CB-E60D-4436-9992-0864A88FDC8B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ [signature] 85B4C128D54242F...

Name: Thitinan Pongseesuk

Address: 35181 King ct

Fremont, CA US 94536

Phone Number: 5105659694

Email Address: a.thitinan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/28/2015      To: 09/27/2017

DocuSign Envelope ID: E1912263-8957-41A9-8C1B-FA5E5A2BE789

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[signature]* 2BCCE8F1DCBA429...

Name: Tiane Beeslaar

Address: 2452 Crooks road APT 59

Troy, MI US 48084

Phone Number: 2489302427

Email Address: tiabebeeslaar13@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/11/2011     To: 09/11/2013

DocuSign Envelope ID: 6C4CF9F2-B878-4D60-ADAE-A7F0CDA94776

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: BEF9BDDCE37F4B9...]*

Name: Tiffanie Ghisolfi

Address: 4 rue du charmant-som

VILLARD-BONNOT, FR 38190

Phone Number: +33670240649

Email Address: tiff-a-nie@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/03/2014     To: 03/03/2016

DocuSign Envelope ID: 9993E3C4-8FF9-42A0-A3F9-E2BA004AB35A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Ting Bai*
FDE6259B2C72434...

Name: Ting Bai

Address: 1552 N leavitt st.

Chicago, IL US 60622

Phone Number: 3128067472

Email Address: rebecca.becky.ting@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016     To: 02/22/2018

DocuSign Envelope ID: 41C3B2C9-47DF-4F0C-9477-A5C17081B499

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/08/2017

Firma: *Tiwy Daniela Florez Puentes*
DocuSigned by:
3FE8BE2592A942D...

Nome: Tiwy Daniela Florez Puentes

Dirección: cl 76 eb 82 48 apto 301

medellin, Antioquia CO 050041196

Telefone: 3175765233

Email Address: daniela_florez22@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/20/2014     A: 10/30/2014

DocuSign Envelope ID: 50FA6B98-D257-46B7-BC16-B1C3599933EF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _T. Kea_ (DocuSigned by: DADCBF9F7D5442A...)

Name: Tjara Kemper

Address: Aristotelessteig 10

Berlin , DE 10318

Phone Number: +4915786947532

Email Address: tjara97@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/29/2015      To: 06/29/2016

DocuSign Envelope ID: CE1D749B-243E-4ED2-98CC-EBB9950C99E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *TOURNIER Emeline*
DocuSigned by:
5BBAD4F9909946A...

Name: TOURNIER Emeline

Address: 18 lowell road

Natick, MA US 01778

Phone Number: +33679500880

Email Address: e.tournier@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/21/2012     To: 08/17/2013

DocuSign Envelope ID: 70030667-5E4E-4354-9272-7EDA02D7ADB8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by: 0585B868B59D4A6...)_

Name: Tugce alabak

Address: 2345 ocean ave

Brooklyn , NY US 11229

Phone Number: 9292275747

Email Address: tugcealabak34@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2016     To: 07/27/2016

DocuSign Envelope ID: 73F84E82-5841-4688-BDB9-500CB6B6937C

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017      Assinatura: _[assinatura DocuSigned by: 9CBD26A40C2B4BB...]_

Nombre: ully carolinne farias dos reis sampaio

Endereço: 631 grundy street

baltimore, MD US 21224

Teléfono: 4436807379

Email Address: wllyta@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/06/2014      A: 08/22/2014

DocuSign Envelope ID: EB778E31-6D4D-4454-B97C-B870C721AABB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _[DocuSigned by]_ F8DF3328142344B...

Name: Ussanee zarpuang hodge

Address: 4442 Oakmont st

Philadelphia , PA US 19136

Phone Number: 2674956272

Email Address: Ussaneehodge@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/09/2012      To: 08/16/2013

DocuSign Envelope ID: F3418225-7C8C-452F-98F2-D1AE8E0FA777

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *valeria mendonca smith*
DocuSigned by:
96EC2196249B4F8...

Name: valeria mendonca smith

Address: 150 dorchester ave

cincinnati, OH US 45219

Phone Number: 5132124769

Email Address: valeriamendonca72@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/12/2008      To: 05/31/2010

DocuSign Envelope ID: AF87616D-5A62-4401-B598-3FAA5E461287

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: EE8A988FEE43474...]*

Name: Vanessa Knapp

Address: 72 Beverly Road

Staten Island, NY US 10305

Phone Number: 4138001267

Email Address: vanessa.knapp@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2016   To: 07/17/2018

DocuSign Envelope ID: C1BCC2AA-36C8-4431-AE46-E69D841D851C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *V Kraatz*
347D2E1653F74CF...

