# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 2680 | 3974c695 | Mayra Alejandra Rojas Tovar | Cultural Care |

**From:** Alejandra Rojas <alejart.2404@gmail.com>
**Sent:** Wednesday, September 13, 2017 11:43 AM
**To:** CA - AuPairWageAction
**Subject:** Re: Au Pair Wage Action

Hello.

I would like you to exclude myself from the Au Pair wage action lawsuit

Mayra Alejandra Rojas
Address: 10804 Mazwood PL

Sent from my iPhone