IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | September 21, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, | Dawn Smalls |
| LUSAPHO HLATSHANENI, | Shawn Rodriguez |
| BEAUDETTE DEETLEFS, | Juan Valdivieso |
| DAYANNA PAOLA CARDENAS CAICEDO, and | |
| ALEXANDRA IVETTE GONZALEZ, | |
| SARAH CAROLINA AZUELA RASCON, | |
| LAURA MEJIA JIMENEZ, | |
| JULIANE HARNING, | |
| NICOLE MAPLEDORAM, and those similarly situated, | |
| Plaintiffs, | |
| v. | |
| INTEREXCHANGE, INC, | Brooke Colaizzi |
| USAUPAIR, INC., | |
| GREAT AUPAIR, LLC, | |
| EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair, | Bogdan Enica |
| EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS, | David Meschke |
| CULTURAL HOMSTAY INTERNATIONAL, | Adam Hubbard |
| | Diane Hazel |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Justin Wolosz |
| | Lyndsey Kruzer |
| | Justin Wolosz |
| AUPAIRCARE INC., | Peggy Kozal |
| | Thomas Quinn |
| AU PAIR INTERNATIONAL, INC., | Jennifer Roehrich |
| AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ GoAuPair, | Kathryn Reilly |
| GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair, | |
| AGENT AU PAIR, | |
| APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation, | Susan Schecher |
| | Robert Tucker |
| AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America, | |

A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,
LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International
Au Pair Exchange,

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**4:07 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to privileged documents produced through a Rule 45 subpoena by a third party and whom the privilege is between.

**ORDERED:**    **Plaintiffs are permitted to file a motion to compel, as discussed, on or before September 27, 2017.  A response to the motion shall be filed on or before October 6, 2017.  A reply, if any, shall be filed on or before October 11, 2017.**

**ORDERED:**    **A Motion Hearing is set for October 18, 2017 at 1:30 p.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.**

The parties agree to confer regarding disclosing the unredacted privileged documents to the court for review.  The parties will notify the court by October 6, 2017.

**4:39 p.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    0:32

\* To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.

2