# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Alessandra Gerardi
2. Anne Marie Annick Vwylsteke
3. Pauline Marie Bertrand
4. Veryan Grace Moody
5. Antonio Diaz Urbieta
6. Romeu Philippe
7. Sofie Skovfoged Gregersen
8. Abi Ballon
9. Abigail González García
10. Adriela De Carvalho Belato
11. Adrien Alexis Thierry Tardé
12. Agnese Bertoldi
13. Airy Adriana Gonzalez Peralta
14. Akie Cavalcanti Tagawa
15. Alcione Anastácia Weizmann
16. Aleisha Campbell
17. Alejandra Alzate Valencia
18. Aleksandra Matyushenkova
19. Alex Guarino

20. Alexandra Ceballos Mota
21. Alexandra Mapura Giraldo
22. Alexandra Smirnova
23. Aline Akemi Ishioka
24. Aline Araujo De Souza
25. Alma Soemy Galindo Salgado
26. Amanda Rezzutti Silva
27. Amandine Roxard
28. Amy Rebecca Bryant
29. Ana Carlota Sanchez Montes
30. Ana Cristina Albus Mozo
31. Ana Kathya Camacho Manjarrez
32. Ana Lourdes Galindo Rangel
33. Ana M Medina Gonzalez
34. Ana Merayo Fernandez
35. Ana Paula Lopes Peixoto
36. Anahí Ireta Agraz-Sanchez
37. Anahi Tello Perez
38. Anais Marine Patience Zanga Tayida
39. Andrea Arias Alzate
40. Andrea Carmona Lopez
41. Andrea Carolina Rojas Gonzalez
42. Andrea Fernandez Landa
43. Andrea Rivas Corre
44. Andresa Gomes Dos Santos
45. Andressa Dias Barreira
46. Anela Trgo - Pliska
47. Angela Serrano
48. Angelique Hawes
49. Angely Marcela Rubio Castillo
50. Anika Starke
51. Anka Munivrana
52. Anna Karoliina Laakso (Anna Karoliina Kosonen Until October 2
53. Anna Katarzyna Maciejewska
54. Anna Maria Dusper
55. Anna Schonnebeck
56. Annaleese Fay Page
57. Anna-Lena Baier
58. Anne Pellowski
59. Annika Schlüter
60. Ann-Kathrin Langanke
61. Arely Joyce Roque Robles
62. Ashlee Gabel
63. Ashley Rodger
64. Astrid Keller
65. Audrey Fleurot

66. Aurelia Corinne Frankowski
67. Aurora Estrella Avila Basulto
68. Aviya Naama Silver
69. Ayala Avital
70. Barbara Ismond
71. Barbora Jurigova
72. Beatrice Ingelbratt
73. Beatrix Regasz
74. Beatriz Pandolfi Silva
75. Bedos Tracy Victoria Erika
76. Belinda May Salerno
77. Bernadette Potgieter
78. Bianca Barbara Du Plessis
79. Bianca Behrisch-Chappell
80. Biljana Mazinjanin
81. Breanna Payne
82. Bree Hearn
83. Brianna Woodhead
84. Bronte Lee Grimmond
85. Bruna Thais Freitas
86. Caitlyn Zimmerman
87. Calia Nataly Delgadillo Longoria
88. Callum Trainer
89. Carly Fitzpatrick
90. Carolina Falsetti
91. Carolina Gil Echeverri
92. Carolina Montaño Contreras
93. Carolina Sierra Restrepo
94. Catarina Alcantara De Melo
95. Catharina Maria Steenkamp
96. Cecia Karina Cortes Sanchez
97. Cecilie Hermann Rasmussen
98. Celia Karina Zazueta Barreras
99. Celia Maria Lopez Castro
100. Chanel Samantha Moodley
101. Chanelle Van Staden
102. Chelsea Edwards
103. Cheri-Lee Boheim
104. Chiraporn Rattanomkiat Lakin
105. Chirvata Milton
106. Chloe Trigg
107. Christian Drumm
108. Christoph Oliver Maiwald
109. Chui Kheng Tham
110. Clare Ormsbee
111. Clarisse Hildegarde Therese Decourtye

