# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Alessandra Gerardi | AIFS/APIA (AU PAIR IN AMERICA) |
| Anne Marie Annick Vwylsteke | INTEREXCHANGE, INC. |
| Pauline Marie Bertrand | CULTURAL CARE AU PAIR |
| Veryan Grace Moody | INTEREXCHANGE, INC. |
| Antonio Diaz Urbieta | AU PAIR CARE, INC. |
| Romeu Philippe | CULTURAL CARE AU PAIR |
| Sofie Skovfoged Gregersen | AU PAIR CARE, INC. |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/09/2017    SIGNATURE: Alessandra Gerardi

PRINTED NAME: ALESSANDRA GERARDI

ADDRESS: VIA TRIESTE 37 - MUGGIÒ (MB) 20835 - ITALY

TELEPHONE NUMBER(S): 339 4479957

EMAIL ADDRESS: ale.gerardi@gmail.com

SPONSOR: AU PAIR IN AMERICA

DATES IN AU PAIR PROGRAM: 04/05/2009 - 11/12/2009

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

*BIE000074*

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT)(D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/11/17   SIGNATURE: [signed]

PRINTED NAME: ANNE MARIE ANNICK VUYLSTEKE

ADDRESS: 509 anderson ave DREXEL HILL 19026 PA USA

TELEPHONE NUMBER(S): 610 322 0184

EMAIL ADDRESS: anne.vuylsteke17@gmail.com

SPONSOR: Inter exchange

DATES IN AU PAIR PROGRAM: 01/19/15 - 01/19/17

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE000074

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del <u>2 de noviembre de 2017</u>.**

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

**O** por correo electrónico a:   AuPairWageAction@jndla.com

**O** por fax al:   (+1) 888-335-3336

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA:  09/19/2017            FIRMA:  _[signature]_

NOMBRE EN LETRA DE IMPRENTA:   Antonio Díaz Urbieta

DIRECCIÓN:   Mirón 10, Bértoa, Carballo. A Coruña 15105.  SPAIN

NÚMERO DE TELÉFONO:   +34 660889366

CORREO ELECTRÓNICO:   Urbieta_@hotmail.com

PATROCINADOR:   Au Pair Care, Inc.

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR:   05/16/2016 - 05/16/2017

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

**O** por correo electrónico a:   AuPairWageAction@jndla.com

**O** por fax al:   (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/19/2017  SIGNATURE: PMB

PRINTED NAME: PAULINE MARIE BERTRAND

ADDRESS: 8 Rue du Vercors 38700 LA TRONCHE FRANCE

TELEPHONE NUMBER(S): 06.47.80.31.06

EMAIL ADDRESS: pauline.bertrand796000@gmail.com

SPONSOR: Cultural Care au pair

DATES IN AU PAIR PROGRAM: 01/28/13 - 02/28/14

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 20/09/17    SIGNATURE: [signed]

PRINTED NAME: ROMEU PHILIPPE

ADDRESS: 1 RUE DES AUGUSTINS, 34 000 MONTPELLIER

TELEPHONE NUMBER(S): 06 52 18 90 93.

EMAIL ADDRESS: philipperomeu@gmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: 12/01/14 to 01/07/16 → French format
01/12/14 to 07/01/16 → American format

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: September 19th, 2017         SIGNATURE: *Sofie S. Gregersen*

PRINTED NAME:   SOFIE SKOVFOGED GREGERSEN

ADDRESS:   12 JOHN KNOX COURT, MOUNTHOOLY, ABERDEEN AB24 3LF, UNITED KINGDOM

TELEPHONE NUMBER(S):   +44 (0) 7928 917103

EMAIL ADDRESS:   PINKELOQUENT@HOTMAIL.COM

SPONSOR:   AUPAIRCARE

DATES IN AU PAIR PROGRAM:   AUGUST 12-OCTOBER 21 2013

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/17/17    SIGNATURE: V. Moody

PRINTED NAME: VERYAN GRACE MOODY

ADDRESS: 1024, VESTAVIA WOODS, RALEIGH, NC, 27615

TELEPHONE NUMBER(S): (919) 602-4850

EMAIL ADDRESS: Veryan123@hotmail.co.uk

SPONSOR: INTEREXCHANGE

DATES IN AU PAIR PROGRAM: December 2nd 2013 - June 2nd 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336