# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 10976 | cf9c4hf44 | Abi Ballon | Cultural Care Au Pair |
| 8724 | 1ea6bae67 | Abigail González García | Cultural Care Au Pair |
| 11788 | pdgfh476e | Adriela De Carvalho Belato | Cultural Care Au Pair |
| 11630 | x6h2a474a | Adrien Alexis Thierry Tardé | Cultural Care Au Pair |
| 10978 | b2chdb7bd | Agnese Bertoldi | Cultural Care Au Pair |
| 9260 | k3h42hdea | Airy Adriana Gonzalez Peralta | Cultural Care Au Pair |
| 11456 | c2eag8bf3 | Akie Cavalcanti Tagawa | Au Pair Care, Inc. |
| 11169 | x32a3e82b | Alcione Anastácia Weizmann | Cultural Care Au Pair |
| 9056 | i9378e8h9 | Aleisha Campbell | Cultural Care Au Pair |
| 9125 | rh5e65e7d | Alejandra Alzate Valencia | Cultural Care Au Pair |
| 11465 | babc284h5 | Aleksandra Matyushenkova | Go Au Pair |
| 8908 | p5e29hh3c | Alex Guarino | Cultural Care Au Pair |
| 8690 | ba6679785 | Alexandra Ceballos Mota | Cultural Care Au Pair |
| 9221 | vhade8769 | Alexandra Mapura Giraldo | Cultural Care Au Pair |
| 11413 | t78bdh4h6 | Alexandra Smirnova | InterExchange, Inc. |
| 8660 | bhf4b28b9 | Aline Akemi Ishioka | Au Pair in America (APIA/AIFS |
| 8674 | gfec357gg | Aline Araujo De Souza | Cultural Care Au Pair |
| 11286 | pa5h3dh49 | Alma Soemy Galindo Salgado | Cultural Care Au Pair |
| 11017 | y842g34h8 | Amanda Rezzutti Silva | Cultural Care Au Pair |
| 11594 | ke472a757 | Amandine Roxard | Cultural Care Au Pair |
| 10866 | pa5ed7c33 | Amy Rebecca Bryant | Go Au Pair |
| 11696 | l79b87956 | Ana Carlota Sanchez Montes | Cultural Care Au Pair |
| 8986 | u863hhgc4 | Ana Cristina Albus Mozo | Cultural Care Au Pair |
| 11212 | u22ec7563 | Ana Kathya Camacho Manjarrez | Cultural Care Au Pair |
| 10877 | cge56ebbg | Ana Lourdes Galindo Rangel | Cultural Care Au Pair |
| 11659 | b75e2c25c | Ana M Medina Gonzalez | Cultural Care Au Pair |
| 8662 | rgb8ec22f | Ana Merayo Fernandez | Au Pair Care, Inc. |
| 8701 | g67gfee5c | Ana Paula Lopes Peixoto | Cultural Care Au Pair |
| 8678 | te75aba6c | Anahí Ireta Agraz-Sanchez | Cultural Care Au Pair |
| 11620 | pe274759g | Anahi Tello Perez | Cultural Care Au Pair |
| 11277 | l8fh929f2 | Anais Marine Patience Zanga Tayida | Cultural Care Au Pair |
| 8967 | w35695dgd | Andrea Arias Alzate | Cultural Care Au Pair |
| 9002 | phfc5dh6f | Andrea Carmona Lopez | Cultural Care Au Pair |
| 11778 | p887a285h | Andrea Carolina Rojas Gonzalez | Cultural Care Au Pair |
| 9127 | u2f7feb9f | Andrea Fernandez Landa | Cultural Care Au Pair |
| 8775 | ubed39dad | Andrea Rivas Corre | Cultural Care Au Pair |
| 10801 | t2g954dhc | Andressa Gomes Dos Santos | Au Pair Care, Inc. |
| 11735 | ic2527dge | Andressa Dias Barreira | Cultural Care Au Pair |
| 11342 | xfa9ddecg | Anela Trgo - Pliska | Au Pair Care, Inc. |
| 11598 | c6a828cb6 | Angela Serrano | Au Pair Care, Inc. |
| 11560 | l6fga537h | Angelique Hawes | Au Pair in America (APIA/AIFS |
| 8795 | w8b9365b7 | Angely Marcela Rubio Castillo | Cultural Care Au Pair |
| 11196 | rh3hg54gg | Anika Starke | Cultural Care Au Pair |
| 11452 | cc4bhhdea | Anka Munivrana | Au Pair in America (APIA/AIFS |
| 10913 | heddha7h4 | Anna Karoliina Laakso (Anna Karoliina Kosonen Until October 2 | Cultural Care Au Pair |
| 11132 | y956fhd89 | Anna Katarzyna Maciejewska | Cultural Care Au Pair |
| 11666 | tcb3ecghg | Anna Maria Dusper | Cultural Care Au Pair |
| 11507 | h98c3g77g | Anna Schonnebeck | Cultural Care Au Pair |
| 8898 | k86343fb6 | Annaleese Fay Page | InterExchange, Inc. |
| 11306 | ga2bfac42 | Anna-Lena Baier | Cultural Care Au Pair |
| 11602 | p3a395dg4 | Anne Pellowski | Cultural Care Au Pair |
| 11577 | v2aeagf96 | Annika Schlüter | Cultural Care Au Pair |
| 11347 | hfh78f63a | Ann-Kathrin Langanke | Au Pair Care, Inc. |
| 11639 | g4e8297gf | Arely Joyce Roque Robles | Cultural Care Au Pair |
| 9061 | ia58fd33h | Ashlee Gabel | Go Au Pair |
| 10743 | ua3cc2983 | Ashley Rodger | Au Pair in America (APIA/AIFS |
| 8939 | r5e844da8 | Astrid Keller | Cultural Care Au Pair |
| 10942 | cc364ahhh | Audrey Fleurot | Cultural Care Au Pair |
| 11007 | t5499899d | Aurelia Corinne Frankowski | Au Pair in America (APIA/AIFS |
| 8961 | kf3h9cf3e | Aurora Estrella Avila Basulto | Cultural Care Au Pair |
| 8722 | k89969a3a | Aviya Naama Silver | Au Pair in America (APIA/AIFS |
| 11076 | r67ac7426 | Ayala Avital | Au Pair in America (APIA/AIFS |
| 9203 | u42b6h382 | Barbara Ismond | Au Pair Care, Inc. |
| 11812 | pha5a3c45 | Barbora Jurigova | Au Pair Care, Inc. |
| 11432 | u54948f57 | Beatrice Ingelbratt | Cultural Care Au Pair |
| 11156 | r94e437a8 | Beatrix Regasz | Cultural Care Au Pair |
| 11584 | he46g8843 | Beatriz Pandolfi Silva | Au Pair in America (APIA/AIFS |
| 11177 | y2b2ghg3b | Bedos Tracy Victoria Erika | Cultural Care Au Pair |
| 11475 | lca55964h | Belinda May Salerno | Cultural Care Au Pair |
| 11792 | i34f3fb2e | Bernadette Potgieter | Cultural Care Au Pair |
| 11691 | c38bb83cg | Bianca Barbara Du Plessis | Go Au Pair |
| 11829 | ude3c7af9 | Bianca Behrisch-Chappell | Au Pair in America (APIA/AIFS |
| 11536 | u63f6g8ef | Biljana Mazinjanin | Au Pair Care, Inc. |
| 11301 | vfbb82g5b | Breanna Payne | Cultural Care Au Pair |
| 8941 | t987fa48h | Bree Hearn | Go Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 11682 | wb3ga9g7a | Brianna Woodhead | Au Pair in America (APIA/AIFS |
| 11313 | x7a653434 | Bronte Lee Grimmond | Cultural Care Au Pair |
| 11765 | p7gb879db | Bruna Thais Freitas | Au Pair Care, Inc. |
| 8761 | p54d88chg | Caitlyn Zimmerman | Au Pair Care, Inc. |
| 8723 | te54997d4 | Calia Nataly Delgadillo Longoria | Cultural Care Au Pair |
| 8854 | u6cf6fh6g | Callum Trainer | InterExchange, Inc. |
| 9283 | c46acd2gf | Carly Fitzpatrick | Cultural Care Au Pair |
| 11479 | lf8c366c5 | Carolina Falsetti | Au Pair Care, Inc. |
| 8794 | yc54heaa4 | Carolina Gil Echeverri | Cultural Care Au Pair |
| 11142 | p28gfefed | Carolina Montaño Contreras | Cultural Care Au Pair |
| 10859 | cd7h3heeg | Carolina Sierra Restrepo | Cultural Care Au Pair |
| 11703 | bd64f8ah7 | Catarina Alcantara De Melo | Cultural Care Au Pair |
| 8757 | pce79fgb7 | Catharina Maria Steenkamp | Cultural Care Au Pair |
| 9209 | rg2345agf | Cecia Karina Cortes Sanchez | Cultural Care Au Pair |
| 11592 | w45d388b5 | Cecilie Hermann Rasmussen | Au Pair Care, Inc. |
| 11790 | xbb4aa264 | Celia Karina Zazueta Barreras | Cultural Care Au Pair |
| 9251 | v823bdbd2 | Celia Maria Lopez Castro | Cultural Care Au Pair |
| 10804 | g8d4h3ced | Chanel Samantha Moodley | Au Pair Care, Inc. |
| 8852 | g6fg49d5c | Chanelle Van Staden | Au Pair in America (APIA/AIFS |
| 10780 | i868ee9b6 | Chelsea Edwards | Au Pair in America (APIA/AIFS |
| 9024 | we9f57e6b | Cheri-Lee Boheim | Cultural Care Au Pair |
| 9054 | ragb9ab54 | Chiraporn Rattanomkiat Lakin | Au Pair in America (APIA/AIFS |
| 8979 | i3b54cec8 | Chirvata Milton | InterExchange, Inc. |
| 9158 | y3fe34g4c | Chloe Trigg | Cultural Care Au Pair |
| 11569 | i9a3cf54d | Christian Drumm | Cultural Care Au Pair |
| 11618 | k8ehe8a6f | Christoph Oliver Maiwald | Cultural Care Au Pair |
| 11822 | l74b3a24b | Chui Kheng Tham | Au Pair Care, Inc. |
| 11108 | kfa656cd9 | Clare Ormsbee | Au Pair Care, Inc. |
| 11497 | xcgh75eh7 | Clarisse Hildegarde Therese Decourtye | Cultural Care Au Pair |
| 9212 | l6gff2b8b | Claudia Beltran | Cultural Care Au Pair |
| 11243 | x2hghg8de | Claudia Daporta | Cultural Care Au Pair |
| 11119 | bdd5e5d33 | Claudia Doda | Au Pair Care, Inc. |
| 8733 | t264gh9hc | Claudia Driessen | Cultural Care Au Pair |
| 10789 | k359dfh65 | Clément Antoine Bonnet | InterExchange, Inc. |
| 11578 | l53h7cbdf | Courtney Louise Flynn | Expert Au Pair |
| 11219 | lh7557e36 | Cros Cindy | Au Pair Care, Inc. |
| 11720 | kbhhd9gc4 | Cynthia Araceli Molina | Au Pair Care, Inc. |
| 11637 | yge7ag52c | Cynthia Artz | InterExchange, Inc. |
| 11527 | pf5c2h3b5 | Dajie Shi | Au Pair in America (APIA/AIFS |
| 9141 | u8ea4da64 | Dalia Lizeth Espinoza Padilla | Cultural Care Au Pair |
| 10711 | gdb3h35h9 | Dan Zhao | Au Pair in America (APIA/AIFS |
| 8835 | bhh6f77fc | Daniela Abdelnur Duque | Cultural Care Au Pair |
| 8985 | b4c77a54b | Daniela Andrea Bustamante Ruiz | Cultural Care Au Pair |
| 9142 | pbaaaf4aa | Daniela Barragan Nieto | Cultural Care Au Pair |
| 11012 | wfaa64892 | Daniela Basqueira-Cox | Au Pair Care, Inc. |
| 9144 | w4898g8g5 | Daniela Bravo Orozco | Cultural Care Au Pair |
| 9288 | y4d9dc523 | Daniela Martinez Berrio | Cultural Care Au Pair |
| 10768 | y7c8568bd | Danielle Silva Leal | Au Pair in America (APIA/AIFS |
| 11806 | v3eahh4dh | Daria Holubytska | Au Pair Care, Inc. |
| 11698 | l423f2ha5 | David Petersen | Cultural Care Au Pair |
| 11238 | x2c4445c6 | Diana Carolina Ramirez | Cultural Care Au Pair |
| 11427 | u89de2f5d | Dilshaad Clark | InterExchange, Inc. |
| 11573 | b63ad2gfd | Djamila Bouam | Au Pair Care, Inc. |
| 11127 | i4gb25649 | Dominique Maeyer | Cultural Care Au Pair |
| 11137 | i8gafbe5d | Donglan Chen | Cultural Care Au Pair |
| 9181 | bd59hee48 | Dragana Ninkovic | Au Pair in America (APIA/AIFS |
| 11346 | w73a9a9h6 | Duné Janse Van Rensburg | Au Pair Care, Inc. |
| 9206 | rf9a4f76b | Eileen Geoffroy | Au Pair in America (APIA/AIFS |
| 11315 | gc5cfd58g | Eileen Schwietering | Cultural Care Au Pair |
| 11406 | i7a9dg369 | Elani Ebersohn | Go Au Pair |
| 8834 | vhbbh4d4f | Elba Maria Moscote Mendoza | Cultural Care Au Pair |
| 11293 | k7b4h7cc7 | Elea Abbas | Au Pair Care, Inc. |
| 11070 | ughgbc98b | Elena De Carlo | Cultural Care Au Pair |
| 10754 | v8964b84b | Elena Saskia Zimmermann | Cultural Care Au Pair |
| 10775 | v86g4f44h | Elina Moser | Au Pair in America (APIA/AIFS |
| 9101 | ld8b675e5 | Elisa Ciannarella | Cultural Care Au Pair |
| 11172 | wdf682gh5 | Elisabeth Koisser | Cultural Care Au Pair |
| 11410 | yfdg92a4f | Elisabeth Ramsbacher | Cultural Care Au Pair |
| 10857 | b27dhg7fb | Eliska Osborn | Au Pair Care, Inc. |
| 10794 | vffae5cf9 | Elizamary Dalva Angelica | Cultural Care Au Pair |
| 10890 | bfchhh538 | Elodie Colange | Au Pair Care, Inc. |
| 8851 | ca6bd7b82 | Elorha Valadao Morgado | Cultural Care Au Pair |
| 10778 | v26hbe3b5 | Elvira Galindo Brasil D'Arolla Pedrosa | Au Pair Care, Inc. |
| 9039 | bf967c7b8 | Emilia Maria Minkin | Au Pair in America (APIA/AIFS |
| 8739 | p445c7822 | Emiliana De Santos Guzman | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11533 | u27ecafb3 | Emilie, Simone, Marie-Francoise, Rachet-Pinder | Cultural Care Au Pair |
| 9076 | c5c9bcaa9 | Emma Maree Dixon | Cultural Care Au Pair |
| 9205 | hcb4acef7 | Epiphanie Gomes | Au Pair in America (APIA/AIFS |
| 10759 | p927gab35 | Erica Rientjes | Au Pair in America (APIA/AIFS |
| 11773 | tf89848ec | Erika Anamaria Salas Villarreal | Au Pair Care, Inc. |
| 10730 | u56fcedd4 | Erin Juanita Dawn Baker | Au Pair in America (APIA/AIFS |
| 10948 | c2dhb8734 | Erin Mcdonnell | Cultural Care Au Pair |
| 11504 | xce48762c | Estefania Pinto | Cultural Care Au Pair |
| 9293 | cea4e5933 | Estefania Quintero Parra | Cultural Care Au Pair |
| 10798 | h6caba5d2 | Estefany Buitrago Marulanda | Cultural Care Au Pair |
| 11415 | xa44ache3 | Estelle Gracia | Au Pair in America (APIA/AIFS |
| 11252 | l747hb3ae | Evgeniia Kazymova | InterExchange, Inc. |
| 11496 | xdd553chg | Fanny Ruiz | Au Pair Care, Inc. |
| 11159 | kh22dd64b | Fatou Binetou Lo | Cultural Care Au Pair |
| 11684 | p92bh7a7a | Fay Margaret Whyte | Cultural Care Au Pair |
| 9240 | lcc43gad7 | Felecia Thandeka Mhlanzi | Cultural Care Au Pair |
| 10891 | gd8d72d95 | Fernanda Dias | Au Pair Care, Inc. |
| 10802 | v89528223 | Fernanda Neisse Sudbrack | Cultural Care Au Pair |
| 9088 | wcad345h3 | Gabrielle Teixeira Da Silva | Cultural Care Au Pair |
| 11520 | i46f7e566 | Gaia Barbiero | Cultural Care Au Pair |
| 10850 | r6caa4h93 | Gemma Martinez Carayorl | Au Pair in America (APIA/AIFS |
| 10715 | h236a27b9 | Gemma Wilson | Cultural Care Au Pair |
| 8804 | h5c24hae9 | Genica Juliana Franco Encinales | Cultural Care Au Pair |
| 11291 | x69ecg827 | Gina Marcela Botello Meneses | Cultural Care Au Pair |
| 8666 | h5h3h3eh3 | Gisselle Ramirez Lopez | InterExchange, Inc. |
| 8950 | gb36f5bab | Giulia Montanari | Cultural Care Au Pair |
| 10752 | y59e55fag | Glenda Della Putta | Au Pair in America (APIA/AIFS |
| 11653 | wh64cdb9e | Guilaine Kleinhenz | Cultural Care Au Pair |
| 11058 | iagafb4eh | Guiqi Zheng | Cultural Care Au Pair |
| 8884 | lbg5e42d3 | Haftm Yizhak-Heathwood | Au Pair in America (APIA/AIFS |
| 10721 | xh6h89a36 | Hakan Aydemir | Cultural Care Au Pair |
| 8889 | h9988gfe3 | Hande Uresin(Ayhan) | Au Pair Care, Inc. |
| 8886 | g742b968h | Hannah Edinger Reed | Au Pair in America (APIA/AIFS |
