DocuSign Envelope ID: DB2127AD-A7A3-4F98-95B2-944F646E295C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[signature]* EB1030B29DDD4B6...

Name: Jasmina Babic

Address: Ottostr. 7

Cologne, DE 50859

Phone Number: 004917634618678

Email Address: jazz_b87@yahoo.de

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/21/2011     To: 04/21/2012

DocuSign Envelope ID: E5D67AE8-E985-4E28-9DB2-5EEB49B8EA5B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: JWatson  A57C2F4D2928487...]*

Name: Jenna-Lee Watson

Address: Unit 81- 15233 34 Ave

Surrey, British Columbia  CA V3Z2T7

Phone Number: 6049109049

Email Address: jenna_watson19@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/10/2014       To: 07/04/2015

DocuSign Envelope ID: B34F4486-4E68-4FBF-8B63-9CC9E199BDFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Jennifer Ryan*
DocuSigned by:
1B78115B08BD470...

Name: Jennifer Ryan

Address: 130 Dolphin fleet circle apt 303

daytona beach, FL US 32119

Phone Number: 5618092853

Email Address: jenbellars@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/03/2009     To: 06/03/2011

DocuSign Envelope ID: 89D761E3-6412-409A-A163-B27EFB1272F5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Jenny* 
AFAC4D2D887B499...

Nome: Jennyfer Martinez Servin

Dirección: 4116 Westmeadow Dr

Colorado Springs, CO US 80906

Telefone: 7193137403

Email Address: Jenn.frezk@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/30/2016          A: 05/27/2017

DocuSign Envelope ID: A025C45D-1750-4CA7-9D36-E46FCDB2C555

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/18/2017     Assinatura: _DocuSigned by:_
4B69DFFB3A1D4C8...

Nombre:  Jessica Aparecida Santos de Farias

Endereço:  Aparecida Teresa Machado O9

Mairipora , Sao Paulo BR 76000000

Teléfono:  055976478643

Email Address:  J.apfarias@gmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  06/13/2016     A:  01/04/2018

DocuSign Envelope ID: B7767456-B77B-40B8-985B-7480517AD76A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Jessica Damara CHávez Chávez*
5778E08069F2454...

Name: Jessica Damara CHávez Chávez

Address: San Luis Potosi # 5, Col. México Nuevo

México, México MX 52966

Phone Number: 5546051838

Email Address: jessica.d.chavez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/23/2013     To: 09/23/2014

DocuSign Envelope ID: 7BC93713-CEAC-4BFE-AECB-DB1490106095

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ E58EF41849C94FB...

Name: Jessica Garioch

Address: 100 Wood Street

Gol Gol, NSW AU 2738

Phone Number: 0400102254

Email Address: Jessicagarioch@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/14/2010     To: 09/10/2011

DocuSign Envelope ID: 4FE3D890-1F4A-49EE-9546-B5739FC5587E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ 44098D23D30C45B...

Name: Jessica Geraldine Ruiz Rubiano

Address: 766 Greenleaf av

Glencoe, IL US 60022

Phone Number: +573204718386

Email Address: Yeik05@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/17/2014      To: 03/05/2015

DocuSign Envelope ID: 5CEDCC0A-F90D-4B47-8B02-FBACA8A3B0E6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017          Firma: _jessica Isabel Trujillo Reyes_
DocuSigned by:
ACA7C3531CCC46A...

Nome: jessica Isabel Trujillo Reyes

Dirección: 16 A 207 x21 Pinos del Norte

Merida , Yucatan MX 97138

Telefone: 5164502844

Email Address: dgpjessica@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/06/2016          A: 04/07/2017

DocuSign Envelope ID: 95A45C0C-2A3B-4FCE-8BF1-594486584950

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Jessica karina Tarra Alvarez*
DocuSigned by:
778B0DB99C68480...

Nome: Jessica Karina Tarra Alvarez

Dirección: Urbanizacion San Pedro Manzana 27 Lote 1

Cartagena, Bolivar CO 130011

Telefone: 3016430520

Email Address: jessictarra@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/06/2016            A: 06/20/2017

DocuSign Envelope ID: 5736B348-E54D-459A-B024-E06B88F2D288

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017                Signature: *Jessica Kivedo-Overall*
                                           DocuSigned by:
                                           36BB87218ACC4B7...

Name: Jessica Kivedo-Overall

Address: 3320 East 22nd Street

Oakland, CA US 94601

Phone Number: 9258139455

Email Address: jesskivedo@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/25/2013            To: 11/25/2014

DocuSign Envelope ID: 5DF62B68-723D-47D2-BC5E-A90FB691EA8F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[DocuSigned by signature]* 367951B2BF51427...

Name: Jessica Louise Taylor

Address: NE Copper Beech Drive

Hillsboro, OR US 6647

Phone Number: 07960226210

Email Address: jessilouisetaylor@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016      To: 02/28/2016

DocuSign Envelope ID: B90CF422-548A-4EDE-8B08-5442F4B7B772

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[signature]*
0316B4690731479...

Name: jessica moro

Address: 15220 Valleyheart Drive

sherman oaks, CA US 91403

Phone Number: 8185364374

Email Address: jessicamoro93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/28/2016      To: 06/28/2018

DocuSign Envelope ID: 0553F5E0-AFBD-4CD4-B786-F3489A106597

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Jessicka Roos* (DocuSigned by: 7D20AEC73B47422...)

Name: Jessicka Roos

Address: 5 Bella Rosa Drive

Millbury, MA US 01527

Phone Number: 5083206964

Email Address: jessicka_roos@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/14/2016       To: 06/12/2018

DocuSign Envelope ID: 49E4A474-025D-450A-8C22-49AA450AAA91C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: _JIANING WANG_
DocuSigned by:
127AADA111EB4F4...

Name: JIANING WANG

Address: 703 DALE DRIVE

SILVER SPRING, MD US 20910

Phone Number: 3016423361

Email Address: janine1wang@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 08/21/2016      To: 08/21/2018

DocuSign Envelope ID: 000EE088-58DB-49BC-9703-43D98E5EFE91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Jil Petrausch*
DocuSigned by:
DF21383964B74F1...

Name: Jil Petrausch

Address: Schubertstraße 4

Erlensee, Hessen DE 63526

Phone Number: +4915788794462

Email Address: jilpetrausch@googlemail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/22/2016      To: 08/22/2017

DocuSign Envelope ID: 9B95EFA6-CA5B-4CF4-AC45-A8BE729FEC80

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[signature]*
DocuSigned by:
96DD6960F90B473...

Name: Jillian Avender

Address: 44 Palmers Lane , Apt 10

Charlottetown, PEI CA C1A5V8

Phone Number: 9022130879

Email Address: Avender.j@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/04/2012        To: 07/16/2013

DocuSign Envelope ID: 5384DA06-A451-48C7-94E9-B83E13B15467

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[DocuSigned by signature]* FB0CB6D6C89349D...

Name: Joanna Marie Hall

Address: 19 Mill Road

Crowle , England GB DN174LW 4LW

Phone Number: 07702326250

Email Address: Joannamarie-91@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016    To: 01/27/2017

DocuSign Envelope ID: 5BBCC9D4-4B3C-4EA2-A5C4-780A8E3AAB59

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _João Mário Bortolazzo de Almeida_ (DocuSigned by: F05256110DD24ED...)

Nombre: João Mário Bortolazzo de Almeida

Endereço: Rua Maria José de Almeida, 200

Tietê, São Paulo BR 18530-000

Teléfono: +5515991036788

Email Address: joaombortolazzo@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/27/2015          A: 07/27/2017

DocuSign Envelope ID: B61C2229-E1F0-4DCC-AFCF-154CCD4E3E1B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Jodie Gympies Apodaca*
128CEC929850440...

Name: Jodie Gympies Apodaca

Address: 2371 Georgia street

Riverside, CA US 92507

Phone Number: 9512545182

Email Address: jodiegympies@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2010     To: 09/13/2013

DocuSign Envelope ID: D60D4EE7-8818-4BA3-8E94-24C3595DD712

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Jodi-Lee Melrose*
DocuSigned by:
B568CEDBC162428...

Name: Jodi-Lee Melrose

Address: Street 47, Alley 59/4, Thao Dien

Ho Chi Minh,  VN 70000

Phone Number: +84971320940

Email Address: jodilmelrose@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/03/2012     To: 03/03/2013

DocuSign Envelope ID: B4718C62-A226-42D2-B932-DCEAC1DC1A33

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Johanna Valk*
DocuSigned by:
6FC7D94B4519449...

Name: Johanna Valk

Address: Vuti 71

Tallinn, EE 10620

Phone Number: +37255533202

Email Address: johannavalk@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/08/2012    To: 08/06/2014

DocuSign Envelope ID: BB86F379-2A2C-4FD4-8DEC-605817C7B51F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017                    Assinatura: _[DocuSigned by: FEC882E6494F497...]_

Nombre: Joice Cristina Amaral

Endereço: 1144 north ave

New Rochelle , NY US 10804

Teléfono: 9144866397

Email Address: Joicah@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/13/2015          A: 07/13/2016

DocuSign Envelope ID: 80BD1E55-28C5-40BD-8ED5-B8BF69195BEF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Jonna Paukku* (DocuSigned by: 810B32BF90CF4A4...)

Name: Jonna Paukku

Address: Kasöörinkatu 10 as 14

Hyvinkää, FI 05800

Phone Number: +358442101564

Email Address: Jonna.paukku@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015     To: 08/02/2016

DocuSign Envelope ID: 0DDF789E-F419-4A93-A3A3-A676303C939D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _DocuSigned by:_ 48CB7BED9EED4A6...

Name: Josef Cornelius van der Walt

Address: 33rd Road 774 Villieria

Pretoria, Gauteng ZA 0186

Phone Number: +27725970111

Email Address: jcvanderwalt1@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/17/2013        To: 03/06/2014

DocuSign Envelope ID: ACABDD8A-9B2B-47D7-9C4A-88A394872C4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: จุฬา ลักษณ์
32C780A509094B4...

Name: Julaluck Phongsanga

Address: 616  25 street  NW

Calgary , Alberta  CA T2N 2S8

Phone Number: 5879982935

Email Address: Joychan007@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/08/2010     To: 05/20/2011

DocuSign Envelope ID: B150630C-0F10-48F2-9660-959FDB10300C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: _[DocuSigned by: 13ABCB9AF7E5475...]_

Name: Julia Maturska

Address: 100 Bayo Vista Way 14

San Rafael, CA US 94901

Phone Number: 4158705316

Email Address: matura28@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2014     To: 08/17/2016

DocuSign Envelope ID: 79138B14-9686-4C27-A3BA-7BFD18BD432D

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/20/2017          Assinatura: *Julia Mauricio Loyola Magrassi e Silva*
DocuSigned by:
44937D16AED04BF...

