DocuSign Envelope ID: C852243B-244B-481A-91BF-24A134394AE8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Olga Trusova_
DocuSigned by:
D35B6BF8E00A470...

Name: Olga Trusova

Address: 2210 phelps RD, apt. 203

Hyattsville, MD US 20783

Phone Number: 7034799991

Email Address: vlada.88@inbox.ru

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/12/2010      To: 01/22/2011

DocuSign Envelope ID: AB3F4456-6308-4F1F-9EC5-60C187C1A2E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Paige Elizabeth Hyde*
4BC7640FF3614F3...

Name: Paige Elizabeth Hyde

Address: 317 Dumers Lane

Radcliffe, Bury GB M26 2QN

Phone Number: 07793017872

Email Address: paigelizabethhyde@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/13/2012   To: 08/22/2013

DocuSign Envelope ID: 5A80EDCC-11DC-4FAB-B685-D45B696A940D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/13/2017

Signature:  _DocuSigned by:_ F25FFC439DEA414...

Name:  Paola Moreno Pulido

Address:  1930 W Henderson st

Chicago, IL US 60657

Phone Number:  +5219993576125

Email Address:  Paolamoreno_1@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  08/29/2016        To:  05/28/2018

DocuSign Envelope ID: 441ED2DF-FE72-4528-BB8C-5CDA9799E4E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _DocuSigned by:_ 53A5E5D45A564CE...

Name: patinya inwang

Address: 913 southerly rd , apt 433

towson, MD US 21204

Phone Number: 8456644755

Email Address: mo_moae@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/15/2008    To: 11/15/2010

DocuSign Envelope ID: 88062A96-137D-4F2E-A140-6C4E42E8AA55

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017

Firma: *Paula LB*

DocuSigned by:
5E80A953E634493...

Nome: Paula Andrea López Bastidas

Dirección: 25 turquoise way

San Francisco, CA US 94131

Telefone: 4154241316

Email Address: paulitalopez192@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/26/2015          A: 10/27/2017

DocuSign Envelope ID: 8D785D82-06CF-4DA2-8A95-1B5D4047D4B9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Pawel Misiak*
DocuSigned by:
D62CB913CB8C469...

Name: Pawel Misiak

Address: 245 Hayward St

Yonkers, NY US 10704

Phone Number: 9144131273

Email Address: kolos69@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/16/2009     To: 11/16/2010

DocuSign Envelope ID: 69E3277D-1942-4112-94A9-EC15DE82890B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:  *[signature]* DocuSigned by: 84A40CA1CD0046B...

Name:  Peleg bar

Address:  Bar

San jose, CA US 9152

Phone Number:  6502293483

Email Address:  Pelegbar2@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  08/18/2014      To:  08/18/2015

DocuSign Envelope ID: 128A6364-668B-4996-B1B4-58D82E4DA42B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 522D4EBD3F1E43B...

Name: Perrine Ranquet

Address: 1502 w highland ave

chicago, IL US 60660

Phone Number: 3127833180

Email Address: perrineranquet@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2016        To: 10/23/2017

DocuSign Envelope ID: F4FE0632-3D3A-4C3F-8917-682889376CBA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _09/18/2017_

Signature: *Phanitta Watiroyram*
DocuSigned by:
C2329AB986C746D...

Name: Phanitta Watiroyram

Address: 8252 E. Loftwood ln

Orange, CA US 92867

Phone Number: 9494414159

Email Address: pha_nitta@msn.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: _12/27/2010_     To: _06/22/2012_

DocuSign Envelope ID: 0D5645C6-8638-4847-A935-227710710DC2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Phawinee* (DocuSigned by: A3A81E91412549D...)

Name: Phawinee Winidkulaya

Address: 130 long neck point rd

Darien, CT US 06820

Phone Number: 2039797732

Email Address: Maypw1989@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/21/2015        To: 04/21/2017

DocuSign Envelope ID: B09D217E-5764-4A7A-A12E-C70C6703AA40

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Pia Vesely*
8C1280FFE14C4C0...

Name: Pia Vesely

Address: Max-Planck-Straße 3

Munich, Bavaria DE 81675

Phone Number: 017670622259

Email Address: pia.vesely@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/25/2016          To: 08/24/2017

DocuSign Envelope ID: 65BD8B27-1323-450B-B963-070170755378

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ DFC41D756859466...

Name: Pierrrot Céleste

Address: 17 rue Vincent Palaric

Saint-Ouen,  FR 93400

Phone Number: 33650455146

Email Address: celestepierrot@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2016   To: 08/17/2017

DocuSign Envelope ID: 3FC74A95-5C13-49F0-9C93-30791FEB62F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *PORNPIMON MANGKALARD*
C9BB334B0B3B47F...

Name: PORNPIMON MANGKALARD

Address: 508 SEWARD SQ SE

WASHINGTON, DC US 20003-1114

Phone Number: 2022300101

Email Address: pondpimol17@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016      To: 02/22/2018

DocuSign Envelope ID: 34C845E7-B9F1-4014-ABAD-8A23A0911DFD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _DocuSigned by:_ EA64F54E7C0041C...

Name: Prapaporn Jitmaneeyaphan

Address: Chalermprakeit Roh 9

Muang, Phuket TH 83000

Phone Number: +66853736882

Email Address: Sakoi_girl@windowslive.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/15/2010     To: 08/15/2012

DocuSign Envelope ID: C2A75D92-17A7-4AE4-B3EF-B6BD9007CF7C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/14/2017          Firma: _____

Nome: Priscila Randolph Lamas

Dirección: Del cedro 107, fraccionamiento campestre 2a sección

Aguascalientes , Aguascalientes  MX 20100

Telefone: +5214491872806

Email Address: Pris_rl93@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/28/2015          A: 08/08/2016

DocuSign Envelope ID: A618CEFA-EA41-4BC5-97B3-CB64F0C3FFF8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _____     Signature:

Name: _____

Address: _____

_____

Phone Number: _____

Email Address: _____

Sponsor: _____

Dates in Au Pair Program:

From: _____     To: _____

DocuSign Envelope ID: 1BD4783B-7431-44B3-AA7C-004AAB1BA64F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by: A71EE15B3D5B4DC...]*

Name: Rafaela pereira gonsalves

Address: 3318 Stephenson place nw

Washington , DC US 20015

Phone Number: 5531985532830

Email Address: Rafagonsalves@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016          To: 08/05/2017

DocuSign Envelope ID: E28BE059-988B-417A-91F4-8062993478B8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Raluca Malina Grad*
DocuSigned by:
94545F52327640D...

