# Exhibit C

**Au Pair Wage Action**
**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 425 | 2b43a84a | Angie Nathaly Mora Rodriguez | Au pair care |
| 7053 | 23146ed4 | Nathalia Aguillon | Au Pair Care, Inc. |
| 5573 | 3154506b | Rene Aarón | InterExchange, Inc. |