IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Caren Camila Dos Santos Silva
2. Celine Baures
3. Jordan Bryon
4. Katarzyna Bednarczyk
5. Maike Wuestefeld
6. Melissa Ramos Recabarren
7. Aghata Cristina Sunsi Oliveira
8. Agnes Nanasi
9. Aimee Cunnane Zanella
10. Aisling Mccloskey
11. Aleksandra Pajk
12. Alexandra Palacios Pena
13. Alicia Jocelyn Heggie Morris
14. Ana Carmen Martorell
15. Ana Paula Oliveira Levado
16. Ana Silvestre Jaldo
17. Anamaria Olarte Roncancio
18. Andrea Gutierrez Tamayo

19. Andrea Holzer
20. Angelica Garcia Lara
21. Angelique Wernich
22. Anna Carolina Anselmo Tavares Da Camara
23. Anna Katharina Wagner
24. Aslihan Routledge
25. Atchehoun Aballo Réda
26. Barbara Elian
27. Beatriz Maria Ulloa Sebio
28. Bianca Reis Esposito
29. Bongumusa Shongwe
30. Brenda Julieth Martin Moya
31. Bruna Rodrigues Garcia
32. Busra Akbal
33. Camila Oliveira Custodio
34. Cansu Soylemez
35. Carla Vieira De Oliveira Silva
36. Carmen Taljaardt
37. Carolina Afanador
38. Carrette Audrey
39. Catalina Gomez
40. Cecile Pavot
41. Cecilia Andrea Herrera Sanchez
42. Celine Jugel
43. Chantel Strydom
44. Charonel Olivier
45. Christiane Batista Ferreira
46. Claudia Araceli Gonzalez Dominguez
47. Claudia Scott-Jenkins
48. Consuelo Salado Bautista
49. Cynthia Noack
50. Dafne Elhassan
51. Daniela Katherin Nieto Herrera
52. Daniela Vazquezmellado Mayaudon
53. Daniele Torres
54. Dayana Naiara Nassar
55. Deidre Williams
56. Delia Heinrich
57. Diana Carolina Munoz Florez
58. Dirkie Aletta De Wet
59. Eimeen Susana Hernández Álvarez
60. Elaine Donnelly
61. Elin Sjödahl
62. Elisa Ambach
63. Elisa Tabuchi Barczak
64. Elva Gisselle Araque Blanco

65. Estela Martín Sanchez
66. Ewelina Jean
67. Fabiola Sampaio Pasquini
68. Felicity Enders
69. Femke Riley
70. Finja Risse
71. Firdows F Cortes
72. Flavia Botacini Borges
73. Florence Pastre
74. Francine Beatriz Da Silva
75. Franziska Desiré Birgit Pawel
76. Franziska Heinrichs
77. Franziska Reynolds
78. Gaia Moreo
79. Georgia Luize Vargas Silva
80. Gisely Cristiane Da Costa Melo
81. Giulia De Donatis
82. Giulia Vuoso
83. Gorana Momcicevic
84. Grecia Cecilia Garcia Mejia
85. Guilherme Thadeu Bispo
86. Hardy Morgane
87. Ingrid Liseth Lopez Quiroga
88. Izabela Cavaglieri
89. Jarelle Africa
90. Jeanne Cristine Da Silva
91. Jennifer Pilch
92. Jessica Moraes Brilhante
93. Jessica Moreira Pinheiro
94. Jodie Burns
95. Juan Manuel Gómez Uricoechea
96. Jule Ochtendung
97. Juliane Collins
98. Juliane Rosseto Nicolau
99. Julie Barral
100. Juliette Anvroin
101. Kamila Kondej
102. Kaori Iramina
103. Karla Aseneth Carter
104. Karolina Greplova
105. Karoline Windhagauer
106. Katherine Alvarez
107. Kelly Fuller
108. Kenalemanv Gloria Sebonyane
109. Kerly Loor
110. Kinga Dobri

111. Laura Feikje Van Kasteel
112. Leana Citar
113. Livia Neves Melo
114. Ljuba Tomas
115. Luz Teresa Lezama Martinez
116. Lylian Janet Gonzalez Rodriguez
117. Manuella De Cassia Gomes E Campos
118. Marcos Santos Sobrinho De Andrade
119. Margarita Elena Rojas
120. Mari Neyde Aparecida Silva
121. María Fernanda Barajas Edid
122. Mariana Herrmann Lemos
123. Mariana Octaviano Bitencourt
124. Marina Hrosc
125. Marinés González Highland
126. Marketa Kabatova
127. Martina Friedrich
128. Marvin Ackermann
129. Mayra Veronica Lopez Huerta
130. Mélissa Nicole Echevarria
131. Menegon Marie-Alix Helene
132. Michelle Carolina Del Pozo Aguilar
133. Milena Borowiec Marciano
134. Miranda Nuñez
135. Mirjana Prpa
136. Nabeelah Fortune
137. Natascha Thomas
138. Nausicaa Nairat
139. Nicole Alejandra Fernandez Salazar
140. Nicole Andrea Franco Lopez
141. Nicole Anne Reeve
142. Ning Xin
143. Niza Ivanova López Hernandez
144. Nkgogobane Donna Dikotla
145. Nontobeko Shezi
146. Paola Alvarez Maciel
147. Paola Andrea Gutierrez Lozano
148. Paola Andrea Mejia Mejia
149. Paola Andrea Montero
150. Paula Andrea Lizarazo Diaz
151. Pawel Majewski
152. Priscila Castañeda Clemente
153. Purdy Pillay
154. Qian Huang
155. Rachel Allaston Calleja
156. Rachel Leigh Smith

157. Radka Purokova
158. Renata Castorena Estefan
159. Rhylee Louise Kenmey
160. Ricarda Tauber
161. Roman Kaspar
162. Romina Dayana Castillo Diaz
163. Santiago Pineda Gomez
164. Sarah Schlagwein
165. Selin Hausberger
166. Shaked Klein
167. Shih-Hui Peng
168. Sofia Christine Rahn
169. Sophia Larbi Engelbrektsson
170. Sophie Caroline Solveig Küsterling
171. Sophie Thiele
172. Suellen Aleixo Aragao
173. Tamiris De Aguiar Mattos Menezes
174. Tamis Regina Silva Pereira
175. Tania Cristina Gutierrez Hernandez
176. Tansu Soylemez
177. Tashna Singh
178. Thomas Walther
179. Tramaine Newman
180. Tugba Dundar
181. Ulrike Cannady
182. Vanessa Gagel
183. Vanessa Pearce
184. Verena Stangl
185. Veronica Anabel Fernandez
186. Victoria Blakemore 'Nee' Maxwell
187. Virgínia Felipe Manoel
188. Xiaoyan Shu
189. Yanahi Fritz
190. Yeliz Bilgi
191. Yezmin Ampudia Sanchez
192. Ying Zhou
193. Yue Xing
194. Zamaira Zaira Jordana

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: October 2, 2017 | Respectfully submitted,<br><br>_/s/ Dawn Smalls____<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

6

## CERTIFICATE OF SERVICE

      I hereby certify that on October 2, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
