# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Caren Camila Dos Santos Silva | AU PAIR CARE, INC. |
| Celine Baures | AU PAIR CARE, INC. |
| Jordan Bryon | CULTURAL CARE AU PAIR |
| Katarzyna Bednarczyk | AU PAIR CARE, INC. |
| Maike Wuestefeld | CULTURAL CARE AU PAIR |
| Melissa Ramos Recabarren | AIFS/APIA (AU PAIR IN AMERICA) |

# CONSENTIMENTO DE INGRESSO
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até 2 de novembro de 2017.**

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OU** e-mail para:<br><br>**OU** fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: Setembro 26, 2017   ASSINATURA: Caren Camilo

NOME LEGÍVEL: Caren Camila dos Santos Silva

ENDEREÇO: Rua Inúbia Paulista, nº 91 casa 7 Bijuco Preto, Vargem Grande Paulista - SP 06730-000

NÚMERO(S) DE TELEFONE: +55(11)98656-8650  A(240)320-2451

ENDEREÇO DE E-MAIL: CarenCamilo30@gmail.com

PATROCINADOR: Au Pair Care

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: 2016 / 2017 / 2018

Devolva este formulário até **2 de novembro de 2017** para:

| | | |
|---|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OU** e-mail para:<br><br>**OU** fax para: | AuPairWageAction@jndla.com<br><br>(+1) 888-335-3336 |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 9/22/2017     SIGNATURE: [signed]
PRINTED NAME: Céline BAURÉS
ADDRESS: 24 Rue Jean Maridor
76210 BOLBEC, Seine Maritime
FRANCE
TELEPHONE NUMBER(S): (+1) 705.380-4912
EMAIL ADDRESS: bauresceline@gmail.com
SPONSOR: Aupair Care, Inc.
DATES IN AU PAIR PROGRAM: November 2011 - November 2013

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 9/17/17  SIGNATURE: [signature]

PRINTED NAME: Jordan Bryon

ADDRESS: 108 Broad St, Manchester, CT, 06042 USA.

TELEPHONE NUMBER(S): 860-977-8722 or 860-610-9136

EMAIL ADDRESS: jordan.bryon8@hotmail.com

SPONSOR: Cultural Care Au Pair.

DATES IN AU PAIR PROGRAM: January 6th 2014 - December 18th 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 28/08/17     SIGNATURE: Katarzyna Bednarczyk

PRINTED NAME: KATARZYNA BEDNARCZYK

ADDRESS: 137 PENHALE ROAD   POLISH ADDRESS: ul. BRZOZOWA 2
PO1 5EG PORTSMOUTH HAMPSHIRE   62-023 KAMIONKI
GREAT BRITIAN   POLAND

TELEPHONE NUMBER(S): +44 (0)7414484306

EMAIL ADDRESS: kat.bedner@gmail.com

SPONSOR: AU PAIR CARE

DATES IN AU PAIR PROGRAM: from December the 9th 2013 to December the 8th 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to: AuPairWageAction@jndla.com

**OR** fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 13. Sptember, 2017   SIGNATURE: M. Wistef
PRINTED NAME: Maike Wuestefeld
ADDRESS: Johnsweg 11, 21266 Jestebwg, Germany

TELEPHONE NUMBER(S): +49 176 419 19944
EMAIL ADDRESS: maikewuestefeld@web.de
SPONSOR: Cultural Care
DATES IN AU PAIR PROGRAM: 01. March 2015 to 14. October 2015

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to: AuPairWageAction@jndla.com

**OR** fax to: (+1) 888-335-3336

**CONSENTIMIENTO PARA UNIRSE**

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario en línea en www.aupairwageaction.com o firmar y enviar el formulario por correo postal, correo electrónico o fax al administrador del aviso, a la dirección indicada más abajo, antes del 2 de noviembre de 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:   AuPairWageAction@jndla.com

O por fax al:   (+1) 888-335-3336

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

FECHA: 09/25/2017   FIRMA: _____

NOMBRE EN LETRA DE IMPRENTA: MELISSA RAMOS RECABARREN

DIRECCIÓN: 863-3 SOTOMAYOR, IQUIQUE Chile

NÚMERO DE TELÉFONO: 56 9 79840309 - 56 57 2428871

CORREO ELECTRÓNICO: ARR_Meli@hotmail.com

PATROCINADOR: AU PAIR IN AMERICA

FECHAS DE PARTICIPACIÓN EN EL PROGRAMA AU PAIR: July 30th 2012 - MAY 2014

Devolver este formulario **antes del 2 de noviembre de 2017**, a:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

O por correo electrónico a:   AuPairWageAction@jndla.com

O por fax al:   (+1) 888-335-3336