# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 11854 | v7g4763bc | Aghata Cristina Sunsi Oliveira | Cultural Care Au Pair |
| 11933 | hd63d54ae | Agnes Nanasi | Cultural Care Au Pair |
| 12380 | t362h9dd7 | Aimee Cunnane Zanella | Cultural Care Au Pair |
| 12397 | c957f8ec2 | Aisling Mccloskey | Au Pair in America (APIA/AIFS |
| 12058 | k95f5bhe2 | Aleksandra Pajk | Au Pair Care, Inc. |
| 12210 | kehh38e92 | Alexandra Palacios Pena | Cultural Care Au Pair |
| 12069 | g572g9ege | Alicia Jocelyn Heggie Morris | Cultural Care Au Pair |
| 12084 | kf9ff9948 | Ana Carmen Martorell | Au Pair Care, Inc. |
| 11893 | p8h5ag7eg | Ana Paula Oliveira Levado | Au Pair Care, Inc. |
| 12327 | vcg87c7d4 | Ana Silvestre Jaldo | Au Pair in America (APIA/AIFS |
| 12215 | i4g6hfee4 | Anamaria Olarte Roncancio | Cultural Care Au Pair |
| 11966 | bf248782h | Andrea Gutierrez Tamayo | Au Pair Care, Inc. |
| 12301 | ccf8hd7h8 | Andrea Holzer | Cultural Care Au Pair |
| 12234 | lah5hcfe2 | Angelica Garcia Lara | Cultural Care Au Pair |
| 12061 | bad474cdc | Angelique Wernich | Au Pair in America (APIA/AIFS |
| 12013 | w5958b3cd | Anna Carolina Anselmo Tavares Da Camara | Au Pair in America (APIA/AIFS |
| 12080 | ga944g6aa | Anna Katharina Wagner | Cultural Care Au Pair |
| 12416 | bd95696f4 | Aslihan Routledge | Au Pair Care, Inc. |
| 12018 | k6bdh3377 | Atchehoun Aballo Réda | Au Pair in America (APIA/AIFS |
| 12082 | ig792g855 | Barbara Elian | Au Pair in America (APIA/AIFS |
| 12192 | bebh83g94 | Beatriz Maria Ulloa Sebio | Au Pair in America (APIA/AIFS |
| 12242 | ha8eh65a5 | Bianca Reis Esposito | Au Pair Care, Inc. |
| 12010 | gfgf3fd32 | Bongumusa Shongwe | Au Pair in America (APIA/AIFS |
| 12188 | t3ff43e67 | Brenda Julieth Martin Moya | Cultural Care Au Pair |
| 12360 | i2bfd9344 | Bruna Rodrigues Garcia | Cultural Care Au Pair |
| 12292 | lbg6h58gc | Busra Akbal | Au Pair Care, Inc. |
| 12357 | b68gdbbdh | Camila Oliveira Custodio | Cultural Care Au Pair |
| 12265 | cd4fbfff9 | Cansu Soylemez | Au Pair Care, Inc. |
| 11951 | x4hg4ha8e | Carla Vieira De Oliveira Silva | Cultural Care Au Pair |
| 11835 | ibb2g94bh | Carmen Taljaardt | Au Pair in America (APIA/AIFS |
| 12067 | w79g93a59 | Carolina Afanador | Au Pair in America (APIA/AIFS |
| 12372 | veaea87af | Carrette Audrey | Au Pair Care, Inc. |
| 12142 | p6d2fcff3 | Catalina Gomez | Cultural Care Au Pair |
| 12333 | t336h572h | Cecile Pavot | Cultural Care Au Pair |
| 12166 | tbga43aff | Cecilia Andrea Herrera Sanchez | Au Pair in America (APIA/AIFS |
| 12245 | cg2bbefd3 | Celine Jugel | Cultural Care Au Pair |
| 12385 | v78hfc8a2 | Chantel Strydom | Au Pair Care, Inc. |
| 12104 | rbe62997e | Charonel Olivier | Au Pair in America (APIA/AIFS |
| 11873 | i6e7ae98a | Christiane Batista Ferreira | Au Pair Care, Inc. |
| 12178 | h3e88d6h7 | Claudia Araceli Gonzalez Dominguez | Cultural Care Au Pair |
| 12294 | k5ah9c66b | Claudia Scott-Jenkins | Au Pair in America (APIA/AIFS |
| 12426 | uf2ce52b6 | Consuelo Salado Bautista | Cultural Care Au Pair |
| 12033 | w53583bf7 | Cynthia Noack | InterExchange, Inc. |
| 12200 | ph8hc9347 | Dafne Elhassan | Cultural Care Au Pair |
| 12168 | p7g5384df | Daniela Katherin Nieto Herrera | Au Pair in America (APIA/AIFS |
| 11937 | vf5ghgdha | Daniela Vazquezmellado Mayaudon | Cultural Care Au Pair |
| 12307 | t6ad5he72 | Daniele Torres | Cultural Care Au Pair |
| 12321 | w446a6g8g | Dayana Naiara Nassar | Au Pair Care, Inc. |
| 12285 | c423226ff | Deidre Williams | Au Pair Care, Inc. |
| 12394 | x5a886337 | Delia Heinrich | Cultural Care Au Pair |
| 11905 | l54e67fgd | Diana Carolina Munoz Florez | Cultural Care Au Pair |
| 12249 | c2c783ba8 | Dirkie Aletta De Wet | InterExchange, Inc. |
| 12328 | vbfb44785 | Eimeen Susana Hernández Álvarez | Cultural Care Au Pair |
| 12016 | g5dd2f7d7 | Elaine Donnelly | Cultural Care Au Pair |
| 11842 | vcb7458a6 | Elin Sjödahl | Au Pair in America (APIA/AIFS |
| 12138 | ha77abe7a | Elisa Ambach | Au Pair Care, Inc. |
| 12087 | v56g79fe5 | Elisa Tabuchi Barczak | Cultural Care Au Pair |
| 12288 | gbc8dc648 | Elva Gisselle Araque Blanco | Cultural Care Au Pair |
| 12174 | lh8fbba42 | Estela Martín Sanchez | Au Pair in America (APIA/AIFS |
| 11925 | k2gdd4gff | Ewelina Jean | Au Pair Care, Inc. |
| 11877 | ce56b6dc6 | Fabiola Sampaio Pasquini | Cultural Care Au Pair |
| 12065 | k3cb3b2e2 | Felicity Enders | Cultural Care Au Pair |
| 11974 | b8ghg8598 | Femke Riley | InterExchange, Inc. |
| 12131 | ua834c4ha | Finja Risse | Cultural Care Au Pair |
| 11869 | ufac925g2 | Firdows F Cortes | Au Pair Care, Inc. |
| 12096 | lag36763d | Flavia Botacini Borges | Au Pair Care, Inc. |
| 12041 | i2c33fhbg | Florence Pastre | Cultural Care Au Pair |
| 12110 | ycde9a3b6 | Francine Beatriz Da Silva | Au Pair Care, Inc. |
| 12421 | hdg9d3g34 | Franziska Desiré Birgit Pawel | Au Pair in America (APIA/AIFS |
| 11954 | bef56gh99 | Franziska Heinrichs | Cultural Care Au Pair |
| 11981 | cc96bg9gh | Franziska Reynolds | Cultural Care Au Pair |
| 12156 | kaddd3agf | Gaia Moreo | Au Pair Care, Inc. |
| 12047 | gha2a7g22 | Georgia Luize Vargas Silva | Cultural Care Au Pair |
| 12223 | gfgcadgfd | Gisely Cristiane Da Costa Melo | Cultural Care Au Pair |
| 12312 | lh7278df9 | Giulia De Donatis | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11929 | gag384be2 | Giulia Vuoso | Cultural Care Au Pair |
| 12054 | gc4eca6h8 | Gorana Momcicevic | InterExchange, Inc. |
| 11977 | tb98ha2gd | Grecia Cecilia Garcia Mejia | Cultural Care Au Pair |
| 12240 | ueh398a9a | Guilherme Thadeu Bispo | Cultural Care Au Pair |
| 12402 | l98d77e2e | Hardy Morgane | Au Pair Care, Inc. |
| 12261 | ceh8g6d7f | Ingrid Liseth Lopez Quiroga | InterExchange, Inc. |
| 12052 | gab8fac6a | Izabela Cavaglieri | Cultural Care Au Pair |
| 12386 | t83d63c25 | Jarelle Africa | Au Pair Care, Inc. |
| 12098 | h25867b56 | Jeanne Cristine Da Silva | Au Pair in America (APIA)/AIFS |
| 12063 | u39e7febe | Jennifer Pilch | Cultural Care Au Pair |
| 12194 | uff92d3ea | Jessica Moraes Brilhante | Au Pair in America (APIA)/AIFS |
| 11996 | wcc4caf43 | Jessica Moreira Pinheiro | Expert Au Pair |
| 12411 | l7ha72ed5 | Jodie Burns | Au Pair in America (APIA)/AIFS |
| 11979 | ya359e228 | Juan Manuel Gómez Uricoechea | Cultural Care Au Pair |
| 12290 | rbbafa3db | Jule Ochtendung | Au Pair in America (APIA)/AIFS |
| 12078 | b2bfhh3f9 | Juliane Collins | Cultural Care Au Pair |
| 11867 | ia3d3e45d | Juliane Rosseto Nicolau | Au Pair Care, Inc. |
| 11901 | y6caa37a7 | Julie Barral | Cultural Care Au Pair |
| 12251 | th58dga98 | Juliette Anvroin | InterExchange, Inc. |
| 12122 | hgh342a23 | Kamila Kondej | Cultural Care Au Pair |
| 12036 | cce76heh2 | Kaori Iramina | Au Pair Care, Inc. |
| 12238 | x23cbafd2 | Karla Aseneth Carter | Cultural Care Au Pair |
| 11988 | pfb4g5ecb | Karolina Greplova | Cultural Care Au Pair |
| 11984 | b5f9945fc | Karoline Windhagauer | Cultural Care Au Pair |
| 12151 | kff46a9fd | Katherine Alvarez | Au Pair in America (APIA)/AIFS |
| 11852 | v4c526g4e | Kelly Fuller | Au Pair in America (APIA)/AIFS |
| 12303 | i84342he6 | Kenalemamv Gloria Sebonyane | Au Pair Care, Inc. |
| 12336 | c3eadh4ga | Kerly Loor | Cultural Care Au Pair |
| 12005 | wbc3d9253 | Kinga Dobri | Cultural Care Au Pair |
| 12298 | pf267ge6h | Laura Feikje Van Kasteel | InterExchange, Inc. |
| 12420 | c3bh3h797 | Leana Citar | Au Pair in America (APIA)/AIFS |
| 12267 | rhb2ff295 | Livia Neves Melo | Cultural Care Au Pair |
| 12217 | h6gb2299h | Ljuba Tomas | Cultural Care Au Pair |
| 11898 | k2a433848 | Luz Teresa Lezama Martinez | Cultural Care Au Pair |
| 11971 | h2h7gf9ec | Lylian Janet Gonzalez Rodriguez | Cultural Care Au Pair |
| 12430 | rggfdcg4f | Manuella De Cassia Gomes E Campos | Au Pair Care, Inc. |
| 12342 | yfd779g76 | Marcos Santos Sobrinho De Andrade | Cultural Care Au Pair |
| 12117 | rfgagh437 | Margarita Elena Rojas | Cultural Care Au Pair |
| 11936 | ch53g9bcb | Mari Neyde Aparecida Silva | Expert Au Pair |
| 11930 | lf8bhcb56 | María Fernanda Barajas Edid | Cultural Care Au Pair |
| 12365 | hh6f93727 | Mariana Herrmann Lemos | Cultural Care Au Pair |
| 11848 | kbdf38c6b | Mariana Octaviano Bitencourt | Au Pair in America (APIA)/AIFS |
| 12186 | hg34432c4 | Marina Hrosc | Au Pair in America (APIA)/AIFS |
| 12100 | h7c579a57 | Marinés González Highland | Cultural Care Au Pair |
| 12000 | rgdh8dc3b | Marketa Kabatova | Cultural Care Au Pair |
| 12074 | g62h7c6dc | Martina Friedrich | Au Pair in America (APIA)/AIFS |
| 12008 | ih3gdg9gf | Marvin Ackermann | Cultural Care Au Pair |
| 12219 | icg2gddea | Mayra Veronica Lopez Huerta | Cultural Care Au Pair |
| 12253 | hbb39h367 | Mélissa Nicole Echevarria | Cultural Care Au Pair |
| 11912 | hc2ed4568 | Menegon Marie-Alix Helene | Cultural Care Au Pair |
| 11909 | ib9d943hc | Michelle Carolina Del Pozo Aguilar | Go Au Pair |
| 11844 | l5ac3h823 | Milena Borowiec Marciano | Au Pair Care, Inc. |
| 12163 | gb33ea3fb | Miranda Nuñez | Au Pair Care, Inc. |
| 12141 | ue73d22hd | Mirjana Prpa | Au Pair Care, Inc. |
| 11871 | w78e7edg9 | Nabeelah Fortune | Au Pair Care, Inc. |
| 12129 | b299b383c | Natascha Thomas | Au Pair in America (APIA)/AIFS |
| 11957 | xeg38fda8 | Nausicaa Nairat | Cultural Care Au Pair |
| 12030 | xbb295b6h | Nicole Alejandra Fernandez Salazar | Cultural Care Au Pair |
| 12027 | x3eg387c6 | Nicole Andrea Franco Lopez | InterExchange, Inc. |
| 11841 | g6bdech49 | Nicole Anne Reeve | Go Au Pair |
| 12050 | ydgb95a42 | Ning Xin | Cultural Care Au Pair |
| 12274 | t9g4cg5b9 | Niza Ivanova López Hernandez | Cultural Care Au Pair |
| 12127 | cbd796997 | Nkgogobane Donna Dikotla | Au Pair in America (APIA)/AIFS |
| 12161 | x58b9753g | Nontobeko Shezi | Cultural Care Au Pair |
| 12277 | lebcdg7f5 | Paola Alvarez Maciel | Cultural Care Au Pair |
| 12021 | u5449he43 | Paola Andrea Gutierrez Lozano | Cultural Care Au Pair |
| 11950 | bc6g7hg5f | Paola Andrea Mejia Mejia | Cultural Care Au Pair |
| 11968 | bhfggehf3 | Paola Andrea Montero | Cultural Care Au Pair |
| 11964 | ig64f3e8b | Paula Andrea Lizarazo Diaz | Cultural Care Au Pair |
| 12196 | lg6c6cadc | Pawel Majewski | Cultural Care Au Pair |
| 12146 | c3agah948 | Priscila Castañeda Clemente | Cultural Care Au Pair |
| 11850 | t7747cg5c | Purdy Pillay | Go Au Pair |
| 12424 | th343dadc | Qian Huang | Au Pair Care, Inc. |
| 11907 | cb6dg9f85 | Rachel Allaston Calleja | Cultural Care Au Pair |
| 12378 | h684c47gd | Rachel Leigh Smith | Au Pair in America (APIA)/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11939 | c773cd52h | Radka Purokova | Au Pair Care, Inc. |
| 11998 | p8e49gddd | Renata Castorena Estefan | Cultural Care Au Pair |
| 12236 | l82fbeheb | Rhylee Louise Kenmey | Au Pair in America (APIA/AIFS |
| 12203 | rb37b9dce | Ricarda Tauber | Go Au Pair |
| 11857 | ph58257f2 | Roman Kaspar | Au Pair in America (APIA/AIFS |
| 12028 | kc6e87b4a | Romina Dayana Castillo Diaz | Au Pair in America (APIA/AIFS |
| 11992 | x6g85fd62 | Santiago Pineda Gomez | Cultural Care Au Pair |
| 12382 | i36h26ahd | Sarah Schlagwein | Cultural Care Au Pair |
| 12072 | ybehda2f4 | Selin Hausberger | Cultural Care Au Pair |
| 12314 | rcf3b72ee | Shaked Klein | Au Pair in America (APIA/AIFS |
| 12363 | h2be7ch8b | Shih-Hui Peng | Expert Au Pair |
| 12324 | y2b73d27b | Sofia Christine Rahn | Cultural Care Au Pair |
| 11861 | tef6443ff | Sophia Larbi Engelbrektsson | Au Pair Care, Inc. |
| 12134 | ue473d7e2 | Sophie Caroline Solveig Küsterling | Cultural Care Au Pair |
| 11918 | x4b67374a | Sophie Thiele | Cultural Care Au Pair |
| 12228 | w94d3h3e5 | Suellen Aleixo Aragao | Cultural Care Au Pair |
| 12257 | g3g3h7ahh | Tamiris De Aguiar Mattos Menezes | Au Pair Care, Inc. |
| 12247 | peec582he | Tamis Regina Silva Pereira | Au Pair Care, Inc. |
| 12184 | u834497g4 | Tania Cristina Gutierrez Hernandez | Au Pair in America (APIA/AIFS |
| 11886 | pg2abgc94 | Tansu Soylemez | Au Pair Care, Inc. |
| 11991 | g742bh2a7 | Tashna Singh | Au Pair Care, Inc. |
| 12340 | bg4294ffe | Thomas Walther | Cultural Care Au Pair |
| 12414 | uhd6h3448 | Tramaine  Newman | Au Pair Care, Inc. |
| 12172 | hb3cgfaa2 | Tugba Dundar | Au Pair in America (APIA/AIFS |
| 12296 | g72dbb336 | Ulrike Cannady | Au Pair Care, Inc. |
| 12375 | b98a596f6 | Vanessa Gagel | Cultural Care Au Pair |
| 12205 | ka7d3d8fa | Vanessa Pearce | InterExchange, Inc. |
| 12124 | idd5859ea | Verena Stangl | Cultural Care Au Pair |
| 12108 | ye44e2379 | Veronica Anabel Fernandez | Cultural Care Au Pair |
| 12144 | ie5df458e | Victoria Blakemore 'Nee' Maxwell | Au Pair in America (APIA/AIFS |
| 12349 | xad92de2g | Virginia Felipe Manoel | Cultural Care Au Pair |
| 12175 | r44h523c3 | Xiaoyan Shu | Cultural Care Au Pair |
| 11914 | ih9957862 | Yanahi Fritz | Cultural Care Au Pair |
| 12006 | xe562754b | Yeliz Bilgi | Cultural Care Au Pair |
| 12258 | tcc8324fb | Yezmin Ampudia Sanchez | Cultural Care Au Pair |
| 12272 | h5h6hhhcb | Ying Zhou | Cultural Care Au Pair |
| 12400 | gbf42cdd2 | Yue Xing | Au Pair Care, Inc. |
| 12148 | c32555549 | Zamaira Zaira Jordana | Au Pair Care, Inc. |

