# Exhibit C

**Au Pair Wage Action**
**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
| --- | --- | --- | --- |
| 7650 | k528e2bff | Lisly Diaz | Au Pair in America (APIA/AIFS |
| 7613 | t4h4e5ef6 | María Asunción Vazquez | Au Pair Care, Inc. |
| 7570 | yag3g359c | Natalia Maria Garcia Avila | Au Pair Care, Inc. |
| 10592 | u9e9966g9 | Sara Lucía González Afanador | Cultural Care Au Pair |