IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.
_____

**DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1)
TO CERTAIN EXHIBITS TO THE DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL, FILED SIMULTANEOUSLY HEREWITH**
_____

Pursuant to D.C.COLO.LCivR 7.2, this Court's directives issued from the bench

on August 25, 2017, and the Minute Order entered by Magistrate Judge Tafoya on

August 31, 2017 [ECF no. 693], certain Defendants[1] hereby move the Court for an Order

---

[1] Defendants joining in this Motion to Restrict include: Agent Au Pair; AuPairCare, Inc.; APF Global Exchange, NFP d/b/a Au Pair Foundation; American Institute for Foreign Study d/b/a Au Pair in America; Cultural Care, Inc. d/b/a Cultural Care Au Pair; Cultural Homestay International; EurAupair InterCultural Child Care Programs; Expert Group International, Inc. d/b/a Expert AuPair; American Cultural Exchange, LLC d/b/a Go Au

- 1 -

restricting public access, under Level 1, for certain exhibits attached to Defendants' Opposition to Plaintiffs' Motion to Compel ("Defendants' Opposition"), filed simultaneously herewith. In support thereof, Defendants state as follows:

1. As required by D.C.COLO.LCivR 7.1(a), counsel for Defendants attempted in good faith to confer with Plaintiffs' counsel regarding this motion, but counsel for Plaintiffs had not responded as of the time this Motion was filed.

2. All parties to this action have stipulated to a Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3. The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Stipulated Protective Order ¶ 1 [ECF No. 694].

4. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. *Id.* ¶ 8.

5. Simultaneously with the filing of this Motion to Restrict, Defendants are filing their Opposition to Plaintiffs' Motion to Compel. Certain exhibits to Defendants' Opposition contain Defendants' confidential, proprietary information. As detailed below, publicizing this confidential, proprietary information would cause Defendants serious injury.

---

Pair; GreatAuPair, LLC; InterExchange, Inc.; A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; and USAuPair, Inc.

**Exhibit 4 to Defendants' Opposition**

6. Exhibit 4 is the production of documents made by the Alliance for International Exchange (the "Alliance") on August 23, 2017 pursuant to subpoena. These are the documents that are the subject of Plaintiffs' Motion to Compel [ECF 710], which motion seeks removal of privilege designations from the Alliance production. As detailed in Defendants' Opposition, these documents, consisting largely of handwritten notes, relay both privileged and highly sensitive information, such as discussions about this lawsuit, possible legislative solutions to issues raised by the lawsuit, and regulatory proposals. While Defendants took a conservative approach to redacting privileged information from the Alliance documents, redacting only discussions about this litigation or that conveyed attorney advice, the unredacted portions are highly sensitive. If this sensitive confidential information were disclosed publicly, such disclosure would present a meaningful risk of injury. Defendants therefore designated these documents as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY, and Defendants request that Exhibit 4 to the Defendants' Opposition be afforded Level 1 restriction.

**Exhibit 8 to Defendants' Opposition**

7. Exhibit 8 to Defendants' Opposition includes excerpts from the August 24, 2017, deposition transcript of Susan Hayes, one page of which is designated as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY. This page is the first page of Ms. Hayes' deposition testimony about the Alliance documents that had been produced the day before (and which none of the Defendants had received before the deposition). Per the preceding paragraph, the Alliance documents have been designated as HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY, and they are the subject of

Plaintiffs' Motion to Compel. Ms. Hayes' testimony about these documents should receive the same Level I restriction that is attached to the documents themselves.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to Exhibits 4 and 8 to Defendants' Opposition to Plaintiffs' Motion to Compel, filed simultaneously herewith.

Respectfully submitted this 6th day of October, 2017.

