**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Angela Tapia
2. Katerina Bartonova
3. Pia Murlasits
4. Sila Parga
5. Adriana Roxana Gradinaru
6. Agata Lucia Ferreira Lopera
7. Ainslie Hircock
8. Aleksandra Mcevoy
9. Aleksandra Wierzbowska
10. Alexandre Ott
11. Aline Franzus
12. Amanda Macedo Dantas
13. Ambar Lorena Acosta Escorcia
14. Amira Marquez Moreno
15. Amit Gorin
16. Ana Elisa Luque Landeros
17. Ana Escalera Rodriguez
18. Ana Maria Guerra Tobon

19. Andrea Arellano Oliva
20. Andreza Poli
21. Angela Mininni
22. Angelica Maria Hernandez Dominguez
23. Anna Duda
24. Anna Engelbrecht
25. Anna Gerhardt
26. Anna- Lea Wehrle
27. Anna Polyakova
28. Anna-Maria Lermen
29. Antonia Mattausch
30. Ara Jo
31. Ariane Lehmann
32. Atha Lía Montaño
33. Audrey Rolland
34. Carla Low
35. Caroline Miyuki Adachi
36. Carrie Leigh Turner
37. Catherine Valeska Zamorano Varas
38. Celine Besson
39. Christelle Migayron
40. Christina Egger
41. Corentin Molusson
42. Dandan Wang
43. Danielle Lacy
44. Danijela Cakovic
45. Déborah Evelyn Navarro Gonçalves
46. Denice Bester
47. Denize De Aquino
48. Deonna Govender
49. Dinah Lin Pedersen
50. Dominique Graaff
51. Emily Hicks
52. Emma Louise Bell
53. Fei Dong
54. Ghazaleh Pour Ebrahim Khoramabai
55. Hella Sophie Tschoeke
56. Indira Erika Hernández Rosas
57. Isadora Mello Da Costa
58. Iuliia Fomina
59. Ivana Chagas Lima Lobato
60. Jakub Tuk
61. Jaqueline De Oliveira Barbosa
62. Jeanine Slabbert
63. Jessica Maria Fuery
64. Jessica Yamamoto Kunii

65. Julia Ryborsch
66. Juliana Soto Córdoba
67. Kairina Marin
68. Karen Juletzy Ortiz Rangel
69. Karina Freitas Silva
70. Karolina Kurinska
71. Katarina Pranjic
72. Katarzyna Tanska
73. Kate Ahrens
74. Kathleen Clark
75. Keely Catherine Rivera Cifuentes
76. Kelleigh Nelson
77. Lara Millet
78. Lenape Mango Gloria Sebonyane
79. Lilian Andrea Mantilla Alarcon
80. Ljubica Grierson
81. Makgotso Manamela
82. Malin Johanna Konigsson
83. Maria Alejandra Arriaga Borjon
84. Maria Del Pilar Godoy Agrazales
85. Maria Elena Romo Sierra
86. Maria Fernanda Rios Garcia
87. María Fernanda Tavares Saavedra
88. Mariana Osuna Maciel
89. Mariia Moroz
90. Martha Maria Perez Carrillo
91. Maysa Roberta Bayona Nogueira
92. Melania Meirino Navarro
93. Mia Reichstein
94. Milanka (Davidovic) Grinus
95. Mildred Iris Gonzalez Marquez
96. Monica Bruno Nunez
97. Monica Yulieth Hinestroza Jordan
98. Monika Ewa Mozgala
99. Nadine Riechert
100. Naiara Eraña Recio
101. Ni Guo
102. Nicole Allen
103. Njomkam Mangoua
104. Norraporn Singchai
105. Oksana Danilova
106. Paola Gomez Blanco
107. Raquel Gomes Pimentel
108. Renata Radakovic
109. Rhian Thomas
110. Rikke Andersen

111. Sabrina Eberling
112. Sara Toro Ramos
113. Schoen Morgane
114. Selma Dogan
115. Shoirahon Odilova
116. Sladjana Zivkovic-Vukovic
117. Sonia Estefania Romero Vergara
118. Stephanie Marx
119. Sule Canaydin
120. Sylwia Paulina Mroczkowska
121. Tamara Glock
122. Tamires Bergamin Cavinato
123. Tegan Gordyn
124. Thais Amelio Frei
125. Theresa Risby Kaspersen
126. Vanessa Sucerquia Montoya
127. Veronika Smrkovska
128. Victoria Koberstein
129. Viktoriia Myshchenko
130. Vinicius Rinardo Vendramim
131. Vivian Ramirez Jimenez
132. Viviane Teixeira Marques Dziudzik
133. Yulia Hernandez
134. Zara Colvin

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: October 10, 2017                                  Respectfully submitted,

 /s/ Dawn Smalls_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2017, I electronically served the foregoing motion on all counsel of record.

                  /s/ Dawn Smalls
                  Dawn L. Smalls