# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Angela Tapia | Au Pair Care |
| Katerina Bartonova | Au Pair Care, Inc. |
| Pia Murlasits | Cultural Care Au Pair |
| Sila Parga | Au Pair Care, Inc. |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/01/2017　　SIGNATURE: Angela Tapia

PRINTED NAME: ANGELA MARIA TAPIA LOPEZ

ADDRESS: CARRERA 39 B # 7-33 MARILUZ III, PASTO-NARIÑO-COLOMBIA

TELEPHONE NUMBER(S): (+57) 316-231-0597

EMAIL ADDRESS: ANGELAMTL712@GMAIL.COM

SPONSOR: AU PAIR CARE

DATES IN AU PAIR PROGRAM: OCTOBER 2015 - OCTOBER 2016

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 15th Sep 2017   SIGNATURE: [signed]

PRINTED NAME: KATERINA BARTONOVA

ADDRESS: VEROVICE 626, 742 73 NOVY JICIN
CZECH REPUBLIC (EUROPE)

TELEPHONE NUMBER(S): 604 723 5326

EMAIL ADDRESS: katerina.bart@gmail.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: Jan 2010 - Jan 2011 (1 year)

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 9/22/2017    SIGNATURE: [signed]

PRINTED NAME: PIA MARIA MURLASITS

ADDRESS: LIEBHARTSGASSE 3 / 6-8,
1160 VIENNA
AUSTRIA

TELEPHONE NUMBER(S): +43 699 120 10 100

EMAIL ADDRESS: pia@murlasits.com

SPONSOR: cultural care au pair

DATES IN AU PAIR PROGRAM: 8/2009 - 9/2010

Return this form by **November 2, 2017** to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-335-3336

*BIE000089*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 26/9/2017   SIGNATURE: [signature]

PRINTED NAME: SILA VIDAL PARGA

ADDRESS: CAVA ALTA 3-1ºA, 28005, MADRID - SPAIN

TELEPHONE NUMBER(S): 636 513 106

EMAIL ADDRESS: sila.vparga@gmail.com

SPONSOR: AU PAIR CARE, INC.

DATES IN AU PAIR PROGRAM: 14/11/2011 - 14/11/2012

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

BIE000089