# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 12851 | gcefa9b48 | Adriana Roxana Gradinaru | Go Au Pair |
| 12746 | rgb4g2324 | Agata Lucia Ferreira Lopera | Cultural Care Au Pair |
| 12491 | vcfhae6hd | Ainslie Hircock | Au Pair Care, Inc. |
| 12519 | x2c948fb8 | Aleksandra Mcevoy | Au Pair Care, Inc. |
| 12815 | phdbfh57f | Aleksandra Wierzbowska | Au Pair Care, Inc. |
| 12459 | techea6f4 | Alexandre Ott | Au Pair Care, Inc. |
| 12808 | ya37892d8 | Aline Franzus | Au Pair Care, Inc. |
| 12486 | ya962c8gf | Amanda Macedo Dantas | Cultural Care Au Pair |
| 12592 | gcfc99238 | Ambar Lorena Acosta Escorcia | Cultural Care Au Pair |
| 12817 | beg3d36f8 | Amira Marquez Moreno | Cultural Care Au Pair |
| 12443 | kee882432 | Amit Gorin | Au Pair in America (APIA/AIFS |
| 12512 | ge3a9bd76 | Ana Elisa Luque Landeros | Cultural Care Au Pair |
| 12802 | k336bgag2 | Ana Escalera Rodriguez | Cultural Care Au Pair |
| 12703 | hfa57a676 | Ana Maria Guerra Tobon | Cultural Care Au Pair |
| 12583 | c7b5eg835 | Andrea Arellano Oliva | Cultural Care Au Pair |
| 12692 | ice7866ad | Andreza Poli | Au Pair in America (APIA/AIFS |
| 12587 | p98a879a3 | Angela Mininni | Cultural Care Au Pair |
| 12487 | ufch8ce33 | Angelica Maria Hernandez Dominguez | Cultural Care Au Pair |
| 12533 | b828d49c8 | Anna Duda | Au Pair Care, Inc. |
| 12471 | u237hdab8 | Anna Engelbrecht | Cultural Care Au Pair |
| 12716 | y8b55g8gd | Anna Gerhardt | Au Pair in America (APIA/AIFS |
| 12799 | x4ed3h39g | Anna- Lea Wehrle | Cultural Care Au Pair |
| 12739 | xc8b92923 | Anna Polyakova | Cultural Care Au Pair |
| 12599 | gcacd99fh | Anna-Maria Lermen | Au Pair Care, Inc. |
| 12479 | b5g36ege3 | Antonia Mattausch | Cultural Care Au Pair |
| 12553 | y22h487c4 | Ara Jo | Cultural Care Au Pair |
| 12545 | i26fhf686 | Ariane Lehmann | Au Pair Care, Inc. |
| 12787 | hceb7c2dh | Atha Lia Montaño | Au Pair Care, Inc. |
| 12719 | x6egc53h9 | Audrey Rolland | Cultural Care Au Pair |
| 12734 | p8864b236 | Carla Low | InterExchange, Inc. |
| 12752 | k7gga999f | Caroline Miyuki Adachi | Cultural Care Au Pair |
| 12658 | rdaa22388 | Carrie Leigh Turner | InterExchange, Inc. |
| 12565 | lb7b45545 | Catherine Valeska Zamorano Varas | Cultural Care Au Pair |
| 12622 | ke37857c3 | Celine Besson | Cultural Care Au Pair |
| 12756 | y8g4da2h8 | Christelle Migayron | Au Pair in America (APIA/AIFS |
| 12675 | rbafhg85h | Christina Egger | Cultural Care Au Pair |
| 12454 | rdg7d6aeb | Corentin Molusson | InterExchange, Inc. |
| 12497 | t8be54gag | Dandan Wang | Go Au Pair |
| 12634 | ke8dcff73 | Danielle Lacy | Go Au Pair |
| 12542 | l2geg9e2a | Danijela Cakovic | Au Pair Care, Inc. |
| 12555 | p76c85hh3 | Déborah Evelyn Navarro Gonçalves | Au Pair Care, Inc. |
| 12711 | h382dd35f | Denice Bester | Au Pair in America (APIA/AIFS |
| 12449 | l5c58dc28 | Denize De Aquino | Cultural Care Au Pair |
| 12783 | v42gaefbb | Deonna Govender | Au Pair in America (APIA/AIFS |
| 12440 | bbdge45g9 | Dinah Lin Pedersen | Cultural Care Au Pair |
| 12456 | tgdaag497 | Dominique Graaff | Au Pair in America (APIA/AIFS |
| 12642 | i3ce3hg49 | Emily Hicks | Cultural Care Au Pair |
| 12568 | kb9a33b9a | Emma Louise Bell | Au Pair in America (APIA/AIFS |
| 12688 | p6ga9fab8 | Fei Dong | Au Pair Care, Inc. |
| 12457 | ic4849fff | Ghazaleh Pour Ebrahim Khoramabai | Cultural Care Au Pair |
| 12573 | te5cgafff | Hella Sophie Tschoeke | Cultural Care Au Pair |
| 12550 | k95b5c7d5 | Indira Erika Hernández Rosas | Cultural Care Au Pair |
| 12769 | gg2944c85 | Isadora Mello Da Costa | InterExchange, Inc. |
| 12866 | g6gde6fh3 | Iuliia Fomina | InterExchange, Inc. |
| 12695 | l4636gh5c | Ivana Chagas Lima Lobato | Cultural Care Au Pair |
| 12697 | r66a7de33 | Jakub Tuk | Go Au Pair |
| 12626 | ha635b548 | Jaqueline De Oliveira Barbosa | Cultural Care Au Pair |
| 12585 | r48cdacc4 | Jeanine Slabbert | InterExchange, Inc. |
| 12820 | k47f4b36b | Jessica Maria Fuery | Cultural Care Au Pair |
| 12628 | b3b336a36 | Jessica Yamamoto Kunii | Au Pair Care, Inc. |
| 12537 | i7fef95ah | Julia Ryborsch | Cultural Care Au Pair |
| 12452 | g28g7ab56 | Juliana Soto Córdoba | Cultural Care Au Pair |
| 12601 | r8g5cdbhd | Kairina Marin | Go Au Pair |
| 12765 | r843c54af | Karen Juletzy Ortiz Rangel | Au Pair Care, Inc. |
| 12574 | kgg2ebh77 | Karina Freitas Silva | Au Pair Care, Inc. |
| 12755 | bh34gh79g | Karolina Kurinska | Au Pair in America (APIA/AIFS |
| 12617 | x378e7894 | Katarina Pranjic | Au Pair Care, Inc. |
| 12462 | x2d8bh568 | Katarzyna Tanska | Au Pair Care, Inc. |
| 12847 | x6g4e2feg | Kate Ahrens | Au Pair in America (APIA/AIFS |
| 12570 | y77b477b4 | Kathleen Clark | Cultural Care Au Pair |
| 12699 | l7eg2h4g9 | Keely Catherine Rivera Cifuentes | Cultural Care Au Pair |
| 12581 | yab97ad45 | Kelleigh Nelson | Au Pair in America (APIA/AIFS |
| 12788 | l84gbg8g3 | Lara Millet | Au Pair in America (APIA/AIFS |
| 12526 | yfcbe7664 | Lenape Mango Gloria Sebonyane | Au Pair Care, Inc. |
| 12849 | c93bg26fc | Lilian Andrea Mantilla Alarcon | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 12832 | i2b6gcc5b | Ljubica Grierson | Au Pair Care, Inc. |
| 12595 | uef8g2f2h | Makgotso Manamela | Cultural Care Au Pair |
| 12644 | cee9564f5 | Malin Johanna Konigsson | Cultural Care Au Pair |
| 12747 | raa2e3f97 | Maria Alejandra Arriaga Borjon | Cultural Care Au Pair |
| 12823 | ta3g74g4b | Maria Del Pilar Godoy Agrazales | Cultural Care Au Pair |
| 12705 | hgdg357f9 | Maria Elena Romo Sierra | Au Pair in America (APIA/AIFS |
| 12638 | vab694788 | Maria Fernanda Rios Garcia | Cultural Care Au Pair |
| 12476 | t4737cfd7 | María Fernanda Tavares Saavedra | Cultural Care Au Pair |
| 12829 | v592ca4h5 | Mariana Osuna Maciel | Cultural Care Au Pair |
| 12785 | g55a9a2b7 | Mariia Moroz | Au Pair in America (APIA/AIFS |
| 12480 | y4hg86hbd | Martha Maria Perez Carrillo | Cultural Care Au Pair |
| 12614 | gfchbf65g | Maysa Roberta Bayona Nogueira | Cultural Care Au Pair |
| 12721 | r597babb9 | Melania Meirino Navarro | Cultural Care Au Pair |
| 12661 | i9594cca6 | Mia Reichstein | Cultural Care Au Pair |
| 12666 | p2h49ahab | Milanka (Davidovic) Grinus | Au Pair Care, Inc. |
| 12742 | p8e23g38a | Mildred Iris Gonzalez Marquez | Cultural Care Au Pair |
| 12503 | xhcd845d5 | Monica Bruno Nunez | Au Pair in America (APIA/AIFS |
| 12834 | x77efbgch | Monica Yulieth Hinestroza Jordan | Go Au Pair |
| 12650 | y4ag25h5d | Monika Ewa Mozgala | Au Pair Care, Inc. |
| 12469 | r342f4494 | Nadine Riechert | Cultural Care Au Pair |
| 12515 | xbe36bg79 | Naiara Eraña Recio | Au Pair Care, Inc. |
| 12679 | l85c4fhba | Ni Guo | Au Pair Care, Inc. |
| 12864 | b7hcd76fd | Nicole Allen | Au Pair Care, Inc. |
| 12619 | thhhe959a | Njomkam Mangoua | Au Pair in America (APIA/AIFS |
| 12529 | xa6c54d9b | Norraporn Singchai | Au Pair Care, Inc. |
| 12714 | r28h3dgf7 | Oksana Danilova | Cultural Care Au Pair |
| 12825 | l86593b92 | Paola Gomez Blanco | Cultural Care Au Pair |
| 12729 | u5e7b9g86 | Raquel Gomes Pimentel | Au Pair Care, Inc. |
| 12684 | t7e7fg46h | Renata Radakovic | Cultural Care Au Pair |
| 12862 | bfdg8ab3h | Rhian Thomas | Cultural Care Au Pair |
| 12438 | ufcc33g3a | Rikke Andersen | Cultural Care Au Pair |
| 12577 | g26bf8g34 | Sabrina Eberling | Au Pair Care, Inc. |
| 12494 | t6ag93ceh | Sara Toro Ramos | Cultural Care Au Pair |
| 12668 | u2c8e937g | Schoen Morgane | Cultural Care Au Pair |
| 12844 | l5g467252 | Selma Dogan | Au Pair Care, Inc. |
| 12723 | g45egb2a5 | Shoirahon Odilova | Au Pair Care, Inc. |
| 12517 | g75b9ce7c | Sladjana Zivkovic-Vukovic | Cultural Care Au Pair |
| 12777 | v88gdh632 | Sonia Estefania Romero Vergara | Cultural Care Au Pair |
| 12846 | wgc342928 | Stephanie Marx | Au Pair in America (APIA/AIFS |
| 12510 | reee3432g | Sule Canaydin | Au Pair Care, Inc. |
| 12767 | lba56b9fc | Sylwia Paulina Mroczkowska | Cultural Care Au Pair |
| 12636 | la275ed73 | Tamara Glock | Cultural Care Au Pair |
| 12763 | wac64he2c | Tamires Bergamin Cavinato | Cultural Care Au Pair |
| 12530 | kedaa84ga | Tegan Gordyn | Cultural Care Au Pair |
| 12775 | u689g927h | Thais Amelio Frei | Au Pair Care, Inc. |
| 12558 | k3c782582 | Theresa Risby Kaspersen | Cultural Care Au Pair |
| 12854 | v228gea5d | Vanessa Sucerquia Montoya | Au Pair Care, Inc. |
| 12648 | v767e589d | Veronika Smrkovska | Au Pair Care, Inc. |
| 12812 | r43d883e4 | Victoria Koberstein | Au Pair in America (APIA/AIFS |
| 12677 | u7g9h54h4 | Viktoriia Myshchenko | Go Au Pair |
| 12655 | ra7bg4dg4 | Vinicius Rinardo Vendramim | Cultural Care Au Pair |
| 12701 | h7f65hgcd | Vivian Ramirez Jimenez | Cultural Care Au Pair |
| 12498 | r9b45fh68 | Viviane Teixeira Marques Dziudzik | Cultural Care Au Pair |
| 12793 | cadaeg9dg | Yulia Hernandez | Cultural Care Au Pair |
| 12781 | bh34g88eg | Zara Colvin | Go Au Pair |

