# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## DECLARATION OF JUAN P. VALDIVIESO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL RULES OF CIVIL PROCEDURE 26, 37, AND 45

---

I, JUAN P. VALDIVIESO, declare as follows:

1. I am an attorney licensed to practice law in the States of New York, California, Maryland, and in the District of Columbia, and I have been duly admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Reply in Support of Motion to Compel and for Relief under Federal Rules of Civil Procedure 26, 37, and 45.

1

3. Attached hereto as **Exhibit 28** is a true and correct copy of an email dated September 27, 2017, from Faith Reyes, counsel for Alliance, to Juan Valdivieso, in which the Alliance asserted the same privilege claims as Defendants. It is the cover email to Exhibit 17 of the Declaration of Juan P. Valdivieso, filed in support of Plaintiffs' Motion to Compel, ECF No. 709, and it was inadvertently not included as part of that exhibit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of October, 2017, at Oakland, California.

Respectfully submitted,

/s/ Juan P. Valdivieso
Juan P. Valdivieso

BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel. (510) 874-1000
Fax. (510) 874-1460
jvaldivieso@bsfllp.com

*Counsel for Plaintiffs*