# Exhibit 28

| | |
|---|---|
| **From:** | Faith Reyes |
| **To:** | Juan Valdivieso |
| **Subject:** | Alliance"s objections/clawback demand regarding August 23, 2017 production |
| **Date:** | Wednesday, September 27, 2017 9:27:31 AM |
| **Attachments:** | Alliance production - procedural issues.msg |

Juan,

The co-defendants in this matter have sent their objections and clawback demand with regard to Alliance's August 23, 2017 production of subpoenaed documents. We herby notify you that Alliance too designates as privileged, and asks you to return, the privileged materials noted by the Defendants. Please immediately return the clawed back documents, or absent willingness to claw back pending the Court's ruling, assure us that the documents have been sequestered. The documents subject to the claw back demand are subject to various privileges, as set forth by Defendants, and therefore are entitled to protections under Rule 45(d)(3).

We believe from prior emails that Plaintiffs have sequestered the documents at issue pending a ruling from the Court. We have also sent to you an email (attached) addressing the procedural issues around resolution of this matter. We look forward to receiving your response to both queries.

Thank you.

Faith Reyes

Faith Kalman Reyes
VERDI & OGLETREE PLLC
1325 G Street, N.W.
Suite 500
Washington, D.C. 20005
Mobile: 505.660.0749
Phone: 202.449.7703
Facsimile: 202.449.7701
freyes@verdiogletree.com

(Admitted to practice and practicing in New Mexico)

CONFIDENTIALITY NOTICE:

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by reply or by telephone (call us collect at

202.449.7703) and immediately delete or destroy this e-mail, and all its attachments and copies.