IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

_____

**DEFENDANTS' MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO
CERTAIN EXHIBITS ATTACHED AS EXHIBITS TO DECLARATION OF JUAN P.
VALDIVIESO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL, ECF No. 709**
_____

Pursuant to D.C.COLO.LCivR 7.2, this Court's directives issued from the bench

on August 25, 2017, and the Minute Order entered by Magistrate Judge Tafoya on

August 31, 2017 [ECF no. 693], certain Defendants[1] hereby move the Court for an Order

---

[1] Defendants joining in this Motion to Restrict include: Agent Au Pair; AuPairCare, Inc.; APF Global Exchange, NFP d/b/a Au Pair Foundation; American Institute for Foreign

- 1 -

restricting public access, under Level 1, for certain exhibits attached to the Declaration of Juan P. Valdivieso in Support of Plaintiffs' Motion to Compel, ECF No. 709 (the "Valdivieso Declaration"). In support thereof, Defendants state as follows:

1. As required by D.C.COLO.LCivR 7.1(a), counsel for Defendants attempted in good faith to confer with Plaintiffs' counsel regarding this motion, and counsel for Plaintiffs asserted that they took no position regarding same beyond what they asserted in their motion papers.

2. All parties to this action have stipulated to a Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3. The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure." Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

4. Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access. *Id.* ¶ 8.

---

Study d/b/a Au Pair in America; Cultural Care, Inc. d/b/a Cultural Care Au Pair; Cultural Homestay International; EurAupair InterCultural Child Care Programs; Expert Group International, Inc. d/b/a Expert AuPair; American Cultural Exchange, LLC d/b/a Go Au Pair; GreatAuPair, LLC; InterExchange, Inc.; A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; and USAuPair, Inc.

5.     On September 27, 2017, Plaintiffs filed a Motion to Compel [ECF No. 710], and Mr. Valdivieso filed a declaration in support of the Motion [ECF No. 709], to which he attached various documents that had been designated by Defendants as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. These documents contain Defendants' confidential, proprietary information. As detailed below, publicizing this confidential, proprietary information would cause Defendants serious injury.

**Exhibit 8 to Valdivieso Declaration**

6.     Exhibit 8 is the production of documents made by the Alliance for International Exchange (the "Alliance") on August 23, 2017 pursuant to subpoena. After being produced by the Alliance, Defendants added Bates numbers to these documents – ALLI-000001-77. These are the documents that are the subject of Plaintiffs' Motion to Compel [ECF No. 710], which motion seeks removal of privilege designations from the Alliance production. As detailed in Defendants' Opposition to Plaintiffs' Motion to Compel [ECF No. 715], these documents, consisting largely of handwritten notes, relay both privileged and highly sensitive information, such as discussions about this lawsuit, possible legislative solutions to issues raised by the lawsuit, and regulatory proposals. While Defendants took a conservative approach to redacting privileged information from the Alliance documents, redacting only discussions about this litigation or that conveyed attorney advice, the unredacted portions are highly sensitive. If this sensitive confidential information were disclosed publicly, such disclosure would present a meaningful risk of injury. Defendants therefore designated these documents as HIGHLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY, and Defendants request that Exhibit 8 to the Valdivieso Declaration be afforded Level 1 restriction.

7. After the filing of the Valdivieso Declaration, and after Defendants' counsel had an opportunity to further investigate, several of the redactions were removed by Defendants' counsel, and the Alliance production was re-produced to Plaintiffs' counsel, with fewer redactions. This newly-redacted version of the Alliance production, marked, like the original redacted Alliance production, as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, was produced to Plaintiffs on October 5, 2017. The newly-redacted Alliance production was also attached as Exhibit 4 to Defendants' Opposition to the Motion to Compel, and Defendants' Counsel moved for Level 1 restriction to apply to this Exhibit [ECF No. 714].

