**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | October 12, 2017 | Chris Wolpert<br>Chief Deputy Clerk |

Nathan Andrew Huey
Peggy E. Kozal
Thomas B. Quinn
Jennifer Arnett Roehrich
Jennifer Wirkus Vedra
Gordon & Rees
555 Seventeenth Street, Suite 3400
Denver, CO 80202-0000

RE:    17-1359, Beltran, et al v. Interexchange, Inc., et al
       Dist/Ag docket: 1:14-CV-03074-CMA-KMT

Dear Counsel:

The court has received and docketed your appeal. Please note your case number above. Copies of the Tenth Circuit Rules, effective January 1, 2017, and the Federal Rules of Appellate Procedure, effective December 1, 2016, may be obtained by contacting this office or by visiting our website at http://www.ca10.uscourts.gov. In addition, please note all counsel are required to file pleadings via the court's Electronic Case Filing (ECF) system. You will find information regarding registering for and using ECF on the court's website. We invite you to contact us with any questions you may have about our operating procedures. Please note that all court forms are now available on the court's web site.

Please note effective December 1, 2016 multiple important changes to the Federal Rules of Appellate Procedure took effect. The changes include new word length requirements for briefs and amendment of the "three-day service" rule. Please visit our website at http://www.ca10.uscourts.gov to familiarize yourself with these changes.

Attorneys must complete and file an entry of appearance form within 14 days of the date of this letter. *See* 10th Cir. R. 46.1(A). Pro se parties must complete and file the form within thirty days of the date of this letter. An attorney who fails to enter an appearance within that time frame will be removed from the service list for this case, and there may be other ramifications under the rules. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via ECF as soon as possible. The

notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

You are required to file a docketing statement within 14 days of filing the notice of appeal. If you have not yet filed that pleading, you should do so within 14 days of the date of this letter. Please note that under 10th Cir. R. 3.4(B), the appellant is not limited to the issues identified in his docketing statement and may raise other appropriate issues in the opening brief.

In addition to the docketing statement, all transcripts must be ordered within 14 days of the date of this letter. If no transcript is necessary, you must file a statement to that effect.

Appellant is not required to file a designation of record, but will be required to file an appendix with appellant's opening brief. *See* 10th Cir. R. 10.2(B) and 30.1.

Appellant must file an opening brief and appendix within 40 days after the date on which the district clerk notifies the parties and the circuit clerk that the record is complete for purposes of appeal. *See* 10th Cir. R. 31.1(A)(1). Motions for extension of time to file briefs and appendices must comply with 10th Cir. R. 27.1 and 27.5. These motions are not favored.

Briefs must satisfy all requirements of the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to form and content. *See* specifically Fed. R. App. P. 28 and 32 and 10th Cir. R. 28.1, 28.2 and 32, as well as 31.3 when applicable. In addition, we encourage all counsel, as applicable, to be familiar with 10th Cir. R. 46.4(B). Seven hard copies of briefs must be provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 31.5 and the court's CM/ECF User's Manual. Appendices must satisfy the requirements of Fed. R. App. P. Rule 30 and 10th Cir. R. 30.1(A) through (F). Appendix volumes submitted under seal must be accompanied by a separate motion to seal. *See* 10th Cir. R. 30.1(D)(6). As of January 1, 2015, all appendices must be filed electronically, and a single hard copy provided to the court within two days of filing via the court's Electronic Case Filing system. *See* 10th Cir. R. 30 as well as the court's CM/ECF User's Manual. Counsel are encouraged to utilize the court's Briefing & Appendix checklist when compiling their briefs and appendices.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

2

cc:  Jonathan S. Bender
     Brian Alan Birenbach
     Robert M. Buchanan Jr.
     Joseph B. Cartafalsa
     Brooke A. Colaizzi
     Kathleen Ellen Craigmile
     Raymond M. Deeny
     Bogdan Enica
     Martin Jose Estevao
     Chandra Marie Feldkamp
     Martha L. Fitzgerald
     Grace Anne Fox
     John B. Fulfree
     Jessica L. Fuller
     Michael T. Gass
     James E. Hartley
     Diane Rebecca Hazel
     Alexander Hood
     Adam A. Hubbard
     Joseph H. Hunt
     Randall Wade Jackson
     William J. Kelly III
     Vance Orlando Knapp
     Lyndsey Marie Kruzer
     Lawrence L. Lee
     Alyssa L. Levy
     Joshua James Libling
     Lauren Fleischer Louis
     Joan A. Lukey
     James Michael Lyons
     Stephen J. Macri
     Aubrey Jane Markson
     Sigrid Stone McCawley
     Sabria Alexandria McElroy
     David Brandon Meschke
     Kevin Patrick O'Keefe
     Byron Pacheco
     Kathryn A. Reilly
     Meshach Y. Rhoades
     Sean Phillips Rodriguez
     Susan M. Schaecher
     Matthew Lane Schwartz
     Peter Murray Skinner
     Dawn Smalls
     Eric Jonathan Stock
     Lawrence D. Stone

        Robert M. Tucker
        Juan Pablo Valdivieso
        Heather Fox Vickles
        Natalie Elizabeth West
        Justin J. Wolosz


EAS/sds