THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING
ON MOTION TO RE-SET HEARING AND FOR RECONSIDERATION**

---

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard 7.1A(g) and Magistrate Judge Tafoya's Practice Standards Civil Actions § III.F for a forthwith hearing on Plaintiffs' simultaneously filed Motion to Reinstate Hearing and for Reconsideration directed to Judge Tafoya.

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)**

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs conferred about the underlying Motion to Reinstate Hearing with counsel for all Defendants via email on October 12, 2017. Plaintiffs further discussed the issues by phone with certain other Defendants the same day, and counsel speaking for several Defendants joined Plaintiffs in a call with Magistrate Judge Tafoya's

Chambers.  Seven of the Defendants have no opposition to the relief Plaintiffs request if the Court has jurisdiction.[1]  The others have not yet stated their position.

## ARGUMENT

As explained in the underlying motion to re-set a hearing and for reconsideration, Plaintiffs seek to go forward with a discovery hearing on October 18, 2017—a hearing that certain Defendants also wish to proceed with assuming that the Court agrees it has jurisdiction. If the Court allows the customary 21 days for response, and 14 additional days for reply before ruling on the motion, the hearing date will have passed.  Accordingly, Plaintiffs request forthwith consideration of this motion and a briefing schedule that would allow the Court to decide the motion in advance of the scheduled hearing.

The jurisdictional issues raised in the underlying motion also independently justify expedited treatment.  As Plaintiffs explain therein, and as the Court knows, the discovery dispute that was set for hearing on October 18 is significant, is impeding other discovery, and has already caused mischief with respect to the expert schedule in this case.  If the Court is not able to adjudicate discovery issues, the discovery schedule will be put in jeopardy.  It is in no party's interest for the agreed-upon schedule ordered by the Court to be abandoned.

October 13, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

*s/Sean P Rodriguez*
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling

---

[1]  Cultural Care, GoAuPair, Agent Au Pair, Au Pair International, InterExchange, Expert AuPair, and EurAupair.

575 Lexington Avenue
New York, New York  10022
Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 13, 2017, I electronically served the foregoing motion on all counsel of record.

*s/Sean P. Rodriguez*
Sean P. Rodriguez
