IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Ana Carolina Boaventura De Almeida
2. Dace Rozenlauka
3. Deborah Chantalle Deveaux De La Torre
4. Janista Allen
5. Monika Czerwinska
6. Nicole Traut
7. Vanessa Gomes Teixeira
8. Bruna Lima Nunes
9. Meriem Marie Hamoud
10. Iris Krause
11. Ya Lin
12. Valeria Ruvalcaba Paez
13. Pureum Shin
14. Tamara Jelic
15. Christelle Vieulles
16. Lizeth Katherine Gómez Vásquez
17. Robyn Thompson
18. Atidtaya Wannasit

19. Seoyun Shim
20. Maryenne De Oliveira Santos
21. Anna Viktorovna Kapitonova
22. Pamela Mayara Gonçalves Silva
23. Melisa Zoenguer
24. Lilian Adao Fernandes
25. Ann-Catherine Isabell Mcneill
26. Nicole Kleinman
27. Sapir Sharoni
28. Franco Trossero
29. Paula Monique P. Goncalez
30. Jennifer Rofors
31. Daniela Torres Quintero
32. Kathleen Valier
33. Lynne Pretorius
34. Laura Nareike
35. Ana Celia Da Silva Werneck
36. Jia Li
37. Valentina Pani
38. Martha Rodriguez Garcia
39. Maria-Raphaela Mariela Barlage
40. Raissa Brandão Gonçalves
41. Eliana Suarez
42. Laura Bichler
43. Ana Beatriz Armelim
44. Paula Carolina Carrasco Chaves
45. Elisa Pani
46. Yurany Garcia Ballesteros
47. Jordan Pascal Eddy Picard
48. Irene Farronato
49. Holly Minter
50. Lidia Medrano
51. Federica Rossini
52. Leidy Tatiana Molina
53. Amélie Revel
54. Laissa Lorraine Cândido Lopes
55. Anna Bezdenezhnykh
56. Perla Ivette Arroyo Ordóñez
57. Sandy Le Loup
58. Lyndsey Mcniven
59. Claire Bohlsen
60. Diana Hayrapetyan
61. Lea Buehrer
62. Stefanie Rath
63. Ying Xing
64. Devon Ludick

65. Maike Reichartz
66. Diana Marcela Zorrilla Varela
67. Dzenita Principato (Skopljak-Maiden)
68. Stephanie Anna Schumacher (Born Stoll)
69. Micheala Smit
70. Rachael Compton-Overbey
71. Olena Gurinovych
72. Ana Maria Molano Valencia
73. Ana Beatriz Arruda Da Silva
74. Janine Koehler
75. Thâmara Carla Dos Santos Rodrigues
76. Priscilla Xavier Brasileiro
77. Charlotte Hueber
78. Michelle Costa De Carvalho
79. Kirsten Den Elzen
80. Angelina Ferreira
81. Natalia Gutierrez Salazar
82. Buket Yucel
83. Beatrice Hauch
84. Higor Nagy Fejes Filho
85. Pablo Diego Gomez Lillo
86. Tatiana Hoarau
87. Aline Pires Da Silva
88. Marcelle Carlile
89. Lucía Del Carmen González Alcocer

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: October 13, 2017

Respectfully submitted,

 /s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
