# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Ana Carolina Boaventura De Almeida | Au Pair Care, Inc. |
| Dace Rozenlauka | AIFS/APIA (Au Pair In America) |
| Deborah Chantalle Deveaux De La Torre | Cultural Care Au Pair |
| Janista Allen | Cultural Care Au Pair |
| Monika Czerwinska | Au Pair Care, Inc. |
| Nicole Traut | Cultural Care Au Pair |

## CONSENTIMENTO DE INGRESSO
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até 2 de novembro de 2017.**

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

**OU** e-mail para:   AuPairWageAction@jndla.com

**OU** fax para:   (+1) 888-335-3336

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: Oct. 9th, 2017              ASSINATURA: [signature]

NOME LEGÍVEL: Ana Carolina Boaventura de Almeida

ENDEREÇO: Rua Luiz Giopato Filho, 34

Bairro Chácara das Nações, Valinhos/SP - Brazil

CEP 13272-583

NÚMERO(S) DE TELEFONE: +55 (19) 99103-4650

ENDEREÇO DE E-MAIL: carolina.anna16@gmail.com

PATROCINADOR: Au Pair Care

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: Dec 4th, 2011 - Oct 31, 2012

Devolva este formulário até **2 de novembro de 2017** para:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO  80021**

**OU** e-mail para:   AuPairWageAction@jndla.com

**OU** fax para:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 25.09.2017  SIGNATURE: [signature]
PRINTED NAME: DACE ROZENLAUKA
ADDRESS: DOBELES SOSEJA 80, JELGAVA, LV-3007, LATVIA

TELEPHONE NUMBER(S): +371 28 626 844
EMAIL ADDRESS: dace.rozenlauka@va.lv
SPONSOR: Au Pair in America
DATES IN AU PAIR PROGRAM: 29.10.2009 - 19.09.2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

BIE000091

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: October 12th, 2017 SIGNATURE: [signature]

PRINTED NAME: DEBORAH CHANTALLE DEVEAUX DE LA TORRE

ADDRESS: Lateral Recta a Cholula, 2812, Col. Ex Hacienda Santa Teresa 72810, San Andrés Cholula, Puebla, México.

TELEPHONE NUMBER(S): 2227074076

EMAIL ADDRESS: deborah.ddlt@gmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: January 21st, 2013 → January 21st, 2014.

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

*BIE000093*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:    (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/5/2017          SIGNATURE: Janista Allen

PRINTED NAME: Janista Allen

ADDRESS: 75 Trail Road NW

Marietta, Georgia

30064

TELEPHONE NUMBER(S): 770-845-3366

EMAIL ADDRESS: Janisjanista@hotmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: 08/08/2016 – 08/08/2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:    (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/11/17         SIGNATURE: Czerwinska

PRINTED NAME: MONIKA CZERWINSKA

ADDRESS: 11959 PRADA VERDE DRIVE
LAS VEGAS, NEVADA 89138

TELEPHONE NUMBER(S): (310) 745 0527

EMAIL ADDRESS: monika.czerwinska0@gmail.com

SPONSOR: AU PAIR CARE AGENCY

DATES IN AU PAIR PROGRAM: 11/2/2015-11/2/2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/8/2017  SIGNATURE: Nicole

PRINTED NAME: NICOLE TRAUT

ADDRESS: SAALHAUSENER ST. 14

01159 DRESDEN, GERMANY

TELEPHONE NUMBER(S): +49 176 62828058

EMAIL ADDRESS: NICOLETRAUT1404@GMAIL.COM

SPONSOR: CULTURAL CARE AU PAIR

DATES IN AU PAIR PROGRAM: 3/8/2010 - 3/8/2011

Return this form by **November 2, 2017** to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336