# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 12872 | yfefbg6f6 | Vanessa Gomes Teixeira | Au Pair Care, Inc. |
| 12875 | le6h9a63f | Bruna Lima Nunes | Au Pair Care, Inc. |
| 12879 | g8h7eaf5c | Meriem Marie Hamoud | Au Pair in America (APIA/AIFS |
| 12881 | rf49886h5 | Iris Krause | Au Pair in America (APIA/AIFS |
| 12883 | p29a39a8g | Ya Lin | Au Pair Care, Inc. |
| 12888 | tc7bac78d | Valeria Ruvalcaba Paez | Au Pair in America (APIA/AIFS |
| 12894 | kgee37hd8 | Pureum Shin | Au Pair Care, Inc. |
| 12896 | h4c6beed6 | Tamara Jelic | Au Pair Care, Inc. |
| 12898 | tba76hcd9 | Christelle Vieulles | Cultural Care Au Pair |
| 12900 | h655296z2e | Lizeth Katherine Gómez Vásquez | Cultural Care Au Pair |
| 12903 | vc9fhca8f | Robyn Thompson | Au Pair Care, Inc. |
| 12906 | uh6ha7d62 | Atidtaya Wannasit | Cultural Care Au Pair |
| 12910 | icec2dedf | Seoyun Shim | Au Pair in America (APIA/AIFS |
| 12912 | hgch7e2e5 | Maryenne De Oliveira Santos | Au Pair Care, Inc. |
| 12914 | lg3e3dad4 | Anna Viktorovna Kapitonova | Cultural Care Au Pair |
| 12916 | bfaa4h98b | Pamela Mayara Gonçalves Silva | Au Pair Care, Inc. |
| 12920 | ih5d43ecg | Melisa Zoenguer | Cultural Care Au Pair |
| 12925 | xe29hgh6c | Lilian Adao Fernandes | Au Pair Care, Inc. |
| 12936 | h65ee4c8g | Ann-Catherine Isabell Mcneill | Cultural Care Au Pair |
| 12940 | idfeb2d53 | Nicole Kleinman | Go Au Pair |
| 12943 | wg7582b2e | Sapir Sharoni | Au Pair in America (APIA/AIFS |
| 12944 | yecg77cab | Franco Trossero | Go Au Pair |
| 12946 | bg76fge49 | Paula Monique P. Goncalez | Cultural Care Au Pair |
| 12949 | t9hb9d6f7 | Jennifer Rofors | Cultural Care Au Pair |
| 12954 | u3ghfgh8d | Daniela Torres Quintero | Cultural Care Au Pair |
| 12955 | cag2e67a4 | Kathleen Valier | Au Pair in America (APIA/AIFS |
| 12959 | t9hbf48df | Lynne Pretorius | Cultural Care Au Pair |
| 12961 | xfhghd2ga | Laura Nareike | Cultural Care Au Pair |
| 12966 | wedae83f9 | Ana Celia Da Silva Werneck | Au Pair Care, Inc. |
| 12968 | r437ef7c3 | Jia Li | Cultural Care Au Pair |
| 12970 | p5ab8e7h3 | Valentina Pani | Au Pair in America (APIA/AIFS |
| 12972 | xdcgb66bb | Martha Rodriguez Garcia | Au Pair in America (APIA/AIFS |
| 12974 | ufda4g333 | Maria-Raphaela Mariela Barlage | Au Pair in America (APIA/AIFS |
| 12977 | x7hca5526 | Raissa Brandão Gonçalves | Au Pair Care, Inc. |
| 12979 | g2dhd48ec | Eliana Suarez | Au Pair in America (APIA/AIFS |
| 12981 | p2498hdc2 | Laura Bichler | Au Pair in America (APIA/AIFS |
| 12989 | i66gf43d2 | Ana Beatriz Armelim | Au Pair in America (APIA/AIFS |
| 12992 | xfah29c36 | Paula Carolina Carrasco Chaves | Au Pair Care, Inc. |
| 12996 | r2dg2ggd8 | Elisa Pani | Au Pair in America (APIA/AIFS |
| 12998 | taeb6c465 | Yurany Garcia Ballesteros | Cultural Care Au Pair |
| 13012 | x326gg4hh | Jordan Pascal Eddy Picard | Cultural Care Au Pair |
| 13015 | c3e9g3e3e | Irene Farronato | Go Au Pair |
| 13017 | i93h2bdf2 | Holly Minter | InterExchange, Inc. |
| 13019 | b52h93a64 | Lidia Medrano | Au Pair in America (APIA/AIFS |
| 13022 | w2g6h9523 | Federica Rossini | Cultural Care Au Pair |
| 13025 | r87a3fdf2 | Leidy Tatiana Molina | Cultural Care Au Pair |
| 13027 | ue427b23g | Amélie Revel | Cultural Care Au Pair |
| 13029 | ufaa46hbb | Laissa Lorraine Cândido Lopes | Cultural Care Au Pair |
| 13031 | p7fgafg29 | Anna Bezdenezhnykh | InterExchange, Inc. |
| 13035 | h8db62e8a | Perla Ivette Arroyo Ordóñez | Cultural Care Au Pair |
| 13038 | iagaa7h54 | Sandy Le Loup | Au Pair Care, Inc. |
| 13040 | k798698af | Lyndsey Mcniven | InterExchange, Inc. |
| 13044 | bbce2d68b | Claire Bohlsen | Cultural Care Au Pair |
| 13046 | b4gccdf5d | Diana Hayrapetyan | Cultural Care Au Pair |
| 13048 | tf64a2a44 | Lea Buehrer | Cultural Care Au Pair |
| 13050 | yfbb4ag7b | Stefanie Rath | Cultural Care Au Pair |
| 13053 | ke5256gd2 | Ying Xing | Au Pair Care, Inc. |
| 13055 | w573d3dbf | Devon Ludick | Go Au Pair |
| 13058 | r89gfchff | Maike Reichartz | Au Pair in America (APIA/AIFS |
| 13060 | x2a6gg47h | Diana Marcela Zorrilla Varela | Cultural Care Au Pair |
| 13063 | u3cd68529 | Dzenita Principato (Skopljak-Maiden) | Cultural Care Au Pair |
| 13066 | b4a66fd4c | Stephanie Anna Schumacher (Born Stoll) | Cultural Care Au Pair |
| 13071 | v4d78g8aa | Micheala Smit | Au Pair in America (APIA/AIFS |
| 13073 | xah8c46df | Rachael Compton-Overbey | InterExchange, Inc. |
| 13077 | phbc8eff6 | Olena Gurinovych | Au Pair in America (APIA/AIFS |
| 13079 | bbhe748ad | Ana Maria Molano Valencia | Cultural Care Au Pair |
| 13081 | tah362hh9 | Ana Beatriz Arruda Da Silva | Au Pair Care, Inc. |
| 13084 | pfff25ee8 | Janine Koehler | Cultural Care Au Pair |
| 13086 | h548ad7h3 | Thâmara Carla Dos Santos Rodrigues | Cultural Care Au Pair |
| 13089 | xhhabebac | Priscilla Xavier Brasileiro | Cultural Care Au Pair |
| 13092 | g65895e79 | Charlotte Hueber | Cultural Care Au Pair |
| 13094 | cae2464e4 | Michelle Costa De Carvalho | Cultural Care Au Pair |
| 13097 | ggd7c9a7d | Kirsten Den Elzen | Au Pair in America (APIA/AIFS |
| 13101 | vf584bae5 | Angelina Ferreira | Cultural Care Au Pair |
| 13110 | u4e332d5 | Natalia Gutierrez Salazar | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 13115 | u364e453c | Buket Yucel | Cultural Care Au Pair |
| 13119 | va74dbc77 | Beatrice Hauch | Au Pair in America (APIA/AIFS |
| 13122 | ked9h5hhh | Higor Nagy Fejes Filho | Cultural Care Au Pair |
| 13124 | y78gd96aa | Pablo Diego Gomez Lillo | Au Pair Care, Inc. |
| 13138 | c4e28ab76 | Tatiana Hoarau | Au Pair in America (APIA/AIFS |
| 13140 | l2c489ffa | Aline Pires Da Silva | Au Pair in America (APIA/AIFS |
| 13144 | kdg42d37c | Marcelle Carlile | Au Pair in America (APIA/AIFS |
| 13153 | ihcfdgd22 | Lucía Del Carmen González Alcocer | Cultural Care Au Pair |

