**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1.     Anna Matejova
2.     Dayane Mattos Bonfim
3.     Janette Crisostomo Gonzalez
4.     Katharina Elisa Kaiser
5.     Laura-Sophie Philipp
6.     Miriam Sinatra
7.     Adriana María Camacho Manjarrez
8.     Adriana Santos Batista
9.     Agostina Sabella Fosness
10.     Alba Rocío Mariño Quintero
11.     Alejandra Mejía
12.     Alexandra Mesa
13.     Amanda Costa Borges
14.     Amanda Molefe
15.     Amy Vanderhoek
16.     Anastasiia Kashchak
17.     Angélica Amanda Da Silva Andrade
18.     Angra Valesca Almeida De Jesus

19.     Aruana Marquea De Camargo Bomfim
20.     Atalía Berenice Macías López
21.     Aurelie Ruehl
22.     Bianka Hlavata
23.     Brenda Aquino Lima
24.     Bruna França Picker
25.     Camila Correa Neves
26.     Camila De Oliveira Ramos
27.     Carla Naranjo Muñoz
28.     Carolina Colla Trench
29.     Cecilia Aracely Rodriguez Gomez
30.     Charlotte Fevre
31.     Chika Takahashi
32.     Chloe Rojas
33.     Chrissy Libert
34.     Cindy Anabel Peńaloza Herrera
35.     Cinthya Beatriz Darwich Pardo
36.     Csilla Szokoly
37.     Daniela Corona Vidaña
38.     Daniela Godoy
39.     Daniela Henao Velasquez
40.     Dayane Vanessa Martins
41.     Débora De Jesus Silva
42.     Diana Mercado Castaneda
43.     Drielly Correa Gaspar
44.     Elena Guillamón Peral
45.     Emma Batstone
46.     Felicita Julia Mcdowell
47.     Gabriela Daza
48.     Gabriela Yanel Gimenez
49.     Gyeongjin Bok Earhart
50.     Helen Simpson
51.     Hellen Tatiana Sandoval Quirós
52.     Ina Blank
53.     Indira M Cardoso Da Costa
54.     Inna Kuzovova
55.     Irene Deu Espinar
56.     Isabela De Paula Gentil
57.     Isabela Scarambone Leal
58.     Isadora Baldovinotti De Lara
59.     Isela Dinorah Doria Holguín
60.     Jacki West
61.     Jacqueline Selaelo Newton
62.     Jana Pitz
63.     Jassiara Queiroz De Lima
64.     Jennifer Gödecke

65.     Jennifer Runge Hulsy
66.     Jill Jay-Raphael
67.     Jolene Cilliers
68.     Julia Dienelt
69.     Juliana Lefevre
70.     Juliany Alexandre Nascimento
71.     Kathellyn Stephanie De Lima
72.     Katherine Johana Taborda Rua
73.     Kelly Adna Marques Sharpe
74.     Kim Louise Lacey
75.     Laura Milena Contreras Sanchez
76.     Laura Stelzer
77.     Laura Ximena Bueno Bohorquez
78.     Leidy Milena Ceron Herrera
79.     Leidy Viviana Guzman Hurtado
80.     Leticia Silva Santana
81.     Leya Acis
82.     Ligia Quintana Bueno
83.     Lila Krasnodemski
84.     Liliana Paulin Lozano
85.     Lina Marcela Cardona Ramirez
86.     Linda Olsson
87.     Londiwe Valencia Tau
88.     Lorena Getzelly Martinez Pulido
89.     Louise Ferraz Catunda
90.     Luna Laurent De Castro Indarawis
91.     Luz Vianney Guillén Becerra
92.     Mabel Almiron
93.     Maja Barnes
94.     Margarita Leon Garcia
95.     Maria Carolina Martins Bueno
96.     Maria Cecilia
97.     María Eugenia Gutiérrez Darwich
98.     Maria I Hoyos
99.     Maria Paulina Echeverri Jaramillo
100.    Marieli Castioni
101.    Mariella Masticheh
102.    Mariluz Mora
103.    Marina Dela Coleta Maluf De Paula
104.    Marion Desnoyer
105.    Marisol Baena Bazan
106.    Marisol Loaiza Melca
107.    Marivett Danae Ibarra Merino
108.    Marta Esther Gutierrez Gonzalez
109.    Mélanie Chaouch
110.    Melina Michelle Khadija Boulahyane

111.    Monique Vinette Henn
112.    Morayma Carrasco Reyes
113.    Mthikazi Nomvume
114.    Najin Lee
115.    Natalia Ladeia Druzian
116.    Neifi Leticia Mártir López
117.    Neo Ziyanda Iman
118.    Nicole Odendaal
119.    Nyara De Oliveira Sanglard
120.    Olga Mikhaylovna Romanova
121.    Olivia Elena Serna Rodríguez
122.    Onur Kutlu
123.    Paola Rodrigues De Matos
124.    Patricia Buttenbender Krafcik
125.    Paula Andrea Cruz Palomar
126.    Paula Johnston
127.    Paula Martinez
128.    Philippe Raemdonck
129.    Priscila Carvalho Aguiar Ourique
130.    Rachel Blevin Lowthorpe
131.    Robyn-Jade Green
132.    Rocio Araceli Candelas Reyes
133.    Romina Cares
134.    Rozanne Hanekom
135.    Sabourin Andrea
136.    Sara Elizabeth Rodriguez Puentes
137.    Sara Pizarro Jaramillo
138.    Sascia Suminski
139.    Saskia Knoll
140.    Silvia Kupculakova
141.    Sophie Fabry
142.    Suellen Pedretti Hespanhol
143.    Tábata Regina Fonseca Bicalho
144.    Teresa Ariane Knoetig
145.    Thaiana Ribeiro Lopes
146.    Thais Lucena Vogel
147.    Victoria Harries
148.    Yolandé Gillian Witbooi
149.    Yuliana Ramirez
150.    Yuly Mayorga
151.    Zoraya Nomelin Ballen
152.    Zuzana Pliesovska

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: October 20, 2017

Respectfully submitted,

 /s/ Dawn Smalls _____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls____
Dawn L. Smalls