# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Anna Matejova | Cultural Care Au Pair |
| Dayane Mattos Bonfim | AIFS/APIA (Au Pair In America) |
| Janette Crisostomo Gonzalez | AIFS/APIA (Au Pair In America) |
| Katharina Elisa Kaiser | Cultural Care Au Pair |
| Laura-Sophie Philipp | Au Pair Care, Inc. |
| Miriam Sinatra | AIFS/APIA (Au Pair In America) |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/10/2017   SIGNATURE: [signed]

PRINTED NAME: ANNA MATEJOVA

ADDRESS: NOVA st. 110/5
SASA 962 62
SLOVAKIA, EU

TELEPHONE NUMBER(S): +421 948 688 977

EMAIL ADDRESS: MATEJOVAANNAA @ GMAIL.COM

SPONSOR: CULTURAL CARE AU PAIR

DATES IN AU PAIR PROGRAM: since 1/4/2016 untill 7/6/2017

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENTIMENTO DE INGRESSO
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até 2 de novembro de 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OU e-mail para: AuPairWageAction@jndla.com

OU fax para: (+1) 888-335-3336

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: 10/09/2017           ASSINATURA: Dayane Mattos Bonfim

NOME LEGÍVEL: Dayane Mattos Bonfim

ENDEREÇO: 10 Inwood Pl - Maplewood - New Jersey

NÚMERO(S) DE TELEFONE: 551 221 9520

ENDEREÇO DE E-MAIL: dudamattos@hotmail.com

PATROCINADOR: Aupair in America - APIA

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: 06/18/2012 ~ 07/03/2013

Devolva este formulário até **2 de novembro de 2017** para:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OU e-mail para: AuPairWageAction@jndla.com

OU fax para: (+1) 888-335-3336

*BIE000102*

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/17/17   SIGNATURE: [signature]

PRINTED NAME: Janette Crisóstomo González

ADDRESS: 56 Forge RD, Medford, NJ 08055

TELEPHONE NUMBER(S): 609-304-7428

EMAIL ADDRESS: janette.crisostomo.g@gmail.com

SPONSOR: American Institute for Foreign Study (AIFS) d/b/a Au Pair In America (APIA)

DATES IN AU PAIR PROGRAM: From 07 July, 2015 to 06 July, 2016

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

BIE000102

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _____  SIGNATURE: _____Kaiser_____

PRINTED NAME: Katharina Elisa Kaiser

ADDRESS: St. Fridolinstraße 14
79837 Hausen

TELEPHONE NUMBER(S): 0049 173 370 2907 / 0049 7672 9070 77

EMAIL ADDRESS: katharina.kaiser@web.de

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: 19th Sept. 2011 (arrival) to February 2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/10/17     SIGNATURE: L. Philipp

PRINTED NAME: LAURA-SOPHIE PHILIPP

ADDRESS: Bühlberg 28, 33178 Borchen NRW Germany

TELEPHONE NUMBER(S): 0160/7525424

EMAIL ADDRESS: laura-philipp98@web.de

SPONSOR: AuPairCare

DATES IN AU PAIR PROGRAM: 09/26/16 – 09/26/17

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/16/2017   SIGNATURE: *MSinatra*

PRINTED NAME: Miriam Sinatra (nee Upmann)

ADDRESS: 5203 Roundup Road
Norco, CA 92860
USA

TELEPHONE NUMBER(S): +1 (951) 454-6449

EMAIL ADDRESS: msinatra203@gmail.com

SPONSOR: Au Pair in America

DATES IN AU PAIR PROGRAM: 08/16/2010 - 09/08/2011, 08/04/2014 - 03/02/2016
(I participated in the program twice)

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336