# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 13435 | gg592b996 | Adriana María Camacho Manjarrez | Au Pair Care, Inc. |
| 13343 | ta78dg9hb | Adriana Santos Batista | Cultural Care Au Pair |
| 13434 | ghc8g2f3b | Agostina Sabella Fosness | Cultural Care Au Pair |
| 13197 | I525c4eh9 | Alba Rocío Mariño Quintero | Au Pair Care, Inc. |
| 13325 | ifd85hcb5 | Alejandra Mejía | Cultural Care Au Pair |
| 13329 | cg5c3483d | Alexandra Mesa | Cultural Care Au Pair |
| 13424 | t9h7e3f79 | Amanda Costa Borges | Au Pair Care, Inc. |
| 13213 | t796ga789 | Amanda Molefe | InterExchange, Inc. |
| 13294 | pbh96bf6b | Amy Vanderhoek | Au Pair in America (APIA)/AIFS |
| 13509 | p5b22679h | Anastasiia Kashchak | Au Pair in America (APIA)/AIFS |
| 13168 | ue3e989b7 | Angélica Amanda Da Silva Andrade | Au Pair in America (APIA)/AIFS |
| 13208 | bgg2d5655 | Angra Valesca Almeida De Jesus | Au Pair Care, Inc. |
| 13469 | pg2g2h22b | Aruana Marqueace De Camargo Bomfim | Au Pair Care, Inc. |
| 13601 | u7be6a5g4 | Atalía Berenice Macías López | Cultural Care Au Pair |
| 13528 | v9abhc579 | Aurelie Ruehl | Cultural Care Au Pair |
| 13228 | xh59efah5 | Bianka Hlavata | Au Pair in America (APIA)/AIFS |
| 13298 | w9ee9h7a5 | Brenda Aquino Lima | Au Pair Care, Inc. |
| 13389 | b58694ad4 | Bruna França Picker | Au Pair Care, Inc. |
| 13497 | tc8da5eff | Camila Correa Neves | Au Pair Care, Inc. |
| 13222 | b6c4h9557 | Camila De Oliveira Ramos | Au Pair in America (APIA)/AIFS |
| 13419 | k4ecg858a | Carla Naranjo Muñoz | Au Pair Care, Inc. |
| 13495 | xc439bc57 | Carolina Colla Trench | Cultural Care Au Pair |
| 13517 | c69dbf6ec | Cecilia Aracely Rodriguez Gomez | InterExchange, Inc. |
| 13545 | vghdhd6be | Charlotte Fevre | Cultural Care Au Pair |
| 13623 | p369e7566 | Chika Takahashi | Au Pair Care, Inc. |
| 13246 | lge845h84 | Chloe Rojas | Au Pair in America (APIA)/AIFS |
| 13254 | rcae2ga58 | Chrissy Libert | Au Pair in America (APIA)/AIFS |
| 13210 | y76c4b5hc | Cindy Anabel Peñaloza Herrera | Cultural Care Au Pair |
| 13561 | kb32fg773 | Cinthya Beatriz Darwich Pardo | Au Pair in America (APIA)/AIFS |
| 13598 | vhc6949ah | Csilla Szokoly | Au Pair in America (APIA)/AIFS |
| 13474 | rgb536679 | Daniela Corona Vidaña | Cultural Care Au Pair |
| 13263 | yfg5fca8h | Daniela Godoy | Cultural Care Au Pair |
| 13320 | le26a35de | Daniela Henao Velasquez | Cultural Care Au Pair |
| 13309 | wegh2979h | Dayane Vanessa Martins | Au Pair Care, Inc. |
| 13172 | rb6f5ea24 | Débora De Jesus Silva | Au Pair Care, Inc. |
| 13269 | ybch43522 | Diana Mercado Castaneda | Cultural Care Au Pair |
| 13176 | tcffg284a | Drielly Correa Gaspar | Au Pair in America (APIA)/AIFS |
| 13233 | x98f2h6ef | Elena Guillamón Peral | Au Pair Care, Inc. |
| 13460 | rf4g2785d | Emma Batstone | Au Pair in America (APIA)/AIFS |
| 13392 | ke76dff5a | Felicita Julia Mcdowell | Cultural Care Au Pair |
| 13202 | vehf7ghg7 | Gabriela Daza | Cultural Care Au Pair |
| 13429 | g284956a8 | Gabriela Yanel Gimenez | Cultural Care Au Pair |
| 13363 | rh5d66e4h | Gyeongjin Bok Earhart | Cultural Care Au Pair |
| 13488 | whah4e2e9 | Helen Simpson | Go Au Pair |
| 13382 | xfe55639c | Hellen Tatiana Sandoval Quirós | Au Pair in America (APIA)/AIFS |
| 13443 | gde67ff8b | Ina Blank | Cultural Care Au Pair |
| 13192 | rc3add9e9 | Indira M Cardoso Da Costa | Au Pair Care, Inc. |
| 13244 | p85cfdb23 | Inna Kuzovova | Au Pair Care, Inc. |
| 13526 | cfhaf55b4 | Irene Deu Espinar | Au Pair in America (APIA)/AIFS |
| 13360 | gc3e62h93 | Isabela De Paula Gentil | Au Pair in America (APIA)/AIFS |
| 13261 | rf95fa75g | Isabela Scarambone Leal | Cultural Care Au Pair |
| 13567 | gf6hg3cae | Isadora Baldovinotti De Lara | Au Pair in America (APIA)/AIFS |
| 13493 | ia8c62622 | Isela Dinorah Doria Holguín | Au Pair Care, Inc. |
| 13504 | pc28b3e98 | Jacki West | Cultural Care Au Pair |
| 13477 | r72hbhbdg | Jacqueline Selaelo Newton | Au Pair Care, Inc. |
| 13333 | ca2gdgh67 | Jana Pitz | Cultural Care Au Pair |
| 13608 | pd9d3b288 | Jassiara Queiroz De Lima | Au Pair in America (APIA)/AIFS |
| 13159 | xgbbgch3b | Jennifer Gödecke | Au Pair Care, Inc. |
| 13199 | rb76ah3dg | Jennifer Runge Hulsy | Cultural Care Au Pair |
| 13547 | lf5d33gf9 | Jill Jay-Raphael | Au Pair in America (APIA)/AIFS |
| 13578 | gg7ge7b73 | Jolene Cilliers | Au Pair Care, Inc. |
| 13452 | uh24db4hf | Julia Dienelt | Au Pair Care, Inc. |
| 13519 | p5bfc49gb | Juliana Lefevre | Au Pair Care, Inc. |
| 13259 | pbce9bf4b | Juliany Alexandre Nascimento | Au Pair Care, Inc. |
| 13281 | tc3f85623 | Kathellyn Stephanie De Lima | Au Pair in America (APIA)/AIFS |
| 13301 | ug857hbd8 | Katherine Johana Taborda Rua | Au Pair Care, Inc. |
| 13412 | r72d9h7hg | Kelly Adna Marques Sharpe | Cultural Care Au Pair |
| 13334 | h8hh28b4b | Kim Louise Lacey | InterExchange, Inc. |
| 13224 | th868a8b7 | Laura Milena Contreras Sanchez | Cultural Care Au Pair |
| 13296 | bccfda349 | Laura Stelzer | Au Pair Care, Inc. |
| 13626 | c3b24g36b | Laura Ximena Bueno Bohorquez | Go Au Pair |
| 13284 | cg2bf692b | Leidy Milena Ceron Herrera | Cultural Care Au Pair |
| 13288 | hd76afb29 | Leidy Viviana Guzman Hurtado | Cultural Care Au Pair |
| 13265 | lb24f38ad | Leticia Silva Santana | Au Pair Care, Inc. |
| 13542 | x2fcfd8hb | Leya Acis | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 13318 | k62fe3ed8 | Ligia Quintana Bueno | Au Pair in America (APIA/AIFS |
| 13356 | pdf35ca7h | Lila Krasnodemski | InterExchange, Inc. |
| 13316 | l9ff2f8gf | Liliana Paulin Lozano | Cultural Care Au Pair |
| 13289 | bah78gh4h | Lina Marcela Cardona Ramirez | Cultural Care Au Pair |
| 13240 | xgccag7fd | Linda Olsson | Au Pair in America (APIA/AIFS |
| 13242 | g7ec5h5df | Londiwe Valencia Tau | Au Pair Care, Inc. |
| 13410 | we9342ee4 | Lorena Getzelly Martinez Pulido | Au Pair in America (APIA/AIFS |
| 13257 | rh8237cdb | Louise Ferraz Catunda | Au Pair in America (APIA/AIFS |
| 13184 | c69he6g59 | Luna Laurent De Castro Indarawis | Au Pair Care, Inc. |
| 13205 | yhda6fa6f | Luz Vianney Guillén Becerra | Au Pair in America (APIA/AIFS |
| 13380 | g6c245d25 | Mabel Almiron | Cultural Care Au Pair |
| 13188 | kehaffcff | Maja Barnes | Au Pair Care, Inc. |
| 13523 | x394b6757 | Margarita Leon Garcia | Cultural Care Au Pair |
| 13535 | w3e59eea9 | Maria Carolina Martins Bueno | Au Pair in America (APIA/AIFS |
| 13481 | t8hb5636e | Maria Cecilia | InterExchange, Inc. |
| 13426 | k6b867bd2 | María Eugenia Gutiérrez Darwich | Cultural Care Au Pair |
| 13464 | r75cb99fd | Maria I Hoyos | Cultural Care Au Pair |
| 13564 | yhhdb82hh | Maria Paulina Echeverri Jaramillo | Cultural Care Au Pair |
| 13421 | l38h2a7g8 | Marieli Castioni | Au Pair Care, Inc. |
| 13450 | v7e54ba2d | Mariella Masticheh | Cultural Care Au Pair |
| 13247 | k5g62bch4 | Mariluz Mora | Cultural Care Au Pair |
| 13278 | b5h96624e | Marina Dela Coleta Maluf De Paula | Au Pair Care, Inc. |
| 13394 | bd5fbf86c | Marion Desnoyer | Au Pair in America (APIA/AIFS |
| 13482 | g49ccaff5 | Marisol Baena Bazan | Cultural Care Au Pair |
| 13617 | rg647g52f | Marisol Loaiza Melca | Cultural Care Au Pair |
| 13440 | h5599ahf6 | Marivett Danae Ibarra Merino | Au Pair in America (APIA/AIFS |
| 13593 | kd56ge9gg | Marta Esther Gutierrez Gonzalez | Au Pair in America (APIA/AIFS |
| 13470 | cc9a5b94c | Mélanie Chaouch | Au Pair in America (APIA/AIFS |
| 13632 | ueah97g53 | Melina Michelle Khadija Boulahyane | Au Pair Care, Inc. |
| 13186 | i4h68b8d2 | Monique Vinette Henn | Au Pair in America (APIA/AIFS |
| 13373 | y3b6g3ba6 | Morayma Carrasco Reyes | Au Pair in America (APIA/AIFS |
| 13365 | l6a344h22 | Mthikazi Nomvume | Cultural Care Au Pair |
| 13486 | g43a7e83h | Najin Lee | Au Pair Care, Inc. |
| 13358 | bbdhg2gfa | Natalia Ladeia Druzian | Au Pair Care, Inc. |
| 13385 | ifadf4cc8 | Neifi Leticia Mártir López | Au Pair Care, Inc. |
| 13511 | w339ecc35 | Neo Ziyanda Iman | Cultural Care Au Pair |
| 13463 | uf9h9a9hh | Nicole Odendaal | Au Pair Care, Inc. |
| 13275 | v8362eh4c | Nyara De Oliveira Sanglard | InterExchange, Inc. |
| 13630 | r9g979ehd | Olga Mikhaylovna Romanova | InterExchange, Inc. |
| 13459 | l6b2g8g5d | Olivia Elena Serna Rodríguez | Cultural Care Au Pair |
| 13174 | gdce2h29d | Onur Kutlu | Cultural Care Au Pair |
| 13268 | wd44c8e2c | Paola Rodrigues De Matos | Au Pair Care, Inc. |
| 13367 | c259b7h9a | Patricia Buttenbender Krafcik | Au Pair Care, Inc. |
| 13322 | lc2b7ab93 | Paula Andrea Cruz Palomer | Cultural Care Au Pair |
| 13589 | bgfd9eh82 | Paula Johnston | Expert Au Pair |
| 13338 | tcf624e9a | Paula Martinez | Au Pair Care, Inc. |
| 13165 | v32e6c86b | Philippe Raemdonck | Au Pair Care, Inc. |
| 13447 | cg93bh273 | Priscila Carvalho Aguiar Ourique | Cultural Care Au Pair |
| 13370 | r257ef273 | Rachel Blevin Lowthorpe | Au Pair Care, Inc. |
| 13550 | w72b825bd | Robyn-Jade Green | Au Pair Care, Inc. |
| 13230 | x9g753296 | Rocio Araceli Candelas Reyes | Cultural Care Au Pair |
| 13180 | y8dgh2739 | Romina Cares | Cultural Care Au Pair |
| 13249 | c3973gfgf | Rozanne Hanekom | InterExchange, Inc. |
| 13557 | yd739e2b3 | Sabourin Andrea | Cultural Care Au Pair |
| 13251 | t9237fhfe | Sara Elizabeth Rodriguez Puentes | Go Au Pair |
| 13491 | h33dh8ce6 | Sara Pizarro Jaramillo | Cultural Care Au Pair |
| 13538 | xead88347 | Sascia Suminski | Cultural Care Au Pair |
| 13340 | wf453h599 | Saskia Knoll | Au Pair Care, Inc. |
| 13403 | lfg3b953g | Silvia Kupculakova | Cultural Care Au Pair |
| 13237 | u44f23fce | Sophie Fabry | Au Pair in America (APIA/AIFS |
| 13292 | c792fef7f | Suellen Pedretti Hespanhol | Cultural Care Au Pair |
| 13276 | hecedg5dh | Tábata Regina Fonseca Bicalho | Au Pair Care, Inc. |
| 13157 | g674h8855 | Teresa Ariane Knoetig | Au Pair in America (APIA/AIFS |
| 13344 | vhe745e6c | Thaiana Ribeiro Lopes | Au Pair Care, Inc. |
| 13532 | c7cbb9cdb | Thais Lucena Vogel | Au Pair Care, Inc. |
| 13161 | tg57egff7 | Victoria Harries | Au Pair in America (APIA/AIFS |
| 13596 | l2cde2c64 | Yolandé Gillian Witbooi | Go Au Pair |
| 13503 | x6eb6gg9e | Yuliana Ramirez | InterExchange, Inc. |
| 13416 | v3h5b64a4 | Yuly Mayorga | Cultural Care Au Pair |
| 13336 | pfh743ch3 | Zoraya Nomelin Ballen | Cultural Care Au Pair |
| 13400 | xcaed5727 | Zuzana Pliesovska | Au Pair in America (APIA/AIFS |

