IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

## JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE

Plaintiffs and Defendants[1] (collectively, "the Parties") jointly move the Court for an Order setting January 5, 2018 as the new expert discovery deadline in this case. In support thereof, the Parties state as follows:

1. On May 19, 2017, the Court entered its Order Granting All Parties' Stipulated Motion Concerning Scheduling and Class Certification Page Limits. *See* ECF No. 555. That Order, which revised the schedule in this litigation, set the deadlines for the parties to exchange affirmative and rebuttal expert disclosures for July 31, 2017 and August 30, 2017, and set the "Expert Discovery Cut-off" date for October 30, 2017. *See id.* The October 30 Expert Discovery Cut-off date was sixty days after the Parties exchanged rebuttal expert reports.[2] *See id.*

2. On August 28, 2017, following a joint request by the Parties, the Court entered an Order further modifying a number of deadlines in this litigation, including the deadlines for the Parties to exchange affirmative and rebuttal expert disclosures. ECF

---

[1] All Defendants join in this motion except AuPairCare, Inc., which filed a notice of appeal on October 11, 2017. ECF No. 723.

[2] The sixtieth day would actually be Sunday, October 29, 2017, so the deadline rolled to the next business day, October 30.

No. 687.  Pursuant to that Order, the new deadlines for the exchange of these expert disclosures are October 2, 2017 and October 30, 2017, respectively.  *See id.*

3. In the Parties' joint request that preceded issuance of the Court's August 28 Order, the Parties inadvertently neglected to ask the Court to set a new Expert Discovery Cut-off deadline.  As a result, it appears that the prior Expert Discovery Cut-off deadline of October 30, 2017 remains, though the Court extended the deadlines for the exchange of expert reports.

4. By this motion, the Parties jointly request that the Court set a new Expert Discovery Cut-off deadline of January 5, 2017.  This deadline would be approximately sixty days after the rebuttal expert disclosure deadline (extended slightly because of the holidays) and, thus, would preserve the interval between expert reports and the expert discovery deadline that existed in the prior schedule.

5. The change to this deadline will not affect other deadlines in the litigation, and will not prejudice any party.  For these reasons, good cause exists to extend expert discovery until January 5, 2017.

WHEREFORE, the Parties jointly request that the Court set the Expert Discovery Cut-off deadline as January 5, 2017.

Respectfully submitted this 24th day of October, 2017.

| *s/ Dawn L. Smalls* | *s/ Diane R. Hazel* |
|---|---|
| Matthew L. Schwartz | Joan A. Lukey (joan.lukey@choate.com) |
| Peter M. Skinner | Robert M. Buchanan, Jr. |
| Randall W. Jackson | (rbuchanan@choate.com) |
| Dawn L. Smalls | Michael T. Gass (mgass@choate.com) |
| Joshua J. Libling | Justin J. Wolosz (jwolosz@choate.com |
| Byron Pacheco | Lyndsey M. Kruzer (lkruzer@choate.com) |
| BOISE, SCHILLER & FLEXNER LLP | Kevin Patrick O'Keefe (kokeefe@choate.com) |
| 575 Lexington Avenue | CHOATE HALL & STEWART LLP |
| New York, New York 10022 | Two International Place |
| Tel: (212) 446-2300 | Boston, Massachusetts  02110 |
| Fax: (212) 446-2350 | Telephone:  (617) 248-4790 |

mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
BOISE, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com

Lauren Fleischer Louis
Sabria Alexandria McElroy
Sigrid Stone McCawley
BOISE, SCHILLER & FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
Fax: (954) 356-0022
llouis@bsfllp.com
smcelroy@bsfllp.com
smccawley@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

***Attorneys for Plaintiffs***

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Brian Alan Birenbach*
Brian Alan Birenbach
(brian@rietzlawfirm.com)
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, Suite 301
Dillon, CO
Tel: (970) 468-0210
Fax: (970) 468-0371

***Attorney for Defendants Au Pair International and American Cultural Exchange, LLC d/b/a GoAuPair***

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Kathleen E. Craigmile

3

(kcraigmile@nixonshefrin.com)
Aubrey Jane Markson
(amarkson@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange***

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

*s/ Lawrence L. Lee*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

4

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America**

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

*Attorneys for Defendant EurAuPair Intercultural Child Care Programs*

s/ Brooke A. Colaizzi
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

*Attorneys for Defendant InterExchange, Inc.*

s/ William J. Kelly III
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

*Attorneys for Defendant USAuPair, Inc.*

s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin J. Estevao
Vance Orlando Knapp
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

*Attorneys for Defendant GreatAuPair, LLC*

6

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2017, I caused to be electronically filed the foregoing **JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Byron Pacheco (bpacheco@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

                                              *s/ Diane R. Hazel*
                                                Diane R. Hazel