**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Adriana Sanchez Palacio
2. Agata Szmulewicz
3. Cinthia Gamboa Gomez
4. Deyanira Solache Mejia
5. Dominik Storms
6. Graziele Rodriguez Correa
7. Lucia Helena Alves
8. Priscila Macedo Malafaia Torres
9. Raphael Fernandes Guilherme
10. Aden Reis
11. Adriana Avilez Landa
12. Adriana Cunha Maciel
13. Agnes Monteiro Guedes
14. Alejandra Hernandez Martinez
15. Alejandra Martínez García
16. Amy Sharkey
17. Ana Maria Garcia Hernandez
18. Ana Silva

19.     Andrea Echeverri Betancur
20.     Anika Schröder
21.     Araminta Pérez Gallardo
22.     Ariadna Rodriguez
23.     Ariel Niv
24.     Barbara Oliveira Da Silva
25.     Bettina Blaim
26.     Bettina Houser
27.     Bruna Lemos De Oliveira
28.     Candice Mackie
29.     Carla Gabriela Goycolea Lopez De Dorsey
30.     Carol Estefany Manrique Castaneda
31.     Catalina Solis Fatteva
32.     Caterina Mayer
33.     Celia Bartl
34.     Cesar Henrique Ferreira Coelho
35.     Chantelle Ferreira
36.     Cheyenne Bonnet
37.     Claudia Renata Delgadillo Rubio
38.     Daniela Ceballos Marulanda
39.     Dayana Andrea Forero Lopez
40.     Debora Menezes Duarte
41.     Desiree Ciniglio Pace
42.     Elimey Arelis Saurí González
43.     Enelise Santos Mello
44.     Erik Kolovos Ortega
45.     Estefania Flores Ramirez Moreno
46.     Flavia Camila Silva Lelis
47.     Francine Da Silva
48.     Greco Natascia
49.     Hanna Lahe (Former Saard)
50.     Iryna Voloshyna
51.     Ivana Gazic
52.     Izchel Caballero Gamón
53.     Jamie Daniels Bogert
54.     Jana Krausova
55.     Jessica Pardim Araujo
56.     Johanna Pia Caroline Broberg
57.     Jonas Heidemann
58.     Julia Bergmann
59.     Juliana De Fatima Gimenes Lopes
60.     Justyna Anna Jeziorska
61.     Karina Pardo Santodomingo
62.     Karina Ramos Huihuitoa
63.     Katarina Aleksic
64.     Kelly Wallace

| | |
|---|---|
| 65. | Kristina Ipsen |
| 66. | Krisztina Hardi |
| 67. | Krystel Ocampo |
| 68. | Kseniia Chelushkina |
| 69. | Laura Rodriguez Moron |
| 70. | Lisa Vihlborg |
| 71. | Lotan Cherches |
| 72. | Lourdes Ceballos Echeagaray |
| 73. | Luana Segal Rivero Alonso |
| 74. | Luisa Fernanda Preciado Espinoza |
| 75. | Luisa Maria Ortiz Rico |
| 76. | Luz Faviola Matehuala Guzmán |
| 77. | Maisa Valim De Arruda |
| 78. | Maria Emilia Stella |
| 79. | Mariana Leon Garcia |
| 80. | Maricruz Pereira Torres |
| 81. | Marlene Klima |
| 82. | Melinda Van Der Meer |
| 83. | Melissa Renee Rivas Vega |
| 84. | Miyuki Watanabe |
| 85. | Monique Rodrigues Moral |
| 86. | Monique Vd Schyff |
| 87. | Nadia Eduardo Oller |
| 88. | Natalia Rodriguez |
| 89. | Natasa Skiljevic |
| 90. | Nondumiso Kgoagelo Lousia Mothoa |
| 91. | Nonjabulo Mngoma |
| 92. | Paola Leticia Toro |
| 93. | Paula Hamablet |
| 94. | Paulina Garcia Isaza |
| 95. | Perla Noryeli Gonzalez Hernandez |
| 96. | Renata Magalhães Amaro |
| 97. | Rieke Weller |
| 98. | Saara Saha |
| 99. | Sameera Saleh |
| 100. | Silvia Alejandra Barragan Calderon |
| 101. | Stanislava Knysh |
| 102. | Stefani Moore |
| 103. | Tahlija Lee Dobe |
| 104. | Tamaryn Auld |
| 105. | Tamires Santos Da Silva |
| 106. | Tatiana Alejandra San Martin Migueles |
| 107. | Xin Su |
| 108. | Yeimy Marisol Caro Martinez |
| 109. | Zsofia Papp |

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: October 30, 2017

Respectfully submitted,

_/s/ Dawn Smalls____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls___
Dawn L. Smalls