# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Adriana Sanchez Palacio | Au Pair Care, Inc. |
| Agata Szmulewicz | Au Pair Care, Inc. |
| Cinthia Gamboa Gomez | AIFS/APIA (Au Pair In America) |
| Deyanira Solache Mejia | Cultural Care Au Pair |
| Dominik Storms | Cultural Care Au Pair |
| Graziele Rodriguez Correa | AIFS/APIA (Au Pair In America) |
| Lucia Helena Alves | Cultural Care Au Pair |
| Priscila Macedo Malafaia Torres | AIFS/APIA (Au Pair In America) |
| Raphael Fernandes Guilherme | AIFS/APIA (Au Pair In America) |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/25/2017    SIGNATURE: Adriana Sanchez Palacio.

PRINTED NAME: Adriana Sanchez Palacio

ADDRESS: 540 west 136th St Ap 62. New York, NY, 10031.

TELEPHONE NUMBER(S): +1-860-944-9423

EMAIL ADDRESS: nanasanchezp@gmail.com

SPONSOR: Au Pair Care, Inc.

DATES IN AU PAIR PROGRAM: 12/10/2012 to 01/09/2015

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336



# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 24.10.2017   SIGNATURE: Szulice Agata

PRINTED NAME: SZMULEWICZ AGATA

ADDRESS: Street: BROCHOWSKA 19, 96-500 SOCHACZEW, POLAND

TELEPHONE NUMBER(S): +48 690 041 886

EMAIL ADDRESS: agata_szmulewicz@op.pl

SPONSOR: AuPair Care

DATES IN AU PAIR PROGRAM: 24.01.2011 - 27.01.2012

Return this form by November 2, 2017 to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:

OR fax to: (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com
OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 09/08/2017   SIGNATURE: [signed]
PRINTED NAME: Cinthia Gamboa Gómez
ADDRESS: San Jose, Costa Rica Heredia PO Box 1793-3000 Heredia, Costa Rica
TELEPHONE NUMBER(S): (506) 8501 8703
EMAIL ADDRESS: cgambogomz@gmail.com
SPONSOR: Au Pair in America
DATES IN AU PAIR PROGRAM: August 2010 – April 2011

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com
OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE:   October 21, 2017            SIGNATURE:   _[signature]_

PRINTED NAME:   Deyanira Solache Mejia

ADDRESS:   Avestruz No. 205, Col. Villa de Montegrande, Z.C. 20994, Jesus Maria, Aguascalientes. Mexico

TELEPHONE NUMBER(S):  +52 (449) 2566339 / +52 (449) 2423267

EMAIL ADDRESS:  arch.solache.d@gmail.com

SPONSOR:   Cultural Care

DATES IN AU PAIR PROGRAM:   From November 09, 2011 to August 07, 2012.

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 24.10.2017    SIGNATURE: D Storms

PRINTED NAME: Dominik Storms

ADDRESS: Reichsbahnstrasse 35
22525 Hamburg
Germany

TELEPHONE NUMBER(S): 0049 177 360 54 68

EMAIL ADDRESS: dominik.storms@laco-school.de

SPONSOR: Cultural Care

DATES IN AU PAIR PROGRAM: 19.08.2013 – 18.08.2014

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 21/10/2017
SIGNATURE: Graziele Rodrigues Corrêa
PRINTED NAME: Graziele Rodrigues Corrêa
ADDRESS: Rua Francisco Affonso de Melo 499 44B Parque Santana, Mogi das Cruzes - S.P. cep 08717-130
TELEPHONE NUMBER(S): (11) 4721-3872
EMAIL ADDRESS: graziele-correa@hotmail.com
SPONSOR: Au Pair in America
DATES IN AU PAIR PROGRAM: 08/03/2011 a 29/04/2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/23/2017　　SIGNATURE: Luncia Shulina Alves
PRINTED NAME: Luncia Shulina Alves
ADDRESS: 294 2.500 St, 101 apartment, Balneário Camboriú, Santa Catarina 88330394, Brazil
TELEPHONE NUMBER(S): +55 47 997012470
EMAIL ADDRESS: luciahelenaspr@gmail.com
SPONSOR: Cultural Care
DATES IN AU PAIR PROGRAM: from 07/18/2011 to 08/02/2012

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: October 23rd, 2017  SIGNATURE: _Priscila M Tor._

PRINTED NAME: PRISCILA MACEDO MALAFAIA TORRES

ADDRESS: 2388 Madden ave apt 310  95116 Ca United States

TELEPHONE NUMBER(S): (352) 209-9640  (352) 209-8545

EMAIL ADDRESS: priscila.malafaia@ymail.com

SPONSOR: au pair in america

DATES IN AU PAIR PROGRAM: July 27th 2009 - July 27th 2010

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

**CONSENT TO JOIN**
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com
OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 21 oct 2017
SIGNATURE: Raphaela Fernandes Guilherme
PRINTED NAME: RAPHAELA FERNANDES GUILHERME
ADDRESS: Rua Caritapera 253 Bloco 1 apto 604

TELEPHONE NUMBER(S): 11-99235-6869
EMAIL ADDRESS: rapha.kozmio@gmail.com
SPONSOR: Au Pair in America
DATES IN AU PAIR PROGRAM: 24 oct 2010 - 15 may 2010

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com
OR fax to: (+1) 888-335-3336