# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 14035 | babhd2ed2 | Aden Reis | Cultural Care Au Pair |
| 13691 | y6h5gf86d | Adriana Avilez Landa | InterExchange, Inc. |
| 13709 | gg83h3fbg | Adriana Cunha Maciel | Au Pair Care, Inc. |
| 13990 | ycc5hc7df | Agnes Monteiro Guedes | Cultural Care Au Pair |
| 13735 | b47f89fef | Alejandra Hernandez Martinez | Au Pair in America (APIA)/AIFS |
| 13981 | u44fg8h2b | Alejandra Martínez García | Au Pair in America (APIA)/AIFS |
| 13928 | ycg9b2294 | Amy Sharkey | Au Pair in America (APIA)/AIFS |
| 14032 | t243c88f8 | Ana Maria Garcia Hernandez | Au Pair Care, Inc. |
| 13855 | wc578d869 | Ana Silva | Cultural Care Au Pair |
| 13942 | ca4bbe47a | Andrea Echeverri Betancur | Cultural Care Au Pair |
| 13872 | t58ga2238 | Anika Schröder | Cultural Care Au Pair |
| 13787 | y4df6c39b | Araminta Pérez Gallardo | Cultural Care Au Pair |
| 13989 | ubc36d6cd | Ariadna Rodriguez | Cultural Care Au Pair |
| 13891 | i9dgah2e6 | Ariel Niv | Au Pair in America (APIA)/AIFS |
| 13651 | tdgahabc5 | Barbara Oliveira Da Silva | Au Pair in America (APIA)/AIFS |
| 13688 | x2bcc7cb2 | Bettina Blaim | Cultural Care Au Pair |
| 13917 | cbg835437 | Bettina Houser | Cultural Care Au Pair |
| 14012 | i26cf43ge | Bruna Lemos De Oliveira | Au Pair Care, Inc. |
| 13774 | hhh83hgc8 | Candice Mackie | Au Pair in America (APIA)/AIFS |
| 13878 | caagfcec4 | Carla Gabriela Goycolea Lopez De Dorsey | Cultural Care Au Pair |
| 13792 | k4f8c9c37 | Carol Estefany Manrique Castaneda | Au Pair Care, Inc. |
| 13948 | w3946458g | Catalina Solis Fatteva | Cultural Care Au Pair |
| 13693 | t24e56756 | Caterina Mayer | Cultural Care Au Pair |
| 13835 | hedh48b75 | Celia Bartl | Au Pair in America (APIA)/AIFS |
| 14037 | h79e99hbe | Cesar Henrique Ferreira Coelho | Go Au Pair |
| 13923 | b5af8843c | Chantelle Ferreira | Au Pair in America (APIA)/AIFS |
| 13908 | v96b43g56 | Cheyenne Bonnet | InterExchange, Inc. |
| 13655 | xb24f3753 | Claudia Renata Delgadillo Rubio | Au Pair Care, Inc. |
| 13975 | pga75h277 | Daniela Ceballos Marulanda | Au Pair Care, Inc. |
| 13800 | w29f23h4g | Dayana Andrea Forero Lopez | Cultural Care Au Pair |
| 13848 | tgcebf56h | Debora Menezes Duarte | Au Pair Care, Inc. |
| 13782 | ha6ag8b6h | Desiree Ciniglio Pace | Cultural Care Au Pair |
| 13794 | v5hba7759 | Elimey Arelis Saurí González | Au Pair in America (APIA)/AIFS |
| 13902 | yef357938 | Enelise Santos Mello | Au Pair in America (APIA)/AIFS |
| 13638 | uff62ad2c | Erik Kolovos Ortega | Expert Au Pair |
| 13817 | tagfagddh | Estefania Flores Ramirez Moreno | Cultural Care Au Pair |
| 13802 | b66hh959h | Flavia Camila Silva Lelis | Cultural Care Au Pair |
| 13777 | t3ccbfeh5 | Francine Da Silva | Cultural Care Au Pair |
| 13686 | pbbf2c68e | Greco Natascia | Au Pair Care, Inc. |
| 13883 | c7gb4e3b6 | Hanna Lahe (Former Saard) | Cultural Care Au Pair |
| 13833 | v345gheg4 | Iryna Voloshyna | Go Au Pair |
| 13964 | we3f486h7 | Ivana Gazic | Au Pair in America (APIA)/AIFS |
| 13881 | l3ffe2929 | Izchel Caballero Gamón | Cultural Care Au Pair |
| 13993 | kd98d28gg | Jamie Daniels Bogert | Go Au Pair |
| 13900 | c9dc7c878 | Jana Krausova | Cultural Care Au Pair |
| 13905 | ia74g2e5g | Jessica Pardim Araujo | Expert Au Pair |
| 13956 | i8ec5268h | Johanna Pia Caroline Broberg | Au Pair Care, Inc. |
| 13755 | t243c864c | Jonas Heidemann | Cultural Care Au Pair |
| 13763 | c3fd87ed7 | Julia Bergmann | Cultural Care Au Pair |
| 13913 | tfbg5egc9 | Juliana De Fatima Gimenes Lopes | Au Pair Care, Inc. |
| 13919 | k8h75f554 | Justyna Anna Jeziorska | Cultural Care Au Pair |
| 13950 | b5586ege8 | Karina Pardo Santodomingo | Cultural Care Au Pair |
| 14040 | pg334c796 | Karina Ramos Huihuitoa | Cultural Care Au Pair |
| 13696 | kfe37h336 | Katarina Aleksic | Au Pair Care, Inc. |
| 13971 | kb5h26866 | Kelly Wallace | Cultural Care Au Pair |
| 13887 | p5fha679f | Kristina Ipsen | Cultural Care Au Pair |
| 13666 | cfbcbhf96 | Krisztina Hardi | Au Pair in America (APIA)/AIFS |
| 13953 | y76c5944b | Krystel Ocampo | Cultural Care Au Pair |
| 13758 | ih2h2df8f | Kseniia Chelushkina | InterExchange, Inc. |
| 13806 | yechfd932 | Laura Rodriguez Moron | Cultural Care Au Pair |
| 14000 | gf7hdbbde | Lisa Vihlborg | Cultural Care Au Pair |
| 13664 | ca4hg22h3 | Lotan Cherches | Au Pair in America (APIA)/AIFS |
| 13959 | c5f29hd35 | Lourdes Ceballos Echeagaray | Cultural Care Au Pair |
| 13897 | gdagdgcea | Luana Segal Rivero Alonso | Au Pair Care, Inc. |
| 13843 | y97cdgfge | Luisa Fernanda Preciado Espinoza | Au Pair Care, Inc. |
| 13841 | bggf5b6ef | Luisa Maria Ortiz Rico | Au Pair Care, Inc. |
| 14022 | x46e5fc6c | Luz Faviola Matehuala Guzmán | Au Pair in America (APIA)/AIFS |
| 13893 | hc3ccfdd3 | Maisa Valim De Arruda | Cultural Care Au Pair |
| 13821 | th9hba7ce | Maria Emilia Stella | Cultural Care Au Pair |
| 14008 | va8chg988 | Mariana Leon Garcia | Cultural Care Au Pair |
| 13712 | g9357f869 | Maricruz Pereira Torres | Au Pair in America (APIA)/AIFS |
| 13867 | l54g8cb9b | Marlene Klima | Cultural Care Au Pair |
| 13980 | p7653h7dc | Melinda Van Der Meer | Cultural Care Au Pair |
| 13718 | ybf4aa64b | Melissa Renee Rivas Vega | Au Pair Care, Inc. |
| 13645 | pd5e3dd8e | Miyuki Watanabe | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 13984 | lc7db7f66 | Monique Rodrigues Moral | Au Pair in America (APIA/AIFS |
| 13968 | vgedb87dh | Monique Vd Schyff | Au Pair in America (APIA/AIFS |
| 13927 | ted8hd374 | Nadia Eduardo Oller | Au Pair in America (APIA/AIFS |
| 13747 | hhc74h83c | Natalia Rodriguez | Cultural Care Au Pair |
| 13642 | ch7dbaf5g | Natasa Skiljevic | Au Pair Care, Inc. |
| 13732 | phedg928f | Nondumiso Kgoagelo Lousia Mothoa | Cultural Care Au Pair |
| 13658 | tgcg8c544 | Nonjabulo Mngoma | Au Pair Care, Inc. |
| 14005 | r6d69afec | Paola Leticia Toro | Au Pair Care, Inc. |
| 13682 | b96egace3 | Paula Hamablet | Au Pair in America (APIA/AIFS |
| 14027 | idhec7bhf | Paulina Garcia Isaza | Au Pair in America (APIA/AIFS |
| 13807 | rfa864b48 | Perla Noryeli Gonzalez Hernandez | Cultural Care Au Pair |
| 13766 | bd829agf6 | Renata Magalhães Amaro | Au Pair in America (APIA/AIFS |
| 13770 | v8429b28d | Rieke Weller | Cultural Care Au Pair |
| 13823 | we85ed937 | Saara Saha | Cultural Care Au Pair |
| 13873 | r274dege2 | Sameera Saleh | Au Pair Care, Inc. |
| 13935 | va8a83a7h | Silvia Alejandra Barragan Calderon | Au Pair Care, Inc. |
| 13795 | u4246he4f | Stanislava Knysh | Expert Au Pair |
| 13813 | yecfbd659 | Stefani Moore | Au Pair in America (APIA/AIFS |
| 13924 | r69cg5362 | Tahlija Lee Dobe | Cultural Care Au Pair |
| 13815 | xdc5da2fd | Tamaryn Auld | Au Pair Care, Inc. |
| 13977 | x323e987h | Tamires Santos Da Silva | Cultural Care Au Pair |
| 13648 | i6b262e68 | Tatiana Alejandra San Martin Migueles | Cultural Care Au Pair |
| 13744 | bc5df24ga | Xin Su | InterExchange, Inc. |
| 14018 | cfe4fa6h6 | Yeimy Marisol Caro Martinez | Au Pair in America (APIA/AIFS |
| 13715 | uag35c866 | Zsofia Papp | Cultural Care Au Pair |

