# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 11441 | vg534e9b6 | Jianing Wang | Expert Au Pair |

| | |
|---|---|
| **From:** | 王佳宁 <jianing_wang1@163.com> |
| **Sent:** | Wednesday, October 25, 2017 3:41 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Re:RE: question about drop the lawsuit |

Dear,

Here is my information:
name  JIANING(JANINE)  WANG
address  703 DALE DRIVE, SILVER SPRING, MD, 20910
email address : either jianing_wang1@163.com  or janine1wang@gmail.com  (sorry I can't remember  which one, but both emails are mine.)

Thanks
JIANING

--
**Janine Wang**
**Wechat:jj101188**
**TEL:+1 3016423361**

At 2017-10-26 03:23:14, "CA - AuPairWageAction" <AuPairWageAction@jndla.com> wrote:

Ms. Wang:

Thank you for your email.

If you have submitted a Consent to Join Form but no longer wish to participate in the lawsuit, please confirm by return email and provide the name, address and email address entered on your Consent to Join Form to ensure that we can identify your record.  The Notice Administrator will review your request upon receipt.  If you have not yet submitted a Consent to Join Form, you do not need to take any action if you do not wish to participate.

Regards,

Au Pair Wage Action Notice Administrator

1

www.AuPairWageAction.com

**From:** 王佳宁 [mailto:jianing_wang1@163.com]
**Sent:** Wednesday, October 25, 2017 9:51 AM
**To:** CA - AuPairWageAction
**Subject:** question about drop the lawsuit

Dear,

If I want to drop the lawsuit, what is the process of that?

Would you please tell me about it?

Thanks

JIANING

--

**Janine Wang**

**Wechat:jj101188**

TEL:+1 **3016423361**

【网易自营|30 天无忧退货】仅售同款价 1/4！MUJI 制造商"2017 秋冬舒适家居拖鞋系列"限时仅 34.9 元>>

【网易自营|30 天无忧退货】仅售同款价 1/4！MUJI 制造商"2017 秋冬舒适家居拖鞋系列"限时仅 34.9 元>>

2