# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## *Stipulated* Motion to Amend Scheduling Order

---

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)

Plaintiffs and all Defendants except AuPairCare Inc. (hereafter the "Moving Parties") present this stipulated Motion. Pursuant to D.C. Colo.L.Civ.R. 7.1(a), the Moving Parties certify as follows: Plaintiffs and counsel for certain Defendants conferred on Monday, October 30, 2017, and thereafter continued to confer over email. The below motion was agreed to and stipulated by the Moving Parties.

## Stipulated Motion to Amend Scheduling Order

The Moving Parties jointly and respectfully request an Order amending the existing Scheduling Order, D.E. 687 (as amended by D.E. 742). Fed. R. Civ. P. 16(b)(4). The Parties cannot meet the current fact discovery deadline due to factors outside of their control, including non-parties' delay in responding to subpoenas, a related pending motion to compel, and outstanding depositions. D.E. 710. Therefore, the Moving Parties ask that the fact discovery deadline be vacated and that the Parties be ordered to meet and confer, and jointly propose a reasonable date by which to complete fact discovery within one week after the discovery motion pending before Judge Tafoya is resolved, D.E. 710. The Moving Parties agree that this proposal is reasonable and efficient in light of developments in this complex litigation. *See* Fed. Jud. Ctr., Manual for Complex Litig. (4th ed.) § 22.613 (emphasizing the importance of resolving "difficulties in implementing current orders" as they arise and communication among counsel in complex cases [mass tort context]).

In support of this Motion to Amend the Scheduling Order, the Moving Parties state as follows:

1. Fact discovery is currently set to terminate on November 3, 2017.

2. The Alliance for International Exchange (the "Alliance"), an association that engages in public advocacy and lobbying on behalf of the sponsor defendants and other exchange programs (e.g., summer work/travel), has not yet completed its document production or made available its deposition witnesses, pursuant to a Rule 45 subpoena served in May, in part because of cost issues and in part due to privilege and work product claims asserted by its sponsor members.

3. The Parties have a fully briefed motion to compel before Magistrate Judge Tafoya related to the Alliance's first production, made on August 23, 2017. D.E. 710. The Court has not yet had an opportunity to rule on that motion.

4. That motion to compel, which was expedited, had to be rescheduled to November 17, 2017, due to events outside the Moving Parties' control. D.E. 738.

5. The motion to compel concerns a production by the Alliance and reflects fundamental disagreement between the two sides of this case concerning the nature and scope of work-product protection and the attorney-client privilege.

6. At a minimum, document production by the Alliance and certain depositions cannot be completed until the motion to compel is resolved.

7. Plaintiffs further contend that the motion's resolution may require Defendants to revisit their privilege determinations and make supplemental productions. Defendants dispute that assertion.

8. In addition, Plaintiffs represent that on November 2, 2017, a subpoenaed entity whose parent company is based in Sweden, STS Global Studies, declined to

comply with the subpoena, citing foreign law, and Plaintiffs are evaluating what, if any, relief to seek.

9.  The Moving Parties anticipate that there may be other developments arising out of AuPairCare's interlocutory appeal (*see* D.E. 726, 740) that could affect the appropriate schedule. In particular, one or more Defendants have informed Plaintiffs that they will likely seek a stay of some or all of this proceeding until the Tenth Circuit has resolved AuPairCare's appeal.

10. For all of these reasons, and despite their diligent efforts, the Moving Parties agree the current deadlines cannot be met and that it is appropriate to extend fact discovery in some manner. *See* ECF No. 493 ("Properly construed, good cause means that scheduling deadlines cannot be met despite a party's diligent efforts." (citing *Lehman Bros. Holdings Inc. v. Universal Am. Mortg. Co., LLC*, 300 F.R.D. 678, 681-82 (D. Colo. 2014)).

11. Due to the interplay of the foregoing issues, the Parties are not currently in a position to identify a date certain by which fact discovery could reasonably be completed. The Moving Parties therefore propose that the existing end of fact discovery be vacated pending the Court's resolution on the pending motion to compel, ECF No. 710. As soon as practicable after the Court's ruling, the Parties shall meet and confer and, within one week from the date of the ruling, propose a deadline for the close of fact discovery.

12. The Moving Parties do not anticipate moving other deadlines at this time, but may have to revisit this question depending on the timing of the close of fact discovery

and the likely motion for stay referenced in Paragraph 9 above.  For example, if the close of fact discovery draws too near to the deadline for dispositive motions, the Parties will discuss adjustments to the briefing schedule in the above-referenced meet-and-confer, and jointly propose a new briefing schedule to the Court.

13. Accordingly, having shown good cause, the Moving Parties request that the Scheduling Order be amended as follows:

| Event | Deadline |
| --- | --- |
| Fact Discovery Ends | To be agreed upon by the Parties within one week after the Court rules on D.E. 710. |
| *The following dates remain as currently set, but may be subject to change per the terms of Paragraph 12, above.* | |
| Expert Discovery Cut-off | January 5, 2018 |
| Deadline for Dispositive Motions | February 16, 2018 |
| Deadline for Oppositions to Dispositive Motions | March 16, 2018 |
| Deadline for Completion of Opt-in Discovery | April 9, 2018 |
| Deadline for Replies in Support of Dispositive Motions | April 13, 2018 |
| Deadline for Motions for Decertification | May 9, 2018 |
| Deadline for Oppositions to Motions for Decertification | June 6, 2018 |
| Deadline for Replies in support of Motions for Decertification | July 11, 2018 |

## **CONCLUSION**

For the foregoing reasons, the Moving Parties jointly and respectfully request the Motion to Amend Scheduling Order be GRANTED.

Dated: November 3, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

 /s/ Sean P. Rodriguez
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel.  (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218

5

Tel: (720) 239-2606  
Fax: (303) 957-2289  
alex@towardsjustice.org  
*Attorneys for Plaintiffs*

/s/ Justin J. Wolosz
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

**Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair**


/s/ Kathryn A. Reilly
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair**

/s/ Lawrence D. Stone
Lawrence D. Stone
(lstone@nixonshefrin.com)
Kathleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

**Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair and 20/20 Care Exchange, Inc. d/b/a The International Au Pair Exchange**

/s/ James E. Hartley
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302

**Attorneys for Defendant Cultural Homestay International**

/s/ Susan M. Schaecher
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP**

/s/ Stephen J. Macri
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

**Attorneys for American Institute for Foreign Study d/b/a Au Pair in America**

/s/ Bogdan Enica
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair**

9

/s/ Martha L. Fitzgerald
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke (dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant EurAuPair Intercultural Child Care Programs**

/s/ Brooke A. Colaizzi
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant InterExchange, Inc.**

/s/ William J. Kelly III
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**Attorneys for Defendant USAuPair, Inc.**

10

/s/ Meshach Y. Rhoades
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

11