**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**[PROPOSED] ORDER GRANTING *STIPULATED* MOTION TO
AMEND SCHEDULING ORDER**

---

The matter is before the Court on the Stipulated Motion to Amend Scheduling Order (D.E. 747). For good cause appearing, it is hereby ORDERED that the Stipulated Motion is **GRANTED** pursuant to Rule 16(b) and this Court's inherent power to manage its docket and the litigation before it.

The Scheduling Order is revised as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Ends | To be agreed upon by the Parties within one week after the Court rules on D.E. 710. |
| *The following dates remain as currently set, but may be subject to change.* | |
| Expert Discovery Cut-off | January 5, 2018 |
| Deadline for Dispositive Motions | February 16, 2018 |
| Deadline for Oppositions to Dispositive Motions | March 16, 2018 |
| Deadline for Completion of Opt-in Discovery | April 9, 2018 |
| Deadline for Replies in Support of | April 13, 2018 |

| Dispositive Motions | |
|---|---|
| Deadline for Motions for Decertification | May 9, 2018 |
| Deadline for Oppositions to Motions for Decertification | June 6, 2018 |
| Deadline for Replies in support of Motions for Decertification | July 11, 2018 |

DATED this _____day of _____ 2017.

BY THE COURT


_____