IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Abril D Johnson-Nieves
2. Adriana Milena Barbosa Sierra
3. Adrijana Ananieva
4. Alba Sofia Perez
5. Anna Matejova
6. Belinda Ivette Villarreal Gonzalez
7. Dierika Iveth Aravz Espinosa
8. Elina Lubnevska
9. Elisa Clementz
10. Jasmin Renke
11. Jerau Y Capriles Osorio
12. Louise Uys
13. Maelene Ronell Van Staden
14. Miriam Yesenia Martinez Segura
15. Natalia Veronica Gladis-Onolan
16. Sarah Suita Fauth
17. Shelley Wilson
18. Abril Padilla

19. Aliona Lisneac
20. Ana Cláudia Santos Da Silva
21. Ana Lizeth Alanis Contreras
22. Ana Maria Montoya Munetones
23. Ana Morcillo
24. Andrea Ivette Rocha Herrera
25. Andreas Bringmann
26. Andrid Julieth Gonzalez-Vinas
27. Annabelle Pineau
28. Anne Hilpert
29. Anyela Vannesa Gomez Astudillo
30. Arunsri Khongkharat
31. Astrid Yadira Caro Martinez
32. Atchara Wongsai
33. Audrey Pauline Coutal
34. Bárbara Reyna Sánchez
35. Barbora Cinadrova
36. Beatriz Fusete
37. Berenice Del Carmen Barrios Garcia
38. Bianca Paul
39. Brianda Elena Martinez Gonzalez
40. Bruna Beckerman
41. Bruna Simmons
42. Camila Johanna Parrilla
43. Carolina Arboleda Alvarez
44. Carolina Garzon Castro
45. Carolina Isaza
46. Caroline Cavalcante Camillo
47. Caroline Edilene Dos Santos
48. Caroline Fraga Rosa Dos Santos
49. Catherine Edwards
50. Charlene Amegandji
51. Charlotte Judenne
52. Christoph Wagner
53. Ciara Hanrahan
54. Cinthya Alejandra González Macías
55. Claudia Elizabeth Caro Martinez
56. Claudia Italiani
57. Corentin Santi Meniaca
58. Cynthia Felippe Furlan De Sousa
59. Danielle Duarte Menezes
60. Debora Regina De Almeida Broch Pinheiro
61. Diana Carolina Restrepo Aristizabal
62. Diana Lorena Gomez Alonso
63. Edina Veres
64. Erika Alves Ropelato

65. Estefania Ruiz Holguín
66. Ewelina Agnieszka Bednarz
67. Fernanda Cristina Santos
68. Gabriele Nascimento De Oliveira
69. Gaëlle Durand
70. Ghizlane Memdouh
71. Gina Prieto Gutierrez
72. Gisele Saint Clair
73. Hibeth Herrera Valencia
74. Ileana J. Velasquez Frias
75. Isabelle Hornung
76. Jackeline Rosso Perez
77. Jacqueline Selaelo Mantsho
78. Jacqueline Vasquez
79. Jelena Stojanović
80. Jennifer Bueno
81. Jennifer Orozco Herrera
82. Jennifer Pierre-Louis
83. Jesica Perez Reiriz
84. Jessica Moreira Severino
85. Jéssica Ribeiro Ferreira
86. Jimena Salcedo Hernández
87. Jinghong Xu
88. Joane Vieira Da Silva Leal
89. Juliane Cardoso Da Silva
90. Karina Campana
91. Katerina Kostikj
92. Katherine Orrego Jiménez
93. Katia Caroline França Dalanhol
94. Katrina Danielle Lawson
95. Kelly Agredo Navarro
96. Khomotso Kalauba
97. Kimmy Ter Beek
98. Kristin Alexis Munro
99. Lady Milena Dederle Rodriguez
100. Lais Da Silva
101. Lais Rios Rocha Rodrigues
102. Lara Garcia Beamonte
103. Lara Okkens
104. Larissa Schechtel Oliveira
105. Lidia Cano Perez
106. Linzay Ellen Manuel
107. Lizzeth Abigail Vicuña Aguilar
108. Lotta Sophie Bunte
109. Lucia Fernanda Rios Zamorano
110. Luciana Medina Pereira Rodrigues

111. Lucy Sefoloko
112. Luis Mario Felix Felix
113. Luisa Daniela Mesa Fernandey
114. Luma De Jesus Bras
115. Mackenzie Bonasena
116. Małgorzata Sherman
117. Marcela Darly Mallett
118. Margarita Chiquete Miranda
119. María Alejandra García Gallego
120. Maria Camila Mejia
121. Maria Camila Mejia Londoño
122. Maria Cecilia Murta Morais
123. Maria Fernanda Sanchez
124. Maria Schmidt
125. Marie Garcin
126. Marilia De Jesus Braz
127. Marina De Miranda E Martins
128. Marina Ferrarez Ramos
129. Marta Rodriguez Martinez
130. Martina Ascheri
131. Mateusz Filipowicz
132. Max-Phillip Fichtel
133. Mayara Rodrigues
134. Mayra Alejandra Romero Mendoza
135. Mayra De Souza Rocha Porcoro
136. Melisa Mesa Navarro
137. Melissa Hanson-Gutierrez
138. Milana Alves Barbosa Silva
139. Mirian Yumi Yoshida
140. Monica Liliana Smith
141. Monica Mora
142. Monique Le Page
143. Mylene Ebeling (Leroy)
144. Nadia Anahí Figueroa
145. Natalia Galarza Ceron
146. Natalia Ivette Chable Gutierez
147. Natalia Priosto Dos Santos
148. Natassia De Freitas Duran
149. Negar Zaklik
150. Neo B. Mokgatle
151. Nerlyn Lucia Mendez Sanchez
152. Nicole De Freitas Vieira
153. Nicole Reid
154. Nils Engelmann
155. Oksana Tseliukh
156. Pamela Aparecida De Almeida

157. Paola Andrea Castellanos Gutierrez
158. Patricia Elizabeth Ramos Sánchez
159. Patrycja Czaplicka
160. Pia Romanski
161. Pierre Daniel Furlan
162. Polyana Smania Salcedo
163. Raisa Castellanos Lerin
164. Raissa Gomes
165. Raquel Angelica De Oliveira Costa Guedes
166. Raquel Santa Anna De Aquino
167. Rejane Kellen
168. Renata Ramos De Castro
169. Rocio Alvarez Sanchez
170. Rocio Camila Lufi Padilla
171. Rosa Sanchez Lopez
172. Sabina Szalbot
173. Sabrina De Matos Souza
174. Samantha Nakhoul Manjarres
175. Sandra Patricia Rozo Robayo
176. Sandra Perez Fernandez
177. Sarah Voigt
178. Sayda Del Carmen Cortina Paz
179. Shannon Mcgladdery
180. Silvia Lorena
181. Simone Franco De Andrade Boyce
182. Simone Levine
183. Stefany Maria Luna Cubero
184. Susy Noelia Lambert
185. Tainara Peres Bento
186. Talita Conrad
187. Terri Maggott
188. Tina Rodriguez Zaragoza
189. Vanessa Imbaquingo
190. Veronica Gómez Pérez
191. Veronica Zanko
192. Wipa Jarungjaros
193. Yuliia Babii
194. Yully Andrea Oliveros Torres
195. Zahide Alkan

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: November 6, 2017                                     Respectfully submitted,

                                                             _/s/ Dawn Smalls_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2017, I electronically served the foregoing motion on all counsel of record.

                                          /s/ Dawn Smalls___
                                          Dawn L. Smalls