# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
|---|---|
| Abril D Johnson-Nieves | Cultural Care Au Pair |
| Adriana Milena Barbosa Sierra | Cultural Care Au Pair |
| Adrijana Ananieva | AIFS/APIA (Au Pair In America) |
| Alba Sofia Perez | Cultural Care Au Pair |
| Anna Matejova | Cultural Care Au Pair |
| Belinda Ivette Villarreal Gonzalez | AIFS/APIA (Au Pair In America) |
| Dierika Iveth Aravz Espinosa | Cultural Care Au Pair |
| Elina Lubnevska | Expert Au Pair |
| Elisa Clementz | Au Pair Care, Inc. |
| Jasmin Renke | Cultural Care Au Pair |
| Jerau Y Capriles Osorio | Au Pair Care, Inc. |
| Louise Uys | Au Pair Care, Inc. |
| Maelene Ronell Van Staden | AIFS/APIA (Au Pair In America) |
| Miriam Yesenia Martinez Segura | Au Pair Care, Inc. |
| Natalia Veronica Gladis-Onolan | Au Pair Care, Inc. |
| Sarah Suita Fauth | Au Pair Care, Inc. |
| Shelley Wilson | Cultural Care Au Pair |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:  (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 10/30/2017          SIGNATURE: _____

PRINTED NAME: Abril D. Johnson-Nieves

ADDRESS: 88 Gerrish Ave. APT #108   Chelsea , MA  ZC. 02152

TELEPHONE NUMBER(S): 617 - 659 - 7065

EMAIL ADDRESS: a.johnsonnieves@gmail.com

SPONSOR: Cultural Care Au Pair.

DATES IN AU PAIR PROGRAM: OCT 20, 2014 - JUL 28, 2016

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:  (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _November 2 - 2017_   SIGNATURE: _Adriana Alena Barbosa Sierra_

PRINTED NAME: _Adriana Alena Barbosa Sierra._

ADDRESS: _Cl 22 b #68 C -41 T4 Apto 804, Bogotá, Colombia._

TELEPHONE NUMBER(S): _3005733045 - 7556814._

EMAIL ADDRESS: _adribonihard@hotmail.com._

SPONSOR: _Cultural Care Au-pair_

DATES IN AU PAIR PROGRAM: _March 7, 2011, September 7, 2012._

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

*BIE000119*

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:    (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _10 / 02 / 2017_    SIGNATURE: _A. Ananieva_

PRINTED NAME: _ADRIJANA ANANIEVA_

ADDRESS: _Nevena Georgieva - Dunja 6ᴬ_
_1000 Skopje_
_Republic of Macedonia_

TELEPHONE NUMBER(S): _0038978997747_

EMAIL ADDRESS: _ADRIJANANIEVA@GMAIL.COM_

SPONSOR: _AuPair in America_

DATES IN AU PAIR PROGRAM: _10 / 25 / 2010_ — _10 / 25 / 2012_

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:    (+1) 888-335-3336

BIE000119

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:    (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/01/17                    SIGNATURE: Alba S. Perez

PRINTED NAME: Alba Sofia Pérez

ADDRESS: 1613 Riverside Dr Philadelphia, PA 19154

TELEPHONE NUMBER(S): 202-717-2991

EMAIL ADDRESS: aspral01@hotmail.com

SPONSOR: Cultural Care

DATES IN AU PAIR PROGRAM: June 2009 - June 2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:    (+1) 888-335-3336

*BIE000114*

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _10/10/2017_  SIGNATURE: _____

PRINTED NAME: _ANNA MATEJOVA_

ADDRESS: _NOVA st. 110/5_
_SASA 962 62_
_SLOVAKIA , EU_

TELEPHONE NUMBER(S): _+421948 688 977_

EMAIL ADDRESS: _MATEJOVAANNAA @ GMAIL. COM_

SPONSOR: _CULTURAL CARE AU PAIR_

DATES IN AU PAIR PROGRAM: _since 1/4/2016 untill 7/6/2017_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:   (+1) 888-335-3336

