# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 14279 | Y6FFEC44B | Abril Padilla | Cultural Care Au Pair |
| 14502 | W2B7B9583 | Aliona Lisneac | Cultural Care Au Pair |
| 14624 | P263G8BEE | Ana Cláudia Santos Da Silva | Au Pair in America (APIA/AIFS |
| 14511 | W84B6AEGC | Ana Lizeth Alanis Contreras | Cultural Care Au Pair |
| 14206 | YAFEH3HH5 | Ana Maria Montoya Munetones | Cultural Care Au Pair |
| 14519 | WD4B67327 | Ana Morcillo | Au Pair in America (APIA/AIFS |
| 14085 | R54E8A83E | Andrea Ivette Rocha Herrera | Au Pair in America (APIA/AIFS |
| 14357 | C627FED4E | Andreas Bringmann | Cultural Care Au Pair |
| 14087 | CDG5A622E | Andrid Julieth Gonzalez-Vinas | Cultural Care Au Pair |
| 14318 | VH99HA43D | Annabelle Pineau | Cultural Care Au Pair |
| 14061 | YC9759554 | Anne Hilpert | Cultural Care Au Pair |
| 14438 | TE8HG9F8C | Anyela Vannesa Gomez Astudillo | Cultural Care Au Pair |
| 14641 | G69476B6D | Arunsri Khongkharat | Au Pair in America (APIA/AIFS |
| 14579 | BH9AGA84E | Astrid Yadira Caro Martinez | Au Pair in America (APIA/AIFS |
| 14111 | HCDGHED27 | Atchara Wongsai | Au Pair in America (APIA/AIFS |
| 14692 | HBD86GD4C | Audrey Pauline Coutal | Go Au Pair |
| 14674 | GGB828F3B | Bárbara Regina Sánchez | Cultural Care Au Pair |
| 14556 | K9GEC74C5 | Barbora Cinadrova | Au Pair Care, Inc. |
| 14594 | XA76ABB35 | Beatriz Fusete | Au Pair in America (APIA/AIFS |
| 14570 | WA36CEG5F | Berenice Del Carmen Barrios Garcia | Au Pair Care, Inc. |
| 14287 | IA79EDH99 | Bianca Paul | Au Pair in America (APIA/AIFS |
| 14354 | IGD6A5DAF | Brianda Elena Martinez Gonzalez | Cultural Care Au Pair |
| 14697 | KGHGF9D7A | Bruna Beckerman | Au Pair Care, Inc. |
| 14222 | YFCF7387C | Bruna Simmons | Au Pair Care, Inc. |
| 14069 | GG7G7ADFD | Camila Johanna Parrilla | Cultural Care Au Pair |
| 14468 | IBG6673H5 | Carolina Arboleda Alvarez | Au Pair Care, Inc. |
| 14170 | Y5CE9C6AA | Carolina Garzon Castro | Au Pair in America (APIA/AIFS |
| 14514 | G952E96EE | Carolina Isaza | Au Pair Care, Inc. |
| 14426 | H39GBE2BA | Caroline Cavalcante Camillo | Au Pair in America (APIA/AIFS |
| 14686 | L9HCA48H8 | Caroline Edilene Dos Santos | Au Pair Care, Inc. |
| 14057 | T9HF28EGD | Caroline Fraga Rosa Dos Santos | Au Pair in America (APIA/AIFS |
| 14573 | P2F7EG46D | Catherine Edwards | Au Pair Care, Inc. |
| 14593 | B53ECA7DH | Charlene Amegandji | Au Pair in America (APIA/AIFS |
| 14379 | PGAH4CBAE | Charlotte Judenne | Cultural Care Au Pair |
| 14290 | X9GBE764G | Christoph Wagner | Cultural Care Au Pair |
| 14306 | WFD9E7G6A | Ciara Hanrahan | Cultural Care Au Pair |
| 14601 | L38FDFB68 | Cinthya Alejandra González Macías | Au Pair Care, Inc. |
| 14647 | P6EFE544C | Claudia Elizabeth Caro Martinez | Au Pair in America (APIA/AIFS |
| 14191 | HHD2FC87D | Claudia Italiani | Cultural Care Au Pair |
| 14483 | KC459CEEB | Corentin Santi Meniaca | Au Pair Care, Inc. |
| 14224 | TBAB7222G | Cynthia Felippe Furlan De Sousa | Au Pair Care, Inc. |
| 14399 | UC77BB2BG | Danielle Duarte Menezes | Au Pair Care, Inc. |
| 14486 | B99354375 | Debora Regina De Almeida Broch Pinheiro | Au Pair in America (APIA/AIFS |
| 14202 | IDD7F8EC8 | Diana Carolina Restrepo Aristizabal | Cultural Care Au Pair |
| 14094 | TG9628AD | Diana Lorena Gomez Alonso | Cultural Care Au Pair |
| 14135 | IC5GG2O9B | Edina Veres | Au Pair Care, Inc. |
| 14645 | I27C48B7D | Erika Alves Ropelato | Au Pair in America (APIA/AIFS |
| 14384 | P7AEBD64G | Estefania Ruiz Holguín | Cultural Care Au Pair |
| 14157 | B66EC573E | Ewelina Agnieszka Bednarz | Au Pair Care, Inc. |
| 14626 | V82A7G5HG | Fernanda Cristina Santos | Au Pair in America (APIA/AIFS |
| 14656 | WH5H8D854 | Gabriele Nascimento De Oliveira | Cultural Care Au Pair |
| 14137 | XH3852AAG | Gaëlle Durand | Cultural Care Au Pair |
| 14219 | X6B985779 | Ghizlane Memdouh | Au Pair Care, Inc. |
| 14078 | PF738DH94 | Gina Prieto Gutierrez | Au Pair Care, Inc. |
| 14313 | X7B43GBHC | Gisele Saint Clair | InterExchange, Inc. |
| 14588 | L5D95DEF5 | Hibeth Herrera Valencia | Cultural Care Au Pair |
| 14517 | BAG62EC75 | Ileana J. Velasquez Frias | Cultural Care Au Pair |
| 14121 | TFD67GBD8 | Isabelle Hornung | Au Pair in America (APIA/AIFS |
| 14244 | C3BA7H9GF | Jackeline Rosso Perez | Cultural Care Au Pair |
| 14473 | T9A7C9CA7 | Jacqueline Selaelo Mantsho | Au Pair Care, Inc. |
| 14530 | YG9A69G26 | Jacqueline Vasquez | Au Pair Care, Inc. |
| 14572 | W2C2CC28E | Jelena Stojanović | InterExchange, Inc. |
| 14296 | BBE577HHG | Jennifer Bueno | Cultural Care Au Pair |
| 14165 | IAFGF4333 | Jennifer Orozco Herrera | Au Pair in America (APIA/AIFS |
| 14495 | U42H26CG3 | Jennifer Pierre-Louis | InterExchange, Inc. |
| 14389 | G974BB39G | Jesica Perez Reiriz | Au Pair Care, Inc. |
| 14197 | T83BB8FA7 | Jessica Moreira Severino | Expert Au Pair |
| 14605 | G8AA3FHEC | Jéssica Ribeiro Ferreira | Cultural Care Au Pair |
| 14264 | IFH3897EB | Jimena Salcedo Hernández | Cultural Care Au Pair |
| 14072 | IAF2CE6C6 | Jinghong Xu | Cultural Care Au Pair |
| 14437 | GE756E7DE | Joane Vieira Da Silva Leal | Au Pair Care, Inc. |
| 14335 | TFA97A8HB | Juliane Cardoso Da Silva | Au Pair in America (APIA/AIFS |
| 14660 | HB68HAEE2 | Karina Campana | Cultural Care Au Pair |
| 14445 | BEBFD2E4A | Katerina Kostikj | Au Pair in America (APIA/AIFS |
| 14614 | VAF9484H6 | Katherine Orrego Jiménez | Go Au Pair |
| 14261 | R79ECC57A | Katia Caroline França Dalanhol | Au Pair Care, Inc. |
| 14176 | HA7664C7H | Katrina Danielle Lawson | Au Pair in America (APIA/AIFS |
| 14551 | LGGB5HFDB | Kelly Agredo Navarro | Au Pair Care, Inc. |
| 14116 | TG5689D53 | Khomotso Kalauba | Au Pair Care, Inc. |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 14048 | T8HDDG8E3 | Kimmy Ter Beek | Au Pair in America (APIA/AIFS |
| 14479 | V48C866HC | Kristin Alexis Munro | Cultural Care Au Pair |
| 14345 | GAADE8EFH | Lady Milena Dederle Rodriguez | InterExchange, Inc. |
| 14472 | T79782G94 | Lais Da Silva | Au Pair in America (APIA/AIFS |
| 14455 | BE6FAAC63 | Lais Rios Rocha Rodrigues | Go Au Pair |
| 14266 | U9282EC35 | Lara Garcia Beamonte | InterExchange, Inc. |
| 14235 | XF95HECG3 | Lara Okkens | Au Pair Care, Inc. |
| 14608 | B29877AB4 | Larissa Schechtel Oliveira | Au Pair Care, Inc. |
| 14554 | R462CA27D | Lidia Cano Perez | Au Pair in America (APIA/AIFS |
| 14200 | L7D5578F5 | Linzay Ellen Manuel | Au Pair in America (APIA/AIFS |
| 14273 | B5DG7D8G4 | Lizzeth Abigail Vicuña Aguilar | InterExchange, Inc. |
| 14131 | X74EBB8CE | Lotta Sophie Bunte | Au Pair Care, Inc. |
| 14103 | HG8FD837H | Lucia Fernanda Rios Zamorano | Au Pair in America (APIA/AIFS |
| 14055 | RG33938EF | Luciana Medina Pereira Rodrigues | Au Pair in America (APIA/AIFS |
| 14228 | IEB74C758 | Lucy Sefoloko | Au Pair Care, Inc. |
| 14543 | X3FH5477A | Luis Mario Felix Felix | Au Pair Care, Inc. |
| 14431 | W47464359 | Luisa Daniela Mesa Fernandey | Au Pair Care, Inc. |
| 14407 | PD4A6H2A4 | Luma De Jesus Bras | Cultural Care Au Pair |
| 14298 | H7F32F5HF | Mackenzie Bonasena | Cultural Care Au Pair |
| 14524 | H9D3CE23A | Małgorzata Sherman | Au Pair in America (APIA/AIFS |
| 14194 | I65A8DDH2 | Marcela Darly Mallett | Au Pair Care, Inc. |
| 14453 | UB5CGBCHA | Margarita Chiquete Miranda | Cultural Care Au Pair |
| 14124 | BD2C94978 | María Alejandra García Gallego | Au Pair Care, Inc. |
| 14536 | C9745B4E8 | Maria Camila Mejia | Cultural Care Au Pair |
| 14532 | G2H2GHB74 | Maria Camila Mejia Londoño | Cultural Care Au Pair |
| 14091 | H6G3E5634 | Maria Cecilia Murta Morais | Cultural Care Au Pair |
| 14430 | H43795D26 | Maria Fernanda Sanchez | Au Pair Care, Inc. |
| 14550 | VB86FFA33 | Maria Schmidt | Au Pair in America (APIA/AIFS |
| 14447 | Y7486G79A | Marie Garcin | Au Pair Care, Inc. |
| 14171 | UCA73C7FB | Marilia de Jesus Braz | Au Pair in America (APIA/AIFS |
| 14181 | PFF2953GH | Marina De Miranda E Martins | Au Pair in America (APIA/AIFS |
| 14059 | G86FC3HC2 | Marina Ferrarez Ramos | Au Pair Care, Inc. |
| 14162 | G845H443F | Marta Rodriguez Martinez | Au Pair Care, Inc. |
| 14310 | WG5H6DE9D | Martina Ascheri | InterExchange, Inc. |
| 14167 | X6286G6BD | Mateusz Filipowicz | Au Pair Care, Inc. |
| 14189 | BBH5A677C | Max-Phillip Fichtel | Cultural Care Au Pair |
| 14402 | RC3D68EF7 | Mayara Rodrigues | Au Pair in America (APIA/AIFS |
| 14350 | B98HHCH5H | Mayra Alejandra Romero Mendoza | Au Pair in America (APIA/AIFS |
| 14256 | LD59B8GH9 | Mayra De Souza Rocha Porcoro | Au Pair Care, Inc. |
| 14128 | WF4BDHH5H | Melisa Mesa Navarro | Au Pair Care, Inc. |
| 14539 | HGGGFF79E | Melissa Hanson-Gutierrez | Cultural Care Au Pair |
| 14504 | W7BHACF88 | Milana Alves Barbosa Silva | Au Pair in America (APIA/AIFS |
| 14064 | P7HB8H593 | Mirian Yumi Yoshida | Cultural Care Au Pair |
| 14293 | B8437739G | Monica Liliana Smith | Au Pair in America (APIA/AIFS |
| 14408 | RDE4H932C | Monica Mora | Au Pair Care, Inc. |
| 14323 | V7C2GED2A | Monique Le Page | Cultural Care Au Pair |
| 14689 | WAHGF4464 | Mylene Ebeling (Leroy) | Au Pair Care, Inc. |
| 14683 | V9E3C49DG | Nadia Anahi Figueroa | Au Pair in America (APIA/AIFS |
| 14451 | GGH73E877 | Natalia Galarza Ceron | Au Pair Care, Inc. |
| 14695 | X6986729C | Natalia Ivette Chable Gutierez | Au Pair Care, Inc. |
| 14596 | WHGG5C268 | Natalia Priosto Dos Santos | Au Pair Care, Inc. |
| 14461 | UA8CBF975 | Natassia De Freitas Duran | Au Pair Care, Inc. |
| 14302 | IC7BHBAE5 | Negar Zaklik | Cultural Care Au Pair |
| 14564 | CG233BF36 | Neo B. Mokgatle | InterExchange, Inc. |
| 14677 | H562283BA | Nerlyn Lucia Mendez Sanchez | Cultural Care Au Pair |
| 14617 | TE2BDGFGG | Nicole De Freitas Vieira | Au Pair in America (APIA/AIFS |
| 14416 | KB4EA9C63 | Nicole Reid | Au Pair in America (APIA/AIFS |
| 14270 | B5766348H | Nils Engelmann | Cultural Care Au Pair |
| 14487 | PEB5GDH92 | Oksana Tseliukh | Au Pair in America (APIA/AIFS |
| 14282 | THCAG9D78 | Pamela Aparecida De Almeida | Au Pair in America (APIA/AIFS |
| 14636 | W7AHBH3F4 | Paola Andrea Castellanos Gutierrez | Au Pair Care, Inc. |
| 14276 | G4DBBB42E | Patricia Elizabeth Ramos Sánchez | Au Pair Care, Inc. |
| 14174 | C46D8B56B | Patrycja Czaplicka | Au Pair in America (APIA/AIFS |
| 14443 | B32GFE9H4 | Pia Romanski | Cultural Care Au Pair |
| 14152 | I9BHF7BH2 | Pierre Daniel Furlan | Cultural Care Au Pair |
| 14499 | IFH57FGA3 | Polyana Smania Salcedo | Au Pair Care, Inc. |
| 14075 | RC68DACGH | Raisa Castellanos Lerin | Au Pair Care, Inc. |
| 14321 | XD7AGFHG7 | Raissa Gomes | Au Pair Care, Inc. |
| 14232 | PHAFHBCF2 | Raquel Angelica De Oliveira Costa Guedes | Cultural Care Au Pair |
| 14459 | P9BD92B7G | Raquel Santa Anna De Aquino | Au Pair Care, Inc. |
| 14052 | XBH6B94DD | Rejane Kellen | Au Pair Care, Inc. |
| 14561 | Y86G6AG6A | Renata Ramos De Castro | Au Pair Care, Inc. |
| 14329 | H5H3B3BDG | Rocio Alvarez Sanchez | Au Pair in America (APIA/AIFS |
| 14230 | LH4BB4C23 | Rocio Camila Lufi Padilla | Cultural Care Au Pair |
| 14337 | ID37G2H2G | Rosa Sanchez Lopez | Au Pair Care, Inc. |
| 14361 | IHDB4HCA4 | Sabina Szalbot | Cultural Care Au Pair |
| 14100 | P2HC68EED | Sabrina De Matos Souza | Au Pair in America (APIA/AIFS |
| 14333 | P2CGAC489 | Samantha Nakhoul Manjarres | Cultural Care Au Pair |
| 14650 | GBC73FFED | Sandra Patricia Rozo Robayo | Au Pair in America (APIA/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 14559 | TBFF5AA49 | Sandra Perez Fernandez | Au Pair Care, Inc. |
| 14464 | UFFHCDE2F | Sarah Voigt | Au Pair in America (APIA/AIFS |
| 14316 | GF6AE548D | Sayda Del Carmen Cortina Paz | Au Pair Care, Inc. |
| 14214 | R2E3H5D4G | Shannon Mcgladdery | Au Pair Care, Inc. |
| 14477 | HB799B27C | Silvia Lorena | Cultural Care Au Pair |
| 14404 | Y8AHF6746 | Simone Franco De Andrade Boyce | Cultural Care Au Pair |
| 14421 | YGFB73FFG | Simone Levine | Au Pair Care, Inc. |
| 14527 | XE3F7879E | Stefany Maria Luna Cubero | Au Pair in America (APIA/AIFS |
| 14637 | RAA4G999B | Susy Noelia Lambert | Au Pair in America (APIA/AIFS |
| 14251 | LEBAHGH95 | Tainara Peres Bento | Au Pair Care, Inc. |
| 14349 | R9AAAACHD | Talita Conrad | Cultural Care Au Pair |
| 14284 | WHE4E7D2E | Terri Maggott | Au Pair Care, Inc. |
| 14186 | P7BH7H846 | Tina Rodriguez Zaragoza | Cultural Care Au Pair |
| 14409 | W5CB59E8D | Vanessa Imbaquingo | InterExchange, Inc. |
| 14653 | P65A4FD46 | Veronica Gómez Pérez | Cultural Care Au Pair |
| 14308 | LBGGDFAA2 | Veronica Zanko | Au Pair Care, Inc. |
| 14546 | HEF665HF2 | Wipa Jarungjaros | Cultural Care Au Pair |
| 14238 | B6692FCAF | Yuliia Babii | InterExchange, Inc. |
| 14246 | WBA359228 | Yully Andrea Oliveros Torres | Au Pair in America (APIA/AIFS |
| 14141 | CG79G5B82 | Zahide Alkan | Cultural Care Au Pair |

