# Exhibit C

**Au Pair Wage Action**
**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 1431 | 4239A7D2 | Karen Serna Pulido | Aupair care |
| 6437 | 29B9FF7F | Lucia Zenatti | Expert Au Pair |

| | |
|---|---|
| **From:** | Karen Serna Pulido <ksp425@hotmail.com> |
| **Sent:** | Monday, October 30, 2017 6:12 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | removed from aupair wage action |

Good Afternoon,

My name is Karen Serna Pulido and I would like to be removed from the AuPair Wage because I don't want to be part of it anymore.
Please let me know what else do I have to do and also a confirmation that I'm being removed.
Thank you very much.

Karen Serna Pulido

**From:** Lucia Zenatti <lulyta-z@hotmail.com>
**Sent:** Monday, October 30, 2017 9:55 AM
**To:** CA - AuPairWageAction
**Subject:** RE: Exclusion from the lawsuit

Yes, I am sure I want to withdraw the form. I want to ve excluded from the lawsuit and I want you to send me the confirmation.

Obtener [Outlook para Android](#)

De: CA - AuPairWageAction
Enviado: lunes, 30 de octubre 10:52 AM
Asunto: RE: Exclusion from the lawsuit
Para: Lucia Zenatti

Ms. Zenatti:

Thank you for your email.

The records indicate that you submitted a Consent to Join form on July 31, 2017. If you would like to withdraw this form, please confirm by return email.

Regards,

Au Pair Wage Action Notice Administrator
[www.AuPairWageAction.com](http://www.AuPairWageAction.com)

**From:** Lucia Zenatti [mailto:lulyta-z@hotmail.com]
**Sent:** Sunday, October 29, 2017 8:40 PM
**To:** CA - AuPairWageAction
**Subject:** Exclusion from the lawsuit

I want to be excluded from the lawsuit, I can not find where I can do that so please, I would like you to help me.

Lucía Zenatti.