# Exhibit D

**Au Pair Wage Action**
**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 12151 | KFF46A9FD | Katherine Alvarez | Au Pair in America (APIA/AIFS |
| 3116 | 8DEFD88E | Lizeth Andrea Montano Lozano | Cultural Care Au Pair |