IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**MOTION TO APPEAR AT HEARING BY TELEPHONE**
_____

Defendant Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), by its undersigned attorney, Bogdan Enica, hereby requests leave of Court to appear at the Motion Hearing set for November 17, 2017 at 9:30 a.m. by telephone, and states as follows:

1.	On October 19, 2017, the Court set a Motion Hearing for November 17, 2017 at 9:30, in Courtroom C201, before Magistrate Judge Kathleen Tafoya.

2.	During a Telephonic Informal Conference held on September 21, 2017, the Court advised parties wishing to appear by telephone to file a motion in that regard.

3.	The undersigned counsel is located out of state and would like to avoid the time and expense of travelling to Denver.

4.      Counsel for Expert AuPair does not anticipate his involvement in lengthy discussions at the Status Conference, as co-defendants will likely be able to argue a position acceptable to Expert AuPair.

WHEREFORE, Defendant Expert AuPair respectfully requests to appear at the Motion hearing by telephone and any such other relief as deemed appropriate by the Court.

Date: November 14, 2017          Respectfully submitted,

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone:  727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of November, 2017, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.