IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | November 17, 2017 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, | Nina Disalvo |
| LUSAPHO HLATSHANENI, | Juan Valdivieso |
| BEAUDETTE DEETLEFS, | Sean Rodriguez |
| DAYANNA PAOLA CARDENAS CAICEDO, | |
| ALEXANDRA IVETTE GONZALEZ, | |
| SARAH CAROLINA AZUELA RASCON, | |
| LAURA MEJIA JIMENEZ, | |
| JULIANE HARNING, | |
| NICOLE MAPLEDORAM, and those similarly situated, | |

    Plaintiffs,

v.

| | |
|---|---|
| INTEREXCHANGE, INC, | Joseph Hunt |
| USAUPAIR, INC., | No Appearance |
| GREAT AUPAIR, LLC, | Martin Estevao |
| EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair, | Bogdan Enica (by telephone) |
| EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS, | David Meschke<br>Martha Fitzgerald |
| CULTURAL HOMESTAY INTERNATIONAL, | Jonathan Bender |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Diane Hazel<br>Joan Lukey |
| AUPAIRCARE INC., | No Appearance |
| AU PAIR INTERNATIONAL, INC., | Kathryn Reilly |
| AMERICAN CULTURAL EXCHANGE, LLC, d/b/a GoAuPair, | |
| GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair, | |
| AGENT AU PAIR | |
| APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation, | Susan Schaecher |
| AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America, , | John Fulfree (by telephone) |
| A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a/ ProAuPair, and | Lawrence Stone (by telephone) |
| 20/20 CARE EXCHANGE, INC. d/b/a The International | |

Au Pair Exchange,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**9:42 a.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding notes produced by the Alliance, privilege assertion related to the documents, common interest doctrine, and use of the documents at Susan Hayes' deposition.

Ms. Lukey tenders the unredacted documents to the court. The court will review the documents in camera.

**ORDERED:**    **The Clerk of the Court is directed to file the unredacted notes produced by the Alliance as a Restricted Document – Level 2, as stated on record.**

**ORDERED:**    **Plaintiffs' Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26, 37, and 45 [710] is TAKEN UNDER ADVISEMENT.**

**10:46 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time    1:04

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.