**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Angele De Groote
2. Angelique Meth
3. Asmaa El Jerrari
4. Jelena Milovanovic
5. Magdalena Urbanska
6. Margarita Sossau
7. Nolwenn De Difuleveuit
8. Sarei Deysel
9. Soraya Bestani
10. Thomas Cox
11. Aaliyah Ally
12. Abril Aranza Chavez Hernandez
13. Adeline Veronique Pille
14. Adriana Alejada Nova Nunez
15. Adriana Paola Manosalva Torres
16. Aimee Groenewald
17. Ajsa Spahic
18. Alejandra D. Castillo Ochoa

19. Aleksandar Arsin
20. Aleksandra Radovanovix
21. Aleksandra Skrzypczyk
22. Alexandra Machado Viviel
23. Alexandra Rodríguez Rodríguez
24. Alice M Tyger
25. Alicia Hofmann
26. Alicja Lukasik
27. Alina Skliarova
28. Amelie Von Bernuth
29. Amy Louise Robinson
30. Ana Beatriz Lenarduzzi Machado Rodrigues
31. Ana Karina Quinones Sotelo
32. Ana Museva
33. Ana Tomeska
34. Anaïs Charline Lucie Degat
35. Anastasiia Sevilla
36. András Somogyi
37. Andrea Araujo
38. Andrea Galvan Mejorado
39. Andrea Novakova
40. Andréane Buist
41. Andy Watzlawczyk
42. Aneta Katarzyna Morawski
43. Aneta Wilberg
44. Angela María Fonseca Villate
45. Angelica Alejandra Frias Chavez
46. Angelique Georgette Hendrika Mülhauser
47. Angelique Solano (Fourie)
48. Angie Ximena Serrano Jaimes
49. Anke Erasmus
50. Anna A. Varavko (Maiden Ganna Neledva)
51. Anna Edem
52. Anna Jugl
53. Anna Kozlowska
54. Anna Labus
55. Anna Lena Heinrichs
56. Anna Lena Schmengler
57. Anna Maria Grau
58. Anna Siebor
59. Annalena Kupper
60. Anne Carlotta Rahn
61. Ann-Kathrin Afting
62. Antonia Gorol
63. Arkadiusz Piotr Boczko
64. Atitaya Sritongdang

65. Audrey Salvi
66. Axelle Pecorena
67. Azra Taylor
68. Beata Joanna Kieltyka
69. Beatrice Bianchi
70. Berenike Spilka
71. Bernice Burger
72. Biljana Radojicic
73. Bojana Jakovljevic
74. Bojana Stankov
75. Bomi Gim
76. Brenda Robles Becerril
77. Brenda Viviana Avendaño Vasquez
78. Caixia Qiu
79. Camila Carmona Hoyos
80. Camila De Lima Souza
81. Cansu Kucuk
82. Carmen Valeria Holguín De La Rocha
83. Carolina Alvarez Zabala
84. Carolina Diaz Alvarez
85. Carolina Escobar Madrid
86. Carolina Muniz Rocha Cavalheiro
87. Caroline Araujo Maia
88. Caroline Rupp
89. Catarina Erpenbeck
90. Charlene Manyane
91. Charley Knott
92. Charline Florence Clauson
93. Charlotte Marie Behets Wydemans
94. Charlotte Uddfors
95. Chern Theng
96. Chilan Jauhar
97. Chloe Farkas
98. Chouzenoux Diane
99. Christina Moritz
100. Claire Duval
101. Clarissa Botha
102. Clarissa Mcleod
103. Claudia Hübl
104. Coline Junghans
105. Cristina Becerra
106. Da Cunha
107. Daligault Danae Chantal Axelle
108. Dan Hanus
109. Dandan He
110. Daniela Huber

