# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
| --- | --- |
| Angele De Groote | Au Pair Care, Inc. |
| Angelique Meth | AIFS/APIA (Au Pair In America) |
| Asmaa El Jerrari | AIFS/APIA (Au Pair In America) |
| Jelena Milovanovic | Au Pair Care, Inc. |
| Magdalena Urbanska | AIFS/APIA (Au Pair In America) |
| Margarita Sossau | Au Pair Care, Inc. |
| Nolwenn De Difuleveuit | Interexchange, Inc. |
| Sarei Deysel | Au Pair Care, Inc. |
| Soraya Bestani | Au Pair Care, Inc. |
| Thomas Cox | Interexchange, Inc. |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/11/2017     SIGNATURE: _[signature]_

PRINTED NAME: DE GROOTE ANGELE

ADDRESS: 65 AVENUE DE LIEGE

59300 VALENCIENNES

TELEPHONE NUMBER(S): 0601482237

EMAIL ADDRESS: degroote.angele@gmail.com

SPONSOR: AUPAIR CARE .INC

DATES IN AU PAIR PROGRAM: 05/03/2013 - 07/26/2013

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**  
**c/o JND Legal Administration**  
**P.O. Box 6878**  
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/12/2017   SIGNATURE: /s/

PRINTED NAME: Angelique Meth
ADDRESS: 8557 116th Street, Apt 2
Richmond Hill
New York, NY, 11418
TELEPHONE NUMBER(S): 646 715 6484
EMAIL ADDRESS: angelique_meth@yahoo.com.au
SPONSOR: Au Pair in America (APIA /AIFS)
DATES IN AU PAIR PROGRAM: 19 July 2010 – 31 August 2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO 80021**

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 13/11/2017   SIGNATURE: [signed]
PRINTED NAME: ASMAÂ EL JERRARI
ADDRESS: 9 avenue Condorcet, 69100 VILLEURBANNE FRANCE

TELEPHONE NUMBER(S): +33 6 02 15 86 67
EMAIL ADDRESS: as.jerrari@gmail.com
SPONSOR: AU PAIR IN AMERICA (APIA)
DATES IN AU PAIR PROGRAM: 17/04/2011 - 16/04/2011

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/10/2017    SIGNATURE: _(signed)_

PRINTED NAME: Jelena Milovanovic

ADDRESS: 8523 W 99th Ter apt 308, Palos Hills, Il, 60465

TELEPHONE NUMBER(S):

EMAIL ADDRESS:

SPONSOR: AuPair Care.Inc

DATES IN AU PAIR PROGRAM: 10/25/2013-10/25/2104

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO  80021

OR email to:   AuPairWageAction@jndla.com

OR fax to:   (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by** ~~November 2, 2017~~ January 9, 2018.

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/12/2017

SIGNATURE: Magdalena Urbowska

PRINTED NAME: MAGDALENA URBAŃSKA

ADDRESS: ul. Barycka 17, 30-694 Kraków, Poland

TELEPHONE NUMBER(S): +48 690 372 870

EMAIL ADDRESS: magda.u@onet.com.pl

SPONSOR: Au Pair in America (APIA/AIFS)

DATES IN AU PAIR PROGRAM: 07/28/2014 — 02/28/2016

Return this form by ~~November 2, 2017~~ January 8, 2018 to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO  80021

OR email to:  AuPairWageAction@jndla.com

OR fax to:  (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-315-2136

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D. Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/02/2017  
SIGNATURE: [signature]  
PRINTED NAME: MARGIARITA SOSSAU  
ADDRESS: EISENACHER STR 10  
80804 MUNICH, GERMANY

TELEPHONE NUMBER(S): ___  
EMAIL ADDRESS: margarita.sossau@gmx.de  
SPONSOR: AuPairCare  
DATES IN AU PAIR PROGRAM: 08/2009 - 08/2010

Return this form by November 2, 2017 to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com  
OR fax to: (+1) 888-315-2136

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by November 2, 2017.**

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to: AuPairWageAction@jndla.com

**OR** fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11-13-17     SIGNATURE: [signature]

PRINTED NAME: de DIEULEVEULT NOLWENN

ADDRESS: 7 RUE DE LATOUR, 75116 PARIS, FRANCE

TELEPHONE NUMBER(S): + 00 33 07 82 20 03 32

EMAIL ADDRESS: DEDIEULEVEULTN@GMAIL.COM

SPONSOR: INTEREXCHANGE INC (2010)   AUPATRCARE (2013)

DATES IN AU PAIR PROGRAM: 11-2010 to 11-2011 and 11-2013 to 02-2014

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

**OR** email to: AuPairWageAction@jndla.com

**OR** fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 13 November 2017    SIGNATURE: [signed]

PRINTED NAME: Sarei Deysel

ADDRESS: 78 10th Avenue
Gonubie
East London 5256

TELEPHONE NUMBER(S): 079 491 9604 (+27 79 491 9604)

EMAIL ADDRESS: sareideysel@yahoo.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: 7 Feb 2011 - 7 Feb 2012

Return this form by **November 2, 2017** to:

Au Pair Wage Action
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 11/14/2017  SIGNATURE: [signature]

PRINTED NAME: BESTANI SORAYA

ADDRESS: 84 e rue des moulins
26000 Valence
FRANCE

TELEPHONE NUMBER(S): +33 6 50 64 20 50

EMAIL ADDRESS: soraya.bestani@gmail.com

SPONSOR: Au Pair Care

DATES IN AU PAIR PROGRAM: From January 23rd 2012 to june 25th 2012

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by **November 2, 2017**.

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 15/11/2017    SIGNATURE: Thomas

PRINTED NAME: THOMAS COX

ADDRESS: BRAMBLE COTTAGE, EASTON LANE
WINCHESTER SO21 1EQ
UNITED KINGDOM

TELEPHONE NUMBER(S): +44 (0) 7539622010

EMAIL ADDRESS: tmcox16@icloud.com

SPONSOR: INTEREXCHANGE

DATES IN AU PAIR PROGRAM: 22 APRIL 2013 — 10 AUGUST 2013

Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
c/o JND Legal Administration
P.O. Box 6878
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336