# Exhibit B, Part 1

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 14911 | B9DA3E5A4 | Aaliyah Ally | Au Pair Care, Inc. |
| 15065 | K576H8827 | Abril Aranza Chavez Hernandez | Cultural Care Au Pair |
| 17056 | GH822G4A3 | Adeline Veronique Pille | Au Pair in America (APIA/AIFS |
| 15165 | L4G5H7H3C | Adriana Alejada Nova Nunez | Cultural Care Au Pair |
| 15914 | TGDEF947A | Adriana Paola Manosalva Torres | Cultural Care Au Pair |
| 15235 | R3E2G7CF6 | Aimee Groenewald | Au Pair Care, Inc. |
| 14908 | R5H2D9G93 | Ajsa Spahic | Cultural Care Au Pair |
| 16713 | UBB38374B | Alejandra D. Castillo Ochoa | Au Pair Care, Inc. |
| 15371 | KGDGBH855 | Aleksandar Arsin | Cultural Care Au Pair |
| 15920 | Y26936B4E | Aleksandra Radovanovix | Au Pair Care, Inc. |
| 17008 | R5GC87AF6 | Aleksandra Skrzypczyk | Cultural Care Au Pair |
| 15151 | Y8EA57DE5 | Alexandra Machado Viviel | Cultural Care Au Pair |
| 16815 | B778E95GE | Alexandra Rodríguez Rodríguez | Au Pair Care, Inc. |
| 14740 | PG8C7C97D | Alice M Tyger | Au Pair in America (APIA/AIFS |
| 15546 | PCC3A422D | Alicia Hofmann | Au Pair Care, Inc. |
| 16689 | TBHA8AA9E | Alicja Lukasik | Au Pair Care, Inc. |
| 15204 | L9AHCE78C | Alina Skliarova | Go Au Pair |
| 14896 | Y7BGEB375 | Amelie Von Bernuth | InterExchange, Inc. |
| 16819 | C783BCC9B | Amy Louise Robinson | Cultural Care Au Pair |
| 15930 | HFED5G7D8 | Ana Beatriz Lenarduzzi Machado Rodrigues | Cultural Care Au Pair |
| 15092 | U2FF46727 | Ana Karina Quinones Sotelo | Cultural Care Au Pair |
| 14861 | UA9BAE482 | Ana Museva | Au Pair Care, Inc. |
| 14858 | RAEA944C2 | Ana Tomeska | Au Pair Care, Inc. |
| 15391 | XG8A8525G | Anaïs Charline Lucie Degat | Au Pair Care, Inc. |
| 15898 | H46E4A48D | Anastasiia Sevilla | Au Pair Care, Inc. |
| 15124 | U62CHFH39 | András Somogyi | Cultural Care Au Pair |
| 15651 | R59425668 | Andrea Araujo | Au Pair Care, Inc. |
| 15306 | KBBGAC8E9 | Andrea Galvan Mejorado | Cultural Care Au Pair |
| 14912 | YBHD4CGDE | Andrea Novakova | Au Pair Care, Inc. |
| 15584 | HH76C773A | Andréane Buist | Au Pair in America (APIA/AIFS |
| 16912 | TH6CB2A6H | Andy Watzlawczyk | Cultural Care Au Pair |
| 16874 | P83HF38AB | Aneta Katarzyna Morawski | Au Pair in America (APIA/AIFS |
| 15985 | G43988DG8 | Aneta Wilberg | InterExchange, Inc. |
| 16035 | T8DFH4FHG | Angela María Fonseca Villate | Cultural Care Au Pair |
| 15558 | HBE8DE48E | Angelica Alejandra Frias Chavez | Cultural Care Au Pair |
| 14990 | IFDH3H259 | Angelique Georgette Hendrika Mülhauser | Cultural Care Au Pair |
| 17047 | XGFA3H723 | Angelique Solano (Fourie) | Au Pair in America (APIA/AIFS |
| 16804 | C28GEH4GF | Angie Ximena Serrano Jaimes | Cultural Care Au Pair |
| 17011 | T5A834B98 | Anke Erasmus | InterExchange, Inc. |
| 14993 | PAGG87FE3 | Anna A. Varavko (Maiden Ganna Neledva) | Au Pair in America (APIA/AIFS |
| 15702 | CHF458E48 | Anna Edem | Au Pair in America (APIA/AIFS |
| 15692 | T8GG438F7 | Anna Jugl | Cultural Care Au Pair |
| 15272 | P72962E46 | Anna Kozlowska | Cultural Care Au Pair |
| 14747 | WHGDDDF85 | Anna Labus | InterExchange, Inc. |
| 15720 | L6664HC79 | Anna Lena Heinrichs | Cultural Care Au Pair |
| 15351 | GGH3934DB | Anna Lena Schmengler | Au Pair Care, Inc. |
| 16761 | RA3GF2ABE | Anna Maria Grau | Cultural Care Au Pair |
| 17072 | RE5EF84D7 | Anna Siebor | Cultural Care Au Pair |
| 14928 | R9AGEF7GG | Annalena Kupper | Cultural Care Au Pair |
| 15736 | L4E45HAGF | Anne Carlotta Rahn | Go Au Pair |
| 16663 | P45G2F732 | Ann-Kathrin Afting | Cultural Care Au Pair |
| 15694 | LEH5H9887 | Antonia Gorol | Cultural Care Au Pair |
| 17069 | W7886EF5A | Arkadiusz Piotr Boczko | Cultural Care Au Pair |
| 15461 | VCF87CGFH | Atitaya Sritongdang | Au Pair Care, Inc. |
| 15459 | ID2BGHEG2 | Audrey Salvi | Cultural Care Au Pair |
| 15753 | HA55E6226 | Axelle Pecorena | Au Pair in America (APIA/AIFS |
| 15440 | YHB4BA9CF | Azra Taylor | Au Pair in America (APIA/AIFS |
| 15231 | WE22H2FAG | Beata Joanna Kieltyka | Cultural Care Au Pair |
| 14962 | U9299598A | Beatrice Bianchi | Cultural Care Au Pair |
| 15786 | C32BG858H | Berenike Spilka | Cultural Care Au Pair |
| 15104 | H82DA74F4 | Bernice Burger | Go Au Pair |
| 15960 | HFBE2BEDC | Biljana Radojicic | Au Pair Care, Inc. |
| 16723 | GHH4H959H | Bojana Jakovljevic | Au Pair Care, Inc. |
| 15144 | P438FBHF3 | Bojana Stankov | InterExchange, Inc. |
| 15653 | I6EDFC5AE | Bomi Gim | Au Pair Care, Inc. |
| 15416 | GHDE4BDC5 | Brenda Robles Becerril | Cultural Care Au Pair |
| 15116 | R652B5594 | Brenda Viviana Avendaño Vasquez | Cultural Care Au Pair |
| 16732 | HD9538FAC | Caixia Qiu | Go Au Pair |
| 16986 | UHE9B2EA2 | Camila Carmona Hoyos | Au Pair in America (APIA/AIFS |
| 15220 | G896EFHG3 | Camila De Lima Souza | Cultural Care Au Pair |
| 14871 | R268FG24D | Cansu Kucuk | Au Pair Care, Inc. |
| 15644 | B98BHAB23 | Carmen Valeria Holguín De La Rocha | Cultural Care Au Pair |
| 16697 | L5G9638CF | Carolina Alvarez Zabala | InterExchange, Inc. |
| 17062 | T729F8753 | Carolina Diaz Alvarez | Cultural Care Au Pair |
| 16957 | YC696785C | Carolina Escobar Madrid | Cultural Care Au Pair |
| 15593 | XH3FFH92F | Carolina Muniz Rocha Cavalheiro | Cultural Care Au Pair |
| 14774 | T6FG8F66D | Caroline Araujo Maia | Au Pair Care, Inc. |
| 15288 | K4E47G658 | Caroline Rupp | Cultural Care Au Pair |
| 15013 | PA9FD94D8 | Catarina Erpenbeck | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 16619 | PAF56347D | Charlene Manyane | Go Au Pair |
| 16015 | TE4C55872 | Charley Knott | Au Pair in America (APIA/AIFS |
| 15038 | GEADFDDC6 | Charline Florence Clauson | Cultural Care Au Pair |
| 14936 | P2338BG88 | Charlotte Marie Behets Wydemans | Au Pair Care, Inc. |
| 14952 | V7F683747 | Charlotte Uddfors | Cultural Care Au Pair |
| 16755 | RB5HA7CHC | Chern Theng | Au Pair in America (APIA/AIFS |
| 15482 | GC8E5879E | Chilan Jauhar | Cultural Care Au Pair |
| 14864 | W9H8G4F2F | Chloe Farkas | Au Pair in America (APIA/AIFS |
| 15339 | W58B8B6FG | Chouzenoux Diane | Cultural Care Au Pair |
| 15657 | L63EF5C7H | Christina Moritz | Au Pair Care, Inc. |
| 17058 | WD7GDCHBF | Claire Duval | Au Pair in America (APIA/AIFS |
| 15687 | HHEG233GC | Clarissa Botha | Au Pair Care, Inc. |
| 14957 | H7HFFF44D | Clarissa Mcleod | Au Pair in America (APIA/AIFS |
| 16850 | UDAHC287H | Claudia Hübl | Cultural Care Au Pair |
| 15636 | BC59H592B | Coline Junghans | Au Pair in America (APIA/AIFS |
| 16045 | BAA7FFC28 | Cristina Becerra | Au Pair Care, Inc. |
| 16894 | UC387FC8E | Da Cunha | Cultural Care Au Pair |
| 15779 | LGHB94BDH | Daligault Danae Chantal Axelle | Cultural Care Au Pair |
| 15748 | V35A3HHHA | Dan Hanus | Cultural Care Au Pair |
| 15508 | IF64C8CD9 | Dandan He | Cultural Care Au Pair |
| 15337 | C5647EBH5 | Daniela Huber | Au Pair in America (APIA/AIFS |
| 15726 | LHCC62BCA | Daniela Renata Oros | InterExchange, Inc. |
| 16047 | PA256G2F8 | Danna Carolina Sotelo Jimenez | Cultural Care Au Pair |
| 16975 | V79H5325A | Danni Su | Cultural Care Au Pair |
| 16640 | LA44494E4 | Daphne Marie Bichler | Au Pair in America (APIA/AIFS |
| 15267 | GH97HDB23 | Dariia Andriienko | Au Pair in America (APIA/AIFS |
| 15883 | T6HC44CED | Dawn Avalon Kloppers | Cultural Care Au Pair |
| 16780 | C544C9DBF | Deleine Schutte (Van Der Merwe) | Au Pair Care, Inc. |
| 14984 | PC77D94FC | Delphine Bucheton | Cultural Care Au Pair |
| 15162 | YHH5HFA43 | Delphine De Palma | Au Pair Care, Inc. |
| 14886 | KC4A2A523 | Denise Bayer | Go Au Pair |
| 16868 | V53BD9DEA | Dennapha Mckee | Au Pair Care, Inc. |
| 14910 | B2277422D | Desiree Gerber | Au Pair Care, Inc. |
| 15614 | LGC58F286 | Diana C Patino Mendez | Cultural Care Au Pair |
| 15556 | K74AFDB9G | Diana Carolina Garcia Zapata | Cultural Care Au Pair |
| 16932 | W4AFFEAD7 | Diana Katherine Fuentes Monroy | Cultural Care Au Pair |
| 14778 | C855F28GC | Diana Teresa Gonzalez Reyes | Cultural Care Au Pair |
| 15622 | P93GH62AB | Dijana Kleinberg | Au Pair Care, Inc. |
| 15616 | T7H77728H | Divya Soma | Cultural Care Au Pair |
| 15238 | VF2DD469A | Dominika Maria Jagiela | Au Pair in America (APIA/AIFS |
| 16773 | Y6D56FF65 | Dorin Moalem | Au Pair in America (APIA/AIFS |
| 16789 | HBCF359H7 | Doris Heumann | Au Pair Care, Inc. |
| 15754 | P6B9B393H | Dorothee Clesse | Cultural Care Au Pair |
| 14831 | G822FA9A9 | Duwelz Elodie Françoise Véronique | Au Pair Care, Inc. |
| 16822 | HACDAH8E8 | Eden Yona | Au Pair in America (APIA/AIFS |
| 14723 | P4C82A6F9 | Edy Maritza Bernal Huelgos | Au Pair Care, Inc. |
| 15343 | PB76D8AD8 | Eileen Lange | Cultural Care Au Pair |
| 15377 | PA7633974 | Elizabeth Gutierrez Sanchez | Cultural Care Au Pair |
| 15409 | TH4FG4H4G | Elizabeth Morris | InterExchange, Inc. |
| 15869 | PG3B93H4G | Emilia Drewniak | Au Pair in America (APIA/AIFS |
| 16094 | L2288BHHA | Emilija Kocareska | Au Pair Care, Inc. |
| 14800 | BD6559C88 | Emily Rogers | Cultural Care Au Pair |
| 16951 | X364C9774 | Erika Dion | Au Pair in America (APIA/AIFS |
| 16007 | KEGE2HFF3 | Erika Pamela Gomez Echeverry | Cultural Care Au Pair |
| 15598 | U2A62A5GA | Estefany Julieth Urrutia Barletta | Cultural Care Au Pair |
| 14700 | ID66396A9 | Eunhee Seo | InterExchange, Inc. |
| 15107 | UDHD77B88 | Eva Maria Reimann | Cultural Care Au Pair |
| 16659 | H777EF646 | Evelyn Kareen Hooge | Cultural Care Au Pair |
| 15387 | VH4A3D45F | Ewelina Zaranek | Cultural Care Au Pair |
| 15955 | R7C4E97B9 | Fabiana Caldas Ubben | Au Pair Care, Inc. |
| 16032 | X44EC8749 | Fang Lu | Cultural Care Au Pair |
| 15834 | L6D9B6C95 | Fanny Heraut | Au Pair in America (APIA/AIFS |
| 15320 | IH93G4AC8 | Fenglan Yu | Cultural Care Au Pair |
| 16961 | U34H6H883 | Fernanda Casalle | Au Pair Care, Inc. |
| 15522 | TECF27399 | Fezokuhle Myeza | Au Pair in America (APIA/AIFS |
| 16925 | R2A4933E3 | Francois Heloise | Au Pair in America (APIA/AIFS |
| 14933 | B5FB5365D | Frida Viola Grundstrom | Au Pair Care, Inc. |
| 16616 | K8EGBGEGG | Gabrielle Mir-Hosseini | Au Pair in America (APIA/AIFS |
| 15493 | W9FFBB7H4 | Gaelle Lopez | Au Pair Care, Inc. |
| 15866 | R2F8FFC8C | Gamzé Alkan | Au Pair Care, Inc. |
| 15064 | UE88DG388 | Gerson Davi Da Silva Braga | Cultural Care Au Pair |
| 15275 | T3ECD6766 | Gibiino Elena | Au Pair Care, Inc. |
| 14716 | U9F6HFFE5 | Gina Maritza Alfonso Merlo | Cultural Care Au Pair |
| 16891 | YCCDGFHGD | Giovana Cristina Chaves Bruno | Cultural Care Au Pair |
| 15591 | LB8G28875 | Giovana Klein Gunnewiek Xavier | Cultural Care Au Pair |
| 16592 | P3CE4A566 | Giulia Catani | Cultural Care Au Pair |
| 15830 | IF6HCH647 | Gladys Guilbaud | Au Pair in America (APIA/AIFS |
| 16102 | I838FFDB5 | Grace Catherine Bendell | Cultural Care Au Pair |
| 15393 | T3CG72A3G | Grare Marine | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 16970 | IDGF47DCA | Grecia Alarcón Rodríguez | Cultural Care Au Pair |
| 15809 | H45D8HE5D | Hanan Jelassi | Au Pair Care, Inc. |
| 15890 | BB63HAC63 | Hang You | Cultural Care Au Pair |
| 16910 | WF654GB37 | Hanna Nissilae | Cultural Care Au Pair |
| 15587 | U88C73G85 | Hannah Grace Amy Graham | Au Pair in America (APIA/AIFS |
| 15349 | YCH9C65E2 | Hathaichanok Petchpun | Au Pair in America (APIA/AIFS |
| 15110 | CC5F2BED4 | Heini Merikallio | Au Pair Care, Inc. |
| 15996 | B44C3H49G | Helene Ithier | Au Pair Care, Inc. |
| 15745 | YA53AAC3G | Hermine Gabrielle Marie Annie Dupin | Expert Au Pair |
| 15839 | HFDF349C9 | Hiznik Kurt-Wright | Cultural Care Au Pair |
| 14985 | Y4E65F252 | Holly Beth Pratt | Au Pair in America (APIA/AIFS |
| 15641 | PE58899H7 | Hui Wang Kong | Au Pair Care, Inc. |
| 16009 | KE8928CF7 | Iana Lunova | InterExchange, Inc. |
| 15662 | G28E5368A | Ida Karlsson Öst | Au Pair Care, Inc. |
| 16677 | C3A89654B | Indira Dauzaimovic | Au Pair Care, Inc. |
| 15903 | R6F2AE4C8 | Indra Sinnathurai Kandasamy | Cultural Care Au Pair |
| 16798 | R4B25CA8E | Inti Denise Escalante | Cultural Care Au Pair |
| 15972 | U9DABH3EH | Iryna Forkun | Au Pair Care, Inc. |
| 14843 | LB75AAA43 | Isabel Cristina Avila Garcia | Cultural Care Au Pair |
| 16637 | WAD3A5F22 | Isabel Madrigal Vargas | Cultural Care Au Pair |
| 16738 | IDFH9BBFA | Isabel Trouw | Cultural Care Au Pair |
| 15856 | CFH3E8G2A | Iuliia Sorokina | InterExchange, Inc. |
| 15386 | GF298GA98 | Izabella Silva Do Espírito Santo | Cultural Care Au Pair |
| 15961 | V29B9638G | Jana Labaiová | Au Pair in America (APIA/AIFS |
| 15443 | R65B639A6 | Janela Bunke | Cultural Care Au Pair |
| 15138 | I4C68D666 | Janice Normore | Au Pair in America (APIA/AIFS |
| 15861 | G8BHDF462 | Janine Hartkopf | Cultural Care Au Pair |
| 16084 | B8D9F3694 | Jazmin Bautista Huerta | Cultural Care Au Pair |
| 15634 | UEEE46FF6 | Jelena Lemajic | Au Pair Care, Inc. |
| 16857 | YB8F7722E | Jelica Petrovic | InterExchange, Inc. |
| 15455 | CA5EF829F | Jemma-Lee Karasac | Au Pair Care, Inc. |
| 15784 | LG64A8GCB | Jennifer Croze | Au Pair in America (APIA/AIFS |
| 15781 | RH64BGE4F | Jennifer Fraile Peral | Cultural Care Au Pair |
| 14853 | H27BAHHCD | Jessica Demir | Au Pair Care, Inc. |
| 15426 | YAC5DBC46 | Jessica Paola González Cervantes | Cultural Care Au Pair |
| 15926 | R7DD3A9E8 | Jia Chiun Lily Peng Jones | Expert Au Pair |
| 15825 | R77G85622 | Jia Park | Au Pair in America (APIA/AIFS |
| 14782 | RCCFC6D9G | Jihye Lee | Au Pair Care, Inc. |
| 15555 | T39BH8E3B | Jinfeng Chen | Cultural Care Au Pair |
| 16787 | VGDE4625D | Jiwon Kim | Cultural Care Au Pair |
| 16936 | PAGA2GFE6 | Joakim Micael Karlsson | Au Pair Care, Inc. |
| 14992 | X479HGECH | Johanna Schaugg | Cultural Care Au Pair |
| 15441 | T5CF2CB6G | Johanna Styrman | Cultural Care Au Pair |
| 16824 | G3B6CEAH9 | Jonathan Russek | Cultural Care Au Pair |
| 17001 | PE2FB8D48 | Jonathan Serre | Cultural Care Au Pair |
| 15221 | LG7HBGHB2 | Jordyn Jade Funnell | Cultural Care Au Pair |
| 15207 | C5F867F83 | José Carlos Gutiérrez Sanchez | Cultural Care Au Pair |
| 15410 | K9G336DC6 | Josephine Lang | Cultural Care Au Pair |
| 16793 | BEHBEB4DG | Josephine Ronja Maria Jansson | Expert Au Pair |
| 16735 | T383D7F8C | Juan Zhang | Cultural Care Au Pair |
| 14972 | W6EFD85HF | Julia Freynhagen | Au Pair in America (APIA/AIFS |
| 15777 | PE8A84EHC | Julia Hermann | Au Pair in America (APIA/AIFS |
| 15550 | RH5G933D8 | Julia Miller | Au Pair Care, Inc. |
| 15217 | L9DE74C4B | Julia Nicklisch | Cultural Care Au Pair |
| 15168 | L588DG4D9 | Julia Reimnn | Cultural Care Au Pair |
| 15665 | IG94GGE76 | Julia Sabrina Stanger | Cultural Care Au Pair |
| 15198 | TGEEH6769 | Julia Wagner | Cultural Care Au Pair |
| 15407 | V247GEABD | Julian Octavio Grivel Castro | Cultural Care Au Pair |
| 15139 | X6DGD6GFF | Juliana Hernández | Cultural Care Au Pair |
| 16029 | BHEA9EGB6 | Juliana S Tarabal | Cultural Care Au Pair |
| 15523 | BFCH27EFB | Julie Prachantry | Au Pair Care, Inc. |
| 15329 | L74DG5BAA | Julien Gault | Au Pair Care, Inc. |
| 15055 | R49773FBF | Julien Kibler | Au Pair Care, Inc. |
| 15698 | KD286E592 | Kadian Hutchinson | Au Pair in America (APIA/AIFS |
| 17026 | IEA92B554 | Kahli Briggs | Au Pair in America (APIA/AIFS |
| 16107 | HC836C4GG | Kamolnet Jongkolpattanasak | Au Pair Care, Inc. |
| 14875 | K97H659CD | Karen Alejandra Morales Medina | Cultural Care Au Pair |
| 16915 | T9H5E46CB | Karla Edith Gaytan Sandoval | Go Au Pair |
| 16087 | TCEAAD7GC | Karolin Barthel | Au Pair in America (APIA/AIFS |
| 14927 | KCFG8G7FC | Karolina Johanna Krismer | Au Pair Care, Inc. |
| 16744 | G6CGHADFA | Karolina Matras | Cultural Care Au Pair |
| 15438 | BC4ED9FC8 | Katarina Pesic | Cultural Care Au Pair |
| 16113 | XC8B3C24D | Katarzyna Izabela Dulewska | Cultural Care Au Pair |
| 15574 | I4C884E82 | Katerine Sánchez Acosta | Cultural Care Au Pair |
| 15951 | VDFEH2597 | Kateryna Tomko | InterExchange, Inc. |
| 15424 | VG244S442 | Katey Haughey | Au Pair in America (APIA/AIFS |
| 16695 | V5G5222GE | Katharina Maria Banzer | Cultural Care Au Pair |
| 15190 | KAD2E42CE | Kathia Estefania Carlos Mena | Cultural Care Au Pair |
| 16686 | W54AAF56E | Katya Viquez Ortega | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 16998 | V8E28G967 | Kelleigh Lett | Au Pair Care, Inc. |
| 16953 | PFGA8DA4E | Kelly Mcconville | Go Au Pair |
| 17035 | Y9D94CD22 | Kelly Pryor | Go Au Pair |
| 15907 | KB4EAB43E | Kenebougoul Ndiaye | Cultural Care Au Pair |
| 14868 | T4EF22366 | Khairat Carlo Omar | Cultural Care Au Pair |
| 15794 | L2HHB3HFA | Kitija Tomsone | Au Pair in America (APIA/AIFS |
| 15609 | W9GBFA953 | Kristjana Arna Oddsdóttir | Au Pair Care, Inc. |
| 16918 | HFGFH9897 | Krystle Scholtz | Au Pair in America (APIA/AIFS |
| 15613 | V5E32B66H | Lara Van Der Westhuizen | Cultural Care Au Pair |
| 15328 | Y6HGGE8F2 | Lars Christoffer Stromstedt | Cultural Care Au Pair |
