# Exhibit B, Part 2

DocuSign Envelope ID: 75D1956D-513A-4D96-AB7D-2DD8F68DE988

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *K. Hutchinson*
DocuSigned by:
CE5F3861C0E9459...

Name: Kadian Hutchinson

Address: 912 east 226th Street Apt. B1

Bronx , NY US 10466

Phone Number: 9293989140

Email Address: hutchinson_kadian@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2015      To: 08/23/2016

DocuSign Envelope ID: 3A4B7654-FA96-4D13-8653-D763A794FC20

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Kahli Briggs*
0194A6EAAF48416...

Name: Kahli Briggs

Address: PO Box 8083, Riccarton

Christchurch, Canterbury NZ 8440

Phone Number: +34603378377

Email Address: kahli_22@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/22/2008          To: 09/25/2010

DocuSign Envelope ID: 1907E0D8-5EF3-4148-A2C6-4CA88F603425

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017      Signature: _DocuSigned by:_ C0E1979DC6384C2...

Name: Kamolnet Jongkolpattanasak

Address: Stanford ct

Irvine , CA US 92612

Phone Number: 9499817097

Email Address: Kamolnet.aon@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/15/2016      To: 02/15/2017

DocuSign Envelope ID: 199FCE55-F037-4926-84C5-46CC7617D8E8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _DocuSigned by:_ 2A605BF8E3D0473...

Nome: Karen Alejandra Morales Medina

Dirección: Mineral de Loreto

Chihuahua, Chihuahua MX 31110

Telefone: 4154188223

Email Address: Renalokahlo@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/05/2017     A: 04/05/2018

DocuSign Envelope ID: 49C6D64D-7520-477C-88EF-4CCDA7BDE558

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DocuSigned by:_ 9E2CF7819DE6439...

Name: Karla Edith gaytan Sandoval

Address: Se pueblo

Hillsboro , OR US 97123

Phone Number: 5039977599

Email Address: k.e.gaytan@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/22/2011     To: 03/20/2013

DocuSign Envelope ID: 0833C71D-18A8-4A8B-BE89-8A7D8114CD5D

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _K. Barthel_
DocuSigned by:
73C0C52C3FFF46E...

Name: Karolin Barthel

Address: 20/70-72 Sixth Ave

Maroochydore, Queensland AU 4558

Phone Number: +61432550620

Email Address: k.barthel@mailbox.org

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/25/2008      To: 08/20/2009

DocuSign Envelope ID: F4DA9137-8FA1-48A2-9956-DD15BC24C56A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by: 60DE0BB55B9E4E4...)_

Name: Karolina Johanna Krismer

Address: Mühlweg 32

Umhausen, Tirol AT 6441

Phone Number: +436443013499

Email Address: karo.krismer@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016    To: 09/27/2017

DocuSign Envelope ID: 897C5198-981D-4188-8C15-CC4731165F89

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Karolina Matras*
DocuSigned by:
D3B24AAA1A71439...

Name: Karolina Matras

Address: 3700 S. Sepulveda Blvd APT.145

Los Angeles, CA US 90034

Phone Number: 3108666787

Email Address: karolina.matras90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/02/2009          To: 11/01/2010

DocuSign Envelope ID: 69190AD9-380D-4EBA-A91B-EB0E25550059

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by signature]_  6E5A506DF85149D...

Name: Katarina Pesic

Address: 864 Raddue ave

Santa Barbara, CA US 93111

Phone Number: 8057082846

Email Address: katjanish92@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/24/2014     To: 08/22/2016

DocuSign Envelope ID: 29FD4CBF-A89E-4CCA-9666-35FDA2DD5D17

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Katarzyna Izabela Dulewska*
DocuSigned by:
7DC3953320134CE...

Name: Katarzyna Izabela Dulewska

Address: Małkowskiego

Szczecin, PL 70-304

Phone Number: +48790390658

Email Address: katarzyna.dulewska@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/09/2012      To: 01/17/2013

DocuSign Envelope ID: 268207A3-96ED-4970-BC98-CC0B9D56A8EC

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:      11/10/2017         Firma:

Nome:      Katerine Sánchez Acosta

Dirección:      Carrera 65 #29-28

                 Itagüí, CO 055417

Telefone:      3052208529

Email Address:      kate.s.acosta@gmail.com

Patrocinador:      Cultural Care Au Pair

Datas de participação no programa au pair:

De:      09/30/2013         A:      12/16/2013

DocuSign Envelope ID: 268207A3-96ED-4970-BC98-CC0B9D56A8EC
DocuSign Envelope ID: 268207A3-96ED-4970-BC98-CC0B9D56A8EC

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa estadounidense.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

| | |
|---|---|
| Data: 11/10/2017 | Firma: Katerine Sánchez A. |
| Nome: Katerine Sánchez Acosta | |
| Direcciòn: Carrera 65 #29-28 | |
| Itagüi, CO 055417 | |
| Telefone: 3052208529 | |
| Email Address: kate.s.acosta@gmail.com | |
| Patrocinador: Cultural Care Au Pair | |

Datas de participação no programa au pair:

De: 09/30/2013    A: 12/16/2013

DocuSign Envelope ID: 5151CF38-A59E-43D9-8E85-334CB77867D1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Kateryna Tomko*
489DF9DB54E7485...

Name: Kateryna Tomko

Address: Shevchenko, 93

Krasnograd,  UA 63304

Phone Number: +380664192505

Email Address: katerinka.tea@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/06/2016          To: 09/06/2017

DocuSign Envelope ID: A316033D-9E42-40C6-A829-62A6D0959A43

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* 2AE53BE5FBAE492...

Name: Katey Haughey

Address: 71 Stonylee Road

Glasgow, GB G67 2LP

Phone Number: 07908014207

Email Address: kateyhaughey@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/07/2015    To: 04/07/2017

DocuSign Envelope ID: DADA35E1-A9F6-480C-9961-7D578B6D553B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Katharina Maria Banzer*
DocuSigned by:
4B748D5114B3417...

Name: Katharina Maria Banzer

Address: Graf-Maximilianstr. 4

Hohenems, Vorarlberg AT 6845

Phone Number: 00436642114071

Email Address: kathi.ba@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2009      To: 07/31/2010

DocuSign Envelope ID: 32F90C07-ED82-4F35-96DF-FF2448D1862D

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _Kathia Estefania Carlos Mena_
DocuSigned by:
6A9211DCCB6E431...

Nome: Kathia Estefania Carlos Mena

Dirección: Managua 1899 Colonia Nueva San Isidro

Torreon, Coahuila MX 27100

Telefone: 8155452103

Email Address: kathia_kecm@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 05/12/2014          A: 05/11/2016

DocuSign Envelope ID: 89A76D6C-BD7D-451F-B9DD-DABE3769CAAB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _Katya V._
DocuSigned by:
8F4EFFD45C09430...

Name: Katya Viquez Ortega

Address: Hacienda canaleja 103, Rancho Dolores

Toluca, Mexico MX 50170

Phone Number: 17221072327

Email Address: katyaviq@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/14/2015          To: 09/14/2017

DocuSign Envelope ID: 81C32F0C-7BAD-44D6-A196-7036BC6ED1F8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *kelleigh lett*
DocuSigned by:
034C175ABBEF4AA...

Name: Kelleigh Lett

Address: Atkinson Road

Rockville Centre, NY US 11570

Phone Number: 0273187002

Email Address: kelleighlett@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/12/2009      To: 02/19/2010

DocuSign Envelope ID: 26FD1777-DD57-4D14-A653-F15694207A88

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _K. A. McConville_
DocuSigned by:
05BFAD85D1C44A0...

Name: Kelly McConville

Address: 30/26 Lansdowne Road

St Kilda East, VIC AU 3183

Phone Number: 0479167979

Email Address: kelly.mcconville@live.com.au

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/11/2013        To: 12/05/2014

DocuSign Envelope ID: DE99579D-112B-4E74-BEB7-C5B5E3E666FD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *[DocuSigned by signature]* F350659F3FBD419...

Name: Kelly Pryor

Address: 1401 Merrill Creek Pkwy Apt. 2016

Everett, WA US 98203

Phone Number: 6193374526

Email Address: K.elleepp@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/02/2015      To: 03/02/2017

DocuSign Envelope ID: 350DCBA6-06D0-4423-9E42-62B465ECF8F4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: DocuSigned by: 69B702FF33B24BE...

Name: Kenebougoul Ndiaye

Address: 424 ancienne route de générac BT6

Nimes, Gard FR 30900

Phone Number: +447949095684

Email Address: kene.ndiaye@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/28/2010     To: 01/12/2012

DocuSign Envelope ID: 2A5D6D80-2B1A-47B0-BF96-D598DE8EB559

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Khairat Carlo Omar*
CC61D7F8FC5F429...

Name: Khairat Carlo Omar

Address: Armégatan 8 lgh 1208

Stockholm, SC SE 171 71

Phone Number: +46708639257

Email Address: khairat_omar@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/03/2012        To: 01/17/2012

DocuSign Envelope ID: 26B4A245-C975-401C-A4F4-F402F949AAD7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[DocuSigned by signature]* 250E1A904157443...

Name: Kitija Tomsone

Address: Dārza iela 26-23

Smiltene, LV LV-4729

Phone Number: +37126630248

Email Address: Tomsoneki@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/09/2012        To: 07/16/2013

DocuSign Envelope ID: 8B6CC93A-75FD-47DD-80EC-FE6FC007425D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Kristjana Arna Oddsdóttir_
DocuSigned by:
4BAE37A26E874C3...

