# Exhibit B, Part 3

DocuSign Envelope ID: 0186A08A-3A24-48F0-8964-3669FC364A22

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature:

DocuSigned by:

CF43BEE09638445...

Name: Sarah Lisa Protze

Address: Rittergutsstr. 1

Riesa,  DE 01591

Phone Number: +493525877377

Email Address: SLP_Lulu@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/13/2012   To: 06/01/2013

DocuSign Envelope ID: 67CE8223-548C-4C08-A638-856D1E60EB58

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017                    Signature: *Sarah Stiens*
                                                78A4788CAC39427...

Name: Sarah Stiens

Address: 580 mcallister, apt 206

San Francisco, CA US 94102

Phone Number: 4159419344

Email Address: sarah.stiens@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/04/2008          To: 08/03/2009

DocuSign Envelope ID: 0B57D451-AB84-472A-B002-45E58227905E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017                         Signature: _____

Name: Sarah Tuellmann

Address: 7 e Haskell ave

Airmont , NY US 10901

Phone Number: 8453003043

Email Address: sarahtue@online.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/16/2013          To: 09/30/2014

DocuSign Envelope ID: 73D0B6C3-0BC2-4213-9F3C-2B76A2077AA4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: Sarka — BF2F5C50CFAB4C8...]*

Name: Sarka Kvapilova

Address: 2162 Kings Tree Way NW

Acworth, GA US 30101

Phone Number: 4043175666

Email Address: Sarka.kvapilova93@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/12/2015     To: 07/17/2017

DocuSign Envelope ID: A5C029BD-282D-493B-A1A6-C61638801A7A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _seguin da silva sacha_
4CBCEF198BC2491...

Name: seguin da silva sacha

Address: 31 rue de la paix

Angoulême, Charente FR 16000

Phone Number: +33768488560

Email Address: seguin.sacha@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/05/2015     To: 09/07/2015

DocuSign Envelope ID: E2450954-E5F3-4D24-8CAD-05DBAEC0D3B4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: *SFIOUI Sophia*
DocuSigned by:
5D0668D74F2C476...

Name: SFIOUI Sophia

Address: 21 rue pégoud

Eleu dit Leauwette, Pas de Calais FR 62300

Phone Number: 0033669615408

Email Address: sophia.sfioui@wildix.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/29/2011        To: 09/01/2012

DocuSign Envelope ID: 1B5D6BB1-EF36-45CC-A64E-880C80F66B1A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 3D59E8FFE3E446C...

Name: Shakirah Smith Nilson

Address: 540 Geneva Avenue

Northlake , IL US 60164

Phone Number: 8473441643

Email Address: shaxstyle@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/04/2014     To: 05/28/2016

DocuSign Envelope ID: 45A19E9A-67B7-479C-BD29-3ABE972648C8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *DocuSigned by:* [signature] 0EF7286DA8044DF...

Name: Sharon Catharina Maria Michel

Address: Kleine Immert

Hoogkarspel, Noord-Holland NL 1616RA

Phone Number: 0653882627

Email Address: saar_michel@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/01/2014     To: 09/01/2015

DocuSign Envelope ID: 8CA948DE-E1E3-438D-9297-74EF051E8E8F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ *Taynton* DC842388740A4D4...

Name: Sheryl Kerren Taynton

Address: 20 Hawthorne Drive

Thirsk, North Yorkshire GB YO7 3EP

Phone Number: 07525480140

Email Address: Tayntonsheryl@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 04/06/2014         To: 04/07/2016

DocuSign Envelope ID: 25543611-68B6-4669-9C1A-7578BF7D1A1C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ F6456E28E67F432...

