# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 14287 | IA79EDH99 | Bianca Paul | Au Pair in America (APIA/AIFS |

**From:** Bianca Paul <bianca_paul1@yahoo.de>
**Sent:** Thursday, November 16, 2017 1:15 PM
**To:** CA - AuPairWageAction
**Subject:** Missunderstood the lawsuit

I don't want to join the lawsuit anymore, since i missunderstood it. I thought it was about somethingelse, but now where i read it again i think i signed something that i thought meant sonething else. I'm sry, but i hope you can take my signature out of the lawsuit.
Thank you.
Bianca Paul

Gesendet von Yahoo Mail auf Android