# Exhibit D

**Au Pair Wage Action**

**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 14108 | RDE4H932C | Monica Mora | Au Pair in America (APIA/AIFS |