IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**NOTICE OF FLSA OPT-INS**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Yaroslava Nemish
2. Adriana Marcela Penaranda Baro
3. Adriana Saith Melo Reyes
4. Adrijana Aleksic
5. Agnieszka Kempska
6. Alejandra Rodriguez
7. Aletta Jm Nagel
8. Amy Sylla
9. Ángela Reyes Quintero
10. Angelika Zajac
11. Anna Elisabeth Schritz
12. Anna Evelina Svensson
13. Asena Güney
14. Audrey Sablery
15. Aurelie Beau
16. Batel Zimerman
17. Bianca Wurth
18. Caitlin Buddle

19. Caitlynn Alexandra Blackmore
20. Camila De Los Santos Francisco
21. Cichowicz Marina
22. Claudia Veronique Krosny
23. Debora Arakaki Da Silva
24. Demira Pasalic
25. Emine Nolan
26. Erika Garcia
27. Hakima Dib
28. Hayleigh Cattell
29. Jana Vitoušková
30. Jessica De Paola
31. Jessica Ryan
32. Jocelyne Kalume
33. Karolina Hartsfield
34. Katarina Milovanovic
35. Kristina Schaefer
36. Leidy Catherine Herrera Pico
37. Leigh Joe
38. Lethabo Xulu
39. Lina Maria Rodríguez
40. Lisa Beloch
41. Lital Shenfeld
42. Lucia Dlugosova
43. Ludmila Do Patrocínio Toledo
44. Maeva Le Piouff
45. Malin Johanna Riddarstroem
46. Maria Camila Gelvez Gelves
47. Maria Camila Zuluaga Torres
48. Marloes Jacoba Wilhelmina Joanna Van Den Berg
49. Martyna Alina Gaska
50. Masego Sima
51. Megan Ann Ross
52. Mengting He
53. Michaela Hampachelova
54. Milica Jakovljevic
55. Monica Rosalia Santacruz Mendoza
56. Moonsun Jang
57. Ortal Glick
58. Pamela Crispim Rosa
59. Paula F Andrade
60. Paulin Sophie Zahn
61. Phillip-Vincent Neck
62. Romy Griffith
63. Ruby Mae Ellis
64. Sapir Schwalb

65. Sarah Luiza Gomes Cabral
66. Sarah Max Plucain
67. Seul Lee Baltazar
68. Silje Helleland Bennett
69. Stefanie Sabine Loy
70. Steven Dennis Pilger
71. Svetlana Jakovljevic
72. Szmulewicz Agata
73. Tetiana Pozdniakova
74. Therés Wittmann
75. Ugolin Lovahina
76. Valentina Gonzalez Castro
77. Xiao Cui
78. Xueni Fan
79. Yingying Peng
80. Zeljka Palikuca

3

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: November 28, 2017 | Respectfully submitted, |
| | _/s/ Dawn Smalls____ |
| | Matthew L. Schwartz |
| | Peter M. Skinner |
| | Randall W. Jackson |
| | Dawn L. Smalls |
| | Joshua J. Libling |
| | 575 Lexington Avenue |
| | New York, New York 10022 |
| | Tel: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | mlschwartz@bsfllp.com |
| | pskinner@bsfllp.com |
| | rjackson@bsfllp.com |
| | dsmalls@bsfllp.com |
| | jlibling@bsfllp.com |
| | |
| | Alexander Hood |
| | TOWARDS JUSTICE |
| | 1535 High Street, Suite 300 |
| | Denver, Colorado 80218 |
| | Tel: (720) 239-2606 |
| | Fax: (303) 957-2289 |
| | alex@towardsjustice.org |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2017, I electronically served the foregoing motion on all counsel of record.

      /s/ Dawn Smalls
      Dawn L. Smalls