# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17320 | ID7AHA8B4 | Adriana Marcela Penaranda Baro | Cultural Care Au Pair |
| 17180 | TG85GH439 | Adriana Saith Melo Reyes | Au Pair in America (APIA/AIFS) |
| 17140 | RHHGCB3E4 | Adrijana Aleksic | Au Pair in America (APIA/AIFS) |
| 17220 | WA65FCE95 | Agnieszka Kempska | Au Pair Care, Inc. |
| 17260 | I86D43EGE | Alejandra Rodriguez | Cultural Care Au Pair |
| 17136 | WB6864449 | Aletta Jm Nagel | Au Pair Care, Inc. |
| 17100 | P36DB7DG3 | Amy Sylla | Cultural Care Au Pair |
| 17119 | C8B8DHA67 | Ángela Reyes Quintero | Cultural Care Au Pair |
| 17166 | TG25A2G4A | Angelika Zajac | Cultural Care Au Pair |
| 17193 | CAGBC2427 | Anna Elisabeth Schritz | Cultural Care Au Pair |
| 17247 | T74BA3294 | Anna Evelina Svensson | Au Pair Care, Inc. |
| 17160 | B728GBGG6 | Asena Güney | Cultural Care Au Pair |
| 17299 | VA66DBHGC | Audrey Sablery | Au Pair Care, Inc. |
| 17241 | ID892G7A2 | Aurelie Beau | Au Pair in America (APIA/AIFS) |
| 17269 | CAF9246HG | Batel Zimerman | Au Pair in America (APIA/AIFS) |
| 17191 | UD7F6A455 | Bianca Wurth | Au Pair in America (APIA/AIFS) |
| 17112 | GA4D93A4D | Caitlin Buddle | Au Pair Care, Inc. |
| 17305 | U97F63584 | Caitlynn Alexandra Blackmore | Cultural Care Au Pair |
| 17129 | TC2HB6EDD | Camila De Los Santos Francisco | Au Pair in America (APIA/AIFS) |
| 17115 | T9D555827 | Cichowicz Marina | Cultural Care Au Pair |
| 17335 | T26H9B2CD | Claudia Veronique Krosny | Cultural Care Au Pair |
| 17163 | TE2C9DGA4 | Debora Arakaki Da Silva | Au Pair Care, Inc. |
| 17351 | LFEDEGE5H | Demira Pasalic | InterExchange, Inc. |
| 17209 | P7232H368 | Emine Nolan | Cultural Care Au Pair |
| 17098 | C46DCHB75 | Erika Garcia | Cultural Care Au Pair |
| 17346 | TDE2D9395 | Hakima Dib | Au Pair Care, Inc. |
| 17188 | LHFCH876E | Hayleigh Cattell | Au Pair in America (APIA/AIFS) |
| 17084 | RH27D2884 | Jana Vitoušková | Au Pair Care, Inc. |
| 17286 | XH79DE43A | Jessica De Paola | Cultural Care Au Pair |
| 17256 | PCC9D95EB | Jessica Ryan | Cultural Care Au Pair |
| 17176 | RB5897389 | Jocelyne Kalume | Au Pair Care, Inc. |
| 17353 | XA8FH2C8H | Karolina Hartsfield | Au Pair Care, Inc. |
| 17169 | K72GD78CG | Katarina Milovanovic | Au Pair Care, Inc. |
| 17116 | Y6CB2F893 | Kristina Schaefer | Cultural Care Au Pair |
| 17147 | CE92D853F | Leidy Catherine Herrera Pico | Cultural Care Au Pair |
| 17090 | C876A9ACB | Leigh Joe | Au Pair in America (APIA/AIFS) |
| 17173 | P47B5D5FB | Lethabo Xulu | Au Pair in America (APIA/AIFS) |
| 17178 | VF23E4833 | Lina Maria Rodríguez | Cultural Care Au Pair |
| 17185 | T2HEF6DE3 | Lisa Beloch | Au Pair in America (APIA/AIFS) |
| 17206 | XBH899D59 | Lital Shenfeld | Au Pair in America (APIA/AIFS) |
| 17295 | B45HDE343 | Lucia Dlugosova | Au Pair in America (APIA/AIFS) |
| 17086 | GF4E96845 | Ludmila Do Patrocínio Toledo | Cultural Care Au Pair |
| 17138 | W2696FFC8 | Maeva Le Piouff | Cultural Care Au Pair |
| 17342 | I53F6D988 | Malin Johanna Riddarstroem | Cultural Care Au Pair |
| 17251 | PDED76BG6 | Maria Camila Gelvez Gelves | Cultural Care Au Pair |
| 17264 | RGE97FH49 | Maria Camila Zuluaga Torres | Cultural Care Au Pair |
| 17315 | UBAE8E796 | Marloes Jacoba Wilhelmina Joanna Van Den Berg | Cultural Care Au Pair |
| 17093 | BAHB722H2 | Martyna Alina Gaska | Cultural Care Au Pair |
| 17340 | TF6B3A837 | Masego Sima | Cultural Care Au Pair |
| 17107 | PB84B298F | Megan Ann Ross | Cultural Care Au Pair |
| 17102 | H4FG34573 | Mengting He | Cultural Care Au Pair |
| 17323 | VB7A44C84 | Michaela Hampachelova | Au Pair in America (APIA/AIFS) |
| 17308 | W7BEHEDA2 | Milica Jakovljevic | Au Pair Care, Inc. |
| 17125 | V95A7BGC3 | Monica Rosalia Santacruz Mendoza | Cultural Care Au Pair |
| 17327 | G9G5BAHH6 | Moonsun Jang | Au Pair Care, Inc. |
| 17157 | BC56GEG24 | Ortal Glick | Au Pair in America (APIA/AIFS) |
| 17231 | UA37ABFEF | Pamela Crispim Rosa | Au Pair Care, Inc. |
| 17109 | GHGC6DHFB | Paula F Andrade | Cultural Care Au Pair |
| 17262 | HE78GA793 | Paulin Sophie Zahn | Cultural Care Au Pair |
| 17131 | LGBE9F8HD | Phillip-Vincent Neck | Cultural Care Au Pair |
| 17214 | L6HCFA77G | Romy Griffith | Cultural Care Au Pair |
| 17268 | IAH9C5DHC | Ruby Mae Ellis | Au Pair in America (APIA/AIFS) |
| 17329 | CAC334G78 | Sapir Schwalb | Au Pair in America (APIA/AIFS) |
| 17289 | HG456C926 | Sarah Luiza Gomes Cabral | Cultural Care Au Pair |
| 17153 | K6F34GFA9 | Sarah Max Plucain | Au Pair Care, Inc. |
| 17134 | LB737F732 | Seul Lee Baltazar | Au Pair in America (APIA/AIFS) |
| 17182 | ICEF3ECC4 | Silje Helleland Bennett | Cultural Care Au Pair |
| 17338 | Y88437BBA | Stefanie Sabine Loy | Cultural Care Au Pair |
| 17222 | TC364F8CG | Steven Dennis Pilger | Cultural Care Au Pair |
| 17171 | KEEH646F2 | Svetlana Jakovljevic | Au Pair Care, Inc. |
| 17303 | L2B83B793 | Szmulewicz Agata | Au Pair Care, Inc. |
| 17252 | C646EC654 | Tetiana Pozdniakova | Au Pair Care, Inc. |
| 17225 | K35A8FCBE | Therés Wittmann | Au Pair Care, Inc. |
| 17096 | P42H94588 | Ugolin Lovahina | InterExchange, Inc. |
| 17325 | UC35E2H9B | Valentina Gonzalez Castro | Au Pair Care, Inc. |
| 17276 | H63G6H94A | Xiao Cui | Au Pair in America (APIA/AIFS) |
| 17332 | HC4449BFB | Xueni Fan | Cultural Care Au Pair |
| 17217 | R8GCEGDA6 | Yingying Peng | Cultural Care Au Pair |
| 17347 | XGHC9E7DE | Zeljka Palikuca | InterExchange, Inc. |

