# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 9848 | HE73G662G | Alexandre Jaider De Castro Gusmão | Expert Au Pair |
| 1062 | 71A71122 | Carolina Davila | Expert Aupair |

| | |
|---|---|
| **From:** | Alexandre Jaider <alexandre.jaiderdecastro@gmail.com> |
| **Sent:** | Monday, November 20, 2017 3:45 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Re: I wish to be excluded from the lawsuit! |

Yes, I confirm.

On Mon, Nov 20, 2017 at 12:44 PM CA - AuPairWageAction <AuPairWageAction@jndla.com> wrote:

> Dear Sir/Madam:
>
> Thank you for your email.
>
> The records indicate that you submitted a Consent to Join Form on September 12, 2017.  If you now wish to withdraw this submission, please confirm by return email.
>
> Regards,
>
> Au Pair Wage Action Notice Administrator
>
> www.AuPairWageAction.com
>
> **From:** Alexandre Jaider [mailto:alexandre.jaiderdecastro@gmail.com]
> **Sent:** Monday, November 20, 2017 1:47 PM
> **To:** CA - AuPairWageAction
> **Subject:** I wish to be excluded from the lawsuit!
>
> I wish to be excluded from the lawsuit
>
> Thanks,
>
> Alexandre Jaider

| | |
|---|---|
| **From:** | Carolina Davila Betancourt <caro.davila13@hotmail.com> |
| **Sent:** | Tuesday, November 21, 2017 8:01 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Remove my name |

I wish my name to be removed from the lawsuit.

Thank you.
Carolina Davila Betancourt.

Sent from my iPhone

1