# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Geraldine Dill
2. Catharina Petronella Pieterse
3. Daniela Canaveral Puerta
4. Destiny Faddell
5. Elysia Stander
6. Harald Hagen Diethart
7. Inge Pheiffer
8. Lidia Müller
9. Melinda Holtkamp
10. Mitzy Joseline Uribe Ledesma
11. Rebekah Walker
12. Renata Yumi Izo Bonadiu
13. Rosario Oliva Morillas
14. Sashika Perisamy
15. Solène Louis
16. Vicki Trudel
17. Yasmina Leila Sadki

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: December 1, 2017 | Respectfully submitted,<br><br>  _/s/ Dawn Smalls_____<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 1, 2017, I electronically served the foregoing motion on all counsel of record.

                   <u>/s/ Dawn Smalls</u>
                   Dawn L. Smalls