# Exhibit B

Au Pair Wage Action
Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17379 | U7CH767AG | Catharina Petronella Pieterse | Au Pair Care, Inc. |
| 17376 | V995HAA25 | Daniela Canaveral Puerta | Cultural Care Au Pair |
| 17373 | HD84F6AAD | Destiny Faddell | InterExchange, Inc. |
| 17389 | L657C65C7 | Elysia Stander | Go Au Pair |
| 17393 | X733GG396 | Harald Hagen Diethart | Cultural Care Au Pair |
| 17386 | CGE3H4AC7 | Inge Pheiffer | Au Pair in America (APIA/AIFS |
| 17356 | K8EF6FH59 | Lidia Müller | Au Pair in America (APIA/AIFS |
| 17395 | P886DC9G4 | Melinda Holtkamp | Cultural Care Au Pair |
| 17362 | R799F3BFA | Mitzy Joseline Uribe Ledesma | Cultural Care Au Pair |
| 17367 | X33EHH3CF | Rebekah Walker | Au Pair in America (APIA/AIFS |
| 17409 | L9FA6BC3D | Renata Yumi Izo Bonadiu | Cultural Care Au Pair |
| 17401 | TE4GE7AB9 | Rosario Oliva Morillas | Au Pair in America (APIA/AIFS |
| 17405 | YA8BCF7E9 | Sashika Perisamy | Cultural Care Au Pair |
| 17370 | BH32E5235 | Solène Louis | Au Pair Care, Inc. |
| 17412 | HF4E73F5B | Vicki Trudel | Au Pair in America (APIA/AIFS |
| 17383 | W7962DB9E | Yasmina Leila Sadki | Cultural Care Au Pair |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *DocuSigned by:* [signature] 633CFACF0D2B48F...   CPP

Name: Catharina Petronella Pieterse

Address: 258 Corona Ave

Pelham, NY US 10803

Phone Number: 9175393842

Email Address: carin.pieterse@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/17/2011     To: 04/17/2013

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 11/27/2017 |
| Signature: | *daniela canaveral puerta* (DocuSigned by: 01D39D637DA4473...) |
| Name: | daniela canaveral puerta |
| Address: | calle 9a #73 95 |
| | Medellin, Antioquia CO 050037 |
| Phone Number: | +573137449911 |
| Email Address: | dani931230@hotmail.com |
| Sponsor: | Cultural Care Au Pair |

Dates in Au Pair Program:

From: 07/20/2015   To: 07/15/2016

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *[DocuSigned by: E7E24DC59CBE4E4...]*

Name: Destiny Faddell

Address: 29 Monte Palma, Rohm street

Goodwood, Western Cape ZA 7460

Phone Number: +27726012539

Email Address: bloxdizzy@hotmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 05/13/2013    To: 05/13/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/28/2017

Signature: *[DocuSigned by: Stander, 2471F359C2F8446...]*

Name: Elysia stander

Address: West haven

Ogden, UT US 84401

Phone Number: 026616007806

Email Address: E.stander1988@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/06/2009   To: 07/20/2010

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/28/2017

Signature: *Harald Hagen Diethart* (DocuSigned, D32F1FAF2F8441A...)

Name: Harald Hagen Diethart

Address: Morris Ave 522

BRYN MAWR, PA US 19010

Phone Number: 00436763838438

Email Address: harald.diethart@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/12/2015   To: 09/18/2015

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/28/2017

Signature: *Inge Pheiffer* (DocuSigned by: DF1E7F46B0D9418...)

Name: Inge Pheiffer

Address: 197 Mount Vernon Street

Newton, MA US 02465

Phone Number: +27815684579

Email Address: pheifferinge@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/26/2013   To: 12/21/2014

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *Lidia Müller* (DocuSigned by: 1DC254C1B6EE476...)

Name: Lidia Müller

Address: Badener Ring 32

Berlin, Berlin DE 12101

Phone Number: 01749451484

Email Address: mueller-lidia@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2012    To: 12/27/2013

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/28/2017

Signature: *Melinda Holtkamp* (DocuSigned by: 89BBDD8A7B21460...)

Name: Melinda Holtkamp

Address: 54 Rollins Road

North East, MD US 21901

Phone Number: 3023977115

Email Address: mjholtkamp@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2016   To: 06/12/2018

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *DocuSigned by:* 9B6378985AE3432...

Name: mitzy joseline uribe ledesma

Address: av. hacienda jose maria morelos 339

aguascalientes, aguascalientes MX 20174

Phone Number: 0444491642662

Email Address: mitzy.uribe@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015    To: 01/05/2016

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 11/27/2017 | Signature: | *Rebekah Walker* (DocuSigned by: 9A18BC8E52E2454...) |

Name: Rebekah Walker

Address: 3 Charnock Dale Road

Sheffield, South Yorkshire GB S12 3HP

Phone Number: 07910667820

Email Address: bexter55@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/05/2016    To: 01/05/2018

## CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/30/2017

Signature: *Renata Y. Izo Bonadiu* (DocuSigned by: 2D77204737B6481...)

Name: Renata Yumi Izo Bonadiu

Address: av. nova cantareira 1428

são paulo, BR 02330001

Phone Number: 11983694471

Email Address: renataizo@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/18/2014    To: 08/17/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/29/2017

Signature: *DocuSigned by:* 81544E530087405...

Name: ROSARIO OLIVA MORILLAS

Address: 121 HAMILTON AVE

BERKELEY HEIGHTS, NJ US 07922

Phone Number: +34645086799

Email Address: olivamorillas@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/10/2014    To: 08/10/2015

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/30/2017

Signature: *[DocuSigned by: E289CFEE42754EF...]*

Name: Sashika Perisamy

Address: 29 Royston Road

Bellair, Durban ZA 4094

Phone Number: 0761856825

Email Address: sash0892@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/05/2016    To: 09/06/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *[DocuSigned by: 16027298B2064B3...]*

Name: Solène Louis

Address: 45 Rue du Château

GORCY , FR 54730

Phone Number: 0033650668266

Email Address: solenelouis.3@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/21/2013    To: 06/08/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 11/30/2017 | Signature: | *[DocuSigned by: Vicki Trudel, 0B74D812A0D34EA...]* |

Name: Vicki Trudel

Address: 2-26 St-Charles

Ottawa, Ontario CA K1L5V5

Phone Number: 6137999581

Email Address: vicki.trudel@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/11/2012     To: 04/16/2012

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 11/27/2017

Signature: *DocuSigned by:* [signature] CB621A499E8F41A...

Name: Yasmina Leila Sadki

Address: 4314 Marina City Dr

Marina del Rey, CA US 90292

Phone Number: 3108799350

Email Address: Sadkiyasmina@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/20/2015   To: 01/19/2017