**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**December 13, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| JOHANA PAOLA BELTRAN, et al., | |
| Plaintiffs - Appellees, | |
| v. | No. 17-1359 |
| AUPAIRCARE, INC., | (D.C. No. 1:14-CV-03074-CMA-KMT) |
| Defendant - Appellant, | (D. Colo.) |
| and | |
| INTEREXCHANGE, INC., et al., | |
| Defendants. | |

_____

**ORDER**
_____

This matter is before the court on Appellant's unopposed *Corrected Motion to Correct the Record* and *Amended Corrected Motion to Correct the Record*. Appellant requests that the court correct the record pursuant to Fed. R. App. P. 10(e)(2)(C) by including pages of Plaintiff Jimenez's deposition that were inadvertently omitted from an exhibit to Appellant's *Motion to Compel Arbitration* (district court docket no. 431). Upon consideration, the motions are granted. The clerk of this court shall file Exhibit A to

Appellant's *Amended Corrected Motion to Correct the Record* as the supplemental appendix.

                          Entered for the Court
                          ELISABETH A. SHUMAKER, Clerk

                          by: Lindy Lucero Schaible
                              Counsel to the Clerk