IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Lydia Schaefers
2. Anaïs Lorio
3. Anna Holmsten
4. Bo Ram Cho
5. Cassandra Gabriella Alicia Cardases
6. Cristiana Dell'Anno
7. Damla Atasayar
8. Daniela Arturo Zarama
9. Elena Maricic
10. Emma Dyrnesli
11. Erika Santana Truccone
12. Hanyu Zhang
13. Irina Kiseleva
14. Ivana Krcadinac Sauer
15. Jacqueline Schaefer
16. Jana Westermann
17. Janine Pillukat
18. Katie Lois

19. Kristine Bulava-Gibbs
20. Kyara Tracy Cramond
21. Lara Cortese
22. Laura Victoria Alvarez
23. Laura Yinneth Avila Duran
24. Luisa Braun
25. Lydia Müllerschön
26. Maria Juliana Yanes Ramirez
27. Mengting He
28. Natchanok Jewwaiworn
29. Niza Ivanova Lopez Hernandez
30. Raquel Hernandez
31. Seda Yerli-Saka
32. Slgi Lim
33. Sybille Hooley (Woiwode)
34. Tasmyn Lorraine Fishefisher
35. Thomas Stoeber
36. Tsepiso Lefulesele Khama
37. Valentina Tome Franco
38. Veronika Relichova

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: December 13, 2017                                          Respectfully submitted,

                                                              _/s/ Dawn Smalls____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls

4