# Exhibit A

**Au Pair Wage Action**

**Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received**

| Name | Sponsor |
|---|---|
| Lydia Schaefers | Cultural Care Au Pair |

## CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336

1.     I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA- KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2.     I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3.     I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 12/4/2017          SIGNATURE: Lydia Schaefers

PRINTED NAME: LYDIA SCHAEFERS

ADDRESS: SUITBERTUSSTR 34, 40223 DUESSELDORF, NRW, GERMANY

TELEPHONE NUMBER(S): +4915150148432

EMAIL ADDRESS: ly schaefers @ web. de

SPONSOR: Cultural Care Aupair

DATES IN AU PAIR PROGRAM: 08104|2008 - 05|31| 2010

→ Return this form by **November 2, 2017** to:

**Au Pair Wage Action**
**c/o JND Legal Administration**
**P.O. Box 6878**
**Broomfield, CO  80021**

**OR** email to:   AuPairWageAction@jndla.com

**OR** fax to:      (+1) 888-335-3336