# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17503 | UB55AD6E8 | Anaïs Lorio | Au Pair Care, Inc. |
| 17471 | K9AC6A26D | Anna Holmsten | Cultural Care Au Pair |
| 17548 | X2DD7GB64 | Bo Ram Cho | Cultural Care Au Pair |
| 17526 | VH7HG8GAH | Cassandra Gabriella Alicia Cardases | Cultural Care Au Pair |
| 17467 | CCG4685ED | Cristiana Dell'Anno | Cultural Care Au Pair |
| 17474 | K5A6473GA | Damla Atasayar | Cultural Care Au Pair |
| 17432 | PHH58FG73 | Daniela Arturo Zarama | Cultural Care Au Pair |
| 17484 | HH2B2EBD5 | Elena Maricic | Au Pair Care, Inc. |
| 17488 | YCAFA7F23 | Emma Dyrnesli | Cultural Care Au Pair |
| 17429 | W5H9H8FF4 | Erika Santana Truccone | Au Pair Care, Inc. |
| 17455 | Y234H4H58 | Hanyu Zhang | Go Au Pair |
| 17450 | W73C9696F | Irina Kiseleva | Cultural Care Au Pair |
| 17480 | T3B9D88D8 | Ivana Krcadinac Sauer | Au Pair Care, Inc. |
| 17537 | C36B6F72H | Jacqueline Schaefer | Go Au Pair |
| 17510 | C88BB3D59 | Jana Westermann | Cultural Care Au Pair |
| 17501 | P35E8H67G | Janine Pillukat | Au Pair in America (APIA/AIFS |
| 17523 | BHC66CH4D | Katie Lois | Au Pair in America (APIA/AIFS |
| 17458 | GFA7G794B | Kristine Bulava-Gibbs | Au Pair in America (APIA/AIFS |
| 17529 | UHGC8C943 | Kyara Tracy Cramond | Cultural Care Au Pair |
| 17545 | L6A75H7GC | Lara Cortese | Cultural Care Au Pair |
| 17505 | V2CA6EFBF | Laura Victoria Alvarez | Cultural Care Au Pair |
| 17518 | GGFE4FF74 | Laura Yinneth Avila Duran | Cultural Care Au Pair |
| 17533 | G4EE7HE55 | Luisa Braun | Au Pair Care, Inc. |
| 17499 | I43F4GHHE | Lydia Müllerschön | Cultural Care Au Pair |
| 17464 | G2CDE454H | Maria Juliana Yanes Ramirez | Au Pair Care, Inc. |
| 17440 | GGB9G676F | Mengting He | Go Au Pair |
| 17422 | X84A8DF7B | Natchanok Jewwaiworn | Au Pair Care, Inc. |
| 17434 | BFHEGEBH5 | Niza Ivanova Lopez Hernandez | Cultural Care Au Pair |
| 17557 | XE5A6H78C | Raquel Hernandez | Au Pair Care, Inc. |
| 17461 | CCEHBD47D | Seda Yerli-Saka | Au Pair Care, Inc. |
| 17496 | H248GEC6E | Slgi Lim | Cultural Care Au Pair |
| 17486 | X36HDCBBE | Sybille Hooley (Woiwode) | Cultural Care Au Pair |
| 17540 | P3B54CBCE | Tasmyn Lorraine Fishefisher | Au Pair in America (APIA/AIFS |
| 17478 | P2EH55HHD | Thomas Stoeber | Cultural Care Au Pair |
| 17424 | IC9FHF9GF | Tsepiso Lefulesele Khama | Go Au Pair |
| 17512 | I7A456746 | Valentina Tome Franco | Cultural Care Au Pair |
| 17515 | H2HB5F5D2 | Veronika Relichova | Au Pair Care, Inc. |

DocuSign Envelope ID: 81270C4F-C8BD-41E5-9E73-7B63955F45E4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: _DocuSigned by:_ C756398CABA64F9...

Name: Anaïs Lorio

Address: 2463 sawtelle blvd

Los Angeles , CA US 90064

Phone Number: 4243624280

Email Address: Lorio.anais@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/13/2013     To: 06/01/2015

DocuSign Envelope ID: 3E191464-50D9-4358-9670-B432C7B23F65

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: _[DocuSigned by signature]_ 886D152A24EE458...

Name: Anna Holmsten

Address: Campusvägen 15L

Östersund,  SE 83140

Phone Number: +46722245393

Email Address: Annaeholmsten@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/19/2016     To: 06/13/2017

DocuSign Envelope ID: 144044E0-0A5D-4A66-8EAD-4B12AC58FAA0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/06/2017

Signature: *[DocuSigned by signature]* 256ABE680D8E4E6...

