# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 12714 | R28H3DGF7 | Oksana Danilova | Cultural Care Au Pair |

| | |
|---|---|
| **From:** | Oksana Danilova <oksana.danilova.us@gmail.com> |
| **Sent:** | Monday, December 04, 2017 12:47 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Cancel |

Please cancel my participation
Oksana Danilova
415-823-2854 thanks

Sent from my iPhone