IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Alverola Salomé
2. Ana Grujic
3. Arianne Bassmann
4. Daniela Osorio Vanegas
5. Danya Cecilia
6. Gospava Kalaba
7. Ingrid Leiva Ospina
8. Jacqueline Barbosa De Sa
9. Jasmin Lackler
10. Jenny Sofia Proohf
11. Jolana Stankova
12. Kheity Taggart
13. Laura Sandholzer
14. Monika Warthun
15. Pauline Perlade
16. Polina Fishof
17. Ravana Da Silva Lobo
18. Redibone Buthelezi

19. Servane Cavelier
20. Vanessa Ackva
21. Vanessa Diaz Aguiñaga

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: December 15, 2017

Respectfully submitted,

  /s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2017, I electronically served the foregoing motion on all counsel of record.

                                                                    <u>/s/ Dawn Smalls</u>
                                                                    Dawn L. Smalls