# Exhibit A

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17570 | K8AAEA5B5 | Alverola Salomé | Au Pair Care, Inc. |
| 17615 | L4632CAHG | Ana Grujic | Au Pair Care, Inc. |
| 17625 | RGB5H69HD | Arianne Bassmann | Cultural Care Au Pair |
| 17619 | XD33H6GBD | Daniela Osorio Vanegas | Cultural Care Au Pair |
| 17617 | U339D4383 | Danya Cecilia | Cultural Care Au Pair |
| 17564 | RFC87DD42 | Gospava Kalaba | Au Pair Care, Inc. |
| 17622 | WAC9DD5BD | Ingrid Leiva Ospina | Au Pair Care, Inc. |
| 17610 | R249FEBAF | Jacqueline Barbosa De Sa | Cultural Care Au Pair |
| 17600 | L8C495HC7 | Jasmin Lackler | Au Pair in America (APIA/AIFS |
| 17560 | LA25HF6G7 | Jenny Sofia Proohf | Au Pair in America (APIA/AIFS |
| 17590 | PA5A3GC32 | Jolana Stankova | Au Pair Care, Inc. |
| 17605 | P934FE5G9 | Kheity Taggart | Expert Au Pair |
| 17594 | H427GCA6D | Laura Sandholzer | Cultural Care Au Pair |
| 17573 | CE7G9DFEG | Monika Warthun | Cultural Care Au Pair |
| 17585 | WF32DE4CA | Pauline Perlade | Cultural Care Au Pair |
| 17607 | YEDEEB2HG | Polina Fishof | InterExchange, Inc. |
| 17582 | HDEGGH8FB | Ravana Da Silva Lobo | Au Pair Care, Inc. |
| 17588 | IA5EC83DG | Redibone Buthelezi | Au Pair in America (APIA/AIFS |
| 17602 | PA2BC7B4C | Servane Cavelier | Au Pair in America (APIA/AIFS |
| 17577 | U6A8H34BG | Vanessa Ackva | Cultural Care Au Pair |
| 17628 | GB453D986 | Vanessa Diaz Aguiñaga | Cultural Care Au Pair |

DocuSign Envelope ID: 37AC6287-4CE6-4A5C-A9A3-E6CBF0EEC3D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/08/2017

Signature: *ALVEROLA Salomé*
DocuSigned by:
9FDC098CE756424...

Name: ALVEROLA Salomé

Address: 17368 W sunset blv apt 402

Pacific Palisades, CA US 90272

Phone Number: 3109550014

Email Address: salome.alverola@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/01/2012     To: 10/01/2013

DocuSign Envelope ID: 1113C990-CCB6-488A-A828-E9E24B95B933

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/13/2017

Signature: DocuSigned by: A9708AB258DB498...

Name: Ana Grujic

Address: 1750 w north shore ave

Chicago , IL US 60626

Phone Number: 3128003487

Email Address: anagrujic86@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/19/2009     To: 02/09/2011

DocuSign Envelope ID: 713A7034-EDE8-44FB-8542-4B6830BE923F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/14/2017

Signature: *Arianne Bassmann*
DocuSigned by:
CDA20C11962D456...

Name: Arianne Bassmann

Address: Luggenhölscherweg 26

Gladbeck, NRW DE 45966

Phone Number: 0049204359611

Email Address: ariannebassmann@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/09/2015          To: 09/09/2016

DocuSign Envelope ID: 5E0CFB47-FEFA-4244-B0F1-99A5EABAF4A8

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 12/13/2017          Firma: _Daniela Osorio Vanegas_
DocuSigned by
664659EA3B4B45D...

Nome: Daniela Osorio Vanegas

Dirección: Carrera 98 # 50A-30. Edificio Girasoles

Medellin, Antioquia CO 050035

Telefone: 3146454846

Email Address: danielaosorio1307@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 08/01/2014          A: 08/01/2015

DocuSign Envelope ID: DDC2F49C-EB1F-46E3-9907-3E896E0657F9

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: _____12/13/2017_____     Firma: _____
DocuSigned by:
F9787CC85DA748C...

Nome: _____Danya Cecilia_____

Dirección: _____Amapola 214 fraccionamiento jardines de Durango_____

_____Durango , Durango MX 34200_____

Telefone: _____6188405132_____

Email Address: _____cecicarrasco20@gmail.com_____

Patrocinador: _____Cultural Care Au Pair_____

Datas de participação no programa au pair:

De: _____10/05/2015_____     A: _____08/10/2016_____

DocuSign Envelope ID: AA618C5D-0DFF-40E9-A6B1-18D68EC5DC1D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/08/2017

Signature: *Gospava Kalaba*
A9DB761A78BB4E4...

Name: Gospava Kalaba

Address: Trive Vitasovica 2o

Sremska Mitrovica,  RS 22000

Phone Number: +381644459894

Email Address: gospavakalaba@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/23/2009          To: 06/22/2010

DocuSign Envelope ID: 31E5726F-8FE8-465C-801A-0A12C843154D

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/13/2017

Signature: *Ingrid Leiva Ospina*
743644DF9BB54FB...

Name: Ingrid Leiva Ospina

Address: 323 W 43rd street, apt 5RE

New York, NY US 10036

Phone Number: 3476787215

Email Address: inleos1987@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 03/21/2011     To: 04/20/2013

DocuSign Envelope ID: 8BC9CEBB-35D9-450E-B7F7-2827FCD51AD9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/13/2017

Signature: *Jacqueline Barbosa de Sa*
DocuSigned by:
99EC07B6770F472...

