# Exhibit B

# Au Pair Wage Action
## Withdrawal Requests Received

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 9373 | CG5DCH892 | Tjara Kemper | Cultural Care Au Pair |

| | |
|---|---|
| **From:** | Tjara Kemper <tjara97@gmx.de> |
| **Sent:** | Wednesday, December 13, 2017 2:22 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Exit lawsuit |

Dear Sir/Madam,

I was asked several times now to fill in more information about my au pair experience.
I tried couple of times to reach anyone, because I would like to not be part of the lawsuit anymore.
I don't support the stand the other au pairs take.
Is it possible to remove me from the list?

Thank you in advance and best regards,
Tjara Kemper