# Exhibit C

**Au Pair Wage Action**

**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 4622 | B7B53A65 | Marisabel Zurita Bolanos | APIA |
| 2606 | 2E04649F | Ossiris Lizeth Pfeifer | Au Pair in America |
| 6110 | 691452B1 | Patricia Tieli Simionato | Au Pair Care, Inc. |
| 1605 | 87802854 | Yury Fernanda Murcia Salamanca | Aupair care |