THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**DECLARATION OF JUAN P. VALDIVIESO IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER UNDER FEDERAL RULE OF CIVIL PROCEDURE 72(A) [ECF NO. 771]**

I, JUAN P. VALDIVIESO, declare as follows:

1.    I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2.    I submit this declaration in support of Plaintiffs' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter Under Federal Rule of Civil Procedure 72(A) [ECF No. 771].

3.    Attached hereto as **Exhibit 29** is a true and correct copy of an email from Plaintiffs to all counsel of record, dated January 28, 2017, in which Plaintiffs provided

1

both notice of intent to serve and a copy of the Rule 45 subpoena.

4. Attached hereto as **Exhibit 30** is a true and correct copy an email from Plaintiffs to all counsel of record, dated May 25, 2017, in which Plaintiffs provided both notice of intent to serve and a copy of the Rule 45 amended subpoena.

5. Since June 2017 until the present, Plaintiffs have diligently conferred with the Alliance, and have repeatedly urged them to promptly comply with their obligations under the subpoena.

6. Attached hereto as **Exhibit 31** is a true and correct copy of an email from Ben Ogletree, counsel for the Alliance, to Juan Valdivieso, dated September 30, 2017, in which Alliance counsel confirms a meet and confer for the upcoming Monday regarding their obligations under the Rule 45 subpoena.

7. On November 11, 2017 a Motion Hearing was held before Magistrate Judge Tafoya. A true and correct copy of testimony excerpts relevant to the instant motion is attached hereto as **Exhibit 32**.

8. As of December 18, 2017, the Alliance has still not produced any documents since August 23, nor have Plaintiffs been able to depose the current and former Executive Directors of the Alliance nor the Alliance staff member who has purportedly authored many of the documents at issue in this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of December, 2017, at Lima, Peru.

        Respectfully submitted,

        /s/ Juan P. Valdivieso
        Juan P. Valdivieso

        BOIES SCHILLER FLEXNER LLP
        1999 Harrison Street, Suite 900
        Oakland, California 94612
        Tel. (510) 874-1000
        Fax. (510) 874-1460
        jvaldivieso@bsfllp.com

        *Counsel for Plaintiffs*