THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

### DECLARATION OF JOSHUA J. LIBLING IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY FLSA OPT-IN SCHEDULE

I, JOSHUA J. LIBLING, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Counsel with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern and Eastern Districts of New York, and the United States District Court for the District of Colorado

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this declaration in support of Plaintiffs' Motion to Modify FLSA Opt-In Schedule.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain

between Plaintiffs and Defendants, beginning on November 22, 2017 and ending on December 21, 2017, regarding au pairs who had not previously received notice to opt-in.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email from Joan Lukey to Joshua Libling, dated December 26, 2017, regarding the status of Cultural Care au pairs who had not previously received notice to opt-in.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of December, 2017, at New York, New York.

          Respectfully submitted,

          */s/ Joshua J. Libling*
          Joshua J. Libling
          BOIES SCHILLER FLEXNER LLP
          575 Lexington Avenue
          New York, NY 10022
          Tel. (212) 446-2300
          Fax. (212) 446-2350
          jlibling@bsfllp.com

          *Counsel for Plaintiffs*