# Exhibit 2

| From: | Lukey, Joan |
|-------|------------|
| To: | Joshua Libling; Dawn Smalls; Wolosz, Justin J. |
| Cc: | Maria Guarisco; Kruzer, Lyndsey M.; O"Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker; Thomas Quinn; "Peggy Kozal" |
| Subject: | RE: Au Pairs with No Notice |
| Date: | Tuesday, December 26, 2017 8:40:23 AM |

Josh –

I hope that you had a wonderful holiday.

We understand by virtue of being copied on an email exchange between Tom Quinn and Dawn Smalls this weekend that the supplemental notice to the APs whose initial notices purportedly bounced back was not sent to the former Cultural Care APs as planned on December 14. Instead, the supplemental notice was sent to the APC APs, who were not supposed to receive the notice at all.

Please confirm that this is accurate. If it is, have you now sent notice to the Cultural Care APs? If so, when?

As you know, Cultural Care is firmly committed to holding to the January 9 opt-in expiration date, which affects other dates downstream. We have expressed, and preserved, our position that your request to do another round of notice to APs for whom "bounce-backs" were purportedly received was untimely. The initial attempted notices to many of those APs were sent months before you made the request, and to most if not all were sent several weeks before your request. Given that bounce-backs are essentially instantaneous, that delay was unwarranted.

When we reached agreement, while preserving our timeliness objection, to the supplemental notice and the transmission language on December 14, twenty-six days still remained before the expiration date. Because you were unhappy with our unwillingness to extend the expiration date for the opt-in period, you indicated that you would serve the notices but file a motion over Cultural Care's opposition to extend the expiration date. Now it appears that the notice still hasn't gone out, or that it went out after a week or more delay, and that the motion has not been filed.

Respectfully, your tardiness should not work to the detriment of Cultural Care or any other Defendant. If you want to send the notice now, subject to our preserved objections and without changing the deadline for responding, we certainly cannot stop you. Any extension of the deadline is not acceptable to us; and, we certainly are not prepared during this holiday week to assent to forthwith treatment of a motion that could have been filed on or shortly after December 14.

I will be back in the office this afternoon by about 2 if you would like to discuss.


Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

**From:** Joshua Libling [mailto:jlibling@BSFLLP.com]
**Sent:** Thursday, December 21, 2017 11:04 AM
**To:** Dawn Smalls; Wolosz, Justin J.; Lukey, Joan
**Cc:** Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
**Subject:** Re: Au Pairs with No Notice

Justin,

We are preparing to file the motion to modify the FLSA opt-in schedule, as per Dawn's e-mail below. We understand that Defendants will oppose that motion. We also intend to seek forthwith treatment of our motion. Given Defendants' position that the opt-in period expires January 9, 2018, we believe such expedited treatment makes sense for all parties. Please let us know as soon as possible whether you intend to oppose our motion for forthwith treatment and, if not, by when you would propose to file your opposition to the motion to modify the opt-in schedule.

Joshua

**Joshua J. Libling**
Counsel

**BOIES SCHILLER FLEXNER** LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212 446 2381
jlibling@bsfllp.com
www.bsfllp.com

**From:** Dawn Smalls
**Sent:** Thursday, December 14, 2017 11:46 PM
**To:** 'Wolosz, Justin J.'; Lukey, Joan
**Cc:** Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
**Subject:** RE: Au Pairs with No Notice

Justin,

We have agreement regarding the initial transmittal of notice to the au pairs that have not previously received notice. We do not have agreement regarding the transmittal of a reminder or any changes to the website. Accordingly, Plaintiffs will only send an initial notice to this group of au pairs and will file a motion with the court for leave to (1) send a reminder email at 60 days or in the alternative 30 days; and (2) to modify the website to reflect the relevant opt in period for this group.

Dawn

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Thursday, December 14, 2017 3:30 PM
**To:** Dawn Smalls; Lukey, Joan

**Cc:** Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
**Subject:** Re: Au Pairs with No Notice

Dawn,

OK, subject to the other conditions and reservations we have discussed, Plaintiffs can use the cover transmission language you propose.

