THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

**PLAINTIFFS' MOTION FOR A FORTHWITH HEARING
ON MOTION TO MODIFY FLSA OPT-IN SCHEDULE**

---

Plaintiffs move the Court pursuant to CMA Civ. Practice Standard 7.1A(g) for a forthwith hearing on Plaintiff's Motion to Modify FLSA Opt-In Schedule, ECF No. [776]

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)**

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs conferred about the underlying Motion to Modify FLSA Opt-In Schedule with counsel for all Defendants via email, including on December 14, 2017. Plaintiffs informed Defendants that Plaintiffs would seek forthwith consideration by e-mail on December 21, 2017, and, in light of the holiday season, asked Defendants to specify a date by which they would like to file their opposition. Defendants responded the same day declining to name a date and indicating that they would oppose forthwith consideration. (*See* Ex. 1 to Declaration of Joshua J. Libling in Support of Plaintiffs' Motion to Modify FLSA Opt-In Schedule.) Defendants reiterated their intent to oppose a forthwith motion on December 26, 2017.

1

## ARGUMENT

As explained in the underlying motion to modify FLSA opt-in schedule, Defendants have taken the position that the last date on which a certain group of potential class members can opt-in is January 9, 2018. If Defendants' position prevails, those opt-ins have a right to know of the date of the deadline in advance. If Plaintiffs' position prevails, a reminder notice would need to be sent on February 18, 2018. If the Court allows the customary 21 days for response, and 14 additional days for reply before ruling on the motion, the January 9, 2018, date will have passed. Accordingly, Plaintiffs request forthwith consideration of this motion and a briefing schedule that would allow the Court to decide the motion as far in advance of January 9, 2018, as practicable.

The circumstances raised in the underlying motion also independently justify expedited treatment. As Plaintiffs explain therein, one group of au pairs is being treated differently from all other au pairs and is being given less information about their rights as other au pairs. Most obviously, the affected group has not been informed by when they must submit their opt-in notice. This circumstance should be remedied.

December 26, 2017

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

 /s/ Joshua J. Libling
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York  10022

Tel:  (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, California 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 26, 2017, I electronically served the foregoing motion on all counsel of record.

*/s/ Joshua J. Libling*
Joshua J. Libling
