**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**NOTICE OF FLSA OPT-INS**

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Ailin Borda Aberastain Oro
2. Alexandru Chiper
3. Almudena Martin Tirado
4. Anne-Julie Vandenhove
5. Beau Pleming
6. Claudia Patricia Marín Chavira
7. Dilan Kurucu
8. Dunja Tešić
9. Gabriela Alejandra Niño Ortiz
10. Gabriela Martins Riedl
11. Graziele Borgheti Da Silva
12. Helena Dankova
13. Imane Msallak
14. Janice Moir
15. Jessica Alice Caroll Finch
16. Jing Hu
17. Li Zhao
18. Liga Worthington-May

1

19. Mariana Dantas Weber
20. Menelisi Dladla
21. Mine Esen
22. Natalia Fonseca Oliveira
23. Nirel Rabinowitz
24. Ramona Wimmer
25. Tanja Brauen
26. Xandri Amica Rainbow Sieberhagen
27. Yanru Zhang

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: December 26, 2017

Respectfully submitted,

_/s/ Dawn Smalls_____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
