# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17730 | UH27B7EE7 | Ailin Borda Aberastain Oro | Cultural Care Au Pair |
| 17674 | YEBC78AFD | Alexandru Chiper | Go Au Pair |
| 17811 | U35534AH3 | Almudena Martin Tirado | Au Pair in America (APIA/AIFS |
| 17650 | I8ADBF7AD | Anne-Julie Vandenhove | Au Pair Care, Inc. |
| 17786 | Y4AE4528C | Beau Pleming | Cultural Care Au Pair |
| 17654 | LB5E9BG53 | Claudia Patricia Marín Chavira | Cultural Care Au Pair |
| 17671 | PBA2C9G7F | Dilan Kurucu | Cultural Care Au Pair |
| 17756 | WB8H7F47G | Dunja Tešić | Au Pair Care, Inc. |
| 17784 | C24D62GHF | Gabriela Alejandra Niño Ortiz | Cultural Care Au Pair |
| 17644 | X83F2856F | Gabriela Martins Riedl | Au Pair Care, Inc. |
| 17633 | IED5B9872 | Graziele Borgheti Da Silva | Cultural Care Au Pair |
| 17754 | U84F836G3 | Helena Dankova | Au Pair Care, Inc. |
| 17776 | LF5F7G3C5 | Imane Msallak | Expert Au Pair |
| 17799 | CEAE33GCB | Janice Moir | Au Pair in America (APIA/AIFS |
| 17711 | GC2A9DCDA | Jessica Alice Caroll Finch | Cultural Care Au Pair |
| 17801 | L93HBGC3C | Jing Hu | Cultural Care Au Pair |
| 17652 | R7A9BA742 | Li Zhao | Au Pair Care, Inc. |
| 17668 | PBGFDH234 | Liga Worthington-May | Au Pair in America (APIA/AIFS |
| 17697 | T86FC8GFA | Mariana Dantas Weber | Cultural Care Au Pair |
| 17794 | G3HC94ECB | Menelisi Dladla | Au Pair Care, Inc. |
| 17665 | V3GA7A5FG | Mine Esen | Cultural Care Au Pair |
| 17659 | G629A3723 | Natalia Fonseca Oliveira | Au Pair in America (APIA/AIFS |
| 17662 | RED79CBEA | Nirel Rabinowitz | Go Au Pair |
| 17816 | VF7EA8HEH | Ramona Wimmer | Cultural Care Au Pair |
| 17657 | YAAEG88C3 | Tanja Brauen | Cultural Care Au Pair |
| 17641 | L28HH89E3 | Xandri Amica Rainbow Sieberhagen | Go Au Pair |
| 17677 | V4B66G694 | Yanru Zhang | Go Au Pair |

DocuSign Envelope ID: 72D1EEF8-CD2F-4D63-A5D3-9442BA66F2E3

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 12/18/2017

Firma: _[DocuSigned by signature]_ 729FDCDB265A457...

Nome: Ailin Borda Aberastain Oro

Dirección: 873 Plantation Way

Gallatin, TN US 37066

Telefone: 6156704181

Email Address: ailinbordaaberastainoro@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 11/13/2017          A: 11/13/2018

DocuSign Envelope ID: 916AC3C6-D69C-4F92-B29B-90BF8929C843

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/18/2017

Signature: *Alexandru Chiper*
DocuSigned by:
078F55B65C3B440...

Name: Alexandru Chiper

Address: 220 Dolphin Drive

Raeford, NC US 28376-5426

Phone Number: 9072270924

Email Address: alex_iuventa@yahoo.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 05/17/2010     To: 05/17/2011

DocuSign Envelope ID: F7A70202-A8A0-4932-A4D2-D17EC8F65F04

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data:     12/21/2017                    Firma:    *Almudena Martin Tirado*
                                                  DocuSigned by:
                                                  B29414E8B24D412...

Nome:     Almudena Martin Tirado

Dirección:  58 Poets Chase

          Aylesbury, Buckinghamshire GB HP21 7LW

Telefone:   +447706770323

Email Address:  almudenamartintirado@gmail.com

Patrocinador:  Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De:   04/15/2013            A:   04/14/2015

DocuSign Envelope ID: F1D267FF-C229-4E91-9834-8D673D75BAC8

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/16/2017

Signature: *Anne-Julie Vandenhove*
DocuSigned by:
FF6676782391439...

