IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**MOVING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER (ECF NO. 763) PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(A) (ECF NO. 771)**

Defendants Cultural Care, Inc. d/b/a Cultural Care Au Pair, InterExchange, Inc., Agent Au Pair, American Cultural Exchange d/b/a GoAuPair, APF Global Exchange, NFP d/b/a Aupair Foundation, American Institute for Foreign Study d/b/a Au Pair in America, Cultural Homestay International, Expert Group International, Inc. d/b/a Expert AuPair, AuPairCare, Inc., GreatAuPair, LLC, EurAupair Intercultural Child Care Programs, and A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair (collectively "Moving Defendants") hereby move for an extension of time to respond to Plaintiffs' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter (ECF No. 763) pursuant to Federal Rule of Civil Procedure 72(a) (ECF No. 771).

**CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1**

Counsel for Cultural Care, Inc. d/b/a Cultural Care Au Pair, with the authorization of counsel for all Moving Defendants, contacted Plaintiffs' counsel on December 26, 2017, describing the relief sought and seeking Plaintiffs' position. Plaintiffs stated that they opposed the motion.

**PROCEDURAL BACKGROUND AND ARGUMENT**

In support of this Motion, the Moving Defendants state as follows:

1. On September 27, 2017, Plaintiffs filed a Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26, 37, and 45 (ECF No. 710) ("Motion to Compel"), asking the Court to compel the production of certain documents relating to the Alliance for International Exchange (the "Alliance") without redactions.

2. On October 6, 2017, Defendants filed an Opposition to Plaintiffs' Motion to Compel (ECF No. 715) ("Opposition"), opposing Plaintiffs' motion on the grounds that the material redacted is protected by the work product doctrine and attorney client privilege, that the common interest doctrine applied, and that there had been no waiver by counsel for the Alliance.

3. Plaintiffs filed a Reply in Support of Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26, 37, and 45 (ECF No. 719) ("Reply") on October 11, 2017.

4. On November 17, 2017, the Court heard argument on Plaintiffs' Motion to Compel (*see* ECF No. 757).

5.   Magistrate Judge Tafoya entered an Order denying Plaintiffs' Motion to Compel (ECF No. 763) ("Order") on December 4, 2017, ordering that the Alliance documents placed under restriction shall remain restricted until further order of the Court.

6.   On December 18, 2017, Plaintiffs filed their Objections to Magistrate Judge Tafoya's Order (the "Objections").  Neither D.C.COLO.LCivR 72.1(a) nor Federal Rule of Civil Procedure 72(a) prescribes the specific deadline to respond to Plaintiffs' Objections.  Counsel has assumed that D.C.COLO.LCivR. 7.1(d) provides a 14-day deadline for responding to Plaintiffs' Objections.  Using that time period in this case would place the deadline for Defendants' response to the Objections as January 2, 2018.

7.   Given the intervening holidays, a deadline of January 2, 2018 would present a burden for the Moving Defendants and their counsel, many of whom will be traveling or have vacations planned during this holiday season.  Accordingly, Moving Defendants respectfully request that they be provided an additional eight (8) days, until January 10, 2018, in order to file their response to Plaintiffs' Objections.

8.   This request will not delay discovery or any other aspect of the case.

9.   Moving Defendants have not previously requested an extension of time to respond to Plaintiffs' Objections.

10.   As required by D.C.COLO.LCivR. 6.1, counsel for the Moving Defendants will serve a copy of this Motion on their respective clients contemporaneous with filing.

3

## CONCLUSION

For all of the foregoing reasons, Moving Defendants respectfully request that the Court grant Moving Defendants an extension of time to respond to Plaintiffs' Objections and set a deadline of January 10, 2018.

Dated:  December 26, 2017			Respectfully submitted,

*s/ Diane R. Hazel*
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts  02110
Telephone:  (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane R. Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

*s/ Kathryn A. Reilly*
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)

4

Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***

*s/ Lawrence D. Stone*
Lawrence D. Stone
(lstone@nixonshefrin.com)
Katheleen E. Craigmile
(kcraigmile@nixonshefrin.com)
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111

***Attorneys for Defendants A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair***

*s/ James E. Hartley*
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

*s/ Lawrence L. Lee*
Lawrence L. Lee, Esq.
(llee@laborlawyers.com)
Susan M. Schaecher, Esq.

5

(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

***Attorneys for Defendants APF Global Exchange, NFP***

*s/ Stephen J. Macri*
Stephen J. Macri
(smacri@putneylaw.com)
Joseph B. Cartafalsa
(jcartafalsa@putneylaw.com)
Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

*s/ Eric J. Stock*
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

***Attorneys for Defendant American Institute for Foreign Study d/b/a Au Pair in America***

*s/ Bogdan Enica*
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

6

***Attorney for Defendant Expert Group International, Inc. d/b/a Expert Au Pair***

*s/ Peggy E. Kozal*
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey (nhuey@gordonrees.com)
Heather K. Kelly (hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

***Attorneys for Defendant AuPairCare, Inc.***

*s/ Martha L. Fitzgerald*
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

***Attorneys for Defendant EurAuPair Intercultural Child Care Programs***

*s/ Brooke A. Colaizzi*
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

7

***Attorneys for Defendant InterExchange, Inc.***

*s/ William J. Kelly III*
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

***Attorneys for Defendant USAuPair, Inc.***

*s/ Meshach Y. Rhoades*
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

***Attorneys for Defendant GreatAuPair, LLC***

8

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 26, 2017, I caused to be electronically filed the foregoing Moving Defendants' Motion for Extension of Time to Respond to Plaintiffs' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter (ECF No. 763) Pursuant to Federal Rule of Civil Procedure 72(a) (ECF No. 771) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel*

9