IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING MOVING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER (ECF NO. 763) PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(A) (ECF NO. 771)**
_____

The Court has reviewed the Motion for Extension of Time to Respond to Plaintiffs' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter (ECF No. 763) Pursuant to Federal Rule of Civil Procedure 72(a) (ECF No. 771) and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The deadline for Defendants to respond to Plaintiffs' Objections shall be January 10, 2018.

DATED this ___ day of _____ 2017.

                                              BY THE COURT

                                              _____

                                              Hon. Christine M. Arguello