# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Andrea Katherin Ruiz Gutierrez
2. Anna Kondratiuk
3. Clarisse Forel
4. Daniela Kuehnle
5. Darlin Vanesa Pedroza Pinto
6. Dore Scholtz
7. Giovanna Andressa Toldo Chved
8. Kateryna Zhupanova
9. Luisa Beneke
10. Monika Kristeľová
11. Mor Oshri
12. Risara Yartpromp
13. Sibele Cristina Do Nascimento
14. Thalia Azareel Gonzalez Hernandez
15. Thamiris Horacio Alves Mantovani
16. Yue Wu

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: January 2, 2018                                  Respectfully submitted,

                                                     _/s/ Dawn Smalls____
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 2, 2018, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls
