# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17875 | HF8DCEBF7 | Andrea Katherin Ruiz Gutierrez | Au Pair in America (APIA/AIFS |
| 17907 | IFC924AC3 | Anna Kondratiuk | InterExchange, Inc. |
| 17909 | P4D9A3HHC | Clarisse Forel | Cultural Care Au Pair |
| 17830 | V4C8HHHCF | Daniela Kuehnle | Au Pair Care, Inc. |
| 17923 | KFD45AC52 | Darlin Vanesa Pedroza Pinto | Au Pair Care, Inc. |
| 17904 | BG42DA7FC | Dore Scholtz | Go Au Pair |
| 17901 | VEB4C93D6 | Giovanna Andressa Toldo Chved | Au Pair Care, Inc. |
| 17851 | TEB227B33 | Kateryna Zhupanova | Au Pair in America (APIA/AIFS |
| 17921 | VBE277DH5 | Luisa Beneke | Au Pair Care, Inc. |
| 17890 | V94ABDF5H | Monika Kristeľová | Au Pair in America (APIA/AIFS |
| 17916 | XGA8FBG9D | Mor Oshri | Au Pair in America (APIA/AIFS |
| 17876 | U6FE93FBF | Risara Yartpromp | Au Pair in America (APIA/AIFS |
| 17824 | TCD2E33E3 | Sibele Cristina Do Nascimento | Cultural Care Au Pair |
| 17884 | TG72832F9 | Thalia Azareel Gonzalez Hernandez | Cultural Care Au Pair |
| 17821 | W893C99F2 | Thamiris Horacio Alves Mantovani | Au Pair in America (APIA/AIFS |
| 17892 | R554GD7AD | Yue Wu | Au Pair Care, Inc. |

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 12/25/2017

Firma: *DocuSigned by: Jordi — 7FA26FA318A24CA...*

Nome: Andrea katherin Ruiz gutierrez

Dirección: Carlton

Brooklyn , CO 11205

Telefone: 3193899144

Email Address: Andrea.ruizg@aiesec.net

Patrocinador: Au Pair in America (APIA/AIFS

Datas de participação no programa au pair:

De: 06/05/2017    A: 06/05/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/27/2017

Signature: *Anna Kondratiuk* (DocuSigned by: 7751C6FFE8A04E6...)

Name: Anna Kondratiuk

Address: Elspeth Road, 24

London, GB SW11 1DS

Phone Number: +447907701852

Email Address: anna.kondratiuk89@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 09/24/2012    To: 10/03/2013

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/27/2017

Signature: *[DocuSigned by: B91F9F007B394F4...]*

Name: Clarisse Forel

Address: Seven springs road

Batavia, NY US 14020

Phone Number: 7573241352

Email Address: clarisseforel@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/13/2017    To: 02/12/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/23/2017

Signature: *Daniela Kuehnle*
—383237D89D9B446...

Name: Daniela Kuehnle

Address: Auf dem Brink 6

Filsum, Niedersachsen DE 26849

Phone Number: 0031612245119

Email Address: daniela.kuehnle@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/19/2009     To: 01/07/2010

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/28/2017

Signature: *VanePedroza* (DocuSigned by: 80B43D90398349A...)

Name: Darlin Vanesa Pedroza Pinto

Address: Av los búcaros #60-262

Bucaramanga , Santander CO 000000

Phone Number: 3124359510

Email Address: esmava221408@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/31/2015      To: 08/31/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/27/2017

Signature: *Dore Scholtz* (DocuSigned by: F6AD39DED19C4C3...)

Name: Dore Scholtz

Address: Willowbrook Avenue

Stamford, CT US 06902

Phone Number: 0724039396

Email Address: dore.scholtz@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 07/01/2010    To: 07/31/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/27/2017

Signature: *Giovanna Andressa Toldo Chved* (DocuSigned by: 217AB554161D4FD...)

Name: Giovanna Andressa Toldo Chved

Address: 23, Jasmim Street

Apucarana, Paraná BR 86.810-220

Phone Number: +5543999209177

Email Address: gichved@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/11/2009    To: 01/14/2010

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/23/2017

Signature: *Kateryna Zhupanova* (DocuSigned by: EF20BF0DB0FB4AA...)

Name: Kateryna Zhupanova

Address: Primavera 29

Sayulita, Nayarit MX 63734

Phone Number: +525533738793

Email Address: katezhupanova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/11/2012    To: 05/26/2012

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 12/28/2017 | Signature: | DocuSigned by: Luisa Beneke — 6173F7D3036F4FC... |

Name: Luisa Beneke

Address: Agnes-Pockels-Weg 3

Neustadt, DE 31535

Phone Number: 00495032893389

Email Address: luisa.beneke@web.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/29/2016   To: 08/29/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/26/2017

Signature: *Monika Kristeľová* (DocuSigned by: BE2FCD5B203F4DC...)

Name: Monika Kristeľová

Address: Hlavná 5

Úpor, SK 07616

Phone Number: 00421915185864

Email Address: monickavargova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/09/2012        To: 11/22/2012

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/28/2017

Signature: *DocuSigned by:* מור אושרי / 7D75CC595A3B4AC...

Name: Mor Oshri

Address: Halon 20

Tei Mond, IL 4060720

Phone Number: 972525412311

Email Address: moroshri89@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 01/06/2011    To: 08/28/2011

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/25/2017

Signature: *(DocuSigned by: ใศรา ญาติพร้อม — 6118E4E2E6FB44E...)*

Name: Risara Yartpromp

Address: 12/740 Chalongkrung road, Tapyao sub district

Ladkrabang, Bangkok  TH 10520

Phone Number: +66979986199

Email Address: Alicerisaraaupair@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/09/2015   To: 09/09/2017

# CONSENTIMENTO DE INGRESSO

(De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 12/22/2017

Assinatura: *Sibele Cristina do Nascimento* (DocuSigned by: 0DCD444C91A14A2...)

Nombre: Sibele Cristina do Nascimento

Endereço: Maciel 660B Alto da Cruz

Ouro Preto , MG BR 35400-000

Teléfono: +61412912245

Email Address: sibele_nasc@hotmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/10/2011　　A: 08/09/2013

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/26/2017

Signature: *Thalia Azareel Gonzalez Hernandez* (DocuSigned by: CF7E511CA844486...)

Name: Thalia Azareel Gonzalez Hernandez

Address: Plan de Ayala #3312

Playas de Rosarito, Baja California MX 22710

Phone Number: 6643099732

Email Address: thalia_g_h@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/16/2015    To: 04/03/2015

# CONSENTIMENTO DE INGRESSO

(De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 12/22/2017

Assinatura: *Thamiris Horacio Alves Mantovani* (DocuSigned by: 501DD68505B1453...)

Nombre: Thamiris Horacio Alves Mantovani

Endereço: Rua Clara Camarão, 272

Campinas, São Paulo BR 13044390

Teléfono: 5519999645787

Email Address: thamirish@yahoo.com.br

Patrocinador: Au Pair in America (APIA/AIFS

Fechas de participación en el programa au pair:

De: 11/26/2012    A: 11/25/2013

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/26/2017

Signature: *yue Wu* (DocuSigned by: 2C0AC611EEF5435...)

Name: Yue Wu

Address: 2309 Hoover CRT

Burlington, ON CA L7P 4V2

Phone Number: 2508892426

Email Address: wuyuechina2008@163.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2009    To: 10/05/2011