# Exhibit B

**Au Pair Wage Action**

**Online Consent to Join Form Submissions Determined to be Duplicative**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 8723 | TE54997D4 | Calia Nataly Delgadillo Longoria | Cultural Care Au Pair |