THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF DAWN L. SMALLS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL PRODUCTION OF DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY'S FINANCIAL RECORDS [D.E. 624]**

---

I, DAWN L. SMALLS, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and am a Partner with the law firm of Boies Schiller Flexner LLP, counsel for the Plaintiffs and for the Class. I am admitted to practice in New York, Massachusetts, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the District of Massachusetts and the United States District Court for the District of Colorado.

2. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto. I submit this

1

declaration in support of Plaintiffs' Motion for Reconsideration of Order Denying Motion to Compel Production of Defendant American Institute for Foreign Study's Financial Records [D.E. 624].

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email dated November 2, 2017, from me to John Fulfree.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiffs' First Request for the Production of Documents, dated March 3, 2016.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant American Institute for Foreign Study d/b/a Au Pair in America's Responses and Objections to Plaintiffs' First Set Request for Production of Documents, dated May 4, 2016.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email dated February 24, 2017, from Stephen Macri to me.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced to Plaintiffs on March 23, 2017 by Defendant American Institute for Foreign Study as "DOC339."

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email dated March 23, 2017, from Stephen Macri to me.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Affidavit of James Mahoney, Vice President of Finance for Defendant American Institute for Foreign Study, dated March 27, 2017.

10. On September 14, 2017, CEO for Defendant American Institute of Foreign Study, William Gertz, was deposed pursuant to Fed. R. Civ. P. 26 and 30.  A true and

correct copy of his testimony is attached hereto as **Exhibit 8**.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of Defendant American Institute for Foreign Study's Response to Plaintiffs' Motion to Compel, dated March 27, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of January, 2018, at New York, New York.

                              Respectfully submitted,

                              /s/ Dawn L. Smalls
                              Dawn L. Smalls
                              BOIES SCHILLER FLEXNER LLP
                              575 Lexington Avenue
                              New York, NY 10022
                              Tel. (212) 446-2300
                              Fax. (212) 446-2350
                              jlibling@bsfllp.com

                              *Counsel for Plaintiffs*