# Exhibit 4

**From:** Stephen Macri [mailto:SMacri@putneylaw.com]
**Sent:** Friday, February 24, 2017 4:15 PM
**To:** Dawn Smalls
**Cc:** John B. Fulfree
**Subject:** APIA Individual Meet and Confer

Dear Dawn,

Thanks for your email summary. It was helpful as we reviewed the information produced by Au Pair in America's former counsel in response to Plaintiffs' First Request for the Production of Documents, which is dated March 3, 2016.

It was our understanding that Fisher and Phillips had provided, or was to provide, information responsive to Document Requests Nos. 5, 17 and 18. We regret that this production did not occur previously and apologize for any inconvenience. Accordingly, on or before March 7, 2017, APIA will produce the following: its correspondence with other defendants during the years covered by the action; document(s) indicating its administrative structure; and documents listing its employees.

With respect to Document Request No. 16, requesting audited or unaudited financial statements, APIA continues its objection. First, while there was some communication with John Fulfree about IRS Form 990, please note that neither APIA nor AIFS is subject to such an annual filing requirement. Second, please note that AIFS has five additional programs, all of which are unrelated to APIA. Accordingly, AIFS does not maintain financial statements that isolate APIA's revenue and expenses. Third, in response to Plaintiffs' Second Interrogatories, APIA already has provided Plaintiffs with the component financial information and data necessary for Plaintiffs to compute its annual revenues for the period from 2009 through 2015. Fourth, based on the fact that all other au pair sponsors are involved in this action, the scope of the existing Protective Order is insufficient to ensure that the confidentiality of APIA's competitive and proprietary business information will remain private. For all of these reasons, APIA continues its objection to the production, at this time, of additional financial information responsive to Document Request No. 16.

We are mindful that Plaintiffs' have asserted a claim for punitive damages and request financial information for that purpose. We also desire to avoid unnecessary motion practice on this issue. Under our review of the current case law, we understand that the disclosure of additional financial information may ultimately be required at a subsequent point in the litigation. Accordingly, APIA agrees that it will again "meet and confer" with you on this issue subsequent to rulings on any post-discovery dispositive motions.

I am hopeful that this approach is sufficient to resolve your immediate needs in the litigation. Please let me know if otherwise; I will be in the office on Monday.

Thanks for your cooperation.

Steve

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Stephen J. Macri

Putney, Twombly, Hall & Hirson LLP,

521 Fifth Avenue, New York, NY 10175

smacri@putneylaw.com

Firm:          212 682-0020

Direct:        212 682-5435

Facsimile:  212 682-9380

Notice: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (212) 682-0020 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Putney Twombly Hall & Hirson, LLP. Although Putney Twombly Hall & Hirson, LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Putney Twombly Hall & Hirson, LLP.

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, February 21, 2017 9:55 PM
**To:** John B. Fulfree <jfulfree@putneylaw.com>
**Cc:** Stephen Macri <SMacri@putneylaw.com>
**Subject:** RE: APIA Individual Meet and Confer

OK. Please let me know when you would like to schedule this call, at a date no later than Friday.

Thanks,

Dawn

---

**From:** John B. Fulfree [mailto:jfulfree@putneylaw.com]
**Sent:** Tuesday, February 21, 2017 7:32 PM
**To:** Dawn Smalls
**Cc:** Stephen Macri
**Subject:** APIA Individual Meet and Confer

Dawn,

Pursuant to our teleconference earlier today, APIA requests an individual meet and confer concerning Plaintiffs' Document Request Nos. 5, 16, 17, and 18.  However, prior to our call, we need to follow up with Fisher & Phillips, APIA's prior counsel, to ascertain what our client produced in response to those requests.  Although we hope to engage in the meet and confer tomorrow, we may need to hold our meet and confer on Thursday or Friday.  I will provide an update regarding our availability as soon as I can.

Thank you,
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020
(212) 682-9380 (fax)
jfulfree@putneylaw.com

Notice: This e-mail message and any attachment to this e-mail message contain confidential information that may be protected by the attorney-client and/or attorney work product privileges.  If you are not the intended recipient, you must not review, transmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it.  If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at (212) 682-0020 and delete this message.  Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Putney, Twombly, Hall & Hirson LLP.  Although Putney, Twombly, Hall & Hirson LLP attempts to sweep e-mail and attachments for viruses, it does not guarantee that either are virus-free and accepts no liability for any damage sustained as a result of viruses. This notice is automatically appended to each e-mail message leaving Putney, Twombly, Hall & Hirson LLP.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]