# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

## AFFIDAVIT OF JAMES MAHONEY

---

**STATE OF CONNECTICUT)**
                         ) ss.:
**COUNTY OF FAIRFIELD** )

James Mahoney, being duly sworn, deposes and says:

1. I am a Certified Public Account ("CPA"), and the Vice President of Finance for Defendant American Institute for Foreign Study ("AIFS"). The Au Pair in America Program ("APA") is one of five distinct AIFS programs that involve foreign study or cultural exchange. APIA is the only AIFS program involving au pair cultural exchange. AIFS has operated an au pair cultural exchange program since 1986. I am fully familiar with the facts and circumstances stated herein. I submit this affidavit in opposition to Plaintiffs' Motion to Compel Defendants' production of information responsive to Document Request No. 16 of Plaintiffs' First Request for the Production of Documents.

Case 1:14-cv-03074-CMA-KMT Document 787-7 filed 03/27/17 USDC Colorado Page 3 of 4

2. In my role as Vice President of Finance for AIFS, I am responsible for the maintenance of AIFS' financial records.

3. As AIFS is a for-profit entity. To the extent of my professional knowledge, neither AIFS' tax returns nor its financial statements are subject to public disclosure or otherwise in the public domain. The financial statements contain sensitive, highly confidential and proprietary business information about assets and equity of the corporation. Accordingly, AIFS carefully and diligently protects its financial statements from disclosure to third parties. The disclosure of AIFS' financial statements to business competitors would expose competitive business information that would irreparably harm AIFS.

4. AIFS operates five distinct programs, plus several other smaller entities abroad. In addition to APIA, those programs include AIFS College Study Abroad, Camp America, American Council for International Studies, and Cultural Insurance Services International.

5. AIFS' consolidated financial statements reflect the aggregate revenue and expenses attributable to all of those AIFS' programs. The financial statements do not segregate information by program and, thus, the statements do not demonstrate revenue, expenses and/or income solely attributable to APIA. As such, AIFS' financial statements do not contain data concerning the annual revenue and income derived from participating in the au pair program during each year in which APIA has operated.

6. I compiled the information provided by AIFS to Plaintiffs' counsel on March 23, 2017. The information accurately demonstrates the actual revenue, allocated expenses and associated income of APIA for the years 2009 through 2014. Accordingly, Plaintiffs' counsel possess all the financial information necessary to know and/or calculate the information that they

2

purportedly seek, and AIFS' financial statements contain no specific information on those factors.

7. As AIFS' five principal programs are not equivalent to one another with respect to size, scope or resources, generally accepted accounting practices would not permit information appropriate and specific to APIA to be derived from AIFS' financial statements simply by dividing the aggregate numbers by five.

_____
JAMES MAHONEY

Sworn before me this 27th day
of March, 2017

_____
Notary Public
My Commission Exp. 8/31/22

3