**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,
v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

*Stipulated* **Motion For Relief From Scheduling Order**

---

## CERTIFICATE OF CONFERRAL PURSUANT TO D.C. COLO.LCiv.R. 7.1(A)

Plaintiffs and the undersigned Defendants ("Defendants" (collectively hereafter the "Parties") present this stipulated Motion.[1] Defendants' stipulation is conditioned upon the occurrence of at least one of the events referenced in footnote 1. Pursuant to D.C. Colo.L.Civ.R. 7.1(a), the Parties certify as follows: On or around December 15, 2017, and several times thereafter, Plaintiffs and Defendants conferred over email regarding the scheduling of certain depositions affected by Magistrate Judge Tafoya's Order on Plaintiffs' Motion to Compel, ECF No. 763, which is currently before the Court on Plaintiffs' Objections, ECF No. 771 (the "Pending Objections"). The below motion was agreed to and stipulated by the Parties.

## Stipulated Motion For Relief From Scheduling Order

The Parties jointly and respectfully request an Order granting the Parties relief from the existing Scheduling Order, ECF No. 687 (as amended by ECF No. 742 and ECF No. 763), for the limited purpose of conducting certain depositions affected by Magistrate Judge Tafoya's Order on Plaintiffs' Motion to Compel, ECF No. 763, and Plaintiffs' Objections thereto (the "Pending Objections"). Fed. R. Civ. P. 16(b)(4).

Certain depositions have not been concluded due to factors outside of the Parties' control and cannot be concluded before the Court's existing January 5, 2018 fact discovery cutoff. ECF No. 763. The deposition of William Gertz has been held open for months while the Court rules on the Pending Objections. And the depositions

---

[1] Only defendants InterExchange, Inc., Cultural Homestay International, Cultural Care, Inc., AuPairCare, Inc., Au Pair International, Inc., GoAuPair, and Agent Au Pair approved this version of the stipulation in time for filing.

of former and current staff and executives from the Alliance for International Exchange (the "Alliance") (Ilir Zherka, Michael McCarry, and Lisa Heyn), have been on hold due to the Alliance's delay in producing documents responsive to a subpoena.  The Parties ask that the Court grant the Parties relief from the fact discovery deadline for the limited purpose of conducting the aforementioned depositions.  The Parties agree that this proposal is reasonable and efficient in light of developments in this complex litigation.  *See* Fed. Jud. Ctr., Manual for Complex Litig. (4th ed.) § 22.613 (emphasizing the importance of resolving "difficulties in implementing current orders" as they arise and communication among counsel in complex cases [mass tort context]).

In support of this Motion for Relief from Scheduling Order, the Parties state as follows:

1. Fact discovery is currently set to terminate on January 5, 2018.  ECF No. 763.

2. The Alliance for International Exchange (the "Alliance"), an association that engages in public advocacy and lobbying on behalf of the sponsor defendants and other exchange programs (e.g., summer work/travel), has not yet completed its document production or made available its deposition witnesses, pursuant to a Rule 45 subpoena served in May, in part due to privilege and work product claims asserted by its sponsor members.  The Alliance has agreed to make its witnesses available for deposition between January 18 and 24, 2017, but these dates will be feasible only if the document

production is provided to the Parties at least nine days before the first noticed Alliance deposition.[2]

3.     On December 4, 2017, Magistrate Judge Tafoya ruled on Plaintiffs' motion to compel related to the Alliance's first production, made on August 23, 2017. ECF No. 763. In that Order, Magistrate Judge Tafoya also set the fact discovery deadline of January 5, 2018. *Id.* Plaintiffs have objected to the privilege related rulings of that Order. ECF No. 771.

4.     The Pending Objections concern a production by the Alliance and reflects fundamental disagreement between the Parties concerning the nature and scope of work-product protection, the attorney-client privilege, and the common interest doctrine.

5.     For all of these reasons, and despite their diligent efforts, the Parties agree the current deadlines cannot be met and that it is appropriate to grant limited relief from the fact discovery deadline. *See* ECF No. 493 ("Properly construed, good cause means that scheduling deadlines cannot be met despite a party's diligent efforts." (citing *Lehman Bros. Holdings Inc. v. Universal Am. Mortg. Co., LLC*, 300 F.R.D. 678, 681-82 (D. Colo. 2014)).

6.     The Parties therefore propose that the Court grant the Parties leave to conclude the depositions of Messrs. Gertz, McCarry, Zherka, and of Ms. Heyn by January 31, 2018.[3]

---

[2] Defendants' Stipulation is conditioned upon the Alliance's production occurring on January 8, or the Alliance and Plaintiffs agreeing upon alternative deposition dates on or before January 31, 2018.  For the avoidance of doubt, all of the above referenced depositions must be completed by January 31, 2018, or Defendants' participation in this stipulation is withdrawn.

7.     Accordingly, having shown good cause, the Parties request that the Parties be granted relief from Scheduling Order as requested in Paragraph 6.

## **CONCLUSION**

For the foregoing reasons, the Moving Parties jointly and respectfully request the Motion for Relief from Scheduling Order be GRANTED.

Dated: January 5, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ Juan P. Valdivieso
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Sean P. Rodriguez

---

[3] Plaintiffs may seek to reopen the depositions if additional documents are produced as a result of the Court's ruling on the Pending Objections and further questioning is warranted.

4

Juan P. Valdivieso
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel. (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org
*Attorneys for Plaintiffs*

5

/s/ Joan A. Lukey
Joan A. Lukey (joan.lukey@choate.com)
Robert M. Buchanan, Jr. (rbuchanan@choate.com)
Michael T. Gass (mgass@choate.com)
Justin J. Wolosz (jwolosz@choate.com
Lyndsey M. Kruzer (lkruzer@choate.com)
CHOATE HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
Telephone: (617) 248-4790

James M. Lyons (jlyons@lrrc.com)
Jessica L. Fuller (jfuller@lrrc.com)
Diane Hazel (dhazel@lrrc.com)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
Tel: (303) 623-9000
Fax: (303) 623-9222

***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***


/s/ Kathryn A. Reilly
Kathryn A. Reilly (reilly@wtotrial.com)
Grace A. Fox (fox@wtotrial.com)
Natalie E. West (west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

***Attorneys for Defendants Agent Au Pair, Au Pair International, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair***


/s/ Jonathan S. Bender
James E. Hartley (jhartley@hollandhart.com)

6

Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302

***Attorneys for Defendant Cultural Homestay International***

/s/ Peggy E. Kozal
Jennifer Arnett Roehrich
(jarnett-roehrich@grsm.com)
Jennifer Wirkus Vedra
(jvedra@gordonrees.com)
Nathan Andrew Huey
(nhuey@gordonrees.com)
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Gordon & Rees LLP-Denver
555 17th Street
Suite 3400
Denver, CO 80202
Gordon & Rees LLP-Denver
555 17th Street
Suite 3400

***Attorneys for AuPairCare, Inc.***

/s/ Brooke A. Colaizzi
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt

7

(jhunt@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

***Attorneys for Defendant InterExchange, Inc.***

## CERTIFICATE OF SERVICE

 I hereby certify that on January 5, 2018, I electronically served the foregoing motion on all counsel of record.

/s/ Juan P. Valdivieso
Juan P. Valdivieso
