IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL*.

Plaintiffs,

v.

INTEREXCHANGE, INC.; *ET AL.*

Defendants.

_____

**JOINT MOTION TO APPEAR AT MOTION HEARING BY TELEPHONE**
_____

Defendants Expert Group International, Inc. d/b/a Expert AuPair ("Expert AuPair"), A.P.E.X. American Professional Exchange, LLC d/b/a ProAuPair ("A.P.E.X.") and 20/20 Care Exchange d/b/a The International Au Pair Exchange ("20/20"), by their undersigned attorneys, Bogdan Enica and Lawrence Stone, hereby request leave of Court to appear at the Motion Hearing set for January 9, 2018, at 1:30 p.m. by telephone, and in support state as follows:

1. On December 14, 2017, the Court set a Motion Hearing regarding the Motion to Exclude Expert Testimony of William Kerr Pursuant to F.R.E. 702 for January 9, 2018 at 1:30 PM in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya.

2. Counsel for Expert AuPair is located out of state and would like to avoid the time and expense of travelling to Denver by attending this hearing telephonically.

3. Counsel for A.P.E.X and 20/20 would also like to attend this hearing telephonically.

4. Both counsel for Expert AuPair and counsel for APEX and 20/20 do not anticipate their involvement in lengthy discussions at the Motion Hearing, as co-defendants will likely be able to argue a position acceptable to these defendants.

WHEREFORE, Defendants Expert AuPair, A.P.E.X, and 20/20 respectfully request to appear at the Motion Hearing by telephone and any such other relief as deemed appropriate by the Court.

Date: January 8, 2018.

Respectfully submitted,

*s/Bogdan Enica*
Bogdan Enica, Esq.
111 Second Avenue NE, Suite 204
St Petersburg, FL 33701
Phone: 727-388-3472
bogdane@hotmail.com
ATTORNEY FOR DEFENDANT EXPERT GROUP INTERNATIONAL INC. D/B/A EXPERT AUPAIR

*s/* Lawrence D. Stone
Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Phone: 727-388-3472
lstone@nixonshefrin.com

ATTORNEY FOR DEFENDANTS
A.P.E.X. AMERICAN PROFESSIONAL
EXCHANGE, LLC D/B/A PROAUPAIR
AND 20/20 CARE EXCHANGE D/B/A
THE INTERNATIONAL AU PAIR
EXCHANGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of January, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Bogdan Enica*
Bogdan Enica, Esq.
