IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET. AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET. AL.*

    Defendants.

---

### MOTION TO APPEAR AT HEARING TELEPHONICALLY

---

Defendant, American Institute for Foreign Study d/b/a/ Au Pair in America ("AIFS"), by its attorneys, Putney, Twombly, Hall & Hirson LLP, hereby requests leave of Court to appear at the Motion Hearing set for January 9, 2018 at 1:30 p.m. by telephone, and states as follows:

    1.    On December 14, 2017, the Court set a Motion Hearing regarding the Motion to Exclude Expert Testimony of William Kerr Pursuant to F.R.E. 702 (ECF 606) for January 9, 2018 at 1:30 p.m. in Courtroom C201 before Magistrate Judge Kathleen M. Tafoya. (ECF 767).

    2.    Counsel for AIFS is located out of state and AIFS seeks to avoid the time and expense of having its counsel traveling to Denver, Colorado.

3. To the extent that AIFS is involved in discussions at the Motion Hearing, counsel for AIFS will be in attendance over the phone and available to represent AIFS effectively.

WHEREFORE, Defendant AIFS respectfully requests to appear at the January 9, 2018 Motion Hearing by telephone, and any such other relief as deemed appropriate by the Court.

Date: January 8, 2018

By: *s/ John B. Fulfree*
Stephen J. Macri
Joseph B. Cartafalsa
Robert M. Tucker
John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
Email: smacri@putneylaw.com
Email: jcartafalsa@putneylaw.com
Email: rtucker@putneylaw.com
Email: jfulfree@putneylaw.com

**Attorneys for Defendant, American Institute for Foreign Study, D/B/A/ Au Pair in America**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of January, 2018, I have caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ John B. Fulfree*
John B. Fulfree

3