IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

 Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

 Defendants.

---

**PLAINTIFFS' MOTION TO RESTRICT PUBLIC ACCESS (LEVEL ONE) TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO COMPEL PRODUCTION OF DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY'S FINANCIAL RECORDS [D.E. 624]**

---

 Plaintiffs, on behalf of themselves and those similarly situated (hereinafter "Plaintiffs"), by and through their counsel, and pursuant to D.C. Colo. L. Civ. R 7.2, hereby respectfully submit this Motion to Restrict Public Access to Plaintiffs' Motion For Reconsideration of Order Denying Motion to Compel Production of Defendant American Institute for Foreign Study's Financial Records ("Reconsideration Motion"), as follows:

 1. Plaintiffs have submitted the Reconsideration Motion as Docket Entry 786, and the supporting Declaration of Dawn L. Smalls ("Smalls Declaration) as Docket Entry 787.

 2. All parties to this Action have stipulated to a protective order consistent with the requirements set forth in *Gillard v. Boulder Valley School District RE-2*, 196 F.R.D. 382, Appendix A (D. Colo. 2000). [Dkt. 305].

3. This Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure or discovery duties created by the Federal Rules of Civil Procedure." [Dkt. 305].

4. Pursuant to the parties' Stipulated Protective Order, Defendant American Institute for Foreign Study ("AIFS") has indicated that it seeks to have the following passages restricted from public viewing:

    a. Certain quotations on pages 5 and 9 of the Reconsideration Motion.

    b. Certain portions of Exhibits 1, 5, and 8 to the Smalls Declaration.

5. Plaintiffs do not take any position, either for or against, restricted treatment of those documents.

6. Plaintiffs have caused the Reconsideration Motion and Smalls Declaration, including the exhibits attached thereto, to be restricted to Level 1 in anticipation of AIFS filing its own motion to restrict within the time frame provided by the governing rules of civil procedure.

Dated: New York, New York
       January 8, 2018

Respectfully Submitted,

BOIES SCHILLER FLEXNER LLP

  /s/ Joshua J. Libling
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue

New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison St., Suite 900
Oakland, CA 94612
Tel.  (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*