IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | January 9, 2018 |
| Courtroom Deputy: | Irene Parker | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, <br> LUSAPHO HLATSHANENI, <br> BEAUDETTE DEETLEFS, <br> DAYANNA PAOLA CARDENAS CAICEDO, and <br> ALEXANDRA IVETTE GONZALEZ, <br> SARAH CAROLINA AZUELA RASCON, <br> LAURA MEJIA JIMENEZ, <br> JULIANE HARNING, <br> NICOLE MAPLEDORAM, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEREXCHANGE, INC, <br> USAUPAIR, INC., <br> GREAT AUPAIR, LLC, <br> EXPERT GROUP INTERNATIONAL INC., d/b/a <br> Expert AuPair, <br> EURAUPAIR INTERCULTURAL CHILD CARE <br> PROGRAMS, <br> CULTURAL HOMSTAY INTERNATIONAL, <br><br> CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, <br><br><br> AUPAIRCARE INC., <br><br> AU PAIR INTERNATIONAL, INC., <br> AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ <br> GoAuPair, <br> GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair, <br> AGENT AU PAIR, <br> APF GLOBAL EXCHANGE, NFP, d/b/a AuPair <br> Foundation, <br> AMERICAN INSTITUTE FOR FOREIGN STUDY <br> d/b/a Au Pair in America, | Dawn Smalls <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Robert Tucker |

A.P.EX. AMERICAN PROFESSIONAL EXCHANGE,
LLC d/b/a/ ProAuPair, and
20/20 CARE EXCHANGE, INC. d/b/a The International
Au Pair Exchange,

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC INFORMAL DISCOVERY CONFERENCE**

**1:06   p.m.   Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding the scope of the discovery concerning opt-in au pairs connected to AIFS. Court advises that service of requests for admission are inappropriate on opt-in plaintiffs. The parties have agreed to a twenty percent sample size and the court urges the parties to serve discovery only on the selected opt-ins in the sample and none on the entirety of the AIFS related opt-in class. If requested, the court will allow Plaintiffs' and AIFS's counsel to submit specific discovery requests, compiled in red line version noting objections, for court review. Upon receipt of such disputed discovery requests, the court will hold another informal discovery conference with the parties in hopes of speeding the process of actually receiving answers from members of the opt-in sample group. If preferred, however, a discovery motion with briefing may be filed on the issues left unresolved.

Discussion regarding Plaintiffs' request for complete documentation held by AIFS for each opt-in au pair. Counsel is reminded of the obligation to comply with discovery requests to the extent a portion of a request is not subject to objection. Counsel will confer further.

**1:49   p.m.   Court in recess.**

Hearing concluded.
Total in-court time    0:43

\* To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.