IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03074-CMA-KMT | Date: | January 9, 2018 |
| Courtroom Deputy: | Irene Parker | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHANA PAOLA BELTRAN, LUSAPHO HLATSHANENI, BEAUDETTE DEETLEFS, DAYANNA PAOLA CARDENAS CAICEDO, and ALEXANDRA IVETTE GONZALEZ, SARAH CAROLINA AZUELA RASCON, LAURA MEJIA JIMENEZ, JULIANE HARNING, NICOLE MAPLEDORAM, and those similarly situated, | Shawn Rodriguez |
| Plaintiffs, | |
| v. | |
| INTEREXCHANGE, INC, USAUPAIR, INC., | Brooke Colaizzi |
| GREAT AUPAIR, LLC, | Martin Estevao |
| EXPERT GROUP INTERNATIONAL INC., d/b/a Expert AuPair, | Bogdan Enica (by phone) |
| EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS, | Marth Fitzgerald |
| CULTURAL HOMSTAY INTERNATIONAL, | Jonathan Bender |
| CULTURAL CARE, INC. d/b/a Cultural Care Au Pair, | Diane Hazel<br>Joan Lukey<br>Samuel Rudman |
| AUPAIRCARE INC., | |
| AU PAIR INTERNATIONAL, INC., AMERICAN CULTURAL EXCHANGE, LLC, d/b/a/ GoAuPair, GOAUPAIR OPERATIONS, LLC, d/b/a GoAuPair, AGENT AU PAIR, APF GLOBAL EXCHANGE, NFP, d/b/a AuPair Foundation, | Kathryn Reilly |
| AMERICAN INSTITUTE FOR FOREIGN STUDY d/b/a Au Pair in America, | Eric Stock (by phone) |

| | |
|---|---|
| A.P.EX. AMERICAN PROFESSIONAL EXCHANGE, LLC d/b/a/ ProAuPair, and 20/20 CARE EXCHANGE, INC. d/b/a The International Au Pair Exchange, | Lawrence Stone (by phone) |

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:56 p.m.**     **Court in session.**

**Court calls case. Appearances of counsel.**

Discussion and argument regarding *[606] Defendants' Motion to Exclude Expert Testimony of William Kerr Pursuant to F.R.E. 702*.

**ORDERED:**     The court takes *[606] Defendants' Motion to Exclude Expert Testimony of William Kerr Pursuant to F.R.E. 702* **UNDER ADVISEMENT.**

**3:34 p.m.**     **Court in recess.**

**Hearing concluded.**
**Total in-court time**     **01:38**

**\*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.**