# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## NOTICE OF FLSA OPT-INS

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Agnieszka Kaluza
2. Annalena Pelka
3. Baklanskaya Galina Vladimirovna
4. Boglarka Ildiko Virag
5. Bridie Connors-Schwartz (Bridie Connors)
6. Dingfang Chen
7. Doriane Ortega
8. Dounia Mariam Demmou
9. Dunja Mirceta
10. Edo Nadege Kouassi
11. Ekaterina Maksimova
12. Felicia Santini
13. Guadalupe Palacios
14. Hayley Cubis
15. Jorinde Duhme
16. Jorunn Bella Toaspern
17. Karen Elizabeth Mendoza Hernandez
18. Malgorzata Solak

19. Maria Fernanda Barrios Sanchez
20. Maxime Vinet
21. Melanie Rose Morrison
22. Melisa Aganovic
23. Melissa Bellon
24. Monja Seelhorst
25. Nelisa Contrucci
26. Nicole Cyper
27. Nontuthuko Simangele Dladla
28. Orian Boahdana
29. Ornella Nardiello
30. Radka Horackova
31. Renana Ben Ami
32. Roberta Celebrano
33. Sandra Msimango
34. Sarah Browne
35. Sarka Fortova
36. Shengnan Xu
37. Tessa Heindle
38. Vera Eleni Foessing

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: January 10, 2018

Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com

2

rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2018, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls

4