# Exhibit A

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18063 | YBH728G43 | Agnieszka Kaluza | Au Pair Care, Inc. |
| 18081 | X955B67AE | Annalena Pelka | Cultural Care Au Pair |
| 17994 | V84326D5A | Baklanskaya Galina Vladimirovna | Au Pair in America (APIA/AIFS |
| 18118 | C2749CFE2 | Boglarka Ildiko Virag | Au Pair in America (APIA/AIFS |
| 18099 | LD5E6BH2F | Bridie Connors-Schwartz (Bridie Connors) | Au Pair Care, Inc. |
| 18022 | WBFB4B54D | Dingfang Chen | Cultural Care Au Pair |
| 18088 | L3E28H2B8 | Doriane Ortega | Cultural Care Au Pair |
| 18066 | BD5EB6DHC | Dounia Mariam Demmou | Au Pair Care, Inc. |
| 17928 | H39DB5GC7 | Dunja Mirceta | Au Pair Care, Inc. |
| 17946 | HF6B7DDFE | Edo Nadege Kouassi | Au Pair in America (APIA/AIFS |
| 17957 | L2H69A2AF | Ekaterina Maksimova | InterExchange, Inc. |
| 17986 | XG5A67BCB | Felicia Santini | Cultural Care Au Pair |
| 18007 | UD94G44DB | Guadalupe Palacios | Cultural Care Au Pair |
| 18000 | P9A3HA264 | Hayley Cubis | Go Au Pair |
| 18121 | CC328GGHH | Jorinde Duhme | Au Pair in America (APIA/AIFS |
| 18084 | X9CD5DA3A | Jorunn Bella Toaspern | Cultural Care Au Pair |
| 17936 | R9CE7G79E | Karen Elizabeth Mendoza Hernandez | Cultural Care Au Pair |
| 18077 | C2564D9AH | Malgorzata Solak | Au Pair in America (APIA/AIFS |
| 18050 | L374H524E | Maria Fernanda Barrios Sanchez | Cultural Care Au Pair |
| 18068 | CB8CA332F | Maxime Vinet | Cultural Care Au Pair |
| 18053 | X4HBAAD5D | Melanie Rose Morrison | Au Pair in America (APIA/AIFS |
| 17988 | U68A8E5AD | Melisa Aganovic | Cultural Care Au Pair |
| 17967 | PAD7EFBF7 | Melissa Bellon | Cultural Care Au Pair |
| 17978 | RF8C4HF3G | Monja Seelhorst | Au Pair in America (APIA/AIFS |
| 17955 | B2DH2F728 | Nelisa Contrucci | Au Pair Care, Inc. |
| 18038 | K3H6HHF58 | Nicole Cyper | Cultural Care Au Pair |
| 18103 | X85343HFA | Nontuthuko Simangele Dladla | Au Pair Care, Inc. |
| 17950 | R595545B6 | Orian Boahdana | Au Pair in America (APIA/AIFS |
| 18041 | PFF56539F | Ornella Nardiello | Cultural Care Au Pair |
| 18091 | TB82H7AD2 | Radka Horackova | Cultural Care Au Pair |
| 17940 | V6BFDC98F | Renana Ben Ami | Au Pair in America (APIA/AIFS |
| 18124 | XHG5GB8DG | Roberta Celebrano | Au Pair in America (APIA/AIFS |
| 17960 | IHA7DB8C6 | Sandra Msimango | Au Pair Care, Inc. |
| 17952 | HFGAH58HD | Sarah Browne | Cultural Care Au Pair |
| 17930 | HEA96GA97 | Sarka Fortova | Au Pair Care, Inc. |
| 18025 | H9HCD53FB | Shengnan Xu | Cultural Care Au Pair |
| 17997 | KFBAH6928 | Tessa Heindle | Cultural Care Au Pair |
| 17962 | RCF8E9BB2 | Vera Eleni Foessing | Cultural Care Au Pair |

DocuSign Envelope ID: DD37A690-322B-48AA-86CB-1B482E6788F3

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Agnieszka Kaluza*
DocuSigned by:
2037B91105034CA...

