**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

  v.

INTEREXCHANGE, INC., *ET AL.*,

    Defendants.

_____

**ENTRY OF APPEARANCE**
_____

TO:    The Clerk of the Court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Defendant, Cultural Care, Inc. d/b/a Cultural Care Au Pair.

    DATED this 10th day of January, 2018.

                                  /s/ Samuel N. Rudman
                                  Samuel N. Rudman
                                  CHOATE HALL & STEWART LLP
                                  Two International Place
                                  Boston, Massachusetts  0210
                                  Tel: (617) 248-4034
                                  srudman@choate.com

                                  *Attorney for Defendant, Cultural Care, Inc.
                                  d/b/a Cultural Care Au Pair*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            *s/ Samuel N. Rudman*
                                            Samuel N. Rudman