IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.,

        Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.,

        Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS AGENT AU PAIR, INC.,
AMERICAN CULTURAL EXCHANGE, LLC D/B/A GOAUPAIR AND
AU PAIR INTERNATIONAL INC.**

---

Pursuant to D.C.COLO.LAttyR 5(b), Grace A. Fox, of Wheeler Trigg O'Donnell LLP, hereby moves to withdraw as counsel of record for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go AuPair and Au Pair International, Inc. (collectively, "Defendants"). In support thereof, Ms. Fox states as follows:

1.      Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty to confer with opposing counsel regarding this Motion and the undersigned has not done so. *See* D.C.COLO.LCivR7.1(b)(4).

2.      Ms. Fox is moving firms to Welborn Sullivan Meck & Tooley, P.C., effective January 16, 2018, and will no longer be representing Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go AuPair and Au Pair International, Inc. effective January 16, 2018. Defendants are fully advised of this decision.

3.      Katie Reilly of Wheeler Trigg O'Donnell LLP, who is already attorney of record in this matter, will continue to represent Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go AuPair and Au Pair International, Inc., and will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules.

4.      Ms. Fox has taken reasonably practicable steps to protect Defendants' interests, and withdrawal can be accomplished without any material adverse effect on Defendants interest, particularly due to the continuing representation by Ms. Reilly.

5.      A copy of this Motion will be served on all counsel of record and on Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go AuPair and Au Pair International, Inc.

WHEREFORE, Ms. Fox respectfully moves for leave to withdraw as counsel for Defendants Agent Au Pair, Inc., American Cultural Exchange, LLC d/b/a Go AuPair and Au Pair International, Inc.

Dated:  January 10, 2018                    Respectfully submitted,


                                            s/ Grace A. Fox
                                            Kathryn A. Reilly
                                            Grace A. Fox
                                            Wheeler Trigg O'Donnell LLP
                                            370 Seventeenth Street, Suite 4500
                                            Denver, CO  80202-5647
                                            Telephone:  303.244.1800
                                            Facsimile:  303.244.1879
                                            Email:  reilly@wtotrial.com
                                                    fox@wtotrial.com

                                            Attorneys for Defendants Agent Au Pair, Inc.,
                                            American Cultural Exchange, LLC d/b/a
                                            GoAuPair, and Au Pair International Inc.

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on January 10, 2018, I electronically filed the foregoing motion to withdraw as counsel for defendants AGENT AU PAIR, INC., AMERICAN CULTURAL EXCHANGE, LLC d/b/a GOAUPAIR AND AU PAIR INTERNATIONAL INC. with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Alexander Hood
  alex@towardsjustice.org

- Bogdan Enica
  bogdane@hotmail.com

- Brian P. Maschler
  bmaschler@gordonrees.com

- Brooke A. Colaizzi
  bcolaizzi@shermanhoward.com

- Chandra M. Feldkamp
  cfeldkamp@kellywalkerlaw.com

- Christian D. Howard
  chammond@duffordbrown.com

- Donald J. Gentile
  dgentile@lawson-weitzen.com

- Erica L. Herrera
  eherrera@shermanhoward.com

- Heather F. Vickles
  hvickles@shermanhoward.com

- James E. Hartley
  jhartley@hollandhart.com

- Jeffrey P. Allen
  jallen@lawson-weitzen.com

- John R. Mann
  jmann@gordonrees.com

- Lauren F. Louis
  llouis@bsfllp.com

- Lawrence D. Stone
  lstone@duffordbrown.com

- Lawrence L. Lee
  llee@laborlawyers.com

- Martha L. Fitzgerald
  mfitzgerald@bhfs.com

- Martin J. Estevao
  mestevao@armstrongteasdale.com

- Matthew L. Schwartz
  mlschwartz@bsfllp.com

- Meshach Y. Rhoades
  mrhoades@armstrongteasdale.com

- Peggy Kozal
  elpkozal@gordonrees.com

- Peter M. Skinner
  pskinner@bsfllp.com

- Randall W. Jackson
  rjackson@bsfllp.com

- Raymond M. Deeny
  rdeeny@shermanhoward.com

- Sigrid S. McCawley
  smccawley@bsfllp.com

- Susan M. Schaecher
  sschaecher@laborlawyers.com

- Thomas B. Quinn
  tquinn@gordonrees.com

- W.V. Bernie Siebert
  bsiebert@shermanhoward.com

- William J. Kelly III
  wkelly@kellywalkerlaw.com

- William L. Monts III
  william.monts@hoganlovells.com

s/ Grace A. Fox by Diane Tingen

Additionally, a copy of this motion has been sent to the client via email as follows:

Stacey L. Frank
Stacey@agentaupair.com

Bill Kapler
bkapler@goaupair.com

Steve Lehan
slehan@aupairint.com