## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

     Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

     Defendants.

---

## NOTICE OF FLSA OPT-INS

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1.    Denise Mertins
2.    Lisa Brand
3.    Monica Maria Ballen Sanchez
4.    Thayamara Petry Mosier
5.    Agata Tullercash
6.    Ana Raketic Ex Vucicevic
7.    Anne Bisgård Jensen
8.    Benjamin Luigi Roland Simon
9.    Caecilie Holm Steffensen
10.    Christina Domurath
11.    Clara Margarete Schröder
12.    Daiana Pamela Scheidler
13.    Derya Ozyurt
14.    Diana Mendes Da Silva
15.    Dora Kalman
16.    Eliza Maria Julia Stolk
17.    Elodie Duchamp
18.    Fergani Sarah Hanadi

19.   Francisca Tânia Almeida Colares
20.   Geraldine Pettersson
21.   Giuliana Maizza
22.   Gruber Tanja
23.   Handan Pinar
24.   Hassina Bendrer
25.   Huan Du
26.   Ibeth Rivera Ayala
27.   Imke Hansen
28.   Iris Pereira De Morais
29.   Isabella Maria Andersson
30.   Izabell Tillstam (Former Johansson)
31.   Jackeline Balieiro Pereira
32.   Jeimy Galán
33.   Jenny Stefania Bernal Gamez
34.   Jessica Louise Duddy
35.   Jessica Sieglar
36.   Jiraporn Srilarp
37.   Julia Visnievski Zacouteguy
38.   Justine Talea Forcina
39.   Katharina Schilling
40.   Kathrine Link
41.   Kristina Partsch
42.   Laura Christine Fallert
43.   Laura Isabel Velasquez Alfonso
44.   Lauraline Calixto Nunes Felismino
45.   Lauriane Noémie Hélène Sylviane Ponce
46.   Lidiane Da Rosa Durao
47.   Lili Lengyel
48.   Louise Arundel
49.   Luisa Maria Jimenez Cortes
50.   Mandisa C Fanelo
51.   Mariana Carrillo Vargas
52.   Marina Schwarz
53.   Melani Bierman
54.   Monrique Avalon Hennig
55.   Natalia Prakash
56.   Ngoc Tramy Tran
57.   Odile Victorine Monique Bardon
58.   Omphile Segomotso Ongkatlile Lephadi
59.   Pia Isabella Schuessler
60.   Robert Manon
61.   Robyn Mason
62.   Roseane Botto Collaco
63.   Ruby Ellis
64.   Ruth Pamela Chacon Guerrero

65.   Saadi Samia
66.   Sarah Leichsenring
67.   Serap Inel
68.   Shartara Grace Hampton
69.   Sonia Rocío Moreno Vargas
70.   Sonja Katariina Hulkkonen
71.   Svetlana Ferguson
72.   Tania Lynch
73.   Tetiana Lendiel
74.   Thanutra Choi A/K/A Thanutra Kanoksaksophon
75.   Tobias Bock
76.   Verena Andrea Wigge
77.   Veronica-Lynn Fletcher
78.   Vivien Santa
79.   Yawen Cai
80.   Zandile Lekhuleni
81.   Zuzana Bujnakova

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: January 12, 2018

Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I electronically served the foregoing motion on all counsel of record.

/s/ Dawn Smalls
Dawn L. Smalls