# Exhibit B

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18493 | WG64GH6GC | Agata Tullercash | Cultural Care Au Pair |
| 18287 | PCCCCAF92 | Ana Raketic Ex Vucicevic | Au Pair Care, Inc. |
| 18336 | W7GFC89F2 | Anne Bisgård Jensen | Au Pair Care, Inc. |
| 18211 | XBB37HFFC | Benjamin Luigi Roland Simon | Cultural Care Au Pair |
| 18128 | X37A324FC | Caecilie Holm Steffensen | Cultural Care Au Pair |
| 18175 | T3BBC2C23 | Christina Domurath | Cultural Care Au Pair |
| 18391 | H4G22242E | Clara Margarete Schröder | Au Pair Care, Inc. |
| 18135 | L426929GA | Daiana Pamela Scheidler | Cultural Care Au Pair |
| 18415 | B9AC8E939 | Derya Ozyurt | Au Pair Care, Inc. |
| 18397 | XD59E226C | Diana Mendes Da Silva | Cultural Care Au Pair |
| 18237 | GHG48A2E7 | Dora Kalman | Au Pair in America (APIA/AIFS |
| 18297 | UH8C9E25C | Eliza Maria Julia Stolk | Cultural Care Au Pair |
| 18202 | Y49BFC64E | Elodie Duchamp | Au Pair Care, Inc. |
| 18326 | WAD9596GD | Fergani Sarah Hanadi | Au Pair in America (APIA/AIFS |
| 18464 | G9AA3GHD5 | Francisca Tânia Almeida Colares | Cultural Care Au Pair |
| 18325 | H42864CF2 | Geraldine Pettersson | Cultural Care Au Pair |
| 18461 | K72564FC7 | Giuliana Maizza | Cultural Care Au Pair |
| 18389 | BGE4GHHEA | Gruber Tanja | Cultural Care Au Pair |
| 18167 | T85DG5EF5 | Handan Pinar | Au Pair Care, Inc. |
| 18459 | WDE68B634 | Hassina Bendrer | Cultural Care Au Pair |
| 18229 | HEAB54CDF | Huan Du | Cultural Care Au Pair |
| 18256 | G9CF2969E | Ibeth Rivera Ayala | Cultural Care Au Pair |
| 18156 | WCCEAG38F | Imke Hansen | Au Pair in America (APIA/AIFS |
| 18467 | W3754A86C | Iris Pereira De Morais | Cultural Care Au Pair |
| 18419 | CFH266D3F | Isabella Maria Andersson | Cultural Care Au Pair |
| 18217 | CB7F5BE5A | Izabell Tillstam (Former Johansson) | Cultural Care Au Pair |
| 18401 | RF7AD3664 | Jackeline Balieiro Pereira | Au Pair Care, Inc. |
| 18454 | UB6GC8982 | Jeimy Galán | Cultural Care Au Pair |
| 18153 | CGE7EA6CC | Jenny Stefania Bernal Gamez | Cultural Care Au Pair |
| 18315 | L447DHD5H | Jessica Louise Duddy | Au Pair in America (APIA/AIFS |
| 18383 | I58BA5868 | Jessica Sieglar | Cultural Care Au Pair |
| 18161 | KCAF697DD | Jiraporn Srilarp | Au Pair in America (APIA/AIFS |
| 18132 | BGD5B5A7A | Julia Visnievski Zacouteguy | Au Pair Care, Inc. |
| 18139 | I3EEFFA32 | Justine Talea Forcina | Au Pair in America (APIA/AIFS |
| 18500 | V4369EBF7 | Katharina Schilling | Au Pair in America (APIA/AIFS |
| 18142 | VA4HDFB6B | Kathrine Link | Go Au Pair |
| 18220 | W6EHBBH55 | Kristina Partsch | Au Pair in America (APIA/AIFS |
| 18457 | I2394GE59 | Laura Christine Fallert | Cultural Care Au Pair |
| 18253 | WH6A39DC5 | Laura Isabel Velasquez Alfonso | Au Pair Care, Inc. |
| 18352 | R7C2HD35G | Lauraline Calixto Nunes Felismino | Cultural Care Au Pair |
| 18349 | XE4DA6EBE | Lauriane Noémie Hélène Sylviane Ponce | Cultural Care Au Pair |
| 18151 | CE65E3G87 | Lidiane Da Rosa Durao | Cultural Care Au Pair |
| 18245 | R4AFD95BB | Lili Lengyel | Au Pair in America (APIA/AIFS |
| 18361 | XE5G2CGC9 | Louise Arundel | Cultural Care Au Pair |
| 18371 | P76G69F7G | Luisa Maria Jimenez Cortes | Cultural Care Au Pair |
| 18387 | T9B7334DC | Mandisa C Fanelo | Cultural Care Au Pair |
| 18369 | X2939CBE6 | Mariana Carrillo Vargas | Cultural Care Au Pair |
| 18247 | T62EH74E7 | Marina Schwarz | Au Pair in America (APIA/AIFS |
| 18262 | H9H782DFF | Melani Bierman | Cultural Care Au Pair |
| 18471 | GC7HH9CD7 | Monrique Avalon Hennig | Go Au Pair |
| 18293 | B2G66H52B | Natalia Prakash | Au Pair Care, Inc. |
| 18226 | IDED6EA45 | Ngoc Tramy Tran | Au Pair in America (APIA/AIFS |
| 18197 | WH5DAA3D2 | Odile Victorine Monique Bardon | Cultural Care Au Pair |
| 18445 | RB7CED89E | Omphile Segomotso Ongkatlile Lephadi | Au Pair in America (APIA/AIFS |
| 18243 | WGAB672FE | Pia Isabella Schuessler | Au Pair in America (APIA/AIFS |
| 18282 | XC45BC459 | Robert Manon | Au Pair in America (APIA/AIFS |
| 18295 | LC8B7E8FD | Robyn Mason | Au Pair in America (APIA/AIFS |
| 18495 | I97AC3EDF | Roseane Botto Collaco | Au Pair in America (APIA/AIFS |
| 18260 | BCFD3BH6D | Ruby Ellis | Au Pair in America (APIA/AIFS |
| 18407 | B5F26G7G6 | Ruth Pamela Chacon Guerrero | Cultural Care Au Pair |
| 18346 | U6CD9534F | Saadi Samia | Au Pair in America (APIA/AIFS |
| 18482 | XF68GGFHH | Sarah Leichsenring | Au Pair in America (APIA/AIFS |
| 18366 | HFF9C5D8D | Serap Inel | InterExchange, Inc. |
| 18185 | U9D548439 | Shartara Grace Hampton | Cultural Care Au Pair |
| 18357 | X88HGCAE6 | Sonia Rocío Moreno Vargas | Cultural Care Au Pair |

