# Exhibit C

# Au Pair Wage Action
# Withdrawal Requests Received

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 17605 | P934FE5G9 | Kheity Taggart | Expert Au Pair |

**From:** kheity Carvalho <keka.ellen@gmail.com>
**Sent:** Friday, January 05, 2018 5:12 PM
**To:** CA - AuPairWageAction
**Subject:** Withdraw the consent form

Hello,

I would like to withdraw the consent to join form that was previously submitted.

Thank you,

Kheity Taggart