# EXHIBIT B

# Exhibit 5

|  | 2009 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs |  |
| Air Cost | ■ |
| Margin | ■ |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ■ |
| Interest expense |  |
| Investment income |  |
| Investment allocation | ■ |
| **Income before allocated Inc. OH** | ■ |
| Allocaiton of Inc. Overhead | ■ |
| **Income before income taxes** | $ ■ |

|  | 2010 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs |  |
| Air Cost | ___ |
| Margin | ■ |
|  |  |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ___ |
|  | ■ |
|  |  |
| Interest expense | ■ |
| Investment income |  |
| Investment allocation | ■ |
|  |  |
| **Income before allocated Inc. OH** | ■ |
|  |  |
| Allocation of Inc. OH | ■ |
|  |  |
| **Income before income taxes** | $ ■ |

|  | 2011 Au Pair |
|---|---|
| Revenues | $ ███ |
| Land Costs | ███ |
| Air Cost | ███ |
| Margin | ███ |
|  |  |
| Selling, General & Administrative | ███ |
| Allocated Overhead | ███ |
|  | ███ |
|  |  |
| Interest expense | ███ |
| Investment income |  |
| Investment allocation | ███ |
|  |  |
| **Income before allocated Inc. OH** | ███ |
|  |  |
| Allocation of Inc. OH | ███ |
|  |  |
| **Income before income taxes** | $ ███ |

|  | 2012 Au Pair |
|---|---|
| Revenues | $ ■ |
| Land Costs | ■ |
| Air Cost |  |
| Margin | ■ |
| Selling, General & Administrative | ■ |
| Allocated Overhead | ■ |
| Interest expense | ■ |
| Investment income |  |
| Investment allocation | ■ |
| **Income before allocated Inc. OH** | ■ |
| Allocation of Inc. Overhead | ■ |
| **Income before income taxes** | $ ■ |

|  | 2013 Au Pair |
|---|---|
| Revenues | $ ▮ |
| Land Costs | ▮ |
| Air Cost |  |
| Margin | ▮ |
|  |  |
| Selling, General & Administrative | ▮ |
| Allocated Overhead |  |
|  | ▮ |
|  |  |
| Interest expense | ▮ |
| Investment income |  |
| Investment allocation | ▮ |
|  |  |
| **Income before allocated Inc. OH** | ▮ |
|  |  |
| Allocation of Inc. Overhead | ▮ |
|  | ▮ |
|  |  |
| **Income before income taxes** | $ ▮ |

|  | 2014 Au Pair |
|---|---|
| Revenues | $ ███ |
| Land Costs | |
| Air Cost | ███ |
| Margin | ███ |
| *Gross Margin per head* | ███ |
| Selling, General & Administrative | ███ |
| Allocated Overhead | ███ |
| | ███ |
| Interest expense | |
| Investment income | ███ |
| Investment allocation | |
| **Income before allocated Inc. OH** | ███ |
| Allocation of Inc. Overhead | ███ |
| | ███ |
| **Income before income taxes** | $ ███ |