**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

**NOTICE OF FLSA OPT-INS**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Andjelka Grozdanic
2. Arlette Del Pilar Gomez Vega
3. Carole Surin
4. Dorian Bustillos
5. Ekaterina Kharkovskaia
6. Hamid Alycia
7. Ivana Dereban
8. Jorun Morken
9. Kira Beem
10. Margeaux Malherbe
11. Marta Lipinska
12. Natalia Frstekova
13. Silvia Garcia
14. Tamara Da Silva Antunes
15. Tamlyn Felix
16. Tehila Cohen
17. Yanyu Zheng
18. Zhanna Galka

Executed consent to join forms for each of these persons are attached to this Notice.

Dated: January 19, 2018                                     Respectfully submitted,

/s/ Dawn Smalls
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com


Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2018, I electronically served the foregoing motion on all counsel of record.

                                              <u>/s/ Dawn Smalls</u>
                                                Dawn L. Smalls