# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18543 | U692CAG93 | Andjelka Grozdanic | Au Pair Care, Inc. |
| 18535 | IGFH47HH5 | Arlette Del Pilar Gomez Vega | Cultural Care Au Pair |
| 18507 | YGH552A53 | Carole Surin | Cultural Care Au Pair |
| 18562 | I2376E49E | Dorian Bustillos | Au Pair Care, Inc. |
| 18512 | C3CG9DHB6 | Ekaterina Kharkovskaia | Go Au Pair |
| 18540 | GGGFC9B5A | Hamid Alycia | Au Pair Care, Inc. |
| 18567 | U9EBHE682 | Ivana Dereban | Au Pair Care, Inc. |
| 18548 | KB34BC34F | Jorun Morken | Au Pair Care, Inc. |
| 18556 | K7B79G539 | Kira Beem | Au Pair Care, Inc. |
| 18514 | C24AF4862 | Margeaux Malherbe | Cultural Care Au Pair |
| 18519 | HF59GC9CB | Marta Lipinska | Au Pair Care, Inc. |
| 18545 | V3G94375C | Natalia Frstekova | Au Pair Care, Inc. |
| 18522 | PF64DBDDB | Silvia Garcia | Cultural Care Au Pair |
| 18538 | R74D64GF2 | Tamara Da Silva Antunes | Cultural Care Au Pair |
| 18551 | KDB437GH2 | Tamlyn Felix | Go Au Pair |
| 18530 | U26G39H35 | Tehila Cohen | Au Pair in America (APIA/AIFS |
| 18517 | KG5A9DD84 | Yanyu Zheng | Cultural Care Au Pair |
| 18509 | XH94GFG52 | Zhanna Galka | Au Pair Care, Inc. |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/12/2018

Signature: *[DocuSigned signature — B1C2AD0BC5FC4E9...]*

Name: Andjelka Grozdanic

Address: 561 35th street

Union City, NJ US 07087

Phone Number: 6465451669

Email Address: andjelka.grozdanic@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/19/2009      To: 10/19/2010

# CONSENTIMIENTO PARA UNIRSE

(Conforme al Código de los Estados Unidos (United States Code, USC) 29, § 216(b))

**Para unirse a este caso, debe completar este formulario antes del <u>2 de noviembre de 2017</u>.**

1. Acepto, apruebo y decido ser Demandante en esta demanda (14-cv-03074-CMA-KMT) (D.Colo) iniciada bajo la Ley de Normas Razonables de Trabajo para recuperar los salarios impagos por parte de mi patrocinador de visa actual/anterior.
2. Acepto reconocer como vinculante cualquier resolución dictada por la Corte para esta acción, sea favorable o desfavorable. Acepto además obligarme por cualquier acuerdo aprobado por el mencionado Demandante de esta acción respecto de mi patrocinador de visa.
3. Por el presente designo a las firmas Boies Schiller Flexner LLP y Towards Justice a representarme en esta acción y acepto los honorarios legales descriptos en el aviso de derecho a unirse a la demanda por salarios impagos.

Data: 01/12/2018

Firma: *Arlette Del Pilar Gomez Vega* (DocuSigned)

Nome: Arlette Del Pilar Gomez Vega

Dirección: 38 N Belfield Ave

Havertown, PA US 19083

Telefone: 573165014510

Email Address: apgomezv@unal.edu.co

Patrocinador: Cultural Care Au Pair

Datas de participação no programa au pair:

De: 01/28/2015    A: 08/24/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/10/2018

Signature: *DocuSigned by:* 5D9D088DF36549E...

Name: Carole SURIN

Address: 1720 Balsam St

Vancouver, CA V6k3m2

Phone Number: 7788873592

Email Address: csurin94@free.fr

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/08/2009    To: 06/30/2011

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/17/2018

Signature: *DocuSigned by: [signature] 7D8F15A23B8C4E7...*

Name: Dorian Bustillos

Address: 36 Oak Ridge Dr, Apt 20

New Haven, CT US 06513

Phone Number: 3474211784

Email Address: ragacore@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 12/08/2008    To: 12/08/2009

Case No. 1:14-cv-03074-CMA-KMT   Document 809-2   filed 01/19/18   USDC Colorado   pg 7 of 20

DocuSign Envelope ID: EC25582C-2348-4216-96D7-7ECD4A7D6AA7

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 01/10/2018 |
| Signature: | *[DocuSigned signature — 60BECDB02225474...]* |
| Name: | Ekaterina KHARKOVSKAIA |
| Address: | 3004 Fremont Ave N |
| | Minnesota , MN US 55411 |
| Phone Number: | 7635015419 |
| Email Address: | ekateri-2012@mail.ru |
| Sponsor: | Go Au Pair |

Dates in Au Pair Program:

From: 12/17/2015     To: 12/17/2016

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/12/2018

Signature: *DocuSigned by:* [signature] 100E3883E789492...

