IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; and those similarly situated,

Plaintiffs,

v.

INTEREXCHANGE, INC.;
USAUPAIR, INC.;
GREATAUPAIR, LLC;
EXPERT GROUP INTERNATIONAL INC., DBA EXPERT AUPAIR;
EURAUPAIR INTERCULTURAL CHILD CARE PROGRAMS;
CULTURAL HOMESTAY INTERNATIONAL;
CULTURAL CARE, INC. D/B/A CULTURAL CARE AU PAIR;
AUPAIRCARE, INC.;
AU PAIR INTERNATIONAL, INC.;
APF GLOBAL EXCHANGE, NFP;
AMERICAN INSTITUTE FOR FOREIGN STUDY DBA AU PAIR IN AMERICA;
AMERICAN CULTURAL EXCHANGE, LLC, DBA GOAUPAIR;
AGENT AU PAIR;
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE, LLC DBA PROAUPAIR; and
20/20 CARE EXCHANGE, INC. DBA THE INTERNATIONAL AU PAIR EXCHANGE

Defendants.

_____

**MOTION FOR WITHDRAWAL OF JENNIFER VEDRA AS CO-COUNSEL FOR
DEFENDANT AUPAIRCARE, INC.**
_____

Pursuant to D.C.COLO.LAttyR 5(b), Defendant AuPairCare, Inc. ("AuPairCare")

hereby moves to withdraw Jennifer Vedra as co-counsel of record for AuPairCare, and

in support thereof, states as follows:

1.      Because this Motion is based on D.C.COLO.LAttyR 5(b), there is no duty

to confer with opposing counsel regarding this Motion and accordingly, the undersigned

has not done so.  See D.C.COLO.LCivR 7.1(b)(4).

2.      Ms. Vedra has left the law firm of Gordon & Rees Scully Mansukhani, LLP ("Gordon & Rees") and is no longer co-counsel for AuPairCare.

3.      Thomas Quinn, Peggy Kozal, Nathan Huey and Jennifer Arnett Roehrich of Gordon & Rees, who are already attorneys of record in this matter, will continue to represent AuPairCare and will ensure compliance with all court orders, time limitations, and other obligations, including federal and local rules.  Therefore, withdrawal can be accomplished without any adverse effect on the interests of AuPairCare.

4.      A copy of this Motion will be served on all counsel of record and an appropriate representative for AuPairCare via U.S. Mail.

WHEREFORE, for the foregoing reasons, AuPairCare respectfully requests that the Court enter an order permitting Jennifer Vedra to withdraw as counsel for Defendant AuPairCare in this matter and that the Clerk of the Court to delete her email address from future ECF filings and electronic notifications in this case.

Respectfully submitted this 24th day of January, 2018.

*s/ Peggy Kozal*
Thomas B. Quinn
Peggy E. Kozal
Nathan Huey
Jennifer Arnett-Roehrich
GORDON & REES LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
Tel: (303) 534-5160
Fax: (303) 534-5161
tquinn@grsm.com
pkozal@grsm.com
nhuey@grsm.com
jarnett-roehrich@grsm.com

*Attorneys for Defendant*
*AuPairCare, Inc.*

## CERTIFICATE OF SERVICE (CM/ECF)

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel of record this the 24th day of January, 2018.


*/s/ Lisa Riggenbach*
For Gordon & Rees LLP