IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

      Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

      Defendants.

---

## DECLARATION OF ROBERT M. TUCKER

---

I, Robert M. Tucker, hereby declare as follows:

      1.     I am an attorney admitted to this Court and a member of Putney, Twombly, Hall & Hirson LLP, counsel for Defendant American Institute for Foreign Study d/b/a Au Pair in America ("AIFS") in *Beltran, et al. v. Interexchange, Inc., et al.*, U.S. District Court for the District of Colorado, Civil Action No. 1:14-cv-03074-CMA-KMT.

      2.     I make this declaration in opposition to Plaintiffs' Motion For Reconsideration of the Court's July 24, 2017, Order (ECF No. 624), which denied Plaintiffs' motion to compel the production of financial statements from AIFS.

      3.     A true and accurate copy of Plaintiffs' deposition notice ("Notice") to AIFS pursuant to FRCP 30(b)(6) is annexed hereto as Exhibit 1.

4.      AIFS designated Ruth F. Ferry, Senior Vice President and Director of AIFS, as its corporate representative. On May 11, 2017, AIFS produced Ms. Ferry to testify on the topics enumerated in the 30(b)(6) Notice.

5.      On September 14, 2017, Plaintiffs deposed William L. Gertz, President and CEO of AIFS, as a fact witness.

6.      On November 14, 2017, two months after Mr. Gertz's deposition, Plaintiffs' counsel renewed their demand for production of AIFS' financial statements.

7.      During the conferral process, counsel for AIFS substantively disputed Plaintiffs' counsel's mischaracterizations of Mr. Gertz's testimony. AIFS similarly reaffirmed that its audited and unaudited financial statements do not demonstrate revenues, expenses, and income that are attributable solely to APIA.

8.      In an effort to avoid unnecessary litigation, counsel for AIFS invited Plaintiffs to identify any other information or alternative documents that Plaintiffs would accept in lieu of AIFS' financial statements.  Plaintiffs did not respond and, instead, requested and obtained permission to file the instant Motion.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 26, 2018.

*s/ Robert M. Tucker*
Robert M. Tucker