# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

v.

INTEREXCHANGE INC., et al.,

    Defendants.

Civil Case No. 14-cv-03074-CMA-KMT

**PLAINTIFFS' REVISED NOTICE OF 30(b)(6) DEPOSITION OF DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY D/B/A AU PAIR IN AMERICA**

Pursuant to Fed. R. Civ. P. 34, Plaintiffs, by their undersigned attorneys, hereby serve this notice that they will take the deposition of Defendant American Institute for Foreign Study d/b/a Au Pair in America, on the topics set forth in Exhibit A (attached).

The deposition will commence at 9:00am on May 11, 2017, at the law offices of Boies, Schiller & Flexner LLP, 575 Lexington Ave, New York, NY 10022.  The deposition will be recorded stenographically, by video, and through the instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other officer authorized to administer oaths in the state where the deposition takes place.  The deposition shall continue day to day until completed.

| | |
|---|---|
| Dated: April 25, 2017 | BOIES, SCHILLER & FLEXNER LLP |
| | |
| |     */s/ Dawn L. Smalls* |
| | Dawn L. Smalls |
| | Matthew L. Schwartz |
| | Peter M. Skinner |
| | Randall W. Jackson |
| | 575 Lexington Avenue |
| | New York, New York 10022 |
| | Tel: (212) 446-2300 |
| | Fax: (212) 446-2350 |
| | dsmalls@bsfllp.com |
| | mlschwartz@bsfllp.com |
| | pskinner@bsfllp.com |
| | rjackson@bsfllp.com |
| | |
| | Alexander Hood |
| | TOWARDS JUSTICE |
| | 1535 High Street, Suite 300 |
| | Denver, Colorado 80218 |
| | Tel: (720) 239-2606 |
| | Fax: (303) 957-2289 |
| | alex@towardsjustice.org |
| | *Attorneys for Plaintiffs* |

## EXHIBIT A

## DEFINITIONS AND INSTRUCTIONS

Plaintiffs incorporate by reference all the instructions, definitions and rules contained in the Federal Rules of Civil Procedure. Further, for purposes of this notice of deposition, the following instructions and definitions shall apply:

1. The term "Au Pair Program" shall mean anything relating to the United States J-1 Visa Au Pair Program, including but not limited to the recruitment of au pairs inside or outside of the United States, the recruitment of host families, the placement of au pairs with host families, contracts with au pairs and host families, and any advertisement involving the placement of au pairs in the United States.

2. The singular of each word shall be construed to include its plural and vice-versa, and the root word and all derivations (*i.e.*, "ing," "ed," etc.) shall be construed to include each other. The words "and" as well as "or" shall be construed both conjunctively and disjunctively.

3. The present tense shall be construed to include the past tense and vice-versa.

4. The word "any" shall be construed to include "all" and vice-versa.

5. Unless otherwise specified, the time period covered by this demand is January 1, 2009 to the present.

6. "Au pair program" means the United States Department of State's Au Pair Exchange Program.

7. "Concerning" means relating to, referring to, describing, evidencing or constituting.

8. "Compensation" is defined to include all forms of benefit received in exchange for a good or service including, but not limited to, money (whether a salary, stipend, allowance, bequest, pocket money, or in any other form), healthcare benefits,

3

in- kind benefits, housing benefits, room and board deductions, educational benefits, or any other good, service, or thing of value.

9. "Data" means any information stored on a computer.

10. "Documents" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents" in Federal Rule of Civil Procedure 34(a) and includes writings, drawings, graphs, charts, photographs, sound recordings, and other Data or Data compilations stored in any medium from which information can be obtained.

