IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

### AFFIDAVIT OF JAMES MAHONEY

---

STATE OF CONNECTICUT)
                        ) ss.:
COUNTY OF FAIRFIELD   )

James Mahoney, being duly sworn, deposes and says:

    1. I am a Certified Public Account ("CPA"), and the Vice President of Finance for Defendant American Institute for Foreign Study ("AIFS").

    2. On March 27, 2017, I signed and submitted an affidavit (the "First Affidavit") in support of AIFS' opposition to Plaintiffs' motion to compel the production of financial statements. A copy of the First Affidavit is annexed hereto as Exhibit 1.

    3. The First Affidavit and the information contained therein is true and accurate.

    4. As discussed in the First Affidavit, I compiled the APIA-specific financial information ("APIA Financial Information") provided by AIFS to Plaintiffs' counsel on March 23, 2017. The APIA Financial Information document accurately demonstrates all

of the actual revenue, allocated expenses and associated income of APIA for the years 2009 through 2014.

5. Earlier today, I revised the APIA Financial Information document solely to correct typographical errors and to provide greater detail and annotations regarding expenses allocated to the Au Pair in America Program as well as about certain categories of APIA Program income. A redacted copy of the revised APIA Financial Information document is annexed hereto as Exhibit 2.

_____
JAMES MAHONEY

Sworn before me this 26th day
of January, 2018

_____
Notary Public

Nydia Reyes
State of Connecticut
Notary Public
Commission No. 148958
My Commission Expires 5-31-22