EXHIBIT 2

|  | 2009 (calendar year) Au Pair in America |
|---|---|
| Revenues | $ ▇ |
| Land Costs[1] | ▇ |
| Air Cost[2] | ▇ |
| Margin | ▇ |
| Selling, General & Administrative[3] | ▇ |
| Allocated Overhead[4] | ▇ |
| Interest expense | ▇ |
| Investment income |  |
| Investment expense allocation | ▇ |
| **Income before allocated AIFS, Inc. Overhead** | ▇ |
| Allocation of AIFS, Inc. Overhead[5] | ▇ |
| **Income before income taxes** | $ ▇ |

Amounts are stated in 1,000's

---

[1] Includes direct, APIA-specific expenses associated with operating the au pair program that are not reflected in Air Costs or Selling, General & Administrative

[2] Includes expenses incurred in connection with au pair travel to and from the United States

[3] Includes sales and marketing expenses and compensation for APIA employees

[4] Includes overhead for AIFS Stamford and London offices (includes rent, facilities, office supplies, software, hardware, compensation for support division employees, etc.)

[5] Includes certain global expenses

|  | 2010 (calendar year) Au Pair in America |
|---|---|
| Revenues | $ ███ |
| Land Costs | ███ |
| Air Cost | ███ |
| Margin | ███ |
| Selling, General & Administrative | ███ |
| Allocated Overhead | ███ |
| Interest expense | ███ |
| Investment income | |
| Investment allocation | ███ |
| **Income before allocated AIFS, Inc. Overhead** | ███ |
| Allocation of AIFS, Inc. Overhead | ███ |
| **Income before income taxes** | $ ███ |

**Same Annotations Apply as Indicated for 2009 Calendar Year**

|  | 2011 (calendar year) |
|---|---|
|  | **Au Pair in America** |
| Revenues | $ ▮ |
| Land Costs | ▮ |
| Air Cost | ▮ |
| Margin | ▮ |
| Selling, General & Administrative | ▮ |
| Allocated Overhead | ▮ |
| Interest expense | ▮ |
| Investment income |  |
| Investment allocation | ▮ |
| **Income before allocated AIFS, Inc. Overhead** | ▮ |
| Allocation of AIFS, Inc. Overhead | ▮ |
| **Income before income taxes** | $ ▮ |

**Same Annotations Apply as Indicated for 2009 Calendar Year**

|  | 2012 (calendar year) |
|---|---|
|  | Au Pair in America |
| Revenues | $ ██ |
| Land Costs | ██ |
| Air Cost | ██ |
| Margin | ██ |
| Selling, General & Administrative | ██ |
| Allocated Overhead | ██ |
| Interest expense | ██ |
| Investment income |  |
| Investment allocation | ██ |
| **Income before allocated AIFS, Inc. Overhead** | ██ |
| Allocation of AIFS, Inc. Overhead | ██ |
| **Income before income taxes** | $ ██ |

**Same Annotations Apply as Indicated for 2009 Calendar Year**

|  | 2013 (calendar year) |
|---|---|
|  | Au Pair in America |
| Revenues | $ ▮ |
| Land Costs | ▮ |
| Air Cost | ▮ |
| Margin | ▮ |
| Selling, General & Administrative | ▮ |
| Allocated Overhead | ▮ |
| Interest expense | ▮ |
| Investment income |  |
| Investment allocation | ▮ |
| **Income before allocated AIFS, Inc. Overhead** | ▮ |
| Allocation of AIFS, Inc. Overhead | ▮ |
| **Income before income taxes** | $ ▮ |

**Same Annotations Apply as Indicated for 2009 Calendar Year**

|  | 2014 (calendar year) |
|---|---|
|  | Au Pair in America |
| Revenues | $ █ |
| Land Costs | █ |
| Air Cost | █ |
| Margin | █ |
| Selling, General & Administrative | █ |
| Allocated Overhead | █ |
| Interest expense | █ |
| Investment income |  |
| Investment allocation | █ |
| **Income before allocated AIFS, Inc. Overhead** | █ |
| Allocation of AIFS, Inc. Overhead | █ |
|  | - |
| **Income before income taxes** | $ █ |

**Same Annotations Apply as Indicated for 2009 Calendar Year**