IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

---

### AFFIDAVIT OF WILLIAM L. GERTZ

---

STATE OF CONNECTICUT

COUNTY OF FAIRFIELD

William L. Gertz, being duly sworn deposes and says as follows:

    1.    I am President and CEO of American Institute for Foreign Study, Inc. ("AIFS"). I have worked for AIFS for approximately 32 years, and have held my current position since 2005.

    2.    AIFS operates five distinct programs related to foreign study or cultural exchange, plus several other smaller entities abroad. These programs include the following: Au Pair in America, AIFS College Study Abroad, Camp America, American Council for International Studies, and Cultural Insurance Services International.

    3.    Jack Burg, Chief Financial Officer, and James Mahoney, Vice President of Finance, manage the operation and employees of AIFS' Finance Division. Messrs.

Burg and Mahoney are responsible for the operation and day-to-day oversight of the Finance Division, including but not limited to the preparation and maintenance of AIFS' financial records.

4. Although I sometimes review financial information or read financial reports prepared by members of AIFS' Finance Division, I do not individually prepare or analyze any such report on behalf of AIFS. Similarly, I am not responsible for the accuracy or completeness of AIFS' financial information or financial statements. In the normal course of business, I rely upon Messrs. Burg and Mahoney to ensure the accuracy of financial records and to summarize for me the salient aspects of AIFS' financial condition.

5. I have neither an educational background nor any training in either finance or accounting. Similarly, I do not have any prior work experience in those fields, and I have not engaged in any financial accounting or financial analysis on behalf of AIFS.

6. Through the regular performance of my duties as President and CEO, I have gained a basic understanding of AIFS' overall revenues, expenses and income, but generally lack the ability to comment with certainty or specificity on any financial matter concerning AIFS in the aggregate or any of AIFS' individual cultural exchange programs.

7. On September 14, 2017, I testified at an oral deposition in this matter. During the deposition, Plaintiffs' counsel introduced an exhibit that indicates amounts of revenues and expenses associated with the APIA Program for each of the years 2009 – 2014 ("Exhibit 6").

8. As I testified during the deposition, I did not and do not recognize Exhibit 6. To the best of my knowledge, I had not seen the Exhibit 6 previously, and it is not a document that was prepared for or reviewed by me during the course of my regular business as President and CEO.

9. I am unable to speak about or to explain with certainty any of the information contained in Exhibit 6.

10. In the regular course of my business duties, I receive AIFS' audited and, sometimes, unaudited financial statements. Those financial statements contain financial information about all AIFS programs and entities in the aggregate. Those consolidated financial statements do not segregate financial information in a manner or method specific to APIA. Although I have seen documents containing numerical information about budgets, revenue, expense and income on a program-specific basis, I have never seen program-specific information in AIFS' audited or unaudited financial statements.

11. I have never seen any of the information contained in Exhibit 6 in any of the AIFS audited or unaudited financial statements that I have received since becoming President and CEO.  My recollection is consistent with my understanding of how AIFS' accounting firm prepares AIFS' audited and unaudited financial statements during each of the years that I have served as President and CEO.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing affidavit consisting of eleven enumerated paragraphs is true and correct.

_____
William L. Gertz

Sworn to before me this 25 day of January 2018.

_____
Notary Public



Nydia Reyes
State of Connecticut
Notary Public
Commission No. 148958
My Commission Expires 5-31-2022