THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

 Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

 Defendants.

---

**DECLARATION OF JUAN P. VALDIVIESO IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND THE EXPERT DISCOVERY DEADLINE**

---

I, JUAN P. VALDIVIESO, declare as follows:

1.  I am an attorney licensed to practice law in the States of New York, California, Maryland, and in the District of Columbia, and admitted to practice before this Court. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter.

2.  The matters stated herein are based on my personal knowledge or, where noted, on information and belief based on a review of Plaintiffs' counsel's records. I submit this declaration in support of Plaintiffs' Motion to Extend the Expert Discovery Deadline.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of a letter from

1

Faith Reyes to counsel for all parties, enclosing documents labeled ALLI-000078 – ALLI-032891, dated January 10, 2018.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter from Faith Reyes to counsel for all parties, enclosing documents labeled ALLI-032892 – ALLI-034189, dated January 17, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Maria Guarisco to Defendants' counsel, and counsel for the Alliance, copying me, dated January 22, 2018.

6. Attached hereto as **Exhibit 4** is, on information and belief, a true and correct copy of an email chain between counsel for Defendant American Institute for Foreign Study ("AIFS") and Dawn Smalls, dated November 2, 2017 through January 4, 2018.

7. Attached hereto as **Exhibit 5** is, on information and belief, a true and correct copy of an email from Matthew Hoffman, AIFS's document vendor, to Dawn Smalls, enclosing documents labeled AIFS0010020 – AIFS0058218, dated January 5, 2018.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email from Byron Pacheco to all counsel of record, dated October 2, 2017.

9. Attached hereto as **Exhibit 7** is, on information and belief, a true and correct copy of an email from Peter Skinner to Samuel Rudman, dated December 1, 2017.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Plaintiffs' Expert William O. Kerr's deposition testimony in this action, dated December 21, 2017.

11. Attached hereto as **Exhibit 9** is a true and correct of an email from Joan Lukey to Dawn Smalls, dated December 30, 2017.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the deposition notices for Defendants' experts Elizabeth Newlon, Lauren Stiroh, and Paul Lavrakas.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an email from Joan Lukey to Sean Rodriguez, dated January 8, 2018.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email from me to Joan Lukey, dated January 5, 2018.

15. Attached hereto as **Exhibit 13** is a true and correct copy of an email from Joan Lukey to me, dated January 5, 2018.

16. Attached hereto as **Exhibit 14** is, on information and belief, a true and correct copy of the deposition notices for Opt-In Plaintiffs Yentl Swartz, Cecile Pavot, and Annika Kruschwitz.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of January, 2018, at Washington, D.C.

                Respectfully submitted,

                /s/ Juan P. Valdivieso
                Juan P. Valdivieso
                BOIES SCHILLER FLEXNER LLP
                1999 Harrison Street, Suite 900
                Oakland, CA 94612
                Tel. (510) 874-1000
                Fax. (510) 874-1460
                jvaldivieso@bsfllp.com

                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2018, I electronically served the foregoing Declaration on all counsel of record.

*/s/ Juan P. Valdivieso*
Juan P. Valdivieso
