# Exhibit 3

|          |                                                                                           |
|----------|-------------------------------------------------------------------------------------------|
| **From:**    | Maria Guarisco                                                                        |
| **To:**      | beltrandefendants@choate.com; "Lawrence Stone"; Faith Reyes; Ben Ogletree              |
| **Cc:**      | Juan Valdivieso                                                                       |
| **Subject:** | Beltran - Depositions of Lisa Heyn, Michael McCarry, and Ilir Zherka                  |
| **Date:**    | Monday, January 22, 2018 8:14:00 PM                                                   |

Counsel:

Please see below for information regarding the depositions of Lisa Heyn, Michael McCarry, and Ilir Zherka:

| Date | Time | Location | Witness |
|---|---|---|---|
| Thursday, January 25, 2018 | 10:00 a.m. | Boies Schiller Flexner, 1401 New York Ave NW, Washington, DC 20005 | Lisa Heyn |
| Friday, January 26, 2018 | 10:00 a.m. | Boies Schiller Flexner, 1401 New York Ave NW, Washington, DC 20005 | Michael McCarry |
| Monday, January 29, 2018 | 10:00 a.m. | Boies Schiller Flexner, 1401 New York Ave NW, Washington, DC 20005 | Ilir Zherka |

For security purposes, please let me know if you are planning to attend.

Regards,
Maria

**Maria Guarisco**
Paralegal

BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212-446-2347
mguarisco@bsfllp.com
www.bsfllp.com