# Exhibit 5

| | |
|---|---|
| **From:** | Matthew.Hoffman@ricoh-usa.com |
| **To:** | Dawn Smalls |
| **Cc:** | John B. Fulfree; Leigh McEntire; Maria Guarisco; Robert Tucker |
| **Subject:** | RE: Ricoh / Beltran v American Institute |
| **Date:** | Friday, January 5, 2018 1:55:02 PM |

Dawn,

I will confirm that load files have been included in deliverable and have the file re-uploaded.
I will let you know once this has been completed.

Thank you

**Matt Hoffman, CEDS**
Senior Project Manager
Ricoh Legal

**RICOH USA, INC.**
Phone: (347) 359-4632
matthew.hoffman@ricoh-usa.com
https://www.ricoh-usa.com/en/ediscovery

 



This email may contain material that is confidential and for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies

| | |
|---|---|
| From: | Dawn Smalls <DSmalls@BSFLLP.com> |
| To: | "Matthew.Hoffman@ricoh-usa.com" <Matthew.Hoffman@ricoh-usa.com> |
| Cc: | "John B. Fulfree" <jfulfree@putneylaw.com>, Leigh McEntire <lmcentire@rationalenterprise.com>, Maria Guarisco <MGuarisco@BSFLLP.com>, Robert Tucker <RTucker@putneylaw.com> |
| Date: | 01/05/2018 01:43 PM |
| Subject: | RE: Ricoh / Beltran v American Institute [EXTERNAL] |

Matt,

That is great. However, we need to be able to do so on our end as well. Our vendor (cc-ed to this message) has informed us that after working with their analytics team they were able to extract the files after several hours troubleshooting the corrupt files within them. The files still contain 1 corrupt image and a corrupt text file and do not contain any load files or metadata.

Dawn

**From:** Matthew.Hoffman@ricoh-usa.com [mailto:Matthew.Hoffman@ricoh-usa.com]
**Sent:** Thursday, January 04, 2018 6:46 PM

**To:** Dawn Smalls
**Cc:** John B. Fulfree; Leigh McEntire; Maria Guarisco; Robert Tucker
**Subject:** RE: Ricoh / Beltran v American Institute

Hi Dawn,

We test the files and were able to extract them without error.

Please note that this is a multi-part RAR file. Both parts will need to be in the same directory but only the first file actually needs to be extracted.

**Matt Hoffman, CEDS**
Senior Project Manager
Ricoh Legal

**RICOH USA, INC.**
Phone: (347) 359-4632
matthew.hoffman@ricoh-usa.com
https://www.ricoh-usa.com/en/ediscovery

 


This email may contain material that is confidential and for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies

---

From: Dawn Smalls <DSmalls@BSFLLP.com>
To: "Matthew.Hoffman@ricoh-usa.com" <Matthew.Hoffman@ricoh-usa.com>
Cc: "John B. Fulfree" <jfulfree@putneylaw.com>, Robert Tucker <RTucker@putneylaw.com>, Maria Guarisco <MGuarisco@BSFLLP.com>, Leigh McEntire <lmcentire@rationalenterprise.com>
Date: 01/04/2018 04:10 PM
Subject: RE: Ricoh / Beltran v American Institute [EXTERNAL]

---

Matt,

Neither our paralegal or the document vendor can access these files. Cc-ing them here and including their summary of the difficulty they have encountered accessing these files for your reference below:

We have attempted several different methods to extract the data from these compressed files but it appears they are corrupted. We were able to successfully download the files but each time we attempt to extract the data we receive the error messages in the attached screenshot.

The files could have corrupted while they were compressing the data or loading it to the FTP site. Are they able to re-compress and upload these files to the FTP site?

Dawn

**From:** Matthew.Hoffman@ricoh-usa.com [mailto:Matthew.Hoffman@ricoh-usa.com]
**Sent:** Thursday, January 04, 2018 11:52 AM
**To:** Dawn Smalls
**Cc:** John B. Fulfree; Robert Tucker
**Subject:** Ricoh / Beltran v American Institute

Dawn,

The first production has uploaded to the Ricoh FTP.

**Files**
AIFS001.part1.rar
AIFS001.part2.rar

RAR Password: **}T<E8dJKe6Hd?>L6**

**Production Information**
Volume Name: AIFS001
Bates Range: AIFS0010020 - AIFS0058218
Doc Count: 14,849
Page Count: 48,199


Please let me know if you have any questions

Thank you

**Matt Hoffman, CEDS**
Senior Project Manager
Ricoh Legal

**RICOH USA, INC.**
Phone: (347) 359-4632
matthew.hoffman@ricoh-usa.com
https://www.ricoh-usa.com/en/ediscovery

 


This email may contain material that is confidential and for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and

may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer.
[v.1]