# Exhibit 6

| | |
|---|---|
| **From:** | Byron Pacheco |
| **To:** | Maria Guarisco; "brian@rietzlawfirm.com"; "Buchanan, Bob"; "Joseph Cartafalsa"; "Brooke Colaizzi"; "Kathleen Craigmile"; "Raymond Deeny"; "Bogdan Enica"; "Martin Estevao"; "Chanda Feldkamp"; "Martha Fitzgerald"; "fox@wtotrial.com"; "John Fulfree"; "Jessica Fuller"; "Gass, Michael T."; "James Hartley"; "Diane Hazel"; "Adam Hubbard"; "Joseph Hunt"; "William Kelly III"; "sklopman@hklawllc.com"; "Peggy Kozal"; "Lawrence Lee"; "Lukey, Joan"; "James Lyons"; "Stephen Macri"; "David Meschke"; "Thomas Quinn"; "Kathryn Reilly"; "Meshach Rhoades"; "Susan Schaecher"; "Lawrence Stone"; "jsbender@hollandhart.com"; "Robert Tucker"; "Heather Vickles"; "Kruzer, Lyndsey M."; "Boyd, Patrick S."; "ALevy@shermanhoward.com"; "Newman, Shirley M."; vknapp@armstrongteasdale.com; jwolosz@choate.com; kokeefe@choate.com; hkelly@gordonrees.com; jvedra@gordonrees.com; nhuey@gordonrees.com; west@wtotrial.com; estock@gibsondunn.com |
| **Cc:** | Peter Skinner; Matthew L. Schwartz; Dawn Smalls; Sean Rodriguez; beltrandefendants@choate.com; Joshua Libling; Juan Valdivieso; Maria Guarisco |
| **Subject:** | Beltran v. InterExchange, 1:14-cv-03074-CMA-KMT: Plaintiffs" Affirmative Expert Disclosures |
| **Date:** | Monday, October 2, 2017 10:37:45 PM |
| **Attachments:** | Beltran - Ltr Encl. Gold Report 10.2.17.pdf<br>Expert Report of T. Gold.pdf<br>William O. Kerr Expert Report on Merits October 2, 2017.pdf |

Counsel –

Pursuant to the August 28, 2017 Scheduling Order, I write to attach Plaintiffs' affirmative expert disclosures, which include (1) the Merits Report of William O. Kerr (and all appendices and exhibits thereto) and (2) the Expert Report of Tammy Gold (and all exhibits thereto).

Regards,

**Byron Pacheco, Esq.**
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(t) +1 212 909 7632
bpacheco@bsfllp.com
www.bsfllp.com