# Exhibit 8

1

```
 1
 2    UNITED STATES DISTRICT COURT
      DISTRICT OF NEW YORK COLORADO
 3    ------------------------------------------X
      JOHANA PAOLA BELTRAN, et al.,
 4
                                    PLAINTIFFS,
 5
 6              -against-        Case No.:
                                 1:14-CV-03074-CMA-KMT
 7
 8    INTEREXCHANGE, INC., et al.,
 9                                  DEFENDANTS.
      ------------------------------------------X
10
11              DATE: December 21, 2017
12              TIME: 9:03 A.M.
13
14         VIDEOTAPED and TELECONFERENCED
15    DEPOSITION of a Non-Party Witness, WILLIAM
16    O. KERR, Ph.D., taken by the Defendants,
17    pursuant to a Notice and to the Federal
18    Rules of Civil Procedure, held at the
19    offices of Putney Twombly Hall & Hirson,
20    LLP, 521 Fifth Avenue, New York, New York
21    10175, before Suzanne Pastor, an RPR and
22    Notary Public of the State of New York.
23
24
25
```

```
 1                     W. KERR
 2    in the marketplace.  And what happened in
 3    the marketplace is that the host family --
 4    host families saw an increase in their
 5    costs over that period and were happy to
 6    pay it.  Whether they were happy or not I
 7    don't know, but they did pay it.  But all
 8    of that increase came because the sponsors
 9    were increasing their fees.
10                We looked at the other things
11    that I mentioned earlier today to see
12    whether there was any indication that other
13    groups of similar workers would -- was
14    there any reason to believe that the host
15    family amount -- that the sponsor should
16    have been able to increase their rate.  We
17    know they did.  While at the same time the
18    sponsors would have been able to continue
19    to represent that the amount that the
20    stipend should be is $195.75 or whether
21    there is reason to believe that in a
22    competitive situation we would have seen an
23    increase in the stipend as well.
24         Q.    Thank you for that
25    clarification.
```

286

```
 1                    W. KERR
 2              Is there any reason for you in
 3    any of your damages theories to examine any
 4    of the expenses that are incurred by a
 5    sponsor agency?
 6         A.    I would have liked to review
 7    that information, and in fact, I think it
 8    was sought.  But in fact, we got very
 9    spotty information from the defendants
10    about their expenses in a way that allowed
11    me -- the material we got even, the
12    material that we got was not even in most
13    cases usable for that purpose.  Do we need
14    it?  No.  Would it be useful to have it?
15    Yes, it would.  It would bear on some of
16    the questions that might arise in this case
17    because it would allow us to say something
18    about the profitability of the sponsors
19    with respect to their provision of their
20    services and the extent to which they are
21    able to make money and increase their --
22    make money relating to their services in
23    this market.  Their profitability has some
24    bearing on their ability to exercise market
25    power.
```

```
 1                      W. KERR
 2          Q.    So as you sit here today, you
 3    have not expressed any opinion relating to
 4    the profitability of any sponsor agency, is
 5    that correct?
 6          A.    I did in my report produce
 7    information as it was produced to me from
 8    the defendants on the profitability of
 9    their business in this area.  I'm not
10    willing to confirm that that was the be all
11    and end all.  I don't think there is
12    adequate information in the materials
13    produced by the defendants to answer that
14    question.
15          Q.    That was a poor question on my
16    part.  When I look at your damages
17    opinions, you have not expressed any
18    opinions that are based upon the
19    profitability of the defendants, correct?
20          A.    No, no, and it wouldn't be
21    appropriate to do so.
22          Q.    So although the expense
23    information related to any individual
24    defendant may have been of some interest to
25    you, it is not a critical part or necessary
```