# Exhibit 9

**From:** Lukey, Joan [joan.lukey@choate.com]
**Sent:** Saturday, December 30, 2017 09:49 AM Eastern Standard Time
**To:** Dawn Smalls
**Cc:** Juan Valdivieso; Wolosz, Justin J.; Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.; James Lyons; Diane Hazel; O'Keefe, Kevin P.; Alex Hood (alex@towardsjustice.org); Lauren Louis; Sigrid McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly; fox@wtotrial.com; Natalie West; William Kelly III; Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree; Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke; marnold@bhfs.com; brian@rietzlawfirm.com; Thomas Quinn; Peggy Kozal; Heather Kelly; jvedra@gordonrees.com; Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt; Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica; Lawrence Lee; Schaecher, Susan; Eric Stock; Lawrence D. Stone; kcraigmile@nixonshefrin.com
**Subject:** Re: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins, Stephens Depos

Dawn —
We are not interested in proceeding as you suggest.
Thank you.

Joan Lukey
617 248-4949

On Dec 29, 2017, at 6:39 PM, Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>> wrote:

Joan,

We are willing to accommodate Defendants' request for an extension in order to add the state department depositions, if we can add the depositions of the defense experts, which we would schedule on a date convenient to the experts and Defendants. Please let me know your position.

Dawn

Sent with Good (www.good.com<http://www.good.com>)


-----Original Message-----
From: Lukey, Joan [joan.lukey@choate.com<mailto:joan.lukey@choate.com>]
Sent: Friday, December 29, 2017 02:14 PM Eastern Standard Time
To: Juan Valdivieso; Wolosz, Justin J.
Cc: Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.;
James Lyons; Diane Hazel; O'Keefe, Kevin P.; 'Alex Hood
(alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren Louis; Sigrid
McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn Smalls;
Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly;
'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy
Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;
Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Subject: RE: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins,
Stephens Depos


Juan –
We are not yet authorized to agree to your terms; and we may not be so authorized
even after we speak later today with the Cultural Care decision makers, who are on
vacation this holiday week. I just don't know what their position is.
As a heads up, we are prepared to notify the DOS Office of the Legal Adviser later
this afternoon that we will not proceed with the depositions of our three witnesses
this coming week in the absence of written approval from that office. We will tell
them that we will be back to them with regard to scheduling; and, if Cultural Care
decides to do so, we will request leave of court to take the depositions at a later
date.
We will make no reference to your deposition in our communication to the OLA, as
we have no idea whether you have received written approval and can therefore
proceed.
Please let us know as soon as you know whether you are deposing Ms. Ammar on
Thursday.
Thank you.


Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
Sent: Thursday, December 28, 2017 7:45 PM
To: Wolosz, Justin J.; Lukey, Joan
Cc: Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.;
James Lyons; Diane Hazel; O'Keefe, Kevin P.; 'Alex Hood
(alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren Louis; Sigrid
McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn Smalls;
Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly;
'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy
Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;
Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Subject: RE: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins,
Stephens Depos

Justin,

Plaintiffs do not agree to adding the Department of State deponents to the stipulated
motion for relief from the scheduling order.

We believe these DoS deponents are differently situated than the Alliance-related
deponents that we have been trying to schedule since June 2017 but have been
unable to given the Alliance's delay in completing its production.

If you agree not to pursue the depositions of Mses. Gomelsky, Hawkins, and
Stephens, we will agree not to pursue the deposition of Ms. Ammar.

Regards,

Juan

-----Original Message-----
From: Wolosz, Justin J. [jwolosz@choate.com<mailto:jwolosz@choate.com>]
Sent: Thursday, December 28, 2017 05:27 PM Eastern Standard Time
To: Lukey, Joan; Juan Valdivieso
Cc: Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.; Selden, Virginia I.;
James Lyons; Diane Hazel; O'Keefe, Kevin P.; 'Alex Hood
(alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren Louis; Sigrid
McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn Smalls;
Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly;
'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy

Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;
Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Subject: RE: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins,
Stephens Depos

Juan,

We were only able to speak to an administrative assistant at the Office of the Legal
Adviser, and he could not give us any information about whether the witnesses
intend to appear for their depositions next week. We also realized today that both of
our firms inadvertently noticed the depositions for January 2017 (although the
context makes clear that 2018 was intended).

