# Exhibit 10

| | |
|---|---|
| **From:** | Maria Guarisco |
| **To:** | "beltrandefendants@choate.com"; Lawrence D. Stone |
| **Cc:** | Matthew L. Schwartz; Peter Skinner; Dawn Smalls; Sean Rodriguez; Joshua Libling; Juan Valdivieso; Byron Pacheco; Abigail Tudor |
| **Subject:** | Notices of Deposition - Lauren Stiroh, Elizabeth Newlon, and Paul Lavrakas |
| **Date:** | Wednesday, January 3, 2018 6:35:00 PM |
| **Attachments:** | Deposition Notice of L. Stiroh.pdf<br>Deposition Notice of E. Newlon.pdf<br>Deposition Notice of P. Lavrakas.pdf |

Counsel:

Please find Plaintiffs' Notices of Deposition directed to Lauren Stiroh, Elizabeth Newlon, and Paul Lavrakas attached.

Regards,
Maria

**Maria Guarisco**
Paralegal

# BOIES SCHILLER FLEXNER LLP

575 Lexington Avenue
New York, NY 10022
(t) +1 212-446-2347
mguarisco@bsfllp.com
www.bsfllp.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHANA PAOLA BELTRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEREXCHANGE INC., et al., <br><br> Defendants. | Civil Case No. 14-cv-03074-CMA-KMT |

### PLAINTIFFS' NOTICE OF DEPOSITION OF ELIZABETH H. NEWLON

Pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs, by their undersigned attorneys, hereby serve this notice that they will take the deposition of Elizabeth H. Newlon.

The deposition will commence at 9:00 a.m. on January 5, 2018, at the law offices of Boies Schiller Flexner LLP, 575 Lexington Ave, New York, NY 10022, or at another date and time agreed to in writing by the parties. The deposition will be recorded stenographically, by video, and through the instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other officer authorized to administer oaths in the state where the deposition takes place.

BOIES SCHILLER FLEXNER LLP

_____

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Sean P. Rodriguez
575 Lexington Avenue New
York, New York 10022 Tel:
(212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
srodriguez@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
Sabria McElroy
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com
smcelroy@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOHANA PAOLA BELTRAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INTEREXCHANGE INC., et al., <br><br> Defendants. | Civil Case No. 14-cv-03074-CMA-KMT |

### PLAINTIFFS' NOTICE OF DEPOSITION OF LAUREN J. STIROH

Pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs, by their undersigned attorneys, hereby serve this notice that they will take the deposition of Lauren J. Stiroh.

The deposition will commence at 9:00 a.m. on January 5, 2018, at the law offices of Boies Schiller Flexner LLP, 575 Lexington Ave, New York, NY 10022, or at another date and time agreed to in writing by the parties. The deposition will be recorded stenographically, by video, and through the instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other officer authorized to administer oaths in the state where the deposition takes place.

BOIES SCHILLER FLEXNER LLP

*[signature]*

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Sean P. Rodriguez
575 Lexington Avenue New
York, New York 10022 Tel:
(212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
srodriguez@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
Sabria McElroy
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com
smcelroy@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JOHANA PAOLA BELTRAN, et al.,

    Plaintiffs,

    v.

INTEREXCHANGE INC., et al.,

    Defendants.

Civil Case No. 14-cv-03074-CMA-KMT

## PLAINTIFFS' NOTICE OF DEPOSITION OF PAUL J. LAVRAKAS

Pursuant to Fed. R. Civ. P. 26 and 30, Plaintiffs, by their undersigned attorneys, hereby serve this notice that they will take the deposition of Paul J. Lavrakas.

The deposition will commence at 9:00 a.m. on January 5, 2018, at the law offices of Boies Schiller Flexner LLP, 575 Lexington Ave, New York, NY 10022, or at another date and time agreed to in writing by the parties. The deposition will be recorded stenographically, by video, and through the instant visual display of testimony by means of LiveNote or other similar technology, before a notary public or other officer authorized to administer oaths in the state where the deposition takes place.

BOIES SCHILLER FLEXNER LLP

Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Sean P. Rodriguez
575 Lexington Avenue New
York, New York 10022 Tel:
(212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
srodriguez@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
Sabria McElroy
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel.: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com
smcelroy@bsfllp.com

Alexander Hood
TOWARDS JUSTICE
1535 High Street, Suite 300
Denver, Colorado 80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

2