# Exhibit 11

**From:** Lukey, Joan [joan.lukey@choate.com]
**Sent:** Monday, January 08, 2018 4:20 PM
**To:** Sean Rodriguez; Dawn Smalls; Peter Skinner; Matthew L. Schwartz; Joshua Libling; Juan Valdivieso; Byron Pacheco
**Cc:** Beltrandefendants
**Subject:** RE: notices of depositions of Stiroh, Newlon, and Lavrakas

Sean –

On behalf of Defendants, other than Larry Stone who has a different expert, I write to respond to your email last Thursday afternoon.

Plaintiffs either overlooked, or ignored, the deadline for expert discovery, i.e., Friday, January 5. Defendants, on the other hand, abided by that deadline and completed their desired expert discovery on a timely basis. You then attempted to notice our expert depositions for the last day of expert discovery with about 36 hours' notice, instead of the required 14 days, and without conferral with Defendants, both in violation of the rules.

It simply is not fair or appropriate for one side to abide by the rules, and the other side to ignore them. That, in and of itself, creates the prejudice that you would be taking depositions with

the benefit of "all the facts" and "depositions relevant to the experts' opinions," to use your terminology, while we did not have that benefit.

    Respectfully, we therefore intend to oppose any effort on your part for late depositions of our experts.

Joan A. Lukey
logo



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Sean Rodriguez [mailto:srodriguez@BSFLLP.com]
**Sent:** Thursday, January 04, 2018 1:47 PM
**To:** Lukey, Joan; Dawn Smalls; Peter Skinner; Matthew L. Schwartz; Joshua Libling; Juan Valdivieso; Byron Pacheco
**Cc:** Beltrandefendants
**Subject:** Re: notices of depositions of Stiroh, Newlon, and Lavrakas

Joan,

Especially in light of the fact that the parties have agreed to conduct several other depositions after the deadline, and that opt-in discovery will be ongoing through April, we do not understand your position or perceive any prejudice to the defendants. As you know, we did raise this last week, but the defendants did not consent to an extension of the discovery deadline for the purposes of conducting these depositions.

Moreover, the various delays in the case have resulted in an irrational schedule, under which the experts do not have all the facts before them and where depositions relevant to the experts' opinions are still ongoing. We think the earliest these depositions should go forward is after the upcoming Alliance depositions by about 1-2 weeks. (They also needed to post-date any State Department depositions, but now that has been taken off the table.) They may need to be further deferred depending on the outcome of the objections now before Judge Arguello.

We are of course happy to work with you and your colleagues to schedule these depositions at a mutually-convenient time, but felt that we needed to serve the discovery request before the current deadline. Please let us know whether the defendants will work with us, or whether we will need to bother the Court with this.

Thanks,
Sean

From: "Lukey, Joan" <joan.lukey@choate.com<mailto:joan.lukey@choate.com>>
Date: Thursday, January 4, 2018 at 5:13 AM
To: Dawn Smalls <DSmalls@BSFLLP.com<mailto:DSmalls@BSFLLP.com>>, Peter Skinner <PSkinner@BSFLLP.com<mailto:PSkinner@BSFLLP.com>>, "Matthew L. Schwartz" <mlschwartz@BSFLLP.com<mailto:mlschwartz@BSFLLP.com>>, Sean Rodriguez <srodriguez@bsfllp.com<mailto:srodriguez@bsfllp.com>>, Joshua Libling <jlibling@BSFLLP.com<mailto:jlibling@BSFLLP.com>>, Juan Valdivieso <JValdivieso@BSFLLP.com<mailto:JValdivieso@BSFLLP.com>>, Byron Pacheco <bpacheco@BSFLLP.com<mailto:bpacheco@BSFLLP.com>>
Cc: Beltrandefendants <beltrandefendants@choate.com<mailto:beltrandefendants@choate.com>>
Subject: notices of depositions of Stiroh, Newlon, and Lavrakas

Good morning –
After business hours last evening, an email arrived forwarding three notices of deposition directed to Defendants' experts, purportedly to occur simultaneously on Friday, the deadline for expert discovery, in New York City tomorrow. Those of us in Boston, and perhaps those of you in New York, are not at work today because of a weather event; but, our response would have been the same even if we were in the office.
Please be advised that we will not be producing the experts for deposition, now or after Friday absent a court order, because of your failure to comply with C.C. Colo. LCivR 30.1, which provides as follows:
"Unless otherwise ordered by the court, reasonable notice for taking a deposition shall be not less than 14 days, as computed under Fed. R. Civ. P. 6. Before sending a notice to take a deposition, counsel or the unrepresented party seeking the deposition shall make a good faith effort to schedule it in a convenient and cost effective manner."
In order to conduct a deposition on or before the Friday deadline, Plaintiffs had two obligations: (a) to confer with Defendants' counsel as to a convenient date and a cost effective manner of proceeding, and (b) to provide notice after conferral at least 14 days in advance of the scheduled date.
One business day's notice – a blizzard day on the east coast at that – for counsel spread across the country from Boston to Denver and expert witnesses in California and the mid-west does not satisfy the timeliness requirement, as we would have told you had you met the conferral requirement. Nor are Defendants prepared at this late date, the day before the deadline, to agree to a later date.
Therefore, absent a court order, Defendants' experts will not be produced for another deposition.
Please let me know if you have any questions. I can be reached today by cell, 617-733-3336. I have other conference calls during the day; so, if you go into VM, please know that I will get back to you as soon as I can.
Thank you.
Joan A. Lukey
[cid:image001.gif@01D38532.8C874290]
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com<mailto:joan.lukey@choate.com>
www.choate.com<http://www.choate.com/>

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com