# Exhibit 12

On Jan 4, 2018, at 9:09 PM, Juan Valdivieso <JValdivieso@BSFLLP.com<mailto:JValdivieso@BSFLLP.com>> wrote:

Counsel,

Would any of the defendants be interested in engaging on a broader agreement that will rationalize the scheduling issues that have arisen, and avoid serial court proceedings? This includes summary judgment deadlines; the Alliance-related depositions; opt-in au pair depositions; and expert depositions. We'd prefer to address all of these things in a single package, as we did when we presented a global agreement at class certification.

If defendants prefer otherwise, attached is a narrow stipulation that we think (given my earlier conversation with Joan) would be unobjectionable and could be filed with the court tomorrow. It would allow the Alliance-related depositions to take place after January 5, 2018, but leave all other deadlines alone.

Please let us know your position tomorrow by 3 pm eastern.

Regards,

Juan

Juan P. Valdivieso, Esq.
Associate


BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com<mailto:jvaldivieso@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>

From: Lukey, Joan [mailto:joan.lukey@choate.com]
Sent: Wednesday, January 03, 2018 3:20 PM
To: Juan Valdivieso
Cc: Wolosz, Justin J.
Subject: Draft motion for relief from scheduling order

Hi, Juan –
Happy new year!
Per my VM, could you please give me a call tomorrow? Please use my cell – 617 733 3336 – as I'll likely be stuck at home because of a snowstorm. We need to discuss the motion.
Thanks.

Joan A. Lukey

&lt;image001.gif&gt;
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com&lt;mailto:joan.lukey@choate.com&gt;
www.choate.com&lt;http://www.choate.com/&gt;

From: Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
Sent: Tuesday, January 02, 2018 3:31 PM
To: Lukey, Joan
Cc: Beltrandefendants; Dawn Smalls; Larry Stone (lstone@duffordbrown.com&lt;mailto:lstone@duffordbrown.com&gt;) (lstone@duffordbrown.com&lt;mailto:lstone@duffordbrown.com&gt;)
Subject: RE: DRAFT Proposed Motion for Relief From Scheduling Order

Hi Joan,

Happy new year. I have heard from one defendant (CHI) that this language is ok. Please let me know what the others think, and if you have any proposed changes.

Many thanks,

Juan

Juan P. Valdivieso, Esq.
Associate


BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com&lt;mailto:jvaldivieso@bsfllp.com&gt;
www.bsfllp.com&lt;http://www.bsfllp.com/&gt;

From: Juan Valdivieso
Sent: Friday, December 22, 2017 1:54 PM
To: joan.lukey@choate.com&lt;mailto:joan.lukey@choate.com&gt;
Cc: Beltrandefendants (beltrandefendants@choate.com&lt;mailto:beltrandefendants@choate.com&gt;); Dawn Smalls; Larry Stone (lstone@duffordbrown.com&lt;mailto:lstone@duffordbrown.com&gt;) (lstone@duffordbrown.com&lt;mailto:lstone@duffordbrown.com&gt;)
Subject: DRAFT Proposed Motion for Relief From Scheduling Order

Joan,

Attached is a draft stipulated motion for relief from the scheduling order for the limited purpose of conducting the depositions of Messrs. Gertz, Zherka, McCarry, and Ms. Heyn, after the January 5, 2018 fact discovery deadline.

It would be good to file this with the Court sooner rather than later, but I understand it will be hard to round everyone up in the next few days while people are enjoying the holidays.

Regards,

Juan

Juan P. Valdivieso, Esq.
Associate


BOIES SCHILLER FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com<mailto:jvaldivieso@bsfllp.com>
www.bsfllp.com<http://www.bsfllp.com/>


_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
_____
Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com<http://choate.com>
_____

_____
The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
<2018.01.04 Stipulated Motion for Relief From Scheduling Order 210 pm.docx>


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com