# Exhibit 13

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Friday, January 05, 2018 2:47 PM
**To:** Juan Valdivieso
**Cc:** Beltrandefendants
**Subject:** Proposed Order

Juan –

     We will agree to the substance of your proposed order, conditioned on the Alliance depositions taking place by Jan. 31.  We do not agree to extending other deadlines or to waiting for Judge Arguello's Order on your Objection.  This would necessitate the following changes in your draft:

     Par. 2:  the last sentence would end, "…but these dates will be feasible only if the document production is provided to the Parties by Wednesday, January 10, 2018, one week before the first noticed Alliance deposition."

     Par. 4:  "Pending motion" should be called "Objection."

     Par. 5:  deleted.

     Par. 7:  First sentence deleted.  Second sentence would read, "the Parties therefore propose that the Court grant the Parties leave to conclude the depositions of Messrs. Gertz, McCarry, Zherka, and of Ms. Heyn by January 31, 2018. "


Joan A. Lukey
logo



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com

www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com