## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

      Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

      Defendants.

---

## PLAINTIFFS' MOTION FOR A FORTHWITH HEARING
## ON MOTION TO EXTEND THE EXPERT DISCOVERY DEADLINE

---

Plaintiffs move pursuant to KMT Civ. Practice Standard III.F.1 for a forthwith hearing on Plaintiffs' Motion to Extend the Expert Discovery Deadline [ECF No. 816].

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs informed Defendants that Plaintiffs would seek forthwith consideration on January 26, 2018. All Defendants responded on January 27, 2018, indicating that they oppose forthwith consideration.

### ARGUMENT

As explained more fully in the underlying Motion to Extend the Expert Discovery Deadline [ECF No. 816], Plaintiffs seek a limited extension of the January 5, 2018 expert discovery deadline in order to depose two of Defendants' four experts.  Plaintiffs' request affects no other scheduled dates (including the dates for dispositive motions), and is amply justified by Defendants' conduct, along with delays caused by Defendants'

1

trade association, the Alliance for International Exchange.  Defendants dumped nearly 50,000 pages of new documents on Plaintiffs the day before the current deadline; and the Alliance dumped an additional 30,000 pages after the current deadline.  These documents are plainly relevant to issues the parties' experts have opined on, and Plaintiffs deserve the opportunity to question Defendants' experts on the basis of this fuller record.  Recognizing the problems Alliance-related delays have caused, Defendants agreed to extend the fact discovery deadline (also January 5, 2018) in order to conduct depositions of Alliance employees.  Yet Defendants refuse to do so for expert depositions "absent a court order".

Plaintiffs request forthwith treatment of their motion to extend the deadline so that the dispute can be resolved without interfering with other deadlines in the case.  Expert discovery is surely relevant to the parties' summary judgment motions, which are currently due February 16, 2018.  Yet if the Court allows the customary 21 days for response, and 14 additional days for reply before ruling on the underlying motion to extend the expert deadline, the summary judgment deadlines may also have to be adjusted.

The Court has set a hearing on Plaintiffs' motion for March 26, 2018.  (See ECF No. 819).  Plaintiffs respectfully request that the hearing, if necessary, be advanced. Summary judgment briefing will already be well under way by the end of March.  If Plaintiffs prevail and are given leave to depose Defendants' experts after summary judgment materials have already been submitted, then the parties' summary judgment submissions will be incomplete.

Accordingly, to avoid further delays to the schedule and the necessity for submitting supplemental summary judgment materials, Plaintiffs respectfully request forthwith treatment of their motion.  Plaintiffs further request that any hearing on their motion similarly be expedited, according to the Court's availability.

Dated: January 29, 2018

Respectfully Submitted,

BOIES, SCHILLER FLEXNER LLP

  /s/ Sean P. Rodriguez
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011

Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218
Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/ Sean P. Rodriguez*
Sean P. Rodriguez
