IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

_____

**[PROPOSED] ORDER GRANTING MOVING PARTIES' JOINT MOTION CONCERNING SUMMARY JUDGMENT PROCEDURE**

This matter is before the Court on the Moving Parties' Joint Motion Concerning Summary Judgment Procedure (Doc. # ___).

The Court has reviewed the relevant pleadings. For good cause appearing, it is hereby ORDERED that the Joint Motion is GRANTED pursuant to this Court's inherent power to manage its docket and the litigation before it.

The procedure for Summary Judgment briefing is ordered as set forth in the Joint Motion. [Defendant A.P.EX. American Professional Exchange, LLC dba ProAuPair and 20/20 Care Exchange, Inc. dba The International Au Pair Exchange shall be bound by the same procedure.]

DATED: _____, 2018.

_____
Honorable Christine M. Arguello
United States District Judge

8465391v2