# Exhibit A

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18578 | IHGAE87CG | Carina Oberbauer | Cultural Care Au Pair |
| 18580 | KG6BB52B4 | Carina Xavier Pinto | Cultural Care Au Pair |
| 18595 | KH2DB89BH | Justine Quere | Au Pair Care, Inc. |

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/23/2018

Signature: *Carina Oberbauer* (DocuSigned by: 20BBFB8D669A404...)

Name: Carina Oberbauer

Address: Wolfsschanzengasse 1/3/19

Vienna, Vienna AT 1210

Phone Number: +436645409897

Email Address: carina.oberbauer@gmail.com

Sponsor: Cultural Care Au Pair

Dates in Au Pair Program:

From: 10/24/2011    To: 08/06/2013

# CONSENTIMENTO DE INGRESSO

(De acordo com § 216 USC 29 (b))

**Para ingressar nesta ação, preencha este formulário até 2 de novembro de 2017.**

1. Por meio deste instrumento, decido e opto por ingressar no polo ativo desta ação (14-cv-03074-CMA-KMT) (D.Colo) ajuizada nos termos da Lei de padrões trabalhistas justos dos EUA (Fair Labor Standards Act) para receber salários não pagos pelo meu patrocinador atual/ex-patrocinador do visto.
2. Concordo em obrigar-me nesta ação a qualquer decisão proferida pelo Tribunal, seja favorável ou desfavorável. Além disso, concordo em obrigar-me a qualquer acordo aprovado pelo Autor mencionado nesta ação para o meu patrocinador de visto.
3. Pelo presente, designo os escritórios de advocacia Boies, Schiller & Flexner LLP e Towards Justice para me representarem nesta ação e consinto com o acordo de honorários advocatícios descrito no Aviso de seu direito ingressar em ação por salários não pagos.

Fecha: 01/23/2018

Assinatura: *carina xavier pinto* (DocuSigned by: FC3F9A53B46B442...)

Nombre: carina xavier pinto

Endereço: salvador di si

taubate, CA US 12081-410

Teléfono: +551236292892

Email Address: carina.xavier.pinto@gmail.com

Patrocinador: Cultural Care Au Pair

Fechas de participación en el programa au pair:

De: 03/07/2016    A: 02/14/2018

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/26/2018

Signature: *Justine QUERE* (DocuSigned by: E1D108B043AA441...)

Name: Justine QUERE

Address: 9A rue des coteaux

Saint Julien Les Metz, Lorraine FR 57070

Phone Number: 0695751372

Email Address: quere.justine@gmail.com

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 08/22/2012    To: 08/22/2013