# Exhibit B

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 12587 | P98A879A3 | Angela Mininni | Cultural Care Au Pair |
| 6094 | E0FD6A6A | Diana Gomez Arboleda | Au Pair Care, Inc. |
| 7239 | H48D96E58 | Jennifer Tathiana Garcia Duarte | Au Pair Care, Inc. |
| 15256 | ID8HA4CA6 | Louise Koller | Expert Au Pair |
| 12834 | X77EFBGCH | Monica Yulieth Hinestroza Jordan | Go Au Pair |

| | |
|---|---|
| **From:** | Angela Mininni <angela.mininni11@gmail.com> |
| **Sent:** | Friday, January 19, 2018 6:48 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdraw lawsuit |

Good morning,

After a careful examination of my situation, I have decided to withdraw and leave the lawsuit I had joined against my Sponsor, Cultural Care, and the other agencies that provide the au pair service.

Thank you for you work,

Angela Mininni

| | |
|---|---|
| **From:** | Diana Gómez <dianagomezarboleda@gmail.com> |
| **Sent:** | Tuesday, January 23, 2018 9:44 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Re: Lawsuit |

Yes, I want to withdraw with my consent to join  to the Aupairwageaction submitted on July 25, 2017. I don`t want to be part of the lawsuit.

Thank you for your answer and I want to know is there anyplace (page) when can I confirm I am not part, of the lawsuit anymore or just with the email?

Kindest Regards,

*pense bem antes de imprimir*

| | |
|---|---|
| **From:** | Louise Koller <lulu-k-1998@hotmail.com> |
| **Sent:** | Friday, January 26, 2018 4:20 PM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Not taking part of the lawsuit |

Hello,

I hereby withdraw my participation on your lawsuit

Best,

Louise Koller

# Graham Penny

| | |
|---|---|
| **From:** | Monica Yulieth Hinestroza-Noble <monicahinesnoble@gmail.com> |
| **Sent:** | Friday, January 26, 2018 8:58 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | I wish to withdraw from the Au Pair lawsuit |

Good morning,

Hope this finds you well. My name is Monica Y. Hinestroza Jordan, i was an au pair from 2013 to 2015. After thinking about this lawsuit and my time as an au pair, I decided that I want to withdraw my participation.

I would highly appreciate if your help with the withdrawal process.

Again, thank you for your time and consideration.

Best Regards,

Monica Y. Hinestroza Jordan

1

| | |
|---|---|
| **From:** | Tathiana García <tathiana.garcia@outlook.com> |
| **Sent:** | Tuesday, January 23, 2018 10:16 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | LAWSUIT |

Hello,

My name is Tathiana Garcia, I am from Colombia and I was au pair the last year in USA. Last year I received an email with the purpose of join to a lawsuit for the au pairs who had a bad experience and I joined in that time and signed, however I am not interested to be part in the lawsuit anymore. I would like not be include in this lawsuit or something related with.

Thank you so much for your attention

Tathiana García

Sent from my iPhone

1