# Exhibit B

# Denton, Brenda

| | |
|---|---|
| **From:** | Rudman, Samuel N. |
| **Sent:** | Monday, December 04, 2017 1:05 PM |
| **To:** | Peter Skinner; Dawn Smalls; alex@towardsjustice.org |
| **Cc:** | Beltrandefendants; Lawrence D. Stone; kcraigmile@nixonshefrin.com |
| **Subject:** | RE: Beltran, et al. v. Interexchange, Inc., et al. |
| **Attachments:** | 12-4-2017 Notice of Deposition (William O. Kerr).pdf |

Thanks, Peter.

Please see the attached notice of deposition for Dr. Kerr.

Best,
Sam

**From:** Peter Skinner [mailto:PSkinner@BSFLLP.com]
**Sent:** Friday, December 01, 2017 2:21 PM
**To:** Rudman, Samuel N.; Dawn Smalls
**Cc:** Beltrandefendants
**Subject:** RE: Beltran, et al. v. Interexchange, Inc., et al.

Sam,

We can do Dr. Kerr's deposition on 12/21, 1/17 or 1/18.

Best,
Peter

**From:** Rudman, Samuel N. [mailto:srudman@choate.com]
**Sent:** Friday, December 1, 2017 12:58 PM
**To:** Peter Skinner; Dawn Smalls
**Cc:** Beltrandefendants
**Subject:** RE: Beltran, et al. v. Interexchange, Inc., et al.

Peter,

I wanted to follow up with you about Dr. Kerr's deposition. Please provide us with some dates in December that work for Plaintiffs and Dr. Kerr so that we can notice his deposition on Monday.

Best,
Sam

**From:** Peter Skinner [mailto:PSkinner@BSFLLP.com]
**Sent:** Wednesday, November 29, 2017 5:53 PM
**To:** Rudman, Samuel N.; Dawn Smalls
**Cc:** Beltrandefendants
**Subject:** RE: Beltran, et al. v. Interexchange, Inc., et al.

1

Sam,

12/14 and 12/15 work for neither Dr. Kerr nor plaintiffs' counsel. We're working to get alternative dates.

Best,
Peter


-----Original Message-----
**From:** Rudman, Samuel N. [srudman@choate.com]
**Sent:** Tuesday, November 28, 2017 06:47 PM Eastern Standard Time
**To:** Dawn Smalls; Peter Skinner
**Cc:** Beltrandefendants
**Subject:** Beltran, et al. v. Interexchange, Inc., et al.


Dawn and Peter,

We are preparing to notice Dr. Kerr's merits deposition.  Please let us know whether December 14 or 15 works for you and Dr. Kerr.

Best,
Sam

Samuel N. Rudman

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4034
f 617-502-4037
srudman@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination,

distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]