# Exhibit C

**Denton, Brenda**

**From:** Wolosz, Justin J.
**Sent:** Friday, January 05, 2018 3:57 PM
**To:** 'Dawn Smalls'
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Dawn,

Thank you, we will proceed on the 13th at your offices.  We will plan to begin at 9:00 AM so that we have enough time to complete the deposition before Ms. Swartz needs to leave.

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Thursday, January 04, 2018 9:14 PM
**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Justin,

Yentl Rose Pagan Swartz is available next Saturday January 13. She has been given leave by her host mother to do so but must be back in Greenwich CT by 3pm to resume her childcare responsibilities. We can host at our offices in New York City if you would like to hold the deposition there.

Dawn



Sent with Good (www.good.com)


-----Original Message-----
**From:** Dawn Smalls
**Sent:** Tuesday, January 02, 2018 10:43 AM Eastern Standard Time
**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Justin,

Ms. Camila Diez is located in Medillin Columbia. We are working with her to identify dates.

Yentl Rose Pagan Swartz is currently an au pair for three children and is unable to be deposed on a weekday due to her childcare responsibilities. She is available for a deposition on a Saturday.

Dawn

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Tuesday, December 19, 2017 6:08 PM
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Dawn –

Following up on the email below -- please let us know the city in Columbia where Ms. Camila Diez is located, and please provide available dates for her deposition.

Also, could you provide available January dates for Yessica Lucero Morales Palacios and Yentl Rose Pagan Swartz?  We understand both are living in the United States.

Thanks,

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

**From:** Wolosz, Justin J.
**Sent:** Monday, December 11, 2017 10:29 PM
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Dawn –

Thank you for your email.  Please provide the city in Columbia where Ms. Camila Diez is located, and please provide available dates when we can take her deposition there.

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place

2

Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, December 11, 2017 3:33 PM
**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Thanks. I will tell Ms. Franco Mendes that she can expect the exact location tomorrow.

Maria Camila Diez is no longer in the United States. She is back in her home country of Columbia. Can you let me know how you'd like to proceed?

Thanks,

Dawn

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Monday, December 11, 2017 3:19 PM
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Thank you Dawn, we'll make the arrangements.

With respect to this Friday, December 15, Ms. Franco Mendes' deposition will be in Hammond, Indiana (which is the next town over from Highland). We are still pinning down the precise address, and will send a notice tomorrow with that information.

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, December 11, 2017 12:23 PM
**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Justin,

Mariel Andrea Bobboni is available to be deposed on December 29th in Philadelphia, PA. She does not require a

3

translator.

Dawn


Sent with Good (www.good.com)


-----Original Message-----
**From:** Dawn Smalls
**Sent:** Wednesday, December 06, 2017 09:20 AM Eastern Standard Time
**To:** 'Wolosz, Justin J.'
**Cc:** 'Lukey, Joan'; 'Kruzer, Lyndsey M.'; 'O'Keefe, Kevin P.'; 'James Lyons'
**Subject:** RE: Depositions

Justin,

Ms. Esguerra Leon has requested a Spanish translator for her deposition on the 21st.

Dawn


Sent with Good (www.good.com)


-----Original Message-----
**From:** Wolosz, Justin J. [jwolosz@choate.com]
**Sent:** Monday, December 04, 2017 05:09 PM Eastern Standard Time
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

OK, thanks.  In that case, we will plan to notice Ms. Boehne for December 20th.  We would like to proceed with Ms. Franco Mendes on December 15 and Ms. Esguerra Leon on December 21.  We will find locations in the vicinity of their residences and get back to you with notices as soon as we can.

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, December 04, 2017 4:28 PM

4

**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

I can't do the 19th but could potentially do the 20th.

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Monday, December 04, 2017 4:21 PM
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Thanks Dawn.  For Ms. Boehne's deposition, could you do the 19th or 20th as well?

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Monday, December 04, 2017 3:38 PM
**To:** Wolosz, Justin J.
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** RE: Depositions

Justin,

To the best of my knowledge, Eileen Boehne is unrepresented. December 18 works for Plaintiffs.

With respect to the five opt ins you have named below, Maria Raquel Franco Mendes is available on December 15 or December 22nd. Erika Johana Esguerra Leon is available the week of Dec. 20 – Dec. 23rd. I will get back to you, hopefully later this week, with the availability regarding the other three.

Thanks,

Dawn

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Friday, December 01, 2017 1:13 PM
**To:** Dawn Smalls
**Cc:** Lukey, Joan; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; James Lyons
**Subject:** Depositions

Dawn,

Even though Plaintiffs have not yet produced opt-in discovery, we intend to proceed now with depositions of the following five opt-in plaintiffs who currently live in the United States:

5

**Maria Camila Diez Montoya**
326 NE 76th St.
Seattle, WA 98115

**Erika Johana Esguerra Leon**
1262 Braygood Drive
Collerville, TN 38017

**Larissa Luana Goncalves Silva**
7619 Westwind Ln
Houston, TX 77071

**Mariel Andrea Bobboni**
2 Courtney Lane
Thorndale, PA 19372

**Maria Raquel Franco Mendes**
10029 Kennedy Ave 3E
Highland, IN 46322

We will plan to take the depositions at a location near each plaintiff's residence, unless they are willing to come to Boston or New York.  Could you provide us with dates in December when they are available?

Also, we are going to depose Ms. Boehne.  Before we issue a subpoena, we wanted to see if December 18 is an acceptable date for that deposition from your perspective, assuming that you intend to have someone present.  I understand that Mr. Boehne lives in Nolensville, Tennessee (outside Nashville), so the deposition would be in that vicinity at a place to be determined.  Please also let me know whether, to your knowledge, Ms. Boehne is represented in connection with this case.

Thanks,

Justin


Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com


Choate Hall & Stewart LLP Confidentiality Notice:

This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally

exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

<image001.gif>

<image001.gif>

<image001.gif>

<image001.gif>

<image001.gif>

<image001.gif>

<image001.gif>

<image001.gif>