# Exhibit D

**Denton, Brenda**

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, January 16, 2018 11:14 AM
**To:** Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Kruzer, Lyndsey M.; Selden, Virginia I.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

We will agree to the points below with respect to Dafne's deposition.

Dafne, Cecile, Estefania, and Priscilla are all confirmed. Angela is waiting for confirmation from her host family that she will be off that day and said she would be able to let me know tomorrow or Thursday.

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Friday, January 12, 2018 5:15 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Lukey, Joan; Kruzer, Lyndsey M.; Selden, Virginia I.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Dawn,

Here are the next five opt-in depositions that we will be taking, based on the availability you provided.  We will get you formal notices as soon as we have the locations settled:

| Date | Deponent | Location |
|---|---|---|
| Thursday, 1/18/18 (evening east coast time) | Dafne Di Marco | Attadale, Australia (via videoconference) |
| Friday, 1/19/18 | Cecile Pavot | Philadelphia, PA |
| Saturday, 1/27/18 | Angela Mininni | New York, NY |
| Friday (2pm), 2/2/18 | Estafania Pinto | Kissimmee, Florida |
| Saturday, 2/3/18 | Priscilla Xavier Brasileiro | New Market, MD |

With respect to Ms. Di Marco, will Plaintiffs stipulate pursuant to Fed. R. Civ. P. 29(a) to the following (which is a version of the stipulation we entered for Beaudette Deetlefs, adjusted to reflect the fact that this deposition will be by video)?

1. That the deposition transcript and recording will be usable in the Beltran litigation in the same manner as if Ms. Di Marco had been deposed within the United States;

2. That the deposition may be taken before a stenographer and videographer physically located in the United States, and that the stenographer may administer the oath via the video feed; and

1

3. That following review of the transcript and the opportunity to make corrections as permitted by U.S. procedure, Ms. Di Marco will sign pursuant to 28 U.S.C. § 1746(1) affirming that her testimony is truthful.

Please let me know.  Thanks,

Justin

Justin J. Wolosz



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Thursday, January 11, 2018 2:55 PM
**To:** Lukey, Joan
**Cc:** Peter Skinner; Wolosz, Justin J.; Kruzer, Lyndsey M.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Joan,

We are still working our way through this list but wanted to give you the dates of availability we have received thus far. Please see below:

1. Angela Mininni –Brooklyn, NY – She is currently working as an au pair and is available only on a Saturday (although not next Saturday)
2. Cecile Pavot – Philadelphia, PA – She prefers and can make herself available on a Friday in Philadelphia
3. Dafne Di Marco –Attadale, Australia – She is available for a deposition Tues through Friday of next week.
4. Estafania Pinto – Kissimmee, Florida – She is available M-F after 2:00 or on a Saturday

Dawn

---

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Friday, January 05, 2018 7:00 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Wolosz, Justin J.; Kruzer, Lyndsey M.
**Subject:** Opt-in Plaintiff depositions and late survey results

Dawn:

 We are writing for two purposes: (1) to confer with regard to dates and locations for the depositions of the opt-in plaintiffs listed below, and (2) to alert you that we shall seek to confer, and move to compel if necessary, regarding the overdue survey results for the other two-thirds of the current c. 1670 opt-ins if we don't have those results by Wednesday, Jan. 10.

 **First**, with regard to the depositions that we are planning to conduct shortly, the list of deponents is below. These deponents are drawn from the survey results that have been provided to us, covering (I believe) roughly one-third of the currently identified opt-in Plaintiffs.   Next to each plaintiff's name, we have listed his or her current geographic location as disclosed in the survey.

We intend to conduct each deposition in person, with a reporter and videographer physically present.  We will also provide a translator if you notify us as part of this conferral that one is needed.  We will travel to deponent's country or, at your choice, conduct the deposition in the U.S. if you elect to bring the deponent here at Plaintiffs' expense.  We have no objection if you wish to participate in international depositions – or, for that matter, domestic depositions -- by Skype or some comparable video method that our reporting service is able to provide.  We recognize that it is easier to defend remotely than it is to conduct.  If Dafne Di Marco, who resides in Australia, elects to be deposed there, we may feel compelled to relegate ourselves to a video-feed ourselves because of the distance.  However, it is our strong preference, and our right, to be present physically for all depositions.

We have compiled our list in alphabetic order by first name, simply as a matter of convenience. The requested deponents are:

1. Anais Marine Patience Zanga Tayida –Orinda, CA
2. Andreas Bringmann – Hamburg, Germany
3. Angela Mininni –Brooklyn, NY
4. Anna Kozlowska - Glasgow, Scotland
5. Annika Kruschwitz – Frankfurt, Germany
6. Aurelie Ruehl – Pensacola, FL
7. Cecile Pavot – Philadelphia, PA
8. Charlotte Fevre – Nancy, France
9. Claudia Habl – Baumgarten, Austria
10. Cristoph Zachhuber –Phoenix, AZ
11. Dafne Di Marco –Attadale, Australia
12. Estafania Pinto – Kissimmee, Florida
13. Indra Sinnathurai Kandasamy – Bondy, France
14. Inti Denise Escalante – Biella, Italy
15. Jonathan Russek – Friedrichshafen, Germany
16. Julie Asterdal – Valby, Denmark
17. Katarzyna Izabela Dulewska – Szczecin, Poland
18. Kubra Sahin – Brooklyn, NY
19. Laura Juliana Cano Ligarreto – Bogota, Colombia
20. Liliana Paulin Lozano – los Garza, Mexico
21. Maria Florencia Romero – Gainesville, FL
22. Nadine Brunner – Vienna, Austria
23. Priscilla Xavier Brasileiro – New Market, MD
24. Rosina Kellman – Essex, UK
25. Ximena Uribe Zacarias – Colima, Mexico

In order to complete our depositions of selected opt-in Plaintiffs in the limited time permitted, we need to begin the depositions of this group during the week of January 15.   If we don't receive timely dates from you by next Friday (Jan. 12), we will pick dates and send the notices.

**Second**, the survey results for the remaining two-thirds of the current c. 1670 opt-ins, which are stipulated proxies for written discovery propounded in the Fall, are now substantially overdue; and we are working with a short discovery period that we do not wish to seek to expand.  If we don't receive the remaining two thirds of the survey results by Wednesday, January 10, we will seek a prompt conferral in anticipation of an equally prompt motion to compel.

Thank you.


Joan A. Lukey

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]