# Exhibit E

**Denton, Brenda**

---

**From:** Kruzer, Lyndsey M.
**Sent:** Wednesday, January 17, 2018 5:36 PM
**To:** Dawn Smalls
**Cc:** Wolosz, Justin J.; Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** Re: Opt-in Plaintiff depositions and late survey results

Hi Dawn,

Please confirm that this deposition can occur next Tuesday, January 23 at 1pm.  If so, are you able to host in your DC office, or would you like us to find an alternate location?

Kind regards,
Lyndsey

> On Jan 17, 2018, at 4:46 PM, Dawn Smalls <DSmalls@BSFLLP.com> wrote:
>
> Availability for Annika Kruschwitz.
>
> 1. Annika Kruschwitz – Frankfurt, Germany. **Annika is currently in the US and is able to do a deposition in Washington DC next Tuesday or Thursday.**
>
> **From:** Dawn Smalls
> **Sent:** Wednesday, January 17, 2018 4:27 PM
> **To:** 'Kruzer, Lyndsey M.'; Wolosz, Justin J.
> **Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
> **Subject:** RE: Opt-in Plaintiff depositions and late survey results
>
> Hi Lyndsey,
>
> Ms. Romero is available at **9:30 a.m.** in Gainesville on February 26 as she needs time to get to the deposition location from work. Ms. Ruehl is available at 9:00 a.m. on Tuesday February 27 in Pensacola.
>
> Dawn
>
> **From:** Kruzer, Lyndsey M. [mailto:lkruzer@choate.com]
> **Sent:** Tuesday, January 16, 2018 3:47 PM
> **To:** Dawn Smalls; Wolosz, Justin J.
> **Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
> **Subject:** RE: Opt-in Plaintiff depositions and late survey results
>
> Thanks, Dawn.  Please confirm that (1) Ms. Romero is available at 9am on Monday, February 26 in Gainesville, FL; (2) Ms. Ruehl is available at 9am on Tuesday, February 27 in Pensacola, Florida; and (3) that neither requires a translator.
>
> **From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
> **Sent:** Tuesday, January 16, 2018 3:00 PM
> **To:** Kruzer, Lyndsey M.; Wolosz, Justin J.

**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

I don't think so but will ask. Availability for Aurelie Ruehl is below:

   6.   Aurelie Ruehl – Pensacola, FL. Available for deposition in Pensacola FL on a Tuesday or Thursday.

---

**From:** Kruzer, Lyndsey M. [mailto:lkruzer@choate.com]
**Sent:** Tuesday, January 16, 2018 2:22 PM
**To:** Dawn Smalls; Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Hi Dawn,

Does Ms. Uribe Zacarias require a translator?

Thanks,
Lyndsey

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, January 16, 2018 1:42 PM
**To:** Kruzer, Lyndsey M.; Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Dafne's deposition will be staffed out of NY. Availability for Ximena Uribe Zacarias is provided below:

25. Ximena Uribe Zacarias – Colima, Mexico. She is available any day this week and after that a day after 1:00 p.m. local time.

---

**From:** Kruzer, Lyndsey M. [mailto:lkruzer@choate.com]
**Sent:** Tuesday, January 16, 2018 11:51 AM
**To:** Dawn Smalls; Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Thank you, Dawn.  We will be issuing the formal notice shortly, but for your witness's planning purposes, Veritext has booked a location close to her home where they will set up and she can attend the video conference:  44 St. Georges Terrace, Perth, Australia 6000.

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, January 16, 2018 11:48 AM
**To:** Kruzer, Lyndsey M.; Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.; Maria Guarisco
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

For a contact, you can use Maria Guarisca cced to this message. I can let you know whether will defending from DC or NY as soon as I determine who will be handling this deposition.

---

**From:** Kruzer, Lyndsey M. [mailto:lkruzer@choate.com]
**Sent:** Tuesday, January 16, 2018 11:42 AM

**To:** Dawn Smalls; Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Selden, Virginia I.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Thank you, Dawn.

For Dafne's deposition, we are coordinating with Veritext to set up the video conference.  They need a contact person in your office and also need to know whether you will be defending from NYC or Oakland so that they can arrange for the set-up.

Best,
Lyndsey

---

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Tuesday, January 16, 2018 11:14 AM
**To:** Wolosz, Justin J.
**Cc:** Peter Skinner; Lukey, Joan; Kruzer, Lyndsey M.; Selden, Virginia I.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

We will agree to the points below with respect to Dafne's deposition.

Dafne, Cecile, Estefania, and Priscilla are all confirmed. Angela is waiting for confirmation from her host family that she will be off that day and said she would be able to let me know tomorrow or Thursday.

---

**From:** Wolosz, Justin J. [mailto:jwolosz@choate.com]
**Sent:** Friday, January 12, 2018 5:15 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Lukey, Joan; Kruzer, Lyndsey M.; Selden, Virginia I.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Dawn,

Here are the next five opt-in depositions that we will be taking, based on the availability you provided.  We will get you formal notices as soon as we have the locations settled:

| Date | Deponent | Location |
| --- | --- | --- |
| Thursday, 1/18/18 (evening east coast time) | Dafne Di Marco | Attadale, Australia (via videoconference) |
| Friday, 1/19/18 | Cecile Pavot | Philadelphia, PA |
| Saturday, 1/27/18 | Angela Mininni | New York, NY |
| Friday (2pm), 2/2/18 | Estefania Pinto | Kissimmee, Florida |
| Saturday, 2/3/18 | Priscilla Xavier Brasileiro | New Market, MD |

With respect to Ms. Di Marco, will Plaintiffs stipulate pursuant to Fed. R. Civ. P. 29(a) to the following (which is a version of the stipulation we entered for Beaudette Deetlefs, adjusted to reflect the fact that this deposition will be by video)?

