IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

## NOTICE OF FLSA OPT-INS

---

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that the following persons are opting-in to this suit as party Plaintiffs to the Fair Labor Standards Act claim:

1. Anna Baczyk
2. Ayumi Nagato Inoue
3. Khumo Sehume

Executed consent to join forms for each of these persons are attached to this Notice.

| | |
|---|---|
| Dated: February 5, 2018 | Respectfully submitted,<br><br>/s/ Dawn Smalls<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Dawn L. Smalls<br>Joshua J. Libling<br>575 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-2300<br>Fax: (212) 446-2350<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br><br>Alexander Hood<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, Colorado 80218<br>Tel: (720) 239-2606<br>Fax: (303) 957-2289<br>alex@towardsjustice.org<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2018, I electronically served the foregoing motion on all counsel of record.

                                                /s/ Dawn Smalls
                                                Dawn L. Smalls