# Exhibit A

# Au Pair Wage Action
# Mailed Consent to Join Submissions Identifying FLSA Defendant Sponsor Received

| Name | Sponsor |
| --- | --- |
| Anna Baczyk | Au Pair Care |

# CONSENT TO JOIN
(Pursuant to 29 U.S.C. § 216(b))

**In order for you to join this case, you must complete this form online at www.aupairwageaction.com or sign and mail, email or fax this form to the Notice Administrator at the address below by <u>November 2, 2017</u>.**

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.

2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.

3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

DATE: 12.10.2017  SIGNATURE: Anna Baczyk

PRINTED NAME: ANNA BACZYK

ADDRESS: UL. PRZYJAZNI 8A/14  41-103 SIEMIANOWICE ŚLĄSKIE POLAND

TELEPHONE NUMBER(S): +48 791011736

EMAIL ADDRESS: anna_baczyk@wp.pl

SPONSOR: AU PAIR CARE

DATES IN AU PAIR PROGRAM: 04.04.2011 – 19.10.2011

Return this form by **November 2, 2017** to:

Au Pair Wage Action  
c/o JND Legal Administration  
P.O. Box 6878  
Broomfield, CO 80021

OR email to: AuPairWageAction@jndla.com

OR fax to: (+1) 888-335-3336