# Exhibit B

**Au Pair Wage Action**
**Completed Online Consent to Join Submissions Identifying FLSA Defendant Sponsor**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 18597 | VG48E8AA6 | Ayumi Nagato Inoue | Au Pair Care, Inc. |
| 18599 | WCA3DA432 | Khumo Sehume | Au Pair in America (APIA/AIFS |

# CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

Date: 01/28/2018

Signature: *Ayumi Nagato Inoue* (DocuSigned by: 725FE90AC17643A...)

Name: Ayumi Nagato Inoue

Address: Ichigaya Honmura-cho 3-26-202

Shinjyuku-ku, Tokyo JP 1620845

Phone Number: 08019382204

Email Address: ayumi_nagato1986@yahoo.co.jp

Sponsor: Au Pair Care, Inc.

Dates in Au Pair Program:

From: 06/19/2013    To: 01/11/2014

## CONSENT TO JOIN

**(Pursuant to 29 U.S.C. § 216(b))**

**In order for you to join this case, you must complete and submit this form by November 2, 2017.**

1. I hereby consent, agree and opt-in to become a Plaintiff in this action (14-cv-03074-CMA-KMT) (D.Colo) brought under the Fair Labor Standards Act to recover unpaid wages from my current/former visa sponsor.
2. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any settlement of this action approved by the named Plaintiff for my visa sponsor.
3. I hereby designate the law firms of Boies Schiller Flexner LLP and Towards Justice to represent me in this action and consent to the attorney fee arrangement described in the Notice of Your Right to Join Lawsuit For Unpaid Wages.

| | |
|---|---|
| Date: | 01/29/2018 |
| Signature: | *Khumo Sehume* (DocuSigned by: 7B6BFE7A1C90454...) |
| Name: | Khumo Sehume |
| Address: | 2354 E Tucker street |
| | Philadelphia, PA US 19125 |
| Phone Number: | 2153564638 |
| Email Address: | khumosehume@yahoo.com |
| Sponsor: | Au Pair in America (APIA/AIFS |

Dates in Au Pair Program:

From: 04/05/2012     To: 05/05/2014