# Exhibit C

**Au Pair Wage Action**

**Withdrawal Requests Received**

| ID | Consent Ref # | Name | Sponsor |
|---|---|---|---|
| 2017 | E9771731 | Maria Camila Diez | Cultural Care |

| | |
|---|---|
| **From:** | Maria Camila Díez <camilita_1598@hotmail.com> |
| **Sent:** | Tuesday, January 30, 2018 6:38 AM |
| **To:** | CA - AuPairWageAction |
| **Subject:** | Withdrawal of the case |

Good Morning,

I don't want to be being part of this case. I really appreciate your help.

Thank you!

Sent from my iPhone