# Exhibit A

Johana Paola Beltran, et al. vs.  
Interexchange, Inc., et al.  
Video Deposition of William Owen Kerr, Ph.D.  
May 04, 2017

```
 1   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   -------------------------------------------------X
     JOHANA PAOLA BELTRAN; et al.,
 3
                              PLAINTIFFS,
 4

 5        -against-          Civil Action No.
                             1:14-cv-03074-CMA-KMT
 6

 7   INTEREXCHANGE, INC.; et al.,

 8                            DEFENDANTS.

 9   -------------------------------------------------X

10

11

12                     DATE: May 4, 2017

13                     TIME: 9:05 A.M.

14

15

16                VIDEO DEPOSITION of a

17   Non-Party Witness, WILLIAM OWEN KERR, PH.D., taken

18   by the Defendants, pursuant to Notice and to the Federal

19   Rules of Civil Procedure, held at the offices of

20   Putney Twombly Hall & Hirson LLP, 521 Fifth Avenue,

21   New York, New York 10175, before Anita M. Trombetta,

22   an RPR, CRR, and Notary Public of the State of

23   New York.

24

25
```

| | |
|---|---|
| Johana Paola Beltran, et al. vs.<br>Interexchange, Inc., et al. | Video Deposition of William Owen Kerr, Ph.D.<br>May 04, 2017 |

Page 213

```
 1    difference?
 2         A.     Outside the United States.
 3         Q.     Anywhere?
 4         A.     Yeah.
 5         Q.     So it wouldn't affect the compensation --
 6         A.     It does not.  If you exclude the
 7    number -- to be precise, if you exclude the number of
 8    au pairs who have -- who are located outside the
 9    United States, from the total population, as reported
10    in the past reports of the INA, the numbers don't
11    change significantly.
12         Q.     Are you trained in survey design, sir?
13         A.     Yes.
14         Q.     Has a Court ever held that you're
15    qualified to testify as an expert regarding survey
16    design?
17         A.     No, I don't think so.
18         Q.     Has a court ever held that you were not
19    qualified to testify regarding survey design?
20         A.     No.
21         Q.     Do you know how many nannies would need
22    to resemble au pairs, which you control for education
23    level, skill and experience, before you could draw a
24    statistically meaningful conclusion for comparison of
25    their compensation?
```

| Johana Paola Beltran, et al. vs. | Video Deposition of William Owen Kerr, Ph.D. |
|---|---|
| Interexchange, Inc., et al. | May 04, 2017 |

Page 253

```
 1   thought that.  I think it's a typo.  It says "would
 2   have could have."  I think it's a typo.
 3        Q.     One of the phrases was intentional, one
 4   of them was inadvertent; is that right?
 5               MR. SKINNER:  Objection.  Asked and
 6        answered.
 7        A.     Well, could have was inadvertent.  It was
 8   not what I was intending to say.
 9        Q.     And you never said "could have" in a
10   draft; is that right?
11        A.     I never did.
12        Q.     Did somebody writing on your behalf do
13   so?
14        A.     Somebody might have typed in something
15   without reading my writing or something, or it could
16   have been a spell check error.
17        Q.     So at this point what you're telling us
18   is that you cannot estimate damages using the price
19   competition model at this time, but you may be able to
20   do so at a later point after more data are gathered,
21   correct?
22        A.     What I'm saying is that, if it goes to
23   the merits phase, an analysis of the but-for world in
24   both of those cases, both the wage and antitrust case,
25   would be feasible.
```

```
 1  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 2  ----------------------------------------------X
    JOHANA PAOLA BELTRAN, et al.,
 3
                                    PLAINTIFFS,
 4
 5          -against-         Civil Action No.:
                              1:14-cv-03074-CMA-KMT
 6
    INTEREXCHANGE, INC., et al.,
 7
 8                                  DEFENDANTS.
    ----------------------------------------------X
 9
10                      DATE:  July 5, 2017

11                      TIME:  11:03 A.M.

12

13           VIDEO TELECONFERENCED DEPOSITION

14  of a Non-Party Witness, WILLIAM OWEN KERR, Ph.D.,

15  Volume II, taken by the Defendant CULTURAL CARE,

16  INC., pursuant to a Notice and to the Federal Rules

17  of Civil Procedure, held at the offices of Putney

18  Twombly Hall & Hirson LLP, 521 Fifth Avenue, New York,

19  New York 10175, before Danielle Grant, a Shorthand

20  Reporter and Notary Public of the State of New York.

21

22

23

24

25
```

Case No. 1:14-cv-03074-CMA-KMT   Document 830-1   filed 02/07/18   USDC Colorado   pg 6 of 7

| | |
|---|---|
| Johana Paola Beltran, et al. vs. Interexchange, Inc., et al. | Video Teleconferenced Deposition of William Owen Kerr, Ph.D. - Volume II<br>July 05, 2017 |

Page 343

```
 1        Q.   Okay.
 2             (Telephone clarification.)
 3        Q.   Before getting into the design of the survey,
 4   Doctor Kerr, I think you testified at the first day of
 5   your deposition that you have never been qualified to
 6   testify as an expert witness in survey design; is that
 7   true?
 8        A.   I don't recall whether I testified about
 9   that.  I've testified regarding surveys a number of
10   times, and it's never been challenged, but I don't
11   recall specifically being qualified or disqualified as
12   a survey design expert.
13        Q.   What formal training have you had in survey
14   design?
15        A.   I have taught and studied statistics, both at
16   the graduate and undergraduate level, and conducted a
17   number of surveys over the years as part of my economic
18   and financial consulting.
19        Q.   So you said you've taught statistics.  Have
20   you ever taught classes that are focused specifically
21   on survey design?
22        A.   No.  It would be part of general statistical
23   analysis.  I don't think there was a course that was
24   separate for survey design.
25        Q.   Okay.  Have you ever authored any articles on
```

Case No. 1:14-cv-03074-CMA-KMT   Document 830-1   filed 02/07/18   USDC Colorado   pg 7 of 7

Johana Paola Beltran, et al. vs.
Interexchange, Inc., et al.

Video Teleconferenced Deposition of William Owen Kerr, Ph.D. - Volume II
July 05, 2017

Page 344

```
 1  survey design?
 2       A.  No.
 3       Q.  And are you a member of any professional
 4  organizations that focus on survey design research?
 5       A.  No.
 6       Q.  Describe for me the purpose of the survey.
 7       A.  The primary purpose of the survey was to
 8  contact host families about their au pair placements
 9  and to determine from them what they paid the au pairs,
10  how they determined what to pay the au pairs, and to
11  provide some other ancillary information about the
12  placements that they engaged in.
13       Q.  Okay.  And was one purpose of the survey to
14  determine information that relates to the entirety of
15  the proposed class in this case?
16       MR. SKINNER:  Objection.
17       A.  I don't understand that question.  It
18  certainly is about the class in this case.
19       Q.  Okay.  Well, you -- in your affidavit, you
20  referred to having sent out surveys to -- I'm looking
21  for the number of host families.  In paragraph 7, you
22  refer to the addresses that you received from the
23  defendants covered approximately 48,371 unique host
24  families.  Do you see that?
25       A.  Yes.
```