IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

      Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT D [ECF NO. 831] TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER [ECF NO. 813] UNDER FEDERAL RULE OF CIVIL PROCEDURE 72(A)**

---

Pursuant to D.C.COLO.LCivR 7.2 and the Court's direction, Defendants hereby move the Court for an Order restricting public access, under Level 1, to the Merits Expert Report of William Kerr, which is Exhibit D [ECF No. 831] to Defendants' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter [ECF No. 813] Under Federal Rule of Civil Procedure 72(a).  In support thereof, Defendants state as follows:

1.      As required by D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with Plaintiffs' counsel in good faith regarding this motion and is authorized to state that Plaintiffs do not oppose the relief requested herein.

2.      All parties to this action have stipulated to an Amended Stipulated Protective Order ("Amended Stipulated Protective Order") that is consistent with the requirements set forth in *Gillard v. Boulder Valley School Dist. RE-2*, 196 F.R.D. 382, App. A (D. Colo. 2000).

3.     The Amended Stipulated Protective Order applies "to all documents, materials, and information, including without limitation, documents produced, answers to interrogatories, responses to requests for admission, deposition testimony, and other information disclosed pursuant to the disclosure of discovery duties created by the Federal Rules of Civil Procedure."  Amended Stipulated Protective Order ¶ 1 [ECF No. 694].

4.     Pursuant to the Amended Stipulated Protective Order, all parties have agreed to file documents and information designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under Level 1 restricted access.  *Id.* ¶ 8.

5.     On February 7, 2018, Defendants filed their Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter [ECF No. 813] Under Federal Rule of Civil Procedure 72(a) ("Objections") [ECF No. 830].  Defendants have included the October 2, 2017 Merits Expert Report of William Kerr ("Kerr Merits Report") as Exhibit D to its Objections.

6.     The Kerr Merits Report contains sensitive and proprietary business information of the Sponsor Defendants.  It has been designated CONFIDENTIAL and contains information that also has been designated CONFIDENTIAL and HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY.  Sponsor Defendants' confidential business information appears throughout the Kerr Merits Report.  Publicizing this confidential, proprietary information would cause Defendants serious injury.  Because of the competitively sensitive and confidential business information in the Kerr Merits Report, Defendants request that the Kerr Merits Report remain under Level 1 restricted access.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court issue an Order restricting public access, under Level 1, to the Kerr Merits Report [ECF No. 831].

Dated:  February 7, 2018                        Respectfully submitted,

                                                *s/ Diane R. Hazel*
                                                Joan A. Lukey
                                                (joan.lukey@choate.com)
                                                Robert M. Buchanan, Jr.
                                                (rbuchanan@choate.com)
                                                Michael T. Gass
                                                (mgass@choate.com)
                                                Justin J. Wolosz
                                                (jwolosz@choate.com
                                                Lyndsey M. Kruzer
                                                (lkruzer@choate.com)
                                                CHOATE HALL & STEWART LLP
                                                Two International Place
                                                Boston, Massachusetts  02110
                                                Telephone:  (617) 248-4790

                                                James M. Lyons (jlyons@lrrc.com)
                                                Jessica L. Fuller (jfuller@lrrc.com)
                                                Diane Hazel (dhazel@lrrc.com)
                                                LEWIS ROCA ROTHGERBER
                                                CHRISTIE LLP
                                                One Tabor Center, Suite 3000
                                                1200 Seventeenth Street
                                                Denver, CO 80202
                                                Tel: (303) 623-9000
                                                Fax: (303) 623-9222

                                                ***Attorneys for Defendant Cultural Care, Inc. d/b/a Cultural Care Au Pair***

s/ Kathryn A. Reilly
Kathryn A. Reilly
(reilly@wtotrial.com)
Natalie E. West
(west@wtotrial.com)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647

**Attorneys for Defendants Agent Au Pair, Go Au Pair Operations, and American Cultural Exchange, LLC d/b/a Go Au Pair**


s/ James E. Hartley
James E. Hartley
(jhartley@hollandhart.com)
Jonathan S. Bender
(jsbender@hollandhart.com)
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

Adam A. Hubbard
(aahubbard@hollandhart.com)
Holland & Hart LLP
1800 Broadway, Suite 300
Boulder, CO 80302

