IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO EXHIBIT D [ECF NO. 831] TO DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE TAFOYA'S ORDER ON NONDISPOSITIVE MATTER [ECF NO. 813] UNDER FEDERAL RULE OF CIVIL PROCEDURE 72(A)**
_____

    The Court has reviewed Defendants' Unopposed Motion to Restrict Public Access (Level 1) to Exhibit D [ECF No. 831] to Defendants' Objections to Magistrate Judge Tafoya's Order on Nondispositive Matter [ECF No. 813] Under Federal Rule of Civil Procedure 72(A) ("Motion") and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

    The Merits Expert Report of Williams Kerr [ECF No. 831] shall retain Level 1 restricted access.

DATED this ___ day of _____ 2018.

BY THE COURT

_____
Christine M. Arguello
United States District Court Judge