# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

## PLAINTIFFS' MOTION FOR A FORTHWITH HEARING
## ON MOTION TO COMPEL AND FOR RELIEF FROM THE DISCOVERY-REFERENCE ORDERS

Plaintiffs move pursuant to CMA Civ. Practice Standard 7.1A(g) (1) for a forthwith hearing and (2) for relief from the discovery-reference orders, ECF Nos. 44, 143, regarding their Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26 and 37 (the "Underlying Motion") [ECF No. 837]. The relief sought will conserve judicial resources, enhance efficiency, and avoid yet another round of briefing.

### CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR. 7.1(A)

Pursuant to D.C.COLO.LCivR. 7.1(a), Plaintiffs informed all Defendants that Plaintiffs would seek forthwith consideration on February 6, 2018. Counsel for Cultural Care responded on February 7, 2018 that she thought Magistrate Judge Tafoya's informal discovery conference scheduled for February 12, 2018, was forthwith treatment enough. Plaintiffs responded that they intended to request that Judge Arguello consider the motion in the first instance. No Defendants responded.

1

## **ARGUMENT**

As explained more fully in the Underlying Motion, Plaintiffs are opposing Cultural Care's eleventh hour clawback of two documents that were produced for the first time in November 2016, and then used in seven depositions between May and August 2017. Cultural Care appeared at every one of those depositions, either by phone, in person, or both. On January 31, and again on February 6, Cultural Care clawed back those documents and the information derived from them.

Plaintiffs further request that the District Court, rather than the Magistrate Judge, decide the motion given that the issues raised in this motion are closely related to the issues currently before the District Court on Plaintiffs' Objections to the Magistrate Judge's Order Denying Plaintiffs' Motion to Compel and For Relief Under Rule 26, 37, and 45. ECF No. 771 (the "Pending Objections"). The District Court's resolution of the Underlying Motion and the Pending Objections together would thus conserve judicial resources and resolve the issue efficiently.

A single round of prompt briefing before this Court will also prevent this dispute from interfering with the summary judgment proceeding, which commence on February 16, 2018. ECF No. 687. As the Underlying Motion explains, the materials at issue contradict Defendants' positions, and Plaintiffs intend to use them at summary judgment. This dispute's history and significance means that one side or the other will surely object to any Magistrate Decision. A single set of briefs, submitted promptly before this Court and decided in conjunction with the Pending Objections, can avoid further disruption to the schedule—and resolve the dispute most efficiently.

Dated: February 8, 2018

Respectfully Submitted,

BOIES, SCHILLER FLEXNER LLP

  /s/ Sean P. Rodriguez
Matthew L. Schwartz
Peter M. Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Byron Pacheco
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com
bpacheco@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000
Fax: (510) 874-1460
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Sigrid S. McCawley
Lauren Fleischer Louis
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida  33301
Tel: (954) 356-0011
Fax: (954) 356-0022
smccawley@bsfllp.com
llouis@bsfllp.com

TOWARDS JUSTICE
Alexander Hood
1535 High Street, Suite 300
Denver, Colorado  80218

3

Tel: (720) 239-2606
Fax: (303) 957-2289
alex@towardsjustice.org

*Attorneys for Plaintiffs*

4

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2018, I electronically served the foregoing motion on all counsel of record.

*/s/ Sean P. Rodriguez*
Sean P. Rodriguez