**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**SUPPLEMENTAL DECLARATION OF JUAN P. VALDIVIESO
IN FURTHER SUPPORT OF PLAINTIFFS' MOTION
TO EXTEND THE EXPERT DISCOVERY DEADLINE**

---

I, JUAN P. VALDIVIESO, declare as follows:

1. I am an attorney licensed to practice law in the States of New York, California, Maryland, and in the District of Columbia, and admitted to practice before this Court. I am an attorney with the law firm of Boies Schiller Flexner LLP, counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter.

2. The matters stated herein are based on my personal knowledge or, where noted, on information and belief based on a review of Plaintiff's counsel's records. I submit this Supplemental Declaration in further support of Plaintiffs' Motion to Extend the Expert Discovery Deadline.

1

3. Attached hereto as **Exhibit 15** is a true and correct copy of an email from Joan Lukey to Plaintiffs' counsel dated January 23, 2018, re: "International Depositions" of FLSA opt-ins, in which Ms. Lukey states that "[w]e need these depositions for summary judgment. We will notice and move to default if we can't accomplish that."

4. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the November 17, 2017 motion hearing Judge Tafoya.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of February, 2018, at Oakland, California.

Respectfully submitted,

/s/ Juan P. Valdivieso
Juan P. Valdivieso
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel. (510) 874-1000
Fax. (510) 874-1460
jvaldivieso@bsfllp.com

*Counsel for Plaintiffs*

3

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on February 10, 2018, I electronically served the foregoing motion on all counsel of record.

<u>*/s/ Juan P. Valdivieso*</u>
Juan P. Valdivieso
