# EXHIBIT 15

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Tuesday, January 23, 2018 1:25 PM
**To:** Dawn Smalls
**Cc:** Joshua Libling; Sean Rodriguez; Juan Valdivieso; Wolosz, Justin J.; Cahill, Mark; Kruzer, Lyndsey M.; O'Keefe, Kevin P.; Rudman, Samuel N.; Smychkovich, Natalia
**Subject:** RE: international depositions

Dawn –

Our selection of opt-in Plaintiffs whom we wish to depose was not made because of their countries of residence.   Where we cannot depose them in their home countries at all – which I believe is Austria and Denmark – we'll notice the depositions to occur in Denver.  Where there is no prohibition on depositions, but rather logistical problems, e.g., Germany, we'll notice them in Denver or by Skype-equivalent. (Please elect by Friday, or we'll do so.)  So, here's the status:

1. *Ximena Uribe Zacarias, Colima Mexico*:  She will skype. Confirmed.
2. *Liliana Paulin Lozano,  Rivera Maya, Mexico*: She is available on Wednesday, February 7 in Playa del Carmen not Cancun. Confirmed. (May have to use a hotel conference room)
3. *Maria Camila Diez Montoya, Medellin, Colombia*:  As we have previously noted, we will send availability for opt-ins as we receive it.  We need these depositions for summary judgment.  We will notice and move to default if we can't accomplish that.
4. *Rosina Kellman, Essex, UK*:  As we have previously noted, we will send availability for opt-ins as we receive it.  We need these depositions for summary judgment.  We will notice and move to default if we can't accomplish that.
5. *Anna Kozlowska, Glasgow, Scotland*:   Confirmed for Tuesday, January 30 in Glasgow.  Confirmed
6. *Indra Sinnathurai Kandasamy, Bondy, France*:  Confirmed for Feb. 3 in Paris Confirmed.
7. *Charlotte Fevre, Nancy France*:  Charlotte is available on Friday February 2 at 4pm or Saturday February 3 at 3pm . Confirmed
8. Inti Denise Escalante, Biella, Italy:  Inti is available for a deposition on February 1 or 2 in London. Confirmed
9. *Katarzyna Izabela Dulewska, Szczecin, Poland*: Neither of the proposed locations are suitable as both would require excessive travel.  We'll notice for Denver or by Skype. We need your election by
Friday, or we'll elect.
10. *Julie Asterdal, Copenhagen, Denmark*:  *Julie Asterdal, Copenhagen, Denmark*:  The proposed location is not suitable as it requires travel to another country. We'll notice for Denver
11. *Nadine Brunner, Vienna, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa). We'll notice for Denver.
12. *Claudia Habl, Baumgarten, Austria*:  Neither of the proposed locations are suitable as both would require excessive travel (or, in one case, application for a visa). We'll notice for Denver.
13. *Andreas Bringmann, Hamburg, Germany*. Neither of the proposed locations are suitable as both would require excessive travel. We'll notice for Denver or by Skype.  We need your election by Friday, or we'll elect.
14. *Jonathan Russek, Friedrichshafen, Germany*. The proposed location is not suitable as it would require excessive  travel. We'll notice for Denver or by Skype.  We need your election by Friday, or we'll elect.

Please note that my partner Mark Cahill is joining the team and will be actively involved in the deposition logistics and process.  Thank you.

Joan A. Lukey



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com