IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

    Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

    Defendants.

_____

**[PROPOSED] ORDER GRANTING ALL PARTIES' MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED NOTICES AND A PROPOSED NOTIFICATION PLAN PURSUANT TO THIS COURT'S FEBRUARY 2, 2018 ORDER (ECF NO. 828)**
_____

The Court has reviewed All Parties' Motion for Extension of Time to Submit Proposed Notices and a Proposed Notification Plan Pursuant to this Court's February 2, 2018 Order (ECF No. 828) and is otherwise fully advised on the matter. It is hereby ORDERED that the Motion is **GRANTED**.

The deadline for the Parties to submit the proposed notices and a proposed notification plan will be February 14, 2018.

DATED this ___ day of _____ 2018.

                                                BY THE COURT:

                                               _____
                                               Christine M. Arguello
                                               United States District Court Judge