IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 1-14-cv-03074-CMA-KMT | Date: | February 12, 2018 |
| Courtroom Deputy: | Irene Parker | FTR: | Courtroom 1000 |

*Parties:*                                                     *Counsel:*

JOHANA PAOLA BELTRAN                          Sean Phillips Rodriguez
LUSAPHO HLATSHANENI                           Dawn Smalls
BEAUDETTE DEETLEFS                            Juan Pablo Valdivieso
ALEXANDRA IVETTE GONZALEZ
and those similarly situated
JULIANE HARNING
NICOLE MAPLEDORAM
and those similarly situated
LAURA MEJIA JIMENEZ
SARAH CAROLINA AZUELA RASCON
PLAINTIFFS,

V.

                                                               Brooke A. Colaizzi
INTEREXCHANGE, INC.                           Alyssa Lauren Levy

USAUPAIR, INC
GREATAUPAIR, LLC                              Martin Jose Estevao

EXPERT GROUP INTERNATIONAL, INC               Bogdan Enica
EURAUPAIR INTERCULTURAL CHILD CARE
PROGRAMS
CULTURAL HOMESTAY INTERNATIONAL               Jonathan S. Bender

CULTURAL CARE, INC.                           Lyndsey Marie Kruzer
                                              Joan A. Lukey

                                              Justin J. Wolosz
AUPAIRCARE, INC.                              Peggy E. Kozal

AU PAIR INTERNATIONAL, INC.                   Brett Michelle Mull
                                              Kathryn A. Reilly

APF GLOBAL EXCHANGE, NFP                      Susan M. Schaecher

AMERICAN INSTITUTE FOR FOREIGN STUDY           John B. Fulfree

AMERICAN CULTURAL EXCHANGE, LLC
AGENT AU PAIR
A.P.E.X. AMERICAN PROFESSIONAL EXCHANGE,     Lawrence Daniel Stone
LLC
20/20 CARE EXCHANGE, INC
ASSOCIATES IN CULTURAL EXCHANGE
GOAUPAIR OPERATIONS, LLC

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**01:41 p.m.     Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding discovery issue with respect to the number of opt-ins expected, and the availability of opt-ins.

District Court Judge Christine M. Arguello will be handling the remainder of the case directly. The parties are released from compliance with Magistrate Judge Tafoya's Practice  Standards, Section III.

**02:30 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:        49

*To order transcripts of hearings, please contact  Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.