IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN; et al.

      Plaintiffs,

v.

INTEREXCHANGE, INC.; et al.

      Defendants.

---

## DECLARATION OF JOAN A. LUKEY, ESQ.

---

1.     My name is Joan A. Lukey.  I am a partner at the law firm of Choate, Hall & Stewart LLP and a member in good standing of the bar of the Commonwealth of Massachusetts.  I am admitted to the United States District Court for the District of Colorado.

2.     I am one of the attorneys representing Defendant Cultural Care, Inc. in the above-captioned case.

3.     I offer this transmittal declaration to authenticate the email chain appended hereto as Exhibit A.  The attachment is a true and accurate copy of that email chain.

4.     In summary, it shows that:

    a. At 8:15 PM, on Tuesday, February 6, 2018, my letter clawing back certain documents and related deposition testimony was delivered to Plaintiffs' counsel, including Mr. Valdivieso;

b.  The next day, February 7, 2018, I received an email from Mr.

Valdivieso indicating that "we are promptly sequestering the specified

information and presenting it to the court under seal . . . ."

c.  Less than thirty minutes later, I wrote back proposing various means

of addressing his concerns and pointed out that the parties had

already scheduled an informal phone conference on February 12,

2018 during which he could raise the issue.


I declare under the penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2018.


*/s/ Joan A. Lukey*
Joan A. Lukey

# Exhibit A

# O'Keefe, Kevin P.

| | |
|---|---|
| **From:** | Juan Valdivieso <JValdivieso@BSFLLP.com> |
| **Sent:** | Wednesday, February 07, 2018 6:15 PM |
| **To:** | Lukey, Joan |
| **Cc:** | Beltrandefendants; Larry Stone (lstone@duffordbrown.com) (lstone@duffordbrown.com); Sean Rodriguez; Maria Guarisco |
| **Subject:** | RE: Beltran, et al. v. InterExchange, Inc., et al. |

Joan,

We agree to your proposal on the scrubbing/sequestering of any further documents pending a ruling by the court on the privilege issue and agree that the proposal does not effect any waiver.  We note that we started the sequestration process immediately upon receipt of your clawback confirmation and have already incurred costs, but we have stopped any further scrubbing or sequestration.

Regarding the discovery conference scheduled with Judge Tafoya, as you know, Judge Tafoya's clerk reserved that time as a "placeholder" while we request that Judge Arguello address the dispute in the first instance.  That is what we are doing.  And, no, an informal discovery conference on the 12th will not meet the case's timeline:  There would still be briefing before Judge Tafoya and, almost certainly, one side or the other would object to the decision, creating more briefing before Judge Arguello.

Since you made clear on the call with Judge Tafoya's clerk that you view the matter as controlled by the decision currently before Judge Arguello on our objection, the sensible way to proceed is to coordinate this motion with our objections.  We stated this position on that same call.

Finally, all Defendants should note that we reserve the right to demand that all Defendants revisit – or be compelled to revisit – their privilege calls after the basic principles governing privilege become law of the case should Judge Arguello rule in our favor.  This dispute has made clear that the parties have fundamentally different views on privilege raising questions about the privilege logs produced and documents withheld thus far, beyond the documents at issue in the immediate dispute.

Best,

Juan

**Juan P. Valdivieso, Esq.**
Associate

## BOIES SCHILLER FLEXNER LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com
www.bsfllp.com

**From:** Lukey, Joan [mailto:joan.lukey@choate.com]
**Sent:** Wednesday, February 07, 2018 11:19 AM
**To:** Juan Valdivieso

**Cc:** Beltrandefendants; Larry Stone (lstone@duffordbrown.com) (lstone@duffordbrown.com); Sean Rodriguez; Maria Guarisco
**Subject:** RE: Beltran, et al. v. InterExchange, Inc., et al.

Juan –

　　　Cultural Care agrees that we have already had the meet and confer on these documents, which are identical or virtually identical to the ones discussed in our call with the Clerk last Thursday.  It is easy to lose track with all that is going on right now, but didn't you already seek forthwith treatment before?   We were all told in the call with the Clerk that the informal phone conference with M.J. Tafoya will be February 12, 3 business days from now which is about as "forthwith" as you can get.

　　　As long as you retain the subject documents within BSF and agree that you will not claim that this agreement constitutes a waiver, in this one instance Cultural Care will agree that you do not have to scrub or sequester any further documents pending a ruling by the court on the privilege issue.  That will avoid any costs to you.

　　　With regard to summary judgment, you don't have to do anything for several weeks.  If we don't yet have a ruling on our motion as that date approaches, we can discuss a procedure similar to what we did at the Zherka deposition, i.e., filing the relevant pages and exhibits AEO subject to a stipulation that Cultural Care's agreement to such use cannot be argued as evidence of waiver.

　　　As to any other assertions in your email, particularly with regard to your interpretation of the protective order and your contention of waiver, Cultural Care disagrees.

　　　Please let me know if you have any questions.

