# Exhibit A

*Beltran, et al. v. Interexchange, et al.* **Rule 23 Notice Plan**

I.     On February 12, the Parties submit a proposed Notice and Notice Plan for Court approval.

II.    On February 28, Defendants provide data for au pairs in the class that have not yet been provided. This includes 2016 and 2017 au pairs for all Sponsors with the exception of Au Pair Care. Notice will be held for Au Pair Care au pairs until the 10th Circuit appeal has been decided.

III.   Upon Court approval, the notice is posted to the www.aupairclassaction.com website. The website will also contain relevant court documents including:

- Plaintiffs' Class Action Complaint
- The Sponsor's Answers to the Complaint
- The Order Certifying the Class
- Exclusion Request Form

IV.    The Exclusion Request Form will provide au pairs an opportunity to opt out of all classes or one or more classes of which they may be a member. Au Pairs will be able to submit a form by email, mail, online.

V.     An email will be sent to the au pairs providing the class notice, a link to the website, and the exclusion request form. Draft language for the email is below.

THIS IS A COURT AUTHORIZED COMMUNICATION

Dear [x],

You are receiving this email because you were an au pair from 2009 - present. Per an Order of the United States District Court of Colorado, you are now a member of a Class of Au Pairs suing the au pair Sponsor agencies in a lawsuit that alleges a conspiracy to fix the au pair stipend at $195.75 per week and/or violations of other federal, state and local laws. In the lawsuit, the Au Pairs ask for money damages and that au pairs are paid lawful, market-based stipends going forward. The Sponsors deny that they did anything wrong and say that $195.75 is the weekly stipend amount for au pairs set by the United State Department of State. The court has not yet determined whether the Au Pairs or the Sponsors are correct. **The lawsuit does not sue or have claims against host families.**

If the Court determines that the au pairs are correct, there may be a money award for class members. Right now, you are part of the class and a part of the lawsuit. If you would like to continue to be, you do not need to take further action. If you **do not** want to be part of the lawsuit, you must fill out an Exclusion Request Form by [DATE]. You can do so online, by email at [x] or by mailing it to [x].

If you have further questions about the lawsuit, you can find out more information at the class website at www.aupairclassaction.com.

VI.     The email will be sent to class members by email in the first instance. For au pairs that Plaintiffs cannot successfully email, Plaintiffs will send a text with the following text:

> Dear Au Pair, By Order of the Court, you are now part of a class of au pairs suing sponsor agencies for conspiring to  fix the au pair stipend at $195.75 per week and/or for violating federal, state, and local laws in doing so. To learn more about the Judge's decision or to opt out, please visit www.aupairclassaction.com.

VII.    All email and text transmissions will be sent by JND Legal Administration http://www.jndla.com/.