# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*;

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*;

    Defendants.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE THAT Robert M. Tucker, attorney for Defendant American Institute for Foreign Study, has recently changed law firms. His new contact information is as follows:

> Robert M. Tucker
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 1745 Broadway, 22nd Floor
> New York, NY 10019
> Telephone: 212-492-2510 Fax: 212-492-2501
> Email: robert.tucker@ogletree.com

Respectfully Submitted,

*/s/ Robert M. Tucker*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
Telephone: 212-492-2071
Fax: 212-492-2501
Email: robert.tucker@ogletree.com

**ATTORNEY FOR DEFENDANT AMERICAN INSTITUTE FOR FOREIGN STUDY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2018, I electronically file the foregoing **NOTICE OF CHANGE OF LAW FIRM AFFILIATION** through the Court's CM/ECF system which will serve the pleading to the following:

Lauren Fleischer Louis
Sigrid S. McCawley
Sabria McElroy
Boies Schiller & Flexner, LLP – Ft. Lauderdale
401 East Las Olas Boulevard, Suite 1200
Ft. Lauderdale, FL 33301
llouis@bsfllp.com
smccawley@bsfllp.com
smcelroy@bsfllp.com

Matthew L. Schwartz
Peter Skinner
Randall W. Jackson
Dawn L. Smalls
Joshua J. Libling
Boies Schiller & Flexner, LLP – New York
575 Lexington Avenue, 7th Floor
New York, NY 10022
mlschwartz@bsfllp.com
pskinner@bsfllp.com
rjackson@bsfllp.com
dsmalls@bsfllp.com
jlibling@bsfllp.com

Sean P. Rodriguez
Juan P. Valdivieso
Boies Schiller Flexner LLP – Oakland
1999 Harrison Street, Suite 900
Oakland, CA 94612
srodriguez@bsfllp.com
jvaldivieso@bsfllp.com

Alexander Hood
Towards Justice
601 16th Street, Suite C #207
Golden, CO 80401
alex@towardsjustice.org

Kathryn A. Reilly

2

Natalie West
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
reilly@wtotrial.com
West@wtotrial.com

Brian Alan Birenbach
Rietz Law Firm, LLC
P.O. Box 5268
114 Village Place, #301
Dillon, CO 80435
brian@rietzlawfirm.com

Lawrence D. Stone
Kathleen E. Craigmile
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
lstone@nixonshefrin.com
kcraigmile@nixonshefrin.com

William J. Kelly III
Chandra Marie Feldkamp
KELLY & WALKER LLC
1512 Larimer Street, Suite 200
Denver, CO 80202
wkelly@kellywalkerlaw.com
cfeldkamp@kellywalkerlaw.com

James E. Hartley
Jonathan S. Bender
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
jhartley@hollandhart.com
jsbender@hollandhart.com

Adam A. Hubbard
Holland & Hart LLP
1800 Broadway Suite 300
Boulder, CO 80302
aahubbard@hollandhart.com
Robert M. Buchanan, Jr.
Joan A. Lukey
Lyndsey M. Kruzer
Michael T. Gass

3

Case No. 1:14-cv-03074-CMA-KMT   Document 854   filed 02/15/18   USDC Colorado   pg 4 of 6

Justin J. Wolosz
Kevin P. O'Keefe
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
rbuchanan@choate.com
joan.lukey@choate.com
lkruzer@choate.com
mgass@choate.com
jwolosz@choate.com
kokeefe@choate.com

Jessica L. Fuller
Diane Hazel
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jfuller@lrrc.com
dhazel@lrrc.com

James Michael Lyons
Lewis Roca Rothgerber Christie LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202
jlyons@lrrc.com
Bogdan Enica
Expert AuPair
111 Second Ave NE, Ste. 213
St. Petersburg, FL 33701
Bogdan@expertaupair.com

Meshach Y. Rhoades
Martin Estevao
Vance O. Knapp
Armstrong Teasdale, LLC
4643 S. Ulster Street, Suite 800
Denver, CO 80237
mrhoades@armstrongteasdale.com
mestevao@armstrongteasdale.com
vknapp@armstrongteasdale.com

Martha L. Fitzgerald
David B. Meschke
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200

4

Denver, CO 80202-4432
mfitzgerald@bhfs.com
dmeschke@bhfs.com

Brooke A. Colaizzi
Heather F. Vickles
Raymond M. Deeny
Joseph H. Hunt
Alyssa L. Levy
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
bcolaizzi@shermanhoward.com
hvickles@shermanhoward.com
rdeeny@shermanhoward.com
jhunt@shermanhoward.com
alevy@shermanhoward.com

Peggy E. Kozal
Thomas Baker Quinn
Nathan Huey
Gordon & Reese LLP – Denver
555 17th Street, Suite 3400
Denver, CO 80202
pkozal@gordonrees.com
tquinn@gordonrees.com
nhuey@gordonrees.com

John B. Fulfree
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, New York 10175
jfulfree@putneylaw.com

Stephen J. Macri
Joseph B. Cartafalsa
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1745 Broadway, 22nd Floor
New York, NY 10019
Telephone: 212-492-2071
Fax: 212-492-2501
joseph.cartafalsa@ogletree.com
stephen.macri@ogletree.com

Eric J. Stock
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
estock@gibsondunn.com

*/s/ Robert M. Tucker*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

6