IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *et al.*,

    Plaintiffs,

v.

INTEREXCHANGE, INC., *et al.*,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT James E. Hartley, attorney for Defendant Cultural Homestay International, recently changed his address from 555 Seventeenth Street, Suite 3200, Denver, CO 80202 to 1800 Broadway, Suite 300, Boulder, CO 80302. His new phone number is 303-245-2075 and his email address remains the same.

Dated: February 15, 2018

                *s/ James E. Hartley*
                James E. Hartley
                HOLLAND & HART LLP
                1800 Broadway, Suite 300
                Boulder, CO  80302
                Phone: 303-245-2075
                jhartley@holandhart.com

                **ATTORNEY FOR DEFENDANT
CULTURAL HOMESTAY INTERNATIONAL**

## CERTIFICATE OF SERVICE

I certify that on February 15, 2018, I served the foregoing on the following counsel of record by email:

| | |
|---|---|
| **BOISE, SCHILLER & FLEXNER LLP**<br>Lauren F. Louis<br>Sigrid S. McCawley<br>Matthew L. Schwartz<br>Peter M. Skinner<br>Randall W. Jackson<br>Sabrina A. McElroy<br>Dawn L. Smalls<br>Joshua J. Libling<br>Sean P. Rodriguez<br>Daniel R. Schwartz<br>Juan P. Valdivieso<br>llouis@bsfllp.com<br>smccawley@bsfllp.com<br>mlschwartz@bsfllp.com<br>pskinner@bsfllp.com<br>rjackson@bsfllp.com<br>smcelroy@bsfllp.com<br>dsmalls@bsfllp.com<br>jlibling@bsfllp.com<br>srodriguez@bsfllp.com<br>dschwartz@bsfllp.com<br>jvaldivieso@bsfllp.com<br><br>**TOWARDS JUSTICE**<br>Alexander Hood<br>alex@towardsjustice.org | *Attorneys for All Plaintiffs* |
| **SHERMAN & HOWARD L.L.C.**<br>Brooke A. Colaizzi<br>Heather F. Vickles<br>Raymond Myles Deeny<br>Joseph H. Hunt<br>bcolaizzi@shermanhoward.com<br>hvickles@shermanhoward.com<br>rdeeny@shermanhoward.com<br>jhunt@shermanhoward.com | *Attorneys for Defendant:*<br><br>*InterExchange, Inc.* |
| **KELLY & WALKER, LLC**<br>William J. Kelly II<br>Chandra M. Feldkamp<br>wkelly@kellywalkerlaw.com<br>cfeldkamp@kellywalkerlaw.com | *Attorneys for Defendant:*<br><br>*USAupair, Inc.* |

| | |
|---|---|
| **ARMSTRONG TEASDALE LLP**<br>Meshach Y. Rhoades<br>Martin J. Estevao<br>mrhoades@armstrongteasdale.com<br>mestevao@armstrongteasdale.com | *Attorneys for Defendant:*<br><br>*Great AuPair, LLC* |
| **BOGDAN ENICA, ATTORNEY AT LAW**<br>Bogdan Enica<br>bogdane@hotmail.com | *Attorneys for Defendant:*<br><br>*Expert Group International, Inc., d/b/a Expert Aupair* |
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>David B. Meschke<br>Martha L. Fitzgerald<br>mfitzgerald@bhfs.com<br>dmeschke@bhfs.com | *Attorneys for Defendant:*<br><br>*EurAupair Intercultural Child Care Programs* |
| **CHOATE HALL & STEWART LLP**<br>Robert M. Buchanan, Jr<br>Joan A. Lukey<br>Michael T. Gass<br>Justin J. Wolosz<br>Lindsey M. Kruzer<br>rbuchanan@choate.com<br>joan.lukey@choate.com<br>mgass@choate.com<br>jwolosz@choate.com<br>lkruzer@choate.com<br><br>**LEWIS ROCA ROTHGERBER CHRISTIE LLP**<br>James M. Lyons<br>Jessica L. Fuller<br>Diane Hazel<br>Jonelle Martinez<br>jlyons@lrrc.com<br>jfuller@lrrc.com<br>dhazel@lrrc.com<br>jmartinez@lrrc.com | *Attorneys for Defendant:*<br><br>*Cultural Care, Inc., d/b/a Cultural Care Au Pair* |
| **GORDON & REES LLP**<br>Thomas B. Quinn<br>Peggy E. Kozal<br>Jennifer W. Vedra<br>Nathan A. Huey<br>Heather K. Kelly<br>tquinn@gordonrees.com<br>pkozal@gordonrees.com<br>nhuey@gordonrees.com<br>jvedra@gordonrees.com<br>hkelly@gordonrees.com | *Attorneys for Defendant:*<br><br>*AuPairCare, Inc.* |

-3-

| | |
|---|---|
| **FISHER & PHILLIPS LLP**<br>Lawrence L. Lee<br>Susan M. Schaecher<br>llee@laborlawyers.com<br>sschaecher@laborlawyers.com | *Attorneys for Defendants:*<br><br>*APF GlobalExchange, NFP, d/b/a*<br>*Aupair Foundation;*<br>*American Institute for Foreign Study, d/b/a*<br>*Au Pair in America* |
| **PUTNEY, TWOMBLY, HALL & HIRSON LLP**<br>Joseph B. Cartafalsa<br>Stephen J. Macri<br>Robert M. Tucker<br>John B. Fulfree<br>jcartafalsa@putneylaw.com<br>smacri@putneylaw.com<br>rtucker@putneylaw.com<br>jfulfree@putneylaw.com | *American Institute for Foreign Study, d/b/a*<br>*Au Pair in America* |
| **WHEELER TRIGG O'DONNELL, LLP**<br>Kathryn A. Reilly<br>Grace Anne Fox<br>reilly@wtotrial.com<br>fox@wtotrial.com | *Attorneys for Defendants:*<br><br>*Agent Au Pair;*<br>*Au Pair International, Inc;*<br>*American Cultural Exchange, d/b/a*<br>*GoAuPair* |
| **NIXON SHEFRIN HENSEN OGBURN, P.C.**<br>Lawrence D. Stone<br>Kathleen E. Craigmile<br>lstone@nixonshefrin.com<br>kcraigmile@nixonshefrin.com | *Attorneys for Defendants:*<br><br>*20/20 Care Exchange, Inc., d/b/a*<br>*The International Au Pair Exchange;*<br>*A.P.EX. American Professional Exchange*<br>*LLC, d/b/a*<br>*ProAuPair* |

　　　　　　　　　　　　　　　　　　*s/ Craig Radoci*　　　　　　
　　　　　　　　　　　　　　　　　　Paralegal

10687272_1