## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, *ET AL.*

    Plaintiffs,

v.

INTEREXCHANGE, INC., *ET AL.*

    Defendants.

---

**DECLARATION OF JUAN P. VALDIVIESO IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL AND FOR RELIEF UNDER FEDERAL RULES OF CIVIL PROCEDURE 26 AND 37**

---

I, JUAN P. VALDIVIESO, declare as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP and counsel of record for Plaintiffs in the above captioned matter. As such, I am familiar with the facts and circumstances set forth in this Declaration and otherwise related to this matter. The matters stated herein are based on my personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Reply in Further Support of Plaintiffs' Motion to Compel and for Relief Under Federal Rules of Civil Procedure 26 and 37 and the underlying motion.

3. On January 29, 2018, Ilir Zherka provided testimony in a deposition on this matter. A true and correct copy of the deposition transcript is attached as **Exhibit 28**.

1

    4.    Attached hereto as **Exhibit 29** is a true and correct copy of an email from Faith Reyes to me dated February 14, 2018.

    5.    Attached hereto as **Exhibit 30** is a true and correct copy of an email from Faith Reyes to me dated January 23, 2018.

    6.    Attached hereto as **Exhibit 31** is a true and correct copy of an email from Faith Reyes to me dated January 17, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of February, 2018, at Playa del Carmen, Mexico.

                Respectfully submitted,

                /s/ Juan P. Valdivieso
                Juan P. Valdivieso

                BOIES SCHILLER FLEXNER LLP
                1999 Harrison Street, Suite 900
                Oakland, California 94612
                Tel. (510) 874-1000
                Fax. (510) 874-1460
                jvaldivieso@bsfllp.com

                *Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      *s/ Juan P. Valdivieso*
                                                      Juan P. Valdivieso