# EXHIBIT 29

| | |
|---|---|
| **From:** | Faith Reyes <freyes@verdiogletree.com> |
| **Sent:** | Wednesday, February 14, 2018 11:46 AM |
| **To:** | Juan Valdivieso |
| **Cc:** | Ben Ogletree |
| **Subject:** | Alliance documents |

Juan – Sorry I didn't have a chance to respond to you yesterday.  We will begin going back through the documents redacted/withheld based on one or more privileges.  Given other deadlines unrelated to this matter, and the amount of time it will take to review the documents and then work with the vendor to produce, a realistic time frame is sometime the week of Feb 26.   If we are able to complete the review more quickly, we will let you know. Faith


Faith Kalman Reyes
VERDI & OGLETREE PLLC
1704-B Llano St., #333
Santa Fe, NM  87505
Mobile:  505.660.0749
freyes@verdiogletree.com

CONFIDENTIALITY NOTICE:

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by reply or by telephone (call us collect at 202.449.7703) and immediately delete or destroy this e-mail, and all its attachments and copies.