# EXHIBIT 31

| | |
|---|---|
| **From:** | Faith Reyes <freyes@verdiogletree.com> |
| **Sent:** | Wednesday, January 17, 2018 7:38 AM |
| **To:** | Juan Valdivieso; Sean Rodriguez; Beltrandefendants |
| **Cc:** | Ben Ogletree |
| **Subject:** | Alliance production - redacted documents |
| **Attachments:** | 2018 01 17 Alliance production of redacted docs.pdf |

Please see the attached letter regarding the production of redacted documents.  Thank you.


Faith Kalman Reyes
VERDI & OGLETREE PLLC
1704-B Llano St., #333
Santa Fe, NM  87505
Mobile:  505.660.0749
freyes@verdiogletree.com

CONFIDENTIALITY NOTICE:

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by reply or by telephone (call us collect at 202.449.7703) and immediately delete or destroy this e-mail, and all its attachments and copies.

# Verdi & Ogletree PLLC

Faith Kalman Reyes

*FReyes@verdiogletree.com*

1704-B Llano Street, #333
Santa Fe, NM  87505
Direct Dial:  (505) 660-0749
Phone: (202) 449-7703
Fax: (202) 449-7701

January 17, 2018

To:  Counsel for all Parties

Re:     Alliance Document Production – Redacted Documents

All of the Alliance's *redacted documents* from its review of electronically stored information (the scope of which was agreed upon in our discussions with Plaintiffs' counsel), responsive to the subpoena served upon the Alliance, have been uploaded to an FTP site. You may access the site using the following information:

URL: https://ftp.haystackid.com
Username: **VO_Beltran_Service**
Password: 43WAwax

You will require the production zip password to download the files, which I will provide in a separate email.

All of these materials should be treated as "Confidential" and the production is made pursuant to the Stipulated Agreement Regarding Protective Order executed by the parties and the Alliance.

Please let me know if you have any questions in this regard.

Sincerely,

Faith Kalman Reyes