**Cultural Care Au Pair**

Mail to: Cultural Care Au Pair
One Education Street
Cambridge, MA 02141

Fax to: 1-617-619-1101

For office use only

HF #

## 2012 Host Family Agreement

This agreement is between Cultural Care, Inc. of Cambridge, MA ("CC") and (first and last name(s) of host parent(s)) _____ , of (City) _____ , (State) _____ , acting on behalf of and including all members of said persons' household and family (hereinafter, in the aggregate, referred to as "Host").

In consideration of the material undertakings herein contained, the parties agree as follows:

1. This agreement shall govern in all respects the relationship between Cultural Care Au Pair and the Host Family unless modified by a subsequent written agreement signed by the parties. This agreement can only be modified by a writing signed by both parties and any purported oral agreement shall be without any force or effect.

2. Host agrees that CC may immediately terminate Host's participation in the program and remove the au pair from Host's home, if: a) CC determines, at its sole discretion, that the au pair is in an unsuitable environment or is being treated in an inappropriate manner by Host; or b) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any other stipend or payment required hereunder; or c) Host fails to comply with any of the Regulations. In the case of any such a termination Host shall not be eligible for a program fee refund or a replacement au pair.

3. Host understands that CC has the exclusive right to determine suitability for placement of an au pair in Host's home and continued participation in the au pair program.

4. Host will accept an au pair and any cultural differences in the spirit of international exchange. Host agrees to comply with all of the regulations published by U.S. Department of State in 22 CFR Part 62, as the same may be amended from time to time in the future ("the Regulations"). Host acknowledges receipt of a copy of the U.S. Department of State publication "The Au Pair Exchange Program" (available on host family web account). Host affirms that they are U.S. citizens or legal permanent residents.

5. Host understands that it is the Host's sole responsibility to thoroughly interview and carefully choose an au pair from the candidate(s) presented to the Host, and that there is no warranty as to the Host's satisfaction or to the compatibility of any particular candidate as an au pair in Host's family. Host agrees that the au pair is not an employee, servant or agent of CC, and that CC does not exercise dominion or control over the actions of the au pair. CC is not responsible for any act or omission on the part of the au pair.

6. Host understands that CC does not guarantee continuous childcare coverage in any circumstances, including, but not limited to, circumstances in which the au pair becomes ill or otherwise unable or unwilling to fulfill her or his duties hereunder; and that CC is not responsible for the costs of supplemental, replacement, or interim childcare. In addition, CC is not responsible for delays in the au pair's arrival due to visa rejections, visa delays, and flight delays.

7. Host will provide board and lodging in a suitable private bedroom that complies with local building codes in their home for the au pair throughout participation in the program. Host agrees to pay a weekly stipend in accordance with the Regulations. The stipend shall be paid to the au pair on the same mutually agreed upon day each week for fifty-one (51) weeks and cannot be withheld for any reason, including, but not limited to, outstanding phone bills, auto accidents, or lost time due to illness.

8. Host will provide automobile insurance for the au pair at Host's sole cost if the au pair uses any of Host's vehicles. The insurance coverage shall not be less than the minimum mandatory insurance coverage required by law in the state in which the Host resides. In the case of an accident while the au pair is off duty, the au pair shall not be responsible for a deductible that exceeds $500.00 per incident. Host will not hold CC liable for any damage or loss resulting from the au pair's use of a vehicle. Host will pay for gas, and for the entire deductible resulting from any loss, for the vehicle(s) used by the au pair when performing her/his duties or requirements of the program. Host acknowledges that it is the Host's responsibility to conform with any and all state or local laws regarding the au pair's use of Host's automobile, including obtaining a local driver's license, if required.

9. Host agrees that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household, and community.

10. Host agrees that the au pair will perform childcare services and light housekeeping duties related to childcare which shall not exceed (each a separate limitation): (i) forty-five (45) hours per week; (ii) five and one half (5½) days per week; and (iii) a maximum of ten (10) hours each day. Host also understands that asking the au pair to work additional hours and/or offering additional compensation for additional hours is a violation of the U.S. Department of State guidelines and this acknowledgement. Host agrees that the au pair will have one (1) full weekend (Friday evening to Monday morning) off duty per month and one and one half (1½) consecutive days off per week. The au pair will also receive two (2) calendar weeks (14 days) of paid vacation, to be taken at mutually agreed upon times. If a dispute arises as to any of these limits or requirements, CC's determination shall be final.

11. Host agrees that the au pair's duties are not to include heavy chores, including, but not limited to, yard work, window washing, or scrubbing floors. The au pair's duties will be restricted to childcare and responsibilities related to care of the children, including light housekeeping. This may include active duties, including, but not limited to, general supervision of play, preparing children's meals, straightening their rooms, and doing the children's laundry; and passive duties, such as being present when the children are sleeping, which are considered working hours.

