## FINALIZE YOUR HOUSEHOLD HANDBOOK

Before your au pair arrives, we strongly suggest that you take some time to complete Cultural Care's *Household Handbook*, available through your Host Family Account. This tool is a customizable guide that provides your au pair with information about your family's rules with regards to things like:

- Au pair childcare schedule
- Household responsibilities
- Pay and vacation schedule
- Car use
- Curfew and guest policy
- Phone, internet and television

Completing the *Household Handbook* before your au pair arrives gives you the opportunity to communicate your expectations right from the start.

## FINALIZE YOUR HOST FAMILY SCHEDULE

It is very helpful to put together a plan for your au pair's first week before she arrives. Another of Cultural Care's helpful host family resources, the *Daily Communication Log*, can be used from the start to document her schedule. This notebook gives families a place to write down the weekly schedule, monthly overview and other notes. It also gives families and au pairs an opportunity to document adherence to the 45-hour per week rule and confirmation of weekly stipend payment. (Keep in mind au pairs must be paid the stipend each week without exception.) If payment of the weekly stipend is ever questioned, this documentation will be helpful in solving a dispute.

## PREPARE FOR UPCOMING TASKS

When your au pair joins your family, it is in your best interest to help her obtain a Social Security number, a state-issued driver's license and a bank account as quickly as possible. You must also look into adding her to your car insurance policy if driving will be a part of her childcare responsibilities. We recommend that you look into the steps necessary to complete these tasks before your au pair arrives to the U.S. Your LCC will have information about local laws and requirements, so don't hesitate to use her/him as a resource during this process.

### 1. SOCIAL SECURITY NUMBER

Most au pairs apply for a non-working Social Security number while in the U.S. This helps in applying for a state driver's license, opening a bank account and for tax purposes. See page 28 for more details on how to help your au pair get a Social Security number.

### 2. STATE-ISSUED DRIVER'S LICENSE

If you require your au pair to drive as part of her childcare duties and/or will allow her to drive while off-duty, it is important to obtain information about state driving regulations. While most au pairs will arrive with an international driving permit, some states require au pairs to obtain a state license too.

### 3. A BANK ACCOUNT

It's a good idea to identify a convenient local bank she can use when she arrives. Having her own bank account will allow your au pair to manage her money much more effectively and allow you to set up a regular payment schedule more easily.

---

**CULTURAL CARE AU PAIR QUICK TIP:**

Your LCC will be an important resource for you as you prepare to tackle the tasks necessary to help your au pair get settled in. Be sure to visit her/his LCC website or to contact her/him by phone or email if you have any questions regarding your local:

• **Social Security office**

• **DMV**

• **Banks best suited for au pairs**

• **Accredited colleges and universities**

---

#### 4. COVERAGE UNDER YOUR CAR INSURANCE POLICY

If you require your au pair to drive as part of her childcare duties and/or will allow her to drive while off-duty, she must be insured on your policy as someone who lives in your household full-time. Because insurance companies have different requirements (some require drivers to have a state driver's license in order to be named on the policy, while others only require a social security number), we advise families to look into this as soon as they finalize their match with an au pair candidate.

#### INVESTIGATE EDUCATIONAL OPTIONS IN YOUR COMMUNITY

Au pairs are required to complete six semester hours (or their equivalent in academic credit) at an accredited, post-secondary institution during their year in the U.S., so it is helpful to start thinking about what schools your au pairs might consider once she arrives. Your LCC will also have suggestions for how your au pair can fulfill this requirement.

### CHAPTER 3

# The first few days

After she arrives to the U.S. and spends five days at the Au Pair Training School, Cultural Care Au Pair arranges for your au pair to travel to the airport or bus stop nearest your family. Welcoming a new au pair is an exciting time but may leave you feeling nervous as well, especially if you are a first-time host parent. Spend some quality time with your au pair, take things slowly, don't expect perfection—and you'll be off to a great start.

## Arrival dates and airport/bus gateway

Cultural Care Au Pair arranges all travel for your au pair, and will use the mutually agreed upon arrival date to book her tickets. When she first arrives to the U.S., your au pair will initially fly into New York to participate in a mandatory 4-day training course at the Cultural Care Au Pair Training School at St. John's University. Au pairs usually arrive to the school on Sunday or Monday and depart on Friday with the exception of holiday weekends (in which case they arrive on Tuesday and depart on Saturday). Domestic transportation fees vary according to your preferred arrival gateway.

You can view your au pair's arrival information in your Host Family Account approximately 2-3 weeks prior to her arrival. Here you will find her exact pick-up location and time of arrival. For New England, NY, NJ, Eastern PA, MD, Washington D.C. and VA families whose au pairs will take a bus to their area from the Au Pair Training School instead of flying, we have a toll-free message line, **1-800-590-1126**, with updated bus arrival times on the dates of travel. Host families can also choose to sign up for text message alerts with updated arrival information on the date of travel.

