## INFORMATION AND FREQUENTLY ASKED QUESTIONS ABOUT AU PAIR DOCUMENTS

### DS-2019 FORM

Once you have selected your au pair, she is issued a DS-2019 form, which she must bring to the U.S. embassy in her home country in order to apply for the J-1 visa. Au pairs must also take this DS-2019 form with them when they travel to the U.S. to begin their au pair year. Au pairs must keep this form with their passport when traveling in or outside of the U.S. because they will be required to present this form together with a passport and a valid visa upon re-entering the U.S

*What does the J-1 visa look like?*



*What do I do if my au pair loses her DS form?*

If your au pair loses the DS-2019 form, she should contact Au Pair Services immediately by phone or email.
Phone: **1-800-448-5753**  Email: **aupair.operations@culturalcare.com**.

### I-94 CARD

t is your au pair's responsibility to ensure that she has her I-94 card upon leaving customs at the U.S. airport. The I-94 card is the white landing card that the au pair fills out before her flight lands in the U.S. This card will be stamped by an immigration officer at the port of entry and is stapled or placed loosely in the passport.

*What does the I-94 card look like?*



*What do I do if my au pair loses her I-94 card?*

If an au pair loses this card, it must be replaced, as she needs it when departing the U.S. at the end of the year. Au pairs can visit http://uscis.gov to fill out the I-102 form in order to receive a new I-94 card. The fee to replace the card is currently $330 (although this fee is determined by the U.S. Citizenship and Immigration Services and is subject to change). Because Cultural Care Au Pair does not issue the I-94 card, we cannot replace it for your au pair.

CC00000741

## *Travel during the 30-day "grace period" (cont.)*

Cultural Care Au Pair requires all au pairs staying for any portion of their 30-day grace period to have proper insurance coverage during this time in order to book a return flight through Cultural Care. If your au pair chooses to stay in the U.S. through her grace period, she has two options for insurance coverage. She may extend her current coverage by purchasing the "Additional Month Insurance" available through her online account in the Au Pair Store. This insurance must be purchased on or before her legal departure date. Alternatively, she may provide proof of her own insurance policy that would cover her through her grace period. This coverage must match the minimum coverage requirements as determined by the Department of State. Insurance coverage is mandatory during the additional month so she should call Au Pair Services at **1-800-448-5753** to discuss how to secure the necessary insurance before making travel plans.

## *Travel during the extension term*

Once an au pair officially begins her extension term, guidelines for travel outside the U.S. will change, and it's important to be aware of these changes. Should you choose to extend with your au pair, please visit InfoSource through your Host Family Account for the most up-to-date information or call **1-800-448-5753** with questions.

## *Travel to Canada, Mexico and the Caribbean during the extension term*

We have a good number of au pairs who travel to nearby countries during their year. To avoid having problems at the border, please always have your au pair call us at **1-800-448-5753** before traveling. More details or what au pairs need to have to travel can be found on InfoSource which is accessible through your Host Family Account.



**QUESTION:**
**What happens if my au pair travels outside the U.S. but forgets to bring her DS-2019?**

**ANSWER:**
Contact the Au Pair Services Department by phone: **1-800-448-5753**, or email: **aupair.operations@culturalcare.com** immediately. Our team can send a DS-2019 form authorized for travel to an address provided where your au pair can receive mail. Please know the DS-2019 form will be sent within the next business day, and your au pair will incur all shipping fees.

**CHAPTER 6**

# Household Rules

It is very important for host parents to establish their household rules as soon as their au pairs arrive. Cultural Care Au Pair provides an invaluable *Household Handbook*, available on your Host Family Account, that you can download and customize on your own. It allows you to establish household rules regarding:

- Use of appliances
- Smoking
- Visitors and guests
- Curfews
- Car use
- Television
- Phone
- Internet
- Personal and/or family computers


**PREPARATION RESOURCES**

To access Cultural Care's Household Handbook, a downloadable document that allows you to customize your family's household rules, visit:

**INFOSOURCE:**
**THE END OF YOUR YEAR:**
**CONSIDER THE EXTENSION PROGRAM:**
**TRAVEL DURING AU PAIR'S EXTENSION TERM**

CC00000742

Defs.' Appx. 00000376

Making your household rules known from the start eliminates any confusion as to how you expect your au pair to behave. Although your au pair is an adult and you should treat her as such, it is much easier to adjust or eliminate rules according to the trust you have established than to add or tighten rules later in the year. Sample *Household Handbooks* can also be found in your Host Family Account if you are interested in learning how some of our veteran host families define their household rules.