Name: Vanessa Kraatz

Address: Müllersgasse 12

Winnenden, Baden-Württemberg  DE 71364

Phone Number: 017643774517

Email Address: vanessakraatz1997@googlemail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2015    To: 07/28/2016

DocuSign Envelope ID: 9661BA08-6364-4736-90A3-638CE4CBFBCF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Vanessa Mueller*
DocuSigned by:
4FE9697205D2437...

Name: Vanessa Mueller

Address: 711 Watts St

Durham , NC US 27701

Phone Number: 9198088151

Email Address: vanessa-mueller95@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/11/2014     To: 05/10/2016

DocuSign Envelope ID: 7D1C482D-6F84-4809-BD35-D9C597C8A0DB

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017              Assinatura: _DocuSigned by:_ D1ECAE9C20F94B1...

Nombre: Vanessa Rodrigues do seu Reis

Endereço: Rui Barbosa, 138

Piquete, São Paulo BR 12620-000

Teléfono: 1231563675

Email Address: Vanessarrois@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/18/2016         A: 09/28/2016

DocuSign Envelope ID: D0097321-88F5-4C88-AD60-6E0C316D650B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017     Signature: *[signature]*
2DE46B1CA2AE43B...

Name: Vanessa Yamel Ramirez

Address: 1618 Fordem Avenue Apt 306

Madison, WI US 53704

Phone Number: 6082092417

Email Address: yamel912010@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014     To: 12/10/2015

DocuSign Envelope ID: C57F337F-DAEE-4892-B1CD-43C4FAD453A5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_       Firma: _Vanessa Yusunguaira_
                                323C11CF84104F7...

Nome: _vanessa yusunguaira_

Dirección: _carrera 57 79 329_

_barranquilla, atlantico CO 12345_

Telefone: _+573186500390_

Email Address: _vaneyusun@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _10/14/2013_       A: _07/17/2014_

DocuSign Envelope ID: 409A1082-759D-49F3-AB7F-DF058C7F486F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by signature]* 421FD6D88D34407...

Name: Vannesa Angelica Martinez Huh

Address: 900 Green st

San Francisco , CA US 94133

Phone Number: 4153228011

Email Address: celin_mtz@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/15/2014     To: 12/15/2015

DocuSign Envelope ID: 7D0556E3-8FBA-453B-8D33-90B266C666AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Velichka Dimitrova*
DocuSigned by:
22EA383E89E04A4...

Name: Velichka Dimitrova

Address: 39471 Royal Palm Dr

Fremont, CA US 94538

Phone Number: 4046103780

Email Address: vitchi.bg@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/05/2009     To: 11/10/2010

DocuSign Envelope ID: CC356790-ED05-4DDC-97DC-74857BC39575

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *vera podejmova*
DocuSigned by:
C8A57FBFC49F468...

Name: vera podejmova

Address: brechotva 14

prague, prague CZ 14900

Phone Number: 00420775085015

Email Address: vera.podejmova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/29/2011     To: 10/01/2012

DocuSign Envelope ID: 1FD30398-82E2-4B38-828B-B189A2C4847D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Veronika Blaskova*
DocuSigned by:
A635F3A1F48E416...

Name: Veronika Blaskova

Address: Budapestianska 5

Kosice, Slovakia SK 04013

Phone Number: +421910890102

Email Address: veroblaskova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/26/2014     To: 09/10/2015

DocuSign Envelope ID: 67EB369F-DE8A-47FA-84DC-92110742E662

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 31AB565870DE4C1...]*

Name: Vladlena Ciubara

Address: 5120 SW 40th AVE Apt 24 A

Fort Lauderdale , FL US 33314

Phone Number: 9543501271

Email Address: vladuta_c@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/20/2010      To: 04/30/2011

DocuSign Envelope ID: 6CC9F359-DC94-4B74-8056-450BCB75E86B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: Baran  3F1E472E8E83416...]*

Name: Wiktoria Anna Baran

Address: 3 maja 28

Zlotoryja, Dolny Slask PL 59-500

Phone Number: 4157300364

Email Address: wiktoria.b804@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/28/2016     To: 11/27/2018

DocuSign Envelope ID: A5C9D4A3-AC7B-4D6D-9852-7B037BC6C877

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _(DocuSigned by: C17A5C90BB41497...)_

Name: Wiktoria Szymas

Address: 59-54 Woodbine st

Ridgewood, NY US 11385

Phone Number: 3473363494

Email Address: wiktoria_szymas@tlen.pl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2011   To: 11/04/2013

DocuSign Envelope ID: 4A3340F6-C2B6-4D9C-A543-F2F97BB6BAA6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[DocuSigned by: 56EE3B3ACCFE4A5...]*

Name: Xiaochun Ye

Address: 1348 Drake Ave

Burlingame, CA US 94010

Phone Number: 5716458733

Email Address: 714235366@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/07/2016      To: 03/06/2018

DocuSign Envelope ID: F66E32D6-F006-4B99-8E47-0BFDD6FDFE54

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *YAMKELA NDAMASE*
DocuSigned by:
3DAF7F4DD1604C8...