112. Claudia Beltran
113. Claudia Daporta
114. Claudia Doda
115. Claudia Driessen
116. Clément Antoine Bonnet
117. Courtney Louise Flynn
118. Cros Cindy
119. Cynthia Araceli Molina
120. Cynthia Artz
121. Dajie Shi
122. Dalia Lizeth Espinoza Padilla
123. Dan Zhao
124. Daniela Abdelnur Duque
125. Daniela Andrea Bustamante Ruiz
126. Daniela Barragan Nieto
127. Daniela Basqueira-Cox
128. Daniela Bravo Orozco
129. Daniela Martinez Berrio
130. Danielle Silva Leal
131. Daria Holubytska
132. David Petersen
133. Diana Carolina Ramirez
134. Dilshaad Clark
135. Djamila Bouam
136. Dominique Maeyer
137. Donglan Chen
138. Dragana Ninkovic
139. Duné Janse Van Rensburg
140. Eileen Geoffroy
141. Eileen Schwietering
142. Elani Ebersohn
143. Elba Maria Moscote Mendoza
144. Elea Abbas
145. Elena De Carlo
146. Elena Saskia Zimmermann
147. Elina Moser
148. Elisa Ciannarella
149. Elisabeth Koisser
150. Elisabeth Ramsbacher
151. Eliska Osborn
152. Elizamary Dalva Angelica
153. Elodie Colange
154. Elorha Valadao Morgado
155. Elvira Galindo Brasil D'Arolla Pedrosa
156. Emilia Maria Minkin
157. Emiliana De Santos Guzman

158. Emilie, Simone, Marie-Francoise, Rachet-Pinder
159. Emma Maree Dixon
160. Epiphanie Gomes
161. Erica Rientjes
162. Erika Anamaria Salas Villarreal
163. Erin Juanita Dawn Baker
164. Erin Mcdonnell
165. Estefania Pinto
166. Estefania Quintero Parra
167. Estefany Buitrago Marulanda
168. Estelle Gracia
169. Evgeniia Kazymova
170. Fanny Ruiz
171. Fatou Binetou Lo
172. Fay Margaret Whyte
173. Felecia Thandeka Mhlanzi
174. Fernanda Dias
175. Fernanda Neisse Sudbrack
176. Gabrielle Teixeira Da Silva
177. Gaia Barbiero
178. Gemma Martinez Carayorl
179. Gemma Wilson
180. Genica Juliana Franco Encinales
181. Gina Marcela Botello Meneses
182. Gisselle Ramirez Lopez
183. Giulia Montanari
184. Glenda Della Putta
185. Guilaine Kleinhenz
186. Guiqi Zheng
187. Haftm Yizhak-Heathwood
188. Hakan Aydemir
189. Hande Uresin(Ayhan)
190. Hannah Edinger Reed
191. Hannah Lucas
192. Hannah Patricia Wilson
193. Harpa Dogg Hafsteinsdottir
194. Hatire Aikebaier
195. Helen Polycarpo Weber
196. Heloisa Julia Pereira
197. Hila Shahar
198. Hongmei Dou
199. Iasmin Santos De Souza
200. Ievgeniia Denislamova
201. Ilaria Bolognese
202. Ilse Daniela Ruiz Hernandez
203. Inglid Ferreira Da Silva