| 11678 | ubb4c8g2g | Hannah Lucas | Cultural Care Au Pair |
| 9099 | x5933469d | Hannah Patricia Wilson | Cultural Care Au Pair |
| 11510 | kc25f33hb | Harpa Dogg Hafsteinsdottir | Au Pair Care, Inc. |
| 11209 | y5h92g84c | Hatire Aikebaier | Cultural Care Au Pair |
| 10853 | hed6c6459 | Helen Polycarpo Weber | Cultural Care Au Pair |
| 10956 | w4d74dbc4 | Heloisa Julia Pereira | Au Pair Care, Inc. |
| 11492 | r887g6db2 | Hila Shahar | Au Pair in America (APIA/AIFS |
| 8919 | h869ddae8 | Hongmei Dou | Cultural Care Au Pair |
| 10969 | k5b3f39h5 | Iasmin Santos De Souza | Cultural Care Au Pair |
| 8907 | rhgbbf49e | Ievgeniia Denislamova | Go Au Pair |
| 10993 | g33a86g9b | Ilaria Bolognese | Cultural Care Au Pair |
| 11013 | ch5f89f6f | Ilse Daniela Ruiz Hernandez | Cultural Care Au Pair |
| 11694 | i7b344c52 | Inglid Ferreira Da Silva | Au Pair Care, Inc. |
| 9156 | i45727232 | Ingrid Karina Castro Vallejo | Cultural Care Au Pair |
| 8659 | l623c48ah | Iona Araujo | Au Pair in America (APIA/AIFS |
| 11670 | w4g72f4hc | Iris Marcela Mora Cubero | Au Pair in America (APIA/AIFS |
| 11705 | vd9f3caba | Isabella Nisimoto | Cultural Care Au Pair |
| 10936 | kf58638d4 | Isadora Menezes Cabral | Au Pair in America (APIA/AIFS |
| 9006 | w3383e7fd | Ivana Obrien | Cultural Care Au Pair |
| 9207 | u3bc7f572 | Ivana Pandjarova | Au Pair Care, Inc. |
| 11095 | y7a659824 | Jabouley Maud | Au Pair in America (APIA/AIFS |
| 11228 | i4953958a | Jakub Chmatal | Cultural Care Au Pair |
| 9052 | r84g249fc | Jamie Koble | Au Pair in America (APIA/AIFS |
| 10892 | be8a753c6 | Janeth Tatiana Coronado Galvis | Cultural Care Au Pair |
| 11470 | ce2g528f5 | Jaquraline Maria De Moraes Gomes | Au Pair Care, Inc. |
| 11011 | l992deha4 | Jasmin Gosling | Cultural Care Au Pair |
| 11404 | wcc99392b | Jasmin Wisotzky | Cultural Care Au Pair |
| 10716 | bf5e7h6he | Jasmina Babic | InterExchange, Inc. |
| 8858 | r74af3eb7 | Jenna-Lee Watson | Au Pair in America (APIA/AIFS |
| 11040 | l6c5b89a4 | Jennifer Ryan | Au Pair Care, Inc. |
| 9215 | bffe866c5 | Jennyfer Martinez Servin | Cultural Care Au Pair |
| 11673 | y5bg2b33f | Jessica Aparecida Santos De Farias | Cultural Care Au Pair |
| 11600 | y6h68c38d | Jessica Damara Chávez Chávez | Cultural Care Au Pair |
| 8971 | rdfabab73 | Jessica Garioch | Cultural Care Au Pair |
| 8766 | hged79b8e | Jessica Geraldine Ruiz Rubiano | Cultural Care Au Pair |
| 10906 | id326bccd | Jessica Isabel Trujillo Reyes | Cultural Care Au Pair |
| 8695 | wgg54b53b | Jessica Karina Tarra Alvarez | Cultural Care Au Pair |
| 11551 | h3246hb39 | Jessica Kivedo-Overall | Au Pair in America (APIA/AIFS |
| 10991 | gc5edd963 | Jessica Louise Taylor | Cultural Care Au Pair |
| 11005 | vee93bf6c | Jessica Moro | Cultural Care Au Pair |
| 11113 | p5c6h4f36 | Jessicka Roos | Cultural Care Au Pair |
| 11441 | vg534e9b6 | Jianing Wang | Expert Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 10727 | r5558c3c2 | Jil Petrausch | Au Pair in America (APIA)/AIFS |
| 11046 | vg927g7g4 | Jillian Avender | Au Pair in America (APIA)/AIFS |
| 10918 | p53735949 | Joanna Marie Hall | Cultural Care Au Pair |
| 8721 | xc9aaf97d | João Mário Bortolazzo De Almeida | Cultural Care Au Pair |
| 11256 | i8gb67c48 | Jodie Gympies Apodaca | Au Pair Care, Inc. |
| 9114 | i748e965f | Jodi-Lee Melrose | Au Pair Care, Inc. |
| 11628 | wh6g8df9d | Johanna Valk | Au Pair in America (APIA)/AIFS |
| 9229 | r53gd6hge | Joice Cristina Amaral | Cultural Care Au Pair |
| 9159 | t64bf88gg | Jonna Paukku | Cultural Care Au Pair |
| 11701 | y37396f3b | Josef Cornelius Van Der Walt | Go Au Pair |
| 9150 | w998d7eg2 | Julaluck Phongsanga | Au Pair in America (APIA)/AIFS |
| 11662 | g2ee649gb | Julia Maturska | Cultural Care Au Pair |
| 11803 | u45d38238 | Julia Mauricio Loyola Magrassi E Silva | Cultural Care Au Pair |
| 11235 | vg4fhhgd6 | Julia Patricia Velasquez Manosalva | Au Pair Care, Inc. |
| 11248 | xfd5d9f5e | Julia Revakova | Au Pair Care, Inc. |
| 8782 | w73add3d7 | Julia Trivino | Cultural Care Au Pair |
| 11270 | r6ffhh79f | Julia Vogt | Au Pair in America (APIA)/AIFS |
| 11390 | k2dgd5444 | Julia Whyte (Siewert) | Au Pair Care, Inc. |
| 8732 | cg95b2h3h | Juliana Alejandra Lozada Muñoz | Cultural Care Au Pair |
| 11524 | g2bheae62 | Juliana Beltran Grisales | Cultural Care Au Pair |
| 8945 | t44ea5d68 | Juliete Nass | Cultural Care Au Pair |
| 11355 | hd5c52g3a | Juliette Zimer | Au Pair in America (APIA)/AIFS |
| 9021 | t7566h63e | June Li Alsgaard | Cultural Care Au Pair |
| 11685 | ya65e2ee6 | Justina Ho | Cultural Care Au Pair |
| 11164 | rab74ab92 | Justine Voisin | Au Pair Care, Inc. |
| 8943 | cg9dh47e5 | Kailey Parrott | Cultural Care Au Pair |
| 11444 | y6g732ee4 | Kaitlin Morris | Au Pair in America (APIA)/AIFS |
| 11744 | td5c9fff5 | Kaitlin Sherriff | Cultural Care Au Pair |
| 10920 | i867a9bdc | Kamilla Coelho Moura De Araujo | Cultural Care Au Pair |
| 11205 | gh4h9g67c | Kaminska Celina | Cultural Care Au Pair |
| 10917 | c8a57a65f | Karen Fuentes | Cultural Care Au Pair |
| 8692 | if9hd9663 | Karen Liseth Durán Fillippo | Cultural Care Au Pair |
| 11173 | ke224b9ec | Karen Saldana Schoen | Cultural Care Au Pair |
| 11030 | vecb66422 | Karla Lorena Aguayo Vazquez | Au Pair in America (APIA)/AIFS |
| 9254 | yabd6h69a | Karolina Makowska | Cultural Care Au Pair |
| 9119 | ud4696983 | Katarzyna Kasprowicz | Expert Au Pair |
| 8876 | le8496a63 | Kate Kempen | Au Pair Care, Inc. |
| 11831 | lfe6af2ag | Katharina Goerke | Au Pair in America (APIA)/AIFS |
| 9057 | t3d3ecdhd | Katherin Gisset Diaz Vargas | Cultural Care Au Pair |
| 10774 | rcbe9e4cb | Katie Louise Armitage | InterExchange, Inc. |
| 11241 | wb9958d3h | Katja Krizan | Au Pair in America (APIA)/AIFS |
| 11167 | c86cca2h4 | Katsalai Solomiia | Au Pair Care, Inc. |
| 11562 | pd93d246b | Kayla Ann Lloyd-Evans | Go Au Pair |
| 11227 | v4bhbe6d7 | Kayla Monique Clifford | InterExchange, Inc. |
| 10930 | whbbe9d92 | Kelly Ratledge | Au Pair Care, Inc. |
| 11254 | b66g6d4f3 | Kerry Lewis | Au Pair Care, Inc. |
| 9049 | p3dfg25fg | Kleanda Paja | Cultural Care Au Pair |
| 8927 | yhb9gf4ba | Kristin Jordan | Cultural Care Au Pair |
| 11545 | hg2dh47ba | Kristina Jade Gatehouse | Cultural Care Au Pair |
| 11330 | x2b652cb9 | Kryshtal Viktoriia | Au Pair Care, Inc. |
| 8857 | b5f7d9cda | Laetitia Petit | Au Pair Care, Inc. |
| 11775 | ggb24g63h | Laila Burger | Cultural Care Au Pair |
| 11187 | c22hh5hf8 | Lan Zhong | Au Pair Care, Inc. |
| 11815 | p9gfc5c82 | Lara Shalaine Bergmann | Expert Au Pair |
| 11024 | pga94bg2a | Larissa F Coelho | Cultural Care Au Pair |
| 10988 | i442f2cd6 | Laura Carmona | Cultural Care Au Pair |
| 8759 | v7d6f78h5 | Laura De La Rosa | Cultural Care Au Pair |
| 11826 | t34bbhg5c | Laura Elena Maza | Cultural Care Au Pair |
| 11062 | ibh3fa9fb | Laura Guzman Moncada | Cultural Care Au Pair |
| 9036 | w8hda3g8d | Laura Hintzsche | Au Pair in America (APIA)/AIFS |
| 8740 | kgbfd9h9d | Laura Liliana Ortiz Sandoval | Cultural Care Au Pair |
| 9225 | rcdgda338 | Laura Marcela Jimenez Niño | Cultural Care Au Pair |
| 11714 | x2f4b8ba6 | Laura María Alzate | Au Pair in America (APIA)/AIFS |
| 9220 | b3b2f7hg8 | Laura Perren | Au Pair Care, Inc. |
| 11419 | l7a93f6dc | Laura Vanessa Puerta Ortegón | Cultural Care Au Pair |
| 8855 | r8b6b2hda | Laura Victoria Tellez Martin | Cultural Care Au Pair |
| 10746 | xhe94hghd | Laura Wood | Au Pair in America (APIA)/AIFS |
| 11189 | lg9a34bef | Laurencia Mendoza Flores | Au Pair Care, Inc. |
| 10791 | rc9d7h28a | Leandri Vermaak | Au Pair in America (APIA)/AIFS |
| 10905 | p7d4e55f4 | Lebogang Moloi | Cultural Care Au Pair |
| 8686 | wag9debfa | Leidy Laura Velasquez Gaviria | Cultural Care Au Pair |
| 11245 | v56chc5hf | Leidy Susana Castrillon | Cultural Care Au Pair |
| 9115 | l3fac5agg | Leidy Vanessa Garro Manco | Cultural Care Au Pair |
| 11067 | b54df5674 | Leila Julileta Molina | Cultural Care Au Pair |
| 11333 | r435759eh | Lenka Cajthamlova | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 9038 | rg399hfac | Leona Lammers | Cultural Care Au Pair |
| 11060 | k652264i8h | Leonardo Daniel Briano Rodriguez | Cultural Care Au Pair |
| 9152 | bdab53gah | Lerato Mosenogi | Cultural Care Au Pair |
| 11833 | wc93dcc96 | Leslie Tauscher | Au Pair in America (APIA/AIFS |
| 10989 | r84236ah6 | Lessly Medina | Cultural Care Au Pair |
| 9017 | i26c3fhb4 | Liliana Ramírez Bobadilla | Cultural Care Au Pair |
| 11266 | g8fegfa5b | Lillie Grace Gooden | Cultural Care Au Pair |
| 11268 | h3ca59hc9 | Lily Reynolds | Cultural Care Au Pair |
| 11539 | c5d5hafgb | Lina Alvarado | Cultural Care Au Pair |
| 8814 | r4dd4h8gh | Lina Garcia Da Silveira | Cultural Care Au Pair |
| 11371 | ygh2bh69e | Lina Katrin Lund | Au Pair Care, Inc. |
| 8706 | pa53e43h3 | Lina Marcela Rodriguez Perez | Cultural Care Au Pair |
| 8881 | ie2e5h36g | Lina Maria Cuchimba Rayo | Cultural Care Au Pair |
| 11742 | tgaf25gd6 | Lina Vanessa Piedrahita Bernal | Au Pair in America (APIA/AIFS |
| 11657 | idbd9e33e | Linda Vieira De Souza Panfiet | Au Pair Care, Inc. |
| 11609 | l5g2bf487 | Liping Ye | Go Au Pair |
| 11425 | h2ad35fe8 | Lisa Baldinger | Au Pair in America (APIA/AIFS |
| 8940 | kh4c42hh3 | Lisa Thomée | Au Pair in America (APIA/AIFS |
| 9146 | chd464a3d | Lisa Winkler | Au Pair in America (APIA/AIFS |
| 10944 | wde92gd95 | Lisbeth Luft | Au Pair in America (APIA/AIFS |
| 11216 | c6f974eea | Liz Vanessa Moreno Cortes | Cultural Care Au Pair |
| 8664 | v5855cfgc | Lizbeth Posada Zea | Au Pair in America (APIA/AIFS |
| 10845 | x5957a376 | Lizeth Nathalia Bautista Rodriguez | Cultural Care Au Pair |
| 10847 | w7baf7bcb | Lorena Denisse Briano Cruz | Cultural Care Au Pair |
| 10952 | r7a5cg83a | Louise Chevalier | Au Pair in America (APIA/AIFS |
| 11150 | xe6c7hbg2 | Lu Qin | InterExchange, Inc. |
| 8891 | pdc295g4a | Luana Oliveira | Cultural Care Au Pair |
| 11458 | k65he6266 | Lucie Colomb | Au Pair Care, Inc. |
| 11786 | c97c4e3e9 | Lucie V Delabre | Cultural Care Au Pair |
| 11710 | i4e7gce8g | Lucile Sullivan | Cultural Care Au Pair |
| 10763 | y86gfgd82 | Luisa Fernanda Llano Puerta | Cultural Care Au Pair |
| 11072 | igd4d25cc | Luiza Helena Marschner | Au Pair Care, Inc. |
| 11531 | y8h57d22g | Lyndsey Anna Sarah Thompson | Cultural Care Au Pair |
| 9090 | b47gd8aga | Madison Russell | Cultural Care Au Pair |
| 10733 | vb44b274f | Magdaalena Wronska | Au Pair in America (APIA/AIFS |
| 11526 | haf494f58 | Magdy Duneyi Losada Gomez | Cultural Care Au Pair |
| 11635 | ihe46967h | Maike Theresa Breyer | Cultural Care Au Pair |
| 11231 | r39d9ec3c | Mailen Borda Aberastain Oro | Cultural Care Au Pair |
| 11800 | l77ghaebb | Maira Rocio Narvaez Guerra | Au Pair in America (APIA/AIFS |
| 8990 | xaa222h3b | Mallaury France Maria Filliatre | Cultural Care Au Pair |
| 9078 | h4gaa4h84 | Manon Balta | Go Au Pair |
| 10922 | pcfc243d3 | Manon Guery | Au Pair Care, Inc. |
| 8866 | chddf77bd | Manuela Lopera Gonzalez | Cultural Care Au Pair |
| 11770 | v4d886h32 | Margherita Maria Galassi | Cultural Care Au Pair |
| 11462 | i2ca6d92b | Maria Alejandra Navarro Alarcon | Cultural Care Au Pair |
| 9264 | gb97c9a92 | Maria Alejandra Rodriguez | Cultural Care Au Pair |
| 9110 | p5936be25 | Maria Anna Maciocia | Au Pair in America (APIA/AIFS |
| 10971 | r6d7a45fe | Maria Camila Gomez Tabares | Cultural Care Au Pair |
| 11434 | cc5ded65h | María Candelaria Fagandini | Cultural Care Au Pair |
| 11280 | pd5acc2b2 | María Collado Bonú | Cultural Care Au Pair |
| 11596 | b24b28fc8 | Maria Collins | Au Pair Care, Inc. |
| 9266 | i989g365a | Maria Fernanda Hernandez Gomez | Cultural Care Au Pair |
| 11223 | k9ea8c3ff | Maria Fernanda Negrete Pliego | Cultural Care Au Pair |
| 8799 | b32587h2b | Maria Fernanda Villanueva | Cultural Care Au Pair |
| 11194 | w3h7feag9 | Maria Florencia Romero | Cultural Care Au Pair |
| 9175 | i8b887gdh | Maria Gabriela Osornio Garcia | Cultural Care Au Pair |
| 8670 | ib5266h29 | Maria Isabel Benites | Cultural Care Au Pair |
| 9037 | yf4h847hc | Maria Iwema | Au Pair in America (APIA/AIFS |
| 11558 | pbh87acfe | María Jesús Cordero Matos | Au Pair Care, Inc. |
| 9172 | hgaeaff8c | Maria Jose Barajas Edid | Cultural Care Au Pair |
| 11284 | yd428df4f | Maria Jose Villegas Vargas | Cultural Care Au Pair |
| 8897 | hg72g6849 | Maria Patricia Valencia Bustamante | Cultural Care Au Pair |
| 10980 | x6595ec8a | Maria Santiago Corona | Cultural Care Au Pair |
| 8771 | tb64a4626 | Maria Seefeld | Cultural Care Au Pair |
| 8689 | t59g9b932 | Mariana Alfonso | Cultural Care Au Pair |
| 10871 | g39g7hah7 | Mariana Cavalcante Azevedo De Souza | Cultural Care Au Pair |