Nombre: Julia Mauricio Loyola Magrassi e Silva

Endereço: Henrique Oswald 176

Rio de Janeiro, Rio de Janeiro BR 22041020

Teléfono: +5521981052499

Email Address: julia.loyola@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/03/2010          A: 08/05/2011

DocuSign Envelope ID: 11F82906-9DB7-40E3-9087-63244A9287F5

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: _Julia Velasquez_
DocuSigned by:
6FDD86371554454...

Nome: Julia Patricia Velasquez Manosalva

Dirección: 4725 W Patterson Ave

Chicago , IL US 60641

Telefone: 3128348245

Email Address: juliamanosalva@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/12/2012          A: 12/23/2013

DocuSign Envelope ID: 1EC0CB7E-E374-42FF-A580-82DA4B088BF3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Julia Revakova*
DocuSigned by:
BC330AF931C440A...

Name: Julia Revakova

Address: 316 Fort Cobb Way

Georgetown, TX US 78628

Phone Number: 9082670532

Email Address: juliarevakova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/03/2010     To: 05/28/2012

DocuSign Envelope ID: 890E15A0-7350-4B6A-86B5-692D3ED22CB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by: Julia Trivino  827A2CDF007F4A5...)_

Name: Julia Trivino

Address: 1 carroll st

Portland , ME US 04102

Phone Number: 2072058366

Email Address: Julia_trivino@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/02/2017     To: 01/02/2018

DocuSign Envelope ID: 304BA2B6-D737-4F31-B1F3-059616B70AC3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Julia Vogt*
B5E634DD72A2422...

Name: Julia Vogt

Address: 8108 Bridgeportway SW

Lakewood, WA US 98499

Phone Number: 2534951336

Email Address: jul.vogt19@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2013       To: 07/11/2015

DocuSign Envelope ID: CA21EB75-DD13-4D13-8181-3AC37537454C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Julia Whyte (Siewert)*
133F479C22D0412...

Name: Julia Whyte (Siewert)

Address: 10740 Lawler St, Apt 40

Los Angeles, CA US 90034

Phone Number: 4243678925

Email Address: sie.julie@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/06/2009   To: 10/13/2014

DocuSign Envelope ID: B721F24F-018F-44CB-BE0A-FFFF3DDB36B9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Juliana A lozada M*
9FE9F5CF1A54417...

Nome: Juliana Alejandra lozada muñoz

Dirección: Avenida libertadores 4n-59 Valparaíso suite, casa 10n

Cucuta, TN US 37027

Telefone: 3167541019

Email Address: julis22_aj@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/15/2016        A: 03/24/2017

DocuSign Envelope ID: 9D0B96FA-ECAB-4A1F-AFB2-D4150E63D359

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Juliana Beltran Grisales*
DocuSigned by:
62E89374ABA348B...

Name: Juliana Beltran Grisales

Address: carrera 10 # 113 39

Bogotá, Cundinamarca CO 110111

Phone Number: 3164957474

Email Address: julianabg.12@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016     To: 06/13/2017

DocuSign Envelope ID: 0E547EF8-44E4-40DC-9CF8-84CE9A1DB456

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _____

Nombre: Juliete Nass

Endereço: 14343 Addison St

Sherman Oaks, CA US 91423

Teléfono: 9739007418

Email Address: juliete_nass@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 02/10/2014          A: 11/04/2016

DocuSign Envelope ID: 96242860-89FA-45B4-8A4A-161DC3EB11D7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *[DocuSigned by: Juliette   841232E5DFD2438...]*

Name: Juliette Zimer

Address: 14 rue Eugène Carrière

PARIS,  FR 75018

Phone Number: +33762715736

Email Address: juliette.zimer@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/17/2014     To: 11/17/2015

DocuSign Envelope ID: 2BDC51C3-CDA6-4437-B3B8-186354E252FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *June Li Alsgaard*
DocuSigned by:
DCECD127A4E24D3...

Name: June Li Alsgaard

Address: 2987 District Ave, Apt 434

Fairfax, VA US 22031

Phone Number: 7035427131

Email Address: athesenar@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/14/2008      To: 02/14/2010

DocuSign Envelope ID: 09467942-9ED2-4F3C-94E1-85C1CD405F68

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Justina Ho*
DocuSigned by:
EA7866E10C0F486...

Name: Justina Ho

Address: Heinrich-Plett Straße 2

Frankfurt am Main, Hessen DE 60433

Phone Number: +4915162402685

Email Address: justina.ho95@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015      To: 09/08/2016

DocuSign Envelope ID: A89474AB-677A-4B0F-BB7E-5946C34D9964

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ 11458C23A4A64A1...

Name: Justine Voisin

Address: 8 rue Albert bayet - escalier 30 étage 2

Paris, FR 75013

Phone Number: 33629944579

Email Address: voisin.justine@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/19/2015      To: 04/29/2016

DocuSign Envelope ID: EC57FD00-57BC-49DC-9A02-24C7EA02507C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *K Parrott* (DocuSigned by: 9CE7D419D7B74EA...)

Name: Kailey parrott

Address: 4107/10 porter street

Ryde , Nsw AU 2112

Phone Number: 0401640998

Email Address: Kailey_parrott94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/11/2012     To: 06/11/2012

DocuSign Envelope ID: C5C2529A-49A4-476E-9304-AEFDEDD7DBF8

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *DocuSigned by:* [signature] 8C84BA868763422...

Name: Kaitlin Morris

Address: 10716 Pebble Drive

Huntley, IL US 60142

Phone Number: 224209722

Email Address: morris.ka92@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/04/2014       To: 02/12/2016

DocuSign Envelope ID: 8E7DDC69-2519-4E7E-BAE6-0D36C3E67CA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017           Signature: *[signed] K Sherriff*
2A9867B59A184EA...

Name: Kaitlin Sherriff

Address: 24 Macken Crescent

Oatley, NSW AU 2223

Phone Number: 0499994193

Email Address: kaitlinsherriff@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/30/2011          To: 12/24/2012

DocuSign Envelope ID: 27E5FFC8-7F1C-43C9-A6C1-552320BC0780

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017          Assinatura: *Kamilla Coelho Moura de Araujo*
<br>DocuSigned by:
<br>A2883F782B0248D...

Nombre: Kamilla Coelho Moura de Araujo

Endereço: Rua Diogo de Moraes Lara, 332

São Paulo, SP BR 08310-200

Teléfono: 5511984748074

Email Address: kami.sz@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/06/2015          A: 10/26/2015

DocuSign Envelope ID: AA8A2B6D-D728-47C6-863F-49D4F53BD267

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Kaminska Celina*
DocuSigned by:
FB2BC66DDBE8433...

Name: Kaminska Celina

Address: Wojska Polskiego 34A

Dolice, Zachodniopomorskie PL 73-115

Phone Number: 0048792563811

Email Address: celina.kaminska@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/15/2014     To: 09/15/2015

DocuSign Envelope ID: EDB50762-4B8B-4E2B-9BC5-5AE109FB2AED

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017                        Firma:   *Karen Fuentes*
                                                 A7AFB7D4A03D4FB...

Nome:          Karen Fuentes

Dirección:     16-44 155th st

               Whitestone, NY US 11357

Telefone:      6316628761

Email Address: karenchongu@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:   09/10/2010              A:   09/10/2012

DocuSign Envelope ID: ED629554-5A69-46E1-9764-72AE956CFCD0

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/11/2017_____     Firma: _DocuSigned by: Karen D... AB4EA5F2A0EB40D..._

Nome: _Karen liseth Durán Fillippo_

Dirección: _Cll 58 13 12 torcoroma_

_Barrancabermeja , NY US 10000_

Telefone: _3004242944_

Email Address: _Kduran504@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: ___08/01/2013___     A: ___03/09/2014___

DocuSign Envelope ID: 56454AE3-D6CC-4721-8872-3C9B9FEA289F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Karen Saldana Schoen*
DocuSigned by:
9A9A9CD0134D408...

Name: Karen Saldana Schoen

Address: 7315 141st Ave NE

Redmond, WA US 98052

Phone Number: 4256149241

Email Address: ana_karen374@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2009     To: 01/01/2010

DocuSign Envelope ID: F8DBF5CE-F381-4E8E-B8E0-A363B1E3E45A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Karla Lorena Aguayo Vazquez*
DocuSigned by:
FDB82BD2B68C4ED...

Name: Karla Lorena Aguayo Vazquez

Address: 221 Annadale Rd

Staten Island, NY US 10312

Phone Number: 3475307613

Email Address: karlalpatri@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2014     To: 12/31/2015

DocuSign Envelope ID: 7E7B5C3B-3E48-4CEB-A93A-E221D9881C1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *(DocuSigned by: 3DFD0EEDA5BD4FB...)*

Name: Karolina Makowska

Address: 5921 Tobias Ave

Los Angeles, CA US 91411

Phone Number: 3108033169

Email Address: k.makowska01@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2016    To: 07/25/2018

DocuSign Envelope ID: 56D71A21-A6ED-430A-A4B0-0ECFD1A7F701

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *katarzyna kasprowicz*
DocuSigned by:
E15EEA810CEA47B...

Name: Katarzyna Kasprowicz

Address: 715 Fairview Ave

Ridgewood, NY US 11378

Phone Number: 3476015026

Email Address: kasprowicz.kasia@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 10/28/2012      To: 09/07/2013

DocuSign Envelope ID: E6749310-C5F0-4F1F-B466-1858A6EF8F35

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ D510DCCE9FC34E0...

Name: Kate kempen

Address: 1579 Shirley dr

Pleasant Hill, CA US 94523

Phone Number: 9255664521

Email Address: Katekempen@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/27/2009      To: 12/31/2010

DocuSign Envelope ID: C7F67B52-C623-410A-AAC1-8A97F8F81878

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *K. Goer*
DocuSigned by:
5125BCCB7A9F427...

Name: Katharina Goerke

Address: Damenstifstrasse 7

Munich,  DE 80331

Phone Number: 00491629419435

Email Address: Katharina@immaxg.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/29/2012     To: 08/20/2013

DocuSign Envelope ID: E556F3DC-D401-4C0A-BF11-A32184A30E9C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Kathy D* DocuSigned by: 98A184273A9E484...

Name: Katherin Gisset Diaz Vargas

Address: Mz F casa 17 Ibague 2000

Ibague, Tolima CO 78613

Phone Number: 5128228993

Email Address: kathydiaz318@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/15/2015      To: 12/12/2016

DocuSign Envelope ID: 6D10A2E0-061F-4184-A88C-A086242FF738

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _DocuSigned by:_ 8993955E0DE2484...