Name: Raluca Malina Grad

Address: via la jolla 26512

San Juan Capistrano, CA US 92675

Phone Number: 9492122520

Email Address: maly.raluca@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2016          To: 02/22/2018

DocuSign Envelope ID: DD22A145-A514-4D93-BEC6-D442ABF8600D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _Raquel Lima Owen_
DocuSigned by:
EB18029281C14DA...

Name: Raquel Lima Owen

Address: 705 10TH ST

RIVERTON, NJ US 08077

Phone Number: 6096381768

Email Address: rlimaowen@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2010     To: 08/10/2011

DocuSign Envelope ID: BA3956A1-22D2-4694-81B9-659546A810C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *DocuSigned by:* [signature] 342EB79CA7EC4D6...

Name: Ratchadawan Somboonjai

Address: 18350, Stone Ave N

Shoreline, WA US 98133

Phone Number: 2068563901

Email Address: ratchadawan.gift@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/19/2015     To: 07/19/2017

DocuSign Envelope ID: E0314D5F-0D3F-4D5B-BAB5-A356323BF944

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[DocuSigned by signature]* A2544F1DADDC43F...

Name: Rebecka Ulla Maria stal

Address: Aprikosgatan 17C

Örebro , Örebro SE 70360

Phone Number: 0046732110009

Email Address: Beckaa_93@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/03/2015     To: 03/29/2017

DocuSign Envelope ID: 1C3179CC-474D-4E6F-A0A5-EF86D70A4195

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Reina Harper*
CFDE7446E0C448E...

Name: Reina Harper (maiden name is Utsunomiya)

Address: 67-24 Austin Street Apt.1

Forest Hills, NY US 11375

Phone Number: 347-636-2450

Email Address: reinamio@yahoo.co.jp

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/10/2008    To: 08/10/2010

DocuSign Envelope ID: 0FC70ACC-EEE0-42FE-9B95-31387E912449

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017            Assinatura: *RENATA GAVA COPAZZA*
DocuSigned by:
4760EF6BE2C04DA...

Nome: RENATA GAVA CORAZZA

Endereço: DOUTOR AUGUSTO DE MIRANDA, 408

SÃO PAULO, SÃO PAULO BR 05026000

Teléfono: 011974203137

Email Address: renata_gava@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 02/22/2010            A: 05/31/2011

DocuSign Envelope ID: 1D07A794-6695-418C-929A-45DCCC1AE3C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Rene du Preez*
DocuSigned by:
029D16B335E6433...

Name: Rene du Preez

Address: 130 Stymie Ave

Centurion, Gauteng ZA 0157

Phone Number: +27825246391

Email Address: rene.dupreez.sa@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/01/2010      To: 09/30/2011

DocuSign Envelope ID: 02372E4E-6B31-462E-AFC8-2CB3D64CB64C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _Rhea_ (DocuSigned by) E4DA1C3D6332485...

Name: Riandi van zijl

Address: 9 umzimkulu str

Trichardt, ZA 1200

Phone Number: 0744154507

Email Address: riandivanzijl04@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2014      To: 12/15/2015

DocuSign Envelope ID: BFA06961-0C35-41CC-A6F3-FFA7F0EEB4DD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *rinat sara gad*
DocuSigned by:
D8FE3DA6972B4A2...

Name: rinat sara gad

Address: auguste viktoria str 74

berlin, berlin DE 14193

Phone Number: 015771176032

Email Address: rinat_gad@walla.co.il

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/10/2013     To: 04/10/2014

DocuSign Envelope ID: BE77CE4F-3EE4-468D-9F9A-22AD44C81830

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Rinko Kinjo*
DocuSigned by:
0684631CCA7047F...

Name: Rinko Kinjo

Address: 614 G Street

Petaluma, CA US 94952

Phone Number: 7076237839

Email Address: rinkonri1218@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/03/2014     To: 02/02/2016

DocuSign Envelope ID: 134AF9C4-FEF1-4E50-A03A-82FF241F7C8A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _Romina_
1EC3BF286CEC4AE...

Nome: Romina Gabriela vizgarra

Dirección: 5980 Martin lutherking jr. Blvd apart #9

Sacramento , CA US 95824

Telefone: 8056639360

Email Address: Romina.26.gabriela@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/01/2015          A: 06/01/2016

DocuSign Envelope ID: DF70D114-88D1-450A-91AE-8FEF10059B43

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/14/2017              Assinatura: *Rose de Sousa*
                                              1740088C8E3F4DB...

Nombre: Rose Helle de Souza

Endereço: 145 Laurel Avenue

Menlo Park, CA US 94025

Teléfono: 4344667448

Email Address: rose.helle@ive.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/09/2016              A: 05/08/2018

DocuSign Envelope ID: 3645A51D-D02D-420B-8F1F-95A654F1CD84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: *Rosemary Angarten*
4AF6DC975333446...

Name: ROSEMARY Z ANGARTEN

Address: Rua Regina Maria de Oliveira, 855

Itu, SP BR 13310-150

Phone Number: 5511999699399

Email Address: rosemaryangarten@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/03/2008   To: 12/03/2009

DocuSign Envelope ID: C14D5965-4FB4-4DF1-BF4F-3802DB331653

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Ruby Alice Harland*
652F58AE69B5406...