DocuSign Envelope ID: A8581C1F-A3DB-4D22-9BDC-491D605A5122

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/21/2017

Firma: DocuSigned by: [signature] 8CA2E4ED8F3E44D...

Nome: Aghata Cristina Sunsi Oliveira

Dirección: Calle Sevilla

Valencia, Valencia ES 46004

Telefone: 622811539

Email Address: aghatasunsi@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/12/2016          A: 09/11/2017

DocuSign Envelope ID: 82595518-969A-48C9-B267-6E6A1E496CC3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: _[DocuSigned by: E9BB25F231AB4BE...]_

Name: Agnes Nanasi

Address: 86 Kensington Park

Arlington, MA US 02476

Phone Number: 8579916178

Email Address: nanasiagi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016    To: 08/29/2017

DocuSign Envelope ID: FB9F5E8C-9A6D-4E1D-91C3-5308DA462770

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _[DocuSigned by signature]_ BBE05AD7379F4C3...

Name: Aimee Cunnane Zanella

Address: 4901 W 93rd Ave #2312

Westminster , CO US 80031

Phone Number: 3035513953

Email Address: aimeecunnane@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/24/2013     To: 09/24/2015

DocuSign Envelope ID: 9D26F9EE-4DAF-44E0-BA42-2869277A0A45

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature:  *DocuSigned by:* A M°C BBDEBFAB1D6944A...

Name: Aisling McCloskey

Address: 426 Foreglen Rd

Dungiven, Co. Derry IE BT47 4PN

Phone Number: 07850305280

Email Address: a.mccloskey426@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/23/2013     To: 08/23/2014

DocuSign Envelope ID: C08B5946-EAB9-4C1B-B44A-EC58EEB5E3C6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Aleksandra Pajk*
DocuSigned by:
1F3E2104273E479...

Name: Aleksandra Pajk

Address: Krasińskiego 37/48

Warszawa, PL 01784

Phone Number: 008613148973407

Email Address: aleksandra.pajk@op.pl

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/04/2010   To: 10/04/2011

DocuSign Envelope ID: CB13BC83-2772-4B77-B025-293E544AEA2A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017

Firma: *APP*
DocuSigned by:
EE26C23F86F74E9...

Nome: Alexandra Palacios Pena

Dirección: Mariano Jimenez 1255

Cuauhtémoc , Chihuahua MX 31550

Telefone: +5216251257048

Email Address: alexy_like@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/20/2014        A: 10/20/2015

DocuSign Envelope ID: 95A70A56-E5D4-4616-A6AA-47FFBC989734

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _DocuSigned by:_ 669024288B0E45C...

Name: Alicia Jocelyn Heggie Morris

Address: 100 Ervins road

Mount Moriac, Victoria AU 3240

Phone Number: 0477642412

Email Address: wubaness@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2010    To: 01/03/2012

DocuSign Envelope ID: 7D404E94-03FD-475B-ADCA-461F1E44A56B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/24/2017

Firma: *[DocuSigned by: AA546A0335FC414...]*

Nome: Ana Carmen Martorell

Dirección: 1321 Upland Dr.

Houston, TX US 77043

Telefone: 5124064754

Email Address: Anacm00@gmail.con

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 11/05/2009        A: 10/13/2010

DocuSign Envelope ID: E3F7EC8A-91B3-4849-AA66-905BE0D7E1B7

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/21/2017

Assinatura: *Ana Paula Oliveira Levado*
DocuSigned by:
CA82E301E0784A4...

Nombre: Ana Paula Oliveira Levado

Endereço: 5 Mariners Circle

San Rafael, CA US 94903

Teléfono: 4152754288

Email Address: anapaulalevado@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 04/17/2016     A: 05/19/2017

DocuSign Envelope ID: F5476418-A673-4326-96DB-0ADB7FDD896E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature:

DocuSigned by:

AEBD86FA49234B4...

Name: Ana Silvestre Jaldo

Address: Calle Vivers 14

La Pobla en Vallbona, Valencia ES 46185

Phone Number: 34610383628

Email Address: anayeva91@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2015     To: 04/13/2015

DocuSign Envelope ID: 486DF4A7-D468-454B-8DF9-46C958B8995B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _[DocuSigned by: 251830FD580B40B...]_

Name: Anamaria olarte roncancio

Address: Calle 130f 108 10

Bogota, Cundinamarca CO 111141

Phone Number: 3057746949

Email Address: Anamaria_92col@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2013     To: 06/10/2015

DocuSign Envelope ID: DF53D7A3-C873-417B-9B43-F700C8E9CAA8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Andrea*
DocuSigned by:
2988ABF3079F4DB...