        *s/ Jennifer Arnett-Roehrich*
        Thomas B. Quinn
        Peggy E. Kozal
        Nathan Huey
        Jennifer Arnett-Roehrich
        GORDON & REES LLP
        555 Seventeenth Street, Suite 3400
        Denver, Colorado 80202
        Tel: (303) 534-5160
        Fax: (303) 534-5161
        tquinn@grsm.com
        pkozal@grsm.com
        nhuey@grsm.com
        jarnett-roehrich@grsm.com

        **Attorneys for Defendant**
        ***AuPairCare, Inc.***

        *s/ Brooke A. Colaizzi*
        Brooke A. Colaizzi
        Raymond M. Deeny
        Heather F. Vickles
        Joseph H. Hunt
        Alyssa L. Levy
        SHERMAN & HOWARD, LLC
        bcolaizzi@shermanhoward.com
        rdeeny@shermanhoward.com
        hvickles@shermanhoward.com
        jhunt@shermanhoward.com
        alevy@shermanhoward.com

        **Attorneys for Defendant**
        ***InterExchange, Inc.***

- 5 -

*s/ William J. Kelly, III*
William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

**Attorneys for Defendant USAuPair, Inc.**

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**Attorneys for Defendant GreatAuPair, LLC**

*s/ Bogdan Enica*
Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair**

*s/ Martha L. Fitzgerald*
David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com

**Attorneys for Defendant EurAupair InterCultural Child Care Programs**

*s/ James E. Hartley*
James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com

aahubbard@hollandhart.com
jsbender@hollandhart.com

***Attorneys for Defendant Cultural Homestay International***

*s/ Kathryn A. Reilly*
Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com
      and
Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com

***Attorneys for Defendants American Cultural Exchange, LLC d/b/a GoAuPair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com

***Attorney for Defendant Agent Au Pair***

*s/ Lawrence L. Lee*
Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com

***Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation***

s/ Stephen J. Macri
John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker
Stephen J. Macri
PUTNEY, TWOMBLY, HALL & HIRSON, LLP
jfulfree@putneylaw.com
jcartafalsa@putneylaw.com,
jbc54@cornell.edu
rtucker@putneylaw.com,
robert.m.tucker1@gmail.com
smacri@putneylaw.com

**Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America**

s/ Lawrence D. Stone
Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair**

s/ Joan A. Lukey
Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
kokeefe@choate.com
    and
Diane R. Hazel

James M. Lyons
Jessica L. Fuller
LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

- 8 -


## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 6th day of October, 2017 addressed to

| | | |
|---|---|---|
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua Libling<br>Juan P. Valdivieso<br>Byron Pacheco<br>BOIES SCHILLER & FLEXNER, LLP<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>srogriguez@bsfllp.com<br>jlibling@bsfllp.com<br>jvaldivieso@bsfllp.com<br>bpacheco@bsfllp.com<br><br>        and<br>Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>**Attorneys for Plaintiffs** | Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Joseph H. Hunt<br>Alyssa L. Levy<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>jhunt@shermanhoward.com<br>alevy@shermanhoward.com<br>**Attorneys for Defendant InterExchange, Inc.** | William J. Kelly, III<br>Chanda M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>**Attorneys for Defendant USAuPair, Inc.** |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>ARMSTRONG TEASDALE, LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>**Attorneys for Defendant GreatAuPair, LLC** | Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair** | David B. Meschke<br>Martha L. Fitzgerald<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>**Attorneys for Defendant EurAupair InterCultural Child Care Programs** |
| James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandhart.com<br>aahubbard@hollandhart.com<br>jsbender@hollandhart.com<br>**Attorneys for Defendant Cultural** | Brian A. Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br>    and<br>Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorney for Defendant Agent Au** |

| *Homestay International* | reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair** | *Pair* |
|---|---|---|
| Lawrence L. Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>John B. Fulfree<br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>PUTNEY, TWOMBLY, HALL & HIRSON, LLP<br>jfulfree@putneylaw.com<br>jcartafalsa@putneylaw.com,<br>jbc54@cornell.edu<br>rtucker@putneylaw.com,<br>robert.m.tucker1@gmail.com<br>smacri@putneylaw.com<br><br>**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America** | Eric J. Stock<br>Gibson, Dunn & Crutcher LLP<br>estock@gibsondunn.com<br>mao@gibsondunn.com<br>**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**<br><br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair;<br>20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange** | Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com<br>            and<br>Diane R. Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair** |

*/s/ Kelly M. Trease*
For Gordon & Rees LLP