DocuSign Envelope ID: FF79A8FA-762B-4A71-AE82-8AD551D885B5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *[DocuSigned by: 8A2308AB0D834A0...]*

Name: Adriana Roxana Gradinaru

Address: 282 Southern Boulevard

Nesconset, NY US 11767

Phone Number: 6316649404

Email Address: Adryas_roxa@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/25/2012          To: 07/22/2014

DocuSign Envelope ID: ABA2EABC-B4B0-4233-B1EB-B86B0AA0A8E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Agata Lucia Ferreira Lopera*
DocuSigned by:
A61D971AF1A4406...

Name: Agata Lucia Ferreira Lopera

Address: Calle 172#58-65

Bogotá, Bogota CO 11115

Phone Number: 3144935465

Email Address: luciaga_90@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/10/2012          To: 06/29/2014

DocuSign Envelope ID: B7FF196D-5A75-4A5C-8CDB-36347FD777A8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: _DocuSigned by:_ CA445B613B5D47B...

Name: Ainslie Hircock

Address: 1012 Dowitcher dr

Satellite Beach, FL US 32937

Phone Number: 5158641042

Email Address: Ainslie.star21@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/23/2010          To: 05/23/2012

DocuSign Envelope ID: 35FE611B-842E-40E4-B853-73189D862054

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/30/2017

Signature: _A Nor_
C3939656E480431...

Name: Aleksandra McEvoy

Address: 401 Whig ln

Glassboro, NJ US 08028

Phone Number: 8565162066

Email Address: arshica@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2009      To: 09/13/2012

DocuSign Envelope ID: 20216B41-F712-4E7C-97C6-E0EA39387149

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *A. Nielsen*
49C430DAEA1B4C7...

Name: Aleksandra Wierzbowska

Address: Królowej Jadwigi 141A/9

Gdańsk, Pomorskie PL 80034

Phone Number: +48606437689

Email Address: wierzbowskaola1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2016     To: 01/18/2018

DocuSign Envelope ID: ED29D17F-09AD-41DC-9A69-907C1AEC98F7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *alexandre ott*
DocuSigned by:
783667698A744C2...

Name: alexandre ott

Address: 223 impasse les mouissettes

camps la source, PACA FR 83170

Phone Number: +528120396354

Email Address: alexott@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/07/2012     To: 01/22/2014

DocuSign Envelope ID: 8E652829-4A5E-4E62-ABBC-A4C03BE8C512

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *A. Franzus*
DocuSigned by:
77C158775F5C4DB...

Name: Aline Franzus

Address: Straßburger Weg 85

Münster, NRW   DE 48151

Phone Number: +4915758776955

Email Address: A.Franzus@web.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014     To: 08/18/2015

DocuSign Envelope ID: A574EC52-B0B5-4FBC-9832-A40ECEFC22E6

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  09/29/2017

Assinatura:

Nombre:  Amanda Macedo Dantas

Endereço:  327 tichenor Ave

South orange , NJ US 07079

Teléfono:  13996662872

Email Address:  Amandamacedod@gmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  01/12/2015

A:  01/13/2017

DocuSign Envelope ID: 8637DEEF-49DF-4710-BA78-D58F9EF5A443

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/02/2017

Firma: *AMBAR LORENA ACOSTA ESCORCIA*
DocuSigned by:
D93747A2E0DA443...