8. Defendants respectfully request, for the same reasons that Level 1 restriction should apply to Exhibit 4 to Defendants' Opposition to the Motion to Compel, that Level 1 restriction apply to Exhibit 8 to the Valdivieso Declaration.

**Exhibit 11 to Valdivieso Declaration**

9. Exhibit 11 to the Valdivieso Declaration includes excerpts from the August 24, 2017, deposition transcript of Susan Hayes, a portion of which is designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY. This portion reflects Ms. Hayes' deposition testimony about the Alliance documents that had been produced the day before (and which none of the Defendants had received before the deposition). Per the preceding section, the Alliance documents have been designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, and they are the subject of Plaintiffs'

Motion to Compel. Defendants have requested Level 1 restriction apply to the documents as attached at Exhibit 4 to Defendants' Opposition to the Motion to Compel and at Exhibit 8 to the Valdivieso Declaration. Ms. Hayes' testimony about the Alliance documents should receive the same Level I restriction that is attached to the documents themselves.

**Exhibit 20 to Valdivieso Declaration**

10. Exhibit 20 to the Valdivieso Declaration is email correspondence from Ruth Ferry of Au Pair in America to Natalie Jordan of Cultural Care attaching Ms. Jordan's handwritten notes documenting a conversation among members of the Alliance's au pair task force. The email is dated November 4, 2009, and bears Bates numbers CC00018076-18079. The notes are marked as CONFIDENTIAL, as they consist of confidential information, including discussions regarding state legislation. Pursuant to paragraph 3 of the Amended Stipulated Protective Order, these notes and email should retain their CONFIDENTIAL designation and be granted Level 1 restriction.

**Exhibits 26 and 27 to Valdivieso Declaration**

11. Defendant Go Au Pair believes in good faith that certain exhibits attached to Mr. Valdivieso's declaration contain confidential information that should be restricted from public access. In particular, Exhibits 26 and 27 to the Valdivieso Declaration contain personal contact information for third-party individuals.

12. Exhibit 26 is an excerpt from the deposition of A. William Kapler, III, testifying as a 30(b)(6) witness for Go Au Pair. Included in this excerpt is testimony in which Mr. Kapler provides the addresses for his personal email accounts, which

testimony Go Au Pair has designated as confidential under the Amended Stipulated Protective Order. (*See* Valdivieso Dec., Ex. 26 at 147:10-19.) This information is confidential to Mr. Kapler, a non-party, and should therefore be afforded protection under Level 1 restricted access.

13. Exhibit 27, bearing Bates numbers AAP_0000938-941 and dated October 30, 2012, is an email from Mark Overmann of the Alliance to Stacey Frank of Agent Au Pair, listing names and email addresses of key contact people at each au pair sponsor organization. Several of these email addresses appear to be personal accounts, as in the case of Mr. Kapler.

14. Exhibits 26 and 27, therefore, implicate the privacy interests of non-party individuals. As such, both exhibits should be afforded protection under Level 1 restricted access. *See SOLIDFX, LLC v. Jeppesen Sanderson, Inc.*, No. 11-CV-01468-WJM-BNB, 2012 WL 2917116, at *2 (D. Colo. July 16, 2012) ("Privacy and preservation of trade secrets are among the interests which have been found, under certain circumstances, to overcome the presumption of openness."). Should the Court deem it necessary, Go Au Pair will provide a redacted copy of these exhibits that may be filed in the public record.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to Exhibits 8, 11, 20, 26, and 27 to the Declaration of Juan P. Valdivieso filed in support of Plaintiffs' Motion to Compel [ECF No. 709].

Respectfully submitted this 11th day of October, 2017.