DocuSign Envelope ID: C766E1E7-262D-4A2B-BB2D-B9606C869AA7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017

Signature: *ALINE PIRES DA SILVA*
DocuSigned by:
07F5DC27664C48B...

Name: ALINE PIRES DA SILVA

Address: RUA JOSÉ RICARDO, 94, VILA ALBINA

TAUBATE, SAO PAULO BR 12052-410

Phone Number: 1236313866

Email Address: pires_542@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/09/2010      To: 05/02/2012

DocuSign Envelope ID: 452DEE08-6176-458C-87B9-96440B6ECDBE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _DocuSigned by:_ 360E9516C8DC499...

Name: Amélie Revel

Address: 7603 SE 29th St

Mercer Island, WA US 98040

Phone Number: 2069393781

Email Address: amelie_revel@yahoo.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2016     To: 05/01/2018

DocuSign Envelope ID: AC4961AB-8B19-4CAF-995D-1CA8D7129BA7

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/09/2017          Assinatura: _[DocuSigned by: signature] 36213390918947C..._

Nombre: Ana Beatriz Armelim

Endereço: JOÃO NERO,  379

Pedreira, São Paulo BR 13920000

Teléfono: 19 994802811

Email Address: biarmelim@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 01/27/2014          A: 08/25/2015

DocuSign Envelope ID: 6B3CB520-FDF3-4F8D-8199-6EA8E02F758D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *Ana Beatriz* (DocuSigned by: 5B5159D5E0F548E...)

Name: Ana Beatriz Arruda da Silva

Address: 44 Iselin Terrace

Larchmont, NY US 10538

Phone Number: 19144620763

Email Address: anabia_arruda@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2015     To: 12/13/2017

DocuSign Envelope ID: 39323584-02E8-4C4D-BB50-549437D047B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *DocuSigned by: [signature] 5A98C7FE98964EB...*

Name: Ana Celia da Silva Werneck

Address: 11 Rue St. Desert

Manternach,  LU L6850

Phone Number: +352691547125

Email Address: werneck-ana@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2009     To: 01/21/2011

DocuSign Envelope ID: 7B81DF39-1FC6-407E-B245-F8966F9ACD69

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/11/2017

Firma:

DocuSigned by:

Ana María Molano Valencia

47F91E692D404D6...