DocuSign Envelope ID: D378996E-99AC-4D4F-A3EB-619EED561A58

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma:

Nome: Adriana María Camacho Manjarrez

Dirección: 373 Hartshorn Drive

Short hills , NJ US 07078

Telefone: 8475630080

Email Address: adrisma_138@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/09/2011         A: 05/09/2013

DocuSign Envelope ID: F400F306-042C-4F42-AB07-63C4968FC78D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *Adriana santos Batista*
DocuSigned by:
7CB5B00157EC4AC...

Name: Adriana santos Batista

Address: Dinamarca

sao sebastiao do paraiso , minas gerais BR 37950000

Phone Number: 35991155129

Email Address: adrianasantus@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/19/2015      To: 10/16/2016

DocuSign Envelope ID: EC21CB52-A770-423F-8722-6EFD34C1264A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Agostina Sabella Fosness*
DocuSigned by:
E5A5723CFBD74F0...

Name: Agostina Sabella Fosness

Address: 10541 Stone Ave. N. Apt. 305

seattle, WA US 98133

Phone Number: 2064581688

Email Address: agostinasabella@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/03/2011   To: 05/03/2012

DocuSign Envelope ID: B7E62911-224D-4E4C-80F4-DB20E907CE67

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017          Signature: _[DocuSigned by signature]_ E7D016AC0CC34AB...

Name: Alba Rocío MARIÑO Quintero

Address: 12 rockport cv

San Rafael , CA US 94901

Phone Number: 4156407599

Email Address: Alba835@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2016          To: 04/20/2017

DocuSign Envelope ID: 0F2A8DBD-19D8-4399-9673-B7B9604F6E8C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/17/2017

Firma: _Alejandra Mejía Giraldo_
A88088F848A44A1...

Nome: Alejandra Mejía

Dirección: 179 Congress St, 1

Portland, ME US 04101

Telefone: 2076313772

Email Address: alejamejia_029@icloud.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/01/2015          A: 06/30/2017

DocuSign Envelope ID: 36465590-AB96-4411-A1CA-761428F43235

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/17/2017                 Firma: _DocuSigned by:_
EAFF4A6C1B01406...

Nome: Alexandra Mesa

Dirección: Cabañas

Bello , Antioquia CO 000000

Telefone: 3043837689

Email Address: amesaval@yahoo.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/30/2011                 A: 09/12/2012

DocuSign Envelope ID: A65E398B-3A18-43CB-A1DB-AC9D712440A3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Amanda Borges*
684DF32AC20C4FB...

Name: Amanda Costa Borges

Address: 64 Forest Ln

Yorktown Heights, NY US 10598

Phone Number: 9146591319

Email Address: Amandaborges.cb@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2016     To: 12/05/2018

DocuSign Envelope ID: 6D47559E-5C8A-4FA7-8F38-F44BE11D349B

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017          Signature: _____

Name: Amanda Molefe

Address: 16885 Oak View Dr

Encino , CA US 91436

Phone Number: 8185179438

Email Address: thobe_molefe@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/07/2013          To: 06/02/2014

DocuSign Envelope ID: B3ECF84F-5B0B-43C6-88AB-53763A1226D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Amy VanderHoek*
EAFB0E0669E8402...

Name: Amy VanderHoek

Address: 25417 58 Ave

Aldergrove, British Columbia CA V4W1G8

Phone Number: 7783868652

Email Address: amymvanderhoek@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/25/2009     To: 12/23/2009

DocuSign Envelope ID: 3267F515-E915-40AE-8F91-180F4C5EAA68

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _[DocuSigned by: A73906429BBC406...]_

Name: Anastasiia Kashchak

Address: 2110 Cross street

La Canada Flintridge, CA US 91011

Phone Number: 8185880644

Email Address: anamoodindigo@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016          To: 10/10/2018

DocuSign Envelope ID: BF33C7C2-8750-47A1-B41F-1BA5A0C3F22D

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/13/2017

Assinatura: 

DocuSigned by:

4344EC26A171403...