DocuSign Envelope ID: 6256E6C9-2951-48D1-BD3E-DB935290E922

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: _DocuSigned by:_ DE7CD68FE5AE452...

Name: Aden Reis

Address: 19 Schindler Dr

Rockaway , NJ US 07866

Phone Number: 9089141723

Email Address: Adenreis@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2010        To: 12/05/2012

DocuSign Envelope ID: E64DD13F-3343-4E72-9F21-3203103F7DDB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *DocuSigned by:* [signature] 1182324DCB99433...

Name: Adriana Avilez Landa

Address: Loma bonita oriente no.122

Cuernavaca, Morelos MX 62156

Phone Number: 7772564930

Email Address: mostass@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 03/07/2011     To: 12/19/2012

DocuSign Envelope ID: 5DA5B44E-46C6-4CD7-ABDD-599901DD70A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *Adriana C. Maciel*
DocuSigned by:
7A2CEFE613134CD...

Name: Adriana Cunha Maciel

Address: 42010 Blacow Rd, Apt 410

Fremont, CA US 94538

Phone Number: +1908723004

Email Address: drickacm@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/26/2010   To: 08/11/2011

DocuSign Envelope ID: 117C3514-E294-42CF-BC10-E936789807E2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Agnes Monteiro Guedes*
656B355406B1404...

Name: Agnes Monteiro Guedes

Address: Hirschgang, 27

Dollern, Niedersachsen DE 21739

Phone Number: +4917685106060

Email Address: agnesmguedes@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2010      To: 12/05/2012

DocuSign Envelope ID: 5AFE67F3-2E53-49B5-9C68-E73821FA69A7

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/23/2017_

Firma: *Alejandra Hernandez Martinez*
DocuSigned by:
29DC95727D08458...

Nome: Alejandra Hernandez Martinez

Dirección: Av. Roble #2516 Colonia Brisas del Valle

Monclova, Coahuila MX 25724

Telefone: 8661372517

Email Address: alejandrahdzm93@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _06/15/2015_       A: _12/18/2015_

DocuSign Envelope ID: 93C53990-87BB-4AF4-BE35-AD800AB3E144

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Alejandra Martínez García*
E9C58EDF395E461...

Name: Alejandra Martínez García

Address: Constitución de 1917, No. 68

Tequisquiapan, Querétaro MX 76750

Phone Number: 4141180000

Email Address: ale.love14@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/26/2012     To: 03/26/2013

DocuSign Envelope ID: 4114067E-D738-4315-92A9-C4A0F7B07005

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: _A. Sharkey_
DocuSigned by:
A7D2EDF0DD1F46A...