BIE000114

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by November 2, 2017.**

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OR** email to:   AuPairWageAction@jndla.com<br><br>**OR** fax to:      (+1) 888-335-3336 |

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _November 2nd_                         SIGNATURE: _[signature]_

PRINTED NAME: _Belinda Ivette Villarreal Gonzalez_

ADDRESS: _2707 N. Fitzhugh Ave Dallas 75204_

TELEPHONE NUMBER(S): _214 772 8826_

EMAIL ADDRESS: _belindavillareale hotmail.com_

SPONSOR: _Aupair in America_

DATES IN AU PAIR PROGRAM: _January 9th 2011 - January 9th 2013_

Return this form by **November 2, 2017** to:

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OR** email to:   AuPairWageAction@jndla.com<br><br>**OR** fax to:      (+1) 888-335-3336 |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/1/17     SIGNATURE: _____

PRINTED NAME: DIERIKA IVETH ARAUZ ESPINOSA

ADDRESS: 1613 RIVERSIDE DR. Philadelphia, PA 19154

TELEPHONE NUMBER(S): 267-298-9595

EMAIL ADDRESS: dierika@hotmail.com

SPONSOR: Cultural Care

DATES IN AU PAIR PROGRAM: 2 years (may 2009- may 2011)

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

**CONSENT TO JOIN**

(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by <u>November 2, 2017</u>.

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1.      I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.      I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.      I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: __10.29.2017.__          SIGNATURE: _____

PRINTED NAME: __ELINA   LUBNEVSKA__

ADDRESS: __STABU IELA 50-8, RIGA, LV-1011, LATVIA__

TELEPHONE NUMBER(S): __+371 2946 9884__

EMAIL ADDRESS: __elina.lubnevska@gmail.com__

SPONSOR: __Expert Group International, Inc. d/b/a Expert AuPair__

DATES IN AU PAIR PROGRAM: __11.28.2011. - 05.25.2012.__

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _16/10/2017_         SIGNATURE: _____

PRINTED NAME: ___CLEMENTZ   ELISA___

ADDRESS: ___959-1 fortier S , Sherbrooke, QC, CANADA___

TELEPHONE NUMBER(S): _(819) 993-7930_

EMAIL ADDRESS: ___Elisa.Clementz@hotmail.fr___

SPONSOR: ___Aupair Care. Inc___

DATES IN AU PAIR PROGRAM: ___2011/08/- 2012/07___

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

## CONSENT TO JOIN
### (Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/01/2017   SIGNATURE: J. Renke

PRINTED NAME: Jasmin Renke

ADDRESS: Sophie-Schoop-Weg 24,
21035 Hamburg
Germany

TELEPHONE NUMBER(S): +49 157 370 070 97

EMAIL ADDRESS: jasmin.renke@mail.de

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: August 2011 - July 2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

*BIE000115*

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

1.      I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.      I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.      I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _09/30/2017_   SIGNATURE: _Jerau Capiles_

PRINTED NAME: _Jerau Y Capiles - Osorio_

ADDRESS: _2123 SW 318th Place #2D_

_Federal Way, WA 98023_

TELEPHONE NUMBER(S): _253-951-3818 / 253-252-2484_

EMAIL ADDRESS: _jerau_pretty@hotmail.com_

SPONSOR: _Au Pair Care, Inc_

DATES IN AU PAIR PROGRAM: _January 25th,2010 to Nomber 11th, 2011_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

BIE000115

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _30 October 2017_ SIGNATURE: _____

PRINTED NAME: _____Louise Uys (Toee)_____

ADDRESS: _Vander kloof, Northern Cape   8771_

TELEPHONE NUMBER(S): ___072 987 9240___

EMAIL ADDRESS: ___louiseuys25@gmail.com___

SPONSOR: ___AuPair Care___

DATES IN AU PAIR PROGRAM: _11 JANUARY 2011  —  11 JANUARY 2012_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by November 2, 2017.**

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

1.    I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.    I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.    I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 2 Nov 2017            SIGNATURE: _____