DocuSign Envelope ID: 48230899-07D8-401D-BBCB-6E27DA5DCC9B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *DocuSigned by:* N.rPadilla  5DA0467336CB460...

Name: Abril Padilla

Address: 11350 Four Points Dr

Austin , TX US 78726

Phone Number: 4692307623

Email Address: Abril_apc_1@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/22/2013     To: 09/10/2013

DocuSign Envelope ID: 4928FFCD-82C2-48FB-BDDA-B3388830683D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Aliona Lisneac*
DocuSigned by:
20A54BF98073483...

Name: Aliona Lisneac

Address: 1176 14th Street

Fort Lee, NJ US 07024

Phone Number: 5515566162

Email Address: aliona.lisneac@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/03/2007        To: 12/03/2009

DocuSign Envelope ID: B3767472-6CE8-4825-8B02-2171FFAE421B

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _11/02/2017_      Assinatura: *Ana Cláudia Santos da Silva*
EC1A5B82AB6943B...

Nombre: Ana Cláudia Santos da Silva

Endereço: Rua Um do Triângulo Quadra 11 Casa 11 Gleba A

Camaçari , Bahia BR 42807540

Teléfono: 55 71 985154316

Email Address: calcm22@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: _11/03/2008_      A: _10/20/2009_

DocuSign Envelope ID: 849FF234-351C-4D4A-A5F2-19791183BC3D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Ana Lizeth Alanis Contreras.Change to married*
DocuSigned by:
7A61969AF688439...

Name: Ana Lizeth Alanis Contreras.Change to married last name a.k.a: Ana Lizeth Sambunjak

Address: 16 RESTFUL LANE

LEVITTOWN, NY US 11756

Phone Number: 5612897781

Email Address: lizette_alanis@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/15/2010          To: 12/13/2012

DocuSign Envelope ID: 61CA64D7-892B-4AB5-B0E8-6FEF6AB407E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Ana Maria Montoya Munetones*
DocuSigned by:
473F11C226544D5...

Name: Ana Maria Montoya Munetones

Address: 189 South Grove Ave

Elgin , IL US 60120

Phone Number: 2242813023

Email Address: psyanitaeng2@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/18/2008     To: 06/16/2010

DocuSign Envelope ID: 6B334371-2185-47CF-9A64-D9CE0289FF64

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Ana morcillo*
83CC90F1EE12456...

Name: Ana morcillo

Address: 2011 1/2 Echo Park Avenue

los angeles, CA US 90026

Phone Number: 3106147648

Email Address: anamariaflordeloto@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/26/2013        To: 10/31/2014

DocuSign Envelope ID: 35C6EFF4-1760-4B3F-A920-8DA3F0331450

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _A. R._
DocuSigned by:
CF324F535D4C457...

Name: Andrea Ivette Rocha Herrera

Address: 13912 planters walk dr

richmond, VA US 23113

Phone Number: 8043161731

Email Address: anndreea_roocha@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/25/2013        To: 03/25/2014

DocuSign Envelope ID: 638EDE5C-A098-494C-9848-8169A36A39F2

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _[DocuSigned by signature]_ 203D0157D7B0443...

Name: Andreas Bringmann

Address: Klinkstraße 7

Hamburg, DE 22117

Phone Number: +491634363086

Email Address: 28andy07@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2010     To: 09/03/2011

DocuSign Envelope ID: 0B712E38-B1A2-483A-97D2-D51ED3302941

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _[DocuSigned by signature]_ 637C5F580FAD4E3...

Name: andrid julieth Gonzalez-vinas

Address: 752 nw 98 way

florida, FL US 33324

Phone Number: 7542076918

Email Address: Anju_0820@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/18/2012          To: 08/15/2014

DocuSign Envelope ID: A4D50DFD-8450-40D2-B80A-A0C45DE87066

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: _DocuSigned by:_ Pineau 6614E2842B0249D...

Name: Annabelle Pineau

Address: 8 rue des alouettes

Le Barp, FR 33114

Phone Number: 0783726292

Email Address: anna338a@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/12/2015     To: 02/07/2017

DocuSign Envelope ID: C53E38FC-0A68-4DC6-98A7-A0773E39B7D1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *Anne Hilpert*
A881ACAFB3704DE...