111. Daniela Renata Oros
112. Danna Carolina Sotelo Jimenez
113. Danni Su
114. Daphne Marie Bichler
115. Dariia Andriienko
116. Dawn Avalon Kloppers
117. Deleine Schutte (Van Der Merwe)
118. Delphine Bucheton
119. Delphine De Palma
120. Denise Bayer
121. Dennapha Mckee
122. Desiree Gerber
123. Diana C Patino Mendez
124. Diana Carolina Garcia Zapata
125. Diana Katherine Fuentes Monroy
126. Diana Teresa Gonzalez Reyes
127. Dijana Kleinberg
128. Divya Soma
129. Dominika Maria Jagiela
130. Dorin Moalem
131. Doris Heumann
132. Dorothee Clesse
133. Duwelz Elodie Françoise Véronique
134. Eden Yona
135. Edy Maritza Bernal Huelgos
136. Eileen Lange
137. Elizabeth Gutierrez Sanchez
138. Elizabeth Morris
139. Emilia Drewniak
140. Emilija Kocareska
141. Emily Rogers
142. Erika Dion
143. Erika Pamela Gomez Echeverry
144. Estefany Julieth Urrutia Barletta
145. Eunhee Seo
146. Eva Maria Reimann
147. Evelyn Kareen Hooge
148. Ewelina Zaranek
149. Fabiana Caldas Ubben
150. Fang Lu
151. Fanny Heraut
152. Fenglan Yu
153. Fernanda Casalle
154. Fezokuhle Myeza
155. Francois Heloise
156. Frida Viola Grundstrom

157. Gabrielle Mir-Hosseini
158. Gaelle Lopez
159. Gamzé Alkan
160. Gerson Davi Da Silva Braga
161. Gibiino Elena
162. Gina Maritza Alfonso Merlo
163. Giovana Cristina Chaves Bruno
164. Giovana Klein Gunnewiek Xavier
165. Giulia Catani
166. Gladys Guilbaud
167. Grace Catherine Bendell
168. Grare Marine
169. Grecia Alarcón Rodríguez
170. Hanan Jelassi
171. Hang You
172. Hanna Nissilae
173. Hannah Grace Amy Graham
174. Hathaichanok Petchpun
175. Heini Merikallio
176. Helene Ithier
177. Hermine Gabrielle Marie Annie Dupin
178. Hiznik Kurt-Wright
179. Holly Beth Pratt
180. Hui Wang Kong
181. Iana Lunova
182. Ida Karlsson Öst
183. Indira Dauzaimovic
184. Indra Sinnathurai Kandasamy
185. Inti Denise Escalante
186. Iryna Forkun
187. Isabel Cristina Avila Garcia
188. Isabel Madrigal Vargas
189. Isabel Trouw
190. Iuliia Sorokina
191. Izabella Silva Do Espírito Santo
192. Jana Labaiová
193. Janela Bunke
194. Janice Normore
195. Janine Hartkopf
196. Jazmin Bautista Huerta
197. Jelena Lemajic
198. Jelica Petrovic
199. Jemma-Lee Karasac
200. Jennifer Croze
201. Jennifer Fraile Peral
202. Jessica Demir

203. Jessica Paola González Cervantes
204. Jia Chiun Lily Peng Jones
205. Jia Park
206. Jihye Lee
207. Jinfeng Chen
208. Jiwon Kim
209. Joakim Micael Karlsson
210. Johanna Schaugg
211. Johanna Styrman
212. Jonathan Russek
213. Jonathan Serre
214. Jordyn Jade Funnell
215. José Carlos Gutiérrez Sanchez
216. Josephine Lang
217. Josephine Ronja Maria Jansson
218. Juan Zhang
219. Julia Freynhagen
220. Julia Hermann
221. Julia Miller
222. Julia Nicklisch
223. Julia Reimnn
224. Julia Sabrina Stanger
225. Julia Wagner
226. Julian Octavio Grivel Castro
227. Juliana Hernández
228. Juliana S Tarabal
229. Julie Prachantry
230. Julien Gault
231. Julien Kibler
232. Kadian Hutchinson
233. Kahli Briggs
234. Kamolnet Jongkolpattanasak
235. Karen Alejandra Morales Medina
236. Karla Edith Gaytan Sandoval
237. Karolin Barthel
238. Karolina Johanna Krismer
239. Karolina Matras
240. Katarina Pesic
241. Katarzyna Izabela Dulewska
242. Katerine Sánchez Acosta
243. Kateryna Tomko
244. Katey Haughey
245. Katharina Maria Banzer
246. Kathia Estefania Carlos Mena
247. Katya Viquez Ortega
248. Kelleigh Lett