| 16105 | R43655E84 | Laura Froissart | Cultural Care Au Pair |
| 15589 | X493BF7GC | Laura Jelinic | InterExchange, Inc. |
| 16848 | UABE7454G | Laura Juanita Hernandez Crespo | Cultural Care Au Pair |
| 14838 | R3AHEC7DA | Laura Lucia Jaimes Palacios | Cultural Care Au Pair |
| 15473 | C7443B4F7 | Laura Mejia Zuluaga | Cultural Care Au Pair |
| 15488 | GGE4EC838 | Laura Nathalia Caceres Sanmiguel | Cultural Care Au Pair |
| 15333 | H37FDE56A | Laura Sofia Prada Jaimes | Cultural Care Au Pair |
| 15188 | WAAFBF2FC | Laura Yalap | Au Pair Care, Inc. |
| 14725 | LHHADBDB4 | Lauren Kimpton | Cultural Care Au Pair |
| 15106 | W2H689EEA | Laurie Lenoble | Au Pair in America (APIA/AIFS |
| 15633 | Y43D47E92 | Lé Revé Simons | Au Pair in America (APIA/AIFS |
| 16668 | TG4556C97 | Lea Bergius | Au Pair in America (APIA/AIFS |
| 15739 | BF6E622D8 | Leandre Wink | Au Pair Care, Inc. |
| 15150 | V7E85DFFD | Lena Gruenewald | Au Pair in America (APIA/AIFS |
| 15111 | KDG64A8CB | Leon Kutter | Cultural Care Au Pair |
| 15201 | PE88C798G | Lesego Cynthia Monyatsi | Cultural Care Au Pair |
| 16765 | L5C7GBA6H | Letisha Thomas | Au Pair Care, Inc. |
| 14718 | PD4B64F73 | Lidia Daniela Corral Torres | Cultural Care Au Pair |
| 15773 | VD56D24EA | Li-Fang Yen | Au Pair Care, Inc. |
| 15572 | CC5942D85 | Lina Liang | Cultural Care Au Pair |
| 15158 | GBA4F55CC | Linda Hanekom | InterExchange, Inc. |
| 14981 | WB79DH349 | Linda Josefin Holmstroem | Cultural Care Au Pair |
| 17067 | IHEHB5CHF | Linoy Tsurmagen | Au Pair in America (APIA/AIFS |
| 15668 | U529847FF | Lisa Baumühlner | Cultural Care Au Pair |
| 16813 | R565HHEC3 | Lisa Kunter-Barthelemy | Au Pair Care, Inc. |
| 15999 | PH7G98C35 | Lisa- Marie Redmann | Cultural Care Au Pair |
| 15020 | L8F4682C9 | Lisa-Christin Loock | Cultural Care Au Pair |
| 15256 | ID8HA4CA6 | Louise Koller | Expert Au Pair |
| 15885 | HB42CD953 | Lovisa Seller | Cultural Care Au Pair |
| 16829 | CA4G5DEG2 | Luana Inez Heck | Au Pair Care, Inc. |
| 16036 | LDC35345F | Luana Torres Lopes | Cultural Care Au Pair |
| 15291 | LGG35EE79 | Luca J. Majoros | Au Pair in America (APIA/AIFS |
| 15992 | KFC4F943D | Lucile Bajot | Au Pair in America (APIA/AIFS |
| 15880 | LE2C72FAD | Luisa Bolz | Cultural Care Au Pair |
| 16671 | TG4589CF9 | Luisa Fernanda Perilla Sandoval | Cultural Care Au Pair |
| 15859 | BECFFD9AB | Lydia Jacquet | Cultural Care Au Pair |
| 14945 | V6F3GF45C | Lyndsey Colls | Cultural Care Au Pair |
| 14954 | H2C55A493 | Magdalena Bednarczyk | Au Pair in America (APIA/AIFS |
| 15916 | PDGA4H9FA | Magdalena Beer | InterExchange, Inc. |
| 15494 | LFB3DGC37 | Małgorzata Wronska | Cultural Care Au Pair |
| 16622 | HGBGDG4H3 | Malwina Edyta Kowalska | Au Pair in America (APIA/AIFS |
| 15728 | WB2D7AHC6 | Marah Naumann | Au Pair Care, Inc. |
| 15226 | T48A3CBBB | Maren Bichler | Au Pair in America (APIA/AIFS |
| 15206 | C6AF554GF | Maren Steinfeldt | Cultural Care Au Pair |
| 14822 | IABF55C8H | Maria Camila Castaño Gallego | Cultural Care Au Pair |
| 15090 | CBCD32BH9 | María Esther Guerrero Calderón | Cultural Care Au Pair |
| 14873 | B69D4DH47 | Maria Fernanda Martinez Novoa | Au Pair Care, Inc. |
| 15600 | KEF4GG4C8 | María Fernanda Pérez Castillo | Cultural Care Au Pair |
| 15097 | T546DE57B | Maria Florencia Matera | Cultural Care Au Pair |
| 14769 | P4D5EA2GD | Maria Ines Faguas Benedicto | Au Pair Care, Inc. |
| 15310 | U2A683534 | María Odette Jagou Hultsch | Cultural Care Au Pair |
| 16078 | UADFB39E5 | María Paula Soto Sánchez | Cultural Care Au Pair |
| 15762 | PGCA577F3 | Maria Vayá Soler | Cultural Care Au Pair |
| 16840 | TA7D746GG | Mariana Milan Martinez | Cultural Care Au Pair |
| 15514 | WHF46BH49 | Mariana Paola Sosa Perez | Au Pair Care, Inc. |
| 14708 | T76GD936H | Mariana Reis Dos Santos Seraphim | Au Pair in America (APIA/AIFS |
| 16023 | H38GB7D49 | Mariano Rogerio Gomes Alves | Cultural Care Au Pair |
| 15005 | W39D9D3A5 | Marie Guckelsberger | InterExchange, Inc. |
| 15925 | XHDCD7BF2 | Marie Herrmann | Cultural Care Au Pair |
| 16001 | Y966CFHBB | Marie-Celeste Berthel Gara | Go Au Pair |
| 14766 | PAH4C8A78 | Mariel Chiecco Blagitz | Au Pair Care, Inc. |
| 16796 | XG4GCHG4E | Mariel Pena Castro | Cultural Care Au Pair |
| 17043 | T8BF6E53B | Marie-Theresa Sieg | Au Pair in America (APIA/AIFS |
| 16871 | G3DAA3HG7 | Marina Battlesma (Toponarova) | Au Pair in America (APIA/AIFS |
| 15374 | X39FFA7CE | Marina Incantalupo | Cultural Care Au Pair |
| 16644 | CHDH9EG87 | Marlena Al-Mardini | Cultural Care Au Pair |
| 16898 | LBG3BEDFA | Marlis Brichta | Cultural Care Au Pair |
| 15708 | C27EDBBH2 | Marta Kopko | Au Pair in America (APIA/AIFS |
| 15813 | HCD87AE5B | Marta Korba | Au Pair in America (APIA/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 15373 | WD5A9E2C4 | Martha O Duhne | Cultural Care Au Pair |
| 16638 | HH7944G9D | Martha Patricia Rodriguez Saucedo | Cultural Care Au Pair |
| 14939 | UA2G7G932 | Martina Hueppin | Cultural Care Au Pair |
| 16051 | G6DB842H4 | Matilda Patrick | Cultural Care Au Pair |
| 15707 | GH9FE25BG | Matthieu Metivet | Cultural Care Au Pair |
| 16004 | BEB765372 | Mattiato Océane | Cultural Care Au Pair |
| 14915 | U8F34BGEF | Max Nijssen | InterExchange, Inc. |
| 16751 | P48B2F3EH | Maxine Wilds | InterExchange, Inc. |
| 14704 | W36F87EHG | Mayara Fortino | Au Pair in America (APIA/AIFS |
| 15977 | WF4H9G26D | Mayra Katherine Arango Peña | Cultural Care Au Pair |
| 16708 | KHG47F2G9 | Mayuko Hattori | Au Pair Care, Inc. |
| 15432 | VF8249C83 | Medan Caroline | Cultural Care Au Pair |
| 15034 | U4E9423C9 | Mejdouline Srir | Au Pair in America (APIA/AIFS |
| 16612 | UBC4H6E3C | Melanie Quentin | Au Pair in America (APIA/AIFS |
| 16716 | Y873682D7 | Melissa Françoise Renee Pabro-Leconte | Au Pair Care, Inc. |
| 14764 | GHF46DEDD | Melissa Theron | InterExchange, Inc. |
| 16709 | KC8HDA3CB | Mengshi Liao | Cultural Care Au Pair |
| 15932 | BDCA68446 | Messaadi Anais | Cultural Care Au Pair |
| 16604 | TF2CEFF74 | Michaela Liskova | Au Pair Care, Inc. |
| 15814 | UA55CD86D | Michaela Manicom | Au Pair in America (APIA/AIFS |
| 15434 | K78C827F8 | Michela Busi | Cultural Care Au Pair |
| 15993 | Y9D932GD4 | Micol Gallio | Cultural Care Au Pair |
| 14887 | B555F9F25 | Mignon Du Plessis | Au Pair Care, Inc. |
| 14926 | CH7E89EED | Milena Joveska | Au Pair Care, Inc. |
| 15942 | PA7AFA285 | Mirena Damaceno Rais | Cultural Care Au Pair |
| 15725 | T3A9EFHGF | Mlibokazi Mayeza | Au Pair Care, Inc. |
| 14780 | L66FCF4AB | Moipone Evelyn Ramosunya | Cultural Care Au Pair |
| 15246 | B4HEDGA65 | Momo Sun | Go Au Pair |
| 14953 | W5349CE58 | Mona Jessica Fabienne Perez | Au Pair in America (APIA/AIFS |
| 15250 | P5DBEFCDG | Monica Chervathoor | Cultural Care Au Pair |
| 16963 | UGHH4C9DB | Monica Julieth Quiñones Ovalles | Cultural Care Au Pair |
| 15564 | W3H6F66DE | Monika Hazi | Au Pair Care, Inc. |
| 17079 | HCEE5EGDE | Muhammed Nur Güvenc | Cultural Care Au Pair |
| 15603 | Y4HA33E36 | Na Du | Go Au Pair |
| 16740 | KG2GFFF6H | Nadia Van Der Berg | Go Au Pair |
| 16097 | L85HFA5EA | Nadiia Ziklenkova | Cultural Care Au Pair |
| 15418 | P2DHB345D | Nadine Brunner | Cultural Care Au Pair |
| 15352 | PG2D969F8 | Nancy Yajaira Guerrero Ruiz | Cultural Care Au Pair |
| 14759 | VG427GB85 | Nara Fabiani Leao Da Costa | Au Pair Care, Inc. |
| 16888 | VE96852BE | Nasser Lahbari | Au Pair Care, Inc. |
| 15804 | KE89E27G3 | Natacha Goity | Cultural Care Au Pair |
| 14847 | X92575BF4 | Natalia Agudelo Meneses | Cultural Care Au Pair |
| 15203 | V468474E8 | Natalie De Castro Oliveira | Cultural Care Au Pair |
| 15922 | K8CGGE9EC | Nichola Jagger | Au Pair in America (APIA/AIFS |
| 16642 | HBF5ADD35 | Nicolas Michel | Go Au Pair |
| 16112 | TC34F346B | Nicole Hope Deetlefs | Go Au Pair |
| 15348 | R88D259F9 | Nina Harig | Go Au Pair |
| 15569 | LBA7FA4AF | Nina Josch | Cultural Care Au Pair |
| 15937 | KF4B6EF96 | Nina Voncina | Cultural Care Au Pair |
| 15076 | ID5CCHAC4 | Nokuthula Gamede | InterExchange, Inc. |
| 16860 | P4334C849 | Noor Masoud | Au Pair in America (APIA/AIFS |
| 15412 | Y3CC3EE6C | Nora Van Westen | Au Pair in America (APIA/AIFS |
| 16627 | HBFB7BDH7 | Nuray Oruc Gelber | Au Pair Care, Inc. |
| 15078 | ID9E8BC88 | Olena Morozova | Go Au Pair |
| 14825 | W5C6H98DG | Oliver Cift | Cultural Care Au Pair |
| 14742 | PH7AHHDA3 | Pamela Soares Baldessini | Au Pair in America (APIA/AIFS |
| 15280 | KF68H63B5 | Paola Del Carmen Pérez Cortés | Cultural Care Au Pair |
| 15851 | PAG67843D | Park Si Yun | Cultural Care Au Pair |
| 14810 | KEB7F3D32 | Patugarn Jaloenlap | Au Pair Care, Inc. |
| 14840 | TEA8BC988 | Paula Andrea Zapata Serrano | Au Pair Care, Inc. |
| 15822 | LC22468GH | Paula Isabel Moreno Basilio | Cultural Care Au Pair |
| 14786 | L67C5D2CA | Porapa Srisupap | Au Pair Care, Inc. |
| 15713 | BH55A7CF7 | Pourtier Nelly | Cultural Care Au Pair |
| 15896 | U64C9EH6B | Preeya Sawadmanod | Cultural Care Au Pair |
| 15449 | P6654BE34 | Priscila Conroy Mcwilliams | Cultural Care Au Pair |
| 16940 | G8E43C2G3 | Punnapha Suphanithikhun | Au Pair in America (APIA/AIFS |
| 15154 | WFAB78F94 | Qiang Liu | Cultural Care Au Pair |
| 16827 | YA34EE346 | Rachel Sarubbi Effenberger | Cultural Care Au Pair |
| 15765 | TA3HD64BC | Rafaela Branco Camargo | Cultural Care Au Pair |
| 15342 | YF8A3EE64 | Rafaela Seixas Pitanga | Cultural Care Au Pair |
| 15469 | YC62A92DH | Ramona Engel | Au Pair in America (APIA/AIFS |
| 15251 | GAA8BC2DD | Rebecca Clare | Au Pair Care, Inc. |
| 16995 | L2AE7E37A | Reggie Goodwin | Cultural Care Au Pair |
| 14750 | W6C37EDGH | Regina Cornejo Rodríguez | Cultural Care Au Pair |
| 15037 | C8A9D6A3E | Renaisha Naidoo | Au Pair Care, Inc. |
| 15030 | L8DE5ECCF | Renata May De Villiers | Cultural Care Au Pair |
| 14789 | R5D367H4F | Rianke Krugel | Au Pair in America (APIA/AIFS |
| 15053 | PEC647GEB | Ritiele Koontz | Cultural Care Au Pair |
| 17040 | W3BFB46G5 | Robyn Grace Scott | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 15300 | R73586D54 | Rosina Kellman | Cultural Care Au Pair |
| 16817 | K8E984CAH | Rougui Desiree Sarr | Cultural Care Au Pair |
| 16977 | Y4CDFH5H4 | Roxanne Pillay | Au Pair in America (APIA/AIFS |
| 16666 | LH55AG286 | Rumniya Narkkhoksung | Au Pair Care, Inc. |
| 16944 | B87CDCH5G | Rutt Silverman | Au Pair in America (APIA/AIFS |
| 15817 | V4D778ADF | Sabina Von Paleske | Au Pair Care, Inc. |
| 15048 | XE3F4B63C | Sabrina Althoff | Au Pair Care, Inc. |
| 15676 | L4FA2B88F | Sabrina Ouahid | Au Pair Care, Inc. |
| 15458 | LD266H58H | Sabrina Pricam | Cultural Care Au Pair |
| 16703 | B46767CDG | Sabrina Timir | Au Pair in America (APIA/AIFS |
| 15278 | V8969A882 | Samanta Aizcorbe | Cultural Care Au Pair |
| 17050 | UH4B8896E | Samanta Korat | Au Pair in America (APIA/AIFS |
| 16680 | R7CBD326A | Samantha Johns | Au Pair in America (APIA/AIFS |
| 16652 | VBED7HB2F | Samantha Lang | Go Au Pair |
| 16653 | BH3EDCB4A | Samantha Samson | Au Pair in America (APIA/AIFS |
| 16082 | L9A9E34C8 | Samantha Thayne | Au Pair Care, Inc. |
| 15108 | TGG533H9B | San Le Tong | Au Pair Care, Inc. |
| 15171 | XDC556GA2 | Sandra Mikaela Lindstrom | Cultural Care Au Pair |
| 15645 | K7B3G646C | Sandra-Maria Kaps | Au Pair in America (APIA/AIFS |
| 16041 | X3DHED7BE | Sanelisiwe B Whalen | InterExchange, Inc. |
| 15909 | T878AB2FH | Sara Arredondo Montoya | Cultural Care Au Pair |
| 16706 | U52E5B294 | Sara Drew | Au Pair Care, Inc. |
| 15025 | Y329HE845 | Sara Nielsen | Cultural Care Au Pair |
| 14756 | B74GBG498 | Sara Zambelli | Cultural Care Au Pair |
| 15075 | X53G93A43 | Sarah Lisa Protze | Au Pair in America (APIA/AIFS |
| 14897 | HBE4H9499 | Sarah Stiens | Au Pair in America (APIA/AIFS |
| 15123 | TGC63F5CG | Sarah Tuellmann | Au Pair in America (APIA/AIFS |
| 14946 | W3CBC332G | Sarka Kvapilova | Cultural Care Au Pair |
| 16830 | TFE67B8B9 | Seguin Da Silva Sacha | Au Pair in America (APIA/AIFS |
| 14727 | UC3C548G2 | Sfioui Sophia | InterExchange, Inc. |
| 15537 | Y36592BBB | Shakirah Smith Nilson | Au Pair in America (APIA/AIFS |
| 16838 | UCG77F293 | Sharon Catharina Maria Michel | InterExchange, Inc. |
| 15475 | TG8GF39D8 | Sheryl Kerren Taynton | InterExchange, Inc. |
| 16089 | I5GE4D797 | Shibombi Baloyi | Au Pair Care, Inc. |
| 15014 | Y6F4HB5H8 | Shireem Logan | Au Pair in America (APIA/AIFS |
| 15211 | X586E6BF8 | Silje Marie Berntzen | Cultural Care Au Pair |
| 16854 | Y73F99264 | Sille Gorbatiuk | Cultural Care Au Pair |
| 15948 | CF9G87F45 | Silvia Santucci | Expert Au Pair |
| 15321 | UGA76B355 | Simona Gadia | Cultural Care Au Pair |
| 14819 | PF47A383G | Simona Janku | Au Pair Care, Inc. |
| 15314 | GAH4C8488 | Sindy Alejandra Chirivi Ramos | Cultural Care Au Pair |
| 16747 | LDCF249G4 | Sjenna Harbridge | Cultural Care Au Pair |
| 16609 | XFBHAF5F3 | Sofia Lorena Deloya Amador | Cultural Care Au Pair |
| 15500 | BDG637F4B | Sofie Charlotte Kreisz | Cultural Care Au Pair |
| 15485 | U8C4H7CF5 | Sonja Nikolic | Au Pair Care, Inc. |
| 17029 | K65766GC3 | Sophia Diener | Cultural Care Au Pair |
| 15186 | PBC3AA36H | Sophie Heraud | Cultural Care Au Pair |
| 15033 | I426G2EB3 | Sophie Mckenna | Expert Au Pair |
| 15716 | L98BD3HEB | Sorina Marilena Ionescu | Cultural Care Au Pair |
| 16727 | XHC7BFG6B | Stephanie Ege | Cultural Care Au Pair |
| 15399 | H5GD48BB9 | Suelen Pessoa De Oliveira | Cultural Care Au Pair |
| 16791 | L882CECF4 | Sune Du Plessis | Cultural Care Au Pair |
| 16743 | KDA6AFH44 | Susana Ruth Taboada More | Au Pair in America (APIA/AIFS |
| 15911 | C95D7FC37 | Susanna Ernvik | Cultural Care Au Pair |
| 14734 | CAEG3B887 | Suzana Saponjic | Au Pair Care, Inc. |
| 15660 | R7GD2E46C | Tamara Kolland | Cultural Care Au Pair |
| 16980 | P3F892H8A | Tanee Rojas | Cultural Care Au Pair |
| 15625 | KDDH4GH3F | Tarique Mullany | Cultural Care Au Pair |
| 17032 | C3FCG4BCE | Tatiana Hansen | InterExchange, Inc. |
| 16757 | LFG5FA9GC | Tatjana Gacic | Au Pair Care, Inc. |
| 15345 | TAG52E2F7 | Tayla Hartley | Cultural Care Au Pair |
| 14797 | B8C9GB69B | Teresa Braga De Macedo De Castro Henriques | InterExchange, Inc. |
| 15605 | HH644233D | Thaninee Wattanawongsanti | Au Pair in America (APIA/AIFS |
| 14730 | LEGDA9725 | Thauany Christiny Vieira | Au Pair Care, Inc. |
| 16835 | P9FGB8GCC | Thi Kim Thanh Vu | Cultural Care Au Pair |
| 14721 | V22BE335D | Thobeka Philile Mkhize | Cultural Care Au Pair |
| 14937 | P6859F7A5 | Tiffany Minett | Cultural Care Au Pair |
| 14971 | V54A5E28F | Ting Su | Au Pair in America (APIA/AIFS |
| 15129 | GB3C58G98 | Tiyane Chiumya | Au Pair Care, Inc. |
| 14914 | V922B65AD | Turku Hosafci | Au Pair Care, Inc. |
| 17076 | R9HHB7337 | Valeriia Rutkovska | Au Pair in America (APIA/AIFS |
| 15289 | U63486483 | Vanessa Huebner | Cultural Care Au Pair |
| 15421 | UEFD3DF86 | Vanessa Niebuhr | Au Pair Care, Inc. |
| 15845 | R487B597F | Vanessa Walters | Go Au Pair |
| 17005 | B8HBBGDD3 | Vanessa Wiggett | Cultural Care Au Pair |
| 16861 | LGF546D2B | Vera Schenk | Cultural Care Au Pair |
| 15790 | V68DCBCCF | Veronica Esqueda | Cultural Care Au Pair |
| 15137 | I256EBD95 | Victoria Nilsson | Cultural Care Au Pair |
| 15457 | G78AB58GE | Viktoria Hazi | Au Pair in America (APIA/AIFS |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 15385 | K5F32EB76 | Virginia Giordano | Cultural Care Au Pair |
| 16720 | I9447DHG6 | Viridiana Ailed Del Rio Arias | Cultural Care Au Pair |
| 14943 | GD5AC26ED | Wang Xueting | Go Au Pair |
| 15980 | RE5C7662C | Wanwipa Piboon | Au Pair in America (APIA/AIFS |
| 16946 | LE6EDGDA8 | Wenting Wang | Au Pair in America (APIA/AIFS |
| 15367 | P96333A4E | Wiam Berhouma | Cultural Care Au Pair |
| 15969 | L2AE67F74 | Willena De Jesus Bispo Celestino | Cultural Care Au Pair |
| 14905 | X762ABADD | Xi Chen | Cultural Care Au Pair |
| 14969 | WC4BBB9A2 | Xiaochen Wang | Cultural Care Au Pair |
| 15582 | C2E97755B | Xu Li | Cultural Care Au Pair |
| 15194 | L5F3DB825 | Xun Wang | Go Au Pair |
| 15975 | YGFCS959H | Yana Kreminska | Au Pair in America (APIA/AIFS |
| 16012 | IHED7EE7F | Yashan Huang | Cultural Care Au Pair |
| 16959 | LECAEG4FF | Ying Tian | Cultural Care Au Pair |
| 14812 | BGCF7F928 | Yudaska Sanoja | Cultural Care Au Pair |
| 15826 | G7C886E8H | Yudy Meidy Medina Aldana | Au Pair Care, Inc. |
| 16876 | K84C4G298 | Yuliya Karmazin | Cultural Care Au Pair |
| 16769 | CGCA6699F | Yuly Tatiana Rodriguez Usaquen | Au Pair Care, Inc. |
| 15052 | RFAGH5B4H | Yvonne Hesse | Au Pair in America (APIA/AIFS |
| 14932 | U26B5CE7H | Zita Makray | InterExchange, Inc. |
| 16100 | U4F552D47 | Zully Tatiana Fernandez Avila | Cultural Care Au Pair |
| 16833 | BBD49CCBE | Zuzana Tomesova | Au Pair Care, Inc. |