Name: Kristjana Arna Oddsdóttir

Address: Hafnarbraut 39

Hofn, Hornafjordur IS 780

Phone Number: 3548460101

Email Address: kristjanaarna90@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009     To: 10/27/2010

DocuSign Envelope ID: 6C46AA92-5694-4B46-8E87-F232BFB358E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Krystle Scholtz*
DocuSigned by:
83102B6800124F1...

Name: Krystle Scholtz

Address: 69 Silver Street Rocklands Mitchell's Plain

Cape Town, Western Cape ZA 7785

Phone Number: +27815802133

Email Address: krystlescholtz@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/24/2012   To: 02/25/2013

DocuSign Envelope ID: EE96F695-4EEB-406B-91C4-FF7459139B66

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ _(signature)_ 39C9340205754B8...

Name: Lara van der Westhuizen

Address: 611 Strath Haven Avenue

Swarthmore , PA US 19081

Phone Number: 6106622295

Email Address: larakivdw97@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/25/2016     To: 08/17/2018

DocuSign Envelope ID: 5B46A983-0043-4DCD-BCAD-9ACB71E3F920

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Lars Christoffer Stromstedt*
DocuSigned by:
18A9C047C15841D...

Name: Lars Christoffer Stromstedt

Address: 34 Westminster Court

New Rochelle, NY US 10801

Phone Number: 4843545462

Email Address: christoffer.stromstedt@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/07/2010     To: 09/07/2011

DocuSign Envelope ID: AE097013-0018-4D11-BD9D-72B400AEC3E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[DocuSigned by signature]* 59943ADEE01A43D...

Name: Laura Froissart

Address: 726 palisade avenue

Yonkers, NY US 10703

Phone Number: 9147071578

Email Address: Littlexdoll@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/06/2016     To: 09/06/2018

DocuSign Envelope ID: 9C233F21-B596-4CDB-B602-1A84C5DA5AF6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Jelinic_
C85FF4FAAAE14EE...

Name: Laura Jelinic

Address: Philadelphiastrasse 80

Krefeld , NRW DE 47799

Phone Number: 004915751049769

Email Address: laurajelinic@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/05/2012     To: 05/13/2012

DocuSign Envelope ID: B0B4504F-CEC0-43E3-97C2-7CB0A50AC0A4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *laura juanita Hernandez Crespo*
DocuSigned by:
F276B7B6C285453...

Name: laura juanita Hernandez Crespo

Address: 88 riverwood, Dr

oswego, IL US 60543

Phone Number: 7084359008

Email Address: juanitahernandezc@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/08/2017     To: 01/10/2018

DocuSign Envelope ID: 202FC0F7-8CF4-4CED-9A21-8192CACEA27E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/08/2017                     Signature:  _Laura Jaimes P_
DocuSigned by:
D9FA81A1F8D749B...

Name:  Laura Lucia Jaimes Palacios

Address:  Calle 2AN#3E-29 Capillana

Cúcuta, Norte de Santander CO 540003

Phone Number:  3204542037

Email Address:  lalu1272@hotmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  04/08/2013          To:  01/27/2014

DocuSign Envelope ID: F8187CC1-C619-4D91-B560-5ABB7989C825

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _DocuSigned by:_ Pauioti B94A12FC61FF4B5...

Nome: Laura Mejia zuluaga

Dirección: 1189 Hillery way

Alameda , CA US 94502

Telefone: 5109132009

Email Address: laury_mz@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 03/17/2014          A: 03/17/2016

DocuSign Envelope ID: B5A8DE45-FE20-4122-9523-9E9E5467E823

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: *[firma]*
DocuSigned by:
8D8B5DEE76254C3...

Nome: Laura Nathalia Caceres Sanmiguel

Dirección: Calle: 35 #25 - 37

Bucaramanga, Santander CO 680002

Telefone: 3176580912

Email Address: Laurancs07@outlook.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/08/2013   A: 09/17/2014

DocuSign Envelope ID: 04E6B3B9-600E-4660-8AED-A2BF68CE637E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Sofia Prada*
CD505741B5A54CA...

Name: Laura Sofia Prada Jaimes

Address: 1510 Chiles Ave Ste 7#386

Colorado Springs , CO US 89913

Phone Number: 7193526026

Email Address: Laurasofia95@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2015      To: 07/15/2016

DocuSign Envelope ID: D7D0E717-0951-40E1-B198-59FE27EF9FB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: EE9E47D0BAF5493...]*

Name: Laura Yalap

Address: Acorn Knoll Court

Burke, VA US 222015

Phone Number: 33643273339

Email Address: ylaura95@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/17/2012     To: 12/15/2013

DocuSign Envelope ID: 7E62531B-CCE1-4674-B3AD-1B794E865B88

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/03/2017

Signature: *Lauren Kimpton*
DocuSigned by:
86880BD9CDBE456...

Name: Lauren Kimpton

Address: 6 Bellinger Crescent

Kaleen, ACT AU 2617

Phone Number: 0474692539

Email Address: laurenkimpton@outlook.com.au

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/27/2008          To: 11/09/2009

DocuSign Envelope ID: 8CC76CD4-79C0-4C43-B3E3-53AD58226501

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *laurie lenoble*
DocuSigned by:
3EA5682A43144C7...

Name: laurie lenoble

Address: 10270 Launch Circle

Manassas, VA US 20109

Phone Number: 4157444931

Email Address: lolo1827@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/26/2012     To: 03/15/2014

DocuSign Envelope ID: 8F2BFFFF-2FF5-4F6D-AF5A-8EF85A289022

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by)_ BAD1BC466341404...

Name: Lé Revé Simons

Address: 13 Oliver Street

Watertown , MA US 02472

Phone Number: 8578001071

Email Address: Lerevesimons@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/27/2016     To: 06/26/2018

DocuSign Envelope ID: 4562DEB0-E594-4970-9061-8101E31E68B0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Lea Bergius*
DocuSigned by:
21A1B1D4E1EE4E4...

Name: Lea Bergius

Address: 612 C Street, SE

Washington, DC US 20003

Phone Number: (202) 394-7241

Email Address: lea.bergius@t-online.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/07/2017      To: 05/07/2018

DocuSign Envelope ID: E3420AF0-9F80-4A16-86E1-41793B5E51E4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ B0A1259561A84EE...

Name: Leandre Wink

Address: Arhbeck street, 13

Maclear, Eastern cape ZA 5480

Phone Number: 27825751582

Email Address: leandrewink@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/24/2010     To: 10/07/2011

DocuSign Envelope ID: BF3EE5FA-820E-40C2-B867-154A659054F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 9F288600B661411...

Name: Lena Gruenewald

Address: 1504 Ribbon Limestone Terrace SE

Leesburg, VA US 20175

Phone Number: 5718886553

Email Address: lena.gruenewald@gmx.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/02/2016     To: 09/12/2017

DocuSign Envelope ID: 0E1F50E0-0297-4758-BAE2-36E2D5850C91

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Leon Kutter_
DocuSigned by:
2ABCBFF86146467...

Name: Leon Kutter

Address: Rothenbacher weg 22

Rösrath, Nordrhein-Westfalen DE 51503

Phone Number: +4915782618866

Email Address: leonkutter@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/06/2015     To: 08/04/2016

DocuSign Envelope ID: 95B9045C-DCFD-4780-9331-160117B23F27

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Lesego Cynthia monyatsi*
DocuSigned by:
F8EA505578D5487...

Name: Lesego Cynthia monyatsi

Address: 207 the matrix wroxham road paulshof

Sandton, Gauteng ZA 2191

Phone Number: 27734769718

Email Address: Lesegomonyatsi23@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/01/2017      To: 11/18/2017

DocuSign Envelope ID: B3405FD4-E6E5-4389-8994-91CE8FD09331

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Letisha Thomas*
8F0604BEB39545A...

Name: Letisha Thomas

Address: 5 Saint Joseph ave Lilianton, Witfield

Boksburg, Gauteng ZA 1459

Phone Number: 074 280 0002

Email Address: tishapearse@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/09/2010     To: 04/19/2011

DocuSign Envelope ID: 8BDB6482-1C0E-4971-B2C3-0C8DE3CD2F20

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/03/2017

Firma: _Lidia Daniela Corral Torres_
DocuSigned by:
D6123C5A9F2D4C5...

Nome: Lidia Daniela Corral Torres

Dirección: Aquiles Serdan 424

Durango, Durango MX 34000

Telefone: +5216181663617

Email Address: mii.danii@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/14/2016     A: 11/14/2017

DocuSign Envelope ID: B48F434F-B87D-41FD-B20F-ABFA51D9926B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _(DocuSigned by: Yen Li Fang  49B35A0770CE4E6...)_

Name: Li-Fang Yen

Address: A311 Crown House, West Bar

Sheffield,  GB S3 8PH

Phone Number: 7749701775

Email Address: lily20020202@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/26/2012          To: 05/24/2014

DocuSign Envelope ID: 3B8E1590-D405-4C5B-812B-2620F3FE0881

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Lina Liang*
1FC3475ABBB04F6...

Name: Lina Liang

Address: Jiuxianqiao north road 9,oasis international hospital ,chaoyang of Beijing

Beijing , CT US 039

Phone Number: 18301288019

Email Address: lina.liang@oasishealth.cn

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/21/2013          To: 02/18/2013

DocuSign Envelope ID: E38032C4-F3C9-4D92-8275-FFD46AA0F649

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: S Hanekom  8A2B6423F85A4B1...]*

Name: Linda Hanekom

Address: 2882 Torrey Pines Road

La Jolla, CA US 92037

Phone Number: 8584129695

Email Address: Lindahnkm@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 06/21/2016   To: 03/24/2018

DocuSign Envelope ID: 38EF1D5D-F6FB-4209-B005-7E08A781B96E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Josefin Holmstroem_
8DB8EF4C6A3940A...