Name: Shibombi Baloyi

Address: 115 Boshoff Road President Park

Johannesburg , Gauteng  ZA 1685

Phone Number: ±27659511926

Email Address: Shibombi@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/25/2014    To: 05/25/2016

DocuSign Envelope ID: 72D1C8BD-7DC1-40F9-8EB7-6018B20CE24A

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017    Signature: _(DocuSigned by 7AC277456D504FA...)_

Name: Shireem Logan

Address: 3a Clee Hill Drive Castlecroft

Wolverhampton , GB Wv38lb

Phone Number: 07548389899

Email Address: Sshh-xx@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/16/2012    To: 10/16/2015

DocuSign Envelope ID: 64019FD7-39AE-434F-BCA3-807D689AFC35

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Silje Marie Berntzen (DocuSigned by)_
45171C704B824A7...

Name: Silje Marie Berntzen

Address: Kipervikgata 28

Ålesund, NO 6003

Phone Number: 90532933

Email Address: silje.berntzen@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2011     To: 07/18/2012

DocuSign Envelope ID: B37815CA-BCE9-4E01-B636-B0B3C5013DE7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _[DocuSigned by: Sille Gorbatiuk — 80BB12E088B44C0...]_

Name: Sille Gorbatiuk

Address: Wenbovej 1,1th

Saeby,  DK 9300

Phone Number: +4520664682

Email Address: sillegorbatiuk@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/28/2013

To: 11/27/2015

DocuSign Envelope ID: 4B5D78E4-29E9-47B4-A807-4617ADD43FBB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _DocuSigned by:_ 70792F3D1B80495...

Name: Silvia Santucci

Address: Via colle del papa 75

Alatri, Frosinone IT 03011

Phone Number: +393204613939

Email Address: Santucci.slv@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 10/01/2014     To: 01/31/2015

DocuSign Envelope ID: 52593FCC-25C3-47A3-AA9D-6ECD5302ABD2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Simona Gadia*
A9FBDFE27763424...

Name: Simona Gadia

Address: Via Vittorio Veneto 13

Rho , Milano IT 20017

Phone Number: +393280603892

Email Address: gadiasimona2@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/16/2015          To: 08/15/2017

DocuSign Envelope ID: B8C72695-5765-4201-981A-A6D38ACA604A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/07/2017

Signature: *[DocuSigned by: Janku — 4DEF04B798604EC...]*

Name: Simona Janku

Address: 165 Gallowgate

Glasgow,  GB G15EB

Phone Number: 00447543811360

Email Address: sjanku@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/01/2012    To: 07/01/2013

DocuSign Envelope ID: 9C84B17E-4BBD-4124-8D68-0774338AA61B

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/10/2017                    Firma: _DocuSigned by:_ _(signature)_
                                          3A7D6F3A0CFA4D7...

Nome: Sindy Alejandra Chirivi Ramos

Dirección: 320 Chester Pike

Norwood, PA US 19074

Telefone: 4846955340

Email Address: alejachirivi@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/22/2014          A: 04/01/2016

DocuSign Envelope ID: F6F409A3-2E71-418E-B1B0-A9E292932843

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by_ 3365D2FCB5604C8...

Name: Sjenna Harbridge

Address: Eagle street

San Francisco, CA US 94114

Phone Number: 15106949361

Email Address: sjenna.harbridge@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/17/2012     To: 01/17/2013

DocuSign Envelope ID: 4ED394BF-E8AF-4887-BEB7-196FD5F00266

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/13/2017

Firma: *Sofia Lorena Deloya Amador*
DocuSigned by:
DC417135450E4D5...

Nome: Sofia Lorena Deloya Amador

Dirección: 8 oriente 422 San Pedro Cholula

Puebla, Puebla MX 72760

Telefone: 2222080584

Email Address: loredelo1@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 06/24/2014          A: 06/24/2015

DocuSign Envelope ID: 526C259C-C8CF-4BB0-A96D-406F4EAB6ACE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _Sofie Kreisz_
71D6E54F7AB8498...