DocuSign Envelope ID: 40609AA0-7BDB-431A-B5DB-A09BE96DBEBD

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 11/24/2017          Firma: _Adriana Peñaranda_
                                   03CF9051997B4AC...

Nome: Adriana Marcela Penaranda Baro

Dirección: Calle 8 #15-75 San Miguel

Cucuta , Norte de santander   CO 0000

Telefone: 3202651130

Email Address: adriana_penaranda@avianca.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/05/2011          A: 06/05/2013

DocuSign Envelope ID: B5C1ABF7-EA3D-4F8E-9BB8-2C2362F65F00

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Adriana Saith Melo Reyes*
DocuSigned by:
7030BF8F3F94432...

Name: Adriana Saith Melo Reyes

Address: Cra 6 a N° 6 – 35

Ramiriquí, Boyacá CO 8

Phone Number: 3194061256

Email Address: saith112@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/18/2010     To: 01/17/2011

DocuSign Envelope ID: 5AC534DE-2FB3-4225-8A72-FA4D5B2F4294

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/18/2017

Signature: *[signature]* DocuSigned by: 05A55B5F97FA4A7...

Name: Adrijana Aleksic

Address: Kneza Milosa 1A/22

Kragujevac, VA US 34000

Phone Number: +381652331153

Email Address: aleksic.adrijana@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/03/2010       To: 05/04/2012

DocuSign Envelope ID: D6FD7BAA-77B0-4A15-BB27-152F0BA60A6A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Agnieszka Kempska*
3F39099F00194C4...

Name: Agnieszka Kempska

Address: Panewnicka 378

Katowice,  PL 40-774

Phone Number: +48668349586

Email Address: kempska.agnieszka@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/06/2014    To: 01/06/2015

DocuSign Envelope ID: 396AC175-E4C3-4967-AEFA-5DE04FC6826B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: *Alejandra Rodriguez*
CE0A621A575A408...