Name: Bo Ram Cho

Address: 1008-304, 45 Gwanggyohosugongwon-ro, Yeongtong-gu

Suwon, Gyeonggi-do KR 16516

Phone Number: +821071400374

Email Address: sogood9705@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/12/2012     To: 04/09/2014

DocuSign Envelope ID: 0A4750B4-4840-4743-B90D-0993ADF5135E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/05/2017

Signature: *[signature]*
DocuSigned by:
F1D95CA2EEF748C...

Name: Cassandra Gabriella Alicia Cardases

Address: 1712 D'Ville Drive

Nashville, TN US 37217

Phone Number: 6158784851

Email Address: ccardases@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/10/2016     To: 04/10/2018

DocuSign Envelope ID: A189D728-3E22-4AC5-B137-6C994C0016FC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/02/2017

Signature: *C. dell'Anno* (DocuSigned by: 2347BD7DC97E443...)

Name: Cristiana dell'ANNO

Address: Via monsignor farina 13

Foggia , Foggia IT 71122

Phone Number: 3293238488

Email Address: dellannocristiana@yahoo.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2015       To: 08/05/2016

DocuSign Envelope ID: 0E7CB911-9B56-479D-BC45-61CA138BFDCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: _D. Atasayar_
DocuSigned by:
06B25AA960FA49C...

Name: Damla Atasayar

Address: Georg-Büchner-Str.7

Bad Salzuflen ,  DE 32108

Phone Number: +4917632492702

Email Address: damla_atasayar@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/09/2009          To: 08/08/2010

DocuSign Envelope ID: 21503669-8A7C-42B3-82AC-36AD652D1E98

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *Daniela* (DocuSigned by: DC6BCB313C32476...)

Name: Daniela Arturo Zarama

Address: Calle 13 B No. 41 A 58

Pasto, Nariño CO 52001

Phone Number: 3013810168

Email Address: daniart_182@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/28/2014     To: 12/21/2015

DocuSign Envelope ID: 5448D62B-1F88-462D-A2F8-DD0B65B62246

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: *[DocuSigned by: signature]* 4B771CAE84864CF...

Name: Elena Maricic

Address: Balkanska 8

Cacak, RS 32000

Phone Number: +381601727000

Email Address: elenamaricic6@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/12/2012      To: 05/21/2013

DocuSign Envelope ID: 3C250923-0270-40DD-ADBB-FF3F073FEF60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: *Emma Dyrnesli*
DocuSigned by:
77B4024DED7849A...

Name: Emma Dyrnesli

Address: Nørre Tranders Vej 24a

Aalborg, DK 9000

Phone Number: 24279012

Email Address: emmadyrnesli@hotmail.dk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/13/2015     To: 02/17/2016

DocuSign Envelope ID: 978F39EC-8E3D-467B-99BD-CE13B9A6B995

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017           Signature: _Erika S. Truccone_

Name: Erika Santana Truccone

Address: 7441 S Village Dr

Independence, MI US 48346

Phone Number: 8109657129

Email Address: santanaerika06@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/09/2013        To: 07/09/2015

DocuSign Envelope ID: 0364D61D-0086-4EDA-8CE3-1FB39E906800

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/02/2017

Signature: *[DocuSigned by: Hanyu Zhang, 1927B18D6BC54DF...]*

Name: Hanyu Zhang

Address: NO. 29 Building, Zhengtong Road, Erqi District

Zhengzhou , Henan CN 450000

Phone Number: 8618539579775

Email Address: 410444167@qq.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/08/2013     To: 07/08/2015

DocuSign Envelope ID: 612D45CA-2337-44AB-99B2-AC5983E80A96

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *DocuSigned by:* EA0956CE1D744FD...

Name: Irina Kiseleva

Address: Lebedeva 53-127

Yoshkar-Ola, Mariy El RU 424040

Phone Number: +79060743700

Email Address: kaisa-@mail.ru

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/06/2009   To: 10/31/2010

DocuSign Envelope ID: 911051A0-FAB4-4D70-BCFC-6EACD5596427

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: *Ivana Krcadinac Sauer*
DocuSigned by:
50E9DD3FBCE742E...

Name: Ivana Krcadinac Sauer

Address: 3007 NE 92nd avenue

Portland, OR US 97202

Phone Number: 9712545031

Email Address: krchka@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/26/2011     To: 09/26/2012

DocuSign Envelope ID: 19BBB265-6C32-4954-9BE8-BC5161B64B2A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/06/2017

Signature: *Jacqueline Schaefer*
DocuSigned by:
33E4535B0E5E477...