Name: Jacqueline Barbosa de Sa

Address: 1263 Elden St

Herndon, VA US 20170

Phone Number: 3128239909

Email Address: jackiedesa@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/25/2008     To: 08/27/2010

DocuSign Envelope ID: 8382A645-CD67-42FD-8A66-7CC4296E2DCB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/12/2017

Signature: *[DocuSigned signature]*
8C0CE02C4BF44DB...

Name: Jasmin Lackler

Address: Sterrenhofweg 16

Cologne, DE 50858

Phone Number: +491606530139

Email Address: jasmin.lackler@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/22/2013          To: 08/22/2014

DocuSign Envelope ID: 06A3F714-0720-4C41-8D92-04E3C6E55993

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/08/2017

Signature: *[signature]* DocuSigned by: EE79D98B614A44B...

Name: Jenny Sofia Proohf

Address: Beckombergavägen 15

Stockholm, SE 16854

Phone Number: +46761634553

Email Address: sofiaproohf@me.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/04/2012   To: 07/01/2014

DocuSign Envelope ID: 108AE99E-9CC4-4182-BF2E-BFDF83E9DDA0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _12/11/2017_

Signature: *Jolana Stankova*
DocuSigned by:
59C096FD7044410...

Name: Jolana Stankova

Address: Nad Studankou 97

Svetice,  CZ 25101

Phone Number: +420735286184

Email Address: jolan.stan@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: _05/05/2014_   To: _05/05/2016_

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/13/2017

Signature: *[DocuSigned signature]* FC23C9BEE61B4A9...

Name: Kheity Taggart

Address: 62 Fair street

NORWICH , NY US 13815

Phone Number: 8142031689

Email Address: keka.ellen@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 04/22/2013     To: 01/30/2015

DocuSign Envelope ID: 7ACE9043-19A2-4571-B68A-3FA571F4FBCF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/12/2017

Signature: _DocuSigned by:_ 23F547C21472430...

Name: Laura Sandholzer

Address: Schöneggstrasse 159

Dietikon, Zürich CH 8953

Phone Number: +41799190240

Email Address: laura.sandholzer@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/23/2011      To: 08/16/2011

DocuSign Envelope ID: C7F7168D-75C9-4059-AE5F-6FED1116D8E3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/09/2017

Signature: *Monika Warthun*
DocuSigned by:
BDBCE2049336411...

Name: Monika Warthun

Address: 1600 Walnut Street, Apt 903

Philadelphia, PA US 19103

Phone Number: 2158088464

Email Address: warthun.monika@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/16/2012     To: 07/15/2014

DocuSign Envelope ID: 1D5FC9DD-BA00-44A4-8B49-42DD61CD2DC8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/11/2017

Signature: *[DocuSigned by signature]* 5D31B98143764DA...

Name: Pauline Perlade

Address: 3 rue Viognier

Saint Victor la Coste, Gard FR 30290

Phone Number: +33617068259

Email Address: pauline.perlade@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/15/2012     To: 07/15/2014

DocuSign Envelope ID: 7B1D92A8-2793-4D11-B56A-402A2212782C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  12/13/2017

Signature:  *Polina Fishof*
DocuSigned by:
7541C63350864AE...

Name:  Polina Fishof

Address:  320 East 11th Street, Apt 307

New York, NY US 10003

Phone Number:  9174468775

Email Address:  polina0077@gmail.com

Sponsor:  InterExchange, Inc.

Dates in Au Pair Program:

From:  09/14/2009      To:  09/08/2010

DocuSign Envelope ID: 879B0B53-B3AB-4855-9FA0-513160CB0E75

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/11/2017

Signature: *Ravana da Silva Lobo*
DocuSigned by:
50506E2000A647A...

Name: Ravana da Silva Lobo

Address: Rua 10 Numero 384 , Casa 1, Setor Marechal Rondon

Goiania, Goiás BR 74560390

Phone Number: +5562991674501

Email Address: loboravana@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/08/2012     To: 01/08/2013

DocuSign Envelope ID: 3533FA2E-CF1E-4D82-A310-35932EC14AB3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/11/2017          Signature: *[DocuSigned by signature]*
8C2681CC85A7478...

Name: Redibone Buthelezi

Address: 1 Meidoringhof 107 Plein Street

Pretoria, Gauteng ZA 0132

Phone Number: 27817278570

Email Address: riddybuthelezi@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/10/2016          To: 01/10/2017

DocuSign Envelope ID: 406EC968-8009-4518-8044-A7D2BD624E22

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  12/13/2017

Signature:  *Servane Cavelier*
DocuSigned by:
64A050F3323D40E...

Name:  Servane Cavelier

Address:  68 Rue Vasco de Gama

Paris, Ile de France FR 75015

Phone Number:  0631370220

Email Address:  servanerio@hotmail.fr

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  03/08/2015      To:  04/09/2017

DocuSign Envelope ID: 627B3D4A-E0B8-482B-8C66-E24E73700FE6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/10/2017

Signature: _V Ackva_
DocuSigned by:
323B4F71BDE545B...

Name: Vanessa Ackva

Address: Humboldtstraße 25

München, Bavaria DE 81543

Phone Number: 00491713289397

Email Address: vanessa.ackva@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/14/2014     To: 07/14/2015

DocuSign Envelope ID: 81A60B06-CEE3-4E56-9044-2FFA98A06350

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:           12/14/2017                              Firma:   _Vanessa Diaz Aguiñaga_
                                                                 E46E9ADAA3C9443...

Nome:          Vanessa Diaz Aguiñaga

Dirección:     Calle 8   #264  Vista Alegre Norte

               Merida, Yucatan MX 97130

Telefone:      9999077162

Email Address:  vanessadiaz_a@hotmail.com

Patrocinador:  Cultural Care Au Pair

Datas de participação no programa au pair:

De:      10/17/2016                  A:      11/15/2017