Justin

Justin J. Wolosz
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221<tel:617.248.5221>
f 617.502.5221<tel:617.502.5221>
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>

-------- Original message --------
From: Dawn Smalls <DSmalls@BSFLLP.com>
Date: 12/14/17 1:17 PM (GMT-05:00)
To: "Wolosz, Justin J." <jwolosz@choate.com>, "Lukey, Joan" <joan.lukey@choate.com>
Cc: Maria Guarisco <MGuarisco@BSFLLP.com>, "Kruzer, Lyndsey M." <lkruzer@choate.com>, "O'Keefe, Kevin P." <kokeefe@choate.com>, Brooke Colaizzi <bcolaizzi@shermanhoward.com>, Kathryn Reilly <reilly@wtotrial.com>, Bogdan Enica <bogdane@hotmail.com>, Stephen Macri <smacri@putneylaw.com>, Robert Tucker <rtucker@putneylaw.com>, Maria Guarisco <MGuarisco@BSFLLP.com>
Subject: RE: Au Pairs with No Notice

Justin,

The notice that has been before the court twice has the caption: "Notice of your right to join lawsuit for unpaid wages." It then states "re: Your right to Join a lawsuit seeking Unpaid Wages." The language proposed by Plaintiffs tracks the language of the court approved notice as well as the language approved by Judge Arguello in the Averus case. Accordingly, Plaintiffs do not accept that change. Please let me know how you would like to proceed.

Thanks,

Dawn

From: Wolosz, Justin J. [mailto:jwolosz@choate.com]
Sent: Thursday, December 14, 2017 11:58 AM
To: Dawn Smalls; Lukey, Joan
Cc: Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker

Subject: RE: Au Pairs with No Notice

Dawn,

Subject to the other points and reservations discussed in our correspondence below, we are OK with the skype handle and the cover transmission, provided Plaintiffs add one word to the transmission:

You may be entitled to join a lawsuit against your sponsor agency for alleged unpaid wages during your time as an au pair. Go to this webpage to read about the lawsuit and decide whether or not to join: http://www.aupairwageaction.com/<http://www.aupairwageaction.com/>.

Justin

Justin J. Wolosz
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Wednesday, December 13, 2017 11:09 PM
To: Lukey, Joan; Wolosz, Justin J.
Cc: Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

The cover transmission is outlined in my November 22nd and November 27th emails to you below. There is a limit to how many messages can be sent per Skype handle so the skype handles will be AuPairWageAction, AuPairWageAction1, AuPairAction2 etc.

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Wednesday, December 13, 2017 7:09 PM
To: Dawn Smalls; Wolosz, Justin J.
Cc: Maria Guarisco; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

Hello, Dawn –
As Justin is out of the office, I will respond on our behalf. With regard to your specific questions, our responses are below in black type:
"If I understand correctly, you are agreeing to the dissemination of notice now to the entire group though reserving your objection that notice to this group is untimely. Please confirm."
Answer: Correct, but our agreement is subject to the conditions in Justin's email to you at 11:25 a.m. on December 11, i.e., that Defendants shall first be permitted to review and

comment on the skype "handle" and cover transmission directing APs to your website,* and that you won't change the website without providing notice, etc.

Also, please note that we are preserving all of the objections stated in Justin's email, i.e., our two timeliness objections – one as to the whole group and the other as to the group in the pool to which the first notice was sent – as well as our objection about the improper links between Nov. 13 and Dec. 8.

"If I also understand correctly, you are agreeing to the dissemination of the notice, but not agreeing to a reminder notice of any kind. If your proposal provides for a reminder notice, when would that occur?"

Answer: We are OK with a reminder notice halfway through the notice period, i.e., halfway between the date on which the notice goes out and January 9.

*If you get us your proposed skype "handle" and cover transmission, we will turn around any comments very quickly.

Please let me know if you have any questions.


Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>


From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Wednesday, December 13, 2017 10:58 AM
To: Wolosz, Justin J.
Cc: Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

Justin,

I will refrain from responding to each of your assertions below as I think it is unconstructive and the record is clear without your or my characterizations of the facts.

If I understand correctly, you are agreeing to the dissemination of notice now to the entire group though reserving your objection that notice to this group is untimely. Please confirm.