Name: Anne-Julie Vandenhove

Address: Gulpen 306

Hombourg, Liege BE 4852

Phone Number: 0032487538475

Email Address: hiannejulievandenhove@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/05/2014     To: 03/12/2015

DocuSign Envelope ID: 54B08900-95CC-404A-A1E3-25AC3D972448

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/20/2017

Signature: *[DocuSigned by: Beau Pleming, 0FCA98A4D5E6460...]*

Name: Beau Pleming

Address: 7 copperfield lane

Glen Head , NY US 11545

Phone Number: 5166500145

Email Address: Beaupleming88@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/21/2017          To: 12/20/2017

DocuSign Envelope ID: 43CF6E27-A451-4CCE-B5E6-EFD8E7CDD68E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/16/2017

Signature: _[DocuSigned by: 2E39BDCE848D4FE...]_

Name: Claudia Patricia Marín Chavira

Address: Río San Pedro #2503

Chihuahua, Chihuahua MX 31300

Phone Number: 4241891

Email Address: clauu.marin@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2015       To: 07/29/2016

DocuSign Envelope ID: 911EAED1-71A9-47E7-A0C3-57981B0A1C6F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/18/2017

Signature: *Dilan Kurucu*
DocuSigned by:
D0206B47E76F474...

Name: Dilan Kurucu

Address: Böblinger Straße 186

Stuttgart,  DE 70199

Phone Number: 004915257831204

Email Address: dilan.kurucu@gmx.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/18/2010     To: 09/21/2011

DocuSign Envelope ID: E19471E1-89F7-4EEF-830D-C858933D50DF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/19/2017

Signature: _DocuSigned by:_ 216A55DDA58B462...

Name: Dunja Tešić

Address: Bosanska 59

Belgrade,  RS 11000

Phone Number: +381655037137

Email Address: tesicdunja@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 04/02/2012     To: 07/11/2012

DocuSign Envelope ID: F1FD8D9F-D217-4C61-8092-AA22F54D5173

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 12/20/2017

Firma: *gabriela alejandra niño ortiz*
DocuSigned by:
F4478D30843D4F5...

Nome: gabriela alejandra niño ortiz

Dirección: paseos de urique 15515, paseos de chihuahua

chihuahua , Chihuahua MX 31125

Telefone: 6142880153

Email Address: gaabbyy_1800@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/11/2015   A: 12/10/2017

DocuSign Envelope ID: FF0B9959-3C2A-4792-ABBF-3FD0C7B01A83

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/15/2017

Signature: *Gabriela Martins Riedl*
76617011CA25467...

Name: Gabriela Martins Riedl

Address: 1220 Oak St

Watertown, WI US 53098

Phone Number: 9202535094

Email Address: riedlgabby@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/29/2009     To: 05/06/2011

DocuSign Envelope ID: EEEF6322-6206-4857-807E-27AEA477F63E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/15/2017

Signature:
DocuSigned by:
*Graziele Borgheti da Silva*
C95849A644BA493...

Name: Graziele Borgheti da Silva

Address: Rua Pedro Soares, 73, Jardim das Esmeraldas

São Paulo, São Paulo BR 05549-310

Phone Number: +5511989657725

Email Address: graborgheti@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014       To: 05/01/2016

DocuSign Envelope ID: 6C1A7FEB-AD39-4BD4-9F24-1B561AB89F33

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/19/2017

Signature: *Helena Dankova*
1E5DE43BABB1468...

Name: Helena Dankova

Address: Pisecna 445

Prague,  CZ 18200

Phone Number: +420702876211

Email Address: hel.dankova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/24/2012   To: 06/03/2014

DocuSign Envelope ID: 44A41A84-7C73-49EF-B2D4-03B61093C267

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/20/2017

Signature: *Imane Msallak*
DocuSigned by:
457EAD55D4B444A...

Name: Imane Msallak

Address: 5128 Belle Drive

Antioch, CA US 94509

Phone Number: 4047106478

Email Address: imanmsallak@gmail.com

Sponsor: Expert Au Pair

Dates in Au Pair Program:

From: 02/01/2010     To: 07/20/2011

DocuSign Envelope ID: FCE45695-891B-429D-B75F-9327FDD7B091

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/21/2017

Signature: *DocuSigned by:* [signature] CF5CAB0B00224B9...

Name: Janice Moir

Address: 6850 Mission Gorge rd, at 2461

San Diego , CA US 92120

Phone Number: 8582304173

Email Address: Janicekarlymoir@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/14/2014      To: 07/14/2015

DocuSign Envelope ID: 4CC643CB-882E-4437-BF1D-E318B504EDA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/18/2017

Signature: *Jessica Alice Caroll Finch*
FE1E7606CCED450...

Name: Jessica Alice Caroll Finch

Address: 28 Phillips Streer

Port Wakefield , SOUTH AUSTRALIA AU 5550

Phone Number: 0421965966

Email Address: jess6921@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/08/2012          To: 06/14/2012

DocuSign Envelope ID: 82C09E9D-2807-454F-827E-BED68F8C0D06

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/21/2017

Signature: *JING HU*
E4B043B245894F7...