Name: Agnieszka Kaluza

Address: Apartment 22 Sprinkwell, 1 Bradford Road

Dewsbury,  GB WF132DS

Phone Number: 447557669244

Email Address: agnieszka.kaluza@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 01/11/2010     To: 01/10/2011

DocuSign Envelope ID: FAB40E9C-BE97-42C0-A6A7-0E78AC54088C

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: _DocuSigned by:_ A.Pelka
197BC9CA851F41A...

Name: Annalena Pelka

Address: Am Holze 11

Nordstemmen, DE 31171

Phone Number: +4915783975203

Email Address: annalena.pelka@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/24/2015     To: 08/23/2016

DocuSign Envelope ID: 59D6CBFE-CB39-4C29-B458-2D09CCC3E80F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018

Signature: *Baklanskaya Galina Vladimirovna*
DE898463AD8641A...

Name: Baklanskaya Galina Vladimirovna

Address: 182 Fen way

Syosset, NY US 11791-4302

Phone Number: 89184490039

Email Address: nilysfer@mail.ru

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/16/2010    To: 09/16/2012

DocuSign Envelope ID: A3B043E3-9627-4B99-B015-F7EA97F80C6C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Boglarka Ildiko Virag*
DocuSigned by:
08097C4DD3E1462...

Name: Boglarka Ildiko Virag

Address: 421 Cuchara Street

Denver, CO US 80221

Phone Number: 4805121217

Email Address: boglarkavrg@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/12/2012        To: 03/12/2014

DocuSign Envelope ID: 1D9C8C84-416B-4527-9926-A2365F14C12E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: _DocuSigned by:_ Bob Schwartz A94CD937FA94487...

Name: Bridie Connors-Schwartz (Bridie Connors)

Address: 1530 N Poinsettia Place, apt 231

Los Angeles, CA US 90046

Phone Number: 6464190013

Email Address: Bridie.c.schwartz@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/30/2012     To: 09/30/2013

DocuSign Envelope ID: 936ECBD1-530E-466D-BA48-B50B381CDF04

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018

Signature: *Dingfang Chen*
DocuSigned by:
C08051BB0DE1456...

Name: Dingfang Chen

Address: Shifoshi

Wuxue, Hubei CN 435400

Phone Number: +8615171457914

Email Address: 1147368341@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/23/2017      To: 01/26/2018

DocuSign Envelope ID: FD21B6F7-C169-4C86-8D11-170654014B5D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  01/04/2018

Signature:  *Doriane ortega*
C49DA4F7E0D54E2...

Name:  Doriane ortega

Address:  11 rue diego velasquez

Savigny-le-temple,  FR 77176

Phone Number:  0768781899

Email Address:  guitarefreak77@hotmail.fr

Sponsor:  Cultural Care Au Pair

Dates in Au Pair Program:

From:  11/16/2015          To:  12/16/2016

DocuSign Envelope ID: 5FF41AA7-ACEA-4F28-BCC5-84ABB128A454

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Dounia Mariam Demmou*
DocuSigned by:
1A7F880243D8442...

Name: Dounia Mariam Demmou

Address: 28, rue Gilbert

Meyrin, Geneva CH 1217

Phone Number: 0763910634

Email Address: dounia.demmou@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/05/2015      To: 08/04/2016

DocuSign Envelope ID: FBF322E4-823E-4A83-977F-F650E757685B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/29/2017

Signature: _DocuSigned by:_ 2AFA088628244C8...

Name: Dunja Mirceta

Address: Marina Tower, 2101, Elemreef Street

Dubai, Dubai AE 93939

Phone Number: 971553559467

Email Address: dunjami@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/16/2010      To: 07/11/2011

DocuSign Envelope ID: 0B1B1CBB-6C45-4A5E-905F-51B918925D6C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/30/2017

Signature: *Edo Nadege KOUASSI*
DocuSigned by:
DD0F79B466E948F...