**Au Pair Wage Action**

**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|----|---------------|------|---------|
| 18232 | REF58G7HE | Sonja Katariina Hulkkonen | Cultural Care Au Pair |
| 18208 | T2F299D27 | Svetlana Ferguson | Cultural Care Au Pair |
| 18451 | VBG7G8E95 | Tania Lynch | Au Pair in America (APIA/AIFS |
| 18169 | CGC744E7H | Tetiana Lendiel | Cultural Care Au Pair |
| 18265 | HGCHGF748 | Thanutra Choi A/K/A Thanutra Kanoksaksophon | Au Pair in America (APIA/AIFS |
| 18344 | L9FE8589G | Tobias Bock | Cultural Care Au Pair |
| 18239 | H6G342764 | Verena Andrea Wigge | Cultural Care Au Pair |
| 18504 | R3752G3B9 | Veronica-Lynn Fletcher | Au Pair in America (APIA/AIFS |
| 18249 | P7H2788A6 | Vivien Santa | Au Pair in America (APIA/AIFS |
| 18489 | CC886AG79 | Yawen Cai | Cultural Care Au Pair |
| 18373 | GG9C44B2F | Zandile Lekhuleni | Cultural Care Au Pair |
| 18404 | PA9E7BFHH | Zuzana Bujnakova | Au Pair in America (APIA/AIFS |

DocuSign Envelope ID: 165E81B9-7164-47E2-B8D5-F7B11FD2CAB0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *[DocuSigned by signature]* E0157DF85FAA471...

Name: Agata tullercash

Address: 18 congress street, apt.3

Newburyport, MA US 01950

Phone Number: 6177562982

Email Address: agrudzinska90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/11/2010     To: 07/10/2012

DocuSign Envelope ID: C5D509F4-A9D0-4A31-87B1-1E5C3B7A8933

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *Ana Raketic ex Vucicevic*
DocuSigned by:
4FD73D72D0FA48D...

Name: Ana Raketic ex Vucicevic

Address: Gavrila Principa 6/2

Cacak, Serbia RS 32000

Phone Number: +381604860006

Email Address: vucicevicana@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/25/2012       To: 06/25/2014

DocuSign Envelope ID: D268D245-FCB4-4204-844F-09F0D489698D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date:  01/08/2018

Signature:  *Anne Bisgård Jensen*
DocuSigned by:
792A67D6C83E41D...

Name:  Anne Bisgård Jensen

Address:  klausdalsbrovej 36, st., tv

Søborg,  DK 2860

Phone Number:  +4530238707

Email Address:  annebj63@hotmail.com

Sponsor:  Au Pair Care, Inc.

Dates in Au Pair Program:

From:  07/07/2015      To:  07/07/2016

DocuSign Envelope ID: 9DB0094F-919C-40F2-B1F0-F303E54BD57F

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature: *[DocuSigned by, signature]* B1CBC903B5D84B6...

Name: Benjamin Luigi Roland Simon

Address: 30 Tedford Drive

Scarborough, Ontario CA M1R1M1

Phone Number: 6475759728

Email Address: contact.benjamin.simon@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/18/2011     To: 01/17/2013

DocuSign Envelope ID: 9D795B73-D38E-46A1-B7E6-6BE58576C732

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *Caecilie Steffensen*
DocuSigned by:
2F0ADF302081487...

Name: Caecilie Holm Steffensen

Address: Hasserisgade 1,4 th.

Aalborg,  DK 9000

Phone Number: +4526273526

Email Address: Phs@aalborghus.dk

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/06/2012     To: 08/06/2013

DocuSign Envelope ID: 8D9BB72C-D3AF-4CC3-BF0F-993606FA8859

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature: _Christina Domurath (DocuSigned by)_ 93F4CF0E08624C6...