Name: Hamid alycia

Address: 58/23 boulevard de Belfort

Roubaix , FR 59100

Phone Number: 33622796714

Email Address: Alyciahamid@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 11/16/2015     To: 08/16/2017

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 01/18/2018 |
| Signature: | *DocuSigned by: [signature]  819C8ABED5B4461...* |
| Name: | Ivana Dereban |
| Address: | Gjuro Salaj 16 |
| | Struga, Macedonia MK 6330 |
| Phone Number: | +38978362114 |
| Email Address: | gagooska@gmail.com |
| Sponsor: | Au Pair Care, Inc. |

Dates in Au Pair Program:

From: 07/09/2012    To: 03/17/2013

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/16/2018

Signature: *Jorun Morken* (DocuSigned by: 6BA6E55A960542E...)

Name: Jorun Morken

Address: Lunderengshaugan 24

Aalen, NO 7380

Phone Number: 004795048227

Email Address: frkmorken@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 09/21/2009    To: 09/19/2010

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/17/2018

Signature: *Kira Beem* (DocuSigned by: 75EF4FA9E3254D3...)

Name: Kira Beem

Address: 1080 Autumn Ln

Los Altos, CA US 94024

Phone Number: +1 (650) 772-1900

Email Address: kirabeem@yahoo.de

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 10/31/2016     To: 07/31/2018

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/10/2018

Signature: *[DocuSigned by: BBA54E43E3324C1...]*

Name: Margeaux Malherbe

Address: 18 8th Street, Parkhurst

Johannesburg , NY US 10522

Phone Number: 0713945426

Email Address: margeaux.malherbe@hoganlovells.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 12/18/2015    To: 12/17/2016

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/10/2018

Signature: *Marta Lipinska* (DocuSigned by: E9A358998F244A4...)

Name: Marta Lipinska

Address: 2243 12th Avenue apt D

Oakland, CA US 94606

Phone Number: 650 787 1228

Email Address: marta.justyna.lipinska@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 07/20/2015     To: 07/23/2016

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/14/2018

Signature: *[DocuSigned by: 96B88F10CCDD434...]*

Name: Natalia Frstekova

Address: Palachova 5/14

Zdar nad Sazavou , CZ 59101

Phone Number: 6149352729

Email Address: Natalia.frstekova@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/27/2012   To: 08/27/2014

# CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 01/11/2018 |
| Signature: | *Silvia Garcia* (DocuSigned by: 3369CF8BC69F449...) |
| Name: | Silvia Garcia |
| Address: | 61 hopper farm rd |
| | Upper Saddle River, NJ US 07458 |
| Phone Number: | 2018193124 |
| Email Address: | silvia.ga.ojeda@gmail.com |
| Sponsor: | Cultural Care Au Pair |

Dates in Au Pair Program:

From: 03/14/2016     To: 03/13/2018

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| Field | Value |
|---|---|
| Date: | 01/12/2018 |
| Signature: | *DocuSigned by: Tamara* (91F2353EE37F4D1...) |
| Name: | Tamara da Silva Antunes |
| Address: | 1010 Portland Road, unit 111 |
| | Saco, ME US 04072 |
| Phone Number: | 2073037850 |
| Email Address: | Contato.tamara@gmail.com |
| Sponsor: | Cultural Care Au Pair |

Dates in Au Pair Program:

From: 04/17/2016    To: 05/30/2017

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | | | |
|---|---|---|---|
| Date: | 01/16/2018 | Signature: | *[DocuSigned signature] C31496910B86409...* |

Name: Tamlyn Felix

Address: 2925 MONUMENT BLVD, APT 26

CONCORD, CA US 94520

Phone Number: 9255664264

Email Address: tamlynfelix@gmail.com

Sponsor: Go Au Pair

Dates in Au Pair Program:

From: 01/26/2015        To: 01/26/2017

## CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 01/11/2018 |
| Signature: | DocuSigned by: (signature) 5CF274487E4E438... |
| Name: | Tehila Cohen |
| Address: | 6240 McPherson Ave. |
| | SAINT LOUIS, MO US 63130 |
| Phone Number: | 5719994760 |
| Email Address: | tehilacohen7@gmail.com |
| Sponsor: | Au Pair in America (APIA/AIFS |

Dates in Au Pair Program:

| From: | 10/23/2016 | To: | 01/11/2018 |
|---|---|---|---|

## CONSENT TO JOIN

(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/10/2018

Signature: *DocuSigned by: [signature] 0017A5E8FADC4E7...*

Name: Yanyu zheng

Address: 83 Philip avenue 1st FL

elmwood park, NJ US 07407

Phone Number: 8622768997

Email Address: flyingjane912@hotmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 06/15/2015   To: 06/15/2016

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/10/2018

Signature: *Zhanna Galka* (DocuSigned by: 65F9E8A068104A8...)

Name: Zhanna Galka

Address: Lenina

Dzhankoy, Crimea RU 296100

Phone Number: +79788777680

Email Address: gjmaverick@mail.ru

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/10/2010   To: 05/18/2011