11. "ESI" or "Electronically Stored Information" is defined to be synonymous in meaning and equal in scope to the usage of the term "electronically stored information" in Federal Rule of Civil Procedure Rule 34(a) and includes:

a. Information or Data that is generated, received, processed, and recorded by computers and other electronic devices, including metadata (e.g. author, recipient, file creation date, file modification date, etc.);

b. Internal or external web sites;

c. Output resulting from the use of any software program, including, without limitation, word processing documents, spreadsheets, database files, charts, graphs and outlines, electronic mail, instant message systems (or similar programs), bulletin board programs, operating systems, source code PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside regardless of whether the electronic Data exists in an active file, a deleted file, or file fragment;

d. Activity listings of electronic mail receipts and/or transmittals; and

e. Any and all items stored on computer memories, hard disks, floppy disks, flash drives, CD-ROM, magnetic tape, microfiche, or on any other media for digital Data storage or transmittal, including smartphones (e.g. iPhones), personal digital assistants (e.g. Palm Pilots), or similar devices.

12. "Sponsor" means any au pair sponsor organization designated by the United States Department of State.

13. "You" means Defendant American Institute for Foreign Study d/b/a Au Pair in America, and includes predecessors, successors, subsidiaries, departments, divisions, and/or affiliates, including without limitation any organization or entity which they manage or control, together with all present and former directors, officers, employees, and agents.

## TOPICS

1. Your corporate structure, including your legal and/or beneficial ownership.

2. Your finances, including but not limited to your financial records, revenue and expense streams, major sources of revenue or funding, profits and losses, and overall financial position.

3. Your recruitment, training, placement and supervision of au pairs and host families, including:

   a. Your authorization to recruit, train, place and supervise au pairs.

   b. Recruitment through any advertising, job fairs, or agents.

   c. Your marketing and advertising, including your website.

   d. The au pair and host family application and intake process.

   e. Any sources of information, data, databases, or documents concerning how au pairs or host families learn about or are referred to you.

   f. Vetting of au pairs and host families.

   g. Training of au pairs and host families.

   h. Any orientation programs for au pairs or host families.

   i. Contracts you enter into with au pairs or host families.

   j. Placement of au pairs with host families.

5

    k. Compensation paid to au pairs and communications with au pairs or host families about such compensation.

    l. Communications with au pairs and host families about taxes.

    m. Fees charged to au pairs or host families.

    n. The identity of your local and regional representatives.

    o. Movement of au pairs between host families.

    p. Monitoring of au pairs or host families, including but not limited to your contact with au pairs or host families to satisfy any obligations you owe under federals laws and regulations.

    q. Resolution of disputes between au pairs and host families.

    r. The discipline and termination of au pairs, including the removal of au pairs from host families or from the United States.

    s. Health insurance for au pairs.

    t. Your internal guidelines and policies on any of the issues listed above.

  4. Your relationship and communications with the State Department and the Department of Labor, including:

    a. Your application of the rules and regulations governing the J-1 visa au pair program.

    b. Management reviews submitted to the State Department.

    c. Your lobbying of or communications with the United States government, including the Departments of Labor and State.

    d. Your position on whether the au pair program is a cultural exchange program or a work program and any forum or document in which you have taken such a position.

6

   e. Your position on whether you employ au pairs.

   f. Your position on whether au pair compensation includes room and board.

5. Your relationship and communications with other Sponsors, including Your membership in associations with other Sponsors, including but not limited to the Alliance for International Education and the International Au Pair Association.

6. Your analysis and identification of the market(s) in which you operate, including any analysis of the compensation paid to child-care professionals other than au pairs.

7. Your documents and document policies, including:

   a. Any Documents or other materials related to the topics described above.

   b. The identity and location of your ESI and ESI systems, including but not limited to dates of installment and/or use, volume, system architecture, brands and versions of software used, scope, organization, formats used, methods of internal electronic communication among your employees, methods of electronic communication between your employees, methods of electronic communication between your employees and au pairs, methods of electronic communication between your employees and host families.

   c. Your Document retention, destruction and disposition policies, practices and procedures.

   d. Your efforts to preserve Documents, Data and ESI relevant to this case since November 13, 2014.

7