As Joan mentioned this morning, our suggestion is that the parties agree to add
these four names to the list of those who will be deposed after the current deadline.
Let us know if Plaintiffs will agree to such a stipulation; we are checking with the
other defendants as well. If the parties can reach agreement that these depositions
can occur after January 5, we will write to the Office of the Legal Adviser today and
let them know that the depositions will not proceed next week, and will be re-
noticed for later in January.

Justin

Justin J. Wolosz
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com<mailto:jwolosz@choate.com>
www.choate.com<http://www.choate.com/>

From: Lukey, Joan
Sent: Thursday, December 28, 2017 10:33 AM
To: 'Juan Valdivieso'
Cc: Wolosz, Justin J.; Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.;
Selden, Virginia I.; James Lyons; Diane Hazel; O'Keefe, Kevin P.; 'Alex Hood
(alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren Louis; Sigrid
McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn Smalls;
Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly;
'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy
Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;

Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Subject: RE: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins,
Stephens Depos

No response. We are trying outreach today but without the benefit of a
name/contact. (Nothing like a "cold call" to a U.S. Government office during a
holiday week!) We will touch base with you later today as to whether we have any
success. If not, I suggest we agree to add these names to the list of those who will
be deposed beyond the current deadline.

Joan A. Lukey
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

From: Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
Sent: Thursday, December 28, 2017 10:24 AM
To: Lukey, Joan
Cc: Wolosz, Justin J.; Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd, Patrick S.;
Selden, Virginia I.; James Lyons; Diane Hazel; O'Keefe, Kevin P.; 'Alex Hood
(alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren Louis; Sigrid
McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn Smalls;
Randall Jackson; Joshua Libling; Sean Rodriguez; Kathryn Reilly;
'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy
Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;
Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Subject: RE: Beltran, et al. v. InterExchange, Inc., et al.: Gomelsky, Hawkins,
Stephens Depos

Joan,

I am writing to see if you intend to go forward with the depositions of Msses.
Gomelsky, Hawkins, and Stephens next week. We need to plan our travel and
staffing, and would appreciate knowing if you have received any response from the
Department of State.

Thank you very much,

Juan

Juan P. Valdivieso, Esq.
Associate

BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com<mailto:jvaldivieso@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

From: O'Keefe, Kevin P. [mailto:kokeefe@choate.com]
Sent: Monday, December 18, 2017 7:29 AM
To: 'Alex Hood (alex@towardsjustice.org<mailto:alex@towardsjustice.org>)'; Lauren
Louis; Sigrid McCawley; Sabria McElroy; Matthew L. Schwartz; Peter Skinner; Dawn
Smalls; Randall Jackson; Joshua Libling; Sean Rodriguez; Juan Valdivieso; Kathryn
Reilly; 'fox@wtotrial.com<mailto:fox@wtotrial.com>'; Natalie West; William Kelly III;
Chanda Feldkamp; James Hartley; Adam Hubbard; Jonathan Bender; John Fulfree;
Joseph Cartafalsa; Robert Tucker; Stephen Macri; Martha Fitzgerald; David Meschke;
'marnold@bhfs.com<mailto:marnold@bhfs.com>';
'brian@rietzlawfirm.com<mailto:brian@rietzlawfirm.com>'; Thomas Quinn; 'Peggy
Kozal'; Heather Kelly; 'jvedra@gordonrees.com<mailto:jvedra@gordonrees.com>';
Nathan Huey; Brooke Colaizzi; Raymond Deeny; Heather Vickles; Joseph Hunt;
Alyssa Levy; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica;
Lawrence Lee; 'Schaecher, Susan'; Eric Stock; 'Lawrence D. Stone';
'kcraigmile@nixonshefrin.com<mailto:kcraigmile@nixonshefrin.com>'
Cc: Lukey, Joan; Wolosz, Justin J.; Kruzer, Lyndsey M.; Rudman, Samuel N.; Boyd,
Patrick S.; Selden, Virginia I.; James Lyons; Diane Hazel
Subject: Beltran, et al. v. InterExchange, Inc., et al.

Counsel,

Please see the attached letter and enclosures which were served last Friday.

Best,

Kevin P. O'Keefe
[logo]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4025
f 617-502-4025
kokeefe@choate.com<mailto:kokeefe@choate.com>
www.choate.com<http://www.choate.com/>

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall &

Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>
_____


_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at
choate.com<http://choate.com>
_____


_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is

addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>
_____

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com