3

1. That the deposition transcript and recording will be usable in the Beltran litigation in the same manner as if Ms. Di Marco had been deposed within the United States;

2. That the deposition may be taken before a stenographer and videographer physically located in the United States, and that the stenographer may administer the oath via the video feed; and

3. That following review of the transcript and the opportunity to make corrections as permitted by U.S. procedure, Ms. Di Marco will sign pursuant to 28 U.S.C. § 1746(1) affirming that her testimony is truthful.

Please let me know.  Thanks,

Justin

Justin J. Wolosz
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.5221
f 617.502.5221
jwolosz@choate.com
www.choate.com

**From:** Dawn Smalls [mailto:DSmalls@BSFLLP.com]
**Sent:** Thursday, January 11, 2018 2:55 PM
**To:** Lukey, Joan
**Cc:** Peter Skinner; Wolosz, Justin J.; Kruzer, Lyndsey M.
**Subject:** RE: Opt-in Plaintiff depositions and late survey results

Joan,

We are still working our way through this list but wanted to give you the dates of availability we have received thus far. Please see below:

1. Angela Mininni –Brooklyn, NY – She is currently working as an au pair and is available only on a Saturday (although not next Saturday)
2. Cecile Pavot – Philadelphia, PA – She prefers and can make herself available on a Friday in Philadelphia
3. Dafne Di Marco –Attadale, Australia – She is available for a deposition Tues through Friday of next week.
4. Estafania Pinto – Kissimmee, Florida – She is available M-F after 2:00 or on a Saturday

Dawn

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Friday, January 05, 2018 7:00 PM
**To:** Dawn Smalls
**Cc:** Peter Skinner; Wolosz, Justin J.; Kruzer, Lyndsey M.
**Subject:** Opt-in Plaintiff depositions and late survey results

Dawn:

4

We are writing for two purposes: (1) to confer with regard to dates and locations for the depositions of the opt-in plaintiffs listed below, and (2) to alert you that we shall seek to confer, and move to compel if necessary, regarding the overdue survey results for the other two-thirds of the current c. 1670 opt-ins if we don't have those results by Wednesday, Jan. 10.

**First**, with regard to the depositions that we are planning to conduct shortly, the list of deponents is below. These deponents are drawn from the survey results that have been provided to us, covering (I believe) roughly one-third of the currently identified opt-in Plaintiffs.  Next to each plaintiff's name, we have listed his or her current geographic location as disclosed in the survey.

We intend to conduct each deposition in person, with a reporter and videographer physically present.  We will also provide a translator if you notify us as part of this conferral that one is needed.  We will travel to deponent's country or, at your choice, conduct the deposition in the U.S. if you elect to bring the deponent here at Plaintiffs' expense.  We have no objection if you wish to participate in international depositions – or, for that matter, domestic depositions -- by Skype or some comparable video method that our reporting service is able to provide.  We recognize that it is easier to defend remotely than it is to conduct.  If Dafne Di Marco, who resides in Australia, elects to be deposed there, we may feel compelled to relegate ourselves to a video-feed ourselves because of the distance.  However, it is our strong preference, and our right, to be present physically for all depositions.

We have compiled our list in alphabetic order by first name, simply as a matter of convenience. The requested deponents are:

1.  Anais Marine Patience Zanga Tayida –Orinda, CA
2.  Andreas Bringmann – Hamburg, Germany
3.  Angela Mininni –Brooklyn, NY
4.  Anna Kozlowska - Glasgow, Scotland
5.  Annika Kruschwitz – Frankfurt, Germany
6.  Aurelie Ruehl – Pensacola, FL
7.  Cecile Pavot – Philadelphia, PA
8.  Charlotte Fevre – Nancy, France
9.  Claudia Habl – Baumgarten, Austria
10. Cristoph Zachhuber –Phoenix, AZ
11. Dafne Di Marco –Attadale, Australia
12. Estafania Pinto – Kissimmee, Florida
13. Indra Sinnathurai Kandasamy – Bondy, France
14. Inti Denise Escalante – Biella, Italy
15. Jonathan Russek – Friedrichshafen, Germany
16. Julie Asterdal – Valby, Denmark
17. Katarzyna Izabela Dulewska – Szczecin, Poland
18. Kubra Sahin – Brooklyn, NY
19. Laura Juliana Cano Ligarreto – Bogota, Colombia
20. Liliana Paulin Lozano – los Garza, Mexico
21. Maria Florencia Romero – Gainesville, FL
22. Nadine Brunner – Vienna, Austria
23. Priscilla Xavier Brasileiro – New Market, MD
24. Rosina Kellman – Essex, UK
25. Ximena Uribe Zacarias – Colima, Mexico

In order to complete our depositions of selected opt-in Plaintiffs in the limited time permitted, we need to begin the depositions of this group during the week of January 15.   If we don't receive timely dates from you by next Friday (Jan. 12), we will pick dates and send the notices.

**Second**, the survey results for the remaining two-thirds of the current c. 1670 opt-ins, which are stipulated proxies for written discovery propounded in the Fall, are now substantially overdue; and we are working with a short discovery period that we do not wish to seek to expand.  If we don't receive the remaining two thirds of the survey results by Wednesday, January 10, we will seek a prompt conferral in anticipation of an equally prompt motion to compel.

Thank you.

Joan A. Lukey
<image001.gif>
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally

privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If

you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]