**Attorneys for Defendant Cultural Homestay International**


s/ Susan M. Schaecher
Susan M. Schaecher, Esq.
(sschaecher@laborlawyers.com)
FISHER & PHILLIPS, LLP
1801 California Street, Suite 2700
Denver, CO 80202
Tel: 303-218-3650
Fax: 303-218-3651

**Attorneys for Defendants APF Global Exchange, NFP**

<u>s/ Stephen J. Macri</u>
Stephen J. Macri
(Stephen.macri@ogletree.com)
Joseph B. Cartafalsa
(joseph.cartafalsa@ogletree.com)
Ogletree, Deakins, Nash, Smoak &
Stewart P.C.
1745 Broadway
New York, NY  10019
(212) 582-2120

Robert M. Tucker
(rtucker@putneylaw.com)
John B. Fulfree
(jfulfree@putneylaw.com)
Putney, Twombly, Hall & Hirson
LLP
521 Fifth Avenue
New York, NY 10175
(212) 682-0020 ext. 221

<u>s/ Eric J. Stock</u>
Eric J. Stock
(estock@gibsondunn.com)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-2301

**Attorneys for Defendant
American Institute for Foreign
Study d/b/a Au Pair in America**

<u>s/ Bogdan Enica</u>
Bogdan Enica
(Bogdan@expertaupair.com)
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701

**Attorney for Defendant Expert
Group International, Inc. d/b/a
Expert Au Pair**

s/ Peggy E. Kozal
Peggy E. Kozal
(pkozal@gordonrees.com)
Thomas Baker Quinn
(tquinn@gordonrees.com)
Nathan A. Huey
(nhuey@gordonrees.com)
Heather K. Kelly
(hkelly@gordonrees.com)
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

**Attorneys for Defendant
AuPairCare, Inc.**

s/ Martha L. Fitzgerald
Martha L. Fitzgerald
(mfitzgerald@bhfs.com)
David B. Meschke
(dmeschke@bhfs.com)
Brownstein Hyatt Farber Schreck,
LLP
410 Seventeenth Street, Suite 2200
Denver, CO 80202-4432

**Attorneys for Defendant
EurAuPair Intercultural Child
Care Programs**

s/ Brooke A. Colaizzi
Brooke A. Colaizzi
(bcolaizzi@shermanhoward.com)
Heather F. Vickles
(hvickles@shermanhoward.com)
Raymond M. Deeny
(rdeeny@shermanhoward.com)
Joseph Hunt
(jhunt@shermanhoward.com)
Alyssa L. Levy
(alevy@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202

**Attorneys for Defendant
InterExchange, Inc.**

_s/ William J. Kelly III_
William J. Kelly III
(wkelly@kellywalkerlaw.com)
Chandra Marie Feldkamp
(cfeldkamp@kellywalkerlaw.com)
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202

**_Attorneys for Defendant
USAuPair, Inc._**


_s/ Lawrence D. Stone_
Lawrence D. Stone
Kathleen E. Craigmile
NIXON SHEFRIN HENSEN
OGBURN, P.C.
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

**_Attorneys for Defendants
A.P.E.X. American Professional
Exchange, LLC d/b/a ProAuPair_**


_s/ Meshach Y. Rhoades_
Meshach Y. Rhoades
Martin J. Estevao
1700 Broadway, Suite 2100
Denver, CO 80290-2101
(720) 722-7195
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com

**_Attorneys for Defendant
GreatAuPair, LLC_**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2018, I caused to be electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT D [ECF NO. 831] TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER [ECF NO. 813] UNDER FEDERAL RULE OF CIVIL PROCEDURE 72(A)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Matthew L. Schwartz (mlschwartz@bsfllp.com)
Peter M. Skinner (pskinner@bsfllp.com)
Randall W. Jackson (rjackson@bsfllp.com)
Dawn L. Smalls (dsmalls@bsfllp.com)
Joshua J. Libling (jlibling@bsfllp.com)
Lauren F. Louis (llouis@bsfllp.com)
Sigrid S. McCawley (smccawley@bsfllp.com)
Sabria A. McElroy (smcelroy@bsfllp.com)
Sean P. Rodriguez (srodriguez@bsfllp.com)
Juan P. Valdivieso (jvaldivieso@bsfllp.com)
Boies Schiller & Flexner, LLP

Alexander N. Hood (alex@towardsjustice.org)
Towards Justice-Denver

*Counsel for Plaintiffs*

*s/ Diane R. Hazel*
Diane R. Hazel