Joan A. Lukey



Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617.248.4949
f 617.502.4949
joan.lukey@choate.com
www.choate.com

---

**From:** Juan Valdivieso [mailto:JValdivieso@BSFLLP.com]
**Sent:** Wednesday, February 07, 2018 1:53 PM
**To:** Lukey, Joan
**Cc:** Beltrandefendants; Larry Stone (lstone@duffordbrown.com) (lstone@duffordbrown.com); Sean Rodriguez; Maria Guarisco
**Subject:** RE: Beltran, et al. v. InterExchange, Inc., et al.

Joan,

Your letter identifies a few additional duplicates of and deposition testimony referring to documents we discussed during Mr. Zherka's deposition, and which I confirmed you were clawing back in an email to you dated January 30, 2017.   As stated in that email and during Mr. Zherka's deposition, we believe that neither the attorney client privilege nor the attorney work product doctrine applies to these documents or testimony, nor do we believe that Cultural Care shared a common interest with many of the parties to which this information was disclosed such as the Alliance, the Alliance's outside lobbying firm, and Mr. Zherka's wife.  Cultural Care also waived any claim to privilege over these materials by failing to timely assert it following production by other Defendants and Plaintiffs' use of the documents in numerous depositions.

The Protective Order does not allow you to claw back documents produced by other defendants.  Protective Order ¶ 11.  Nevertheless, we are promptly sequestering the specified information and presenting it to the court under seal for a determination of Cultural Care's claim to privilege pursuant to Federal Rule of Civil Procedure 26(b)(5)(B).

Given that these documents are substantially the same as those we discussed during the Zherka deposition and during the call with Magistrate Judge Tafoya's Chambers, we believe we have fulfilled the meet and confer requirement prior to filing a motion to compel.  Moreover, because Cultural Care permitted eight depositions over nine months to address these documents, the sequester has taken and will take a substantial amount of attorney and paralegal time in scrubbing transcripts, work product, and emails.  We will seek these and other fees by motion unless you agree to immediate reimbursement.  Finally, given the impending deadline for filing summary judgment motions, we will seek forthwith consideration of our motion.  Please let us know by close of business today if you and your co-Defendants oppose forthwith resolution of this issue.

Regards,

Juan

**Juan P. Valdivieso, Esq.**
Associate

BOIES SCHILLER FLEXNER LLP

1999 Harrison Street
Suite 900
Oakland, CA 94612
(t) +1 510 874 1010
(m) +1 510 874 1000
(f) +1 510 874 1460
jvaldivieso@bsfllp.com
www.bsfllp.com

---

**From:** O'Keefe, Kevin P. [mailto:kokeefe@choate.com]
**Sent:** Tuesday, February 06, 2018 8:15 PM
**To:** 'alex@towardsjustice.org'; Byron Pacheco; Dawn Smalls; Joshua Libling; Juan Valdivieso; Lauren Louis; Matthew L. Schwartz; Peter Skinner; Randall Jackson; Sabria McElroy; Sean Rodriguez; Sigrid McCawley; Brooke Colaizzi; Heather Vickles; Raymond Deeny; Joseph Hunt; Alyssa Levy; William Kelly III; Chanda Feldkamp; Meshach Rhoades; Martin Estevao; Vance Knapp; Bogdan Enica; David Meschke; Martha Fitzgerald; Adam Hubbard; James Hartley; Jonathan Bender; Thomas Quinn; Peggy Kozal; Nathan Huey; Jarnett Roehrich; Susan Schaecher; John Fulfree; Robert Tucker; Eric Stock; Kathryn Reilly; Natalie West; 'mull@wtotrial.com'; 'brian@rietzlawfirm.com'; 'lstone@nixonshefrin.com'; 'kcraigmile@nixonshefrin.com'; 'amarkson@nixonshefrin.com'; 'sklopman@hklawllc.com'; Diane Hazel; James Lyons; Jessica Fuller; Lukey, Joan; Wolosz, Justin J.; Kruzer, Lyndsey M.; Gass, Michael T.; Buchanan, Bob; Rudman, Samuel N.; 'Stephen.macri@ogletree.com'; 'Joseph.cartafalsa@ogletree.com'
**Cc:** Ben Ogletree; 'Faith Reyes'
**Subject:** Beltran, et al. v. InterExchange, Inc., et al.

Counsel,

Please see the attached letter from Joan Lukey.

Best,

Kevin P. O'Keefe



Choate, Hall & Stewart LLP

Two International Place
Boston, MA 02110
t 617-248-4025
f 617-502-4025
kokeefe@choate.com
www.choate.com

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

Choate Hall & Stewart LLP Confidentiality Notice:
This message is transmitted to you by or on behalf of the law firm of Choate, Hall & Stewart LLP. It is intended exclusively for the individual or entity to which it is addressed. The substance of this message, along with any attachments, may contain information that is proprietary, confidential and/or legally privileged or otherwise legally exempt from disclosure. If you are not the designated recipient of this message, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please destroy and/or delete all copies of it and notify the sender of the error by return e-mail or by calling 1-617-248-5000.
For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]