12. Host will facilitate enrollment and provide time off and transportation for study at accredited post-secondary institutions (for a minimum of six (6) credit hours or its equivalent) in which the au pair chooses to enroll. Host agrees to pay up to $500.00 per au pair for tuition and related educational expenses.

13. Host will facilitate attendance and provide time off and transportation for the au pair's monthly meetings with CC's Local Childcare Coordinator. Host agrees to respond to the inquiries of CC's Local Childcare Coordinator and other CC agents and employees; and Host agrees to attend at least one of two family day conferences sponsored by CC during the program year.

14. Host agrees that if an infant less than three (3) months old is living in the home, a parent or another responsible adult shall be present in the home at all times and the au pair shall not be sole care giver for that child at any time (including sleeping hours). Host agrees to notify CC if a child less than three (3) months is added to the household at any time during the program term. Host agrees to notify CC in the event there is a change of composition of the household, including, but not limited to, divorce, custody change, death, adoption, pregnancy, or possible move to a different home.

15. Host acknowledges that it is Host's responsibility to comply with any state or local laws regulating Host's relationship with the au pair including, but not limited to, laws regarding payments to the au pair.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**CC00000547**

16. If a serious problem develops between the Host and the au pair, the Host shall notify CC both by telephone and in writing. If CC believes that its involvement might help to resolve a problem, the Host will consult with and meet with CC representatives. Host agrees to follow CC's mediation and transition guidelines as outlined in the Host Family Handbook. Host further understands that the first month is a period of adjustment; accordingly CC will not process non-emergency transitions during this time period.

17. In the event of au pair replacement, if Host has received less than thirty (30) program weeks, Host agrees:
a) Host's program term shall be adjusted to include the remainder of the replacement au pair's full program term. Host shall be responsible for paying CC $146.07 for each additional week of au pair service beyond Host's regular fifty-two (52) week program year, and such additional payments are due no later than sixty (60) days prior to the departure of the original au pair term.
b) Host may be responsible for additional tuition costs for the replacement au pair(s) if the au pair has not completed the educational component with a previous host family (up to a maximum of $500.00).
c) Host will also be responsible to allow the replacement au pair to take any unused vacation time that may still be due to the au pair up to a maximum of two (2) calendar weeks (14 days), and the Host shall pay the replacement au pair during such period.
d.) Host will be responsible for a $500 transition fee in the event of a third au pair replacement with the first (30) program weeks. Host is required to pay this fee prior to accepting the third au pair in their home.

18. In the event of au pair replacement, CC will use reasonable efforts to find another placement for the au pair, and to locate another au pair for Host. The Host recognizes that CC may not be able to immediately find a new placement for the Host's departing au pair. If a new placement cannot be so immediately found, the Host is required to allow the departing au pair to continue to live with them for a period not in excess of two (2) weeks. During such interim period, the Host in its discretion may request the departing au pair to provide, or not to provide, any childcare services. Host will provide reasonable assistance to CC in transporting departing au pair to nearest departure gateway

19. Host agrees to complete a new host family application, including host family agreement, weekly schedule, references, letter to the au pair, and photos in the event that:
a) Host completes program year with au pair (of at least 30 childcare weeks)
b) Host transitions with their current au pair, but still completed at least 30 weeks of childcare. Host understands that may still be responsible for any additional tuition costs or vacation days in which the replacement au pair(s) has not completed.
c) Host wishes to welcome an au pair into their home and their previous application is older than six (6) months.

20. In the event that Host has received less than thirty (30) weeks and chooses to extend with current au pair, Host agrees to pay weekly rate of $146.07 for au pair's extension term. The au pair with whom the Host is extending must have arrived at Host's home more than thirty (30) weeks before the end of their first-year legal departure date to be eligible for Extension Program fee savings.

21. In the event of accident or serious illness which, in the judgment of CC, and with the advice of a physician, prevents the au pair from continuing her/his duties for an extended period, she or he will end the exchange early and return home and CC will use reasonable efforts to find a replacement au pair for Host.

22. Host is responsible for paying the selection fee in the amount of $175.00 upon selection of au pair. Delay in aforementioned payment may delay or prohibit au pair's arrival to Host's home.

23. Host is responsible for paying the program fee in the amount of $7595.00 plus the domestic transportation fee thirty (30) days prior to the au pair's arrival. Arrival date is defined as a) arrival to au pair school in Oakdale, NY for an au pair who is a new arrival from overseas, b) arrival date to Host's home if au pair is currently in United States. Delay in aforementioned payment may delay or prohibit au pair's arrival to Host's home.