If you have other questions about your au pair's arrival, please call the Cultural Care office. *Please note, if you need to reschedule your au pair's flight arrangements after the au pair's ticket is booked, you will be asked to pay a change fee and any airline penalties.*



**WAYS TO PREPARE YOUR CHILDREN FOR YOUR AU PAIR'S ARRIVAL INCLUDE:**

- Let your children know that your au pair will need their cooperation in getting used to language and cultural differences.

- Begin using her name around them and involve them in the preparation of the au pair's bedroom.

- Help them make a nice sign or cards to welcome her to your home.

- Tell your children a little about your au pair's home country (including a few words in her native language.)

Case No. 1:14-cv-03074-CMA-KMT   Document 861-5   filed 02/16/18   USDC Colorado   pg 3 of 14
Defs.' Appx. 00000362

THE FIRST FEW DAYS - **CHAPTER 4**

## Cultural Care Training School

Our Au Pair Training School provides an ideal opportunity for au pairs to acclimate to American culture and review information critical to the success of their year in the U.S. The curriculum and workbook used at the school were developed exclusively for Cultural Care au pairs in cooperation with The Children's Foundation, a leader in early childhood education and childcare training.

The Au Pair Training School curriculum complements the workbook and the pre-departure assignment that au pairs are asked to complete prior to leaving their home country. This ensures that all au pairs have received 32 hours of training in child safety and child development prior to arrival to the host family home. Through discussions, hands-on exercises and role-play, teachers at the school focus on how to create a safe and nurturing environment for children. All au pairs receive their own workbook containing information and exercises on health, safety, nutrition, positive guidance, communication and developmentally appropriate activities.

During their time at the school, Cultural Care au pairs also complete the American Red Cross Full Service Training in which American Red Cross instructors present the adult and pediatric CPR/AED and First Aid certification program (*effective for au pairs arriving from overseas in January 2013 and beyond*).

Small class size and the unique college campus set Cultural Care Au Pair's Training School apart from other au pair training programs as do our dedicated and experienced teachers who specialize in childcare and working with young adults from other cultures. A personal safety workshop led by a New York City police officer and a communications workshop that instructs au pairs on effective communication and cultural differences in communication styles provide au pairs with practical knowledge about their new life in the U.S.

## The first few days

The first few days with your new au pair are an opportunity to introduce her to your family, your home and your community, to train her on your needs and her responsibilities, and to help her feel comfortable and welcome in her new surroundings. In fact, to ensure the best possible transition for your au pair, the U.S. Department of State requires that either a parent or another responsible adult be at home with her for the first three days after her arrival.

Every host family has their own philosophy about how to schedule the first few days after their au pair arrives. However, there are a few suggestions that seem to be universal among our veteran host families, including:

### TRY NOT TO PLAN ANYTHING TOO AMBITIOUS
Keep in mind your au pair will likely be nervous and jet lagged. Help your au pair adjust to your home and routine by easing her in slowly; a home-cooked meal at home with your immediate family is special enough.

### BE WELCOMING, BUT DON'T TREAT YOUR AU PAIR LIKE A "GUEST"
Remember, you are welcoming your au pair as a part of your family, and she can be asked to pitch in and help from the start. In fact, she may welcome being given small tasks right away so she feels useful. Make sure to point out where she can "help herself." This concept is foreign to many other cultures.

---

**AU PAIR TRAINING SCHOOL SCHEDULE**

The outline below includes many of the topics and activities covered during the week.

**MONDAY:**

- Au pairs arrive to the school
- Welcome orientation and dinner

**TUESDAY:**

- Introductions
- *Class:* Food and Nutrition
- *Class:* Common Childhood Health Issues
- *Class:* Au Pairs as Role Models; Learning Basic First Aid

**WEDNESDAY:**

- *Class:* Building Self Esteem in Children; Behavior Management Strategies
- *Class:* Child Safety Awareness and Emergency Procedures
- Communication workshop
- Personal safety workshop

**THURSDAY:**

- American Red Cross CPR and First Aid Certification
- New York City trip

**FRIDAY:**

- Au pair meeting
- Preparing for departures

CC00000729

### HELP HER ESTABLISH A ROUTINE RIGHT AWAY
Give your au pair a sense of purpose by establishing a routine as soon as possible.

### DON'T BE AFRAID TO BE VERY SPECIFIC
All au pairs will need to be trained on your specific needs and you shouldn't assume she will know how you want things done. It's helpful to also write down important instructions and details on a back up so she can refer to it later.

### ERR ON THE SIDE OF CAUTION
It's a good practice to enforce stricter policies in the beginning (with regards to curfew, car use, etc.) and loosen up rules as you build trust and progress through the year. Host parents will find it's much harder to do the opposite.