## Car use and car insurance

You'll want to think carefully about what your family's policy will be regarding car use. Make sure you know the answers to the following questions and make sure these points are outlined clearly in the driving section of your *Household Handbook*:

- Will you require your au pair to drive while on duty?
- Will you allow her to use the car to drive to classes and au pair meetings? (If not, how will she get to those places?)
- Will she have access to the car for personal use? If so, what limits will you impose on using the car with regards to distance, mileage, passengers, conditions, etc.? Who is responsible for paying for gas?
- Will the au pair have her own car or will she share one with you? If she will share, when should she expect to have access to the car?

Upon arrival, host families and au pairs are urged to sit down together and agree on rules regarding use of the family car. Because your au pair is a "family member," you should consider what rules you would consider reasonable for your own adult children. While an au pair should recognize that use of a car during her year is a privilege, not a right, giving your au pair access to a car will help her feel less isolated and more independent during the year, especially if you live in an area with limited public transportation.

If you require your au pair to drive, you need to make sure she is covered under your own insurance policy during her time in the U.S. Your au pair's insurance does not provide coverage for any liability or property damage. It's a good idea to check in advance with your insurance broker for specific pricing and policy information. Also, be sure to check with your local motor vehicle department to determine if your au pair will need a state driver's license in order to be a legal driver. Even if they don't require it at first, many insurance companies and/or states require your au pair to obtain a state driver's license after a certain period of time. If a state license is not required, it is still recommended that your au pair obtain a state license if possible. Host families are responsible for the cost of insuring their au pairs, the cost of obtaining a driver's license and for the cost of gas when the au pair is driving on duty. This includes travel to and from au pair monthly meetings and required classes to fulfill the educational component.

## Phone use

Most host families agree that providing a cell phone for their au pairs is necessary so they may get in touch with her both while she's on duty and off. Family plans often allow families to add another cell phone account for a minimal cost. There are also cell phones that allow you to pay-as-you-go. It is your responsibility to let your au pair know what her limits are with regard to making phone calls, texting and data usage. If there are consequences to going over those limits (i.e. your au pair covers the cost) be sure to make sure she understands these as well.

### HOUSEHOLD HANDBOOK TOPICS

Use the *Household Handbook* to specify household rules and avoid confusion later on. The *Household Handbook* contains a section for many household issues that you might not even think to address including:

- Curfew
- Car use
- Computer use
- Phone use
- Household appliance use
- Trash pick-up
- Pet care

### STATE DRIVING LAWS

State driving policies change all the time—so although your LCC will try to keep up-to-date about laws in your area, you may encounter changes when you are in contact with your local motor vehicle department. Please inform your LCC if you encounter any changes to existing policies. You can also find more information about local driving laws as they apply to your au pairs in your Host Family Account.

CC00000743

Defs.' Appx. 00000377

Rules regarding when she should be on the phone should be included in your *Household Handbook.* We also recommend reminding your au pair about the dangers of texting while driving.

## Computer use

Your au pair will likely want to use a computer to keep in touch with friends and family back home through email and Skype. Most au pairs will also use a computer to check favorite websites from back home and visit popular social media sites. Some au pairs bring their own laptops and others rely on their host family's computers for online access. In any case, we encourage you to think about what computer, if any, will be available for your au pair to use and when she will have access to it.

You'll also want to talk to your au pair about protecting your family's privacy when online. If it is important to you to keep photos and information about your family off of popular social media sites or blogs, make sure your au pair is aware of this.

## Curfew

Curfew is another important issue to bring up as soon as your au pair arrives, and like car, phone and computer use, there is a section of the *Household Handbook* dedicated to curfew. Most families give their au pairs a curfew based on when and if she will be on duty the next day. An earlier curfew on weeknights is reasonable and ensures your au pair has time to get enough rest so she can fulfill her duties. On weekends, au pairs generally expect to be out later.