Name: YAMKELA NDAMASE

Address: PO BOX 358

MATATIELE , ZA 4730

Phone Number: 0603482085

Email Address: yamkela.ndamase@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/25/2016     To: 06/09/2017

DocuSign Envelope ID: 354B9A22-BEB6-4BB5-9836-F407352BA874

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *YAQIAN M*
DocuSigned by:
F09189BED6A3404...

Name: YAQIAN NI

Address: 635 Prospect St

Maplewood, NJ US 07040

Phone Number: 8622169197

Email Address: niconee@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/25/2016     To: 09/25/2018

DocuSign Envelope ID: 299F1CC2-FB90-4A44-9394-6B010A11B0EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Yawen Wang*
DocuSigned by:
0BE65E8808424AB...

Name: Yawen Wang

Address: 2 Somerset Court

Belmont, CA US 94002

Phone Number: 6505576525

Email Address: yawenwang0101@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/15/2016     To: 02/15/2018

DocuSign Envelope ID: 42A32233-22C1-4FF3-885F-B0A0A20BAFDB

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ Yazmin Rios Madrid E3737E7807344E4...

Nome: Yazmin viridiana Rios Madrid

Dirección: Andador de los pirules, Fovisste

Cuauhtemoc, Chihuahua MX 31560

Telefone: 6141743584

Email Address: yaz.rivers@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/29/2014          A: 07/26/2016

DocuSign Envelope ID: FFC76AD7-139D-4E55-B1F9-C38B910C8A82

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Yentl Rose Pagan Swartz*
6550E4BB3C3E4AA...

Name: Yentl Rose Pagan Swartz

Address: 38 Meadow Wood Drive

Greenwich, CT US 06830

Phone Number: 9147528781

Email Address: yentl.swartz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2016          To: 06/26/2018

DocuSign Envelope ID: 63FBFA4D-57A5-4C5C-973C-E16DE9EAB7F0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: _YSKM_ (DocuSigned by: A7732B2D0B4D4B0...)

Name: Yessica Lucero Morales Palacios

Address: 1732 Lamont St NW

Washington, DC US 20010

Phone Number: 2023417566

Email Address: yessicamopa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2014     To: 09/08/2016

DocuSign Envelope ID: 11E2E3C3-E169-4CC3-BCDA-16886F392C9E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017                     Firma: *Jessica Paola Ruiz*
                                            6224AB3DB732440...

Nome: Yessica Paola Ruiz Valero

Dirección: Carrera 3 #47-78 las quintas

Tunja, Boyacá CO 150003

Telefone: 3232339808

Email Address: yprv.07@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/08/2015                  A: 06/10/2016

DocuSign Envelope ID: A07A216E-3CFC-4DB5-AC07-7A14ECAAFB3A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/12/2017_     Firma: *YESSIKA SOFIA JIMENEZ ARRIETA*
                                   DocuSigned by:
                                   DF16BB8CF7B74AE...

Nome: YESSIKA SOFIA JIMENEZ ARRIETA

Dirección: CALLE 44 #3-50

MONTERIA, IL US 3789

Telefone: 3163589130

Email Address: yessicajimenez16@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _10/20/2014_     A: _06/10/2015_

DocuSign Envelope ID: E0A340C7-7ECC-4842-8183-74ADFAC333C6

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017

Firma: _DocuSigned by:_ 43E3B2FC9B5A433...

Nome: Yina alexandra Rodriguez diaz

Dirección: Lagos V etapa torre 7 apt 403

Bucaramanga , Santander  CO 681002

Telefone: 3209868514

Email Address: Yinis_330@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 02/02/2015          A: 11/02/2016

DocuSign Envelope ID: E05A1D73-B5BD-4A87-85DF-B4DF9E8D7816

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *YingLi* (DocuSigned by) AFDF9FA5CBE44EB...

Name: YING LI

Address: Flat G, 13/F,Block 3,Harbour Place

Hong Kong, Hong Kong CN Kowloon

Phone Number: 85269965310

Email Address: yingli1010ly@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/01/2014     To: 05/10/2016

DocuSign Envelope ID: F0E67EF5-142E-4A81-A1F3-DF4AA891E913

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Yolima Taborda Rojas*
DocuSigned by:
9D29BEAC838B4A3...