204. Ingrid Karina Castro Vallejo
205. Iona Araujo
206. Iris Marcela Mora Cubero
207. Isabella Nisimoto
208. Isadora Menezes Cabral
209. Ivana Obrien
210. Ivana Pandjarova
211. Jabouley Maud
212. Jakub Chmatal
213. Jamie Koble
214. Janeth Tatiana Coronado Galvis
215. Jaqueline Maria De Moraes Gomes
216. Jasmin Gosling
217. Jasmin Wisotzky
218. Jasmina Babic
219. Jenna-Lee Watson
220. Jennifer Ryan
221. Jennyfer Martinez Servin
222. Jessica Aparecida Santos De Farias
223. Jessica Damara Chávez Chávez
224. Jessica Garioch
225. Jessica Geraldine Ruiz Rubiano
226. Jessica Isabel Trujillo Reyes
227. Jessica Karina Tarra Alvarez
228. Jessica Kivedo-Overall
229. Jessica Louise Taylor
230. Jessica Moro
231. Jessicka Roos
232. Jianing Wang
233. Jil Petrausch
234. Jillian Avender
235. Joanna Marie Hall
236. João Mário Bortolazzo De Almeida
237. Jodie Gympies Apodaca
238. Jodi-Lee Melrose
239. Johanna Valk
240. Joice Cristina Amaral
241. Jonna Paukku
242. Josef Cornelius Van Der Walt
243. Julaluck Phongsanga
244. Julia Maturska
245. Julia Mauricio Loyola Magrassi E Silva
246. Julia Patricia Velasquez Manosalva
247. Julia Revakova
248. Julia Trivino
249. Julia Vogt

250. Julia Whyte (Siewert)
251. Juliana Alejandra Lozada Muñoz
252. Juliana Beltran Grisales
253. Juliete Nass
254. Juliette Zimer
255. June Li Alsgaard
256. Justina Ho
257. Justine Voisin
258. Kailey Parrott
259. Kaitlin Morris
260. Kaitlin Sherriff
261. Kamilla Coelho Moura De Araujo
262. Kaminska Celina
263. Karen Fuentes
264. Karen Liseth Durán Fillippo
265. Karen Saldana Schoen
266. Karla Lorena Aguayo Vazquez
267. Karolina Makowska
268. Katarzyna Kasprowicz
269. Kate Kempen
270. Katharina Goerke
271. Katherin Gisset Diaz Vargas
272. Katie Louise Armitage
273. Katja Krizan
274. Katsalai Solomiia
275. Kayla Ann Lloyd-Evans
276. Kayla Monique Clifford
277. Kelly Ratledge
278. Kerry Lewis
279. Kleanda Paja
280. Kristin Jordan
281. Kristina Jade Gatehouse
282. Kryshtal Viktoriia
283. Laetitia Petit
284. Laila Burger
285. Lan Zhong
286. Lara Shalaine Bergmann
287. Larissa F Coelho
288. Laura Carmona
289. Laura De La Rosa
290. Laura Elena Maza
291. Laura Guzman Moncada
292. Laura Hintzsche
293. Laura Liliana Ortiz Sandoval
294. Laura Marcela Jimenez Niño
295. Laura María Alzate

296. Laura Perren
297. Laura Vanessa Puerta Ortegón
298. Laura Victoria Tellez Martin
299. Laura Wood
300. Laurencia Mendoza Flores
301. Leandri Vermaak
302. Lebogang Moloi
303. Leidy Laura Velasquez Gaviria
304. Leidy Susana Castrillon
305. Leidy Vanessa Garro Manco
306. Leila Julileta Molina
307. Lenka Cajthamlova
308. Leona Lammers
309. Leonardo Daniel Briano Rodriguez
310. Lerato Mosenogi
311. Leslie Tauscher
312. Lessly Medina
313. Liliana Ramírez Bobadilla
314. Lillie Grace Gooden
315. Lily Reynolds
316. Lina Alvarado
317. Lina Garcia Da Silveira
318. Lina Katrin Lund
319. Lina Marcela Rodriguez Perez
320. Lina Maria Cuchimba Rayo
321. Lina Vanessa Piedrahita Bernal
322. Linda Vieira De Souza Panfiet
323. Liping Ye
324. Lisa Baldinger
325. Lisa Thomée
326. Lisa Winkler
327. Lisbeth Luft
328. Liz Vanessa Moreno Cortes
329. Lizbeth Posada Zea
330. Lizeth Nathalia Bautista Rodriguez
331. Lorena Denisse Briano Cruz
332. Louise Chevalier
333. Lu Qin
334. Luana Oliveira
335. Lucie Colomb
336. Lucie V Delabre
337. Lucile Sullivan
338. Luisa Fernanda Llano Puerta
339. Luiza Helena Marschner
340. Lyndsey Anna Sarah Thompson
341. Madison Russell