| 11116 | uba89be63 | Mariana Fonseca Bosembecker | Cultural Care Au Pair |
| 8839 | p9975cba6 | Mariana Uribe Herrera | Cultural Care Au Pair |
| 11753 | i9ggahfhe | Marien Lucero Rojas Leal | Au Pair Care, Inc. |
| 11794 | ug433a6g3 | Marion Hohlfeld | Au Pair in America (APIA/AIFS |
| 11724 | ve23be549 | Marion Simpson (Parnaud) | Cultural Care Au Pair |
| 11289 | yc8g49bhb | Marion Thomas | Cultural Care Au Pair |
| 11179 | cb7h3b7dc | Marion Venturini | Au Pair Care, Inc. |
| 9082 | t693c4ebh | Marisa Botha | Au Pair in America (APIA/AIFS |
| 11083 | gh437faf2 | Marius Buerfent | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11537 | ge73dhh92 | Marketa Povova | Au Pair Care, Inc. |
| 10725 | h9729c8h2 | Marta Araceli Vidal Romero | Au Pair Care, Inc. |
| 9116 | wgf2d24be | Martha Fernanda Izquierdo Molina | Cultural Care Au Pair |
| 10911 | x3ed92g6h | Martha Liebenberg | Au Pair Care, Inc. |
| 11000 | ug48f8b6h | Martina Arapovic | Au Pair Care, Inc. |
| 11740 | tc675b435 | Mary Ellen Rodrigues | Au Pair Care, Inc. |
| 9250 | k6g57hd52 | Mary Giardina | Cultural Care Au Pair |
| 10908 | c6649b299 | Maryleen Acevedo Velasquez | Cultural Care Au Pair |
| 9273 | y2495bf3h | Mathilde Bourgon Coudoux | Cultural Care Au Pair |
| 9233 | x264cd8hg | Mathilde Clement | Cultural Care Au Pair |
| 9025 | xeha5923f | Mayara Manaf Durkee | Cultural Care Au Pair |
| 11388 | r7b47hf3d | Mayra Alejandra Lozada Nossa | Cultural Care Au Pair |
| 10766 | h8bf58ae4 | Meagan Gasnola | Cultural Care Au Pair |
| 9204 | i254gdf7h | Meida Barbosa Martins | Au Pair in America (APIA/AIFS |
| 8803 | uc5a9f82c | Melissa Geddes | Au Pair in America (APIA/AIFS |
| 9162 | rg9268g5b | Michaela Fidlerova | Cultural Care Au Pair |
| 9062 | h57h2bf99 | Michala Jajcayova | Au Pair in America (APIA/AIFS |
| 8825 | rdd2c8hf8 | Michel Dubraska Quiñonez Osorio | Cultural Care Au Pair |
| 11726 | yd6h9heeg | Mineline Martins (Horn) | InterExchange, Inc. |
| 11183 | l4c47g3fb | Minshan Coudert | Cultural Care Au Pair |
| 11522 | t46b5eg58 | Miriam Estefanía Balderas Castillo | Cultural Care Au Pair |
| 8965 | k4h87gf46 | Miriana Seritti | Cultural Care Au Pair |
| 8785 | yaah9g3eh | Mkhinini Nihad | Au Pair in America (APIA/AIFS |
| 9016 | x7hfggg8d | Moira Cacia | Cultural Care Au Pair |
| 11339 | gbe86e23e | Monica Nathalia Suárez Monroy | Cultural Care Au Pair |
| 10926 | y6bda4c7f | Nagela Gonçalves Lopes | Cultural Care Au Pair |
| 11680 | vd344d8h6 | Nanita Lahav | Au Pair in America (APIA/AIFS |
| 11402 | cb9gc2dgg | Nassima Dafir | Cultural Care Au Pair |
| 8903 | r69c8dch7 | Natalia Díaz De Leon Rivera | Cultural Care Au Pair |
| 8697 | k7e4h4ha9 | Natalia Garcia Quiroz | Cultural Care Au Pair |
| 11122 | i6d84d746 | Natalia Gutierrez | Au Pair in America (APIA/AIFS |
| 8841 | iefgc5f32 | Natalia Roth | Cultural Care Au Pair |
| 11582 | g76b64f98 | Nataly Goez | Au Pair Care, Inc. |
| 11750 | g78gec9d4 | Nathalia Cristine Schiavinati | Au Pair in America (APIA/AIFS |
| 8749 | b4f4e5e72 | Nathalia Juliana Celis Barajas | Cultural Care Au Pair |
| 8737 | t9de4f94g | Nathalia Matias Da Costa Andrade | Cultural Care Au Pair |
| 10784 | yghadbecg | Nathaly Ferreira Rodrigues | Cultural Care Au Pair |
| 11814 | b8b54f374 | Nelly Malena Orozco Lascano | Cultural Care Au Pair |
| 9194 | k69cfafc7 | Nicole Maria Langeveld | Go Au Pair |
| 11586 | ch77f9726 | Niklas Greiter | Cultural Care Au Pair |
| 11088 | u2b85hafh | Nikolett Engel | Cultural Care Au Pair |
| 8716 | h832ch7f2 | Nina Afonso Pereira Dos Santos | Cultural Care Au Pair |
| 9246 | gha4gc8bf | Nina Gaugg | Cultural Care Au Pair |
| 9103 | u3g4b8h35 | Nina Maria Wendelbo Pedersen | InterExchange, Inc. |
| 11449 | b7dh24fg8 | Nini Gil | Cultural Care Au Pair |
| 8931 | u6bf456db | Nkosazana Evans | Go Au Pair |
| 11553 | ve88cd249 | Noemi Conticini | Cultural Care Au Pair |
| 8801 | u8dh275f8 | Nohemi Alejandra Gutierrez Rodriguez | Cultural Care Au Pair |
| 11515 | r954efa79 | Noncebo Precious Mdakane | Cultural Care Au Pair |
| 9136 | khc24b997 | Nosisa Duze | Au Pair Care, Inc. |
| 11692 | y8ebdf2hh | Nothando Mtambo | Au Pair Care, Inc. |
| 11482 | u928e49c7 | Noy Fany Kahlon | Au Pair in America (APIA/AIFS |
| 11165 | l4h399f5d | Ntokozo Dlamini | Go Au Pair |
| 8768 | hed4h9a26 | Nubia Alejandra Serrano Góngora | Cultural Care Au Pair |
| 9292 | ge6d478gg | Nuraini Rachmah Wibisono | Au Pair in America (APIA/AIFS |
| 9269 | yd9ce4446 | Olga Trusova | Go Au Pair |
| 11154 | h9367f9a6 | Paige Elizabeth Hyde | Au Pair in America (APIA/AIFS |
| 10927 | c2d3gb423 | Paola Moreno Pulido | Au Pair in America (APIA/AIFS |
| 11543 | g65d837f2 | Patinya Inwang | Cultural Care Au Pair |
| 11203 | i4che76bg | Paula Andrea López Bastidas | Cultural Care Au Pair |
| 11006 | x27ch39g4 | Pawel Misiak | InterExchange, Inc. |
| 9135 | k4dc37ff6 | Peleg Bar | Au Pair in America (APIA/AIFS |
| 9167 | u6ag87388 | Perrine Ranquet | Au Pair in America (APIA/AIFS |
| 11622 | r58eh99ee | Phanitta Watiroyram | Au Pair in America (APIA/AIFS |
| 11548 | gg8fb27d9 | Phawinee Winidkulaya | Au Pair in America (APIA/AIFS |
| 11518 | c747e69b5 | Pia Vesely | Au Pair Care, Inc. |
| 11097 | y93hg5b65 | Pierrrot Céleste | Cultural Care Au Pair |
| 9191 | l5deada6d | Pornpimon Mangkalard | Cultural Care Au Pair |
| 11250 | i5dg9eaa3 | Prapaporn Jitmaneeyaphan | InterExchange, Inc. |
| 11276 | tg8a4b549 | Priscila Randolph Lamas | Cultural Care Au Pair |
| 11303 | x5g357g8a | Raelee Cindy Dallacqua | Go Au Pair |
| 8685 | le3h86bbf | Rafaela Pereira Gonsalves | Cultural Care Au Pair |
| 11604 | b2797dc82 | Raluca Malina Grad | Cultural Care Au Pair |
| 10870 | h4eg862cd | Raquel Lima Owen | Au Pair Care, Inc. |
| 11783 | x94773d72 | Ratchadawan Somboonjai | Au Pair in America (APIA/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 10967 | c857e4259 | Rebecka Ulla Maria Stal | Cultural Care Au Pair |
| 9040 | tbh6ga9cd | Reina Harper (Maiden Name Is Utsunomiya) | InterExchange, Inc. |
| 8655 | k9cc8gbbc | Renata Gava Corazza | Au Pair Care, Inc. |
| 10756 | yc96bc65e | Rene Du Preez | InterExchange, Inc. |
| 11511 | y62bahf2e | Riandi Van Zijl | Au Pair Care, Inc. |
| 11626 | y7a2c26a2 | Rinat Sara Gad | Au Pair in America (APIA/AIFS |
| 11608 | u39fd8h77 | Rinko Kinjo | Au Pair Care, Inc. |
| 10723 | k3546635f | Romina Gabriela Vizgarra | Au Pair in America (APIA/AIFS |
| 11198 | hb2gcacbb | Rose Helle De Souza | Cultural Care Au Pair |
| 11798 | u563824b9 | Rosemary Z Angarten | Au Pair in America (APIA/AIFS |
| 8995 | r5h5f9cb2 | Ruby Alice Harland | Cultural Care Au Pair |
| 11731 | h729339hb | Salomé De La Espriella | Cultural Care Au Pair |
| 11408 | u439a66ge | Samanta Mayara Menezes | Au Pair Care, Inc. |
| 11477 | ya65hahhg | Samantha Burns | InterExchange, Inc. |
| 11616 | b5a987845 | Samina Ansari | Au Pair Care, Inc. |
| 8925 | uhb8ed9da | Sandro Siller | Cultural Care Au Pair |
| 11439 | p2h756dff | Sansanee Arbngern Lizano | Cultural Care Au Pair |
| 8914 | x75d53353 | Santomaggio Mathilde | Au Pair Care, Inc. |
| 11717 | g96bh54ba | Sara Garcia Restrepo | Cultural Care Au Pair |
| 11472 | te62f492g | Sarah Bruton | Cultural Care Au Pair |
| 11263 | x2h4hgbed | Sarah Goubet | Cultural Care Au Pair |
| 8808 | u3224aacb | Saramaria Garcia Gonzalez | Au Pair Care, Inc. |
| 8742 | h2a5392a8 | Saray Cano Zapata | Cultural Care Au Pair |
| 9089 | v96b23372 | Sean Van Der Stel | Cultural Care Au Pair |
| 9235 | i2fgab28a | Selene Ocadiz Espinosa De Los Monteros | Cultural Care Au Pair |
| 11467 | t69497fbg | Selma Besic (Catbagan) | Cultural Care Au Pair |
| 11107 | i9bhd2ae4 | Seol Young Kwon | Au Pair in America (APIA/AIFS |
| 11541 | rd22hac42 | Shalilynn Tanyachardyotin | Cultural Care Au Pair |
| 10770 | pebh5aac4 | Shanne Lea Coldwell | InterExchange, Inc. |
| 9200 | vb568geb4 | Shannon Merle Mchugh | Au Pair in America (APIA/AIFS |
| 8763 | v226h24bf | Shara Yllaramendi | Cultural Care Au Pair |
| 10710 | l85e5h44c | Shevonne Ellis | Cultural Care Au Pair |
| 10982 | kc6f283hh | Shirley Esteban Jaimes | Cultural Care Au Pair |
| 11747 | g45f6a7d4 | Sigrid Marie Axelsson | Au Pair Care, Inc. |
| 9105 | u775e773h | Simina Daciana Moldovan | Cultural Care Au Pair |
| 10863 | c8696dchc | Sindy Karina Munoz Ortiz | InterExchange, Inc. |
| 8777 | ve3adf96b | Sofia Lamanna | Cultural Care Au Pair |
| 10888 | v4gc4gg93 | Sofia Ouakri | Cultural Care Au Pair |
| 8864 | l4678afgg | Sofia Victoria Di Rico | Cultural Care Au Pair |
| 11796 | lcca9hb6b | Sonja Eliaso | Cultural Care Au Pair |
| 9004 | hb2967d43 | Sonja Emilia Piirainen | Cultural Care Au Pair |
| 11016 | ldc3adf5e | Sooyen Gordon | Au Pair in America (APIA/AIFS |
| 9067 | c422b2c9b | Soraya Hennen | Cultural Care Au Pair |
| 11738 | h367fdegg | Stacey Alain | Au Pair in America (APIA/AIFS |
| 11124 | x4c97dfd5 | Stadelmann Valerie | Cultural Care Au Pair |
| 8901 | yccdhh862 | Stefania Lopez Ferrans | Cultural Care Au Pair |
| 11027 | kg67h4bfd | Stefanie Sonja Kolinski | Au Pair Care, Inc. |
| 11374 | cb72g3a27 | Stefanija Eftimov | Cultural Care Au Pair |
| 8698 | t2db5dg35 | Stefany Camacho Iesca Rodrigues | Cultural Care Au Pair |
| 9077 | ydad8259a | Stephanie Susana Duarte Arenas | Cultural Care Au Pair |
| 10860 | l6h967ahd | Susanna Christina Rossouw | Au Pair in America (APIA/AIFS |
| 11090 | l7fc22794 | Susanne Fanny Alexandra Westrin | Cultural Care Au Pair |
| 9224 | i5258f977 | Sussy Daniela Cordon Díaz | Cultural Care Au Pair |
| 11751 | xbc4da32a | Suzana Oliveira | Au Pair Care, Inc. |
| 8812 | y3ff5be8f | Talita Paula De Lima | Cultural Care Au Pair |
| 11075 | kc3644def | Tamara Dempsey | Cultural Care Au Pair |
| 11501 | wadbg374d | Tanja Mair | Cultural Care Au Pair |
| 8783 | va66df6dg | Tassia Cerqueira | Cultural Care Au Pair |
| 9066 | xc55ef8e8 | Tatiana Gasnault-Taylor | Au Pair Care, Inc. |
| 9032 | pbdcd4c29 | Tatiana Menezes Dias | Cultural Care Au Pair |
| 8765 | yb2cf5h4b | Tatiane Santos Dos Anjos | Cultural Care Au Pair |
| 9008 | kh3fae57b | Tatjana Bosche | Au Pair Care, Inc. |
| 11643 | hef3bgg79 | Tawana Teeka Stephenson | Au Pair in America (APIA/AIFS |
| 10995 | p573f8fd6 | Tayde Monserrat Villegas Perez | Cultural Care Au Pair |
| 9193 | yc58245f3 | Tayla Sharp | Cultural Care Au Pair |
| 8687 | t2d3h8hca | Thais Fabrini | Cultural Care Au Pair |
| 8684 | v9546hd62 | Thais Gomes Vieira | Cultural Care Au Pair |
| 11295 | leh549f82 | Thayse Macedo | Cultural Care Au Pair |
| 11447 | b39f62hcf | Theresa Bruns | Au Pair in America (APIA/AIFS |
| 11590 | p527c8g55 | Tiffany Anne Michele Herzog (Nee Simko) | InterExchange, Inc. |
| 11210 | v799fha3b | Tina Matthews | Au Pair in America (APIA/AIFS |
| 8989 | y94hd7d6b | Titaya Sukongthong | Au Pair in America (APIA/AIFS |
| 11064 | rhd3b3cc9 | Valentin Payares | Cultural Care Au Pair |
| 8966 | bgbc98725 | Valentina Lopez | Cultural Care Au Pair |
| 8755 | b2876b6de | Valeria Sánchez Restrepo | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 11335 | iha34a4h5 | Van Thanh Nguyen | Go Au Pair |
| 8817 | yea556bfe | Vanessa Patricia Luevano Moreno | Cultural Care Au Pair |
| 11793 | u43ffa9dc | Vania Jazibe Ramirez Sarabia | Cultural Care Au Pair |
| 8869 | rb8727e66 | Victoria André | Cultural Care Au Pair |
| 11265 | bcc82b892 | Viktoriia Perepeliuk | Au Pair Care, Inc. |
| 11499 | bbah3bad9 | Violette Dauphin | Au Pair in America (APIA/AIFS |
| 11487 | h53ha57gf | Virginia Falsetti | Au Pair Care, Inc. |
| 10894 | i5dgfbf46 | Virginie Gilles | Go Au Pair |
| 8856 | y93dfgecd | Viviana Paola Torres Guerrero | Cultural Care Au Pair |
| 9120 | p8ea7fhe2 | Vivielin Reis Da Silva | Cultural Care Au Pair |
| 8956 | icc7fh3d9 | Woraporn Prapaithong | Au Pair in America (APIA/AIFS |
| 10897 | v9g2h8578 | Xi Zhou | Go Au Pair |
| 8792 | l6949ff8c | Ximena Uribe Zacarias | Cultural Care Au Pair |
| 11422 | pa656577b | Xueyun Yan | Au Pair in America (APIA/AIFS |
| 11052 | r9ah4baef | Yan Wang | Go Au Pair |
| 11430 | h657e3ahc | Yelda Temürlenk | Au Pair Care, Inc. |
| 10985 | pgah557ca | Yenni Vanesa Angarita Max | Cultural Care Au Pair |
| 11309 | v6f57chgd | Yi Xia | Cultural Care Au Pair |
| 9274 | veh95h642 | Yuchan Li | Cultural Care Au Pair |
| 11111 | ua47achfh | Yujin Lee | Au Pair in America (APIA/AIFS |
| 11175 | y6c6533g3 | Yvette Neijenhuis | InterExchange, Inc. |
| 11513 | kdf256d55 | Yvonne Mai | Au Pair in America (APIA/AIFS |
| 11259 | l4737b87f | Zarina Ilyassova | Expert Au Pair |
| 11144 | we7hd29cf | Zinhle Mthembu | Au Pair Care, Inc. |
| 9219 | ka2639b69 | Zoe Wilson | Cultural Care Au Pair |
| 11484 | r38566b9h | Zuzana Chrenova | Au Pair Care, Inc. |