Name: Katie Louise Armitage

Address: Keighley road

Steeton, GB Bd206qr

Phone Number: 07891322045

Email Address: K.parkerarmitage@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/05/2013          To: 08/05/2014

DocuSign Envelope ID: 31F8A3B9-411A-4123-BF00-6F2B3F89FC92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ 33D0C76F375F483...

Name: KATJA KRIZAN

Address: 112 LINCOLN AVENUE, APT #504

BRONX, NY US 10454

Phone Number: 6466418161

Email Address: katja.krizan@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/30/2011     To: 05/30/2012

DocuSign Envelope ID: 63135B26-B481-4A0D-84A8-718B359A5A58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *[DocuSigned by signature]* CE13190337314B5...

Name: Katsalai Solomiia

Address: 705, Finch court

Murphy, TX US 75035-2299

Phone Number: 2144499962

Email Address: katslaia@icloud.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2016     To: 06/01/2017

DocuSign Envelope ID: 5218CFFF-2A0E-48A0-8AC8-2CEE25F309B5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Kayla Ann Lloyd-Evans*
CA69B4B078BD438...

Name: Kayla Ann Lloyd-Evans

Address: Ballito

Durban, Kwa -Zulu Natal ZA 4420

Phone Number: +27836410740

Email Address: kayla.lloydevans@yahoo.co.za

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/23/2015        To: 12/07/2015

DocuSign Envelope ID: D839EF1D-A5F4-474F-B097-8529D2FC0125

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Kayla Monique Clifford*
DocuSigned by:
5741087F912A4BF...

Name: Kayla Monique Clifford

Address: 625 E 14th Street, Apartment 9F

New York, NY US 10009

Phone Number: 2035177040

Email Address: glitterbug.kween@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/17/2013     To: 06/14/2014

DocuSign Envelope ID: 5270E145-CAEE-407D-95D9-829823BC01B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _Kelly Ratledge (DocuSigned by)_  288648E04F7E432...

Name: Kelly Ratledge

Address: 264

Woodley, GB Sk6 1nx

Phone Number: 07496177457

Email Address: Kellyratledge64@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/30/2010     To: 09/02/2011

DocuSign Envelope ID: 52795D1D-02F1-4F62-B764-C17D363C0AC0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ D9CBBBB7C6AA49D...

Name: Kerry Lewis

Address: 286 Grau dr

Fremont, CA US 94536

Phone Number: 6506499045

Email Address: kerrykzn@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/05/2010     To: 12/05/2012

DocuSign Envelope ID: 3769A86A-D35E-4653-ABA9-544205A80ECD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_ 27ED7E5A95CB429...

Name: Kleanda Paja

Address: 3031 meeting street

Falls Church , VA US 22044

Phone Number: 5715500052

Email Address: klea.97@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/03/2017     To: 05/03/2018

DocuSign Envelope ID: 8F0A484F-606D-4086-A3A7-CE1CE8D531F4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017          Signature: *Jordan*
                                     DocuSigned by:
                                     C06D90C26F50462...

Name: Kristin Jordan

Address: 25 Overlook Drive Port Washington

New York , NY US 11050

Phone Number: 5165478384

Email Address: kristinjordan89@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2016          To: 06/29/2018

DocuSign Envelope ID: 9B6B572B-C090-42CF-983F-959B51B80AA4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *[DocuSigned by: K Gatehouse  AE8C2FE0278543A...]*

Name: Kristina Jade Gatehouse

Address: 155 Gilpin Street

Denver, CO US 80218

Phone Number: 3038030040

Email Address: krissyyyy@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/07/2013         To: 07/08/2015

DocuSign Envelope ID: 56BBE315-51B5-4887-9FBE-B2188A5A44A5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: _DocuSigned by:_ F45E4A510FC24A1...

Name: Kryshtal Viktoriia

Address: 5484 Clonmel Ct

Alexandria , VA US 22315

Phone Number: 19103203826

Email Address: v-kristal@inbox.ru

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/20/2016     To: 06/20/2018

DocuSign Envelope ID: BA521829-65CC-4562-89E1-7DE343157D2E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 5EF106F9C49943E...

Name: Laetitia petit

Address: 251 Southdown road

Huntington , NY US 11743

Phone Number: 6314186555

Email Address: Petit.laetitia1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/14/2014   To: 07/10/2016

DocuSign Envelope ID: 387EFA4C-F5E6-448F-B9AA-A7EBAA191D4A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *Laila Burger*
1F76C37A122746B...

Name: Laila Burger

Address: Robert-Bosch-Str. 24

Darmstadt, Hessen DE 64293

Phone Number: +4917624087334

Email Address: laila-burger@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2009     To: 08/16/2010

DocuSign Envelope ID: F008C37A-6E6D-405A-B638-1DAC2AB9B5F6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Lan Zhong*
3A5A93EDBF82462...

Name: Lan Zhong

Address: 3518 63rd street

Woodside, NY US 11377

Phone Number: 3478279261

Email Address: zhonglan86@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/03/2014     To: 01/06/2015

DocuSign Envelope ID: 3CED9634-A24E-4847-97B3-DC7F497DC79E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *DocuSigned by:* F0DD17C72EAA470...

Name: Lara Shalaine Bergmann

Address: 9740 Zelzah Ave Apt 135

Northridge, CA US 91325

Phone Number: 6507138616

Email Address: Larashalaine.bergmann@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/27/2010     To: 07/18/2012

DocuSign Envelope ID: C1828C55-3E23-4F6C-BD24-7E23C66C9166

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017          Assinatura: *Larissa F Coelho*
DocuSigned by:
A41B625597E040B...

Nombre: Larissa F Coelho

Endereço: Rua João Domingos da Costa, 209

Navegantes, Santa Catarina BR 88375000

Teléfono: +554791211890

Email Address: larissaferreiracoelho@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/17/2016          A: 01/16/2018

DocuSign Envelope ID: B545783C-CF1D-47BB-A0A9-3EC8C99DFD37

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _DocuSigned by:_ [signature] 5EC714ECB7E7418...

Nome: Laura carmona

Dirección: Huddlestone Dr

Raleigh , NC US 27612

Telefone: 9192390660

Email Address: Lauramcarmona@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/05/2014          A: 05/09/2016

DocuSign Envelope ID: C7B16DA8-88DF-4273-A2B3-F9C66F6FE68A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ FEDEDD689B2D470...

Name: LAURA DE LA ROSA

Address: calle 63 # 36-59

Barranquilla, atlantico CO 080012

Phone Number: 3008641876

Email Address: lddelarosa92@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/12/2014     To: 09/12/2016

DocuSign Envelope ID: 71CC33DB-F1A1-46A6-8494-C704041CA965

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Laura Elena Maza*
DocuSigned by:
246B18573C5E436...

Nome: Laura Elena Maza

Dirección: 1428 Hawks Vista Ln

Alpine, CA US 91901

Telefone: 6199952134

Email Address: lauramaza36@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/18/2017          A: 06/18/2018

DocuSign Envelope ID: 351B580B-CADC-4E8D-B68B-B789B5F9BB5D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *LAURA GUZMAN MONCADA*
C82402E69C394C3...

Name: LAURA GUZMAN MONCADA

Address: CARRERA 11 NUMERO 7 A 47 APT 401

MANIZALES,  CO 17001

Phone Number: 3113644339

Email Address: laurisg185@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2014     To: 09/08/2015

DocuSign Envelope ID: 04283AB9-6028-49CF-A3AC-897C4C0363BA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

```
DocuSigned by:
[signature]
7CD4E13A9165452...
```

Name: Laura Hintzsche

Address: Talweg 2c

Hamburg, DE 21149

Phone Number: 017632938681

Email Address: laura.hintzsche@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/09/2017     To: 11/09/2017

DocuSign Envelope ID: 8B99D95F-5F89-4B6C-B68D-D2ED2B6E1414

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _Laura Ortiz_ (DocuSigned by: 49C2ADA73A954FC...)

Nome: Laura Liliana Ortiz Sandoval

Dirección: Cra10 #19-37

Duitama , Boyaca CO 150461

Telefone: 3012651271

Email Address: Lauraortizwamba@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/06/2015     A: 07/05/2017

DocuSign Envelope ID: 4CD6221E-B1B3-4D54-B6C4-220907721635

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ Paurcia  1952F2175810438...

Nome: Laura Marcela jimenez niño

Dirección: 121 vía alameda

Redondo beach, CA US 90277

Telefone: 3108901642

Email Address: Lau_rajimenez@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/13/2017          A: 03/13/2018

DocuSign Envelope ID: EA522D90-B596-4D28-B8ED-74DCACEE8028

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/19/2017

Firma: _Laura María Alzate_
DocuSigned by:
55CAC2A7DAE54D4...

Nome: Laura María Alzate

Dirección: Cr 45 15s 75

Medellín, CO 050002

Telefone: +573104350046

Email Address: lauris_alzate@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 01/27/2014          A: 12/14/2014

DocuSign Envelope ID: C9F70625-9D96-4833-84E3-EB30B47B234E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Laura Perren*
DocuSigned by:
44E444F8B04E4D2...

Name: Laura Perren

Address: 3/31 Thorne Street

Windsor, Queensland AU 4030

Phone Number: +61420909154

Email Address: lauraperren28@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/07/2015       To: 01/07/2016

DocuSign Envelope ID: 996BEA6D-B017-45D0-ADC8-0D44A6AB1D50

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/15/2017                     Firma: _____

A8FE97F3E4F845D...

Nome: Laura Vanessa Puerta Ortegón

Dirección: Barrio Bosques de Pinares manzana 1 numero 22A

Armenia , Quindio CO 63000 8

Telefone: 3105192000

Email Address: solalujo@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/16/2016          A: 08/16/2017

DocuSign Envelope ID: 18944AEE-D3CB-435D-9804-2338140BFBC5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 8E0317BD47054A6...

Name: Laura victoria tellez martin

Address: 157 south street

Rockport , MA US 01966

Phone Number: 9784295384

Email Address: Lau_tellez@hormail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/03/2016    To: 10/03/2017

DocuSign Envelope ID: 297AB66A-8822-4EF0-AEC6-693B591D19F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Laura Wood*
E254A7E0369441B...

Name: Laura Wood

Address: 134 Shardlow Road

Derby,  GB DE24 0JS

Phone Number: 07860381817

Email Address: laura.wood8409@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/23/2011       To: 07/05/2013

DocuSign Envelope ID: CE309A60-1DB9-4D38-BB15-010D048D8A1B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: *Laurencia Mendoza Flores*
DocuSigned by:
608A996AC9B74FC...

Nome: Laurencia Mendoza Flores

Dirección: Melchor Ocampo 349 Int 1 A

Anzures, Ciudad de México  MX 11590

Telefone: 6181342034

Email Address: laurenciamendoza95@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/09/2014

A: 07/30/2015

DocuSign Envelope ID: E5C6CBBE-BBD4-4547-9BB1-D620DEE6D9EC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Leandri Vermaak*
DocuSigned by:
D115F3AFF6844A1...