Name: Ruby Alice Harland

Address: 4/15 Wainui ave, Point Chevalier

Auckland,  NZ 1022

Phone Number: +642102370816

Email Address: harland.ruby@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/16/2015     To: 12/23/2015

DocuSign Envelope ID: 2012A87A-BADE-420E-8E03-0639A8E13DB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _(DocuSigned by: Salomé De La Espriella — 4A504EBDD4054DA...)_

Name: Salomé De La Espriella

Address: Cra 16a # 152a - 59 Apto 1003

Bogotá, Cundinamarca CO 0000

Phone Number: 3219667095

Email Address: salomedelaespriella@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/15/2015      To: 01/15/2016

DocuSign Envelope ID: 021748E4-2728-4F1C-88CC-91B974B789DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Samanta Mayara Menezes*
DocuSigned by:
C268C2DB53724E3...

Name: Samanta Mayara Menezes

Address: 2718 Grant St

Berkeley, CA US 94703

Phone Number: 6502153777

Email Address: samanta_menezes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/04/2013          To: 03/04/2015

DocuSign Envelope ID: 3C75B13F-3442-4F8C-8152-DBD5C6516EFE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *[DocuSigned by signature]* A21C6EF692DD416...

Name: Samantha Burns

Address: 16 Aachen road

Evander,  ZA 2280

Phone Number: 0762847665

Email Address: Samanthaburns46@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/25/2013       To: 05/25/2015

DocuSign Envelope ID: FDDD5561-E8A1-45AE-8879-EB859851AD99

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Samina Ansari*
54BC66EDCD864F1...

Name: Samina Ansari

Address: 1 rue de l'orient

Brussels, Etterbeek BE 1040

Phone Number: 0033 659987667

Email Address: samina.h.ansari@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/30/2010     To: 07/31/2011

DocuSign Envelope ID: BEC2D718-5ADA-4BBB-97EE-C99185A0FEE6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]* F7E535042F0340E...

Name: Sandro Siller

Address: Ausserrain 17

Neustift, Tirol AT 6167

Phone Number: 00436641910522

Email Address: sandro.siller@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/20/2015    To: 10/17/2015

DocuSign Envelope ID: 4FD03825-A578-42C4-9EB7-D0CB0CC2174A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: *Sansanee Arbngern Lizano*
DocuSigned by:
9B17642781FD411...

Name: Sansanee Arbngern Lizano

Address: 6046 Drave Ln

Fort mill, SC US 29715

Phone Number: 7047714753

Email Address: sansanee_arb@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2008      To: 09/01/2010

DocuSign Envelope ID: 815AA431-BD61-4FFB-9AEF-7CEAC2776C36

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017                Signature:  _DocuSigned by:_ 127ACBE0E1DF4CF...

Name:  Santomaggio mathilde

Address:  3930 Washington street

San Francisco , CA US 94118

Phone Number:  0609082667

Email Address:  Mathilde.santomaggio@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  09/14/2015          To:  09/14/2017

DocuSign Envelope ID: DF25A8A2-77EE-496C-BBBA-BA20501C7338

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/19/2017

Firma: _Sara Garcia Restrepo_
DocuSigned by:
3A4FA17403B5461...

Nome: Sara Garcia Restrepo

Dirección: Circular 3 # 66b23

Medellin, Antioquia CO 050031

Telefone: 2301339

Email Address: sara_0116@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/04/2016          A: 01/04/2017

DocuSign Envelope ID: E2228010-5A92-493B-B088-BAA343573627

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: _DocuSigned by:_ F03A2C4DB88443A...

Name: Sarah Bruton

Address: 2 Undercliffe Road

Earlwood, NSW AU 2206

Phone Number: 0420989128

Email Address: sarah.bruton@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/10/2012     To: 07/25/2012

DocuSign Envelope ID: 5AC770C3-9A4F-45CD-84F8-CDD8DCCCD7E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: _[DocuSigned by signature]_ 565F2B7C6B474DA...

Name: Sarah Goubet

Address: 312 rue des Commissaires Est

Québec, Quebec CA G1K2P1

Phone Number: 4182711404

Email Address: sarah.goubet@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/28/2009       To: 08/27/2010

DocuSign Envelope ID: 0F619666-2F79-450A-BBEA-60A2F624D3B4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ DBF02242CAA9400...

Nome: Saramaria Garcia Gonzalez

Dirección: Strawrick Terrace

Ashburn, VA US 22003

Telefone: 7038953935

Email Address: sara.glz92@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/23/2011          A: 11/23/2011

DocuSign Envelope ID: BFFD0E73-146B-4EB7-8329-E1CBF2E54DF5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017          Signature: *Saray C*
                                     EBB689C5B302447...

Name: Saray cano Zapata

Address: Carrera 39a  #68-56

Medellin , Antioquia  CO 0000

Phone Number: +573003297079

Email Address: sasy.c_20@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/03/2016          To: 10/02/2018

DocuSign Envelope ID: 70E1846D-E30C-400B-A083-44FD62E3DB3C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ [signature] 56B1C516C4424F0...

Name: Sean van der Stel

Address: 3401 S King St

Seattle, WA US 98144-2677

Phone Number: 2698733575

Email Address: vanderstel1993@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016     To: 08/01/2018

DocuSign Envelope ID: 6FBBE2CE-4342-4241-9B14-D02DD3831876

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* 1035894C026243C...

Name: Selene Ocadiz Espinosa de los Monteros

Address: Blv. Dolores del Río 340

Queretaro , Queretaro MX 76180

Phone Number: 5544160168

Email Address: Seleneocadiz@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016       To: 08/29/2017

DocuSign Envelope ID: A5CC504C-EA82-4703-BCAC-1E4B626A80CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: _[DocuSigned by: Selma Dust E25962896B0D458...]_

Name: Selma Besic (Catbagan)

Address: 7525 e. Peakview Ave apt 414

Centennial , CO US 80111

Phone Number: 7209899175

Email Address: Selmacatbagan@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/21/2008     To: 09/21/2010

DocuSign Envelope ID: D5241881-702B-4C59-A5B8-14673A9F7869

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:            09/14/2017                     Signature:

FB4C0D709152474...

Name:            Seol young Kwon

Address:         503/506 21 Jagok-ro 3-gil, Gangnam-gu

                 Seoul,  KR 06374

Phone Number:    0431 097 261

Email Address:   a010585881999@gmail.com

Sponsor:         Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:   06/01/2014              To:    09/30/2014

DocuSign Envelope ID: CB21567A-2D23-4BAD-B24D-B53F80259795

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Shalilynn*
F6C87AD6E41B447...