Name: Andrea Gutierrez Tamayo

Address: 5931 cloverly ave apt o

temple city, CA US 91780

Phone Number: 3107744140

Email Address: andrea.gutierrez13@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/31/2015     To: 08/31/2017

DocuSign Envelope ID: 20B468F2-2EFB-49EB-B38D-8A821AD35A1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Andrea Holzer*
DocuSigned by:
FB690C18360D45D...

Name: Andrea Holzer

Address: Neustiftgasse 27

Gumpoldskirchen, Lower Austria AT 2352

Phone Number: +436645681924

Email Address: aholzer@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2011          To: 04/01/2012

DocuSign Envelope ID: F2B3A5E9-0334-4D36-9126-D7224000CD38

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Angie g* 
AD9B88A9EC804F4...

Name: Angelica Garcia Lara

Address: 427 shamrock rd.

St Augustine , FL US 32086

Phone Number: +12024130108

Email Address: Galangie92@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2014     To: 09/06/2016

DocuSign Envelope ID: 6B5DA11E-F57E-4C2C-BF42-B81C7F127368

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Angelique Wernich*
66E085C2049142E...

Name: Angelique Wernich

Address: 59 Suikerbossie Drive

Gordons Bay, Western Cape ZA 7140

Phone Number: +27660716976

Email Address: angeliquewernich5@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/05/2015     To: 08/03/2017

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/23/2017                Assinatura: [signature]

Nombre: Anna Carolina Anselmo Tavares da Camara

Endereço: Rua Thomas Nilsen Jr, 425

Campinas, Sao Paulo BR 13097-105

Teléfono: 5519983231931

Email Address: annacarolina.camara@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 07/09/2012          A: 07/09/2014

DocuSign Envelope ID: 60B6CD50-3933-4924-ADB8-E8AE4D94E1A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Anna Katharina Wagner*
E355F1EF06564EE...

Name: Anna Katharina Wagner

Address: Kaiserstraße 15

Dortmund, NRW DE 44135

Phone Number: 015758763591

Email Address: k_wagner@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2010      To: 08/22/2011

DocuSign Envelope ID: 000D85D9-4690-4E80-87C3-D6E957F56660

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Aslihan Routledge*
F1F098EDBC7843B...

Name: Aslihan Routledge

Address: 4 Stuyvesant Oval, Apt. MD

New York, NY US 10009

Phone Number: 3477494620

Email Address: av.aslihan.aslan@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012   To: 10/01/2013

DocuSign Envelope ID: 62DE1CB9-A964-4146-B671-19F2080A17F5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *Atchehoun Aballo Réda*
DocuSigned by:
5051A6AFC20347A...

Name: Atchehoun Aballo Réda

Address: 38 rue Blanche

Paris, Paris FR 75009

Phone Number: +33782777178

Email Address: mchyna@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/26/2008     To: 08/24/2010

DocuSign Envelope ID: 76348EA6-1FF7-4EF2-876B-AAA01AF48F43

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017                Signature: _[DocuSigned by signature]_  4B9B413B43A647D...

Name: Barbara Elian

Address: Markomannenstrasse 18/6/47

Wien , Wien AT 1220

Phone Number: 00436644507127

Email Address: Elian.barbara@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/06/2011          To: 09/05/2013

DocuSign Envelope ID: 7949B18A-0F2E-4E2F-BB8A-4FD676D7B034

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _DocuSigned by:_ 4B2A131066A6454...

Name: Beatriz Maria Ulloa Sebio

Address: Av da Maia 82

Bertamirans-Ames, La Coruña ES 15220

Phone Number: +34688924942

Email Address: blue1000butterfly@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/01/2013     To: 12/16/2014

DocuSign Envelope ID: 049CD8BD-71CD-49BC-992C-4FBEBF5FA109

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/26/2017          Assinatura: *Bianca Reis Esposito*
DocuSigned by:
AD141652677C42F...

Nombre: Bianca Reis Esposito

Endereço: R. Duque Costa, 365 – bl. 4 apto. 22

São Paulo, São Paulo BR 04671160

Teléfono: +5511953412809

Email Address: bia.esposito@yahoo.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/05/2013          A: 06/12/2014

DocuSign Envelope ID: B6F50B91-6677-4DDB-A7C8-01F9F4E7261C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: _[DocuSigned by signature]_ B67BB8A26D4B445...

Name: Bongumusa Shongwe

Address: 2550 W Carmen, Apt 1

Chicago, IL US 60625

Phone Number: 3124474099

Email Address: Smush2808@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/19/2010      To: 01/19/2011

DocuSign Envelope ID: 73A8209C-7ADA-4366-B91E-809F6229444F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017

Firma: *Brenda Martin*
DocuSigned by:
673DF3DE0912486...

Nome: BRENDA JULIETH MARTIN MOYA

Dirección: 112 MONTE CRESTA AVE

OAKLAND, CA US 94611

Telefone: +16086988476

Email Address: brendamartinmoya@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/03/2015     A: 05/01/2017

DocuSign Envelope ID: 5EB5FD67-46DE-4982-A2A1-A326FC5F7C91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *BRUNA*
DF5F4837F9E64BA...

Name: Bruna Rodrigues Garcia

Address: 939 shell blvd.apt106

Foster city, CA US 94404

Phone Number: 6505443147

Email Address: Brunarrgarcia@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/03/2015     To: 01/12/2016

DocuSign Envelope ID: ED847C5C-968F-47C4-8288-173600436E05

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *BUSRA AKBAL*
DocuSigned by:
6819F2D104274A8...

Name: BUSRA AKBAL

Address: 3201 1st ave A416

Columbus, GA US 31904

Phone Number: 4049900885

Email Address: becemakbal@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/03/2010      To: 05/03/2012

DocuSign Envelope ID: 25BF2AE3-AE98-4A01-ABB2-101ADE0A48F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Camila Oliveira Custodio*
DocuSigned by:
08A93F87EFD9472...

Name: Camila Oliveira Custodio

Address: Otto Boehm 665

Joinville, santa Catarina BR 89201700

Phone Number: +5547997009665

Email Address: camilaocustodio@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/12/2016     To: 07/06/2017

DocuSign Envelope ID: 5F3DBB3E-A97A-4018-81CB-1E9EC2A6BE06

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *[signature]*

Name: Cansu Soylemez

Address: La serena apartment number 264

Tempe, AZ US 85283

Phone Number: 2028026151

Email Address: cansu.soylemez@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/12/2016   To: 06/16/2017

DocuSign Envelope ID: 3E77EC6A-26F6-4423-9087-822076C68A84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: _Carla S.O._
B57F26F0025247A...

Name: CARLA VIEIRA DE OLIVEIRA SILVA

Address: Rua Júlio António Conde, 197

Mauá, São Paulo BR 09321950

Phone Number: 5511971972332

Email Address: carla_vieira.o@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/29/2015     To: 07/16/2015

DocuSign Envelope ID: 96A8FDB1-D8A9-4544-B192-DCE715FB02C5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Carmen Taljaardt*
6E79C4BB747040B...

Name: Carmen Taljaardt

Address: 15 Ferndale Road , Humewood

Port Elizabeth, Eastern Cape ZA 6025

Phone Number: 0837541946

Email Address: ctaljaardt@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/06/2014    To: 02/08/2015

DocuSign Envelope ID: 3CB1E440-6AA1-444F-990A-498D9E3A25A7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *CAROLINA AFANADOR*
DocuSigned by:
8872640A3EF5463...

Name: CAROLINA AFANADOR

Address: MZA 5 CASA 31 URBANIZACION NUEVO TEJARES DEL LIBERTADOR

Santa Marta, MAGDALENA CO 123333

Phone Number: 3165330276

Email Address: caroosc@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/27/2009      To: 08/27/2010

DocuSign Envelope ID: 8F283118-171B-4073-815D-3703D9E54F53

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *carrette audrey*
DocuSigned by:
D7D3287A1DA44FC...

Name: carrette audrey

Address: rue théodore de cuyper, 64

bruxelles, bruxelles BE 1200

Phone Number: 027722376

Email Address: carrette-audrey@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/03/2014     To: 06/23/2014

DocuSign Envelope ID: 08982986-1E60-4BF0-9D67-75F1C6D79469

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Catalina Gomez J.*
704F571C8B714C8...

Name: Catalina Gomez

Address: 8 rue Pierre Ginier

Paris, Ile-de-France FR 75018

Phone Number: 33761164247

Email Address: catalinagomez88@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/30/2012     To: 08/10/2013

DocuSign Envelope ID: 9612B27F-FF79-402D-8410-22452B7CDD4A

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Cecile Pavot*
DocuSigned by:
EF18C148D8144C2...

Name: Cecile Pavot

Address: 9475 Woodbridge Rd

Philadelphia, PA US 19114

Phone Number: 2159196787

Email Address: cceele@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/17/2014     To: 08/10/2015

DocuSign Envelope ID: 5281F0A4-1C14-4688-90F9-08CB6BCD6016

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017     Firma: *Cecilia Andrea Herrera Sanchez*
9232CB715097447...

Nome: Cecilia Andrea Herrera Sanchez

Dirección: 4501 Connecticut Ave NW, Apt 720

Washington, DC US 20008

Telefone: 4436809734

Email Address: andreaherrera520@yahoo.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/08/2011     A: 08/07/2013

DocuSign Envelope ID: 5A32C763-8813-4AA0-88E7-50F5584E4831

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: _C. Jugel_
DocuSigned by:
A6847CD4C025427...

Name: Celine Jugel

Address: Braigeweg 12/1

Wernau , DE 73249

Phone Number: +4917660824956

Email Address: celine_-@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015     To: 08/04/2016

DocuSign Envelope ID: 097A2487-CA58-4E71-A5E2-FA35F5100E00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _DocuSigned by: 3A6A609711F84D1..._

Name: Chantel Strydom

Address: 102 Boulder Ridge Road

Scarsdale, NY US 10583

Phone Number: 914 349 2072

Email Address: chantelstrydom15@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/13/2016        To: 11/13/2018

DocuSign Envelope ID: E5CCBA03-0CE4-4B6B-BD2C-C311A8FD26BF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Charonel Olivier*
DocuSigned by:
671BEEB3B2DF47F...

Name: Charonel Olivier

Address: 13316 Winchester Ave

Huntington Woods, MI US 48070

Phone Number: 2484103012

Email Address: charonel@live.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/22/2013       To: 09/22/2015

DocuSign Envelope ID: 939AAAAE-BBA8-4F15-9883-6DDA04A0B82C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

### Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/21/2017

Assinatura: _(assinatura DocuSign)_
DocuSigned by:
A91E6828B4A145B...

Nombre: Christiane Batista Ferreira

Endereço: Rua Santo Amaro, 300, apto 1201

São Paulo, São Paulo BR 01315-000

Teléfono: +5511993153041

Email Address: christiane.b.ferreira@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/05/2013          A: 04/30/2014

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Aracely* 3C6170AE55044C9...

Name: CLAUDIA ARACELI GONZALEZ DOMINGUEZ

Address: LOMA DORADA 328 COLONIA LOMA DORADA

SAN LUIS POTOSI, SAN LUIS POTOSI MX 78215

Phone Number: 524441231386

Email Address: clau_gonzalez@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/30/2013      To: 09/26/2014

DocuSign Envelope ID: 690493E2-7B3C-4A9E-ABE0-E4BEA7BAA890

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *[DocuSigned by: 75A09E5C2957409...]*

Name: Claudia Scott-Jenkins

Address: 602 Kensington Dr

Fredericksburg, VA US 22405

Phone Number: 8453008826

Email Address: Claudiaascott@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/12/2013    To: 08/11/2015

DocuSign Envelope ID: ECDDDD51-88B6-4784-B134-08AE829FDB12

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/28/2017

Firma: *Consuelo Salado Bautista*
DocuSigned by:
5EA5EA191A144C8...