Nome: AMBAR LORENA ACOSTA ESCORCIA

Dirección: NIVEL 201 NO. 407 FRACC. REAL DE LA PLATA

PACHUCA, HIDALGO MX 42086

Telefone: +5217717471734

Email Address: ambloraces@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/17/2015    A: 08/17/2017

DocuSign Envelope ID: 51241769-4C16-42E7-A6FF-22C2C36BBEC7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: _AMIRA MARQUEZ MORENO_
DocuSigned by:
C03FA5010B4146C...

Name: AMIRA MARQUEZ MORENO

Address: 5313 EDINGTON LN

RALEIGH, NC US 27604

Phone Number: 9199097482

Email Address: amm3838@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/07/2016      To: 03/06/2018

DocuSign Envelope ID: 1310AE43-088B-42D7-893F-E8C9CD7D1F1C

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: _DocuSigned by:_ E7D0306DD8B6432...

Name: amit gorin

Address: kibutz megido gorin family

kibutz megido,  IL 19230

Phone Number: 0542300772

Email Address: amitgorin1@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2015      To: 10/05/2016

DocuSign Envelope ID: 4167ADCB-E451-4922-B2FF-990768F6D37C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/30/2017

Signature: _[DocuSigned by: 4266FED056A8466...]_

Name: Ana Elisa Luque Landeros

Address: 1948 Wabash St

Denver, CO US 80220

Phone Number: 7205258381

Email Address: Ana.elula@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/16/2013      To: 06/05/2015

DocuSign Envelope ID: 640ED72F-D8EC-478E-AE4A-9B98D46D8B37

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/05/2017

Firma: ANA ESCALERA RODRIGUEZ
DocuSigned by:
31B0342B0C3541A...

Nome: ANA ESCALERA RODRIGUEZ

Dirección: AVENIDA DE VIÑUELAS, 9, 2C

TRES CANTOS, MADRID ES 28760

Telefone: +34673721195

Email Address: anaescalerarodriguez@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/22/2016        A: 08/18/2017

DocuSign Envelope ID: 75991664-E981-4D36-AAF2-9FA295DAB532

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _DocuSigned by:_ DE40C3FCB8CE4FD...

Name: Ana Maria Guerra Tobon

Address: 4003 South westshore boulevard apt 4004

Tampa, FL US 33611

Phone Number: 8133005314

Email Address: Alinabury1989@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/01/2014      To: 05/23/2015

DocuSign Envelope ID: 0962B398-CB70-4BD2-B477-2ADB8066A5B1

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  10/02/2017

Firma:  *Andrea Arellano Oliva*
2D353DB377D04EC...

Nome:  Andrea Arellano Oliva

Dirección:  El Salvador #207

Irapuato, Irapuato MX 36615

Telefone:  4621870503

Email Address:  arellano876@gmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  01/20/2014

A:  01/19/2016

DocuSign Envelope ID: F5473053-3A5B-4F8D-A68E-0BDEDF0EB9BC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/03/2017                    Signature:  *Andreza Poli*
                                                 CDDBF5C56B064DD...

Name:  Andreza Poli

Address:  Rua Daniel Marot, 40

          São Paulo, SP BR 04165-080

Phone Number: 11966706973

Email Address: andreza.poli@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  03/24/2014          To:  10/20/2015

DocuSign Envelope ID: 10E8E0BF-0C43-4389-853E-3FD929536B01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *Angela Mininni*
DocuSigned by:
67763A06CD2C4EA...

Name: Angela Mininni

Address: 209a 14th street

Brooklyn, NY US 11215

Phone Number: 9178251716

Email Address: angela.mininni11@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/05/2016     To: 07/05/2018

DocuSign Envelope ID: F4DB9E25-5D11-44D2-8266-2FE883649343

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *ANGELICA MARIA HERNANDEZ DOMINGUEZ*
FF15BAFCC4BD45F...

Name: ANGELICA MARIA HERNANDEZ DOMINGUEZ

Address: Calle 57 #728 entre 14 y 16, Fracc. del Parque

MERIDA, YUCATAN MX 92160

Phone Number: +5219992006592

Email Address: angelica.hd88@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/03/2015     To: 07/03/2016

DocuSign Envelope ID: 7F2357A1-FF78-47B7-BE87-C4AFF65AF238

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *DocuSigned by:* Duda  DE7E92F7C35E48E...

Name: Anna Duda

Address: 141 Murray Ave

Larchmont , NY US 10538

Phone Number: 9175695809

Email Address: Annaduda1986@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/18/2011    To: 04/18/2013

DocuSign Envelope ID: E23C4329-C5CC-4C34-8FA2-A500E21F6D10

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Anna Engelbrecht*
47B8F5070CE6473...

Name: Anna Engelbrecht

Address: Dresdner Weg 18

Calden, Hessen DE 34379

Phone Number: 015128802607

Email Address: engelbrechtanna@t-online.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2014     To: 08/07/2015

DocuSign Envelope ID: A02D776E-E2EB-46E2-94E6-41B79E6B9EB2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *DocuSigned by:* [signature] B3629597C8D74BB...

Name: Anna Gerhardt

Address: 2060 Winding Creek Lane

Mason, OH US 45040

Phone Number: 5133841270

Email Address: Annagerhardt1997@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/11/2016     To: 10/11/2017

DocuSign Envelope ID: 98E36E28-CC43-4906-A4BE-D292D5FD729B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: _Anna- Lea Wehrle_
3E0FE0E3599E468...

Name: Anna- Lea Wehrle

Address: Rohrstr. 1a

Friedenweiler, Baden-Württemberg DE 79877

Phone Number: +491747576849

Email Address: anna-lea.wehrle@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/12/2015     To: 04/04/2017

DocuSign Envelope ID: 2AB8FA0F-F4F1-4E99-AE43-143852AFC38E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *[DocuSigned by signature]* 0925C370E125422...

Name: Anna Polyakova

Address: 40 Edison st apt D

MONSEY, NY US 10952

Phone Number: 8454641470

Email Address: An4ik007@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/07/2009     To: 08/06/2010

DocuSign Envelope ID: 74603A91-3B62-4341-9407-3F79441F81C9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *A. M. Lermen*
DocuSigned by:
45E4897F878A426...

Name: Anna-Maria Lermen

Address: Niedermühlenkamp 60

Bielefeld, NY US 33604

Phone Number: +491631619913

Email Address: anna-maria.lermen@hotmail.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/24/2010          To: 05/24/2011

DocuSign Envelope ID: B9C07338-5507-469F-84A2-5657652E89F8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: _DocuSigned by:_ FA843E53AEE1424...

Name: Antonia Mattausch

Address: Brunnenstrasse 16

Tuebingen,  DE 72074

Phone Number: +4915112477616

Email Address: Antonia@mattauschs.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/05/2016     To: 12/02/2017

DocuSign Envelope ID: 5D2F77D6-89D4-4F80-B96A-98D1201C4F42

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature:

_DocuSigned by:_
41820E17A55345C...

Name: Ara Jo

Address: 702 oak land Ave apt 4

Philadelphia , PA US 19126

Phone Number: 2674147800

Email Address: Aljo0922@msn.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/10/2008    To: 12/29/2010

DocuSign Envelope ID: 87E09322-5E68-4B88-A9AC-A9ABDDF6BD05

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: _A. Leh_
DocuSigned by:
A38514F5DFA74C1...

Name: Ariane Lehmann

Address: Grabenstr 21

Trier, Deutschland DE 54290

Phone Number: 00491736225824

Email Address: ariane.lehmann91@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2011     To: 10/10/2012

DocuSign Envelope ID: FB956171-4F2F-4552-A657-C00896134808

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: _DocuSigned by:_ 4523CCB3D3994F7...

Name: Atha lía Montaño

Address: 4516 van ness Sr NW

Washington , DC US 20016

Phone Number: 7736037273

Email Address: athalia_92@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/17/2016   To: 07/15/2018

DocuSign Envelope ID: F8C31379-5912-45C5-8B45-19BD1B5656BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *AUDREY ROLLAND*
DocuSigned by:
277351063E29428...

Name: AUDREY ROLLAND

Address: 2 chemin de l'étang

abeilhan, FR 34290

Phone Number: 0760239357

Email Address: audrey.rolland@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015    To: 12/20/2015

DocuSign Envelope ID: EF2924D9-8D91-476F-8E2F-FDA2A09878A8

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Carla Low*
DocuSigned by:
2D8F283B20F4495...