*s/ Jennifer Arnett-Roehrich*
Thomas B. Quinn
Peggy E. Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@grsm.com
pkozal@grsm.com
nhuey@grsm.com
jarnett-roehrich@grsm.com

*Attorneys for Defendant AuPairCare, Inc.*

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
Raymond M. Deeny
Heather F. Vickles
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD, LLC
bcolaizzi@shermanhoward.com
rdeeny@shermanhoward.com
hvickles@shermanhoward.com
jhunt@shermanhoward.com
alevy@shermanhoward.com

*Attorneys for Defendant InterExchange, Inc.*

*s/ William J. Kelly, III*
William J. Kelly, III
Chanda M. Feldkamp
KELLY & WALKER, LLC
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
ARMSTRONG TEASDALE, LLP
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

*s/ Bogdan Enica*
Bogdan Enica
BOGDAN ENICA, ATTORNEY AT LAW
bogdane@hotmail.com

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair***

*s/ Martha L. Fitzgerald*
David B. Meschke
Martha L. Fitzgerald
BROWNSTEIN HYATT FARBER SCHRECK, LLP
dmeschke@bhfs.com
mfitzgerald@bhfs.com

***Attorneys for Defendant EurAupair InterCultural Child Care Programs***

*s/ James E. Hartley*
James E. Hartley
Adam A. Hubbard
Jonathan S. Bender
HOLLAND & HART, LLP
jhartley@hollandhart.com
aahubbard@hollandhart.com
jsbender@hollandhart.com

***Attorneys for Defendant Cultural Homestay International***

s/ Kathryn A. Reilly
Brian A. Birenbach
RIETZ LAW FIRM, LLC
brian@rietzlawfirm.com
     and
Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com

**Attorneys for Defendants American Cultural Exchange, LLC d/b/a GoAuPair**

s/ Kathryn A. Reilly
Kathryn A. Reilly
Grace A. Fox
Natalie West
WHEELER TRIGG O'DONNELL, LLP
reilly@wtotrial.com
fox@wtotrial.com
west@wtotrial.com

**Attorney for Defendant Agent Au Pair**

s/ Lawrence L. Lee
Lawrence L. Lee
Susan M. Schaecher
FISHER & PHILLIPS, LLP
llee@laborlawyers.com
sschaecher@laborlawyers.com

**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation**

s/ Stephen J. Macri
John B. Fulfree
Joseph B. Cartafalsa
Robert M. Tucker

Stephen J. Macri
PUTNEY, TWOMBLY, HALL &
HIRSON, LLP
jfulfree@putneylaw.com
jcartafalsa@putneylaw.com,
jbc54@cornell.edu
rtucker@putneylaw.com,
robert.m.tucker1@gmail.com
smacri@putneylaw.com

***Attorneys for Defendants American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Lawrence D. Stone*
Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com
***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair***

*s/ Joan A. Lukey*
Joan A. Lukey
Robert M. Buchanan, Jr.
Michael T. Gass
Justin J. Wolosz
Lyndsey M. Kruzer
Kevin P. O'Keefe
CHOATE, HALL & STEWART, LLP
joan.lukey@choate.com
rbuchanan@choate.com
mgass@choate.com
jwolosz@choate.com
lkruzer@choate.com
kokeefe@choate.com
    and
Diane R. Hazel
James M. Lyons
Jessica L. Fuller

LEWIS ROCA ROTHGERBER CHRISTIE LLP
dhazel@lrrc.com
jlyons@lrrc.com
jfuller@lrrc.com

*Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair*

- 12 -

**CERTIFICATE OF SERVICE (CM/ECF)**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel referenced below, and/or sent via electronic mail on this the 11th day of October, 2017 addressed to