Nome: Ana Maria Molano Valencia

Dirección: 116 East St

Great Barrington, MA CO 01230

Telefone: 4136454508

Email Address: anamariavalencia04@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/17/2017        A: 04/17/2018

DocuSign Envelope ID: 2F4F6747-A22A-438C-9B90-C74E914ECA57

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *DocuSigned by:* 7BE4D8D5367A48F...

Name: Angelina Ferreira

Address: 5 rue des Brices

Tacoignières, FR 78910

Phone Number: 3122824944

Email Address: ferreiraangelina@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/19/2015          To: 10/20/2017

DocuSign Envelope ID: B7602041-F3E2-4837-AD6E-247E5ADE3C4E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _[DocuSigned by signature]_ C0BB883CC75C4E6...

Name: Anna Bezdenezhnykh

Address: 18718 13th Dr SE

Bothell, WA US 98012

Phone Number: 4252751054

Email Address: bezdenezhnykhanna@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 12/07/2015        To: 12/07/2017

DocuSign Envelope ID: D3E12D25-3831-42BB-9658-D6C327CE615C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: _(DocuSigned by: chany 49EC74B0BA284F8...)_

Name: Anna Viktorovna Kapitonova

Address: Profsoyuznaya

Irkutsk, Irkutsk region RU 664035

Phone Number: 79149464858

Email Address: nurrra86@mail.ru

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/06/2009     To: 07/08/2010

DocuSign Envelope ID: 8F0B3FCE-4FB6-43F2-99EF-BC7B5D70F23E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/08/2017

Signature: *Ann-Catherine Isabell McNeill*
D51B0EE95341478...

Name: Ann-Catherine Isabell McNeill

Address: 39 Tilton St

New Haven, CT US 06511

Phone Number: 00491726242107

Email Address: ann-catherine.mcneill@yale.edu

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2009          To: 07/12/2011

DocuSign Envelope ID: 4F2E8476-1366-4227-8F06-F62935F4F441

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: _DocuSigned by:_ _Atidtaya_ 6331710966024DB...

Name: Atidtaya Wannasit

Address: 7029 Lauren Ct

Gurnee, IL US 60031

Phone Number: 12244257358

Email Address: tor_mu@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2010    To: 04/21/2011

DocuSign Envelope ID: 0DF7D246-25B3-4380-A08F-8CC2A5CBD030

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017

Signature: _DocuSigned by:_ B Hauch  B748D14D4A32497...

Name: Beatrice Hauch

Address: Heinrich-Eggers- Str. 1

Weyhe,  DE 28844

Phone Number: +491756457206

Email Address: Beatrice@hauch.name

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/13/2015     To: 07/01/2016

DocuSign Envelope ID: 77B244E9-955E-45FE-A685-57F5A7D9D3A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/06/2017

Signature:  _Bruna N._
DocuSigned by:
55EB26F01831430...

Name:  Bruna Lima Nunes

Address:  Changing Seasons RD

Westminster, MD US 21157

Phone Number:  +320474635013

Email Address:  bruninha94@bol.com.br

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  10/06/2014      To:  10/12/2015

DocuSign Envelope ID: F775840F-8024-4DE7-A270-8FB5BA5BB0AF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: _DocuSigned by:_ EC36C0AF9D87499...

Name: Buket Yucel

Address: 9 Lori Lane

Chappaqua, NY US 10514

Phone Number: 6466291709

Email Address: buketyuecel@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/14/2013     To: 02/14/2015

DocuSign Envelope ID: 10EA8583-7586-4AF1-B8E4-DE09EA49642A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *[DocuSigned by: signature 39F7538DA25E483...]*

Name: Charlotte Hueber

Address: 25 rue de la 4eme DMM

Mulhouse, FR 68170

Phone Number: +33625330384

Email Address: Charlottehueber5@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/10/2015     To: 02/09/2017

DocuSign Envelope ID: D94724DA-B05D-4654-BD0E-CAD5C1A9666D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: *Christelle Vieulles*
DocuSigned by:
B8AB0DB6B6FB42A...

Name: Christelle Vieulles

Address: 277 golden gate ave, apt 404

San francisco, CA US 94102

Phone Number: 4154194129

Email Address: criki985@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/05/2009          To: 11/05/2011

DocuSign Envelope ID: FB08AF18-4F66-407D-99B0-2B18ED3DCCBB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _DocuSigned by:_ 6617BBED33CC4C6...

Name: Claire Bohlsen

Address: 5176 Eliots Oak Rd

Columbia, MD US 21044

Phone Number: 4435385756

Email Address: claire.bohlsen@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/20/2016          To: 03/19/2018

DocuSign Envelope ID: ECA39F3F-278D-4839-9B1A-3BB06E936A4D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/08/2017

Firma: _DocuSigned by:_ 9D2D43C355104E1...

Nome: Daniela Torres Quintero

Dirección: 105 A#15DBis-08

Bucaramanga, Santander CO 057

Telefone: 3173462221

Email Address: datoqui0524@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/11/2016          A: 05/09/2016

DocuSign Envelope ID: 65D02F22-9588-4948-9C69-51384776A9AC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/10/2017                Signature:  _[DocuSigned by]_ C5BDAD1F34654E9...