Nombre: Angélica Amanda da Silva Andrade

Endereço: Reinaldo pinto Vieira 132

Brumadinho , Minas Gerais  BR 35460000

Teléfono: +5531997760012

Email Address: Angelicaamanda77@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 04/30/2014          A: 12/07/2014

DocuSign Envelope ID: 7369AEC7-891E-4D58-A0CF-A1CD1BCF54B7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *ANGRA VALESCA ALMEIDA DE JESUS*
DocuSigned by:
A2731B246115489...

Name: ANGRA VALESCA ALMEIDA DE JESUS

Address: RUA GERSON DE CARVALHO, N 46, SÃO CAETANO

SALVADOR, BAHIA BR 40390040

Phone Number: 5571986999284

Email Address: angravalesca@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/08/2012     To: 01/09/2014

DocuSign Envelope ID: DB6051B7-CD42-4A69-994C-FB4B638DDB31

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/18/2017

Assinatura: _DocuSigned by:_ 4C7B9DDFA1BE4F0...

Nombre: Aruana Marquea de Camargo Bomfim

Endereço: 7101 Plandome Ct

Springfield , VA US 22153

Teléfono: 5512981651626

Email Address: aruanamarques@yahoo.com.br

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 10/23/2017          A: 10/23/2018

DocuSign Envelope ID: AD7FED8C-3184-46A5-AFE0-8BA18A19BACF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017

Firma: *Atalía Berenice Macías López*
DocuSigned by:
D5A184BDBEED44F...

Nome: Atalía Berenice Macías López

Dirección: 27

Merida, Yucatán MX 97219

Telefone: 9992177572

Email Address: ata_ml@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/04/2014          A: 09/02/2015

DocuSign Envelope ID: DD21E067-550F-4F16-9D05-8DE9BF8E3A90

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *[DocuSigned by signature: 20F4622DEE75437...]*

Name: Aurelie Ruehl

Address: 250 Brent Ln

Pensacola , FL US 32503

Phone Number: 9172315073

Email Address: Aurelie.ruehl@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/16/2010     To: 08/16/2012

DocuSign Envelope ID: E289EB00-3A05-4616-921C-B9632BB18CE7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/14/2017

Signature: *Bianka Hlavata*
DocuSigned by:
5F44BD4E89A840C...

Name: Bianka Hlavata

Address: 2914 Martin Court

Far Rockaway, NY US 11691

Phone Number: 9294440081

Email Address: bianka.hlavata@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/26/2011    To: 07/15/2013

DocuSign Envelope ID: D8E402E2-D565-48B6-898A-E3B3D72F80B5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Brenda Aquino Lima_ (DocuSigned by, C06D50F5245C464...)

Name: Brenda Aquino Lima

Address: 1519 Catch Fly Ln

Durham, NC US 27713

Phone Number: 9194519928

Email Address: brendaquino@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/14/2017     To: 05/14/2018

DocuSign Envelope ID: DC4CB104-26AE-4290-8FE3-F575DBDED85E

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _DocuSigned by:_ Bruna Picker
4B041A9F78A0440...

Name: Bruna França Picker

Address: 3402 Highgate Lane

Saint Charles, MO US 63301

Phone Number: 3145176762

Email Address: brunapicker@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2009    To: 06/22/2011

DocuSign Envelope ID: FB873E77-F92F-4050-AA00-FAB441C6FB4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Camila Correa Neves*
73A2601F7D4B4EA...

Name: Camila Correa Neves

Address: 519 Ridge Rd

Westtown, NY US 10998

Phone Number: 8622282628

Email Address: camilacneves@live.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/18/2013     To: 02/19/2015

DocuSign Envelope ID: E4C81001-8C12-4BD3-92A8-A71D7F75CEEA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/14/2017

Signature: *Camila de Oliveira Ramos*
DocuSigned by:
C9BF116D0EC5443...

Name: Camila de Oliveira Ramos

Address: Avenida Paulino Rodella 1234 bloco 10 apartamento 203

Araraquara, São Paulo BR 14801788

Phone Number: 1630140846

Email Address: camila.oliveira.ramos@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2015          To: 01/06/2016

DocuSign Envelope ID: 80F291F1-FEBB-4062-BA78-08B8879BE5D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *CAM*
5252E8D619BA4B1...

Name: Carla Naranjo Muñoz

Address: 1034 W San Fernando st

San Jose, CA US 95126

Phone Number: +34692318030

Email Address: Carla12_92bcn@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2016     To: 06/22/2017

DocuSign Envelope ID: D6D7873B-0B2E-4886-B923-DEA7429753A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _Carolla French_
0D3F675836BE49A...

Name: Carolina Colla Trench

Address: 551 Pearl Street apt 405

Denver , CO US 80203

Phone Number: 9703063315

Email Address: Carolina_colla@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/13/2013        To: 03/13/2015

DocuSign Envelope ID: F33E29B2-B9D8-40ED-A150-54A9852DAB70

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Cecilia Rodriguez*
32543C2D1450434...

Name: Cecilia Aracely Rodriguez Gomez

Address: Quintana Alegre 8621, Las Quintas

Ciudad Juarez, Chihuahua MX 32401

Phone Number: +5216561600745

Email Address: ceciliaracely.rg@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/27/2010     To: 03/01/2012

DocuSign Envelope ID: 8870EF02-E1E8-43A6-8300-93AC9B12FE9B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *Charlotte Fevre*
DocuSigned by:
3DEFD4D5E2C9487...

Name: Charlotte Fevre

Address: 17 rue du chanoine jacob

Nancy, FR 54000

Phone Number: +33652596800

Email Address: charlotte.fevre@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/24/2011        To: 02/22/2012

DocuSign Envelope ID: 71C32B5B-9F99-48B5-922F-3A14863DE9DD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _(DocuSigned by: 高橋 慶  D68AA0AAC67948F...)_

Name: Chika Takahashi

Address: 3-18-13 Yato-cho

Nishitokyo-shi, Tokyo JP 188-0001

Phone Number: 819025328725

Email Address: chikanaa@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/23/2010          To: 08/22/2011

DocuSign Envelope ID: 74E91016-05F3-4E20-9265-81910E69C57F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _DocuSigned by_ 21031CBAE856469...

Name: Chloe Rojas

Address: 53 Hopkins Avenue

Keilor , Victoria  AU 3036

Phone Number: 0434625622

Email Address: chloe.rojas@live.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/12/2016     To: 06/09/2017

DocuSign Envelope ID: 7F9DF12B-B167-492A-8A29-817CDDED5148

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017          Signature: *Chrissy Libert*
                                    DocuSigned by:
                                    9D3B30DF5C1940B...

Name: Chrissy Libert

Address: Brusselsestraat 318A, bus 4

Leuven, Vlaams brabant BE 3000

Phone Number: 0032470344325

Email Address: c.libert@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/11/2010          To: 12/13/2011

DocuSign Envelope ID: 91B429FF-E642-4CD6-BD09-E70191DA96DD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____10/13/2017_____     Firma: _Cindy Anabel Peñaloza Herrera_
DocuSigned by:
DDAF219264044A9...

Nome: _____Cindy Anabel Peñaloza Herrera_____

Dirección: _____granelli avenue_____

_____half moon bay, CA US 94019_____

Telefone: _____001524421302450_____

Email Address: _____psicaph@gmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____04/26/2015_____     A: _____11/15/2016_____

DocuSign Envelope ID: 95CB9316-C37C-4207-A8D2-D969DEBDAF29

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017

Firma: _[signature]_
120A6499FB81411...

Nome: Cinthya Beatriz Darwich Pardo

Dirección: 13 west 127 street

New York , NY US 10027

Telefone: 3018016575

Email Address: cinthya.darwich@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/22/2016    A: 02/22/2018

DocuSign Envelope ID: 967FB7B2-3E4F-4E7A-9ECE-6917BC5B0C7C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *Csilla Szokoly*
BF20A62938124F8...

Name: Csilla Szokoly

Address: Rakospatak park 7.

Budapest, Pest HU 1142

Phone Number: 0036308558597

Email Address: csilllacska@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2014      To: 03/04/2016

DocuSign Envelope ID: 3E4BAD4B-544E-4369-A003-8DFC48A366B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _Daniela_ (DocuSigned by: 32D72D01B190452...)

Name: Daniela corona Vidaña

Address: 3870 magnolia drive

Palo Alto , CA US 94306

Phone Number: 7813546832

Email Address: Lnudanielacorona@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016        To: 05/23/2018

DocuSign Envelope ID: C7161A7C-579C-40CF-8208-A05E8A5D2804

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Daniela Godoy*
DocuSigned by:
44A84DA74DB6421...

Name: Daniela Godoy

Address: Carrera 4B #105-68 Aguamarina

Ibague, Tolima CO 730001

Phone Number: 3115854274

Email Address: danigolo94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/31/2016     To: 08/01/2017

DocuSign Envelope ID: 179EE6AB-F130-4886-B9AA-E49865530121

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *DANIELA HV* F7E95912967E40A...