Name: Amy Sharkey

Address: 91 Ogden Avenue

White Plains , NY US 10605

Phone Number: 9143562488

Email Address: A301CR@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/01/2008      To: 11/01/2009

DocuSign Envelope ID: 2DA391E3-CD87-4B51-82E1-B72780D5E012

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *ANA MARIA GARCIA HERNANDEZ*
DocuSigned by:
B95A24BC83C74D3...

Name: ANA MARIA GARCIA HERNANDEZ

Address: Transversal 162 # 27 - 71 Serranilla de Cañaveral

Floridablanca, Santander CO 681002

Phone Number: 3162223220

Email Address: anamaria.garciah@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/16/2015     To: 06/18/2015

DocuSign Envelope ID: 05BF9C42-89FA-4332-9A51-65290AD1C48E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _DocuSigned by:_ 4C9CA745977047A...

Name: Ana Silva

Address: 43 Cathay rd

East Rockaway , NY US 11518

Phone Number: 5165893670

Email Address: Milenita43@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/08/2011     To: 12/22/2012

DocuSign Envelope ID: 78A3113D-3E01-4634-A68E-00AB33B6C864

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/25/2017_

Firma: _[DocuSigned by signature] 5190D7C536CC493..._

Nome: _ANDREA ECHEVERRI BETANCUR_

Dirección: _1942 GARFIELD ST_

_SAN LUIS OBISPO, CA US 93401_

Telefone: _8056021680_

Email Address: _andreaebetancur@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _07/15/2011_

A: _01/11/2013_

DocuSign Envelope ID: 0BB30508-6242-435A-B2A4-961C8243591C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _A. Schröder_ (DocuSigned by: 7D1CF1CBF69B471...)

Name: Anika Schröder

Address: Wedringer Straße, 26

Magdeburg, Sachsen-Anhalt DE 39124

Phone Number: +4917684643756

Email Address: anikaschroeder1@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2011   To: 02/28/2012

DocuSign Envelope ID: 21559DF3-6786-4907-93ED-8EE51518E101

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/24/2017_                   Firma: _Araminta Pérez Gallardo_
DocuSigned by:
2F1CCDA691374F0...

Nome: _Araminta Pérez Gallardo_

Dirección: _manzano 34 infonavit Sumidero_

_Xalapa, Veracruz MX 91154_

Telefone: _2288103371_

Email Address: _gallardo_ar@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _12/05/2010_          A: _04/09/2014_

DocuSign Envelope ID: 2340497E-11BA-4911-BA28-FD880567DD3A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: _[DocuSigned by: 058A34AE67E543D...]_

Name: Ariadna Rodriguez

Address: Greendale DR NE

Atlanta , GA US 30327

Phone Number: 4049717138

Email Address: arirove@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/13/2014       To: 10/12/2016

DocuSign Envelope ID: 60193C21-108E-4091-8452-9398F33319E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *[DocuSigned by signature]* DA77AEB433604BB...

Name: Ariel niv

Address: Boppstraße 8A

Mainz, DE 55118

Phone Number: 97258-716-1093

Email Address: Arielniv2@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2014     To: 09/10/2015

DocuSign Envelope ID: 22368847-FDAE-4CE4-80F9-B08CBF1C9E73

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017

Signature: *Barbara O Silva*
6976615552854AB...

Name: Barbara Oliveira da Silva

Address: Rua Juan Andres 86 ap 21C

Sao Paulo, SP BR 08475490

Phone Number: 5511985890052

Email Address: barbara_olli@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/26/2014       To: 06/26/2016

DocuSign Envelope ID: 1AA94DDC-C9BC-4F42-A4F9-31EFDBCA73D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *Bettina Blaim*
DocuSigned by:
E1CE8879F35D479...

Name: Bettina Blaim

Address: Jägerweg 10/1

Brunnkirchen, Lower Austria AT 3506

Phone Number: +436764756740

Email Address: bettina.blaim@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2014        To: 08/05/2015

DocuSign Envelope ID: 47D86BE2-89BB-4CE7-9D2E-195B9F78D0D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Bettina Houser*
C90D6F47A785433...

Name: Bettina Houser

Address: 1704 Huntington Street, #3

Huntington Beach, CA US 92648

Phone Number: 7147460904

Email Address: bettina.houser@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/10/2012     To: 07/06/2014

DocuSign Envelope ID: DA1C0711-7CD7-42DA-8694-3DF0A1E3CD8A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *[DocuSigned by signature]* 03FBE1D1B03E48B...

Name: Bruna Lemos de Oliveira

Address: Av. Fortaleza 1079

São José dos Campos, São Paulo  BR 12235-560

Phone Number: 1239332200

Email Address: brunalemosdeoliveira26@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2016        To: 08/16/2017

DocuSign Envelope ID: 29F447BE-BEBE-4694-9553-CAEA79CC29BA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Candice Mackie*
DocuSigned by:
9A43CA28097E4FC...

Name: Candice Mackie

Address: 87 Birch street

Dominion, CA B1G 1A3

Phone Number: 9023225293

Email Address: candice_mackie@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2010          To: 06/20/2013

DocuSign Envelope ID: D260DB71-A459-4CB9-ACB7-1D0CAD41CF91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Gaby Lopez*
FF3D14D2FEF342A...

Name: Carla Gabriela Goycolea Lopez de Dorsey

Address: 3807 w Montrose Avenue

Chicago, IL US 60618

Phone Number: 2244228483

Email Address: Gaby.goycol3a@live.com.mx

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/30/2010     To: 03/16/2011

DocuSign Envelope ID: E279D772-F322-408A-BB58-67B60C7D7E74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Carol Estefany Manrique Castaneda*
DocuSigned by:
B2D15E6334E748B...

Name: Carol Estefany Manrique Castaneda

Address: 20435 N 7st, Apt 1010

Phoenix, AZ US 85024

Phone Number: 4802822905

Email Address: teffmc@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/27/2014      To: 07/31/2015

DocuSign Envelope ID: 27F979AC-3F8D-4F44-A09C-F76A742C18BB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Catalina Solis Fatteva*
51897A0CE1B6458...

Name: Catalina Solis Fatteva

Address: 50 Clark St. Apt 2-D

Brooklyn, NY US 11201

Phone Number: 6462818908

Email Address: c.fatteva@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/03/2010     To: 04/12/2011

DocuSign Envelope ID: C112DC9A-25B2-4D69-8443-9C187A9057E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *Caterina Mayer*
DocuSigned by: B2377AA058694E7...