PRINTED NAME:   MAELENE RONELL VAN STADEN

ADDRESS: 2 Charmion Avenue, Glenvista Ext 6

JOHANNESBURG, 2058

TELEPHONE NUMBER(S): 011 682 1948 / 072 525 5179

EMAIL ADDRESS: maelene.vanstaden@fnb.co.za / maelnevonstaden@gmail.com

SPONSOR: Au Pair in America

DATES IN AU PAIR PROGRAM: 09 May 2011   End date 18 Jun 2013

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:      (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

. I . I fi    1 i j fll i ···· ,···· ····-t ·····-I·t- tl²· f··· --l'-- -t
**at the address below by November 2, 2017.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

1.   I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.   I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.   I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: November 2, 2017   SIGNATURE: _____

PRINTED NAME: Miriam Yesenia Martinez Segura.

ADDRESS: Paseo Esperanza #130, Valle del Mirador,
C.P 64750, Monterrey, N.L. Mexico

TELEPHONE NUMBER(S): 8118773634

EMAIL ADDRESS: sabconta 1@hotmail.com

SPONSOR: Au Pair Care Inc        Visa J-1

DATES IN AU PAIR PROGRAM: December 13 2010, December 13, 2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:     (+1) 888-335-3336

# CONSENT TO JOIN
### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR email to:**  AuPairWageAction@jndla.com

**OR fax to:**     (+1) 888-335-3336

1.      I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.      I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.      I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: _11 / 1 / 2017_        SIGNATURE: _Natalia_

PRINTED NAME: _Natalia. Verónica Gladis-o'Nolan_

ADDRESS: _2701. MacArthur Blvd. #1008._
_Lewisville, TX. 75067_

TELEPHONE NUMBER(S): _469-744-8070_

EMAIL ADDRESS: _ngladis @ gmail.com_

SPONSOR: _Au Pair Care_

DATES IN AU PAIR PROGRAM: _November 2006-2008 / February 2011-2013_

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR email to:**  AuPairWageAction@jndla.com

**OR fax to:**     (+1) 888-335-3336

## CONSENTIMENTO DE INGRESSO
(De acordo com 29 USC § 216(b))

**Para ingressar nesta ação, preencha este formulário on-line em www.aupairwageaction.com ou assine e envie pelo correio, e-mail ou fax o formulário para o administrador de aviso no endereço abaixo até 2 de novembro de 2017.**

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OU e-mail para:**   AuPairWageAction@jndla.com<br><br>**OU fax para:**   (+1) 888-335-3336 |

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

DATA: _O1 novembro 2017_   ASSINATURA: _Sfauth_

NOME LEGÍVEL: _Sarah Suita Fauth_

ENDEREÇO: _Reinaldo Schmitausen 2176 AP 2_
_Itajaí - SC.    CEP 88 310003_

NÚMERO(S) DE TELEFONE: _51 - 982894423  ou  47 33447402_

ENDEREÇO DE E-MAIL: _SARAH.FAUTH@SEARA.com.BR_

PATROCINADOR: _AuPAiR CARE_

DATAS DE PARTICIPAÇÃO NO PROGRAMA AU PAIR: _10/01/2010 ATÉ 10/01/2011_

Devolva este formulário até **2 de novembro de 2017** para:

| | |
|---|---|
| **Au Pair Wage Action**<br>**c/o JND Legal Administration**<br>**P.O. Box 6878**<br>**Broomfield, CO  80021** | **OU e-mail para:**   AuPairWageAction@jndla.com<br><br>**OU fax para:**   (+1) 888-335-3336 |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at
www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator
at the address below by __November 2, 2017__.

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:  (+1) 888-335-3336

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 30/10/2017     SIGNATURE: _____

PRINTED NAME: Shelley Wilson

ADDRESS: Berkeley College 6 Cottage Place
White Plains, New York 10601
Room 405

TELEPHONE NUMBER(S): _____

EMAIL ADDRESS: Shelley-wilson@mymail.Berkeleycollege.edu / shelzwilson1@gmail.com

SPONSOR: Cultural Care Au Pair

DATES IN AU PAIR PROGRAM: Jan 2015 to Dec 2016 (2 years)

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:  AuPairWageAction@jndla.com

**OR** fax to:  (+1) 888-335-3336