Name: Anne Hilpert

Address: Nachtigallenweg 4

Meiningen, Thüringen DE 98617

Phone Number: 015158196963

Email Address: annehilpert5@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014          To: 01/19/2016

DocuSign Envelope ID: 0150CCFA-8683-4072-B1DB-1C86300D54F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Anyela Vannesa Gomez Astudillo*
1B10BD5AA54D4E7...

Name: Anyela Vannesa Gomez Astudillo

Address: 4121 Caruth Blvd

Dallas, TX US 75225

Phone Number: 4154249287

Email Address: vanesa018@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/24/2014     To: 02/23/2016

DocuSign Envelope ID: D5F9C90E-35B3-45ED-B820-37A364029C01

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _[DocuSigned by signature]_ CD449F2045A2489...

Name: Arunsri  Khongkharat

Address: 11 Ridgewood Place

Fort Thomas , KY US 41075

Phone Number: 5135608328

Email Address: arunsri.k1989@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/21/2015     To: 05/12/2017

DocuSign Envelope ID: 1801F3AB-ABAB-4249-92FB-A0AE75ACDF4B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: *Astrid Yadira Caro Martinez*
DocuSigned by:
09683954A95A48B...

Nome: Astrid Yadira Caro Martinez

Dirección: Carrera 5 No 127 a 61

Bogota,  CO 11021

Telefone: 3167596434

Email Address: astriday91@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/11/2008          A: 08/25/2009

DocuSign Envelope ID: 3ACE71EB-95ED-4F60-91B6-7BDCD955C9A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *[DocuSigned signature]* EFD3668351D144F...

Name: Atchara Wongsai

Address: 4611 Central Plaza

San Diego, CA US 92123

Phone Number: 8582955124

Email Address: Atchara.peach@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2011   To: 03/22/2013

DocuSign Envelope ID: 92765951-CC12-4B9C-B5B2-AEE373299EDC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *DocuSigned by:* [signature] AC37C2B4D14843F...

Name: Audrey Pauline Coutal

Address: 9562 East Maplewood circle

Greenwood Village, CO US 80111

Phone Number: 720-254-2465

Email Address: mackensie131985@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/09/2010          To: 08/09/2012

DocuSign Envelope ID: AE643F72-65FD-4CDA-8034-AE3ED470F439

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____11/02/2017_____     Firma: _____
DocuSigned by:
*Bárbara Reyna Sánchez*
E0DFC03191EB42E...

Nome: Bárbara Reyna Sánchez

Dirección: Tactuani N.99 Colonia Ricardo Flores Magón

Ciudad de México, Ciudad de Mexico MX 09820

Telefone: 0445531953062

Email Address: barbara.reyna@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: ____09/10/2012____     A: ____09/14/2012____

DocuSign Envelope ID: 43AA4E9C-3B05-4BF5-B845-A4BB888C524B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Barbora Cinadrova*
DocuSigned by:
84C5E55F4AB64D0...

Name: Barbora Cinadrova

Address: Kantor Urusan Internasional (KUI/GEO) Fakultas Ilmu Sosial dan Ilmu Politik, Universitas

Yogyakarta  - Gedung BA 112 Jl. Sosio Yustisia, Sleman ID 55281

Phone Number: +6282134186875

Email Address: b.cinadrova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/04/2014          To: 07/10/2015

DocuSign Envelope ID: 00E67778-BBC1-4210-8882-C1516C177FB6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Beatriz Fusete*
DocuSigned by:
FBEF23FE896C484...

Name: Beatriz Fusete

Address: 3202 S Mason Ave, apt D205

Tacoma, WA US 98409

Phone Number: 8088389902

Email Address: bfusete@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/07/2014     To: 12/06/2016

DocuSign Envelope ID: DE3A9E9D-5581-491A-8E2E-347D32F15AD0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *DocuSigned by:* 3D4E774293A34E8...

Name: berenice del carmen barrios garcia

Address: la giralda 1745

santiago, CL 7790181

Phone Number: 978890944

Email Address: berebarriosg@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/19/2017    To: 12/19/2018

DocuSign Envelope ID: 8022504B-C79F-45BB-A991-6EB37DCA4206

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Bianca Paul*
5538C61274204AD...

Name: Bianca Paul

Address: Neusser Str., 2

Weyhe,  DE 28844

Phone Number: 017667301929

Email Address: bianca_paul@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/14/2010       To: 12/14/2011

DocuSign Envelope ID: 87AFFDFC-1443-47B2-B5D9-25E79E0A64DA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Brianda Elena Martinez Gonzalez*
58B54703C56D4A5...

Name: Brianda Elena Martinez Gonzalez

Address: Av. Hacienda de Lanzarote

Cuautitlan Izcalli, Estado de Mexico MX 54769

Phone Number: 0455519543601

Email Address: brii.mtz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/22/2011    To: 08/22/2012

DocuSign Envelope ID: 8E33A5B5-9C0D-4FAE-A962-075CCAF40017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     11/02/2017

Signature:     *Bruna Beckerman*
DocuSigned by:
2056CC4F25714A4...

Name:     Bruna Beckerman (Maiden name used at time was Bruna Do Nascimento Pereira)

Address:     960 Willoughby Ave., Apt. G2

Brooklyn, NY US 11221

Phone Number:     9174567461

Email Address:     brunabeckerman@gmail.com

Sponsor:     Au Pair Care, Inc.

Dates in Au Pair Program:

From:     04/01/2013     To:     07/31/2014

DocuSign Envelope ID: 5A6490BB-F11F-4BAE-AB9A-271B397FFBD2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Bruna Simmons (born Rodrigues da Silva)*
DocuSigned by:
311B9715562048E...

Name: Bruna Simmons (born Rodrigues da Silva)

Address: Nissenstraße 22

Kiel, Schleswig-Holstein DE 24148

Phone Number: +49015902468877

Email Address: bruna.simmons@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2012     To: 08/20/2014

DocuSign Envelope ID: 99CB6F99-5874-4035-80BB-760BC7FD07D7

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:  10/27/2017          Firma:  _DocuSigned by:_
                                   3E1177C5854C446...

Nome:  Camila Johanna Parrilla

Dirección:  Anchorena 1450

            CABA, Buenos Aires  AR 1425

Telefone:  5491140992490

Email Address:  Camila_parrilla@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:  07/24/2016          A:  07/24/2017

DocuSign Envelope ID: 365ABE18-4DF6-4A29-BA58-8F31E6D3E98E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Carolina Arboleda Alvarez*
922F1F759505428...

Name: Carolina Arboleda Alvarez

Address: 340 South 10th St. APT. 7

San Jose, CA US 95112

Phone Number: 4085972083

Email Address: carolina.arboal@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012     To: 12/03/2013

DocuSign Envelope ID: 798D0035-14AA-4176-A022-0C68EE2E6963

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Carolina Garzon Castro*
DocuSigned by:
0E797CC776614E8...

Name: Carolina Garzon Castro

Address: 10 North Wood Ave, 516

Linden, NJ US 07036

Phone Number: 9737675182

Email Address: gckaro.17@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/18/2015      To: 04/18/2016

DocuSign Envelope ID: D61F4C5D-E5DC-4C65-A886-5A666CA89339

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/01/2017

Firma: _Carolina Isaza_
DocuSigned by:
002C865EB905481...

Nome: Carolina Isaza

Dirección: calle 75 B sur #5642

La Estrella, Antioquia CO 055460

Telefone: +5743093224

Email Address: cariza4@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 12/05/2011    A: 12/21/2012

DocuSign Envelope ID: 95EA0B91-B839-4DD1-A5BD-880339882224

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Caroline Cavalcante Camillo*
EF76B284A9024FB...

Name: Caroline Cavalcante Camillo

Address: 25 Kent St

New City, NY US 10956

Phone Number: 18454995344

Email Address: carol.camillo@me.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/01/2016   To: 07/31/2018

DocuSign Envelope ID: 9E47DC33-A757-4559-90D0-CDC4C8ABD5E5

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/02/2017                Assinatura: _DocuSigned by:_ 0AFD412A6FA4446...

Nombre: Caroline Edilene dos Santos

Endereço: 14772 Soapstone Drive #303

Gainesville , VA US 20155

Teléfono: 5715899282

Email Address: caroline.edilene@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 01/19/2015          A: 08/31/2016

DocuSign Envelope ID: B4B5B0D1-6937-415C-B0EB-D0F3CA7E68A0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *Caroline Fraga Rosa dos Santos*
7F82EF99B1A14EB...

Name: Caroline Fraga Rosa dos Santos

Address: 18 Tubbs Spring Drive

Weston, CT US 06883

Phone Number: 2038099907

Email Address: karol.fraga@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/27/2014     To: 08/26/2015

DocuSign Envelope ID: B7B985CD-4EDE-4B7C-9EAE-5BBC57E1FFBD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Catherine Edwards*
D7DE27982421459...

Name: Catherine Edwards

Address: Christine Singel Crescent

Gansbaai , Western Cape ZA 7130

Phone Number: 0649086580

Email Address: cat.edwards18@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/17/2014       To: 02/17/2015

DocuSign Envelope ID: 29446D74-C44E-4448-B945-2DAEC4C37791

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/02/2017                          Signature:  _DocuSigned by:_
                                                        88339A31AEA5429...

Name:  Charlene Amegandji

Address:  9 Impasse Du Bocqueteau

          Cergy,  FR 95800

Phone Number:  0665563631

Email Address:  chacha_95c@hotmail.fr

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  09/14/2015            To:  08/26/2017

DocuSign Envelope ID: 1FCCBA1B-9644-4229-A96A-942515521A12

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_ 071B6898030B435...

Name: Charlotte JUDENNE

Address: 2 rue Marcel Proust

Compiègne, Oise FR 60200

Phone Number: 0637901954

Email Address: charlotte.judenne@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015    To: 08/17/2016

DocuSign Envelope ID: A50C6897-D709-4987-BC21-CC0CE362221A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *C. Wagner*

Name: Christoph Wagner

Address: Hermannstr. 33a

Bochum, NRW DE 44791

Phone Number: +4915780369933

Email Address: christoph_wagner@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/31/2011     To: 01/30/2013

DocuSign Envelope ID: 0760DD5D-A64E-4103-817B-C93B2916C805

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: _Ciara Hanrahan_
DocuSigned by:
832A81451458480...

Name: Ciara Hanrahan

Address: 3/2 57 white Street

Glasgow, Glasgow GB g11 5eq

Phone Number: 07542218446

Email Address: ciar.hanrahan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/14/2013        To: 01/31/2015

DocuSign Envelope ID: 43FDF157-09B6-493B-97D3-E405520AAA72

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *[DocuSigned by signature]* 9DB19850DD044AD...

Name: Cinthya Alejandra González Macías

Address: Colombia #502 col. Guadalupe

Monclova, Coahuila MX 25750

Phone Number: 8444272438

Email Address: Ale_glz40@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014     To: 06/23/2015

DocuSign Envelope ID: AC1D644B-34ED-4A2C-8543-5977804AA853

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Claudia Elizabeth Caro Martinez*
FA414B67DA2442B...

Name: Claudia Elizabeth Caro Martinez

Address: Carrera 5 # 127a 61

Bogota, Bogota DC CO 11021

Phone Number: +573016892018

Email Address: claudiae_cm@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/13/2015     To: 07/13/2017

DocuSign Envelope ID: 732D6E51-E893-4669-9C4E-D5834A4A3922

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Claudia Italiani*
DocuSigned by: 0886B59E564745A...