249. Kelly Mcconville
250. Kelly Pryor
251. Kenebougoul Ndiaye
252. Khairat Carlo Omar
253. Kitija Tomsone
254. Kristjana Arna Oddsdóttir
255. Krystle Scholtz
256. Lara Van Der Westhuizen
257. Lars Christoffer Stromstedt
258. Laura Froissart
259. Laura Jelinic
260. Laura Juanita Hernandez Crespo
261. Laura Lucia Jaimes Palacios
262. Laura Mejia Zuluaga
263. Laura Nathalia Caceres Sanmiguel
264. Laura Sofia Prada Jaimes
265. Laura Yalap
266. Lauren Kimpton
267. Laurie Lenoble
268. Lé Revé Simons
269. Lea Bergius
270. Leandre Wink
271. Lena Gruenewald
272. Leon Kutter
273. Lesego Cynthia Monyatsi
274. Letisha Thomas
275. Lidia Daniela Corral Torres
276. Li-Fang Yen
277. Lina Liang
278. Linda Hanekom
279. Linda Josefin Holmstroem
280. Linoy Tsurmagen
281. Lisa Baumühlner
282. Lisa Kunter-Barthelemy
283. Lisa- Marie Redmann
284. Lisa-Christin Loock
285. Louise Koller
286. Lovisa Seller
287. Luana Inez Heck
288. Luana Torres Lopes
289. Luca J. Majoros
290. Lucile Bajot
291. Luisa Bolz
292. Luisa Fernanda Perilla Sandoval
293. Lydia Jacquet
294. Lyndsey Colls

295. Magdalena Bednarczyk
296. Magdalena Beer
297. Małgorzata Wronska
298. Malwina Edyta Kowalska
299. Marah Naumann
300. Maren Bichler
301. Maren Steinfeldt
302. Maria Camila Castaño Gallego
303. María Esther Guerrero Calderón
304. Maria Fernanda Martinez Novoa
305. María Fernanda Pérez Castillo
306. Maria Florencia Matera
307. Maria Ines Faguas Benedicto
308. María Odette Jagou Hultsch
309. María Paula Soto Sánchez
310. Maria Vayá Soler
311. Mariana Milan Martinez
312. Mariana Paola Sosa Perez
313. Mariana Reis Dos Santos Seraphim
314. Mariano Rogerio Gomes Alves
315. Marie Guckelsberger
316. Marie Herrmann
317. Marie-Celeste Berthel Gara
318. Mariel Chiecco Blagitz
319. Mariel Pena Castro
320. Marie-Theresa Sieg
321. Marina Battlesma (Toponarova)
322. Marina Incantalupo
323. Marlena Al-Mardini
324. Marlis Brichta
325. Marta Kopko
326. Marta Korba
327. Martha O Duhne
328. Martha Patricia Rodriguez Saucedo
329. Martina Hueppin
330. Matilda Patrick
331. Matthieu Metivet
332. Mattiato Océane
333. Max Nijssen
334. Maxine Wilds
335. Mayara Fortino
336. Mayra Katherine Arango Peña
337. Mayuko Hattori
338. Medan Caroline
339. Mejdouline Srir
340. Melanie Quentin

341. Melissa Françoise Renee Pabro-Leconte
342. Melissa Theron
343. Mengshi Liao
344. Messaadi Anais
345. Michaela Liskova
346. Michaela Manicom
347. Michela Busi
348. Micol Gallio
349. Mignon Du Plessis
350. Milena Joveska
351. Mirena Damaceno Rais
352. Mlibokazi Mayeza
353. Moipone Evelyn Ramosunya
354. Momo Sun
355. Mona Jessica Fabienne Perez
356. Monica Chervathoor
357. Monica Julieth Quiñones Ovalles
358. Monika Hazi
359. Muhammed Nur Güvenc
360. Na Du
361. Nadia Van Der Berg
362. Nadiia Ziklenkova
363. Nadine Brunner
364. Nancy Yajaira Guerrero Ruiz
365. Nara Fabiani Leao Da Costa
366. Nasser Lahbari
367. Natacha Goity
368. Natalia Agudelo Meneses
369. Natalie De Castro Oliveira
370. Nichola Jagger
371. Nicolas Michel
372. Nicole Hope Deetlefs
373. Nina Harig
374. Nina Josch
375. Nina Voncina
376. Nokuthula Gamede
377. Noor Masoud
378. Nora Van Westen
379. Nuray Oruc Gelber
380. Olena Morozova
381. Oliver Cift
382. Pamela Soares Baldessini
383. Paola Del Carmen Pérez Cortés
384. Park Si Yun
385. Patugarn Jaloenlap
386. Paula Andrea Zapata Serrano