DocuSign Envelope ID: F8BDDDD6-4C9D-42D3-8507-129BF6ECB104

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* F62D23674811423...

Name: Aaliyah Ally

Address: 14 Riekerst Strees

Florida, Gauteng ZA 1709

Phone Number: 0769612880

Email Address: aaliyah.ally@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/06/2013    To: 05/06/2015

DocuSign Envelope ID: CD1B4EC5-3AA0-468C-921A-D8EF0D3C649F

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____11/10/2017_____       Firma: _DocuSigned by: Aranza_  
7EF521620990475...

Nome: _____Abril Aranza Chavez Hernandez_____

Dirección: _____kings river rd_____

_____Ciudad de México , CA US 94550_____

Telefone: _____5516523967_____

Email Address: _____Anwarara-16@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: ____06/06/2016____       A: ____03/05/2018____

DocuSign Envelope ID: CFEF6E5A-34D7-4149-9AE2-0298950C64B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *ADELINE VERONIQUE PILLE*
DocuSigned by:
D4114C0D3E23429...

Name: ADELINE VERONIQUE PILLE

Address: 4 RUE DU VELAY

SAINT ETIENNE DU ROUVRAY, SEINE MARITIME FR 76800

Phone Number: 0782912779

Email Address: adln.pille@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/26/2012        To: 08/20/2014

DocuSign Envelope ID: FB2ACF03-F3C8-4B54-AD81-490DF154629D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _DocuSigned by: Adriana Nova_ F07E51488F4F444...