Name: Linda Josefin Holmstroem

Address: Axvägen 27

Skellefteå,  SE 93138

Phone Number: +46768460285

Email Address: josefin@lovsalen.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2016          To: 07/17/2017

DocuSign Envelope ID: 4EA503A2-2FC6-43C3-B4D8-EF84049A5A9F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature:

DocuSigned by:

1D639F799AB3457...

Name: Linoy Tsurmagen

Address: 4200 S Valley View Blvd, 3001

Las Vegas, NV US 89103

Phone Number: 9172509992

Email Address: linoyzm88@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/01/2014    To: 06/30/2015

DocuSign Envelope ID: 06CA2A33-FA91-4B6A-91E8-34B4A8AB524E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Lisa* (DocuSigned by: 2D5D2D846409434...)

Name: Lisa Baumühlner

Address: 169

New york, NY US 10012

Phone Number: 7183606239

Email Address: lisa.baumuehlner@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/26/2015    To: 10/26/2017

DocuSign Envelope ID: 2E2C73ED-8188-4EE2-AFC4-29825C7F31A7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Lisa Kunter-Barthelemy*
0DAABDDE3499493...

Name: Lisa Kunter-Barthelemy

Address: 8801 W 35th Street Apt 9

St. Louis Park, MN US 55426

Phone Number: 6512198937

Email Address: lisa.kunter@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/27/2010      To: 10/06/2011

DocuSign Envelope ID: B422ADEA-A391-4C3B-9998-84B1952B339A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ F412B27EDD81489...

Name: Lisa- Marie Redmann

Address: Odenthalerstraße 62a

Odenthal , NRW DE 51519

Phone Number: 004915771345865

Email Address: liredmann@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/11/2015          To: 05/11/2016

DocuSign Envelope ID: 815DCEC3-2370-4053-A1C1-8A8BBC31ECD6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 7003633DC32142E...

Name: Lisa-Christin Loock

Address: 3022 Longfellow Blvd

St Louis, MO US 63104

Phone Number: 004917661818837

Email Address: lisachristinloock@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/22/2015      To: 06/19/2017

DocuSign Envelope ID: 9253CF99-0AC7-4D61-A05F-7F19ECC62897

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Louise Koller* (DocuSigned by: 7BD1B4BC1027417...)

Name: Louise Koller

Address: Frühlingsstraße 2b

Garching bei München, Bavaria DE 85748

Phone Number: 4915774431051

Email Address: lulu-k-1998@hotmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 11/13/2016     To: 10/03/2017

DocuSign Envelope ID: 2656BF35-ABDC-4103-9FD5-8E0B185C178E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/11/2017

Signature: *Lovisa Seller*
DocuSigned by:
BBFD871C850E46E...

Name:  Lovisa Seller

Address:  Prinsgatan 5

Älmhult, SE 34330

Phone Number: 705523178

Email Address: lovisa@seller.se

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/17/2016      To: 06/20/2017

DocuSign Envelope ID: B3B72B4E-4B41-499F-B15D-10E7B07C49D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/14/2017

Signature:  *Luana Inez Heck*
DocuSigned by:
65DC422786A844D...

Name:  Luana Inez Heck

Address:  38 bryant, apt 903

san francisco, CA US 94105

Phone Number:  4157417322

Email Address:  luheck_@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  08/23/2010   To:  02/29/2012

DocuSign Envelope ID: DAE30CC4-A314-4C3D-BC80-096A353BAC30

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/11/2017                    Assinatura: _DocuSigned by:_ 86625E130E9F455...

Nombre: Luana Torres Lopes

Endereço: Avenida Mario Pernambuco,723

São Paulo, São Paulo BR 02314001

Teléfono: 02314 001

Email Address: luannatl@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/09/2014          A: 09/09/2016

DocuSign Envelope ID: FB6CB913-E8D6-4E71-81EA-21D07251D277

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Luca J. Majoros*
DocuSigned by:
7C2F8B77143C48D...

Name: Luca J. Majoros

Address: 178 Clove Avenue, Apt A

HAVERSTRAW, NY US 10927

Phone Number: 8454616275

Email Address: lucamajoros@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/06/2012          To: 08/06/2014

DocuSign Envelope ID: 78D05995-3E2F-493E-AE66-FFF080DBAB9A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 55247958AE2A488...

Name: Lucile Bajot

Address: 117 boulevard Voltaire

Paris, NY US 75011

Phone Number: 0033672571965

Email Address: lbajot.richard@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/06/2016     To: 09/06/2017

DocuSign Envelope ID: B57E9478-A0A2-4F0A-81EE-8409453B2EDF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *DocuSigned by:* [signature] 76A3CE975B21470...

Name: Luisa Bolz

Address: 7788 Elmwood Road

Fulton , MD US 20759

Phone Number: 3013953663

Email Address: Luisa.Bolz@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2016        To: 05/01/2018

DocuSign Envelope ID: 5B420786-A28C-4BCD-BDFA-A4049D5F78ED

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/13/2017

Firma: *Luisa Fernanda Perilla Sandoval*
064EB9E260B24E3...

Nome: Luisa Fernanda Perilla Sandoval

Dirección: carrera 13h # 29-03 sur

Bogota, Bogota CO 111511

Telefone: 3134048670

Email Address: luisasandoval_568@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/02/2013       A: 12/02/2014

DocuSign Envelope ID: E4FD49A9-F500-4C4C-A97C-EF0EEA90FD31

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_
3B30B8B275B8421...

Name: Lydia Jacquet

Address: Rue Imbert colomes

Lyon, FR 69001

Phone Number: +33769618357

Email Address: lydia.jacquet@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/27/2014     To: 01/25/2016

DocuSign Envelope ID: F5026492-6480-4A2C-BE84-90AF85F9FA1E

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* 106CAA4F8850431...

Name: Lyndsey Colls

Address: 171 Bathurst st

Hobart, Tasmania AU 7000

Phone Number: +61474780095

Email Address: Lyndsey.colls@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014          To: 01/09/2017

DocuSign Envelope ID: 562DDA2B-9C8D-416B-A676-7DD42169652B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/10/2017

Signature:  _DocuSigned by:_ AA2CB02933FF4E9...

Name:  Magdalena Bednarczyk

Address:  40835 Robin Circle

Leesburg, VA US 20175

Phone Number:  5712462066

Email Address:  magdalenna1004@gmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  06/15/2015     To:  06/14/2017

DocuSign Envelope ID: 989E081C-55B5-4D56-8C1D-656F3A0BC50C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Magdalena Beer*
AAA5F4A1EFD94DF...

Name: Magdalena Beer

Address: Willy-Andreas-Allee 5/409

Karlsruhe, BW DE 76131

Phone Number: 004917643923919

Email Address: Magdalenabeer@web.de

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/20/2015     To: 07/19/2016

DocuSign Envelope ID: 85544908-76C7-4A2B-8195-8D801887C744

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _N. Wronska_
310AD531F15B466...

Name: Małgorzata Wronska

Address: 45 Sw 9St apt 4405

Miami, FL US 33130

Phone Number: 2014718906

Email Address: Mwronska88@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/09/2012     To: 09/01/2013

DocuSign Envelope ID: 681FB8A1-8CE7-4256-A547-650B943B15F1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Malwina Edyta Kowalska*
1776ECB06A9E4FD...

Name: Malwina Edyta Kowalska

Address: Aleja Wolnosci, 18/10

Strzelce Krajeńskie, PL 66500

Phone Number: 578501967

Email Address: malwina.kowalska89@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/09/2015    To: 03/08/2017

DocuSign Envelope ID: 9D9668F6-59A0-427F-B6E2-D09631335DE1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: _11/11/2017_____     Signature: _____

Name: _Marah Naumann_____

Address: _Bodenbenderstraße 19_____

_Gelnhausen, Hessen DE 63571_____

Phone Number: _+4917642077638_____

Email Address: _marah.naumann@gmx.de_____

Sponsor: _Au Pair Care, Inc._____

Dates in Au Pair Program:

From: _08/08/2011_____     To: _08/08/2012_____

DocuSign Envelope ID: 8171D1B6-6F50-4D93-8CB4-C4E16EF88966

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Maren Bichler*
DocuSigned by:
E7734454DD064E9...

Name: Maren Bichler

Address: Schwanthalterstraße 1

Munich, Bavaria DE 80336

Phone Number: +4917699996364

Email Address: MarenBichler@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/08/2014          To: 01/05/2017

DocuSign Envelope ID: B1E27C9E-E0AD-4435-87CC-DAF8341E6448

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 9C46122FD22F467...

Name: Maren steinfeldt

Address: Lerchenweg 13

Papenburg , DE 26871

Phone Number: 01722915732

Email Address: Marensteinfeldt@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2009     To: 12/20/2010

DocuSign Envelope ID: 6BAC0AFF-8FA4-4CEE-BBF4-0CAF4C94B9C1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/07/2017

Signature: _MCamilaC_
DocuSigned by:
1D00B9A05A884F8...

Name: Maria Camila Castaño Gallego

Address: La Palma via la linda

Manizales, Caldas CO 170001

Phone Number: 3217014779

Email Address: camicasta_20@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/06/2014      To: 06/06/2015

DocuSign Envelope ID: 2F166E8B-F7E8-44F9-B4A7-87D4895EB241

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma:

DocuSigned by:

B7E4A4DAB8184C3...

Nome: María Esther Guerrero Calderón

Dirección: 6016 mcabee road

San José, CA US 95120

Telefone: 674727755

Email Address: esthervaldetorres@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/13/2016          A: 02/26/2017

DocuSign Envelope ID: 3AFE6D01-C57C-4A08-A8F9-CB149D52BFFD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by)_ 55D0FF6AB2D842C...