Name: Sofie Charlotte Kreisz

Address: Bräugasse 13

Passau, Bavaria DE 94032

Phone Number: +4915752817016

Email Address: sofie.kreisz@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/27/2013          To: 08/27/2014

DocuSign Envelope ID: 1927E150-1743-47BD-B198-815A669D0D32

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Sonja Nkolic*
DocuSigned by:
57B4D095825C408...

Name: Sonja Nikolic

Address: Cupiceva38/4

Krusevac, Krusevac RS 37000

Phone Number: +381653439437

Email Address: sonjanikolic2308@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2011    To: 10/17/2012

DocuSign Envelope ID: DAB6947F-2EA7-4676-940C-CDBFCE1CB160

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *DocuSigned by:* 468FD3FE937041C...

Name: Sophia Diener

Address: Hegberg 7

Ebersburg,  DE 36157

Phone Number: 01743465794

Email Address: Sophia_diener@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/27/2014     To: 11/25/2015

DocuSign Envelope ID: 2F0120BA-B2D7-4F83-95BD-2E716B2EA7CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Sophie Heraud*
7DBA908A52394E5...

Name: Sophie Heraud

Address: 1921 165th Pl SE

Bellevue, WA US 98008

Phone Number: 4252239518

Email Address: heraud.sophie@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/22/2012          To: 09/22/2013

DocuSign Envelope ID: 8DBA354E-A52D-4624-B6EB-8C46568E99D7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Sophie McKenna*
5529443CF9894E2...

Name: Sophie McKenna

Address: 4 William Street

Sag Harbor, NY US 11963

Phone Number: +447934504891

Email Address: sophiemckenna94@hotmail.co.uk

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 09/25/2016   To: 09/25/2017

DocuSign Envelope ID: CDA8F22B-28CA-40D6-B7C5-EACD53E3E52D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Sorina Ionescu* — DocuSigned by: 4417900A051D4EE...

Name: Sorina Marilena Ionescu

Address: Calle Hermanos Trueba 7

Madrid, ES 28018

Phone Number: 625153537

Email Address: Sorina.m.ionescu@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/10/2014    To: 03/10/2016

DocuSign Envelope ID: 78C26C69-5E32-460F-B00B-9F7525D00D63

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/13/2017

Signature: _[DocuSigned by: S. Ege  C4E28DBD354A4E7...]_

Name:  Stephanie Ege

Address:  157 Stonebridge Blvd #2225

Edmond, OK US 73013

Phone Number: 4058883264

Email Address: stephanieege@gmx.de

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  10/08/2012     To:  08/08/2014

DocuSign Envelope ID: EA98851F-9180-49DA-9962-EFB5A242A088

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/10/2017          Assinatura:  DocuSigned by: [signature] 40962BF63ED94F4...

Nombre: Suelen Pessoa de Oliveira

Endereço: 8943 Polanco St

San Diego , CA US 92129

Teléfono: 8587742588

Email Address: Suelenpessoaoliveira@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/26/2013          A: 01/26/2015

DocuSign Envelope ID: 2E12461D-B21B-445C-8BE1-2BBD1EB2D6FB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/14/2017                Signature:  *Sune Du Plessis*
DocuSigned by:
1BA8A904EBEA48E...

Name:  Sune Du Plessis

Address:  40 Richelieustreet, Everglen

Durbanville, Western Cape ZA 7550

Phone Number:  +27832935003

Email Address:  sunedp@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  03/02/2015            To:  03/02/2016

DocuSign Envelope ID: 2FC79AE9-32D4-4BD3-AE3F-865F2346B762

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature:

Name: Susana Ruth Taboada More

Address: 2628 Katrine Lake Dr

Belleville, IL US 62221

Phone Number: 6184060517

Email Address: alma_gemela_14@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/01/2013      To: 03/31/2015

DocuSign Envelope ID: 1FF787E3-02B4-4226-ADAF-0EA1716CF7D1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *DocuSigned by: [signature] D11E297AEA09484...*

Name: Susanna Ernvik

Address: Sparvgatan 3D

Gothenburg ,  SE 41667

Phone Number: +46731076978

Email Address: susannaernvik@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/23/2013          To: 07/23/2014

DocuSign Envelope ID: 71FFF741-54AC-4345-B0C2-896886DE10D1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/04/2017

Signature: *Suzana Saponjic*
DocuSigned by:
BE76CDAACAA0480...