Name: Alejandra Rodriguez

Address: 8841 Jarrett Valley Dr

Vienna, VA US 22182

Phone Number: 7039391534

Email Address: arodriguez4106@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016     To: 01/04/2017

DocuSign Envelope ID: 2311B380-6556-407C-AF1B-6F6C0D20CC69

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/18/2017

Signature: *ALETTA JM NAGEL*
DocuSigned by:
3BE94E553D64465...

Name: ALETTA JM NAGEL

Address: 6129 tern court

Orlando, FL US 32807

Phone Number: 7815881198

Email Address: jacoletnagel@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/19/2008   To: 08/26/2012

DocuSign Envelope ID: 58447CFF-959E-4DBC-B24B-40A3E80918EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *Amy Sylla*
F65883017F2A451...

Name: Amy Sylla

Address: 140 erskine avenue appartment 717

Toronto, Ontario CA M4P 1Z2

Phone Number: 6176972407

Email Address: amysylla83@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/16/2013    To: 06/16/2015

DocuSign Envelope ID: EB4C021D-8E6C-4D01-A737-1EA3C12DEEE4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *Ángela R* (DocuSigned by: 21AB0913FA9C458...)

Name: Ángela Reyes Quintero

Address: Calle 152 # 54 - 50

Bogotá , Cundinamarca   CO 111156

Phone Number: 3008908922

Email Address: alegna0894@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/06/2016     To: 05/31/2017

DocuSign Envelope ID: 6681B1C3-446C-4350-A50C-E8F640E54EAE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Angelika Zajac*
2FB7FEC15EE24A8...

Name: Angelika Zajac

Address: Baczyn 188

Budzow,  PL 34-211

Phone Number: 888868689

Email Address: angzaj@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2015       To: 05/31/2016

DocuSign Envelope ID: A6F6DAC4-1487-4892-93B8-E6DB97B6D0E8

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: _A E. Schritz_
DocuSigned by:
0B02F96E32B34B8...

Name: Anna Elisabeth Schritz

Address: Weinstraße 24

Nittel, DE 54453

Phone Number: 01756725220

Email Address: anna.schritz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/06/2010        To: 04/10/2011

DocuSign Envelope ID: 24F24FAA-36A1-43D4-BECD-EA0547101745

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: _(DocuSigned by: Anna Svensson, 046AF77CE3A74E5...)_

Name: Anna Evelina Svensson

Address: Smedjegatan 3

Malmö,  SE 21421

Phone Number: 0768040420

Email Address: annasvensson93@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/11/2012     To: 06/11/2013

DocuSign Envelope ID: 72F2CCD7-77AA-4E10-A441-926616F0898A

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Asena Güney*
5E8248AAE84148D...

Name: Asena Güney

Address: Düppelstraße 32

Berlin, Berlin DE 12163

Phone Number: +4915904098698

Email Address: a-gueney@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/30/2015    To: 05/17/2016

DocuSign Envelope ID: ABF585E3-2214-4116-B8AA-CCAAD65F413A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/22/2017

Signature: *Audrey Sablery*
DocuSigned by:
399F652F4024404...

Name: Audrey Sablery

Address: 63 rue Emile Paladilhe

Le Blanc Mesnil,  FR 93150

Phone Number: 0033652867221

Email Address: audrey.sablery@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/04/2010     To: 01/03/2012

DocuSign Envelope ID: E3E8DB8E-4378-4ACF-A7DE-B30E568BA1A9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: _DocuSigned by:_ 151007842A814B3...

Name: Aurelie Beau

Address: 802 florham place apt 301

louisville, KY US 40208

Phone Number: 5022964047

Email Address: beauaurelie@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2014     To: 03/18/2015

DocuSign Envelope ID: D6B4AD38-AC86-4150-BA84-E78E949AA405

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: _Batel Zimerman_
2E5A4A2AB26D488...

Name: Batel Zimerman

Address: 7212 Blvd East Apt 6F

NOrth Bergen, NJ US 07047

Phone Number: 9083051780

Email Address: HARDwell2737@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/01/2014       To: 11/30/2015

DocuSign Envelope ID: E416D59C-8475-4366-994D-A3F01626AD8B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: _Bianca Wurth_
7090D82B35A44C1...

Name: Bianca Wurth

Address: Grey Street

Trichardt, Mpumalanga ZA 2230

Phone Number: +27629789375

Email Address: bianca2255@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/07/2008     To: 12/16/2009

DocuSign Envelope ID: AB45D3D3-B3FE-455D-8C86-75A744FE258C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *DocuSigned by:* [signature] D159B656E7E84CD...

Name: Caitlin Buddle

Address: Kromboom

Cape Town,  ZA 7700

Phone Number: 0810493021

Email Address: cbuddle@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/11/2011     To: 12/15/2012

DocuSign Envelope ID: 352A7441-B6DF-4EF4-BE03-DC0B048704D7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/23/2017

Signature: *Caitlynn Alexandra Blackmore*
848EFD29576A448...