Name: Jacqueline Schaefer

Address: 501 chews landing rd. Apt 308

Sicklerville , NJ US 08081

Phone Number: 6096668089

Email Address: jacqueline.schaefer11@web.de

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 02/28/2016        To: 10/23/2017

DocuSign Envelope ID: 1357F2D8-EACA-43DE-8052-8920DF92E72E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: *[DocuSigned by signature]* 661A9D80433A42E...

Name: Jana Westermann

Address: Aart van der Leeuwlaan 156

Delft, NL 2624LG

Phone Number: +31687903291

Email Address: janawestermann@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/01/2014      To: 09/01/2015

DocuSign Envelope ID: 1514F38D-C192-42DE-B306-B7FA6DC287BE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature:

DocuSigned by:

*janine pillukat*

D89F742BC006461...

Name: janine pillukat

Address: 2222 smith street, apt 434

Houston , TX US 77002

Phone Number: 8324157484

Email Address: jane86@gmx.net

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/30/2010     To: 10/31/2011

DocuSign Envelope ID: 0021A201-B768-4880-9612-5353D2D4F412

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/05/2017

Signature: _DocuSigned by:_ lois
0EA2A8C89FEB4DA...

Name: Katie Lois

Address: 49 Shaftesbury Crescent

North Shields,  GB NE30 3HY

Phone Number: 07878268390

Email Address: 7klois@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/12/2012    To: 02/09/2014

DocuSign Envelope ID: B1999A69-1AA3-425E-B91D-6156D0BF5417

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/02/2017

Signature: *Bulgibbs* (DocuSigned by: D8E58A12746F471...)

Name: Kristine Bulava-Gibbs

Address: 205 Johnson Ave

Brooklyn, NY US 11206

Phone Number: 9177506397

Email Address: kristinebulava@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/10/2014      To: 09/01/2015

DocuSign Envelope ID: 9FB2FE83-941B-40B4-AFDA-B35646EFDEB7

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/05/2017

Signature: _[DocuSigned by: Cramond — 8AA19C4CC849427...]_

Name: Kyara Tracy Cramond

Address: 3486 Peachwillow Lane

Walnutcreek, CA US 94598

Phone Number: 4152093144

Email Address: Kikscramond@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2016     To: 05/22/2018

DocuSign Envelope ID: A2066E9F-38FE-4DE1-9F59-233DCA48C6D5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/06/2017

Signature: *Lara Cortese* (DocuSigned by: 298065B48495479...)

Name: Lara Cortese

Address: 1222 Victoria ave

Venice, CA US 90291

Phone Number: 3107336347

Email Address: laracortese@hotmail.it

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/03/2013      To: 07/02/2015

DocuSign Envelope ID: BBB4D37E-826B-4ED6-A3DE-321C510CDAA0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  12/04/2017                    Signature:  _[DocuSigned by: signature]_
                                                   8E0F3498A6504C5...

Name:  Laura Victoria Alvarez

Address:  Cra 47 # 130 - 62

          Bogotá, Cundinamarca CO 00000

Phone Number:  3057821154

Email Address:  lavi.alro95@gmail.com

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  09/29/2014            To:  10/03/2015

DocuSign Envelope ID: FBF7CD6E-4ECA-463A-8FC0-0CAC272754D8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: _(DocuSigned by)_ 32B566DC27D0494...

Name: Laura Yinneth Avila Duran

Address: Carrera 4 # 4-33

Tunja, Boyaca CO 150001

Phone Number: 3204619379

Email Address: laura.avila93@outlook.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/01/2016          To: 01/31/2018

DocuSign Envelope ID: AC9F0360-E45F-4505-9F1C-82FB6C13F006

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/06/2017

Signature: *L. Braun*
DocuSigned by:
47F0CC9D2C35499...

Name: Luisa Braun

Address: Zum Kuckuck 44

Herdecke, Nordrhein-Westfalen DE 58313

Phone Number: 015788603371

Email Address: lullu.braun@web.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/18/2015     To: 01/19/2016

DocuSign Envelope ID: ED904CE5-3E77-47E5-8491-120BCF90358F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: _L. Müller_ (DocuSigned by / 7B46A2B832ED456...)

Name: Lydia Müllerschön

Address: Im Seewinkel 16

Offenburg , DE 77652

Phone Number: +4915772193404

Email Address: lydiaspell@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2014          To: 09/23/2016

DocuSign Envelope ID: 937AF82D-51B0-4B05-9C43-B4C1F1567B03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/02/2017

Signature: *[DocuSigned by: 32BF96C700024F6...]*

Name: Maria juliana yanes ramirez

Address: 1002 NW 87Th Ave

Miami, FL US 33172

Phone Number: 7864295859

Email Address: Juliana.yanes@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2014     To: 08/18/2015

DocuSign Envelope ID: E5224C6B-A586-457A-B302-A9A1D1E28E79

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *Mengting He*
DocuSigned by:
3F61EDA3C5E3464...