If I also understand correctly, you are agreeing to the dissemination of the notice, but not agreeing to a reminder notice of any kind. If your proposal provides for a reminder notice, when would that occur?

Once I have clarification on these two questions, I can fully respond with Plaintiffs' position.

Dawn

From:  Wolosz, Justin J. [mailto:jwolosz@choate.com]
Sent: Tuesday, December 12, 2017 7:28 PM
To: Dawn Smalls
Cc: Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi;
Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

Dawn,

The notice you suggest would be inconsistent with the schedule announced by the Court
during the August 25 hearing and the minute order following that hearing (ECF No. 686).
Although Plaintiffs have never explained why the supposed "bounce-backs" or incorrect
addresses were not detected and brought to our attention months ago, Defendants have
attempted to offer an accommodation that would allow the extra notice you seek, but
maintain the Court's schedule. You did not accept our prior proposal, thereby taking it off the
table. Instead, at your suggestion, rather than trying to sort out every possible objection now,
my email below agreed that both parties could reserve on their objections and move forward
with the notice. It is unfortunate that Plaintiffs appear to have changed their position.

The relevant defendants continue to believe that the offer we have made, which would allow
the notice to go out immediately, is a reasonable compromise. We also believe it would be
best to reach such a compromise and not to involve the Court at this time. If Plaintiffs are
intent, however, on demanding that they can start a 5+ month notice process when they send
this belated notice, Plaintiffs will need to request permission from the Court to issue notice
outside the Court's schedule. We intend to oppose.

Thank you for agreeing to communicate with Defendants before making any changes to the
website. Your statement that no changes have been made is inconsistent with our recent
communication and the affidavit you provided last week. We also note that the affidavit gave
no explanation of what happened that actually caused the changes we brought to your
attention, and instead stated in conclusory terms that "we identified that an issue occurred . . .
that caused certain links to point to the consent to join page without the notice information
immediately displayed." We continue to reserve all rights.

Justin

Justin J. Wolosz
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Monday, December 11, 2017 6:03 PM
To: Wolosz, Justin J.

Cc: Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

Justin,

Joan's email of December 5th stated that you did not object to au pairs in the second pool being sent notice as long as they opted in by January 9th. Now you state that you object to the entire group. I would also note that it is no longer possible to notice these au pairs and provide a reminder in 30 days to opt in by January 9th, as I had proposed to do in my email of November 22nd.

Given the above, it is Plaintiffs' position that we should proceed as Judge Arguello ordered we do with the second pool and:


(1) Provide notice to these au pairs via text or skype. Plaintiffs would proceed with text messages first and only use skype if the text message was unsuccessful.

(2) Provide a reminder 60 days from the date of transmission

(3) Update the website with the relevant dates for this third group of au pairs citing a deadline 160 days from transmission.

Since you are now objecting to the entire group, there is no reason to deviate from the court approved process. You have the full list of au pairs in this third group and can object to them on any of the three bases you outline below.

Plaintiffs' response to the conditions you raise are as follows:


(a) Plaintiffs will send the skype handle for your review prior to transmission. The text of the transmission was sent in my November 22, 2017 and November 27th messages to you below.

(b) Plaintiffs will continue to operate in good faith and take due care to ensure that all opt in processes are in accordance with the Court's instructions and Plaintiffs' agreement with Defendants. Plaintiffs did not change the website from the form we agreed upon with Defendants and any suggestion to the contrary is unwarranted.

Dawn


From: Wolosz, Justin J. [mailto:jwolosz@choate.com]
Sent: Monday, December 11, 2017 11:25 AM
To: Dawn Smalls
Cc: Maria Guarisco; Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Brooke Colaizzi; Kathryn Reilly; Bogdan Enica; Stephen Macri; Robert Tucker
Subject: RE: Au Pairs with No Notice

Dawn,

We are authorized to respond with respect to this issue on behalf of all FLSA defendants other than AuPairCare.