Name: JING HU

Address: XINCHENG DISTRICT

HOHHOT, INNER MONGOL CN 010000

Phone Number: +8618548128271

Email Address: hujing2006music@126.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/07/2014      To: 01/01/2015

DocuSign Envelope ID: 2AB28A90-41FA-4A99-B4D0-71EAD6DA8F82

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/16/2017

Signature: _Li Zhao_ (DocuSigned by: C741AC8522364B6...)

Name: Li Zhao

Address: 3 Daremy Cir

Medford , NY US 11763

Phone Number: 5404461241

Email Address: lizhao1369@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 05/19/2014     To: 07/22/2016

DocuSign Envelope ID: 685BDB30-E67E-4609-BB97-01E0317A8E91

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/17/2017

Signature: _(DocuSigned by: Lworthmay — 8959B70703A54B3...)_

Name: Liga Worthington-May

Address: PO Box 15632

San Francisco, CA US 94115

Phone Number: 4158673622

Email Address: liiga3@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 04/18/2011     To: 05/21/2012

DocuSign Envelope ID: 2653F5FD-1884-4265-BE29-1801C75C4424

# CONSENTIMENTO DE INGRESSO

## (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 12/18/2017          Assinatura: *Mariana Dantas Weber*
DocuSigned by:
35637159A857494...

Nombre: Mariana Dantas Weber

Endereço: 6765 W 19th Place apt 303

Lakewood, CO US 80214

Teléfono: 4155098711

Email Address: webermariana@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 01/09/2011          A: 01/09/2013

DocuSign Envelope ID: CC697157-7E37-47A5-BAB3-ECF9380230BF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/21/2017

Signature: *Menelisi Dladla*
DocuSigned by:
9E023E0CD44E429...

Name: Menelisi Dladla

Address: 9 Jasmine Place Wyebank, 3610

Durban, KwaZulu Natal ZA 3610

Phone Number: 0606246025

Email Address: mene.dladla@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/05/2012     To: 02/05/2013

DocuSign Envelope ID: 74149296-DE7A-45CC-8475-8EDCF5724A70

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/17/2017

Signature: *Mine Esen*
1E16FC6C7FEF4EC...

Name: Mine Esen

Address: 2745 Blue Sky Circle, 1-208

Erie, CO US 80516

Phone Number: 7209856684

Email Address: mine_esen@yahoo.ca

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2008     To: 09/29/2010

DocuSign Envelope ID: 7A29E203-4841-469A-B869-E11934D34338

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/16/2017

Signature: _DocuSigned by:_ 75F365DA35A14FB...

Name: NATALIA FONSECA OLIVEIRA

Address: VIA GUGLIELMO MARCONI, 6

BREMBATE DI SOPRA, BERGAMO IT 24030

Phone Number: +393349704906

Email Address: NATALIAFON@ICLOUD.COM

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/10/2014     To: 02/06/2016

DocuSign Envelope ID: 7B241B5B-8A5E-47E2-A468-0CBA919337C3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/17/2017

Signature: _[DocuSigned by signature]_ 556B24D96720445...

Name: Nirel Rabinowitz

Address: 16 School Road

Morningside , Gauteng  ZA 2057

Phone Number: +27832999991

Email Address: nirelrab@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/23/2014     To: 07/01/2014

DocuSign Envelope ID: DAE8A4CF-6B50-4EBC-8C4B-F96AB6A2FC86

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/21/2017

Signature: *[signature]* DocuSigned by: 13DA1DA930DB4E9...

Name: Ramona Wimmer

Address: Burggasse 12

Florstadt, DE 61197

Phone Number: 015755848896

Email Address: Rw1170@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/26/2010     To: 04/27/2012

DocuSign Envelope ID: 03716A87-EC23-4EF8-8C21-1FDEF3E58E9C

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/16/2017

Signature: _DocuSigned by:_ T. Brauen 5F2B80827B184DC...

Name: Tanja Brauen

Address: hutti 8

lyss, CH 3250

Phone Number: +41764361283

Email Address: tanja.brauen@bluewin.ch

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/21/2016       To: 08/21/2017

DocuSign Envelope ID: F97D9C0D-7483-4B84-8A29-FBE43C0205D6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/15/2017

Signature: _DocuSigned by: Sieberhagen_  39FF54444B1A4B3...

Name: Xandri Amica Rainbow Sieberhagen

Address: 27 Freya Rd, Valhalla

Pretoria, Gauteng ZA 0185

Phone Number: +27817650595

Email Address: xars88@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/29/2010          To: 06/24/2011

DocuSign Envelope ID: CB16EF7C-CAF8-4769-8589-93A872850A36

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/18/2017

Signature: *yanru zhang*
DocuSigned by:
2C487833AB7248C...

Name: yanru zhang

Address: 5 Dunning Ave

Framingham, MA US 01702

Phone Number: 9788938165

Email Address: carina.zhang7@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/31/2013     To: 01/09/2015