Name: Edo Nadege KOUASSI

Address: 7 rue Carnot, Bâtiment 7

Bobigny, Seine-Saint-Denis FR 93000

Phone Number: +33778429096

Email Address: kned84@hotmail.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 06/15/2009      To: 06/26/2011

DocuSign Envelope ID: 3EFFFAB0-08EF-4BC6-AA39-50CD7D99F6BC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/30/2017

Signature:
DocuSigned by:
400D11CFC1364C3...

Name: Ekaterina Maksimova

Address: 5301 Old Richmond Ave

Richmond , VA US 23226

Phone Number: 9179759992

Email Address: katy.top100@gmail.com

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 02/18/2013        To: 02/18/2015

DocuSign Envelope ID: C4DC239F-81B9-4249-8900-A3FBC078D1E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/01/2018

Signature: *DocuSigned by:* 404646F8207C4A9...

Name: Felicia Santini

Address: Strada San Martino 92/C

Terni, Terni IT 05100

Phone Number: 3347156359

Email Address: santini_12@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2015     To: 09/22/2016

DocuSign Envelope ID: 878BA95F-D318-474A-BAA4-C9D1DB0B8EDD

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018

Signature:

DocuSigned by:

F9AC8E4C2EA1466...

Name: Guadalupe Palacios

Address: 5212 Cameron ct

Troy , MI US 48098

Phone Number: 2489306935

Email Address: Guadalupe.palacios1491@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/10/2016    To: 01/01/2017

DocuSign Envelope ID: 665952A8-41C2-4C1E-B36C-19773481CDFB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018          Signature: _Hayley Cubis_
                                      3E952C737A3A44F...

Name:          Hayley Cubis

Address:       83 Macquarie St

               Glen Innes, NSW AU 2370

Phone Number:  0497825591

Email Address: h.cubis.7@hotmail.com

Sponsor:       Go Au Pair

Dates in Au Pair Program:

From: 06/18/2012          To: 06/18/2013

DocuSign Envelope ID: D61BBCBA-69AE-484B-A82C-468C87CCE15A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Jorinde Duhme*
DocuSigned by:
D6A0DC04CF3D4D4...

Name: Jorinde Duhme

Address: Von-Loe Strasse 73

Koenigswinter, Nordrhein-Westpfahlen DE 53639

Phone Number: 004915140103639

Email Address: jorinde.duhme@gmx.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/18/2014        To: 09/16/2015

DocuSign Envelope ID: 4D2088B4-E32F-461C-B7E7-DD25367DA1CC

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: _Toasp_
FFC7F63E978D464...

Name: Jorunn Bella Toaspern

Address: Max-Dietel-Straße 20

Meißen, Sachsen DE 01662

Phone Number: +4915156316638

Email Address: bella.toaspern@googlemail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/20/2015      To: 07/20/2016

DocuSign Envelope ID: F23D384F-399E-44E1-BF6C-84DB616A370F

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 12/29/2017

Firma: *Karen Elizabeth Mendoza Hernandez*
DocuSigned by:
838A2A2E590E45D...

Nome: Karen Elizabeth Mendoza Hernandez

Dirección: Atzala No. 3 Villas Atlixcayotl

Puebla, Puebla MX 72197

Telefone: +5212227349624

Email Address: karenemh_91@hotmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 02/15/2016    A: 11/14/2017

DocuSign Envelope ID: FAC6C152-AAB1-4447-A106-BFCB37119EDB

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *M. Solak  MS.*
DocuSigned by:
61B5A768F227466...

Name: Malgorzata Solak

Address: Boguslawskiego 32

Gorzów Wielkopolski, Lubuskie PL 66-400

Phone Number: 0048501526245

Email Address: Gosiasolak@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/22/2013          To: 08/20/2014

DocuSign Envelope ID: FF1BA8BB-0032-4849-98E9-DE5C792F6221

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/03/2018

Signature: *Maria Fernanda Barrios Sanchez*
DocuSigned by:
435FC6AAE53E4DC...