Name: Christina Domurath

Address: Borsigstraße 34

Berlin, DE 10115

Phone Number: 017682088584

Email Address: Tina.domurath@hotmail.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 03/08/2010       To: 12/19/2011

DocuSign Envelope ID: 936983BE-EE05-46FE-AEB2-5B04DF562A0E

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Clara Schröder*
DocuSigned by:
CA9DC49C7B8D4D2...

Name: Clara Margarete Schröder

Address: Burbacher Strasse 6

Bonn, NRW DE 53129

Phone Number: 00491781344519

Email Address: clara.schroeder@hotmail.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/12/2010      To: 08/12/2011

DocuSign Envelope ID: DBBCC9E3-AF01-48A9-B593-5897A26ADD14

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 01/05/2018

Firma: *Daiana Pamela Scheidler*
DocuSigned by:
18E8387326E1410...

Nome: Daiana Pamela Scheidler

Dirección: Pérez Galdós 960

Hurlingham, Buenos Aires AR 1688

Telefone: +541160237236

Email Address: daianap94@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/13/2013          A: 02/13/2014

DocuSign Envelope ID: FB424CBA-5EAB-41A8-BD38-7A286F76CD44

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: _DocuSigned by:_ 83D500544A4D4D2...

Name: DERYA Ozyurt

Address: Idaalbergen tie 1A 7

Helsinki, FI 00400

Phone Number: +358417433455

Email Address: dryaozyurt@yahoo.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/20/2012   To: 06/20/2013

DocuSign Envelope ID: 65E52519-D8EE-4A9B-9AA0-F304200B3939

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/09/2018          Assinatura: *Diana Mendes da Silva*
DocuSigned by:
BDD61B95ACB345C...

Nombre: Diana Mendes da Silva

Endereço: 1257 e Shadow Ridge dr

Cottonwood Heights , UT US 84047

Teléfono: 8014134065

Email Address: Dms.diana.mendez@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 06/08/2015          A: 06/07/2017

DocuSign Envelope ID: 13560300-EB2E-4779-BFA1-E080FDDE745F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Dora kalman*
178629FA31594F6...

Name: Dora Kalman

Address: 24 Petofi ut

Bucsuszentlaszlo, Zala HU 8925

Phone Number: 0036308231450

Email Address: dorottya0926@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/01/2011      To: 09/11/2012

DocuSign Envelope ID: D8AD44FA-F5A5-4F5D-AFFC-7BC8680E8F11

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *DocuSigned by:* 6E26047124254C4...

Name: Eliza Maria Julia Stolk

Address: Voorstraat 81

Dordrecht, Zuid-holland NL 3311em

Phone Number: 0031621234798

Email Address: Julistolk@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/26/2016     To: 09/26/2017

DocuSign Envelope ID: 05DA2BED-03B6-4737-9E1B-C01E7ED46D97

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature: *DocuSigned by:* C111E8772305491...

Name: Elodie Duchamp

Address: 705 W 9TH ST

LOS ANGELES, CA US 90015

Phone Number: 8184418455

Email Address: elodie.duchamp@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/07/2015       To: 08/31/2016

DocuSign Envelope ID: A6A6BC8A-755E-4822-A9A1-21177257F462

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *DocuSigned by:* [signature] 0958FBE8EBD6457...

Name: Fergani Sarah hanadi

Address: Rue Danielle Casanova

Aubervilliers , Île de France  FR 93300

Phone Number: 0033662633514

Email Address: ferganisarah@yahoo.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/06/2013

To: 04/29/2014

DocuSign Envelope ID: 6A7E7BB1-5F9F-43EA-89DD-93BB5F62F69E

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/09/2018

Assinatura: _Francisca Tânia Almeida Colares_
DocuSigned by:
6E9F55FFE49F4E2...

Nombre: FRANCISCA TÂNIA ALMEIDA COLARES

Endereço: RUA MUNDICA PAULA, 681 BLOCO F AP 404

FORTALEZA, CEARÁ BR 60421410

Teléfono: 85999368400

Email Address: taniacolares.cna@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/07/2011          A: 03/07/2012

DocuSign Envelope ID: D4258F01-61F9-42C7-BEAC-F2128EDFD551

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018          Signature: _Geraldine Pettersson_
                                      E3301549C4E44DF...

Name: Geraldine Pettersson

Address: Sergels väg 14b

Malmö, SE 21757

Phone Number: +46707648255

Email Address: geraldinepettersson@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2013          To: 01/28/2015

DocuSign Envelope ID: 4668C7CD-3AF4-4F8E-85F2-22C8B55E9138

# CONSENTIMENTO DE INGRESSO

**(De acordo com § 216 USC 29 (b))**

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/09/2018                  Assinatura: _Giuliana Maizza_
                                              DocuSigned by:
                                              95236C0ABCFF4C7...