24. Host understands that au pair term begins upon arrival to the training school. Host further agrees to assist CC in ensuring that the au pair leaves the United States at the conclusion of the program term.

25. Host acknowledges that program fee discounts cannot be applied retroactively and may not be combined with any other program fee discounts (excluding host family referral bonuses and application fee waivers). Program fee discounts may only be applied to program terms of 30 weeks or more. CC reserves the right to change this at any time.

26. In the event that au pair is currently in the United States upon Host's selection, Host is responsible for paying CC $146.07 for each week the au pair is estimated to provide service to Host. In addition, Host is responsible for paying CC half (½) of the domestic transportation fee of Host gateway. Program fees are due prior to the au pair's arrival to Host's home. Delay in aforementioned payment may delay or prohibit au pair's arrival to Host's home.

27. Host acknowledges that CC is not responsible for any expenses incurred by the au pair or by the Host, including, but not limited to, telephone bills, automobile expenses, property damage, travel expenses, and health expenses not covered by insurance. Accordingly, Host agrees not to seek payment from CC for any of these expenses or costs.

28. Host understands the following CC billing policies: (a) Host agrees that in the event they welcome an extension au pair, Host will be invoiced for the au pair's full extension term which shall begin on the first date of the au pair's extension term, (b) Stipend and childcare weeks are not pro-rated per day; one (1) day in a new week will be counted as a full week. (c) Credits remaining on host family accounts are valid and redeemable only towards future program fees for five (5) years, they are not redeemable for cash and are non-transferable to another account.

29. Host agrees to abide by the payment terms outlined in the current CC brochure; as such prices may be subject to change due to circumstances beyond CC's control. Host agrees to pay CC the full program fee plus any applicable domestic transportation fee established by CC, in addition to paying any other expenses related to providing Host with an au pair. Host acknowledges that a change to the domestic arrival gateway or scheduled group arrival date may result in an additional charge of $150.00 plus any additional airline penalties. Host agrees to pay CC a $50.00 fee for any late payments, returned checks, declined credit cards, or requests to change credit card (only applies after payment has been processed). Host understands that all fees are subject to change without prior notification.

30. Host agrees to inform CC in writing in the event Host wishes to withdraw from the program before completion of the program term. In the event of such withdrawal, Host shall be subject to the refund policy below. If Host withdraws from the program before the au pair arrives, Host is subject to cancellation fees.

31. If Host wishes to request a refund, they must do so in writing. A refund, if owed, will be processed within thirty (30) days after this request has been received by CC. Host has read and agrees to the following refund policy: a) Application fee and Selection fee: The $75.00 application fee and $175.00 selection fee are non-refundable. They will only be refunded if CC does not accept a family on the program. b) Refund before the au pair's arrival in the USA or in the event of an in-country placement to Host's home: If Host cancels four (4) weeks or less prior to the au pair's arrival, CC will refund all monies paid less $1,100.00 ($75.00 application fee, $175.00 selection fee plus $850.00 cancellation fee) plus the cost of non-refundable airline tickets or penalties, if applicable. c) Refund after the au pair's arrival at the training school or in the event of an in-country placement after au pair's arrival to Host: Refund will be calculated as follows:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CC00000548

| Program weeks paid for | | _____ | (All funds paid to CC for the current program year less any non-refundable fees,* divided by $146.07) |
| Less program weeks received | - | _____ | (Total number of weeks for all au pairs placed with Host including week(s) at the training school) |
| Multiplied by | x | _____ | (Refund per week based on program weeks received) |

| Program Weeks Received | 1 to 10 | 11 to 20 | 21 to 30 | 31 or more |
|---|---|---|---|---|
| Refund per Week | $96 | $67 | $43 | no refund due |

Equals total refund due   =   _____

e) The refund calculation listed above is based on the Host having paid a full program year (fifty-two (52) program weeks minimum).

f) If Host has paid for less than fifty-two (52) program weeks, Host must have a minimum of $4395.00 paid into the program fee, and must not have any delinquencies on their payment plans in order to eligible for a refund.  Any past due payments, and/or if Host has paid less than $4395.00, there is no refund due.

*Please note: the application fee, selection fee, domestic transportation fee, Extended Payment Plan fees, and any late payment or penalty charges are non-refundable.
All refunds will be calculated based on the total funds Host has paid to CC, minus all non-refundable fees. Any special discounts or credits will not be considered as funds paid to CC. Refunds will be based on the total number of program weeks for all au pairs placed in the Host's home during the current program year.