### DON'T EXPECT THINGS TO BE PERFECT
No one is perfect—including your au pair! The most important thing you can do for your au pair during the first few days, of course, is be there with her and help her acclimate to your family and household. Au pairs want to succeed and helping her recognize how to do that will set the pace for a great year.

## Setting realistic expectations

When your au pair first arrives be mindful of your own expectations. Are they fair? Realistic? Consider the following points to make sure you are paving the way for a successful experience as you go forward with your au pair year.

### 1. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL HAVE NO PROBLEMS COMMUNICATING AND EXPRESSING HERSELF.
Even au pairs with excellent English skills may have difficulty expressing their thoughts and feelings exactly. They are sometimes unfamiliar with colloquialisms, rapid speech and dialects. They will be nervous to do or say the wrong thing. Speak slowly, be patient, listen carefully and take the time to clarify words or phrases your au pair might not understand. The way Americans talk about themselves or about a problem differs greatly from the way in which people from other cultures approach this subject.

### 2. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL AUTOMATICALLY TREAT YOUR CHILDREN THE WAY YOU WANT THEM TO.
Your au pair is a young adult from another country, not a professional nanny or day care provider. If you are unhappy with the way she handles a situation, talk to her about it in an open, non-judgmental way. In a calm and non-accusatory manner, explain what you observed and then ask your au pair about her reaction. Then listen carefully. Perhaps if you understand the reasoning behind your au pair's action, you will gain a new and valuable perspective. If you would like situations handled in a different way, let her know specifically and explain the reasons—your au pair should be open to learning from you.

### 3. YOU MIGHT EXPECT THAT YOUR CHILDREN WILL INSTANTLY LIKE AND RESPECT YOUR AU PAIR.
While children generally accept adults very readily and are usually pleased with the attention, give them time to accept and trust your au pair. Your au pair is a new adult in your home and will need your support to establish credibility as an authority figure.



**ADVICE FROM VETERAN HOST FAMILIES**

InfoSource contains advice from veteran host families on a number of different topics you will encounter during your year including:

• **Matching**

• **Interviewing au pair candidates**

• **Communication before your au pair arrives**

• **Preparing for the arrival of your au pair**

• **Setting household rules**

• **Communication tips**

• **Using Cultural Care's communication tools**

• **And other advice to guide you through your year**

We recommend visiting this section before your au pair arrives so you feel more prepared:

**INFOSOURCE:
EXTRAS:
BEST PRACTICES**

CC00000730

Case No. 1:14-cv-03074-CMA-KMT   Document 861-5   filed 02/16/18   USDC Colorado   pg 5 of 14
Defs.' Appx. 00000364

THE FIRST FEW DAYS -  **CHAPTER 4**

## 4. YOU MIGHT EXPECT YOUR AU PAIR TO IMMEDIATELY FIT IN WITH YOUR FAMILY.

Building relationships takes time. Your au pair might be used to different ways of interacting with family members and might be used to entirely different routines. Explain your family's routines and invite her to take part in family activities. Respect your au pair as an adult moving into your family who has a life of her own to build while in the U.S. Keep in mind the cultural differences that may be at play as well.

### SAMPLE SCHEDULE: FIRST THREE DAYS

|  | ARRIVAL DAY - FRIDAY | DAY 1 - SATURDAY | DAY 2 - SUNDAY | DAY 3 - MONDAY |
|---|---|---|---|---|
| MORNING |  | The first half of the day we spend reviewing the *Household Handbook*. Using the handbook as a reference, I show her our fire escape routes and how to operate our washer/dryer, dishwasher, tv, oven, microwave, etc. I also show her where the children's things are including bottles, baby food, diapers, etc. I explain how to prepare the kids' bottles and meals, and how she can help tidy their rooms. | Our family goes to church; she is invited along but not expected to join. | I take Monday off but have her scheduled at the regular time. She takes charge, and I shadow her for the morning. |
| AFTERNOON | Whole family greets our au pair at the airport with flowers and a homemade welcome sign. We drive home and show her her room and bathroom. After giving her a bit of time to get settled and unpack she meets us in the kitchen to see the rest of the house. | We pile into the car with the kids and I show her how to get to the kids' school and pediatrician's office, the grocery store, shopping mall and gas station. I also show her how to use our GPS. | We review next week's schedule and walk through the steps that will happen each day. She takes the baby so I can watch her fix her bottle, get her changed, etc. Later, my husband shows her how to use the car seats and she drives (with him in the passenger seat) to the mall and back. He's able to assess her driving skills and help her feel at ease with the car. | Once my oldest is home from school, I leave her with all three kids to run errands or go to the gym (with my cell phone handy). |
| EVENING | The kids and I give her a tour of the house and sit down to chat for a while. We either have a meal together at home or take her out to our favorite local restaurant. Once back home, I tell her to sleep in the next day until she feels rested and come downstairs when ready to tackle the day. | That evening, she enjoys a movie and pizza night with our two older kids. They get to bond with her while my husband and I take the baby. She helps them get ready for bed and after all the kids are asleep, we invite her to spend some time with us. | We go over curfew, internet and phone rules. I give her a cell phone to use and leave her for the rest of the night to relax and contact her family. | We talk about the day and go over expectations for the remainder of the week now that I will go back to work. |