Some families have a "car curfew" meaning that the car must be back by a certain time but the au pair may stay out later.

**CHAPTER 7**

# Social Security, taxes and workers' compensation

When your au pair arrives, it's important to help her get a Social Security number so she can open a bank account, file taxes and you can properly file your own family's taxes.

## Social Security

It is important for your au pair to obtain a non-working Social Security number. Not only are they required in some states to get a driver's license or to open a bank account, it is also necessary for au pairs to file taxes, as well as host families to claim on their taxes.

To obtain a Social Security number, an au pair must go to the nearest Social Security office with her passport, I-94 card, DS-2019 form, and Social Security letter from Cultural Care Au Pair (available in your Host Family Account). Au pairs should wait at least 10 days from the date they enter the U.S. before filing an application with the Social Security Administration (SSA) because the SSA



**PREPARATION RESOURCES**

For more detailed tax information, visit:

**INFOSOURCE:**
**DURING YOUR YEAR:**
**INSURANCE, HEALTH, SOCIAL SECURITY TAX, AND WORKERS' COMPENSATION INFORMATION**

CC00000744

Defs.' Appx. 00000378

cannot verify their status with the Department of Homeland Security (DHS) until at least 10 days after the date of entry.

Once at the Social Security office, she will have to fill out an application form which they will provide. In order to grant the Social Security number, the SSA must then verify the au pair's visa status. If an au pair is told that she is not in the database yet or cannot be verified, she should ask to have her status verified through the Student and Exchange Visitor Information System (SEVIS) instead. Her Social Security number application will then be faxed to a central office to be verified. From the time she applies, it may take several days or weeks for to receive her Social Security number and card by mail.

If your au pair experiences a problem when applying for a Social Security number, please contact Cultural Care Au Pair and we will try to assist you. Please be sure to provide the address of the office at which your au pair applied. You will also need to fax a copy of your au pair's I-94 card to Au Pair Services at **1-617-619-2102**. While we cannot expedite the process of obtaining a Social Security number, we may be able to help in cases where the Social Security office has incorrect information in their database.

## Taxes and personal financial matters

While Cultural Care Au Pair is not able to provide specific tax information for host families, we can provide general guidelines regarding host family and au pair tax issues, as well as information to help au pairs complete their tax returns. Because we update these guidelines on a regular basis, we suggest that you check your InfoSource through your Host Family Account, for the latest version of our tax guidelines. You can also call our office and request a copy by email. Since tax laws vary from state to state and are changed on a frequent basis, we advise host families and au pairs to speak with a local professional tax advisor or directly with the Internal Revenue Service (IRS) for definitive answers to any specific questions regarding taxation.

### SUMMARY OF AU PAIR TAX ISSUES

- The IRS considers au pairs to be "employees" of the host family for tax reasons, even though they are in the U.S. on a cultural exchange visa. This means that au pairs are required to file U.S. individual income tax returns even though they may not owe any taxes.

- By April 15th of each year, the au pair should file form 1040NR-EZ or 1040NR using her Social Security number.

- Au pairs are allowed to claim a personal exemption for themselves, but are not eligible for the standard deduction in their tax filing.

- Because the maximum tax burden for the vast majority of au pairs is less than $1,000, there is usually no need for the au pair to make quarterly estimated payments, or for host families to withhold taxes. There are exceptions to this rule that are explained on InfoSource, accessible through your Host Family Account.

### TAX ID INFORMATION

If your employer requires taxpayer identification numbers for flexible spending account reimbursement, you should use:

**Your au pair's social security number**, in reference to payments made directly to your au pair.

**Cultural Care Au Pair's federal tax ID number** in reference to program fees paid to Cultural Care Au Pair. Cultural Care Au Pair's federal tax ID number is 20-2020345.

CC00000745

Defs.' Appx. 00000379

## SUMMARY OF HOST FAMILY TAX ISSUES

### CHILD AND DEPENDENT CARE TAX CREDIT

As long as you have used the au pair's childcare services in order to work or look for employment, the stipend paid to your au pair, the costs of room and board and the program fees paid to Cultural Care Au Pair are all eligible under the Child and Dependent Care Tax Credit.