Name: Yolima Taborda Rojas

Address: 1881 N Nash St, Unit 1708

Arlington, VA US 22209

Phone Number: 2023095915

Email Address: yolimataborda@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/23/2014      To: 01/31/2015

DocuSign Envelope ID: 0AED5021-B344-4DC4-9286-76896F325F77

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *YONGSHUO HE*
892AA95AB3CE4BC...

Name: YONGSHUO HE

Address: 1831 DELTA AVE

ROSEMEAD, CA US 91770

Phone Number: 9255205426

Email Address: heyongshuo@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/18/2010     To: 07/31/2012

DocuSign Envelope ID: 2958C85E-222F-45C8-A9AD-EC88F3001047

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Yu Cong*
DocuSigned by:
38E9B790F275426...

Name: Yu Cong

Address: 21 old farm road

Scarsdale , NY US 10583

Phone Number: 9146568266

Email Address: evacong@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/14/2016     To: 11/14/2017

DocuSign Envelope ID: 7DF4C91A-7537-453A-BD8D-C7EF816CB10F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Yuan Zhu*
DocuSigned by:
833F211E7F4D448...

Name: Yuan Zhu

Address: 5821 NE, Davis st

Portland, OR US 97213

Phone Number: 5037504628

Email Address: ap.zhuyuan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/23/2009          To: 01/15/2010

DocuSign Envelope ID: 4960E31F-5125-4C38-8420-D26D8E3DA907

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: 708296984F5548B...]*

Name: Yuanlei Huang

Address: 598 s 9th st, #15

San Jose, CA US 95112

Phone Number: 4087979724

Email Address: huangyuanlei@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/31/2011     To: 05/31/2013

DocuSign Envelope ID: 64ABB0EF-7A8C-45FB-B80B-8E6CB2FB8909

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/12/2017          Firma: *Yuliana Andrea Arbelaez Zapata*
DocuSigned by:
1598B7F440E0404...

Nome: Yuliana Andrea Arbelaez Zapata

Dirección: Cra 96 # 43 - 53

Medellin , Antioquia CO 050032

Telefone: 3022313755

Email Address: andreita0899@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/03/2014          A: 02/05/2016

DocuSign Envelope ID: 6BFED110-02D5-4EE0-AAEC-F7111B888ECF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017            Signature:  *[DocuSigned by signature]*
                                          D6B8DF10BA7C40A...

Name:  Yusha Jiang

Address:  119 park st

          SAN Francisco , CA US 94110

Phone Number: 4155249815

Email Address: 510728207@qq.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  09/21/2015         To:  09/21/2017

DocuSign Envelope ID: D77F7856-4B9C-4047-BB16-91D10C627FCF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *[signature]* DocuSigned by: A5A39470C8424C8...

Name: Yvonne Ottenwälder

Address: Sperrhofstraße 10

Stimpfach , Baden-Wuerttemberg DE 74597

Phone Number: 01749083027

Email Address: yvonne-ottenwaelder@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/08/2014     To: 12/04/2015

DocuSign Envelope ID: 46C73CD5-8094-475B-B78E-1782C7325619

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *Zane Ergle*
C6524271771F4AB...

Name: Zane Ergle

Address: Jāņa Daliņa iela 8, 73

Rīga, Rīga LV 1013

Phone Number: 29755935

Email Address: zane.ergle@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/05/2010     To: 12/24/2010

DocuSign Envelope ID: 473AECBF-4C75-4A12-B393-B75BAF549C1E

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/12/2017          Assinatura: _DocuSigned by:_ 426D1286B8104AC...

Nombre: Zeliane Da silva

Endereço: 3008 Syracuse St

Denver, CO US 80238

Teléfono: 9739140042

Email Address: zelianesz@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 06/20/2016          A: 06/20/2018

DocuSign Envelope ID: D1BA5998-3F31-4A60-A001-FF3E3187DAC9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: Zeqya  CCBD32E2EDD4467...]*

Name: Zeqing Xu

Address: 3160 Crane Ave

Escondido , CA US 92027

Phone Number: 4808481110

Email Address: bmhruthxu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016     To: 06/12/2017

DocuSign Envelope ID: 80D9D05D-58A7-46DA-9A14-9B637EDAC487

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/12/2017

Signature: *ziying Liu*
DocuSigned by:
89F093D21642438...

Name: ziying Liu

Address: 1211 Main Street road

Spring Grove , IL US 60081

Phone Number: 2243878590

Email Address: ziying1212@live.cn

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 12/28/2010    To: 12/28/2011