342. Magdaalena Wronska
343. Magdy Duneyi Losada Gomez
344. Maike Theresa Breyer
345. Mailen Borda Aberastain Oro
346. Maira Rocio Narvaez Guerra
347. Mallaury France Maria Filliatre
348. Manon Balta
349. Manon Guery
350. Manuela Lopera Gonzalez
351. Margherita Maria Galassi
352. Maria Alejandra Navarro Alarcon
353. Maria Alejandra Rodriguez
354. Maria Anna Maciocia
355. Maria Camila Gomez Tabares
356. María Candelaria Fagandini
357. María Collado Bonú
358. Maria Collins
359. Maria Fernanda Hernandez Gomez
360. Maria Fernanda Negrete Pliego
361. Maria Fernanda Villanueva
362. Maria Florencia Romero
363. Maria Gabriela Osornio Garcia
364. Maria Isabel Benites
365. Maria Iwema
366. María Jesús Cordero Matos
367. Maria Jose Barajas Edid
368. Maria Jose Villegas Vargas
369. Maria Patricia Valencia Bustamante
370. Maria Santiago Corona
371. Maria Seefeld
372. Mariana Alfonso
373. Mariana Cavalcante Azevedo De Souza
374. Mariana Fonseca Bosembecker
375. Mariana Uribe Herrera
376. Marien Lucero Rojas Leal
377. Marion Hohlfeld
378. Marion Simpson (Parnaud)
379. Marion Thomas
380. Marion Venturini
381. Marisa Botha
382. Marius Buerfent
383. Marketa Povova
384. Marta Araceli Vidal Romero
385. Martha Fernanda Izquierdo Molina
386. Martha Liebenberg
387. Martina Arapovic

388. Mary Ellen Rodrigues
389. Mary Giardina
390. Maryleen Acevedo Velasquez
391. Mathilde Bourgon Coudoux
392. Mathilde Clement
393. Mayara Manaf Durkee
394. Mayra Alejandra Lozada Nossa
395. Meagan Gasnola
396. Meida Barbosa Martins
397. Melissa Geddes
398. Michaela Fidlerova
399. Michala Jajcayova
400. Michel Dubraska Quiñonez Osorio
401. Mineline Martins (Horn)
402. Minshan Coudert
403. Miriam Estefanía Balderas Castillo
404. Miriana Seritti
405. Mkhinini Nihad
406. Moira Cacia
407. Monica Nathalia Suárez Monroy
408. Nagela Gonçalves Lopes
409. Nanita Lahav
410. Nassima Dafir
411. Natalia Díaz De Leon Rivera
412. Natalia Garcia Quiroz
413. Natalia Gutierrez
414. Natalia Roth
415. Nataly Goez
416. Nathalia Cristine Schiavinati
417. Nathalia Juliana Celis Barajas
418. Nathalia Matias Da Costa Andrade
419. Nathaly Ferreira Rodrigues
420. Nelly Malena Orozco Lascano
421. Nicole Maria Langeveld
422. Niklas Greiter
423. Nikolett Engel
424. Nina Afonso Pereira Dos Santos
425. Nina Gaugg
426. Nina Maria Wendelbo Pedersen
427. Nini Gil
428. Nkosazana Evans
429. Noemi Conticini
430. Nohemi Alejandra Gutierrez Rodriguez
431. Noncebo Precious Mdakane
432. Nosisa Duze
433. Nothando Mtambo