DocuSign Envelope ID: ADEB7F76-98FE-4F5A-8523-21542FA2642C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: *DocuSigned by:* F0A3BE5CAA294C7...

Nome: abi ballon

Dirección: 5650s Menard ave.

Chicago, IL US 60638

Telefone: 7737261154

Email Address: laeesbag@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/19/2016          A: 08/20/2018

DocuSign Envelope ID: 984271AE-85E3-4EDC-887B-21EF7A52E408

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ F7B454F7FAEF4D2...

Nome: Abigail González García

Dirección: 12311 framar drive

Midlothian , VA US 23113

Telefone: 5402720330

Email Address: abi.glz.22@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/27/2016          A: 02/23/2018

DocuSign Envelope ID: 7E47640A-7D52-4617-BDF3-F3B8BD6CE911

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _DocuSigned by:_ 299F130A8911457...

Name: Adriela de Carvalho Belato

Address: Avenida O, 999

Orlandia, SP BR 14620-000

Phone Number: +5541987382710

Email Address: adrielab@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/05/2011     To: 03/12/2012

DocuSign Envelope ID: 2F4E8F98-0484-4AB1-9A9A-4CA7EBA3E199

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *[signature]* DocuSigned by: 77BE1E20241E4F0...

Name: Adrien Alexis Thierry Tardé

Address: 8 rue Louis Champain

La Roche Sur Yon,  FR 85000

Phone Number: +33687041695

Email Address: at-85@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/28/2013          To: 02/02/2014

DocuSign Envelope ID: 4E298518-2DE5-4AF6-A912-064A6D3AA859

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: 09/13/2017                Signature: _[signature]_
                                           DocuSigned by:
                                           238322B0088244B...

Name: Agnese Bertoldi

Address: 1701 NW 7th avenue

Hillsboro, OR US 97124

Phone Number: 9713307635

Email Address: agnese.bertoldi96@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/12/2016          To: 12/12/2017

DocuSign Envelope ID: 7C8D25F5-72A2-4861-94BA-BDE573FFBB11

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Airy Adriana Gonzalez Peralta*
DocuSigned by:
39CE8A30678C48B...

Nome: Airy Adriana Gonzalez Peralta

Dirección: 13581 Via Varra Rd, unit 3413

Broomfield, CO US 80020

Telefone: 3038186864

Email Address: airyadriana@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/09/2015          A: 05/10/2016

DocuSign Envelope ID: D2BFD59E-8A5E-4D40-B849-30D5C905A4C2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Akie Cavalcanti Tagawa*
DocuSigned by:
38C25571DB5F40B...

Name: Akie Cavalcanti Tagawa

Address: 184 rue vaudry, ap 302

Sainte Therese, Quebec CA J7E5E7

Phone Number: 4508067668

Email Address: akietgw@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2009      To: 02/10/2010

DocuSign Envelope ID: 1F039A30-06EB-4188-ACBE-09D9003B65F7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Alcione Anastácia Weizmann*
DocuSigned by:
CAF9A3F6E408481...

Name: Alcione Anastácia Weizmann

Address: Alameda Jauaperi, 943 apartment 206, Moema

São Paulo, São Paulo BR 04523014

Phone Number: +5511985084607

Email Address: alcioneaw@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/13/2010     To: 09/13/2011

DocuSign Envelope ID: 5FB7C867-3A8A-4AE3-B094-2880242BB7A9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

Name: Aleisha campbell

Address: 4 Marlowe place

Munster, Western Australia   AU 6166

Phone Number: 0426996595

Email Address: Aleishacampbell197@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/20/2016   To: 12/04/2016

DocuSign Envelope ID: 5D958505-E84B-40AA-9E02-F15DF12EAA0C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Alejandra A. V*
1C62136F4795445...

Name: Alejandra Alzate Valencia

Address: 17689 Sheffield Lane

Eden Prairie, MN US 55346

Phone Number: 573137087776

Email Address: aleja200294@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/26/2015          To: 11/25/2016

DocuSign Envelope ID: 0EABC14C-D627-4F6E-9BF2-BDA809D785B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *[DocuSigned signature]* 1D1C6A7D45864FA...

Name: aleksandra matyushenkova

Address: 1 essex lane, c8

Suffern , NY US 10901

Phone Number: 8456627923

Email Address: Matyushenkova.a@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/01/2009     To: 09/01/2010

DocuSign Envelope ID: 569116DA-11B3-4D2A-B380-12859ED16F16

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Alex Guarino*
DocuSigned by:
9A503D12CF504E7...

Name: Alex Guarino

Address: 204W 109th street apt 3B

New York, NY US 10025

Phone Number: +19292569552

Email Address: alexguarino9@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/24/2013     To: 02/28/2014

DocuSign Envelope ID: E1F61EB7-8E35-44C1-AC37-8D24DFAED542

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017

Firma:  *ACM*
DocuSigned by:
A84730AE74A04A0...

Nome:  Alexandra Ceballos Mota

Dirección:  4845 w waveland Ave

Chicago, IL US 45058

Telefone:  3126479763

Email Address:  Alexandra_22590@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  08/31/2015          A:  08/31/2017

DocuSign Envelope ID: 60650305-DAAD-4788-88D0-CE64768B8305

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_          Firma: _Alexandria Mapura96_
                                   A1B859C4DF594F3...

Nome: _Alexandra Mapura Giraldo_

Dirección: _Conjunto Residencial Quintas del jardín Colonial Casa G12_

_Dosquebradas, Risaralda CO 661001_

Telefone: _3502562_

Email Address: _a.mapura.giraldo@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/08/2016_          A: _08/10/2017_

DocuSign Envelope ID: F51239DE-0524-4F41-9C43-6D227C60E0D2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017          Signature: _DocuSigned by:_ 9CC80FF1D131421...

Name: Alexandra Smirnova

Address: 8431 West Bryn Mawr Avenue, 1NW

Chicago, IL US 60631

Phone Number: 7735011747

Email Address: dj-sandra@mail.ru

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/12/2013          To: 03/30/2014

DocuSign Envelope ID: 02F47E02-697E-4D78-9846-30E1895777A4

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _____

Nombre: Aline Akemi Ishioka

Endereço: Avenida Tubarão, 180 - apto 21, Parque Residencial Aquarius

São José dos Campos, São Paulo BR 12246-140

Teléfono: +5512982400274

Email Address: alineishioka@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 03/22/2015          A: 08/03/2015

DocuSign Envelope ID: B5AD9847-39E2-458D-B359-F7E9775F9A56

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017    Assinatura: _DocuSigned by:_ B6B06E675D254BA...

Nombre: Aline Araujo de Souza

Endereço: 5240 15th Ave Ne, Apt 201

Seattle, WA US 98105

Teléfono: 14158130802

Email Address: alinecoquete@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/17/2014    A: 04/14/2016

DocuSign Envelope ID: 1E9EFC84-983F-4A72-8ECD-BBC401403A45

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature:

DocuSigned by:
1C8EF25EA09D438...

Name: Alma Soemy Galindo Salgado

Address: Francisco de P. Miranda

Ciudad de México , Ciudad de México   MX 01480

Phone Number: 0445591954412

Email Address: soemy123@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/09/2014          To: 04/09/2016

DocuSign Envelope ID: 0586527F-754A-409E-A417-F36400278151

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017        Assinatura: _[assinatura DocuSigned by: 087E17FA5C2C4A5...]_

Nombre: Amanda rezzutti silva

Endereço: 14245 , 110 Ave Ne

Kirkland, WA US 98034

Teléfono: 14156191318

Email Address: amandahrezzutti@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 12/07/2015        A: 12/11/2017

DocuSign Envelope ID: 26AC5350-C554-48BB-95CB-ED4F9F1795DD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature:

DocuSigned by:
968B800F08A2479...

Name: Amandine Roxard

Address: 28rue du faubourg

haillainville , vosges FR 88330

Phone Number: 0778312415

Email Address: amandineroxard1@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/28/2016     To: 08/17/2017

DocuSign Envelope ID: C1B098DF-4C72-4651-BD3A-B0FF2E4007B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *AMY REBECCA BRYANT*
DocuSigned by:
AC1E85D7FCC2434...

Name: AMY REBECCA BRYANT

Address: 14 HAZELDINE CRESCENT

SHAWBURY, SHREWSBURY,  GB SY44LD

Phone Number: +971544273355

Email Address: bryant.amy9@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/23/2016

To: 02/23/2017

DocuSign Envelope ID: 86426E12-C38A-47D5-B98D-82F438E6A000

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/19/2017_   Firma: _Carlota_ 
30F0CA705597470...

Nome: ANA CARLOTA SANCHEZ MONTES

Dirección: LOPEZ COTILLA 68 INT. 2 ENTRE RAMON CORONA Y AV. VALLARTA

ZAPOPAN, JALISCO MX 45017

Telefone: 6121035856

Email Address: anacarlota05@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: _09/14/2015_   A: _07/15/2016_

DocuSign Envelope ID: 1429A534-B966-43E3-B55E-7FDDBD3A8189

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Ana Albus_
DocuSigned by:
D2300F321C2B4F6...

Name: Ana Cristina Albus Mozo

Address: 1813 Buckhead valley ln

Atlanta , GA US 30324

Phone Number: 4703345887

Email Address: anacris_1612@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/17/2013      To: 10/23/2014

DocuSign Envelope ID: 531058B3-3D81-462B-A071-AE08C528F093

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: 
3C901D84594144B...

Nome: Ana kathya camacho manjarrez

Dirección: 32 club way

Cedar grove, NJ US 07009

Telefone: 9732898572

Email Address: Anakamacho_138@Hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/25/2013          A: 10/18/2015

DocuSign Envelope ID: E5E9B9BA-9367-4325-9F35-0C1A8228D237

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/13/2017_          Firma: _[firma]_
2730E14A68AB4C5...

Nome: _Ana Lourdes Galindo Rangel_

Dirección: _435 W Erie_

_Chicago, IL US 60654_

Telefone: _3129950268_

Email Address: _anilu.gara@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/04/2014_          A: _02/17/2015_

DocuSign Envelope ID: 9D26BD6C-8885-4006-AB48-A48FBE4F46DE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/18/2017_

Firma: Ana M Medina Gonzalez
DocuSigned by:
53B8523A8267435...

Nome: _Ana M Medina Gonzalez_

Dirección: _20 VILLAGE ST APT 3_

_Marblehead, MA US 01945_

Telefone: _5617553113_

Email Address: _ana_medina28@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _11/06/2011_    A: _11/06/2012_

DocuSign Envelope ID: C70BB1B6-5E53-4B86-854A-62F59D0A3BA7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Ana Merayo Fernandez*
2D585ECFA2A14EA...

Name: Ana Merayo Fernandez

Address: Paseo del Hontanar 1 casa 62

MAdrid, Madrid ES 28223

Phone Number: +34686083899

Email Address: anitt.merayo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/09/2014        To: 10/06/2016

DocuSign Envelope ID: F0109EA1-9A5E-4FDF-BD69-7539D4C6DD43

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _Ana Peixoto_
                                      DocuSigned by:
                                      E8836D1437994CE...

Nombre: Ana Paula Lopes Peixoto

Endereço: 62 Bel Air Road

Hingham , MA US 02043

Teléfono: 6179556696

Email Address: Lopespeixoto2@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/01/2016          A: 08/01/2018

DocuSign Envelope ID: DBEC64D7-A264-4993-B470-7A763D7B2D48

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: 

Name: Anahí Ireta Agraz-Sanchez

Address: 60 Pacific Ave

Piedmont, CA US 94611

Phone Number: 5105201919

Email Address: anahi.ireta@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2017      To: 10/03/2018

DocuSign Envelope ID: 474D65D2-F350-4AE0-B37E-8980515DD2C7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/18/2017

Firma: _ANAHI TELLO PEREZ_
26A1D86B5B79435...

Nome: ANAHI TELLO PEREZ

Dirección: 5 DE MAYO NO 91, COL  LOMAS 5 DE MAYO

PUEBLA, PUEBLA MX 72270

Telefone: 5212223784626

Email Address: anahi.tello@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/15/2014     A: 10/30/2014

DocuSign Envelope ID: FF5CA7DC-76A6-4A72-96AE-92418715D02B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Anais Marine Patience ZANGA TAYIDA*
DocuSigned by: FD7AFDE2E672438...

Name: Anais Marine Patience ZANGA TAYIDA

Address: 2 valley view drive

orinda, CA US 94563

Phone Number: 3128066970

Email Address: zanga.anais@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 08/01/2018

DocuSign Envelope ID: 210B202D-4A62-48DD-AAE9-DDC2B6CD584F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Andrea A.A.*
DocuSigned by:
FFC401A373504EC...

Name: Andrea Arias Alzate

Address: Cra. 42 b #25 a sur 151

Envigado, Antioqua CO 1111

Phone Number: +573122967024

Email Address: andrearias13@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2015     To: 08/23/2016

DocuSign Envelope ID: 8E4BDF7E-5349-4CF3-96DF-73FBF0AB5DB0

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Andrea Carmona Lopez*
DocuSigned by:
D8553E2C50FD421...

Nome: Andrea Carmona Lopez

Dirección: Carrera 78a #33 a 30

Medellín, Antioquia CO 000

Telefone: 3217463218

Email Address: andreacarmonalopez@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/14/2016          A: 10/06/2016

DocuSign Envelope ID: BC69CE8C-2424-4A3A-9F7C-9E69C5FCF470

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Andrea Carolina Rojas Gonzalez*
DocuSigned by:
C10D26C5E36A4F5...