Name: Leandri Vermaak

Address: 4 Chaplin Road

Merrivale, Kwa-Zulu Natal ZA 3291

Phone Number: 0661039342

Email Address: leandri.vermaak@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/08/2017      To: 07/05/2017

DocuSign Envelope ID: 2A7A242D-A811-47C3-B6EB-A44D8C8659FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[DocuSigned by: F16E356561494C5...]*

Name: Lebogang Moloi

Address: 463 RAMORUWE STREET

MAPETLA, Gauteng ZA 1818

Phone Number: +27618985912

Email Address: moloi.lebogang52@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016      To: 04/04/2017

DocuSign Envelope ID: 6A9D079B-1E8F-48DB-BABE-CFC332B894FA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Leidy Laura Velasquez Gaviria*
DocuSigned by:
BB50EB77331F479...

Name: Leidy Laura Velasquez Gaviria

Address: 131 pierce street

malden, MA US 02148

Phone Number: 8572609173

Email Address: lauravelasquezgaviria@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2015    To: 10/16/2017

DocuSign Envelope ID: 8607895E-C856-46DB-B761-BB0B5D767B8E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: *Leidy Susana Castrillon*
DocuSigned by:
1499C5C2A9254C4...

Nome: Leidy Susana Castrillon

Dirección: 25 hermit ln

Connecticut, CT US 06880

Telefone: 2032093949

Email Address: lesuca78@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/19/2016        A: 06/23/2017

DocuSign Envelope ID: BC2C12F0-D26A-4CF2-AA14-CA8720B176F0

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _[DocuSigned by signature]_
E46CB292B5A24E8...

Nome: Leidy Vanessa Garro Manco

Dirección: 55 #34-25

Medellin , CO 050012

Telefone: 3017369925

Email Address: lady.gm29@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/25/2016          A: 01/19/2017

DocuSign Envelope ID: CC31F352-5ACD-412A-AB74-321C51F4EB3C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017          Firma: *Leila Julileta Molina*
                                   DocuSigned by:
                                   3790EEDF1CEC46F...

Nome: Leila Julileta Molina

Dirección: Butler 1850

Ituzaingo, Buenos Aires AR 1714

Telefone: 1132033203

Email Address: leilajulietamolina@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/14/2016          A: 08/16/2017

DocuSign Envelope ID: 7B18B32F-6E72-423B-8555-65FCCF9ACFB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *[DocuSigned by signature]* B069CD9B99D6455...

Name: Lenka Cajthamlova

Address: 4329 broadgate circle

Ellicott city, MD US 21043

Phone Number: 4124827367

Email Address: Cajthamlova.l@seznam.cz

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2016     To: 09/15/2017

DocuSign Envelope ID: 6385AEDE-7754-4F8D-9B31-1B940E2FFCC0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[signature]* 5B67AC18E2B64FF...

Name: Leona Lammers

Address: 174 Farm Road

Sherborn, MA US 01770

Phone Number: 6178006778

Email Address: leona.lammers@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/28/2016    To: 05/27/2018

DocuSign Envelope ID: 3624E28B-0FBA-4FBD-931C-2DE9DD714D68

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *DocuSigned by:* [signature] 4B4D8636A271483...

Name: Leonardo Daniel Briano Rodriguez

Address: 20 de Noviembre #161

Villa Juárez, Aguascalientes MX 20700

Phone Number: 4492256977

Email Address: leo.briano@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/24/2014     To: 03/25/2016

DocuSign Envelope ID: BA855129-D0BA-42F5-8725-2138222360CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Lerato Mosenogi*
DocuSigned by:
70FD64FF8F0E49B...

Name: Lerato Mosenogi

Address: 36 Haggerty Drive

West Orange, NJ US 07052

Phone Number: 9736346448

Email Address: Leighmosenogi@rocketmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2017     To: 01/15/2018

DocuSign Envelope ID: 8278FCCF-9745-4DB1-91B4-023D3B1A5DBC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *[DocuSigned by signature]* 17E969A462E3457...

Name: Leslie Tauscher

Address: 603 falling star dr

Martinez , CA US 94553

Phone Number: 9248170425

Email Address: Leslie_2808@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/06/2009          To: 02/05/2011

DocuSign Envelope ID: 1AFEFBEB-F02A-4ACC-99A4-0F63B1D720A6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017    Firma: _lessly medina_
                            DocuSigned by:
                            76017998E52D444...

Nome: lessly medina

Dirección: cra 12 7n-98 villa  del rosario

Cúcuta , Norte de Santander CO 0000

Telefone: 3124546966

Email Address: lessly_2105@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/31/2015    A: 07/19/2016

DocuSign Envelope ID: 1542FFD5-B21C-4C14-A343-E033F0AB7AF2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Liliana Ramírez Bobadilla*
DocuSigned by:
F2B763C672BB47D...

Nome: Liliana Ramírez Bobadilla

Dirección: 92 MYRTLE ST

SOMERVILLE, MA US 02145

Telefone: +5215542897255

Email Address: liliquida@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/24/2016          A: 10/24/2018

DocuSign Envelope ID: 92C2ABD2-D883-4A33-91B9-0B540AF0ABA4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/14/2017

Signature:  *L. Gooden*
DocuSigned by:
269BD3C4A47C48E...

Name:  Lillie Grace Gooden

Address:  Tara

Boree Creek, NSW AU 2652

Phone Number:  0409060520

Email Address:  lillie.gooden95@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/20/2014       To:  07/16/2015

DocuSign Envelope ID: B7401A4C-B4CD-4386-A0E9-C3C00190D0E5

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *DocuSigned by:* 11BA627CDD634EC...

Name: Lily Reynolds

Address: 3000 s clermont drive

Denver, CO US 80222

Phone Number: 7204760040

Email Address: lilyreynolds96@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016    To: 10/04/2017

DocuSign Envelope ID: C3B23D3E-DB64-455F-9C74-C22645BE5994

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *[DocuSigned by: signature]* B6BD5F339F4F4EC...

Name: Lina Alvarado

Address: 15240 Holleyside dr

Montclair , VA US 22025

Phone Number: 7038888663

Email Address: sac.nicte.456@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/18/2013     To: 08/18/2015

DocuSign Envelope ID: 3241EF1E-5588-4C7A-9DE7-36E542E9DE45

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017

Assinatura: *Lina García da Silveira*
DocuSigned by:
6144683C6032461...

Nombre: Lina Garcia da Silveira

Endereço: José Antônio de Freitas, 155

Ribeirão Preto, SP BR 14057220

Teléfono: +5516982331112

Email Address: lina.silveira@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/02/2016          A: 12/20/2016

DocuSign Envelope ID: 01A9796A-FFCE-4AB6-956A-57167F301B02

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Lina Katrin Lund*
DocuSigned by:
0BB4D28998E141F...

Name: Lina Katrin Lund

Address: Skellet 30

Valby,   DK 2500

Phone Number: +4522566575

Email Address: linakatrinlund@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013          To: 01/30/2015

DocuSign Envelope ID: 41CCEC52-7CE0-4E87-BDD1-08D768190D26

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *[firma DocuSigned by C823A9E7F820456...]*

Nome: Lina Marcela Rodriguez Perez

Dirección: 206 East Cottage Avenue

Haddonfield, NJ US 08033

Telefone: 3473040766

Email Address: lmarcela.rodriguez1190@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/15/2016     A: 08/17/2018

DocuSign Envelope ID: 6ED160C1-A315-46C7-B2D3-D630E2F2FC58

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_          Firma: 
B7B90A3DD611418...

Nome: _Lina Maria Cuchimba Rayo_

Dirección: _3157 birkdale avenue_

_Duluth, GA US 30097_

Telefone: _6787641223_

Email Address: _Allison_lincu@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/30/2017_          A: _01/30/2018_

DocuSign Envelope ID: 1A867527-6EEA-410D-AAB2-FD50AB71E9F0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017      Signature: _Lina Piedrahita_
83B40948FFE14EF...

Name: Lina Vanessa Piedrahita Bernal

Address: Carrera 27 # 13-05 Paloblanco

Guadalajara de Buga, Valle del Cauca CO 763041

Phone Number: 3163954057

Email Address: linava_05@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2015      To: 01/07/2017

DocuSign Envelope ID: 8A0738A2-48E0-4367-A215-A69B81C054D4

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/18/2017          Assinatura: *Linda Vieira de Souza Panfiet*

DocuSigned by:
F9940C5D315C435...

Nombre: Linda Vieira de Souza Panfiet

Endereço: Maranhão 42

Ourinhos, São Paulo BR 19911-790

Teléfono: 018998020507

Email Address: livpanfiet@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 02/18/2015          A: 08/18/2015

DocuSign Envelope ID: 666F6BEA-866C-49B9-8824-1DD34128285D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/18/2017

Signature:  *Liping Ye*
DocuSigned by:
0843AC015793422...

Name:  Liping Ye

Address:  920N 102ND Street

Seattle, WA US 98133

Phone Number:  2064074310

Email Address:  robinyeliping@gmail.com

Sponsor:  Go Au Pair

Dates in Au Pair Program:

From:  12/23/2010     To:  06/23/2012

DocuSign Envelope ID: ADA1094C-58FF-458B-BC9F-977E9F3B6965

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Lisa Baldinger* (DocuSigned by: 02C5DE06920B470...)

Name: Lisa Baldinger

Address: 116 Barn Road

Tiburon, CA US 94920

Phone Number: +436604522425

Email Address: l.baldinger97@gmx.at

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/01/2016     To: 07/21/2017

DocuSign Envelope ID: 470B969D-5ABC-45F7-84DD-A427BBA84E01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _L. Thomée_
DocuSigned by:
3690ED736A374B8...

Name: Lisa Thomée

Address: Ludwig-Braille-Str.4

Munich, Bavaria DE 81379

Phone Number: 016097529779

Email Address: l.thomee@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/03/2009      To: 11/30/2017

DocuSign Envelope ID: 6CCEF8BC-04D3-4023-AC1C-F7A49E34FFBD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 42FBC20B90C747B...

Name: Lisa Winkler

Address: 6730 W 52nd Pl, Apt. 1A

Mission, KS US 66202

Phone Number: 9132256438

Email Address: lisawinkler92.lw@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/22/2012     To: 10/17/2014

DocuSign Envelope ID: 8F877D70-CB26-4C70-B2E7-48A308209616

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Lisbeth Luft*
DocuSigned by:
CC623474CB9F448...