Name: Shalilynn Tanyachardyotin

Address: 1350 Pueblo Avenue Trlr97

Napa , CA US 94558

Phone Number: 3477220813

Email Address: Shalilynn.tan@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/30/2015       To: 11/30/2016

DocuSign Envelope ID: B7EB04F3-BA83-44E6-AA3E-BD378F16DBDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017      Signature: *S. Coldwell*
DocuSigned by:
E5D02B20BB854B8...

Name: Shanne Lea Coldwell

Address: sleningford rise

bingley , England  GB BD16 2SQ

Phone Number: 07984252498

Email Address: shannen_o7@hotmail.co.uk

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/20/2015      To: 11/26/2016

DocuSign Envelope ID: 63EFFEE7-D25A-4D99-9A2C-450F5F8EDF4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _S. McHugh_ (DocuSigned by: 8C84A811317C491...)

Name: Shannon Merle McHugh

Address: 8411 Sonnet Court

Laurel, MD US 20723

Phone Number: 2406011926

Email Address: Shanzi.mchugh@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/21/2015     To: 09/20/2017

DocuSign Envelope ID: F8A954F5-DFCB-41B8-AFF1-25BFCB1A4508

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ 277088F01373495...

Nome: Shara Yllaramendi

Dirección: 28 Manchester dr

Westfield , NJ US 07090

Telefone: 9084488282

Email Address: Sharay073@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/22/2016    A: 08/22/2018

DocuSign Envelope ID: 093042A4-F1B3-419B-9768-3D26D214A6CA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *[signature: Ellis]*
DocuSigned by:
346485B95A784D5...

Name: Shevonne Ellis

Address: 4 Fancourt Cres, Oakhill

Cape Town, Western Cape ZA 7441

Phone Number: 0027817999698

Email Address: shevonneellis3@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016          To: 06/15/2017

DocuSign Envelope ID: 519727AF-451F-47FE-A0CD-9D78281C967B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _Shirley Esteban Jaimes_
DocuSigned by:
46F6FFE9C22B4B7...

Nome: Shirley Esteban Jaimes

Dirección: 7529 176th St SE

Snohomish , WA US 98296

Telefone: 4254992758

Email Address: S.hikaes@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/11/2015      A: 05/11/2017

DocuSign Envelope ID: 33082A74-DAF8-4974-BABA-901D8440C2DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _DocuSigned by:_ 747BB71E03A84F6...

Name: Sigrid Marie Axelsson

Address: 15 Shell road

Mill Valley , CA US 94941

Phone Number: 4153841444

Email Address: G0703536992@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016      To: 07/11/2018

DocuSign Envelope ID: 4E0E2FE0-C6F5-4E2A-AFAB-1E87F80EE84B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Simina Moldovan_
90A72D158FE4499...

Name: Simina Daciana Moldovan

Address: 7196 S Ukraine St

Aurora , CO US 80016

Phone Number: 7205454156

Email Address: simyangel_94@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016

To: 01/29/2018

DocuSign Envelope ID: 506A4648-AC29-403C-932A-265253FFA2D9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017          Firma: *SindyKarinaMuñoz*
EC57F28EB01E4E7...

Nome: Sindy Karina Munoz Ortiz

Dirección: 28101

Laguna Niguel , CA US 92677

Telefone: 3118946065

Email Address: sindykarina_1010@hotmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 09/13/2013          A: 06/09/2015

DocuSign Envelope ID: 92E93CB8-887A-4FB3-AFAB-26DEC0EA21B6

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/11/2017                     Firma:  _____
0C460556A912400...

Nome:  Sofia Lamanna

Dirección:  Dovecote dr

Columbia , MD US 21045

Telefone:  40111111111

Email Address:  Slamanna@uade.edu.ar

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  09/01/2015           A:  06/05/2017

DocuSign Envelope ID: F96FCDE8-B6EE-492C-9AD8-FFF852047FC6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Sofia Ouakri*
5A5E9AF88EAD440...

Name: Sofia Ouakri

Address: 14 Camino Sobrante

Orinda , CA US 94563

Phone Number: 4404092387

Email Address: sofyw@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/09/2016     To: 05/08/2018

DocuSign Envelope ID: FD17E8E9-A599-4222-A987-743E6097C31B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ AEE61E8CA8094E0...

Nome: Sofia Victoria Di Rico

Dirección: Almirante brown 1710

Mendoza, Mendoza  AR 5501

Telefone: 2614247241

Email Address: sofiadirico@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/02/2015

A: 11/01/2016

DocuSign Envelope ID: 5C737171-D1A3-43DC-94D4-98D57F575974

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/20/2017

Signature: _(DocuSigned by)_ C9A163E3AB0F489...

Name: Sonja Eliaso

Address: Im Neuenheimer Feld, 681

Heidelberg, Baden-Württemberg DE 69120

Phone Number: +4917630129740

Email Address: sonjaeliaso@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2015   To: 08/21/2016

DocuSign Envelope ID: C1D75B21-CAE9-4956-A5AB-EF1479CF0528

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Sonja Emilia Piirainen*
E5B518D123B9479...

Name: Sonja Emilia Piirainen

Address: 1317 S Beech Ct

Broken Arrow , OK US 74012

Phone Number: 5397775047

Email Address: sonsuuu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/07/2014          To: 07/06/2016

DocuSign Envelope ID: CC34E8D7-C5A9-4D58-A388-663033A499DA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/13/2017                  Signature:  *DocuSigned by:*
                                               EFAA00AB18F848B...

Name:  Sooyen Gordon

Address:  7 Sgt. Demeloa drive

          BLAUVELT, NY US 10913

Phone Number:  8456643035

Email Address:  Gordonsooyen@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  05/23/2016          To:  05/23/2018

DocuSign Envelope ID: 51F19920-476E-4668-ABA6-74E16ED15FA8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017                     Signature: *J. Hennen*
                                                 582AB87C505C4CB...