Nome: Consuelo Salado Bautista

Dirección: Av. Juarez 707

Apizaco, Tlaxcala MX 90300

Telefone: +5212411505908

Email Address: consuesb@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/26/2012     A: 11/26/2013

DocuSign Envelope ID: F66E4112-4504-427B-B067-47BDDE8ABA47

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *[DocuSigned by: C. Noack, A0B8EAAC9A6349F...]*

Name: Cynthia Noack

Address: Drosselweg 3e

Weißkeißel, DE 02957

Phone Number: +4915221863483

Email Address: noackcynthia@googlemail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/19/2016     To: 07/19/2017

DocuSign Envelope ID: B90111BF-CE71-4A46-B640-CD55F52D9A9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[DocuSigned by: Dafne, 0A6686C688374AD...]*

Name: Dafne Elhassan

Address: 1600 South Joyce street

Arlington , VA US 32202

Phone Number: 7033383153

Email Address: Daurbinac@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/09/2014     To: 03/11/2016

DocuSign Envelope ID: 345CCE8E-4D49-49DE-8CB3-99419C414CB3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017

Firma: *DocuSigned by:* Daniela Nieto 3B62B8B85B344F1...

Nome: Daniela Katherin Nieto Herrera

Dirección: Calle 95 71 - 11 apto 602 torre 4

Bogota D.C, cundinamarca CO 111121

Telefone: 3142686224

Email Address: danielanieto88@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/01/2015    A: 07/20/2016

DocuSign Envelope ID: 51EF2559-D43E-4B05-A25A-97309D4B4C49

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *[DocuSigned by: signature]* 624739FE78334F1...

Name: Daniela Vazquezmellado Mayaudon

Address: Villa Magnolia 736 Fracc. El Girasol

Puebla, Puebla MX 72440

Phone Number: +5212227665028

Email Address: danielavazquezmellado@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/28/2013     To: 02/27/2015

DocuSign Envelope ID: 15F39F2A-610A-4027-AEA8-08B11FD6EFDE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *[DocuSigned by signature]* 8E541493D26D4A5...

Name: Daniele Torres

Address: 2880 Colby Drive

Boulder , CO US 80305

Phone Number: 720-429-3229

Email Address: dani_elenko84@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/25/2007          To: 04/30/2009

DocuSign Envelope ID: 99569FCB-02E3-445F-B63E-56AEA8D3F4C2

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/27/2017          Assinatura: *Dayana Naiara Nassar*
DocuSigned by:
7E4FABB5751943C...

Nombre: Dayana Naiara Nassar

Endereço: 328B G Street

San Rafael, CA US 94901

Teléfono: 4157226636

Email Address: daynassar@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/10/2011          A: 12/03/2012

DocuSign Envelope ID: 25C218E1-9CAD-4E4D-A01A-2994FB7F172C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *[DocuSigned by: A576DF99537845C...]*

Name: Deidre williams

Address: 2768 State Road A1A Apt 512

Jacksonville , FL US 32233

Phone Number: 9043801220

Email Address: deidrewilliams1996@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/15/2015       To: 11/29/2016

DocuSign Envelope ID: C967F874-CC34-4238-848F-A47F892464E2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Delia Heinrich*
DocuSigned by:
B963D38F7BD64C3...

Name: Delia Heinrich

Address: Paul-Kottsieper Straße 10

Remscheid, NRW DE 42899

Phone Number: 15738197350

Email Address: deliaheinrich@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/19/2015        To: 01/18/2016

DocuSign Envelope ID: D8A6B283-351B-4670-9FCD-4BF6082A2C1C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/21/2017

Firma: *Diana Carolina Munoz Florez*
DocuSigned by:
CCF4B2B986C345C...

Nome: Diana Carolina Munoz Florez

Dirección: 548N 70th s

Seattle, WA US 98103

Telefone: 2066051954

Email Address: caromiflor@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/11/2016      A: 01/10/2018

DocuSign Envelope ID: 9FC4DEF2-A312-44D8-A711-C144DB4CFACC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *AdeWet*
107DDA023AF84B5...

Name: Dirkie Aletta de Wet

Address: 28 Commerce St Apt 2

Norwalk, CT US 06902

Phone Number: 2039457971

Email Address: aletia.dw@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/20/2015     To: 04/20/2016

DocuSign Envelope ID: 78375E9B-D750-4EDD-B7D7-F521E87769D6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  09/27/2017          Firma:  *Eimeen Susy*
DocuSigned by:
E1232DA575B24B1...

Nome:  Eimeen Susana Hernández Álvarez

Dirección:  Zacatecas 7, Cluster Zacatecas, Lomas de Angelopolis 3

Puebla,  MX 72830

Telefone:  2227948756

Email Address:  eimeen_96@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  06/23/2014          A:  06/23/2016

DocuSign Envelope ID: 7D7AB018-E992-43EE-BF61-3A2415536647

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *Elaine Donnelly* (DocuSigned by) 9F30067C6A9E458...

Name: Elaine Donnelly

Address: 1305 Pyramid way, Apt 9d

Sparks , NV US 89431

Phone Number: 7753787432

Email Address: xxxlainey09xxx@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2014     To: 01/11/2016

DocuSign Envelope ID: 18706079-BFE0-49E2-BB87-C982C9CA528C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: _[signature]_

Name: Elin Sjödahl

Address: Ryssängsvägen 41

Örebro,  SE 70375

Phone Number: 0730774060

Email Address: elinsjodahl_@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/10/2014     To: 08/10/2015

DocuSign Envelope ID: B4C67C91-1C1E-44B2-A81F-6024CF6B2846

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _Elisa Ambach_ (DocuSigned by / 14DE7201B84947B...)

Name: Elisa Ambach

Address: Trins 102

Trins, Tirol AT 6152

Phone Number: 00436605565138

Email Address: elisa.ambach@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2015     To: 03/17/2017

DocuSign Envelope ID: AFC9F740-3785-4F45-B1C1-8585D7E6D938

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Elisa Tabuchi Barczak*
B04C3CE5BA1743F...

Name: Elisa Tabuchi Barczak

Address: 17 Mappin Place, Chatswood

Auckland, NZ 0626

Phone Number: +34654701380

Email Address: elisa.barczak@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2011        To: 06/27/2012

DocuSign Envelope ID: 1EDF056F-1E68-4C68-B08A-8CFA373BD5D0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *[DocuSigned by signature]* B03790420354435...

Name: Elva Gisselle Araque blanco

Address: 1826 Wayside Pl

Charlottesville , VA US 22903

Phone Number: 8042453808

Email Address: Gissell93@hotmail.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2016      To: 01/11/2018

DocuSign Envelope ID: AEF72F70-187F-4A53-9A60-67006C6D2573

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017

Firma: *ESTELA MARTÍN SANCHEZ*
DocuSigned by:
F7072D122012401...

Nome: ESTELA MARTÍN SANCHEZ

Dirección: C/ DE LOS MORALES

ESPAÑA, MADRID ES 28054

Telefone: 669145199

Email Address: estelams_1990@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 05/01/2014          A: 06/29/2015

DocuSign Envelope ID: 1399BA06-1540-4BC0-9D30-5F0AB83F2B98

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Ewelina Jean*
B729B5B26867407...

Name: Ewelina Jean

Address: 1611 Miriam St, apt 4

Pittsburgh, PA US 15218

Phone Number: 4126095763

Email Address: ewelina.jean@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/18/2010   To: 09/16/2011

DocuSign Envelope ID: AD4F1365-D2D0-4E79-B358-19BA60D6C0EA

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/21/2017          Assinatura: _Fabiola Sampaio Pasquini_
DocuSigned by:
240BF62DC55649E...

Nombre: Fabiola Sampaio Pasquini

Endereço: Avenida Afonso Botelho, 1334

Campo Mourão, Paraná BR 87.300-040

Teléfono: +5544998150988

Email Address: fahpasquini@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/06/2011          A: 03/06/2013

DocuSign Envelope ID: 66F0A94E-A9EF-4DD5-986D-85EC1B03CDB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Felicity Enders*
754CE17B4E11400...

Name: Felicity Enders

Address: 1/2 Bayley St

Geelong, Victoria AU 3220

Phone Number: 415952339

Email Address: blackrose_109@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/01/2010     To: 04/01/2012

DocuSign Envelope ID: 5C78CE84-020C-491B-9F8B-8B4BF5A43B2D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: _DocuSigned by:_ J. R. Wij
D98CC435AD6A4CC...

Name: Femke Riley

Address: 949 s Goodyear blvd e 387

Goodyear, AZ US 85338

Phone Number: 3215063842

Email Address: Femkeriley@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/05/2012       To: 10/26/2012

DocuSign Envelope ID: 3EB25E5C-60C9-407A-98EA-5F75F271D7CA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _(DocuSigned by: F Risse — B6963D53F856448...)_

Name: Finja Risse

Address: Joh.- Seb.- Bach Str. 18

Werl, DE 59457

Phone Number: 004915141677648

Email Address: katnarnia@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2010   To: 08/18/2011

DocuSign Envelope ID: B5037792-9883-48DD-BC11-A2FD51688F49

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *firdows f cortes*
DocuSigned by:
1571E518AF744EB...

Name: firdows f cortes

Address: 1675 kernan forest ct

jacksonville, FL US 32225

Phone Number: 6145319141

Email Address: firdows.fortune@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/01/2010    To: 04/30/2012

DocuSign Envelope ID: 7221D33B-091A-4D5E-9F0B-7FF8040206AD

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/24/2017              Assinatura: *Flavia Botacini Borges*
DocuSigned by:
8AA3ED4F2C344C1...

Nombre: Flavia Botacini Borges

Endereço: 16

Barretos, Sao Paulo BR 14784162

Teléfono: 988000045

Email Address: fbotacini@yahoo.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/22/2011          A: 11/04/2011

DocuSign Envelope ID: 111F267B-1F49-49DD-AEFC-8C91663F3F7E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *DocuSigned by:* CA01FDAC5003403...

Name: Florence Pastre

Address: Les roquettes

Noron La Poterie,  FR 14490

Phone Number:   +64 20 414 05694

Email Address: Florence.pastre@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/26/2015   To: 04/05/2017

DocuSign Envelope ID: 44CCC081-0014-4CB1-A50E-71CEB4756CF3

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/24/2017

Assinatura: *Francine Beatriz da Silva*
DocuSigned by:
89E82420FE71416...

Nome: Francine Beatriz da Silva

Endereço: Félix Hoppe 545, apto 03

Santa Cruz do Sul, Rio Grande do Sul BR 96810020

Teléfono: 5551996831984

Email Address: francinebsilva@yahoo.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 11/17/2008    A: 11/19/2010

DocuSign Envelope ID: 769C3381-A6E7-492B-B3C5-2D68AF617391

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *DocuSigned by:* [signature] 9E13F3ACB907492...

Name: Franziska Desiré Birgit Pawel

Address: Oldenburger Ring 37

Panketal, Brandenburg DE 16341

Phone Number: 00491733400814

Email Address: franzipawel@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/30/2009      To: 05/18/2010

DocuSign Envelope ID: 39CBEA3A-11B8-4872-9C2A-3180C8BB752B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: _F. Hals_  (DocuSigned by: 882636FF20A9440...)