Name: Carla Low

Address: 11 Folkestone Road

Lytham St. Annes,  GB FY8 3EQ

Phone Number: 07891677659

Email Address: babslow20@hotmail.co.uk

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/29/2013      To: 10/29/2014

DocuSign Envelope ID: BF991D92-813B-4919-86EE-C47CFF4D238A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Caroline Adachi*
880ADA10E3A04B6...

Name: Caroline Miyuki Adachi

Address: Rua Manuel Pinheiro de Albuquerque, 108

São Paulo, São Paulo BR 03582-080

Phone Number: +5511997320226

Email Address: caroline.adachi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015     To: 08/10/2017

DocuSign Envelope ID: 25C3A85A-2DBB-4954-BA94-D15A9D9E914B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _Carrie Leigh Turner_
DocuSigned by:
D6D7AE169A814E2...

Name: Carrie Leigh Turner

Address: 80 Queensway

Scunthorpe, GB DN16 2JA

Phone Number: +447858248476

Email Address: carrie.leigh2013@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/09/2015          To: 11/09/2016

DocuSign Envelope ID: DB1A388A-BCAB-41D7-8FA6-86E2D16AA48E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/01/2017          Firma: *Catherine Valeska Zamorano Varas*
DocuSigned by:
03D514A80ABA472...

Nome: Catherine Valeska Zamorano Varas

Dirección: Arquitecto Hugo Bravo 160, Maipú

Santiago, Metropolitana CL 8320000

Telefone: 56993076542

Email Address: catherine.zamorano@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/06/2010          A: 04/06/2011

DocuSign Envelope ID: C04181C2-2446-4629-AAF8-A13F0672FA84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _DocuSigned by:_ 22EE106C27A64FB...

Name: Celine Besson

Address: 12427 NE 107th Pl

Kirkland, WA US 98033

Phone Number: 4257868565

Email Address: celine.hil@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/01/2013     To: 07/01/2014

DocuSign Envelope ID: C1463F75-E302-457A-8942-4A81D339E11F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Christelle MIGAYRON*
DocuSigned by:
DEB36CD26DF6431...

Name: Christelle MIGAYRON

Address: 21 rue Jean de la Fontaine

MERIGNAC,  FR 33700

Phone Number: +33678328049

Email Address: christelle.migayron@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/09/2012     To: 07/09/2013

DocuSign Envelope ID: C8E06874-173C-4C6A-A5E6-28BDF36A6EEC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _(DocuSigned by: 1A6E031AC8CC4B3...)_

Name: Christina Egger

Address: Penk 93

Penk, Carinthia AT 9816

Phone Number: 00436502547291

Email Address: tini751@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/28/2016      To: 11/28/2017

DocuSign Envelope ID: 078973C5-9D36-4837-8DDF-9F3B0CDE4C6E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Corentin MOLUSSON*
DocuSigned by:
F1AA16B934054B5...

Name: Corentin MOLUSSON

Address: 5 route de Sainte Maure

Le Louroux,  FR 37240

Phone Number: 33669466719

Email Address: corentin.molusson@orange.fr

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/14/2017     To: 06/12/2017

DocuSign Envelope ID: C2DB989B-5A13-4B82-8751-0003C82650B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Dandan Wang*
77C4E02B44A046B...

Name: Dandan Wang

Address: zhuzhou road, Zhangcun NO.95

Qingdao, shandong CN 266101

Phone Number: 15092212826

Email Address: jessiewangdd@163.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/13/2015          To: 07/07/2016

DocuSign Envelope ID: FA60803B-0655-4208-A14F-350CDB55A9CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _DocuSigned by:_ B2F49C849E28467...

Name: Danielle Lacy

Address: 139 Cobham drive

Hamilton , NZ 3316

Phone Number: 021566584

Email Address: Daniellelacy95@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/11/2014     To: 02/11/2016

DocuSign Envelope ID: F9733584-EC2F-49B9-9C0A-1961CEEF4896

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *DocuSigned by:* Danijela cakovic  B95EFA3B63EE41B...

Name: Danijela cakovic

Address: 34 tidwell ln

Henderson, NV US 89074

Phone Number: 7023349798

Email Address: Dcakovic@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/22/2008     To: 09/22/2010

DocuSign Envelope ID: F56EA7F2-036C-4AF3-AE32-9E4FD749ED17

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/01/2017    Assinatura: *Déborah Evelyn Navarro Gonçalves*
DocuSigned by:
FFB73B1188D141D...

Nombre: Déborah Evelyn Navarro Gonçalves

Endereço: Rua Paranaguá, 691 apto 23

Curitiba, Paraná BR 80610025

Teléfono: 41997853730

Email Address: deb.ngnut@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/23/2010    A: 06/23/2011

DocuSign Envelope ID: 5794E9C7-E6B5-469B-99A8-522EFD14AED0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: 

Name: Denice bester

Address: 5883 Brookside dr se

Mableton , GA US 30126

Phone Number: 4044365225

Email Address: Denicevaarde@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/18/2010      To: 02/28/2012

DocuSign Envelope ID: 95BEBDB4-81E4-4599-9441-1003D56287C9

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Denize de Aquino*
DocuSigned by:
FD6A68DD722E473...

Name: Denize de Aquino

Address: 30 West Kinney Street

Newark, NJ US 07102

Phone Number: 2013557366

Email Address: denize.aquino@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2009     To: 08/04/2010

DocuSign Envelope ID: 8F420F77-2A3D-4A61-A4BC-8C3E0B63212A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Deonna Govender*
DocuSigned by:
738A3D6139B748A...

Name: Deonna Govender

Address: 4416 Rosedale Ave

Bethesda, MD US 20814

Phone Number: 2407054409

Email Address: govenderdeonna@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/11/2013        To: 02/11/2016

DocuSign Envelope ID: 232A51DB-1908-4EA3-8328-DA66CF0778A9

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017          Signature: *[DocuSigned by: signature]* 1CC7D9FD38C74C4...

Name: Dinah Lin Pedersen

Address: Risdalsvej 49 st th

Viby J, DK 8260

Phone Number: 004522818447

Email Address: dinahlinp@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016          To: 08/21/2017

DocuSign Envelope ID: 99DBDEF2-244E-4D49-B5FA-379845756E0B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Dominique Graaff*
DocuSigned by:
8450FF8A3BDA401...

Name: Dominique Graaff

Address: 316 Echelon Road, Apt 12

VOORHEES, NJ US 08043

Phone Number: 6095321162

Email Address: dominiquegraaff87@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/11/2013      To: 03/31/2015

DocuSign Envelope ID: 98F77966-0CB2-4989-B989-4BEEC27BE5A9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _[DocuSigned by: 61A09164A78C483...]_

Name: Emily Hicks

Address: 9 S OCEAN AVE

Bayport, NY US 11705

Phone Number: 07397082523

Email Address: e.hicks23@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015    To: 10/01/2016

DocuSign Envelope ID: D53FA29F-60F1-4C4D-BC08-688F0F7E8283

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *Emma Louise Bell*
DocuSigned by:
65F01D2894B6414...

Name: Emma Louise Bell

Address: 2/23B NGATIAWA ST, ONE TREE HILL

AUCKLAND,  NZ 1061

Phone Number: +64212589968

Email Address: emmalulu92@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/20/2012          To: 06/19/2014

DocuSign Envelope ID: 5FC55D60-53AD-40A9-ABB4-AA2342037720

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Fei Dong*
80FEB4D270BC493...

Name: Fei Dong

Address: 138 holloway ave

san francisco, CA US 94112

Phone Number: 4155256664

Email Address: fionadong13@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/25/2013          To: 07/24/2015

DocuSign Envelope ID: F8E22FEA-1D99-4A65-8FE1-2A8263ECCD9C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Ghazaleh Pour Ebrahim Khoramabai*
46B6C198BB72429...