| | | |
|---|---|---|
| Lauren F. Louis<br>Sigrid S. McCawley<br>Sabria McElroy<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua Libling<br>Juan P. Valdivieso<br>Byron Pacheco<br>BOIES SCHILLER & FLEXNER, LLP<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>smcelroy@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>srogriguez@bsfllp.com<br>jlibling@bsfllp.com<br>jvaldivieso@bsfllp.com<br>bpacheco@bsfllp.com<br><br>          and<br>Alexander N. Hood<br>TOWARDS JUSTICE – DENVER<br>alex@towardsjustice.org<br>**Attorneys for Plaintiffs** | Brooke A. Colaizzi<br>Raymond M. Deeny<br>Heather F. Vickles<br>Joseph H. Hunt<br>Alyssa L. Levy<br>SHERMAN & HOWARD, LLC<br>bcolaizzi@shermanhoward.com<br>rdeeny@shermanhoward.com<br>hvickles@shermanhoward.com<br>jhunt@shermanhoward.com<br>alevy@shermanhoward.com<br>**Attorneys for Defendant InterExchange, Inc.** | William J. Kelly, III<br>Chanda M. Feldkamp<br>KELLY & WALKER, LLC<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com<br>**Attorneys for Defendant USAuPair, Inc.** |
| Meshach Y. Rhoades<br>Martin J. Estevao<br>ARMSTRONG TEASDALE, LLP<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com<br>**Attorneys for Defendant GreatAuPair, LLC** | Bogdan Enica<br>BOGDAN ENICA, ATTORNEY AT LAW<br>bogdane@hotmail.com<br>**Attorney for Defendant Expert Group International, Inc. d/b/a Expert AuPair** | David B. Meschke<br>Martha L. Fitzgerald<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>dmeschke@bhfs.com<br>mfitzgerald@bhfs.com<br>**Attorneys for Defendant EurAupair InterCultural Child Care Programs** |
| James E. Hartley<br>Adam A. Hubbard<br>Jonathan S. Bender<br>HOLLAND & HART, LLP<br>jhartley@hollandhart.com<br>aahubbard@hollandhart.com<br>jsbender@hollandhart.com<br>**Attorneys for Defendant Cultural Homestay International** | Brian A. Birenbach<br>RIETZ LAW FIRM, LLC<br>brian@rietzlawfirm.com<br>          and<br>Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorneys for Defendants Au Pair International, Inc.; American Cultural Exchange, LLC d/b/a GoAuPair** | Kathryn A. Reilly<br>Grace A. Fox<br>Natalie West<br>WHEELER TRIGG O'DONNELL, LLP<br>reilly@wtotrial.com<br>fox@wtotrial.com<br>west@wtotrial.com<br>**Attorney for Defendant Agent Au Pair** |

| | | |
|---|---|---|
| Lawrence L. Lee<br>Susan M. Schaecher<br>FISHER & PHILLIPS, LLP<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com<br><br>and<br><br>John B. Fulfree<br>Joseph B. Cartafalsa<br>Robert M. Tucker<br>Stephen J. Macri<br>PUTNEY, TWOMBLY, HALL & HIRSON, LLP<br>jfulfree@putneylaw.com<br>jcartafalsa@putneylaw.com,<br>jbc54@cornell.edu<br>rtucker@putneylaw.com,<br>robert.m.tucker1@gmail.com<br>smacri@putneylaw.com<br><br>**Attorneys for Defendants APF Global Exchange, NFP d/b/a Aupair Foundation; American Institute for Foreign Study d/b/a Au Pair in America** | Eric J. Stock<br>Gibson, Dunn & Crutcher LLP<br>estock@gibsondunn.com<br>mao@gibsondunn.com<br>**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**<br><br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>NIXON SHEFRIN HENSEN OGBURN, P.C.<br>lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com<br>**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair; 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange** | Joan A. Lukey<br>Robert M. Buchanan, Jr.<br>Michael T. Gass<br>Justin J. Wolosz<br>Lyndsey M. Kruzer<br>Kevin P. O'Keefe<br>CHOATE, HALL & STEWART, LLP<br>joan.lukey@choate.com<br>rbuchanan@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br>kokeefe@choate.com<br>         and<br>Diane R. Hazel<br>James M. Lyons<br>Jessica L. Fuller<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>dhazel@lrrc.com<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair** |

*/s/ Kelly M. Trease*
For Gordon & Rees LLP