Name:  Devon Ludick

Address:  19411 westhaven dr

Houston, TX US 77084

Phone Number:  713 380 1218

Email Address:  Devonludick@yahoo.com

Sponsor:  Go Au Pair

Dates in Au Pair Program:

From:  08/06/2015            To:  02/24/2016

DocuSign Envelope ID: E05904C1-3EB9-4523-8EDB-D06A1338AEBB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _DocuSigned by:_ 35968C835C8F4BB...

Name: Diana Hayrapetyan

Address: Ludwig-Ermold-Straße 3a

Dresden, Saxony DE 01217

Phone Number: +4915204750076

Email Address: Diana.Hayrapetyan@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/21/2012     To: 05/21/2013

DocuSign Envelope ID: 8A37D7D5-4EFF-4E21-9998-BFE15ADBBE27

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/10/2017

Firma: _DocuSigned by:_ [signature] E16A1D8F8F6D459...

Nome: DIANA MARCELA ZORRILLA VARELA

Dirección: 4119 45 th st nw

washington D.C, DC US 20016

Telefone: 2023212415

Email Address: dianavarela257@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/03/2017          A: 01/03/2019

DocuSign Envelope ID: F0C6A380-863A-46AF-8BEB-7773CEFF824F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *Dzenita Principato*
DocuSigned by:
E69CE344AD8640D...

Name: Dzenita Principato (Skopljak-maiden)

Address: 2916 Morgan Ave.

Oakland , CA US 94602

Phone Number: 5102838563

Email Address: j.priskop@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/18/2010     To: 06/18/2011

DocuSign Envelope ID: 5D23AAFA-C399-4AFF-8949-45ADF03ED6FA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: _DocuSigned by_ / E0D99971C352487...

Name: Eliana suarez

Address: 2948 w powell Blvd

Portland , OR US 97030

Phone Number: 5038753142

Email Address: Eliana_s_ch@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/20/2012     To: 03/20/2013

DocuSign Envelope ID: 4733C61C-963C-47A7-A013-36A9DF33F3A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *Elisa Pani*
B0B721CD15E8492...

Name: Elisa Pani

Address: 1370 St. Nicholas Avenue, 17L

New York City, NY US 10033

Phone Number: 2039810620

Email Address: eli.pani@hotmail.it

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/16/2012     To: 07/19/2014

DocuSign Envelope ID: B142FAF4-443E-4F61-86E2-9D916E08CCD4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *Federica Rossini* (DocuSigned by) 3CC8DA177661411...

Name: Federica Rossini

Address: 3700 S Plaza Dr

Santa Ana, CA US 92704

Phone Number: 8056100677

Email Address: federika1992@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2015     To: 12/01/2015

DocuSign Envelope ID: 8E496168-8DA9-47AB-91B6-F726B58B02BC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/08/2017                     Firma: 
010DC267E5E4444...

Nome: Franco Trossero

Dirección: Rioja 682

Rosario, Santa Fe  AR 2000

Telefone: +5493404511378

Email Address: Franco.trossero@hotmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 02/07/2014                     A: 01/15/2016

DocuSign Envelope ID: 05F62C5C-A697-49B4-8D75-824E6811497E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017

Signature: *Higor Nagy Fejes Filho*
DocuSigned by:
BF20EB85F9E24EE...

Name: Higor Nagy Fejes Filho

Address: Rua Luiz Figueiredo Filho 400

São José do Rio Preto, São Paulo BR 15084180

Phone Number: +5517997826291

Email Address: higor.nf2@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/16/2012    To: 02/01/2014

DocuSign Envelope ID: 4CFC8E42-DDFE-4C06-9782-02B89FA4EC35

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _Holly Minter_
F84DE5851FF3457...

Name: Holly Minter

Address: 46 Robson Drive

Rochester, Kent GB Me3 9ea

Phone Number: 07432148602

Email Address: Hollycminter94@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/05/2015

To: 07/05/2017

DocuSign Envelope ID: 9E8BA946-BCF4-47D1-B00C-1FD09CE7263C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *IRENE FARRONATO*
DocuSigned by:
8003224C39554D1...

Name: IRENE FARRONATO

Address: 399 GREAT EAST NECK ROAD, APT. C

WEST BABYLON, NY US 11704

Phone Number: +16319235846

Email Address: farronato.irene@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/21/2013          To: 07/24/2015

DocuSign Envelope ID: 40F51566-CB44-4F4E-8014-2F2F4BBCD5E1

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: *Iris Krause*
DocuSigned by:
79E0456AEA3B44B...

Name: Iris Krause

Address: 795 Tennyson Street

Denver, CO US 80204

Phone Number: 3038100567

Email Address: iris.krause@rocketmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/20/2009        To: 06/10/2011

DocuSign Envelope ID: F63C5779-BCE4-46AD-9475-A736BBA9018B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *[DocuSigned by signature]* C52F33390D224CF...

Name: Janine Koehler

Address: 9221 Golden Eagle Dr.

Las Vegas, NV US 89134

Phone Number: 7023587821

Email Address: Janine.koehler@gmx.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016          To: 06/12/2018

DocuSign Envelope ID: A2E7F2ED-DBDD-4CC5-A7EB-B5C9FCA86F84

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/08/2017

Signature: _(DocuSigned by: 703C36F4AF87403...)_

Name: Jennifer Rofors

Address: Parallellvägen 15A

Partille, SE 43335

Phone Number: +46707348634

Email Address: jenniferrofors@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016   To: 08/21/2017

DocuSign Envelope ID: 30717A58-B8CD-4343-BB13-F43A7384BA9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *jia li*
DocuSigned by:
DD477C967C0F4B2...