Name: DANIELA HENAO VELASQUEZ

Address: Calle 18 B Sur # 38-51

Medellin, Antioquia CO 50022

Phone Number: +573206734846

Email Address: danielahenao@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/26/2012    To: 11/22/2013

DocuSign Envelope ID: D12B8541-4021-4BE8-BB81-D1A633CF83D4

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _____10/17/2017_____    Assinatura: _DAYANE VANESSA MARTINS_
                                                E3ED81CAC765402...

Nombre: _____DAYANE VANESSA MARTINS_____

Endereço: ____MANAUS, 68, APT 25_____

____BLUMENAU, SANTA CATARINA BR 89020070_____

Teléfono: ____5547999800074_____

Email Address: ___DAYANE_MARTINS@HOTMAIL.COM_____

Patrocinador: ___Au Pair Care, Inc._____

Fechas de participación en el programa au pair:

De: _____11/03/2008_____    A: _____11/20/2010_____

DocuSign Envelope ID: 34A174A7-12D5-4B6E-9D07-C36CD28CFD45

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *Débora de Jesus Silva*
DocuSigned by:
689C1A8FC5734CC...

Name: Débora de Jesus Silva

Address: Rua Rubens de Carvalho, 60 - Viva Mais Olimpia 2, casa D-02 - Pedra do Descanso

Feira de Santana, Bahia BR 44007-200

Phone Number: +5575991218955

Email Address: debbie.jsilva@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/26/2010     To: 07/26/2012

DocuSign Envelope ID: 249A8590-0265-48F3-9948-382748DC082E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Diana Mercado Castaneda*
EC9AA299331B4E6...

Name: Diana Mercado Castaneda

Address: opalo 312 col miravalle

saltillo coahuila , AL US 25060

Phone Number: 8442256973

Email Address: diana.290992@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2016      To: 10/16/2017

DocuSign Envelope ID: 7C06A5F2-B25D-4126-8B42-CB782DB79B03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *[DocuSigned by: Dgaspar  F9C473CF72B04EC...]*

Name: Drielly Correa Gaspar

Address: 807 Great Plain Ave

Needham, MA US 02492

Phone Number: 7814010133

Email Address: drielly.cgaspar@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/06/2016      To: 03/06/2018

DocuSign Envelope ID: 3242ACAC-8A3E-414E-9571-D25150FCBAB5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/15/2017

Firma: *Elena Guillamón Peral*
ECEFF76702EC43D...

Nome: Elena Guillamón Peral

Dirección: C/Valle Hermoso, 14, La Alberca

Murcia, Murcia ES 30150

Telefone: 635697551

Email Address: elenaguillamon@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 04/15/2013        A: 12/19/2013

DocuSign Envelope ID: 878FF8C5-209C-43D4-AE4F-15C262E2AEE6

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017     Signature: _DocuSigned by:_ 325BE2D7EB69404...

Name: Emma Batstone

Address: 15 commercial  hill ponsanooth

Ponsanooth, Cornwall GB Tr3 7ep

Phone Number: 7775852579

Email Address: em.batstone@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/23/2010     To: 03/26/2011

DocuSign Envelope ID: 630F1C80-6E89-49BB-92C9-2F28587F6C60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _[DocuSigned by: 85BF522441DA468...]_

Name: Felicita Julia McDowell

Address: Severinswall 24

Köln, DE 50678

Phone Number: +4915782204827

Email Address: felicita.mcdowell@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2011    To: 02/20/2012

DocuSign Envelope ID: 05461BF2-537D-464A-ADE3-C204C1EBDA28

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: _DocuSigned by:_ 6ab14da6
EECA505FDAF54A2...

Name: GABRIELA DAZA

Address: 3325 Airport pulling rd n

Naples , FL US 34105

Phone Number: 2393077703

Email Address: dazagabrielaa@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/15/2014     To: 04/16/2014

DocuSign Envelope ID: D3564E62-B8C6-457D-88E9-C2A3D4A2BBB6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *[signature]* DocuSigned by: B8D99D6F0626416...

Name: Gabriela Yanel Gimenez

Address: Rotkehlchenweg 29

Friedrichshafen, DE 88048

Phone Number: +490176 20985857

Email Address: gabriela.gimenez021@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/01/2009     To: 07/15/2010

DocuSign Envelope ID: 20B6DFED-DDED-476C-9A63-0F6CE967B4CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *[signature]* DocuSigned by: 2FE0C923DEB648C...

Name: Gyeongjin Bok Earhart

Address: 18495 Boston Rd

Hayward, CA US 94541

Phone Number: 4157941025

Email Address: qhrrudwls@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/20/2011          To: 08/15/2013

DocuSign Envelope ID: B8056A42-A628-4143-96A5-3E63AF586BEF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *H. Simpson* (DocuSigned by: 94F3860A44A34F1...)

Name: Helen Simpson

Address: Greystones

Gillamoor , North Yorkshire  GB YO62 7HU

Phone Number: 01751432561

Email Address: miss-helen@live.co.uk

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/15/2017      To: 10/17/2017

DocuSign Envelope ID: 80CC9388-106D-4DE3-85E0-5489D114EB3C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/17/2017

Firma: _(DocuSigned by)_ F812691B61AE423...

Nome: Hellen Tatiana Sandoval Quirós

Dirección: San Rafael

Oreamuno, Cartago CR 506

Telefone: 64020707

Email Address: h_sandoval17@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/02/2010          A: 11/17/2010

DocuSign Envelope ID: E90B4D1B-5E71-4677-8445-4D1D0B29E26E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Blank*
DocuSigned by:
B8E13D8C1D52497...

Name: Ina Blank

Address: 31111 w Wellington ave

Chicago , IL US 60618

Phone Number: 01721557074

Email Address: Ina.blank5.8.1990@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2016     To: 05/01/2017

DocuSign Envelope ID: 05C41889-636B-4DB2-9B0A-0327A0E0F9AF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/13/2017

Signature: *(DocuSigned by)* CFF93E9E996A487...

Name:  Indira M Cardoso da Costa

Address:  1720 S Michigan Ave. Apt 2411

Chicago, IL US 60616

Phone Number: 3129124073

Email Address: indicardoso0@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  04/06/2009     To:  04/06/2011

DocuSign Envelope ID: A7304182-683F-4B9C-8CE9-759AAE57B76C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Inna Kuzovova*
DocuSigned by:
46E2D873EF67415...

Name: Inna Kuzovova

Address: 801 Englewood Parkway, Apt G205

Englewood, CO US 80110

Phone Number: 7205695471

Email Address: innakuzovova44@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2009     To: 09/16/2011

DocuSign Envelope ID: 9CC39551-20E8-4B12-976B-9B5CCE452DF4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ 6931FADEE3244D6...

Name: Irene Deu Espinar

Address: Bisbe Lorenzana, 18-20

Girona, Girona ES 17002

Phone Number: 34640724589

Email Address: irene.deu@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/15/2008   To: 10/15/2010

DocuSign Envelope ID: 4BC1B4D3-61D0-41C0-9F76-D9E60DE98A0A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Isabela de Paula Gentil_
DocuSigned by:
4D27FCA97D2C4E0...

Name: Isabela De Paula Gentil

Address: Rua: Otavio Mangabeira, 130

Ribeirao Preto, SP BR 14055-160

Phone Number: +551636304138

Email Address: ipgentil@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/03/2016     To: 04/03/2017

DocuSign Envelope ID: C1A91CA9-6AA9-4C16-9862-81355A1FE2AF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Isabela Scarambone Leal*
DocuSigned by:
3D7A08F49B9246D...

Name: Isabela Scarambone Leal

Address: Condominio Estancia Quintas da Alvorada

Brasília, Distrito Federal BR Jardim Botanico

Phone Number: 5561999752969

Email Address: i.scarambone@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/24/2009     To: 06/23/2010

DocuSign Envelope ID: 2662670A-CE48-429B-A6A0-EF297E9FA704

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _____10/19/2017_____     Assinatura: *Isadora Baldovinotti de Lara*
DocuSigned by:
70D7CB6B1C33464...

Nombre: _____Isadora Baldovinotti de Lara_____

Endereço: _____Jacy Teixeira de Camargo, 240 - Apto 34, Bloco E_____

_____Campinas, São Paulo BR 13050008_____

Teléfono: _____19988480474_____

Email Address: _____ibaldovinotti@gmail.com_____

Patrocinador: _____Au Pair in America (APIA/AIFS_____

Fechas de participación en el programa au pair:

De: _____10/08/2012_____     A: _____10/01/2014_____

DocuSign Envelope ID: 0D10B29C-391D-485B-9CB9-AAF7F030BA91

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Isela Dinorah Doria Holguín*

DocuSigned by:
323FD1AD478643B...

Name: Isela Dinorah Doria Holguín

Address: Puerto Mazatlán 3780, Valle de Brisas

Monterrey, NL MX 64790

Phone Number: +5218181378341

Email Address: isela.doria@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/10/2013     To: 05/10/2014

DocuSign Envelope ID: 9A484E49-8599-43F8-B492-D5C6D9315F3B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/18/2017

Signature:  _(DocuSigned by: 6AE5D267B5114EE...)_

Name:  Jacki West

Address:  2 Holbourne Street

Bushland Beach, Qld AU 4818

Phone Number:  0429663066

Email Address:  jlwest.89@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  11/01/2010     To:  03/11/2011

DocuSign Envelope ID: 791BE944-68FE-46D1-BBC8-B7639223CA30

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ BC7EE265CA0B406...