Name: Caterina Mayer

Address: Ackerstr 71

Willich, NRW DE 47877

Phone Number: +4915736543341

Email Address: cati.mayer123@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/11/2011     To: 08/11/2011

DocuSign Envelope ID: 53CA5A6D-7573-483E-A600-2F98EB2159A8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Celia Bartl*
DocuSigned by:
F550A3272CFE486...

Name: Celia Bartl

Address: 1115 Broadway, Apt 5H

Long Island City, NY US 11106

Phone Number: 6464557860

Email Address: celiabartl@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/12/2012    To: 07/11/2013

DocuSign Envelope ID: 3A2D42DB-79A8-471A-AA2B-1DB2168A3C56

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Cesar Henrique Ferreira Coelho*
AE78023A1A6C4F0...

Name: Cesar Henrique Ferreira Coelho

Address: 1945 Valentia St

Denver, CO US 80220

Phone Number: 7206665145

Email Address: cesarhfcoelho@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/05/2014     To: 05/05/2015

DocuSign Envelope ID: B4474641-4B7A-46EA-825B-7AE13FCE686E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Chantelle Ferreira*
DocuSigned by:
D17E87CB97C3419...

Name: Chantelle Ferreira

Address: P.O. Box 444

Aberdeen, saskatchewan CA S0K0A0

Phone Number: 13062504117

Email Address: telliekruger@yahoo.ca

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/12/2007          To: 09/02/2009

DocuSign Envelope ID: E17DD79F-A0CE-498E-A56F-247AB9B73F76

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Cheyenne Bonnet*
DocuSigned by:
236CE19028C447A...

Name: Cheyenne Bonnet

Address: Les Milles Pertuis

Gap, Hautes Alpes FR 05000

Phone Number: +33649552439

Email Address: cheyenne.mbonnet@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/06/2016      To: 09/06/2017

DocuSign Envelope ID: F808F675-9504-4BF8-AC66-2C770BCF133F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/20/2017

Firma: *Claudia Renata Delgadillo Rubio*
4B66865443DE436...

Nome: Claudia Renata Delgadillo Rubio

Dirección: 117 morning sun ave

mill valley, CA US 94941

Telefone: 8053121327

Email Address: renata.rubio.rr@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/20/2016          A: 06/20/2018

DocuSign Envelope ID: CD9EC34F-B097-441E-9D9E-0777E5143979

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/26/2017

Firma: *Daniela Ceballos*
77221D4410754A1...

Nome: Daniela Ceballos Marulanda

Dirección: 1445 Oaktree Drive Apt. B, B

North Brunswick, NJ US 08902

Telefone: 7322079462

Email Address: danielaochoac23@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/11/2011      A: 02/05/2012

DocuSign Envelope ID: B4783C84-110B-4855-8FBD-435E51274505

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Dayana Andrea Forero Lopez*
EBED1AE1B0E5428...

Name: Dayana Andrea Forero Lopez

Address: 373 marshall ash

bolingbrook, IL US 60490

Phone Number: 6304027217

Email Address: dayana.forero.lopez@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/10/2012     To: 09/10/2014

DocuSign Envelope ID: 92B96A3A-8922-43A7-AF77-F3755759729F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Debora Menezes Duarte*
DocuSigned by:
62ED3A149B6A47B...

Name: Debora Menezes Duarte

Address: 109 Cheyenne St

Tinton Falls, NJ US 07712

Phone Number: 7327664795

Email Address: deboramduarte@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/14/2014     To: 04/01/2016

DocuSign Envelope ID: 10A06FF9-D30C-4F0B-8D5A-7D9B02412C1B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Desiree Ciniglio Pace*
DocuSigned by:
BB9278985740444...

Name: Desiree Ciniglio Pace

Address: 2153 Monticello rd

Napa, CA US 94558

Phone Number: 7078128385

Email Address: Deepace360@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015     To: 01/05/2017

DocuSign Envelope ID: 788F7642-535F-4CAE-91C5-601BD6709C0E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/24/2017_          Firma: _[DocuSigned by: EJ Sauri C36931C5DD844E9...]_

Nome: _Elimey Arelis Saurí González_

Dirección: _Belen Flores_

_Panamá, Panamá  PA 50707009_

Telefone: _+50767076122_

Email Address: _eli_mey09@hotmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _12/01/2014_          A: _12/01/2015_

DocuSign Envelope ID: B00AEFC1-67DF-436F-9CA3-4A5EBBFC09AD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Enelise Santos Mello*
DocuSigned by:
F4A24B5DD18D4C2...

Name: Enelise Santos Mello

Address: Avenida Guadalupe, 11

São JOse dos Campos, São Paulo BR 12235000

Phone Number: 12981351526

Email Address: enelise_sm@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/12/2012     To: 09/10/2014

DocuSign Envelope ID: 79FF575D-3D9B-4CC4-88FC-61606357B496

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/20/2017_          Firma: _DocuSigned by:_ (signature) 839439869AAB4AF...

Nome: _Erik Kolovos Ortega_

Dirección: _Circuito Agua Azul Norte 187 Colonia Parque Verde_

_Celaya, Guanajuato MX 38035_

Telefone: _4611855464_

Email Address: _kolovos_gh@hotmail.com_

Patrocinador: _Expert Au Pair_

Datas de participação no programa au pair:

De: _12/31/2015_          A: _08/10/2016_

DocuSign Envelope ID: EA9B727C-0EAF-4B86-B1A5-50D2ED3997E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *ЄƑ*
DocuSigned by:
EA617D032660411...

Name: ESTEFANIA FLORES RAMIREZ MORENO

Address: 5319 BALHAN CT APT 3

CONCORD, CA US 94521

Phone Number: 9256907944

Email Address: tefa00@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/01/2014      To: 01/01/2015

DocuSign Envelope ID: 8F76A7C7-A71E-4697-AF23-F3D09D7E4832

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Flavia Camila Silva Lelis*
C38E18EDE9DA441...

Name: Flavia Camila SIlva Lelis

Address: 2006 Broadway apt 504

Nashville, TN US 37203

Phone Number: 3128003029

Email Address: fclelis@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2008     To: 08/03/2010

DocuSign Envelope ID: 29B38EC5-E3DC-45D9-ACCF-BF1E641410A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *DocuSigned by:* [signature] 4DEA43C9B560419...

Name: Francine Da Silva

Address: 20758 Ridgehaven Ter. Apt 201

Sterling, VA US 20165

Phone Number: 5714470368

Email Address: francinesilvaa1@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/17/2011     To: 07/17/2013

DocuSign Envelope ID: B9B1A887-E279-457B-A447-2728C83657D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/21/2017

Signature: *Greco Natascia*
DocuSigned by:
18DD32825CEC474...