Name: Claudia Italiani

Address: via dei corsi, 31

Marina di Carrara, Massa-Carrara IT 54033

Phone Number: 3928302660

Email Address: claudiaitaliani90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2016        To: 06/19/2017

DocuSign Envelope ID: 3778F70A-DA8D-4578-AAF2-9E500C6717B9

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *DocuSigned by:* [signature] 17B61F70D1054F8...

Name: Corentin Santi Meniaca

Address: 2723 N Seminary Ave #2

Chicago, IL US 60614

Phone Number: 3128984463

Email Address: corentinmeniaca@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/20/2013       To: 11/20/2014

DocuSign Envelope ID: 5AC012E1-F70F-429D-8E4E-CEB7BA726A5A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _____10/30/2017_____        Assinatura: _Cynthia Felippe Furlan de Sousa_
                                                EAEBF9B10C0D42E...

Nombre: _____Cynthia Felippe Furlan de Sousa_____

Endereço: _____Avenida Mutinga 2476_____

_____Sao Paulo, Sao Paulo BR 05110000_____

Teléfono: _____5511976507187_____

Email Address: _cyrbis@hotmail.com_____

Patrocinador: _____Au Pair Care, Inc._____

Fechas de participación en el programa au pair:

De: ____08/23/2009____        A: ____07/23/2010____

DocuSign Envelope ID: 9AC32CCD-4BC0-42C0-903C-536BA1473618

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Danielle Duarte Menezes*
4D56E787B5C94EA...

Name: Danielle Duarte Menezes

Address: Rua Joaquim Rosa, 14

Francisco Dumont`, Minas Gerais` BR 39387000

Phone Number: 5538999792799

Email Address: danydmenezes@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2012          To: 11/20/2013

DocuSign Envelope ID: 8ED266FA-EAEA-44AA-A5B9-2F857F42F701

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/01/2017          Assinatura: _Debora Pinheiro_
DocuSigned by:
0D2F0FC46D284D5...

Nombre: DEBORA REGINA DE ALMEIDA BROCH PINHEIRO

Endereço: MARCOS TEODORO, 115 JARDIM SHANGAI

CAMPINAS, SÃO PAULO BR 13056650

Teléfono: 05519997508825

Email Address: DEBORARALMEIDA@YAHOO.COM.BR

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 01/12/2009          A: 09/01/2010

DocuSign Envelope ID: B74793D1-F8CF-47B5-BB2D-27A0AFD66D39

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/29/2017_

Firma: *Diana Carolina Restrepo Aristizabal*
824BD2A8E31E4EE...

Nome: _Diana Carolina Restrepo Aristizabal_

Dirección: _189 S Grove ave_

_Elgin, IL US 60120_

Telefone: _8476600796_

Email Address: _rolyaristi@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _05/16/2008_     A: _05/29/2009_

DocuSign Envelope ID: 690C5D8D-471D-46AD-AEBC-E0ADBD27CF97

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:          10/27/2017                  Firma:     DocuSigned by:

                                                      Diana Gómez

                                                      F3FB3F96BE714DB...

Nome:          DIANA LORENA GOMEZ ALONSO

Dirección:     Carrera 49a # 84-42

               BOGOTA, BOGOTA CO NA

Telefone:      3134859368

Email Address: dlga22@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:   03/11/2013            A:   03/10/2015

DocuSign Envelope ID: 61A6E572-05A1-47D1-8B9E-E632D8218D32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: _Edina Veres_
78C1592D3F80467...

Name: Edina Veres

Address: 420 N F ST

Lake Worth, FL US 33460

Phone Number: 5615029902

Email Address: vrsedina@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/10/2011     To: 01/10/2012

DocuSign Envelope ID: D3B8CD1E-33EC-49C1-84F0-F71E7E30AC3D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Erika Alves Ropelato*
DocuSigned by:
00B00D6DE7F543F...

Name: Erika Alves Ropelato

Address: Rua Baldomero Lillo, 21

São Paulo , São Paulo  BR 04327130

Phone Number: 5511974632545

Email Address: erikaropelato@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/14/2013     To: 07/14/2014

DocuSign Envelope ID: 477AA8C5-323D-478C-BB34-F3C319A9CC76

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/01/2017

Firma: *Estefania Ruiz Holguín*
DocuSigned by:
F06910F460464F4...

Nome: Estefania Ruiz Holguín

Dirección: 444 Park Street

Montclair, NJ US 07043

Telefone: 3187826584

Email Address: estefar_16@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/16/2015     A: 01/11/2016

DocuSign Envelope ID: 509BD40C-F876-4784-8661-E09EFCE586CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _Ewelina Agnieszka Bednarz_
DocuSigned by:
06D7C2DE909F4AD...

Name: Ewelina Agnieszka Bednarz

Address: osiedle Zlotego Wieku 65/71

Cracow,  PL 31-618

Phone Number: +48798179672

Email Address: ew.bednarz@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/03/2014          To: 02/03/2016

DocuSign Envelope ID: 66E03CAF-C963-4F1A-B011-301C0FE7A672

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _DocuSigned by: H. Santos 6B07DDF21214400..._

Name: Fernanda Cristina Santos

Address: Rua Antonio Aparecido Nogueiro, Numero 87

Sao Paulo, SP BR 03237050

Phone Number: 5511998668999

Email Address: fernanda_crs@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/22/2010     To: 03/21/2011

DocuSign Envelope ID: B756391A-0228-4EDF-B8FE-0DD69EE314EC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Gabriele N de Oliveira* — 5A476CB4B66842F...

Name: Gabriele Nascimento de Oliveira

Address: 2 Hamilton Lane

Weatogue , CT US 06089

Phone Number: 9172133394

Email Address: gabriele.oliveira@eng.aedb.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016    To: 05/22/2018

DocuSign Envelope ID: 8A5825D2-843C-4570-B3E2-3DF45072710E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *[DocuSigned by signature]* 077F7144819D4F1...

Name: Gaëlle Durand

Address: 866 route de bolleville

Lanquetot,  FR 76210

Phone Number: 0685061194

Email Address: gaelledurand010@aol.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2015     To: 07/26/2016

DocuSign Envelope ID: 3563B8B9-304C-449B-9836-061453946805

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Ghizlane Memdouh*
C68422AE72184D7...

Name: Ghizlane Memdouh

Address: 58 AVENUE DES MARIONS

VILLERS SAINT PAUL, FR 60870

Phone Number: 0033681903065

Email Address: memdouh.ghizlane@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2015          To: 02/27/2016

DocuSign Envelope ID: 6A0C83C9-F358-4E4B-8AE1-C4A820E400F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *[signature]* DocuSigned by: 031D964B442E411...

Name: Gina Prieto Gutierrez

Address: 3324 86th st

Jackson heights , NY US 11372

Phone Number: 3472727128

Email Address: Ginacarolinaprieto@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/11/2011     To: 05/10/2013

DocuSign Envelope ID: 072E9F6D-9ED3-4E32-85FA-52E8DBC4825A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Gisele St Clair*
43C8DD6759954B5...

Name: Gisele Saint Clair

Address: 6200 Hudson avenue - unit 401

West New York, NJ US 07093

Phone Number: 7185640771

Email Address: gisele.stclair@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/12/2009     To: 07/17/2010

DocuSign Envelope ID: 34348EE0-824C-4085-930C-E3E79A3BB211

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:      11/02/2017          Firma:    *HIBETH HERRERA VALENCIA*

                                                           DocuSigned by:

                                                           43502DA5B0C24E5...

Nome:      HIBETH HERRERA VALENCIA

Dirección:      CALLE 62 # 47-58

                RIONEGRO, ANTIOQUIA CO 054040

Telefone:      +573177111960

Email Address:      hibeth1991@gmail.com

Patrocinador:      Cultural Care Au Pair

Datas de participação no programa au pair:

De:      08/15/2016       A:      03/26/2017

DocuSign Envelope ID: 851C37DE-8C20-4658-9905-4DA97361876E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _[DocuSigned by signature]_ 9126D86E1FB3401...

Name: Ileana J. Velasquez Frias

Address: 38742 Sawyer st.

Sandy , OR US 97055

Phone Number: 5034225977

Email Address: ivelasquezf@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/21/2008      To: 09/21/2010

DocuSign Envelope ID: 233A2BFD-7B34-4B5A-A57D-5DAE4EA0DE9F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *Isabelle Hornung*
DocuSigned by:
F7D077F2DC6B494...

Name: Isabelle Hornung

Address: Burgweg, 3a

Friedrichroda, Thuringia DE 99894

Phone Number: +4915758153566

Email Address: isabelle.hornung@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/19/2013      To: 05/18/2015

DocuSign Envelope ID: 5EA27DBC-3E7A-4DE3-AD2D-5F80AE898992

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/30/2017

Firma: *Jackeline Rosso Perez*
DocuSigned by:
08B6F3DFCF8A402...

Nome: Jackeline Rosso Perez

Dirección: Calle 127 A # 53 A-45  8th floor

Bogota, Bogota CO 00000

Telefone: 3163226704

Email Address: jackiroleta935@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/28/2012          A: 03/01/2013

DocuSign Envelope ID: 4C81480E-4C01-4179-85DB-F618B8138EB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_
01FD7115A2F04FC...

Name: Jacqueline selaelo mantsho

Address: 1009 arbor Greene dr

Garner , NC US 27529

Phone Number: 12404395846

Email Address: Jacquemantsho@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/01/2012      To: 05/16/2014

DocuSign Envelope ID: FA801DB6-5351-44EC-B941-CD287F4B1398

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Jacqueline Vasquez*
DocuSigned by:
5031F4544C05486...

Name: Jacqueline Vasquez

Address: 1161 Bewdley avenue

Victoria , British Columbia  CA V9A N52

Phone Number: 7785337636

Email Address: jmarielagrande@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/26/2013          To: 08/25/2015

DocuSign Envelope ID: 29563304-031D-469B-92F0-1712638F0D4E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Jelena Stojanović*
DocuSigned by:
8CC3BCD62E1E4EC...

Name: Jelena Stojanović

Address: Izletnička 38

Kraljevo, RS 36103

Phone Number: +381640431750

Email Address: jstojanovic89emrbc@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/20/2012       To: 02/20/2013

DocuSign Envelope ID: 7E846A1A-1C03-43C1-95C5-9B9C462D6D22

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: _[DocuSigned by signature, CBE4D3BB15644E5...]_

Name: Jennifer Bueno

Address: 1200 Bedford street

Stamford , CT US 06905

Phone Number: 2034342302

Email Address: c4priaty@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/25/2009     To: 11/16/2011

DocuSign Envelope ID: F534D00C-8868-458A-A2EB-DAABB584C084

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *[signature]* DocuSigned by: 3714B74256714AC...

Name: Jennifer orozco herrera

Address: 13900 Michaux View Way

Midlothian, VA US 23113

Phone Number: 8049221824

Email Address: joh0527@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/16/2013     To: 07/06/2014

DocuSign Envelope ID: EAB01826-3A67-47DF-8C39-26033A1F46E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Jennifer Pierre-Louis*
DocuSigned by:
A0478E24569B460...

Name: Jennifer Pierre-Louis

Address: 13087 Neptune Dr

San Leandro , CA US 94577

Phone Number: 5106930260

Email Address: yumikooster@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/28/2008     To: 07/28/2010

DocuSign Envelope ID: 74D36D26-8EBD-40EF-9D8F-71AD89BC885E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _Jesica_

Name: Jesica Perez Reiriz

Address: Ramón Cabanillas 6 Portal 1-3D

Villagarcia de Arosa, Pontevedra  ES 36600

Phone Number: +34648731684

Email Address: jessicaperezreiriz@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/04/2016        To: 06/27/2016

DocuSign Envelope ID: 07CE3026-A099-43F6-8DA0-99F215CAD50F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _(DocuSigned by)_ 81659D431A754D5...