387. Paula Isabel Moreno Basilio
388. Porapa Srisupap
389. Pourtier Nelly
390. Preeya Sawadmanod
391. Priscila Conroy Mcwilliams
392. Punnapha Suphanithikhun
393. Qiang Liu
394. Rachel Sarubbi Effenberger
395. Rafaela Branco Camargo
396. Rafaela Seixas Pitanga
397. Ramona Engel
398. Rebecca Clare
399. Reggie Goodwin
400. Regina Cornejo Rodríguez
401. Renaisha Naidoo
402. Renata May De Villiers
403. Rianke Krugel
404. Ritiele Koontz
405. Robyn Grace Scott
406. Rosina Kellman
407. Rougui Desiree Sarr
408. Roxanne Pillay
409. Rumniya Narkkhoksung
410. Rutt Silverman
411. Sabina Von Paleske
412. Sabrina Althoff
413. Sabrina Ouahid
414. Sabrina Pricam
415. Sabrina Timir
416. Samanta Aizcorbe
417. Samanta Korat
418. Samantha Johns
419. Samantha Lang
420. Samantha Samson
421. Samantha Thayne
422. San Le Tong
423. Sandra Mikaela Lindstrom
424. Sandra-Maria Kaps
425. Sanelisiwe B Whalen
426. Sara Arredondo Montoya
427. Sara Drew
428. Sara Nielsen
429. Sara Zambelli
430. Sarah Lisa Protze
431. Sarah Stiens
432. Sarah Tuellmann

433. Sarka Kvapilova
434. Seguin Da Silva Sacha
435. Sfioui Sophia
436. Shakirah Smith Nilson
437. Sharon Catharina Maria Michel
438. Sheryl Kerren Taynton
439. Shibombi Baloyi
440. Shireem Logan
441. Silje Marie Berntzen
442. Sille Gorbatiuk
443. Silvia Santucci
444. Simona Gadia
445. Simona Janku
446. Sindy Alejandra Chirivi Ramos
447. Sjenna Harbridge
448. Sofia Lorena Deloya Amador
449. Sofie Charlotte Kreisz
450. Sonja Nikolic
451. Sophia Diener
452. Sophie Heraud
453. Sophie Mckenna
454. Sorina Marilena Ionescu
455. Stephanie Ege
456. Suelen Pessoa De Oliveira
457. Sune Du Plessis
458. Susana Ruth Taboada More
459. Susanna Ernvik
460. Suzana Saponjic
461. Tamara Kolland
462. Tanee Rojas
463. Tarique Mullany
464. Tatiana Hansen
465. Tatjana Gacic
466. Tayla Hartley
467. Teresa Braga De Macedo De Castro Henriques
468. Thaninee Wattanawongsanti
469. Thauany Christiny Vieira
470. Thi Kim Thanh Vu
471. Thobeka Philile Mkhize
472. Tiffany Minett
473. Ting Su
474. Tiyane Chiumya
475. Turku Hosafci
476. Valeriia Rutkovska
477. Vanessa Huebner
478. Vanessa Niebuhr

479. Vanessa Walters
480. Vanessa Wiggett
481. Vera Schenk
482. Veronica Esqueda
483. Victoria Nilsson
484. Viktoria Hazi
485. Virginia Giordano
486. Viridiana Ailed Del Río Arias
487. Wang Xueting
488. Wanwipa Piboon
489. Wenting Wang
490. Wiam Berhouma
491. Willena De Jesus Bispo Celestino
492. Xi Chen
493. Xiaochen Wang
494. Xu Li
495. Xun Wang
496. Yana Kreminska
497. Yashan Huang
498. Ying Tian
499. Yudaska Sanoja
500. Yudy Meidy Medina Aldana
501. Yuliya Karmazin
502. Yuly Tatiana Rodriguez Usaquen
503. Yvonne Hesse
504. Zita Makray
505. Zully Tatiana Fernandez Avila
506. Zuzana Tomesova

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: November 17, 2017

Respectfully submitted,

 /s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2017, I electronically served the foregoing motion on all counsel of record.

                    /s/ Dawn Smalls
                    Dawn L. Smalls