Nome: Adriana alejada Nova nunez

Dirección: 7709 Fern Ave SE

Snoqualmie , WA US 98065

Telefone: 7034743646

Email Address: aanova20@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/09/2016          A: 05/09/2018

DocuSign Envelope ID: 9EDE5D6B-0629-43B3-AAF8-A57A682C404C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017

Firma: *Adriana M*
CF6A95AD21F142A...

Nome: Adriana paola manosalva torres

Dirección: 15  mosaic

aliso viejo, CA US 92656

Telefone: 7146574452

Email Address: adrihandt1401@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/13/2014          A: 07/31/2015

DocuSign Envelope ID: EC0AFC68-AC66-42B9-A278-58893149AA70

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: E63257407A474B3...]*

Name: Aimee Groenewald

Address: 6 Morgan street strand

Cape Town , Cape Town   ZA 7140

Phone Number: 0713636167

Email Address: aimeegroenewald@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/07/2014        To: 10/07/2015

DocuSign Envelope ID: FE34A232-0314-4003-BA94-AAF9EE30F091

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Aj Spahic_
DocuSigned by:
54B4FE15E4A143A...

Name: Ajsa Spahic

Address: Allmendstraße 40

Östringen,  DE 76684

Phone Number: 4917684769365

Email Address: ajsaspahic@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015      To: 08/03/2017

DocuSign Envelope ID: 31EB9BDB-2545-4FB4-AC3D-6858C8BF3D72

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature:

Name: Alejandra D. Castillo Ochoa

Address: 2923 Setting Sun Av

Castle Rock, CO US 80109

Phone Number: 8325152891

Email Address: Acalecastillo1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2009   To: 07/31/2010

DocuSign Envelope ID: 58F95A24-C3B5-44E9-B32C-98442D98A3B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by: 91101586EAAD47F...)_

Name: Aleksandar Arsin

Address: 19949 Appledowre Circle

Germantown, MD US 20876

Phone Number: 2404132339

Email Address: aleks.arsin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/25/2016     To: 01/25/2017

DocuSign Envelope ID: 0A1E4D05-16BF-4F15-932B-9D32C7C988CF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ BAA12BF72F4D42F...

Name: Aleksandra Radovanovix

Address: 7530 W lawrence ave

Harwood Heights IL, IL US 60706

Phone Number: 5129209771

Email Address: aleksandraradovanovic85@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/24/2010     To: 05/23/2012

DocuSign Envelope ID: 685EF242-5CA4-4CCB-A350-50207FEF936C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Aleksandra Skrzypczyk*
DocuSigned by:
71A0238E3AFD433...

Name: Aleksandra Skrzypczyk

Address: Husarska 4

Ruda Śląska, Śląskie PL 41-711

Phone Number: +48508314670

Email Address: skrzypczyk.aleksandra@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2014   To: 08/19/2015

DocuSign Envelope ID: 5FEA4EF5-E11D-400F-8028-AE666E6140C4

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: *AMV* — DocuSigned by: 853EAFDC267F479...

Nome: Alexandra Machado Viviel

Dirección: Calle 20N 16E-122 Urbanización Villa Catalina, Niza

Cúcuta, Norte de Santander CO 3004

Telefone: 3166231982

Email Address: alexa.mac.15@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/15/2016         A: 02/15/2017

DocuSign Envelope ID: 8E678874-7FB4-407E-829F-010F6E64B64B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Alexandra Rodríguez Rodríguez*
DocuSigned by:
444814D95AA2404...

Name: Alexandra Rodríguez Rodríguez

Address: Carrera 69D #24-15 apt: 44-301

Bogotá,  CO 110931

Phone Number: 573213376366

Email Address: rr.alexandra@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/10/2012    To: 12/12/2013

DocuSign Envelope ID: 30630FA6-79F4-4BD9-90EC-017CDB67796F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: _DocuSigned by:_ 1F82102BEBE440F...

Name: Alice M Tyger

Address: 283 N WALNUT STREET

EAST PALESTINE, OH US 44413

Phone Number: 3309219557

Email Address: lika_marinho@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/13/2012     To: 08/13/2014

DocuSign Envelope ID: DA2317B9-1BDC-4125-BA2F-24249383AAEA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *DocuSigned by:* 5FA7EBEFFF11495...

Name: Alicia Hofmann

Address: 1335 Cottonwood Trail

Cumming, GA US 30041

Phone Number: 4043981296

Email Address: alicia.hofmann90@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2011     To: 08/15/2013

DocuSign Envelope ID: 8264E977-E074-41EE-81F8-31BFB83281EB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *A. L.*
1F290F2D2AD6453...

Name: Alicja Lukasik

Address: 940 Mulberry st

Lawrenceville, NJ US 08648

Phone Number: 6099331797

Email Address: alicja.luk@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/10/2009       To: 09/01/2011

DocuSign Envelope ID: 546AC473-D3AC-4B01-9E64-DFF545742430

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]*
1F7F048E69674E9...

Name: Alina Skliarova

Address: 4 Gagarina St.

The village of Peschanka, Krasnogradsky district, Kharkiv Oblast  UA 63333

Phone Number: +380506417909

Email Address: sklyarova2233alina@yandex.ua

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/20/2015          To: 07/21/2017

DocuSign Envelope ID: 4B711055-37FF-4736-BF1C-735CC16E41F3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Amelie von Bernuth*
450B4535D4D842F...

Name: Amelie von Bernuth

Address: Winterfeldtstr. 47

Berlin, Berlin DE 10781

Phone Number: 004917634534015

Email Address: amelievonbernuth@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/23/2016     To: 07/17/2017

DocuSign Envelope ID: F544E38B-3153-4187-8D4A-3136D534BB06

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Amy Louise Robinson*
DocuSigned by:
0BF0D3E9ADD2460...

Name: Amy Louise Robinson

Address: 9 Steamer Ave

South Hedland, Western Australia AU 6722

Phone Number: 0456098824

Email Address: amy.robinson@hotmail.com.au

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014     To: 05/24/2016

DocuSign Envelope ID: 8B3D33C1-1B51-440B-BCF0-A0C4D228271C

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/11/2017

Assinatura: *Ana Beatriz Lenarduzzi Machado Rodrigues*
AB598702A65946E...

Nombre: Ana Beatriz Lenarduzzi Machado Rodrigues

Endereço: Rua Miguel Rachid 131

São Paulo, São Paulo BR 03808130

Teléfono: 1125466121

Email Address: ana.lenarduzzi@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 05/15/2016

A: 02/15/2018

DocuSign Envelope ID: 96398F5A-51D8-452E-BD58-08E125D6857A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _Ana Karina S_
DocuSigned by:
05E5B369231D419...

Nome: Ana Karina Quinones Sotelo

Dirección: 1036 w 58th st

La Grange highlands, IL US 60525

Telefone: 6303987758

Email Address: Kariijett@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/29/2016     A: 02/28/2018

DocuSign Envelope ID: D7E47271-3137-4ACF-B49B-1F368D906CAC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/09/2017

Signature: _Ana Museva_
DocuSigned by:
8C95F383296F4C4...

Name: Ana Museva

Address: 6429 N Damen Ave 3S

Chicago, IL US 60645

Phone Number: 2026446343

Email Address: ana_museva@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/01/2010     To: 09/01/2011

DocuSign Envelope ID: D7B020BB-1ECE-4B17-A516-3DF00D01C5B5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/09/2017

Signature: _(DocuSigned by: A T, C0838A2B738C413...)_

Name: Ana Tomeska

Address: 3743 S 52nd Court

Cicero, IL US 60608

Phone Number: 2026446345

Email Address: atomeska@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/04/2010    To: 09/04/2011

DocuSign Envelope ID: DDA28194-2D61-4A18-AC8B-01D3E53700B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature:
DocuSigned by:
48A28705A98942A...

Name: Anaïs Charline Lucie Degat

Address: 15 rue thiers

Cormeilles en parisis ,  FR 95240

Phone Number: +33619869358

Email Address: anais.degat@hotmail.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/25/2016          To: 07/25/2017

DocuSign Envelope ID: 88C2620A-BDFD-4358-88AB-5E77A772FCD5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[DocuSigned by signature]* 5445D7C02FED43A...

Name: Anastasiia Sevilla

Address: 4530 w 164th st

Lawndale , CA US 90260

Phone Number: 7074797146

Email Address: yakagirl@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/07/2009   To: 03/03/2011

DocuSign Envelope ID: DC15A099-B0C3-4EF7-92E9-3382B9A385C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: Somogyi András, D71AD56A4F744C3...]*

Name: András Somogyi

Address: Etele

Budapest, HU 1115

Phone Number: 06703338182

Email Address: bandusz1997@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/09/2016     To: 04/04/2017

DocuSign Envelope ID: F180D3CA-AD5D-4AE2-BF75-4D1C9A038614

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: signature]* 15ED8EAF5F1848A...

Name: ANDREA ARAUJO

Address: 655 Moorpark Way #5

Mountain View, CA US 94041

Phone Number: 4159800422

Email Address: ianiconix@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/05/2009   To: 07/16/2010

DocuSign Envelope ID: A7C82773-D14C-479B-8C63-88DB876D0E32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Andrea Galván_
DocuSigned by:
8D8640EFED6A441...

Name: Andrea Galvan Mejorado

Address: 33-54 10th St.

Astoria, NY US 11105

Phone Number: 3478824161

Email Address: andreagalvanm@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2013        To: 05/15/2015

DocuSign Envelope ID: 80F5FF0E-23E3-4A78-B4BE-3E29E11AA5CB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Andrea Novakova*
149267102B594C9...

Name: Andrea Novakova

Address: 203 west Glendale ave

Alexandria, VA US 22301

Phone Number: 00420723393844

Email Address: andrea.nov@seznam.cz

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/16/2016     To: 05/19/2017

DocuSign Envelope ID: A7912275-D8AF-4EA5-BEED-37E4FD918F1C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Andréane Buist*
4C41ED3BC72647A...

Name: Andréane Buist

Address: 136 3e rue de la pointe

Shawinigan, Québec CA G9N1H4

Phone Number: 8195311529

Email Address: andreane_5@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/02/2010     To: 08/01/2011

DocuSign Envelope ID: 640A576F-ED60-4F70-96BE-EE2DB5A35376

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DocuSigned by:_ CCF6A58D8AC6497...

Name: Andy Watzlawczyk

Address: Theodor-Storm-Str., 6

Kiel, Schleswig-Holstein  DE 24116

Phone Number: +491741849245

Email Address: andywatzlawczyk@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2011      To: 07/13/2012

DocuSign Envelope ID: 642ED7DB-F4B5-4096-B78A-B7CDE6B17F1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _DocuSigned by:_ ATLN 529679CEAAD641E...

Name: Aneta Katarzyna Morawski

Address: 196 Oak street

Manchester, CT US 06040

Phone Number: 2035706538

Email Address: zabost.aneta@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/17/2013      To: 01/17/2015

DocuSign Envelope ID: F5952E32-A8F6-4AC1-B5AA-9164D24894F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *DocuSigned by:* C24783A2733B481...

Name: Aneta Wilberg

Address: 3908 spring mill way

Maineville, OH US 45039

Phone Number: 5136047177

Email Address: Angelova27@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/03/2001     To: 03/01/2002

DocuSign Envelope ID: 9525E3D3-45D6-48DB-BF39-3568E28595B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Angela Fonseca V.*
DocuSigned by:
92E4EA9484D641B...

Name: Angela María Fonseca Villate

Address: Calle 23 b # 28-20

Bogota , Cundinamarca   CO 57

Phone Number: +573112900900

Email Address: angelafonse_0311@yahoo.es

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2013          To: 07/17/2015

DocuSign Envelope ID: E3118B34-CA12-45A8-A0B1-A027801B1452

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _11/10/2017_          Firma: _[firma: DocuSigned by: 3A143B2B330A4CC...]_

Nome: _Angelica Alejandra Frias Chavez_

Dirección: _Gonzalez 3513_

_Nuevo Laredo, Nuevo Laredo MX 88000_

Telefone: _8711613960_

Email Address: _angelicafree@hotmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _08/05/2016_          A: _03/28/2017_

DocuSign Envelope ID: 78A8EAC5-B7BF-400A-9DAA-EBAAEA17051B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 388DF8947F4E474...

Name: Angelique Georgette Hendrika Mülhauser

Address: Birkenhaldenstrasse 27b

Uetliburg, SG CH 8738

Phone Number: 0797995567

Email Address: anny.et@windowslive.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/08/2014     To: 07/25/2015

DocuSign Envelope ID: C458C9A4-BDC8-46A7-A8D8-1B942BCADE5A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: _M Solano_
87ABE5092A624E2...

Name: Angelique Solano (Fourie)

Address: 767 Hopetown Road, Apartment D3

Chillicothe, OH US 45601

Phone Number: 6092142324

Email Address: angeliquef4@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/08/2013        To: 06/30/2015

DocuSign Envelope ID: 46FA9D0D-D471-4664-ACD5-4CAE40A4B8FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _ANGIE XIMENA SERRANO JAIMES_
DocuSigned by:
40B55173CCA849D...

Name: ANGIE XIMENA SERRANO JAIMES

Address: 5414 Wooddale avenue

Edina , MN US 55410

Phone Number: 3158102985

Email Address: angieserrano.19@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/11/2014     To: 01/11/2015

DocuSign Envelope ID: 8D9F5743-9605-4724-BFE5-F8008528D86B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: _DocuSigned by:_ A.E. 1D2B49F99FCE44E...

Name: Anke Erasmus

Address: 18 Frans Claassenstreet

Despatch, Eastern Cape ZA 6220

Phone Number: 0632877025

Email Address: erasmusanke@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/10/2014     To: 08/10/2015

DocuSign Envelope ID: D1AF2B16-866F-4931-8F61-C4ADDC5AE4F1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature: 75D97650EACF4E5...]*

Name: Anna A. Varavko (Maiden Ganna Neledva)

Address: 1720 Klockner Road Apt 1

Hamilton, NJ US 08619

Phone Number: 7325529092

Email Address: annakolibri3@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2010       To: 10/24/2011

DocuSign Envelope ID: A9E90BF9-974C-414F-BD71-11F54C1187FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Anna Edem*
DocuSigned by:
D45CD62F3DBF45D...

Name: Anna Edem

Address: Hashoftim 65, Ap. 14

Kiryat Gat,  IL 8207223

Phone Number: +972545244679

Email Address: anna.edem87@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/04/2009    To: 09/19/2009

DocuSign Envelope ID: D8F0AF0C-BD7D-476F-AC8D-598FAA27E171

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017          Signature: *[signature]*
43CAD6C0A6934B6...

Name: Anna Jugl

Address: Friedrichstrasse 28

Dresden, DE 01067

Phone Number: 004916093924281

Email Address: ggAnna@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/09/2010          To: 08/18/2011

DocuSign Envelope ID: 0D8116CB-A766-4399-B8A7-752883BFEBF8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Anna Kozlowska*
B51136CF415C4BE...

Name: Anna Kozlowska

Address: Flat 1/2, 119 High Street

Glasgow, GB G1 1PH

Phone Number: +447477463018

Email Address: a.kozlowska1993@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/14/2013   To: 07/24/2015

DocuSign Envelope ID: 187EC1E9-BED7-414A-910A-613FFA2006F1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: *[DocuSigned by signature]* C02BD6BAF6F842A...

Name: Anna Labus

Address: 10150 E Harvard ave apt F747

Denver, CO US 80231

Phone Number: 5807150106

Email Address: a-labus@wp.pl

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/11/2014     To: 01/31/2016

DocuSign Envelope ID: B139C841-0F8E-40FB-B11D-8A8EB193EBB9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017    Signature: _Heinrichs_
563429AB03C740C...

Name: Anna Lena Heinrichs

Address: Engsbachstraße 58

Siegen, NRW DE 57076

Phone Number: +491792341031

Email Address: anna.heinrichs@rub.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2015    To: 08/17/2017

DocuSign Envelope ID: B83085C1-6A54-4DDB-950A-AEFE7879753C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_
14222D968BCD485...

Name: Anna Lena Schmengler

Address: Margarethenried 7

Hörgertshausen , DE 85413

Phone Number: +491631628031

Email Address: anna.schmengler@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/31/2015     To: 08/31/2017

DocuSign Envelope ID: 81B13C1D-2230-4733-892B-BC9511B3B28E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/14/2017

Firma: *[firma]*
DocuSigned by:
E6426C11A91342F...