Name: Maria Fernanda Martinez Novoa

Address: 25910 29th Ave S apt D-302

Seattle, WA US 98032

Phone Number: 4257771557

Email Address: mafeli.momm@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/18/2013     To: 05/18/2014

DocuSign Envelope ID: 7660C888-3603-4D93-A475-D260FA78C21A

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _María Pérez C._
F1DA51051B4B4C5...

Nome: María Fernanda Pérez castillo

Dirección: 3 everglade pl

Hilton Head, SC US 29910

Telefone: +573162294858

Email Address: castillo_mafe@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/29/2016     A: 02/28/2017

DocuSign Envelope ID: E94665FE-4141-4136-800C-DC0B6C7FB646

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature:

DocuSigned by:

7707E5779F084C1...

Name: Maria Florencia Matera

Address: Barrio El Molino Chile y acceso norte km47

Pilar, Buenos aires AR 1629

Phone Number: +542304471441

Email Address: florenciamatera@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016      To: 04/03/2018

DocuSign Envelope ID: 5BE2256F-BCDD-4A3C-B548-88982B3B261F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *Maria Ines Faguas Benedicto*
DocuSigned by:
B89C4FFEDBF24E1...

Name: Maria Ines Faguas Benedicto

Address: 5002 Morningside Avenue

Santa Ana, CA US 92703

Phone Number: 6265342277

Email Address: inesfabe@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/04/2013     To: 05/04/2015

DocuSign Envelope ID: D98F6929-1482-4641-91DF-901F72BFF3C2

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _11/10/2017_

Firma: _Odette Jagou_ (DocuSigned by) B977B6EADA8F4CF...

Nome: _María Odette Jagou Hultsch_

Dirección: _43 west ST_

_Boston, MA US 02111_

Telefone: _8572006131_

Email Address: _maodette8@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/20/2016_     A: _08/23/2017_

DocuSign Envelope ID: CD9401E9-E820-4E32-A4BD-DF4F11CD7E23

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017

Firma: _DocuSigned by:_ 2797F50E8BD14BC...

Nome: María Paula Soto Sánchez

Dirección: CLL 44C#45-28, int 5 apto 602

Bogotá DC, Bogotá CO 111321

Telefone: +57 3005443056

Email Address: Mariapaulasotosanchez@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/09/2015      A: 11/10/2015

DocuSign Envelope ID: 09D31A5A-D68B-4C50-9E20-4A5A776949B2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Maria Vayá Soler*
AEF8E63E504244F...

Name: Maria Vayá  Soler

Address: C/ Sagunto 131, 2

valencia, valencia ES 46009

Phone Number: 645477428

Email Address: mariavaysol@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/04/2016     To: 04/30/2017

DocuSign Envelope ID: 9E17303B-BFF4-4749-B5FA-72516CBADF88

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *MARIANA MILAN MARTINEZ*
DocuSigned by:
1210F1794110443...

Name: MARIANA MILAN MARTINEZ

Address: SIERRA DE LAS MINAS

SAN LUIS POTOSI, SAN LUIS POTOSI MX 78216

Phone Number: 4442861864

Email Address: may_milan@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2016     To: 08/17/2016

DocuSign Envelope ID: 45FFD469-DD55-4155-9408-69A00F3880E9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: _MARIANA PAOLA SOSA PEREZ_
DocuSigned by:
5BB5AE95BF5B4EF...

Nome: MARIANA PAOLA SOSA PEREZ

Dirección: INSURGENTES SUR 4411 EDIF. 20-304

MEXICO , CIUDAD DE MEXICO  MX 14430

Telefone: 0445539332572

Email Address: MARIANITA.SOSA2@HOTMAIL.COM

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/06/2016          A: 12/06/2017

DocuSign Envelope ID: 94FEE1E1-5E67-4929-8AAA-8968B51905E4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/03/2017

Signature: _Mariana R. S. Seraphim_
DocuSigned by:
D6C57892496D428...

Name: Mariana Reis dos Santos Seraphim

Address: Rua Engenheiro José Salles, 350, A1 apt 145

São Paulo, São Paulo BR 04776100

Phone Number: +5511947450800

Email Address: mariseraphim@outlook.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/16/2014          To: 02/02/2016

DocuSign Envelope ID: 0FE18B42-2710-4990-8049-60D3128E3525

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _[signature]_ 1B1BBC3F6D5D40B...

Name: Mariano Rogerio Gomes Alves

Address: 28 Shields Road

Darien, CT US 06820

Phone Number: +1 (415) 813-7629

Email Address: marianorogerio07@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/07/2015     To: 06/07/2017

DocuSign Envelope ID: 725AF451-5BF1-4D91-AEE1-0A74A4398BF9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: 4009B6386FFB4D9...

Name: Marie Guckelsberger

Address: Fischerweg 1

Wettenberg , Hessen DE 35435

Phone Number: 004917630449399

Email Address: M.guckelsberger@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/01/2010      To: 08/01/2011

DocuSign Envelope ID: 566974A7-2E94-41D0-8914-975A2311BE68

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *M. Herrmann*
E4C0D893E8AC4EF...

Name: Marie Herrmann

Address: Hauptstraße 133

Herne, Nordrhein-Westfalen DE 44651

Phone Number: +4917657755122

Email Address: mherrmann1990@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/23/2015       To: 02/23/2016

DocuSign Envelope ID: D035E1A7-D395-4DE3-8272-2CAC1B76D029

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[signature]*
84F693FAA2A6444...

Name: Marie-celeste berthel gara

Address: 350 calle burro

San clemente, CA US 92673

Phone Number: 9493246518

Email Address: Titi412@msn.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/21/2011     To: 08/23/2012

DocuSign Envelope ID: D6B167A1-35FE-4D5A-BA9A-7B5DED7BEE00

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *Mariel Chiecco Blagitz*
EFD0401A03FA4AF...

Name: Mariel Chiecco Blagitz

Address: Rua das Palmeiras, 225, apto. 155

São Paulo, SP BR 01226010

Phone Number: +5511984071347

Email Address: marielblagitz@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/11/2010    To: 07/10/2011

DocuSign Envelope ID: 4CE4515B-86F7-48CF-B8B4-064BC569458F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *mariel pena castro*
DocuSigned by:
21B1619384E9468...

Name: mariel pena castro

Address: Los Caracoles Mza 1 Lote 12 Segunda etapa

Cartagena, Bolivar CO 130011

Phone Number: 3012783966

Email Address: marielpc16@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/31/2014          To: 07/31/2015

DocuSign Envelope ID: 342E3C7F-02BD-46F9-8DB4-23EADC83D6C5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Marie-Theresa Sieg*
DocuSigned by:
431415C0E94247F...

Name: Marie-Theresa Sieg

Address: 7171 Buffalo Speedway #2832

Houston, TX US 77025

Phone Number: 7133771735

Email Address: mthsieg@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/27/2009   To: 07/26/2010

DocuSign Envelope ID: 7386E95C-ECB5-4E97-A7D7-7118641D2FAF

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _DocuSigned by:_ [signature] D404687200CF4A7...

Name: Marina BattlesMa (Toponarova)

Address: 1608 Frank Marshall Road

Ozark, AL US 36360

Phone Number: 3342378801

Email Address: mashe@ukr.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/13/2010   To: 09/12/2012

DocuSign Envelope ID: BCCFF8F7-2295-4806-BD91-3F287CBB4C32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: 8DD5D477179C4A3...

Name: Marina Incantalupo

Address: Via Primo Maggio

San Martino Siccomario, Italy IT 27028

Phone Number: 07500310885

Email Address: marina.1994@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2016     To: 05/01/2017

DocuSign Envelope ID: D652BC4B-D6F8-4069-9466-90997C64BEED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/13/2017

Signature:  _DocuSigned by:_ 686D8057BE4543C...

Name:  Marlena Al-Mardini

Address:  Rheinparkstr. 6

Birsfelden, Basel-Land CH 4127

Phone Number:  +41794702679

Email Address:  Marlena.al-mardini@web.de

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/24/2015     To:  08/21/2016

DocuSign Envelope ID: 9657ABCE-D051-4ED2-9E77-94DC480E15DF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Marlis Brichta*
DocuSigned by:
A2E964238E094CB...

Name: Marlis Brichta

Address: Heiligenstädterstrasse 11-25/10/19

Vienna, Vienna AT 1190

Phone Number: 00436767016482

Email Address: marlis0904@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2009     To: 03/20/2011

DocuSign Envelope ID: AB3CA477-40B3-4A10-AD9D-F6B29600D65B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Kopko Marta_
DocuSigned by:
7104E524B429466...

Name: Marta Kopko

Address: Bema 99/1

Białystok , PL 15-370

Phone Number: 730337168

Email Address: M_kopko96@wp.pl

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/14/2016     To: 09/14/2017

DocuSign Envelope ID: 5ED15E59-25DE-406A-BF63-551661A07AC8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017           Signature: *[DocuSigned by: Klu / A21E4EF7AE904F0...]*

Name: Marta Korba

Address: Mickiewicza 14/5

Legnica, PL 59-220

Phone Number: +48696155984

Email Address: marta.korba92@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/05/2015          To: 10/04/2016

DocuSign Envelope ID: 684AF1A8-EC0C-4EC1-A46C-8849EFCFFFF2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: [DocuSigned by: *signature* 003B66CB0C2C432...]

Name: Martha O Duhne

Address: 35th

Seattle , WA US 98199

Phone Number: 2064955113

Email Address: Martha_1105@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2016     To: 10/24/2018

DocuSign Envelope ID: 3B06C502-EC01-49B6-961E-7195535533E0

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/13/2017

Firma: *Martha Patricia Rodriguez Saucedo*
DocuSigned by:
64476BAD5C3F48F...