Name: Suzana Saponjic

Address: Pribojska banja bb

Priboj, Srbija RS 31330

Phone Number: +381641210795

Email Address: suzanasaponjic@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/15/2013     To: 04/15/2015

DocuSign Envelope ID: 79A750B9-1D0D-4C1D-AC01-8E6679673916

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by: 11CE9F835531411...)_

Name: Tamara Kolland

Address: 640 S Bundy Drive

Brentwood , CA US 90049

Phone Number: 3109892220

Email Address: tamara.kolland@live.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/26/2016   To: 03/26/2018

DocuSign Envelope ID: E1350457-9FCD-4B5D-B97D-945B564CD3D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *[DocuSigned by signature]* 4412C71E0B3947F...

Name: Tanee Rojas

Address: Carrera 2A # 47-26

Cali , Valle del Cauca CO 760003

Phone Number: 573113307215

Email Address: tavairo@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/04/2016     To: 04/03/2017

DocuSign Envelope ID: 3375AC37-3203-40C7-8C52-A644CC6F248C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _(DocuSigned by)_ CCBFAF7B84BE435...

Name: Tarique mullany

Address: 23 archbell road

Durban, Kwa zulu natal ZA 4001

Phone Number: 0611400289

Email Address: tariquemullanyusa@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/17/2011    To: 05/09/2013

DocuSign Envelope ID: 45DA097A-4850-4C0D-8305-B636E1D7A227

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: _DocuSigned by:_ 080DEAB1A4FC467...

Name: Tatiana Hansen

Address: Tannenbergstr.18

Fulda, DE 36037

Phone Number: 017634292680

Email Address: tatiana.hansen@web.de

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 10/07/2013     To: 11/03/2014

DocuSign Envelope ID: B2DB2867-8FB1-4CAF-AFBB-7076FF2A04C2

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Tatjana Gacic*
DocuSigned by:
FC524220704148C...

Name: Tatjana Gacic

Address: Djure Djakovica

Bor, Serbia RS 19210

Phone Number: @+381691820076

Email Address: tgacic0606@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/22/2012     To: 04/01/2013

DocuSign Envelope ID: 0F4EAA80-F689-4376-B6C3-88A3BDA65953

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: Hartley — 33FAC915A75F42A...]*

Name: Tayla Hartley

Address: 10 Judith street

Bray park , Queensland  AU 4500

Phone Number: 0426407520

Email Address: tayyjordan@y7mail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/12/2012     To: 10/12/2016

DocuSign Envelope ID: A5D3721C-822A-4960-B4BA-4491D395F652

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/06/2017

Assinatura: *teresa braga de macedo de castro henriques*
DocuSigned by:
F7F71D9733E64BE...

Nombre: teresa braga de macedo de castro henriques

Endereço: travessa paulo jorge 10D 1ºD

Lisboa ,  PT 1300-444

Teléfono: 913777801

Email Address: teresacasrtohenriques@gmail.com

Patrocinador: InterExchange, Inc.

Fechas de participación en el programa au pair:

De: 10/05/2015                    A: 06/30/2016

DocuSign Envelope ID: F8BB4167-D4C7-42DD-AD5A-2A79A7E2E55C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Thanmee*
B6B6B9DF5F364BD...

Name: Thaninee Wattanawongsanti

Address: Bayfront terrace

Annapolis, MD US 21401

Phone Number: +66 648639320

Email Address: Armie080934@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/24/2014

To: 01/24/2016

DocuSign Envelope ID: F81BF8A1-3B02-4319-A1B8-28C2A94EF532

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 11/04/2017

Assinatura: *THAUANY CHRISTINY VIEIRA*
DocuSigned by:
4E17B898CECC4BD...