Name: Caitlynn Alexandra Blackmore

Address: 912/339 Swanston Street

Melbourne, Victoria AU 3000

Phone Number: 0497682938

Email Address: caitlynnblackmore@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/09/2014     To: 02/13/2015

DocuSign Envelope ID: 87490644-CCAB-477D-B7EC-7A39D8A75CE5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *Camila De Los Santos Francisco*
DocuSigned by:
68C97053525943F...

Name: Camila De Los Santos Francisco

Address: 12499 osprey lane 1

Los Angeles, CA US 90094

Phone Number: 7034084923

Email Address: camila.contreras@virgilio.it

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/10/2014     To: 03/10/2016

DocuSign Envelope ID: DB95E996-9D9F-4E07-9160-24D3E89872B1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017          Signature: *Cichowicz* CBC1D85AF292492...

Name: CICHOWICZ MARINA

Address: 8411 kirkwood dr.

Los angeles, CA US 90046

Phone Number: 2135092808

Email Address: mar.ii.na@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/09/2017          To: 07/08/2018

DocuSign Envelope ID: 33703E8F-3B25-488A-A652-20446352F3DB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: _C. Krosny_
DocuSigned by:
ADB9DE637A6E418...

Name: Claudia Veronique Krosny

Address: ringstr. 12

Würselen , Nordrhein-Westfalen  DE 52146

Phone Number: +4915774046240

Email Address: claudia.krosny@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/01/2013     To: 07/01/2014

DocuSign Envelope ID: 01742774-7A74-4841-A4F0-5663C9843D2A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Debora Arakaki da Silva*
DocuSigned by:
87B4520B9B9842F...

Name: Debora Arakaki da Silva

Address: 141 Endicott Ave apt.3

Revere, MA US 02151

Phone Number: 6174610565

Email Address: deb.arakaki@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/15/2008      To: 06/14/2010

DocuSign Envelope ID: 84ADC879-E982-4267-89BC-082AFF287BA8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *Demira Pasalic*
DocuSigned by:
DCBDA0D82BA7442...

Name: Demira Pasalic

Address: 2100 CROPSEY AVE APT 3F

BROOKLYN, NY US 11214

Phone Number: 9173875890

Email Address: demira_pasalic@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/16/2011      To: 06/16/2012

DocuSign Envelope ID: 5DFA3B14-5945-4B81-BF35-7AEB25D1E1AA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: _Emine Nolan_
0F34B59826DA4C9...

Name: Emine Nolan

Address: 2208 winfield Ave

Scranton, PA US 18505

Phone Number: 4849497252

Email Address: emine.kus@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/21/2012    To: 05/21/2014

DocuSign Envelope ID: E454CA4A-92BA-454F-8B5A-982D7D5E8C28

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _DocuSigned by:_ 4BF02EE3791E4F1...

Name: Erika garcia

Address: Tenochtitlan

West valley, NY US 366678

Phone Number: 6251142646

Email Address: Irasema.280@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015     To: 01/05/2016

DocuSign Envelope ID: 116B2F19-D120-4414-A989-4A5FCDA2BA51

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *HAKIMA DIB*
DocuSigned by:
F00E9D82A18240D...

Name: HAKIMA DIB

Address: 22 ALLEE DES GRIVES

FLOIRAC ,  FR 33270

Phone Number: 0033664771818

Email Address: hakima.d@orange.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/15/2011    To: 05/08/2013

DocuSign Envelope ID: 19694FA3-71B9-4012-9495-5A5C849F310D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *DocuSigned by:* [signature] 40150BFD37C64D9...

Name: Hayleigh Cattell

Address: 419a Humffray Street North

Brown Hill, Victoria AU 3350

Phone Number: 0432538883

Email Address: hayleighjc@icloud.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/06/2012      To: 10/26/2012

DocuSign Envelope ID: 841AB5A1-105D-4554-9F4D-93EA564C8999

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *Jana G[...]* DocuSigned by: 5160FC7C592548D...

Name: Jana Vitoušková

Address: Rokycanova 1216/7

Liberec, Liberecky CZ 460 01

Phone Number: +420602403224

Email Address: vitouskova.jana@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2011   To: 04/08/2012

DocuSign Envelope ID: 030A60A8-68F9-41F4-8F63-29FF303BF418

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _11/22/2017_

Firma: _jessica de paola_
DocuSigned by:
32C6B4B7885245D...

Nome: _jessica de paola_

Dirección: _via ruggero lencavallo, 26_

_milano, Milano IT 20131_

Telefone: _3470698949_

Email Address: _jessica_4@hotmail.it_

Patrocinador: _Cultural Care Au Pair_

Datas de participação no programa au pair:

De: _01/20/2014_        A: _03/02/2014_

DocuSign Envelope ID: A9A99677-C739-47F4-87AF-9FA9F96EF1CD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: 11/21/2017                    Signature: *[signature]*
                                    DocuSigned by:
                                    9133002CA7A2449...

Name: Jessica Ryan

Address: 10 Wilga Street

Leeton, NSW AU 2705

Phone Number: 0457008369

Email Address: jess_r7@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/12/2009          To: 01/11/2011

DocuSign Envelope ID: 93DB4734-5EA6-4271-A73D-FE7961BD12D6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *[DocuSigned by signature]* BE7AD5C400684A1...