Name: Mengting He

Address: 10001 Peace Way, Unit 2241

Las Vegas, NV US 89147

Phone Number: 7029129757

Email Address: OpheliaBM777@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/04/2013     To: 07/04/2015

DocuSign Envelope ID: 2C78CB53-F533-4176-B057-84A98BEAB9F2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *Natchanok Jewwaiworn*
FFFD250CBBD746F...

Name: Natchanok Jewwaiworn

Address: 332 5th Ave

San Francisco, CA US 94118

Phone Number: 4158859488

Email Address: mongkol.bell@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/21/2011        To: 02/20/2013

DocuSign Envelope ID: E4E05B93-B627-4167-A654-AD33ED9B062E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *niza ivanova lopez hernandez*
DocuSigned by:
E258980EB2C540D...

Name: niza ivanova lopez hernandez

Address: sor juana 105 experimental

oaxaca, oaxaca MX 71236

Phone Number: 9512153374

Email Address: ivanovahernandezwong@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/14/2013     To: 06/10/2015

DocuSign Envelope ID: D472E6CC-4BFF-488F-97B2-9A992FE12B83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/07/2017

Signature: *Raquel Hernández V.*
C495C35BA2AF42A...

Name: RAQUEL HERNANDEZ

Address: 3511 17th Street NW

Washington, DC US 20010

Phone Number: 2406413033

Email Address: raquelita0624@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/05/2013

To: 07/13/2015

DocuSign Envelope ID: 503CFC41-022A-4F04-936A-9FC5491889D1

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/02/2017

Signature: *Seda Yerli-SAKA*
DocuSigned by:
9B842BF4EA1E45E...

Name: Seda Yerli-SAKA

Address: 809 Hazelwood Avenue Apt 6

Pittsburgh, PA US 15217

Phone Number: 8435306878

Email Address: sedayerli@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/06/2012        To: 02/06/2014

DocuSign Envelope ID: 6713514A-B75A-47B2-AF8F-0EB4EA09667E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: *SLGI LIM*
DocuSigned by:
83D860E57F56430...

Name: SLGI LIM

Address: 112-1004 JANDARI MAEUL, SEGYO DONG

OSAN, DE US 20151

Phone Number: 9710527867401

Email Address: ooooing7@naver.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/01/2012      To: 06/01/2013

DocuSign Envelope ID: D9DA630B-3EF4-480B-B668-7C043AB4D399

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: _DocuSigned by:_ CA955353777C4D7...

Name: Sybille Hooley (Woiwode)

Address: 137 Court Street #1

Plymouth , MA US 02360

Phone Number: 5087690889

Email Address: Sybille.hooley@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/18/2010     To: 01/06/2012

DocuSign Envelope ID: 108FE67A-15F1-41F6-AC54-2C45899DB0F6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/06/2017

Signature: _[DocuSigned by signature]_
1AD968B9C35647D...

Name: Tasmyn Lorraine fishefisher

Address: South King Drive

Chicago , IL US 60653

Phone Number: 3124396949

Email Address: theheartoftasmyn@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/29/2016      To: 05/14/2018

DocuSign Envelope ID: BBFD2481-C912-43F2-B8CE-C480800FB464

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/03/2017

Signature: _(DocuSigned by)_ BCC39733686D419...

Name: Thomas Stoeber

Address: 951 10th Street

Issaquah, WA US 98029

Phone Number: +491713407441

Email Address: thoomas1995@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014     To: 08/10/2015

DocuSign Envelope ID: D16EC6D2-D698-4B5A-9EAE-9B52F59B1361

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/01/2017

Signature: *Tsepiso Lefulesele Khama*
E810F58CB6FD4F4...

Name: Tsepiso Lefulesele Khama

Address: peder rimmensgade 97

Hirtshals, DK 9850

Phone Number: +4542316979

Email Address: ltkhama@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 03/10/2009     To: 10/31/2009

DocuSign Envelope ID: 96185952-1850-4C68-9FF3-CBE4457E0B03

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: *Valentina Tome Franco*
DocuSigned by:
7A9074A9F9754F0...

Name: Valentina Tome Franco

Address: carrera 5 15-97

Cartago, Valle del Cauca CO 762022

Phone Number: 3146644003

Email Address: valentome_90@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/18/2013     To: 11/18/2015

DocuSign Envelope ID: D7F03789-7892-4772-B8B8-28B64E29EACD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/04/2017

Signature: *Veronika Relichova*
DocuSigned by:
23DCC86F0E67432...

Name: Veronika Relichova

Address: Sadky 316/15

Praha, CZ 17000

Phone Number: 774187045

Email Address: veronika.relich@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/17/2011     To: 05/12/2013