In the interest of moving this forward, the relevant Defendants will agree that, with respect to au pairs as to whom you claim an invalid address or bounce-back (excluding au pairs who have already opted in), Plaintiffs may send notice either via skype or text (your decision as to each au pair, but with no au pair to receive both), expressly subject to Defendants' preservation of the following objections:

(1) Defendants' objection that this supplemental form of notice is untimely, and that any opt in pursuant to such supplemental notices shall be invalid;
(2) Defendants' objection that, between November 13 and December 8, 2017, improper links in your webpage allowed au pairs to opt in without reading the Court Notice, such that any au pair who opted in during that period cannot be permitted to participate in the FLSA class; and
(3) Defendants' objection that any au pair whose opt-in form is received after January 9, 2018 is untimely, and such au pair cannot be permitted to participate in the FLSA class.

In addition, Plaintiffs must agree to the following conditions:

(a) Before notice is sent, Defendants shall be permitted to review, comment upon, and/or object to the skype "handle" and cover transmission directing au pairs to the website, www.aupairwageaction.com<http://www.aupairwageaction.com>; and
(b) Plaintiffs must agree not to change the website from its current form again, before providing notice to Defendants and the opportunity to object to the proposed changes.

Please let us know Plaintiffs' position. Thanks,

Justin

Justin J. Wolosz
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Tuesday, December 05, 2017 9:44 AM
To: Lukey, Joan; Brooke Colaizzi; Kathryn Reilly
Cc: Maria Guarisco; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
Subject: RE: Au Pairs with No Notice

Joan,

The language of the transmittal text and skype message is included in my November 22, 2017

and November 27, 2017 messages below.

The distinction that you draw between the first pool of au pairs and the second pool is a false one since we were restrained from contacting any au pairs as part of the notice process from the first transmittal to that group on July 5,2017 and July 7, 2017 until the August 25th hearing before Judge Tafoya.

Plaintiffs cannot agree not to notice au pairs that we have been informed have not received notice. My suggestion would be to notice the entire group, preserving your objections to (1) any au pairs that have not received notice that were in the first pool; and (2) any au pairs that have not yet received notice that sign after January 9th. To do otherwise has the potential to extend the opt in deadline far beyond January 9th as these are both issues that will need to be presented and decided by Judge Arguello.

Dawn

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Tuesday, December 05, 2017 8:58 AM
To: Dawn Smalls; Brooke Colaizzi; Kathryn Reilly
Cc: Maria Guarisco; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
Subject: RE: Au Pairs with No Notice

Dawn –
After consultation with our clients, here are our suggestions for going forward:
With regard to APs who were included in the first notice pool but whose email addresses were invalid or the emails bounced back, the opt-in deadline has passed and the bounce-backs would necessarily have occurred months, or at least several weeks, ago. We do not agree to further notice to that group.
With regard to APs who were included in the second notice pool but whose email addresses were invalid or the emails bounced back, we agree that you may send notice either via skype or text – your decision as to each AP – if the following conditions are met:
1. You will allow us to review, comment upon, or object to the cover transmission accompanying the court-approved notice. For example, we assume that your texts will include a message containing a link to the notice. We want to see that message. We will turn that around very quickly in light of our second condition.
2. All opt-ins must be received by the current deadline, January 9, 2018, to be valid. We do not agree that APs can continue to opt in after that deadline.
Please let me know if you would like to discuss.
Thank you.

Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Monday, December 04, 2017 6:12 PM
To: Lukey, Joan; Brooke Colaizzi; Kathryn Reilly
Cc: Maria Guarisco; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
Subject: RE: Au Pairs with No Notice

Joan,

To clarify, our proposal is that we send out notice now and then a reminder in 30 days, encouraging all au pairs to respond by January 9. However, this becomes increasingly difficult to implement the closer we get to December 9th. We do not believe however that au pairs in this group can be disqualified if they do not respond by the 9th – to do so would be contrary to the plain language of the Order - but expect the number of au pairs that opt in after that date to be quite small.

With respect to the question posed, Plaintiffs have no additional information to offer other than that already provided. We look forward to hearing from you tomorrow regarding your position.

Thanks,

Dawn

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Monday, December 04, 2017 2:07 PM
To: Dawn Smalls; Brooke Colaizzi; Kathryn Reilly
Cc: Maria Guarisco; Wolosz, Justin J.; Kruzer, Lyndsey M.; O'Keefe, Kevin P.
Subject: RE: Au Pairs with No Notice

Dawn –
We will be back to you tomorrow morning, once we've had a chance to discuss further with our client as to whether they object to the tardiness or the substance of a further notice at this point, especially if you're taking the position that this pushes out the opt-in deadline.
It would help for purposes of our discussion with the client to understand why we are just hearing now about bouncebacks that must, at least in some instances, have occurred last summer. Can you let me know what precipitated the late timing of this request?
Thank you.

Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Monday, December 04, 2017 2:02 PM

To: Brooke Colaizzi; Kathryn Reilly; Lukey, Joan; Beltrandefendants
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Counsel:

Please let me know when you have reviewed the files sent last week and are ready to discuss a text and skype transmission to au pairs that have not yet received notice. We will await your response but note that per Arguello's order, the opt in period does not begin for each individual au pair until notice has been sent.

Dawn

From: Dawn Smalls
Sent: Tuesday, November 28, 2017 3:04 PM
To: 'Colaizzi, Brooke A.'; 'Reilly, Katie'; 'Lukey, Joan'; 'Beltrandefendants'
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Counsel,

Please find attached four files which represent the following:

1. uncleaned_flsa_email_2017_08_31_verified: Raw export from the email verification service from the original FLSA list

2. Full Send Record 2017_11_28: Raw export from the mailer, combined into a single file for ease and removing extraneous columns, for all FLSA au pair email addresses emailed in July and September

3. FLSA Au Pair Full Record 2017_11_28: Combined file joining the FLSA email list with the raw exports from the mailer and the email verification service to show the status of each individual email with the agency associated with it

4. All No Email Au Pair 2017_11_28: All au pair email addresses that were either marked "HardBounce" by the mailer or "invalid" by the list verification service, removing anyone who was also marked as "subscribed" (received an email). The file contains minor changes from the file last night to add in au pairs without email addresses that were not included in the mailer lists. The mailer rejects emails that have invalid syntax (no "@", begins with an invalid character, etc) or no email.

Joan had previously asked the difference between a "hard bounce" and an "invalid" email. When we started emailing the lists in July, we sent to the Spanish and Portuguese lists first. When we began the send to the English list, we were shut down by Amazon after sending just 5000 emails because our bounce rate was too high (to keep their servers from being marked as spam, Amazon has a cap on the percentage of bounces from a list before they

suspend the account). In order to avoid suspension of the account, we sent the list to a list verification service to clean any invalid emails to reduce the bounce rate before resuming emails of the notice. The emails marked invalid by the service are "invalid." The emails in which an attempt was made and there was a "hard bounce" are "hard bounce."

The schedule of the email sends is included for your reference below:

[Inline image 1]

Please let me know when you have had a chance to review and are ready to discuss.

Thanks,

Dawn

From: Colaizzi, Brooke A. [mailto:bcolaizzi@shermanhoward.com]
Sent: Tuesday, November 28, 2017 10:47 AM
To: 'Reilly, Katie'; Dawn Smalls; 'Lukey, Joan'; 'Beltrandefendants'
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Dawn,
And for InterExchange as well. As with Cultural Care, we are finding multiple people on your list who have already opted in.

Thank you,
Brooke

Brooke A. Colaizzi - Member
633 Seventeenth Street, Suite 3000, Denver, Colorado 80202
Direct: 303.299.8471 | Facsimile: 303.298.0940
bcolaizzi@shermanhoward.com<mailto:bcolaizzi@shermanhoward.com> |
www.shermanhoward.com<http://www.shermanhoward.com/>
[cid:image001.png@01D26763.8346BC80]
CONFIDENTIALITY NOTICE

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" email and delete the message. Thank you.

From: Reilly, Katie [mailto:Reilly@wtotrial.com]
Sent: Tuesday, November 28, 2017 8:19 AM
To: 'Dawn Smalls' <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>>; 'Lukey, Joan' <joan.lukey@choate.com<mailto:joan.lukey@choate.com>>; 'Beltrandefendants' <beltrandefendants@choate.com<mailto:beltrandefendants@choate.com>>
Cc: Maria Guarisco <MGuarisco@BSFLLP.com<mailto:MGuarisco@BSFLLP.com>>

Subject: RE: Au Pairs with No Notice

Dawn, please send me the same information for Go Au Pair you are gathering for Cultural Care?