Name: Maria Fernanda Barrios Sanchez

Address: Sebastian El Cano 248 int. 23 col. Valle de Bravo

San Luis Potosí, San Luis Potosí MX 78250

Phone Number: 5214442382832

Email Address: just.me.ferb@live.com.mx

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/04/2015          To: 08/17/2016

DocuSign Envelope ID: C19A677A-EC7F-4D8B-BAAA-F5EEAB57D36C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Maxime VINET*
DocuSigned by:
82707A86E93F4CB...

Name: Maxime VINET

Address: 5 square des érables

BEAUCOUZÉ, FR 49070

Phone Number: +33637556453

Email Address: maximevinet.mv@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016     To: 01/04/2017

DocuSign Envelope ID: 5D06730E-2BD9-4168-ABC5-A815C3D73E67

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  01/03/2018                    Signature:  *Melanie Rose Morrison*
                                                 DocuSigned by:
                                                 A1FF05F9B843445...

Name:  Melanie Rose Morrison

Address:  Lakeshore road 107

Essex, Ontario  CA N8m2x7

Phone Number:  5197275347

Email Address:  Mrmcharlie@hotmail.com

Sponsor:  Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From:  10/24/2010          To:  07/31/2012

DocuSign Envelope ID: 00EBA5B1-F19C-49B5-99E6-AB8E227E5DC1

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/01/2018

Signature: *Melisa Aganovic*
E5C9C869E1174D1...

Name: Melisa Aganovic

Address: 309 Florence Ave

Jenkintown, PA US 19046

Phone Number: 4849258346

Email Address: vel.melisa@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/01/2011        To: 01/31/2012

DocuSign Envelope ID: 7850EB7B-F7DB-4EB6-A217-661314A34FA5

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/31/2017

Signature: *M. Bellon*
DocuSigned by:
9D54B93A199C4B6...

Name: Melissa Bellon

Address: Martinsufer 1

Trier, Rheinland-Pfalz DE 54292

Phone Number: 01759316744

Email Address: melissa-bellon@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/13/2012   To: 08/09/2013

DocuSign Envelope ID: 3694132C-E1EA-4FEB-A65E-13AE8A852915

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/01/2018

Signature: *Monja Seelhorst*
4F9DEAEF1D84492...

Name: Monja Seelhorst

Address: Harkebrügger Weg 18

Barßel, Niedersachsen DE 26676

Phone Number: +491739722109

Email Address: monja.seelhorst@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/18/2011     To: 06/09/2012

DocuSign Envelope ID: 1B92A868-3AB1-42B1-9962-35EC65F2C9A2

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  12/30/2017

Signature:  *Nelisa Contrucci*
DocuSigned by:
11AB7839BC7D42F...

Name:  Nelisa Contrucci

Address:  Carrer de Valencia, 372, 1-2

Barcelona, barcelona ES 08009

Phone Number:  652611527

Email Address:  nelisa.contrucci@gmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  10/07/2013      To:  10/07/2015

DocuSign Envelope ID: 3836CB90-B4E7-4B1B-A1A0-86D5AB76F478

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/03/2018

Signature: _DocuSigned by:_ CD22D2C0599D462...

Name: Nicole Cyper

Address: Friedrich-Wilhelm-Str.5

Trier, Rheinland-Pfalz DE 54290

Phone Number: 00491621577471

Email Address: nicole.cyper@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/05/2009       To: 07/12/2010

DocuSign Envelope ID: 3971E2B4-A035-4D63-829D-79DA8BCB1840

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: _DocuSigned by:_ FB307D42A85E4A1...

Name: Nontuthuko Simangele Dladla

Address: 1200 Alemany Street Apt. 1243

Morrisville , NC US 27560

Phone Number: 2019821297

Email Address: simangele.dladla5@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/06/2012      To: 08/05/2013

DocuSign Envelope ID: 0AEC4A40-60FD-4DE6-A9AD-D7902FF66C9F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/30/2017

Signature: *orian boahdana*
A42B01DABE2B4FA...