Nombre:        Giuliana Maizza

Endereço:      640 W Wrightwood Avenue, Ap 308

               Chicago, IL US 60614

Teléfono:      3314310021

Email Address: maizzinha@hotmail.com

Patrocinador:  Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 09/21/2015                  A: 09/20/2017

DocuSign Envelope ID: 1160B06D-E68A-42E8-BA81-6EE06AB6F889

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Gruber Tanja*
DocuSigned by:
6BE79CC93FA1442...

Name: Gruber Tanja

Address: 1076 Masonic Avenue

Albany,, CA US 94706-2326

Phone Number: +436765804659

Email Address: tanja-gruber96@gmx.at

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/15/2016        To: 03/13/2017

DocuSign Envelope ID: 48BE9FD8-D4AF-41BE-84B5-0A40BCF18B54

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: _DocuSigned by:_ 5C55226BF1AC4F9...

Name: Handan Pinar

Address: 439 Neal street

Pleasanton , CA US 94566

Phone Number: 9254137872

Email Address: handan_pnr@hotmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/05/2016     To: 06/05/2018

DocuSign Envelope ID: 5160CCD4-1536-4B67-AD8F-BCD7797CCBC6

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Havana Bendrer*
C89524BE2EF34B1...

Name: Hassina BENDRER

Address: 13 rue Jean Martin

Marseille,  FR 13005

Phone Number: +33632305325

Email Address: h.bendrer@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 08/11/2014          To: 06/06/2016

DocuSign Envelope ID: 51440FDA-3E2A-4939-BC2A-EC9AAF6A559B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: _DocuSigned by:_ 3B677CB8B6CA4E8...

Name: Huan Du

Address: 31 Magnolia st

Central Islip, NY US 11722

Phone Number: 2016260851

Email Address: 174935454@qq.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/09/2012     To: 07/09/2013

DocuSign Envelope ID: D5DEF6E0-08D7-4DA8-9C69-4BD548C1CC39

# CONSENTIMIENTO PARA UNIRSE

### (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 01/07/2018                     Firma:

DocuSigned by:
F626D8D552514FE...

Nome: Ibeth Rivera Ayala

Dirección: Avenida del Convento numero 104

Huamantla, Tlaxcala MX 90500

Telefone: 2474713353

Email Address: ibeth.rivera.ayala@outlook.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 09/02/2014          A: 03/12/2016

DocuSign Envelope ID: 22B4AE03-C00D-4C12-AAF8-FC0A647767F9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *I. Hansen*
168436E457AC410...

Name: Imke Hansen

Address: Zeppenheimer Dorfstraße 12

Düsseldorf, NRW DE 40489

Phone Number: +491629257449

Email Address: Imke@imke-hansen.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/03/2014     To: 12/02/2015

DocuSign Envelope ID: 895D8171-BBB1-4EA4-8CEB-D2922907E9D4

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Iris Pereira de Morais*
DocuSigned by:
3816D50AEE164A8...

Name: Iris Pereira de Morais

Address: Rua Renato Barbosa,210

Diadema, São Paulo BR 09911450

Phone Number: +5511971000389

Email Address: iris.pmorais@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/13/2014     To: 10/16/2015

DocuSign Envelope ID: ACD3D7A0-E6EB-47C5-B7B5-6FB074D96DCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Isabella Maria Andersson*
DocuSigned by:
5B588527AF8B4E2...

Name: Isabella Maria Andersson

Address: Nygatan 85D

Örebro,  SE 70213

Phone Number: 738089993

Email Address: bella__andersson@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/10/2011     To: 03/10/2013

DocuSign Envelope ID: E31EE920-08A1-48FC-BB08-89F86879C3DE

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *[DocuSigned by signature]* E94E765A11F44C0...

Name: Izabell Tillstam (former Johansson)

Address: Åkerbärsstigen 1

Luleå, Norrbotten SE 97452

Phone Number: +46738044042

Email Address: izabelljohansson@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/02/2011     To: 05/02/2012

DocuSign Envelope ID: 69132DF0-A553-45F1-8F5B-0ADB3ECF50A6

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/09/2018     Assinatura: _Jackeline Balieiro Pereira_

DocuSigned by:
9BFCD866D2B0465...

Nombre: Jackeline Balieiro Pereira

Endereço: Rua Paes Leme 215 Ap 701 Torre Agua

São Paulo, SP BR 05424-150

Teléfono: 11996335248

Email Address: jackebalieiro@gmail.com

Patrocinador: Au Pair Care, Inc.

Fechas de participación en el programa au pair:

De: 06/07/2015     A: 12/21/2016

DocuSign Envelope ID: 2A1A94BA-3490-4747-8020-7BA2CCAF225E

# CONSENTIMIENTO PARA UNIRSE

**(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))**

**Para unirse a este caso, debe completar este formulario antes del 2 de noviembre de 2017.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 01/09/2018

Firma: _DocuSigned by:_
46AFC4C0E2B5474...

Nome: Jeimy Galán

Dirección: street 24 #11-25

Yopal, CASANARE   CO 850001

Telefone: +573185212714

Email Address: natiklopez95@gmail.com

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 12/01/2014          A: 04/14/2015

DocuSign Envelope ID: 0E684BD1-DCC8-4BD4-97EE-BA69CB78E5F6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *JENNY STEFANIA BERNAL GAMEZ*
DocuSigned by:
5A2B2C8EFEC8426...