32. Host can take advantage of Peace of Mind Guarantee (hereinafter, in the aggregate, referred to as "POM") if they received less than thirty (30) weeks of childcare prior to canceling from the au pair program. Host agrees and understands policy below.
a) Host may apply POM if paid in full; participants on the Extended Payment Plan are not eligible for POM.
b) Host is eligible for POM if au pair term is at least thirty (30) weeks.
c) Host is eligible for POM based on their current au pair's term when job loss occurred after arrival. Host is not eligible for POM if job loss occurred before their current au pair's arrival into their home.
d) Host is eligible for POM if job lost is a salaried position; contractual positions or jobs where the employee is required to fill out a W-9 or submit a 1099 form are not eligible for POM. Those terminated as a result of job performance are not eligible for POM.
e) POM application must be complete and approved by CC before any refund can be processed. A completed application consists of proof of involuntary job loss and total household income decrease of a minimum of twenty-five percent (25%). Acceptable documentation shall be solely at the discretion of CC.
   e1) Proof of involuntary job loss may include but is not limited to: unemployment registration through a state institution or a denial letter from state's unemployment stating a reason of rejection, letter on company letterhead with ability to check reference of former employer, notice of termination from employer, COBRA enrollment form, and human resources documentation.
   e2) Proof of income decrease may be shown by the previous 3-month pay detail of all household members.
f. Host must request POM refund in writing. Host may request a standard refund with program continuation or pro-rated refund.
   f1) Host understands any program fee discount is not included toward total program fee paid.
   f2) Program continuation provides Host with continued support and participation on program. Host may keep au pair for duration of au pair's current term providing Host can continue to abide by the terms and conditions of this Agreement and the Department of State Regulations including, but not limited to, continued payment of stipend and education allowance to au pair. Host will not receive a replacement au pair without completing repeat process, including payment of program fees. By electing to continue with the program and apply for POM, host may receive standard refund as outlined in section 27 less a cancellation fee of $850. The program continuation refund will be based on date complete application is received and is not retroactive to date of job loss.
   f3) A pro-rated refund provides Host with a full refund of $146.07 per week for unused program fees on a pro-rated basis upon withdrawing from CC. CC will determine unused childcare weeks less non-refundable costs, any discounts, and cancellation fee of $850. The financial safeguard refund is based on the au pair's last legal day of service with Host and is not retroactive to date of job loss.

33. CC cannot accept responsibility or pay any compensation where the performance or prompt performance of this Agreement is prevented or affected by reason of circumstances, which amount to 'force majeure.' Circumstances amounting to 'force majeure' include any event which CC could not, even with all due care, foresee or avoid including, but not limited to, government regulations, sickness, epidemics, health risks, civil strife, industrial action, natural disaster, fire, adverse weather conditions, war or threat of war, actual or threatened terrorist activity, or any similar event beyond our control.

34. If Host represents more than one person, Host's obligation hereunder shall be joint and several. This Agreement shall take effect as a sealed instrument under and shall be governed by the laws of the Commonwealth of Massachusetts, without regard to the conflict of law principles of Massachusetts or any other jurisdiction. In the event of any claim, dispute or proceeding arising out of the relationship of the Host and CC, or any claim which in contract, tort, or otherwise at law or in equity arises between the parties, whether or not related to this agreement, the parties submit and consent to the exclusive jurisdiction and venue of the courts of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts.

35. CC may assign this agreement to another U.S. State Department approved entity who is an affiliate of CC or who acquires all or substantially all of the assets of CC.

36. Host agrees to irrevocably, unconditionally, and fully remise, release, and forever discharge CC and its affiliates; and said persons' respective officers, directors, successors, assigns, attorneys, insurance companies, agents, employees and affiliates, or others to the extent acting or purporting to act on the aforementioned persons' behalf (all of said persons hereinafter, in the aggregate, being referred to as "Released Parties"), from any and all claims or causes of action which Host has or may hereafter have, which arise out of injury, damage, or loss of any other kind to the Host or their property resulting from participation in the CC program. This includes, without limitation, the au pair's performance of services for and involvement with the host family, regardless of how such injury, damage, or loss may arise and regardless of whether the injury, damage, or loss is in whole or in part caused by the negligence of any one or more of the Released Parties. Host further agrees to indemnify and hold harmless the Released Parties from and against any losses, claims, damages, or liabilities related to or arising out of the participation of Host in the CC program, including, but not limited to, any injury or damage to the Host that the au pair causes or to which s/he contributes, and any injury or damage to the au pair which Host causes or to which Host contributes.

My (our) signature(s) below indicates acceptance of the terms of this agreement, and is legally binding. No alterations to the terms of this agreement will be valid unless approved in writing by CC.