**5. YOU MIGHT EXPECT THAT YOUR AU PAIR WILL KNOW HOW TO DO SIMPLE HOUSEHOLD TASKS WITH LITTLE OR NO EXPLANATION.**

Tasks such as turning on the shower or using the washing machine might be very different from what your au pair is accustomed to at home. Explain procedures clearly and write down important points.

**6. YOU MIGHT BE A LITTLE ANXIOUS ABOUT HAVING A YOUNG ADULT LIVING IN YOUR HOME AND YOU MIGHT NOT KNOW WHAT TO EXPECT.**

While your au pair might spend over half of her day caring for your children, time off will most likely be spent developing friendships and learning about American culture. Do not be surprised if your au pair leaves the house at 8pm on a weekend night to meet friends and doesn't come home until 2am This is natural for young adults, including Americans, between the ages of 18 and 26. Remember, your au pair is an adult. If you have concerns about her activities or habits, discuss those concerns in a caring (not controlling) manner. Your responsibility is not to parent your au pair, and your au pair did not come here to be parented. As long as your au pair's personal life is not interfering with her ability to care for your children, you may want to let it be. If you feel it is interfering with your children's well-being or your family in any way, discuss the situation with your au pair and involve your LCC.

## CHAPTER 5

# Program guidelines and rules

## Overview of U.S. Department of State Regulations

All designated au pair organizations follow specific regulations issued by the U.S. Department of State. As participants in the program, Cultural Care Au Pair, our local representatives, au pairs and host families are all required to comply with these regulations. The Account Services team in our Cambridge headquarters works together with the LCCs and program directors to ensure that all aspects of the program are consistent with U.S. Department of State regulations. We appreciate your continued cooperation with the regulations during your program year. A copy of these regulations is included at the back of this handbook for your convenience and review.

## General au pair responsibilities

In addition to following the U.S. Department of State regulations, Cultural Care Au Pair expects our au pairs to:

- Be a goodwill ambassador of her country
- Be flexible, adaptable, reliable and positive
- Try her best at all times
- Participate in host family and community activities
- Accept and show respect for her host family and their culture
- Be open and honest with her host family about problems
- Talk with her local childcare consultant (LCC) about any problems that



**GENERAL PROGRAM RULES**

A comprehensive look at all general program rules is also available on InfoSource:

**INFOSOURCE:
DURING YOUR YEAR:
GENERAL PROGRAM RULES**

- cannot be resolved with her host family
- Attend monthly meetings with her LCC
- Abide by all Cultural Care program and U.S. Department of State regulations and all laws

### *General host family responsibilities*

In addition to following the U.S. Department of State regulations, Cultural Care Au Pair expects our host families to:

- Be open and to share themselves and their culture with their au pair
- Be adaptable, allowing their au pair to make mistakes and grow
- Treat their au pair like a family member and an adult
- Set reasonable household rules and chores that relate to the children for their au pair
- Hold weekly "touch base" meetings with their au pair
- Spend time to get to know their au pair
- Let their au pair know when they are happy or unhappy with something
- Talk with their LCC about problems that can't be resolved with their au pair
- Attend orientation meetings and family day conferences
- Limit the number of hours their au pair provides childcare to 45 per week and 10 hours per day
- Provide stipend payment to their au pair each week
- Abide by all Cultural Care program and U.S. Department of State regulations and all laws

## A. Scheduling and payment

### *Childcare schedule*

There are very strict guidelines in place regarding an au pair's childcare schedule. According to the U.S. Department of State regulations, your au pair is allowed to provide no more than 45 hours of childcare per week, with a maximum of 10 hours in any one day. This 45-hour limit includes the direct care of your children and all childcare-related tasks (i.e. laundry and room tidying). The children's sleeping time is also counted as "on-duty" time if your au pair is alone with the children. Although many families give their au pairs the entire weekend off, your au pair is entitled to at least one and a half consecutive days off each week, as well as one full weekend (Friday night to Monday morning) off per month. Your LCC will confirm with both you and your au pair each month that these regulations are being followed. As far as holidays go, it is your responsibility to initiate a discussion to mutually determine which holidays your au pair will be on- and off-duty.