### DEPENDENT CARE REIMBURSEMENT PROGRAMS

The eligibility requirements for these programs (often called "Flex-Spending Accounts" or "FSAs") are usually identical to those for the Child and Dependent Care Tax Credit. Please note that expenses paid for using Dependent Care Reimbursement Program funds are not also eligible for the Child and Dependent Care Tax Credit.

### FLEX-SPENDING ACCOUNT PAPERWORK

Cultural Care Au Pair is happy to provide host families with a summary statement of payments received during a tax year. We are also able to sign and complete most forms that your plan might require for reimbursement. Please note, however, that we are only able to provide you with either the total amount of program fees paid in a given calendar year, or the amount of program fees paid in a given calendar year with the dates of the applicable full au pair term of service (e.g. one year, six months, etc.). Cultural Care Au Pair cannot provide documentation explicitly pro-rating payments received to a specified range of dates. Contact our office if you require any assistance in claiming a Dependent Care reimbursement.

### WITHHOLDING FOR AU PAIR TAXES

Because the maximum tax burden for the vast majority of au pairs is less than $1,000, there is no need for the au pair to make quarterly estimated payments. In addition, because au pair wages are deemed by the IRS to be paid for domestic service in a private home, they are not subject to mandatory income tax withholding on Forms 941 and W-2 by the host family. Host families usually do not need to pay federal unemployment taxes for their au pair or withhold Social Security and Medicare taxes. There are some rare cases where this rule might not apply—please with your tax professional, and refer to our detailed tax document available on InfoSource  through your Host Family Account.

## Workers' compensation

In preparing your family and your home for the arrival of your au pair, it is important to be aware of all the laws and regulations in your state as it pertains to hosting an au pair. One issue to review in particular is whether your state requires workers' compensation coverage for an au pair living in your home. You can check with your insurance agent in order to determine the required coverage in your state.

CC00000746

**CHAPTER 8**

# *Cross-cultural dynamics*

By choosing the au pair program to fulfill your childcare needs, you have chosen to participate in a cultural exchange program and add a new member to your family. If you were welcoming a parent, aunt, cousin or niece into your household, the configuration and dynamics of your family would change substantially. In hosting an au pair, you go one step further by adding a new family member who comes from an entirely different background, with different cultural beliefs, standards and practices. Combining two cultures within one family can be an exciting challenge with many rewards. However, it requires understanding, sensitivity and support of both differences and similarities.

## *Cultural differences*

As a host family, it is important to remember cultural differences are natural and should be respected. Something that may seem silly or strange to you might be customary in your au pair's home country. Before casting judgment, it's critical to try to understand why your au pair may behave in ways that are different from what you expected.

Once your au pair arrives, we suggest you all sit down and have an open discussion and ask questions about each other's countries and cultures. Use this as an opportunity to get to know each other. Seeing the humor and delight in our differences makes us seem all the more similar.

Your au pair has a genuine desire to learn about the customs and traditions of the U.S. and understand the cultural differences she will face during the year. We hope you are curious about her culture as well and encourage her to share her own traditions, holidays and language.

## *Culture shock and adjustment cycle*

Although many of our au pairs have traveled outside their home country before, they will undoubtedly encounter some degree of culture shock during their year in the U.S. Culture shock is not continuous—it typically comes and goes in waves, and people experience culture shock in varying degrees. Some people do not notice it at all, while others seem to be affected very much. Some go through culture shock in their first month, and others notice it much later. However, most people follow the same version of the adjustment cycle on the next page.

1. HONEYMOON STAGE: Everything seems exciting and new to au pair.

2. CULTURE FATIGUE: Au pair starts to see cultural differences, begins to feel uncomfortable, and is tired, both physically and mentally.

3. SURFACE ADJUSTMENT: Au pair begins to understand the people and their ways, and feels more comfortable.

4. HIDDEN PROBLEMS: Although outwardly she seems to be fitting in, she

---

**CULTURE SHOCK SYMPTOMS:**

Many au pairs go through some degree of culture shock and may experience some of the following symptoms:

• Difficulty in holding normal conversations (the most common symptom of culture shock).

• Feelings of alienation, confusion, inadequacy, homesickness, depression, lethargy.