434. Noy Fany Kahlon
435. Ntokozo Dlamini
436. Nubia Alejandra Serrano Góngora
437. Nuraini Rachmah Wibisono
438. Olga Trusova
439. Paige Elizabeth Hyde
440. Paola Moreno Pulido
441. Patinya Inwang
442. Paula Andrea López Bastidas
443. Pawel Misiak
444. Peleg Bar
445. Perrine Ranquet
446. Phanitta Watiroyram
447. Phawinee Winidkulaya
448. Pia Vesely
449. Pierrrot Céleste
450. Pornpimon Mangkalard
451. Prapaporn Jitmaneeyaphan
452. Priscila Randolph Lamas
453. Raelee Cindy Dallacqua
454. Rafaela Pereira Gonsalves
455. Raluca Malina Grad
456. Raquel Lima Owen
457. Ratchadawan Somboonjai
458. Rebecka Ulla Maria Stal
459. Reina Harper (Maiden Name Is Utsunomiya)
460. Renata Gava Corazza
461. Rene Du Preez
462. Riandi Van Zijl
463. Rinat Sara Gad
464. Rinko Kinjo
465. Romina Gabriela Vizgarra
466. Rose Helle De Souza
467. Rosemary Z Angarten
468. Ruby Alice Harland
469. Salomé De La Espriella
470. Samanta Mayara Menezes
471. Samantha Burns
472. Samina Ansari
473. Sandro Siller
474. Sansanee Arbngern Lizano
475. Santomaggio Mathilde
476. Sara Garcia Restrepo
477. Sarah Bruton
478. Sarah Goubet
479. Saramaria Garcia Gonzalez

480. Saray Cano Zapata
481. Sean Van Der Stel
482. Selene Ocadiz Espinosa De Los Monteros
483. Selma Besic (Catbagan)
484. Seol Young Kwon
485. Shalilynn Tanyachardyotin
486. Shanne Lea Coldwell
487. Shannon Merle Mchugh
488. Shara Yllaramendi
489. Shevonne Ellis
490. Shirley Esteban Jaimes
491. Sigrid Marie Axelsson
492. Simina Daciana Moldovan
493. Sindy Karina Munoz Ortiz
494. Sofia Lamanna
495. Sofia Ouakri
496. Sofia Victoria Di Rico
497. Sonja Eliaso
498. Sonja Emilia Piirainen
499. Sooyen Gordon
500. Soraya Hennen
501. Stacey Alain
502. Stadelmann Valerie
503. Stefania Lopez Ferrans
504. Stefanie Sonja Kolinski
505. Stefanija Eftimov
506. Stefany Camacho Iesca Rodrigues
507. Stephanie Susana Duarte Arenas
508. Susanna Christina Rossouw
509. Susanne Fanny Alexandra Westrin
510. Sussy Daniela Cordon Díaz
511. Suzana Oliveira
512. Talita Paula De Lima
513. Tamara Dempsey
514. Tanja Mair
515. Tassia Cerqueira
516. Tatiana Gasnault-Taylor
517. Tatiana Menezes Dias
518. Tatiane Santos Dos Anjos
519. Tatjana Bosche
520. Tawana Teeka Stephenson
521. Tayde Monserrat Villegas Perez
522. Tayla Sharp
523. Thais Fabrini
524. Thais Gomes Vieira
525. Thayse Macedo

526. Theresa Bruns
527. Tiffany Anne Michele Herzog (Nee Simko)
528. Tina Matthews
529. Titaya Sukongthong
530. Valentin Payares
531. Valentina Lopez
532. Valeria Sánchez Restrepo
533. Van Thanh Nguyen
534. Vanessa Patricia Luevano Moreno
535. Vania Jazibe Ramirez Sarabia
536. Victoria André
537. Viktoriia Perepeliuk
538. Violette Dauphin
539. Virginia Falsetti
540. Virginie Gilles
541. Viviana Paola Torres Guerrero
542. Vivielin Reis Da Silva
543. Woraporn Prapaithong
544. Xi Zhou
545. Ximena Uribe Zacarias
546. Xueyun Yan
547. Yan Wang
548. Yelda Temürlenk
549. Yenni Vanesa Angarita Max
550. Yi Xia
551. Yuchan Li
552. Yujin Lee
553. Yvette Neijenhuis
554. Yvonne Mai
555. Zarina Ilyassova
556. Zinhle Mthembu
557. Zoe Wilson
558. Zuzana Chrenova

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: September 23, 2017 | Respectfully submitted,<br><br> /s/ Dawn Smalls____<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