Nome: Andrea Carolina Rojas Gonzalez

Dirección: Calle 2 No. 31B-20 Apto 351

Bogota, Cundinamarca CO 111631

Telefone: 3192261936

Email Address: carojas351@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/06/2016      A: 12/04/2017

DocuSign Envelope ID: 601A6A94-2573-44B6-8B03-0A178F62016B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ C4A4B8A4399F4C4...

Name: Andrea Fernandez Landa

Address: 12695 Little Lake Ct

Truckee, CA US 96161

Phone Number: 5303862578

Email Address: andrea.ferlan@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/20/2017       To: 02/19/2018

DocuSign Envelope ID: 6ED3B45C-0126-46DE-8249-E2CB72059641

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *[DocuSigned by: signature]* 868D5BD820384FF...

Nome: Andrea Rivas Corre

Dirección: greenbrier

Arlington, VA US 22203

Telefone: 3006456169

Email Address: Andrearivascorrea@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/18/2016          A: 08/15/2017

DocuSign Envelope ID: ADCD674E-43CE-4215-876E-E7D770311EA6

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017     Assinatura: _Andresa_
DocuSigned by:
20AEE1F684D648A...

Nombre: Andresa Gomes dos Santos

Endereço: 7940 Blueberry Hill Ct

Richmond, VA US 23229

Teléfono: 8042903160

Email Address: santos.gomesandresa@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/31/2016     A: 10/31/2018

DocuSign Envelope ID: 5154D71F-8C0C-4021-ACC2-4601FF9BBCC8

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/19/2017

Assinatura: *ANDRESSA DIAS BARREIRA*
DocuSigned by:
B26A599993DA46E...

Nome: ANDRESSA DIAS BARREIRA

Endereço: RUA VINTE E CINCO DE JANEIRO, 180 APT 31A, LUZ

SÃO PAULO, São Paulo BR 01103-000

Teléfono: 11931051409

Email Address: andressa.barreira@outlook.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/04/2011          A: 05/31/2013

DocuSign Envelope ID: E4EC5D84-99E0-4317-9065-F926C5C14D14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: _DocuSigned by: Anela  6A7C14B66A15450..._

Name: Anela Trgo - Pliska

Address: Dr.Silve Rizvanbegovic 16

Sarajevo,  BA 71000

Phone Number: 0038762598399

Email Address: anela_tgo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/13/2011     To: 04/30/2012

DocuSign Envelope ID: 4711B051-90E3-47D5-A6BE-5C3F963A9641

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:           09/18/2017                           Firma:       DocuSigned by:
                                                                  CF9443A872674EB...

Nome:           Angela Serrano

Dirección:      633 Kettner Blvd.

                San Diego, CA US 92101

Telefone:       +573006295589

Email Address:  angelamariaserrano@hotmail.com

Patrocinador:   Au Pair Care, Inc.

Datas de participação no programa au pair:

De:    04/07/2016                A:    09/02/2016

DocuSign Envelope ID: 445E31C3-C44C-4F17-8338-8F03A32B6CD1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _DocuSigned by:_ 3B7317C1C29F47C...

Name: Angelique Hawes

Address: Felstead Rd, North Riding AH, Roodepoort

Johannesburg , Gauteng  ZA 2169

Phone Number: 0798841482

Email Address: angeliquehawes91@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/29/2010    To: 04/22/2017

DocuSign Envelope ID: 75BE6887-8160-4DE3-8E1C-AC6C93897F79

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/11/2017_____    Firma: [DocuSigned by: _angely_ 3721886FF27B490...]

Nome: _____Angely Marcela Rubio Castillo_____

Dirección: _____605b lincoln ave_____

_____Falls church, VA US 22046_____

Telefone: _____5714666552_____

Email Address: _____angely.rubioc@gmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____11/16/2015_____    A: _____11/15/2017_____

DocuSign Envelope ID: F9F832DE-6C2E-46F1-849A-12591B7B91DD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _A. Starke_
DocuSigned by:
BBF640E6A6224C7...

Name: Anika Starke

Address: Erich-Zeigner-Allee 56

Leipzig, Saxony DE 04229

Phone Number: 015731334119

Email Address: anikastarki@aol.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015     To: 09/08/2016

DocuSign Envelope ID: 9611C59C-F613-4D11-86F1-1AA17356E75F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Anka Munivrana*
79D6C317418B452...

Name: Anka Munivrana

Address: R. Stipe

Porec, HR 52440

Phone Number: +385911627353

Email Address: ancy0589@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/06/2013     To: 05/28/2014

DocuSign Envelope ID: 7D8AF2D4-3CAE-48DD-A9E5-29F06089A798

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/13/2017

Signature:  _DocuSigned by:_
01E37C2360E7471...

Name:  Anna Karoliina Laakso (Anna Karoliina Kosonen until october 2016)

Address:  Gyldenärinkatu 5 A 4

Espoo,  FI 02600

Phone Number:  +358407169567

Email Address:  annalaakso@outlook.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  09/16/2012          To:  09/06/2013

DocuSign Envelope ID: AB203D6F-4B0B-42E4-9E7F-273055450A1D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Maciejewska* (DocuSigned by: 72D4D7AD2C864AC...)

Name: Anna Katarzyna Maciejewska

Address: 200 Barnes Street

Ossining, NY US 10562

Phone Number: 9146450105

Email Address: aan91@op.pl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/24/2012     To: 09/22/2014

DocuSign Envelope ID: 76B3650C-0872-485E-A2C2-B04CFF4961D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Dusper* (DocuSigned by: 1863EDE9433A422...)

Name: Anna Maria Dusper

Address: 6421 E Eastman Ave

Denver, CO US 80222

Phone Number: 3034954656

Email Address: anna-dusper@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/31/2016       To: 07/31/2018

DocuSign Envelope ID: 21D8542C-7CE4-4193-A968-2509E5969A3B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Anna Schonnebeck*
8DFD28E901D9479...

Name: Anna Schonnebeck

Address: Obere Martinistr. 10

Osnabrueck, Niedersachsen DE 49078

Phone Number: 004915778828536

Email Address: anna.schonnebeck@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016          To: 08/03/2017

DocuSign Envelope ID: 21C05F51-ECC0-474D-BA28-D93D1E28316D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Apage_
DocuSigned by:
BC6B1046DE1947A...

Name: Annaleese Fay Page

Address: 87a Whittaker rd

Rotorua, Bay of Plenty NZ 3010

Phone Number: +64278842073

Email Address: chicky_babe635@msn.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/23/2012      To: 09/25/2013

DocuSign Envelope ID: 7BC5AE29-C2F8-4B3E-9667-F6A7252158CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *[DocuSigned by: A-L Baier, 4C4AEB863F7E431...]*

Name: Anna-Lena Baier

Address: Haferkamp 18

Bramsche, DE 49565

Phone Number: 004917622134185

Email Address: baierannalena@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/28/2013          To: 04/21/2014

DocuSign Envelope ID: AF1E0B74-F8D6-43AB-B54E-FB6FDAE27F01

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017     Signature: A. Pellowski

DocuSigned by:
C08E40C03E36484...

Name: Anne Pellowski

Address: Kantstrasse 83

Berlin, Berlin  DE 10627

Phone Number: +4917680375924

Email Address: anne.pellowski@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/23/2012     To: 08/01/2013

DocuSign Envelope ID: 6B0EF7FF-534D-4990-A6F5-7DED93CDACDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _[DocuSigned by FFB5B9112E894A1...]_

Name: Annika Schlüter

Address: Akazienweg 11

Neumünster,  DE 24537

Phone Number: +491713625058

Email Address: Anniheesch@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2013     To: 07/22/2015

DocuSign Envelope ID: 9DF379DE-C3A5-421B-BD53-0F3DD36F1F10

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Langanke* (DocuSigned by) EEC504310008409...

Name: Ann-Kathrin Langanke

Address: Natruper Straße 61

Osnabrück, DE 49076

Phone Number: +491732909741

Email Address: Annilanganke@googlemail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/09/2010     To: 06/25/2011

DocuSign Envelope ID: D1ECE474-58CD-4FEC-9403-412A8CCC3A5F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/18/2017

Firma: *[firma]*
DocuSigned by:
38A8E221E785423...

Nome: ARELY JOYCE ROQUE ROBLES

Dirección: AV SANTA FE 106-17

QUERETARO, QUERETARO MX 76230

Telefone: 4424109790

Email Address: arelyjrr@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/17/2014     A: 02/20/2015

DocuSign Envelope ID: 74642063-7E4E-4650-8AF7-0ED9B6BBE12C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Ashlee_ (DocuSigned by: 4CE98B4DFBEA4EA...)

Name: Ashlee Gabel

Address: 46A, Haukore Street, HAIRINI, TAURANGA 3112

HAIRINI, TAURANGA,   NZ 3112

Phone Number: 0278284171

Email Address: jitterbug1992@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/04/2011     To: 07/08/2012

DocuSign Envelope ID: D46FD233-813C-40FB-B991-476471930001

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Ashley Rodger* (DocuSigned by: 0913038D3D364B9...)

Name: Ashley Rodger

Address: 18/5 Powderhall Road

Edinburgh, GB EH7 4GB

Phone Number: 07885697041

Email Address: Ashleyrodger90@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/09/2011    To: 05/12/2013

DocuSign Envelope ID: 2E53973E-37E1-4A9C-A59D-6B3AECCECC8D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017          Signature: *[DocuSigned by signature]* 1A2F3ECFD253400...

Name: Astrid keller

Address: 320 west 38th/ apt 525

New york, NY US 10018

Phone Number: 7325691759

Email Address: Kellerastrid1@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/21/2014          To: 01/20/2015

DocuSign Envelope ID: D868856D-A16C-428F-B81A-21C61C675F02

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Audrey Fleurot*
DocuSigned by:
CF25B035F140418...

Name: Audrey Fleurot

Address: 3601 Rue Sainte Famille, Appartement 804

Montréal, Québec CA H2X 2L6

Phone Number: 5146279876

Email Address: Fleurot.audrey@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015     To: 02/03/2017

DocuSign Envelope ID: BC9F3940-9E35-4903-90ED-3D070013025B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature:

DocuSigned by:

93194BC8150F468...

Name: aurelia corinne frankowski

Address: 27 avenue chateaubriand

aubin,  FR 12110

Phone Number: 0033625582863

Email Address: aurelia.12@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2009        To: 10/10/2010

DocuSign Envelope ID: DCFA6407-2292-44EC-964D-7BDCD1BF97DC

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by: Estrella_ 6E240C50C715432...

Nome: Aurora Estrella Avila Basulto

Dirección: 35 x 40 #365 col jesus carranza

merida, yucatan MX 97109

Telefone: 9992397815

Email Address: estrella.basulto@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/29/2016          A: 08/30/2017

DocuSign Envelope ID: 8BBE847E-A804-45B2-BC46-72B0DF9DE609

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:

Name:  Aviya Naama Silver

Address:  1229 N Sycamore Ave, #102, #102

Los Angeles, CA US 90038

Phone Number:  2137167073

Email Address:  naama.lanzani@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  12/28/2014          To:  06/23/2015

DocuSign Envelope ID: DDD64780-5EB0-4319-8AD8-A16E560E775B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *DocuSigned by:* 65AD48FFB8A9448...

Name: AYALA AVITAL

Address: zalim 3

yokneam, IL 2061502

Phone Number: +972532236392

Email Address: ayalaavital9@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/19/2014          To: 05/19/2015

DocuSign Envelope ID: F508993A-2FB8-4146-A6CD-309C6CC0B062

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: DocuSigned by: 6B5E4C1EA29E4F3...

Name: Barbara ismond

Address: 5320 Starflower Dr

Charlotte , NC US 28215

Phone Number: 2523773096

Email Address: Barbaraismond@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/11/2011          To: 08/21/2013

DocuSign Envelope ID: 9FB8BE2B-BD02-4CF7-8E91-18A0095AB0B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *[DocuSigned by signature]* FE9FEDFF640D406...

Name: Barbora Jurigova

Address: 56 Sunny Oaks Dr.

San Rafael, CA US 94903

Phone Number: 4158705647

Email Address: barinnaj@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2011     To: 08/01/2013

DocuSign Envelope ID: A560B24D-D84D-434D-A9FB-BA7ABBB80013

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Beatrice Ingelbratt*
6619509DE72B422...

Name: Beatrice Ingelbratt

Address: Eskilsgatan 6A, A

UPPSALA, Uppsala SE 75328

Phone Number: +46707156570

Email Address: beatrice-i@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/16/2014       To: 04/30/2015

DocuSign Envelope ID: CDEBEBCF-5148-49BE-87C0-AC21BB905E03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _[DocuSigned by: DF3B7A8229C04D9...]_

Name: Beatrix Regasz

Address: 1 Cornell Ave

Albany, NY US 12203

Phone Number: 5182586834

Email Address: regasz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2009     To: 07/31/2010

DocuSign Envelope ID: EDD1D5DA-D34B-44DF-AE78-E83DFA5A675B

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/18/2017

Assinatura: *Beatriz Pandolfi Silva*
DocuSigned by:
22BCE3347E554D7...

Nombre: Beatriz Pandolfi Silva

Endereço: Av Guiomar FLeury de Camargo, 1412

Tiete, Sao Paulo BR 18530000

Teléfono: +5515981823530

Email Address: beatriz.pandolfi@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 01/13/2015

A: 09/30/2015

DocuSign Envelope ID: B72EBA6B-660B-4C55-A459-66C17A68B696

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Bedos Tracy Victoria Erika*
03AAF7C8E7274F7...

Name: Bedos Tracy Victoria Erika

Address: 5 Quai Noel Guignon

SETE, HERAULT FR 34200

Phone Number: 0663772857

Email Address: treacy.bedos@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/22/2013     To: 12/13/2013

DocuSign Envelope ID: 8208DDF2-38B9-4AD2-84D3-B3DD86F0EF79

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Belinda May Salerno*
C90AF5BA75C1478...

Name: Belinda May Salerno

Address: 2522 Telegraph ave

Dallas , TX US 75228

Phone Number: 4695718477

Email Address: belinda.williams.1985@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/31/2010     To: 03/01/2012

DocuSign Envelope ID: 73AB3B5C-40ED-498A-B487-6F9B35CF1003

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _DocuSigned by:_ 27829F8BCC0F4CE...

Name: Bernadette Potgieter

Address: 20 Lester avenue

Brakpan,  ZA 1541

Phone Number: 074 333 3247

Email Address: detta0101@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/03/2016

To: 04/22/2016

DocuSign Envelope ID: 24E96C44-7938-4B1F-AF52-8A9447CD96B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _[DocuSigned by: Bianca — E54176264FA74B8...]_

Name: bianca barbara du plessis

Address: Matumi drive

nelspruit, mpumulanga ZA 1200

Phone Number: 798836601

Email Address: bianca.b.duplessis@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/10/2014     To: 11/09/2015

DocuSign Envelope ID: 15A4055D-B8D5-4D76-A9FC-36AB5C2D4D09

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *B. Be., Ol*
DocuSigned by:
14DCF05A91F644D...

Name: Bianca Behrisch-Chappell

Address: Danziger Str 2

Vilseck, Bavaria DE 92249

Phone Number: 00491735970069

Email Address: just2207@aol.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/01/2008    To: 07/02/2010

DocuSign Envelope ID: 0472EC8F-1DB6-461C-A30E-EA28420D97A3

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Biljana Mazinjanin*
DocuSigned by: 865DFFA0A302456...

Name: Biljana Mazinjanin

Address: 1450 S Cooper Rd apt 2029

Chandler, AZ US 85286

Phone Number: 4807982837

Email Address: biljanamazinjanin@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/03/2014      To: 03/03/2016

DocuSign Envelope ID: B2369CB3-902C-4BFE-8A08-97E253119E1F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Breanna Payne*
DocuSigned by:
C326E2D28819463...

Name: Breanna Payne

Address: 10 Canaway Place

Evatt, ACT AU 2617

Phone Number: 0451926048

Email Address: bp_044@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/22/2012     To: 12/01/2012

DocuSign Envelope ID: 04ADB23F-3C33-4923-BE40-B5A9AC397F22

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:  _DocuSigned by:_ _breehan_  6E405465257641D...

Name:  Bree Hearn

Address:  2217 tiiu court

Toms river , NJ US 08755

Phone Number:  7328142280

Email Address:  Bree.hearn98@gmail.com

Sponsor:  Go Au Pair

Dates in Au Pair Program:

From:  09/26/2016   To:  09/11/2017

DocuSign Envelope ID: DC9B2766-9894-4984-BD2F-2605A3326FE4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Brianna Woodhead*
A65CC2F74895497...

Name: Brianna Woodhead

Address: 18 Mary Street

Te Kuiti, NZ 3910

Phone Number: +64273755528

Email Address: bree.woodhead@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/22/2012      To: 05/11/2013

DocuSign Envelope ID: B45891AD-88C5-4ACE-AC65-9A011A27C516

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Grimmon*
DocuSigned by:
5EC036EFBC8D40A...