Name: Lisbeth Luft

Address: Hannoverstr. 52

Bochum,  DE 44793

Phone Number:  +31640645803

Email Address: lisbeth.luft@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2015          To: 12/12/2016

DocuSign Envelope ID: 9F275ACE-4F41-4514-8F3F-615D0144A7EF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017                    Firma: *Liz Vanessa Moreno Cortes*
                                           DocuSigned by:
                                           BA6CD5966F8A449...

Nome: Liz Vanessa Moreno Cortes

Dirección: Calle 30 # 15-56

Tunja, Boyacá CO 038

Telefone: 3124927792

Email Address: lizmorenoc18@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/22/2016          A: 12/27/2016

DocuSign Envelope ID: AB33D8C0-8CCE-4654-A90B-C5BCC0D77BA2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017            Firma: _Lizbeth Posada Zea_
DocuSigned by:
DA80C09AD5BD485...

Nome: Lizbeth Posada Zea

Dirección: 2694 SOUTH XANADU WAY, UNIT D

AURORA, CO US 80014

Telefone: 3035976150

Email Address: lizposadazea@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 11/03/2014            A: 02/11/2015

DocuSign Envelope ID: F1E337E6-E0AA-4C80-B798-9C29032EA578

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Lizeth Nathalia Bautista Rodriguez*
457FB3DAD3724C5...

Name: Lizeth Nathalia Bautista Rodriguez

Address: Calle 116 #50 - 30

Bogota, Cundinamarca CO 11111

Phone Number: +573158724795

Email Address: natb94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/14/2014     To: 07/13/2016

DocuSign Envelope ID: 2DA07879-5E1A-4685-8D74-2ADD288BD791

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017          Firma: _[DocuSigned by signature]_

Nome: Lorena Denisse Briano Cruz

Dirección: Adolfo López Mateos

San Luis Potosí, San Luis Potosí MX 78437

Telefone: +524442078940

Email Address: loreiny_briano@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/27/2014          A: 02/18/2015

DocuSign Envelope ID: 42CEB96A-C0B2-4AD4-80B5-3E6739AD3301

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _[DocuSigned by signature]_
6DBE27C0461142B...

Name: Louise Chevalier

Address: 5 rue Montlosier

Clermont-Ferrand, Puy-de-dôme FR 63000

Phone Number: 0672516254

Email Address: louloucheva@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/09/2015        To: 12/20/2015

DocuSign Envelope ID: CD85D2FB-2183-4F0A-A3F4-42826798121F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Lu Qin*
DocuSigned by:
4A1F320771F54F7...

Name: Lu Qin

Address: 442 SAINT MARKS AVE APT 4C

Brooklyn , NY US 11238

Phone Number: 3472955275

Email Address: qinluus@126.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/10/2017     To: 01/10/2018

DocuSign Envelope ID: 64C0486D-6F67-42AA-9213-ECD97A819F44

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017      Assinatura: _Luana_ (DocuSigned by: 223C2E14CA204B5...)

Nombre: Luana Oliveira

Endereço: 702 skyline rd

Ventura, CA US 93003

Teléfono: 8057014990

Email Address: luaana.oliver@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/18/2015      A: 01/18/2017

DocuSign Envelope ID: 6077BE70-5173-426E-88A5-95C5525BF337

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *[DocuSigned signature]* 46BDAAA0F8A8483...

Name: Lucie Colomb

Address: 1724 N highland ave , apt 529

Los Angeles , CA US 90028

Phone Number: 6502898744

Email Address: Colomb.lucie42@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2012     To: 12/21/2012

DocuSign Envelope ID: ED415678-4C03-4149-8CB1-1643ECEB5DC1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *DocuSigned by:* [signature] 515CB0F230554DB...

Name: Lucie V Delabre

Address: Griffon st east

Danville , CA US 94506

Phone Number: 3123992052

Email Address: Delabre.lucie@gmail.con

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017     To: 01/08/2018

DocuSign Envelope ID: 753A06F2-9945-488F-85D2-AB5236F79F61

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _DocuSigned by:_ 155DA0C7A2674CC...

Name: Lucile Sullivan

Address: 405 Chestnut st

Wrentham, MA US 02093

Phone Number: 5084465895

Email Address: lucile183@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/06/2012     To: 05/06/2014

DocuSign Envelope ID: 05A6EE15-3B27-4517-AA17-FCD038BE874E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: *Luisa Fernanda Llano Puerta*
DocuSigned by:
37E33054FB2F42D...

Nome: Luisa Fernanda Llano Puerta

Dirección: Calle 44 · 79-114

Medellin, CO 05001

Telefone: 3003685246

Email Address: luisallano0893@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/10/2014     A: 11/21/2015

DocuSign Envelope ID: 669B5802-9479-466E-9A6C-93CB74263D0D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[signature]* C241F899B45E473...

Name: Luiza Helena Marschner

Address: 3445 Little Ln

Lafayette , CA US 94549

Phone Number: 9255585817

Email Address: luizahhhh_marschner@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/25/2016     To: 08/25/2018

DocuSign Envelope ID: 0CB6DF79-156A-4130-9EAA-D4AFEC9F3F04

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *L. Thompson*
DocuSigned by:
3ED4DA286DB441F...

Name: Lyndsey Anna Sarah Thompson

Address: 2/402 Toorak Rd

Toorak , VIC AU 3142

Phone Number: +61474513845

Email Address: Lyndseyanna93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/10/2014    To: 06/11/2015

DocuSign Envelope ID: F920D784-DBF6-4BBB-89C2-72BB236916F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by: A4A40F6D85154E9...]_

Name: Madison Russell

Address: 18s Towers Street

Walcha, NSW AU 2354

Phone Number: 0417675791

Email Address: Madison.russell95@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016   To: 02/22/2017

DocuSign Envelope ID: C904B81F-7C0E-4DAA-B397-53121AC63319

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _09/13/2017_

Signature: *Magdaalena Wronska*
DocuSigned by:
48A7CE8ECA5E4B2...

Name: Magdaalena Wronska

Address: korona 10

Korona, Lubelskie PL 21-211

Phone Number: +48517079293

Email Address: magda.wronska@wp.pl

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: _03/13/2014_   To: _04/13/2016_

DocuSign Envelope ID: 5FEA18DB-7895-4101-8C94-35BA67E6141C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *[DocuSigned by signature]*
E2E2D7132051449...

Name: Magdy Duneyi Losada Gomez

Address: Calle 55N # 11-71 casa 08

Popayan, Cauca CO 190001

Phone Number: 3006534000

Email Address: magdy-duneyi@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2011    To: 05/23/2013

DocuSign Envelope ID: 24C3C582-8BC6-438F-A28A-98B4C7FB3DFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Maike Theresa Breyer*
DocuSigned by:
49F10F35DDE8467...

Name: Maike Theresa Breyer

Address: Saling 17

Hamburg, Hamburg DE 20535

Phone Number: 015172113524

Email Address: breyermaike@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/08/2012     To: 11/27/2012

DocuSign Envelope ID: A9A7C4AD-7AF3-4C0A-81A9-883D9AB43DF8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *DocuSigned by:* D9A9EC43E52E432...

Name: Mailen Borda Aberastain Oro

Address: 112 Overlook Rd

Clarks Summit, PA US 18411

Phone Number: +34638235869

Email Address: mai.oro.europa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2016     To: 09/27/2017

DocuSign Envelope ID: 6FB95E17-E741-45CC-AB48-79551C61FF6A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Maira Rocio Narvaez Guerra*
B3A6FF5B6B534CA...

Nome: Maira Rocio Narvaez Guerra

Dirección: Calle 168a # 54d-61 int 7 apto 604

Bogota, CO 111156

Telefone: 3183192007

Email Address: Mairo29@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/18/2014  A: 08/18/2015

DocuSign Envelope ID: 7B9AB3E7-66EA-456A-B46F-6A83DBC80903

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by_ 2E4CC098B4A4461...

Name: Mallaury France Maria Filliatre

Address: 3004 Castro Street

San Francisco, CA US 94131

Phone Number: 4155357247

Email Address: xmlle-noa@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/15/2016     To: 02/14/2018

DocuSign Envelope ID: 107A0953-CD1D-4E21-88B1-BE572A36740E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] FDBE29391B85433...

Name: Manon Balta

Address: 110 E 87th street

New York, NY US 100128

Phone Number: 7187957861

Email Address: Manon.balta@hotmail.fr

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/25/2013     To: 08/25/2015

DocuSign Envelope ID: 7E89967D-98DA-4ECC-8ECD-F7E4B174CFDD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *DocuSigned by:* [signature] B691F539071E43C...

Name: Manon Guery

Address: Alta drive

Las Vegas, NV US 89107

Phone Number: +330616505028

Email Address: guerymanon49@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/01/2016     To: 08/08/2017

DocuSign Envelope ID: 602858CC-D5F5-4478-BAD1-AAD99298AA10

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017      Firma: *Manuela Lopera Gonzalez*

DocuSigned by:
70F50408119C49E...

Nome: Manuela Lopera Gonzalez

Dirección: Monroe

Medellin, NY US 774

Telefone: 3153116801

Email Address: manuelalopera11@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/12/2015      A: 09/13/2017

DocuSign Envelope ID: 6432A6BF-4DBB-44CF-A9C5-2B68903D04D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _[DocuSigned by signature]_ 04CE9BEA1602495...

Name: Margherita Maria Galassi

Address: 42 henderson st

Arlington, MA US 02474

Phone Number: +17814922007

Email Address: margherita.galassi93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/07/2016     To: 11/06/2017

DocuSign Envelope ID: 8D32C781-6E53-4777-9091-5C9F034BB339

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/16/2017     Firma: _Alejandra Navarro_
14430D733A2D416...

Nome: MARIA ALEJANDRA NAVARRO ALARCON

Dirección: Carrera 5W # 25E - 105

Neiva, Huila CO 472

Telefone: 3102801495

Email Address: navarromaleja@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/26/2015     A: 01/16/2016

DocuSign Envelope ID: 7A646FC6-F23D-42FA-B7C2-618D23D30C3E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature: 030F0F8EEE62419...]*

Name: Maria Alejandra Rodriguez

Address: Carrera 23 N 73-110

Manizales , Caldas CO Na

Phone Number: 50761514829

Email Address: marale731@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/23/2013     To: 06/22/2014

DocuSign Envelope ID: A7D529FF-D4FD-4B18-BEBF-62FC61F974FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Maria Anna Maciocia*
2278B58285CE414...

Name: Maria Anna Maciocia

Address: 815 Alamuku Street

Honolulu, HI US 96821

Phone Number: 8082083271

Email Address: maria.maciocia@Me.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/04/2009     To: 02/04/2011

DocuSign Envelope ID: 610EAEA5-32A6-4D27-848E-E373DFBB57D8

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _Maria Camila G._
DocuSigned by:
D99A2CDB14FE4A9...