Name: Soraya Hennen

Address: 28 Forsyth Street

New York, NY US 10002

Phone Number: 7187302953

Email Address: soraya.hennen@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/14/2015          To: 12/23/2016

DocuSign Envelope ID: 31367A3A-16E5-4366-A372-0D8914923AB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: _Stacey Alain_ (DocuSigned by: 84DA1A0F12B84A1...)

Name: Stacey Alain

Address: 1908 E 37th ave

Vancouver, BC CA v5p1g1

Phone Number: 7788667786

Email Address: stay_c_72@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/04/2013     To: 09/04/2014

DocuSign Envelope ID: ACDA010D-6096-4923-8F63-C5A2B3A08AEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature:

DocuSigned by:
*V. Stadelmann*
F7862EE8CA0C4AD...

Name: Stadelmann Valerie

Address: 267 brookside rd

darien, CT US 06820

Phone Number: 2038228982

Email Address: vali.stadi94@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016     To: 04/04/2018

DocuSign Envelope ID: 24DF3861-15BA-4892-8872-A816E21CE7DC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_                Firma: _(DocuSigned by: SLF  C54821087295452...)_

Nome: _Stefania Lopez Ferrans_

Dirección: _30 gardenpath_

_Irvine, CA US 92603_

Telefone: _9498360830_

Email Address: _estefa_93_2010@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _02/15/2016_            A: _02/14/2018_

DocuSign Envelope ID: 3C95642C-B0A5-4BBD-8AF7-E4BAB732DDBC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: _[DocuSigned by signature: 662AD62AF54B4E6...]_

Name: Stefanie Sonja Kolinski

Address: 11554 Santo Court

Dublin, CA US 94568

Phone Number: 9253394735

Email Address: stefaniekolinski@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/12/2010      To: 07/12/2012

DocuSign Envelope ID: C58AA622-CCFA-4234-B07B-892486EA979F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Stefanija Eftimov*
CCE2F6C2FEEB427...

Name: Stefanija Eftimov

Address: 217 Town And Country Drive

Danville, CA US 94526

Phone Number: 9253890831

Email Address: eftimovs93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/27/2017   To: 03/27/2018

DocuSign Envelope ID: DA343095-2580-44B9-987A-22E470822CEE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *[DocuSigned by signature]*
822CE9A750654E9...

Name: Stefany Camacho Iesca Rodrigues

Address: 365 Pomelo Drive

VISTA, CA US 92081

Phone Number: 2405492658

Email Address: stefany_iesca@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016     To: 02/22/2017

DocuSign Envelope ID: 97448CE1-8791-499A-9375-348F5F1D905D

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/11/2017_

Firma: *Stephanie Susana Duarte Arenas*
DocuSigned by:
043EA0D61A094E4...

Nome: `Stephanie Susana Duarte Arenas`

Dirección: `4 pine street`

`Dover, MA US 02030`

Telefone: `7818569800`

Email Address: `susana_duar@hotmail.com`

Patrocinador: `Cultural Care Au Pair`

Datas de participação no programa au pair:

De: _06/20/2016_      A: _06/20/2018_

DocuSign Envelope ID: FAE52969-F833-4E75-9B91-84EE1426EE1F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Susanna Christina Rossouw*
C70815C1A8264C3...

Name: Susanna Christina Rossouw

Address: Johnston

Pretoria, Gauteng ZA 0002

Phone Number: +27124235940

Email Address: ninarossouw88@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/20/2012    To: 08/06/2013

DocuSign Envelope ID: A4418EC9-4BB7-4119-A1C8-02DF15BFA0EB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *fannyW*
DocuSigned by:
0F7AFA85F29C4B9...

Name: Susanne Fanny Alexandra Westrin

Address: Lärksångsvägen 18

Linghem, SE 58565

Phone Number: 703165838

Email Address: fannywestrin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2015     To: 03/08/2016

DocuSign Envelope ID: C52015DF-F1C0-4670-94D0-AEF8CFA71299

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Sussy Daniela Cordon Díaz*
DocuSigned by: B6870985B5AB4D8...

Nome: Sussy Daniela Cordon Díaz

Dirección: 12650 Indio Court

Saratoga, CA US 95070

Telefone: 4086371863

Email Address: cordonsussy@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/15/2016    A: 09/30/2017

DocuSign Envelope ID: A5431DC3-E18D-4B88-89B6-27F5E6DAC83D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/19/2017

Signature: *suzana oliveira*
DocuSigned by:
2D20B2AED352477...

Name: suzana oliveira

Address: nossa senhora do rocio

cambara, PR BR 86390000

Phone Number: 43996595176

Email Address: suzzy.o_17@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014       To: 06/09/2016

DocuSign Envelope ID: A4D8D329-304C-4AE1-BCA6-B960EF24434B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017     Assinatura:

Nombre: Talita Paula de lima

Endereço: Veloso da Fonseca

São Paulo , São Paulo  BR 02359080

Teléfono: 29919429

Email Address: talita.paulalima@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/21/2014     A: 09/21/2016

DocuSign Envelope ID: D07EBEC6-59B8-4E5D-BF82-1F9AC7382ED4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *TAMARA DEMPSEY*
DocuSigned by:
09368DF8C63945C...

Name: TAMARA DEMPSEY

Address: PIMPALA RD

WOODCROFT, SA AU 5162

Phone Number: 0403851092

Email Address: dancingqueentammy@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/23/2011          To: 01/23/2012

DocuSign Envelope ID: 985E97C3-EA72-4D51-9D59-147C6B83EC3F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _[DocuSigned by signature]_ 3AAEA05B7D424C7...

Name: Tanja Mair

Address: Aichat 2

Mils, AT 6068

Phone Number: +436765571077

Email Address: m.tanja91@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/14/2011     To: 11/13/2012

DocuSign Envelope ID: D7587D44-1368-4D38-BF42-9D76B7A9A2C4

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/11/2017_          Assinatura: _DocuSigned by: Tassia Cerqueira_
2D8CC53CB336496...