Name: Franziska Heinrichs

Address: Wacholderweg 7

Bergkamen, DE 59192

Phone Number: 004915253608992

Email Address: F.Heinrichs22@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/02/2013     To: 12/02/2014

DocuSign Envelope ID: 6694819D-A1AB-41D4-A8CF-8101ED1C30E1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *F Reynolds*
DocuSigned by:
7D2EEAA7A170411...

Name: Franziska Reynolds

Address: 1565 Trawler Street

Discovery Bay , CA US 94505

Phone Number: 9257522472

Email Address: franzi.sp@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/28/2013      To: 07/28/2014

DocuSign Envelope ID: D0906809-147A-40B4-ADA1-7D64C78D0B90

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Gaia Moreo*
DocuSigned by:
D165A68488314FE...

Name: Gaia Moreo

Address: Via Baggio 15

Cusago, MI IT 20090

Phone Number: +393203732077

Email Address: gaia.moreo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/18/2016        To: 04/17/2017

DocuSign Envelope ID: 6F275E05-62CA-42E1-A9D7-B863C8E189DB

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:           09/23/2017                    Assinatura:

DocuSigned by:

DE07622AFBD044C...

Nombre:        Georgia Luize Vargas Silva

Endereço:      avenida dos ipês, 274 - flor do vale

               Tremembé, São Paulo BR 12120000

Teléfono:      +5511986566464

Email Address: luize.georgia@gmail.com

Patrocinador:  Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De:    05/20/2013                A:    01/27/2014

DocuSign Envelope ID: 7F99A22A-5C55-4E19-94D0-A7B64E297CA0

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/25/2017

Assinatura: *[DocuSigned signature]* 54D34EFE0B4C493...

Nombre: GISELY CRISTIANE DA COSTA MELO

Endereço: 4606 SOUTH LEISURE CT

ELLICOTT CITY, MD US 21043

Teléfono: 4106607877

Email Address: GISELYCRISTIANE.CM@GMAIL.COM

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 12/04/2016       A: 01/04/2019

DocuSign Envelope ID: 33A25711-E8A6-468E-8F60-147C64A840AB

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Giulia De Donatis* (DocuSigned by) 34D081F7E7064C5...

Name: Giulia De Donatis

Address: Washington street

Cortlandt manor, NY US 10567

Phone Number: 9149601606

Email Address: Giuliadd96@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2016   To: 08/01/2017

DocuSign Envelope ID: 40565F77-08D5-4732-942A-F4CFCDA6E20E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: _DocuSigned by:_ DB5937A2BD53461...

Name: Giulia Vuoso

Address: Habichtstraße

Unterschleißheim , Bavaria DE 85716

Phone Number: +491782962080

Email Address: Giuli_x3@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014     To: 07/13/2016

DocuSign Envelope ID: 84A97E89-09E1-4958-841C-417372898A38

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: _(DocuSigned by: Gorana Momcicevic / 767A6FF637504B2...)_

Name: Gorana Momcicevic

Address: 706 Carriage Hill, Apt 3

Iowa City , IA US 52246

Phone Number: 3195125470

Email Address: momcicevic_gorana@outlook.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/06/2011    To: 06/30/2012

DocuSign Envelope ID: 60A47A64-CA1C-4BF1-811A-EE74D4CFA534

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/22/2017

Firma: _(DocuSigned by)_ 63817DC3446342F...

Nome: Grecia Cecilia Garcia Mejia

Dirección: 943 Peachtree St Ne. UNIT 1905

Atlanta, GA US 30309

Telefone: 7702564956

Email Address: greciacgm22@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/18/2016     A: 04/21/2017

DocuSign Envelope ID: 2922DC2B-184A-445C-8AC8-0D78B515342C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *[signature]* DocuSigned by: A4420784FBAF4F1...

Name: Guilherme Thadeu Bispo

Address: 2017, Channing Lane

Virginia Beach , VA US 23456

Phone Number: 7576175703

Email Address: bispo.gtb@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2017     To: 01/02/2018

DocuSign Envelope ID: ADA1BB2E-A6E6-41C0-9633-1CFC221141FE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *[DocuSigned signature]* 07269E4A05904D6...

Name: Hardy Morgane

Address: 4 résidence du donjon

Etampes, FR 91150

Phone Number: +33609271433

Email Address: Morgane_hardy@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/20/2009       To: 07/31/2011

DocuSign Envelope ID: AF78165A-11E2-4CA0-86C5-6EA35297D690

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Ingrid Liseth Lopez Quiroga*
DEB38E20FC3045A...

Name: Ingrid Liseth Lopez Quiroga

Address: carrera 80f # 10f-28

bogota , cundinamarca  CO  110821

Phone Number: +573195701855

Email Address: choloa@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/01/2015          To: 12/18/2017

DocuSign Envelope ID: 6019CBBB-44C5-48DE-AC50-5294B8936765

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/23/2017          Assinatura: _Izabela Cavaglieri_
DocuSigned by:
B3EB2E2FA1B74A8...

Nombre: Izabela Cavaglieri

Endereço: 1705 windcliff dr

Marietta , GA US 300067

Teléfono: 4043108600

Email Address: Iza_cavaglieri@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 12/07/2015          A: 12/06/2017

DocuSign Envelope ID: A39FB57B-A169-4260-84F0-587D17AC9F84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *DocuSigned by:* 42C8FB3599BA49C...

Name: Jarelle Africa

Address: 150 E 91st apt 54

New York, NY US 10128

Phone Number: 9172793861

Email Address: jarelle.africa@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2011     To: 08/08/2012

DocuSign Envelope ID: 4106A517-74D2-4A7A-8C6D-8331B2BAE9C7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _DocuSigned by:_ Jeanne C. 54DA1DFFD52B442...

Name: Jeanne Cristine da Silva

Address: Alameda da Fonte, 280

Itu, São Paulo BR 13301280

Phone Number: +551140228849

Email Address: jeanne_datrino@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 02/14/2017

DocuSign Envelope ID: 900DA0C6-BF68-4BEF-B062-38D92D249D0E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _J. Pich_

Name: Jennifer Pilch

Address: Carlo-schmid-strasse 19

Düsseldorf, NRW DE 40595

Phone Number: 004915732504681

Email Address: jenniferpilch@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/23/2010    To: 08/22/2011

DocuSign Envelope ID: C5975002-9C63-4E04-B5DB-418338A2A259

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/25/2017

Assinatura: _DocuSigned by:_ 49A27B78FAFB42A...

Nombre: Jessica Moraes Brilhante

Endereço: Avenida beethoven 258

Sao bernardo do campo, Sao Paulo BR 09821400

Teléfono: 931444420

Email Address: Jeeh.brilhante@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 02/14/2014          A: 02/14/2016

DocuSign Envelope ID: 11B2AFE7-0F41-4034-8A15-978C0F82257B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: _Jessica M. Pinheiro_
2A9AA1188A05414...

Name: Jessica Moreira Pinheiro

Address: Rua Vereador Jose Wilson, 121

Juazeiro do Norte, CE BR 63030480

Phone Number: 5588998114410

Email Address: jessmpinheiro@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 08/17/2014     To: 12/18/2015

DocuSign Envelope ID: A61652AC-7403-4282-942C-CE74D4C0EDE7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _DocuSigned by:_
741A5DE82A9B419...

Name: Jodie burns

Address: 6 gayfere road

Ilford  Essex ,  GB Ig50jg

Phone Number: 07894539551

Email Address: Jodieburns88@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/17/2011      To: 12/26/2013

DocuSign Envelope ID: 5F42E491-3252-434C-84FB-76749D8D4751

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *DocuSigned by:* [signature] 36872417DE9A4B4...

Name: Juan Manuel Gómez Uricoechea

Address: Calle 150 a # 45 – 55 apto 606

Bogotá, Bogotá CO 111156

Phone Number: 3134189973

Email Address: Jmgu20@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2014     To: 11/18/2016

DocuSign Envelope ID: 83F64A86-2BCB-479C-83FB-EA8DE6643923

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: _DocuSigned by:_ EE3584C756964FF...

Name: Jule Ochtendung

Address: 1095 Lolla Mae Street

North Pole , AK US 99705

Phone Number: 9076870112

Email Address: jule.ochtendung@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/10/2015   To: 11/26/2016

DocuSign Envelope ID: A11382A9-7F52-4146-9B1D-72125F02557D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *J. Collins* (DocuSigned by) 9970E0D5A310482...

Name: Juliane Collins

Address: Breiter Weg 59

Hameln,  DE 31787

Phone Number: 017632357150

Email Address: julianecollins91@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/02/2010     To: 08/15/2011

DocuSign Envelope ID: ABA0C04B-8A43-4379-AFE5-AEF4239A27B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Juliane Rosseto Nicolau*
98AE3F12D33D409...

Name: Juliane Rosseto Nicolau

Address: Alegre

sao caetano do sul, sao paulo BR 09550250

Phone Number: 5511971692063

Email Address: julianerosseto@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/17/2014    To: 02/17/2016

DocuSign Envelope ID: 4EB41C1B-52BE-47CF-9EC2-FB5AE2D7912B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *julie barral*
DocuSigned by:
570F8D2BB95B477...

Name: julie barral

Address: 4014 emerald street

torrance, CA US 90503

Phone Number: 4242123055

Email Address: julie.barral@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/01/2009     To: 11/30/2011

DocuSign Envelope ID: DE62717E-471E-4878-BE21-D33BF09CA042

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Juliette ANVROIN*
DocuSigned by:
D72063C54438495...

Name: Juliette ANVROIN

Address: 3 rue Molitor

Nancy,  FR 54000

Phone Number: 0033782598436

Email Address: juliette.anvroin@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/30/2010      To: 07/29/2012

DocuSign Envelope ID: C42A0551-FC12-4CFF-B0F6-E41EB4CD4822

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _DocuSigned by:_ 68E1665317B945D...

Name: Kamila Kondej

Address: 1942 10th ave

San Francisco, CA US 94116

Phone Number: 4157550551

Email Address: Annanny86@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/25/2012     To: 08/15/2014

DocuSign Envelope ID: FCC91445-9DFB-4EA5-A7A9-899710C71BC5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: _Kaori Iramina_
5277FA3462C7471...

Name: Kaori Iramina

Address: 1312 north las palmas avenue

Los Angeles , CA US 90028

Phone Number: 213407123

Email Address: iramina72@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/21/2013     To: 10/31/2015

DocuSign Envelope ID: D279E32A-63DA-44E4-8441-02CEAF76567A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Karla Carter*
3747F17133214FF...

Name: Karla Aseneth Carter

Address: 1845 SW White Birch Cir, Unit 13

Ankeny, IA US 50023

Phone Number: 5154231021

Email Address: karseneth@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/06/2013   To: 02/25/2014

DocuSign Envelope ID: 6276FBD0-CE27-4DEB-8FF2-726B62289FF2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *[DocuSigned by: Greplova E718B8BE9B454D2...]*

Name: Karolina Greplova

Address: 202 High Street, Flat 205

Gateshead,  GB NE8 1FX

Phone Number: +447713969335

Email Address: kgreplova@dwd.cz

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016      To: 08/22/2017

DocuSign Envelope ID: 6314A6CE-F2D5-40B8-9547-F614C01F905C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *Karoline Windhagauer*
DocuSigned by:
A0168C5AB9FA4CE...

Name: Karoline Windhagauer

Address: Havneholmen 12E, 6. tv

Copenhagen, Copenhagen DK 2450

Phone Number: 004542666736

Email Address: k.windhagauer@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/09/2010     To: 08/09/2011

DocuSign Envelope ID: A222FA53-2CE9-4A65-90DE-6CDDA56E8623

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *katherine alvarez*
DocuSigned by:
CF4DBC3F1F9648C...