Name: Ghazaleh Pour Ebrahim Khoramabai

Address: 1703 Pretty Penny Court

Brookeville, MD US 20833

Phone Number: 7028836177

Email Address: Ghazaleh@dcwebdesigners.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/21/2010     To: 09/20/2012

DocuSign Envelope ID: 7B98A345-CB06-4383-B29C-F5BAB9E413D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *Hella Sophie Tschoeke*
2938C76764C04DE...

Name: Hella Sophie Tschoeke

Address: Levetzowstr 12A

Berlin, Berlin DE 10555

Phone Number: 015772088226

Email Address: hella.tschoeke@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/02/2012    To: 05/29/2012

DocuSign Envelope ID: FE2209D7-CB5E-4D85-A604-7A9B6BB46464

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/01/2017_  Firma: _[DocuSigned by: signature] BE963EFCEBD9454..._

Nome: _Indira Erika Hernández Rosas_

Dirección: _Retorno González lt 6_

_México City, México MX 08100_

Telefone: _5545048997_

Email Address: _toditojuarez1@yahoo.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/01/2011_  A: _11/01/2011_

DocuSign Envelope ID: AF8AC0B5-5A9F-4D63-B6CB-3E12E78D2D8E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: _Isadora_
89296A473A084AD...

Name: Isadora Mello da Costa

Address: 880 S Coit Rd Apt 2007

Prosper, TX US 75078

Phone Number: 9296660573

Email Address: isamelloc96@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/08/2016     To: 11/08/2017

DocuSign Envelope ID: 9746F81B-5739-4AD2-8F72-73DF1E7255A3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: _DocuSigned by:_ dey IF
3DC866923B42402...

Name: Iuliia Fomina

Address: 1151 N Roadrunner Pkwy Apt 202

Las Cruces, NM US 88011

Phone Number: 6036179877

Email Address: iuliia.fomina@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/17/2010      To: 05/15/2012

DocuSign Envelope ID: 3A5AA4FA-18CE-4BFD-9E06-0832F0E5CDE4

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _10/03/2017_      Assinatura: *Ivana Chagas Lima Lobato*
DocuSigned by:
AD3490FFFC10451...

Nombre: Ivana Chagas Lima Lobato

Endereço: Avenida Vereador Toaldo Túlio

Curitiba, PR US 82300-332

Teléfono: 4198453388

Email Address: ivana.cll@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _08/08/2014_      A: _08/08/2015_

DocuSign Envelope ID: 28584ADD-68CB-4DFB-B832-EA64F0482695

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Jakub Tuk*
7AC40C72BEF84F7...

Name: Jakub Tuk

Address: 295 Prague Street

San Francisco, CA US 94112

Phone Number: 4157132685

Email Address: jakub.a.tuk@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/16/2014       To: 04/16/2016

DocuSign Envelope ID: 91B469B0-6298-4137-92A4-B5FEEA48DC12

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *Jaqueline De Oliveira Barbosa*
DA42B54BEF7F461...

Name: Jaqueline De Oliveira Barbosa

Address: 144 Southcreek Circle

Folsom, CA US 95630

Phone Number: 9168054394

Email Address: jaqueline.o.barbosa@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/27/2014      To: 05/27/2016

DocuSign Envelope ID: 44FEDD90-8666-4EC8-A5E8-038374A62544

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *Jeanine Slabbert*
CF37235B64D443A...

Name: Jeanine Slabbert

Address: 1 Hogsback Avenue

Quillerina, Gauteng ZA 1709

Phone Number: 0828914782

Email Address: J9slabbert@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 11/12/2012     To: 11/29/2013

DocuSign Envelope ID: D324F2E3-9C22-4750-A096-0F535E04E855

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *[DocuSigned by signature]* D8FA75DA1E674F5...

Name: Jessica Maria Fuery

Address: 2090 South Wolff street

Denver, CO US 80219

Phone Number: 720-461-8429

Email Address: jessfuery@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/21/2013      To: 05/02/2014

DocuSign Envelope ID: C67520AB-16DC-4663-867E-52B32A74538B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _DocuSigned by:_ B35A61B015194D7...

Name: Jessica Yamamoto kunii

Address: 179 Edith dr

West st paul, MN US 55118

Phone Number: 6512697880

Email Address: Jessekuniibenedict@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2009   To: 06/30/2011

DocuSign Envelope ID: 3D65117D-D626-437D-932D-C42774BF720A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017     Signature: _(DocuSigned by: J Ryborsh 6C626FA67534474...)_

Name: Julia Ryborsch

Address: Metzer Str. 14

Köln, DE 50677

Phone Number: 022178950966

Email Address: jr89pb@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/29/2009     To: 03/29/2011

DocuSign Envelope ID: E02BB318-5834-4A16-B545-428F7E860C0B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  09/29/2017          Signature: *JULIANA SOTO CÓRDOBA*
                                      DocuSigned by:
                                      C9192D3ABD3C4E7...

Name:  JULIANA SOTO CÓRDOBA

Address:  CRA. 68 #13E 49

          CALI, VALLE DEL CAUCA CO 760001

Phone Number: 3207882994

Email Address: julisoto@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/13/2010          To:  01/01/2012

DocuSign Envelope ID: 24BB5C6E-2001-4B17-BB35-4FB9001C571D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _Kairina_
DocuSigned by:
C5E29BB4643248D...

Name: Kairina Marin

Address: 4136 Pleasant Meadow Ct

Chantilly, VA US 20151

Phone Number: 7036746485

Email Address: Kairinamarin@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/01/2011          To: 09/14/2012

DocuSign Envelope ID: 946D6C13-C289-41A1-B0EB-22B5F486555D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Karen Juletzy Ortiz Rangel*
6874BA04AC3444E...

Name: Karen Juletzy Ortiz Rangel

Address: 4033 Umatilla St

Denver, CO US 80211

Phone Number: 7209807403

Email Address: karortiz@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014   To: 01/31/2016

DocuSign Envelope ID: E7BA7BC2-6592-4611-81DF-79BBD2A4B2AE

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/01/2017

Assinatura: *Karina Freitas Silva*
DocuSigned by:
7BDF1FDE53A3484...

Nombre: Karina Freitas Silva

Endereço: Sara Sara

Sao Paulo, Sao Paulo BH 08081250

Teléfono: +5511945530175

Email Address: freitaskarina58@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/16/2015          A: 08/17/2016

DocuSign Envelope ID: 544FF7BF-656B-457E-95BE-B2F3B10073CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Kurinska*
DocuSigned by:
C6415B72117B4F7...

Name: Karolina Kurinska

Address: Soblahov 496

Soblahov, Slovakia SK 91338

Phone Number: +421918900825

Email Address: karolinakurinska@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/22/2016     To: 08/21/2017

DocuSign Envelope ID: C7BF1AB6-2E3C-4B4A-92C8-8EF474B20FF1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *[DocuSigned by: CA64FE15A93D4F8...]*

Name: Katarina Pranjic

Address: 1641 65th street, Apt. C7

Brooklyn , NY US 11204

Phone Number: 9175332603

Email Address: vanilica91@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/18/2010   To: 10/18/2012

DocuSign Envelope ID: 8A512875-5142-40E1-82A2-701336ECB467

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Katarzyna Tanska*
7AF83D3519644E4...

Name: Katarzyna Tanska

Address: 15 Christopher Road

Mount Kisco , NY US 10549

Phone Number: 9148264540

Email Address: k_tanska@interia.pl

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/04/2013     To: 02/04/2015

DocuSign Envelope ID: 87BE0E98-2748-4A41-BD40-F5A179131969

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *Kate Ahrens*
DocuSigned by:
164C9CB8C9DD435...

Name: Kate Ahrens

Address: 684 Lake Carolyn Parkway, #427E

Irving, TX US 75039

Phone Number: 2034516760

Email Address: ktahrens91@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2014          To: 12/28/2016

DocuSign Envelope ID: D1031236-6DF0-4AA1-BD40-AC89CA95985B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *[DocuSigned by signature]* 7F85874CE4684CF...

Name: Kathleen Clark

Address: 57 montrose ave

Summit, NJ US 07901

Phone Number: 9739001487

Email Address: Usakathleenclark@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2017     To: 08/14/2018

DocuSign Envelope ID: 92DB9F13-90E3-4CD5-B00D-AA12EA0C865B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Kathena* DocuSigned by:
1855EBA45B0948A...