Name: jia li

Address: 101, unit 1, buliding 11, tianzeyuan, jiahe road

handan, hebei CN 056000

Phone Number: +8615690017639

Email Address: 503330647@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/20/2015      To: 07/19/2017

DocuSign Envelope ID: 23A8F98F-D933-48C0-BE36-024DF38F762A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *[DocuSigned by signature, 84B2BA95792145D...]*

Name: Jordan Pascal Eddy Picard

Address: 2220 Huntington Point Road

Chula Vista, CA US 91914

Phone Number: 6308006603

Email Address: jordan.durieu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/21/2016     To: 03/19/2018

DocuSign Envelope ID: CC3A92BF-FAA7-41B6-B423-1FB958D80852

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/08/2017

Signature: _Kathleen Valier_
DocuSigned by:
BA285022C17946E...

Name: Kathleen Valier

Address: 1 Allée des Bosquets

Villejuif,  FR 94800

Phone Number: +33667056693

Email Address: Maelys_971@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/05/2017          To: 09/22/2017

DocuSign Envelope ID: E2095680-B041-4717-9CEF-381A7A256DA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *DocuSigned by:* 7D2C32B23ECA4D9...

Name: Kirsten Den elzen

Address: 25 Craigmore road

Bearsden, East-Dunbartonshire GB G61 4JT

Phone Number: +447415570179

Email Address: Kirstendenelzen@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/08/2011    To: 03/08/2012

DocuSign Envelope ID: ED1D57AB-2024-4FFA-9938-1F524BD7AF17

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *[signature]*

Name: Laissa Lorraine Cândido Lopes

Address: 7812 59th Ave W Apt 10

Lakewood, WA US 98499

Phone Number: 4159099147

Email Address: Llclopes@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016    To: 10/14/2016

DocuSign Envelope ID: DE08A51A-AEEE-4995-A89E-161196A62A9B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *Bichler Laura*
DocuSigned by:
10CBA51C7E0A4AC...

Name: Laura Bichler

Address: Kohlerweg 155

Eben,  AT 5531

Phone Number: +436607113373

Email Address: laura.bichler@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/29/2016     To: 09/13/2017

DocuSign Envelope ID: 5B216C09-DF5E-4202-A059-D1C0B3281C66

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *Laura Nareike*
DocuSigned by:
B26302B96B1E46C...

Name: Laura Nareike

Address: Humboldtstrasse 25

Munich, Bavaria DE 81543

Phone Number: 004917684706883

Email Address: na.laura@me.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/29/2014          To: 06/29/2016

DocuSign Envelope ID: 724FB38E-0E4E-402F-9F37-E08190E82DB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017    Signature: _DocuSigned by:_ 78566057A3794EF...

Name: Lea Buehrer

Address: Hofenstraße, 1

Durrweiler ,  DE 72285

Phone Number: 07445814860

Email Address: leabuehrer1@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016    To: 08/14/2017

DocuSign Envelope ID: 0AB38A70-3DCA-4EE7-8D0C-26265DD01688

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature:

DocuSigned by:
D4D3F8081C38432...

Name: Leidy Tatiana Molina

Address: 319 Franklin Turnpike

Ridgewood, NJ US 07450

Phone Number: 9084421817

Email Address: Tatismolina22@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/18/2017     To: 01/18/2018

DocuSign Envelope ID: BB3B0857-8C29-4B61-A045-AC8AB818F058

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/10/2017_          Firma: _Lidia Medrano_
68D8FA553D4440C...

Nome: Lidia Medrano

Dirección: 13008 Wilton Oaks Dr

Silver Spring , MD US 20906

Telefone: 2403967254

Email Address: anabel.hmedrano@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _10/25/2012_          A: _11/15/2013_

DocuSign Envelope ID: D4D2B5C3-CF39-4D74-96D2-14650E7E021E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: *Lilian Adao Fernandes*
DocuSigned by:
DC2A8AE7BC1B4F2...

Name: Lilian Adao Fernandes

Address: 240 East 47th Street, apt 29F

New York, NY US 10017

Phone Number: 6469544878

Email Address: lilian.af@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/06/2009    To: 07/10/2011

DocuSign Envelope ID: 414FB267-4C49-4DEE-896B-9D53A7D0E65D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/06/2017          Firma: _DocuSigned by:_ E3DB7CB8F4D3436...

Nome: Lizeth Katherine Gómez Vásquez

Dirección: 91a #65-191 apto 301

Medellin, Antioquia CO 050040

Telefone: 5744415169

Email Address: likagoz1590@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/23/2012          A: 12/03/2013

DocuSign Envelope ID: 585BAE68-44BE-4D5D-9CA2-2A734002D12C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: ___10/12/2017___          Firma:

DocuSigned by:

E812E0F2353642E...

Nome: ___Lucía del Carmen González Alcocer___

Dirección: ___Polar 123___

___Queretaro , Queretaro  MX 76040___

Telefone: ___4422339253___

Email Address: ___lukygoal@hotmail.com___

Patrocinador: ___Cultural Care Au Pair___

Datas de participação no programa au pair:

De: ___07/14/2014___          A: ___04/17/2016___

DocuSign Envelope ID: 2B0F63EA-B69E-4E2E-ABB7-7E9D82738DD7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *Lyndsey Mcniven*
C308D45789234B7...