Name: Jacqueline selaelo Newton

Address: 1009 arbor Greene dr

Garner , NC US 27529

Phone Number: 2404395846

Email Address: Jnewton2709@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2012     To: 05/16/2014

DocuSign Envelope ID: E69DC84E-C703-4524-952D-A730E90C6A16

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _[DocuSigned by: 423C897D6B84440...]_

Name: Jana Pitz

Address: Lapham Court

Plymouth, MI US 48170

Phone Number: +4917657615414

Email Address: Jani_Pitz@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2014     To: 06/07/2015

DocuSign Envelope ID: 5DD05627-4193-4D8F-AAA2-9A90B5BF09C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _Jassiara Queiroz de Lima_
DocuSigned by:
00B8D3B403814E8...

Name: Jassiara Queiroz de Lima

Address: Raimundo Frutuoso da silva 1208

Sorocaba, São Paulo BR 18076280

Phone Number: 5515997701038

Email Address: jassiaraql@live.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/10/2013        To: 07/09/2014

DocuSign Envelope ID: 9A5F2745-0581-4CEC-8445-73303C1CCCC6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *Jennifer Gödecke* (DocuSigned by) C0E02BE85106492...

Name: Jennifer Gödecke

Address: Wedringer Str. 23

Magdeburg, Sachsen-Anhalt DE 39124

Phone Number: +4915750661870

Email Address: jennifergodecke@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013      To: 08/07/2014

DocuSign Envelope ID: 873ABC17-C396-40FC-B4B6-1240639BCDAA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *[DocuSigned by: 9F216ACACAC74A1...]*

Name: Jennifer Runge Hulsy

Address: 26155 flintlock lane

Laguna hills , CA US 92653

Phone Number: 9493576533

Email Address: Jennyhulsy@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2011          To: 12/17/2011

DocuSign Envelope ID: 3A960D55-A3DD-404C-8BAA-28F83A8765E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *Jill Jay-Raphael*
A6459A7449184A9...

Name: Jill Jay-Raphael

Address: 10 place Wilson

Villeurbanne, Rhone-Alpes FR 69100

Phone Number: 33672983080

Email Address: jillsalinger@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/29/2010    To: 05/15/2011

DocuSign Envelope ID: B8A9F661-5424-4D8C-A5E6-8F39D37E340A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _DocuSigned by:_ 296B57F83C45428...

Name: Jolene Cilliers

Address: Farm 34 Witfontein

Bronkhorstspruit, Gauteng ZA 1020

Phone Number: +27844439767

Email Address: Jolenecilliers35@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/20/2015     To: 04/22/2016

DocuSign Envelope ID: 4B031255-A381-434A-A524-1554135C817E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ J. Dienelt — A2D66C1ABAD84EB...

Name: Julia Dienelt

Address: Margaretenstraße 3

Frankfurt am Main, Hessen DE 60489

Phone Number: +4915223300690

Email Address: julia.dienelt@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/12/2010    To: 09/10/2011

DocuSign Envelope ID: 8D9A3F01-7732-4C0B-8351-70C24AA0EE40

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *[DocuSigned by: Juliana / A9589A38DEFD4C1...]*

Name: Juliana Lefevre

Address: 31-49 47th st

New york, NY US 11003

Phone Number: 4155839647

Email Address: juliana-lefevre@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/21/2011      To: 04/21/2012

DocuSign Envelope ID: 6796037F-1432-44BA-A045-BCCA037FE5E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Juliany Alexandre Nascimento*
9122967C345E492...

Name: Juliany Alexandre Nascimento

Address: 2313 pindos drive

Cary , NC US 27519

Phone Number: 9197575169

Email Address: Julianyigt@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2017     To: 07/31/2018

DocuSign Envelope ID: C1548BD8-44A9-469E-A0E2-494FF6C4A49F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _DocuSigned by:_ [signature] 3A553D0D3F1C482...

Name: Kathellyn Stephanie de Lima

Address: Rua Viriato Correia 562

Tremembé , São Paulo  BR 12120000

Phone Number: +5512992618778

Email Address: Kathellynuchoas@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/28/2014     To: 08/29/2015

DocuSign Envelope ID: 57A9FD4B-D54A-42CB-9D9D-8D2BA26D9E57

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Katherine Johana Taborda Rua_
DocuSigned by:
F1AABD259B8F4A0...

Name: Katherine Johana Taborda Rua

Address: Calle 66D 39-45

Medellin, Antioquia CO 050012

Phone Number: +573166861920

Email Address: kj.taborda@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/16/2015          To: 04/14/2017

DocuSign Envelope ID: 466EEC48-5D7B-4CC9-91E8-22671F0BCF24

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/18/2017          Assinatura: _____

Nombre: KELLY ADNA MARQUES SHARPE

Endereço: 5225 POPLAR STREET

BUFORD, GA US 305180

Teléfono: +16788188438

Email Address: KELLYADNAMARQUES@HOTMAIL.COM

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/09/2015          A: 09/09/2016

DocuSign Envelope ID: 6F5087F4-D1BC-4D6B-912E-DF1137FF8837

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _[DocuSigned by signature]_
5E9D0DF1A1A3450...

Name: Kim Louise Lacey

Address: 26 Aalesund Place

Peterhead , CT US 06831

Phone Number: 07957091323

Email Address: Kimlacey@live.co.uk

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/05/2015     To: 12/21/2016

DocuSign Envelope ID: C922B2EC-37E3-4D6D-9004-12ACDB99F34E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/14/2017

Signature: _[DocuSigned by signature]_ 1031B7589476430...

Name: Laura milena contreras sanchez

Address: 1657 Webster st

Birmingham, MI US 48009

Phone Number: 5614005839

Email Address: contreras1289laura@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/25/2016     To: 04/25/2018

DocuSign Envelope ID: 9E82A2C7-E306-4AF3-A650-6DB9057F6A3A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *Stelzer Laura*
8F45FF35D3FD446...

Name: Laura Stelzer

Address: Goethestrasse 68

Ingolstadt , Bavaria DE 85055

Phone Number: +4915773556508

Email Address: laura-stelzer@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/20/2009       To: 07/16/2011

DocuSign Envelope ID: 013F4A4D-DCF9-438D-B0F2-D552B61BC3B2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017

Firma: *Laura Bueno*
DocuSigned by:
4A19ECAA7C9943C...

Nome: Laura Ximena Bueno Bohorquez

Dirección: Calle 3an  #8-145 Torre:5 apto:417

Piedecuesta, Santander CO 681011

Telefone: +57 (316) 643-4026

Email Address: lauraxbueno@gmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 04/16/2014          A: 01/16/2015

DocuSign Envelope ID: D3A6564A-E50F-43DD-B322-11935BCFF63B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____10/16/2017_____          Firma: _____

Nome: _____Leidy Milena Ceron herrera_____

Dirección: _____22 vista del sol_____

_____Mill valley , CA US 94941_____

Telefone: _____4153675315_____

Email Address: _____Milenaceronh@yahoo.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____10/28/2013_____          A: _____07/28/2015_____

DocuSign Envelope ID: 975265D6-8F64-4A9B-BA04-A7AC2754E972

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/16/2017

Firma: _DocuSigned by:_ A42C44CBC7FF4DC...

Nome: Leidy Viviana Guzman Hurtado

Dirección: 7922 15th ave f12

Brooklyn , NY US 11228

Telefone: 9087311622

Email Address: leidyvivi623@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/06/2010                A: 06/06/2012

DocuSign Envelope ID: 2A34FB00-8252-422E-BFD0-C54F172FDEE9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _[DocuSigned by signature]_ 36C78A9F4D6E413...

Name: Leticia Silva Santana

Address: 1132 Bartholdi Ct

Carol Stream, IL US 60188

Phone Number: 6306997127

Email Address: leticiassantana505@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/04/2015        To: 05/04/2016

DocuSign Envelope ID: 6A6A62E0-8951-49C7-B340-F84CBB2CD3F9

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _Leya A_
DocuSigned by:
91EFA0BDFE79417...

Name: Leya Acis

Address: Kirchstrasse 37

Nordheim , Baden Wuerttemberg DE 74226

Phone Number: ☐☐+49 176 47105402☐☐

Email Address: Lea_1_6@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/16/2010    To: 08/16/2012

DocuSign Envelope ID: E1431C36-9C48-4CF6-B321-508E0DFBA414

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _DocuSigned by:_ 68882E0760FC42A...

Name: Ligia Quintana bueno

Address: 7 Westminster street unit 7

New haven , CT US 06513

Phone Number: 4752012157

Email Address: Ligiaa.bueno@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2015     To: 04/07/2017

DocuSign Envelope ID: C1DBA62B-12C8-4479-90DC-D099D7B38DC7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *LILA KRASNODEMSKI*
A84A12E024A9466...

Name: LILA KRASNODEMSKI

Address: 2240 BEAR VALLEY PARKWAY APARTMENT 23

ESCONDID, CA US 92027

Phone Number: 6199227959

Email Address: LILAKRASNODEMSKI@GMAIL.COM

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/10/2008     To: 04/23/2010

DocuSign Envelope ID: 7318DD22-C104-48E6-BE52-203625D41502

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Paulin_ (DocuSigned by: 365F890948CA49F...)