Name: Greco Natascia

Address: via della resistenza n 87

Castelvetro, Modena IT 41014

Phone Number: 3313601479

Email Address: greconatascia1993@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/07/2015      To: 07/11/2017

DocuSign Envelope ID: 5ACA5AAA-61A3-48F1-A247-BDD47EE255F3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *DocuSigned by:* [signature] B4A006185CEE4BC...

Name: Hanna Lahe (former Saard)

Address: Kopramae 2

Rapla, Raplamaa EE 79529

Phone Number: +37256854517

Email Address: Hanna.lahe@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2011   To: 10/17/2011

DocuSign Envelope ID: 089A2117-3B27-4925-B0DD-D1F84B55CBCD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Iryna Voloshyna*
DocuSigned by:
AC712CA8B45D433...

Name: Iryna Voloshyna

Address: 1703 Baldwin Pl

Ann Arbor, MI US 48104

Phone Number: 7347727891

Email Address: irina.96.96.96@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/02/2016    To: 05/02/2018

DocuSign Envelope ID: 1106A55C-FABB-44CA-BA9F-4B9E4265D3A0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Ivana Gazic*
DocuSigned by:
C85F9EB0F8604D4...

Name: Ivana Gazic

Address: 28151 Florence Lane

Santa Clarita, CA US 91351

Phone Number: 9784081732

Email Address: ivanagazic1984@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/06/2010     To: 08/08/2012

DocuSign Envelope ID: A43A26FA-58C9-4E2D-A973-241961DED1B8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017          Signature: _DocuSigned by:_ 3CE625379B074BC...

Name: Izchel Caballero Gamón

Address: Privada Diaz Miron

Torreón , Torreón   MX 27060

Phone Number: 8711746189

Email Address: izchelcaballero@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2010          To: 06/10/2011

DocuSign Envelope ID: D13E5C15-C45D-4200-BE09-E5BE6D4693DA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *[DocuSigned by signature: E3974465419646B...]*

Name: Jamie Daniels Bogert

Address: 1428 merry avenue

Bronx, NY US 10461

Phone Number: 9292135866

Email Address: Jdaniels884@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/18/2017     To: 10/23/2017

DocuSign Envelope ID: 28D05877-85F3-4641-8D46-48D9B05A1E82

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Jana Krausova*
DocuSigned by:
E52AF407FBF6462...

Name: Jana Krausova

Address: 1108 Key Drive

Alexandria, VA US 22302

Phone Number: (703) 801-6017

Email Address: janka.krausova@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/07/2016          To: 12/06/2018

DocuSign Envelope ID: 939EBA4B-1365-4038-8257-7FCAC191A0C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: _DocuSigned by:_ [signature] E9565CB21CBC4DF...

Name: Jessica Pardim Araujo

Address: E Prentice Ave

Centennial, CO US 80015

Phone Number: 4085073957

Email Address: Jessicaapardim@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 01/31/2016     To: 01/31/2018

DocuSign Envelope ID: DF004694-3C97-4D4A-BD91-054643BE3610

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Johanna Pia Caroline Broberg*
A67E7FC01BEE4ED...

Name: Johanna Pia Caroline Broberg

Address: 14 Peachtree Lane

Carle Place, NY US 11514

Phone Number: 5166604057

Email Address: j.broberg@live.se

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/04/2013     To: 05/06/2015

DocuSign Envelope ID: 8F32AB4A-A1ED-4460-986E-582D9377B738

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Jonas Heidemann*
DocuSigned by:
1FBE9A20357E4B6...

Name: Jonas Heidemann

Address: Friedrich-Ebert-Str. 281

Krefeld, Nordrhein-Westfalen DE 47800

Phone Number: 0114915156087949

Email Address: jonas.heidemann@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2009          To: 07/20/2010

DocuSign Envelope ID: B8FCF82C-CD03-443F-B268-4B79E4A4B3CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _Julia Bergmann_
E8A25B1FEDF641E...

Name: Julia Bergmann

Address: Peterstr.4

Duisburg, DE 47178

Phone Number: 015735686179

Email Address: julia.bergmann93@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2013     To: 07/14/2014

DocuSign Envelope ID: 648A96D5-C06D-4BF9-B559-98677F806278

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: _Juliana de F. Gimenes Lopes_
D61046944E774F4...

Name: JULIANA DE FATIMA GIMENES LOPES

Address: RUA DAS HORTENSIAS

PIRAJUI, SAO PAULO BR 16600-000

Phone Number: 551435724043

Email Address: julianaf_lopes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2009          To: 03/03/2012

DocuSign Envelope ID: 01C1E981-C808-4A2A-B796-B486CE6F31C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Justyna Anna Jeziorska*
DocuSigned by:
6C33101D00E9472...

Name: Justyna Anna Jeziorska

Address: 2104 Ravenglass Pl. apt A

Raleigh, NC US 27612

Phone Number: 9196961785

Email Address: inioslawa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2010    To: 05/25/2012

DocuSign Envelope ID: 0ACE4D59-BDF3-4430-A39E-7F5DF8B9C8A0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: _DocuSigned by:_ A31A9B5D1B614B3...

Name: Karina pardo santodomingo

Address: Manzana 3 casa 68 villa mercedes

Santa Marta,  CO 41001

Phone Number: 573102671082

Email Address: Karinapsantodomingo@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2008     To: 11/16/2010

DocuSign Envelope ID: DBBD98C6-C8AD-465D-A175-B728082F6CE1

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/26/2017

Firma: *KARINA RAMOS HUIHUITOA*
DocuSigned by:
F26C6335417448C...

Nome: KARINA RAMOS HUIHUITOA

Dirección: PUENTE DE XOCO 89

CIUDAD DE MEXICO, CIUDAD DE MEXICO   MX 03330

Telefone: 5215529518760

Email Address: khuihuitoa@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/14/2014

A: 08/14/2015

DocuSign Envelope ID: 4761307F-856D-423C-9B76-567A2A1B4574

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *Katarina Aleksic*
DocuSigned by:
7EEA3372D7A346D...

Name: Katarina Aleksic

Address: 3808 ASTORIA BLVD APT, 9

ASTORIA, NY US 11103

Phone Number: 6466561539

Email Address: makale7@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/15/2012     To: 10/15/2013

DocuSign Envelope ID: C9FE3EEC-4543-4E9A-ABDA-3B0306337C50

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Kelly Wallace*
88F3B0BC2848434...