Name: Jessica Moreira Severino

Address: 1303 Hillsboro Ln

Helena, AL US 35080

Phone Number: 2059020518

Email Address: jessica.mmoura@yahoo.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 01/12/2011     To: 09/14/2011

DocuSign Envelope ID: E7C79549-9134-45D2-870D-F2FB953125F8

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _____11/02/2017_____     Assinatura: *Jéssica Ribeiro Ferreira*
DocuSigned by:
F71D27F291CC43D...

Nombre: _____Jéssica Ribeiro Ferreira_____

Endereço: _____701 Baffin st_____

_____Foster City, CA US 94404_____

Teléfono: _____+5541991036364_____

Email Address: _____jez_ferreira@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Fechas de participación en el programa au pair:

De: _____09/26/2016_____     A: _____09/26/2017_____

DocuSign Envelope ID: 43D2F8EC-87BF-4023-9FFA-9C1731C2AFB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Jimena Salcedo Hernández*
4EE2E97991DD4DF...

Name: Jimena Salcedo Hernández

Address: Lacandones 50 Colonia Pedregal de las Águilas. Tlalpan

Mexico City, Mexico City MX 14439

Phone Number: +5215532060875

Email Address: salcedo.jimena@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/04/2011     To: 04/01/2012

DocuSign Envelope ID: 0D0DBE31-3AD5-4629-A7A4-BA1710B86F4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *DocuSigned by:* [signature] C084B96DE1364FA...

Name: Jinghong Xu

Address: 430 Chestnut St

San Carlos , CA US 94070

Phone Number: 4243270400

Email Address: 179291878@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2014      To: 09/28/2015

DocuSign Envelope ID: 8ECC0814-FBE5-4EAA-B805-CE2979FAAE4E

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_ 13D15F286E31452...

Name: Joane Vieira da Silva Leal

Address: 748 South Springfield Avenue

Springfield , NJ US 07081

Phone Number: 9736418265

Email Address: joanevieiraleal@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/21/2014      To: 07/21/2016

DocuSign Envelope ID: B682C5DD-3DA2-4BAD-9925-981B228D6F33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: _DocuSigned by:_ 693D199C07D8469...

Name: Juliane Cardoso da Silva

Address: Rua Terca, 337

Barueri, São Paulo BR 06433030

Phone Number: 11957770221

Email Address: juliane.cs12@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/26/2013     To: 08/25/2015

DocuSign Envelope ID: 65BF4D2B-5F10-47CC-9A0F-EE22E1D8C01D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *karina campana*
DocuSigned by:
CD71242DC2D34D7...

Name: karina campana

Address: Rodovia Raposo Tavares, 3175

São Paulo, SP BR 05577-900

Phone Number: 5511955777272

Email Address: karina_campana@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/04/2012      To: 06/10/2014

DocuSign Envelope ID: 1A7663DB-D914-4E9B-B03F-AC8B38E31186

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *DocuSigned by:* [signature] 72FC9C5A2ED1437...

Name: Katerina Kostikj

Address: 22 Cleveland Street apt.2F

White Plains, NY US 10606

Phone Number: 9142580812

Email Address: kkostikj@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/07/2010      To: 10/29/2017

DocuSign Envelope ID: 896B7A70-C4EC-4E00-86F1-6A41BFDF8853

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Katherine Orrego Jiménez*
DocuSigned by:
72F7D4D3E56848B...

Name: Katherine Orrego Jiménez

Address: Große sperlgasse

Große sperlgasse, Wien AT 1020

Phone Number: 436606981424

Email Address: kat_717@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/08/2014     To: 01/04/2015

DocuSign Envelope ID: B807FFA2-984D-4F97-B3EA-1F0204EA7FBC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: _DocuSigned by:_ K. _80E5AC70794842F..._

Name: Katia Caroline França Dalanhol

Address: 474, Marechal Floriano Peixoto

Palmas, Paraná BR 85555-000

Phone Number: 5546999222532

Email Address: katiadalanhol@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/23/2010     To: 12/17/2011

DocuSign Envelope ID: 14DCEEBC-11CD-47DF-8B7C-EA8C63ACD987

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _DocuSigned by:_ 64282EC06E694B6...

Name: Katrina Danielle Lawson

Address: 397 Mapleton Avenue

Barrie, Ontario CA L4N 3W1

Phone Number: 7057901823

Email Address: Katrina.danielle@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/01/2009     To: 05/01/2010

DocuSign Envelope ID: AD980BB5-A393-4A46-A6A4-B206B5278494

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Kelly Agredo Navarro*
C1F958B284A8423...

Name: Kelly Agredo Navarro

Address: 58 Washway Rd. Apt 8

Sale, Manchester  GB M33 7RE

Phone Number: 7804500618

Email Address: Kellyagredo02@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/11/2010      To: 01/10/2012

DocuSign Envelope ID: CCBB12BF-240D-4A4D-85F5-AFE8C55853A6

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: _DocuSigned by:_ 2D3901BE892540D...

Name: Khomotso Kalauba

Address: 1241 A Mokhomo Street

Johannesburg , ZA 1801

Phone Number: 0846232304

Email Address: kkalauba@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/06/2013     To: 10/10/2014

DocuSign Envelope ID: 889F6C53-5336-4A78-8DF5-F3CE72268628

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *[DocuSigned by signature]* D069C3C1E49141E...

Name: Kimmy ter Beek

Address: 19 Neal Gate Street

Scituate, MA US 02066

Phone Number: +17815343436

Email Address: kimmyterbeek@live.nl

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/07/2015     To: 01/07/2017

DocuSign Envelope ID: E13E76FF-62B7-4AE3-8738-0171B49AD217

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_ 0C6149D491AF4CB...

Name: Kristin Alexis Munro

Address: 51 hopmeadow road, Apt 2B4

Weatogue, CT US 06089

Phone Number: 8602590464

Email Address: k_alexis_munro@windowslive.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/01/2015     To: 08/01/2016

DocuSign Envelope ID: D84F0591-14C6-48D1-BCA0-E3EC8D7322B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017                Signature: _DocuSigned by:_ 0F94325297B1493...

Name: LADY MILENA DEDERLE RODRIGUEZ

Address: 13101 e kentucky ave

Aurora, CO US 80012

Phone Number: 7204865094

Email Address: ladydederle@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/25/2014            To: 06/12/2015

DocuSign Envelope ID: 6E7EC8EF-7986-482B-BE7A-1FE987620F47

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *DocuSigned by:* D7DCFA19ED1148F...

Name: Lais da Silva

Address: 5501 Chimney Circle 1A

Kettering, OH US 45440

Phone Number: 5133069117

Email Address: laisspira@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2014       To: 08/17/2016

DocuSign Envelope ID: 112813BC-55BC-4E03-9DCF-63E95B776F11

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *DocuSigned by:*
*DRios*
2F20F90EFA97424...

Name: Lais Rios Rocha Rodrigues

Address: 23406 92nd ave W

Edmonds , WA US 98020

Phone Number: 2069004762

Email Address: lais_rios@live.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 04/15/2014      To: 01/08/2016

DocuSign Envelope ID: 8403F3B1-11D9-4C9F-8970-1CC65ECDEBF6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature:
DocuSigned by:
E2D37A83A614420...

Name: Lara Garcia Beamonte

Address: Santa Hortensia 23 1 2

Madrid, Madrid ES 28002

Phone Number: 618836422

Email Address: laragbea@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/19/2015     To: 08/09/2016

DocuSign Envelope ID: 17B8F578-8616-4472-A892-EA552361BB03

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: _(DocuSigned by: 1. Okw / 028FC87445DB498...)_

Name: Lara Okkens

Address: Westring 224

Kiel, DE 24116

Phone Number: 043126094323

Email Address: lara.okkens@googlemail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/09/2010    To: 08/31/2011

DocuSign Envelope ID: DB5D5959-3E87-4C2F-A749-FFEB92EDB788

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _11/02/2017_          Assinatura: _DocuSigned by:_ C742A888EC6F4CE...

Nombre: _Larissa Schechtel Oliveira_

Endereço: _139 W 2070 S_

_Orem, UT US 84058_

Teléfono: _3852197688_

Email Address: _larasoli@hotmail.com_

Patrocinador: _Au Pair Care, Inc._

Fechas de participación en el programa au pair:

De: _12/02/2012_          A: _01/01/2014_

DocuSign Envelope ID: 3541C390-7687-4D4E-AB86-E8D7ECE75239

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/02/2017

Signature:  _DocuSigned by:_
8E6131A701BB4CE...

Name:  LIDIA CANO PEREZ

Address:  CARRERA 23

VILLANUEVA DEL ROSARIO, MALAGA ES 2312

Phone Number:  0034691139132

Email Address:  Ldcnprz@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  09/14/2014    To:  01/29/2016

DocuSign Envelope ID: 4096F123-011D-407B-BC9F-12A3B7597A83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _DocuSigned by:_ EFB1502D564047A...

Name: Linzay Ellen Manuel

Address: 4812 N Hermitage Ave, FRNT 1A

Chicago, IL US 60640

Phone Number: 2242559122

Email Address: Linzaymanuel@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/15/2015       To: 11/23/2016

DocuSign Envelope ID: 9BE1FA5A-D77F-4D49-AF35-7CA98E8320AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: _DocuSigned by:_ E99C46DC6C8F4A7...

Name: Lizzeth Abigail Vicuña Aguilar

Address: Bosque de chapultepec 327 Col. Barrio Chapultepec

Monterrey, Nuevo Leon MX 64100

Phone Number: 8111847194

Email Address: lizzie.vi@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/17/2013     To: 06/20/2014

DocuSign Envelope ID: B5FCB028-2043-4B45-8242-FC194AC3DA94

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *Lotta Sophie Bunte*
DocuSigned by:
D9F3C7829439420...

Name: Lotta Sophie Bunte

Address: 5406 SE 43rd Ave

Portland, OR US 97206

Phone Number: +15034225966

Email Address: lottabunte@web.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/31/2016     To: 10/31/2017

DocuSign Envelope ID: 55531919-1FA2-4A6C-B41B-EDF04174B111

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *LUCIA FERNANDA RIOS ZAMORANO*
AA9CE1C098844DE...

Name: LUCIA FERNANDA RIOS ZAMORANO

Address: 714 w elm st

urbana, IL US 61801

Phone Number: 2177222835

Email Address: luriz0292@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/08/2017     To: 05/16/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *Luciana Medina Pereira Rodrigues*
C4C3A0C8071A4D6...

Name: Luciana Medina Pereira Rodrigues

Address: Rua Giacomo Cozzarelli 250, apt 21 B, Lote 2

São Paulo, Sao Paulo BR 04190000

Phone Number: 5511997770493

Email Address: medinapereira87@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/02/2012          To: 12/02/2013

DocuSign Envelope ID: 1D90D309-D3E7-4A54-A9DD-8582411F1ED1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *[signature]*
DocuSigned by:
587D71430AC24D0...

Name: Lucy sefoloko

Address: Main street

Matatiele , Kwa-zulu natal ZA 4730

Phone Number: 0847667800

Email Address: Lucysefoloko@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/05/2016        To: 10/11/2017

DocuSign Envelope ID: 48ACE418-8CF5-4CE7-8EFE-1887E3E0424A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: *LUIS MARIO FELIX FELIX*
DocuSigned by:
307A30CA112C49D...