Nome: Anna Maria Grau

Dirección: Heinrichsalle 54

Aachen , Nordrhein-Westfalen  DE 52062

Telefone: 00491709756087

Email Address: Annamariagrau1993.ag@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 07/14/2013          A: 08/14/2014

DocuSign Envelope ID: 95354F53-2D18-4E13-A1EC-7195B726C16F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Anna Siebor*
973B754B772245A...

Name: Anna Siebor

Address: 6939 Georgia Ave NW, Apt 318

Washington, DC US 20012

Phone Number: 2029972312

Email Address: siebor1@wp.pl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/01/2009     To: 12/23/2011

DocuSign Envelope ID: 6AE3D4BF-0371-41DF-A44D-9F69DD018409

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ A Kupp 55A018036D1A478...

Name: Annalena Kupper

Address: Heimatstraße 3

Eberswalde, Brandenburg DE 16225

Phone Number: 01626313865

Email Address: kupper.lena@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2016    To: 10/05/2017

DocuSign Envelope ID: 7DB945B7-EA64-4171-9A3D-99D634FE69D0

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *A Rah* (DocuSigned by: AECE7F34C903439...)

Name: Anne Carlotta Rahn

Address: Lessingstr. 8

Bensheim, Hessen DE 64625

Phone Number: 004915205308018

Email Address: Rahn.anne@web.de

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/20/2016     To: 08/14/2017

DocuSign Envelope ID: 2984835D-5E0E-4330-A94B-B11A68977CDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature:

Name: Ann-Kathrin Afting

Address: Ammerländer Heerstr.102a

Oldenburg,  DE 26129

Phone Number: +27639229563

Email Address: annkathrinafting@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2014          To: 08/18/2015

DocuSign Envelope ID: 039AEDF9-F2B8-44C8-BF94-D81A53F757A7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: A. Gorol
B4BC64AC46A64FF...

Name: Antonia Gorol

Address: Spitzaecker 10

Plochingen,  DE 73207

Phone Number: +4917683088758

Email Address: a.gorol@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/20/2010    To: 09/11/2011

DocuSign Envelope ID: 7D58005D-0E2C-49C8-8C1F-70228F179576

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *[signature: Boczko]*
08874A66A9E84A8...

Name: Arkadiusz Piotr Boczko

Address: Bełk

Lidzbark, Warmińsko-mazurskie PL 13-230

Phone Number: 780157420

Email Address: arkadiasz@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/30/2015     To: 11/30/2016

DocuSign Envelope ID: 57B01059-44CF-4936-9F79-6B2BDFD3D7C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017     Signature: _[DocuSigned by signature]_ 0E00A66D48414E0...

Name: Atitaya Sritongdang

Address: 8805 North Plaza, Apt#2471

Austin, TX US 78753

Phone Number: 5129697978

Email Address: looktanice@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/07/2009     To: 06/30/2011

DocuSign Envelope ID: 0D813CD5-1BBD-4346-B93C-C32FFF819D92

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017                    Signature: _[signature]_

Name: Audrey Salvi

Address: 43 rue des Bordeaux

Charenton le pont,   FR 94220

Phone Number: 0668670090

Email Address: Salvi.audrey@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/17/2014          To: 11/17/2016

DocuSign Envelope ID: E3EF3329-C8CA-4DB9-8E44-0511E136E8C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Axelle PECORENA*
DocuSigned by:
1F3938B96BAF4EA...

Name: Axelle PECORENA

Address: 3 chemin du sabalot

gestas, France FR 64190

Phone Number: 0786012028

Email Address: roubi6402@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/26/2012     To: 12/04/2013

DocuSign Envelope ID: 0761F61F-FFC3-4774-A2CA-791417566F29

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Azra Taylor*
A02E30525E724C5...

Name: Azra Taylor

Address: 2022 s throop st

Chicago, IL US 60613

Phone Number: 2246229596

Email Address: Azra-atic@live.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/10/2011     To: 08/01/2013

DocuSign Envelope ID: 4C8A0D93-BB0C-4E57-8FDF-BFCFAD03872C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017          Signature: _DocuSigned by: Kaeltyka 6C1E0BF6B0F242A..._

Name: Beata Joanna Kieltyka

Address: 5305 Briley Place

BETHESDA, MD US 20816

Phone Number: 2024860777

Email Address: beatakieltyka2@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/31/2014          To: 03/30/2016

DocuSign Envelope ID: F6EF352A-2E07-41F1-941D-C535E3CECB5F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Beatrice Bianchi*
D4719A2085F4481...

Name: Beatrice bianchi

Address: 6120 river shore ct

Fort myers, FL US 33917

Phone Number: 7203856978

Email Address: beatribianchi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/01/2016    To: 01/31/2018

DocuSign Envelope ID: 2C0B394A-A167-4D39-A823-7C9FB5030664

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _(DocuSigned by: 27CC8FD1381E486...)_

Name: Berenike Spilka

Address: Reichsapfelgasse 27, 2/7

Wien, WIEN AT 1150

Phone Number: +436802207413

Email Address: berespilka@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2011          To: 05/07/2018

DocuSign Envelope ID: 414FC9C7-9C89-4B99-9EB7-E485414A88FF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Bernice Burger*
DocuSigned by:
30B11810CA4647C...

Name: Bernice Burger

Address: 16 Coolidge Street St

Brookline, MA US 66510

Phone Number: +27781223874

Email Address: wintersinclairbb@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/14/2014     To: 01/14/2015

DocuSign Envelope ID: 61B2A35C-500D-408F-8197-18F7D8CAC4F6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Biljana Radojicic_
DocuSigned by:
B4EE60CEEB5143D...

Name: Biljana Radojicic

Address: 4819 59th place

Woodside/Queens, NY US 11377

Phone Number: 9293966585

Email Address: biljanaradojicic@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/14/2011      To: 11/14/2012

DocuSign Envelope ID: FF31B95B-9370-4344-B766-AE5C389FC56D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Bojana J.*

Name: Bojana Jakovljevic

Address: 9342 Penrose Street

Frederick , MD US 21704

Phone Number: 5412555787

Email Address: bojanajakovljevic40@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/11/2011     To: 04/26/2013

DocuSign Envelope ID: 04925AA6-E451-4DD6-BE4E-B93F2E09073F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Bojana Stankov*
8F50C07536164BE...

Name: Bojana Stankov

Address: 16 S 12th ST, apt B

Akron, PA US 17501

Phone Number: 7173300716

Email Address: stankovb10@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/29/2010     To: 06/12/2012

DocuSign Envelope ID: EF2F6B1F-2483-435C-96EB-CCB8BABD95DA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Bomi Gim*
DocuSigned by:
C30CD00595D2488...

Name: Bomi Gim

Address: 107-3301, 1235, Saecheonnyeon-daero

Buk-gu, Pohang-si, Gyeongsangbuk-do KR 37584

Phone Number: +821023219280

Email Address: bombomv@naver.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/03/2012       To: 12/03/2013

DocuSign Envelope ID: DF0E7379-37D6-407B-9D20-E00FE69C25AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: DocuSigned by: 068E6A3A0D31490...

Name: Brenda Robles Becerril

Address: Mirlos 57 GRANJAS GUADALUPE

Nicolás Romero, Mexico MX 54474

Phone Number: 5524235606

Email Address: Bol—ana.pt@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2014     To: 06/02/2016

DocuSign Envelope ID: 1AD2063D-AFF8-4C73-8D91-5B1E76964D21

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _Brenda Avon_
DocuSigned by:
6CB067A3EE16472...

Nome: Brenda Viviana Avendaño vasquez

Dirección: 154 furnace brook parkway

Quincy, MA US 02169

Telefone: 6176535001

Email Address: brendavav@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/06/2016          A: 11/18/2017

DocuSign Envelope ID: F4F9788E-2EA1-4753-9166-F96F1BB7F551

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Caixia Qiu*
DocuSigned by:
A963E47F419D499...

Name: Caixia Qiu

Address: 149th St,Flushing

NY, NY US 000000

Phone Number: 3478276118

Email Address: caixia0101@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/05/2014     To: 03/05/2016

DocuSign Envelope ID: 3578711C-04C0-402D-9B25-2447F1584CE5

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/15/2017          Firma: *Camila Carmona Hoyos*
767198562D5F430...

Nome: Camila Carmona Hoyos

Dirección: Calle 50 B sur # 42 B 55 Urbanización Hojarasca

Envigado, Antioquia CO 055422

Telefone: 3136048878

Email Address: camilachoyos@gmail.com

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 10/10/2016          A: 06/10/2017

DocuSign Envelope ID: 7FD4A064-98A7-415F-828C-EC1C04D5F161

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: ECC70F84091647B...]*

Name: Camila de lima souza

Address: 2601 Frankford rd #506

Dallas, TX US 75287

Phone Number: 2147159340

Email Address: camilla_ferracini@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/07/2015     To: 06/07/2017

DocuSign Envelope ID: 179320EA-E28E-441D-A7E0-A465408DBADC

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Ckucuk* 72BC1D87111F4D8...

Name: Cansu Kucuk

Address: 39A Sumac Ct

Mt Laurel, NJ US 08054

Phone Number: 6098478382

Email Address: cancansucan@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/02/2012     To: 05/31/2013

DocuSign Envelope ID: 55BF910E-6B7A-4177-AED4-D1B6C2563720

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _Valeria H_
DocuSigned by:
2ACD374A3CBF4CE...

Nome: Carmen Valeria Holguín de la Rocha

Dirección: Cholula 6727

Chihuahua, Chihuahua MX 31100

Telefone: 0446141939323

Email Address: valee_holguin@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/18/2016     A: 12/18/2016

DocuSign Envelope ID: 09BA6935-2959-4C22-890D-0A785CCD3CA7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ Carolina [signature] 2C98BEB697B1471...

Name: Carolina Alvarez Zabala

Address: 3660 Tobas

Montevideo , Montevideo  UY 12000

Phone Number: 01159822157959

Email Address: Carolinaalvarezzabala@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/26/2013      To: 08/26/2014

DocuSign Envelope ID: A0F9EE23-14F8-4598-92CF-0240BF7E5950

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/16/2017

Signature:  *Carolina Diaz A*
964BB38F5D3E45D...

Name:  Carolina Diaz Alvarez

Address:  184 Jason Street

Arlington , MA US 02476

Phone Number:  7818596531

Email Address:  carolina.diazal@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/23/2017       To:  01/22/2019

DocuSign Envelope ID: 09DE12E0-E097-421F-B467-BEE50EEB99DF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *[DocuSigned by signature]* C019420E18834E7...

Name: Carolina Escobar Madrid

Address: 353 west end avenue

New york , NY US 10024

Phone Number: +573122926705

Email Address: caroesco94@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2016     To: 09/07/2017

DocuSign Envelope ID: CF168ECC-E72B-4FF1-8FAE-D959CB6FE667

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Carolina* 084630AC5BD3413...

Name: Carolina Muniz Rocha Cavalheiro

Address: 3111 4th St N

Arlington , VA US 22201

Phone Number: 5715511198

Email Address: Carolina.rochamuniz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2016         To: 08/14/2018

DocuSign Envelope ID: 6F2B9579-372E-46C5-B4EC-69FEF9FA8F20

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/05/2017     Assinatura: *caroline araujo maia*
DocuSigned by:
6A57EA905F5948C...

Nombre: CAROLINE ARAUJO MAIA

Endereço: SQS 307, Bloco D, Apto 105

Brasília, Distrito Federal BR 70354040

Teléfono: 61982066500

Email Address: maiaacarol@hotmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 09/10/2010     A: 01/10/2012

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 5FA9D3CF9CCC4A6...

Name: Caroline Rupp

Address: Biegenstraße 51

Marburg, Hessen DE 35037

Phone Number: +4901632015789

Email Address: caro-cey@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/24/2012    To: 07/24/2014

DocuSign Envelope ID: F4FF43B2-72FB-4E4A-911F-F1CF3CF5A6A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _C. Er_ (DocuSigned by: DCE6EF8FF3F64B0...)

Name: Catarina Erpenbeck

Address: Suesterstraße 45

Osnabrueck, Lower Saxony DE 49074

Phone Number: +491775928489

Email Address: catarina_erpenbeck@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/17/2014          To: 12/06/2015

DocuSign Envelope ID: F10333A7-67E9-43C1-93A2-69310238FDB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ 12F0A7940871463...

Name: Charlene Manyane

Address: 1200 Redwood st. Apt #F106

LAS VEGAS, NV US 89146

Phone Number: 7023276325

Email Address: Koketso.manyane1@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/06/2012     To: 05/05/2014

DocuSign Envelope ID: 1C5871C9-91EB-4F16-BCAE-8ADE2B9AE76F

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017          Signature: _[DocuSigned by signature]_ 1131A27C5F01461...

Name: Charley Knott

Address: Flat 8 whitegates , Stonegate Way

Heathfield, East Sussex GB TN21 8NW

Phone Number: 07768040104

Email Address: charleyknott1991@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/25/2010          To: 08/08/2011

DocuSign Envelope ID: 4C32AD83-1BD4-4BD5-BE3C-7048921EF64C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Clauson*
5B0EF4849C8A483...

Name: Charline Florence Clauson

Address: 109 Bergold Street

Brentwood , NY US 11717

Phone Number: 6316019790

Email Address: Clausoncharline@yahoo.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/31/2015     To: 03/15/2017

DocuSign Envelope ID: 1DD92649-0F4D-42C4-80F3-07F45A718624

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ B18889A09C854A9...

Name: Charlotte Marie Behets Wydemans

Address: Avenue des Combattants 11

Bousval , BE 1470

Phone Number: 0032477181372

Email Address: Charlottebehets@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/09/2010    To: 09/04/2012

DocuSign Envelope ID: 473D2B15-E3AF-449B-A5E7-58BFD47CE31A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Charlotte Uddfors*
DocuSigned by:
A70381DB77884DD...

Name: Charlotte Uddfors

Address: 90 Washington St apt 5F

New York, NY US 10006

Phone Number: 9177444575

Email Address: charlotteuddfors@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/14/2014          To: 06/15/2015

DocuSign Envelope ID: 219471BB-E670-4197-BE91-CCD45EB3FD48

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _(DocuSigned by)_ 1143C19D552D469...

Name: CHERN THENG

Address: 3/8 Lurg Ave

Sunshine North, VIC AU 3020

Phone Number: +61490682078

Email Address: jaye_lim819@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/07/2009     To: 07/06/2010

DocuSign Envelope ID: 679DFF55-93F2-46B4-A9B6-20C92625524F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/10/2017

Signature:  _Chilan Jauhar_ (DocuSigned by) 56708F1E35F942F...

Name:  Chilan Jauhar

Address:  Thomsons Vag 32b

Malmo,  SE 21372

Phone Number:  0706767205

Email Address:  Chilan.jauhar1@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/10/2014       To:  01/06/2016

DocuSign Envelope ID: A31E36C8-E3C2-427B-AA7A-902046893B38

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/09/2017

Signature: _DocuSigned by:_ 70FC5F490D0C4E7...

Name: Chloe farkas

Address: 17021 north bay road apt 909

Miami-Dade , FL US 33160

Phone Number: 7862083607

Email Address: Farkas.chloe@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/10/2010     To: 06/29/2011

DocuSign Envelope ID: 17B26645-0B78-4823-A47D-623051652DCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Chouzenoux Diane*
DocuSigned by:
57389EB24754447...

Name: Chouzenoux Diane

Address: 3 rue Maurice Prestaut

Rennes,  FR 35000

Phone Number: 0695392505

Email Address: d.chouzenoux@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/20/2012     To: 08/24/2014

DocuSign Envelope ID: 1B951C30-C356-424E-B577-82CACB770BA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017              Signature: *C. Moritz*
                                         E64E2C870C25403...

Name: Christina Moritz

Address: Parksee 18

         Schenefeld, DE 22869

Phone Number: 01737589898

Email Address: Tinamoritz92@aol.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/07/2013          To: 01/07/2014

DocuSign Envelope ID: 28A36A82-F50D-42DF-B684-B5B56DD5DE2E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Claire Duval*
DocuSigned by:
10E2CC58D4944F3...

Name: Claire Duval

Address: 3 rue du Four

CAEN,  FR 14000

Phone Number: 0033614661247

Email Address: claireelodieduval@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/07/2009     To: 07/20/2010

DocuSign Envelope ID: 5DE5102B-2E54-486D-866A-B12589E00BEA

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 69BB63A4F5A846F...