Nome: Martha Patricia Rodriguez Saucedo

Dirección: Blvd. VAldez Sanchez #901 Col. Ejidal

Arteaga , coahuila MX 25354

Telefone: 8444113818

Email Address: paty23_22@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/31/2015          A: 09/12/2016

DocuSign Envelope ID: E58E0C93-E828-441A-BEB8-E229B8993B7B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: 0F922BAEAC0F47F...

Name: Martina hueppin

Address: Rigiweg 4

Wangen , Schwyz CH 8855

Phone Number: +41794553793

Email Address: martina.hueppin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016     To: 07/13/2017

DocuSign Envelope ID: 8AA76DD6-B303-408E-B366-CD3B09400BA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 3482CAF6206D416...

Name: Matilda Patrick

Address: 1/150 Greenacre Drive

Parkwood , Queensland   AU 4214

Phone Number: 0479139349

Email Address: til_patro@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/23/2014     To: 10/30/2015

DocuSign Envelope ID: 54AE0130-02CE-4276-9D28-7954187D0BC9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 0B535CA171C04E9...

Name: Matthieu Metivet

Address: 30 rue du Faubourg St Vincent

Orleans, FR 45000

Phone Number: 0768382988

Email Address: matthieumetivet@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015   To: 02/05/2016

DocuSign Envelope ID: F6F06B08-AB9F-4845-8B64-3687BC9F1D4F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 1FE650DCE3B2476...

Name: Mattiato Océane

Address: 42 rue de lachal

Genilac, FR 42800

Phone Number: 0682549207

Email Address: oceane.mattiato@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/26/2015     To: 05/26/2017

DocuSign Envelope ID: 785A573C-728A-4FC9-85F5-57A3527331A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ D3338858377C48E...

Name: Max Nijssen

Address: 1704 Crossings Pl

Griffin , GA US 30223

Phone Number: 8434464152

Email Address: maxx_me@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/30/2010      To: 10/28/2011

DocuSign Envelope ID: 4AEA33EB-7049-46D3-83DB-B3FEE647D280

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/13/2017

Signature:  *Maxine Wilds*
DocuSigned by:
FA63DA3A4F7C49E...

Name:  Maxine wilds

Address:  2 Searle Street, Rondebosch East

Cape Town, Western Cape ZA 7800

Phone Number: +27785126464

Email Address: maxine.wilds@gmail.com

Sponsor:  InterExchange, Inc.

Dates in Au Pair Program:

From:  07/21/2014       To:  07/21/2015

DocuSign Envelope ID: AFA7428B-44A1-49FE-A3BF-025F8A798231

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/03/2017

Signature: *[signature]*

Name: Mayara Fortino

Address: 743 Parsons Road

Ridgewood , NJ US 07450

Phone Number: 5305625217

Email Address: maay.fortino@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/15/2016     To: 05/15/2018

DocuSign Envelope ID: 8A477F06-A849-479E-B2CE-30BC4C26EF0F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _11/11/2017_        Signature: _Mayra A_

Name: Mayra Katherine Arango Peña

Address: 2851 evergreen point road

Medina, WA US 98039

Phone Number: 4256989939

Email Address: mkarangope@ut.edu.co

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: _09/06/2016_        To: _03/06/2018_

DocuSign Envelope ID: 76AF9646-7ABD-4D9A-9AE6-BACFF0752C5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Mayuko Hattori*
16373E11098445A...

Name: Mayuko Hattori

Address: 1-65-7 Sakae-cho

Matsudo-shi, Chiba  JP 271-0062

Phone Number: 0473641305

Email Address: pudding_shake1118@yahoo.co.jp

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/07/2012     To: 05/07/2013

DocuSign Envelope ID: 516D919F-79BC-44D9-9142-3142323B3972

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* B38802CE09E54CE...

Name: Medan Caroline

Address: 116 Rue Bressigny

Angers , FR 49100

Phone Number: 0623901745

Email Address: medan.caroline@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/21/2015   To: 02/10/2017

DocuSign Envelope ID: EEB79F96-70A7-4570-A873-0F9685287CAF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by signature]* F8EA550AD0064F0...

Name: Mejdouline Srir

Address: 10500 democracy lane

Potomac, MD US 20854

Phone Number: +11111111

Email Address: mejdouline.srir@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/17/2014          To: 11/17/2015

DocuSign Envelope ID: 217E9BC0-477D-468E-8FCA-E8D32D7ADF52

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ B4AD596D8E6C482...

Name: Melanie Quentin

Address: 171 Tennyson Dr

Short hills, NJ US 07078

Phone Number: 9739419359

Email Address: limited-edition_76@live.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/15/2016     To: 05/15/2018

DocuSign Envelope ID: C7784A74-7210-4DBA-8598-45D7EDEBD7F4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *[DocuSigned by: 5038E11F22EC43D...]*

Name: Melissa Françoise Renee PABRO-LECONTE

Address: 2944 60th ave

OAKLAND, CA US 94605

Phone Number: 5109153797

Email Address: melissa.leconte@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014          To: 09/18/2016

DocuSign Envelope ID: 5F84D23F-6952-4279-B832-56EB57CECD03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *[signature]* DocuSigned by: A6262935A31847F...

Name: Melissa Theron

Address: 2 Jessie Street

Bellville, Cape Town ZA 7530

Phone Number: 8582105814

Email Address: melissa.sea@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 07/19/2016     To: 01/19/2018

DocuSign Envelope ID: C12A7ED9-8941-4407-8EA0-D6C8E98482BC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017          Signature: _Mengshi Liao_

Name: Mengshi Liao

Address: 156-02 59 Ave

Flushing, NY US 11355

Phone Number: 5168082321

Email Address: jelly_goddess@163.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/29/2014          To: 08/29/2015

DocuSign Envelope ID: BF35F582-F1B6-475E-A518-D8B506B02082

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *messaadi anais*
B4C6FF66E72D47D...

Name: messaadi anais

Address: 125 rue du violet

longechenal , FR 38690

Phone Number: +12028672630

Email Address: anaismessaadi@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015     To: 08/24/2017

DocuSign Envelope ID: F8E87207-175B-4014-BA38-9D258163B564

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Michaela Liskova*
DocuSigned by:
FCA01C8500974DC...

Name: Michaela Liskova

Address: Horne Otrokovce, 236

Horne Otrokovce, Slovakia SK 92062

Phone Number: 00421915781174

Email Address: liskova.mich@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2014   To: 12/14/2015

DocuSign Envelope ID: E83317A6-319D-43DA-A047-BFFC7208BBAE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 2FB577B6C2CC4F1...

Name: Michaela Manicom

Address: 27 Lynton Road

Durban , ZA 4093

Phone Number: 0728761009

Email Address: manicommichaela@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/19/2015     To: 11/03/2016

DocuSign Envelope ID: F9BDAAFA-76B9-4EE3-BC66-F48E4D36B426

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Michela Busi*
BCD3B3749361499...

Name: Michela Busi

Address: via mascagni,14

botticino, Italia IT 25082

Phone Number: 00393496436256

Email Address: michela19.88@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/02/2014      To: 09/21/2014

DocuSign Envelope ID: D2A052CB-F1C4-4515-B73F-1612F5492029

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/11/2017

Signature:  _DocuSigned by:_ [signature] 01E6855D5E984B0...

Name:  Micol Gallio

Address:  Via Beata Gattorno, 14

San Pietro in Gu , Pd  IT 35010

Phone Number:  3495838359

Email Address:  Galliomicol@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  01/19/2015          To:  01/19/2016

DocuSign Envelope ID: 8BB41561-1E4B-40CC-A554-97B46244926C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ B01A478892A94D9...

Name: Mignon du Plessis

Address: 6612 Reynard dr

Springfield, VA ZA 22152

Phone Number: 7036085228

Email Address: mignondp22@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/18/2015     To: 10/19/2017

DocuSign Envelope ID: BA308D0E-F55D-4A9E-BCF6-A36C3A8C6DC8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Milena Joveska*
DocuSigned by:
02CF95157033400...

Name: Milena Joveska

Address: 810-600 Signal Road

Fort McMurray, Alberta CA T9H 3Z4

Phone Number: 7803810119

Email Address: mimi_tet@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/21/2011        To: 03/21/2013

DocuSign Envelope ID: E12F0F17-C53E-4D5E-BA7F-B2ED43825046

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/11/2017          Assinatura: *Mirena Rais*
DocuSigned by:
285B2CED89224B9...

Nombre: Mirena Damaceno Rais

Endereço: 5600 Broad Branch Rd NW

Washington , DC US 20015

Teléfono: 2024949636

Email Address: mirena_rais@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/11/2016          A: 06/11/2018

DocuSign Envelope ID: 2ACEE7ED-A530-4671-9AD5-EBCEE54C2459

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Mlibokazi Mayeza*
C73E97F87D5C453...

Name: Mlibokazi Mayeza

Address: 63B Fifth Street

La Rochelle, Johannesburg, Gauteng ZA 2190

Phone Number: +27633921857

Email Address: mlibokazi@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/10/2011     To: 07/31/2012

DocuSign Envelope ID: 0BCEFF49-BD6A-48D6-80DF-1E31AC8131CE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: _DocuSigned by:_ F7C2B6F67A7C45F...

Name: Moipone Evelyn Ramosunya

Address: 2668 TuTu Street , Ext3,Kokosi location

Fochville , Gauteng  ZA 2515

Phone Number: 0837859855

Email Address: evlnmoipone@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/19/2015      To: 04/19/2017

DocuSign Envelope ID: A8558344-0E80-4944-B912-C1BDC4FF1D08

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[signature]_ 7145F5B552DF466...