Nombre: THAUANY CHRISTINY VIEIRA

Endereço: JORNALISTA ABDON FOES 276

NAVEGANTES, SANTA CATARINA BR 88375000

Teléfono: 47999202219

Email Address: thauany.vieira@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 05/22/2011        A: 06/16/2012

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Thi Kim Thanh Vu*
DocuSigned by:
C7C1E2ED990647F...

Name: Thi Kim Thanh Vu

Address: Burgstrasse 31

Schorndorf, Baden-Wuerttemberg DE 73614

Phone Number: +4917634395679

Email Address: KimThanh.Vu@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/04/2013          To: 09/01/2014

DocuSign Envelope ID: CC0E0C78-936D-42CA-987B-F59457788CB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/03/2017

Signature: *Thobeka Philile Mkhize*
5FA62CBC7D18496...

Name: Thobeka Philile Mkhize

Address: 490401 Fishing Road

Pietermaritzburg, KwaZulu Natal   ZA 3217

Phone Number: +27763397561

Email Address: thobeka92@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/06/2010     To: 12/15/2011

DocuSign Envelope ID: 37702C18-310E-4CC4-843F-BCC5486D1F3C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _T. Mut_
ABB813FA98724B6...

Name: Tiffany minett

Address: 31 pretella st

Wurtulla, QLD AU 4575

Phone Number: 0413035567

Email Address: Tiffanyminett@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/01/2013      To: 11/01/2018

DocuSign Envelope ID: 766CF881-CA48-46DC-8F31-263D336BFBB4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Ting Su*
C67BC4B04BF54D1...

Name: Ting Su

Address: 329 Ridgewood Ave

Charlotte, NC US 28209

Phone Number: 4142498356

Email Address: suting224@sina.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/28/2016     To: 11/29/2017

DocuSign Envelope ID: 5AE7C7C5-BC99-41B9-9358-7F198C905E3A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by_
B526B0A7A3A548C...

Name: Tiyane Chiumya

Address: 10721 S Trailridge Cir

Sandy, UT US 84092

Phone Number: +3183554994

Email Address: tiyanechiumya@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/03/2014          To: 04/03/2016

DocuSign Envelope ID: 0431CEB6-1250-41E6-B7B6-4974979B5F2B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature:

DocuSigned by:

58037D00D9CB454...

Name: Turku Hosafci

Address: Prof dr engin arik

Ankara,  TR 06370

Phone Number: +905336831041

Email Address: Turkuhosafci@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/15/2016       To: 07/19/2017

DocuSign Envelope ID: DD954294-5CBF-4195-AB15-2F8DC76A5DCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: _(DocuSigned by)_ 44EF2489F6994A9...

Name: Valeriia Rutkovska

Address: Nezavisimosti 17-79

Dneprodzerzhinsk,  UA 51928

Phone Number: 0097455046645

Email Address: Lera-sol@list.ru

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/20/2011     To: 06/20/2012

DocuSign Envelope ID: 557D013A-6DFC-4867-BAF5-A3796DAF01CD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[signature]*
DocuSigned by:
BDD25C32016949E...

Name: Vanessa Huebner

Address: 146 Sycamore Ave

San Anselmo, CA US 94960

Phone Number: 4153026119

Email Address: huebner.vanessa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/01/2010       To: 09/11/2012

DocuSign Envelope ID: CBBEF3B3-59E6-4F8B-BCD8-CF6FFE00EFCE

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *DocuSigned by:* [signature] 0AC1DEF82E5043D...

Name: Vanessa Niebuhr

Address: Overtone Lane

Pittsburgh , PA US 15214

Phone Number: 017661978452

Email Address: niebuhrvanessa@yahoo.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2013       To: 11/28/2013

DocuSign Envelope ID: 776EE2A5-7FFB-4A55-B734-2C382B583ADD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Vanessa Walters*
691A6DBAAC4F46A...