Name: Jocelyne Kalume

Address: Rue Goffart

Seraing, Liège  BE 4100

Phone Number: 0032495404066

Email Address: Jocelyne.Kalume@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/09/2013      To: 12/09/2014

DocuSign Envelope ID: 6A4E83CC-F1BE-4B6A-B6F4-A8AFA8076F4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *Karolina Hartsfield*
E23C6695F4514C4...

Name: Karolina Hartsfield

Address: 6928 West Park Ave

SAINT LOUIS, MO US 63139

Phone Number: 3142434337

Email Address: KarolinaNesporova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/02/2014     To: 06/06/2014

DocuSign Envelope ID: 4CF79589-8E4D-4406-B07C-C2D70B8B7B14

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *[DocuSigned by: K. Milovanovic — 71EFEE136D8B471...]*

Name: Katarina Milovanovic

Address: 122 E Maple Ave

El Segundo, CA US 90245

Phone Number: 7736663846

Email Address: katarina.milo@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/16/2012    To: 06/15/2014

DocuSign Envelope ID: 6A14E5B4-4F36-44E0-906E-50AF05FEF6E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _Schaefer_
57B905426E4D442...

Name: Kristina Schaefer

Address: 2138 Penmar ave Apt. 4

Venice, CA US 90291

Phone Number: 3106634200

Email Address: krissi-obg@gmx.net

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/14/2012     To: 05/13/2014

DocuSign Envelope ID: ECE93385-1C4F-4218-9357-6EFEEBA915D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.


Date: 11/18/2017                   Signature: *[DocuSigned by signature: 57644227E6884A4...]*

Name: LEIDY CATHERINE HERRERA PICO

Address: Transversal 21 Bis 60-81 San Luis, Apartamento 704 - Edificio Amarilis 3

Bogota D.C, Bogota D.C CO 111311

Phone Number: 3142761158

Email Address: katherine.herrera1007@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/18/2013           To: 11/18/2014

DocuSign Envelope ID: F111EDEA-4082-4A7B-9463-889CD38538B6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _DocuSigned by:_ Joe  65A5130A9F124A3...

Name: Leigh Joe

Address: 8 St Hilary Street, West End

Port Elizabeth, Eastern Cape ZA 6059

Phone Number: 721093244

Email Address: leighjoe21@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/13/2011    To: 07/20/2012

DocuSign Envelope ID: 4AB920CC-4A80-4035-B2F0-E18185ED2E89

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *DocuSigned by:* 3AC75097A4274A3...

Name: Lethabo Xulu (nee: Nyathi)

Address: 32 Essex Rd

Durban , ZA 4001

Phone Number: +27761672717

Email Address: lethabo.nyathi@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2007     To: 12/31/2009

DocuSign Envelope ID: DEA36090-6E13-46C4-A776-2D441A0C4AEC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: _[DocuSigned by signature]_ C9DDAC5D2AA0496...

Name: Lina Maria Rodríguez

Address: 1384 west peachtree st NW c 6

Atlanta , GA US 30309

Phone Number: 4049379077

Email Address: lina_rb92@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/04/2013    To: 05/01/2015

DocuSign Envelope ID: 9E2A8190-D7D5-4BF2-86B3-127A6DCEC18E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Lisa Beloch*
83CEEC7A4B80457...

Name: Lisa Beloch

Address: Zobelstraße 14

Gronau, DE 48599

Phone Number: 00491757504723

Email Address: lisabeloch@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/06/2010     To: 07/08/2011

DocuSign Envelope ID: 2EE26F22-0FCF-4BA0-850E-3E57415D51DB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Lital* 0C071657D9E3402...

Name: Lital shenfeld

Address: Brown 13

Jerusalem, Israel IL 9729655

Phone Number: 0546556656

Email Address: lital.shenfeld@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/25/2012   To: 09/30/2013

DocuSign Envelope ID: 0EA7E552-7A1B-43C4-BEAA-FC4782D361E5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/22/2017

Signature: *Lucia Dlugosova*
DocuSigned by:
70034783004F4E1...

Name: Lucia Dlugosova

Address: Kukucinova 2

Kezmarok, SK 06001

Phone Number: +447401135280

Email Address: dlugos.lucia@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/07/2011    To: 03/07/2013

DocuSign Envelope ID: E47D4052-D7CA-440F-801C-125482B91E37

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *[DocuSigned by signature]* 82FA4D431A23453...

Name: LUDMILA DO PATROCÍNIO TOLEDO

Address: Rua padre Aníbal Difrancia, 280

São Paulo , São Paulo  BR 05135160

Phone Number: 5511971718276

Email Address: ludmilapt13@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014     To: 07/18/2016

DocuSign Envelope ID: C3DEF341-BE13-45E5-977A-CBC754340F94

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/18/2017

Signature: *Maeva LE PIOUFF*
4C8B4F830B5F447...