Thank you,

Katie

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Tuesday, November 28, 2017 7:46 AM
To: 'Lukey, Joan'; 'Beltrandefendants'
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Joan,

Plaintiffs were informed that there are a subset of the proposed class that have not received notice due to (1) no email address being provided; (2) the email address provided being invalid; and (3) the email address resulting in a hard bounce after an attempt to email the au pair was made. Plaintiffs have no motivation other than to provide notice to these au pairs – as we are required to do - using the other contact information that you have provided. Your repeated intimations to the contrary are unconstructive and – as Judge Arguello noted in the August 25th hearing that you did not attend – unprofessional.

You acknowledge that there is some subset of au pairs that are included in one or more of the categories above. The only issue is which au pairs fall into one of the categories above. You have requested several data files so that you can check the information that we have provided, and as I indicated in my email to you at 9:57pm last night: "I have requested that information and will send it to you under separate cover when I receive it." I hope to have that information over to you later today. If it was not clear, Plaintiffs will not send the notice until you have had an opportunity to review the file and are comfortable that it only includes au pairs in one of the categories above.

Dawn


Sent with Good (www.good.com<http://www.good.com>)


-----Original Message-----
From: Lukey, Joan [joan.lukey@choate.com<mailto:joan.lukey@choate.com>]
Sent: Tuesday, November 28, 2017 12:12 AM Eastern Standard Time
To: Dawn Smalls; Beltrandefendants
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice
Please note that we absolutely object on behalf of Cultural Care to your sending notice via text and skype, and any subsequent reminder, to any APs without further evidence of your claims. Cultural Care-sponsored APs previously constituted c. 2/3 of the list of purported

non-existent/"bad" addresses that you formerly referenced, and we are virtually certain information about non-existent/"bad" addresses is incorrect.

I am not sure how you are distinguishing between "au pairs with invalid email addresses" and "email addresses in which there was a hard bounce." Wouldn't each instance of the latter constitute an example of the former? To what extent do these two categories overlap?

We believe that notices sent to the substantial majority, if not all, of the APs whose addresses we provided went to proper addresses. Therefore, this attempt to send additional notices is improper under the Court order.

Please provide us with a list of the names and addresses of the Cultural Care APs to whom you sent each round of notices, as well as evidence of the purported "hard bounces" that you received. After review, we will be glad to sit down with you to discuss this information. To be very frank, we find it incomprehensible that you would have had a material percentage of "hard bounces" from the addresses with which you provided us. We hold a good faith belief that the vast majority of those addresses were, and are, valid email addresses.

I also reiterate our request that you provide us with a list of the Cultural Care-sponsored APs to whom you sent the first round, and separately the second round, of notices. We need to confirm that you have not already duplicated such notices in an attempt to rectify an opt-in percentage that lags behind your expectations.

Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Monday, November 27, 2017 9:57 PM
To: Lukey, Joan; Beltrandefendants
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Joan,

We provided the data file so that you could do what you did – which is review and check the file. We have re-checked the file we previously sent and found that a small number of au pairs were mistakenly included in that file. We attach an updated file of 2230 au pairs with invalid email addresses and 4620 email addresses in which there was a hard bounce, for a total of 6,850 au pairs for your review. We have deleted any au pairs that have opted in to the lawsuit from the file. However, we note that the fact that an au pair has opted in does not mean that they received notice.

We acknowledge that other forms of contact information, including phone numbers and skype addresses, were included for many au pairs in your initial transmission of au pair contact information to us. We propose issuing initial notice this week and then issuing a reminder 30 days later so that all au pairs are encouraged to submit consent to join forms prior to January 9, 2018. We cannot agree, however, that an au pair that did not previously

receive notice is prohibited from participating in the lawsuit if they do not sign a consent to join form by that date. That is inconsistent with the plain language of Judge Arguello's order. To the extent that you would like to challenge the validity of these opt ins, you can do so as part of your motion to decertify or to nullify certain opt ins if you choose to do so. You will have the data and all of the information necessary to do so.

With respect to the actual language of the notice, I am unclear how the proposed notice language substantively differs from the language approved by Judge Arguello in the Averus case.