Name: orian boahdana

Address: keren hyesod

hifa, IL 3664202

Phone Number: 0546244356

Email Address: ooriani@walla.co.il

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/24/2016   To: 10/23/2017

DocuSign Envelope ID: 055117D6-ED2C-4170-BC1B-CED348251C2E

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/03/2018

Signature: _O. N_ DocuSigned by: 8B5CF3A62FAD499...

Name: Ornella Nardiello

Address: 41 rue des Tournelles Bâtiment B

Ville-La-Grand,  FR 74100

Phone Number: 0041787285881

Email Address: ornella777@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/06/2010     To: 01/06/2011

DocuSign Envelope ID: 8EC196FD-982C-4673-8C48-D6824D556E49

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: _DocuSigned by:_ Radka Horackova 6EABC9AC9C6A482...

Name: Radka Horackova

Address: 704 Sackett St, apt. B

Brooklyn, NY US 11217

Phone Number: 9175972409

Email Address: radka_czech@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/09/2009      To: 02/08/2011

DocuSign Envelope ID: B62C8500-4618-4722-B556-7D74B92ACB07

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/30/2017

Signature:

DocuSigned by:

*Renana Ben Ami*

41F5EBFB7BE4448...

Name: Renana Ben Ami

Address: Sa'ar 28

Kfar Vradim,  IL 25147

Phone Number: +972542531235

Email Address: renanabenami132@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/23/2016     To: 10/22/2017

DocuSign Envelope ID: 983B694E-8D81-4D21-AAF1-4FB7E697F3B8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/04/2018

Signature: *Roberta Celebrano*
DocuSigned by:
729D98408709406...

Name: Roberta Celebrano

Address: 438/2 Keem Street

Trinity Beach, QUEENSLAND AU 4879

Phone Number: +61467092305

Email Address: roberta.celebrano@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/25/2013     To: 03/18/2014

DocuSign Envelope ID: C4C48D46-8717-42AA-AC51-88422CC5E0ED

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/31/2017

Signature: _DocuSigned by:_ BC228E1993B940C...

Name: Sandra Msimango

Address: Mowbray

Johannesburg , Gauteng ZA 1811

Phone Number: 27715285036

Email Address: Msimangosandra1@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/15/2011     To: 07/15/2013

DocuSign Envelope ID: BF90AB02-B056-410A-9EE2-9856EDEDAFB6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/30/2017

Signature: _Sarah Browne_
25F853DCEB2F492...

Name: Sarah Browne

Address: 52 Victoria St

East Maitland, NSW AU 2323

Phone Number: 0452397226

Email Address: sarah_browne_21@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 04/17/2011     To: 10/16/2011

DocuSign Envelope ID: 3E0A009D-5A34-4178-8E87-63A407C378EB

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/29/2017

Signature: _Fortova_

Name: Sarka Fortova

Address: Krasovska 20

Plzen, CZ 32300

Phone Number: 00420732716720

Email Address: sfortova@seznam.cz

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/03/2012    To: 10/29/2013

DocuSign Envelope ID: B82CFC6A-6305-49D9-8C49-DCA75C1B4B37

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018

Signature: *Shengnan Xu*   7987F36B42024E2...   SX

Name: Shengnan Xu

Address: Dali Minghui City Garden

Foshan, Guangdong CN 528200

Phone Number: 13702560902

Email Address: reneexu627@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/24/2015          To: 07/24/2017

DocuSign Envelope ID: FD2EF83C-5DF3-4F15-B850-DF2180989CA5

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/02/2018

Signature: _deindle_
DocuSigned by:
10170383DE4648F...

Name: Tessa Heindle

Address: 225 cross street

Belmont, MA US 02478

Phone Number: +4916094644078

Email Address: theindle96@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/04/2016    To: 07/13/2016

DocuSign Envelope ID: 25B072E8-7C7E-4C18-A92E-34371BC28989

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 12/31/2017

Signature: _(DocuSigned by)_ C853CD82A04C45C...

Name: Vera Eleni Foessing

Address: Venediger Au 2/5

Wien, Wien AT 1020

Phone Number: +4368181747859

Email Address: v.foessing@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/03/2014      To: 05/04/2016