Name: JENNY STEFANIA BERNAL GAMEZ

Address: CALLE 12 7 12 EDIF. LA PLAZUELA

NEIVA, HUILA CO 472

Phone Number: 573166015881

Email Address: stefiber07@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/23/2012     To: 07/23/2014

DocuSign Envelope ID: 5E1CB210-73F4-4E72-8642-5D587D61134C

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: _[DocuSigned by signature]_ 3D92DA0DF3E24D8...

Name: Jessica Louise Duddy

Address: Thomas Bowler Ave

Edgemead , Western Cape ZA 7441

Phone Number: +27845912257

Email Address: jessicaduddy@yahoo.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/02/2016       To: 04/26/2017

DocuSign Envelope ID: 54945492-63AF-44DD-AA14-6DF432191E2F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: _[DocuSigned by signature]_
3CDD43B8DA824E3...

Name: Jessica Sieglar

Address: Ringstraße, 8

Friedrichsdorf, DE 61381

Phone Number: +49617277470

Email Address: jessicasieglar@yahoo.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/03/2013     To: 09/03/2014

DocuSign Envelope ID: 989363F0-B35F-4A56-9139-05362D1F00D9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *[DocuSigned by signature]* 6DCD411967C9410...

Name: Jiraporn Srilarp

Address: 2737 27th St Apt 4I

Astoria, NY US 11102

Phone Number: 6465991667

Email Address: Oon_cute@hotmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2008       To: 12/27/2010

DocuSign Envelope ID: A23F1452-8794-4D63-B3B2-EA29C9727755

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: _Julia Visnievski Zacouteguy_
C2B304D2DD9E48E...

Name: Julia Visnievski Zacouteguy

Address: 9 avenue Blaise Pascal, appt A12

Champs-sur-Marne, Ile-de-France FR 77420

Phone Number: +33771832741

Email Address: juliaviza@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 02/22/2010     To: 02/25/2011

DocuSign Envelope ID: BD6C421C-FC45-4D17-86F1-9DBCCF591197

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *Justine Talea Forcina*
950FD7B6A92F4C4...

Name: Justine Talea Forcina

Address: Nietzschestr. 3

Köln, NRW DE 50931

Phone Number: 004915170175147

Email Address: justine-forcina@hotmail.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2010     To: 09/27/2011

DocuSign Envelope ID: ABB8D426-7A94-4DD6-9EFE-2877BA9F6337

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *K. Schilling*
DocuSigned by:
07F7230F6A8A44B...

Name: Katharina Schilling

Address: Am Henkelweg 7

Duenwald, DE 99976

Phone Number: 015117235049

Email Address: katha.schilling@t-online.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/14/2014    To: 07/13/2015

DocuSign Envelope ID: BB179437-4865-4C76-A500-69C638B7D0E9

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *katherine link*
DocuSigned by:
69EB3E7A185243A...

Name: Kathrine Link

Address: Heinrich-Heine-Str.6

Erbach, Hessen DE 64711

Phone Number: 004915771990543

Email Address: kathrine.link@gmx.de

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 08/04/2013     To: 08/04/2014

DocuSign Envelope ID: C359FB1B-CBF8-46BD-B0C0-00B73D302086

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: _DocuSigned by: K Partsch  8C7A15BCCC954E8..._

Name: Kristina Partsch

Address: Wildbachstrasse 41

Freudenberg, DE 97896

Phone Number: 015771488186

Email Address: kpartsch22@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/27/2010     To: 03/26/2012

DocuSign Envelope ID: 6E1A41B2-4B70-4A85-B635-87AB5502B16D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature:

DocuSigned by:
7E7F691601BA4D1...

Name: Laura Christine Fallert

Address: Koning Clovisstraat 46b

Maastricht, Limburg NL 6224GX

Phone Number: +31655928238

Email Address: l.fallert@arcor.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/09/2015       To: 08/01/2017

DocuSign Envelope ID: B811538F-5788-4ACD-8D5E-D85CA22FD6A4

# CONSENTIMIENTO PARA UNIRSE

## (Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.

2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.

3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 01/07/2018          Firma: _____

Nome: Laura Isabel Velasquez Alfonso

Dirección: Calle 145a # 13a 90

Bogota D.C, Cubdinamarca  CO 0000111

Telefone: 3188498055

Email Address: Laurita.velasquez.a@gmail.com

Patrocinador: Au Pair Care, Inc.

Datas de participação no programa au pair:

De: 06/28/2014          A: 07/08/2015

DocuSign Envelope ID: CF0409D4-A445-4ECF-A697-FB39E9E8BC59

# CONSENTIMENTO DE INGRESSO

### (De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até <u>2 de novembro de 2017</u>.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.

2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.

3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/08/2018

Assinatura: *Lauraline Calixto Nunes Felismino*
DocuSigned by:
B1E597528FE648B...