_____
*Host parent's signature*                                                                         *Date*

_____
*Host parent's signature*                                                                         *Date*

*Please contact us with questions or for more information.  Phone:* **1-800-333-6056**   •   *Email:* **aupair@culturalcare.com**   •   *Website:* **culturalcare.com**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**CC00000549**

Defs.' Appx. 00000350



# Cultural Care Au Pair

## *Host Family Handbook*

culturalcare.com

CC00000717

# Welcome to the Cultural Care Au Pair Family!

Welcome to the Cultural Care family! In selecting our program, you have opened the door to an enriching, international relationship that will benefit you and your children for years to come. When you host a Cultural Care au pair, you provide your children with quality care in the familiar environment of your own home as well as the unique cultural benefits of hosting an international visitor.

The Cultural Care *Host Family Handbook* is designed to help you successfully navigate your year with your au pair. When people from different cultures live together, they inevitably experience both challenges and triumphs, and our aim is to give you the information and resources you need to make your experience a positive one.

In this handbook, you will find information covering a number of helpful topics. The time you spend reviewing this information both before your au pair arrives and during your year will be time well spent. We also recommend using Cultural Care's *Household Handbook* (available through your Host Family Account) and *Daily Communication Log* (included in your welcome pack) in conjunction with this *Host Family Handbook*. All will enhance communication between your family and au pair while she lives in your home. Your local childcare consultant, and office staff will also be available to answer questions you have during the year.

We hope you find this handbook helpful, and we wish you a wonderful program year with your au pair!

*2013 International Care, Ltd.*

Defs.' Appx. 00000352

# Useful Contact Information

## Local childcare consultant

Name:_____

Telephone: _____

Email: **firstname.lastname@lcc.culturalcare.com** (i.e., jane.smith@lcc.culturalcare.com)

Email: _____ . _____ **@culturalcare.com**

Website:

## Program director

Name:_____

Telephone: _____

Email: **firstname.lastname@culturalcare.com** (i.e., jane.smith@culturalcare.com)

Email: _____ . _____ **@culturalcare.com**

## Au Pair Services *(insurance, flights, etc.):*

Telephone: **1-800-448-5753**
Email: **aupair.operations@culturalcare.com**

## Aetna Student Health *(for claims in the U.S.):*

Telephone: **1-800-783-7447**
Email: **erika@aetna.com**

## AXA Assistance *(24-hour emergency assistance for all au pairs except Nordic):*

Telephone: **1-800-847-3948**
Email: **erika@axa-assistance.de**

## Falck TravelCare *(24-hour emergency assistance for au pairs from Sweden, Denmark, Norway and Finland):*

Telephone: **1-800-871-9211**
Email: **erika@falcktravelcare.com**

## General

E-mail: **aupair@culturalcare.com**
Website: **culturalcare.com**
Online Community: **community.culturalcare.com**
InfoSource: **http://infosource.family.culturalcare.com**
Au Pair Answer Mom: **aupairanswermom.com**

CC00000719

# Table of Contents

**1. Welcome to Cultural Care Au Pair** ....................................................................................6
Your Cultural Care team .................................................................................................................6
Host Family Account & Infosource ................................................................................................7

## BEFORE YOUR AU PAIR ARRIVES

**2. Your role as a host family** ...............................................................................................8
Supporting cultural exchange .........................................................................................................8
Family member versus employee ....................................................................................................8
Effective communication.................................................................................................................8
Providing support .............................................................................................................................8

**3. Preparing to welcome your au pair** ..............................................................................9
Required preparations ......................................................................................................................9
Suggested preparations ....................................................................................................................9

## DURING THE YEAR

**4. The first few days** ...........................................................................................................12
Arrival dates and airport/bus gateway ..........................................................................................12
Cultural Care Training School ......................................................................................................12
The first few days............................................................................................................................13
Setting realistic expectations .........................................................................................................14

**5. Program guidelines and rules** .....................................................................................16
U.S. State Department regulations ...............................................................................................16
General au pair responsibilities .....................................................................................................16
General host family responsibilities ..............................................................................................16
A. Scheduling and payment...........................................................................................................17
    Childcare schedule ...................................................................................................................17
    On- versus off-duty ..................................................................................................................17
    Weekly stipend.........................................................................................................................17
    Weekly schedule ......................................................................................................................17
    Weekly meetings ......................................................................................................................18
B. Au pair vacation and sick days..................................................................................................18
    Au pair vacations .....................................................................................................................18
    Family vacations......................................................................................................................18
    Au pair sick days .....................................................................................................................19
C. Educational component and monthly meeting requirements ................................................19
    Educational component requirements and resources ..........................................................19
    Au pair monthly meetings ......................................................................................................20
    Continuing Safety Education Program (CSEP) ....................................................................20
    Host family events....................................................................................................................20