### *On- versus off-duty*

Imagine the following scene: your entire family is sitting at the dinner table and the children are getting restless and want her to play with them. Your au pair is officially "off-duty" this evening, but feels responsible for attending to the children's needs and requests. What happens next? Although there are no concrete rules governing this type of situation, keep in mind that, like you, your au pair has had a long day caring for your kids. For her, however, it is particularly difficult to feel "off-duty" because she also lives in your home. From the very



**QUESTION:**
What happens if I need to schedule my au pair for more than 45 hours per week?

**ANSWER:**
Au pairs are not allowed to provide more than 45 hours of childcare per week per U.S. Department of State guidelines under any circumstances—even if you're prepared to pay extra. This is a strict program rule. If you need more than 45 hours of childcare coverage, you must find supplemental care from a babysitter, day care center, family member, etc.

beginning, it is important for your au pair to know that you are sensitive to this dynamic and recognize when her "official" duties are over. Keep in mind that any time you would expect your au pair to take over control of the children, whether or not you're present, this could be considered part of her 45 hour limit.

## Weekly stipend

The weekly stipend you give your au pair is a living stipend of $195.75, which is calculated with a formula using the federal minimum wage and a housing credit. Because the weekly stipend is determined by the U.S. Department of Labor, any change in the federal minimum wage will result in an increase in the stipend. All resulting changes must be adhered to by all program participants, regardless if such a change occurs during an existing program year.

You must pay your au pair her stipend on a regular weekly schedule. We also ask you to document this transaction using our *Daily Communication Log* which includes a page that host families and au pairs sign each week to indicate the stipend was paid. You cannot withhold her stipend for any reason, including a car accident, outstanding telephone bill, lost time due to illness or other damages. Your LCC will confirm with both you and your au pair each month that her weekly stipend is being paid.

## Weekly schedule

A weekly schedule, not exceeding 45 hours (with a maximum of 10 hours in any one day), should be clearly laid out at the beginning of every week. It's helpful to give even more advance notice if you need your au pair to be on duty at a time outside of her normal childcare schedule (i.e. a Sunday afternoon while you attend a wedding). A schedule allows your au pair to feel confident about making plans with friends and finding time to pursue her own interests and hobbies. Last minute changes to the schedule are sometimes unavoidable, but when this happens frequently it can be frustrating for au pairs.

Many host families have also found that a written list of specific tasks helps au pairs know exactly what is expected of them. We suggest giving detailed instructions for activities to do with the children and the child-related household help you expect to be completed until your au pair feels she knows what to do on her own. The *Daily Communication Log* includes a page to confirm that your au pair did not provide more than 45 hours of childcare per week or over 10 hours in any one day.

## Weekly meetings

We recommend you set aside a specific time each week to discuss your au pair's schedule and responsibilities. Informal meetings seem to work best to discuss all issues that come up during that week—parents' work schedules, children's activities, conflicts, successes, etc. In addition to your weekly meetings, have as many spontaneous discussions as needed to keep things running smoothly. If you want your au pair to change the way she is performing a particular task, or if you would like to add a new responsibility, be sure to let her know directly. Do not ignore problems—if they are not addressed, they will only get worse. Give your au pair the opportunity to do better because she wants to succeed as much as you do. Weekly meetings are also a perfect opportunity to review your au pair's schedule for the upcoming week and answer any questions your au pair may have.

CC00000734

# B. Au pair vacation and sick days

## Au pair vacations

According to U.S. Department of State regulations, your au pair is entitled to two calendar weeks (14 days) of paid vacation during the year. While granting single vacation days might suit your family, au pairs usually prefer to take vacation one week at a time so they can travel within the U.S. (The two weeks of vacation do not have to be taken consecutively.) If at any time you welcome a replacement au pair during the year, you will be responsible for accommodating the remaining vacation time, including the weekly stipend, that your new au pair might have left.

Although it is up to you and your au pair to plan vacation time, Cultural Care Au Pair suggests au pairs take the first week of vacation within the first six months and then take the second week during the remaining six months. Vacations should always be mutually convenient, and it is never too early to begin discussing potential vacation dates for your au pair.

With regards to international holidays and religious observances, there are no designated holidays for your au pair. That being said, it is best to let her know about holidays on which you expect your au pair to be providing childcare in advance. Will you need her to care for the kids while you prepare Thanksgiving dinner for your extended family? Will she be expected to be on-duty for Memorial Day, even though it's a widely recognized American holiday? Make your holiday childcare coverage needs clear so that you both know what to expect.

## Family vacations

Some families love to take their au pairs on vacations with them; others want private time to themselves. Whether or not you invite your au pair to accompany you while you travel is your choice. However, if you require your au pair to accompany you on a family vacation and she will be considered "on-duty", you are expected to provide her with her own room and pay for all expenses, in addition to the weekly stipend. If she is on-duty, this time will not count towards your au pair's vacation time.

If you invite your au pair to join your family on vacation as part of her vacation time (meaning she will not be responsible for providing childcare), your au pair should pay for her own expenses. We encourage you to make this very clear from the beginning and give your au pair an idea of how much money she will need for the trip. If your au pair declines your invitation please try not to feel offended. Most au pairs have a limited budget and prefer to spend their two weeks of vacation with friends.