• Yearning for certain foods or personal comforts that are reminders of home.

• Seeking contact with people from home country to the exclusion of new people.

• Blaming innocent parties for any problems that arise.

• Not leaving the house much; spending unusual amounts of time sleeping, eating, grooming, day-dreaming, reading, organizing or reorganizing their own room.

In most cases, symptoms of culture shock go away, but if your au pair experiences continued symptoms please contact your LCC or program director.

CC00000747

begins to question certain aspects of the culture. She is homesick and possibly has conflicts with family and friends. She might feel dissatisfied and thinks things would be better "if only…"

5. FITTING IN: Au pair accepts the host culture and feels comfortable with the way of living. She might feel like a native of the host country.

6. GOING HOME: Au pair begins to have mixed feelings about going home.

It's helpful to periodically remind yourself of how this cycle progresses so you can support your au pair through periods of adjustment. Your encouragement, support and understanding can help your au pair overcome difficult times. The following suggestions are ways to ease any culture shock your au pair might encounter during the program year:

- Encourage your au pair to meet with other au pairs in your area. Your LCC will host monthly meetings for all the au pairs and whenever possible will arrange for a "buddy."

- Help your au pair get involved in community groups or activities that allow her to pursue her personal interests (i.e., join a gym, church, sports team, dancing group, etc.).

- Keep the lines of communication open. If problems arise, discuss them. Postponing them will only make things worse.

- Show genuine interest in your au pair's home country, family and culture by asking questions and creating a dialogue. Encourage her to prepare a favorite native meal for your family.

- Help your au pair find ways of preserving her sense of cultural identity. If you feel she is going through a period of culture shock, do not give ultimatums, such as, "No more phone calls." Doing so can create a "no-exit" feeling, since the calls might be considered a vital lifeline.

Culture shock varies by person and is a natural part of any cultural exchange experience. If at any time you feel you need assistance in helping your au pair through a difficult stage of culture shock do not hesitate to contact your LCC or program director.

"There are times when living with someone else can have its challenges, but I had challenges when we sent our kids to an in-home day care as well. The peace of mind for me is more than worth it. When we've had any problems with our au pairs we have always taken the time to sit down with them and luckily they have all been respectful enough to see the big picture and understand any problems that have come up."

**Newman Family in Colorado**

## CHAPTER 9

# *Host family and au pair communication*

The most important thing you can do as a host family to ensure a great year with your au pair is to communicate. The fact that your au pair comes from a different country and speaks a different language makes communication even more critical. Taking time each day and at your weekly meeting to touch base and give critical and positive feedback is essential to creating a happy household. Finding

CC00000748

time to chat with her like you would to a friend or family member will also go a long way in making your au pair feel welcome.

## Communicating with your au pair

When speaking to your au pair about her duties or when giving feedback, it is important to adhere to the "ground rules" of good communication. Two of the most effective tools you can use to facilitate good communication with your au pair are assertive directing and effective listening. One helpful tip is to keep a copy of your au pair's DISC personality profile. This provides great insight for effective communication and improving your relationship.

### ASSERTIVE DIRECTING

Assertive directing means being open and straightforward about your expectations, family routines, childcare practices, au pair responsibilities, work schedule, household rules, etc. To practice assertive directing, sit down to discuss responsibilities, household rules, work schedule and other relevant items after giving your au pair a few days to settle in.

- Be direct about your expectations.
- Openly discuss your childcare philosophy, types of activities you want your au pair to do with your children, household rules that apply to the children, issues around food/snacks, desired discipline techniques, etc.
- Use the *Household Handbook* that details her childcare and household responsibilities since it is helpful for au pairs to refer to written directions.
- Explain things carefully and thoroughly—not all at once, but probably more than once.

### EFFECTIVE LISTENING

Effective listening means listening to your au pair with the intent to understand her feelings and needs from her perspective, not your own.

Most often we listen not with the intent to understand, but rather with the intent to respond. We are either busy preparing to speak or we are already "talking over" the other person. If you want to interact effectively with anyone—your au pair, spouse, child, co-worker, supervisor, neighbor, friend—you must first understand him or her.