Name: Bronte Lee Grimmond

Address: 14 Northwood Street

Newcastle, NSW AU 2289

Phone Number: +61488000557

Email Address: bronte_grimmond@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/05/2011   To: 07/05/2013

DocuSign Envelope ID: F6AC09ED-18D8-4D8E-B7A7-5EA3265E1F80

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _[DocuSigned by: Bruna... 40B2695E935E4C7...]_

Name: Bruna Thais Freitas

Address: Rua Alberto Bressane, 224 - São Lucas

Belo Horizonte , Minas Gerais BR 30240470

Phone Number: 31996861452

Email Address: brunatfreitas@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/03/2016    To: 12/31/2016

DocuSign Envelope ID: 351A52A4-1EDC-4E05-A6BF-2197EF50BE27

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature: *caitlyn zimmerman*
DocuSigned by:
7E9761C862ED4DD...

Name:  caitlyn zimmerman

Address:  575 leacrest place west

westerville, OH US 43081

Phone Number: 6149189907

Email Address: caitlyn54@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  01/01/2013     To:  08/31/2014

DocuSign Envelope ID: 551DC1FD-BF0E-40CB-A391-CAA7E8FEBD41

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017                Firma:  _DocuSigned by:_
                                          74D02474762E4F7...

Nome:  Calia Nataly delgadillo longoria

Dirección:  1821 Harvard ave

Seattle, WA US 98122

Telefone:  8711283309

Email Address:  reca1993@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  08/10/2015          A:  05/09/2017

DocuSign Envelope ID: AD925D6A-0C29-49CD-ABE1-AB0EC126058A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017            Signature: *[DocuSigned by: Callum Trainer / 8C0B8BF7E90F4E0...]*

Name:  Callum Trainer

Address:  134 Kimberly Drive Apt 5

Boone, NC US 28607

Phone Number:  336 690 7564

Email Address:  Callum.trainer@gmail.com

Sponsor:  InterExchange, Inc.

Dates in Au Pair Program:

From:  04/14/2016        To:  04/14/2017

DocuSign Envelope ID: ED53ACB7-E603-4888-8B32-0EA18FB025EE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ D13EAF3DFC66486...

Name: Carly Fitzpatrick

Address: 14 Deeson Pl

Dapto, NSW AU 2530

Phone Number: 0400535517

Email Address: fitzy0134@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/10/2010       To: 04/29/2011

DocuSign Envelope ID: A3B8FFEA-D460-4E3D-BC11-2C5DFB34E26C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *[DocuSigned by: signature]* 802F9C27C4094AA...

Name: Carolina falsetti

Address: Via sette santi 38

Florence , Italy IT 50131

Phone Number: +393421549725

Email Address: carolina.falsetti14@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014     To: 06/09/2016

DocuSign Envelope ID: 76319DB7-F9B0-4A8A-B295-8E8F609F3F3B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017                    Firma: *Carolina Gil Echeverri*
                                            B15E73630693401...

Nome: Carolina Gil Echeverri

Dirección: 29685 N 77th Pl

Scottsdale, AZ US 85266

Telefone: 4803217835

Email Address: carogile@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/31/2016          A: 11/30/2017

DocuSign Envelope ID: 92F82C02-E264-4029-A9B7-EE2F4CE86019

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/14/2017          Firma: _____
1557F8E47E8B429...

Nome:  Carolina Montaño Contreras

Dirección:  Av ley 57 #31

Hermosillo, Sonora MX 83145

Telefone:  6629347125

Email Address:  caro_mc91@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  05/18/2014          A:  09/23/2017

DocuSign Envelope ID: 8B29D612-DFFF-4680-ACA2-BF4608FF4C35

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017           Firma: _DocuSigned by:_
01F941D6EBF047E...

Nome: Carolina Sierra Restrepo

Dirección: 214 Westwind Dr

Newnan, GA US 30263

Telefone: 3153330765

Email Address: caritosrpo@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/31/2016          A: 05/30/2017

DocuSign Envelope ID: F17D8555-9B29-4B48-9620-CA5F847CBBCF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Catarina A. Melo*
B7EE7EC4F81A470...

Name: Catarina Alcantara de Melo

Address: 6235 , N Lenox Ave

Chicago, IL US 60646

Phone Number: 13128379999

Email Address: alcantara.cat@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016      To: 08/29/2018

DocuSign Envelope ID: ADC6A3DF-C29B-4422-809B-2E7622DCDBD8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 54F18D86CBD5416...

Name: Catharina Maria Steenkamp

Address: 3340 N 54th St

Omaha, NE US 68104

Phone Number: 2392236309

Email Address: miavega91@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/15/2009     To: 10/15/2010

DocuSign Envelope ID: 61D6E888-2F10-4718-8302-349C066615B3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_          Firma: _[DocuSigned by: signature] 2B1115514C3E45C..._

Nome: _Cecia karina cortes sanchez_

Dirección: _6418 Noble Dr, McLean, VA 22101, USA_

_Mclean, VA US 22101_

Telefone: _+1 (703) 663-0234_

Email Address: _Karinf24@yahoo.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _06/20/2016_          A: _06/19/2017_

DocuSign Envelope ID: 8D91D513-626E-4141-B634-7C75C50A5ADA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Cecilie Hermann Rasmussen*
DocuSigned by:
566922C990794F3...

Name: Cecilie Hermann Rasmussen

Address: Sejroegade 8B, 2

Aarhus , DK 8000

Phone Number: +4520821892

Email Address: cecilie.h.rasmussen@me.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/12/2013     To: 07/31/2014

DocuSign Envelope ID: 59A943B7-5537-4738-ABE7-727C1354905E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *Celia Zazueta* 
ED3E4BFB0A9E48F...

Name: Celia karina zazueta barreras

Address: Dover ct

Washington, MI US 48095

Phone Number: +5216471153057

Email Address: celiazzt94@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/18/2015    To: 06/17/2017

DocuSign Envelope ID: 3B6E3265-6827-405A-93E0-836001C14D34

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: DocuSigned by: 29CAA140F61A469...

Name: Celia Maria Lopez castro

Address: Cipres #53 colonia lomas del valle

Guamúchil , Sinaloa MX 81410

Phone Number: 6731303067

Email Address: Celia_maria_10@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2016    To: 01/11/2018

DocuSign Envelope ID: AB538E01-AA49-405D-8BA8-7E0F77B58710

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature:

DocuSigned by:

*C S M*

AE03BC769C4C404...

Name: Chanel Samantha Moodley

Address: 6 Bombay Road

Pietermaritzburg, Kwa Zulu Natal ZA 3201

Phone Number: +27827307005

Email Address: Chanels0809@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/23/2017     To: 03/31/2017

DocuSign Envelope ID: 7B239232-BA59-49C3-9422-7A8381E89369

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017      Signature: _[DocuSigned by: 2A326DC23A8341A...]_

Name: Chanelle Van Staden

Address: 236 Cove Creek Loop

Mooresville , NC US 28117

Phone Number: 7048803808

Email Address: cvanstaden19971@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/03/2017      To: 01/03/2019

DocuSign Envelope ID: 15A7E47C-1680-453E-B22B-3D55013FD4E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _[DocuSigned by signature]_ 4B3D3E0BCBB2421...

Name: Chelsea edwards

Address: 495 misty crst

Kitchener , Ontario CA N2b3v6

Phone Number: 2268992225

Email Address: chelsea_edwards13@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/28/2015      To: 10/21/2016

DocuSign Envelope ID: 3C96385B-50D3-4F31-ACF6-366F075DC4B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by: 4D472C55692444F..._

Name: Cheri-lee Boheim

Address: 544 milton st

CINCINNATI, OH US 45202

Phone Number: 5136336392

Email Address: Chez.b@me.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/30/2016     To: 10/30/2017

DocuSign Envelope ID: C58F1645-2FCD-4907-BC34-822CFB1BC583

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* D5CA95035FD2497...

Name: Chiraporn Rattanomkiat lakin

Address: 1863 enterprise

Triy, MI US 48083

Phone Number: 9732346923

Email Address: Ao_lala@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/11/2014        To: 08/11/2016

DocuSign Envelope ID: E64A75F3-F14C-4960-9173-D919B004E528

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] 6110CA674F0B45E...

Name: Chirvata Milton

Address: 1771-D Rolling hills dr

twinsburg, OH US 44087

Phone Number: 4403185621

Email Address: chirvata@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 04/10/2011     To: 06/15/2012

DocuSign Envelope ID: A0048025-34C2-48AF-B773-CEDB05F5375A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Chloe Trigg*
F021E8E8D46A4E1...

Name: Chloe Trigg

Address: 148 Canning Street

Carlton, Victoria AU 3053

Phone Number: 0400680837

Email Address: chloetrigg@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016     To: 02/21/2018

DocuSign Envelope ID: 2FC0FECB-0DEE-4259-8995-13ED4A8D04FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Christian Drumm*
DocuSigned by:
576309EEBA2E42A...

Name: Christian Drumm

Address: Georgiistraße 6

Uffenheim, DE 97215

Phone Number: 004915774651868

Email Address: drummm@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2009     To: 08/31/2010

DocuSign Envelope ID: 9CC5FF70-9D28-4A4B-8664-0E708CC9A379

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/18/2017        Signature:  *Christoph Oliver Maiwald*
DocuSigned by:
DE16D2B4113C4AB...

Name:  Christoph Oliver  Maiwald

Address:  917 Joseph Street

New Orleans, LA US 70115

Phone Number: 5044950040

Email Address:  maiwaldchrissi@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  06/27/2016        To:  06/26/2018

DocuSign Envelope ID: AC17CD5F-F931-4547-A979-4B849B7172F8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *CHUI KHENG THAM*
DocuSigned by:
8ADE74D7BFF2442...

Name: CHUI KHENG THAM

Address: 5 JLN ANGGERIK ARANDA 31/13

KOTA KEMUNING SHAH ALAM SELANGOR, MY 40460

Phone Number: 60169060919

Email Address: HOLYTULIPS@GMAIL.COM

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/15/2013     To: 04/14/2015

DocuSign Envelope ID: 169B0785-3021-4355-A5B9-BDAB78F7278F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _[DocuSigned by: 6ED36BA6ED4542E...]_

Name: Clare Ormsbee

Address: 8 Bridge Street Court

Comber, Down GB BT23 5XN

Phone Number: 07581185719

Email Address: chaos_calm@hotmail.co.uk

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/06/2010     To: 08/26/2011

DocuSign Envelope ID: 3349AA8B-D556-442E-BD82-CFB5BAAA5D34

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _DocuSigned by:_ ACDB119C82A44A9...

Name: CLARISSE HILDEGARDE THERESE DECOURTYE

Address: 219 rue du Maréchal Leclerc

Villennes sur Seine , FR 78670

Phone Number: +33614454847

Email Address: clarisse.decourtye@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/20/2009     To: 04/19/2010

DocuSign Envelope ID: F2FA177D-ED58-460B-B1AF-A4B2C1BA2DFA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Claudia B*
4AE1D4DDF2984E2...

Name: Claudia Beltran

Address: 5381 tallman ct

Fremont, CA US 94536

Phone Number: 4087076440

Email Address: Monitab_21@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/29/2016     To: 02/23/2018

DocuSign Envelope ID: 5C22E5A4-254A-4FC7-858F-D1343E748425

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Claudia Daporta*
DocuSigned by:
F51CFA7C71CF4B4...

Name: Claudia Daporta

Address: 100 Thayer St, 3A

New York, NY US 10040

Phone Number: 9148413059

Email Address: daportaclaudia@yahoo.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2016     To: 08/07/2017

DocuSign Envelope ID: A79578F7-9558-4233-9EE1-FEC5993090F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Claudia DODA*
DocuSigned by:
FFE9FBC52FDD470...

Name: Claudia DODA

Address: 17, avenue des Ecoles Jules Julien - Apt 5

Toulouse, FR 31400

Phone Number: +33680925114

Email Address: d_claudia@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/24/2013       To: 06/24/2014

DocuSign Envelope ID: 1256A9E3-794D-4DB5-9123-61417162FB41

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* EEB7E144D5E8436...

Name: Claudia Driessen

Address: Parque de Valencia 28-2, Parques de la Herradura

Huixquilucan, Estado de Mexico MX 52786

Phone Number: 5576693416

Email Address: claudri95@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015     To: 11/23/2016

DocuSign Envelope ID: 39BF5940-8E8F-4F4C-BC5E-01E49C634F96

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Clément Antoine BONNET*
DocuSigned by:
A2F3A92B3FB742C...

Name: Clément Antoine BONNET

Address: 1718 N Utah Street

ARLINGTON, VA US 22207

Phone Number: +33671144909

Email Address: clement.bonnet@outlook.fr

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/05/2015    To: 02/05/2017

DocuSign Envelope ID: 74DC8DE9-D86F-4A6B-870F-A45BBC36AF77

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _(DocuSigned by: Flynn — E8FD12D4618A45F...)_

Name: Courtney Louise Flynn

Address: 17 Whiteside Close

Upton Wirral, GB CH490XT

Phone Number: 07792459902

Email Address: courtney-lou92@hotmail.co.uk

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/16/2011     To: 10/05/2012

DocuSign Envelope ID: EE1F521A-5AC7-480D-BC13-0BFF83CE9D47

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Cros Cindy*
7B7F3CEB8B36453...

Name: Cros Cindy

Address: 11 place du pressoir

Vernosc, FR 07430

Phone Number: 0628035549

Email Address: croscindy@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/03/2016     To: 10/03/2017

DocuSign Envelope ID: C1CDC869-0058-485E-9FA7-3EF2EA64898A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Cynthia Araceli Molina*
DocuSigned by:
97B6C525685846A...

Name: Cynthia Araceli Molina

Address: 60 osprey drive

old bridge, NJ US 08857

Phone Number: 7326687159

Email Address: ciin.m@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/07/2014     To: 04/07/2015

DocuSign Envelope ID: B250B253-5121-40C6-8C56-E73B0DE0B7DE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _DocuSigned by:_ 4B799E1F55BA4E3...

Name: Cynthia Artz

Address: Eurostraat 20

Oeffelt, Noord-Brabant NL 5441 BL

Phone Number: +31 6 37601914

Email Address: Cynthia1702@live.nl

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/12/2014      To: 04/09/2015

DocuSign Envelope ID: C130279B-40DD-41D5-8BE6-4C8AB43D3253

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _DocuSigned by:_ 021646419D8C469...

Name: Dajie Shi

Address: 113 14th Ave

San Mateo, CA US 94402

Phone Number: 4159969355

Email Address: Sophia1428@outlook.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/19/2015     To: 07/19/2017

DocuSign Envelope ID: 23AE30CE-45C0-4F68-846C-948081345DD3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ C935FD2C29A749C...

Name: Dalia Lizeth Espinoza Padilla

Address: Paseo de los pumas 366. Col. Lomas de Lourdes

Saltillo, Coahuila MX 25090

Phone Number: 528113302646

Email Address: espinozadalis@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/09/2014    To: 06/09/2015

DocuSign Envelope ID: FC8DF7AD-FD62-4942-AFA1-47069891F1AD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _Dan Zhao_
DocuSigned by:
240304DC8B124ED...

Name: Dan Zhao

Address: 257 Dadou road, 7-4-702

Beijing, Beijing CN 102402

Phone Number: (+86) 18310996175

Email Address: 830dan@sina.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/25/2008     To: 03/28/2010

DocuSign Envelope ID: E7C75829-73DF-489F-8F0C-8C5391EE24F6

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017  Firma:  _(DocuSigned by)_ CA246617F045456...

Nome:  Daniela Abdelnur Duque

Dirección:  757 Clark street

Westfield , NJ US 07090

Telefone:  9084776368

Email Address:  abdelnurdaniela@gmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  01/03/2017  A:  01/04/2019

DocuSign Envelope ID: BDA9E746-048F-47B5-8FB2-31F41C11A953

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_

Firma: _daniela andrea bustamante ruiz_
DocuSigned by:
CCC62834DCDB456...

Nome: _daniela andrea bustamante ruiz_

Dirección: _diagonal 50 7-69_

_monteria , córdoba  CO 230002_

Telefone: _7859091_

Email Address: _dbrburu@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _05/18/2015_     A: _08/12/2015_

DocuSign Envelope ID: 54B18C84-CDC2-425D-AC05-B8DC34356F61

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Daniela Barragan Nieto*
DocuSigned by:
80AA925D5B324F8...

Nome: Daniela Barragan Nieto

Dirección: Bloques de casa blanca, bloque 1 apartamento 301

armenia, Quindio CO 630002

Telefone: 3137414362

Email Address: danniela.bn@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/20/2015          A: 02/24/2017

DocuSign Envelope ID: 266FB889-5754-45D6-A2B4-FE83649A6B41

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *DocuSigned by:* [signature] 4B392D010170423...