Nome: Maria camila Gomez Tabares

Dirección: 207 Camino sobrante

Medellín , CA US 94563

Telefone: 9252556920

Email Address: mcamigomezt@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/08/2017          A: 01/08/2018

DocuSign Envelope ID: 0261149D-1127-47DE-B2D4-2BCA8AD6079A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/16/2017

Firma: _DocuSigned by:_ MCF  76898644EEB34C6...

Nome: María Candelaria Fagandini

Dirección: Lamadrid 48 1 c

Cordoba , Cordoba AR 5000

Telefone: 3517614863

Email Address: cande.fagandini@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/20/2016     A: 07/11/2017

DocuSign Envelope ID: 1920ED0F-8C53-416F-AB28-34500E8A8662

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: _María Collado Bonú_
DocuSigned by:
5773F8C5A4594DB...

Nome: María Collado Bonú

Dirección: Avda Cádiz nº 28 6ºA

Granada, Granada ES 18006

Telefone: 687674959

Email Address: mariabonu94@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/04/2016     A: 12/04/2017

DocuSign Envelope ID: F30FD96C-EA63-4516-A6D8-1D937B640E99

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Maria Collins*
DocuSigned by:
32666AFA9520415...

Name: Maria Collins

Address: 17476 Fairlie Rd

San Diego, CA US 92128

Phone Number: 9403510013

Email Address: mevieiracarneiro@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/28/2010       To: 08/31/2012

DocuSign Envelope ID: 37920A67-0F80-4CF3-8DF8-8337E0D507A2

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[signature]_ 0BCB552D064A4A0...

Name: Maria Fernanda Hernandez Gomez

Address: Calzada de las carretas

Mexico, Mexico MX 01430

Phone Number: 5539339641

Email Address: Mafernandita_1994@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/14/2014    To: 12/08/2014

DocuSign Envelope ID: 792CDFE4-ABC0-4D76-A06E-87D430303D15

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: _DocuSigned by:_ [signature] 78BB01F80F614A9...

Nome: Maria Fernanda negrete pliego

Dirección: Flat 389 Pinnacle apartments, 11 saffron central square

Croydon , Croydon  GB Cr02gl

Telefone: +447491455350

Email Address: Negrete.mafer90@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/09/2015            A: 06/01/2016

DocuSign Envelope ID: F33E3883-6EA1-4B17-9764-3C99E9C3B13A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _MVillanueva_
93B53EA306D5411...

Name: Maria Fernanda Villanueva

Address: 5490 East bails Drive

Denver, CO US 80222

Phone Number: +573013175039

Email Address: mafevillanueva@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016     To: 07/03/2017

DocuSign Envelope ID: ED084225-2204-48D1-A4C7-EE96DDD078D3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/14/2017_____   Firma: 
DocuSigned by:
5ADC0F97D7D248C...

Nome: _____Maria Florencia Romero_____

Dirección: _____11003 NW 18th Court_____

_____Gainesville , FL US 32606_____

Telefone: _____3522221052_____

Email Address: _____flor.romero74@gmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____04/24/2016_____   A: _____04/24/2018_____

DocuSign Envelope ID: 08DB6AD5-7D96-4D5A-B085-D6BC175FEAC8

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017          Firma: _____
BDE002005269403...

Nome: Maria Gabriela Osornio Garcia

Dirección: Dolores Hidalgo 800C Int 35

Toluca, Estado de Mexico MX 50070

Telefone: +5215519500804

Email Address: ds.gosornio@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/01/2015          A: 10/01/2016

DocuSign Envelope ID: 92392F8B-7165-4523-BFC7-2BD7804657B3

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Maria Isabel Benites Morales*
DocuSigned by:
2CC5FF7142C54B3...

Nome: Maria Isabel Benites

Dirección: 1309 Kennedy  ST NE

Washington D.C, DC US 20011

Telefone: 2027172133

Email Address: benitesmariaisabel@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/11/2016          A: 04/10/2018

DocuSign Envelope ID: 0A0BD572-7839-424C-A4D1-0EB91EF3516F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Ma*
0A8A00B28CD2458...

Name: Maria Iwema

Address: 100 John Street

New York, NY US 10038

Phone Number: 9378130808

Email Address: Mariaiwema@me.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/12/2015          To: 01/12/2016

DocuSign Envelope ID: 84C1AF9A-82DC-4E73-ABBC-EEDDE3F645CC

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/18/2017

Firma: _[DocuSigned by: signature]_ 475A36984BA345F...

Nome: María Jesús Cordero Matos

Dirección: La Olma, nº:4.

Burgos, Burgos ES 09370

Telefone: 638557674

Email Address: mariajesuscordero.corderomatos@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 10/03/2016     A: 05/10/2017

DocuSign Envelope ID: 5A3C29C9-CD11-4193-A089-12394FE54DF2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _MARIA JOSE BARAJAS EDID_
DocuSigned by:
D7FD7E2C6555483...

Nome: MARIA JOSE BARAJAS EDID

Dirección: PASEO LA TOSCANA #132

ZAPOPAN, JALISCO MX 45132

Telefone: 36111537

Email Address: mariabaed@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/14/2015     A: 02/14/2017

DocuSign Envelope ID: C2B47862-A3A1-44E6-AF0A-C57435426528

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Maria Jose Villegas Vargas*
39E86F08C959465...

Name: Maria Jose Villegas Vargas

Address: Carrera 9 # 18-15

chinchina, caldas CO 176020

Phone Number: 3053502371

Email Address: mariajosevillegas6@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/12/2015     To: 06/24/2016

DocuSign Envelope ID: DFE2F3DD-5757-4F73-AD73-75CBD3342BB7

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Maria Patricia Valencia Bustamante*
DocuSigned by:
3880FB69D06F42E...

Nome: Maria Patricia Valencia Bustamante

Dirección: 4c # 80-46 casa 102

medellin, Antioquia CO 050030

Telefone: 3045294168

Email Address: mariapatriciavalenciab@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/15/2014          A: 09/15/2016

DocuSign Envelope ID: 62E6197B-3567-48E1-909C-62354B7FEB76

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017                    Signature: _[DocuSigned by]_
                                               C6A406B950B34F8...

Name: MARIA SANTIAGO CORONA

Address: 5403 GLENDALE GULCH CIR

BOULDER, CO US 80301

Phone Number: 9733090236

Email Address: Montserrat.scorona@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/29/2015            To: 12/01/2016

DocuSign Envelope ID: 4036BFA6-D684-4460-B930-F5D45BBE2DE2

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

Name: Maria Seefeld

Address: 613 W 11th st

Junction city, KS US 66441

Phone Number: 3017755826

Email Address: mar_bg88@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014     To: 01/05/2016

DocuSign Envelope ID: 57CF6829-FE71-4129-A380-F1DBCF2C77A0

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017                          Firma:  _DocuSigned by:_
                                                   BFDB41CEB5C6411...

Nome:  Mariana Alfonso

Dirección:  715 Glenside Dr apt B

Wenonah , NJ US 08090

Telefone:  8569122890

Email Address:  Marianalhe@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  09/08/2014                  A:  04/04/2016

DocuSign Envelope ID: B746F002-0DC6-4524-A0A6-6B95AD25586F

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017         Assinatura: *Mariana Azevedo*
DocuSigned by:
9A017BECCC984BB...

Nombre: Mariana Cavalcante Azevedo de Souza

Endereço: 8 Debra Drive

Dayton, NJ US 08810

Teléfono: 7324841103

Email Address: mariinosense@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/27/2015         A: 07/27/2017

DocuSign Envelope ID: B3DA5B76-0154-4CF7-A7D9-E25083D9625A

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/14/2017

Assinatura: _Mariana_ (DocuSigned by) 51A0C937ED2249F...

Nombre: Mariana Fonseca Bosembecker

Endereço: 183 Brighton Street

Staten Island, NY US 10307

Teléfono: 3476957015

Email Address: flf.mari@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 04/04/2016          A: 09/14/2017

DocuSign Envelope ID: C865D7DB-DA63-4D3B-89CB-1532E399F3CA

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017                    Firma:

3C0A30FAF2154DE...

Nome:           Mariana uribe herrera

Dirección:      1401 lake st

                Evanston , IL US 60201

Telefone:       2247149610

Email Address:  muribeherrera@gmail.com

Patrocinador:   Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/07/2015              A: 07/07/2016

DocuSign Envelope ID: F9CE8E4F-89A0-47C6-8B76-30CE870451CE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017          Signature: *[signature: DocuSigned by 3AD2EC6B12824DE...]*

Name: Marien Lucero Rojas Leal

Address: 7925 Merrill Rd APTO# 2508

Jacksonville , FL US 32277

Phone Number: 9043331667

Email Address: marienlucerorojas@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/19/2015          To: 12/12/2015

DocuSign Envelope ID: 06BF66E6-B57C-4F34-984F-0D7F9DAE6825

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _DocuSigned by:_ B8BC4890BD75494...

Name: Marion Hohlfeld

Address: 67 S. 9Th St #4

San Jose, CA US 95112

Phone Number: 6502848895

Email Address: rio.hohlfeld@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2009     To: 09/01/2011

DocuSign Envelope ID: F56FAD03-46C1-464A-A750-A981DD627E22

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017          Signature:

DocuSigned by:
593C01E2215649B...

Name:     Marion Simpson (parnaud)

Address:  18 Richfield street

          Dorchester , MA US 02125

Phone Number: 9175350485

Email Address: mpsimpson21@yahoo.com

Sponsor:   Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/02/2013          To: 04/02/2015

DocuSign Envelope ID: A434A3DD-2D30-4DD5-B5A5-799F552CFE0C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature:

DocuSigned by:

8D1C6A7494A34D8...

Name: Marion Thomas

Address: 12/1 Tauss Place

Bruce, ACT AU 2617

Phone Number: 0401720284

Email Address: mguyralthomas@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/03/2012     To: 09/03/2013

DocuSign Envelope ID: D069587A-FE8D-4101-A901-A9A3CBE0D93C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *MARION VENTURINI*
DocuSigned by:
4EE57E057E76472...

Name: MARION VENTURINI

Address: 02 rue du lion bleu

Boran-sur-oise, Picardy FR 60820

Phone Number: +33613043275

Email Address: marionventurini@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014      To: 07/29/2016

DocuSign Envelope ID: EF00F38D-95BF-47FD-AE84-7F109DD2FDEF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature:

DocuSigned by:

355C91E3728F41E...

Name: Marisa Botha

Address: 1500 bedouin ct

Round rock , TX US 78664

Phone Number: 5127317692

Email Address: Marisaanikabotha@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/16/2012     To: 04/16/2014

DocuSign Envelope ID: FE104BF9-7417-49B9-A812-0F0DDDE65891

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *[DocuSigned by: M. B——  ED12B8F8644C41A...]*

Name: Marius Buerfent

Address: Enkplatz 6-7/8/15

Vienna, Vienna AT 1110

Phone Number: +4367761417140

Email Address: m.buerfent@googlemail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/17/2014      To: 02/19/2015

DocuSign Envelope ID: D4530126-ABAD-41A7-8198-D4C3283F282C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *[DocuSigned by signature]* 70712C1A2553458...