Nombre: _Tassia Cerqueira_

Endereço: _33856 Silver Lanter St_

_Dana Point, CA US 92629_

Teléfono: _9495329696_

Email Address: _tassiacerqueira@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Fechas de participación en el programa au pair:

De: _02/02/2015_          A: _08/04/2016_

DocuSign Envelope ID: 3216AE1E-18F8-43BF-A355-7CFF12DF5BA7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *DocuSigned by:* A679CE60DA3C411...

Name: Tatiana Gasnault-Taylor

Address: 2525 highway 360 apt 526

Euless, TX US 76039

Phone Number: 8179960748

Email Address: Tatian-aaa@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/17/2014     To: 07/12/2015

DocuSign Envelope ID: 8EBACC2E-BF00-4BCC-9A56-9C9E670FBC22

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017                Assinatura: _[DocuSigned by: 9E9FD657838240A...]_

Nombre: Tatiana Menezes Dias

Endereço: Almirante Batista Leão N.53 apt 1001. Boa viagem

Recife, Pernambuco   BR 51030660

Teléfono: +5581997693374

Email Address: dmenezes.tatiana@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/27/2016                A: 03/27/2017

DocuSign Envelope ID: C4690588-7EDA-4BAD-B5D2-93FE7086C693

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017     Assinatura: _Tatiane S Anjos_
DocuSigned by:
2E1B8EBD91B3411...

Nombre: Tatiane Santos dos Anjos

Endereço: Coronel Camisão 1135 apt: 205 , Vista Alegre

Rio de Janeiro, Rio de Janeiro BR 21250290

Teléfono: 2127134184

Email Address: tatiane.anjos@live.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/25/2016     A: 07/26/2017

DocuSign Envelope ID: 588249A2-BC27-4466-8CA2-562D116F733E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: *Bosch* DocuSigned by: 56A49CC4578B493...

Name: Tatjana Bosche

Address: 10101 7th Avenue SE #128

Everett, WA US 98208

Phone Number: 4254091485

Email Address: Tanja.bos22@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/02/2012     To: 04/02/2014

DocuSign Envelope ID: 6AEA9D4D-2A52-499C-B875-BF5D70273A14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *T. Stephenson*
DocuSigned by:
94DE8C9D06BA401...

Name: Tawana Teeka Stephenson

Address: 14 Harbor Road

Darien, CT US 06820

Phone Number: 2034248076

Email Address: stephenson_tawana@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/06/2016      To: 01/06/2018

DocuSign Envelope ID: 07425785-8113-4822-92AA-EA6CA6485B8A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _DocuSigned by:_ 093135440EA64B8...

Nome: Tayde Monserrat Villegas Perez

Dirección: 135 Bryant street

Palo alto, CA US 94301

Telefone: 6508141179

Email Address: tay_de_13@yahoo.com.mx

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/23/2016          A: 05/23/2018

DocuSign Envelope ID: 6770DA37-D883-4E1C-BE47-A39EB46B3968

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _Tayla Sharp_ (DocuSigned by: 7819CCD5626947F...)

Name: Tayla Sharp

Address: Lumsden Way

Lucas, VICTORIA AU 3350

Phone Number: 0400646713

Email Address: tsharp1994@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/10/2014      To: 03/12/2015

DocuSign Envelope ID: A222687A-953C-4D03-9EB6-26FB59CCC172

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: _DocuSigned by: 154FEB427F4443B..._

Nombre: Thais Fabrini

Endereço: 5 Arthur Street

Winchester , MA US 01890

Teléfono: 7816404682

Email Address: fabrinithais1@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/18/2016          A: 07/18/2018

DocuSign Envelope ID: FE2E0DF9-63D1-4537-BD8B-D5EBB267A4C3

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017   Assinatura: _DocuSigned by:_ 2A01EB63E149426...

Nombre: Thais Gomes Vieira

Endereço: 6810 Roosevelt Way NE

Seattle , WA US 98115

Teléfono: 2068198971

Email Address: thais.gvieira@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/16/2015   A: 12/22/2016

DocuSign Envelope ID: 8456D097-0D06-4DB6-B5F8-05714505EB55

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/15/2017                Assinatura:  *Thayse Macedo*
                                              DocuSigned by:
                                              BD13571E848E4BC...

Nombre:  Thayse Macedo

Endereço:  Aracaju 1359

Catanduva, sao paulo BR 15801-250

Teléfono:  01735216980

Email Address:  Thayse_macedo@hotmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  01/15/2012              A:  10/26/2014

DocuSign Envelope ID: BC7E4E9E-FD3A-4697-BD2A-4D72C7EBA908

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017          Signature: _[DocuSigned by signature]_
E369C01730FC405...

Name: Theresa Bruns

Address: Georgstraße 13

Geeste , DE 49744

Phone Number: +491602442446

Email Address: theresa@brunsgeeste.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/20/2015          To: 08/03/2016

DocuSign Envelope ID: 8517363C-679C-47DC-AAB9-C2B5231DD936

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/18/2017

Signature: *Tiffany Anne Michele Herzog (nee Simko)*
F27910E87EC2431...

Name: Tiffany Anne Michele Herzog (nee Simko)

Address: 20411 Campaign drive, Apt 15F

Carson, CA US 90746

Phone Number: 7073869496

Email Address: simko.tiffany@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/12/2014     To: 05/12/2015

DocuSign Envelope ID: 4699833D-790B-49A5-901F-D582401144C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *[DocuSigned by signature]* 92E80FA0DB7F4EC...

Name: Tina Matthews

Address: 43 Harrison Street West

Featherston, NZ 5710

Phone Number: 64273746009

Email Address: Tingaling124@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/14/2010    To: 06/14/2012

DocuSign Envelope ID: DFDA7A8E-3654-44B1-8E85-48C7AC40C031

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _09/11/2017_

Signature: _Titaya Sukongthong_
DocuSigned by:
988A0C7568BF4E0...

Name: Titaya Sukongthong

Address: 2373 S Cannon Drive, Apt K-2

Mount Prospect, IL US 60056

Phone Number: 7737914847

Email Address: titular09@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: _04/19/2010_   To: _10/18/2011_

DocuSign Envelope ID: 5A928FF2-94C8-4CF2-A876-BA73A4D19E7B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/13/2017

Firma: _DocuSigned by:_ A8CDA9C34D32424...