Name: Katherine Alvarez

Address: 7 Village Drive

Hamburg, NJ US 07419

Phone Number: 9143277463

Email Address: k8theskate@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/08/2008   To: 12/08/2010

DocuSign Envelope ID: 5DF95B35-68A7-49DA-BD4C-29072C58F272

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *kelly fuller*
D14FD531CD1B4E0...

Name: kelly fuller

Address: 2579 Holly Manor dr

Falls Church, VA US 22043

Phone Number: 5712452769

Email Address: Kelly_fuller7@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/30/2010     To: 12/30/2012

DocuSign Envelope ID: 6E003C63-9439-4016-970D-0F9BEF5A2E0B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *[DocuSigned by signature]* 093311F8622C46A...

Name: Kenalemanv Gloria Sebonyane

Address: 1113 Taylor Street

Fredericksburg, VI US 22401

Phone Number: 4348721405

Email Address: gggloxy@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/15/2016   To: 05/15/2018

DocuSign Envelope ID: 406403FA-41EF-4ABC-AA6B-FE5072F831E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *[signature]* 40C46166EB7444B...

Name: Kerly Loor

Address: Po box 1053

Middletown, CA US 95403

Phone Number: 6505763460

Email Address: kerlyloor0@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/16/2013   To: 04/02/2018

DocuSign Envelope ID: F318435B-69C6-4081-89DD-BE36E2208F26

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *DocuSigned by: Dobri Kinga*  0E452B29B6724CF...

Name: Kinga Dobri

Address: Bartók Béla út 15/d

Budapest,  HU 1114

Phone Number: +36202877674

Email Address: dobrikinga@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2014     To: 09/01/2015

DocuSign Envelope ID: C3AD6AEC-6D15-4043-9EC2-5B699A7EDE57

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Laura Feikje van Kasteel*
DocuSigned by:
DCA2BB0C53B64C7...

Name: Laura Feikje van Kasteel

Address: Krelis Louwenstraat 5 A 1

Amsterdam,  NL 1055KA

Phone Number: 0630435770

Email Address: lauravankasteel@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/05/2013          To: 09/29/2013

DocuSign Envelope ID: 85F8E4B3-66C5-4A92-9EB2-674EDC2826F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Leana Citar*
DocuSigned by:
D092ADA767A7453...

Name: Leana Citar

Address: 1, Ane Gustin

Porec, Istria HR 52440

Phone Number: 00385915183312

Email Address: lcitar@yahoo.it

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/03/2009     To: 08/24/2011

DocuSign Envelope ID: 97B5616D-D452-4017-A2B1-1115BA3BD822

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/26/2017      Assinatura: _Lívia Neves Melo_
7733A6E6704845C...

Nombre: Livia Neves Melo

Endereço: Rua Raul Valenca, 240

Guarulhos, Sao Paulo BR 07123080

Teléfono: +50766410856

Email Address: livia_nevesm@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/04/2015      A: 05/06/2016

DocuSign Envelope ID: 6E3C8545-10CF-42FD-9602-433BE070EFE1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Ljuba Tomas* (DocuSigned by: CD206B3CE83A4E5...)

Name: Ljuba Tomas

Address: 2205 Scott Rd

Burbank, CA US 91504

Phone Number: 8184158806

Email Address: ljubatomas@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/23/2009     To: 12/04/2009

DocuSign Envelope ID: 2BFEF240-6454-409B-8726-517A89C4CB2D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/21/2017

Firma: _[DocuSigned by signature]_ C8D0991E955C4C6...

Nome: Luz Teresa Lezama Martinez

Dirección: Plaza Aldama #11 Infonavit Venustiano Carranza

Tehuacán , Puebla MX 75760

Telefone: +5212381632003

Email Address: luz.lmtz@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/01/2015     A: 05/31/2017

DocuSign Envelope ID: 4F968612-5FA4-4FB1-8FF5-B882A0DFEC1F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/22/2017

Firma: *Lylian Janet Gonzalez Rodriguez*
DocuSigned by:
2145AF03804F453...

Nome: Lylian Janet Gonzalez Rodriguez

Dirección: Lago de Chapala 6750

Monterrey, Nuevo Leon MX 64890

Telefone: 8115441429

Email Address: gzzlylian@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/24/2015        A: 08/26/2017

DocuSign Envelope ID: 8C65112C-04D6-4825-9468-7315B0E6341D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Manuella de Cassia Gomes e Campos*
B2D4939956B44EB...

Name: Manuella de Cassia Gomes e Campos

Address: 4181 W. Lake Sammamish PKWY SE

Bellevue, WA US 98008

Phone Number: 4253057933

Email Address: manuellacampos@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/18/2015      To: 11/04/2016

DocuSign Envelope ID: C00D5BCA-9D29-4CFA-83CA-5729C57194F3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *MARCOS* (DocuSigned by: B1CF800A5C69407...)

Name: Marcos Santos Sobrinho De Andrade

Address: 3940 House Rd #2

Eau Claire , WI US 54701

Phone Number: 7155562447

Email Address: marcosssdeandradeusa@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/04/2015   To: 05/03/2017

DocuSign Envelope ID: 06120337-E763-46D6-86B7-EE1F356B6389

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/24/2017

Firma: *HER* 
D045B48E21EF464...

Nome: Margarita Elena Rojas

Dirección: Andador Virgo 226

Gomez Palacio, Durango MX 35026

Telefone: 8714143474

Email Address: anouk.solkov@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/01/2015    A: 06/03/2016

DocuSign Envelope ID: 32ACE7CF-2D7B-4088-A5B2-6B9C3BF7B846

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Mari Silva* (DocuSigned by) 10EECFF9207E444...

Name: Mari Neyde Aparecida Silva

Address: 3436 Holly Road

Annandale , VA US 22003

Phone Number: 7038706701

Email Address: mariagroo@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 07/19/2015      To: 07/19/2017

DocuSign Envelope ID: D908EA7B-F7EE-45E0-895F-4649006DACF5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____09/22/2017_____

Firma: _DocuSigned by:_ _Nandy BE_ AC926C9E6DD34C3...

Nome: _María Fernanda Barajas Edid_

Dirección: _Paseo la Toscana 888, Interior 132._

_Zapopan, Jalisco MX 45136_

Telefone: _+523320803592_

Email Address: _nandy.barajas@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _04/27/2015_     A: _04/27/2017_

DocuSign Envelope ID: F065099E-CB4F-4BA6-814F-4704B0F5FEC8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: *Mariana Herrmann Lemos*
DocuSigned by:
B659B452284340A...

Name: Mariana Herrmann Lemos

Address: Rua Godofredo Raymundo 499

Canela, Rio Grande do Sul BR 95680000

Phone Number: 54999025902

Email Address: mariana.herrmann@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2015     To: 08/31/2017

DocuSign Envelope ID: 47E18C90-EA74-4456-AC8D-FD7EA658A325

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/21/2017          Assinatura: _DocuSigned by:_ M. Bitencourt BA3C5FE2510B46A...

Nombre: Mariana Octaviano Bitencourt

Endereço: Soldado José Alves de Abreu 590

Caçapava , Sp BR 12280043

Teléfono: 12997078814

Email Address: maa_bitencourt@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/27/2011          A: 03/13/2013

DocuSign Envelope ID: A7FD19E8-5B23-4930-A411-21172C2AEFB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[signature]* DocuSigned by: 828FF3A00373481...

Name: Marina Hrosc

Address: 135 silvercreek Drive SW

Calgary, Alberta CA T3B 4G9

Phone Number: 4035853971

Email Address: Mhrosc@yahoo.ca

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2009     To: 09/07/2011

DocuSign Envelope ID: F6A16093-1D71-4646-928E-779575A1FD00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _[DocuSigned by signature]_ 886AC2130582494...

Name: Marinés González Highland

Address: Calzada de los Cipreses 7224-3

Zapopan, Jalisco MX 45010

Phone Number: 3316047963

Email Address: m.gonzhigh@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017          To: 01/10/2018

DocuSign Envelope ID: CF8F8FC4-1711-4EDE-9063-0EAB3FF2B7AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *[DocuSigned by: K___ 6E14B6E064EF4E3...]*

Name: Marketa Kabatova

Address: 548 Kpt Jarose 548

Starý Plzenec, Plzen CZ 33202

Phone Number: +420731909449

Email Address: market.kabatova@seznam.cz

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016      To: 08/27/2017

DocuSign Envelope ID: 5DFF7251-766A-41BF-A7EE-F44629D7D83B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: *Martina Friedrich*
CD7349ECB52B49B...

Name: Martina Friedrich

Address: Hallstadter Strasse 6

Bamberg, DE 96052

Phone Number: +4916090903003

Email Address: m1988friedrich@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/06/2012     To: 08/05/2014

DocuSign Envelope ID: 6B1302AE-2756-49A4-84E4-B2E5DC5F98BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *[signature]* DocuSigned by: E24278244DA542D...

Name: Marvin Ackermann

Address: Mathystrasse 20

Karlsruhe, BW DE 76133

Phone Number: 00491781676188

Email Address: marvin.ackermann@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/05/2012    To: 03/30/2013

DocuSign Envelope ID: 453EA2F0-6F27-456B-BA9B-202164BC8889

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[signature]* DocuSigned by: 9083B5712C4B479...

Name: Mayra veronica lopez huerta

Address: Félix Rougier 3720-5B1

Zapopan, Jalisco MX 45086

Phone Number: 3314610847

Email Address: mayrizlh@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/23/2013        To: 06/22/2015

DocuSign Envelope ID: 1E2C908F-ED7A-4EEE-9FC8-DF6AD0B24558

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: DocuSigned by: [signature] 391FCDE689AF4AA...

Name: Mélissa Nicole Echevarria

Address: 71 Seymour St

New Bedford, MA US 83500

Phone Number: 7746277924

Email Address: melissaechevarriaa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/14/2015     To: 03/18/2016

DocuSign Envelope ID: D9955F60-1309-4851-8EC0-3C507C86D4ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *MENEGON MARIE-ALIX HELENE*
DocuSigned by:
FEACD505FD924CD...

Name: MENEGON MARIE-ALIX HELENE

Address: 2 rue Millotet

DIJON,  FR 21000

Phone Number: 0664573307

Email Address: alix.menegon@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014     To: 08/15/2015

DocuSign Envelope ID: 9EF50A99-2C8C-45CD-841D-BFBCEE4CAEFC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/21/2017

Firma: *Michelle Carolina Del Pozo Aguilar*
229CECEFEF95454...

Nome: Michelle Carolina Del Pozo Aguilar

Dirección: 912 E Pitkin Street

Fort Collins , CO US 80524

Telefone: 9708930804

Email Address: carolinadelpozoaguilar@gmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 06/09/2016          A: 04/26/2017

DocuSign Envelope ID: 2E544231-C5DF-444B-8C3D-37C37F0AFF8F

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/21/2017          Assinatura: _____

Nome: Milena Borowiec Marciano

Endereço: Rua da consolação 2270

São Paulo , São Paulo  BR 01302001

Teléfono: 998845081

Email Address: Mileborow@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 07/11/2016          A: 07/31/2017

DocuSign Envelope ID: 557BB93C-8B1C-427C-B48A-9B6C232C52DF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _[DocuSigned by signature]_ 8B92574D798A449...

Name: Miranda Nuñez

Address: 7 Calle poniente #11

La Antigua Guatemala , Sacatepequez  GT 03001

Phone Number: +50250862772

Email Address: Mirandanunez95@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2015     To: 12/14/2016

DocuSign Envelope ID: 4219665F-61EE-4F17-90DD-17E4D2B16939

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Mirjana Prpa* (DocuSigned by) 941B2D93996E452...