Name: Keely Catherine Rivera cifuentes

Address: 1620 Billeci Ave

Pittsburg, CA US 94565

Phone Number: 9257274834

Email Address: kelyta_16@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2011     To: 08/29/2012

DocuSign Envelope ID: 2328689D-2316-4288-A525-8D0386054E7A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *KELLEIGH NELSON*
DocuSigned by:
A9AD59777FF34B8...

Name: KELLEIGH NELSON

Address: 9 FLETCHER AVENUE, BEN KAMMA

PORT ELIZABETH, SOUTH AFRICA,  ZA 6025

Phone Number: +27620126644

Email Address: kelleighmail@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/26/2014     To: 01/07/2016

DocuSign Envelope ID: C91AB689-01A4-44D7-BA0C-466731B3173A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Lara Millet*
DocuSigned by:
785D99662E79427...

Name: Lara Millet

Address: 1 maple leaf drive

Holmdel, NJ US 07733

Phone Number: 7327725328

Email Address: millet.lara@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/16/2016       To: 04/16/2018

DocuSign Envelope ID: E7D67ED9-E05F-4DDF-8A99-2D600E8361B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *[DocuSigned by signature]* AE8DA0C10B714BA...

Name: Lenape mango Gloria Sebonyane

Address: 1113 Taylor Street

Fredericksburg, VA US 22401

Phone Number: 4348721405

Email Address: gggloxy@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/15/2016          To: 05/15/2018

DocuSign Envelope ID: 21FF86BB-2B6D-40EE-A708-76DC4E63B357

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/05/2017

Firma: *Lilian Andrea Mantilla Alarcon*
DocuSigned by:
5ED3CAFB93D34AC...

Nome: Lilian Andrea Mantilla Alarcon

Dirección: calle 64 # 3b- 70

Bogota,  CO 110231

Telefone: 3214270661

Email Address: andreitamantilla3@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/05/2016          A: 05/05/2017

DocuSign Envelope ID: 54A1FB18-A671-4A28-84E0-BF5096B7130E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *Grierson*
DocuSigned by:
D0793F2903F9463...

Name: Ljubica Grierson

Address: 441 63rd St Fl 3

Brooklyn, NY US 11220

Phone Number: 3092644520

Email Address: buba_ljubica@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/22/2011     To: 02/20/2013

DocuSign Envelope ID: FBDB40D4-77F3-489C-ADC8-2A1C2A40A310

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *MManamela*
6EA797CC765B44F...

Name: Makgotso Manamela

Address: Delaware

New york, NY US 11752

Phone Number: 27849455967

Email Address: mmakgotso57@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2015   To: 06/01/2017

DocuSign Envelope ID: A9FC2360-30F1-4AF1-9DF7-B3639AA9510E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _[DocuSigned by signature]_ 73E23647376249B...

Name: Malin johanna konigsson

Address: 894 south 8th street

San Jose, CA US 95112

Phone Number: 6503882357

Email Address: Jocki_16@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2011      To: 12/15/2012

DocuSign Envelope ID: 28FBC09F-73C4-4107-9B6F-A3C41075BB7B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/04/2017

Firma: _Maria Alejandra Arriaga Borjon_
EE059127F8C8433...

Nome: Maria Alejandra Arriaga Borjon

Dirección: 12 de Octubre

Culiacan, WA US 80016

Telefone: 755532822

Email Address: alexarriaga@msn.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/04/2015          A: 02/24/2016

DocuSign Envelope ID: 6578B610-7A13-43F6-B229-A5A6FC801AA7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *Maria del Pilar Godoy Agrazales*
DocuSigned by:
FF78F4D7A53245C...

Name: Maria del Pilar Godoy Agrazales

Address: 1090 Osage St, Apt 329

Denver, CO US 80204

Phone Number: (719) 679-7068

Email Address: mpilar_g@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2009     To: 11/16/2010

DocuSign Envelope ID: 4D77D6DB-FB72-4F58-BCD8-22F428CC5BA2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  10/03/2017          Firma: _____

Nome:  Maria elena romo sierra

Dirección:  Blvd las quintas, fracc. quinta santa rita #67 colonia las quintas

Torreon, coahuila,  MX 27016

Telefone:  8711041789

Email Address:  marielyromo@gmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:  11/28/2011          A:  12/12/2012

DocuSign Envelope ID: 8DF315ED-F670-4729-89FF-5D9BB9BA9325

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/02/2017

Firma: *Maria Fernanda Rios Garcia*
DocuSigned by:
B0941E0D24C1474...

Nome: Maria Fernanda Rios Garcia

Dirección: km. 18 Carretera a San Jose Pinula, residenciales Providencia, Jardines de Providencia ca

Guatemala , Santa Catarina Pinula  GT 1051

Telefone: 50250060083

Email Address: fernandariosg@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/26/2012          A: 09/23/2013

DocuSign Envelope ID: CFEF3046-4B84-4750-A227-AFBF6779B982

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *María Fernanda Tavares saavedra*
DocuSigned by:
5B86B8A9FC7E4D3...

Name: María Fernanda Tavares saavedra

Address: Carrillo puerto, col. Gral Anaya

mexico city, CDMX MX 03340

Phone Number: 1044553000402

Email Address: tasamf@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2016      To: 08/18/2017

DocuSign Envelope ID: 37E29BF3-4CB3-4FCF-8919-CB826E772B00

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/05/2017

Firma: _DocuSigned by:_ Osunal. 34D28B5F66A8476...

Nome: Mariana Osuna Maciel

Dirección: Av. Paseo de los Virreyes 998 casa 1

Zapopan, Jalisco MX 45110

Telefone: 36829964

Email Address: mariana_osuna24@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/05/2013          A: 08/05/2014

DocuSign Envelope ID: 631ABB23-54E3-4C50-A517-81A2DC0B0D6A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: _DocuSigned by:_ 3F5663085751491...

Name: Mariia Moroz

Address: 1623 48th Ave.

San Francisco , CA US 94122

Phone Number: +14159396446

Email Address: Agava85@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2009        To: 07/31/2011

DocuSign Envelope ID: B17FCB97-0BE4-48A8-88FC-3DB33B05363E

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 09/29/2017

Firma: _DocuSigned by:_ MMPC
2BD3836E04FF4FE...

Nome: Martha Maria Perez Carrillo

Dirección: 30 norte 407

Tehuacan , Puebla MX 75760

Telefone: 2381156833

Email Address: josi_mari@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/08/2016     A: 09/04/2017

DocuSign Envelope ID: DC1A50D6-F898-4E32-85AF-FB49A946AD20

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/02/2017

Assinatura: *Maysa Roberta Bayona Nogueira*
DocuSigned by:
F118CCD65AE641D...

Nombre: Maysa Roberta Bayona Nogueira

Endereço: 541 Clinton st 3F

Brooklyn, NY US 11231

Teléfono: 7188124117

Email Address: nietotchka@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/04/2014       A: 04/02/2016

DocuSign Envelope ID: B2E6EA08-777C-489C-9CEA-8F8B153DC37B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *melania meirino navarro*
DocuSigned by:
6408637B3A6A4DE...

Name: melania meirino navarro

Address: calle maldonado 2

pantoja de la sagra, toledo ES 45290

Phone Number: 637303402

Email Address: melsteward2@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2015     To: 01/04/2018

DocuSign Envelope ID: 59B86A44-A5BB-4D0F-A1DE-FA4E0C1F453F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *[signature]* DocuSigned by: 3C937C4B7EC6476...

Name: Mia Reichstein

Address: 19 D'Erlanger Ave

Adelaide , South Australia  AU 5081

Phone Number: 0479052590

Email Address: Mia.reichstein@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2014      To: 01/07/2016

DocuSign Envelope ID: 84546BD3-E433-4AE5-B19D-D38D54C53791

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Milanka (Davidovic) Grinus*
DocuSigned by:
A292E5607DFD4B9...