Name: Lyndsey Mcniven

Address: 5355 Basie Street

Ventura, CA US 93003

Phone Number: 8182176212

Email Address: lyndseymcniven6@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/23/2013     To: 10/23/2015

DocuSign Envelope ID: 25578387-63ED-4ED1-A4D8-83826D212597

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017          Signature:

Name: Lynne Pretorius

Address: 3464 Collonade drive

Wellington, FL US 33449

Phone Number: +27738643799

Email Address: lynnepretorius17@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/08/2010          To: 11/08/2011

DocuSign Envelope ID: F04D6DD2-3400-4687-BF1E-F3C9B5FA6705

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _M. Reichartz_
DocuSigned by:
D40822ACA4AD495...

Name: Maike Reichartz

Address: Kölner Straße 44

Swisttal, DE 53913

Phone Number: +491734736803

Email Address: m.reichartz@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/23/2016      To: 12/15/2017

DocuSign Envelope ID: ECC1EFBB-CB3E-4500-8189-3080A03D5640

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017

Signature: _[DocuSigned by signature]_ B832107915B0436...

Name: Marcelle Carlile

Address: 7926 Vernon rd

Lake stevens , WA US 98258

Phone Number: 2069392905

Email Address: Marcelle_hunter@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/20/2009     To: 08/29/2014

DocuSign Envelope ID: 037B7821-AEA8-4DA6-B2B3-63726A08121C

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *Maria-Raphaela Mariela Barlage*
DocuSigned by:
F7BFBC0053584B6...

Name: Maria-Raphaela Mariela Barlage

Address: Bahnhofstr. 9

Herzlake, Niedersachsen DE 49770

Phone Number: +491726452425

Email Address: barlagemariela@aol.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/16/2010   To: 08/16/2011

DocuSign Envelope ID: C6A9755B-7C71-4936-B3C5-37565AA2B714

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/09/2017                 Firma: *MARTHA RODRIGUEZ GARCIA*
DocuSigned by:
B5AEBC7235644CA...

Nome: MARTHA RODRIGUEZ GARCIA

Dirección: CAMARENA 103

APODACA, NUEVO LEON MX 66603

Telefone: 8110703073

Email Address: martharg81@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 11/26/2007         A: 11/26/2009

DocuSign Envelope ID: 150C748E-0186-4B10-9C08-390EC383075F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: _DocuSigned by:_ 5F7D3EC4EF034ED...

Name: Maryenne de Oliveira Santos

Address: 2800 S Lakeline Blvd apt116

Cedar Park , TX US 78613

Phone Number: 8505866806

Email Address: maryenne_santos@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/19/2012     To: 03/19/2013

DocuSign Envelope ID: 7D96B4C1-D9F1-4AFA-AFFC-2492113D4BCE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: _[DocuSigned by: E121024A19DE4E9...]_

Name: Melisa Zoenguer

Address: Im Pfarrkamp 10

Wolfenbüttel, Niedersachsen DE 38300

Phone Number: +15777023813

Email Address: melisa_z@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/31/2017          To: 11/28/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: _Meriem Marie Hamoud_
0A1711E0A1854A7...

Name: Meriem Marie Hamoud

Address: 186 Rue d'Arras

LILLE, Nord FR 59000

Phone Number: 0631671716

Email Address: meriem.hamoud28@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2014     To: 06/07/2016

DocuSign Envelope ID: 88657E9E-5D73-4F42-AF1C-9E3414CDA183

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature:

DocuSigned by:

3F75DC9279B9401...

Name: Micheala Smit

Address: 3909 Huntington St NW

Washington D.C, DC US 20015

Phone Number: 2027015259

Email Address: Smit.michaela5@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/16/2017   To: 10/10/2018

DocuSign Envelope ID: 3A3E480E-B48C-48F3-B12C-9EDAC4C2DD81

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *[DocuSigned by: FF9CDB2943744A3...]*

Name: Michelle Costa de Carvalho

Address: 8601 Walcott ct

Manassas , VA US 20111

Phone Number: 5718398888

Email Address: chellecarvalho@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/27/2011      To: 11/27/2013

DocuSign Envelope ID: A1AC30FE-F96E-4C67-BA4A-62BBB678D84F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/11/2017

Signature:  *Natalia Gutierrez Salazar*
DocuSigned by:
39BB1C56FD70410...

Name:  Natalia Gutierrez Salazar

Address:  Carrera 69D # 24C 50 Int. 2 Ap. 501

Bogota, Cundinamarca CO 110931

Phone Number:  5713147744909

Email Address:  natyguty7@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/31/2011          To:  07/31/2012

DocuSign Envelope ID: DD586E6E-CF6C-4CC1-A4DE-2DCA14660412

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/08/2017        Firma: _____

Nome: Nicole Kleinman

Dirección: Corrientes 118

Córdoba , Córdoba  AR 5000

Telefone: +5493517147206

Email Address: Nikykleinman@hotmail.com.ar

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 01/13/2014        A: 12/08/2014

DocuSign Envelope ID: 4E35F07E-093E-4FB6-85A4-7A96D8B0AFF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *OLENA GURINOVYCH*
0D1D7A533CF541F...