Name: Liliana Paulin Lozano

Address: Vicsa

San Nicolás de los garza, Nuevo León MX 66490

Phone Number: +528123535249

Email Address: lilipaulin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/28/2014     To: 07/28/2016

DocuSign Envelope ID: D75B78DD-CE70-4AE6-839F-AE74B9A70646

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/16/2017          Firma: _____

Nome: Lina Marcela Cardona Ramirez

Dirección: 3143 86th street

East elmhurst, NY US 11369

Telefone: 9174067635

Email Address: marcelacardona.ni@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/04/2016          A: 07/02/2016

DocuSign Envelope ID: 7D6AD5F5-2A81-49D5-B33F-A77F127E2B95

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _DocuSigned by:_ B7DFFB7CF06741D...

Name: Linda Olsson

Address: Thorildsvägen 3 lgh 1001

Stockholm, SE 11243

Phone Number: 0046720300578

Email Address: linda.olsson86@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/01/2008     To: 06/30/2010

DocuSign Envelope ID: 44B23600-BEAD-4B83-8D71-B2650336EF14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _Londiwe valencia Tau_
DocuSigned by:
9E256827FE184C4...

Name: Londiwe valencia Tau

Address: 125 Wright st, Fl 1

Newark, NJ US 07114

Phone Number: 8622134295

Email Address: tauzeen.tau@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/05/2012    To: 05/05/2013

DocuSign Envelope ID: FBEE4BCC-F84F-447E-9DB3-D2A00EDDB828

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *DocuSigned by:* 6950DC5AA75940F...

Name: Lorena Getzelly Martinez Pulido

Address: carrera 23 120 70

bogota, cundinamarca CO 110111

Phone Number: +573045735334

Email Address: lorena.martinez.pulido@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/13/2011      To: 02/12/2014

DocuSign Envelope ID: 95789F33-3851-4A65-977E-23A1EB1CC706

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Louise Ferraz Catunda*
DocuSigned by:
747C040C5F5B4A9...

Name: Louise Ferraz Catunda

Address: SHIGS 706 BLOCO L CASA 60

Brasilia, DF BR 70350-762

Phone Number: +55.61.38775098

Email Address: louise.catunda@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2015      To: 07/04/2017

DocuSign Envelope ID: 252DFDCE-C768-4ABE-90E1-B03876B858A3

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: _[DocuSigned by signature]_ EAF85054FCC7493...

Name: Luna Laurent de Castro Indarawis

Address: 1766 SW Alberca Ln

Port St Lucie, FL US 34953

Phone Number: 4695162921

Email Address: Lunalci@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/18/2010     To: 12/17/2011

DocuSign Envelope ID: 65ED2922-055C-4DF1-B9D2-BCF575EB0A63

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/13/2017          Firma: _DocuSigned by:_ _A2CD9AE120C342D..._

Nome: Luz Vianney Guillén Becerra

Dirección: Barracuda

Playa del Carmen , Quintana Roo MX 77725

Telefone: 4772349037

Email Address: gubiii_22@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 02/27/2012          A: 01/08/2014

DocuSign Envelope ID: A0F47B38-09A6-4AF6-8453-892E510BCD1F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/17/2017_

Firma: _Mabel Almiron_
DocuSigned by:
23D419E63A7E47C...

Nome: _Mabel Almiron_

Dirección: _13499 williamburg curv_

_Burnsville, MN US 55306_

Telefone: _9522177596_

Email Address: _correodemaby@yahoo.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _05/21/2012_     A: _12/09/2013_

DocuSign Envelope ID: EAC9165F-17F8-42C3-B7A5-08B11F74F171

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: _[signature]_ 2B1153A86A814A0...

Name: Maja Barnes

Address: 560 Ridge View Drive, Apt 204

Bridgeport, WV US 26330

Phone Number: 8082959969

Email Address: majabarnes90@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/06/2010          To: 12/06/2012

DocuSign Envelope ID: 561C9E77-CB8B-4960-9B67-4518F618F2A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _10/18/2017_

Signature: _Margarita Leon Garcia_
7F322B8C0193457...

Name: _Margarita Leon Garcia_

Address: _1ª Norte Poniente 1959 Fracc. Las Arboledas_

_Tuxtla Gutierrez, Chiapas MX 29030_

Phone Number: _+529611290029_

Email Address: _magoleongarcia@hotmail.com_

Sponsor: _Cultural Care Au Pair_

Dates in Au Pair Program:

From: _06/18/2012_     To: _06/18/2014_

DocuSign Envelope ID: 9FDA8515-FFD2-434D-80ED-E1E04D8B519D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *[DocuSigned by signature]* 5E672D74859C4FD...

Name: Maria Carolina Martins Bueno

Address: 668, Boaventura do Amaral

Campinas, São Paulo BR 13015-191

Phone Number: +55019992347824

Email Address: cahbueno@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/26/2009          To: 12/05/2009

DocuSign Envelope ID: E8F94A40-7D90-4A69-A377-3C0C1D40A7B5

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma: _DocuSigned by:_ [signature] DBDD4068489D41D...

Nome: Maria Cecilia

Dirección: Sass Monsted

Corrientes, Corrientes AR 3400

Telefone: 0379154992969

Email Address: sasscecilia@gmail.com

Patrocinador: InterExchange, Inc.

Datas de participação no programa au pair:

De: 02/19/2010     A: 02/19/2011

DocuSign Envelope ID: 0E92AA01-D588-43C3-AFFC-87B96808D4AC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma: *María Eugenia Gutiérrez Darwich*
32C536E7E4E94DB...

Nome: María Eugenia Gutiérrez Darwich

Dirección: Carrera 6 Número 46-76

Bogotá, Bogotá CO 110231

Telefone: 3114895966

Email Address: me.gutierrez1434@uniandes.edu.co

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/18/2016     A: 07/20/2017

DocuSign Envelope ID: DD0DE808-DD0C-4CF5-AA42-1A28EB7823FE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ 8958BE17E5F2445...

Name: Maria i hoyos

Address: 3042 w grandville ave

Waukegan, IL US 60085

Phone Number: 2247724655

Email Address: Mariaisa51@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/06/2010   To: 04/20/2012

DocuSign Envelope ID: F66A3369-FE30-409E-843F-78498C9096D9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017          Firma: *Maria Paulina Echeverri Jaramillo*
DocuSigned by:
F0E9D87F0915406...

Nome: Maria Paulina Echeverri Jaramillo

Dirección: Carrera 78 # 45ff - 12

Medellin , Antioquia  CO 57

Telefone: +573136741112

Email Address: pauli.echeverrij@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/12/2015          A: 05/02/2015

DocuSign Envelope ID: 315EBA95-D951-46CB-BA5B-B3BC3F0FECF8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ 6A70852F6010491...

Name: Marieli castioni

Address: Rua Rio piraquara

Pinhais, Parana BR 83322140

Phone Number: 5541998159126

Email Address: Sp_maah@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/19/2016     To: 07/20/2017

DocuSign Envelope ID: 6F70626E-BC9F-421A-96BD-E154DCF6532D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Mariella Masticheh*
DocuSigned by:
1E536EBBED5E43C...

Name: Mariella Masticheh

Address: Bruchhausenstraße 21

Trier, DE 54290

Phone Number: 01602166533

Email Address: mariella.masticheh@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2011     To: 04/20/2012

DocuSign Envelope ID: FCAC8CDE-0967-4427-BC77-8265C7138FF5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *[DocuSigned by signature]* FC05D858FC7C400...

Name: Mariluz Mora

Address: Carrera 60 # 55-90

Copacabana, Antioquia CO 00000

Phone Number: 3164419633

Email Address: maryluy0709@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2011     To: 06/13/2012

DocuSign Envelope ID: BB36C3A3-8F0C-454B-9DBA-0B88BA6D0B74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Marina Dela Coleta Maluf de Paula*
6DB1B39F1AC44FB...

Name: Marina Dela Coleta Maluf de Paula

Address: 1100 Ralston Av

Belmont, CA US 94402

Phone Number: 4157066962

Email Address: ina_maluf@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/24/2012          To: 06/24/2014

DocuSign Envelope ID: C323997E-83C6-4BF4-8622-A23B53895493

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Marion Desnoyer*
DocuSigned by:
4B394E6F05704A2...

Name: Marion Desnoyer

Address: Baumschulenstrasse, 38

Berlin,  DE 12437

Phone Number: 15204065561

Email Address: leylia@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/16/2010          To: 11/04/2011

DocuSign Envelope ID: FE4F3A35-47F9-4CD0-A869-461D522E6CED

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma:

DocuSigned by:

0155B801782942D...

Nome: Marisol baena bazan

Dirección: Rufino tamayo 8a

Pueblo nuevo, Queretaro MX 76900

Telefone: 5214421203139

Email Address: Marisol.baena@live.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/25/2011     A: 09/25/2012

DocuSign Envelope ID: FC3BCC08-7F70-400D-AA42-0C425D8A39B2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017

Firma: _Marisol Loaiza Melca_
DocuSigned by:
6BD8531AC912492...

Nome: Marisol Loaiza Melca

Dirección: 2218 Janet drive

Glenview, IL US 60026

Telefone: 2247638161

Email Address: apple_green8@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/13/2017          A: 02/12/2018

DocuSign Envelope ID: 701B9C75-170F-432A-B5F2-A8EDA171FBE8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma: _Marivett Danae Ibarra Merino_
C2610AA58E5849C...