Name: Kelly Wallace

Address: 2605 28th Street, 5F

Astoria, NY US 11102

Phone Number: 19172390608

Email Address: Kellywallace88@me.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/18/2013     To: 01/18/2015

DocuSign Envelope ID: 39A043AA-E472-4C76-824F-746CF4415E5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Kristian*
5DD47432F1FA40F...

Name: Kristina Ipsen

Address: L. I. Brandes Alle 6

Frederiksberg C, DK 1956

Phone Number: 28344973

Email Address: Kristinaipsen@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/31/2017     To: 10/31/2017

DocuSign Envelope ID: E08F237F-1C7F-4D61-A191-4537F389142A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/21/2017

Signature: *Krisztina Hardi*
DocuSigned by:
7CC411A1EA8D472...

Name: Krisztina Hardi

Address: 40 Futar

Budapest, Budapest HU 1131

Phone Number: +36305869963

Email Address: hardikriszta@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2011     To: 08/15/2013

DocuSign Envelope ID: CADE42DA-441C-4AA7-A390-A253E2F0DD66

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017   Signature: _[signature]_

Name: krystel Ocampo

Address: Las Cumbres, Casa 1

PANAMA, Panama PA 507

Phone Number: 62081749

Email Address: krys30@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2009   To: 03/30/2010

DocuSign Envelope ID: 820342A8-3D3E-41FC-9E7D-94488CBAAB7D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature:

DocuSigned by:
AB5AF20B7A054EB...

Name: Kseniia Chelushkina

Address: 1475 Rebecca dr., apt 413

Hoffman Estates , IL US 60169

Phone Number: 2032094080

Email Address: Kseniia1008@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/07/2010      To: 05/07/2012

DocuSign Envelope ID: 058A8B3E-D032-462B-978F-762526B36408

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _(DocuSigned by: 6893D0C1936247C...)_

Name: Laura Rodriguez Moron

Address: Cambdridge

Burlingame , CA US 94010

Phone Number: 6504847150

Email Address: laurita_ro_mo@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2016     To: 08/22/2018

DocuSign Envelope ID: 3FEDA827-7204-46E6-80C1-B5AAA8A036B8

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Lisa Vihlborg*
DocuSigned by:
C9E374E9966F457...

Name: Lisa Vihlborg

Address: 732 9th Street, C

Hermosa Beach, CA US 90254

Phone Number: 3102007490

Email Address: wihlborg.lisa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/02/2013          To: 04/02/2015

DocuSign Envelope ID: B281A45B-E09B-4DA9-B9B2-9A8B52B7A538

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/21/2017

Signature: *Lotan*
3FD736E71C9D4A3...

Name: Lotan Cherches

Address: Arlozerov 19

Yehud,  IL 5625405

Phone Number: +972508807441

Email Address: lotan152@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2015     To: 03/07/2016

DocuSign Envelope ID: F3FBB2A6-4FB8-45CF-8A27-8CDB711ADB55

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/25/2017_           Firma: _Lourdes Ceballos Echeagaray_
DocuSigned by:
870527B47603423...

Nome: _Lourdes Ceballos Echeagaray_

Dirección: _Sierra Rumorosa 116 Lomas de Mazatlan_

_Mazatlan, Sinaloa MX 82110_

Telefone: _6691535904_

Email Address: _Marilu_ce@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _03/01/2009_           A: _06/15/2010_

DocuSign Envelope ID: 76D8B588-F6BA-49C5-8FAC-325D1C8A7D42

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *LUANA SEGAL RIVERO ALONSO*
DocuSigned by:
5C16E510DFEC497...

Name: LUANA SEGAL RIVERO ALONSO

Address: 2975 Aspen Ln

Bloomfield Hills, MI US 48302

Phone Number: 2487618869

Email Address: luanasralonso@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/08/2017        To: 01/08/2019

DocuSign Envelope ID: 716FAB70-9F48-48F8-A5E4-D4013CA64EFC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *DocuSigned by:* 44D5947C215842F...

Name: Luisa Fernanda Preciado Espinoza

Address: Paseo del agua 213 Col. El palomar

Guadalajara , Jalisco MX 45643

Phone Number: 3322500698

Email Address: Luisa.preciadoe@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/03/2017     To: 04/03/2018

DocuSign Envelope ID: 05735B83-98E3-4C3E-A573-C3CFC7614F1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Luisa Maria Ortiz Rico*
29B314480A7D408...

Name: Luisa Maria Ortiz Rico

Address: Carrera 77 #41 Sur-40 Apt201

Medellín, Antioquia CO 050001

Phone Number: 3007030843

Email Address: luisaortiz512@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/13/2013       To: 06/26/2017

DocuSign Envelope ID: 0D9CC46C-1515-4444-AF9A-C4685A4CC159

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *[DocuSigned signature]* DE21E3D0F4B54E7...

Name: Luz Faviola Matehuala Guzmán

Address: 129 knobloch ln

Stamford, CT US 06902

Phone Number: 2032744562

Email Address: fmat_guz@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/22/2016     To: 02/22/2018

DocuSign Envelope ID: 7718CB90-AA91-499B-B66B-55C2F7EAC95D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Maisa Valim de Arruda*
5FF9ADBFE69349B...

Name: Maisa Valim de Arruda

Address: 6615 East Wakefield Dr, Apt A2

ALEXANDRIA, VA US 22307

Phone Number: 5717220315

Email Address: maisarruda@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2014     To: 03/18/2016

DocuSign Envelope ID: 343F5787-10E3-4168-AFDD-3EA456C0EA18

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _[DocuSigned by signature: Maria Emilia Stella]_
89268A7B3ACE479...

Name: Maria Emilia Stella

Address: 3814 Brittany lane

La Crescenta, CA US 91214

Phone Number: 8183034181

Email Address: memistella91@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/16/2016     To: 05/15/2018

DocuSign Envelope ID: F4A3D3A6-9432-46D6-AF1F-77C41F1A167C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Mariana Leon Garcia*
463AB4114181423...

Name: Mariana Leon Garcia

Address: 8420 Buckland street Unit 33

La Mesa, CA US 91942

Phone Number: 6109961793

Email Address: mareelov@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/23/2008     To: 01/23/2009

DocuSign Envelope ID: C8753334-E48F-4C20-9F78-E006C94F2921

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/22/2017_     Firma: _Maricruz Pereira_
406B1892F54A4D9...