Nome: LUIS MARIO FELIX FELIX

Dirección: PEDRO MARIA ANAYA #201 COLONIA TIERRA BLANCA

NAVOJOA , SONORA MX 85820

Telefone: 6421179982

Email Address: luismariof232@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 07/22/2013          A: 07/04/2014

DocuSign Envelope ID: 184270BB-1913-4298-8A43-7094E7C8FC9B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Luisa Daniela Mesa Fernandey*
DocuSigned by:
D0EE4D698266461...

Name: Luisa Daniela Mesa Fernandey

Address: Langenrehm 18

Hamburgo, Hamburgo DE 22081

Phone Number: + 49 157 35 25 0507

Email Address: luisadaniela17@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/20/2015          To: 01/20/2017

DocuSign Envelope ID: 09B6BB7B-F733-49A5-B7C6-D7BD73A23F3B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Luma de Jesus Bras*
DocuSigned by:
862BC367B2454BD...

Name: Luma de Jesus Bras

Address: 17360 NE 160TH ST

Woodinville, WA US 98072

Phone Number: 4694042988

Email Address: lumabras@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2016     To: 08/07/2018

DocuSign Envelope ID: 2369DAF8-008A-4D21-A391-6386C0A95143

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Mackenzie Bonasena*
94A306419B714AE...

Name: Mackenzie Bonasena

Address: langagervej 4 st, 102

Aalborg Øst, denmark DK 9220

Phone Number: 23351759

Email Address: mj.94@live.dk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/06/2015     To: 02/05/2017

DocuSign Envelope ID: F07AEC60-1F1C-4987-BF36-AA57B96A4C4E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/01/2017

Signature:  _DocuSigned by:_ Sherman
9ABE09C82C584E4...

Name:  Małgorzata Sherman

Address:  30 E Hartsdale Avenue Apt 6G

Hartsdale, NY US 10530

Phone Number:  9143433235

Email Address:  Meggy.sherman@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  11/16/2015       To:  11/16/2016

DocuSign Envelope ID: A754E1C7-566B-4BC3-B040-D723F3778935

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _Marcela Mallett_
DocuSigned by:
6B46FFFBF2F6444...

Name: Marcela Darly Mallett

Address: 1620 280th street

Salix, IA US 51052

Phone Number: 5634246382

Email Address: Marcela.mendonca@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/06/2014      To: 06/25/2015

DocuSign Envelope ID: 6478C032-3BC8-4AB6-91B5-119C189F665D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _Margarita Chiquete M._
4EF037235BF046D...

Name: Margarita Chiquete Miranda

Address: C caminito alegre 7425-8B2

Tijuana , Baja California  MX 22440

Phone Number: +1526643124911

Email Address: margarita_chiquete@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/14/2013     To: 02/14/2015

DocuSign Envelope ID: 499E9065-6168-49E2-A565-919C5E2F117B

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 10/28/2017

Firma: _DocuSigned by:_ BB8C31BF6CDA46C...

Nome: María Alejandra García Gallego

Dirección: 1640 Barnett cr

Plaseant hill, CA US 94523

Telefone: 9013618607

Email Address: Alegomez-123@hotmil.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 08/08/2016    A: 08/08/2018

DocuSign Envelope ID: 18D4F8D7-2AAB-4C4E-AD12-3E47BAB113F1

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Carla Mejia* 70870B16457B4CA...

Name: Maria Camila Mejia

Address: 131 Hicks Ln

Great Neck, NY US 11024

Phone Number: 5167324016

Email Address: Colmy.mc@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/27/2017     To: 09/27/2018

DocuSign Envelope ID: FCCB649E-0534-46EB-A15D-8DC863FEB712

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/01/2017          Firma: *Maria Camila Mejia Londoño*
DocuSigned by:
9462DF48CF9D44C...

Nome: Maria Camila Mejia Londoño

Dirección: Carrera 31 G # 41 a 29

Manizales, Manizales CO 170002

Telefone: 3104587826

Email Address: camilamejia22@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/26/2015          A: 07/14/2017

DocuSign Envelope ID: 9D76ED1D-6476-4E29-BD55-5BA8C3AFE1DC

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/27/2017          Assinatura: _Maria Cecilia Murta Morais_
DocuSigned by:
A8141EF1B89142B...

Nombre: Maria Cecilia Murta Morais

Endereço: Olímpio Dias de Abreu, 471, Jardim São Luiz

Montes Claros, Minas Gerais  BR 39401-049

Teléfono: 545991318557

Email Address: cecimurta@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/20/2009          A: 03/20/2010

DocuSign Envelope ID: CC5F5597-13BC-4C85-A645-A42BB8BF0BB2

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _11/01/2017_        Firma: _[firma]_
CB14280A76A64B4...

Nome: _Maria Fernanda sanchez_

Dirección: _Carrera 17 # 147 - 32_

_Bogotá, CO 110131_

Telefone: _+573107674411_

Email Address: _mafe642@hotmail.com_

Patrocinador: _Au Pair Care, Inc._

Datas de participação no programa au pair:

De: _01/24/2011_        A: _12/26/2011_

DocuSign Envelope ID: 4A81E82A-BEE1-4F46-BF4B-D14DB6006B4F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _M. Schmidt_
DocuSigned by:
AF451E6896D84B1...

Name: Maria Schmidt

Address: Leipziger Straße 27

Dresden, Sachsen DE 01097

Phone Number: +491749157546

Email Address: mariaschmidt0318@aol.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/17/2015     To: 08/17/2018

DocuSign Envelope ID: B92E3891-AC13-4C0C-8EAF-DCD6B245E579

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *[DocuSigned by: 2BDE5327E9B6498...]*

Name: MARIE GARCIN

Address: 71 Route De Marennes

Villette De Vienne,  FR 38200

Phone Number: +33698768092

Email Address: marie.garcin09@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/17/2015

To: 08/05/2016

DocuSign Envelope ID: B1518B6C-50EC-44B3-AE3D-A996CFE10694

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 10/29/2017          Assinatura: _DocuSigned by:_ 4D5B82F21F2D4C8...

Nombre: Marilia de Jesus Braz

Endereço: Joaquim de Oliveira Freitas, 76

São Paulo, São Paulo BR 05133000

Teléfono: 5511964405310

Email Address: marilia_mjb@ymail.com

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 06/01/2015          A: 02/28/2017

DocuSign Envelope ID: 576E82E6-6F79-4166-9277-1F69E6CDA963

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Marina Martins*
7DC37F813D714DE...

Name: Marina de Miranda e Martins

Address: Rua Consul Orestes Correa, 77 apto 21 bloco 5

Guarulhos, São Paulo BR 07197040

Phone Number: 11963100061

Email Address: Nina.mmartins@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/06/2015

To: 01/06/2017

DocuSign Envelope ID: C500D84B-7F51-484E-91E0-63273CC6B1F8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _[DocuSigned by signature]_
4E11732DAD85474...

Name: Marina Ferrarez Ramos

Address: 10080 sw Heather Ln

Beaverton, OR US 97008

Phone Number: 9717276123

Email Address: m.framos@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016      To: 05/29/2018

DocuSign Envelope ID: 01A250A9-D4E6-4D8E-8AF6-17C499D00650

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _DocuSigned by:_ 3CAD1B1E3B9C487...

Name: Marta Rodriguez Martinez

Address: Alberca de Salamanca 53,1C

Murcia, Murcia ES 30150

Phone Number: 968845115

Email Address: Marta.rodriguez1991@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2014     To: 02/06/2015

DocuSign Envelope ID: 3E219916-0FC1-4E78-B5E6-C323A9CDFFDE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/31/2017

Signature:  _[signature]_
E901A0FC87364B9...

Name:  Martina Ascheri

Address:  Buenos Aires 1306

San Genaro, Santa Fe AR 2146

Phone Number:  3401418290

Email Address:  Martinaascheri@hotmail.com

Sponsor:  InterExchange, Inc.

Dates in Au Pair Program:

From:  04/08/2014          To:  12/01/2015

DocuSign Envelope ID: 108B381B-526D-45DE-95CB-9925F1788092

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _DocuSigned by:_ 887A4BBBA5A1483...

Name: Mateusz Filipowicz

Address: 292 Crawley Green Road

Luton, GB Lu2 Osj

Phone Number: +447803208901

Email Address: mateuszfilipowicz@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/28/2008   To: 12/27/2010

DocuSign Envelope ID: F183FD5C-0055-4045-9154-1FC119CB63C4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: _[DocuSigned by signature]_
17CDBB8FEA024A8...

Name: Max-Phillip Fichtel

Address: Im Haspelfelde, 12

Hannover, Niedersachsen DE 30173

Phone Number: +491725219589

Email Address: maex.fichtel@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/05/2010     To: 07/11/2011

DocuSign Envelope ID: 1E7C45CB-D804-4F81-B600-3DCB2146638B

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/01/2017

Assinatura: _DocuSigned by:_ 17AA3FC5FB7C422...

Nombre: Mayara Rodrigues

Endereço: Avenida Doutor Silva Melo, 520 Bloco Mamoré apto 504

São Paulo, São paulo BR 04675010

Teléfono: 5511954499389

Email Address: Mayara15sp@yahoo.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 03/04/2010   A: 09/26/2011

DocuSign Envelope ID: 55537FB7-E380-4A4D-BD8C-646CF1F36824

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/31/2017_                    Firma:

DocuSigned by:

BE95E3D33805400...

Nome: Mayra Alejandra Romero Mendoza

Dirección: Monte Iberico #105, Col. Cumbres de la Pradera

Leon, Guanajuato MX 37555

Telefone: (52) 477 240 00 04

Email Address: may_rome23@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: _10/19/2013_          A: _05/19/2015_

DocuSign Envelope ID: FF04ED02-3C9A-4FBC-A9FF-0702D4B22543

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Mayra de Souza Rocha Porcoro*
DocuSigned by:
A7D3636938D646C...

Name: Mayra de Souza Rocha Porcoro

Address: 41 Whittaker Ave, Floor 2

Woodland Park, NJ US 07424

Phone Number: 3473319661

Email Address: mayrarochaa@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/07/2013    To: 01/07/2015

DocuSign Envelope ID: 6FC1DB8E-BC94-494E-945C-A25184FB8C1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *Melisa Mesa Navarro*
28CB46AC78594F9...

Name: Melisa Mesa Navarro

Address: 30 Johnson Ct

Paramus, NJ US 07652

Phone Number: 2018237698

Email Address: mmesanv@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/12/2013   To: 08/15/2014

DocuSign Envelope ID: 589453AF-B395-44DB-BA39-1180DF60C6B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by: (signature)_ 6B868F004E2046F...

Name: Melissa Hanson-Gutierrez

Address: 177 River st, apt 2R

Dedham, MA US 02026

Phone Number: 3019436989

Email Address: melisguti@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2013    To: 01/26/2014

DocuSign Envelope ID: 7BDC1C7E-5668-43D8-9C33-E4D859B479EE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *[DocuSigned by: 8F6E2F8A727E466...]*

Name: Milana Alves Barbosa Silva

Address: 832 Piccadilly Circle

Stockbridge , GA US 30281

Phone Number: 4708854221

Email Address: milanas008@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2014     To: 12/19/2015

DocuSign Envelope ID: 6FFCE525-4D9A-4C26-9FE6-A16C2E9A1F9B

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: *Mirian Yumi Yoshida*
DocuSigned by:
A48D1087AF95430...