Name: Clarissa Botha

Address: 20 May Street

Krugersdorp North, Gauteng ZA 1734

Phone Number: 0798837708

Email Address: clarissabotha@ymail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/16/2016     To: 11/10/2016

DocuSign Envelope ID: CAA14B04-F914-4228-BD49-30405C5DC09D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* CFB786B579F94A0...

Name: Clarissa McLeod

Address: 2112 Bonnywood Lane

Silver Spring , MD US 20902

Phone Number: 2029997273

Email Address: clarissamcleod@aol.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/07/2009      To: 10/07/2011

DocuSign Envelope ID: 83E4B8DC-B704-44E8-A0DD-F119E22F7430

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Claudia Hübl*
DocuSigned by:
90AEF163842D472...

Name: Claudia Hübl

Address: Römerstraße 19

Baumgarten,  AT 3441

Phone Number: +4369919950802

Email Address: claudiahuebl@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/04/2014     To: 09/01/2015

DocuSign Envelope ID: 35F21DA6-D1F9-4D47-BA17-8D3DDB0B13CA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 44B4CAC57F8546B...

Name: Coline Junghans

Address: Margueritenstraße 24

Nordhorn, Niedersachsen DE 48527

Phone Number: 004915259689962

Email Address: c.junghans1@gmx.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2013     To: 12/26/2015

DocuSign Envelope ID: 0036A2AA-B46B-410E-A861-35BE41D133C1

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017

Firma: _[DocuSigned by: 3C6EC067B66B46E...]_

Nome: Cristina Becerra

Dirección: Cory Cory y Hernan Gonzales de Saa

Ibarra, Imbabura EC 100150

Telefone: 0998343679

Email Address: Titina7cris@hotmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 09/26/2016          A: 07/17/2017

DocuSign Envelope ID: 4128D68E-0E4C-4C81-82BB-9BC0721C9ABB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _[DocuSigned by signature]_ 805656C8F08E489...

Name: DA CUNHA

Address: 16 RUE DE MEUDON

BOULOGNE BILLANCOURT, HAUT DE SEINE FR 92100

Phone Number: 0647726866

Email Address: CEDRICK.DACUNHA@HOTMAIL.FR

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/08/2010        To: 06/24/2011

DocuSign Envelope ID: 9EAC1E4D-862F-41C9-8307-779C334EE921

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ A89A572858BA45F...

Name: Daligault Danae Chantal Axelle

Address: 93 allée saint hélier

RENNES, FR 35000

Phone Number: 0788772639

Email Address: danae.daligault@orange.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/23/2015     To: 03/23/2016

DocuSign Envelope ID: 8ED20756-9C1F-475B-B363-34B5D0FA1F15

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/11/2017

Signature:  *Dan Hanus*
DocuSigned by:
E2522F8DFF69428...

Name:  Dan Hanus

Address:  Hrncirska 1305/2

Decin, Decin CZ 40502

Phone Number:  +420739336090

Email Address:  hanus1dan@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  11/17/2015      To:  04/17/2016

DocuSign Envelope ID: 521B71E2-ACE4-4A37-9D96-1CE819592B91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Dandan He*
DocuSigned by:
C97E12C7808245D...

Name: dandan he

Address: 1134 west 11th avenue

vancouver, british columbia CA v6h1k3

Phone Number: 9086279518

Email Address: danielle75195@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/03/2016          To: 10/02/2017

DocuSign Envelope ID: AC4428B8-A6A6-464C-9DF6-75226E668152

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: 2E1EAC6ACA0546B...

Name: Daniela Huber

Address: Weinbergstrasse 20

Eisenberg,  AT 7474

Phone Number: 00436763254588

Email Address: D.huber@outlook.at

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2010     To: 08/15/2011

DocuSign Envelope ID: 97B66A11-373A-4BA2-8A24-F05C5B9374B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _[DocuSigned by: C. Rennda  64C16F48EA904C7...]_

Name: Daniela Renata Oros

Address: 35 Marlborough cresent

London,  GB W41HG

Phone Number: 7469886568

Email Address: soro.alaina1988@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/26/2011     To: 11/13/2013

DocuSign Envelope ID: 6C390FBA-8583-485B-B1D0-ACDA7CD12A73

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017

Firma: _DocuSigned by:_ Danna Sotelo
D62A24CBDD0E4E9...

Nome: Danna Carolina Sotelo Jimenez

Dirección: Calle 5 # 12- 35

San Agustín, Huila CO 472

Telefone: 3103168250

Email Address: dannitas10@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/28/2014          A: 03/14/2014

DocuSign Envelope ID: FCB85268-C031-45F2-BE69-554BB1BF8C58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DANNI SU_
DA2D44A168E144E...

Name: Danni Su

Address: 35-44 165th st

Flushing, NY US 11358

Phone Number: 9294267541

Email Address: 1317951497@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/05/2016     To: 12/12/2017

DocuSign Envelope ID: F2911A0F-ECD3-48D2-A971-B518EB4D625A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Daphne Marie Bichler*
C75AC673DBD3463...

Name: Daphne Marie Bichler

Address: 3309 N Kenmore Ave, Unit 1

Chicago , IL US 60657

Phone Number: 3127227548

Email Address: daphne.bichler@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2014     To: 09/15/2015

DocuSign Envelope ID: 5E1C2B5F-A00A-4D41-ACC0-BE7206BE9C33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017      Signature: _DocuSigned by:_ AA7A43B9A89A465...

Name: Dariia Andriienko

Address: 3Ac.Proscuri str., apt.96

Kharkiv , UA 19087

Phone Number: +380932728178

Email Address: Dariya.and@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/21/2015      To: 09/21/2017

DocuSign Envelope ID: EA68750A-0B04-432C-AD0E-9D3E1C824789

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 34C045AE44EB495...

Name: Dawn Avalon kloppers

Address: 12 lion street bokaap

Cape Town , Western cape  ZA 8001

Phone Number: 0840824116

Email Address: avalonkloppers@yahoo.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/11/2015      To: 10/18/2015

DocuSign Envelope ID: 29D299CD-FA62-4C7E-8B7A-D2CF49C7AEBE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Deleine Schutte (van der Merwe)*
DocuSigned by:
A885B0911E384DA...

Name: Deleine Schutte (van der Merwe)

Address: 1050 road 3, Allen's Nek

Roodepoort, Gauteng ZA 1709

Phone Number: 27814545883

Email Address: deleinedc@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/05/2010      To: 12/11/2012

DocuSign Envelope ID: A9C72AFD-DA06-47CB-9AFE-4DD7ED2D5FCE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_ 42411B7D82564AB...

Name: Delphine Bucheton

Address: 366 rue de la comtesse, Appartement 1

Saint Gervais les bains, Rhône Alpes q FR 74170

Phone Number: 685838982

Email Address: dbucheton@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2015          To: 08/03/2016

DocuSign Envelope ID: 36391ACE-AF9D-4C2E-8247-E55ED1433CE8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned signature: Delphine De Palma]_ 19F84C07878446B...

Name: Delphine De Palma

Address: 1524 Los Montes Drive

Burlingame, CA US 94010

Phone Number: 4088900783

Email Address: delphine.de.palma@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/25/2014     To: 07/24/2016

DocuSign Envelope ID: 99C1EA35-790E-4D3A-A727-AD9033C979E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by: Bayer / 77A666C76E3E4B6...)_

Name: Denise Bayer

Address: Wiener Str. 2

Stuttgart, Baden-Württemberg DE 70469

Phone Number: 017643885448

Email Address: denise.bayer2@hotmail.de

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/07/2013     To: 05/07/2014

DocuSign Envelope ID: 4818D9A6-9259-4F1E-813C-4FDBF31177C5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _DocuSigned by:_ 24994538EBBF4EA...

Name: Dennapha McKee

Address: 4504-11 Staffordshire

Wilmington , NC US 28412

Phone Number: 9105157706

Email Address: linnapha@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/16/2012     To: 04/11/2014

DocuSign Envelope ID: D46CD9DC-571A-4847-BEC0-002D1C35581C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by: D. Gerber 81E0BEE6B12946D..._

Name: Desiree Gerber

Address: Klauprechtstr. 16

Karlsruhe, Baden-Wuerttemberg DE 76137

Phone Number: +4915759633494

Email Address: desiree.gerber@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/01/2012     To: 02/01/2014

DocuSign Envelope ID: BDE0B5BE-3F6F-4559-BBC6-2A8BC4F8F7B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 1CA1F8B32551446...

Name: Diana C Patino Mendez

Address: 608 North Detroit Street

Los Angeles, CA US 90036

Phone Number: 3013168801

Email Address: caromendez_25@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/05/2014     To: 05/05/2016

DocuSign Envelope ID: 696A8AC1-8A8B-4C2A-8CCC-E1D3EE4C56F6

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _Diana C. García_
DocuSigned by:
3441FEDDF6BE41C...

Nome: Diana Carolina Garcia Zapata

Dirección: Calle 14N#11-28 apto. 302

Armenia, Quindío  CO 630001

Telefone: 3117599284

Email Address: Caritogar94@hotmail.es

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/15/2014          A: 12/15/2015

DocuSign Envelope ID: B0972021-7B78-4760-B173-7E635935EC9E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _Diana Katherine Fuentes Monroy_
DocuSigned by:
EB4BE1A9D65E457...

Name: Diana Katherine Fuentes Monroy

Address: carrera 2B # 42 A – 81

Tunja,  CO 150003

Phone Number: 3123795329

Email Address: kathe2503@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/03/2014    To: 08/03/2016

DocuSign Envelope ID: 49D06978-542C-44FC-AF84-2084471312AC

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/05/2017

Firma: *Diana Teresa Gonzalez Reyes*
DocuSigned by:
4AE7A849E4CA47D...

Nome: Diana Teresa Gonzalez Reyes

Dirección: 9 Crystal Spring Road

Chappaqua, NY US 10514

Telefone: 4152691640

Email Address: diana.gonrey@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/17/2016       A: 06/20/2017

DocuSign Envelope ID: AEF346C4-DA3E-407B-AB03-DCB08AF3C055

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned signature]* 01A2F2E1672D4C9...

Name: Dijana Kleinberg

Address: 1659 W Ogden Avenue

Chicago, IL US 60612

Phone Number: 8476504487

Email Address: dijanakleinberg@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012     To: 11/12/2014

DocuSign Envelope ID: 4A1B684C-5C18-4F23-938F-37A123683331

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 4594767F582643C...

Name: Divya Soma

Address: 11 benpol building railway street

Johannesburg , VA US 1507

Phone Number: 0725035544

Email Address: Dsoma253.ds@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/23/2015       To: 10/18/2017

DocuSign Envelope ID: 282C4D7F-DAF2-4D91-98CD-CA88BC2A28F4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *DocuSigned by:* Djagiela  965F2DC6F0AA499...

Name: DOMINIKA MARIA JAGIELA

Address: 171 highland ave

Newton , MA US 02465

Phone Number: 048535312429

Email Address: dominikajagiela@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2014          To: 09/14/2016

DocuSign Envelope ID: C59B6D4A-9269-4981-B8E9-4524FD96DE49

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _dorin moalem_
DocuSigned by:
B595284C294745E...

Name: dorin moalem

Address: campanello way 753

Brentwood, CA US 94513

Phone Number: 0556838717

Email Address: dorin_moalem@walla.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2016      To: 08/29/2017

DocuSign Envelope ID: 54D7120F-F0C9-48AB-B3C3-09A7094EC0EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *T. Heumann*
DocuSigned by:
C2780F8BAF90472...

Name: Doris Heumann

Address: Bahnhofstraße 19

Höchst, Hessen DE 64739

Phone Number: 04915175012863

Email Address: dorisheumann@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/09/2014   To: 09/09/2015

DocuSign Envelope ID: 3AD3389A-9055-4381-B4D6-A47D794EDDE5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _[DocuSigned by signature]_
79587A1776C94A8...

Name: Dorothee Clesse

Address: 11 Rue De Lancien Chateau

Fresnois La Montagne, France FR 54260

Phone Number: 0671679352

Email Address: clesse.dorothee07@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/14/2014     To: 10/29/2014

DocuSign Envelope ID: 6A75DF9B-50B0-46B7-8473-DBF1C18C17B4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/08/2017

Signature: *Duwelz Elodie Françoise Véronique*
B4B93F90F1C545C...

Name: Duwelz Elodie Françoise Véronique

Address: 42 rue, clement roassal

nice, FR 06000

Phone Number: +33661399223

Email Address: elodieduwelz@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009     To: 11/05/2010

DocuSign Envelope ID: 684B7BC7-E0FD-449B-B5DC-10456CE015EB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Eden yona*
D6FE7E62ACEC463...

Name: Eden yona

Address: Egoz

Rakefet, IL 2017500

Phone Number: 972547654221

Email Address: edenyona1105@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 06/12/2017

DocuSign Envelope ID: 44A018BF-354B-4D42-980A-EE7C934EA59C

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____11/03/2017_____          Firma: *Edy Maritza Bernal Huelgos*
                                                DocuSigned by:
                                                E6DFE96624C84C0...

Nome: _____Edy Maritza Bernal Huelgos_____

Dirección: _____Calle 57h sur # 66-50_____

_____Bogotá,  CO 1102231_____

Telefone: _____+5713462011_____

Email Address: _____engel_embh@hotmail.com_____

Patrocinador: _____Au Pair Care, Inc._____

Datas de participação no programa au pair:

De: _____02/10/2010_____     A: _____03/20/2012_____

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]*
6237B61A9E9048F...

Name: Eileen Lange

Address: Ludwig-Richter-Str.6

Bad Oeynhausen , Northrhine-Westphalia  DE 32549

Phone Number: +4917657760773

Email Address: Eileen_lange@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/17/2014     To: 03/17/2016

DocuSign Envelope ID: 7C9436ED-C546-43C4-BF01-3CF36C84133A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Elizabeth Gutierrez Sanchez_
DocuSigned by:
5F254AEF1359462...

Name: Elizabeth Gutierrez Sanchez

Address: Vivero del rey 127 Casa blanca

Aguascalientes , Aguascalientes MX 20297

Phone Number: 4495532097

Email Address: elizabeth-gutierrezs@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/15/2016     To: 06/09/2017

DocuSign Envelope ID: E9F607D1-062D-48EE-A7DD-A2EA7D7E02A6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Beth Morris*
E1FA586799D2488...

Name: Elizabeth Morris

Address: 8 Range Street

MOTHERWELL , Scotland GB ML2 7BT

Phone Number: +447534633505

Email Address: emorri23@googlemail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/23/2012     To: 10/12/2012

DocuSign Envelope ID: 40AED2D9-0C3E-435D-B4F7-26CA7B54E6F0

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Emilia Drewniak*
DocuSigned by:
C454509CA99F4F7...

Name: Emilia Drewniak

Address: Kamieńskiego 225a, 13

Wrocław, Poland PL 51-126

Phone Number: 792824035

Email Address: emilkadrewniak@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/18/2012          To: 07/16/2014

DocuSign Envelope ID: 5E3ADD0F-7BA8-4874-973D-EE2D2F33A47E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _[DocuSigned by] B08B16E51C1B4D4..._

Name: Emilija Kocareska

Address: Brakja Miladinovci 11

Ohrid, MK 6000

Phone Number: 0038978484190

Email Address: emka_oh@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/09/2012   To: 06/19/2013

DocuSign Envelope ID: 23770FC4-112C-424A-A65F-DD49AEF7EFF8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/06/2017

Signature: *Emily Rogers*
7F95B7CC5FD94A5...

Name: Emily Rogers

Address: 82 Copse Lane

Oxford, Oxfordshire GB OX3 0AT

Phone Number: +447706658895

Email Address: erogers07@qub.ac.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/10/2014   To: 02/11/2015

DocuSign Envelope ID: 8384667E-2F5A-4972-9CA9-9CDC8C0B4536

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *[DocuSigned by signature]* 0D88AF179AF24F4...

Name: Erika Dion

Address: 4 Winchester Drive

Kanata, Ontario  CA K2L2C9

Phone Number: 6133279901

Email Address: erikadion31@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/20/2014   To: 06/14/2016

DocuSign Envelope ID: 8A231150-02AE-4800-9C1D-CB84C22BCFE8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _11/11/2017_

Signature: _erika pamela gomez echeverry_
DocuSigned by:
5DA0657104FD4F7...

Name: _erika pamela gomez echeverry_

Address: _pedregal_

_Ibagué, Tolima CO 730001_

Phone Number: _3178956289_

Email Address: _pame0913@hotmail.com_

Sponsor: _Cultural Care Au Pair_

Dates in Au Pair Program:

From: _03/25/2014_   To: _03/25/2015_

DocuSign Envelope ID: 0A8C4569-BCE3-4F69-A536-DDB75167A6EF

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _DocuSigned by:_ Estefany
DBDD4C63675D46C...