Name: Momo sun

Address: 5 Scotia Ave

SAN Francisco , CA US 94124

Phone Number: 5106882673

Email Address: mosun1113@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/18/2014     To: 09/18/2015

DocuSign Envelope ID: D685E737-0C4B-406E-80FF-D06E841491AF

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ BBC47A2D87C94FE...

Name: Mona Jessica Fabienne Perez

Address: 3635 E First St #305

Long Beach, CA US 90803

Phone Number: 5622413715

Email Address: Fabienne.urbanke@googlemail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/19/2010     To: 08/03/2011

DocuSign Envelope ID: 1923CC31-CDB2-49D8-8A27-9BE0E73EF5C4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Monica_ (DocuSigned by: 88B1906484BC4AE...)

Name: Monica chervathoor

Address: 173 Barbour road bracken ridge

Brisbane, Queensland AU 4017

Phone Number: 0424867319

Email Address: memollu8@live.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/28/2017     To: 06/30/2017

DocuSign Envelope ID: 7817BA30-BA3F-44BD-A8BF-8FF05409F218

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *[DocuSigned by: 82BF9844012B4CB...]*

Name: Monica Julieth Quiñones Ovalles

Address: 754 S Chambers Rd apt. L105

Aurora, CO US 80017

Phone Number: 3035235874

Email Address: mjqo_182@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/15/2013     To: 10/15/2014

DocuSign Envelope ID: 06915F5B-7A92-4A5E-B7E1-2C9A9C753128

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Monika Hazi*
DocuSigned by:
F8CB93211A3945A...

Name: Monika Hazi

Address: 1773 Laramie Circle

MELBOURNE, FL US 32940

Phone Number: 8633039989

Email Address: hazi.monika@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/23/2009     To: 08/20/2010

DocuSign Envelope ID: 04938B18-EB6E-4111-8586-4119DCE6EEB1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Muhammed Nur Güvenc*
DocuSigned by:
B3BBB1D3FE07442...

Name: Muhammed Nur Güvenc

Address: Spitzackerstrasse 9

Wallisellen, Zürich CH 8304

Phone Number: +4915774382333

Email Address: guevenc38@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/20/2012      To: 12/10/2012

DocuSign Envelope ID: 94777D32-125D-44F5-AE2B-88D8D0A270FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Na Du*
DocuSigned by:
64A5A55B2230434...

Name: Na Du

Address: 1922 Lindsay lane

Ann Arbor, MI US 48104

Phone Number: 9258767184

Email Address: Donna.du2009@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 12/01/2011      To: 05/01/2013

DocuSign Envelope ID: 8644E668-1CDE-4AB7-B39C-575ADB260B56

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *[DocuSigned by: van der Berg 2A71E8BAA99C4DA...]*

Name: Nadia van der Berg

Address: Dennis

Pretoria, Gauteng ZA 0081

Phone Number: +27727821169

Email Address: ninavdberg64@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/22/2015     To: 07/03/2015

DocuSign Envelope ID: 0378B4B1-69ED-46BC-B756-1FE0735EBFF4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *[DocuSigned by signature]* 3B021E894820418...

Name: Nadiia Ziklenkova

Address: 2327 Bragg st 1st floor

Brooklyn, NY US 11229

Phone Number: 5163196352

Email Address: ziklenkovan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/14/2010     To: 07/14/2011

DocuSign Envelope ID: CD1D9B2F-93E6-45FF-B567-5A6752C9F3AD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Nadine Brunner*
44CAE2740182486...

Name: Nadine Brunner

Address: Aichhorngasse 3-5

Vienna, Austria AT 1120

Phone Number: +436601176393

Email Address: nadine.brunner93@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2014     To: 05/27/2016

DocuSign Envelope ID: 15BB8B7E-10F9-4474-A839-B5DAE62B3F34

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017

Firma: *NANCY YAJAIRA GUERRERO RUIZ*
F3F382A03AA944D...

Nome: NANCY YAJAIRA GUERRERO RUIZ

Dirección: LA PALMILLA #150

SALTILLO , COAHUILA MX 88740

Telefone: 8441982142

Email Address: nancy.gro_@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/11/2013     A: 12/11/2015

DocuSign Envelope ID: EA252D07-74BB-4FA9-9D75-776FD5B46C3F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *Nara Fabiani Leao da Costa*
7FFBF7126FBB468...

Name: Nara Fabiani Leao da Costa

Address: Rua Dr Eugênio Silvano, 266

Sorocaba, Sao Paulo BR 18074-510

Phone Number: +55 15 98141-5679

Email Address: narinhaleao@yahoo.com.br

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/09/2017     To: 01/08/2018

DocuSign Envelope ID: 94BFF74F-E82D-4365-ACE8-C4C6C5CECD5C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _Zahbari (DocuSigned by E6B27B785A054C0...)_

Name: NASSER LAHBARI

Address: 62 avenue du 8 mai 1945

LONGWY,  FR 54400

Phone Number: 658443317

Email Address: nasserlahbari@yahoo.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2009     To: 04/28/2010

DocuSign Envelope ID: 1B910070-79B9-4A4B-9DFB-D4D898F0DF3F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017          Firma: _____

DocuSigned by:
EDD4761842CD4BA...

Nome: Natacha Goity

Dirección: Pellegrin 558 dto 2

Rosario, Santa Fe AR 2000

Telefone: 5403414241681

Email Address: natachagoity@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/03/2013          A: 04/24/2015

DocuSign Envelope ID: E0E25986-73DE-446C-B695-8A5303D721CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/08/2017

Signature: *Natalia A*
DocuSigned by:
54B890F8DF2E4D7...

Name: Natalia Agudelo Meneses

Address: Calle 60 75 150

Medellin, WA US 050034

Phone Number: 3017568447

Email Address: agudelomeneses.natalia@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/31/2016    To: 08/31/2017

DocuSign Envelope ID: 2AFE0FDE-9C79-4F8F-A747-C479BC0AA201

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017               Assinatura: *Natalie de C. Olia*
DocuSigned by:
003F8B07DA57479...

Nombre: NATALIE DE CASTRO OLIVEIRA

Endereço: JOSE SILVA N64 – LIMOEIRO

Paraiba do sul, Rio de janeiro BR 25850-000

Teléfono: 21988468382

Email Address: nataliecastroo@yahoo.com.br

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 11/09/2015               A: 01/09/2017

DocuSign Envelope ID: 410A6968-33AD-45B7-B1EA-61372CDC8FEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *DocuSigned by:* [signature] 86391862F03C4C2...

Name: Nichola Jagger

Address: 33 Old Souls Mill

Bingley, West Yorkshire GB BD16 2AN

Phone Number: +447568196132

Email Address: Nichola.jagger@hotmail.co.uk

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/04/2012     To: 10/17/2012

DocuSign Envelope ID: 460C194E-FDBC-4184-8DDB-D1967491E6E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Nicolas MICHEL*
BDE82E6ED89C438...

Name: Nicolas MICHEL

Address: 2 avenue de Lauterbourg

Tassin La Demi Lune,  FR 69160

Phone Number: 0033649382013

Email Address: michelnico@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/11/2009        To: 08/10/2011

DocuSign Envelope ID: B7552D23-417C-443F-92CA-80E3ABB3B569

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Nicole Hope Deetlefs*
58A5A1437C6F473...

Name: Nicole Hope Deetlefs

Address: Ayrshire Drive

pietermaritzburg, KwaZulu Natal ZA 3201

Phone Number: 0826512734

Email Address: Nicole.Deetlefs@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/05/2014       To: 06/05/2016

DocuSign Envelope ID: 7366C560-0844-443F-977B-5541BF8C28D4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Ninahang_
BECAC8D7E1A9483...

Name: Nina Harig

Address: 103 1/2 S Winnebago Street

Lake Mills, IA US 50450

Phone Number: 6412511561

Email Address: Ninaharig@outlook.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/01/2012     To: 05/05/2013

DocuSign Envelope ID: 82629AEA-308E-4240-A2DF-4638530C9061

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _[DocuSigned by: 50AE5F6B506E499...]_

Name: Nina Josch

Address: 4631 Wilkerson Road

Brandywine, MD US 20613

Phone Number: 4104499426

Email Address: ninajosch@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2011     To: 04/03/2013

DocuSign Envelope ID: 6A295D2D-E954-4CE6-A535-8DF19EA8B926

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Voncina_
0B4D7893FD93420...

Name: Nina Voncina

Address: Aeolia drive 57

Auburn, CA US 95703

Phone Number: 012107255099

Email Address: Nina.voncina@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/30/2010   To: 05/31/2012

DocuSign Envelope ID: 7A63FCA7-5E11-4B03-B126-61E3FF2ECA71

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 109A9D68247D4A4...

Name: Nokuthula Gamede

Address: 1117 Windbrooke Drive, Apt 202

Buffalo Grove, IL US 60089

Phone Number: 6304077132

Email Address: ngamede@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/07/2011     To: 10/26/2012

DocuSign Envelope ID: AE81C311-E96A-49CF-AA1B-8A9B06C40EA0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Noor Masoud*
DocuSigned by:
1044959EAC4A408...

Name: Noor Masoud

Address: 501 keokuk street

Petaluma, CA US 949452

Phone Number: 7079318208

Email Address: noor.mas1903@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2016     To: 10/10/2017

DocuSign Envelope ID: 296336AA-4EE2-4659-A3F9-8C425809CC15

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Nora van Westen*
DocuSigned by:
9BF79CD7F865488...

Name: Nora van Westen

Address: 415 S Bernardo Ave

Sunnyvale, CA US 94086

Phone Number: 6503828013

Email Address: nora@vanwesten.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/21/2015    To: 03/21/2017

DocuSign Envelope ID: C71AA1B6-21CD-4DF9-B2CC-499DFCE4C2E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ 64E0F4D8262748D...