Name: Vanessa Walters

Address: My. Moriah P.A.

St. Ann , JM W.I.

Phone Number: 8764586735

Email Address: Vanessawalters6@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/24/2015     To: 08/24/2017

DocuSign Envelope ID: 5E3525E1-0057-43D0-8D7F-919D8F035805

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/16/2017

Signature: *Vanessa Wiggett* (DocuSigned by: C40FE15679DE41A...)

Name: Vanessa Wiggett

Address: 107 Dohertys Rd

Pipers Creek, Victoria AU 3444

Phone Number: 0409188132

Email Address: Vanessa.wiggett@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/03/2013       To: 06/20/2013

DocuSign Envelope ID: 05F4475F-A390-447F-BC2B-7E105FD205CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Vera Schenk*
DocuSigned by:
FD160C9FB13D4B1...

Name: Vera Schenk

Address: 474 74th street, apt. 4c

New York, NY US 11209

Phone Number: 9178254265

Email Address: vera_schenk@yahoo.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/10/2012     To: 04/09/2014

DocuSign Envelope ID: F18C50D6-362E-4886-82A6-E155E3C18015

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Veronica Esqueda (DocuSigned by)_
5B643BF681674FE...

Name: Veronica Esqueda

Address: Federico García Lorca

Aguascalientes , Aguascalientes  MX 20060

Phone Number: 4491502492

Email Address: Veronicaesqueda.19@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/16/2013     To: 10/14/2015

DocuSign Envelope ID: 840C2B4C-A1DF-4AAE-AB87-2CF2FE71CC6D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *[DocuSigned by: C5E4057E2E7B48E...]*

Name: Victoria Nilsson

Address: Skogagard 546

Harplinge,  SE 305 61

Phone Number: +46734262324

Email Address: victoria.jt.nilsson@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/10/2016        To: 10/14/2017

DocuSign Envelope ID: 3DB4E7D1-AC83-4EF0-AE78-A4A24713B7BA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Viktoria Hazi*
DocuSigned by:
0AF9BB832764468...

Name: Viktoria Hazi

Address: 437 Dartmouth Lane

West Grove , PA US 19390

Phone Number: 6106203577

Email Address: hazi.viktoria@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/02/2015       To: 06/30/2017

DocuSign Envelope ID: A23AA36B-C4E9-4633-972E-225A47717C69

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Virginia Giordano*
DocuSigned by:
36AEBA8BCB8B487...

Name: Virginia Giordano

Address: unit 3 7a Penkivil street

bondi, nsw AU 2026

Phone Number: 0410353341

Email Address: virginia.giordano333@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/02/2013     To: 04/02/2014

DocuSign Envelope ID: D4AE7AAB-D146-40D1-B5FC-A1F3526A261A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/13/2017

Signature: _DocuSigned by:_ 90E553A44057402...

Name: Viridiana Ailed Del Río Arias

Address: 2910 Milam st

Houston, TX US 77006

Phone Number: 6462757218

Email Address: viridiana.ailed@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/03/2014     To: 09/11/2015

DocuSign Envelope ID: DB3DD571-02FB-4972-AC25-C7AED998DA10

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *Wang Xueting*
9ABA6E0D8FBA46D...

Name: Wang Xueting

Address: 90 commons Dr

Eugene, OR US 97401

Phone Number: 5416509950

Email Address: 1072874032@qq.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 06/24/2014       To: 06/24/2016

DocuSign Envelope ID: 8EBF6DFA-8BC2-43E0-887D-C494E7D73424

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: _Wanwipa Piboon_
DocuSigned by:
3AFB4E31283A4E1...