Name: Maeva LE PIOUFF

Address: 6, chemin de la chatterie

SAINT-HERBLAIN, LOIRE-ATLANTIQUE FR 44800

Phone Number: +330643337572

Email Address: maeva.lp@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/08/2016     To: 07/29/2017

DocuSign Envelope ID: 2C07A9EC-337A-415C-9715-F386F1887559

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *Malin Johanna Riddarstrom*
DocuSigned by:
861AE81761274A0...

Name: Malin Johanna Riddarstroem

Address: Klaedesvaegen 28 lgh T8-1105

Bromma, Stockholm SE 168 76

Phone Number: 0046722547829

Email Address: malin.riddarstrom@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/03/2009     To: 08/07/2010

DocuSign Envelope ID: 1571480E-A5C7-4478-A09D-A2030E35758A

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: *MARIA CAMILA GELVEZ GELVES*
4FE937E1C212407...

Name: MARIA CAMILA GELVEZ GELVES

Address: Carrera 81b No. 17-90 Torre f apto 201

bogota,  CO 0000

Phone Number: 3125375574

Email Address: mariacamilagelvez@hotmai.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/11/2014       To: 09/30/2015

DocuSign Envelope ID: 2EF798BA-2C26-42AF-BAC3-22B09A3F2937

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: *Maria Camila Zuluaga Torres*
232AB5F67C6F4EE...

Name: Maria Camila Zuluaga Torres

Address: 41 rue des prevoyants

La courneuve,  FR 93120

Phone Number: +330676894026

Email Address: camizuluaga00@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/04/2012     To: 06/03/2014

DocuSign Envelope ID: FA0794AA-F084-4D49-B06A-AFC05E7BF275

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/23/2017

Signature: *Marloes Jacoba Wilhelmina Joanna van den*
DocuSigned by:
7222B9058A8A46E...

Name: Marloes Jacoba Wilhelmina Joanna van den Berg

Address: Boksdoornerf 213

Tilburg,  NL 5042TE

Phone Number: +31651451834

Email Address: marloes.vd.berg@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/27/2016       To: 06/23/2017

DocuSign Envelope ID: C07875B0-6231-4398-AE22-2BB12F162BA1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *Martyna Alina Gaska*
DocuSigned by:
69663D0519164FA...

Name: Martyna Alina Gaska

Address: 60 Forty Avenue

Wembley,  GB HA9 8LQ

Phone Number: +44 7874 171417

Email Address: martyna.g@vp.pl

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/19/2014     To: 05/24/2016

DocuSign Envelope ID: ACE64061-4279-4C12-BCED-4594AF340DEB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *DocuSigned by:* E5971F46BED8406...

Name: Masego Sima

Address: 421 Bushnell road

Chatham, NY US 12037

Phone Number: 6312555712

Email Address: masego257@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/01/2016     To: 04/01/2018

DocuSign Envelope ID: 0ED8093D-CC5D-4C18-AFF0-CF0A2FE4F102

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _DocuSigned by:_ D3589B811C0A446...

Name: Megan Ann Ross

Address: 34 orowaiti road

westport, NZ 7825

Phone Number: +16176102023

Email Address: MARS93@OUTLOOK.CO.NZ

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/20/2017          To: 02/19/2018

DocuSign Envelope ID: D108DDF5-BFC5-4FC5-A5CD-EDE004C14058

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:        11/17/2017

Signature:   *Mengting He*

Name:        Mengting He

Address:     3500 BRIARGLEN LN

             LOUISVILLE, KY US 40220

Phone Number:  5132376405

Email Address:  Mengtinghe@outlook.com

Sponsor:     Cultural Care Au Pair

Dates in Au Pair Program:

From:  04/23/2012        To:  06/18/2012

DocuSign Envelope ID: 931D338E-1AA5-4877-BBA9-AC906A2430E7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/24/2017

Signature: *[DocuSigned by: Henz, C05821BC576A411...]*

Name: Michaela Hampachelova

Address: Bakkesvinget 71

Roskilde , DK 4000

Phone Number: +4591552583

Email Address: Michaelahampachelova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2014          To: 09/27/2016

DocuSign Envelope ID: C724E05D-62DF-4E62-B9BA-985ADF2D729B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/23/2017

Signature: *Milica Jakovljevic*
DocuSigned by:
EE835DC1B2DF417...

Name: Milica Jakovljevic

Address: Unska 5

Kraljevo,  RS 36000

Phone Number: +381665558588

Email Address: milica05@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/20/2012          To: 02/19/2014

DocuSign Envelope ID: 0F96608E-886B-42DE-8FA2-5EBA637D4643

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *DocuSigned by:* 4F6558AD28754B8...

Name: Monica Rosalia Santacruz Mendoza

Address: Zacatecas 202

Hermosillo, Sonora MX 83190

Phone Number: 526621745156

Email Address: monicarsantacruz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014    To: 06/15/2015

DocuSign Envelope ID: 13DB9C1A-F564-444B-B140-0CBD92EDDB7D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/25/2017          Signature: _[DocuSigned by signature] 5D8EB6D3F194434..._

Name: Moonsun Jang

Address: 마포구 망원로10길 6, 404호

서울, Seoul KR 04011

Phone Number: +821093530223

Email Address: hi1237@nate.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/14/2015          To: 05/20/2016

DocuSign Envelope ID: 6FAF5CDD-C9E1-42B8-AA35-A282F81092CC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *ortal glick*
1F30B7ED2549474...