Proposed language:

You may be entitled to join a lawsuit against your sponsor agency for unpaid wages during your time as an au pair. Go to this webpage to read about the lawsuit and decide whether or not to join: http://www.aupairwageaction.com/<http://www.aupairwageaction.com/>.

Averus language:

You may be entitled to join a lawsuit against Averus, Inc. for unpaid wages, including unpaid overtime. Go to this webpage to read about the lawsuit and decide whether or not to join: www.AverusWageLawsuit.com<http://www.AverusWageLawsuit.com>.

The only variation is a change from "Averus" to "against your sponsor agency" and from "unpaid wages, including unpaid overtime" "to unpaid wages during your time as an au pair."

Please let me know if you object to Plaintiffs sending notice of the lawsuit via text and skype this week and a reminder 30 days later to the au pairs that did not previously receive formal notice of the lawsuit. I am in receipt of your email this evening requesting documentation of the invalid email addresses and hard bounces; I have requested that information and will send it to you under separate cover when I receive it.

Thanks,

Dawn

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Wednesday, November 22, 2017 11:22 PM
To: Dawn Smalls; Beltrandefendants
Cc: Maria Guarisco
Subject: RE: Au Pairs with No Notice

Dawn –
Even after a foreshortened review on this holiday eve day, we have some serious concerns with the representations and proposal in your email below.
First, your factual bases for this request are erroneous or misleading in certain significant respects. This concerns us because we do not want a supplemental, unauthorized notice going to au pairs who have previously chosen not to opt in.
Examples of the errors and misleading statements include:
a. At least 218 of Cultural Care's APs on this list have already opted in (13.7% of our total opt-ins to date). Naturally this makes us believe that we actually did provide valid email

addresses for others on this list, and that they just chose not to opt in. Other sponsors may similarly find au pairs on the list who have already opted in, and consequently share our concerns about others who received the notice and chose not to opt in. Those au pairs should not receive additional notice by alternative means.

c. By our count, Plaintiffs' list of au pairs who purportedly did not receive notice includes 9,245 names. Based on a quick check this afternoon, it appears that 6,110 are Cultural Care au pairs. Of those 6,110, Cultural Care actually did provide email addresses for 5,993 (98%), as well as at least one of the following: a phone number, home address, or skype id. There was a single au pair for whom Cultural Care had no contact information, and therefore could provide no information. So, the proposition that, for the 6110, "their email address was not included in the data produced by Defendants" is 98% incorrect. For the 117 au pairs for whom Cultural Care did not have an email address, other means of communication were provided (except in a single instance)and should have been used to issue timely notice.

d. Plaintiffs' contention that "when Plaintiffs sent the notice to the email address provided by Defendants we received a 'hard bounce' indicating that the email address was invalid," is, at the very least, questionable. Per the above, 218 of these 9,245 au pairs that purportedly have not received notice have already opted-in to assert claims against Cultural Care. These opt-ins are spread across the entirety of the notices filed by Plaintiffs, from the first filed notice in July to the most recent notice that Plaintiffs filed last Friday. In addition, in the limited time available before we shut down for the holiday, my colleague Kevin spot checked 71 of these opt-ins, and compared the email addresses that we produced against the email addresses that the au pairs included in their opt-in consent forms. Of these 71 opt-ins whose email addresses purportedly delivered "hard bounces":

• 63 opt-ins filled out their consent forms with the same exact email address that we supplied to plaintiffs in March;

• 7 opt-ins entered different email addresses on their consent forms; and

• 1 opt-in included an email that differed from Cultural Care's email address by one extra character, such that it may be a typo.

In sum, before we can agree to any supplemental notice, we need you to check your information again, and confirm whether notices actually did go out to some or all of those on your list, and, if so, how many actual bounce-backs you received.

Second, as to BSF's suggestion that Judge Arguello previously approved the proposed language, the Judge merely accepted a stipulation of the parties, without legal analysis. In addition, your proposed language for use now differs from that prior stipulation with language like "entitled to join a lawsuit" and "decide whether or not to join." At very least, if we agree to a supplemental notice, the language must be closer to the language in the earlier case. For example, the language might be, "you may be a member of a class of people certified by a court to bring claims against your au pair sponsor agency for unpaid wages. Go to this webpage to read about your rights: http://www.aupairwageaction.com/<http://www.aupairwageaction.com/>." Although we disagree with some of the terminology, at least it is line with Judge Arguello's earlier order.