Nome: Lauraline Calixto Nunes Felismino

Endereço: 4201 Ocean Ave

San Francisco, CA US 94132

Teléfono: 4159883232

Email Address: laurinhanf@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 10/10/2011          A: 03/10/2013

DocuSign Envelope ID: 726A0A0E-6207-4765-B8DB-2A77432EEE73

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *[DocuSigned by: Ponce — EC6B787CFF6E491...]*

Name: Lauriane Noémie Hélène Sylviane Ponce

Address: 14314 Burbank  blvd apt 242

Sherman Oaks , CA US 91401

Phone Number: 18182175045

Email Address: Laurianeponce@hotmail.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/29/2014   To: 09/29/2015

DocuSign Envelope ID: 1C063CA7-E80D-4383-AF4D-F41E9AF52171

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: *DocuSigned by:* Lidiane Durao 543F18317887414...

Name: Lidiane da Rosa Durao

Address: 3215/5 N Francisco

Chicago, IL US 60618

Phone Number: 6304606521

Email Address: lidy_zelda@yahoo.com.br

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/14/2014     To: 09/13/2016

DocuSign Envelope ID: E41202DA-3745-45D0-B435-778CE4597D28

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Lili Lengyel*
DocuSigned by:
82D4F8AF51AB4F3...

Name: Lili Lengyel

Address: Flat 39, Court Royal, Carlton Drive

London, London GB SW15 2BJ

Phone Number: +447555949259

Email Address: lllilkoka@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/25/2010     To: 08/07/2011

DocuSign Envelope ID: DA365A8A-C395-44E4-B9B6-ABA924F0EBC4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *[DocuSigned by: LArundel — B95B0AF60D49450...]*

Name: Louise Arundel

Address: 22 Verrills Grove

Oakhurst, New South Wales AU 2761

Phone Number: 0413097291

Email Address: l.arundel90@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/13/2011     To: 06/13/2013

DocuSign Envelope ID: D75FBC29-423C-4F9F-9E34-83DAAD4E1C80

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *Luisa Maria Jimenez Cortes*
DocuSigned by:
39735F6E177148A...

Name: Luisa Maria Jimenez Cortes

Address: 1401 Shafter Avenue

San Francisco, CA US 94124

Phone Number: 4152035912

Email Address: luisa.cts92@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2016     To: 10/23/2018

DocuSign Envelope ID: 7D3F400A-580C-46C9-BF0B-60CE2C15DA70

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: _DocuSigned by:_ 19917BF5311F460...

Name: Mandisa C Fanelo

Address: 89To Pond Road

Wilton, CT US 06897

Phone Number: 203-210-5471

Email Address: Mcfanelo7@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/19/2009     To: 11/14/2011

DocuSign Envelope ID: DAE8E995-26AF-449B-ABAB-E31AEA0100E0

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *[DocuSigned by signature]* 7F0D756CB5764B3...

Name: Mariana Carrillo Vargas

Address: Volcán Popocatépetl 5338

Guadalajara, Jalisco  MX 45070

Phone Number: 3317862891

Email Address: marianacarrv@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/16/2016     To: 10/16/2017

DocuSign Envelope ID: C128EEE4-42D8-4A75-B3B5-50ADD43C9AF7

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Marina Schwarz*
DocuSigned by:
F648ACED02B1485...

Name: Marina Schwarz

Address: Gagernstrasse 29

Frankfurt, Hessen DE 60385

Phone Number: +4915233690802

Email Address: marina-schwarz@live.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/08/2010          To: 09/28/2011

DocuSign Envelope ID: 851ED5AC-6A19-45E4-9D3D-03D32BB98F4D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1.  I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3.  I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: _(DocuSigned by: Melani Bierman — 725CA08D6825403...)_

Name: Melani Bierman

Address: 30 wildwood lane

Summit, NJ US 07901

Phone Number: 9088686639

Email Address: melanibierman@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 05/29/2017     To: 05/29/2018

DocuSign Envelope ID: C71DDB28-236B-44F4-8C57-2617F127DAE9

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: _DocuSigned by:_ 66AE96D4FE0F49E...

Name: Monrique Avalon Hennig

Address: 17 rue notre dame

Cannes, Cote D'Azur FR 06400

Phone Number: +33685624355

Email Address: m.avalon16@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 09/16/2011     To: 09/16/2012

DocuSign Envelope ID: F766F925-1489-4D98-B3E4-9DC598647546

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *DocuSigned by:* [signature] 3FCBCAA8103944A...

Name: Natalia Prakash

Address: 4 Rigger Lane

Levittown , NY US 11756

Phone Number: 5166555039

Email Address: roxis85@yandex.ru

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/18/2008        To: 08/18/2010

DocuSign Envelope ID: 5ACDEEF1-FC81-4973-AEB0-BD306077B7D6

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Ngoc Tramy Tran*
DocuSigned by:
3A259CAB760D43F...

Name: Ngoc Tramy Tran

Address: Schützenstr. 10a

Marburg,  DE 35039

Phone Number: 004917683386866

Email Address: ngoc.tramy.tran@web.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2012     To: 07/03/2014

DocuSign Envelope ID: 72CBCA41-45BD-4680-B91D-948B1FF1D8BC

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature:

DocuSigned by:

5E2A8D8528514A3...

Name: Odile Victorine Monique Bardon

Address: 6240 McKay Avenue

Burnaby, British Columbia CA V5H4L8

Phone Number: 7788875913

Email Address: odilee.b@icloud.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/27/2015    To: 08/24/2016

DocuSign Envelope ID: 1DE42CE8-D930-4C9A-85A7-07DF509E836A

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Omphile Segomotso Ongkatlile Lephadi*
DocuSigned by:
25204D73AAD14EA...