CC00000720

**D. Au pair insurance and travel** ...........................................................................................................21
    Travel insurance ...............................................................................................................................21
    Filing an insurance claim.................................................................................................................21
    Au pair travel guidelines .................................................................................................................22
    Travel during your au pair's first year ...........................................................................................22
    Travel during the 30-day "grace period".......................................................................................23
    Travel during the extension year....................................................................................................23
    Travel to Canada, Mexico and the Caribbean in the second year..............................................23
    Travel and visa paperwork..............................................................................................................24

## 6. Household rules .................................................................................................26
Car use and car insurance......................................................................................................................26
Phone use................................................................................................................................................27
Computer use..........................................................................................................................................27
Curfew.....................................................................................................................................................27

## 7. Social Security, taxes and workers' compensation .........................................28
Social Security........................................................................................................................................28
Taxes and personal financial matters ..................................................................................................28
Workers' compensation.........................................................................................................................30

## 8. Cross-cultural dynamics ....................................................................................30
Cultural differences................................................................................................................................30
Culture shock and adjustment cycle ....................................................................................................30

## 9. Host family and au pair communication ..........................................................32
Communicating with your au pair .......................................................................................................32

## 10. When issues arise ............................................................................................34
Solving problems on your own.............................................................................................................34
When to involve your LCC and/or program director ........................................................................34
Entering into a transition .....................................................................................................................35

# THE END OF YOUR YEAR

## 11. Repeating with Cultural Care Au Pair............................................................37
Repeat Family Rewards .........................................................................................................................37
Extending with your current au pair ...................................................................................................37
Welcoming a new au pair......................................................................................................................38

## 12. Preparing for your au pair's departure..........................................................39
Your au pair's return flight ...................................................................................................................39
30-day grace period ...............................................................................................................................39
Reverse culture shock ............................................................................................................................39
Saying goodbye ......................................................................................................................................40
Making the transition to a new au pair ...............................................................................................40

## 13. Appendix..........................................................................................................41
U.S. Department of State regulations .................................................................................................41

CC00000721

# CHAPTER 1

# Welcome to Cultural Care Au Pair



Thank you for choosing Cultural Care Au Pair to fulfill your childcare needs! We look forward to working with you throughout the year.

As we often say—the most successful host families are those who are well prepared and who put effort into their relationship with their au pair. This handbook is a great resource for host families, both new and veteran, who are looking for ways to make the most of their time on the program. We encourage you to read this handbook thoroughly before your au pair arrives so you can start off on the right foot, and to keep it handy so you can continue to reference it throughout your year.

## Your Cultural Care team

Cultural Care Au Pair's offices are located in Cambridge, MA, and we also have a network of 600+ field staff and local childcare consultants who service families and au pairs locally. You will work closely with both full-time staff and your local childcare consultant (LCC).

Upon applying (or reapplying) to our program, your placement manager will play a key role in helping you throughout the matching, interviewing and "finaling" process. S/he can play as big or small a role as you want in the search for your au pair. Once your au pair arrives to the U.S., your primary office contact during the year will be your program director. While your LCC will be your first point of contact while you host an au pair (see below), your program director is a resource for you and will become involved if your LCC is not available or if you encounter any bigger issues along the way.

Our Account Services team is also available to help at any time if you have questions regarding your account, finances or the program in general. Lastly, you will also receive occasional emails from our U.S. headquarters in Cambridge, MA, including details about important program updates and incentives.

### LOCAL CHILDCARE CONSULTANTS (LCCS)

From the moment you register until the end of your program term, your local childcare consultant (LCC) will be your primary contact and support system. S/he is located within an hour's drive of your home and is not only available to support you, but serves as a mentor to your au pair throughout the year.

Your LCC has many responsibilities in supporting your family and au pair during the year. S/he will:

- Interview your family in your home
- Conduct an initial orientation with your au pair and family within two weeks of your au pair's arrival
- Hold monthly meetings for your au pair

**CULTURAL CARE STAFF**

As a host family, you can count on the following office and field staff members to support you during your au pair year:

- Placement Manager
- Program Director
- Account Services team
- Local childcare consultant

- Maintain monthly contact with your family
- Provide advice on local educational opportunities
- Invite you to host family events
- Give support and advice as needed
- Conduct a mediation in case of a dispute
- Act as a liaison between you, your au pair, your placement manager and program director

Perhaps the most critical support you will receive from your LCC will be the interview, orientation and regular follow-up during the year.