## Au pair sick days

There may be days when your au pair is sick and cannot fulfill her childcare duties, so it's a good idea to have a back-up plan in case this occurs. If your au pair has to take time off due to illness, this time is not considered vacation time, and she still must receive the full stipend for the week. In the event your au pair is seriously ill or injured for a long period of time, you should contact your LCC for guidance.



**BRINGING YOUR AU PAIR ON VACATION**

If you do decide to take your au pair with you on vacation and expect her to work, use the following tips to make it a successful getaway:

**1. Communicate your expectations to your au pair before you leave.**
What does your ideal vacation look like and how does your au pair fit into this picture? Let her know what you expect of her while you are away, being as specific as possible. For example, if you'll want her to be on duty most evenings so you can enjoy time with your spouse, make sure she knows that.

**2. Keep within the 45 hour per week/10 hour per day limit.**
The State Department rules don't change just because you're far from home! Make sure your au pair's childcare hours stay within the guidelines.

**3. Give her some time to relax as well.**
Even though she will have childcare duties, giving your au pair some time to enjoy the vacation spot goes a long way. Encourage her to explore and enjoy her surroundings when she is off-duty.

CC00000735

If your au pair needs a doctor, you can check to see if your family physician is in the Aetna network or go online to **www.aetna.com/docfind/Erika** to find a local physician who is affiliated with the network. In the event that your au pair has an unusual condition (something other than a common illness such as the flu or strep throat) and you have questions about full reimbursement, call Aetna Student Health at **1-800-783-7447**.

If your au pair has to be hospitalized for an illness, please call Cultural Care at **1-800-333-6056** (press 5 if this is an after-hours emergency) so that we can contact the Emergency Assistance claims handlers and assist you.

For more information about coverage and deductibles, please reference the Travel Insurance section of this Handbook.

# C. Educational requirement and monthly meeting requirements

## Educational requirement and resources

The U.S. Department of State requires all au pairs to fulfill an educational component of six semester hours (or their equivalent of academic credit) in a formal classroom setting at an accredited, post-secondary institution while they are in the U.S. As a host family, you are responsible for paying up to $500[1] for enrollment and related educational expenses. Should you transition to a different au pair during the year and your first au pair has already used $500 for courses, you are still responsible for paying the balance needed—up to $500—in educational expenses for your new au pair. You are also responsible for providing transportation to and from classes or covering transportation costs if your au pair drives herself or takes public transportation.

We suggest you help your au pair look into classes at nearby schools soon after she arrives, because it can take time to find a class that:

- Is offered at an accredited college, university or community college
- Meets during your au pair's time off and has availability
- Matches her interests

Au pairs who wait too long to start their classes often end up scrambling at the end of the year. Au pairs who want to extend their year must show proof of completion of their educational component by the end of their 11th month in the U.S.—so for them, waiting too long can have unfortunate consequences.

The most important thing to remember when investigating educational options is that courses must be completed through an accredited college, university or community college. Tutorials, health club memberships or courses at high school evening program are not valid options.



**QUESTION:**
How can I determine whether or not a university or college is an accredited institution?

**ANSWER:**
To find out if a school is accredited, visit the Council for Higher Education Accreditation: **chea.org**. You can search for a specific school by name or get a full list of accredited schools in your preferred town and/or state.



**FULFILLING THE EDUCATIONAL COMPONENT**

A comprehensive look at all general program rules is also available on InfoSource:

**INFOSOURCE:**
**DURING YOUR YEAR:**
**GENERAL PROGRAM RULES**

---

[1] *The contribution towards an au pair's educational component is determined by the U.S. Department of State, and families agree to comply with any increase that is issued.*



CC00000736

Your LCC should be a helpful resource for suggestions as to how to satisfy the educational component. You can also contact your program director with specific questions.

## Au pair monthly meetings

Your LCC is responsible for organizing monthly meetings for her/his group of au pairs. Sometimes the meetings are very informal and discussion-oriented; sometimes a guest speaker is invited or a social event is planned. These meetings are very important to au pairs as they offer an opportunity to make friends, get to know their LCC and experience activities in their community.

Monthly meetings are mandatory for au pairs and those who miss more than two meetings are no longer considered in "good standing." Attendance is documented by your LCC, and attendance reports are sent each month to the Cultural Care office. It is your responsibility to ensure your au pair attends these meetings by driving her, allowing her to drive herself or provide money and showing her how she can travel by public transportation.