The two main components of effective listening are empathic listening and using reflective feeling statements:

### EMPATHIC LISTENING

This level of communication occurs when we are willing to "walk in our au pair's shoes" and see the world from her perspective, rather than react with our own emotions, judgments, stories, suggestions, etc. This is crucial when we are dealing with cultural and language differences, and it accomplishes three primary things:

- Reduces emotion to a more manageable level
- Allows parties to get to and through the problem solving process
- Builds a relationship based on trust, credibility, and integrity

---

**EXAMPLES OF USING REFLECTIVE FEELING STATEMENTS:**

- "You look frustrated when Sam won't listen to you."

- "I know it can be embarrassing when Lucy acts up in the grocery store. She does that with us sometimes, too."

- "It seems like you're trying to ask me something, Britta, but I get the sense that you're nervous to ask. Is that right?"

**EXAMPLES OF USING REFLECTIVE FEELING STATEMENTS FOLLOWED BY AN OFFER TO HELP:**

- "You look frustrated when Sam won't listen to you. He seems to have a way of testing everybody, including us! Maybe we could talk about some ideas of how to get him to do what you want him to do."

- "I know it can be embarrassing when Lucy acts up in the grocery store. She does that with us sometimes, too. Would it be helpful if we sat down and discussed ways we handle her?"

- "It seems like you're trying to ask me something, Britta, but I get the sense that you're nervous to ask. I always want you to feel comfortable in coming to me with anything, so I'd love to hear what's on your mind."

---

CC00000749

When you have a discussion with your au pair, it's also important to pay attention to the "feeling tone" of what is being said. Sometimes your au pair might have difficulty vocalizing her true feelings, but if you listen to the tone of voice and take note of facial expressions and body language, you may pick up on those emotions.

## USING REFLECTIVE FEELING STATEMENTS

It is a good idea to use statements to reflect back to your au pair what you think she is feeling before you offer any assistance. By accurately reflecting your au pair's feelings, you assist in diffusing emotions so she can open up to new possibilities. Only after you both understand the issue at hand is it appropriate to offer your assistance.

## CONFLICT RESOLUTION MODEL

Every family experiences the challenge of resolving opposing needs. The conflict resolution model can be used when there is conflict between family members, including your au pair. Use it to help find a creative way to resolve problems, respecting the input, needs and rights of all concerned parties.

### 1. DEFINE THE PROBLEM

Define the problem in terms of needs (usually feelings), not solutions.

### 2. BRAINSTORM POSSIBLE SOLUTIONS

Withhold value judgments and do not be afraid to be completely honest and open. (If possible, write down brainstorm ideas on a large piece of paper that everyone can see.)

### 3. EVALUATE THE SOLUTIONS

Evaluate the solutions in a non-judgmental manner. Explore the perceived positives and negatives of each solution.

### 4. DECIDE ON MUTUALLY ACCEPTABLE SOLUTION(S)

Narrow down the list of possible solutions, starting with the elimination of those that are the least acceptable.

### 5. ACT ON THE SOLUTION

### 6. CHECK RESULTS

Schedule a time to assess the results of your efforts, and give feedback to each other.

### 7. REFER BACK TO YOUR *HOUSEHOLD HANDBOOK* AND *DAILY COMMUNICATION LOG* TO SEE IF THERE ARE WAYS YOU CAN IMPROVE YOUR COMMUNICATION

The sooner you engage in this conflict resolution model when a conflict arises, the sooner you can find a solution and continue building trust and respect for one another.

## CULTURAL CARE TRANSITION POLICY DURING THE FIRST MONTH

For the first month that an au pair and host family are together, Cultural Care Au Pair will not process any non-emergency transitions. While there are times when au pairs and host families cannot work through their differences, the first month is always a time of adjustment for both parties and once initial problems are resolved, host families and au pairs have a much better chance of enjoying a successful relationship. In addition, host families will be responsible for a $500 transition fee in the event of three au pair placements within the first 30 program weeks.

Case No. 1:14-cv-03074-CMA-KMT   Document 861-6   filed 02/16/18   USDC Colorado   pg 11 of 13
Defs.' Appx. 00000384

WHEN ISSUES ARISE - **CHAPTER 10**

**CHAPTER 10**

# *When issues arise*

When issues arise, it is even more imperative to keep the lines of communication open between you and your au pair. Normally, host families and au pairs are able to resolve their own issues through communication and problem-solving. However, there are situations that may require involvement from your LCC and/or your program director.