Name: Daniela Basqueira-Cox

Address: 230 Spectrum Avenue, Apt 303

Gaithersburg, MD US 20879

Phone Number: 2407512569

Email Address: bascky@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/17/2014     To: 03/17/2016

DocuSign Envelope ID: 83AAF139-D4F9-432A-B2D4-483944643A0D

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_    Firma: _[DocuSigned by: DB9F79BCB61842C...]_

Nome: _Daniela Bravo Orozco_

Dirección: _209 Sprain Road_

_Scarsdale , NY US 10583_

Telefone: _9142613884_

Email Address: _danibo_4@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _05/14/2016_    A: _05/14/2018_

DocuSign Envelope ID: C093AAB3-2485-460C-813B-9A2E8455505A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by: F0BB6BCBA552459...]_

Name: Daniela martinez berrio

Address: 7190 crail court

Citrus heights, CA US 95610

Phone Number: 9164952576

Email Address: danielamartinez2308@hotmail.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2016     To: 06/05/2017

DocuSign Envelope ID: 0CD5E0F7-8E33-4E7D-8C76-804D81A2F725

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *DocuSigned by:* [signature] 7EB516CDAB9943F...

Name: Danielle Silva Leal

Address: 6615 E Wakefield Dr apt A2

Alexandria , VA US 22307

Phone Number: 5713313015

Email Address: daniellesilvaleal@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/08/2015     To: 03/08/2017

DocuSign Envelope ID: 71A75FEA-2300-4033-9BD3-76895C7309A3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _[DocuSigned by: C59ACC4273664BE...]_

Name: Daria Holubytska

Address: Alden dr

Port Jefferson, NY US 11777

Phone Number: 6316279510

Email Address: dholubytska@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/21/2016      To: 06/12/2017

DocuSign Envelope ID: 87E9B455-E233-4B11-92F9-3C82BAF788EE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _DocuSigned by:_ C72EEFBA2E44420...

Name: David Petersen

Address: Friedrich-Wilhelm-Str. 58

Bremen, Bremen DE 28199

Phone Number: 015786400504

Email Address: mailingdavid@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/11/2010     To: 09/10/2011

DocuSign Envelope ID: D47305CC-A6E3-44D1-88FA-AC3BC7272816

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: *Diana Carolina Ramirez*
DocuSigned by:
2746351FA092484...

Nome: Diana Carolina Ramirez

Dirección: 20638 Palm Rain Ct

Katy, TX US 77449

Telefone: 2404252122

Email Address: diana-carola08@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/06/2014       A: 01/05/2016

DocuSign Envelope ID: 44F9E2F1-88BE-43BA-A6CE-B827C23EEE6B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *DocuSigned by:* Clark
FA39F57A713C414...

Name: Dilshaad Clark

Address: 33 lower greyling street

Pietermaritzburg, Kwa-Zulu Natal ZA 3201

Phone Number: +27721328947

Email Address: clarkdilshaad@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/13/2011     To: 09/10/2013

DocuSign Envelope ID: CC97AED0-F415-4A21-A519-BE14186E5772

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _[DocuSigned by: 2126BB1C3469449...]_

Name: Djamila Bouam

Address: Ahlbecker Str. 1

Dresden, DE 01109

Phone Number: +4917672885113

Email Address: Djamila-us@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/28/2010     To: 07/27/2012

DocuSign Envelope ID: 8A661D4E-4FB9-453E-B3F4-5498098C863E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: DB4096DA3DF243A...

Name: Dominique Maeyer

Address: 69 Indian Hill road

Mount Kisco, NY US 10549

Phone Number: 9549093324

Email Address: dominuk@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2016   To: 08/07/2018

DocuSign Envelope ID: 44999B58-F18D-4804-959E-0753AFE2DD8A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Donglan Chen*
DocuSigned by:
6617348A59E34F0...

Name: Donglan Chen

Address: 3111 Flower Cir

Marina, CA US 93933

Phone Number: 8615259255053

Email Address: 2399494061@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/08/2015          To: 06/08/2017

DocuSign Envelope ID: 4F2BAF0A-0821-4452-9526-B4CBB513138C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Dragana Ninkovic*
B771F7F1FDBF491...

Name: Dragana Ninkovic

Address: Pavlovac 66

Banja Luka, Bosnia and Herzegovina  BA 78000

Phone Number: 0038766723952

Email Address: ninkovic.dragana@ymail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2013        To: 06/22/2015

DocuSign Envelope ID: A4A1E62D-025D-4A85-8E1E-9D5223BEC0AD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: _DocuSigned by:_ 1DB08108F4CD429...

Name: Duné Janse Van Rensburg

Address: 1411 8th St W

Kirkland , WA US 98033

Phone Number: 2068234179

Email Address: dunejvr@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/18/2016     To: 07/18/2018

DocuSign Envelope ID: DCC74BB7-ABBB-4F8D-A75E-6B94343BE013

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:  _DocuSigned by:_ _Geoffroy_ 5E58A555BCC046E...

Name:  Eileen Geoffroy

Address:  2601 Alcott Lane , Apt a

Austin, TX US 78748

Phone Number:  5125690031

Email Address:  eileen.geoffroy@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  10/09/2011     To:  07/01/2012

DocuSign Envelope ID: 673812D5-34B9-4290-BA42-E12955B27E85

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Eileen Schwietering*
DocuSigned by:
4ED2FC009EBA468...

Name: Eileen Schwietering

Address: Kinderhauserstr. 165

Nordrhein-Westfalen - Steinfurt,  DE 48147

Phone Number: 17620640438

Email Address: eileenschwietering@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/15/2013          To: 04/20/2014

DocuSign Envelope ID: D883548A-643B-4E70-99D3-0F9DA4C5DCD1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Elani Ebersohn*
DocuSigned by:
6DDAAA861499442...

Name: Elani Ebersohn

Address: 617 RUNNING BROOK DR

GREAT FALLS, VA US 220663321

Phone Number: 5715850425

Email Address: elaniebersohn@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/12/2014        To: 09/30/2015

DocuSign Envelope ID: E74FF410-85B9-42C5-88C0-D3BE1086508B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/11/2017_____     Firma: [DocuSigned by: signature 710528ECCBE04A1...]

Nome: _____Elba Maria Moscote Mendoza_____

Dirección: _____3789 Donaldson drive_____

_____Atlanta, GA US 30341_____

Telefone: _____7705574502_____

Email Address: _____Elbamoscotem@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____06/19/2016_____     A: _____07/20/2018_____

DocuSign Envelope ID: 8D8CAABB-9310-40BD-A922-05B6E8A1D996

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: _E A_ 
C30564CDC62A469...

Name: Elea Abbas

Address: Lillbybacken 5c

Stockholm, Spånga SE 16555

Phone Number: +46729324849

Email Address: Sama.abbas@live.se

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016      To: 06/26/2017

DocuSign Envelope ID: 291BC857-3B1E-465B-A341-F26D630CD787

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _(DocuSigned by: 82EEF2C152C442F...)_

Name: Elena De Carlo

Address: 970 Beech Avenue

Hershey, PA US 17033

Phone Number: 4247247245

Email Address: thecarloelina@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/30/2015     To: 11/30/2017

DocuSign Envelope ID: BBFE6628-8659-4463-AD9B-E2BA6B687B44

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Elena Saskia Zimmermann*
A26714B99E784D0...

Name: Elena Saskia Zimmermann

Address: Guentherstraße 12

Andernach, Keine weitere Auswahl notwendig DE 56626

Phone Number: +4915234075616

Email Address: elena.s.zimmermann@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015          To: 09/02/2016

DocuSign Envelope ID: BDB82134-63C4-451A-89F7-CCC17EF537D7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _[DocuSigned by signature]_ 7070FB0FF980443...

Name: Elina Moser

Address: Marlesgrube 9

Luebck, DE 23552

Phone Number: +491627675730

Email Address: elinamoser@hotmail.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2014     To: 07/23/2015

DocuSign Envelope ID: F12F65F9-4B67-446D-ADC1-5E786CBC0FAF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _E6E0A628743742D..._

Name: Elisa Ciannarella

Address: 41 old orchard road

New rochelle, NY US 10804

Phone Number: 9143556036

Email Address: cianny95@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016   To: 08/22/2018

DocuSign Envelope ID: C8963594-9FA0-48EE-B1E7-1DB651B7C688

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Elisabeth Koisser*
754C7677C5C748E...

Name: Elisabeth Koisser

Address: Westbahnstrasse 3 / 10

Vienna,  AT 1070

Phone Number: +436765256947

Email Address: lilli.koisser@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/18/2011       To: 11/03/2012

DocuSign Envelope ID: 5C3B3D60-6F3E-4BAB-BB96-A721C344CF52

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *DocuSigned by:* Elis  1B54479C67FD48B...

Name: Elisabeth Ramsbacher

Address: Ried 6

Rennweg , Kärntem AT 9863

Phone Number: +436605759379

Email Address: elisabeth.ramsbacher@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016   To: 07/31/2017

DocuSign Envelope ID: 094DB282-5A57-4224-A9EC-16F177D865B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _E. Osborn_
65C2FA95C9A44BE...

Name: Eliska Osborn

Address: 4816 N Hermitage Ave, apt 1B

Chicago, IL US 60640

Phone Number: 7654186732

Email Address: eliska.osborn@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/08/2010        To: 03/07/2012

DocuSign Envelope ID: 4042E116-5F1C-4FFE-AB4C-47BDB83847B0

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017              Assinatura:

DocuSigned by:
A0CFB2C9D2984F5...

Nombre: Elizamary Dalva Angelica

Endereço: Timóteo Perfeito Flores

Penha, Santa Catarina   BR 88385000

Teléfono: 47996055452

Email Address: Contatoofmary@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/05/2014          A: 07/05/2016

DocuSign Envelope ID: 249496BF-F3F6-4C25-9105-6E31BCC55278

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *ELODIE COLANGE*
18DFA70786464AB...

Name: ELODIE COLANGE

Address: 147 ROUTE DE LA HOUSSAYE

LE BOCASSE, SEINE MARITIME FR 76690

Phone Number: 0610750712

Email Address: elodie-76@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2010     To: 05/25/2011

DocuSign Envelope ID: 103F0502-43C3-4E7C-BDA9-3430E40B3EB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 5F895E02847644C...

Name: Elorha Valadao Morgado

Address: 13 Highland Street

Marlborough, MA US 01752

Phone Number: 7747077703

Email Address: elorha.morgado@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/12/2016    To: 09/30/2016

DocuSign Envelope ID: 036AF383-E0E9-4D23-96CE-7764799EBA89

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Elvira Brasil*
615F5F783C5C4AF...

Name: Elvira Galindo Brasil D'Arolla Pedrosa

Address: 749 Wingate Dr

Bridgewater, NJ US 08807

Phone Number: 9086663887

Email Address: elvirag.bb@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/06/2016        To: 06/06/2018

DocuSign Envelope ID: E1A34033-2D51-4C57-BE3E-E7BB681FA3CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Emilia Minkin_
DocuSigned by:
F3A805C7C6D3456...

Name: Emilia Maria Minkin

Address: 1010 MARSDEN COURT

Sterling, VA US 20164

Phone Number: 2025608026

Email Address: emi.minkin@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/07/2014    To: 06/24/2016

DocuSign Envelope ID: 1A922DF0-2B6F-4A8D-8488-24C0FC72EE5F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_  Firma: _[DocuSigned by: A56C2315CD3943B...]_

Nome: _Emiliana de Santos Guzman_

Dirección: _8th street_

_Chicago , IL US 60605_

Telefone: _7814608570_

Email Address: _Emiliana.san.guz@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/05/2015_   A: _07/30/2016_

DocuSign Envelope ID: 25CBBA5A-11A4-4501-9F5D-6C1F130C29D8

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *TindeRie*
DocuSigned by:
E84AB0D388424E3...

Name: Emilie, Simone, Marie-Francoise, Rachet-Pinder

Address: 13 cliff street

Trenton, NJ US 08611

Phone Number: 6093569048

Email Address: emilierachet@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/16/2011      To: 05/31/2013

DocuSign Envelope ID: 9B703A63-F2AD-444A-B765-6133F03734E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *E Dixon*
081B398D5121419...

Name: Emma Maree Dixon

Address: 5970 Old Jacksonboro Rd

Ravenel , SC US 29470

Phone Number: 8435093436

Email Address: B.f.4.eva@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/09/2014     To: 04/09/2015

DocuSign Envelope ID: A2474C2C-8619-4F49-8789-AB957F860DB9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: 6AF49E08DD3E492...]*

Name: Epiphanie Gomes

Address: 203 S Mountain Ave

Montclair, NJ US 07042

Phone Number: 9739360749

Email Address: mlle.gomes@outlook.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/06/2017    To: 02/06/2018

DocuSign Envelope ID: DA140ED2-C768-41D3-A203-100AAC6DF25A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _DocuSigned by:_ 537AA06523794EA...

Name: Erica Rientjes

Address: 76 Wellington Street

Pukekohe, NZ 2120

Phone Number: 64273680807

Email Address: erientjes@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/10/2013     To: 09/23/2014

DocuSign Envelope ID: 20364730-2516-4121-9282-08311ED0945F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Erika Anamaria Salas Villarreal*
AA51E27AF1894D3...

Nome: Erika Anamaria Salas Villarreal

Dirección: 112 Monte Cresta Avenue

Oakland, CA US 94611

Telefone: 5103076565

Email Address: eka.luvia@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 02/02/2015      A: 02/02/2017

DocuSign Envelope ID: D5D258B2-5EE6-40CD-8829-41FA9B6AA3E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Erin Juanita Dawn Baker*
DocuSigned by:
FF75917D41E0442...

Name: Erin Juanita Dawn Baker

Address: 3/32 Redfern Street

Morningside, Queensland AU 4170

Phone Number: +61416351404

Email Address: erinjdbaker@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/22/2011       To: 08/22/2013

DocuSign Envelope ID: 090DDB35-6506-47D8-AF23-C793B9B93CF3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _DocuSigned by:_ 3EE972C83AB944E...

Name: Erin McDonnell

Address: 2989 NE Davis Loop

Issaquah, WA US 98029

Phone Number: 4255784641

Email Address: erinmcdonnell5@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016      To: 07/31/2018

DocuSign Envelope ID: B18AFDF7-A225-40B7-B229-9B55DEC86214

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/17/2017

Firma: _DocuSigned by:_ E Stefania Pinto
17AA3A63A3964B1...

Nome: Estefania Pinto

Dirección: 8820 Dunes Ct

Kissimmee , FL US 34747

Telefone: 4077500759

Email Address: estefa_192@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/26/2014          A: 11/25/2014

DocuSign Envelope ID: 2E383EB6-B2B4-4B17-A9A6-A5B574C3987B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] B75173683A0B4BD...

Name: Estefania Quintero Parra

Address: 204 Columbia Ave

Kensington , CA US 94708

Phone Number: +5213331287703

Email Address: Fanny05_92@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016     To: 01/10/2018

DocuSign Envelope ID: 1DCDE040-1987-4B8D-81F1-88558AD7A6B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *ESTEFANY BUITRAGO MARULANDA*
DocuSigned by:
61CCE89EE58642A...

Name: ESTEFANY BUITRAGO MARULANDA

Address: CALLE 15 B SUR # 53 - 139 BLOQUE 4 APTO 104

MEDELLIN, ANTIOQUIA CO 050023

Phone Number: 5745805260

Email Address: estefis.buitrago@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/03/2014     To: 09/22/2014

DocuSign Envelope ID: DF379BB5-2122-4458-A457-B0E207E7568A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Estelle Gracia*
DocuSigned by:
7004922907FE46E...

Name: Estelle Gracia

Address: 3 allée Jean Genet

Vaulx en Velin, Rhône HU 69120

Phone Number: +33666930701

Email Address: estelle.gracia@laposte.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/22/2012     To: 05/10/2013

DocuSign Envelope ID: 62D16088-3F60-42C6-8BA6-4F0EABA89611

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Evgeniia Kazymova*
DocuSigned by:
0B605E33C75047F...

Name: Evgeniia Kazymova

Address: 404 Gibbon Dr.

Chapel Hill, NC US 27516

Phone Number: 9192657372

Email Address: kazymovae@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 12/05/2010     To: 12/05/2011

DocuSign Envelope ID: A864E85E-D076-4240-A63F-CFE9CDA0E3F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Fanny Ruiz*
2F9BC4F66E224AB...

Name: Fanny Ruiz

Address: 10 chemin des cygnes

Villeneuve d'ascq, nord FR 59650

Phone Number: 0623625178

Email Address: fanny.ruiz1995@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/13/2015     To: 09/13/2017

DocuSign Envelope ID: 97DE4A70-B565-4362-9760-EFC936A04304

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Fatou Binetou LO*
DC71FB74C2F0462...

Name: Fatou Binetou LO

Address: 500 Atlantic Ave

Boston, MA US 02210

Phone Number: 4138013468

Email Address: lo.fatou78@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 07/31/2018

DocuSign Envelope ID: B64D60FF-5E1A-4FC2-90F0-9AAF390B31A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Fay Margaret Whyte*
E6EE363EB7454ED...