Name: Marketa Povova

Address: 55 Gypsy Ln

Berkeley , CA US 94705

Phone Number: 5105291681

Email Address: marketapovova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2012          To: 01/09/2014

DocuSign Envelope ID: E81931D8-F590-4F11-8A81-56AB057CF480

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _(DocuSigned by)_ 8A24D9134030434...

Name: Marta Araceli Vidal Romero

Address: 40 Donington

Milton Keynes, Bucks GB MK13 7HH

Phone Number: +447808859676

Email Address: martavi1500@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/28/2011     To: 06/30/2012

DocuSign Envelope ID: 68D9583E-0532-4C01-BCB6-6A85083575FB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by_ 9845F639A9DB48F...

Nome: Martha Fernanda Izquierdo Molina

Dirección: 628 Dunsten Circle

Northbrook, IL, IL US 60062

Telefone: 8476121270

Email Address: fernaoixqui10@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/16/2016     A: 05/16/2018

DocuSign Envelope ID: C115A7D4-F96E-4A27-AE20-D0F5953559A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Martha Liebenberg*
DocuSigned by:
58EF137C1FB9427...

Name: Martha Liebenberg

Address: 5364 S Hoyt Street

Littleton , CO US 80123

Phone Number: 7203691730

Email Address: marthaliebenberg5@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016          To: 07/11/2018

DocuSign Envelope ID: 68880787-B2CC-42D4-B8AC-A129C12571AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Martina Arapovic*
DocuSigned by:
38305D10036E4F1...

Name: Martina Arapovic

Address: Skendera Kulenovica br 38

Vogosca, BA 71320

Phone Number: 63880588

Email Address: marapov2@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/28/2010      To: 06/28/2012

DocuSign Envelope ID: 3264B558-F5AB-4156-8307-DA8D8F5B3106

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Mary Ellen Rodrigues*
A7E89B3294384A1...

Name: Mary Ellen Rodrigues

Address: 15201 SW 74th place

Miami, FL US 33157

Phone Number: 7866758367

Email Address: maryellen_sjc@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/04/2015      To: 11/04/2016

DocuSign Envelope ID: 8C2EA865-8D0D-4614-8558-14E9A2D6E37B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by signature]_
B3282C816CFD485...

Name: Mary Giardina

Address: 1930 8th ave

Oakland, CA US 94606

Phone Number: 6282240300

Email Address: Marygiardina@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016     To: 02/27/2018

DocuSign Envelope ID: F4786940-DD5C-4A7C-BB01-3FB91015F013

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: *MARYLEEN ACEVEDO VELASQUEZ*
DocuSigned by:
FAC2492F361B40F...

Nome: MARYLEEN ACEVEDO VELASQUEZ

Dirección: Calle 49B sur # 79F 14, Bloque 7, Interior 1, Apartamento 403

Bogota,  CO 472

Telefone: 5713208919984

Email Address: mary.av.315@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/05/2015          A: 08/30/2016

DocuSign Envelope ID: 3D6F8AB1-980C-4814-A25B-56A103756A3E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Mathilde Bourgon Coudoux*
2AF7187A9E7D41B...

Name: Mathilde Bourgon Coudoux

Address: 5340 Wilkinson avenue Unit 7

Valley Village, CA US 91607

Phone Number: 4243624387

Email Address: mathilde.coudoux@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/07/2013     To: 10/17/2014

DocuSign Envelope ID: F8D3528C-CA1D-41E1-AD10-199EFF14D545

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by: signature]_ 96C643AB6A4544A...

Name: Mathilde CLEMENT

Address: 7, Avenue Du baigura

Bayonne, FR 64100

Phone Number: 33768380724

Email Address: mathilde_clement@sfr.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/28/2015     To: 09/27/2017

DocuSign Envelope ID: 2C0B9CB7-4CD5-4724-A3C4-79A431937728

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _Mayara_
DocuSigned by:
BC150B4E78BE4F3...

Nombre: Mayara Manaf Durkee

Endereço: 897 Gallant fox lane,

Davidsonville, MD US 21035

Teléfono: 2404955174

Email Address: maymanafus@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/16/2015          A: 12/20/2016

DocuSign Envelope ID: DB237439-C6DC-466B-9770-455A4CD53188

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Mayra Alejandra Lozada Nossa*
9B862E40C2C14AE...

Name: Mayra Alejandra Lozada Nossa

Address: 11500 SW TERRALINDA ST

BEAVERTON, OR US 97005

Phone Number: 5039282896

Email Address: alejandra.2808@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/31/2011     To: 07/31/2013

DocuSign Envelope ID: 2ECEDC3A-5ADC-40DA-A730-17EFE14307FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[DocuSigned by signature]* 961BD339649145E...

Name: Meagan Gasnola

Address: 581 Hamilton Road

South Orange, NJ US 07079

Phone Number: 6467374859

Email Address: Meagangasnola@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2017        To: 01/16/2018

DocuSign Envelope ID: 59791B70-44E5-461E-A315-950DE0B63920

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _MB Martins_
DocuSigned by:
1C8788100E9A45E...

Name: Meida Barbosa Martins

Address: Rua Rangel Pestana, 452 apt 502

Londrina, Paraná BR 86062020

Phone Number: 4333271999

Email Address: meida84@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2011     To: 10/24/2012

DocuSign Envelope ID: EBC289BC-6725-46D1-80E8-2E13FC2D8E45

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _(DocuSigned by)_ 31B3FEF762C5459...

Name: Melissa Geddes

Address: 6 Gunnawarra rd

Kurunjang, Vic AU 3337

Phone Number: +61423456408

Email Address: mel_geddes_tigers8@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/25/2014    To: 02/28/2015

DocuSign Envelope ID: FCA94969-FD37-442A-A660-A216702FCF1E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Michaela Fidlerova*
7A8D1BAE497847C...

Name: Michaela Fidlerova

Address: Seifertova 462

Usti nad Labem, CZ 40331

Phone Number: +420773012050

Email Address: michaelafidlerova24@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/02/2015     To: 02/02/2017

DocuSign Envelope ID: A3C5B46B-6138-482F-A703-BF742E98B84F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[signature]* DocuSigned by: ED2751C15BCC460...

Name: Michala Jajcayova

Address: 8 union Ave, apt E6

Norwalk, CT US 06851

Phone Number: 9179120449

Email Address: michala.jajcayova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/19/2011        To: 05/15/2013

DocuSign Envelope ID: A7DD40A8-A64E-4B96-8008-9A62B739D95E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* 96236F3316654B1...

Name: Michel Dubraska Quiñonez Osorio

Address: 6 harborview Rd

Port Jefferson , NY US 11777

Phone Number: 6313726885

Email Address: qmicheldubraska@yahoo.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/14/2016        To: 12/14/2017

DocuSign Envelope ID: 1FDD0D4B-A1DB-40C0-85DF-D75F7169EBAA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Mineline Martins* (DocuSigned by: D644D3E2F304419...)

Name: Mineline Martins (Horn)

Address: 67 Azalea road

Levittown , NY US 11756

Phone Number: 5167783170

Email Address: minelinehorn@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/29/2009     To: 08/31/2011

DocuSign Envelope ID: AAE62B4A-D2C1-4DA7-A572-C5B2CEBCE7E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Minshan Coudert*
DocuSigned by:
649132778AD2462...

Name: Minshan Coudert

Address: 1312 Chetworth Ct

Alexandria, VA US 22314

Phone Number: 5713569236

Email Address: ap.linminshan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2009     To: 07/22/2011

DocuSign Envelope ID: 13A77107-3F73-49D4-84F8-68D09C37C998

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/17/2017

Firma: _DocuSigned by:_ 90954BA6B97A41F...

Nome: Miriam Estefanía Balderas Castillo

Dirección: Circunvalación oriente 314 jardines del moral

León, Guanajuato MX 37160

Telefone: 13603106167

Email Address: Miriam.balderascas@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/29/2015        A: 11/29/2016

DocuSign Envelope ID: 90F0B756-9034-48F9-BA08-34A9864C0412

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* 510097603D4842A...

Name: Miriana Seritti

Address: 55 whitetail road

Irvington , NY US 10533

Phone Number: 6466476734

Email Address: mirianaseritti@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2016     To: 05/07/2018

DocuSign Envelope ID: 13CC05FE-2C17-4169-8B6A-C0DBD8539EB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Mkhinini nihad*
DocuSigned by:
BA5355345602440...

Name: Mkhinini nihad

Address: 11802 yates ford road

fairfax station, VA US 22039

Phone Number: 2028203232

Email Address: mamwazellnanou@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/04/2013      To: 11/04/2015

DocuSign Envelope ID: 7CF9A96F-968B-4E0D-AD36-8792A8C81A2A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Moira Cacia*
DocuSigned by:
D19EFB431A38451...

Name: Moira Cacia

Address: 1914 vineyard ave

Vista, CA US 92081

Phone Number: 7608095800

Email Address: moira.cacia@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016          To: 09/08/2017

DocuSign Envelope ID: 357330C2-E30D-4875-BD7C-F9305911A43B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/15/2017

Firma: *Monica Nathalia Suárez Monroy*
DocuSigned by:
6766BEBCF570405...

Nome: Monica Nathalia Suárez Monroy

Dirección: 123 Saint Marks street

Brooklyn, NY US 11217

Telefone: 3187552755

Email Address: monata1991@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/26/2011      A: 10/26/2012

DocuSign Envelope ID: 59C9857F-CD2D-4EEE-8C07-F0B7F6EFFCC4

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/13/2017        Assinatura: *Nagela Lopes*
DocuSigned by:
6D52BD0461AD466...

Nombre: Nagela Gonçalves Lopes

Endereço: 1158 Mosswood Ct

Arnold, MD US 21012

Teléfono: 5713730206

Email Address: nanalopes1@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 02/02/2015        A: 02/02/2017

DocuSign Envelope ID: 43D0D8DA-45FF-4D76-93B4-1CA7862E12AC

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Nanita Lahav*
DocuSigned by:
D7853C2E379744A...

Name: Nanita Lahav

Address: haim 40 apt. 27

kiryat bialik - israel,  IL 2700102

Phone Number: 972544237877

Email Address: nany_lahav@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/12/2013     To: 09/19/2013

DocuSign Envelope ID: 8D8B3194-1B95-48E8-8378-6651D4646B37

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: _nassima dafir_
DocuSigned by:
77423E1D3053482...