Nome: Valentin Payares

Dirección: Cl 27DSur #27C-51, Envigado, Antioquia, Colombia

Envigado, Antioquia CO 57

Telefone: 573046739160

Email Address: valentin.payares@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/11/2014      A: 04/20/2016

DocuSign Envelope ID: B2F8A951-2472-4E70-AF72-A952FA2D1B31

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _DocuSigned by:_ 1C1FB5466549445...

Nome: Valentina lopez

Dirección: 4104 Scotts mill Ct

Saugus , MA US 01906

Telefone: 8575267017

Email Address: Valentinalopez7@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/07/2014         A: 11/07/2014

DocuSign Envelope ID: B21F6A4F-FD5F-4D2E-B64A-EC544B3B5F5D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: _Valeria_ (DocuSigned by: 6F2859E3EF2C40A...)

Nome: Valeria Sánchez restrepo

Dirección: Cra50#150a-85

Bogota, Cundinamarca CO 110111

Telefone: 3166189578

Email Address: valejua31@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/05/2016          A: 07/04/2017

DocuSign Envelope ID: 3701669A-1229-43B0-A0E5-2D50471E7DBB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *Van Thanh Nguyen*
DocuSigned by:
B271C114C65E46D...

Name: Van Thanh Nguyen

Address: 1129  W Casino RD Apt 4

Everett, WA US 98204

Phone Number: 2063215166

Email Address: thanhvan.ulis@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/20/2013          To: 09/10/2014

DocuSign Envelope ID: 56FB5A68-A26F-4E19-AA5E-FFB5D719488B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:                 09/11/2017                    Firma:        _DocuSigned by:_
                                                                  DBCB1D9398A14A7...

Nome:            Vanessa Patricia luevano moreno

Dirección:       Cedar lane

                 Northbrook , IL US 60062

Telefone:        2247638451

Email Address:   Vanne_luevano@hotmail.com

Patrocinador:    Cultural Care Au Pair

Datas de participação no programa au pair:

De:      01/11/2016                A:      10/10/2017

DocuSign Envelope ID: 0237ACC7-A5B2-4028-8A0A-5F4DF5D003A8

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/20/2017

Firma: *Vania J. Ramirez*
37A8E704B79147F...

Nome: Vania Jazibe Ramirez Sarabia

Dirección: Santa Anita 2428

Culiacan, Sinaloa MX 80050

Telefone: +526674796240

Email Address: vaniaramirez13@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/02/2009        A: 11/02/2010

DocuSign Envelope ID: F4D8B2FA-AB62-495D-BC82-5E3AE5868759

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ 251577041448433...

Name: Victoria André

Address: 9 lynch walk

London , GB Se8 3ll

Phone Number: 07714696517

Email Address: victoria.andre@hotmail.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/01/2013       To: 09/29/2014

DocuSign Envelope ID: 4E7047BD-92BD-4E4D-81B0-62E4EC81381C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Viktoriia Perepeliuk*
DocuSigned by:
50639C0964794EF...

Name: Viktoriia Perepeliuk

Address: 4731 Holly Tree Dr.,

Dallas, TX US 75287

Phone Number: 4694428842

Email Address: viktoriia2204@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/12/2011          To: 09/12/2013

DocuSign Envelope ID: B408E822-493D-4028-A0A6-0F01FC0D33F6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: _(DocuSigned by)_ 53ED818009794FB...

Name: Violette Dauphin

Address: 193 Route D'Esch

Belvaux, Sanem LU 4451

Phone Number: 661383165

Email Address: vio.dauphin@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/09/2013     To: 07/09/2014

DocuSign Envelope ID: 643EA0BD-9EB3-4D80-9ECF-9EFE65BD3D55

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017          Signature: *Virginia* (DocuSigned by, 85852713AFE9469...)

Name: Virginia Falsetti

Address: Settesanti 38

Florence , Italy IT 50131

Phone Number: +393922040862

Email Address: virginia.falsetti14@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/19/2014          To: 05/19/2015

DocuSign Envelope ID: 8CAE941D-59F7-42B0-B333-B74267DBC142

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *VIRGINIE GILLES*
DocuSigned by:
0830741AFDA34FF...

Name: VIRGINIE GILLES

Address: 34 E PALISADE AVENUE APART 1B

ENGLEWOOD, NJ US 07631

Phone Number: 8622669513

Email Address: virginie.m.gilles@hotmail.fr

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/12/2010   To: 08/11/2011

DocuSign Envelope ID: 6C14814B-0CA9-4B6A-AEC0-663C24CC9B08

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/11/2017

Firma: *Viviana Paola Torres Guerrero*
DocuSigned by:
34B2F728555B4EE...

Nome: Viviana Paola Torres Guerrero

Dirección: Carrera 13B #161-84

Bogota, bogota CO 110131

Telefone: 3224399721

Email Address: paotorres2@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/21/2015          A: 09/30/2016

DocuSign Envelope ID: 5E49833A-B1F7-43B4-92FC-D198043FF2E1

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/11/2017          Assinatura: *Vivielin Reis da Silva*
DocuSigned by:
72DB5DF8FA37452...

Nombre: Vivielin Reis da Silva

Endereço: Jorge Gazal, 89

Curitiba, Paraná BR 81230025

Teléfono: 4133733565

Email Address: vivielinreis@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/03/2013          A: 05/22/2015

DocuSign Envelope ID: B96B9F00-862F-494F-951A-B3CEA7E3B22E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/11/2017

Signature: _DocuSigned by:_ ꩜ᔑ &ꫝ & / 98A84E2044254EA...

Name: Woraporn Prapaithong

Address: 7902, Ethan allen lane Apt 201

Annandale, VA US 22003

Phone Number: 7033329021

Email Address: w.prapaithong@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/13/2012      To: 02/13/2014

DocuSign Envelope ID: 256E2ECE-2CD5-4A8E-984B-239BBBD6A5FB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Xi Zhou*
DocuSigned by:
8E21CEC27D2C46E...