Name: Mirjana Prpa

Address: 303-1333 East Broadway

Vancouver, BC CA V5N1V7

Phone Number: 6046199968

Email Address: prpa.mirjana@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/09/2012     To: 05/24/2013

DocuSign Envelope ID: 46C3DCA6-4906-4475-BD19-D788A4BBF789

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *nabeelah fortune*
DocuSigned by:
7BBAAA45B596471...

Name: nabeelah fortune

Address: 1675 kernan forest court, None

jacksonville, FL US 32225

Phone Number: 6145319141

Email Address: firdows.fortune@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/06/2015     To: 06/07/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _DocuSigned by:_ 97978274F030479...

Name: natascha thomas

Address: 115 Gainsborough tower

London, London GB Ub5 5pg

Phone Number: 07889878792

Email Address: natasha-thomas1@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/11/2011     To: 05/04/2012

DocuSign Envelope ID: BA7A994B-4162-4D0F-A3B3-45CBB522ED24

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Nausicaa Nairat*
53B408A6344847A...

Name: Nausicaa Nairat

Address: 6 rue des carrieres

LA SAULSOTTE,  FR 10400

Phone Number: 0633760732

Email Address: nausicaaaa@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/15/2015     To: 03/05/2017

DocuSign Envelope ID: 51B99073-32FE-454A-9B43-A9B6E5E5CE27

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/23/2017

Firma: NAFS
8355C9956C2C4D1...

Nome: Nicole Alejandra Fernandez Salazar

Dirección: 2 de abril

Veracruz, Veracruz MX 91910

Telefone: 2299409770

Email Address: nicoleeefdez@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/30/2015          A: 07/22/2015

DocuSign Envelope ID: 4849FC9B-4209-4CD0-9F04-12BD15E1E84B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *DocuSigned by:* E7406D9D1DB5407...

Name: Nicole Andrea Franco lopez

Address: Querétaro #165

Gómez Palacio, Durango MX 35000

Phone Number: +5218717832466

Email Address: Nicoleandreafco@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/02/2015     To: 03/02/2017

DocuSign Envelope ID: 3E128C1F-56BC-4EB4-A006-4FC3009F498C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Nicole Anne Reeve*
FE9E94878A344D6...

Name: Nicole Anne Reeve

Address: 2/129 Main Street

Blackburn, Victoria AU 3130

Phone Number: +61418837862

Email Address: niksta00@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/05/2015        To: 11/23/2015

DocuSign Envelope ID: 7951672A-95EA-428A-AB84-8C2C04F7D315

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *Ning Xin*

Name: Ning Xin

Address: Youyijiayuan

Baicheng, Jilin  CN 137000

Phone Number: 15663859553

Email Address: 2360943382@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/11/2015     To: 11/11/2016

DocuSign Envelope ID: 206B7822-21C5-43AC-A25C-A8C3ADD2EECB

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/26/2017

Firma: _DocuSigned by:_ B757CACF09A841A...

Nome: Niza ivanova López hernandez

Dirección: Sor Juana 105

La experimental, San Antonio de la cal, Oaxaca MX 71236

Telefone: 8319753025

Email Address: ivanovawong@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/19/2013          A: 05/17/2015

DocuSign Envelope ID: 56366008-75A7-4CFB-9BD8-92491CA6D2CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[signature]* DocuSigned by: EB0DFB7E536B4DB...

Name: Nkgogobane Donna Dikotla

Address: 22120 rolling ridge

Santa Clarita , CA US 91350

Phone Number: 6615423160

Email Address: donnadikotla@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/04/2015     To: 09/01/2015

DocuSign Envelope ID: C3C29E84-498C-4B6E-91C9-DD3B3735A231

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *DocuSigned by:* DB88D6355C764B2...

Name: Nontobeko Shezi

Address: 115 Harry S Truman Dr. Apt 34

Upper Marlboro, MD US 20774

Phone Number: 2406453839

Email Address: Naz.shezi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/07/2010        To: 07/07/2012

DocuSign Envelope ID: C54143A0-5F56-4ADC-A868-0F679D1340FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Paola Alvarez Maciel*
BD962FC9A1DE485...

Name: Paola Alvarez Maciel

Address: 172 W Brookline St

Boston, MA US 02118

Phone Number: 6179877251

Email Address: pao.maciel@live.com.mx

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/14/2013     To: 04/14/2014

DocuSign Envelope ID: 8416795D-F103-4E8E-B41A-4EE8295B6CA0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/23/2017                     Firma: _DocuSigned by:_ 9320EAB24FF4443...

Nome: PAOLA ANDREA GUTIERREZ LOZANO

Dirección: calle 3ra A # 43 - 57

CALI , VALLE DEL CAUCA CO 057

Telefone: 3057361505

Email Address: paogl8@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/13/2016                     A: 06/13/2017

DocuSign Envelope ID: B7F6AD50-D5E2-4D0E-93BF-A1F19E5AE1B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Paola Mejia*
7E9749F9108E438...

Name: Paola Andrea Mejia Mejia

Address: 938 corte diablo

Martinez, CA US 94553

Phone Number: 4159869283

Email Address: Paomejia_0321@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2016     To: 10/23/2017

DocuSign Envelope ID: CA20A2F8-3AC3-4C29-9145-6E9FE2A51DD1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Paola Montero*
DocuSigned by:
6BB58124B9EA493...

Name: Paola Andrea Montero

Address: 8126 w. 4th street

Los Angeles, CA US 90048

Phone Number: 3108443637

Email Address: Paopaomontero@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2016          To: 09/26/2018

DocuSign Envelope ID: 21E0F17B-77F9-4142-8893-3E42E86B7CE4

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/22/2017

Firma: *PAULA ANDREA LIZARAZO DIAZ*
FA386F29E913410...

Nome: PAULA ANDREA LIZARAZO DIAZ

Dirección: CRA 109 A 150 B 79 APTO 603 TORRE 4

BOGOTA, COLOMBIA, BOGOTA CO  111161

Telefone: 523099

Email Address: pald9507@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/27/2016

A: 06/22/2018

DocuSign Envelope ID: 342D87DB-6DE4-47FC-8922-984F4A33291B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Pawel Majewski*
DocuSigned by:
EC97D4EEEA234A3...

Name: Pawel Majewski

Address: 458 N. Doheny Dr Unit 691015

West Hollywood, CA US 90048

Phone Number: 4152166226

Email Address: pawel.majewski@me.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/17/2010       To: 05/16/2012

DocuSign Envelope ID: 8ABF210E-68C7-4F9A-BACB-A3A371CE3370

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/25/2017

Firma: *DocuSigned by: [signature] 708AC6B64AC1455...*

Nome: Priscila Castañeda Clemente

Dirección: Morelos #36 Col. Centrl

José Sixto Verduzco, Michoacán MX 58540

Telefone: 5543182137

Email Address: priscila.castaneda@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/28/2013　　　　A: 06/01/2014

DocuSign Envelope ID: 6E5D314E-7F65-4B85-915E-F101C7A39CB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Purdy Pillay*
43FC43BB98F1486...

Name: Purdy Pillay

Address: 34 Morningside

Stanger, Kwazulu-Natal ZA 4450

Phone Number: 0618067590

Email Address: purdy008@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/18/2011      To: 07/28/2011

DocuSign Envelope ID: 09CEABBE-C40D-4964-AD46-10B6E905FA6D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _qian huang_
DocuSigned by:
7D0FAD8C503F4D5...

Name: qian huang

Address: 3518 63rd street

Woodside, NY US 11377

Phone Number: 3478279261

Email Address: 987968532@qq.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/03/2014     To: 09/28/2014

DocuSign Envelope ID: A6F1B698-AB0B-4EC2-90AF-9E32482B157A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *DocuSigned by:* B06246A4AC9E416...

Name: Rachel Allaston Calleja

Address: 13 Bouchet Cres

Minchinbury, NSW AU 2770

Phone Number: +6408752042

Email Address: allycalleja@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2011     To: 08/25/2012

DocuSign Envelope ID: 54E4CD7C-9871-4F6F-89EE-F4DB7D6BFB94

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Rachel Leigh Smith*
DocuSigned by:
38A4ACE034C0448...

Name: Rachel Leigh Smith

Address: 54 Guywood Lane, Romiley

Stockport, Cheshire GB SK6 4AN

Phone Number: 07919566922

Email Address: rachelsmith_7@msn.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2014   To: 10/05/2016

DocuSign Envelope ID: 8F1814C4-030A-41BD-A864-C9306A3C15B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Radka Purokova*
96BFBD781407417...

Name: Radka Purokova

Address: 28 elliot lane

coto de caza, CA US 92679

Phone Number: 0403004866

Email Address: radkapurokova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2015     To: 09/24/2015

DocuSign Envelope ID: 6BF84864-6A12-4B54-9A21-890B18FD9191

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/23/2017_      Firma: 
1F92DC0CCE5E448...

Nome: _Renata Castorena Estefan_

Dirección: _Paseo San Francisco no. 17_

_Toluca, Estado de México  MX 52159_

Telefone: _7228855759_

Email Address: _renata_estefan95@hotmail.con_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _06/13/2014_      A: _07/04/2015_

DocuSign Envelope ID: 2E48EF7A-88DA-4404-B18E-C5E08A127E77

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Rhylee Kenmey*
01860BA4B16B435...

Name: Rhylee Louise Kenmey

Address: 26 Morland ave

Saint John , New brunswick CA 22102

Phone Number: 7033435271

Email Address: Rhyleelk@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/15/2010     To: 11/16/2012

DocuSign Envelope ID: 0E29CB6B-661C-4DA4-8B33-9B1CF26D828A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[DocuSigned by: Ricarda Tauber — D2B55DD8EE80477...]*

Name: Ricarda Tauber

Address: Boerniger Strasse 81

Herne, DE 44627

Phone Number: +4915754405578

Email Address: ricarda.tauber@unitybox.de

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/19/2015   To: 08/18/2016

DocuSign Envelope ID: CEF051BE-3E11-4223-8C3D-0B8C89BA50E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Roman Kaspar*
559B08683DCD43C...

Name: Roman Kaspar

Address: Mysliv  3

Mysliv, Czech Republic CZ 34101

Phone Number: +420608476531

Email Address: roman.kaspar@outlook.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/02/2014     To: 11/01/2014

DocuSign Envelope ID: 5617A674-304A-4126-BC1D-DBC6E36A1755

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *DocuSigned by:* B69469B3EBAF40C...

Name: Romina Dayana Castillo diaz

Address: 316 mary st

Downingtown , PA US 19335

Phone Number: 4849941170

Email Address: Romicapriotti@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/21/2012     To: 05/20/2014

DocuSign Envelope ID: FF523F88-9A8B-4945-8693-B493577EDE03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *Santiago Pineda Gomez*
AA334B511E8E443...

Name: Santiago Pineda Gomez

Address: 200 Massmills Dr. Apt 211

Lowell, MA US 01852

Phone Number: 8572078636

Email Address: santi.pineda1129@live.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014     To: 08/10/2015

DocuSign Envelope ID: 0C8716FD-B0FC-43FD-BFCB-1865E0E38CB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *S. Schlagwein*
DocuSigned by:
D3DEC5354EC34EB...

Name: Sarah Schlagwein

Address: Südfeldstraße 11a

Hiddenhausen,  DE 32120

Phone Number: 015758298139

Email Address: Sarah.schlagwein@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/22/2015     To: 12/19/2015

DocuSign Envelope ID: 4428E55F-3A5F-4ABF-9D7A-47F91BF3001E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _DocuSigned by:_ [signature] B2D868C04B224F4...