Name: Milanka (Davidovic) Grinus

Address: 4670 IL Route 173

Zion, IL US 60099

Phone Number: 2247160757

Email Address: milagrinus@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012     To: 12/30/2012

DocuSign Envelope ID: B075736C-0BD9-4694-8DA2-D6AA7685588C

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *[signature]* DocuSigned by: D712D95462814F4...

Name: Mildred Iris Gonzalez Marquez

Address: 1520 16th ave S

Nasville, TN US 37212

Phone Number: 6155218253

Email Address: Mildredgonzalezm@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014     To: 08/11/2016

DocuSign Envelope ID: 2BBC02C3-8BFA-493D-AA64-5E0F23C72204

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017

Signature: *Monica Bruno Nunez*
DocuSigned by:
10AAD6D109144EE...

Name: Monica Bruno Nunez

Address: P.O. Box 1813

Conway, NH US 03818

Phone Number: 6039863774

Email Address: mbnbruno@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/07/2009     To: 04/14/2010

DocuSign Envelope ID: 47ED72F8-8C75-4B55-AEAA-99405F899645

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: _[DocuSigned by signature]_
EE2B0469B3FE418...

Name: Monica Yulieth Hinestroza Jordan

Address: 3 Glenn Circle

Erdenheim, PA US 19038

Phone Number: 2154904588

Email Address: monicahinesnoble@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/17/2013     To: 07/18/2015

DocuSign Envelope ID: 9555EBB5-506B-48A3-BEE3-EEBF58F11BB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Monika Ewa Mozgala*
37C7703423584F7...

Name: Monika Ewa Mozgala

Address: Walowa 7 m 3

Warsaw, Mazowieckie PL 00202

Phone Number: 0048510980504

Email Address: monika.mozgala@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/26/2011   To: 11/23/2011

DocuSign Envelope ID: 63054795-BA7C-4914-81C6-06C12738F7D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: 09/29/2017

Signature: *Nadine Riechert*
DocuSigned by:
037CDA19FFE0417...

Name: Nadine Riechert

Address: Grebensteiner Str. 24

Calden, Hessen DE 34379

Phone Number: 015156653762

Email Address: nadinerie2701@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2014      To: 09/12/2015

DocuSign Envelope ID: 027E176A-C792-44F3-B1DC-1EBC68FBC0A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/30/2017

Signature: *Naiara Eraña Recio*
DocuSigned by:
E0DCED158D6D45C...

Name: Naiara Eraña Recio

Address: 26 Marco Polo avenue

Auckland, Lynfield NZ 1042

Phone Number: 210669179

Email Address: nai.vitoria23@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/22/2010     To: 02/22/2012

DocuSign Envelope ID: 2724691F-61E6-471D-9C9E-31DEF165067D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *M GUO*
99CB4FB79CD7400...

Name: NI GUO

Address: 18925 PATTON DR

CASTRO VALLEY, CA US 94546

Phone Number: 5103989256

Email Address: guoni0909@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/19/2014          To: 05/19/2015

DocuSign Envelope ID: 74BF2859-9EFC-4AD6-8254-94622B9B4681

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *[DocuSigned by: 55BDE0D630F8440...]*

Name: Nicole Allen

Address: 1525 Derby st, apt. D

Berkeley , CA US 94703

Phone Number: 6502286806

Email Address: Niccherelle@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/28/2012     To: 10/01/2013

DocuSign Envelope ID: FF8A048D-A780-4A8E-8787-190A90C66FD8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: *NJOMKAM MANGOUA arielle*
DocuSigned by:
46DEAA0FF37A43E...

Name: NJOMKAM MANGOUA

Address: 24 rue Edouard Branly

Bron, FR 69500

Phone Number: 003641083749

Email Address: arielle.sophie@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/28/2014     To: 11/18/2015

DocuSign Envelope ID: E7C70B45-BAF6-4831-94D5-9E951AEA6BAC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: _เนรมร สิงหรัช_
DocuSigned by:
6F2236486681405...

Name: Norraporn Singchai

Address: 197 Moo 5, Dom District

Sangkha, Surin TH 32150

Phone Number: +66910209342

Email Address: piung_jung@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/22/2012   To: 08/23/2012

DocuSign Envelope ID: 9AB4D619-B684-4632-B6D3-C319DB477413

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _[DocuSigned by signature]_ 0AEECB9B15824EC...

Name: Oksana Danilova

Address: 430 St Francis blvd

Daly City , CA US 94015

Phone Number: 4158232854

Email Address: oksana.danilova.us@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2009     To: 05/31/2010

DocuSign Envelope ID: 35512E9A-9C06-4F18-AB96-A84DC60D2033

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/05/2017

Firma: _Paola Gomez_
78FEE8D61AAC42E...

Nome: Paola Gomez Blanco

Dirección: Avenida Pablo Neruda 4193-11

Zapopan, Jalisco MX 45110

Telefone: +523331918441

Email Address: pagobl@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/05/2013     A: 08/05/2014

DocuSign Envelope ID: E75E2578-EE03-4356-8EC8-447A801904E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017          Signature: *Raquel P. H*
DocuSigned by:
9CCD7EA92C6A459...

Name: Raquel Gomes Pimentel

Address: Rua Teatrólogo Silvano Serra, 80

Fortaleza , Ceará  BR 60177-050

Phone Number: +5585986326808

Email Address: Raquelmoda@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009          To: 10/31/2010

DocuSign Envelope ID: 8C051086-BFC1-4A1C-AD64-7059A7377F08

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _(DocuSigned by: AD96801183934F2...)_

Name: Renata Radakovic

Address: 139 Orawaupum Street

White Plains , NY US 10606

Phone Number: 9142999780

Email Address: renataradakovic@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/06/2009     To: 09/10/2010

DocuSign Envelope ID: CB8C8FA8-58AE-4F64-959A-9EAF1C253366

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *Rhian Thomas*
6D9C4212A26E4D8...

Name: Rhian Thomas

Address: 60 Kendal Ave

Maplewood, NJ US 07040

Phone Number: 9175629423

Email Address: rhianxo@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017          To: 01/08/2018

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/29/2017   Signature: _[DocuSigned by signature]_ 81022C66E23C4AA...

Name: Rikke Andersen

Address: Kildeåsen 15

Ringsted, DK 4100

Phone Number: 20660043

Email Address: rikkeandersen1996@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016   To: 08/21/2017

DocuSign Envelope ID: CD5B4348-5431-4A76-8CC5-D8C75CA3C0B9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: _DocuSigned by:_ DB21195AD116405...

Name: Sabrina Eberling

Address: 1103 W 2875 N

Layton, UT US 84041

Phone Number: 6313716019

Email Address: Bina_power@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2009     To: 07/11/2011

DocuSign Envelope ID: D2142A2E-4B33-40EE-B177-5087DABD79FC

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _09/29/2017_

Firma: _Sara Toro Ramos_   (DocuSigned by: Sara Toro Ramos — 02953E95D59849C...)   SJR

Nome: _Sara Toro Ramos_

Dirección: _11025 Bondshire Drive_

_Reno, NV US 89511_

Telefone: _7759979308_

Email Address: _saritra29@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _11/28/2016_   A: _11/28/2017_

DocuSign Envelope ID: E8BBD9C6-5DAB-42EB-A2CB-9514D2C9434D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _SCHOEN Morgane_
8569FEEEAD1D49B...

Name: SCHOEN MORGANE

Address: 46 GLEN HILL ROAD

WILTON , CT US 06897

Phone Number: +33771793878

Email Address: schoenmorgane@yahoo.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/20/2015     To: 07/13/2016

DocuSign Envelope ID: 4801B9D0-5A3D-4B82-9904-0983A75A55F0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *SELMA DOGAN*
DocuSigned by:
96EA784C3A284CE...

Name: SELMA DOGAN

Address: 9715 HORACE HARDING EXPY APT 12N

CORONA, NY US 11368

Phone Number: 3474694925

Email Address: selmadgn@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2010     To: 02/25/2011

DocuSign Envelope ID: FEDCE6CB-E599-4C5B-94B0-51E68968173D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *SHOIRAHON ODILOVA*
DocuSigned by:
3F0CCC330B4A4D8...