Name: Olena Gurinovych

Address: 254 Marigold dr, apt 203

Pensacola , FL US 32506

Phone Number: 8504494997

Email Address: Gurinovych.olena@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/22/2010     To: 01/15/2012

DocuSign Envelope ID: 28C9F0E0-B66B-4C1A-8F43-A77A055A83B8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017

Signature: *PABLO DIEGO GOMEZ LILLO*
B0A565AD06134E8...

Name: PABLO DIEGO GOMEZ LILLO

Address: 11506 EAST CENTER DRIVE

AURORA, CO US 80012

Phone Number: 3038093317

Email Address: PABLODIEGO.GOMEZLILLO@GMAIL.COM

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/18/2013     To: 12/18/2014

DocuSign Envelope ID: 3D148A80-2B04-4FC4-90E2-66F1C2CDC977

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _10/07/2017_      Assinatura: *Pamela Mayara Gonçalves Silva*
DocuSigned by:
67001278B7E7425...

Nombre: Pamela Mayara Gonçalves Silva

Endereço: Rua Folha de Santana,77

São Paulo, São Paulo  BR 08050030

Teléfono: 986657604

Email Address: pamela_mgs@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: _01/07/2013_      A: _10/07/2014_

DocuSign Envelope ID: 3D3E1FE8-7928-4223-B8A0-67F6C357444E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: _(signed)_

Name: Paula Carolina Carrasco Chaves

Address: 148 oakwood

bogota, NJ US 07603

Phone Number: 2015611869

Email Address: caroclass2001@yahoo.es

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/04/2009        To: 05/03/2011

DocuSign Envelope ID: 07C9B041-97F1-4C9A-BB0F-6116D042D067

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha:  10/08/2017                    Assinatura:  *Paula Monique P. Goncalez*
DocuSigned by:
19CB2DBE80B24BF...

Nombre:  Paula Monique P. Goncalez

Endereço:  1966 1st ave

New York, NY US 10029

Teléfono:  7606727734

Email Address:  paulamonique10@yahoo.com.br

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De:  10/10/2011                    A:  10/10/2012

DocuSign Envelope ID: A7FC57BA-6306-4881-832C-B6F3D3382BC1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *DocuSigned by:* 902CA0B596194DA...

Name: Perla Ivette Arroyo Ordóñez

Address: Alhóndiga de granaditas

Apan, Hidalgo MX 42900

Phone Number: 7711466424

Email Address: perlaarroyo2988@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/30/2013     To: 04/30/2014

DocuSign Envelope ID: CD0D03BD-5860-40AE-A1E1-6DA757FF3401

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/11/2017

Assinatura: *Priscilla Xavier Brasileiro*
DocuSigned by:
5E150610997B44F...

Nombre: Priscilla Xavier Brasileiro

Endereço: 6115 Yeager Ct, New Market, MD

New Market, MD US 21774

Teléfono: 3013394477

Email Address: priscilla_roses@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/07/2013          A: 12/16/2014

DocuSign Envelope ID: 6FB09521-2793-461E-B193-1460BA07B270

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: *Pureum Shin*
E42E6D9E70A5444...

Name: Pureum Shin

Address: 519 S Gramercy PL APT#105

Los Angeles, CA US 90020

Phone Number: 2139998476

Email Address: aishashin0506@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/06/2015     To: 11/13/2015

DocuSign Envelope ID: 42B83DD3-5B43-4115-94D1-56499BF07BBB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: _DocuSigned by:_ 9E2CCFA8B1B8459...

Name: Rachael Compton-Overbey

Address: 1934 Ute creek drive

Longmont, CO US 80504

Phone Number: 3032107153

Email Address: Rachaeljoverbey@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/14/2014          To: 03/27/2015

DocuSign Envelope ID: 993B48E6-7E26-4CA3-B7AC-473D8A000DA9

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/09/2017          Assinatura: _RAISSA BRANDÃO GONÇALVES_
                                       DocuSigned by:
                                       61E118DF4332477...

Nombre: RAISSA BRANDÃO GONÇALVES

Endereço: RUA TREZE DE MAIO 200

CURITIBA, PARANA BR 80060210

Teléfono: +5541997883012

Email Address: raissa_bg@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 06/20/2014          A: 07/20/2016

DocuSign Envelope ID: D26F6CB7-436F-4BBE-91FB-9C8F01F928B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: _DocuSigned by:_ 56E9806176A04AA...

Name: Robyn Thompson

Address: 11008 Tipperary Drive

Bakersfield, CA US 93311

Phone Number: 6613774261

Email Address: robynrjt@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/08/2012      To: 01/05/2013

DocuSign Envelope ID: 4E2B8F1E-FA7D-4FC8-9E8A-D6FE09DB0F03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *Sandy Le Loup*
DocuSigned by:
A90D618703C640E...

Name: Sandy Le Loup

Address: 99 Village Mill CT

Owings Mills, MD US 211117

Phone Number: 2407507298

Email Address: sandyleloup@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/18/2015        To: 05/18/2017

DocuSign Envelope ID: 2FF54C19-3E02-4A8B-BE66-9E1F0AF97ADC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/08/2017

Signature: *Sapir Sharoni*
265BEE3F91E34AA...