Nome: Marivett Danae Ibarra Merino

Dirección: Entre Rios N°34 Lontuè

Curicò , Curicò  CL 3340000

Telefone: +56946781167

Email Address: danaeibarra@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 03/09/2015          A: 03/09/2017

DocuSign Envelope ID: 1A38383B-78DE-4512-BFE7-32DEF95F2767

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/19/2017          Firma: _Marta Esther Gutierrez G._
9795B2272274495...

Nome: Marta Esther Gutierrez Gonzalez

Dirección: 3ra, Ernesto T. Lefevre

Panama, Pana PA 507

Telefone: 66692553

Email Address: martagutierrez1686@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/18/2013          A: 06/18/2014

DocuSign Envelope ID: B41576BF-7BE0-469E-ABDC-D3F7CD8AD753

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *DocuSigned by:* D79C2A82695D4E2...

Name: Mélanie Chaouch

Address: 30 Rue d'Alsace

Clichy, FR 92110

Phone Number: 0638247223

Email Address: chaouch.melanie@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/27/2014      To: 06/14/2015

DocuSign Envelope ID: B1E2577C-B307-45B7-BBF0-336E25BA2F9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *Melina Michelle Khadija Boulahyane*
DocuSigned by:
57FEB5A2C1D74A9...

Name: Melina Michelle Khadija Boulahyane

Address: 28 rue de stalingrad

Le petit Quevilly, Normandie FR 76140

Phone Number: 3463510725

Email Address: boulahyanemelina@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2017      To: 02/20/2018

DocuSign Envelope ID: CFC8FB9A-6247-44DE-9D8F-FB499DAF19DC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: _DocuSigned by:_ 4C05B8591622485...

Name: Monique Vinette Henn

Address: 4100 greenbriar st

houston, TX US 77098

Phone Number: 8324956172

Email Address: moniquehenn007@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/04/2015     To: 09/30/2017

DocuSign Envelope ID: D3368868-FA2B-4CB8-BFBD-066E11CE06BE

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/17/2017_          Firma: _[firma] 376B43739E33486..._

Nome: _Morayma Carrasco Reyes_

Dirección: _Juan Vázquez de Acuña 835_

_Saltillo, Coahuila MX 25239_

Telefone: _8448697542_

Email Address: _moraymacr@hotmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _01/25/2016_          A: _01/25/2017_

DocuSign Envelope ID: 9127A538-54F0-436B-BB3E-82B7AF2F5E8F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *[signature]*
A1360FB44DC5496...

Name: Mthikazi Nomvume

Address: Sipambo

Washington , MD US 20815

Phone Number: 2024213404

Email Address: mthikhazi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2016     To: 10/10/2018

DocuSign Envelope ID: 58989BA4-AC40-4094-BE96-CD693BDAE77B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Najin Lee*
66C60ED689DB477...

Name: Najin Lee

Address: 61 Moore Park Ave

Toronto, Ontario CA M2M 1M8

Phone Number: 4379824245

Email Address: erika.najin@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/09/2015   To: 09/29/2015

DocuSign Envelope ID: 0A2C5562-CC89-4688-A74C-EFCC84715E17

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/17/2017            Assinatura: _____

Nombre: Natalia Ladeia Druzian

Endereço: Rua Joaquim Palacio de caras, 54

Marília, São Paulo BR 17526360

Teléfono: +5514998458714

Email Address: natalia.druzian@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 08/08/2009            A: 02/11/2011

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/17/2017_          Firma:

DocuSigned by:

206AC1D95B744DA...

Nome: Neifi Leticia Mártir López

Dirección: Manuel Caballero 26 Colonia Obrera

CDMX, MX 06800

Telefone: +52(55)27962303

Email Address: leticia.martir@live.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _01/07/2013_          A: _06/30/2014_

DocuSign Envelope ID: 2D8BC50C-6AA4-40D9-8AF9-63797DB98197

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *DocuSigned by:* D Mothae / 03AAC623F1B046C...

Name: Neo Ziyanda Iman

Address: 2715 King Street

Alexandria , VA US 22302

Phone Number: 6462474038

Email Address: neomothae@ymail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/16/2016          To: 05/21/2018

DocuSign Envelope ID: B7284D99-A63F-451C-949E-51ACB25CFA5F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ 1CE99E5A346A45C...

Name: Nicole Odendaal

Address: 442 kaipaki road RD1

Hamilton, Waikato NZ 3881

Phone Number: 0272329064

Email Address: Odendaalnicole@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/01/2014          To: 06/30/2015

DocuSign Envelope ID: 7A5C0BF8-98FB-4542-A4F8-D2A7FB85CC0F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *DocuSigned by: 32FEE082DE7845B...*

Name: Nyara de Oliveira Sanglard

Address: Romualdo Manoel Fagundes 559 cordeiros

Itajaí , Santa Catarina BR 88311103

Phone Number: 6104013085

Email Address: Nyara_@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/01/2016     To: 08/01/2018

DocuSign Envelope ID: 9AED0DC2-2243-4760-8131-71701658FD5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _Olga Mikhaylovna Romanova_
DocuSigned by:
111C91A0B8484AF...

Name: Olga Mikhaylovna Romanova

Address: 2332 Potomac Avenue

Pittsburgh, PA US 15216

Phone Number: 2166003295

Email Address: cushma@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/26/2010   To: 07/11/2012

DocuSign Envelope ID: D22AE7E2-81F7-4F55-978A-C395B2BD7EA6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017                    Firma: _[signature]_
0F7BC4DF59AF438...

Nome: Olivia Elena Serna Rodríguez

Dirección: Av. Jardín De Los Amates #10, Col. Jardín De Los Amates

Acapulco, GRO MX 39690

Telefone: 7442532167

Email Address: olivia.srn22@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/01/2016                    A: 07/30/2016

DocuSign Envelope ID: BE7ED16F-9E30-4B12-9062-8488FA6C3DDB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/13/2017

Signature:  *Onur kutlu*
DocuSigned by:
F88B55DC5D45472...

Name:  Onur Kutlu

Address:  Sophie-Scholl-Hof 1

Steinhagen, NRW DE 33803

Phone Number:  015120735556

Email Address:  onurikutlu@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/29/2011     To:  08/27/2012

DocuSign Envelope ID: D66398E2-F26A-48B5-B446-912F28CA4170

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017                    Signature: PPuuY
                                                   3079563B72DE4D8...

Name: PAOLA RODRIGUES DE MATOS

Address: 3821 EVERETT AVE

OAKLAND, CA US 94602

Phone Number: 8472433811

Email Address: paolarod89@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/26/2016          To: 09/26/2018

DocuSign Envelope ID: D031CD93-8CC7-4465-8AE1-601B79D61DB2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *Patricia Buttenbender Krafcik*
DocuSigned by:
72C84C9E3C864AB...

Name: Patricia Buttenbender Krafcik

Address: 2819 Founders Bridge Rd

Midlothian, VA US 23113

Phone Number: 8045195069

Email Address: patibk.va@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/22/2008     To: 09/22/2010

DocuSign Envelope ID: DBD612A6-30C4-4C8F-AACD-1A294E5470A7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *Paula Andrea Cruz Palomar*
DocuSigned by:
EEEA3DB925444B5...

Name: Paula Andrea Cruz Palomar

Address: Calle 48 sur #86-60

Bogotá, Cundinamarca CO 57

Phone Number: 3192486170

Email Address: pcruzpal8870@universidadean.edu.co

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014          To: 08/11/2015

DocuSign Envelope ID: 23B5913B-509A-4E5A-BB8E-9F83CF609FCE

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: _Paula Johnston_
DocuSigned by:
991F3E4A51DC47F...

Name: Paula Johnston

Address: 245 Lakeside Ct

St Charles, IL US 60174

Phone Number: 8474298223

Email Address: paulaj86@hotmail.co.uk

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/13/2010    To: 03/21/2012

DocuSign Envelope ID: BF314E41-D967-4B42-970A-7E798B6A6502

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____10/17/2017_____     Firma: [signature: Paula Martinez]
DocuSigned by:
028A9AE197CC408...

Nome: _____Paula Martinez_____

Dirección: _____1060 Humboldt Rd_____

_____Brisbane, CA US 94005_____

Telefone: _____4156727726_____

Email Address: _____paitoma@hotmail.com_____

Patrocinador: _____Au Pair Care, Inc._____

Datas de participação no programa au pair:

De: _____02/02/2015_____     A: _____02/02/2017_____

DocuSign Envelope ID: C761EEAB-C2BD-454D-97A7-31C528C6CFC7

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *Philippe Raemdonck*
66406BA815BE44B...

Name: Philippe Raemdonck

Address: 27 rue de Wailly, appt 2

Tourcoing,  FR 59200

Phone Number: 0680923623

Email Address: raemdonck.philippe@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/11/2012

To: 11/11/2012

DocuSign Envelope ID: 05147E20-0488-4332-BA2C-FD94782F4F9E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/18/2017

Signature:  *Priscila Carvalho Aguiar Ourique*
DocuSigned by:
E4B82DD3A8CA4B6...

Name:  Priscila Carvalho Aguiar Ourique

Address:  150 west Hamilton Avenue

Campbell, CA US 95008

Phone Number:  4086459363

Email Address:  priscilacarvalhoaguiar@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  07/26/2010     To:  07/26/2012

DocuSign Envelope ID: 302C246B-AC61-4215-A298-C8CB151E1F0D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Rachel Blevin lowthorpe_ (DocuSigned by, 53D4093780B2474...)