Nome: _Maricruz Pereira Torres_

Dirección: _6_

_Turrialba, Cartago CR 30501_

Telefone: _+50684668604_

Email Address: _cruzmaricr@gmail.com_

Patrocinador: _Au Pair in America (APIA/AIFS_

Datas de participação no programa au pair:

De: _02/11/2013_     A: _02/25/2015_

DocuSign Envelope ID: 99F91728-60A6-482F-ABA7-549F1FF66D2B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _(DocuSigned by)_ FD30958A9B06410...

Name: Marlene Klima

Address: 203 Georgian Court Road

Rochester , NY US 14610

Phone Number: ☐☐☐☐+49179 9309829☐☐

Email Address: marlene.sophie2@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2015     To: 09/15/2017

DocuSign Envelope ID: 58DFF8C7-79A7-488C-A982-A5ACE6B285AA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Melinda van der Meer*
1BD364025C21461...

Name: Melinda van der Meer

Address: 36 Hewitt Avenue

Bronxville, NY US 10807

Phone Number: 9144678665

Email Address: melinda_vdmeer1996@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016       To: 10/26/2017

DocuSign Envelope ID: 46F222FC-4980-45A7-B9FA-6E4A43802BFD

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/23/2017

Signature: *Melissa Renee Rivas Vega*
DocuSigned by:
96F72A8388604FD...

Name: Melissa Renee Rivas Vega

Address: Residencial utila colonial casa 18 sobre 6a calle oriente

Santa Tecla, La Libertad SV 1501

Phone Number: +50371473032

Email Address: mely_288@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/03/2014     To: 05/06/2015

DocuSign Envelope ID: D54A59EA-4F38-44BD-96E5-67760C121334

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017

Signature: *Miyuki*
F8C3EF7D07E54C7...

Name: Miyuki Watanabe

Address: 315 Briarwick ct

Millersville , MD US 21108

Phone Number: 19313208296

Email Address: myk_5c@yahoo.co.jp

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/01/2016    To: 08/31/2018

DocuSign Envelope ID: F441D55A-A476-489B-B58F-4C4F5B8A8959

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *DocuSigned by: Marian  B383500D55E846D...*

Name: Monique Rodrigues Moral

Address: 2800 Montlake Blvd E

Seattle, WA US 98112

Phone Number: 4255335027

Email Address: Monique.moral2012@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2016     To: 10/26/2017

DocuSign Envelope ID: 5CED9717-60A2-4405-81C7-BE8DD5AFA789

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Monique vd Schyff*
C7C7C32AA5CA4F7...

Name: Monique vd Schyff

Address: 76 Midland Ave

Rye, NY US 10580

Phone Number: 0662012677

Email Address: moniqunlvr@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/16/2015     To: 07/12/2017

DocuSign Envelope ID: 18287858-3177-4D92-B2A8-B4DFC933A9B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Nadia Eduardo Oller*
DocuSigned by:
FECBF7A55ED3484...

Name: Nadia Eduardo Oller

Address: 7419 jayhawk

annadale, VA US 22003

Phone Number: 7033954049

Email Address: nadialp_eo@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/26/2014        To: 01/26/2015

DocuSign Envelope ID: 6D711D9C-BDA3-487A-87A1-DE32677F60A0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/23/2017

Firma: _NATALIA RODRIGUEZ_

Nome: NATALIA RODRIGUEZ

Dirección: 973 Market

san francisco , CA US 94103

Telefone: 4152545800

Email Address: natalia.rodriguez.27@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/29/2016     A: 05/29/2018

DocuSign Envelope ID: 8F93BB1A-5D23-4557-8BC0-D20F60E4FC1E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017

Signature: *Natasa Skiljevic*
A054D0D06F2A4AD...
DocuSigned by:

Name: Natasa Skiljevic

Address: 5237 N Dixie Hwy d2

oakland park, FL US 33334

Phone Number: 7176084244

Email Address: nskiljevic@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/21/2009        To: 09/21/2010

DocuSign Envelope ID: 833ED0E3-D359-4D96-AE1F-079BF582AD4B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/23/2017

Signature: *Nondumiso Kgoagelo Lousia Mothoa*
DocuSigned by:
421FF175FE654CD...

Name: Nondumiso Kgoagelo Lousia Mothoa

Address: 242 Pylgras

Pretoria, Gauteng ZA 0183

Phone Number: 0810768590

Email Address: kgaogelomv@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/28/2015        To: 12/28/2015

DocuSign Envelope ID: 9056D596-AC99-4C72-9FB7-E218212E8BC4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017

Signature: _DocuSigned by:_ Nonjabulo Mngoma 7FC84C0EABDF4DF...

Name: Nonjabulo Mngoma

Address: 2300 Unit BB, Imbali

Pietermaritzburg , KwaZulu-Natal ZA 3201

Phone Number: +27624831400

Email Address: Nonjabulo19@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2016        To: 06/21/2017

DocuSign Envelope ID: 382BE775-08F1-4D15-9E38-C4C8515F16C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *Paola Leticia Toro*
34DAF1D1CF2A440...

Name: Paola Leticia Toro

Address: Wittelsbacherstr 12

Munich, Bayern DE 80469

Phone Number: +17625137917

Email Address: Leticiatoro88@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/20/2012          To: 06/19/2013

DocuSign Envelope ID: 38A4B8A9-EAAD-4C12-910B-BAA9DA6E2870

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT)
(D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios
impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción,
sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por
el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a
representarme en esta acción y acepto los honorarios legales descriptos en el aviso de
derecho a unirse a la demanda por salarios impagos.

Data: 10/21/2017          Firma: _(DocuSigned by)_ E03772DAF19D4DB...

Nome: Paula hamablet

Dirección: 91-34 , 195th St

Hollis, NY US 11423

Telefone: 6469633621

Email Address: Andreaquiiroz@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 07/08/2013          A: 07/10/2015

DocuSign Envelope ID: 841DEB50-BE2B-4BD5-A828-4D6DDAA8ABAA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:        10/26/2017                    Firma:        _Paulina Garcia Isaza_
                                                              4632CBE70BCC43F...