Name: Mirian Yumi Yoshida

Address: Rua Maximiliano da Cunha

Sao Paulo, Sao Paulo BR 03449-010

Phone Number: 011975626679

Email Address: mirianyoshida2@hotmail.cm

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/02/2015   To: 02/02/2017

DocuSign Envelope ID: 7C9D9CFE-55B4-4473-88C3-19377F8AD384

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *[signature]* 40967DF1B03F4F8...

Name: Monica Liliana Smith

Address: 5320 San Mateo Blvd NE Apt C29

Albuquerque, NM US 87109

Phone Number: 5058503222

Email Address: monmorat@hormail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2014    To: 04/07/2016

DocuSign Envelope ID: 9DD4EE71-F4B3-4117-9F32-4E75427C3061

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by
November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: _DocuSigned by:_ ACEF5EAE81E1473...

Name: Monica Mora

Address: 5320 San Mateo Blvd NE Apt c29

Albuquerque, NM US 87109

Phone Number: 5058503222

Email Address: monmorat@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2014     To: 04/07/2016

DocuSign Envelope ID: EBAC6A2F-E3BA-42BB-80E8-B1F7E952A0CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Monique Le Page*
DocuSigned by:
E09950F74C6B4B1...

Name: Monique Le Page

Address: 8a Sims Street

Sandringham, Vic AU 3191

Phone Number: +61401362854

Email Address: monique.lepage@sportsbet.com.au

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2011          To: 12/01/2012

DocuSign Envelope ID: 83C01F9D-F652-488E-9569-25D944152DAB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _DocuSigned by:_ 6DD6A44C9B444AF...

Name: Mylene Ebeling (Leroy)

Address: 60 Vintage circle #262

Pleasanton , CA US 94566

Phone Number: 4256150312

Email Address: Mylenebeling@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/11/2009    To: 10/11/2010

DocuSign Envelope ID: 63A3A3FE-B2E0-44AD-8441-96565691C74F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *[DocuSigned by: C634FEC4AE5C44C...]*

Name: Nadia Anahí Figueroa

Address: Defensa 6926

Santa Fe, Santa Fe AR 3000

Phone Number: +5493425087980

Email Address: nadis.nanu@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/03/2015          To: 09/23/2015

DocuSign Envelope ID: 2BED2230-58CA-47CB-BDE4-4854ECE2E7AC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *NATALIA GALARZA CERON*
DocuSigned by:
C916886AF4A6406...

Name: NATALIA GALARZA CERON

Address: 6562 MCABEE RD

SAN JOSE , CA US 95120

Phone Number: 4084551088

Email Address: natagceron@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/04/2014    To: 03/01/2016

DocuSign Envelope ID: 798CEC90-DF19-427D-8C5B-7451B8A752C4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: _DocuSigned by:_ 96ECD327E7D4494...

Nome: natalia ivette chable gutierez

Dirección: 6 de diciembre 105

guadalajara, jalisco MX 44260

Telefone: 3317158857

Email Address: naty_chable@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 01/11/2010     A: 01/23/2011

DocuSign Envelope ID: 8A59661B-E149-4349-A782-E39020A8A35F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _DocuSigned by:_ B15D04CDBE93458...

Name: Natalia Priosto dos Santos

Address: 2895 Kalakaua Av. #507

Honolulu, HI US 96815

Phone Number: 3215375141

Email Address: nataliapriosto@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/17/2014     To: 02/17/2015

DocuSign Envelope ID: 5A54520B-926E-4A37-BAC2-BE0EA9EE864A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Natassia de Freitas Duran*
5C03148929AB463...

Name: Natassia de Freitas Duran

Address: 709 W. Park AV, apt 103

Libertyville , IL US 60048

Phone Number: 2244012637

Email Address: natassiaduran@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2014          To: 07/31/2016

DocuSign Envelope ID: 57660F58-DB91-48AF-B9D5-6C11CFC13351

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017          Signature: _DocuSigned by: Nigar Z._
                                     9C6627BE726D47E...

Name: Negar Zaklik

Address: Vejlby Toften 7L

Risskov,  DK 8240

Phone Number: +4542660767

Email Address: nigar_zaklik@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2014          To: 08/20/2015

DocuSign Envelope ID: 73330A21-988F-466C-A88D-B9E4310B4367

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Neo B. Mokgatle*
DocuSigned by:
129FB403914F4DB...

Name: Neo B. Mokgatle

Address: 67 Kasteel Rd, Lynwood Glen

Pretoria, Gauteng ZA 0081

Phone Number: +27792919817

Email Address: bibie1510@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/13/2012     To: 08/22/2013

DocuSign Envelope ID: 04DE2A42-D8D1-452A-A263-58F8907F9D5F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: *Nerlyn Lucia Mendez Sanchez*
FE763D2B5C99491...

Nome: Nerlyn Lucia Mendez Sanchez

Dirección: Calle 80 B No 2- 21

Neiva, Huila CO 410001

Telefone: +573012923692

Email Address: nelumesa24@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/05/2015          A: 01/06/2017

DocuSign Envelope ID: C59C2F75-24F3-467E-8BEB-F36671A990E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *nicole de freitas vieira*
DocuSigned by:
5787B68282EB46F...

Name: nicole de freitas vieira

Address: santa luzia

itabuna, Bahia BR 45605618

Phone Number: 73988069110

Email Address: nicolevieira_@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/13/2014     To: 09/13/2014

DocuSign Envelope ID: F603C220-7F18-41A1-8E59-8CB58E61FFF2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _[DocuSigned by signature]_ C5EFA94179A94C9...

Name: Nicole Reid

Address: 846 E Walnut Street

Grapevine, TX US 76051

Phone Number: 6822626363

Email Address: nicolereid201@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/15/2015        To: 12/02/2015

DocuSign Envelope ID: 306D285D-F237-420A-A20F-009CBA018E3C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Nils Engelmann* (DocuSigned by: 9522C3639EDC47B...)

Name: Nils Engelmann

Address: Sandstrasse 41

münchen, Bayern DE 80335

Phone Number: +491721383856

Email Address: Npaepp@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/18/2013     To: 11/18/2014

DocuSign Envelope ID: 8EE0454C-4C2D-4359-8E26-6EE281E9A2E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Oksana Tseliukh*
DocuSigned by:
6B4682E8340D41D...

Name: Oksana Tseliukh

Address: 180 Franklin Corner Road, apt H6

Lawrenceville, NJ US 08648

Phone Number: +18622374469

Email Address: oksana.tseliukh@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/10/2007     To: 12/10/2009

DocuSign Envelope ID: 903C876B-D753-4410-BC9C-7C36116913D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Pamela Aparecida De Almeida*
B7D21E6EEE9446B...

Name: Pamela Aparecida De Almeida

Address: 963 Hampshire St

San Francisco, CA US 94110

Phone Number: 5082744400

Email Address: gopamellis@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/03/2016     To: 10/03/2018

DocuSign Envelope ID: C574BF44-00A9-434B-94A7-7A4E3C1CDD54

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: _DocuSigned by:_ C336EDEF7C9548B...

Nome: Paola Andrea Castellanos Gutierrez

Dirección: 1164 Clark Street

San Jose, CA US 95125

Telefone: (408) 693-8746

Email Address: paolandrea16@outlook.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/06/2016     A: 06/06/2018

DocuSign Envelope ID: 344DF288-7F31-4C49-90AB-9B2060ACC923

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____10/30/2017_____      Firma: _____
A5CEDC8A9D1D4EC...

Nome: _____Patricia Elizabeth Ramos Sánchez_____

Dirección: _____Brighton Dr_____

_____East Granby , CT US 06026_____

Telefone: _____8609699312_____

Email Address: _____elyramos_@hotmail.com_____

Patrocinador: _____Au Pair Care, Inc._____

Datas de participação no programa au pair:

De: _____01/09/2017_____      A: _____01/09/2018_____

DocuSign Envelope ID: A13E78B0-8F8D-482E-B6C6-947B5A3C0503

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Patrycja Czaplicka*
DocuSigned by:
64D50C5A11D249E...

Name: Patrycja Czaplicka

Address: Środkowa 19

Karski, wielkopolskie PL 63-410

Phone Number: 504320916

Email Address: czaplicka.patrycja@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/11/2014      To: 08/26/2015

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *P. Romanski*
DocuSigned by:
6344C72E1EE448D...

Name: Pia Romanski

Address: Rauenthaler Strasse 12

Wiesbaden, Hessen DE 65197

Phone Number: 004915789109485

Email Address: pia.romanski@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/22/2013   To: 07/19/2014

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/28/2017

Signature: *Pierre Daniel Furlan*
F85FE1C627F3441...

Name: Pierre Daniel Furlan

Address: Brombacher Str. 4/1

Steinen, Baden-Wuerttemberg DE 79585

Phone Number: +6594204438

Email Address: pierrefurlan@aol.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/16/2012        To: 11/29/2012

DocuSign Envelope ID: DAAD39DD-3601-4723-95D0-320DD2247F48

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *[DocuSigned by: 2CB20CADA2B8414...]*

Name: Polyana Smania Salcedo

Address: Girassol 365

Londrina , Paraná  BR 86035320

Phone Number: 5543999000659

Email Address: polyana_smania@hotmail.fom

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/17/2013          To: 07/27/2014

DocuSign Envelope ID: 152D0DCA-9457-4BE3-9A2A-5F97F831FDE3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _DocuSigned by:_ CC714D32F8E7453...

Name: Raisa Castellanos Lerin

Address: 2700 w Powell Blvd

Gresham, OR US 97030

Phone Number: 8586493449

Email Address: raisa.lerin@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/23/2013     To: 08/01/2014

DocuSign Envelope ID: DC3FEB79-4CA3-476A-9E51-C02583618DE4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: _DocuSigned by_ B1B5014E6C75460...

Name: Raissa Gomes

Address: 1227 W Ohio st

Chicago , IL US 60642

Phone Number: 7732940952

Email Address: Raissa.nery@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/24/2013     To: 06/24/2015

DocuSign Envelope ID: C3FC0578-9861-4271-BC46-31F046BF4441

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: _[DocuSigned by signature]_ 02DA428DB66B400...

Name: Raquel Angelica de Oliveira Costa Guedes

Address: 1288 E 19TH ST APT 2B

BROOKLYN, NY US 11230

Phone Number: 3128893812

Email Address: rackcpv@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2010     To: 07/31/2011

DocuSign Envelope ID: 46DFC63B-6C64-46F5-B554-077819207E36

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_ FA8FE646AE0546E...

Name: Raquel Santa Anna de Aquino

Address: 32 Main Street  apt 2

Chester , NY US 10918

Phone Number: 6468327444

Email Address: kelz.santaanna@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/15/2013     To: 07/15/2015

DocuSign Envelope ID: E74C4D4C-BD89-46A8-B9E0-BFA8A5BAD612

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _DocuSigned by:_ RKfar 8310B8F788CE455...

Name: Rejane Kellen

Address: 1 Squire Rd

Hopatcong , NJ US 07843

Phone Number: 9142747979

Email Address: Rejane.martins2006@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2008     To: 08/31/2010

DocuSign Envelope ID: C85E9C31-2497-4B02-9F1E-5797FEAAD79A

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _11/02/2017_  Assinatura: _Renata Ramos de Castro_
DocuSigned by:
9F1CC80DE483481...