Nome: Estefany Julieth urrutia barletta

Dirección: Av. Santander Marbella Edif. Mar del Norte

Cartagena, Bolivar CO 130002

Telefone: +573012916075

Email Address: Eub_420@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/14/2015     A: 03/15/2017

DocuSign Envelope ID: C14C2D67-4C77-43F0-9C94-804287E68523

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/03/2017

Signature: *Eunhee Seo*
DocuSigned by:
1F14BDE40F284CC...

Name: Eunhee Seo

Address: Yeosul 3 gil 29

Pyeongtaek , Gyeonggi KR 17955

Phone Number: +821041269774

Email Address: eunhee0725@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/02/2014       To: 06/01/2016

DocuSign Envelope ID: B30FA202-D91C-4EF9-8232-7D3A4DE53931

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 646077808687415...

Name: Eva Maria Reimann

Address: Unterer Rainweg

Fuellinsdorf, AG CH 4414

Phone Number: 0041786282163

Email Address: evareimann@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/02/2010     To: 08/02/2011

DocuSign Envelope ID: D8B2C56E-8715-4794-ADB2-6D0299BE8D69

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017                    Signature: *[DocuSigned by signature]* 0524F55FB586485...

Name: Evelyn Kareen Hooge

Address: Birkenweg 4

Rahden , Nordrhein-Westfalen  DE 32369

Phone Number: 00491734689630

Email Address: Ev_ii@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/13/2014          To: 10/13/2016

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by: signature] 9DDEB2F73A774B1..._

Name: Ewelina Zaranek

Address: Brzechwy 12

Ryglice, Malopolskie PL 33-160

Phone Number: +48796854276

Email Address: zaranek.ewelina@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015     To: 10/04/2017

DocuSign Envelope ID: B3A9EDA3-6912-41AC-BB16-9D39AB95D532

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Fabiana Caldas Ubben*
DocuSigned by:
1FC3D4D97C3640D...

Name: Fabiana Caldas Ubben

Address: 9941 Anthem County St

Las Vegas, NV US 89178

Phone Number: 7023399193

Email Address: fabianaubben@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/08/2008          To: 07/05/2010

DocuSign Envelope ID: B255F94C-2AB1-498E-86A6-D35F94AD7E63

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Fang Lu*
7585A1CE8F994E1...

Name: Fang Lu

Address: 2010 Aquamarine Terrace

Silver Spring, MD US 20904

Phone Number: 3013380144

Email Address: fanalu27@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2013     To: 07/29/2014

DocuSign Envelope ID: 719B8FC1-B485-422B-8473-3FC479DE1182

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 9AD1EFF879314D2...

Name: Fanny heraut

Address: 19 rue auguste simondon

Brignais, FR 69530

Phone Number: +33651826784

Email Address: fanny.heraut@free.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/15/2015     To: 11/15/2016

DocuSign Envelope ID: E0567F9E-85F3-4AA9-B766-78B58E836CE2

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *fenglan yu*
DocuSigned by:
61B86D135D13421...

Name: fenglan yu

Address: 175 coolidge hill rd

Cambridge, MA US 02138

Phone Number: 6503195664

Email Address: Scarlett.fl.yu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017     To: 01/08/2019

DocuSign Envelope ID: EC7FBCDD-94A9-4689-A931-91F7A2EF6404

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Fernanda Casalle*
DocuSigned by:
8D58EDB22134458...

Name: Fernanda Casalle

Address: Avenida Barroso, 1758

Araraquara, São Paulo BR 14801160

Phone Number: 16981813045

Email Address: fernandacasalle@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/23/2009    To: 04/09/2011

DocuSign Envelope ID: 149E66EF-36A2-419B-923A-370FEAC112A6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_ 618632A1516B4A5...

Name: Fezokuhle Myeza

Address: 5317 Montrose Drive

Dallas, TX US 75209

Phone Number: 9728228922

Email Address: fezayo.m@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/18/2016    To: 04/17/2017

DocuSign Envelope ID: C812B951-C9E2-4F34-BCF8-D11845269679

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DocuSigned by:_ D833597513AE406...

Name: FRANCOIS Heloise

Address: 8 route de la Croix

St Meloir des Ondes,  FR 35350

Phone Number: 33648709710

Email Address: helo.frc@live.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/13/2013

To: 08/04/2014

DocuSign Envelope ID: A924B3E2-9DE0-45E3-9255-BB49044D1BCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Frida Viola Grundstrom*
DocuSigned by:
1011131753064C6...

Name: Frida Viola Grundstrom

Address: Riddargatan 68

Stockholm,  SE 11457

Phone Number: 762243253

Email Address: fridagrundstrom@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009    To: 11/05/2010

DocuSign Envelope ID: 7626EFE9-43B1-4DAD-B5FA-0C6C2694AFFD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Gabrielle Mir-Hosseini*
B601B856A7E0441...

Name: Gabrielle Mir-Hosseini

Address: 1 High Street, Standstead Abbotts, The Red Lion Pub

Ware, Hertfordshire GB SG12 8AA

Phone Number: +447477040040

Email Address: gabrielle.mir@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/21/2013    To: 10/21/2014

DocuSign Envelope ID: 9C026AF1-49BE-4E32-A286-9D46E35248AB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[signature]_ 5DE680BD0F01402...

Name: Gaelle Lopez

Address: 2518 Frisby Avenue Apt 6E

Bronx , NY US 10461

Phone Number: 13479071233

Email Address: Glpz@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/16/2012      To: 05/15/2014

DocuSign Envelope ID: FE6ED18E-49EA-417F-A9C6-A61F6C381F9C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017                              Signature: *[DocuSigned by: G M A  BD4C8DC2B6974C6...]*

Name: Gamzé Alkan

Address: 405 Broadway Apt 3F

Brooklyn , NY US 11211

Phone Number: 9175626163

Email Address: Gmzlkn@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/01/2010                    To: 04/01/2010

DocuSign Envelope ID: AA0DC6A3-32C4-4772-B975-9CD770BC8EEB

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017          Assinatura: _DocuSigned by: Gerson_ 996811687FE148C...

Nombre: Gerson Davi da Silva Braga

Endereço: 10039 Malcolm Ave

Los Angeles , CA US 90064

Teléfono: 3108716876

Email Address: gerson_davi@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 08/01/2016          A: 07/31/2018

DocuSign Envelope ID: FEEA517E-760D-4A9F-A00A-91695AB93E9F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_ AC80E13C96F84E0...

Name: Gibiino elena

Address: 1529 E Alder St

Seattle, WA US 98122

Phone Number: 0684253241

Email Address: Elenagibiino@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/12/2011      To: 11/14/2011

DocuSign Envelope ID: 3F20C85E-2AF4-487F-B5E5-BFECED97F149

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/03/2017

Firma: *Gina Maritza Alfonso Merlo*
B0931AD8C24541C...

Nome: Gina Maritza Alfonso Merlo

Dirección: 121 Sandy Valley Road

Dedham, MA US 02026

Telefone: 7814360120

Email Address: ginaalfonso@outlook.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/02/2012     A: 04/02/2014

DocuSign Envelope ID: 1149C102-FDA8-4A33-B29D-6C08DCC37049

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Giovana Cristina Chaves Bruno*
DocuSigned by:
8B5AA0A9559B471...

Name: Giovana Cristina Chaves Bruno

Address: Rua Joaquim Nabuco,147, apto 94

Sao Bernardo do Campo, Sao Paulo BR 09720375

Phone Number: 11972237038

Email Address: giovanaccbruno@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/01/2015         To: 11/01/2017

DocuSign Envelope ID: B34378FA-94E6-4833-9002-13F9658CA567

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017

Assinatura: _DocuSigned by:_ Giovana
48E23886B47C48C...

Nombre: Giovana klein gunnewiek xavier

Endereço: 328 de anza ave

san carlos, CA US 94070

Teléfono: 6503814636

Email Address: Gih.xavier@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/03/2016

A: 09/28/2018

DocuSign Envelope ID: 9860BB92-1E46-4A2B-B36A-4DE1D7EE69F8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Giulia Catani*
DocuSigned by:
3C20B764C1384E6...

Name: Giulia Catani

Address: 77 Palmer Avenue

Staten Island, NY US 10302

Phone Number: 5184284789

Email Address: gcat5@hotmail.it

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/01/2013     To: 04/01/2014

DocuSign Envelope ID: 8A8914B3-4334-4E48-801A-1069AC3DD651

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Gladys Guilbaud*
EE7AE60310A6494...

Name: Gladys Guilbaud

Address: 1 rue de la filature apt 119

la Rochelle, FR 17000

Phone Number: +33647138434

Email Address: gladys.guilbaud@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/16/2012     To: 10/11/2012

DocuSign Envelope ID: F089309E-4BF3-43DF-8D41-045A4DB89C06

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Grace Catherine Bendell*
E1E2FC092ABD45D...

Name: Grace Catherine Bendell

Address: 76 calcutta st khandallah

Wellington , NZ 6035

Phone Number: 640274865727

Email Address: Gbendell9@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/10/2015     To: 09/09/2016

DocuSign Envelope ID: F7B30866-D732-4D38-9DF2-9390A7E2586A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ DCB46C0A52EF422...

Name: Grare Marine

Address: 9 rue pierre delmas

Hellemmes, Nord FR 59260

Phone Number: +33769945964

Email Address: Marine0203@live.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015     To: 01/04/2017

DocuSign Envelope ID: 756611AE-E224-411C-B412-D08923EF7677

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Grecia Alarcón Rodríguez*
DocuSigned by:
72F8BC474FAB4F5...

Name: Grecia Alarcón Rodríguez

Address: Emilio Portes Gil 201

El Mante, Tamaulipas  MX 89830

Phone Number: +5215511775921

Email Address: greealarcon@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/23/2014          To: 11/25/2014

DocuSign Envelope ID: 1E7B66F5-7706-4E86-9565-AFC9ABCC9C5B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[DocuSigned by signature]* 4D2E8F02EA1C426...

Name: Hanan Jelassi

Address: 1 route des aresquiers

Vic la Gardiole, FR 34110

Phone Number: +33782922098

Email Address: hanene94@outlook.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/13/2009   To: 10/06/2009

DocuSign Envelope ID: 9CFF8A15-6CB9-465E-8755-A347E206A33E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ F6AAA04AAB224DD...

Name: Hang You

Address: 315 E Broadway Apt 303

San Gabriel, CA US 91776

Phone Number: 9099537888

Email Address: happy20015@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/03/2008     To: 11/30/2010

DocuSign Envelope ID: 960B99F0-FBB9-4D56-913A-793F0C3947B7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _[signature]_ C15DA1A74279485...

Name: Hanna Nissilae

Address: Mustikkatie 6

Masku, FI 21250

Phone Number: +358504420599

Email Address: nisshanna97@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2016    To: 08/23/2017

DocuSign Envelope ID: 793E827E-35CD-4898-A482-9E1B55B88516

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Hannah Grace Amy Graham*
FAD8A53DBA86455...

Name: Hannah Grace Amy Graham

Address: 809a Sebastian Bend

Pflugerville, TX US 78660

Phone Number: 5129554041

Email Address: hga.graham@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2012          To: 12/27/2014

DocuSign Envelope ID: 7A491E6E-3960-4296-94A9-7D0C680E66F3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *หทัยชนก เพ็ชรัน*
6611B375F0944F9...

Name: Hathaichanok Petchpun

Address: 3100 SE168th Ave APT180

Vancouver , WA US 98683

Phone Number: 2023402002

Email Address: aupairbazz@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/25/2013     To: 08/08/2014

DocuSign Envelope ID: 1B68654A-AE9A-4416-AD49-0C553F7971ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by signature)_ 599199FD1F2A43E...

Name: Heini Merikallio

Address: Tuukkalantie 15 D 104

Helsinki,  FI 00940

Phone Number: +358503311868

Email Address: hmerikallio@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/11/2008          To: 07/20/2010

DocuSign Envelope ID: A3B2BADB-6618-4978-B1B7-D1A35AF0DF5D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature:

DocuSigned by:

4C9F4B1A4356454...

Name: Helene Ithier

Address: 47 Caburn Heights, Southgate

Crawley,  GB RH11 8QX

Phone Number: 33678356500

Email Address: helene.ithier@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2009     To: 08/10/2010

DocuSign Envelope ID: 84007557-07C1-4F2B-A73B-924911587A74

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Hermine Gabrielle Marie Annie Dupin*
BEFC82AF853945B...

Name: Hermine Gabrielle Marie Annie Dupin

Address: 7 rue Beausoleil

Clermont-Ferrand,  FR 63100

Phone Number: +33676116853

Email Address: hermine.dupin@orange.fr

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 08/28/2016     To: 07/03/2017

DocuSign Envelope ID: 93CDD7B9-AB50-4959-82EB-FB6E0755FA06

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *H. K. Wright*
DocuSigned by:
1BE0777C1EFB402...

Name: Hiznik Kurt-Wright

Address: 2324 Campus Way North

Bowie , MD US 20721

Phone Number: 2027254901

Email Address: hiznik_k@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2015     To: 08/09/2017

DocuSign Envelope ID: 428EF76E-5BA2-478F-B70A-6F59A9825EF0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned signature]* B25BF54A4F66490...

Name: Holly Beth Pratt

Address: 1319 W. 6th Ave, Apt 10

Spokane, WA US 99204

Phone Number: 6052522998

Email Address: Hollypolly2@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/05/2013     To: 08/05/2014

DocuSign Envelope ID: B03355F6-6CFF-4450-93CD-1B95518878FB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 886D4A4EB3BB47C...

Name: Hui Wang Kong

Address: 151 Mangels St

San Francisco, CA US 94131

Phone Number: 4155594650

Email Address: anna8guai@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/03/2015     To: 02/22/2017

DocuSign Envelope ID: D4626F1E-B48D-4BBF-BA02-715B8EA7EBF5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 40C5E4F33E5F409...

Name: Iana Lunova

Address: Mayorova 7 street

Kyiv , UA 04201

Phone Number: 380969008108

Email Address: iana.lunova@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/10/2011     To: 12/27/2012

DocuSign Envelope ID: D10C9AE9-65B5-4595-B134-9887FE0201D0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Ida Karlsson Öst_
C30B19354133476...

Name: Ida Karlsson Öst

Address: Östadkulle Furulund 10

Alingsås, SE 44192

Phone Number: +46738394055

Email Address: idaj.carlsson@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/08/2016     To: 09/08/2017

DocuSign Envelope ID: CD76DAEF-BBCF-4FCC-8764-A85EE67665FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Indira Dauzaimovic*
DocuSigned by:
546CE75CBCFF41E...

Name: Indira Dauzaimovic

Address: Jurija Gagarina 166a/8

Belgrade, Novi Beograd RS 11070

Phone Number: +381641286079

Email Address: indira0070@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/16/2013      To: 01/16/2015

DocuSign Envelope ID: 186A3230-5164-4639-B3BE-7DD24C4516EC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Indra Sinnathurai Kandasamy*
DocuSigned by:
8C0552B4CF57413...

Name: Indra Sinnathurai Kandasamy

Address: 164 rue Edouard Vaillant

Bondy,  FR 93140

Phone Number: +33610585130

Email Address: indra35@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/26/2015      To: 11/03/2015

DocuSign Envelope ID: 9D95A1DA-4762-4B29-8BCF-57D01D7B5066

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Inti Denise Escalante*
DocuSigned by:
2D3654D5BB5F488...

Name: Inti Denise Escalante

Address: Via Palazzo di Giustizia n15

Biella, Piemonte IT 13900

Phone Number: +447947479038

Email Address: intidenise@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2016       To: 06/09/2017

DocuSign Envelope ID: 30D6E926-C230-4CA7-82B1-0C4942020E0D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ /s/ Iryna Forkun
3D195C28CBAB44D...

Name: Iryna Forkun

Address: 10422, Willow Crest Ct

Vienna, VA US 22182

Phone Number: 3016557180

Email Address: irinaforkun@gmail.con

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2016     To: 09/12/2018

DocuSign Envelope ID: 0345279E-2B9C-4225-A89D-24399B52D044

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/08/2017          Firma: *[firma]* 9006B5B7FE7940D...

Nome: Isabel Cristina Avila Garcia

Dirección: Cra 48#150a-31

Bogota, Cundinamarca CO 472

Telefone: 3222176267

Email Address: Bela_403@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/25/2011          A: 11/09/2012

DocuSign Envelope ID: A9771FE0-2376-4EFC-8AB3-8E71F2EB7E37

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/13/2017

Firma: *Isabel Madrigal Vargas*
A6DA54BFB5E14FF...