Name: Nuray Oruc Gelber

Address: 10 S Sherman St, Apt 312

Denver, CO US 80209

Phone Number: 3036187228

Email Address: nuray_oruc@yahoo.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/01/2009     To: 06/01/2012

DocuSign Envelope ID: F961AEA7-89E0-4B6B-8EC7-514981A817F5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 165D27B6B9C34AA...

Name: Olena Morozova

Address: 1985 s. ocean dr, apt 9a

hallandale beach, FL US 33009

Phone Number: 9549524037

Email Address: golden_meg@mail.ru

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 10/11/2011     To: 10/11/2013

DocuSign Envelope ID: C37B4161-1A54-4024-AA49-56642AD6E431

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/07/2017

Signature: *Oliver Cift*
DFCD09DDBEE340D...

Name: Oliver Cift*

Address: PO BOX 772

Dupont, WA US 98327

Phone Number: 2066591523

Email Address: zachandoli12@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/01/2011      To: 09/01/2013

DocuSign Envelope ID: 00076CFB-08DC-4BB5-8597-D1A41999C5E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: *Pamela Soares Baldessini*
DocuSigned by:
3E249BBE009D42B...

Name: Pamela Soares Baldessini

Address: 3830 The Oak Road

Philadelphia, PA US 19129

Phone Number: 2677017584

Email Address: pamela.baldessini@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/28/2016     To: 11/28/2018

DocuSign Envelope ID: BC211CAD-6FA6-4104-BCF6-B7AD84972B59

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____11/10/2017_____

Firma: _Paola del Carmen Pérez Cortés_
DocuSigned by:
639F39DB5547435...

Nome: _____Paola del Carmen Pérez Cortés_____

Dirección: _____Cerrajeros 69 Fracc San José_____

_____Orizaba, Veracruz MX 94330_____

Telefone: _____+5212226622344_____

Email Address: _____paolapc38@hotmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____01/03/2017_____     A: _____01/05/2019_____

DocuSign Envelope ID: 1D000D4C-12C0-43BC-8593-CAC33B13043B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: PARK SI YUN
1733174A0A6044E...

Name: PARK SI YUN

Address: 4 Gongdanro 7Gil 53-29

Gumi, Republic of Korea, Gyeongsangbukdo KR 39422

Phone Number: 821049107324

Email Address: ainbalt@naver.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2011      To: 10/12/2011

DocuSign Envelope ID: A9F9C9D8-A8A6-483B-80EE-5464F65C2442

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/06/2017

Signature: *Patugarn Jaloenlap*
A96401782414431...

Name: Patugarn  Jaloenlap

Address: 1526 denniston

Pittsburgh, PA US 15206

Phone Number: 0619930395

Email Address: patugarn.j@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/25/2016     To: 04/20/2017

DocuSign Envelope ID: 92257D5F-C913-4D35-8E3B-810A85DCB3BA

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/08/2017

Firma: *Paula Andrea Zapata Serrano*
DocuSigned by:
D8D287D6EE48454...

Nome: Paula Andrea Zapata Serrano

Dirección: Cl 49B # 76A 54

Medellin, Antioquia CO 050032

Telefone: 3192130217

Email Address: paulaazapatas@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 05/18/2015     A: 07/04/2015

DocuSign Envelope ID: 7CAD9F66-0628-405F-9D57-AE6B9C76C58C

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017

Firma: *Paula Isabel Moreno Basilio*
5C6FB4F24C7A477...

Nome: Paula Isabel Moreno Basilio

Dirección: C/ La Cenicienta 8 Portal M 4ºDcha

Madrid, Madrid ES 28018

Telefone: 673594121

Email Address: paulitaamb@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/29/2016        A: 09/29/2017

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/06/2017

Signature: *Porapa Srisupap*
DocuSigned by:
EDBB4296A5EF463...

Name: Porapa Srisupap

Address: 91/1009 Nuanchan Buengkum

Bangkok, Bangkok TH 10230

Phone Number: +447415512691

Email Address: popa.pompom@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/21/2015    To: 12/21/2015

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 5901F092F9824B8...

Name: POURtier nelly

Address: Garber street

Berkeley , CA US 94705

Phone Number: +33675051683

Email Address: Nelly.pourtier@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/15/2014        To: 07/14/2015

DocuSign Envelope ID: 9DB796CA-5090-4CFF-BA45-176073DDA1A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Preeya Sawadmanod_
626DFCDC5A88419...

Name: Preeya Sawadmanod

Address: 110-20 71ST AVE, APT. 405

FOREST HILLS, NY US 11375

Phone Number: 7033648321

Email Address: preeya.sawadmanod@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/07/2013     To: 10/06/2014

DocuSign Envelope ID: 6193FDEF-F7D9-4C98-A99A-7D1169426B0A

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017          Assinatura: _____
                                      9DFB445FE421433...

Nombre: Priscila Conroy McWilliams

Endereço: 571 Crabapple Lane

Peachtree City, GA US 30269

Teléfono: 7703447533

Email Address: priscila.leben@icloud.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/10/2016          A: 12/05/2016

DocuSign Envelope ID: 7C3F7D96-C351-4693-9596-92A84871FF7C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DocuSigned by:_ 65EFE0A37CBB460...

Name: Punnapha Suphanithikhun

Address: 25629 John Hanson Rd.

Chestertown , MD US 21620

Phone Number: 4109035881

Email Address: Punnapha.dior@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/17/2014   To: 03/17/2015

DocuSign Envelope ID: 449B4FC5-F751-45D9-B6C8-B2EED77EF8D2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: F80CE9B74921413...]*

Name: Qiang Liu

Address: 683 Miramar Ave

San Francisco , CA US 9412

Phone Number: 6504847056

Email Address: Selenaliu.us@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/14/2016     To: 11/13/2018

DocuSign Envelope ID: B7B20AC6-737D-4C01-ABEC-38C4961213D1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Rachel Sarubbi Effenberger*
0994A1F2A3C64A5...

Name: Rachel Sarubbi Effenberger

Address: 508 Marengo avenue

Forest Park, IL US 60130

Phone Number: 8477703057

Email Address: rasarubbi@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2016   To: 01/17/2018

DocuSign Envelope ID: 1918BDA3-311D-48C8-A902-02433C81B68D

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _11/11/2017_          Assinatura: _DocuSigned by: Jcamargo  3B1723BF31BB4E5..._

Nombre: _RAFAELA BRANCO CAMARGO_

Endereço: _Qi 12 conjunto w casa 08_

_Brasilia, DF BR 71010249_

Teléfono: _+5561981281328_

Email Address: _rafabco@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Fechas de participación en el programa au pair:

De: _08/24/2015_          A: _03/23/2017_

DocuSign Envelope ID: 8E0A0CC7-E9D2-4F71-AF73-18EB236C7AAE

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017

Assinatura:
*Rafaela Seixas Pitanga*
DocuSigned by:
9AF498B6FD90457...

Nombre: Rafaela Seixas Pitanga

Endereço: 11 Riverview Drive

Norwalk, CT US 06850

Teléfono: 2025052223

Email Address: rafaelaseixas.uff@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/20/2016          A: 03/20/2018

DocuSign Envelope ID: 45ECC649-E1E0-4181-9307-C56524805579

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *R. Engel*
DocuSigned by:
4B57F59C0FC4400...

Name: Ramona Engel

Address: 3118 Hunt rd

Oakton, VA US 22124

Phone Number: 5714517316

Email Address: Ramoria93@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/28/2016        To: 08/27/2018

DocuSign Envelope ID: D0CD2703-146C-4003-ACC3-2ADDBECE01C7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Rebecca Clare*
DocuSigned by:
F29DB25A8C1B40C...

Name: Rebecca Clare

Address: 155 Ormeau Road

Belfast, GB BT7 1SL

Phone Number: 07904371992

Email Address: rebecca_clare@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/27/2011          To: 07/01/2012

DocuSign Envelope ID: 99B3FF74-A3A4-45FD-913A-FEC9B96E270C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Reggie Goodwin*
C25D010EFE78454...

Name: Reggie Goodwin

Address: 116 Melles Village, 10 Hilton street

Pretoria, Gauteng ZA 0157

Phone Number: 0748158488

Email Address: reggiescottgoodwin@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/26/2016     To: 05/12/2017

DocuSign Envelope ID: 5685B5EA-0434-4DA3-9934-13249D27A7C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: _DocuSigned by:_ 79A62CBFB61B476...

Name: Regina Cornejo Rodríguez

Address: Pimenteros 36

México , México  MX 53240

Phone Number: 11063682

Email Address: ginycr@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/25/2016          To: 01/24/2017

DocuSign Envelope ID: 6988E942-1CA6-4BCB-AC63-8BE769AAC3C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ AF08E5C834E147E...

Name: Renaisha Naidoo

Address: 117 Theomore Crescent Stanmore Phoenix

Durban, Kzn ZA 4068

Phone Number: 0846272262

Email Address: renaishanaidoo@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/19/2010          To: 06/30/2011

DocuSign Envelope ID: C4FE16CA-2478-4580-8D78-45BB49FE16D6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *DocuSigned by:* 2AE03E6FBE11478...

Name: Renata May De Villiers

Address: Yale Road

Port Elizabeth, Eastern Cape ZA 6210

Phone Number: 0823501279

Email Address: renatamay.rmdv@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/25/2015   To: 04/25/2016

DocuSign Envelope ID: 01BD6A80-C768-4A24-99F4-A92428FEAB6D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/06/2017

Signature: *Rianke Krugel*
DocuSigned by:
C854F2C6CD514C4...

Name: Rianke Krugel

Address: Nicolyn Avenue

Johannesburg,  ZA 2194

Phone Number: +27722620004

Email Address: lazafa@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/11/2011     To: 09/10/2013

DocuSign Envelope ID: E8CD1562-AE76-4CB4-A2D0-92464054139E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 1AF131E77AF5416...