Name: Wanwipa Piboon

Address: 206 Moo4, Pahung

Phan, Chiand Rai TH 57120

Phone Number: +46738090680

Email Address: wanwipa.poy@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/10/2014      To: 10/10/2016

DocuSign Envelope ID: D4AA25EC-65E8-4BF5-B339-68FD0B1C32C4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/15/2017

Signature: *Wenting Wang*
A8DFF70C356540E...

Name: Wenting Wang

Address: 422 toilsome hill road

Fairfield, CT US 06825

Phone Number: 2039237228

Email Address: wangwenting6949@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/24/2015   To: 12/05/2016

DocuSign Envelope ID: 03C0CE3B-CDA6-46D6-ABE5-55ECCB6FC9BF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017     Signature: _DocuSigned by:_ CCB15A6D0BA148C...

Name: Wiam Berhouma

Address: 108 boulevard Roger Salengro

Noisy le sec,  FR 93130

Phone Number: 0695123445

Email Address: wiam.berhouma@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/13/2011     To: 09/22/2012

DocuSign Envelope ID: 43722FEC-4D0E-4F74-884B-48F7221F4384

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: _11/11/2017_   Assinatura: _Willena de Jesus Bispo Celestino_

DocuSigned by:
10A0C5D9397C4A3...

Nombre: _Willena de Jesus Bispo Celestino_

Endereço: _10785 Glengate Circle_

_Highlands Ranch, CO US 80130_

Teléfono: _3034833223_

Email Address: _willena.celestino@gmail.com_

Patrocinador: _Cultural Care Au Pair_

Fechas de participación en el programa au pair:

De: _01/13/2017_   A: _10/09/2018_

DocuSign Envelope ID: 8B68C5A7-D6EC-4EDD-BC6F-9668971E6D19

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *xi chen*
DocuSigned by:
B2D0EBDD5751422...

Name: xi chen

Address: 3390 El Camino Real, Unit 132

Santa Clara, CA US 95051

Phone Number: 6692438791

Email Address: sissichen9181@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/01/2013       To: 07/01/2014

DocuSign Envelope ID: 4D6832FE-1646-4E25-A9F9-B061CCEA57E6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 7F5AD51481DB48C...

Name: Xiaochen Wang

Address: 148-07 Booth Memorial Ave

Flushing, NY US 11355

Phone Number: 3478223940

Email Address: kaka9682215@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/22/2015        To: 07/21/2015

DocuSign Envelope ID: A13A20E8-348C-4D32-8323-BF64BA5DFFE4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: *XU LI*
EA93BF18D67C442...

Name: XU LI

Address: 167 TianQing St

QiongLai, NJ US 08753

Phone Number: 15184428340

Email Address: Rebeccaz@foxmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/14/2017     To: 04/09/2017

DocuSign Envelope ID: 7E0A6856-9C0A-411E-8F3A-B297068B6B4C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 4DE43B4C739347C...

Name: Xun Wang

Address: 740 N 32nd St #4

Renton, WA US 98056

Phone Number: 3476359870

Email Address: domino.cosmo@hotmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 12/06/2010        To: 09/30/2011

DocuSign Envelope ID: F4A3025E-5219-4D3B-A720-D0740DE08D9B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *Yana Kreminska*
DocuSigned by:
6177C65289D644F...

Name: Yana Kreminska

Address: 112 Pivnichna Str., apt. 7a

Kamyanets Podilsky, Khmelnytsky UA 32315

Phone Number: +380977260639

Email Address: yana.kreminska@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/09/2008          To: 08/08/2009

DocuSign Envelope ID: CAD7DD0E-D51E-472C-A068-124E5BE676BB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/11/2017

Signature: *yashan huang*
DocuSigned by:
B77B26B7B30D49D...

Name: yashan huang

Address: 250 Kennedy Drive, 811

Malden, MA US 02148-3319

Phone Number: 2158697455

Email Address: ap.huangyashan@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/15/2008       To: 03/31/2010

DocuSign Envelope ID: 2C633051-9E34-4F8A-9092-E84BCA483EDB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  11/15/2017

Signature:  *Ying Tian*
3E57266581624FF...