Name: ortal glick

Address: hacabaim 3

ramat gan,  IL 5225503

Phone Number: +972503206095

Email Address: ortalglick@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/01/2014       To: 06/05/2015

DocuSign Envelope ID: A132ACA4-41C3-48BF-A978-A0C7476F62D4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Pamela Crispim Rosa*
DocuSigned by:
8BA540193EB548F...

Name: Pamela Crispim Rosa

Address: Rua Mato Grosso N494 Bairro Monsenhor Souza

Catalão , Goias BR 75712500

Phone Number: +5564996027587

Email Address: pamelacrispimrosa@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/15/2016     To: 02/10/2017

DocuSign Envelope ID: 90D960B7-C97A-48B1-B7AC-A3C77364A7C7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: *PAULA F ANDRADE*
C6ACAD4082964BD...

Name: PAULA F ANDRADE

Address: 43 PARK AVE

MILFORD, CT US 06460

Phone Number: 2035246212

Email Address: paulafideli@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/24/2011     To: 04/30/2012

DocuSign Envelope ID: 517E64D8-2DE7-4F06-AFB5-2B8535FB410C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: _P. Zahn_ (DocuSigned by: A159EC365D884F3...)

Name: Paulin Sophie Zahn

Address: Albrechtstraße 11

Langenselbold,  DE 63505

Phone Number: 015735680605

Email Address: paulinzahn.pz@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/19/2016    To: 08/11/2017

DocuSign Envelope ID: 6E8B346E-D754-4BDC-86CA-8B1CF01BEF23

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _(signed)_ 6743929BE06A4A1...

Name: Phillip-Vincent Neck

Address: Antonienstr. 26

Leipzig, Sachsen DE 04229

Phone Number: 017656762140

Email Address: p.neck1993@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/28/2013       To: 02/28/2014

DocuSign Envelope ID: 7EA32854-ED3A-47D6-B074-691E9C655D69

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Romy Griffith* (DocuSigned by: E19EF026760A4D1...)

Name: Romy Griffith

Address: 638 Galloway dr

Fayetteville, NC US 28303

Phone Number: 6463866229

Email Address: Romy.swierczek@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/09/2008          To: 06/30/2010

DocuSign Envelope ID: 46C38881-C057-4296-A69F-747D2F9FFDE1

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: *Ruby Mae Ellis*
DocuSigned by:
81FB03BEE7A442D...

Name: Ruby Mae Ellis

Address: 171a Cashmere Road

Christchurch, Canterbury NZ 8022

Phone Number: 0278455523

Email Address: Ruby.ellis@HOTMAIL.CO.NZ

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/11/2016      To: 06/13/2017

DocuSign Envelope ID: A3BE36C9-6EAF-4EF9-BC3B-487C196D2106

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/25/2017

Signature: *Sapir Schwalb*
DocuSigned by:
6523915D55984CD...

Name: sapir schwalb

Address: Yigal yadin 3

Holon, IL 5845303

Phone Number: +972543349000

Email Address: Sapirshvallb@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2013        To: 09/08/2014

DocuSign Envelope ID: D47718A7-BF53-4625-BC38-69B2C292E9DD

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/22/2017

Signature: *Sarah Luiza Gomes Cabral*
DocuSigned by:
D058FD5A8CA0474...

Name: Sarah Luiza Gomes Cabral

Address: Rua paraíba 266 apartamento 133

Blumenau, Santa Catarina BR 89012130

Phone Number: +5547991615535

Email Address: sarahluucabral@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016     To: 11/17/2017

DocuSign Envelope ID: 4B37F1A1-FEF7-4050-94E1-33A343812210

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/18/2017

Signature: *Sarah Max Plucain*
68B876941277457...

Name: Sarah Max Plucain

Address: 30 locust avenue

Larkspur, CA US 94939

Phone Number: 4154971526

Email Address: sarah-1206@sfr.fr

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/08/2015          To: 06/08/2017

DocuSign Envelope ID: F6F972FE-E95E-473E-A127-C2BF4FABC5C9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:     11/18/2017

Signature:     *Seul Lee Baltazar*
DocuSigned by:
BD0A46CB6D624B7...

Name:     Seul Lee Baltazar

Address:     7640 Stewart and Gray Rd Unit E

Downey, CA US 90241

Phone Number:     9492476944

Email Address:     seul2ya@gmail.com

Sponsor:     Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:     12/05/2011     To:     06/04/2013

DocuSign Envelope ID: 52AF3E7A-A022-4DD8-8629-1823CD4B48C6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/19/2017

Signature: *Silje Helleland Bennett*
A347FF7F31DA49E...