Third, BSF asked for and was granted authority to deliver notice to the au pairs via skype and text in the initial conditional certification order in March. Plaintiffs could, and arguably should, have used skype or text message notices in the first place. So, if we agree to a

supplemental notice, at very least the opt-in deadline must hold as is, i.e., no extension beyond January 9.

Please let me know if you'd like to discuss after the holiday weekend. And, in the meantime, I hope that you have a wonderful Thanksgiving.

Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Dawn Smalls [mailto:DSmalls@BSFLLP.com]
Sent: Wednesday, November 22, 2017 12:21 PM
To: Beltrandefendants
Cc: Maria Guarisco
Subject: Au Pairs with No Notice

Counsel,

I am writing to inform you that Plaintiffs have determined that 9000 members of the proposed class have not received notice of any kind. This is either because (1) their email address was not included in the data produced by Defendants; or (2) when Plaintiffs sent the notice to the email address provided by Defendants we received a "hard bounce" indicating that the email address was invalid. Attached is the file of the au pairs that have not received notice for your reference.

We have reviewed the file and a large number of the au pairs that have not received notice have skype addresses and phone numbers of some sort. Accordingly, we propose to send a short message via skype and text message directing them to the website as we do in the email notice. The message would read as follows:

You may be entitled to join a lawsuit against your sponsor agency for unpaid wages during your time as an au pair. Go to this webpage to read about the lawsuit and decide whether or not to join: http://www.aupairwageaction.com/<http://www.aupairwageaction.com/>.

This mirrors the language approved by Judge Arguello for the Averus lawsuit, which I have included below for easy reference:

You may be entitled to join a lawsuit against Averus, Inc. for unpaid wages, including unpaid overtime. Go to this webpage to read about the lawsuit and decide whether or not to join: www.AverusWageLawsuit.com<http://www.AverusWageLawsuit.com>.

We propose sending this notice out next week via text message and via Skype. Please let me know if you have objections by Wednesday November 29, 2017.

Thank you.

Dawn

Dawn L. Smalls
Partner


BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 754 4216
(m) +1 917 406 9977
dsmalls@.bsfllp.com<mailto:dsmalls@.bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>


_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named

recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>

_____


_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____

The information contained in this electronic message is confidential information intended
only for the use of the named recipient(s) and may contain information that, among other
protections, is the subject of attorney-client privilege, attorney work product or exempt from
disclosure under applicable law. If the reader of this electronic message is not the named
recipient, or the employee or agent responsible to deliver it to the named recipient, you are
hereby notified that any dissemination, distribution, copying or other use of this
communication is strictly prohibited and no privilege is waived. If you have received this
communication in error, please immediately notify the sender by replying to this electronic
message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart
LLP. It is intended exclusively for the individual or entity to which it is addressed. The
substance of this message, along with any attachments, may contain information that is
proprietary, confidential and/or legally privileged or otherwise legally exempt from
disclosure. If you are not the designated recipient of this message, you are not authorized to
read, print, retain, copy or disseminate this message or any part of it. If you have received
this message in error, please destroy and/or delete all copies of it and notify the sender of the
error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____

The information contained in this electronic message is confidential information intended
only for the use of the named recipient(s) and may contain information that, among other
protections, is the subject of attorney-client privilege, attorney work product or exempt from
disclosure under applicable law. If the reader of this electronic message is not the named
recipient, or the employee or agent responsible to deliver it to the named recipient, you are
hereby notified that any dissemination, distribution, copying or other use of this
communication is strictly prohibited and no privilege is waived. If you have received this
communication in error, please immediately notify the sender by replying to this electronic
message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart
LLP. It is intended exclusively for the individual or entity to which it is addressed. The
substance of this message, along with any attachments, may contain information that is
proprietary, confidential and/or legally privileged or otherwise legally exempt from
disclosure. If you are not the designated recipient of this message, you are not authorized to
read, print, retain, copy or disseminate this message or any part of it. If you have received
this message in error, please destroy and/or delete all copies of it and notify the sender of the
error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and

may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com