Name: Omphile Segomotso Ongkatlile Lephadi

Address: 6717 Longview Street

Pretoria, Gauteng ZA 0171

Phone Number: +27764597077

Email Address: sego.lephadi@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 11/05/2012      To: 10/30/2013

DocuSign Envelope ID: 4C332EAE-D923-480C-AE15-2E74AC32BA4F

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Pia Schuessler*
52A155DB262E4E6...

Name: Pia Isabella Schuessler

Address: Bergischer Ring 45

Cologne, DE 51063

Phone Number: +4915758445499

Email Address: piaschuessler@hotmail.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/04/2012     To: 06/25/2014

DocuSign Envelope ID: D38A87A2-9A79-404B-BDB5-C043FDF44FE8

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *ROBERT Manon*
DocuSigned by:
D60A895F9BB94DB...

Name: ROBERT Manon

Address: 3 place du Colombier

Lieusaint, FR 77127

Phone Number: 0785062348

Email Address: manon.robert1@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 08/13/2012     To: 01/24/2013

DocuSign Envelope ID: 011C1463-638D-4892-8EBB-74EFED6CE890

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *[DocuSigned by: Pmason D44C83C867C3438...]*

Name: Robyn Mason

Address: 29 Rathkeale, Cape Road

Port Elizabeth, Eastern Cape ZA 6025

Phone Number: 0715416632

Email Address: robynmsn@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 03/26/2012     To: 12/03/2013

DocuSign Envelope ID: 0E2A0474-2C97-4B1A-ABC2-213137291CCA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Roseane Botto Collaco*
4F0C75F3729B498...

Name: Roseane Botto Collaco

Address: Rua Manoel da Costa Pereira 84

SOROCABA, São Paulo BR 18045430

Phone Number: 1533183612

Email Address: roseanebotto@yahoo.com.br

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 07/30/2017     To: 07/30/2018

DocuSign Envelope ID: 4FB7588C-160F-4CE9-827F-74F06300FB68

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *RElli* DocuSigned by: 49809E216BD94A2...

Name: Ruby Ellis

Address: 171a cashmere road

Christchurch , Canterbury NZ 8025

Phone Number: +64278455523

Email Address: Ruby.Ellis2103@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/11/2016          To: 06/13/2017

DocuSign Envelope ID: D5ADF24D-6A09-41A9-A58F-A44883041A71

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *[DocuSigned signature]* 74AB164FDD764A6...

Name: Ruth Pamela Chacon guerrero

Address: 5400 Coraci Blvd Apt 1105

Port orange , FL US 32128

Phone Number: 2023849811

Email Address: pame.chacon@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/07/2014     To: 01/07/2016

DocuSign Envelope ID: 680767D2-16A2-430A-BE7E-5A7BCDEF06EA

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *DocuSigned by:* CC73B67B527E43F...

Name: SAADI SAMIA

Address: 2436 Sutton Oaks Dr, Chantilly

CHANTILLY, VA US VA 20151

Phone Number: +33650349533

Email Address: samia-saadi@live.fr

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/22/2012      To: 05/21/2013

DocuSign Envelope ID: FC3A8F84-3D79-45A6-8DEF-DB76E145AC04

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Sarah Leichsenring*
678F8D6D5414451...

Name: Sarah Leichsenring

Address: Bahnhofstraße 6

Knesebeck,  DE 29379

Phone Number: 017680189836

Email Address: sleichsenring@yahoo.de

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/25/2013       To: 02/25/2014

DocuSign Envelope ID: 626B1EC9-8D4D-48E7-9F5D-5A5D2EE46252

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: *Serap Inel*
964EA958A8524AA...

Name: Serap Inel

Address: 942 Lenox Ave Apt. 2

Miami Beach, FL US 33139

Phone Number: 305.699.8275

Email Address: serap-inel@hotmail.de

Sponsor: InterExchange, Inc.

Dates in Au Pair Program:

From: 01/07/2013        To: 01/06/2014

DocuSign Envelope ID: 83E06D6B-9F60-48F8-AAF0-BB2FE81185B2

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature: _DocuSigned by:_ hampton 2C05312751994F0...

Name: Shartara grace hampton

Address: May street

Atherton, Queensland AU 4883

Phone Number: 61478140468

Email Address: Shartara.hampton@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 02/02/2015     To: 02/01/2017

DocuSign Envelope ID: 2EC7A5EC-3737-4E8B-9D80-74988507C057

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: _01/08/2018_

Signature: *Sonia Rocío Moreno Vargas*
DocuSigned by:
20BA46A975A1408...