### IN-HOME INTERVIEW

After you register for the program, your LCC will visit you in your home to complete a host family interview. During this interview, your LCC will review the program regulations and answer any remaining questions you may have. S/he will also make sure your expectations are realistic and share tips for making your au pair year a success. Approving the au pair's bedroom is also a necessary part of the interview and required by the U.S. Department of State. Before you can welcome your au pair, an in-home interview with your family must be completed—a State Department regulation.

### ORIENTATION UPON ARRIVAL

Shortly after arriving to your home, your au pair will receive a welcome call from your LCC, and within two weeks, your LCC will arrange an orientation meeting with both you and your au pair. At this meeting, your LCC will have an opportunity to introduce her/himself to your au pair and make sure the first few days have gone well. Practical information will be also discussed, including any initial adjustment issues and guidance on how to fulfill the educational component.

### MONTHLY CONTACT

For the rest of your exchange year, your LCC will contact you once a month. These are informal calls or emails to check in and a required part of the program. Please be responsive to these calls—they are meant to ensure the well-being of all our participants. Additionally, your au pair will attend monthly meetings organized by your LCC. This is an important opportunity for your au pair to receive updated program information and safety training, ask questions and make new friends.

## *Host Family Account & InfoSource*

To help guide you through the year, we have compiled a wealth of great information that you can find through your online Host Family Account in a section called InfoSource. InfoSource includes helpful information that is categorized as it relates to: General program information; Before your au pair arrives; During your year, The end of your year; and Extras.

We encourage you to spend some time exploring your Host Family Account and remember to revisit it during the year if you are looking for program information or advice. A search function makes it easy to find just what you are looking for.

We are confident that the staff and online resources we provide for you as a host family will help you successfully navigate your program year.



**MORE ON INFOSOURCE**

Whenever you see the InfoSource symbol featured in this handbook, it means that you can find more information on the topic at hand by going to your Host Family Account and clicking on "InfoSource." You can navigate directly to the page indicated or use the search function to locate information on your own.

InfoSource is often the best way to access information about our program at any time.

## CHAPTER 2

# Your role as a host family

Being a host family not only means following Cultural Care and U.S. Department of State regulations, but also being prepared to embrace the cultural exchange spirit of the program. Supporting the exchange of culture, treating your au pair as a family member, communicating effectively and giving your au pair the support she needs are all ways to make sure you are doing your part as a host family.

## Supporting cultural exchange

While an au pair's responsibility to care for your children is of utmost importance, it is also crucial for au pairs to enjoy the benefits of an exchange experience. Experiencing life in the U.S. is one of the biggest attractions of the au pair program to young people around the world and you play an important role in this by:

- Helping her adjust to a new language and culture
- Encouraging her to seek new experiences
- Including her in your own American traditions and holidays
- Inviting her to share her own customs and traditions with you

## Family member versus employee

An au pair should not be treated simply as an employee, but rather an extension of your family. As such, give and take is important. Asking how her day was, being thoughtful around holidays or birthdays, and including her in family meals will go a long way to making her feel welcome and supported in your family. Think about how you would want someone to treat your child living with a host family abroad and treat your au pair accordingly.

Your au pair may not always join you at dinner time or participate in every family weekend excursion—and that is okay. Knowing you care enough about her to offer these opportunities is what's important.

## Effective communication

While our au pairs come with prior childcare experience and undergo a rigorous curriculum at our Au Pair Training School, only you know what works best in your own home, and it is your responsibility to share this information with your au pair. The au pair program is most successful when host parents take the time to verbalize their needs and expectations—not all at once but more than once!

## Providing support

There will be days when your au pair feels homesick or needs reassurance while adjusting to immersion in a new language and culture, especially in the beginning. While your LCC and Cultural Care office staff can step in to help, you are the first line of support to your au pair. Taking the time to listen to her and offer encouragement is part of being a great host family.

> "Antonia stepped into our home with so much openness and love that it is hard to remember life before her and difficult to think what it would be like without her here. We have learned much about her culture (luckily through the delicious snacks and meals she offers to prepare) and her family at home. From us she has learned about New York and New Jersey, our four seasons (snow!) and American holidays, including Thanksgiving."
>
> **Dnistrian Family in New Jersey**

Our veteran host families say it best, "You get out of the au pair program what you put into it." Families who invest in communication, teamwork and support have the most rewarding relationships with their au pairs — and their children are the ones who benefit most.

## CHAPTER 3

# Preparing to welcome your au pair

Once you have selected and finalized an au pair match, you will most likely have a period of weeks or months before your au pair arrives. During this time, we encourage you to ensure you are making the right preparations before her arrival.