## Continuing Safety Education Program (CSEP)

Cultural Care's Continuing Safety Education Program (CSEP) aims to continue your au pair's safety training—started at the Au Pair Training School—throughout her year. As part of your LCC's monthly meetings, the CSEP curriculum focuses the following seasonal safety information:

- Unit 1: Household Poisoning Prevention
- Unit 2: Water Safety & Drowning Prevention
- Unit 3: Fire & Carbon Monoxide Poisoning Prevention

Before the date of each CSEP meeting, au pairs are encouraged to take an online quiz and print out the answers to bring with them. At the meeting, the LCC will facilitate all portions of the curriculum which include:

- Safety activity
- Discussion of au pairs' experiences with current safety topic
- Opportunity to go over quiz answers
- Review of best safety practices
- Review of action in case of emergency

## Host family events

Your LCC will organize at least two host family day conferences during your program year, and the U.S. Department of State guidelines require host families to attend at least one of these events. These are usually casual, fun occasions, that give families a chance to meet other host parents and au pairs and spend some time with their local childcare consultant.

Case No. 1:14-cv-03074-CMA-KMT   Document 861-5   filed 02/16/18   USDC Colorado   pg 12 of 14
Defs.' Appx. 00000371

CHAPTER 5 - PROGRAM GUIDELINES AND RULES

# D. Au pair insurance and travel

## Basic insurance

All Cultural Care au pairs are covered for 12 months by basic insurance provided by the insurance company Erika. The basic insurance coverage provides limited coverage for medical expenses, emergency home evacuation or home repatriation. For an additional fee, your au pair has the option to upgrade the 12-month basic insurance to comprehensive extended insurance prior to leaving her home country. Approximately 90% of au pairs travel with extended insurance coverage.

All coverage through Erika carries a per-condition deductible. The deductible varies depending on the type of insurance (basic or extended) and the provider used. Erika partners with the Aetna Network, so we strongly recommend that your au pair seeks treatment within the Aetna Network. The deductible is generally $60-$100 lower than for a non-affiliated provider. To find a doctor within the Aetna network go to **aetna.com/docfind/erika**. You can find the exact amount of the deductible applicable to your au pair in the insurance booklet. We advise seeking treatment in the emergency room only in case of a true emergency as there is an additional emergency room deductible ($150 for basic and $50 for extended).

Each au pair is given an insurance booklet describing the policy and a paper insurance card prior to departure from her home country. Please notify Au Pair Services in case the original card is lost or stolen.

## Filing an insurance claim

We recommend au pairs contact Aetna Student Health directly at **1-800-783-7447** prior to any treatment to confirm whether or not it will be covered by insurance. If an au pair sees a doctor within the Aetna network, she should not be required to pay for the visit upfront. She will be responsible for covering the deductible, which is paid directly to the doctor or hospital. Au pairs need to bring their Erika Insurance card to appointments so that the administrative staff can use the billing details to bill Aetna Student Health directly.

If, for some reason, an au pair pays for a visit or for medicine that should be covered under her plan, she must submit a completed and signed claim form, available on both the Au Pair and Host Family Accounts. Along with receipts, medical reports and any other documentation that might be relevant, claim forms should be mailed to Aetna Student Health. If the au pair is filing a claim for a prescription, both the cash register receipt and the prescription medication label must be attached. In case of theft, a police report must be attached.

Aetna Student Health will review the claim once they receive it. If they determine it should be covered, they will send a check to the au pair, and this process normally takes about one month. Most au pairs have never filed a medical claim before so we hope you will offer assistance as needed. Claim forms can be found on your au pair's online account as well as your Host Family Account. All claims should be mailed directly to the claims handling company (not Cultural Care Au Pair) at the following address: Aetna Student Health, P.O. Box 14101, Lexington, KY 40512

---

**TRAVEL INSURANCE VS HEALTHCARE**

Your au pair comes with travel insurance which is different than having "comprehensive healthcare." In most cases, their care won't be different than you would normally expect. However, in cases of chronic illness, for example, the insurance is designed to stabilize and return the traveler to their own country for ongoing treatment.

**EMERGENCY SITUATIONS**

Erika partners with two assistance companies for serious situations.

**Falck TravelCare**
Based in Stockholm, Sweden
(24-hour emergency assistance team for Swedish, Danish, Norwegian, and Finnish au pairs)

Toll free from the U.S.:
**1-800-871-9211**
Email: **erika@falcktravelcare.com**

**AXA Assistance:**
Based in Munich, Germany (24-hour emergency assistance team for all other nationalities)

Toll free from the U.S.:
**1-800-847-3948**
Email: **erika@axa-assistance.de**

The proper assistance company should be notified prior to surgery or hospitalization of an au pair or as soon as possible after a serious injury, illness, or accident occurs.

If you have a question about a claim or for specific information about the insurance policy, please refer to your au pair's travel insurance booklet or call the Aetna Student Health at **1-800-783-7447** during business hours EST. Cultural Care Au Pair does not have access to the status of claims.