## *Solving problems on your own*

Like with any relationship, you will have points where you and/or your au pair will experience bumps along the way. Adding another person to your household with her own personality and habits makes this almost inevitable. But the approach families use to address these issues affects the outcome of conflict dramatically.

The worst way to handle an issue is to ignore it. Problems don't go away—they just tend to get worse. So, if you don't like the way your au pair does something, it's best to bring it up right away. Give her the chance to learn you are unhappy and why so she can work on it.

Likewise, if you sense your au pair is bothered by something, give her an opportunity to bring it up. Weekly meetings are a good time to ask her about how things are going. Au pairs are often afraid to immediately bring up concerns, so sometimes you may have to press them to open up. Once she feels comfortable enough to vocalize her feelings, the situation can be addressed.

We expect that all families and au pairs make a good faith effort to work through issues they face. Most families find that successfully working through conflict with their au pair strengthens their relationship as a result. And, knowing you can overcome bumps in the road is a great predictor of success for the rest of the year. However, if you are unable to work out problems independently and feel you would benefit from the counsel of an impartial third party, calling your LCC and/or program director may be necessary.

## *When to involve your LCC and/or program director*

If you and your au pair encounter an issue you cannot resolve on your own, your first call should always be to your LCC. Your LCC is a resource for both you and your au pair and they have been trained to provide information and support when misunderstandings or conflicts occur. In fact, it is Cultural Care Au Pair's policy that your LCC serve as an objective mediator and conduct a three-way mediation in the event of a host family-au pair conflict. To help resolve issues your LCC will:

- Initiate a mediation during which s/he will serve as an objective mediator
- Help outline guidelines for a follow-up, two-week trial period
- Offer advice as you decide to work towards resolution or initiate a transition

**CONSIDER AN IN-COUNTRY AU PAIR**

Although you should always choose the best au pair for your family's needs, there are several advantages to considering an in-country au pair. In-country au pairs are suitable childcare providers who are in transition due to circumstances within their own host family (e.g. personality differences, communication problems, financial issues, etc.) In-country au pairs are already acclimated to the U.S. and usually available immediately. Another advantage to considering in-country au pairs is that if they live close by there is an opportunity to meet them in person.

It is Cultural Care's policy to secure a recommendation from either the previous host family or the current LCC before re-matching an au pair. If you are considering an in-country au pair, you always have the opportunity to contact the previous host family for feedback before making your final decision. Cultural Care Au Pair will not recommend a host family to a new au pair or an au pair to a new host family without providing full disclosure to all parties. Like you, in-country au pairs are very eager to find a great match and continue their year.

CC00000751

Defs.' Appx. 00000385

Your program director is also committed to working with you and your LCC to determine a solution that is sensitive to both the needs and well-being of your family and au pair.

## MEDIATION

Discussing a tough situation with your LCC as an impartial mediator can help you make progress towards a solution. Cultural Care Au Pair requires that a three-way mediation take place between you, your LCC, and your au pair in the event of a conflict you can't solve on your own, before any further steps are taken. During the mediation, your LCC will ask to hear about issues from both you and your au pair independently. This is a good opportunity to listen to what each other has to say once again and gain insight as to how problems can be resolved. The goal of a mediation is to develop a plan outlining how behavior will change in order to overcome the issues and how you can measure your progress during a two-week trial period.

## TWO-WEEK TRIAL PERIOD

At the end of the mediation, your LCC will ask that your family and au pair enter into a two-week trial period. You and your au pair should be following the plan you developed during your three-way mediation and monitoring your progress along the way. Constant communication is important during this time as you honestly evaluate whether outstanding issues can be fixed.

At the end of the two-week trial period, your LCC will check in with both you and your au pair to determine if the plan to overcome the issue has been successful. By the end of a two-week trial period, many host families and au pairs will have discovered a way to work through their problems. There are also times when host families and au pairs may not agree on all issues but agree to stay together as they continue to work on the relationship. Families sometimes accept minor personality differences or other perceived minor shortcomings because they are confident in an au pair's childcare abilities.