Name: Fay Margaret Whyte

Address: 19 Tenggara Avenue

Two Rocks, Western Australia AU 6037

Phone Number: 95616512

Email Address: f.m.whyte@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/02/2015     To: 02/02/2017

DocuSign Envelope ID: 0E977A37-11E7-4D5F-8ECF-52A25F64C0D8

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *felicia thandeka mhlanzi*
DocuSigned by:
D0EE9C9C9928410...

Name: felecia thandeka mhlanzi

Address: 167 commonwealth ave

mount vernon, NY US 10552

Phone Number: 9177556678

Email Address: mabayenit@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2015       To: 07/31/2017

DocuSign Envelope ID: 86F865E1-ED27-4006-8984-D15D0AD8749A

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017

Assinatura: *Fernanda Dias*
DocuSigned by:
7639425FEE9145B...

Nombre: Fernanda Dias

Endereço: 360 S Burnside Ave

Los Angeles, CA US 90036

Teléfono: 3038883065

Email Address: fernanda.redacao@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/19/2014          A: 10/15/2015

DocuSign Envelope ID: 0A77FE26-3534-4148-B04E-D7EF116BA5F0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Fernanda Neisse Sudbrack*
DocuSigned by:
7569AFA646F7435...

Name: Fernanda Neisse Sudbrack

Address: Broad Street

Westport, CT US 06880

Phone Number: 2035718922

Email Address: fernandaneisse@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/30/2017      To: 01/29/2018

DocuSign Envelope ID: 70FDBD2F-9A95-4F3F-B336-F7F4F16DEBF8

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _Gabrielle_
DocuSigned by:
94C1E60AEE704D4...

Nombre: Gabrielle Teixeira da Silva

Endereço: Avenida Presidente Castelo Branco 419

Mauá , São Paulo BR 09321375

Teléfono: +55966232265

Email Address: gabiteixeirasilva34@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/05/2016          A: 01/05/2017

DocuSign Envelope ID: 73846A0D-B745-4409-86AF-F0778AA0097B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _[DocuSigned by: Barbara Gaia, BABDB6B6F4244AA...]_

Name: Gaia Barbiero

Address: Via Vittorini 24

Caronno Varesino, Varese IT 21040

Phone Number: 3485752177

Email Address: gaia93-8@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014     To: 06/16/2016

DocuSign Envelope ID: BE35C8D9-B4C9-43EC-B692-F9F80465CF0F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _DocuSigned by:_ 411ECC0856CD431...

Nome: Gemma Martinez Carayorl

Dirección: Urano n5 piso 7c1

Benidorm, Alicante ES 03501

Telefone: +34626809951

Email Address: gema.marcar@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/05/2013      A: 08/05/2015

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Gemma Wilson*
AA3A4EE9922C44E...

Name: Gemma Wilson

Address: 2a Smallcombe Road

Paignton, Devon GB TQ33SL

Phone Number: 07887757492

Email Address: gemma.shine@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2010        To: 01/04/2011

DocuSign Envelope ID: 3BB8057B-0FF1-498B-8504-36FA3A2D0AD4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ 8D23FB8A0BD1401...

Name: Genica Juliana Franco Encinales

Address: 3459 morningwood ct

Suwanee, GA US 30024

Phone Number: 9175151331

Email Address: Julianafjuhan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/04/2013     To: 03/25/2015

DocuSign Envelope ID: E8939CED-0A6C-42E4-9E79-840BD5B631ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Gina B*
495CC9F07BEC458...

Name: Gina marcela botello meneses

Address: Carrera 38 b 20-51

Neiva, Huila CO 100041

Phone Number: +573123183042

Email Address: Marce_052007@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/05/2013     To: 07/13/2015

DocuSign Envelope ID: 8D688D71-2760-4C65-8A90-BA67A16D449D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *gisselle ramirez lopez*
DocuSigned by:
4F04C368A27D45D...

Nome: gisselle ramirez lopez

Dirección: 20 calais rd

mendham, NJ US 07945

Telefone: 4773571219

Email Address: ramirezlopezgisselle@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 10/20/2014     A: 10/20/2015

DocuSign Envelope ID: 2CB54F8E-AAA9-4EA7-B2FE-1E97A0C606A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Giulia Montanari_
B04B5AEC59CA4B1...

Name: Giulia Montanari

Address: 49 Hudston st

Somerville, MA US 02143

Phone Number: 8578910583

Email Address: g.montanari19@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/09/2014          To: 06/09/2015

DocuSign Envelope ID: 1824A146-8DBA-4B91-8A9B-E6A9D6E037E9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Glenda Della Putta*
DocuSigned by:
5513CABDE33B49A...

Name: Glenda Della Putta

Address: Schützenstraße 35

Warendorf, DE 48231

Phone Number: 004915773142661

Email Address: dellaputtag@aol.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2009      To: 10/26/2011

DocuSign Envelope ID: FAD09D1C-9E99-4DF1-BF5C-3CAD3CF360F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Guilaine Kleinhenz*
E40F05C1908243A...

Name: Guilaine Kleinhenz

Address: 1710 39th Ave

San Francisco, CA US 94122

Phone Number: 4159480993

Email Address: cheirezy.g@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/08/2010          To: 07/15/2011

DocuSign Envelope ID: 552D1EC6-7CA5-4063-9F46-36C10594389F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _Guiqi Zheng_ (DocuSigned by: 486AA773F8254F7...)

Name: Guiqi Zheng

Address: 1522 E Southern Ave, Apt 2034

Tempe, AZ US 85282

Phone Number: 5105060080

Email Address: vicky7_2010@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2012     To: 01/08/2014

DocuSign Envelope ID: C6CFEA9F-3525-4FD5-82EA-C6277338BAD4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Haftm Yizhak-Heathwood*
2690A31E8F0D41E...

Name: Haftm Yizhak-Heathwood

Address: 746 St. Nicholas Ave Apt 2A

New York, NY US 10031

Phone Number: 9172502450

Email Address: haftam@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/12/2011     To: 06/12/2012

DocuSign Envelope ID: 4DF3AD21-F7B0-4D56-998A-9DAF97D5CE8A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Hakan Aydemir*
FDBB80D75A11438...

Name: Hakan Aydemir

Address: Hans-Geiger-Straße 1

Neustadt, DE 67434

Phone Number: 1718623898

Email Address: aydemir.hakan91@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/20/2013      To: 01/21/2014

DocuSign Envelope ID: EB189BEE-FABF-4038-8444-E7BD421271CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* 23A9F3F7CB5D467...

Name: Hande Uresin(Ayhan)

Address: 52 Brookside Dr Apt C

Clifton, NJ US 07012

Phone Number: 16468075673

Email Address: Hande.ayhan@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/05/2014       To: 04/20/2015

DocuSign Envelope ID: 9895432C-5659-4982-B59A-5D222FF30A0D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *H. Reed*
DocuSigned by:
CA701FF2C662471...

Name: Hannah Edinger Reed

Address: 14491 Friends Way Apt. 3E

Carmel, IN US 46033

Phone Number: 3177649553

Email Address: Hannah.Edinger-reed@outlook.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/14/2014        To: 08/13/2016

DocuSign Envelope ID: B9165859-50BA-4A5A-B13E-18698D23F8D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *hannah lucas*
DocuSigned by:
A2CE4992E7724EE...

Name: hannah lucas

Address: 18 Kiarama Ave

KIAMA DOWNS, NSW AU 2533

Phone Number: 423042459

Email Address: hannah.lucas1@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/08/2013   To: 01/17/2014

DocuSign Envelope ID: 1E3BBD10-ED4A-4C8A-BAC0-78735926E7D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by: 735138E3FD79414...)_

Name: Hannah Patricia Wilson

Address: Smiths Lane

Botanic Ridge, Victoria AU 3977

Phone Number: 0421921673

Email Address: Hannabell_24@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2011          To: 10/01/2011

DocuSign Envelope ID: 69C5896B-B517-4FFE-9AF4-CA23625930A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Harpa Dogg Hafsteinsdottir*
13117D0592C44C3...

Name: Harpa Dogg Hafsteinsdottir

Address: Dalaplan 5b

Malmo, Skane SE 21428

Phone Number: 2034517995

Email Address: harpa_dogg@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/25/2010     To: 02/22/2011

DocuSign Envelope ID: 2B00FE8B-3C81-4975-9B1A-10F5C9A7588B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ 6717685626944D8...

Name: Hatire Aikebaier

Address: 182 East 95th street, apt 24e

New York , NY US 10128

Phone Number: 9293461343

Email Address: hatire9@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/31/2013        To: 08/01/2014

DocuSign Envelope ID: C5359385-B743-4323-BDC2-BA0C16D35DD5

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017                    Assinatura: _____

Nombre: Helen Polycarpo Weber

Endereço: 34 Washington Place East

White Plains , NY US 10603

Teléfono: 9143302050

Email Address: helenprib@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 11/28/2016                    A: 06/05/2017

DocuSign Envelope ID: F03DCE74-71BC-4ED7-9815-70C7A853DA2F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Heloisa Julia Pereira*
DocuSigned by:
FA332B0D148840C...

Name: Heloisa Julia Pereira

Address: 6104 Potomac Enclave Drive

Houston, TX US 77057

Phone Number: 8322161078

Email Address: heloisajulia@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/22/2010     To: 10/11/2011

DocuSign Envelope ID: 32D2D9AD-9527-4168-89AD-1E8C95C7A4AA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _DocuSigned by:_ B7986D19EB23419...

Name: Hila Shahar

Address: Itzhak viderker 16

Hadera, IL 3839016

Phone Number: +972547841780

Email Address: hila795@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/28/2016     To: 11/01/2016

DocuSign Envelope ID: B188BCCF-6955-41BB-B749-5FF3406E4FF7

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Hongmei Dou*
DocuSigned by:
6C8839B979B84D2...

Name: Hongmei Dou

Address: 429 N Rengstorff Ave, Apt 9

Mountain View, CA US 94043-2842

Phone Number: 5122101085

Email Address: xiaomeii.dou@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/13/2013     To: 08/11/2014

DocuSign Envelope ID: B56AE16C-6DB2-49D1-BAB9-F0E986F90E33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Iasmin S. de Souza*
B8BB56567DDA4C1...

Name: Iasmin Santos de Souza

Address: 304 Gatsby Place

Edgewater, MD US 21037

Phone Number: 2023611962

Email Address: iasmiin.s@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 07/31/2018

DocuSign Envelope ID: 88F08FC6-579F-4FA9-8CE8-ED2770A0AA5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ McPherson 7D73FF6B01AC411...

Name: Ievgeniia Denislamova

Address: 150026 40th avenue west , #13401

Lynnwood , WA US 98087

Phone Number: 2533477164

Email Address: Geniaworkout4you@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/25/2015          To: 01/09/2016

DocuSign Envelope ID: EF28B8D3-3F9A-42EC-A5A8-AA5FF012BD51

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _DocuSigned by:_ 18E5F898FF0248E...

Name: Ilaria Bolognese

Address: 8646 NW Lovejoy St

Portland, OR US 97229

Phone Number: 5035670940

Email Address: ilaria.bolognese@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016      To: 08/22/2018

DocuSign Envelope ID: 87481A8E-59D7-47C6-BAAF-BC1EB7878CF3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: *Ilse Ruiz*
DocuSigned by:
022ECB961D28456...

Nome: Ilse Daniela Ruiz Hernandez

Dirección: 164 Circuito la Ferreria

Durango, Durango MX 34105

Telefone: 6183084795

Email Address: ilse_ruiz@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/28/2010      A: 06/30/2011

DocuSign Envelope ID: 0903699A-8BC2-42B0-89C6-CA40EA297D2E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017     Signature:

Name: Inglid Ferreira da Silva

Address: Rua Mandaguari 386 apto 62

Maringá, PR/Maringá BR 87020-230

Phone Number: +5544999894155

Email Address: inglidf@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/20/2009     To: 01/13/2011

DocuSign Envelope ID: 25E9454C-D135-4009-A7C5-6B84AFEE50ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Ingrid Karina Castro Vallejo*
4713485E737E491...

Name: Ingrid Karina Castro Vallejo

Address: 3470 S Platter River Drive Apt 10101

Sheridan, CO US 80110

Phone Number: 7202546972

Email Address: kc1045@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/20/2014     To: 08/07/2015

DocuSign Envelope ID: DCA1DD0B-E8C7-4272-9653-E92FE0A2959C

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017

Assinatura: *Iona Araujo*
DocuSigned by:
F978F7D43822441...

Nombre: Iona Araujo

Endereço: 19 Overlook Ridge Terrace Apto 239

Revere, MA US 02151

Teléfono: 9787461770

Email Address: iona_1990@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 02/20/2017          A: 05/19/2017

DocuSign Envelope ID: B3728FC6-77EA-4811-B473-785429181D27

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/18/2017

Firma: *Iris Marcela Mora Cubero*
DocuSigned by:
3141D8EA882C443...

Nome: Iris Marcela Mora Cubero

Dirección: 75 este de ciclo Yuba

San Ramón, Alajuela CR 506

Telefone: 50684086029

Email Address: mcubero22@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 09/02/2008          A: 09/01/2010

DocuSign Envelope ID: 06DCD201-0118-45E4-A043-10E1513B6040

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/19/2017        Assinatura: *Isabella N* EC6798126F0E475...

Nombre: Isabella Nisimoto

Endereço: 11309 west 129th terr

Overland Park , KS US 66213

Teléfono: 9135151207

Email Address: isanisimoto@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/26/2016          A: 09/26/2018

DocuSign Envelope ID: EE61464C-AFD7-4765-B9D9-2F498C9E17BF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Isadora Cabral*
DocuSigned by:
A1517FDD773F407...

Name: isadora menezes cabral

Address: 2452 Warren Ave N

Seattle, WA US 98109

Phone Number: 2064756810

Email Address: isadoramcabral@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/05/2016     To: 09/05/2018

DocuSign Envelope ID: FA481647-67C1-4B75-BD04-AD68E9BB7C62

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Ivana OBrien* (DocuSigned by) 51EAABFB0F864B1...

Name: Ivana OBrien

Address: 1468 Old Stone Rd

Lebanon, TN US 37087

Phone Number: 6085156280

Email Address: ierdeg@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2009     To: 01/05/2011

DocuSign Envelope ID: 27D89D0C-ED2B-4FD9-9D00-B3862FAFEC3C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 1430EE07AED2403...

Name: Ivana Pandjarova

Address: 2415 Queens Plaza North, Apt 10b

Long Island City, NY US 11101

Phone Number: 2016286322

Email Address: ivanapandzarova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/27/2012     To: 07/31/2013

DocuSign Envelope ID: E9E38DD2-7895-483F-92BD-F32D2177008B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *JABOULEY Maud*
67378102F17A48E...

Name: JABOULEY Maud

Address: 88 b rue Coste

Caluire et Cuire,  FR 69300

Phone Number: 0033671022951

Email Address: maudjabouley@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2010        To: 07/11/2011

DocuSign Envelope ID: 3DFAE2DE-D846-40FF-B530-9CD7CC9683BA

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ B66ED30ED9D74A0...

Name: Jakub Chmatal

Address: 9924 Markham str

Silver spring , MD US 20901

Phone Number: 3015383111

Email Address: Jakub.backstage@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016     To: 01/10/2018

DocuSign Envelope ID: 5BCD5237-EC7A-461E-A1F3-7E1C7937600A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Jamie Koble*
02DAF0DBF0F24E7...

Name: Jamie Koble

Address: 7103- 94 Ave

Edmonton, Alberta GW T6B0Y3

Phone Number: 6473914688

Email Address: jamiekoble@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/14/2014     To: 04/14/2016

DocuSign Envelope ID: B541AACF-6D96-4D93-82B7-376876758B3D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: *Janeth Coronado*
DocuSigned by:
4C751206AF154C2...

Nome: Janeth Tatiana Coronado Galvis

Dirección: 1322 Bridlespur Ln

Troy , IL US 62294

Telefone: 4189988740

Email Address: Profjaneth22@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/28/2016     A: 03/28/2018

DocuSign Envelope ID: 63214423-8A71-4DFD-AABC-CB1314D83C9F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Jaqueline Maria de Moraes Gomes*
DocuSigned by:
7D0C95F352134BC...

Name: Jaqueline Maria de Moraes Gomes

Address: 760, José Fonseca Diniz

Itapetininga, São Paulo BR 18213140

Phone Number: 5515997037939

Email Address: jaquemaoraes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/11/2011          To: 02/02/2012

DocuSign Envelope ID: A3EB11EE-9D40-4C1B-8C0D-7E03B7806F82

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Jasmin Gosling*
DocuSigned by:
7B359542B82F49B...

Name: Jasmin Gosling

Address: 1251 Stillwoods Way

annapolis, MD US 21403

Phone Number: 4437759313

Email Address: jgjasmin17@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/07/2011     To: 03/07/2013

DocuSign Envelope ID: 61FDED14-E963-4B83-845F-B03899C3BCC5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Jasmin Wisotzky*
2A6508437D254B9...

Name: Jasmin Wisotzky

Address: Meßstetter Straße 29

Stuttgart, DE 70567

Phone Number: +4915872207084

Email Address: jviw90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016      To: 03/29/2018