Name: nassima dafir

Address: 1632 pearl st

alameda, CA US 94501

Phone Number: 5104244004

Email Address: nassima.dafir@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/16/2016     To: 09/15/2017

DocuSign Envelope ID: F27865FD-90C7-496D-B503-E3B7FB72DFF7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ CB631AE3697F491...

Nome: Natalia Díaz de Leon Rivera

Dirección: 1067, Wolcott Avenue

Beacon, NY US 12508

Telefone: 9173315638

Email Address: Natiddleon@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/16/2013     A: 09/16/2015

DocuSign Envelope ID: ED686C36-499B-4031-8E38-B72A2AF37775

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017                    Firma:  *Naty Co*
                                             ACCADC8B7FDE426...

Nome:  Natalia Garcia quiroz

Dirección:  2515 ambling circle

            Crofton , MD US 21114

Telefone:  4109002263

Email Address:  Natygarcia08@gmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  09/12/2016          A:  03/11/2018

DocuSign Envelope ID: B4FF7081-9937-4F61-9862-45F65CCA55C2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017          Firma: _DocuSigned by:_ ق ناء لم ٦  5A415621FFBE4B2...

Nome: Natalia Gutierrez

Dirección: 2675 cranlyn rd

Shaker hts, OH US 44122

Telefone: 12168042463

Email Address: natylopez18@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 01/01/2014          A: 09/09/2015

DocuSign Envelope ID: 2D9D8785-7460-49E0-8770-A2FECBB9F558

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Rofu* — DocuSigned by: 29DBCD07E77F465...

Name: Natalia Roth

Address: 10858 McClellan Rd

Parker, CO US 80134

Phone Number: 3039092952

Email Address: natalia31101983@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/22/2010      To: 09/22/2011

DocuSign Envelope ID: D0C328A5-6E91-47DB-A341-B4B9D9454557

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/18/2017

Firma: _Nataly Gc_
DocuSigned by:
D51276B2F01C4F2...

Nome: Nataly Goez

Dirección: 101 chatsworth Dr

Saint jonhs, FL US 32259

Telefone: 9046135683

Email Address: Natalygoez28@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/04/2016          A: 04/04/2017

DocuSign Envelope ID: B37D69B4-8E9B-4FCC-B6D7-7FFCE7F44DEA

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/19/2017                    Assinatura: *NATHALIA CRISTINE SCHIAVINATI*

DocuSigned by:
CEE382910DE344B...

Nombre: NATHALIA CRISTINE SCHIAVINATI

Endereço: RUA BARTOLOMEU DE GUSMAO, 52 VILA CORREA

FERRAZ DE VASCONCELOS,  BR 08502350

Teléfono: 11999687008

Email Address: nathalia.schiavinati@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 07/25/2016                    A: 02/28/2017

DocuSign Envelope ID: 64D9FB54-540D-44C8-96B8-E4DD4E441AF2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_                   Firma: _DocuSigned by: N|C_  0157778CC3034DD...

Nome: _Nathalia Juliana Celis Barajas_

Dirección: _4311 Vacation Lane_

_Arlington , VA US 22207_

Telefone: _7033048133_

Email Address: _natjuz35@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _09/14/2015_          A: _09/14/2017_

DocuSign Envelope ID: 9A456C5D-02FA-40EA-8C53-3CA400E23B26

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _____

Nombre: Nathalia Matias da Costa Andrade

Endereço: 4721 Marshall st

Wheat Ridge, CO US 800333633

Teléfono: 7209089086

Email Address: nathaliamca@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/02/2016          A: 01/27/2017

DocuSign Envelope ID: 4198270E-07A2-4B32-9C0C-308C646BB00F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Nathaly Ferreira rodrigues*
DocuSigned by:
970FDB1EF78D450...

Name: Nathaly Ferreira rodrigues

Address: rua lidia, 158 ap 31

são bernardo do campo, sao paulo BR 09618070

Phone Number: 5511984320116

Email Address: nathy.ferreiraa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/07/2014     To: 04/23/2015

DocuSign Envelope ID: 8620C9B9-D686-479F-89B6-1334E442C284

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Nelly Malena Orozco Lascano*
DocuSigned by:
E467742B30B5469...

Nome: Nelly Malena Orozco Lascano

Dirección: 24982 Parsons Mill Dr

Porter, TX US 77365

Telefone: 9172854036

Email Address: jhaws2@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/09/2014          A: 03/09/2016

DocuSign Envelope ID: D8C1EB60-061E-445C-94FA-3E16E40C1384

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017          Signature: _[DocuSigned by signature]_ F9C73469D89C43D...

Name: Nicole maria Langeveld

Address: 2837 76th avenue apartment C

Oakland , CA US 94605

Phone Number: 5108472724

Email Address: nicolelangeveld@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/09/2013          To: 08/28/2015

DocuSign Envelope ID: 28C438ED-B494-406A-B41C-AE2C6C5FFA2B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Niklas Greiter*
DocuSigned by:
0BCFF70B25DB493...

Name: Niklas Greiter

Address: 3921 N Greenview Avenue Apt.1, 1

Chicago, IL US 60613

Phone Number: 7733325354

Email Address: niklasgreiter@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2016      To: 10/24/2017

DocuSign Envelope ID: 97DB80BA-91E6-45C1-B34B-CACDD4568550

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _[DocuSigned by signature: CA8497F7807948E...]_

Name: Nikolett Engel

Address: 3301 rock hollow rd

Oklahoma city, OK US 73120

Phone Number: 4054345956

Email Address: nikolettengel19@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016     To: 08/28/2017

DocuSign Envelope ID: 8EC87849-EFA3-49D1-A84E-15A602D30E10

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Nina Afon*
3CCF0CA03CB04EB...

Name: Nina Afonso Pereira dos Santos

Address: 190 Saxon Woods Road

White Plains, NY US 10605

Phone Number: ±19145252317

Email Address: ninaafonso.pereira@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/31/2016      To: 10/31/2018

DocuSign Envelope ID: F6989271-F6BA-44D6-9E7D-A6319FDB954B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: signature] FF46FF0D3D7942F...*

Name: Nina Gaugg

Address: 1700 Garden Terrace

Charlotte, NC US 28203

Phone Number: 436504324676

Email Address: ninagaugg@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016        To: 08/28/2017

DocuSign Envelope ID: 52F2BA9A-8F0B-4A76-9338-959102C5B645

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Nina Maria Wendelbo Pedersen*
A7F90A66DE1847C...

Name: Nina Maria Wendelbo Pedersen

Address: 6878 Merritt Ridge Way

Avon , IN US 46123

Phone Number: 6304781383

Email Address: Nina_w_pedersen@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/26/2010     To: 07/26/2012

DocuSign Envelope ID: 328A649E-810A-4F6E-87DF-06B08BF0BDA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Nini*
695F37B9E4464F7...

Name: Nini Gil

Address: 54 Camberly Rd

East Hampton , NY US 11937

Phone Number: 3476107738

Email Address: Niniyeseniagil@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/12/2016      To: 12/12/2017

DocuSign Envelope ID: 23A82B84-6CE1-408F-9F87-275F7B98DEB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: AED5575F0FDE416...]*

Name: Nkosazana Evans

Address: 16244 W Lincoln Street

Goodyear, AZ US 85338

Phone Number: 7142356348

Email Address: mimi.rajuile@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/16/2009   To: 03/16/2010

DocuSign Envelope ID: ABB28951-997A-49CB-97B5-C4DB3C6FB0FB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Noemi Conticini*
DocuSigned by:
557413E372E8418...

Name: Noemi Conticini

Address: via umberto boccioni 2

Florence , florence  IT 50142

Phone Number: 3480498060

Email Address: noemi.conticini@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/02/2015        To: 10/17/2018

DocuSign Envelope ID: 109F62E2-ECFC-4392-A7E2-A111819E8321

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.


Data: 09/11/2017                    Firma: _[DocuSigned by signature]_
                                           D8AEE7AA05A1431...

Nome: Nohemi Alejandra Gutierrez Rodriguez

Dirección: A, edificio 33, interior 01, alianza popular revolucionaria

CDMX, CDMX MX 04800

Telefone: +5215534935181

Email Address: Ngutierrr@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/06/2015             A: 01/07/2017

DocuSign Envelope ID: B8B7266C-72B7-4837-A1D8-77639C3BCD87

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *DocuSigned by:* 78AA11E496B04E0...

Name: Noncebo Precious Mdakane

Address: 76 Middlesex Road

Darien, CT US 06820

Phone Number: 2033213444

Email Address: Precimd@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/13/2016     To: 11/09/2017

DocuSign Envelope ID: 11A0575C-B356-496C-B83C-BDB73FD41986

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _[DocuSigned by]_ F1F361DF033E468...

Name: Nosisa Duze

Address: 4014 25th avenue

Temple Hills , MD US 20748

Phone Number: 2025209645

Email Address: nosisaduze@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/20/2009     To: 02/24/2010

DocuSign Envelope ID: AAA6745C-6004-4AD8-AA6D-00A0E8744B60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *Nothando Mtambo*
DocuSigned by:
EDE88981E5DC41B...

Name: Nothando Mtambo

Address: 53 Caraway Avenue, Newlands

Pretoria, Gauteng ZA 0181

Phone Number: 0796028225

Email Address: tando_mtambo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/12/2012     To: 01/31/2013

DocuSign Envelope ID: 3F1CE23E-B597-4318-8587-7685D76E4784

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Noy Fany Kahlon*
3AC49535316441D...

Name: Noy Fany Kahlon

Address: 50 Arlozorov st

Rehovot, IL 76521

Phone Number: +972505562985

Email Address: noykahlon1@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/16/2016          To: 01/16/2017

DocuSign Envelope ID: AA47EAC9-C652-44F8-A7ED-6032F9A9634F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Ntokozo Dlamini* EB8B5038B9CB441...

Name: Ntokozo Dlamini

Address: 14 Balmforth Ave

Danbury , CT US 06810

Phone Number: 3475894832

Email Address: ntokozodlamini23@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/01/2014    To: 07/30/2016

DocuSign Envelope ID: FDFCDA4A-FA3E-488D-908A-8DF7C3FF8700

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* [signature] D6C9016301C34DB...

Name: Nubia Alejandra Serrano Góngora

Address: 11 sky terrace

Danville , CA US 94526

Phone Number: 9255297414

Email Address: Serrano.nubia@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/04/2016      To: 01/04/2018

DocuSign Envelope ID: CFE1E89D-6E9D-4492-B86D-A9383DE63674

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* B4DBBBC357F0461...

Name: Nuraini Rachmah Wibisono

Address: 94 Vanderlin Drive Wulagi

Darwin , Northern Territory  AU 0812

Phone Number: 61407077802

Email Address: nur2aini_nw@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/20/2008      To: 08/20/2010