Name: Xi Zhou

Address: 900 Mora Ave. , Apt. 305

Las Vegas, NM US 87701

Phone Number: 6506867704

Email Address: xizhou24@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/14/2015      To: 05/14/2016

DocuSign Envelope ID: 1FDE980A-1BCA-484E-B37D-E5C16F8C941B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/11/2017_____        Firma: _____

Nome: _____Ximena Uribe Zacarias_____

Dirección: _____Ave. Paseo de las Arboledas 492_____

_____Colima, Colima MX 28077_____

Telefone: _____3121164191_____

Email Address: _____ximurizac@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____07/11/2014_____        A: _____07/11/2015_____

DocuSign Envelope ID: 988E31BA-429A-422A-9DC4-336CC93E3989

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: _Xueyun Yan_
DocuSigned by:
D91CFEF2B0BD41F...

Name: XUEYUN YAN

Address: 1109/207 Federal Street

Auckland, NZ 1010

Phone Number: 64223041655

Email Address: elise.yan@hotmail.co.nz

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2009        To: 08/17/2010

DocuSign Envelope ID: FD70F891-FC8A-4D8F-9699-7551EA26BC05

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/13/2017

Signature: *Yan Wang*
DocuSigned by:
16831B84CE69485...

Name: Yan Wang

Address: 16makan

Monroe, NY US 10950

Phone Number: 5183661365

Email Address: 15764238952@163.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/18/2016      To: 10/18/2017

DocuSign Envelope ID: DFD74A9B-80EA-47B5-9D03-97A7CEFA0A70

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/16/2017

Signature: _DocuSigned by:_ BF450D0B2E2E454...

Name: Yelda Temürlenk

Address: Kazimdirik 233 sk

Izmir, Bornova TR 35100

Phone Number: +905458720554

Email Address: yeldatemurlenk@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/13/2013          To: 09/01/2014

DocuSign Envelope ID: 0E14D1A9-195D-4196-8FE4-93644F186FAF

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/13/2017_                    Firma: _[firma]_
                                        DocuSigned by:
                                        25BCB40B13464D2...

Nome: _Yenni Vanesa Angarita Max_

Dirección: _785 Dekalb ave_

_Brooklyn, NY US 11221_

Telefone: _9177443658_

Email Address: _vanessaangarita@outlook.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/10/2015_        A: _03/31/2017_

DocuSign Envelope ID: 5F157FBC-BAB2-41A8-A896-54621B4C9071

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/15/2017

Signature: *[DocuSigned by signature]* AE2FB1480A834CB...

Name: YI XIA

Address: 136 EDWARDS ST, APT 2F

NEW HAVEN, CT US 06511

Phone Number: 2036710175

Email Address: alisaxia@foxmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/02/2015     To: 06/16/2017

DocuSign Envelope ID: 42C8AD0A-43B3-46F7-8723-860FCF9A527A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/11/2017

Signature:  _Yuchan Li_
A36E9F94E51B44A...

Name:  Yuchan Li

Address:  31 Emerald Bay

Laguna Beach, CA US 92651

Phone Number:  9492280423

Email Address:  yuchan.li@icloud.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  03/13/2016          To:  03/13/2018

DocuSign Envelope ID: 221FE27B-9BF6-4A61-95ED-DE49C2CF0D0E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Yujin Lee*
5C8A3D52C8B34EA...

Name: Yujin Lee

Address: Hwarang 16 street 48 Doosan APT 124-1403

Seoul, KR 02780

Phone Number: 821032822692

Email Address: goodjin11kr@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/17/2014          To: 06/21/2015

DocuSign Envelope ID: 3DACB114-03D9-4865-AF71-640194F79084

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *DocuSigned by:* 2B4EFCD16501475...

Name: Yvette Neijenhuis

Address: Hawkcliffe, Keighley Road

Steeton, West Yorkshire GB BD206QR

Phone Number: 07930685593

Email Address: y.neijenhuis@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/12/2013    To: 08/12/2014

DocuSign Envelope ID: E62C2AEF-E9AD-4A84-8AA0-3F3963F0F887

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Yvonne Mai*
DocuSigned by:
29613DFFA2C74B9...

Name: Yvonne Mai

Address: 12 Sulgrave road

London,  GB W67RP

Phone Number: 00447789949377

Email Address: mai_yvonne@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2011   To: 12/26/2012

DocuSign Envelope ID: FDB45DF2-2BEF-4246-B7A3-5508049D8BC9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Zarina Ilyassova*
DocuSigned by:
971AC68256A543D...

Name: Zarina Ilyassova

Address: 4731 Holly Tree Dr

Dallas, TX US 75287

Phone Number: 3106219963

Email Address: zarinailyassova@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 12/12/2011     To: 12/11/2013

DocuSign Envelope ID: 0E9C3B67-9E36-406B-8A2B-88B12A061BA2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/14/2017

Signature: *Zinhle Mthembu*
DocuSigned by:
D891302BD27A4F2...

Name: Zinhle Mthembu

Address: 60 Overlook Road

White Plains, NY US 10605

Phone Number: 9144817830

Email Address: zinmthembu@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/06/2015     To: 04/06/2017

DocuSign Envelope ID: CF6FA791-DB31-42D7-81FF-22FC91395382

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:        09/11/2017                    Signature: *Zoe Wilson*
                                                       DocuSigned by:
                                                       1F6CDF06020A4EE...

Name:        Zoe Wilson

Address:     3 Peron Close

             Cooloongup, Western Australia AU 6168

Phone Number: 0421332434

Email Address: zjgwilson@hotmail.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:  07/18/2016            To:   07/22/2017

DocuSign Envelope ID: 976AE968-627E-43FA-A30A-A042FD18F892

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/17/2017

Signature: *Zuzana Chrenova*
DocuSigned by:
78B01EF1CB5849E...

Name: Zuzana Chrenova

Address: 19 Meadow Place

Sydney, NSW AU 2228

Phone Number: +61449664572

Email Address: chrenova.z@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/30/2010          To: 08/30/2011