Name: Selin Hausberger

Address: 40 Rose Ave, Apt 5

Venice, CA US 90291

Phone Number: 7203278230

Email Address: selinobean@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2013     To: 08/05/2014

DocuSign Envelope ID: A76EB14E-10F2-4980-A545-5C9973418A5E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: _Shaked_
DocuSigned by:
8F010B116D934D7...

Name: Shaked klein

Address: Hadekel 1

Adi, IL 1794000

Phone Number: +972584810099

Email Address: Shakedklein12@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2015     To: 10/05/2016

DocuSign Envelope ID: BDF6DC73-3B21-43F3-B7C8-9AA7B87E8CA9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017          Signature: *Peng Shih-Hui*
C01A3EDC69214B6...

Name: SHIH-HUI PENG

Address: 4103 Townsville Cir

Missouri City, TX US 77459

Phone Number: 8329983963

Email Address: sabrinapeng724@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 08/04/2014          To: 01/29/2016

DocuSign Envelope ID: C72F9A16-279E-4354-96B0-48E618122F92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: _(DocuSigned by: 726578AD685D482...)_

Name: Sofia Christine Rahn

Address: Weserstraße

Berlin, Berlin DE 12045

Phone Number: 01743972728

Email Address: sofia.rahn@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2009     To: 08/02/2010

DocuSign Envelope ID: 057BD11A-4954-4CE5-A892-AF2B3EF83E8E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: *Sophia Larbi Engelbrektsson*
6A11464C12964F1...

Name: Sophia Larbi Engelbrektsson

Address: Fagerhultsvägen 24

Uddevalla, SE 45193

Phone Number: +46735010706

Email Address: sophialarbi@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2016     To: 09/19/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _DocuSigned by:_ skusterling A3059BC2C96349B...

Name: Sophie Caroline Solveig Küsterling

Address: Steinweg 117

Münchenstein,   CH 4142

Phone Number: 0041614116944

Email Address: skusterling@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/13/2013       To: 05/12/2014

DocuSign Envelope ID: C5F2DD6D-52A6-44F2-9A81-03BCE1870281

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/22/2017

Signature: *Sophie Thiele*
113013097DCB4C1...

Name: Sophie Thiele

Address: Lauxweg 9

Berlin, DE 12107

Phone Number: +4915229460895

Email Address: s.thiele91@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2011     To: 05/10/2012

DocuSign Envelope ID: 713AFE0E-E811-4268-BF07-EB775A8C0B95

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *[DocuSigned by signature]* D394F66CF38540C...

Name: Suellen Aleixo Aragao

Address: 330 3rd Ave W Unit 411

Seattle, WA US 98119

Phone Number: 2064759296

Email Address: suellen_aleixo@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2015        To: 11/16/2016

DocuSign Envelope ID: D981A826-2624-4006-964E-050013DC21E8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *Tamiris de Aguiar Mattos Menezes*
DocuSigned by:
8AC58F36380B4E7...

Name: TAMIRIS DE AGUIAR MATTOS MENEZES

Address: Avenida Brasil 144, Extensão do Bosque

Rio das Ostras, RIO DE JANEIRO BR 28893304

Phone Number: 22998670901

Email Address: tamiris.menezes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2016   To: 08/15/2017

DocuSign Envelope ID: 71CCD8D9-C79A-4900-A173-24F2C29C214C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: *TAMIS REGINA SILVA PEREIRA*
DocuSigned by:
B66DA80277564B1...

Name: TAMIS REGINA SILVA PEREIRA

Address: RUA CINCO 70

SAO JOSE DOS CAMPOS, SAO PAULO BR 12225395

Phone Number: 5512981823060

Email Address: tamisregina@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/21/2010     To: 12/10/2011

DocuSign Envelope ID: CDF2610B-CD18-4A53-9918-C10A8BC538E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Tania Gutierrez*
AA646B5A35774CD...

Name: Tania Cristina Gutierrez Hernandez

Address: Camarena 119

Apodaca , Nuevo León  MX 66610

Phone Number: 8120023949

Email Address: Taniunis_gt@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/10/2009

To: 08/01/2010

DocuSign Envelope ID: 0A440FFF-AD77-4F9A-B4A9-446FB17B8A5D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/21/2017

Signature: _DocuSigned by:_ CE3AA8289CD74F9...

Name: TANSU SOYLEMEZ

Address: 648 Lisbon St.

San Francisco , CA US 94112

Phone Number: 14159608810

Email Address: tansu.soylemez@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/30/2016       To: 10/30/2017

DocuSign Envelope ID: 49EB5144-8C4C-44E4-A94B-1BE06B9F2D7A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017

Signature: *DocuSigned by:* [signature] BA77FFF23A08481...

Name: tashna singh

Address: 118 baijoo road

pietermaritzburg, kwa-zulu natal ZA 3201

Phone Number: 0817906356

Email Address: tashna.singh07@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/04/2016      To: 10/05/2016

DocuSign Envelope ID: E210C639-5077-45B1-88E6-4D21BEF8CFB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/27/2017

Signature: _T Wa_ (DocuSigned by: E05F9CF1EE5F4D0...)

Name: Thomas walther

Address: Geisinger Weg 15

Stuttgart, DE 70439

Phone Number: 017670623816

Email Address: Thomas_walther96@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2014     To: 09/03/2015

DocuSign Envelope ID: C16D8ECC-264C-4FF4-AD5A-0FD007402AA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _DocuSigned by:_ E49213DA29B84E3...

Name: Tramaine Newman

Address: 2448 clay street

San Francisco, CA US 94115

Phone Number: 9253304415

Email Address: tremaine.newman@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/17/2015     To: 05/17/2017

DocuSign Envelope ID: 18F56385-932B-4997-8C2F-0747A99D8926

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *Tugba Dundar*
5025DDD316C3456...

Name: Tugba Dundar

Address: zekeriyakoy mah turyapi sariyer evleri papatya apt d2

sariyer, istanbul TR 34450

Phone Number: 905517114930

Email Address: tugbadundar84@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/01/2010     To: 12/23/2010

DocuSign Envelope ID: 26F3A0A9-353D-4903-B2EB-4561F1BC6438

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: _[DocuSigned by signature]_
B8C2FCD9DA9F474...

Name: Ulrike Cannady

Address: Fichtestrasse 16

Coswig, Saxony DE 01640

Phone Number: +491722086998

Email Address: ucannady@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/28/2010     To: 06/26/2011

DocuSign Envelope ID: 6DF2B425-DF4D-4AE4-8CCF-8D0688FB57FA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: _(DocuSigned by: U. Gagel — 03F2ABCC245B41D...)_

Name: Vanessa Gagel

Address: Brunnenstraße 21

Gau-Odernheim,  DE 55239

Phone Number: +4915128860628

Email Address: vanessa.gagel@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016     To: 07/24/2017

DocuSign Envelope ID: 99133DB1-00FB-42D3-A7EC-B9C511F010D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *DocuSigned by:* 918925DC907643E...

Name: Vanessa Pearce

Address: 7803 Tommy Dr Unit 66

San Diego , CA US 92119

Phone Number: 8583866216

Email Address: Vanessanock@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/10/2011     To: 06/30/2011

DocuSign Envelope ID: 8C93E4D8-B668-4410-A469-8B84B18D0727

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _V. Stangl_
DocuSigned by:
CE044F4D5C5F4BB...

Name: Verena Stangl

Address: Otto-Hahn-Straße 20

Regensburg , Bavaria DE 93053

Phone Number: 016097352278

Email Address: verena.stangl@gmx.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2009        To: 07/27/2010

DocuSign Envelope ID: 33DD3D98-F846-4855-868B-6FEF07614B36

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/24/2017

Signature: _[DocuSigned by: DF36D0A2C609439...]_

Name: Veronica Anabel Fernandez

Address: Poeta Lugones 216

Cordoba, Cordoba AR 5000

Phone Number: 03517502167

Email Address: anabelfer@hotmail.com.ar

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/07/2014     To: 03/20/2015

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017                    Signature: _(DocuSigned by: signature)_  3D1519084A814C9...

Name: Victoria Blakemore 'Nee' Maxwell

Address: 15 Woodfield Glen, Jordanstown

Jordanstown , Newtownabbey  GB BT37 0ZW

Phone Number: 07793965865

Email Address: vikki_maxwell@msn.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/25/2008          To: 07/31/2009

DocuSign Envelope ID: 4B31DD9F-B8E9-4D42-8C79-2956487D0392

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _09/27/2017_   Assinatura: *Virgínia Felipe Manoel*

DocuSigned by:
1FAEAF1A35EF446...

Nombre: Virgínia Felipe Manoel

Endereço: Mesbla, 215

Belo Horizonte , Minas Gerais BR 31360380

Teléfono: 31998503079

Email Address: vi_bhte@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _01/04/2016_   A: _01/04/2017_

DocuSign Envelope ID: A0D38E8D-2385-4C01-9223-65AB060770B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: _DocuSigned by:_ EF478C1E0A5E445...

Name: Xiaoyan Shu

Address: 212-08 75th ave apt6D

Oakland Gardens, NY US 11364

Phone Number: 6466895620

Email Address: Abigailshu802@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/05/2016     To: 07/03/2017

DocuSign Envelope ID: 3FD000BE-2C80-49E7-8A1F-6D897AED9023

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/22/2017

Firma: *Yanahi Fritz*
DocuSigned by:
2CF0311326F0473...

Nome: Yanahi Fritz

Dirección: 1121 Manor Blvd

Piscataway, NJ US 08854

Telefone: 9086447519

Email Address: yanahif@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/24/2014        A: 02/26/2016

DocuSign Envelope ID: FA4A8C5D-556B-4ADD-840E-0714D4D60057

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/23/2017          Signature: _[signature]_

Name: Yeliz Bilgi

Address: 461 Minnesota Circle

Carol Stream, IL US 60188

Phone Number: 6309674707

Email Address: yeliz.bilgi@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2011          To: 10/17/2012

DocuSign Envelope ID: B861E370-2DBC-4904-8EC9-9621A941CBD3

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/26/2017

Firma: *Yezmín Ampudía Sanchez*
C9F88373DC494D5...

Nome: Yezmin Ampudia Sanchez

Dirección: Bosques de Francia 31, Colonia Bosques de Aragón

México, Estado de México MX 57170

Telefone: 525551384071

Email Address: yezmin.amp@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/27/2015          A: 05/16/2016

DocuSign Envelope ID: E1C38381-5E45-4D3E-A50D-A1E473C2EBA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/26/2017

Signature: _DocuSigned by:_ Ying Zhou  17C55C06040249B...

Name: YING ZHOU

Address: 1776E Springfield Ave

New Providence, PA US 07974

Phone Number: 9088830886

Email Address: lafinqueen@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/18/2016          To: 09/19/2018

DocuSign Envelope ID: 5C28B8C1-C6BD-43F5-BBA1-E8DA6670DEF2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/28/2017

Signature: *Yue Xing*
DocuSigned by:
DE9CC6D3769743E...

Name: Yue Xing

Address: 686 Florence

Oakland , CA US 94618

Phone Number: 5109170956

Email Address: xingyueus@126.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/21/2016     To: 08/21/2018

DocuSign Envelope ID: 25A5ADBA-40F4-4269-8E67-5D705CEEDCD0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/25/2017

Signature: *zamaira zaira jordana*
DocuSigned by:
AEBE7FF2EBF7472...

Name: zamaira zaira jordana

Address: calle 179 # 6-29 apt 504 int 4

Bogota, bogota CO 742

Phone Number: 3134505864

Email Address: zamairaz.linares@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2016          To: 01/18/2018