Name: SHOIRAHON ODILOVA

Address: 1882 Yan An Xi Lu, Donghua University, build 2, room 22010

Shanghai, Shanghai CN 200051

Phone Number: +8613818604084

Email Address: shoiraodilova@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/15/2008     To: 09/15/2010

DocuSign Envelope ID: EA348938-BCA2-486D-B94A-551C0F0837FC

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/30/2017

Signature: _[signature]_ 25D245ED62474AA...

Name: Sladjana Zivkovic-Vukovic

Address: 165 Cottage St, 504

Chelsea, MA US 02150

Phone Number: 8572497631

Email Address: sladjanazivkovic1@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2008          To: 09/20/2010

DocuSign Envelope ID: 52835453-7D39-45DC-B442-A618E687188C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *[signature]* DocuSigned by: EA6063F7C6AA46B...

Name: Sonia Estefania Romero Vergara

Address: 14 park street

Centereach , NY US 11720

Phone Number: 6313043731

Email Address: Soniaxel@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015     To: 07/20/2017

DocuSign Envelope ID: B3C8E56F-BD73-4E25-BE31-40DFC7081A16

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: *Stephanie Marx*
DocuSigned by:
9548E99692A7468...

Name: Stephanie Marx

Address: 684 Lake Carolyn Parkway

Irving, TX US 75039

Phone Number: 9292849623

Email Address: stephaniemarx@live.co.za

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/27/2014          To: 01/27/2016

DocuSign Envelope ID: 41E293C2-577E-49AC-9E39-7BF2D1C3811A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 09/30/2017

Signature: _DocuSigned by:_ FB812120C01B441...

Name: SULE CANAYDIN

Address: İSTASYON MAHALLESİ VATAN CADDESİ NO:104

ISTANBUL, TURKEY TR 34940

Phone Number: +905354845859

Email Address: av.sulecanaydin@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/09/2012   To: 10/31/2012

DocuSign Envelope ID: E0434FB3-5AC2-48A2-A7DB-B8E664AF7278

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Sylwia Paulina Mroczkowska*
DocuSigned by:
B43A81EE78E7480...

Name: Sylwia Paulina Mroczkowska

Address: 25 SLOCUM AVENUE

Port Washington, NY US 11050

Phone Number: 5168835085

Email Address: s.mroczkowska93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2015     To: 08/16/2017

DocuSign Envelope ID: 17EE8B6D-B0B0-4F58-A768-8AD89AEF7BD0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/02/2017

Signature: _DocuSigned by:_ T. Glock 5836C08CE0F8483...

Name: Tamara Glock

Address: Bernkastelerstrasse 12

Wittlich, DE 54516

Phone Number: 00491712035256

Email Address: Glocktamara@googlemail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/18/2011          To: 09/16/2012

DocuSign Envelope ID: 44A0B2E6-6C44-48A6-A74B-FA95529CCAA3

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/04/2017          Assinatura:  _HBL_  
7976469B935C4B7...

Nombre:  Tamires Bergamin Cavinato

Endereço:  Miguel Narciso Luciano, 286

Agudos, São Paulo BR 17120000

Teléfono:  14 991982070

Email Address:  Tami_bc@hotmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  09/30/2013          A:  06/29/2015

DocuSign Envelope ID: 4754A630-EEF9-48BB-AC98-F517B70210DB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *Tegan Gordyn* (DocuSigned by, 513882EC10D4499...)

Name: Tegan Gordyn

Address: 60 Sinclair road

Bayswater, Vic  AU 3153

Phone Number: 0432647483

Email Address: Tegan.gordyn.94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/16/2014     To: 02/14/2015

DocuSign Envelope ID: 1151AF16-A28B-4A55-A446-17D71D06D44B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: *Thais Amelio Frei*
DocuSigned by:
140A1F565D9D40E...

Name: Thais Amelio Frei

Address: Rua Morada Nova de Minas, 206

São Paulo , São Paulo BR 03933020

Phone Number: +551127222280

Email Address: thais.amelio@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/20/2008    To: 10/20/2010

DocuSign Envelope ID: 671FB0B7-5C9C-41B5-AD9C-AE5EFE918CBE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/01/2017

Signature: *Theresa Risby Kaspersen*
8F245E323F4246C...

Name: Theresa Risby Kaspersen

Address: 1560 Southwest Expressway, Apt 405

San Jose, CA US 95126

Phone Number: 6692220634

Email Address: theresa@shaykgroup.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/01/2013     To: 07/31/2013

DocuSign Envelope ID: B631CEC3-949A-42EE-8675-CDBB812EB0A0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/05/2017_  Firma: *Vanessa Sucerquia Montoya*
DocuSigned by:
E0382B138EE74B1...

Nome: Vanessa Sucerquia Montoya

Dirección: calle 69 # 95 b 9

Medellin, Antioquia CO 000000

Telefone: 3172853516

Email Address: vsucerquia@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _08/12/2013_   A: _06/26/2014_

DocuSign Envelope ID: 9F21AF47-7118-40B8-B3E5-BD847AC1C294

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Veronika Smrkovska*
DocuSigned by:
C736F6BE8BE648F...

Name: Veronika Smrkovska

Address: Kettnerova 2051/22

Praha, Czech Republic CZ 15500

Phone Number: +420732903632

Email Address: smrkovska@seznam.cz

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014      To: 06/08/2016

DocuSign Envelope ID: 86656FFD-264A-46D5-9707-BC3A5DDDB108

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/05/2017

Signature: _Victoria Koberstein_
DocuSigned by:
9FBB5B0422EE40B...

Name: Victoria Koberstein

Address: Blumenweg 4

Vellmar, Hesse DE 34246

Phone Number: +491771691275

Email Address: v.koberstein@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/03/2014     To: 08/03/2015

DocuSign Envelope ID: 56625CD9-47E4-4D91-8683-38FA8FE7E21D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: _DocuSigned by:_ 2D1798B9A5D74B3...

Name: Viktoriia Myshchenko

Address: Camino Ruiz

San Diego , CA US 92126

Phone Number: 7039438049

Email Address: victoria.mishchenko@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/04/2015     To: 05/04/2017

DocuSign Envelope ID: 7275AE47-FCC6-4112-A74B-50D23F44355A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/03/2017      Assinatura: _[DocuSigned signature]_
B52A078927D94B2...

Nombre: Vinicius Rinardo Vendramim

Endereço: Rua Morro da Capoaba, 13 (segundo numero 13)

São Paulo, SÃO PAULO BR 08140240

Teléfono: 5511949653403

Email Address: interpoint@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 02/07/2010        A: 01/07/2011

DocuSign Envelope ID: 9FEF5E9F-B63D-42FD-ADB1-4FB0088DFD20

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/03/2017

Signature: *Vivian Ramirez Jimenez*
DocuSigned by:
D985624C0BD244D...

Name: Vivian Ramirez Jimenez

Address: Calle 80 No 103B 25 Bloque 42 Apto 414

Bogotá,  CO no

Phone Number: 3127025878

Email Address: vivian.ramirezj@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015          To: 10/13/2015

DocuSign Envelope ID: A5BF8ED2-0640-45A0-892D-21AC60CFC327

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 09/29/2017

Assinatura: *DocuSigned by:* C84E04CD35A6409...

Nombre: Viviane Teixeira Marques Dziudzik

Endereço: Rua Antonio Tavares 88

São Paulo , São Paulo  BR 01542010

Teléfono: 5511969050669

Email Address: vivianedziudzik@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/25/2010          A: 10/24/2012

DocuSign Envelope ID: AB2ABEE6-F3C3-487B-BB03-5D0FD576F11D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: _(DocuSigned by)_ 0ED6896DFD154F7...

Name: Yulia Hernandez

Address: 168 Hillcrest drive

Daly City , CA US 94014

Phone Number: 4159120874

Email Address: Yulia.kha@mail.ru

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/15/2008          To: 09/15/2010

DocuSign Envelope ID: 42D5C963-68D2-4720-AD20-24C6B15E1DC0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/04/2017

Signature: _DocuSigned by:_ BE35C4094BE341B...

Name: Zara Colvin

Address: 2572 n Lincoln ave

Chicago, IL US 60614

Phone Number: 3126929351

Email Address: zaramamane@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 12/09/2013       To: 08/01/2015