Name: Sapir Sharoni

Address: 10319 68TH RD

New York, NY US 11375

Phone Number: 9293729022

Email Address: Sapir.sharoni@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/21/2013     To: 11/04/2014

DocuSign Envelope ID: 719BDEE0-0AA6-4BA3-B628-97BA2BC40655

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/07/2017

Signature: *SEOYUN SHIM*
6556664B4A034DC...

Name: SEOYUN SHIM

Address: 20-5, Geom eongteo-gil, Socho-myeon

Wonju, Gangwondo KR 26306

Phone Number: 821085822067

Email Address: seoyun2ya@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/16/2012    To: 01/16/2013

DocuSign Envelope ID: 20514DB6-38C5-491C-86A0-34F118F2F118

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: _DocuSigned by:_ D873E4CE0C394C9...

Name: Stefanie Rath

Address: Donaufelderstraße 221/1/17

Vienna, Vienna AT 1220

Phone Number: 00436644339259

Email Address: stefanierath1987@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/07/2014     To: 07/07/2016

DocuSign Envelope ID: A9540526-609C-4F61-AA03-29F340216668

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/11/2017

Signature: *Schumaher* 0B6C3728214F4ED...

Name: Stephanie Anna Schumacher (born Stoll)

Address: Brahmsallee 17

Hamburg , Hamburg DE 20144

Phone Number: 016095418114

Email Address: stephanie-schumacher@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2009     To: 08/11/2010

DocuSign Envelope ID: 1C3BA57D-50E1-48D0-8011-A08F141E73B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: *Tamara Jelic*
633336C5D2674F6...

Name: Tamara Jelic

Address: Joakima Vujica 2

Uzice, RS 31000

Phone Number: +38166006871

Email Address: tasaue@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/16/2012      To: 10/31/2012

DocuSign Envelope ID: C0666689-D565-4AA4-BEE8-9C515AA4F3C6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/12/2017          Signature: _[DocuSigned by signature]_ 2957D032DEFD4E7...

Name: Tatiana Hoarau

Address: 1359 August road

North Babylon , NY US 11703

Phone Number: 6313568419

Email Address: Tatiana.dellauniversita@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/18/2013          To: 11/18/2015

DocuSign Envelope ID: 115BFFF0-75F8-488B-867D-3C0614C6C0B2

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _10/11/2017_     Assinatura: _Thâmara Carla dos S. Rodrigues_

DocuSigned by:
BFE80D03C851431...

Nombre: THÂMARA CARLA DOS SANTOS RODRIGUES

Endereço: AMARO COUTINHO, 475 – ROSARINHO

RECIFE, PERNAMBUCO BR 52.041–305

Teléfono: +5581988995992

Email Address: thamaracsr@outlook.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _12/14/2015_     A: _12/14/2016_

DocuSign Envelope ID: 662E4848-D64D-47A9-99DE-D7A65BF69C8B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/09/2017

Signature: *Valentina Pani*
DocuSigned by:
9383BE1B4FC34BF...

Name: Valentina Pani

Address: 3 Old Hill Farms Road

Westport, CT US 06880

Phone Number: 9177045014

Email Address: vale.pani@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/19/2010     To: 07/19/2012

DocuSign Envelope ID: 8B3DF5C7-78B9-4E3D-8C03-33ED8F87FC9F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/06/2017

Firma: *VALERIA RUVALCABA PAEZ*
E52C88290432483...

Nome: VALERIA RUVALCABA PAEZ

Dirección: JUAREZ Y 5 DE MAYO 908

MEOQUI, CHIHUAHUA MX 33130

Telefone: 526141905241

Email Address: valeria_ruvalcaba@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 10/05/2015     A: 10/05/2016

DocuSign Envelope ID: 837FCBDB-01F8-4D42-8975-95B4FEF35527

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/06/2017     Assinatura: *Vanessa Gomes Teixeira*
DocuSigned by:
C92E133B6E48405...

Nombre: Vanessa Gomes Teixeira

Endereço: Av. Casa Grande, 355, Bloco E, Apto 152

São Paulo, São Paulo BR 03260000

Teléfono: +5511961317 8744

Email Address: vanessagote@msn.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/31/2016     A: 01/18/2017

DocuSign Envelope ID: CF009B25-5DF1-44EA-BCD8-542F93678CD4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/06/2017

Signature: _Ya LIN_
DocuSigned by:
2AD338578A35472...

Name: Ya LIN

Address: Room 1405, Buiding 1, No. 82 Dongge Road

Nanning, Guangxi CN 530000

Phone Number: 8618277132914

Email Address: linya9713@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/06/2013          To: 07/04/2014

DocuSign Envelope ID: A40B8378-4959-4966-9F2F-9DC21AF050C9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/10/2017

Signature: *Ying Xing*
BA7FFE07E7914BA...

Name: Ying Xing

Address: Apt 334 800 Gibson Dr.

Roseville, CA US 95678

Phone Number: 9168376869

Email Address: Amandaxing@foxmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/21/2013   To: 06/18/2015

DocuSign Envelope ID: 99EC8472-81DC-4550-93BE-2D6AFCCEF29B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/09/2017

Firma: *Yurany Garcia Ballesteros*
DocuSigned by:
7DB92A467399431...

Nome: Yurany Garcia Ballesteros

Dirección: Diagonal 18a #23-61 barrio Los Fundadores

Valledupar, Cesar CO 200004

Telefone: 3135804636

Email Address: yurany729@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/12/2015          A: 01/11/2017