Name: Rachel Blevin lowthorpe

Address: 150 Charles avenue

Pleasantville , NJ US 08232

Phone Number: 8562610279

Email Address: Blevinrachel@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/13/2009      To: 12/13/2011

DocuSign Envelope ID: B2ABFD9A-5C1E-4342-913B-BC3007829CE6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *[DocuSigned by signature]* 157A763345714C2...

Name: Robyn-Jade Green

Address: Boland Street

Cape Town , Western Cape   ZA 7580

Phone Number: 0634141841

Email Address: rjdodgen@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/30/2015          To: 09/29/2017

DocuSign Envelope ID: 76F90849-F3C7-4552-9292-1BCD002CC094

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/15/2017

Signature: *Rocio Araceli Candelas Reyes*
DocuSigned by:
88A42794DD15449...

Name: Rocio Araceli Candelas Reyes

Address: 120 S Pickett St #102

Alexandria, VA US 22304

Phone Number: 7075365222

Email Address: rociocandelas@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2011     To: 10/26/2012

DocuSign Envelope ID: 03C9DD12-6052-476F-BDE7-197E57771709

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/13/2017                    Signature:  *Romina Cares*
DocuSigned by:
F2DDC9E386CA47F...

Name:  Romina Cares

Address:  128 cross st

malden, MA US 02148

Phone Number:  6174465823

Email Address:  thebestoftheworld.isgod@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/02/2010        To:  08/02/2012

DocuSign Envelope ID: 984FF035-75FD-4B60-9274-022072FB09F8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _DocuSigned by:_ ABA824E1D9F8472...

Name: Rozanne Hanekom

Address: 4th street 4

Port Nolloth , Northern Cape   ZA 8280

Phone Number: 0720103871

Email Address: Rozanne101@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/19/2012

To: 01/01/2013

DocuSign Envelope ID: 18A8DAB9-C231-4026-A13A-29A3E4930403

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *SABOURIN ANDREA*
F1C92B4F41C7496...

Name: SABOURIN ANDREA

Address: 9 avenue Leon BLUM

Le PLessis-ROBINSON,  FR 92350

Phone Number: 0033661477965

Email Address: sabourin.92@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/17/2017     To: 08/26/2017

DocuSign Envelope ID: 590287D1-F651-4872-85C9-380D1F1C54D7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/16/2017          Firma: _Sara Elizabeth Rodríguez Puentes_
                                   DocuSigned by:
                                   9CACEA0294F34F9...

Nome: Sara Elizabeth Rodriguez Puentes

Dirección: 23105 County Road 9

Forest, OH US 45843

Telefone: 4198192423

Email Address: megasarar@gmail.com

Patrocinador: Go Au Pair

Datas de participação no programa au pair:

De: 07/07/2014          A: 07/07/2015

DocuSign Envelope ID: 164DEC62-145C-45D4-8C86-F5B35181D7DC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/18/2017

Firma:
DocuSigned by:
*Sara Pizarro Jaramillo*
A250232BF61A41E...

Nome: Sara Pizarro Jaramillo

Dirección: 166 Washington Street

Whitman, MA US 02382

Telefone: 5085210656

Email Address: sarismede@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/05/2015        A: 10/16/2015

DocuSign Envelope ID: 01ACC42D-8A29-41F1-85E0-FAB547CA8580

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *S. Suminski*
DocuSigned by:
374BFB6DBA6F411...

Name: Sascia Suminski

Address: Freiligrathstraße, 23

Brieselang, Brandenburg DE 14656

Phone Number: +4915234295036

Email Address: s.suminski@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2009      To: 02/03/2011

DocuSign Envelope ID: 75DCDDBF-01B8-478B-BC5C-E879D86DAD97

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: _Saskia Knoll_ (DocuSigned by)
381E687AF8CC407...

Name: Saskia Knoll

Address: Webergasse 3

Wiesbaden, PA US 19066

Phone Number: 015772158527

Email Address: saskia.knoll@googlemail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2015       To: 09/20/2016

DocuSign Envelope ID: AB6368BF-EADF-43D0-A048-D7A4F8957D7C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Silvia Kupculakova*
DocuSigned by:
4753E4C2BFC0496...

Name: Silvia Kupculakova

Address: Stefanikova 269/22

Namestovo, SK 02901

Phone Number: 0915183264

Email Address: silvia.kupculakova@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/26/2009   To: 07/13/2010

DocuSign Envelope ID: CC6D3FC1-694A-4848-8982-B099C7EF6F5E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/15/2017

Signature: _DocuSigned by:_ F561E1E50F5D476...

Name: Sophie Fabry

Address: 3 rue Francois Villon

Cergy,  FR 95000

Phone Number: 639472250332

Email Address: sophie.fabry@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/16/2012     To: 03/24/2013

DocuSign Envelope ID: D49BEAAA-72A0-4F96-9FD7-93F191D88F15

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: _DocuSigned by:_ 4075941A9D5F4CA...

Name: Suellen Pedretti Hespanhol

Address: South Franklin Street

Englewood, CO US 80113

Phone Number: 7206560104

Email Address: suellen_ph2@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/18/2016    To: 01/16/2018

DocuSign Envelope ID: 7ABD4FE8-B2B1-4B31-B4FF-5B0D39F963A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/16/2017

Signature: *Tábata*
2EAA56ACBA5E4C2...

Name: Tábata regina Fonseca bicalho

Address: 16280 catenary drive

Woodbridge , VA US 22191

Phone Number: 5714141720

Email Address: Tabatabicalho@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2015     To: 08/23/2017

DocuSign Envelope ID: B69214E3-DE6D-4577-B876-3E4D637D7203

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: *Teresa Ariane Knoetig*
DocuSigned by:
5341A6011E56496...

Name: Teresa Ariane Knoetig

Address: Leithastr. 22/1/19

Vienna, Vienna AT 1200

Phone Number: +4368184920737

Email Address: teresa_knoetig@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2014     To: 09/15/2015

DocuSign Envelope ID: A280DFA3-75FA-4925-BB7C-006907DC8641

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature: *THAIANA RIBEIRO LOPES*
DocuSigned by:
6B762CC168B042D...

Name: THAIANA RIBEIRO LOPES

Address: 7800 SW  29 th street

MIAMI, FL US 33155

Phone Number: 4154252072

Email Address: thaiana_ribeiro@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2015     To: 12/14/2017

DocuSign Envelope ID: 1CD07C18-A07A-4703-8DD0-EE464F39247B

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Thais Lucena Vogel*
80AC5C9C22E045A...

Name: Thais Lucena Vogel

Address: 5307 Lakemont Blvd SE apto 1132

Bellevue, WA US 98006

Phone Number: 4255051265

Email Address: thaislvogel@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/10/2012        To: 06/10/2014

DocuSign Envelope ID: 5E569DB6-B86C-4B3D-9E95-7D771910BBAD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/13/2017

Signature: _VHarries_ (DocuSigned by: 081876776D644B5...)

Name: Victoria Harries

Address: 23 Libanus Road

Swansea,  GB SA4 4AN

Phone Number: 07791229339

Email Address: vicky_0204@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2015

To: 08/16/2017

DocuSign Envelope ID: 405CFBB2-5925-48B2-8B67-9F9A1F8347FD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/19/2017

Signature: *Yolandé Gillian Witbooi*
DocuSigned by:
E16F5D8649DC4CA...

Name: Yolandé Gillian Witbooi

Address: 17 Nerina Crescent

Cape Town, Western Cape ZA 7100

Phone Number: +27648397573

Email Address: white.yolande@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/19/2015      To: 02/06/2016

DocuSign Envelope ID: C522907E-F94E-4AC3-BB1C-0175FE04149E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: _DocuSigned by:_ 1483DEFDA817453...

Name: Yuliana Ramirez

Address: 2336 n Dinwiddie st

Arlington , VA US 22207

Phone Number: 2022714854

Email Address: Julara1@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/16/2012    To: 08/30/2013

DocuSign Envelope ID: 086862EF-CDF8-416B-A2FB-DDA751B101A0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Yuly M.*
E8C948E0C6C14E7...

Name: Yuly Mayorga

Address: 418 67th St

West New York , NJ US 07093

Phone Number: 5513132352

Email Address: yully04@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/26/2013     To: 11/30/2017

DocuSign Envelope ID: 4F7FC1CA-0CBA-4663-BB9A-BA715FEDA3BC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/17/2017

Signature:
DocuSigned by:
*ZORAYA NOMELIN BALLEN*
8EADACC9AE1F4B0...

Name: ZORAYA NOMELIN BALLEN

Address: CALLE 80 BIS #7a-15 TORRE 4 APT 1106

bogota, BOGOTA CO 110811

Phone Number: 5713107658522

Email Address: zoryok@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2008     To: 09/02/2010

DocuSign Envelope ID: 69E5103E-933B-489A-B9B2-5AD6FECBB273

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/18/2017

Signature: *Zuzana Pliesovska*
DocuSigned by:
93030DB4423642A...

Name: Zuzana Pliesovska

Address: Romanova 2

Bratislava, Slovakia SK 85102

Phone Number: +421910513531

Email Address: zuzana.pliesovska@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2015     To: 10/06/2016