Nome:        Paulina Garcia Isaza

Dirección:   calle 13# 24-79 edificio la fontana apto 1501

             Pereira, Risaralda CO 0000

Telefone:    573146191126

Email Address:  pauli09garcia@gmail.com

Patrocinador:   Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:   01/26/2015                 A:   07/05/2015

DocuSign Envelope ID: 8AFA1A90-A9C8-4E66-B26D-6E1FA4E17298

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/24/2017   Firma: *Perla Noryeli Gonzalez Hernandez*

Nome: Perla Noryeli Gonzalez Hernandez

Dirección: Privada de Jilgueros 4711

Chihuahua, Chihuahua MX 31110

Telefone: +526141304696

Email Address: noryeli.glez@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 10/19/2015   A: 10/19/2016

DocuSign Envelope ID: 496A6220-9B63-4401-AD52-F92D0F93E950

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/24/2017             Assinatura: _[assinatura DocuSign: Renata, C15AA1FB2E184EE...]_

Nombre: Renata Magalhães Amaro

Endereço: Avenida Getúlio Dornelles Vargas, 1919 Ap 14 bl6

Jacareí, São Paulo BR 12305000

Teléfono: 12996719643

Email Address: renatinha.amaro@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 08/08/2016          A: 08/08/2017

DocuSign Envelope ID: B4D3080F-250F-48CF-993E-84B2F53AC105

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *[DocuSigned by: RW — 22EF34D48FED422...]*

Name: Rieke Weller

Address: Bronzealdervænget 30

Aarhus V, Denmark DK 8210

Phone Number: 004915162768701

Email Address: rieke.weller@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/27/2012          To: 07/28/2013

DocuSign Envelope ID: 05FA200D-2238-4E2D-ACEF-ADF4E9E30223

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _(DocuSigned by: CFA12F4F48C54A3...)_

Name: Saara Saha

Address: Fletcher pkwy

La Mesa, CA US 91942

Phone Number: 6194148525

Email Address: saara.saha@pp1.inet.fi

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015      To: 02/23/2017

DocuSign Envelope ID: 3400C509-3C32-4B2A-ABD5-D37CDFA5C8C5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: _S Saleh_
10379C7C50D4466...

Name: Sameera saleh

Address: 41 cuckoo Ext 1 lenasia

0000, Johannesburg  ZA 0000

Phone Number: +277862930

Email Address: Sameera.nss@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/12/2017      To: 10/30/2017

DocuSign Envelope ID: 6B8A53BB-1808-44D1-80F8-5EAF2669C73A

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: *Silvia Alejandra Barragan Calderon*
5416523B3270409...

Name: silvia alejandra barragan calderon

Address: 1880 shadow lawn ct

Fort Mill, SC US 29715

Phone Number: 7274222561

Email Address: silvis_abc16@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/03/2016      To: 04/03/2018

DocuSign Envelope ID: 103FC367-AECB-4256-B8E6-54D6187FB615

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *Stanislava Knysh*
DocuSigned by:
0AD96F3F907540D...

Name: Stanislava Knysh

Address: 59 green st

Brookline , MA US 02446

Phone Number: 6177841787

Email Address: stanislava444@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 10/05/2012     To: 05/30/2013

DocuSign Envelope ID: 4A50F91E-3DF1-4282-BD39-A32AED1D9E74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *DocuSigned by:* D. Moore 5698695351A349D...

Name: Stefani Moore

Address: 8010 Greenbelt Station Pkwy, #215

Greenbelt, MD US 20770

Phone Number: 2034246485

Email Address: ste.afelipe@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/05/2011      To: 07/05/2013

DocuSign Envelope ID: 88F6B8A4-722A-4C23-8E50-8B96C7CA8579

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/25/2017

Signature: _[DocuSigned by: 49AEEBECCDBB4A7...]_

Name: Tahlija lee Dobe

Address: 23 Duncombe road

Queensland, Aus, AL US 4504

Phone Number: 5872224000

Email Address: Taahhlliijjaa@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/04/2016     To: 03/19/2016

DocuSign Envelope ID: 09657DEB-D575-45C0-8931-0B969DB7F5B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/24/2017

Signature: *DocuSigned by:* [signature] 31917878F3F9420...

Name: Tamaryn Auld

Address: 27 Cheston Court

Belle Mead, NJ US 08503

Phone Number: 2013819652

Email Address: Tamarynauld09@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2014     To: 01/06/2016

DocuSign Envelope ID: 27C8E729-0FAD-4A9F-9BBE-EB9FFE3F1C86

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _10/26/2017_          Assinatura: *Tamires Santos da Silva*
DocuSigned by:
25FF4C70332B454...

Nombre: Tamires Santos da Silva

Endereço: Rua Leonor de Held 734

Maringá, Paraná BR 09725200

Teléfono: 44988430542

Email Address: tamires.santosse@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: _12/04/2016_          A: _10/07/2017_

DocuSign Envelope ID: 7ECD70E7-B3C2-4D71-BE09-DF9E4EB2BF46

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017                Signature:

Name: Tatiana Alejandra San Martin Migueles

Address: Pasaje Monterrey 78

Vina del Mar,  CL 2520000

Phone Number: +56993266726

Email Address: sanmartin.tatiana@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/13/2011          To: 02/13/2013

DocuSign Envelope ID: 7ECD70E7-B3C2-4D71-BE09-DF9E4EB2BF46

DocuSign Envelope ID: 7ECD70E7-B3C2-4D71-BE09-DF9E4EB2BF46

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/20/2017          Signature: _____

Name: Tatiana Alejandra San Martin Migueles

Address: Pasaje Monterrey 78

Vina del Mar,  CL 2520000

Phone Number: +56993266726

Email Address: sanmartin.tatiana@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/13/2011          To: 02/13/2013

DocuSign Envelope ID: E045190C-35ED-4A08-BFE4-8843250545D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/23/2017

Signature: *[DocuSigned by signature]* 42634014263740E...

Name: Xin Su

Address: 3240 N lakeshore dr

Chicago, IL US 60657

Phone Number: 3123404757

Email Address: suxinus@126.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/23/2016    To: 08/23/2018

DocuSign Envelope ID: B49F7731-8CA4-4F8E-BBEC-0BF608CF705E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/26/2017

Signature: *YEIMY MARISOL CARO MARTINEZ*
AB3F0BC6677E4E8...

Name: YEIMY MARISOL CARO MARTINEZ

Address: Carrera 5 # 127A - 61

Bogota,  CO 110141

Phone Number: 3016892018

Email Address: marisolcaro_691@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2009     To: 11/10/2011

DocuSign Envelope ID: 7CCBF37E-B645-4C6C-8FAE-39AAB45FB058

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/22/2017

Signature: *[signature]*
DocuSigned by:
F71328C3037048D...

Name: Zsofia Papp

Address: 26 Fo ut

Tat, Komarom-Esztergom HU 2534

Phone Number: 0036206112808

Email Address: pzsofia1996@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/06/2017      To: 11/03/2017