Nombre: Renata Ramos de Castro

Endereço: 9 Nigel Building, Portpool lane

London,  GB EC1N 7UR

Teléfono: +447910760847

Email Address: rerdc@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: _03/21/2011_    A: _03/21/2012_

DocuSign Envelope ID: DB496D5A-5EFC-48C1-B2E1-AE0B3D089520

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *[DocuSigned by: signature]* D41199EC466A419...

Name: Rocio Alvarez Sanchez

Address: 404 Encinitas Blvd #408

Encinitas, CA US 92024

Phone Number: 5053108330

Email Address: lupitaras@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/26/2011     To: 09/26/2013

DocuSign Envelope ID: F616785A-F81B-4180-864A-865314DE729E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Rocio Lufi Padilla*
DocuSigned by:
02925D3BF2D8441...

Name: ROCIO CAMILA LUFI PADILLA

Address: CALLE DE LA PRIMAVERA 1451. HUECHUERABA, REGION METROPOLITANA

SANTIAGO, REGION METROPOLITANA CL 8600781

Phone Number: +56982918226

Email Address: rocio.lufi.p@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/26/2009     To: 05/23/2010

DocuSign Envelope ID: 49A7C577-83B7-4B7B-AB88-0E36D4A8133D

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:     10/31/2017               Firma:     _DocuSigned by:_
                                              DD3F112FFCFF485...

Nome:          Rosa Sanchez Lopez

Dirección:     332 Red Morganite Trail

               Buda, TX US 78610

Telefone:      5123670345

Email Address: rosl3087@hotmail.com

Patrocinador:  Au Pair Care, Inc.

Datas de participação no programa au pair:

De:     02/07/2013          A:     05/26/2013

DocuSign Envelope ID: 0B94A717-0953-4CFA-836A-01A42999F3FD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Sabina Szalbot*
DocuSigned by:
E8A83B103D6143B...

Name: Sabina Szalbot

Address: Malinka 47

Wisla, slaskie PL 43-460

Phone Number: +48503747113

Email Address: s.szalbot@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/05/2013    To: 08/03/2015

DocuSign Envelope ID: EEFA1C19-C920-4F80-99D6-C14C5245AEFE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/27/2017

Signature: _DocuSigned by:_ 55C099C6346C4B0...

Name: Sabrina de Matos Souza

Address: 23-31 33rd ave

Astoria , NY US 11106

Phone Number: 4752233740

Email Address: sa_mattos@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/17/2013     To: 06/05/2015

DocuSign Envelope ID: 54E2A4EE-826C-4794-AE08-6B10948EF8A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Samantha Nakhoul Manjarres*
EEA404CCED9B455...

Name: Samantha Nakhoul Manjarres

Address: 6522 5th AVE NE

Seattle, WA US 98115

Phone Number: 3602506618

Email Address: snakhoul@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2009     To: 09/30/2010

DocuSign Envelope ID: 2ED5933F-D4E6-42BD-BDFE-A6DFC492BFAF

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/02/2017

Firma: *Sandra Patricia Rozo Robayo*
DocuSigned by:
4C9F7FC83EC6443...

Nome: Sandra Patricia Rozo Robayo

Dirección: Carrera 50 149 19 apt 204

bogota, Bogota DC CO 111156

Telefone: 3002012055

Email Address: patty-795@hotmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 08/18/2014     A: 04/14/2015

DocuSign Envelope ID: 5BF3E1D4-E75E-44DE-94B7-98D115FA37CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _[DocuSigned signature]_ EB0BCC0DEFAA45A...

Name: SANDRA PEREZ FERNANDEZ

Address: VILA-REAL 15 A-B-3D

BENICASSIM, CASTELLÓN ES 12560

Phone Number: +34622308961

Email Address: sandraperezfernandez91@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/04/2016     To: 01/04/2017

DocuSign Envelope ID: D2C8EAFE-26BD-4086-8634-3A92595B4FBC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Sarah Voigt*
2D95C441F0014A0...

Name: Sarah Voigt

Address: Mellumstraße 21

Wilhelmshaven , DE 26382

Phone Number: 004915241249266

Email Address: Sarah-n.voigt@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/02/2009          To: 08/31/2010

DocuSign Envelope ID: BE2A355E-F618-49F8-88CE-53D0A2EB4363

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _10/31/2017_   Firma: _sayda del carmen cortina paz_
DocuSigned by:
908F9FB124C7458...

Nome: sayda del carmen cortina paz

Dirección: plan de agua prieta entre perimetral y tres, #100, mision del sol

hermosillo, sonora MX 83100

Telefone: 016232320223

Email Address: carmencortinap@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: _07/22/2013_   A: _04/22/2015_

DocuSign Envelope ID: CF6BB172-0482-4F4C-8E64-8465B63BEB6E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Shannon McGladdery*
DocuSigned by:
BB1BCA9B5D3F44B...

Name: Shannon McGladdery

Address: 31a Green Meadow Lane, Hillcrest

Durban, KZN ZA 3610

Phone Number: 0794218856

Email Address: shanzmcglad@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2014      To: 02/25/2015

DocuSign Envelope ID: 94A35E5A-2874-4A29-831F-89CAED631735

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Silvia Chona*
1A0802DBC7014DE...

Name: Silvia Lorena

Address: Chona Picon

Alexandria , VA US 22301

Phone Number: 7038354754

Email Address: silviachona95@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/03/2016          To: 07/02/2018

DocuSign Envelope ID: E796CEE6-5840-4890-AB4B-2FD40AB8C557

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Simone Franco de Andrade Boyce*
DocuSigned by:
6BB2DDE3DE7F45F...

Name: Simone Franco de Andrade Boyce

Address: 387 Scenic Ct

San Andreas, CA US 95249

Phone Number: 2092833361

Email Address: simone.franco.andrade@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2009     To: 02/22/2011

DocuSign Envelope ID: DC807C4B-3EC1-4CDF-863B-88B6DC391C7D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Simone Levine (Easton)*
DocuSigned by:
8FF7E1571E824B8...

Name: Simone Levine (Easton)

Address: 19 Riesling Court

Commack, NY US 11725

Phone Number: 6313396895

Email Address: eastonsimone9@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2015     To: 07/20/2016

DocuSign Envelope ID: 609CAC79-C2FD-48DE-91C6-9E8AE0B80617

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: *Stefany Maria Luna Cubero*
0816A8E96BD24F4...

Name: Stefany Maria Luna Cubero

Address: 19107 Dalton Points PL

Leesburg, VA US 20176

Phone Number: 5715777474

Email Address: luna_sol0122@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/30/2012     To: 01/31/2014

DocuSign Envelope ID: 0DEA5880-8B9D-4627-91EE-5DEC926ACF75

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: _DocuSigned by Nordng Lambert — 61F1FB2F04E7436..._

Name: Susy Noelia Lambert

Address: 301 Kennedy Blvd. Somerdale New Jersey

Somerdale , NJ US 08083

Phone Number: 2124701563

Email Address: noelia_80812@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/26/2013        To: 08/26/2015

DocuSign Envelope ID: 516D4057-6DCB-4716-B7CD-3233D583E3E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *Tainara Peres bento*
DocuSigned by:
D69EB229A1704C6...

Name: Tainara Peres bento

Address: 1637 Jacob Ave

San Jose , CA US 95124

Phone Number: 8087290926

Email Address: tainarapb@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/12/2016      To: 09/12/2018

DocuSign Envelope ID: C9ED15D6-6465-402D-B2B0-0B82DE0D058D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *[DocuSigned by: 2AB88C86E1D042A...]*

Name: Talita Conrad

Address: 4944 S Troost Ave

Tulsa, OK US 74105

Phone Number: 9186715516

Email Address: talitaconrad@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/28/2008      To: 05/20/2010

DocuSign Envelope ID: 27ECCDC1-8FE3-4D3A-B83E-1D8B28BD484F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Terri Maggott*
DocuSigned by:
FDF199D010F8441...

Name: Terri Maggott

Address: Apt 2, 3 Maldon Road, Westdene

Johannesburg, Gauteng ZA 2092

Phone Number: +27710978160

Email Address: terrimaggott@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/20/2012     To: 12/20/2013

DocuSign Envelope ID: F4C22D3F-B274-4945-93A7-8693F5FE55A3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/29/2017

Signature: *Tina Rodriguez Zaragoza (born as Tina Rent...)*
DocuSigned by:
46EED03F731B408...

Name: Tina Rodriguez Zaragoza (born as Tina Rentsch)

Address: Am Grund 54

Leipzig, DE 04207

Phone Number: +49015771251686

Email Address: tina-mailbox@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2008     To: 08/03/2010

DocuSign Envelope ID: E69E34D3-6E87-4225-85AC-385D0382CFB1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/01/2017

Signature: _DocuSigned by:_ 9D213C476BA5430...

Name: Vanessa Imbaquingo

Address: 9309 royal crest drive

Raleigh , NC US 27617

Phone Number: 9199874140

Email Address: Vanessa.y1992@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/10/2015     To: 08/10/2017

DocuSign Envelope ID: 9776ABB0-87AF-4E9E-AE6D-789ECAE1D1D6

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _11/02/2017_

Firma: _[DocuSigned by signature] 2C58A275EE33409..._

Nome: _Veronica Gómez Pérez_

Dirección: _Valencia 525_

_Juarez, NUEVO LEON MX 67280_

Telefone: _0445527699211_

Email Address: _ivesagami@yahoo.com.mx_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _06/18/2012_     A: _01/18/2014_

DocuSign Envelope ID: A0983886-C865-417C-8D46-1AC66084BD3E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/31/2017

Signature: *Veronica Zanko*
DocuSigned by:
383980125B3F4B2...

Name: Veronica Zanko

Address: 125 15th ave

seattle, WA US 98122

Phone Number: 2068772347

Email Address: veronicazanko@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2013    To: 08/18/2015

DocuSign Envelope ID: 6F47B589-EC28-4BCA-B3CC-43B13B9808A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/02/2017

Signature: *Wipa J* (DocuSigned by: FB6A0481CF1644A...)

Name: Wipa Jarungjaros

Address: 387 Wachirathamsatit 57-3, Sukhumwit 101 Rd.,, Bangchak,

Phrakanong, Bangkok TH 10260

Phone Number: 66851995861

Email Address: skywalker4675@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2009     To: 06/15/2011

DocuSign Envelope ID: 9A836A5F-D6BC-42E6-90EB-A000687FC7C3

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: _(DocuSigned by: 6510F1A2DA1847D...)_

Name: Yuliia Babii (Iuliia Mykhailovska)

Address: 1a Ukrainka Street

Pidlissia, UA 48423

Phone Number: 0680599849

Email Address: mulka@ukr.net

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/06/2008     To: 07/05/2010

DocuSign Envelope ID: A678BD58-E8ED-4DAF-B870-142601972276

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 10/30/2017

Signature: *[DocuSigned by signature] C0761A3F8B4E402...*

Name: Yully Andrea Oliveros Torres

Address: Carrera 87a no. 6a 15

Bogotá , CO 11001

Phone Number: 573173919067

Email Address: Andrea.oliverost@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/29/2016      To: 08/15/2017

DocuSign Envelope ID: 7A180A6C-EF94-4BCE-B21A-45AD939BD90A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  10/28/2017

Signature:  *Zahide Alkan*
8F4F69C932E6401...

Name:  Zahide Alkan

Address:  Bahcelievler Mah. Aydinlar Cad. Uygar Sk. No:15/2 B.Cekmece

Istanbul, Istanbul TR 34530

Phone Number:  +905324267958

Email Address:  zahide.alkan@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  07/12/2010          To:  07/11/2012