Nome: Isabel Madrigal Vargas

Dirección: Cll 17 # 37A 135

Medellin, Antioquia CO 050022

Telefone: +573148960481

Email Address: isa_madrigal@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/25/2014          A: 08/26/2015

DocuSign Envelope ID: 47F76C33-540D-4A44-A8E5-276EE0761439

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ [signature] A99949A9B04F4C4...

Name: Isabel Trouw

Address: Glazenierslaan 33

De meern, Utrecht NL 11385

Phone Number: +31640760317

Email Address: Isabelx95@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016     To: 08/11/2017

DocuSign Envelope ID: 51EBEDC1-37BE-4D5F-86DE-05F408D53C07

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Iuliia Sorokina*
DocuSigned by:
7A527B4450BC451...

Name: Iuliia Sorokina

Address: Moo 4

Phuket,  TH 83150

Phone Number: +66937470098

Email Address: yulya_ecole@mail.ru

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/31/2010      To: 08/31/2012

DocuSign Envelope ID: 9797800F-92A7-4B99-A40E-AE3267204C6D

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017          Assinatura: _Izabella_ (DocuSigned by: 063E7178460D4C0...)

Nombre: Izabella Silva do Espírito Santo

Endereço: Gilberto Porto 944

Belo Horizonte , Minas Gerais  BR 30510170

Teléfono: 31989723588

Email Address: belardineles@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 07/05/2016          A: 07/04/2017

DocuSign Envelope ID: 5567B794-4009-4BF8-B342-01A73E1C8ACE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Labaiová*
923A59A6E944435...

Name: Jana Labaiová

Address: Jilemnického 16

Stupava, Slovakia SK 90031

Phone Number: +421905993418

Email Address: jlabaiova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/17/2014      To: 11/13/2016

DocuSign Envelope ID: B2CEE6CE-13F9-4129-B1FA-C74422278A73

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: 679E51CD0CA0448...

Name: Janela Bunke

Address: 263 W 112th Street

Manhattan, NY US 10026

Phone Number: 407

Email Address: Janelabun@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2016     To: 10/10/2017

DocuSign Envelope ID: C1B9D4FD-9FA5-46D3-8650-CB65F2BBF378

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 62397FB6F5CD4A4...

Name: Janice Normore

Address: 140 A Sherwood Drive

Hinton , Alberta CA T7V 1P6

Phone Number: 7095720845

Email Address: janice_normore@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/18/2009      To: 08/13/2010

DocuSign Envelope ID: 57273D7C-FD75-40B7-8A29-E748FF57DA3D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Janine Hartkopf*
DocuSigned by:
DFDC93C671954DB...

Name: Janine Hartkopf

Address: Theodorstraße, 8

Gelsenkirchen, Nordrhein Westfalia DE 45889

Phone Number: 209497275

Email Address: janinehrtkpf@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2013     To: 02/15/2014

DocuSign Envelope ID: 0B012735-5279-4A99-BEF5-9297A318D865

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____11/11/2017_____          Firma: _____

Nome: _____Jazmin Bautista Huerta_____

Dirección: _____1906 w Cambridge ave_____

_____Phoenix, AZ US 85009_____

Telefone: _____7202668910_____

Email Address: _____jazmin_250991@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____06/09/2014_____          A: _____06/09/2016_____

DocuSign Envelope ID: 11D87F15-956F-4013-8F9F-8F81FF58F155

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Jelena Lemajic_ (DocuSigned by: 9094BBABBF7F462...)

Name: Jelena Lemajic

Address: 3650 1st Ave, #103

San Diego, CA US 92103

Phone Number: 4259564330

Email Address: Jelena.ns85@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/21/2012   To: 05/21/2014

DocuSign Envelope ID: F0C98576-D13F-4B5E-A3D8-83D724A89A88

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _DocuSigned by:_ CB21A8E1B3D742C...

Name: Jelica Petrovic

Address: 959 Gayley Ave, Apt 18

Los Angeles, CA US 90024

Phone Number: 8189645395

Email Address: Petrovic.jej@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/09/2012          To: 01/09/2014

DocuSign Envelope ID: 0BDBB2C5-5692-42B7-873B-DCF20042B442

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* ACA4C3EE62F14A7...

Name: Jemma-lee Karasac

Address: 28/1-13 chase close

Underwood, QLD AU 4119

Phone Number: +61421113835

Email Address: Jkarasac@yahoo.com.au

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/02/2015   To: 06/27/2015

DocuSign Envelope ID: 09443A8D-E422-4785-84B2-2213E485BE79

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ A21E2ECA44AE423...

Name: Jennifer Croze

Address: 40 impasse Adrien marquet

St julien de peyrolas, France FR 30760

Phone Number: 0466821015

Email Address: jenni30@orange.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/12/2012     To: 08/06/2013

DocuSign Envelope ID: 0C3915BB-EA2B-46DB-94A0-A4871690BDBD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _[DocuSigned by: Jennifer — 28542C6E37A542C...]_

Name: JENNIFER FRAILE PERAL

Address: LOGROÑO 1

ALCORCON, MADRID ES 28922

Phone Number: 0034680729095

Email Address: jenifer_fraile1991@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/29/2016       To: 08/24/2017

DocuSign Envelope ID: 74311808-BFBA-4F3B-926E-5B453B671A75

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/09/2017

Signature: *Jessica Demir*
DocuSigned by:
7ABFF20B3F394E7...

Name: Jessica Demir

Address: 14006 Manor Rd

Phoenix , MD US 21131

Phone Number: 0034658696893

Email Address: jessicademir@yahoo.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/09/2010     To: 04/29/2011

DocuSign Envelope ID: 6D40E8D8-AF9F-4EA7-A628-8C55C7672A0A

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017                       Firma: _[DocuSigned by]_ 18585DB9E35D4CD...

Nome: Jessica Paola González Cervantes

Dirección: Ret 1 de Omega 700-4 Romero de Terreros

Ciudad de México, Coyoacán MX 04310

Telefone: 5562167012

Email Address: jessicagc87@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/02/2013                    A: 08/15/2014

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Jia Chun Lily Peng Jones*
BC672A14A18F4B5...

Name: Jia Chiun Lily Peng Jones

Address: 1676 Maple Ave unit 4

Solvang, CA US 93463

Phone Number: 8052454659

Email Address: lilypon36@hotmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 02/01/2013          To: 02/21/2014

DocuSign Envelope ID: 2D2B267B-F8D0-4322-80A9-1EC1478DCA90

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ jio 2BE07834AACD4D7...

Name: Jia Park

Address: 102-511, 39, Jincheon-ro 4-gil, Dalseo-gu

Daegu,  KR 42800

Phone Number: +821022200456

Email Address: bakjia0203@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 05/12/2017

DocuSign Envelope ID: 5AEB5B34-3BA0-434E-82EA-0BA0015D8CA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *Jihye Lee*
DocuSigned by:
B1B9767B7490454...

Name: Jihye Lee

Address: 103-203, 90, Beonhwa 2-ro

Gimhae-si, Gyeongsangnam-do KR 50984

Phone Number: +821041232222

Email Address: pink_kandy@naver.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/10/2012          To: 02/27/2014

DocuSign Envelope ID: DB91D515-C724-4F3D-80B3-E7DC9C22CD6E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 51E954D7C91D4BE...

Name: Jinfeng Chen

Address: Room 601, Xiangyi South District, Xiashi Street

Jiaxing,  CN I

Phone Number: +8613185321899

Email Address: 278432768@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/16/2016      To: 10/16/2017

DocuSign Envelope ID: BE0022CA-CD04-4D5C-8674-BB40ACECD122

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *[signature]* DocuSigned by: 1A3636CB2096415...

Name: Jiwon Kim

Address: Bennigsenstraße 46

Hamburg, Hamburg DE 21073

Phone Number: 4917682375601

Email Address: jiwonyvonnekim@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/05/2012   To: 03/05/2014

DocuSign Envelope ID: F8D1879E-F109-41C6-823D-8BDC8C5D90EC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Joakim Micael Karlsson*
DocuSigned by:
65BF07308285486...

Name: Joakim Micael Karlsson

Address: Hedåsgatan 14A

Göteborg, SE 41253

Phone Number: +46730222095

Email Address: lillisss@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/16/2009      To: 11/13/2010

DocuSign Envelope ID: E25AD9CB-C97C-4749-9D5D-0E58277FAFE3

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ Schaugg 111BC2BB8A154B2...

Name: Johanna Schaugg

Address: Kitzenwiesenweg 8

Friedrichshafen, DE 88046

Phone Number: 015116752781

Email Address: Johannaschaugg@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2016    To: 09/06/2017

DocuSign Envelope ID: C7AD4879-14C1-4D7C-9E57-95CC763CCBD9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Johan Fisch*
02E97C8840D34CE...

Name: Johanna styrman

Address: 4366 argyle terrace

Washington dc , DC US 20011

Phone Number: +46725367792

Email Address: Styyrmaan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/19/2016        To: 09/19/2017

DocuSign Envelope ID: 92CA8CA1-4369-4760-A763-664B122F3580

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *[DocuSigned by signature]* 944645AB2D32488...

Name: Jonathan Russek

Address: Manzeller Straße 30

Friedrichshafen, Baden-Württemberg  DE 88045

Phone Number: 4915756523254

Email Address: meinarztraucht@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2015          To: 07/13/2016

DocuSign Envelope ID: E0CD6A94-6CAA-42DA-BEE1-87EF4E9C6CDB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Jonathan Serre*
DocuSigned by:
8AAD7F0B39F6476...

Name: Jonathan Serre

Address: Darlingstraat 999

Amsterdam,  NL 1102MX

Phone Number: 0033620717810

Email Address: jonathan.serre86@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/27/2012          To: 02/28/2014

DocuSign Envelope ID: 7DE84E0F-034D-45B0-9DC3-86AD7AD04CD5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ [signature] 238E223B2A65412...

Name: Jordyn Jade Funnell

Address: 11 Taynish ave

Camden , New South Wales  AU 2570

Phone Number: 0410896761

Email Address: Jordynfunn@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014     To: 08/25/2016

DocuSign Envelope ID: AC313C82-D412-4D00-B582-5E5E03AB8879

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017     Firma: _DocuSigned by: 7599AB593BE440D..._

Nome: José Carlos Gutiérrez Sanchez

Dirección: Juanescutia #18 ,San Simón ticumac

Mexico, Ciudad de Mexico MX 03660

Telefone: ☐954 299 4226☐

Email Address: Kaiser_jc_321@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/24/2014     A: 11/03/2015

DocuSign Envelope ID: 41CB45AF-D3A8-4716-BE62-BC5D37E190DC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by: AB99861CF2234AD...)_

Name: Josephine Lang

Address: 2829 Hillside Drive

Burlingame, CA US 94010

Phone Number: 6504315776

Email Address: Josie@ace-bowling.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2017     To: 01/03/2018

DocuSign Envelope ID: C3A8B0DA-3EDF-4F10-ACD7-8463AC26BE33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/14/2017            Signature: _[DocuSigned by signature: C21BC4C18110419...]_

Name:  Josephine Ronja Maria Jansson

Address:  Tellusgatan 9

Jönköping,  SE 55462

Phone Number: +46702986694

Email Address:  josephine.jansson@hotmail.com

Sponsor:  Expert Au Pair

Dates in Au Pair Program:

From:  09/12/2011        To:  05/28/2012

DocuSign Envelope ID: D0045E1B-5CED-4D5F-A84D-15D36B500EFF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *[DocuSigned by signature: 82C7CFC1365F446...]*

Name: Juan Zhang

Address: 196-29 Huichezhan Rd.

Duyun, WY CN 558000

Phone Number: 8613381603997

Email Address: zhang_juane@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/18/2016

To: 08/04/2017

DocuSign Envelope ID: 5DD394CA-DFC4-4DDD-AEF5-C10E819A6E58

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *J. Freynhagen*
F93F2B4F17D14E5...

Name: Julia Freynhagen

Address: 844 California Ave West

Saint Paul, MN US 55117

Phone Number: (612) 250-3032

Email Address: juliafreynhagen@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2016     To: 05/15/2018

DocuSign Envelope ID: E54A39DE-6A3C-40B2-AFF7-251A67F15B60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Hermann_ (DocuSigned by: 2C263DADA9BA448...)

Name: Julia Hermann

Address: Teupesstrasse 42

Monchengladbach, DE 41065

Phone Number: 015734205620

Email Address: Juliaa.hermann@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/21/2015     To: 06/20/2017

DocuSign Envelope ID: 792A1409-FA22-4CB6-AD28-7DEEA0365E8D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_
1CBF72F453764FB...

Name: Julia Miller

Address: 4245 Stanley blvd. Apt.4

Pleasanton, CA US 94566

Phone Number: 9256056085

Email Address: julia.kreutzer@yahoo.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/10/2010     To: 10/10/2012

DocuSign Envelope ID: B0B6A07E-C305-4F36-9D53-749C955020D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *J. N*
16FC0AABCDA444B...

Name: Julia Nicklisch

Address: Dorfstraße 14B

Kroppen, Brandenburg  DE 01945

Phone Number: +4935755767

Email Address: juli-nick@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016       To: 09/13/2017

DocuSign Envelope ID: 76CFBCD1-0F33-4578-AFB8-0A4AACAEDD7F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *J. Reimann*
DocuSigned by:
607BA9F487C0481...

Name: Julia ReimNn

Address: 1750 Forest View Avenue

Hillsborough, CA US 94010

Phone Number: 6507661741

Email Address: julia.reimann@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/27/2017     To: 08/27/2018

DocuSign Envelope ID: EB4EEC92-9EF0-4598-9039-81AEBA9B9F43

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: Stanger, E87127DDE07E4D4...]*

Name: Julia Sabrina Stanger

Address: Im Grübchen 23

Idar-Oberstein, DE 55743

Phone Number: 4915151664464

Email Address: stangerjulia@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/26/2015      To: 02/25/2017

DocuSign Envelope ID: 2853077B-CAF1-420F-A050-8A628CBFF3A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ AEFFA8293557481...

Name: Julia Wagner

Address: Eppenhainerstrasse 1

Bremen, Bremen DE 28307

Phone Number: 00142184735473

Email Address: diana-julia@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/10/2008          To: 09/09/2010

DocuSign Envelope ID: C3975F96-97BD-443E-B858-2B7851FD5289

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: *JULIAN OCTAVIO GRIVEL CASTRO*
DocuSigned by:
8A548AA20FD54AE...

Nome: JULIAN OCTAVIO GRIVEL CASTRO

Dirección: MT OLYMPUS 3986

SALT LAKE CITY, UT US 84124

Telefone: 0446681937254

Email Address: jgrivel@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 04/08/2013          A: 04/08/2014

DocuSign Envelope ID: 038F975B-71ED-4E53-8907-65994FD0607D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 20F1A90985DD44D...

Name: Juliana Hernández

Address: 3345 Clairemont Dr, 3

San Diego, CA US 92117

Phone Number: 5037809822

Email Address: Jayhdeza@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/04/2015          To: 09/01/2017

DocuSign Envelope ID: CE5D61C2-3A69-4FF3-BA54-C20AEC645EBA

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _____11/11/2017_____     Assinatura:   *JULIANA S TARABAL*
                                                  DocuSigned by:
                                                  0E587078CF9B4CE...

Nombre: _____JULIANA S TARABAL_____

Endereço: _____rua cambocica, 28_____

_____Rio de Janeiro, RIO DE JANEIRO BR 23028280_____

Teléfono: _____2135514710_____

Email Address: _____jutarabal@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Fechas de participación en el programa au pair:

De: _____02/16/2014_____     A: _____01/20/2016_____

DocuSign Envelope ID: E4BFC7BF-A965-4BB9-B873-6CD472A97E3B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ F708DD41998541D...

Name: Julie prachantry

Address: 19 rue neuve

Lieusaint ,  FR 77127

Phone Number: 0769477375

Email Address: J.prachantry@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/17/2014     To: 12/20/2014

DocuSign Envelope ID: AF462B89-306F-4C55-A4C6-EC74D0C7C02B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Julien GAULT*
DocuSigned by:
C3119AB147AE47C...

Name: Julien GAULT

Address: 6 Rue Varet

Paris,  FR 75015

Phone Number: +33789466216

Email Address: gaultjulien@me.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2014    To: 07/06/2015

DocuSign Envelope ID: E7D1D60C-2735-4308-8B19-94F65CF6F2E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 684A0B79AB95443...

Name: Julien Kibler

Address: 2824 Las Campanas Drive

Farmers branch , TX US 75234

Phone Number: 2147383639

Email Address: Julien.k@live.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2009        To: 07/29/2011