Name: Ritiele Koontz

Address: 13714 Northeast 9th Place, Bldg 18 apt212

Bellevue, WA US 98005

Phone Number: 8432881408

Email Address: ritiele.goulart@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/17/2014     To: 01/10/2016

DocuSign Envelope ID: 8BC7B5C6-4D0F-49AD-9AED-64E9F319375B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *DocuSigned by: R. Scott  6A2F3521949D460...*

Name: Robyn Grace Scott

Address: 165 Stonhouse Street

London,  GB SW4 6BJ

Phone Number: 07729246292

Email Address: robbyscott@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014   To: 11/08/2014

DocuSign Envelope ID: 7314742C-1C90-4CE3-93EE-19A9964DE071

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017          Signature: _[DocuSigned by: 6EBA96FA06D8491...]_

Name: Rosina kellman

Address: 13415 hidden meadow court

Herndon, VA US 20171

Phone Number: 7039393416

Email Address: Rosie-1994@live.co.uk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/13/2014          To: 10/12/2016

DocuSign Envelope ID: 03735C35-009D-440E-97F2-BF3793DD46EE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _DocuSigned by:_ 326566F07A9F485...

Name: Rougui Desiree Sarr

Address: 602 South Ave

Glencoe , IL US 60022

Phone Number: 8474045849

Email Address: desiree.sarr@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/17/2015      To: 08/17/2017

DocuSign Envelope ID: 860550E5-CCE6-4074-9E5B-65DD99F1BCCE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _DocuSigned by:_ 4589C0FD2A04480...

Name: Roxanne Pillay

Address: 1089 Glen road

lafayette, CA US 94549

Phone Number: 9254445652

Email Address: roxypillay@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2014     To: 08/18/2016

DocuSign Envelope ID: A9BE0D7B-C7E2-41EC-AFEF-74D3150EEBB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Rumniya Narkkhoksung*
DocuSigned by:
8F5A0886DD9F4A3...

Name: Rumniya Narkkhoksung

Address: 46 Westgate Rd., Apt 2

CHESTNUT HILL, MA US 02467-3426

Phone Number: 7325994709

Email Address: rummyy656@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/27/2011       To: 06/27/2012

DocuSign Envelope ID: ED764E8C-F555-4535-9337-E0A5A9122314

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: _[DocuSigned by signature]_ 40FBF1047188493...

Name: Rutt Silverman

Address: 585 A Spring Lake Rd

Red Hook, NY US 12571

Phone Number: 8459012022

Email Address: rutt.silverman@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/22/2014     To: 10/27/2016

DocuSign Envelope ID: F1392356-0553-4DE8-8F87-E174A0E847DA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Sabina von Paleske_
DocuSigned by:
CE7BB16590754A0...

Name: Sabina von Paleske

Address: Heidelbergerfaßgasse 12

Mainz, Rheinland-Pfalz DE 55116

Phone Number: 4915233698131

Email Address: von.paleske@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2011          To: 08/15/2012

DocuSign Envelope ID: 8644D1E6-21BC-405B-927B-3CDF79781D1C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *S. Althoff*
DocuSigned by:
F040C95EE9694E3...

Name: Sabrina Althoff

Address: Alte Badeanstalt 73

Dülmen, DE 48249

Phone Number: 015788787511

Email Address: Althoffsabrina@gmx.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013          To: 08/05/2014

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]* DocuSigned by: BEEF51065B4F49B...

Name: Sabrina ouahid

Address: 70 route de Tournefeuille

Cugnaux , FR 31270

Phone Number: 0609547435

Email Address: sabrina.ouahid@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/12/2011     To: 05/08/2012

DocuSign Envelope ID: 419A5CFD-61BF-4DDE-BCAE-2F00C20F43D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/10/2017          Signature:  *DocuSigned by:* [signature]
2132FBA7DFCA491...

Name:  Sabrina Pricam

Address:  Ch. Du Village 43

Perly,  CH 1258

Phone Number:  +41795869686

Email Address:  sabrina.pricam@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/31/2010          To:  06/30/2012

DocuSign Envelope ID: BA3631F3-BF70-4430-A1BB-7C5B1ED2F734

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017                    Signature: _DocuSigned by:_ 38C84C8366E647B...

Name: Sabrina Timir

Address: 7 upper rd

Ross , CA US 94957

Phone Number: 4159100747

Email Address: Sabrina.timir@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/21/2016          To: 11/13/2017

DocuSign Envelope ID: CECBCC51-3586-477B-9251-A83486D556E9

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017            Firma: _DocuSigned by:_ Xamanta Azbe
                                   EC0D558967E3411...

Nome: Samanta Aizcorbe

Dirección: 3107 W. Rio Vista Ave.

Tampa, FL US 33614

Telefone: 9044283509

Email Address: Sam.aizcorbe@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/29/2013            A: 01/14/2015

DocuSign Envelope ID: BEAFEC12-0255-43F2-AAD0-954F6AA1ADEA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Korat*
FC7CD4E9AD0142A...

Name: samanta korat

Address: meza 156b

dravograd,  SI 2370

Phone Number: +38641308186

Email Address: damantaa@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/12/2013       To: 02/12/2015

DocuSign Envelope ID: F7A9FD2C-24AD-4498-83DB-764F48B7AA85

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _[DocuSigned by: Sanjohns, 447CFDC92FDC49E...]_

Name: Samantha Johns

Address: O'neil Road

Beaconsfield, Victoria AU 3807

Phone Number: 0432730075

Email Address: samanthajohns31@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/23/2015      To: 08/26/2015

DocuSign Envelope ID: 735DB355-9D2E-428B-8C8C-02E4AF90ECAF

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ 6E8DB98723AC440...

Name: Samantha Lang

Address: 24 baker road edenglen

Johannesburg, Guateng ZA 1609

Phone Number: 0793056259

Email Address: sambob303@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/05/2015     To: 02/05/2016

DocuSign Envelope ID: 6544B35A-E041-47DE-B779-DDFFCAE6B235

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: *Samantha Samson*
B89DB9325854429...

Name: Samantha Samson

Address: 1349 Crossfield Avenue

Kingston, ON CA K7P 0E8

Phone Number: 6133312621

Email Address: samanthasamson17@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/01/2009      To: 01/09/2010

DocuSign Envelope ID: 3FED0BED-501A-4615-B50C-EB3B0487F013

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _(DocuSigned by: Thayne — DF2D999CC3CA402...)_

Name: Samantha thayne

Address: 2354 Cobble Hill Terrace

Wheaton, MD US 20902

Phone Number: 2034358828

Email Address: thayne_samantha@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/22/2016     To: 04/18/2018

DocuSign Envelope ID: 4C80E2FD-6D7D-433B-BF63-03A776B6A87C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *San Le Tong*
DocuSigned by:
833F785E4A26421...

Name: San Le Tong

Address: Eidelstedter Weg 57

Berlin, Germany DE 10435

Phone Number: 15256188995

Email Address: sanle.tong@ymail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/14/2013     To: 02/14/2014

DocuSign Envelope ID: 64CA62E7-AFB0-4719-93F2-D2B982A9384A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Sandra L_
44605DC67D6347A...

Name: Sandra Mikaela Lindstrom

Address: 3128 223rd st se

bothell, WA US 98021

Phone Number: 4252196123

Email Address: sandra.lindstrom94@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016        To: 04/04/2018

DocuSign Envelope ID: 94D0DA82-C832-4CAF-AD8E-3077B60445CB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 71160632E87C435...

Name: Sandra-Maria Kaps

Address: Oppelner Weg 1

Winterberg, DE 59955

Phone Number: +4915754503007

Email Address: sandra.kaps@hotmail.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/30/2009     To: 10/30/2010

DocuSign Envelope ID: FC4C1A8D-301B-4AEC-B675-EFB5E675B22A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *DocuSigned by:* Benbete 25FB755137354AE...

Name: Sanelisiwe B Whalen

Address: 585 Meadow Glen lane

Tallmadge, OH US 44278

Phone Number: 2166358330

Email Address: sanelilembede@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/13/2012     To: 08/12/2014

DocuSign Envelope ID: 09D9ABE6-E5B5-436B-806B-275B4FE459A8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Sara Arredondo Montoya_
DocuSigned by:
2C249C302ACB4B8...

Name: Sara Arredondo Montoya

Address: calle 26 sur #43 a 41 villa Santa Teresa

Envigado, NJ US 0000

Phone Number: 2702239

Email Address: sara.am03@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/27/2015      To: 09/05/2015

DocuSign Envelope ID: 3BB40E13-D290-4954-9C4A-4F4E0CD39CA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ F0E2ED58C491494...

Name: Sara drew

Address: 4780 Ashford Dunwoody Rd #A444

Atlanta , GA US 30338

Phone Number: 4043580498

Email Address: D_sara_gabriela@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/07/2009     To: 06/07/2011

DocuSign Envelope ID: D6922B13-EFD2-4EF4-B737-A4B5721ED716

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Sara*
DocuSigned by:
16C7B1017EA44D0...

Name: Sara Nielsen

Address: Loegstoervej 16R

Aars, Aars DK 9600

Phone Number: 4531614995

Email Address: nielsensaradk@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/25/2014      To: 11/07/2015

DocuSign Envelope ID: 9A0E40C0-1979-4A3E-A4ED-CBD813F5CAA6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/05/2017

Signature: *[DocuSigned by: Sorall  BC2534A3C0984CB...]*

Name: Sara Zambelli

Address: Via Edison 53

Novate Milanese, MILAN  IT 20026

Phone Number: 3470379248

Email Address: zambelli.sara10@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016

To: 08/31/2017