Name:  Ying Tian

Address:  2000 Crystal Springs Road, Apt 2225

San Bruno, CA US 94066

Phone Number:  8143276705

Email Address:  veronica226@qq.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  08/15/2012      To:  08/15/2014

DocuSign Envelope ID: 0A0D06B8-345E-48B0-B80E-118EFAB4601B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/07/2017

Signature: _DocuSigned by:_ BEC6E6917582465...

Name: Yudaska Sanoja

Address: 3601 E McDowell Rd apt 1064

Phoenix , AZ US 85008

Phone Number: 6027157121

Email Address: yuda.sanoja@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/08/2010      To: 02/08/2012

DocuSign Envelope ID: 5AC19FFF-4654-4465-8840-0EC5BD14FA83

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017             Firma: *Yudy Meidy Medina Aldana*
                                    409E3B61103B4AC...

Nome:           Yudy Meidy Medina Aldana

Dirección:      Carrera 79 # 19a - 37 torre 2 apto 504

                Bogotà, Bogota CO 11000

Telefone:       +573123495278

Email Address:  yumea107@gmail.com

Patrocinador:   Au Pair Care, Inc.

Datas de participação no programa au pair:

De:   08/19/2013         A:   08/19/2014

DocuSign Envelope ID: D4ABB1DF-5C5E-4679-87B3-37952B27C02D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *Yuliya Karmazin*
DocuSigned by:
4B010162926A4FA...

Name: Yuliya Karmazin

Address: 13146 Kellam Ct,, Apt 133

San Diego, CA US 92130

Phone Number: 6463217556

Email Address: feyona.83@mail.ru

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/09/2009      To: 07/14/2010

DocuSign Envelope ID: 7E661A27-69E5-45A2-9D43-9AC5AE37C1D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: *YULY TATIANA RODRIGUEZ USAQUEN*
DocuSigned by:
73F93ECDCF7447F...

Name: YULY TATIANA RODRIGUEZ USAQUEN

Address: calle los santos 20 pbj

valencia, valencia ES 46020

Phone Number: +34644234956

Email Address: tatis13_0120@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/23/2012     To: 07/23/2013

DocuSign Envelope ID: F32B43E4-682A-4ACF-ADC3-FFE0805C09E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017          Signature: *Yvonne Hesse*
                                     DocuSigned by:
                                     12071661ECDB4AF...

Name: Yvonne Hesse

Address: Koelnische Strasse 155

Kassel, Hesse DE 34119

Phone Number: 491774148963

Email Address: hesse.yv@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/05/2013          To: 08/05/2014

DocuSign Envelope ID: 15A5F11F-217A-4BC3-AD1D-F71174B7CCDA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/10/2017

Signature: _DocuSigned by:_ 44A8991D43E0460...

Name: Zita Makray

Address: Tatai

Budapest, HU 1135

Phone Number: +36202315444

Email Address: Makrayzita@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/10/2015   To: 08/10/2016

DocuSign Envelope ID: 952776B9-6224-4DC0-9504-468630BFA556

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/11/2017          Firma:  _DocuSigned by:_  E12914836B67497...

Nome: Zully Tatiana Fernandez Avila

Dirección: 206 Ceasar Place

Hilton Head Island, SC US 29926

Telefone: 8435055196

Email Address: clavisytatis@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/28/2014          A: 02/28/2016

DocuSign Envelope ID: 58A778E2-06AE-4896-87DE-AA5E228723E7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/14/2017

Signature: _Zuzana Tomesova_
DocuSigned by:
A2DCDE10CEEE47C...

Name: Zuzana Tomesova

Address: Dukelska 1385

Vrchlabi, CZ 54301

Phone Number: +420737535296

Email Address: z.tomesova@centrum.cz

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/24/2015     To: 08/24/2016