Name: Silje Helleland Bennett

Address: 4318 Grays Gable Road

Laramie, WY US 82072

Phone Number: 3072568312

Email Address: silje.bennett@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/22/2010     To: 05/11/2010

DocuSign Envelope ID: 7CF12F7D-787E-4713-B971-0B0FE2175473

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *DocuSigned by:* [signature] 1464E5EE3A4B4CB...

Name: Stefanie Sabine Loy

Address: Gustav-Jung-Straße 7

Nurenberg,  DE 90455

Phone Number: +4915170825150

Email Address: stefanieloy@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/20/2012      To: 08/19/2013

DocuSign Envelope ID: 2FA26EA7-5390-486F-B5FF-32146942794D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Steven Dennis Pilger*
D8CD4B76F65146C...

Name: Steven Dennis Pilger

Address: Hinterweg 14

Bacharach, DE 55422

Phone Number: 004917665080075

Email Address: steven@fam-pilger.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/01/2012     To: 06/30/2013

DocuSign Envelope ID: 9220E36A-129B-44BC-8303-DA7ED4E47B46

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _11/19/2017_    Signature: _[signature]_

Name: _Svetlana Jakovljevic_

Address: _5547 W Higgins Ave_

_Chicago, IL US 60630_

Phone Number: _7737809086☐ ☐ 773780986_

Email Address: _cecajakovljevic@hotmail.com_

Sponsor: _Au Pair Care, Inc._

Dates in Au Pair Program:

From: _07/29/2010_    To: _07/27/2011_

DocuSign Envelope ID: AACA5854-D26C-4CDA-9F21-6633C3013EAA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/22/2017

Signature: _DocuSigned by:_ A7CA0E35B486469...

Name: Szmulewicz Agata

Address: Brochowska 19

Sochaczew , PL 96-500

Phone Number: 48 690041886

Email Address: agata_szmulewicz@op.pl

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/24/2011      To: 01/27/2012

DocuSign Envelope ID: 3845CF6D-0CAF-4165-893D-7624B515EC6F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: _(DocuSigned by)_ 84725EBF7AAA473...

Name: Tetiana Pozdniakova

Address: 224 Nantmeal Rd

Glenmoore, PA US 19343

Phone Number: 4843647014

Email Address: pozdniakovatv@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/09/2009     To: 03/09/2010

DocuSign Envelope ID: 5F81A4E2-665C-44DF-80C5-DAB027C3FBA3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Wittmann*
DocuSigned by:
6C652200F84C40F...

Name: Therés wittmann

Address: Berenhorststraße 65

Berlin,  DE 13403

Phone Number: 015123901124

Email Address: Thereswittmann@hotmail.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/06/2012      To: 07/23/2014

DocuSign Envelope ID: F2E95F92-2A3A-403A-B595-CC650C339086

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/17/2017

Signature: _DocuSigned by:_ AE65FF89BB9D414...

Name: Ugolin Lovahina

Address: 2 TER rue Montessuy

CALUIRE ET CUIRE, Rhône FR 69300

Phone Number: 0688803622

Email Address: lauma21@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 12/07/2009   To: 12/07/2010

DocuSign Envelope ID: 7BDCD3CC-FEC0-4E18-87A1-E4DA1903A4C3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/24/2017

Signature: *DocuSigned by:* D07EC1AC865F4CB...

Name: Valentina Gonzalez Castro

Address: 155 NE 60th st

Seattle, WA US 98115

Phone Number: 2063310024

Email Address: Valgonzalezcastro@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/09/2009        To: 01/28/2011

DocuSign Envelope ID: 5E525A98-0B89-4361-852C-78D37CB0FAB2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/21/2017

Signature: _Xiao Cui_
DocuSigned by:
01E61A1BC37F43F...

Name: Xiao Cui

Address: 505 Hawthorne Rd

Baltimore , MD US 21210

Phone Number: 410507202

Email Address: 358585356@qq.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/11/2016   To: 08/10/2017

DocuSign Envelope ID: 20C0FE51-696E-4050-9518-5695A944A140

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/25/2017

Signature: _xueni fan_
DocuSigned by:
54F34964F1FD4BE...

Name: xueni fan

Address: 73 whitsunday street, bowen, queensland, australia 4805

bowen, queensland AU 4805

Phone Number: 61-0402-512-531

Email Address: xueni.fan@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/18/2011    To: 08/25/2012

DocuSign Envelope ID: 4A916EAF-AEB0-443F-9881-3AEB8C2EDF6F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/20/2017

Signature: *Yingying Peng*
F77AE09D76E74F7...

Name: Yingying Peng

Address: 23687 black oak way

cupertino, CA US 95014

Phone Number: 4086509465

Email Address: pyy853257028@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/09/2017          To: 01/18/2018

DocuSign Envelope ID: 0A808152-EF1F-4AFB-B81C-1B0C93F49879

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/26/2017

Signature: *[DocuSigned by signature: 1F14EEFE433E4E1...]*

Name: Zeljka Palikuca

Address: 1641 65th street c2

Brooklyn, NY US 11204

Phone Number: 3476663603

Email Address: zeljka.p@yahoo.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 08/29/2011     To: 08/29/2012