Name: _Sonia Rocío Moreno Vargas_

Address: _Carrera 4B # 190A - 05_

_Bogotá D.C, Bogotá D.C CO 111001_

Phone Number: _+573016735477_

Email Address: _mvsoniar@gmail.com_

Sponsor: _Cultural Care Au Pair_

Dates in Au Pair Program:

From: _07/15/2013_    To: _07/08/2015_

DocuSign Envelope ID: 10273D4D-CC2A-4AA6-ACB1-F1D11EEB0E5B

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: _[DocuSigned by: 97D6C976BCC944B...]_

Name: Sonja Katariina Hulkkonen

Address: Pelimannintie 24-26 F 57

Helsinki, Uusimaa FI 00420

Phone Number: 0408655380

Email Address: sonja.hulkkonen@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/02/2013     To: 01/31/2014

DocuSign Envelope ID: 248C8B2C-C394-4223-AD8B-6FE482E5EAF4

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/06/2018

Signature: *DocuSigned by:* Cokolota  AAFF1F3A8C704E9...

Name: Svetlana Ferguson

Address: 709-888 Homer St

Vancouver, BC, BC CA V6B 0H7

Phone Number: 6043565923

Email Address: svsokolo@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/09/2009     To: 07/09/2011

DocuSign Envelope ID: 20D73540-8CA8-41BD-B4CB-A656708076FF

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Tulynch* (DocuSigned by: BDED7A548D34416...)

Name: Tania Lynch

Address: 85 Bronx River Road, Apt 5F

Yonkers, NY US 10704

Phone Number: 6465810072

Email Address: tanialynch1@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 02/10/2011     To: 09/30/2012

DocuSign Envelope ID: 04F64BEA-4CAE-4CE6-B8BF-12FB86BB6FD8

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/05/2018

Signature: _Tetiana Lendiel_
DocuSigned by:
A450270614984F0...

Name: Tetiana Lendiel

Address: 1845 Piedmont Ave NE

Atlanta, GA US 30324

Phone Number: 7703307134

Email Address: lendiel_tati@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 01/01/2010     To: 01/07/2011

DocuSign Envelope ID: 0E97528B-2F51-4482-88F2-F54DA3F83AA1

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Thanutra Choi a/k/a Thanutra Kanoksaksophon*
DocuSigned by: 7FC97F705D5344B...

Name: Thanutra Choi a/k/a Thanutra Kanoksaksophon

Address: 3331 163rd Street, Apt. 1RR

Flushing, NY US 11358

Phone Number: 9179685127

Email Address: gchoi8@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 05/01/2014   To: 08/31/2015

DocuSign Envelope ID: 9615AD1D-77AA-4941-A8E2-E2E6FE39B4D3

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/08/2018

Signature: _DocuSigned by:_ D9603350656A4D7...

Name: Tobias Bock

Address: Grazestr. 18

Weinstadt, Baden Württemberg DE 71384

Phone Number: 071511653749

Email Address: tobiasbock2@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 07/21/2014     To: 07/21/2015

DocuSign Envelope ID: 9CE1A602-85B8-43E0-A58F-01CA94546700

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: *Verena Andrea Wigge*
DocuSigned by:
578519062B80499...

Name: Verena Andrea Wigge

Address: Zur Waldesruh 178

Wuppertal, DE 42329

Phone Number: +4915223940962

Email Address: verena.wigge@web.de

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/02/2014     To: 08/06/2015

DocuSign Envelope ID: 5A2309A0-7596-429C-9D06-B71E13DD1C3F

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *DocuSigned by:* 26D1962883B845E...

Name: Veronica-Lynn Fletcher

Address: Norfolk St

Cape Town , ZA 7088

Phone Number: 0766447783

Email Address: fletchervee@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 12/27/2008      To: 12/01/2010

DocuSign Envelope ID: 8B9CF990-38E0-49FF-A15E-CA77DE52DD34

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/07/2018

Signature: _DocuSigned by:_ Vivien Santa  234B11EC4029461...

Name: Vivien Santa

Address: 487 S 3rd W #313

Rexburg , ID US 83440

Phone Number: 9176511408

Email Address: vivien.santa@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 09/07/2010     To: 09/06/2012

DocuSign Envelope ID: 168621F9-9ADE-4220-A887-64376DFB7A60

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Yawen Cai*
DocuSigned by:
B306626A96B946B...

Name: Yawen Cai

Address: Room 704 Building 32 Guanliu Community

Ezhou, Hubei CN 436000

Phone Number: +8615927384605

Email Address: caiyawencyw@126.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 09/08/2015     To: 09/05/2016

DocuSign Envelope ID: B5285006-A97D-4E65-A47C-B3DA195D897C

# CONSENT TO JOIN

## (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: _DocuSigned by:_ DeKhuleni DBB47F98C0994A3...

Name: Zandile Lekhuleni

Address: Stand no 92/93

Casteel , Mpumalanga  ZA 1370

Phone Number: +27659139043

Email Address: lekhuleni.zandile@yahoo.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 11/30/2015       To: 11/30/2016

DocuSign Envelope ID: CBCA9769-BDFD-484C-A961-4360AC9DE30D

# CONSENT TO JOIN

### (Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/09/2018

Signature: *Bujnakova*
DocuSigned by:
3FE34C7660404B1...

Name: Zuzana Bujnakova

Address: Krasna Luka 29

Krasna Luka, Slovakia SK 08273

Phone Number: 00421948185211

Email Address: zuzka.bujnakova@gmail.com

Sponsor: Au Pair in America (APIA/AIFS

Dates in Au Pair Program:

From: 10/06/2013      To: 10/06/2015