## Required preparations

There are a few things that host families must complete before welcoming an au pair, including their host family registration and the in-home interview.

### COMPLETED HOST FAMILY REGISTRATION

Before your au pair can travel to your home, the U.S. Department of State requires you to submit a complete registration, including all personal and professional references and agreement forms. Part of the registration process includes agreeing to a criminal background check for all adults living in your home. Not only is a complete registration required by the Department of State, it also gives your au pair a preview of life with your family and assists your au pair in obtaining her visa. Consular officers at U.S. embassies often ask au pairs about the families they will be joining in the U.S., and request to review host family information.

### HOST FAMILY IN-HOME INTERVIEW

Another U.S. Department of State regulation dictates that all host families participate in an in-home interview with their LCC prior to their au pair's arrival. This interview must occur each year you welcome an au pair into your home, and all adults living in your home must be present for the interview. Your LCC will ask you to sign and date the interview form to acknowledge that you discussed the program requirements and rules, and that you agree to abide by them. Your LCC will also ask to see the au pair's bedroom to check that it is a suitable space for her to live in during the year.

The in-home interview is a great opportunity for you to ask any outstanding questions you may have about the program and to get to know your LCC a bit better. If you receive this handbook prior to your interview, we suggest reviewing it so that all questions and concerns can be addressed.

## Suggested preparations

In addition to completing your registration and host family interview with your LCC, there are other steps to consider that will help you be prepared to welcome your au pair. You will want to maintain contact with your au pair while making sure her room is ready, finalizing your *Household Handbook* and schedule, preparing for upcoming tasks and investigating educational options.

### HOST FAMILY INTERVIEW

The in-home interview is conducted by your LCC and includes the following:

- Discussion of current family situation and any anticipated changes.

- A tour of the home and the au pair's bedroom (it must have a door that can be closed and an effective means of egress).

- Review of U.S. Department of State regulations.

- Discussion of car use expectations.

- Cultural awareness information.

culturalcare.com   9

CC00000725

## CONTINUE COMMUNICATION

After you've selected your au pair, it's important to maintain regular contact with her until she arrives to your home. Correspondence will help put your au pair and her family at ease about the approaching year. The following are suggestions as to how you can keep in touch.

### FOLLOW-UP CALLS

An au pair has access to information including your children's ages, the area you live in and the qualities you are looking for in an au pair. We suggest a follow-up call by phone or Skype after your au pair has had a chance to read this through and had time to think of some questions. Typical questions your au pair may have include: "What type of clothing should I bring?" "Is the schedule for the summer going to be different than during the school year?" "Will there be other au pairs in the area?" Be prepared to answer lots of questions!

### FOLLOW-UP EMAILS

Email is another good way to continue communicating with your au pair. Email is especially effective for sharing information that au pairs can go back and reference, like links to local colleges and attractions, details regarding her schedule and other family information that is not included in your host family registration.

### WELCOME LETTER

A welcome letter sent to an au pair's home overseas is a welcome surprise for au pairs and their families. Your au pair will read the "family essay" that is part of your registration packet, but this letter can be much more personal. You can also include more photos of your family and drawings by your children. Au pairs also appreciate information about your community including maps of your area, and information about local attractions, colleges, and activities.

We suggest checking in on a weekly basis until she travels to the U.S. Our experience has shown that the more contact you have with your au pair before her arrival, the more comfortable the initial stages of her stay will be.

### LEARN ABOUT YOUR AU PAIR'S CULTURE

One resource for learning about cultural differences is your Host Family Account. Through your account you can access information on all Cultural Care recruitment countries and cultures. We strongly recommend reading and referencing your au pair's specific country to learn about common cultural traits. This will help you communicate and work together more smoothly. You can also pick up a book at the library, bookstore or do some research online about your au pair's country.

### PREPARE YOUR AU PAIR'S ROOM

Another important step to prepare for your au pair's arrival is to make sure her room is ready. At a minimum, the room should have a bed, a dresser and a closet or armoire. Besides these items, there are small things you can add that will go a long way in making your au pair feel at home. Some families put flowers and/or balloons in the room and a welcome sign on the door. Another thoughtful touch is to print out photos from your au pair's application, frame them and put them around the room. Imagine your au pair's surprise to arrive and see some familiar faces!

> "There is no such thing as being too specific with your instructions for your au pair. We have a very detailed Household Handbook and we spend several hours reviewing it with our au pair, and then I always spend time training her myself. Au pairs (and families) want to succeed here, but it's a host family's responsibility to explain the specifics of her role in the family — you can't expect your au pair to be just like you."
>
> **Bauer family in Massachusetts**