## *Au pair travel guidelines*

Au pairs who wish to travel outside the country during their time in the U.S. need to be aware of possible visa limitations that could restrict where and when they can go as well as what they need to bring with them on their trip. Below, we highlight the rules for au pairs traveling during their first year, their 30-day "grace period" and their extension year. We highly recommend your au pair consult these guidelines thoroughly before confirming her travel plans. If at any time you or your au pair have questions regarding au pair travel, please call Au Pair Services at **1-800-448-5753**.

## *Travel during your au pair's first year*

If there is an "M" underneath the heading "Entries" on your au pair's visa stamp, this means your au pair's J-1 visa is a multiple entry visa. With this type of visa, your au pair can leave the U.S. during her 12-month program. If your au pair is planning to leave and re-enter the country, she must mail her DS-2019 form to our Cambridge office no later than six weeks before her date of travel so it can be signed by a Cultural Care staff member and mailed back to her. She must also include a self-addressed envelope and a short note with the specific departure and return travel dates and location of travel.

Cultural Care Au Pair will charge an administrative fee to au pairs who submit their forms at the last minute, requiring overnight courier service. Au pairs should always contact Au Pair Services to confirm these details prior to their trip.

Au pairs should also carry the I-94 card when they travel outside the U.S. as officials may ask to see it upon re-entry to the U.S. Your au pair must be responsible for determining whether or not an additional visa is required for the country to which she will be traveling. One good resource for visa information is **www.embassyworld.com**.

Please be aware, we do not recommend that au pairs travel outside of the U.S. in the last two months prior to the expiration date of the visa in their passport as they may be denied re-entry into the country. Airline officials carefully review visas and visa expiration dates for U.S. bound passengers, and even if the visa dates in an au pair's passport are still valid, airlines have the right to deny boarding to anyone whose visa is close to expiring.

## *Travel during the 30-day "grace period"*

Upon completion of the 12-month program, your au pair is entitled to a "grace period." This 30-day grace period allows your au pair to travel within the continental U.S. if she so desires. Your au pair cannot provide childcare during this 30-day period. Au pairs are strongly urged not to travel outside the continental U.S. during this period. The only exceptions to this regulation are Alaska and Hawaii. If your au pair leaves the U.S. during the grace period, she risks being denied re-entry. *(continued on page 26)*

**CULTURAL CARE AU PAIR QUICK TIP:**

Au pair travel outside of the U.S. is sometimes a tricky business—at times tricky enough to stump even the officials who are checking people into and out of the country. When possible, encourage your au pair to bring a copy of the regulations regarding entry and exit of J-1 visa holders to the specific countries on her itinerary. This may help her get where she needs to go in times of confusion.



**VISA AND TRAVEL INFORMATION**

Because the guidelines surrounding au pair travel during their extension year are subject to change, we suggest visiting InfoSource for the latest information:

**INFOSOURCE:
THE END OF YOUR YEAR:
CONSIDER THE EXTENSION PROGRAM:
TRAVEL DURING AU PAIR'S EXTENSION TERM**

### INFORMATION AND FREQUENTLY ASKED QUESTIONS ABOUT AU PAIR DOCUMENTS

#### J-1 CULTURAL EXCHANGE VISA

All au pairs on the Cultural Care program come to the U.S. on a J-1 cultural exchange visa. These visas are issued by the U.S. Embassy in the au pair's home country before she departs from her home country. The J-1 visa is affixed inside the au pair's passport and facilitates the au pair's entry into the U.S.

*What does the J-1 visa look like?*



*What do I do if my au pair loses her passport and J-1 visa?*

Au pairs who lose their passports must replace them immediately by contacting the embassy for their home country located in the U.S. Embassy contact information can be found online at **www.embassyworld.com**.

*What do I do if my au pair's visa expires during the year?*

The expiration date on the visa should not be confused with the authorized length of stay in the U.S. Au pairs may legally stay in the U.S. on J-1 status as long as they are active participants on the Cultural Care program, even if the visa in their passport has expired. The au pair's legal program participation dates are listed on her DS-2019 form, and it is possible that the J-1 visa will expire prior to the end of their program. An expired visa does not mean that the au pair is in the U.S. illegally—as long as the au pair entered the country on a valid J-1 visa, she will remain on a legal J-1 status throughout the duration of her program year. However, if the visa in your au pair's passport has expired, travel outside of the U.S. during the program year will be restricted. Please call Au Pair Services at **1-800-448-5753** for more information.

While the au pair's home country embassy can replace her passport, the J-1 visa cannot be replaced while she is in the U.S. To get a new or replacement J-1 visa, an au pair must travel to the U.S. embassy in her home country. Similarly, au pairs who have lost their passport cannot travel outside of the U.S. unless they first visit the U.S. embassy in their home country and obtain a new J-1 visa stamp. Au pairs can legally stay in the U.S. after losing the J-1 visa.