## *Entering into a transition*

In the event that your issues are irreconcilable, your family and au pair may decide to end the relationship and initiate a transition. Once you decide to end the relationship with your current au pair, your LCC will schedule an exit interview, during which s/he will determine how you wish to move forward. S/he will also:

- Explain host family and au pair obligations during the transition period
- Work with you on the selection of a new au pair for your family if you decide to continue
- Work to find a new placement for your au pair
- Review the financial implications of transition

## HOST FAMILY AND AU PAIR OBLIGATIONS DURING A TRANSITION

Your au pair (whether she is going to a new family or returning home) is expected to stay with your family for a two-week period starting from the date of the exit interview. This gives Cultural Care Au Pair enough time to find her a new host family or arrange for her travel home. You and your au pair can determine together how to handle the arrangements during these two weeks. Au pairs can continue to provide childcare (for which they earn their weekly stipend) or



**WHAT TO EXPECT FROM A TRANSITION**

For more detailed information about the impact of a transition, including a downloadable help guide, visit:

INFOSOURCE:
DURING YOUR YEAR:
YOUR RELATIONSHIP WITH YOUR AU PAIR:
IF ISSUES ARISE

CC00000752

Defs.' Appx. 00000386

you can relieve her of all childcare responsibilities. Families are not expected to pay the weekly stipend if the au pair is not providing childcare.

Your program director and placement manager will work hard to find you a new au pair who meets your needs as soon as possible. However, families who cannot or choose not to rely on their departing au pair to provide childcare during these two weeks are responsible for finding an alternate childcare solution. Likewise, if a family's new au pair doesn't arrive until after the other departs, families must find other childcare coverage—Cultural Care Au Pair cannot guarantee continuous childcare.

If you are unsure of alternate childcare, please contact your LCC as s/he might be able to offer you referrals through her/his connections in the community.

### WELCOMING A NEW AU PAIR

If you decide to welcome a new au pair after transitioning with your current au pair, your program director will speak with you directly to review the re-matching process. Your program director and LCC will also try their best to locate a new family for your current au pair, provided she is still recommended for childcare duties. Please be aware that when presenting your registration to a prospective au pair or your former au pair's application to a prospective host family, Cultural Care Au Pair will disclose details related to the transition.

Host families who are in transition are eligible to match with any of our available au pairs including those who are overseas, wish to extend with a new family or who are currently in the U.S, (or "in-country") and re-matching.

### FINANCIAL CONSIDERATIONS DURING A TRANSITION

When going through a transition, there are several financial considerations to take into account that are affected by your host family status and whether you decide to welcome an overseas au pair, in-country au pair or to exit the program. As you consider candidates, keep in mind your used childcare weeks so far and how many weeks your new candidate may have. Choosing a candidate with more weeks left on her term than you've paid for will result in a balance to be paid.

Should you go into transition, your Program Director will review your options in depth with you.

### LEAVING THE PROGRAM

If, after the exit interview, you decide that the program isn't the right childcare option for your family, you will receive a refund per the refund schedule outlined on your Host Family Agreement.

**CHAPTER 11**

# *Repeating with Cultural Care Au Pair*

Cultural Care Au Pair is proud that over 70% of host families each year decide to repeat with us to host another au pair. We hope you will consider your options and rewards as a repeat family and choose us again for your childcare needs.

---

### CONSIDER AN IN-COUNTRY AU PAIR

Although you should always choose the best au pair for your family's needs, there are several advantages to considering an in-country au pair. In-country au pairs are suitable childcare providers who are in transition due to circumstances within their own host family (e.g. personality differences, communication problems, financial issues, etc.) In-country au pairs are already acclimated to the U.S. and usually available immediately. Another advantage to considering in-country au pairs is that if they live close by there is an opportunity to meet them in person.

It is Cultural Care's policy to secure a recommendation from either the previous host family or the current LCC before re-matching an au pair. If you are considering an in-country au pair, you always have the opportunity to contact the previous host family for feedback before making your final decision. Cultural Care Au Pair will not recommend a host family to a new au pair or an au pair to a new host family without providing full disclosure to all parties. Like you, in-country au pairs are very eager to find a great match and continue their year.

CC00000753