**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03074-CMA-KMT

JOHANA PAOLA BELTRAN, et al.,

Plaintiffs,

v.

INTEREXCHANGE, INC., et al.,

Defendants.

---

**DECLARATION OF CHRISTINA REILLY**

---

1.      My name is Christina Reilly.  I am the director of the au pair program for Cultural Homestay International.

2.      As director, I am responsible for directing and overseeing the au pair program.  I supervise the communication with our international partners, oversee our compliance efforts with the United States Department of State ("DOS"), and supervise all staff, including our field staff that support our au pairs and host families.

3.      I was the primary representative for CHI designated to testify in response to the deposition notice served on CHI by plaintiffs pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.  As such, I familiarized myself with the "information known or reasonably available to" CHI relating to the topics set forth in the notice for which I was the designated representative.  The information set forth in this declaration is based on my role and responsibilities at CHI, my personal knowledge, and/or the

**EXHIBIT A**

Defs.' Appx. 00000455

information reasonably available to me as the representative of CHI.  For these reasons, I am competent to testify on the matters addressed herein.

4.      CHI is a nonprofit cultural exchange organization.  We provide businesses, host families, and young Americans with opportunities to share their values with those from other countries.  We also administer programs to provide those from other countries with opportunities to share their culture, values, skills, and life experiences with Americans.  We believe this is the best way to promote trust and understanding among nations and build a more prosperous and peaceful world.

5.      CHI participates in a number of exchange programs, including Academic High School, Au Pair, Au Pair Abroad, Camp Counselor, Group Homestay, High School Abroad, Internship & Trainee, Private High School, Short-Term Enrichment, Summer Work & Travel and World Explorers (CHI's Outbound program for Americans).  Of these programs, the following are administered by the DOS: Au Pair, Camp Counselor, Internship/Trainee, 12 Month Australia, Summer Work Travel.

6.      CHI is one of 16 sponsor organizations designated by DOS to administer the au pair exchange visitor program, which is one of several J-1 visa exchange programs overseen by the DOS.  Our first year in the Au Pair Program was 2004.

7.      As an au pair program sponsor, we are required to ensure compliance with DOS's program regulations by the host families and au pairs.

8.      CHI screens, reviews, and evaluates all program applicants to ensure they meet DOS eligibility requirements.  For example, we ensure background and reference checks are administered, evaluate the applicant's English proficiency, and confirm that

2

Defs.' Appx. 00000456

the applicant meets educational, age, and other requirements necessitated by DOS regulations.

9.      We additionally screen prospective host families who, once committed to host an au pair through our program, are responsible for selecting their au pair.  Host families choose who they want to interview, set their own criteria for the candidates they consider, and decide whether to make an offer to an au pair.

**The au pair weekly stipend is set by the Department of State**

10.      Our understanding has always been that the DOS set the au pair weekly stipend.

a.      When we entered the program in 2004, we understood that DOS had set the weekly stipend at $139.05.  Ex. A.1 (1997 Fact Sheet).

b.      Subsequently, on June 14, 2007, DOS issued a Notice indicating that the weekly stipend would be increased as follows:

| July 24, 2007 | $157.95 |
| July 24, 2008 | $176.85 |
| July 24, 2009 | $195.75 |

Ex. A.2 (2007 Notice).

11.      The June 14, 2007 Notice explained that the "Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for the Au Pairs."  The Notice further explained that the "room and board credit currently is 40% of the au pair's credited compensation."  The Notice

Defs.' Appx. 00000457

concluded that following the increase in the federal minimum wage effective July 24, 2009, the au pair weekly stipend would increase to $195.75 per week.

12.     An identical Notice was issued by the State Department on June 24, 2009. Ex. A.3 (2009 Notice and Fact Sheet).  We received both Notices shortly after they were issued.

13.     Significantly, the DOS Notices did not use the word "minimum" in reference to the weekly stipend amount of $195.75.  Instead, the Notices simply stated that the weekly stipend would increase to $195.75.  However, because the weekly stipend was linked to the federal minimum wage, we always assumed the weekly stipend of $195.75 was a minimum and host families could pay their au pair more if they wanted to.

14.     We have never received a communication from DOS modifying or retracting either the 2007 or the 2009 Notice.  Nor has DOS modified its regulations governing how the stipend is calculated.

### CHI Brochures, Agreements, and Handbooks

15.     CHI communicates with au pairs and host families in several ways.

16.     First, we communicate with potential au pairs and host families through our website and promotional materials/advertisements that are intended to provide a general understanding of the au pair program, its benefits, and the general cost of participation.  Exs. A.4 (Marketing Material 1) and A.5 (Marketing Material 2).  These most basic flyers and brochures are intended to provide a basic summary of the program and are distributed at stores, fairs, and other events open to the general public.

4

Defs.' Appx. 00000458

      a.     One of our marketing strategies is to advertise the au pair program as an affordable child care alternative.  Therefore, we think it is important to tell a prospective host family what the total weekly cost of the program is likely to be.

      b.     For example, in 2010-11, our brochure directed primarily to host families indicated that the all-inclusive weekly cost for the host family would be $343, which was based on the minimum weekly stipend of $195.75 as set by DOS, the required educational contribution of up to $500, and the fees charged by CHI.  In the same brochure, consistent with our calculation of the weekly cost to the host family, we listed the au pair weekly stipend as $195.75.  Ex. A.4 (Marketing Material 1).

      c.     In another flyer directed to prospective au pairs, we were not trying to market the affordability of the program.  So, we indicated that the au pair receives "a direct weekly payment from the Host Family based on U.S. minimum wage standards."  Ex. A.5 (Marketing Material 2) at CHI0005134.

17.    Second, as the prospective au pair and host family move through the screening and selection process, each receives a handbook that has very specific details about the program and the DOS regulations.

      a.     The au pair handbook states that the au pair will "receive a weekly stipend based upon the U.S. minimum wage standard . . . ."  Ex. A.6 (Au Pair Handbook) at CHI0006843.  The handbook refers the prospective au pair to the "Federal Minimum Wage notice" that is provided in the reference section of the handbook.  *Id.*  This notice is the DOS Notice dated June 14, 2007, which (as noted above) states the "weekly stipend (including room and board) for the standard Au Pair"

5

Defs.' Appx. 00000459

will be $195.75 as of July 24, 2009.  *Id.* at CHI0006871.  We also provide a copy of the DOS regulations in the au pair handbook.  *Id.* at CHI0006865-67.

b.      Similarly, the host family handbook states that the host family provides a "stipend of $195.75 per week," and also attaches copies of the June 14, 2007 DOS Notice and the DOS regulations.  Ex. A.7 (Host Family Handbook) at CHI00018738, CHI00018757-61.

18.    Third, once an au pair has been matched with a host family, we have separate, formal, written agreements with both the au pair and the host family that, among other things, refer to the weekly stipend.  These agreements fulfill CHI's obligation to inform the au pair and host family of the au pair program requirements.

a.      The au pair agreement (titled "Au Pair Promise and Agreement") states that the au pair understands "that I will receive a weekly stipend for the host family based upon minimum wage in accordance with current U.S. Government regulations."  Ex. A.8 (Au Pair Agreement) at CHI0002325.  Of course, this sentence references the regulations and DOS Notice previously provided to the au pair, although additional copies of these documents are not attached to the agreement.

b.      In the same fashion, the host family agreement states that the host family will pay the au pair "a weekly stipend in accordance with current U.S. Government regulations."  Ex. A.9 (Host Family Agreement) at CHI0018893-94.  Once again, this sentence references the regulations and DOS Notice previously provided to the host family, although additional copies of these documents are not attached to the agreement.

Defs.' Appx. 00000460

c.      Once we advise host families and au pairs of the minimum stipend set by the DOS, the host families may pay their au pairs whatever they wish, so long as they pay at least $195.75 per week.

**DOS closely monitors CHI's**
**communications with au pairs and host families**

19.     CHI has a regulatory obligation to provide program-related information to au pairs and host families.  *See, e.g.,* 22 C.F.R. § 62.9(d)(3).  To meet that obligation, and based upon the guidance provided in the Notices, CHI, using our own words, has informed its au pairs and host families of the amount of the weekly stipend set by the DOS.

20.     In multiple ways, the DOS monitors CHI's communications with au pairs and host families to confirm that we are complying with DOS regulations.

a.      First, every year as part of the DOS annual audit of each sponsor, we submit to DOS copies of all of our marketing and advertising materials.  We know that DOS reviews these carefully because they have asked us many questions about our materials to make sure they are compliant (which they always have been).

b.      Second, each month, our au pair coordinators contact each au pair to ensure that the au pairs are receiving their weekly stipend.

c.      Third, the regional counselor is required to make personal contact with each host family and au pair for which they counselor is responsible.

d.      Fourth, once a year, in connection with the annual audit required by the regulations, an independent auditor uses a template prepared by DOS to survey a

Defs.' Appx. 00000461

sample of our au pairs to ensure that each is receiving a stipend of "at least" $195.75. 22 C.F.R. § 62.31(m)(4).

      e.     Finally, DOS conducted a site visit of our offices at which the DOS representatives reviewed all of our materials, including our communications with au pairs and host families regarding the weekly stipend.  The site visit occurred in December 2013.  Following the site visit, we received confirmation that we were operating our au pair program in conformance with the regulations.  Exs. A.10 (Notice of On-Site Review) and A.11 (On-Site Review Follow Up).

      21.     The following description of a series of emails between Maha Ammar, a DOS Senior Program Analyst, and Linda Mori and Deborah Herlocker of CHI, demonstrates how closely DOS monitors our communications with potential host families, including our promotional materials, au pair and host family agreements, and related materials.

      a.     In 2011, in connection with CHI's annual compliance report, we sent samples of promotional materials and brochures we distribute to au pairs and host families to Maha Ammar of DOS.  Ex. A.12 (Emails with Ms. Ammar).

      b.     The promotional brochure we provided to Ms. Ammar states that the host family provides the au pair a "stipend of $195.75 ($146.81 for Educare) paid per week." Ex. A.4 (Marketing Material 1).

      c.     After receiving the brochure, Ms. Ammar stated the "CHI Brochure is great and the transparent breakdown of program costs is appreciated."  She then asked several questions:

i.      "[D]oes CHI charge a fee for relocation/assignment of au pairs?"

ii.     "[I]s health insurance information mentioned in the brochure and included in the program costs breakdown?"

iii.    She also asked for clarification of our statement that participation in the au pair program would cost $343 per week per family, and that the au pair would be paid a weekly stipend of $195.75 per week.

Ex. A.12 (Emails with Ms. Ammar) at CHI0029131-32.

d.      In response, CHI's Operations Manager, Deborah Herlocker, explained that the $343 cost figure "is the all inclusive cost which includes the weekly stipend of $195.75, the educational contribution of up to $500 and the agency fees."  *Id.* at CHI0029130.

e.      Ms. Ammar next asked whether the brochure should also include further information concerning the high cost of healthcare in the US, program cost items like relocation and cancellation fees, and CHI's refund policy.

f.      Ms. Herlocker explained:

We use the brochure as a marketing tool to provide a quick introduction to the main elements of the program and to garner interest in the program.  Thus, the specific topics you mentioned are not covered in detail in that document.  If after reviewing the brochure and website, the family is interested in learning more about the program, they will meet with our coordinators who will review the Host Family Handbook and the Host Family Agreement with them.  These two documents cover the more specific details of the program, such as what you mentioned below.

9

*Id.* at CHI0029129.

g.    Ms. Herlocker then provided Ms. Ammar detailed information about how CHI runs its marketing and screening operation:

i.    "As we are smaller, we depend a lot more on one on one meetings and discussions to introduce families to the program and all of the components of the program."  *Id.* at CHI0029126.

ii.    "As you mentioned, [the au pair] program is very detail oriented so the details on the program are broken up through different documents as the families go through different stages of the screening process."  *Id.* at CHI0029127

iii.    The brochure "is the most basic flyer that is used to provide the basic summary of the program. . . ."  *Id.*  The purpose of the brochure is to "introduce the program to families who have no idea what an Au Pair or cultural exchange is."  *Id.*

iv.    If a family receives this document and has not yet spoken to someone at CHI, they are requested "to review our website and to contact someone at CHI.  We will then review the government regulations and the set up of the program with them to ensure they understand and meet those basic requirements."  *Id.*

     v.       If the host family is still interested, "they will be provided with our Host Family Agreement to review and we will schedule an interview with our local coordinator." *Id.*

     vi.     "Our local coordinator will meet in person with them and review the Host Family Agreement, which includes all the very specific details about replacement Au Pairs, refunds and of course, a review of the regulations" *Id.*

     vii.    Ms. Herlocker concluded that the "reason I described the process so in detail is our Host Family Agreement and our Host Family Handbook are a very large part of our informational/screening process of Host Families." *Id.*

h.     Ms. Ammar closed by saying: "I appreciate the detailed clarification of CHI's business model and the one-on-one attention and support provided to host families." *Id.* at CHI0029126.

22.     The annual audit ensures that CHI and our host families comply with the procedures and reporting requirements set forth in DOS regulations.

a.     For example the audit compliance procedure template issued by DOS, which we provide to our auditor, requires confirmation by au pairs that they received "at least [$195.75] per week as compensation." *See* Ex. A.13 (Audit Template) at CHI0021151.

b.     The audit process requires a survey of a representative sample of host families and au pairs to compile information for the audit. The host family

Defs.' Appx. 00000465

confirmation form asks, among other things, whether the host family has "paid your au pair a weekly stipend of at least $195.75." *See* Ex. A.14 (Host Family Confirmation Form) at CHI0026948.

      c.    The au pair confirmation form similarly asks whether the au pair "received at least $195.75 a week as a stipend." *See* Ex. A.15 (Au Pair Confirmation Form) at CHI0026935.

      23.    To prepare our audit reports, our auditor receives information from the sample of au pairs and host families, and then reviews our files. Our audit reports submitted annually to DOS reference the stipend in two separate instances. In our 2013 audit report, for example, our auditor certified the following:

      a.    "We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that Au Pair Participants will . . . be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week . . . ." *See* Ex. A.16 (Audit Report) at CHI0025623.

      b.    "We sent confirmations to the 128 Au Pair Participants. Of the 128 confirmations sent, 76 have responded associated with the sample selected for testing. The following outlines the responses to the confirmation questions . . . .74 responded that they received at least $195.75 per week as compensation. 2 responded that they did not receive at least $195.75 per week as compensation." *Id.* at CHI0025624.

      c.    As noted above, in late 2013, CHI was selected by DOS to participate in an on-site review. The site visit required that we provide documents in

Defs.' Appx. 00000466

advance of the visit and host a team of DOS representatives to conduct interviews and review our files.  We were required to provide a list of key employees available to be interviewed, organizational charts, business operation and financial documents, documents related to foreign and domestic third parties, and host family price lists.  *See* Ex. A.10 (Notice of On-Site Review).  The information provided to DOS would have included materials indicating that the weekly stipend was $195.75.

   d. CHI provided the documents requested, hosted a review team, and made multiple employees available for interviews.  Among the documents provided during the review was a 2013 au pair application issued by Au Pair Travel, one of our overseas partners we use to recruit prospective au pairs from South Africa.  This document also refers to the $195.75 weekly stipend as a minimum.  *See* Ex. A.17 (Au Pair Travel Agreement) at CHI0021306.

   e. On June 30, 2014, after the on-site review process had been completed, DOS confirmed by letter that "CHI appears to be operating its au pair program in compliance with program regulations . . . Thank you for your continued support of this important international exchange initiative."  Ex. A.11 (On-Site Review Follow Up).

   24. From the time we began operating the au pair program to the present, DOS has never questioned us about the amount of the stipend host families have paid au pairs or indicated to us that $195.75 per week does not comply with regulations or any applicable laws.  Nor has DOS ever suggested that there was anything improper or misleading about the way we communicated with prospective au pairs and host families.

Defs.' Appx. 00000467

**The host family decides how much the au pair stipend
will be and pays that amount to the au pair**

25.     We understand that the $195.75 weekly stipend is a minimum.  Ultimately, CHI's host families determine what to pay their au pairs and may pay more if they wish.

26.     In fact, according to our local coordinators, some of our host families also round up to $200.00 per week or pay even more.  It is imperative that host families pay at least $195.75 for our program to comply with DOS regulations, but if they want to pay more, they are free to do so.

27.     As a practical matter, in addition to the weekly stipend of at least $195.75, most of our host families pay for benefits (such as cell phones, cell phone bills, birthday and holiday presents, paid vacations, and extra money for social or cultural outings).

28.     To ensure that the program remains affordable, we do not want au pairs to expect they will receive more than $195.75 per week.  Nor do we want host families to feel they need to pay more if they choose not to do so.  If we told host families they needed to pay more, we would risk losing them to other sponsors.  Ultimately, it is up to the host family to determine how much they pay their au pair, as long as they pay at least $195.75 per week.

29.     As far as the stipend is concerned, we are only required by DOS regulations to monitor, as we do, that au pairs receive their stipends every week.  DOS regulations also require us to monitor that au pairs (i) only perform childcare and light housework services, (ii) assist their host families no more than 10 hours per day and 45 hours per week, (iii) receive one and one half days off per week and one full weekend

Defs.' Appx. 00000468

off per month, and (iv) receive two weeks of paid vacation.  Our local coordinators provide this oversight and ensure compliance.

30.     On the rare occasion when a host family does not or cannot pay its au pair at least $195.75, or when a dispute arises over whether the stipend was paid, CHI intervenes immediately.  If the situation cannot be remedied, we will remove the au pair from the home, make every effort to make a new placement, and pay the au pair any amounts owed to her.

31.     From a review of the many thousands of documents produced in this case, and the hundreds of emails addressing the amount of the stipend, I am aware that in a few instances, one of our representatives mentioned that the amount of the stipend paid to au pairs placed through CHI was $195.75 and not open to negotiation.  One such example is reflected in a 2011 email from one of our regional coordinators, Chris Burbach.  Ex. A.18 (Email with Ms. Burbach).

a.     Chris's statement was a mistake.  I believe the mistake arose out of an effort to distinguish CHI from other sponsors that offer experienced au pairs at a higher weekly stipend.  For example, in the referenced email, our operations manager distinguished CHI from another sponsor, Au Pair International, which apparently offers experienced au pairs through their "Au Pair Professional" program.  *Id.*

b.     To try and avoid mistakes in what au pairs might be told, we give each of the partners a manual that states:  "As required by DoS regulations, the host family pays the Au Pair a weekly stipend.  **Please refer to the stipend notice for information on the current stipend.  The stipend is tied directly to the minimum**

Defs.' Appx. 00000469

**wage, so when the minimum wage increases, the stipend will increase.**" Ex. A.19 (Partner Agent Manual) at CHI0002730 (emphasis in original).  We then give the partners a notice containing the same information found in the DOS Notice dated June 14, 2007.  Ex. A.20 (Notice to Partners) at CHI0002406.

c.    CHI believes many of the au pairs we place would qualify as "experienced" under the guidelines used by other sponsors.  Nonetheless, we do not have a separate program for "experienced"' au pairs who would be entitled to receive a higher weekly stipend.  We have found that the market does not support an au pair program requiring a higher stipend because in our experience, the vast majority of host families prefer to pay a lower stipend in the range of the $195.75 amount set by DOS.

### The economics of CHI's au pair program

32.    CHI is a nonprofit organization and, as indicated, we market the au pair program to prospective host families as an affordable child care program.  For example, recent CHI marketing materials refer to the program as "affordable" and a "tremendous value," particularly when compared to daycare or a nanny.  *See* Ex. A.21 (Marketing Material 3) at CHI0000219.

33.    To that end, we try to provide our services at a cost to the host family that is near the low end of the wide range of fees charged by other sponsors.  *See, e.g.,* Ex. A.22 (Weekly Update Email) at CHI0007134.

34.    It is not in our economic interest to advertise that our host families should pay more than the DOS weekly minimum of $195.75 because we compete with other sponsors to attract host families to our program.  If we suggested or required host

Defs.' Appx. 00000470

families to pay more than $195.75, our program would be less affordable and, due to competitive pressure from the other sponsors, we would have a harder time recruiting host families to participate in CHI's au pair program.

35.     By the same token, we have no economic incentive to enter into an agreement with the other sponsors to tell prospective host families that the weekly stipend is $195.75.  We can decide to do so – as we have – without regard to what other sponsors might do.  In fact, we would be better off if all of the other sponsors told their prospective host families that the weekly stipend was $225, $250, or more because then we would have an advantage in the market and more appeal to potential host families looking for an affordable childcare plan.

36.      CHI's expenses and program costs for the au pair program outpaced revenues nearly every year from 2006 forward.  We were only net revenue positive in 2013 and 2014.  Otherwise, we have operated the au pair program at a loss every year since 2006.

37.     To the extent that we advertise a specific amount for the weekly stipend, we cannot realistically advertise that the stipend is either above or below $195.75.

38.     If we were to advertise a stipend *lower* than $195.75, our program would be more affordable and could attract additional host families, which is how we generate revenue.  But if we were to do so, we would be in violation of DOS regulations, lose our status as a sponsor, and risk legal action.

39.     If we were to advertise a stipend above $195.75, the program would be less affordable to host families and we would be disadvantaged in our efforts to compete with other sponsors to attract host families to our program.

a.     For example, as indicated above, in 2010-11, we told host families that the weekly cost of the au pair program was $343.

b.     If the weekly stipend were raised to $250, the weekly cost would be increased to almost $400.

c.     If the au pair were paid a stipend equal to $7.25 (the full federal minimum wage) per hour for a 45 week, the weekly cost to the host family would be about $475.

d.     When mandatory room and board is added to these weekly figures, the cost of the au pair is much less affordable.  Indeed, the au pair cost would approach the cost of a full-time nanny, which would make the au pair program considerably less desirable to many host families.

40.     Additionally, we do not need to advertise a program where the stipend is more than $195.75 in order to attract more au pairs.  In fact, we have more au pair candidates than we do host families.  *See, e.g.*, Ex. A.23 (Number of Au Pairs Email) at CHI0003367.

41.     Specifically, DOS allocates to CHI a certain number of au pairs.  Before 2016, the total allocation was 150.  In April 2016, the allocation increased to 400.  Every year, a number of our allocated slots go unfilled.  This is not because we lack qualified candidates to serve as au pairs.  Instead, the difficulty in utilizing our entire allocation is

based on finding and retaining host families.  It is easier to increase the number of qualified au pairs than the number of host families.

42.     We always have more au pairs that host families.  This is for two main reasons.

a.     First, we need to have more au pairs on hand, in the event an initial match does not work out and a host family requests a replacement.

b.     Second, it is more difficult to find and recruit host families than it is to find young people around the world who want to come to the United States and participate in this cultural exchange program.

43.     In sum, as a sponsor, we have a surplus of au pair candidates and therefore, we want to recruit as many host families to the program as possible.  The host families want an affordable program, which by necessity involves the lowest stipend allowed by law.

**Competition with other sponsors and recruitment of au pairs**

44.     As noted, we compete with other sponsors to recruit host families and retain them once they have hosted a CHI au pair.  Finally, we compete with the other sponsors on the fees we charge host families.  By way of example, from publicly available information, we monitor our competitors' application and program fees and make every effort to price our program at or below the prices charged by other sponsors.  *See, e.g.,* Ex. A.22 (Weekly Update Email) at CHI0007134.

45.     We do not generally compete with other sponsors to find young people qualified to serve as au pairs.  Our foreign partners handle the recruitment of au pairs in their respective territories or countries.

**CHI has not entered into an agreement
to suppress the amount of the weekly stipend**

46.     I understand that Plaintiffs' counsel engaged a private investigator to contact several sponsors about the stipend.  The investigator's notes do not reflect any conversations with any CHI employee and, to my knowledge, no one from CHI was ever contacted or provided any information to this investigator.  Nor do the investigator's notes mention CHI.

47.     No one at CHI ever communicated with other sponsors on the issue of whether host families should pay more than $195.75.

48.     CHI has never been a party to any agreement with any sponsor (or anyone else) that the weekly stipend be "precisely $195.75," or anything like that.

49.     DOS encourages the sponsors to share "best practices" designed to ensure compliance with the regulations and improve the quality of the au pair program. These best practices endorsed by DOS include:

a.     Requesting that local coordinators conduct regular monthly in person check-ins;

b.     Frequent training of local coordinators and foreign partners;

c.     Thorough vetting of host families and their children;

d.     Program transparency – "when in doubt, report;"

Defs.' Appx. 00000474

      e.      Providing guidance and support regarding tax preparation and direction to IRS websites; and

      f.      Strong sponsor support for au pairs.

Ex. A.24 (Alliance Annual Meeting Notes) at CHI0029882.  The best practices do not include any sort of agreement or discussion of whether the amount of the weekly stipend should be limited to "precisely $195.75."

**Conclusion**

    50.    As noted, we have described the weekly stipend in various ways, with a differing level of specificity depending on the context of the communication:

      a.      In our marketing and promotional materials provided to potential au pairs and host families, we state the weekly stipend is "$195.75."

      b.      The agreements we have with au pairs and host families state that the au pair will receive "a weekly stipend from the host family based upon minimum wage in accordance to current U.S. Government regulations."  Exs. 8 (Au Pair Agreement) at CHI0002325, 9 (Host Family Agreement) at CHI0018893-94.

      c.      We provide more information about the regulatory requirement for the stipend by including a copy of the Notice described above in paragraph 10.b in the host family orientation materials.  We understand the Notice to be the latest word from DOS on the amount of the stipend.

      d.      In our au pair agreement, we state that the weekly stipend is "based on the minimum wage in accordance to current U.S. Government regulations."

      e.      The host family agreement has similar language.

Defs.' Appx. 00000475

51.     After all of the DOS audits and monitoring activities described above, we have never been told by DOS that the means we have chosen to communicate the amount of the weekly stipend are contrary to the regulations, inaccurate, or deficient in any way.

52.     And, most importantly for this lawsuit, we have never been part of an agreement with any other sponsor to communicate that the weekly stipend for "standard" au pairs is precisely $195.75, or anything of the sort.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated February 12, 2018.


 /s/ *Christina Reilly*
Christina Reilly


10672657_6

Defs.' Appx. 00000476

# FACT SHEET: AU PAIR STIPEND
## (3/14/97)

---

On November 18 and 19, 1996, the United States Information Agency provided all au pair program sponsors with a notice regarding payment of the au pair stipend. To dispel any confusion, please be advised specifically that:

1. The U.S. Department of Labor determined in 1994 that an employer/employee relationship is established between the host family and the au pair. Accordingly, the stipend* given an au pair must conform with minimum wage law and adjustments. The Department of Labor, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly stipend. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing au pair regulations.

2. Effective October 1, 1996, the au pair stipend is $128.25. This increase was based upon the increase in the minimum wage payment.
   (Calculation: 45 hours @ $4.75 = $213.75 less a Department of Labor determined credit for room and board in the amount of $85.50 per week equals the weekly stipend.)

3. Effective September 1, 1997, the au pair stipend will be increased to $139.05. This increase is also based upon the increase in minimum wage to take effect on this date.
   (Calculation: 45 hours @ $5.15 = $231.75 less a Department of Labor determined credit for room and board in the amount of $92.70 per week equals the weekly stipend.)

In response to the Agency's letter to the Department of Labor which requested an advisory opinion whether a $10 credit may be possible as an offset to educational expenses paid by host families participating in the Au Pair program, the Department of Labor** advised the agency that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. Au Pair Program Sponsors were notified on March 13, 1997 by fax and sent a copy of the advisory opinion by certified mail. Accordingly, the minimum weekly stipend has been since October 1, 1996 and remains $128.25.

NOTE: Any host family failing to abide by the effective dates of au pair stipend increases and amount of stipend to be paid to the au pairs is in violation of federally-mandated minimum wage law.

---

*The increase in minimum wage affecting the au pair stipend supersedes the stipend level of $115.00 established in the Au Pair Final Rule (22 CFR 514.31) published in the Federal Register on Wednesday, February 15,1997.

**Letter dated February 28, 1997 from Jordan R. Fraser, Acting Administrator, Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency.

**EXHIBIT A.1**



## NOTICE

## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour.  The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage.  The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs.  The room and board credit currently is 40% of an au pair's credited compensation.  The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|                              | Au Pair  | EduCare  |
|------------------------------|----------|----------|
| Phase I –July 24, 2007       | $157.95  | $118.46  |
| Phase II – July 24, 2008     | $176.85  | $132.64  |
| Phase III – July 24, 2009    | $195.75  | $146.81  |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007

**EXHIBIT A.2**

CHI0028267

Defs.' Appx. 00000478



RELEASE IN FULL

**REVIEW AUTHORITY:  Fabio Saturni, Senior Reviewer**

## NOTICE
## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour. The increase from $5.15 to $7.25 will be phased in in three increments as follows:

- On the 60th day following enactment of P.L. 110-28 (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

| | Au Pair | EduCare |
|---|---|---|
| Phase I –July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Julia Findlay at (202) 203-7238.

June 24, 2009

**EXHIBIT A.3**

RFP000758

Case No. 1:14-cv-03074-CMA-KMT   Document 861-8   filed 02/16/18   USDC Colorado   pg 26 of 74

| RELEASE IN FULL | FACT SHEET: AU PAIR WAGE (5/9/2000) | REVIEW AUTHORITY:  Fabio Saturni, Senior Reviewer |
|---|---|---|

On November 18 and 19, 1996, the former United States Information Agency (USIA), which is now part of the Department of State, provided all Au Pair Program Sponsors with a notice regarding payment of the au pair wage*. To dispel any confusion, please be advised specifically that:

1. The U.S. Department of Labor determined in 1994 that an employer/employee relationship is established between the host family and the Au Pair. Accordingly, the wage** given an Au Pair must conform with minimum wage law and adjustments. The Department of Labor, having sole jurisdiction regarding matters of minimum wage, determines the credit (room and board) to be applied against the weekly wage. A full discussion of this matter was set forth in the February 15, 1995 Federal Register notice announcing Au Pair regulations.

2. Effective October 1, 1996, the Au Pair wage is $128.25. This increase was based upon the increase in the minimum wage payment.
   (Calculation: 45 hours @ $4.75 = $213.75 less a Department of Labor determined credit for room and board in the amount of $85.50 per week equals the weekly wage.)

3. Effective September 1, 1997, the Au Pair wage will be increased to $139.05. This increase is also based upon the increase in minimum wage to take effect on this date.
   (Calculation: 45 hours @ $5.15 = $231.75 less a Department of Labor determined credit for room and board in the amount of $92.70 per week equals the weekly wage.)

In response to USIA's letter to the Department of Labor which requested an advisory opinion whether a $10 credit may be possible as an offset to educational expenses paid by host families participating in the Au Pair program, the Department of Labor*** advised USIA that host families may not take credit in meeting their minimum wage obligations for either tuition costs or medical insurance. Au Pair Program Sponsors were notified on March 13, 1997 by fax and sent a copy of the advisory opinion by certified mail. Accordingly, the minimum weekly wage has been since October 1, 1996 and remains $128.25.

NOTE: Any host family failing to abide by the effective dates of au pair stipend increases and amount of wage to be paid to the au pairs is in violation of federally-mandated minimum wage law. An increase in the minimum wage would affect the wage paid to the au pair.

---

*The term stipend was changed to wage with the publication of the Au Pair regulations in the *Federal Register* on Friday, June 27, 1997.

**The increase in minimum wage affecting the au pair wage supersedes the wage level of $115 established in the Au Pair Final Rule (22 CFR 62.31) published in the *Federal Register* on Wednesday, February 15, 1995.

***Letter dated February 28, 1997 from Jordan R. Fraser, Acting Administrator , Employment Standards Administration, Wage and Hour Division, U.S. Department of Labor, addressed to Stanley S. Colvin, Assistant General Counsel, United States Information Agency.

### 

[ ECA's Home Page || J Exchange || || Au Pair || ]

file://C:\Users\GomelskySA\AppData\Local\Microsoft\Windows\Temporary Internet Files\     3/3/2015
UNCLASSIFIED  U.S. Department of State  Case No. F-2014-20401  Doc No. C06027440  Date: 09/21/2017

RFP000759

Case No. 1:14-cv-03074-CMA-KMT   Document 861-8   filed 02/16/18   USDC Colorado   pg 27 of 74

Timeline on Au Pair   **RELEASE IN FULL**   | REVIEW AUTHORITY:  Fabio Saturni, Senior Reviewer |   Page 1 of 1

# TIMELINE ON DEPARTMENT OF STATE'S AU PAIR PROGRAM

- Interest in an au pair program began in 1986 when the American Institute for Foreign Study (AIFS) and the Experiment in International Living (EIL) applied to USIA to conduct an au pair program under the Fulbright-Hays authority.

- December 1987: an interagency panel recommended that the program be discontinued.

- October 1988: Congress instructs USIA to continue the program and mandates a General Accounting Office (GAO) study of this and other exchanges.

- 1989: USIA designates six additional organizations to participate in the program, bringing the total to eight. See attached list. Congress ordered the General Accounting Office (GAO) to conduct a study of the program.

- February 1990: GAO report "Inappropriate Uses of Educational and Cultural Exchange Visas," states that au pair programs "are not compatible with the original intent of the 1961 (Fulbright-Hays) Act."

- October 1990: Congress extends the au pair program under USIA and instructs USIA to continue the program under the then-existing guidelines until such time as it decides otherwise.

- On October 7, 1994, pursuant to HR 5034 (State/USIA Technical Corrections Bill), Congress authorized USIA to promulgate specific regulations governing the au pair program.

- February 1995: au pair program went from operating under guidelines to regulations published in the Federal Register. First comprehensive regulations addressing au pair and host families selection, screening, and placement.

- June 1997: additional regulations were published in the Federal Register providing further clarification regarding au pair screening and training and further limiting to ten the number of hours per day an au pair may provide child care. These additional regulations were adopted as final in September 1997.

- April 1999: a proposed rule to amend existing au pair regulations were published in the Federal Register to strengthen the oversight and general accountability of the au pair program and to identify and reduce the potential risk of injury to program participants. The amendments to the regulations were adopted as final in October 1999.

## AU PAIR BACKGROUND

Department of State's (formerly USIA) au pair program began with two designated organizations and approximately 200 au pairs. On an annual average, there are approximately 12,000 au pairs in the U.S. working with eight designated exchange organizations that carry out the day-to-day operation of the program. These organizations are responsible for the recruiting, training, screening, and placement of the au pairs. Some 60,000 young people have participated in the program since its inception in 1986.

Annual cost to an average American host family is about $12,000. This includes fees to the designated organization, weekly wage, educational allowance, and room/board.

February 1998

# # #

[ ECA's Home Page || J Exchange || || Au Pair || ]

Case No. 1:14-cv-03074-CMA-KMT   Document 861-8   filed 02/16/18   USDC Colorado   pg 28 of 74

C06027442 FIED U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017
Defs.' Appx. 00000481

| RELEASE IN FULL | | REVIEW AUTHORITY:  Fabio Saturni, Senior Reviewer |

# THE AU PAIR

# EXCHANGE PROGRAM

## WHAT YOU SHOULD KNOW

Thousands of U.S. families have enjoyed participating in the au pair exchange program. Most have found it to be a rewarding experience, but it is important to fully understand the program before deciding if you and your family will benefit. The ultimate responsibility for the well being of your children rests with you the parents. This brochure explains the program and answers some frequently asked questions.

The United States Information Agency (USIA) established the au pair program in 1986 as an educational and cultural exchange with a strong child care component. "Au pair" is French for "on the par," reminding host families that their international visitor is to be treated as a member of the family, not an employee. The rules are clear: au pairs are provided a private bedroom, meals, remuneration tied to the minimum wage, a full weekend off each month, two weeks paid vacation, and up to $500 toward attending an institution of higher education. An au pair is not to work more than 10 hours a day/45 hours a week and is not expected to perform general housekeeping.

If these rules cause you any concern, your family might be better served by a different child care option. There are other considerations as well. Are you willing to communicate in the beginning what you expect from your au pair? When occasional problems arise, one mistake host families make is to hope that conditions will improve and problems will correct themselves. As you consider whether the au pair program is right for you, think about how you and your family will adjust to having an international visitor in your home for a year. The following questions and answers might help you to make that decision.

## GENERAL QUESTIONS

### What is the au pair program?

The au pair program is an educational and cultural exchange program with an extensive child care component. Au pairs come to the U.S. for one year to provide up to 45 hours of child care per week for their host family while pursuing educational credits. Sponsoring organizations in the U.S. have the responsibility for administering the program, within the regulations set by the Department of State (formerly USIA).

The sponsoring organizations identify, screen, select, and match au pairs and host families and monitor the au pair/host family relationship throughout the year. At the end of one year, au pairs return to their home country.

UNCLASSIFIED  U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017

RFP000761

Case No. 1:14-cv-03074-CMA-KMT   Document 861-8   filed 02/16/18   USDC Colorado   pg 29 of 74
FIED  U.S. Department of State  Case No. F-2014-20401   Doc No. C06027442   Date: 09/21/2017
Defs.' Appx. 00000482

# THE SELECTION AND
# SCREENING PROCESS

*Where do au pairs come from?*

The au pair program is worldwide, so au pairs can be from any foreign country except those with which the U.S. does not have diplomatic relations.

*What kind of training and experience is required to be an au pair?*

Au pairs must be proficient in spoken English and have a high school diploma or the equivalent. Before becoming part of a host family, they must receive at least 8 hours of child safety and 24 hours of child development instruction. At least 4 hours of the child safety training will be infant related and at least 4 hours of the child development instruction will be devoted to the care of children under 2 years of age.

The child safety training, provided by qualified organizations, includes topics such as stress management, shaken baby syndrome, and CPR. Additionally, au pairs responsible for children under 2 years of age must have at least 200 hours of documented infant child care experience.

Au pairs will **NOT** have specialized training in nursing. They are **NOT** to dispense prescription medication or undertake therapy regimes.

*What costs are involved?*

The average annual cost to an American host family is about $13,000. This includes fees to the sponsoring organization, a weekly payment tied to the minimum wage (currently $139.05 a week), an educational allowance of up to $500, and room/board.

# ONCE THE AU PAIR IS WITH
# THE HOST FAMILY

*What are au pairs entitled to?*

Au pairs are entitled to a private bedroom, meals, a weekly wage which will increase if the minimum wage increases, a full weekend off each month, two weeks of paid vacation, and up to $500 towards attending an institution of higher education.

*What are host families entitled to?*

Host families are entitled to a maximum of 10 hours a day/45 hours a week of child care and they have

UNCLASSIFIED U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017

RFP000762

Defs.' Appx. 00000483

Although the Department of State (DoS) authorizes these sponsoring organizations to conduct au pair programs, the responsibility for choosing the right organization rests solely with the host family and the au pair.

### *What do the sponsoring organizations do?*

Sponsoring organizations carry out the day-to-day operation of the au pair program. They identify, screen, select, and match au pairs and host families. They ensure that background investigations, including criminal history checks, are performed on au pairs, and that host parents have adequate financial resources to participate in the program.

The sponsoring organizations interview au pairs for spoken English proficiency and suitability to participate in the program. They also interview host parents to ensure spoken English fluency and suitability to deal with an international visitor.

The sponsoring organizations provide au pairs with a detailed profile of the host family and community into which they will be placed, and the educational institutions available in the community. They ensure that au pairs have all the training required by DoS. These organizations must maintain monthly contact, through local and regional counselors, with au pairs and host families to ensure compliance with the program.

### *What do local and regional counselors do?*

Local and regional counselors maintain ongoing contact with au pairs and host families. They are required to report to the sponsoring organization any unusual or serious situations or incidents involving au pairs or host families. Any incidents involving or alleging a crime of moral turpitude or violence are immediately to be relayed by the sponsoring organization to DoS. Moral turpitude is defined to include, but is not limited to, acts of theft, sexual misconduct, and child abuse.

### *Are there any checks on the sponsoring organizations?*

Yes. Every sponsoring organization must annually submit to DoS copies of their advertisement and recruitment materials. They must submit a summary of the annual survey they conduct of host families and au pairs, which includes a summation of all complaints received and their resolutions. They must report to DoS all situations which resulted in the placement of an au pair with more than one host family. Sponsoring organizations are audited annually to ensure compliance with the procedures and reporting requirements set forth in DoS's regulations.

### *What is the educational component of the au pair program?*

Au pairs are required to attend an institution of higher education to earn at least six hours of academic credit, and host families must pay up to $500 of the cost.

### *What is the difference between a nanny and an au pair?*

Nannies are child care providers who are paid for their expertise and experience and they are employees of the family for whom they work. Au pairs, on the other hand, are participants in a DoS exchange program. Au pairs provide up to 45 hours of child care per week as part of their responsibilitiy to their host family and are considered members of the family, **NOT** employees.

RFP000763

Defs.' Appx. 00000484

the benefit of someone from another culture living in their home.

*What responsibilities do both parties have?*

Either a parent or responsible adult must be present in the home for the first three days that the au pair is with the host family. This can include a weekend. There must be a signed written agreement between the host family and the au pair outlining the
au pair's obligation to provide not more than 45 hours of child care per week. The host family and au pair must attend at least one of their sponsoring organization's family day events during the au pair's stay.

*How long can an au pair stay with a family, and can the arrangement be extended?*

Au pairs can stay with their host families in the U.S. for one year. After that time they are required to return to their home country. The au pair arrangement cannot be extended.


## QUESTIONS OR PROBLEMS


*What if I have questions after the initial selection and match have been made, or what if a problem arises?*

The sponsoring organizations have local and regional representatives who are available to help and counsel one or both parties of an au pair program match. You can contact them or the sponsoring organization through which you entered the program.

DoS's Exchange Visitor Program Service staff is available to answer questions at (202) 401-9810. In addition, you can receive information from the agency's FAX ON DEMAND service (see below).

*If I am not happy with the arrangement, can I back out?*

Both the host family and the au pair have options if they are not happy with the au pair arrangement. Since the terms of these options may vary from one sponsoring organization to another, it is suggested that you check your contract with the sponsoring organization for specific information on cancellation conditions or talk with your sponsoring organization directly.


## PLEASE READ YOUR CONTRACT FOR TIME LIMITS AND CONDITIONS


For a listing of DoS-designated sponsoring organizations contact the agency's FAX ON DEMAND service by calling (202) 205-8237 (document #203) from a phone/fax, or check DoS's web site at hhtp://exchanges.state.gov.

Please Note: No guarantee of performance or competency is made by the designation of sponsor

UNCLASSIFIED  U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017

RFP000764

C06027442  U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017

The Au Pair Exchange Program

Defs.' Appx. 00000485

Page 5 of 5

organizations.

[ ECA's Home Page || J Exchange || || Au Pair || ]

UNCLASSIFIED  U.S. Department of State  Case No. F-2014-20401  Doc No. C06027442  Date: 09/21/2017

RFP000765



*Loving and Affordable Childcare from Around the World!*



www.chiaupairusa.org

**EXHIBIT A.4**

CHI0000289

Defs.' Appx. 00000487

## What is an Au Pair?

Au pairs are a diverse group of compassionate young adults from around the world who become a member of your family while providing safe, attentive and affordable live-in childcare. They travel to the U.S. on a J-1 Exchange Visitors Visa with the intent of learning and appreciating American customs and lifestyle, and at the same time, your family benefits from the cultural childcare experience.

*"Cindy has become such a blessing to our family. She has started teaching us French and we plan to take the family to visit her in Belgium. What an incredible exchange this year has been and will be for our family!"*

*- A CHI Host Family in California*



## Why CHI Au Pair USA?

**EXPERIENCE:**  CHI has 30 years of experience as one of the leaders in the field of international exchange programs.

**AFFORDABILITY:**  For $343 a week, per family, CHI au pair live-in childcare is a tremendous value, especially for families who have more than one child.

**SUPPORT:**  CHI provides your family with a superior program support structure committed to giving top notch personalized assistance, including a local Au Pair Coordinator in your community and a Regional Coordinator who is available 24/7.



**CUSTOMIZATION:**  CHI au pairs are from over 50 different countries. Your family reviews a multitude of highly qualified and carefully screened au pair profiles. You make the final decision on which au pair is best suited for your family.

**SPONSORSHIP:**  Your family can be assured that you are entering into a legal and regulated program. CHI Au Pair USA is a designated J-1 visa program sponsor by the U.S. Department of State and adheres to stringent government standards.

CHI0000290

Defs.' Appx. 00000488

## What are the Benefits? Au Pair vs. Daycare or Nanny

### Incredible Value!

| Comparison | Au Pair | Daycare | Nanny |
|---|---|---|---|
| **Only $343 per Week, <u>per Family</u>!** <br> *Cost effective childcare solution for families with several children. No additional per child fees.* | ✔ | No | No |
| **Guaranteed 45 Hours of Childcare per Week** <br> *Inclusive in the cost.* | ✔ | Varies | Varies |
| **Flexible Payment Plans** <br> *CHI offers payment plan options that work best for your family's childcare budget.* | ✔ | Varies | No |
| **Stress Reducer** <br> *Your au pair saves you time, money and stress if your child become suddenly ill. No need to take time-off from your job with live-in au pair childcare.* | ✔ | No | Varies |



*"This is an amazing program and I wish more families realized how affordable it is compared to the cost of daycare"*

*- A CHI Host Family in California*

### Peace-of-Mind Benefits

| Comparison | Au Pair | Daycare | Nanny |
|---|---|---|---|
| **Consistent Childcare Training** <br> *All CHI au pairs receive hands-on training in CPR and first aid, as well as participate in a child development seminar.* | ✔ | Varies | Varies |
| **Personal Attention** <br> *Invaluable one-on-one care and supervision for your child.* | ✔ | No | Varies |
| **Flexible Schedule** <br> *You determine the hours and coverage your au pair works a week in your home.* | ✔ | No | Varies |
| **A Helping Hand Around the House** <br> *Along with childcare, your au pair can perform light child-related housekeeping tasks and prepare your child's meals.* | ✔ | No | Varies |
| **Cultural Enrichment** <br> *Opportunity for your family to learn a new culture and language, and to develop an endearing relationship that may last a lifetime.* | ✔ | Varies | Varies |



CHI0000291

Defs.' Appx. 00000489

## Au Pair Qualifications

CHI Au Pair USA maintains a strict and thorough screening and admissions procedure based on program visa requirements. Both the au pair and host family benefit from this detailed process and can feel confident that they are entering a program that exceeds the minimum standards.

Among Other Qualifications, the Au Pair Candidate is:



- Between the ages of 18-26 and is at least a high school graduate;
- Proficient in English language ability;
- Experienced with recent documented practical childcare experience;
- Required to have 200 hours of documented infant care experience if caring for children under the age of two;
- In possession of a driver's license;
- Screened for a criminal background check;
- Able to submit three references and able to pass a psychometric test which measures behavior and personality;
- Personally interviewed by CHI's representing overseas partner organization;
- Willing to share customs and culture from her home country.

## What Can an Au Pair Do?

The au pair provides up to 45 hours per week (30 hours for Educare Au Pairs) of childcare. The duties will take up no more than 5½ days a week and no more than 10 hours per day. All the au pair's duties will be focused specifically on the children; heavy housework is restricted. Some daily tasks may include:

- Waking the children, dressing infants and toddlers, bathing and playing with them
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry
- Driving the children to or from school, appointments and activities
- Caring for and watching the children while they are asleep if the parents are not at home





CHI0000292

Defs.' Appx. 00000490

## Host Family Qualifications



One of the most important host family characteristics is not only the need for childcare, but for the family to incorporate and treat the au pair as a family member. Including the au pair in family leisure activities and family events, reinforces CHI Au Pair USA's goal of promoting intercultural sharing and exchange.

Other Host Family Requirements Include:
- Host parents are U.S. citizens or legal permanent residents.
- English is the primary language spoken in the home.
- Adequate financial resources to support hosting an au pair for 12 months.
- A personal interview by a CHI representative.
- Character references for background check.
- Agreeing to the U.S. Department of State's Exchange Visitor Program regulations.

The Host Family Provides:
- Private room and meals.
- A stipend of $195.75 ($146.81 for Educare) paid per week.
- Up to $500 in tuition ($1,000 for Educare) toward completing the au pair's required program educational component.
- Automobile insurance coverage if the au pair is expected to drive.
- Two weeks paid vacation; one full weekend off per month.



*"We welcomed Bianca as a member of our family from the beginning and she remains that way. We absolutely love her. She is able to take care of the children in a loving and respectful way. Our children have fun with her and we trust her 100% with the care and well-being of all four of our children"*

*- A CHI Host Family in Virginia*



CHI0000293

## Additional Program Options



*EduCare Au Pair*

For families with school-aged children who require childcare before and after school, the EduCare Au Pair program is a cost effective choice of **only $295 a week.** A convenient budget friendly payment plan is available.

EduCare Au Pairs must still qualify under the traditional strict au pair program requirements.  However, there are a few unique distinctions:

- EduCare au pairs may only work up to 30 hours a week.
- EduCare au pairs are entitled to a weekly stipend of $146.81.
- EduCare au pairs are required to complete at least 12 credits of coursework.
- EduCare host families must provide up to $1,000 stipend towards the cost of the EduCare au pair's educational component.
- EduCare au pairs may only care for school-aged children.

*Second Year Extension Program Option*

Qualifying host families and au pairs are eligible to extend their original program for a second year and enjoy uninterrupted reliable childcare and cultural exchange.

Host families and au pairs may extend their program one time for an additional 6, 9 or 12 month duration.  In addition:

- Au pairs continue to receive the same weekly stipend of $195.75 for up to 45 hours of childcare.
- Au pairs receive paid vacation of:  7 days for 6 month extension; 10 days for 9 month extension; and 14 days for 12 month extension.
- Au pairs will continue their educational requirements as set forth by the U.S. Department of State and receive an educational stipend of: $250 for 6 month extension; $500 for both 9 and 12 months extensions.

Families who extend their au pair program will appreciate the savings with our reduced extension program fees.



*"We really saw the level of help and individual care that is provided. The staff keeps in constant contact and kept us informed of each step. I think that's one of the things CHI Au Pair USA does best. The communication is always amazing, and that's one of the most important factors to us, and a testament to the organization of the program and the diligence and care of the individual people"*

*- Wishek Host Family*

CHI0000294

## Frequently Asked Questions



### Will my au pair be able to speak English?

All CHI au pairs are thoroughly screened and have an in-person interview conducted in English.  In order to be accepted into the program, au pairs must meet the minimum language requirement set forth by the Department of State. During the selection process, CHI encourages you and your family to interview the au pair candidate as many times as you wish so you can evaluate the candidate's language ability.

### How much control will my family and I have in selecting our au pair?

Host families have the advantage of being able to review the applications for all available au pairs, and make their own final decision on which au pair best fits their family.  We encourage families to interview as many au pairs as they wish.

### What happens if our au pair is not a good fit for our family?

Should any issues arise while your Au Pair is here, your local coordinator and regional coordinator will do their best to help resolve the issue.  If the match is simply not a good match, we will work with you to find you a replacement Au Pair to complete your original 12 month program for no additional cost.

### How do I ensure that my au pair will be able to handle the driving needs of our family?

Make sure that when you interview the au pair you ask a lot of questions about their driving experience.  How often do they drive?  What type of roads do they drive on?  Are they used to driving in cities with lots of traffic?  What kind of car do they drive?  Etc.

## My Family is Ready to Apply!

**Go to our website: www.chiaupairusa.org and request an application or call toll free: 800-432-4643 to talk to our Program Operations Department who will assist you with the application process.**

## Contact Us!

CHI Au Pair USA
104 Butterfield Road
San Anselmo, California 94960-1565
Web: www.chiaupairusa.org
E-mail: chiaupairops@chinet.org
Host Family Inquiries: 866-528-5152
CHI Main Office: 800-432-4643
FAX: 415-485-4904



CHI0000295

Defs.' Appx. 00000493



• C U L T U R A L   H O M E S T A Y   I N T E R N A T I O N A L •
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

# CHI Au Pair USA
# Program Fees and Costs

*"Open your home to the world, the world will become your home."*

Please carefully read the information below before making your choice. **ONLY CREDIT OR DEBIT CARDS ARE ACCEPTED AS A METHOD OF PROGRAM FEE PAYMENT.**

NON-REFUNDABLE APPLICATION / INTERVIEW FEE ................................... $100.

**1** **STANDARD FEES** - Option 1
*By credit/debit card only*
Placement Fee - due upon matching ................................................................. $3,500.
Department of Homeland Security fee - due upon matching ...................... 35.
Annual Fee - due upon au pair arrival ............................................................ 3,565.
**Total   $7,100.**

**2** **PAYMENT PLAN** - Option 2
*By credit/debit card only*
Down payment - due upon matching ............................................................... $3,500.
Department of Homeland Security fee - due upon matching ...................... 35.
Installment #1 - due 2 months after arrival ...................................................... 950.
Installment #2 - due 3 months after arrival ...................................................... 950.
Installment #3 - due 4 months after arrival ...................................................... 950.
Installment #4 - due 6 months after arrival ...................................................... 950.
*Includes $235 credit card administrative fee*          **Total   $7,335.***

**3** **PAYMENT PLAN** - Option 3
*By credit/debit card only*
Placement Fee - due upon matching ................................................................. $1,800.
Department of Homeland Security fee - due upon matching ...................... 35.
Placement Fee Balance - due upon au pair arrival ........................................ 1,800.
Installment #1 - due 2 months after arrival ...................................................... 950.
Installment #2 - due 3 months after arrival ...................................................... 950.
Installment #3 - due 4 months after arrival ...................................................... 950.
Installment #4 - due 6 months after arrival ...................................................... 950.
*Includes $335 credit card administrative fee*          **Total   $7,435.***

**4** **PAYMENT PLAN** - Option 4
*By credit/debit card only*
Placement Fee - due upon matching ................................................................. $1,750.
Department of Homeland Security fee - due upon matching ...................... 35.
Placement Fee Balance - due upon au pair arrival ........................................ 1,750.
Installment #1 - due 1 month after arrival ....................................................... 500.
Installment #2 - due 2 months after arrival ...................................................... 500.
Installment #3 - due 3 months after arrival ...................................................... 500.
Installment #4 - due 4 months after arrival ...................................................... 500.
Installment #5 - due 5 months after arrival ...................................................... 500.
Installment #6 - due 6 months after arrival ...................................................... 500.
Installment #7 - due 7 months after arrival ...................................................... 500.
Installment #8 - due 8 months after arrival ...................................................... 500.
*Includes $435 credit card administrative fee*          **Total   $7,535.***

CHI0000296

Defs.' Appx. 00000494

**· CULTURAL HOMESTAY INTERNATIONAL ·**
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

# CHI Au Pair USA
# Program Fees and Costs

*"Open your home to the world, the world will become your home."*



5  **DISCOUNTS & INCENTIVES -** *If you fit any of the three categories below, you will automatically receive an application fee waiver and $200 off your program fee!*

**THANKS FOR SWITCHING TO CHI**: Families who have switched to CHI from any U.S-based au pair program and accept a CHI au pair within six months from their last au pair. Proof required.

**FAMILY-ARRANGED AU PAIR PLACEMENT**: Families who independently locate an au pair for themselves. The hosting family as well as the au pair must meet all program requirements, complete the application packet and attend all program orientations.

**REPEAT CHI AU PAIR FAMILIES**: Families, who have successfully completed one full year of the CHI Au Pair USA program and within six months of completion, accept another NEW CHI au pair.

If your situation does not fall into any of the program categories listed above, please ask your coordinator for the "Other Program Options Fee Schedule" to determine your particular program costs.

**OTHER FEES AND ADDITIONAL EXPENSES**
Late payment ..................................... *Fee applied for payment received two weeks late* ................................... $75.00
Au pair's education component tuition ......................................................................... $500.00
Au pair's domestic airfare............................................................................................ Varies
Airfare surcharge .................................... *New Zealand and Australia only* ............................................... $350.00
Au pair's weekly stipend ............................................................................................. $195.75/week
Car insurance for au pair ............................*Must include $10K minimum medical coverage* ............................. Varies
Room & board ............................................................................................................. Varies

**Program Fees Include**: Pre-screened au pair profiles for your review and selection; J-1 visa documentation; round-trip international airfare*, 12 months of medical insurance; au pair orientation and childcare safety training; host family orientation; program support, supervision and assistance.

CHI0000297

Defs.' Appx. 00000495

• **CULTURAL HOMESTAY INTERNATIONAL** •

A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM

104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960



# EDUCARE
# Program Fees and Costs

*"Open your home to the world, the world will become your home."*

Please carefully read the information below before making your choice. **ONLY CREDIT OR DEBIT CARDS ARE ACCEPTED AS A METHOD OF PROGRAM FEE PAYMENT.**

NON-REFUNDABLE APPLICATION / INTERVIEW FEE ................................... $100

## 1 STANDARD FEES - Option 1
*By credit/debit card only*

| | |
|---|---|
| Placement Fee - due upon matching | $3,309. |
| Department of Homeland Security fee - due upon matching | 35. |
| Annual Fee - due upon au pair arrival | 3,298. |
| **Total** | **$6,642.** |

## 2 PAYMENT PLAN - Option 2
*By credit/debit card only*

| | |
|---|---|
| Down payment - due upon matching | $3,309. |
| Department of Homeland Security fee - due upon matching | 35. |
| Installment #1 - due 2 months after arrival | 882. |
| Installment #2 - due 3 months after arrival | 882. |
| Installment #3 - due 4 months after arrival | 882. |
| Installment #4 - due 6 months after arrival | 882. |
| *Includes $230 credit card administrative fee* **Total** | **$6,872.*** |

## 3 PAYMENT PLAN - Option 3
*By credit/debit card only*

| | |
|---|---|
| Placement Fee - due upon matching | $1,750. |
| Department of Homeland Security fee - due upon matching | 35. |
| Placement Fee Balance - due upon au pair arrival | 1,659. |
| Installment #1 - due 2 months after arrival | 882. |
| Installment #2 - due 3 months after arrival | 882. |
| Installment #3 - due 4 months after arrival | 882. |
| Installment #4 - due 6 months after arrival | 882. |
| *Includes $330 credit card administrative fee* **Total** | **$6,972.*** |

## 4 PAYMENT PLAN - Option 4
*By credit/debit card only*

| | |
|---|---|
| Placement Fee - due upon matching | $1,700. |
| Department of Homeland Security fee - due upon matching | 35. |
| Placement Fee Balance - due upon au pair arrival | 1,609. |
| Installment #1 - due 1 month after arrival | 465. |
| Installment #2 - due 2 months after arrival | 465. |
| Installment #3 - due 3 months after arrival | 465. |
| Installment #4 - due 4 months after arrival | 465. |
| Installment #5 - due 5 months after arrival | 465. |
| Installment #6 - due 6 months after arrival | 465. |
| Installment #7 - due 7 months after arrival | 465. |
| Installment #8 - due 8 months after arrival | 465. |
| *Includes $422 credit card administrative fee* **Total** | **$7,064.*** |

CHI0000298

Defs.' Appx. 00000496

• CULTURAL HOMESTAY INTERNATIONAL •

A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM

104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960



# EDUCARE
# Program Fees and Costs

*"Open your home to the world, the world will become your home."*

---

5  **DISCOUNTS & INCENTIVES** - *If you fit any of the three categories below, you will automatically receive an application fee waiver and $200 off your program fee!*

**THANKS FOR SWITCHING TO CHI**: Families who have switched to CHI from any U.S-based au pair program and accept a CHI au pair within six months from their last au pair. Proof required.

**FAMILY-ARRANGED AU PAIR PLACEMENT**: Families who independently locate an au pair for themselves. The hosting family as well as the au pair must meet all program requirements, complete the application packet and attend all program orientations.

**REPEAT CHI AU PAIR FAMILIES**: Families, who have successfully completed one full year of the CHI Au Pair USA program and within six months of completion, accept another NEW CHI au pair.

If your situation does not fall into any of the program categories listed above, please ask your coordinator for the "Other Program Options Fee Schedule" to determine your particular program costs.

### OTHER FEES AND ADDITIONAL EXPENSES

| | |
|---|---|
| Late payment ...................................... *Fee applied for payment received two weeks late* .................................... | $75.00 |
| Au pair's education component tuition ............................................................................ | $1,000.00 |
| Au pair's domestic airfare............................................................................................. | Varies |
| Airfare surcharge .................................... *New Zealand and Australia only* ................................................ | $350.00 |
| Au pair's weekly stipend ............................................................................................... | $146.81/week |
| Car insurance for au pair ..........................*Must include $10K minimum medical coverage* ............................ | Varies |
| Room & board .............................................................................................................. | Varies |

**Program Fees Include**: Pre-screened au pair profiles for your review and selection; J-1 visa documentation; round-trip international airfare*, 12 months of medical insurance; au pair orientation and childcare safety training; host family orientation; program support, supervision and assistance.

CHI0000299

Defs.' Appx. 00000497

# Want an amazing opportunity?
# Love children?
# Want to explore the US?
# We have the perfect program for you!
# Become an Au Pair!

Cultural Homestay International is a premier American international exchange organization for over thirty years, that offers a rewarding opportunity for young adults who have a genuine love of children and want to experience the culture and family life of America.

**CHI was Founded in 1980!**

## CHI AU PAIR USA OFFERS THE OPPORTUNITY TO:

- Experience American culture for 12 months on a personal level
- Live as part of an American family; caring for the family's children
- Study and travel within the U.S.
- Improve self-confidence

## A CHI AU PAIR IS:

- Between the ages of 18-26 and is at least a high school graduate
- Enthusiastic to share customs and culture with an American family
- Experienced with recent documented "practical" childcare. (For children 2 years and under, the Au Pair is required to have 200 hours of recent documented infant care.)
- Able to function in an English-speaking environment
- In possession of a valid driver's license and has no criminal record
- Open-minded with a positive and adventurous attitude to complete a one year commitment





**CHI Partner Agency:**

*E-mail: chiaupairops@chinet.org · Website: www.chiaupairusa.org*

**EXHIBIT A.5**
CHI0005133

CONFIDENTIAL

Defs.' Appx. 00000498

# The Details

## THE AU PAIR'S DUTIES

The Au Pair provides up to 45 hours per week of childcare. Childcare duties will take up no more than five-and-a-half days per week and no more than 10 hours per day.

All the Au Pair's duties will be focused specifically on the children; no heavy housework is expected.

Some daily tasks may include:

- waking the children, dressing infants and toddlers, bathing and playing with them;

- preparing meals for the children, tidying their belongings, making their beds and doing their laundry;

- driving the children to or from school, appointments and activities;

- caring for and watching the children while they are asleep if the parents are not at home;

- willingness to participate in the inter-cultural sharing component of the program.

## WHAT THE AU PAIR RECEIVES

- A Washington, D.C. arrival orientation and training focusing on cultural adjustment, as well as child safety and development

- A direct weekly payment from the Host Family based upon U.S. minimum wage standards

- Educational allowance up to $500

- Room and board

- Medical insurance

- Two weeks of paid vacation; one full weekend off per month

- Paid flight from an international gateway airport in the Au Pair's home country directly into the largest airport near the U.S. hosting community

- International Student Cards (ISIC) which helps you to save hundreds of dollars with incredible discounts on travels, shops, restaurants, cinemas, banks

*CHI EXCLUSIVE BONUS!*
*20% discount on all SunTrek Travel tours*

# Frequently Asked Questions



## HOW LONG IS THE CHI AU PAIR USA PROGRAM?

The Au Pair program is offered for one year with the option to extend, by CHI approval, for a second year. At the end of the Au Pair's program year, there is a 30-day grace period in which the Au Pair can travel in the U.S.

## HOW DO FAMILIES QUALIFY FOR THE AU PAIR PROGRAM?

CHI Au Pair USA's Host Families are required to meet the U.S. Department of State's hosting regulations. After the family submits their application, CHI Au Pair USA interviews them in person and checks their references. Host Families must agree to schedule no more than 45 hours per week childcare and no more than 10 hours per day. Families must be American citizens and have a sincere desire to share their home with an Au Pair.

## MUST THE AU PAIR HAVE A DRIVER'S LICENSE?

Yes. Most families need their Au Pair to drive their children to school, activities, and/or appointments. The Au Pair must have a valid driver's license in order to be accepted in the program.

## HOW LONG WILL THE MATCHING TAKE ONCE THE AU PAIR SUBMITS THE APPLICATION?

The Au Pair's qualifications and childcare experience are factors in determining how quickly the matching process proceeds. Typically it takes about 90-days. Also, the Au Pair candidate and the potential Host Family are required to have at least two telephone interviews with each other to determine compatibility. Once the Au Pair and Host Family agree on placement and a U.S. arrival date, the Au Pair has a minimum of four weeks after matching to prepare for departure to the U.S.





E-MAIL: CHIAUPAIROPS@CHINET.ORG · WEBSITE: WWW.CHIAUPAIRUSA.ORG

© CHI Aup Agent Flyer 2010 v2

CHI0005134

Defs.' Appx. 00000499



Dear Au Pair Participant,

Welcome to the CHI Au Pair USA program! We are very proud that you have been selected to participate in our au pair program, and we look forward to your arrival. Participating in the au pair program will enable you to live in the U.S., work with children, experience life with an American host family, meet many new people and develop your self-confidence while earning a modest fee.

CHI Au Pair USA is a part of Cultural Homestay International (CHI). CHI is one of the oldest (since 1980), largest (10,000 students per year from 42 different countries) non-profit student exchange educational organizations in the U.S. In addition to 25 administrative offices in North America, we have four international offices in Japan, Korea, Canada and Slovakia. We cooperate with 48 partner organizations throughout the world.

Upon arrival, you will go to the program orientation site. At the orientation, you will meet other au pairs and receive information necessary for a successful program. This *Au Pair Participant Handbook* is designed to relieve any anxiety that you may have and also to answer questions that may arise during your program. Please take the time to read through this Handbook, ***"The What to Expect…"*** child safety and development book and other materials we have provided before you arrive, so that you are familiar with the information. Please remember to bring all these materials with you, as you will need them for the orientation and will refer to them frequently during your stay.

During your au pair program, your Coordinator will be available for answering questions and for ongoing support and assistance. It is the job of the Coordinator to be the connection between our organization, you and your host family. Your Coordinator will help ease your transition into a new culture, and give you the "tools" needed for a successful program.

It is important that you come with an open mind about the differences between American life and your native country. Having clear expectations, flexibility and commitment on your part will be extremely important during this coming year. Since your participation in this program is to experience a cultural exchange, your optimistic outlook and cheerful attitude will make your year in America both enjoyable and rewarding.

We look forward to your arrival in the CHI Au Pair USA program and we expect that you will have a positive and memorable experience.

Warm Regards,

Tom Areton
Executive Director
Cultural Homestay International (CHI)

Jackie Sant-Myerhoff
Director
CHI Au Pair USA



**EXHIBIT A.6**

ATTORNEY'S EYES ONLY
CHI0006839

Defs.' Appx. 00000500



# AU PAIR PARTICIPANT HANDBOOK

## TABLE OF CONTENTS

PROGRAM SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROGRAM ADMINISTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROGRAM PREPARATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

YOUR ARRIVAL INTO THE U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

LIVING WITH YOUR NEW FAMILY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

ADDRESSING PROBLEMS AND CONCERNS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

EMERGENCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

THE EDUCATIONAL REQUIREMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

CULTURAL ACTIVITIES AND TRAVEL OPPORTUNITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

AT THE END OF YOUR PROGRAM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

AU PAIR FORMS AND AGREEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

U.S. DEPARTMENT OF STATE – AU PAIR PROGRAM REGULATIONS AND TRAVEL INFORMATION . . . . . . . . . . . . . . 16-26

U.S. DEPARTMENT OF STATE – FEDERAL MINIMUM WAGE INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

U.S. DEPARTMENT OF HOMELAND SECURITY – FACT SHEET . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-31

CHI AU PAIR USA – AU PAIR PROMISE AND AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32-35

CHI AU PAIR USA – AU PAIR AND HOST FAMILY AGREEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36-41

CHI AU PAIR USA – EDUCATIONAL COMPONENT COMPLETION FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42

CHI AU PAIR USA – RETURN TRAVEL ITINERARY FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

CHI AU PAIR USA – AU PAIR FINAL PROGRAM EVALUATION FORM . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

CAREMED INSURANCE INFORMATION AND CLAIMS INSTRUCTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45-48

QUICK FACTS ABOUT DRIVING IN THE U.S. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

ATTORNEY'S EYES ONLY

CHI0006841

Defs.' Appx. 00000501

# PROGRAM SUMMARY

Cultural Homestay International (CHI) is a non-profit, public benefit, educational organization. For over 25 years, CHI's mission is to bring people of diverse cultures together so those who participate gain a greater knowledge and understanding of one another. CHI believes that the best way to learn about the cultures, languages and customs of other countries is through international education exchanges and homestay programs.

CHI Au Pair USA is the most recent addition to the growing programs at CHI. Your participation in this au pair cultural exchange program gives you the opportunity to live with an American family and assist with childcare. Through your positive attitude and willingness to be a cultural ambassador, you are able to teach your host family about life in your home country, while at the same time, you will learn about American culture during your twelve-month stay with your host family. CHI Au Pair USA promotes the value of equality between the host family and au pair. The au pair is considered an equal family member, and is included in family activities such as family meals, and holiday celebrations, unlike an "employee" or "servant" who might be excluded from such gatherings.

You will be expected to provide up to 45 hour per week of childcare. Childcare duties will take up no more than five and a half days per week and no more than 10 hours per day. You can care for up to four children per family between the ages of three months and 12 years old. For your childcare duties, you will receive a weekly stipend based upon the U.S. minimum wage standard *(refer to the Federal Minimum Wage notice in the reference section of this handbook)*. As an au pair, you are also required to attend and complete six semester units of study at a post secondary educational institution. Your host family will provide up to $500 tuition allowance for you to complete your educational requirement.



# PROGRAM ADMINISTRATION

CHI Au Pair USA is committed to making your year in the U.S. rewarding and successful. Through our program support network of experienced staff members, your questions and concerns can be addressed immediately. The CHI Au Pair USA staff includes:

## Regional Au Pair Coordinator (RAPC)

RAPCs are in charge of specific CHI geographical territories in the U.S. They coordinate personnel and the au pair program within their region, and are the supervisory link between the Au Pair Coordinator (APC), the host family, au pair and the CHI Main Office. Their duties include hiring and supervising APCs, problem solving, implementing the overall program and representing CHI to the community.

## Au Pair Coordinator (APC)

As APCs, they have a valuable role in maintaining close contact with the host family and au pair throughout the program year. APCs screen host families and help the au pair adjust to her new home and community. APCs are the first point of contact to offer advice and counseling to both the host family and au pair should the need arise.

## CHI Au Pair USA Main Office

Located near San Francisco, California, CHI Au Pair USA's Program Director and Program Operations Managers oversee all the program administration, including supervising RAPCs and maintaining relations with overseas partner agencies. In the event of an evening or weekend emergency, a 24-hour toll free emergency number is available:

### 1-800-432-4643

This service will connect you with a CHI staff person.


ATTORNEY'S EYES ONLY

CHI0006843

Defs.' Appx. 00000502

[Code of Federal Regulations]
[Title 22, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
**[CITE: 22CFR62.31]**

[Page 302-306]

### TITLE 22—FOREIGN RELATIONS

### CHAPTER I—DEPARTMENT OF STATE

PART 62_EXCHANGE VISITOR PROGRAM—Table of Contents

Subpart B_Specific Program Provisions

Sec. 62.**31** Au pairs.

(a)   Introduction. This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b)   Program designation. The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c)   Program eligibility. Sponsors designated by the Department of State to conduct an au pair exchange program shall;

[[Page 303]]

(1)   Limit the participation of foreign nationals in such programs to not more than one year;

(2)   Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3)   Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4)   Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5)   Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6)   Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7)   Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8)   Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9)   Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d)   Au pair selection. In addition to satisfying the requirements of Sec. 62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1)   Are between the ages of 18 and 26;

(2)   Are a secondary school graduate, or equivalent;

(3)   Are proficient in spoken English;

(4)   Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5)   Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6)   Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be



ATTORNEY'S EYES ONLY

CHI0006865

Defs.' Appx. 00000503

based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e)   Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1)   Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2)   Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3)   Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

[[Page 304]]

(4)   Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5)   Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6)   Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7)   Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f)   Au pair orientation. In addition to the orientation requirements set forth at Sec. 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1)   A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2)   A detailed profile of the family and community in which the au pair will be placed;

(3)   A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4)   A detailed summary of travel arrangements; and

(5)   A copy of the Department of State's written statement and brochure regarding the au pair program.

(g)   Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1)   Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2)   Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h)   Host family selection. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1)   Require that the host parents are U.S. citizens or legal permanent residents;

(2)   Require that host parents are fluent in spoken English;

(3)   Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4)   Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5)   Require that the host family have adequate financial resources to undertake all hosting obligations;

(6)   Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7)   Provide the host family with the prospective au pair participant's complete application, including all references.

(i)   Host family orientation. In addition to the requirements set forth at Sec. 62.10 sponsors shall:

(1)   Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

[[Page 305]]

(2)   Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3)   Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and



www.chiaupairusa.org

ATTORNEY'S EYES ONLY                                                CHI0006866

Defs.' Appx. 00000504

(4)  Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j)  Wages and hours. Sponsors shall require that au pair participants:

(1)  Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2)  Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3)  Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4)  Receive two weeks of paid vacation.

(k)vEducational component. Sponsors shall require that during their period of program participation, all EduCare au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than three semester hours of academic credit or its equivalent and that all other au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of the au pair in an accredited U.S. post-secondary institution and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(l)  Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1)  Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2)  Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3)  Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4)  Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m)  Reporting requirements. Along with the annual report required by regulations set forth at Sec. 62.17, sponsors shall file with the Department of State the following information:

(1)  A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2)  A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3)  A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4)  A report by a certified public accountant, conducted pursuant to a format designated by the Department of

[[Page 306]]

State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5)  A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6)  A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n)  Sanctions. In addition to the sanctions provisions set forth at Sec. 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1)  Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2)  Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3)  Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001]



ATTORNEY'S EYES ONLY

CHI0006867

Defs.' Appx. 00000505



## NOTICE

## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour. The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I –July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007



www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0006871



# WELCOME TO CHI AU PAIR USA

Thank you for selecting CHI Au Pair USA for your childcare needs. As a Host Family, you are about to embark on a 12 month intercultural journey of learning and friendship. CHI is dedicated to ensuring that your experience is both beneficial and rewarding.

This Host Family Handbook is designed to help and guide you toward achieving a successful au pair cultural exchange program. We strongly encourage you to take the time to read through this handbook thoroughly and carefully. There are important program highlights, regulations and procedures as well as suggestions and ideas for you to utilize.

CHI's hallmark is its experienced and well-trained field staff coordinators. Our coordinators are available to answer any of your questions and give you on-going support. Our staff conducts intensive program orientations for both the Host Families and Au Pairs. It is important to us that our Host Families and Au Pairs to be well informed and well prepared. We also believe that good and open communication is important and is a crucial step toward making your program enjoyable.

Please utilize this handbook as an essential reference tool and do not hesitate to contact your local coordinator if you have additional questions.

Our very best wishes for an exciting and enriching year for your family and Au Pair!

Warm regards,

Tom Areton
Executive Director
Cultural Homestay International (CHI)

Jackie Sant-Myerhoff
Director
CHI Au Pair USA



www.chiaupairusa.org

**EXHIBIT A.7**

ATTORNEY'S EYES ONLY
CHI0018733

Defs.' Appx. 00000507



# HOST FAMILY HANDBOOK

## TABLE OF CONTENTS

PROGRAM SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

PROGRAM ADMINISTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ROLES AND RESPONSIBILITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

THE APPLICATION PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

SELECTING YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

PRE-ARRIVAL PREPARATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

BEGINNING A SUCCESSFUL YEAR WITH YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

LIVING WITH YOUR AU PAIR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

ADDRESSING PROBLEMS AND CONCERNS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

THE EDUCATIONAL REQUIREMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TAX GUIDELINES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

EMERGENCIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

30-DAY TRAVEL GRACE PERIOD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

SECOND YEAR EXTENSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

PROGRAM EVALUATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

HOST FAMILY APPENDIX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

U.S. DEPARTMENT OF STATE— "WHAT YOU SHOULD KNOW" . . . . . . . . . . . . . . . . . . . . . . . . . . 15-17

U.S. DEPARTMENT OF STATE — AU PAIR PROGRAM REGULATIONS . . . . . . . . . . . . . . . . . . . . . . . 18-20

U.S. DEPARTMENT OF STATE — WEEKLY WAGE DUE TO AU PAIR PROGRAM PARTICIPANTS . . . . . . . . . . . . . . . . . . . .. 21

CHI AU PAIR USA — AU PAIR AND HOST FAMILY AGREEMENT  . . . . . . . . . . . . . . . . . . . . . . . . . 22-27

CAREMED INSURANCE INFORMATION AND CLAIMS INSTRUCTION  . . . . . . . . . . . . . . . . . . . . . . . . . 28–31

CHI0018735

# PROGRAM SUMMARY

Cultural Homestay International (CHI) is a non-profit, public benefit, educational organization. For nearly 30 years, CHI's mission has been to bring people of diverse cultures together so those who participate gain a greater knowledge and understanding of one another. CHI believes that the best way to learn about the cultures, languages and customs of other countries is through international educational exchanges and homestay programs.

CHI Au Pair USA is the most recent addition to the growing programs at CHI. Your family's participation in this au pair cultural exchange program will give all of you the opportunity to share your customary daily life with a carefully selected young person from abroad who will, in turn, provide childcare assistance. An au pair is a cultural ambassador who will be able to teach your family about life in her home country, while at the same time, the au pair will learn about American culture during her twelve-month stay with your family. CHI Au Pair USA promotes the value of equality between the host family and au pair. The au pair is considered an equal family member, and is included in family activities such as family meals, and holiday celebrations, unlike an "employee" or "servant" who might be excluded from such gatherings.

The au pair is able to provide up to 45 hours per week of childcare. Childcare duties should take up no more than five and a half days per week and no more than 10 hours per day. She can care for up to four children per family between the ages of three months and 12 years old. The family provides a weekly stipend of $195.75, a private room, meals and additional car insurance if the au pair is expected to drive the family car. In addition, the family provides up to $500 tuition allowance towards the au pair's educational requirement.

The Educare program differs from the Au Pair program in that Educare Au Pairs are able to provide up to 30 hours of childcare per week and may only work with school age children. They are entitled to a weekly stipend of $146.81 and the family provides up to a $1000 tuition allowance towards the Au Pair's educational requirement.

Please read the U.S. Department of State's (DoS) program guideline brochure for host families entitled, *"The Au Pair Exchange Program – What You Should Know."* This brochure is available through CHI's local field representatives. Also, in the reference section of this handbook, the complete description of the DoS program regulations is provided.

# PROGRAM ADMINISTRATION

CHI Au Pair USA is committed to making your program year rewarding and successful. Through our program support network of experienced staff members, your questions and concerns can be addressed immediately. The CHI Au Pair USA staff includes:

## Regional Au Pair Coordinator (RAPC)

RAPCs are in charge of specific CHI geographical territories in the U.S. They coordinate personnel and the au pair program within their region, and are the supervisory link between the Au Pair Coordinator (APC), the host family, au pair and the CHI Main Office. Their duties include hiring and supervising APCs, problem solving, implementing the overall program and representing CHI to the community.

## Au Pair Coordinator (APC)

As APCs, they have a valuable role in maintaining close contact with the host family and au pair throughout the program year.. APCs screen host families and help the au pair adjust to her new home and community. APCs are the first point of contact to offer advice and counseling to both the host family and au pair should the need arise.

## CHI Au Pair USA Main Office

Located near San Francisco, California, *CHI Au Pair USA's* Program Director and Program Operations Managers oversee all the program administration, including supervising RAPCs and maintaining relations with overseas partner agencies. In the event of an evening or weekend emergency, a 24-hour toll free emergency number is available: **1-800-432-4643**.        This service will connect you with a CHI staff person.





www.chiaupairusa.org

ATTORNEY'S EYES ONLY

CHI0018737

Defs.' Appx. 00000509

# ROLES AND RESPONSIBILITIES

CHI Au Pair USA maintains a strict and thorough screening and admissions procedure based on U.S. Department of State requirements. Both the au pair and host family benefit from this detailed process and can feel confident that they are entering a program that exceeds the minimum standards.

## Au Pair Qualifications

CHI Au Pair USA candidates are selected based on their maturity, independence, adaptability, and, most importantly, for their sincere interest and affection toward children. Among other qualifications, the au pair candidate is:

- Between the ages of 18-26 and is at least a high school graduate
- Proficient in English language ability
- Experienced with recent documented practical childcare experience
- Required to have a minimum of 200 hours of verified childcare experience, this experience must be with infants if caring for children under the age of two
- In possession of a valid driver's license and has no criminal record
- Able to submit three character and childcare references and able to pass a psychometric test which measures behavior and personality
- Personally interviewed by CHI's representing overseas partner organization
- Willing to share customs and culture from her home country

## Au Pair Duties

The au pair provides up to 45 hours per week (30 hours for Educare Au Pairs) of childcare. Childcare duties will take up no more than 5½ days a week and no more than 10 hours per day. All the au pair's duties will be focused specifically on the children; heavy housework is restricted. Some daily tasks may include:

- Waking the children, dressing infants and toddlers, bathing and playing with them
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry
- Driving the children to or from school, appointments and activities
- Caring for and watching the children while they are asleep if the parents are not at home

## Host Family Eligibility

One of the most important host family characteristics is not only the need for childcare, but for the family to incorporate and treat the au pair as a family member. Including the au pair in family leisure activities and family events reinforces CHI Au Pair USA's goal of promoting intercultural sharing and exchange. Other host family requirements include:

- Host parents are U.S. citizens or legal permanent residents
- English is the primary language spoken in the home
- Family has adequate financial resources to support hosting an au pair for 12 months
- Family agrees to a personal interview by a CHI representative
- Family supplies character references for background check
- Family reads and agrees to the U.S. Department of State' Exchange Visitor Program regulations

## Host Family Provides:

- Private room and meals
- A stipend of $195.75 per week
- Educational allowance up to $500 (up to $1000 for Educare Au Pairs)
- Automobile insurance coverage if the au pair is expected to drive
- Two weeks paid vacation; one full weekend off per month



**PLEASE BE SURE TO CAREFULLY READ YOUR CONTRACT AND *THE AU PAIR AND HOST FAMILY AGREEMENT* FOR A DETAILED OUTLINE OF RESPONSIBILITIES.**



ATTORNEY'S EYES ONLY

CHI0018738

Defs.' Appx. 00000510

[Code of Federal Regulations]
[Title 22, Volume 1]
[Revised as of April 1, 2004]
From the U.S. Government Printing Office via GPO Access
**[CITE: 22CFR62.31]**

[Page 302-306]

## TITLE 22—FOREIGN RELATIONS

### CHAPTER I—DEPARTMENT OF STATE

PART 62_EXCHANGE VISITOR PROGRAM—Table of Contents

Subpart B_Specific Program Provisions

Sec. 62.**31** Au pairs.

(a)   Introduction. This section governs Department of State-designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to forty-five hours of child care services per week and pursue not less than six semester hours of academic credit or its equivalent during their year of program participation. Au pairs participating in the EduCare program provide up to thirty hours of child care services per week and pursue not less than twelve semester hours of academic credit or its equivalent during their year of program participation.

(b)   Program designation. The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth in paragraph (a) of this section. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.

(c)   Program eligibility. Sponsors designated by the Department of State to conduct an au pair exchange program shall;

[[Page 303]]

(1)   Limit the participation of foreign nationals in such programs to not more than one year;

(2)   Limit the number of hours an EduCare au pair participant is obligated to provide child care services to not more than 10 hours per day or more than 30 hours per week and limit the number of hours all other au pair participants are obligated to provide child care services to not more than 10 hours per day or more than 45 hours per week;

(3)   Require that EduCare au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants register and attend classes offered by an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent;

(4)   Require that all officers, employees, agents, and volunteers acting on their behalf are adequately trained and supervised;

(5)   Require that the au pair participant is placed with a host family within one hour's driving time of the home of the local organizational representative authorized to act on the sponsor's behalf in both routine and emergency matters arising from the au pair's participation in their exchange program;

(6)   Require that each local organizational representative maintain a record of all personal monthly contacts (or more frequently as required) with each au pair and host family for which he or she is responsible and issues or problems discussed;

(7)   Require that all local organizational representatives contact au pair participants and host families twice monthly for the first two months following a placement other than the initial placement for which the au pair entered the United States.

(8)   Require that local organizational representatives not devoting their full time and attention to their program obligations are responsible for no more than fifteen au pairs and host families; and

(9)   Require that each local organizational representative is provided adequate support services by a regional organizational representative.

(d)   Au pair selection. In addition to satisfying the requirements of Sec. 62.10(a), sponsors shall ensure that all participants in a designated au pair exchange program:

(1)   Are between the ages of 18 and 26;

(2)   Are a secondary school graduate, or equivalent;

(3)   Are proficient in spoken English;

(4)   Are capable of fully participating in the program as evidenced by the satisfactory completion of a physical;

(5)   Have been personally interviewed, in English, by an organizational representative who shall prepare a report of the interview which shall be provided to the host family; and

(6)   Have successfully passed a background investigation that includes verification of school, three, non-family related personal and employment references, a criminal background check or its recognized equivalent and a personality profile. Such personality profile will be



CULTURAL HOMESTAY INTERNATIONAL ~ AU PAIR HOST FAMILY HANDBOOK

18

ATTORNEY'S EYES ONLY

CHI0018757

Defs.' Appx. 00000511

based upon a psychometric test designed to measure differences in characteristics among applicants against those characteristics considered most important to successfully participate in the au pair program.

(e)   Au pair placement. Sponsors shall secure, prior to the au pair's departure from the home country, a host family placement for each participant. Sponsors shall not:

(1)   Place an au pair with a family unless the family has specifically agreed that a parent or other responsible adult will remain in the home for the first three days following the au pair's arrival;

(2)   Place an au pair with a family having a child aged less than three months unless a parent or other responsible adult is present in the home;

(3)   Place an au pair with a host family having children under the age of two, unless the au pair has at least 200 hours of documented infant child care experience. An au pair participating in the EduCare program shall not be placed with a family having pre-school children in the home unless alternative full-time arrangements for the supervision of such pre-school children are in place;

[[Page 304]]

(4)   Place an au pair with a host family having a special needs child, as so identified by the host family, unless the au pair has specifically identified his or her prior experience, skills, or training in the care of special needs children and the host family has reviewed and acknowledged in writing the au pair's prior experience, skills, or training so identified;

(5)   Place an au pair with a host family unless a written agreement between the au pair and the host family detailing the au pair's obligation to provide child care has been signed by both the au pair and the host family prior to the au pair's departure from his or her home country. Such agreement shall clearly state whether the au pair is an EduCare program participant or not. Such agreement shall limit the obligation to provide child care services to not more than 10 hours per day or more than 45 hours per week unless the au pair is an EduCare participant. Such agreement shall limit the obligation of an EduCare participant to provide child care service to not more than 10 hours per day or more than 30 hours per week.

(6)   Place the au pair with a family who cannot provide the au pair with a suitable private bedroom; and

(7)   Place an au pair with a host family unless the host family has interviewed the au pair by telephone prior to the au pair's departure from his or her home country.

(f)   Au pair orientation. In addition to the orientation requirements set forth at Sec. 62.10, all sponsors shall provide au pairs, prior to their departure from the home country, with the following information:

(1)   A copy of all operating procedures, rules, and regulations, including a grievance process, which govern the au pair's participation in the exchange program;

(2)   A detailed profile of the family and community in which the au pair will be placed;

(3)   A detailed profile of the educational institutions in the community where the au pair will be placed, including the financial cost of attendance at these institutions;

(4)   A detailed summary of travel arrangements; and

(5)   A copy of the Department of State's written statement and brochure regarding the au pair program.

(g)   Au pair training. Sponsors shall provide the au pair participant with child development and child safety instruction, as follows:

(1) Prior to placement with the host family, the au pair participant shall receive not less than eight hours of child safety instruction no less than 4 of which shall be infant-related; and

(2)   Prior to placement with the American host family, the au pair participant shall receive not less than twenty-four hours of child development instruction of which no less than 4 shall be devoted to specific training for children under the age of two.

(h)   Host family selection. Sponsors shall adequately screen all potential host families and at a minimum shall:

(1)   Require that the host parents are U.S. citizens or legal permanent residents;

(2)   Require that host parents are fluent in spoken English;

(3)   Require that all adult family members resident in the home have been personally interviewed by an organizational representative;

(4)   Require that host parents and other adults living full-time in the household have successfully passed a background investigation including employment and personal character references;

(5)   Require that the host family have adequate financial resources to undertake all hosting obligations;

(6)   Provide a written detailed summary of the exchange program and the parameters of their and the au pair's duties, participation, and obligations; and

(7)   Provide the host family with the prospective au pair participant's complete application, including all references.

(i)Host family orientation. In addition to the requirements set forth at Sec. 62.10 sponsors shall:

(1)   Inform all host families of the philosophy, rules, and regulations governing the sponsor's exchange program and provide all families with a copy of the Department of State's written statement and brochure regarding the au pair program;

[[Page 305]]

(2)   Provide all selected host families with a complete copy of Department of State-promulgated Exchange Visitor Program regulations, including the supplemental information thereto;

(3)   Advise all selected host families of their obligation to attend at least one family day conference to be sponsored by the au pair organization during the course of the placement year. Host family attendance at such a gathering is a condition of program participation and failure to attend will be grounds for possible termination of their continued or future program participation; and


ATTORNEY'S EYES ONLY

CHI0018758

Defs.' Appx. 00000512

(4)   Require that the organization's local counselor responsible for the au pair placement contacts the host family and au pair within forth-eight hours of the au pair's arrival and meets, in person, with the host family and au pair within two weeks of the au pair's arrival at the host family home.

(j)Wages and hours. Sponsors shall require that au pair participants:

(1)   Are compensated at a weekly rate based upon 45 hours of child care services per week and paid in conformance with the requirements of the Fair Labor Standards Act as interpreted and implemented by the United States Department of Labor. EduCare participants shall be compensated at a weekly rate that is 75% of the weekly rate paid to non-EduCare participants;

(2)   Do not provide more than 10 hours of child care per day, or more than 45 hours of child care in any one week. EduCare participants may not provide more than 10 hours of child care per day or more than 30 hours of child care in any one week;

(3)   Receive a minimum of one and one half days off per week in addition to one complete weekend off each month; and

(4)   Receive two weeks of paid vacation.

(k)   Educational component. Sponsors shall require that during their period of program participation, all EduCare au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than twelve semester hours of academic credit or its equivalent and that all other au pair participants be enrolled in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. As a condition of program participation, host family participants must agree to facilitate the enrollment and attendance of the au pair in an accredited U.S. post-secondary institution and to pay the cost of such academic course work in an amount not to exceed $1,000 for EduCare au pair participants and in an amount not to exceed $500 for all other au pair participants.

(l)   Monitoring. Sponsors shall fully monitor all au pair exchanges, and at a minimum shall:

(1)   Require monthly personal contact by the local counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(2)   Require quarterly contact by the regional counselor with each au pair and host family for which the counselor is responsible. Counselors shall maintain a record of this contact;

(3)   Require that all local and regional counselors are appraised of their obligation to report unusual or serious situations or incidents involving either the au pair or host family; and

(4)   Promptly report to the Department of State any incidents involving or alleging a crime of moral turpitude or violence.

(m)   Reporting requirements. Along with the annual report required by regulations set forth at Sec. 62.17, sponsors shall file with the Department of State the following information:

(1)   A summation of the results of an annual survey of all host family and au pair participants regarding satisfaction with the program, its strengths and weaknesses;

(2)   A summation of all complaints regarding host family or au pair participation in the program, specifying the nature of the complaint, its resolution, and whether any unresolved complaints are outstanding;

(3)   A summation of all situations which resulted in the placement of au pair participant with more than one host family;

(4)   A report by a certified public accountant, conducted pursuant to a format designated by the Department of

[[Page 306]]

State, attesting to the sponsor's compliance with the procedures and reporting requirements set forth in this subpart;

(5)   A report detailing the name of the au pair, his or her host family placement, location, and the names of the local and regional organizational representatives; and

(6)   A complete set of all promotional materials, brochures, or pamphlets distributed to either host family or au pair participants.

(n)   Sanctions. In addition to the sanctions provisions set forth at Sec. 62.50, the Department of State may undertake immediate program revocation procedures upon documented evidence that a sponsor has failed to:

(1)   Comply with the au pair placement requirements set forth in paragraph (e) of this section;

(2)   Satisfy the selection requirements for each individual au pair as set forth in paragraph (d) of this section; and

(3)   Enforce and monitor host family's compliance with the stipend and hours requirements set forth in paragraph (j) of this section.

[60 FR 8552, Feb. 15, 1995, as amended at 62 FR 34633, June 27, 1997; 64 FR 53930, Oct. 5, 1999. Redesignated at 64 FR 54539, Oct. 7, 1999; 66 FR 43087, Aug. 17, 2001]



ATTORNEY'S EYES ONLY                                    CHI0018759

Defs.' Appx. 00000513



## NOTICE

## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour. The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28  (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I –July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007



www.chiaupairusa.org

CULTURAL HOMESTAY INTERNATIONAL ∼ AU PAIR HOST FAMILY HANDBOOK

ATTORNEY'S EYES ONLY

CHI0018761

Defs.' Appx. 00000514



**OPENING DOORS TO THE WORLD SINCE 1980!**
· **CULTURAL HOMESTAY INTERNATIONAL** ·
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960



# AU PAIR PROMISE AND AGREEMENT

### "OPEN YOURSELF TO THE WORLD, THE WORLD WILL BECOME YOUR HOME"

*I,* _____ Redacted _____ *, as a participant of the CHI Au Pair USA Exchange Visitor Program, agree to perform all of my duties under the terms and conditions set forth in this Promise and Agreement.*

## A. CORE VALUES. I PROMISE TO:

1. Perform my responsibilities in childcare for my host family's children in a conscientious and alert manner with resp courtesy, safety and commitment, as well as abide by the host family's rules.
2. Act with a level of maturity which is respectful of my host family's values.
3. Avoid behavior which may reflect negatively on my host family or CHI Au Pair USA.
4. Obey all U.S. Federal, State, and local laws.
5. Actively participate in and contribute to the life of my host family with a positive attitude, including, but not limite joining in family meals, holidays, and other cultural and social activities.
6. Enroll in and attend at least six semester hours, or the equivalent, at an accredited post-secondary educatic institution.
7. Abide by all regulations outlined by the U.S. Department of State relative to the Au Pair Exchange Visitor Program.
8. Cooperate fully with all representatives of the CHI Au Pair USA program and understand if any disputes arise rela to program requirements, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.
9. Participate in this Exchange Visitor Program with the intent to further my personal, educational and cult enrichment.

## B. PROHIBITED ACTIVITIES. DURING MY PARTICIPATION PERIOD IN THE CHI PAIR USA PROGRAM, I WILL NOT UNDER ANY CIRCUMSTANCES:

1. Accept any form of paid employment other than for my duties as an au pair with my host family from whom I receive a weekly stipend in accordance to current U.S. Government regulations.
2. Ask to borrow money from my host family or accept any offer from them to lend money to me.
3. Use illegal drugs or engage in the excessive use of alcohol.
4. Consume alcoholic beverages if I am under the U.S. legal drinking age of 21 years.
5. Smoke in the host family home without permission.
6. Violate the terms jointly established in the Host Family/Au Pair Agreement.
7. Engage in any form of sexual misconduct.

CHI code: _____

AP Initials: L.A

© CHI AuP Prom&Agrmt

**EXHIBIT A.8**

ATTORNEY'S EYES ONLY

CHI0002324

Defs.' Appx. 00000515

## AU PAIR PROMISE AND AGREEMENT (cont.)

### C. TERMS AND CONDITIONS. I ACCEPT THE TERMS OF MY CHI Au Pair USA AU PAIR RESPONSIBILITIES TO:



1. Notify CHI Au Pair USA immediately of any new information and/or changes to my application.

2. Ensure I will personally conduct all communication, whether it be via phone, written and/or electronic, with the Host Family during the interview process.

3. Understand that any falsification or exaggeration of any application information provided by me, my references and/or home country agent may result in my immediate dismissal from the program and return to my home country at my expense.

4. Understand that CHI Au Pair USA has the exclusive right at any time to determine if I am suitable to participate in the program, including inquiries to references and third parties about my background, character, and medical history within the realm of legal guidelines.

5. Understand that as an au pair, I am not an employee, agent or independent contractor of CHI Au Pair USA. At the same time, CHI does not have legal control over the actions of the Host Family.

6. Perform childcare and light housekeeping duties related to childcare:

   a. Up to 45 hours per week

   b. 5 1/2 days per week

   c. Maximum of 10 hours per day

7. Understand that I will receive a weekly stipend from the host family based upon minimum wage in accordance to current U.S. Government regulations.

8. Undertake childcare and related tasks including, but not limited to, supervision; being present when children are sleeping; interactive activities; transport of children to and from school, extra-curricular activities, medical appointments; preparing children's meals; upkeep of children's rooms; and doing children's laundry. If a dispute arises concerning the scope of the au pair's responsibilities, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

9. Agree to attend the CHI Au Pair USA arrival orientation training session. Failure to attend any portion of the training will result in my immediate program dismissal and repatriation back to my home country at my own expense.

10. Ensure, in the event there is a baby less than three months old living in the home, a parent or other responsible adult shall be present in the home at all times, and that I shall not be the sole caregiver for that child at any time.

11. Ensure, in the event there is an infant under the age of two years old, I must have 200 hours of documented experience working with children under the age of two.

12. Agree that if I am expected or permitted to drive the family car, I will obtain a valid driver's license at my own expense and provide proof.

13. Understand that if I am expected or permitted to drive the family car, my host family must provide me with automobile insurance with a minimum of $10,000 in medical coverage. I further understand that I will not be responsible for payment of any automobile insurance deductibles that exceed $250 per accident. I agree never to use the car without the express permission of my host family and will not operate a car after consuming alcoholic beverages.

14. Communicate in advance with the host family regarding the scheduling of my free time of at least 1 1/2 days off per week as well as one full weekend (Friday evening to Monday morning) off per month. In addition, I will notify the host family of the scheduling of my paid vacation time of 14 days.

15. Agree to promptly reimburse the host family for any and all personal expenses incurred by me, including, but not limited to, telephone bills, automobile expenses, travel expenses, etc.

16. Agree to enroll and attend an accredited U.S. post-secondary institution for a minimum of six credit hours or its equivalent. I understand my courses shall be taken at mutually agreed upon time with my host family. I understand my host family shall pay tuition up to a maximum of $500 for the year. I shall be responsible for costs related with such educational study that exceed the $500 paid by my host family. I will submit verification of attendance for these classes at the end of my program year.

17. Agree to attend au pair meetings/gatherings/activities arranged by CHI Au Pair USA.

18. Agree not to enter into any kind of contractual agreement, such as employment, marital or religious, during my year in the U.S.

CHI code:_____                                          AP Initials: L.A

© CHI AuP Prom&Agrmt 2011 v1

ATTORNEY'S EYES ONLY                                          CHI0002325



## AU PAIR PROMISE AND AGREEMENT (cont.)

### D. AU PAIR CONDUCT AND BEHAVIOR. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. Use good judgment, sensitivity and caution while participating in Internet-base communities and social networking websites, such as MySpace, Facebook, YouTube etc. I agree not to post Host Family information, including but not limited to, addresses, phone numbers, names, and information about Host Family children.

2. Agree to obey all local, state and federal laws. Should I be arrested for committing a crime, CHI Au Pair USA is not responsible for arranging or paying for legal help or representation. All legal matters as a result of my actions will be resolved on my own and at my expense. I also acknowledge that if any terms of this Agreement was violated as a result of criminal activity and/or legal matter, CHI may in its sole discretion terminate my participation in the program, and I will immediately return to my home country at my own expense.

### E. FINANCIAL. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. A program administration and processing fee is due upon submission of the application.

2. The DS 2019 form will not be issued until the processing fee balance is paid in full.

3. If the au pair cancels the program after having accepted a host family placement, the au pair forfeits the processing fee.

4. Should issuance of the J-1 visa be denied by the U.S. Embassy/Consulate, the unused DS 2019 form and written proof of denial must be submitted to CHI Au Pair USA after which the partner agency will issue a refund less an administrative fee.

5. No refunds will be issued for early departure, dismissal and/or any violation of program regulations, local, state and federal laws. The Au Pair agrees to have sufficient financial resources to satisfy all obligations during participation in the CHI Au Pair USA program, including payment for a return flight if the Au Pair does not complete the program successfully.

6. The au pair is entitled to two weeks or 14 days of paid vacation and vacation time-off is to be determined mutually by both the au pair and host family.

7. The au pair understands that he/she is not entitled to paid or unpaid time-off on government recognized holidays such as Thanksgiving, Christmas, Independence Day, etc.

8. The U.S. Department of Labor has determined that the au pair stipend constitutes "wages" because an employer-employee relationship exists between the au pair and the host family. Au Pair wages are essentially in the nature of household employment, and au pairs are required to file U.S. individual tax returns. CHI Au Pair USA is not responsible for providing, and will not provide, any guidance in tax matters, but that said matters are strictly the responsibility of the au pair.

### F. TRANSPORTATION. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. The au pair is responsible for arranging and paying for domestic home country transportation from his/her residence to a CHI designated international gateway airport, as well as the domestic home country transportation upon return to the home country.

2. At the end of the program year, the au pair is responsible for arranging and paying for U.S. domestic transportation to the U.S. international gateway airport.

3. A portion of the Host Family's program fees is applied toward the au pair's international airfare. CHI Au Pair USA arranges the itinerary and air ticket purchase.

a. Should the au pair cancel or request itinerary changes after the ticket is purchased, the au pair is responsible for paying any penalties and/or surcharges on the ticket.

b. Two months prior to the end of the program year, the au pair is required to notify CHI Au Pair USA, in writing, of his/her departure itinerary and pay any applicable airline charges in advance. Should the au pair fail to comply with this request, the au pair is responsible for arranging the departure flight and paying any penalties, surcharges, and/or ancillary expenses related non-notification.

c. All return flights must originate in the U.S. CHI either will pay for the return segment directly to your home country or will pay the airfare to a final destination that is the same or less than the cost of an airfare to your home country.

CHI code:_____

AP Initials: _L.A_

© CHI AuP. Prom&Agrmt 2011 v1

ATTORNEY'S EYES ONLY

CHI0002326

Defs.' Appx. 00000517

## AU PAIR PROMISE AND AGREEMENT (cont.)



d. CHI will only book flights that depart during the au pair's program period or the one month grace period. Any au pair that chooses not to return home upon completion of his/her program or during the grace period following his/her program waives his/her right to a return flight ticket.

e. CHI arranges the au pair's return ticket on the best flight option available. If there are no available flights, CHI reserves the right to book the au pair on an alternative date.

f. CHI cannot guarantee non-stop or direct flights.

4. The au pair is responsible for paying for any U.S. airport transfer between the arrival orientation airport and the orientation hotel and the return transfer from the orientation hotel back to the airport.

## G. TRAVEL & ACCIDENT INSURANCE. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. CHI Au Pair USA provides the au pair with 12 months of travel and accident insurance that meets U.S. Department of State requirements. Coverage is NOT full comprehensive medical insurance and the travel and accident insurance coverage contains limitations and exclusions. Prior to arrival in the U.S., the au pair agrees to read the insurance coverage and its limitations and exclusions.

2. Pre-existing medical conditions will not be covered by travel and accident insurance.

3. Dental coverage only applies to dental work as a result of an injury or accident. It does NOT cover standard dental treatment.

4. Any medical expenses that are not covered by the insurance policy are the responsibility of the au pair, and not CHI nor the Host Family.

5. Medical insurance for the optional 30-day post-program travel period can be purchased for an additional fee through CHI.

6. The au pair participant is fully responsible for arranging insurance to cover any additional time as a tourist.

## H. J-1 VISA. I UNDERSTAND AND ACCEPT THE FOLLOWING CONDITIONS:

1. Once the au pair and host family placement is confirmed and all program fees are paid, CHI Au Pair USA will issue a DS 2019 form - Certificate of Eligibility for Exchange Visitor (J-1) Status.

2. The DS 2019 form is NOT a visa. The au pair must take the DS 2019 form and apply for the J-1 visa at the nearest U.S. Embassy/Consulate in the participant's home country. Without a current J-1 visa stamped in the passport, participation in the program is invalid.

3. The J-1 visa allows the au pair to legally enter the U.S. and participate in the role of an au pair .

4. Should the au pair choose to travel outside the U.S. during the one-year program term, the au pair:

   a. Must qualify for time-off within the program rules.

   b. Must notify the host family and CHI Au Pair USA field representative

   c. Is responsible for contacting the appropriate country's embassy to determine if a visa is required for entry into that country.

   d. Must submit DS 2019 to CHI Au Pair USA Main Office to verify good standing in program and approve temporary exit out of U.S.

5. There is an optional 30-day post-program grace period in which the au pair may either stay in the U.S. for travel purposes only or return to his/her home country.

   a. During this 30-day grace period the host family is not obligated to host the au pair, nor are they required to pay a weekly stipend.

   b. The au pair is not to seek paid employment during the post program grace period.

   c. The au pair is responsible for any and all living and travel related expenses during the 30-day post-program grace period.

6. The au pair is required to return to his/her home country no later than 30-days after the last day of their one year program term as indicated on the DS 2019 form.

CHI code:_____

AP Initials: L.A

© CHI AuP Prom&Agrmt 2011 v1

ATTORNEY'S EYES ONLY

CHI0002327

## AU PAIR PROMISE AND AGREEMENT (cont.)

7. The au pair is NOT to seek a change in visa status, i.e. from J-1 to F-1 visa, during his/her CHI Au Pair USA program. Should the au pair wish to pursue studies on an F-1 visa, he/she is required to return to his/her home country after the successful completion of the CHI program and then re-enter the U.S. under another applicable valid visa. Should the au pair violate these specific terms, the au pair is not entitled to the return airline ticket, and CHI reserves the right to notify U.S. immigration authorities of procedural abuse.

## I. GRIEVANCE PROCEDURE AND RESOLUTION. SHOULD SIGNIFICANT PROBLEMS OCCUR, INCLUDING BUT NOT LIMITED TO MY HEALTH, SAFETY OR WELFARE AND/OR ADJUSTMENT TO THE FAMILY, CULTURE AND LANGUAGE, I UNDERSTAND THE FOLLOWING ACTIONS WILL TAKE PLACE AND MY RESPONSIBILITIES IN SUCH SITUATIONS:

1. The au pair is to initially communicate and problem-solve by working toward a solution with the host family.

2. If the problem persists, the au pair must notify CHI Au Pair USA of the situation. CHI will intervene and attempt to resolve the problem. The au pair is aware that there is an initial adjustment period of 60 days following the au pair's arrival before any placement changes is considered; however, any decision regarding the au pair's program status, dismissal or re-placement will be made at the sole discretion of CHI Au Pair USA.

3. A change in host family needs are not the sole reason for the au pair to request a placement change and/or re-match. The au pair understands the nature of the program of being flexible and agrees to cooperate the CHI during the re-matching process.

4. If the au pair does not make a good faith effort to resolve the problems or misunderstandings, or if the au pair violates any terms of this Agreement, CHI Au Pair USA may in its sole discretion terminate the au pair's participation in the program and immediately repatriate the au pair to his/her home country at the au pair's expense.

5. If the au pair does not successfully complete the program year, the au pair is responsible for his/her return travel expense.

6. If the au pair's first placement is not successful, and CHI Au Pair USA determines and approves that the au pair shall be placed in a new family, the au pair agrees to cooperate with CHI Au Pair USA during the entire re-matching process. Should CHI Au Pair USA is unable to place the au pair in a new family within a 14 day period, the au pair may be sent home at his/her expense.

7. If the host family is willing to house the au pair in transition until he/she is re-matched, and CHI Au Pair USA, in its sole discretion, determines that under the circumstances it would be reasonable for the au pair to remain in the home, but the au pair refuses to stay with the family, the au pair will be required to pay a $25.00 per day housing stipend to the family who houses him/her.

8. CHI Au Pair USA is not responsible for any financial damage or loss alleged to arise from the unavailability of a replacement host family.

9. In the event of an accident or serious illness or medical condition that prevents the au pair from continuing his/her duties, CHI, at its sole discretion and judgment, will end the au pair's program early and expects him/her to return home.

## J. MEDICAL LIABILITY RELEASE

I agree that CHI Au Pair USA, or its agents, can take any action whatsoever in regards to my heath and safety without incurring any liability or expense. This may include, but is not limited to, my placement in a hospital, use of doctor/clinical services, and transportation to my home country at my expense.

© CHI AuP Prom&Agrmt 2011 v1

ATTORNEY'S EYES ONLY

CHI0002328

## AU PAIR PROMISE AND AGREEMENT (cont.)

### K. LIABILITY RELEASE AGREEMENT

In consideration of being accepted by the CHI Au Pair USA program, I hereby release, forever discharge and agree to hold harmless, Cultural Homestay International (CHI), it's overseas Partner organizations and/or affiliates thereof from any and all liability claims or demands for personal injury, sickness or death, as well as property damage and expense of any nature whatsoever which may be incurred by me that may occur during participation in the CHI Au Pair USA program understand that by signing this Release, I fully and completely waive and relinquish all claims I may have against CHI, its employees, Partner organizations and affiliates thereof, and release them from any liability they may otherwise have toward me whether know to me or not.

Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Service in San Rafael, California, upon the petition of either party. The decision of the arbitration shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. Au Pair agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the domiciled in California. My signature below indicates acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by CHI Au Pair USA. I do not rely on any promises, statements or representations that are not expressly stated in this Agreement. I have retained a copy of this Agreement for my file.

### L. PERMISSION & RELEASE TO USE WRITTEN MATERIALS/ PHOTOGRAPHS

I agree that CHI Au Pair USA may use, reproduce, and/or publish all written and or visual materials that may pertain to me, including photographs.I understand that this material may be used in various publications, promotional material, Internet Web page or for other related endeavors.I further agree that use of such written materials and photographs pertaining to me may be used with or without my name and for any lawful purpose.

### M. ACKNOWLEDGEMENT OF PROGRAM RULES, TERMS AND CONDITIONS

IMPORTANT NOTE: PLEASE BE AWARE THAT THE ACCEPTANCE OF YOUR CHI AU PAIR CANDIDATE APPLICATION DOES NOT GUARANTEE YOUR PLACEMENT WITH AN AU PAIR FAMILY.AU PAIR FAMILIES CHOOSE THEIR CARE-PROVIDERS FROM THE CHI APPLICANT POOL. AU PAIRS WITH INFANT CARE EXPERIENCE ARE IN THE GREATEST DEMAND AND ARE EASIEST TO PLACE.IF YOUR ARE NOT SELECTED BY AN AU PAIR FAMILY WITHIN 90 DAYS, YOUR APPLICATION WILL AUTOMATICALLY LAPSE, UNLESS YOU REQUEST THAT WE EXTEND YOUR DEADLINE PERIOD.IF YOU DO NOT HAVE INFANT CARE EXPERIENCE, IT IS OUR RECOMMENDATION THAT YOU USE THE 90-DAY PLACEMENT PERIOD TO ACQUIRE SUCH SKILL.

I declare that all information contained in this application packet is true and accurate. I have read this entire Agreement carefully, and I have had the opportunity to ask questions, obtain advice as to its meaning and understand it. I am capable of reading and understanding this Agreement in English. I agree that I will perform my duties and responsibilities to the best of my ability. I understand that my CHI Au Pair USA program terminates per the date indicated on my DS 2019 form and that CHI is only able to grant extensions by a review and approval process. After the program termination date, I have an optional 30- day grace period for which I can stay in the U.S. for travel purposes only. I understand that failure to depart the U.S., as specified relative to visa immigration laws, may disqualify my entry into the U.S. in the future and/or I may be subject to fines, imprisonment and deportation. I agree to comply and abide by the rules, terms and conditions of this Agreement. I understand that if I violate any terms of this Agreement or any local or national laws, it will result in my immediate dismissal from the program and repatriation. If dismissed from the program, I agree to surrender my visa status, reimburse international airfare/ applicable penalties/surcharges, and immediately return to my home country at my own expense. Any breach of this Agreement and promise to the CHI Au Pair USA program is subject to financial penalties with no entitlement to any refund. I have retained a copy of this Agreement for my files and reference.

Au Pair Name (print): [Redacted]     Date (mm/dd/yyyy): 03/11/2014

Au Pair Signature: [Redacted]

© CHI AuP Prom&Agrmt 2011 v1

ATTORNEY'S EYES ONLY                                    CHI0002329

Defs.' Appx. 00000520

Redacted

10 March 2014

Dear Host Family

My name is [Redacted] am currently an au pair in the Netherlands for the [Redacted] Family in Soest..They have really made me part of the family the first day I got here. I take care of they two little angels [Redacted] years old respectively. My time here in the Netherlands has been the so amazing. My host family have been so great and I plan to forever be in touch with them. We have bonded so much in the last year that is about to come to an end. I guess its true when they say all good things do come to an end. Taking care of [Redacted] was the greatest pleasure above all things. They would always put a smile on my face, we would always play and eat together. What I love the most is the way they pronounce my name. At first I didn't think they would ever get it right. I have also seen and made friends I never thought I would.  I expect to carry the life lessons that I have learnt here for the rest of my life.

 Being an au pair is one of the most rewarding job I have ever done. You get to learn an experience another culture while doing what you love which is taking care of children. Also being able to make difference in the family by helping around the household and raising the children. I believe children are treasures of the universe. Being an au pair is not just taking care of the children. You become a part of them and they of you. In my culture you start taking care of them at a young age. But for me I feel it has always came naturally.

Before I ventured in becoming an au pair I was a tutor. Tutoring primary and high school children Accounting. As I obtained a Diploma in Accountancy at the University of Johannesburg earler this year.

What is also important to me is my believe in the Lord Jesus Christ. I come from a christian home. Being a believer has shaped me to be the person I am today. I come from a family of 6. I have 3 sisters. I am the third one out of the 4 of us. My younger sister resides in the USA, Chicago also an au pair. My two older sisters are in South Africa. They both married and have daughters. So I have two beautiful nieces. Our father is the biggest influence in our lives as he has guided and shielded us to the point where we are all today.

In 2006, we lost our mother. She played such an important role and still does in our lives.. I am. The women I am today because of her. So her memory and her life lives on. I would say my qualities are like a pearl. I instill confidence in others, anything that I do I do to my best ability. I am loving and kind and most importantly consider the feelings of other people.

Sincerely

Redacted

CHI0002330

Defs.' Appx. 00000521

**OPENING DOORS TO THE WORLD SINCE 1980!**



• **CULTURAL HOMESTAY INTERNATIONAL** •
A NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM
104 BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

| CHI office use only |
| --- |
| HF Code: |
| RAPC name: |
| APC name: |
| AP code: |
| AP name: |

## CHI Au Pair USA Interview Report

| NAME OF CANDIDATE | Redacted | |
| --- | --- | --- |
| INTERVIEW METHOD (Tick Box) | In person ☑   By Webcam ☐   Date | /   /   (mm/dd/yyyy) |
| NAME OF INTERVIEWER | Angel Jordaan | |
| NAME OF AU PAIR AGENCY | Au Pair Travel | |

### EVALUATION OF A CANDIDATE
(Rating on a scale of "1-6" where "6" is the highest)

| Criteria | Definition | Rating |
| --- | --- | --- |
| Flexible/Adaptable | Able to fit into family life, to understand the 'give and take' of the relationship | 6 |
| Independent/Mature | Able to make a life in a new culture and environment, to exist without dependence on her/his own family | 6 |
| Motivated | Has a clear objective about what she/he wishes to achieve from the au pair experience in the context of her/his longer-term plans | 6 |
| Responsible | Acts with maturity, understands the need to be accountable for work carried out | 6 |
| Co-operative | Able to follow clear instructions about how to manage children, duties, rules of the house, etc | 6 |
| Initiative | Thinks about what needs to be done in various situations that might arise and can act without instruction if necessary | 6 |
| Sensitive | Understands and respects both the family's and children's needs | 6 |
| Clean and Tidy | Regarding both he/his own room and the rest of the house | 6 |
| Common Sense | Has a practical view about what to do | 6 |
| Firm | Able to gain respect from children in order to exercise the necessary control according to family guidelines | 6 |
| Language | Able to speak the language of the host country, at least at a basic conversational level | 6. |

### EVALUATION OF A CANDIDATE'S INTERVIEW ATTITUTE
(Rating on a scale of "1-6" where "6" is the highest)

| Outgoing | 6 | Open-minded | 6 | Reserved | 4 | Talkative | 6 | Serious | 5 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cheerful | 6 | Patient | 6 | Warm | 6 | Modest | 3 | | |
| Confident | 6 | Easy-going | 6 | Nervous | 1 | Polite | 6 | | |

### EVALUATION OF A CANDIDATE'S LANGUAGE ABILITY
(Rating on a scale of "1-9" where "9" is the highest)

| Listening | 9 | Speaking | 9 | Reading | 9 | Writing | 9 |
| --- | --- | --- | --- | --- | --- | --- | --- |

### WHAT TYPE OF FAMILY WOULD SUIT THIS CANDIDATE?
(Tick all the relevant boxes)

| | | | |
| --- | --- | --- | --- |
| Children ranging from 2-6 years | ✔ | Working parents requiring an independent au pair | ✔ |
| Children aged from 10+ years | ✔ | Family wanting an au pair to be part of the family | ✔ |
| Children ranging from 6-10 years | ✔ | Family in a small town/ rural area | ✔ |
| Infants raging 1-2 years | ✔ | Family in a big city | |
| Infants raging 0-1 years | ✔ | Very active family with sports interests | |
| Twins | ✔ | Family with wide range of interests | ✔ |
| Any Ages | ✔ | Family with many social interests | ✔ |
| Maximum numbers of children in the family | 4 | Family with special needs children | |
| Educare family | ✔ | Family who requires a driver | ✔ |
| Mother's helper | ✔ | Family who doesn't need a driver | |

### PLEASE ADD ANY ADDITIONAL COMMENTS THAT MIGHT HELP PLACE THIS AU PAIR

I have been privileged to have such a great au pair on my program. She has been a blessing to the current host in the Netherlands.

Signature of Interviewer: Jordaan

✱ Sister to ┌─────────────┐ a
              │   Redacted   │
              └─────────────┘
previous CHI au pair in 2013.

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000522



# Host Family Agreement

Host Family Agreement

This CHI Au Pair USA Host Family Agreement (the "Agreement") is entered into between Cultural Homestay International, Inc. Au Pair USA (hereinafter, in the aggregate, referred to as "CHI Au Pair USA"), a California Corporation and (HOST FAMILY NAME), acting on behalf of an including all members of said persons' household and family (hereinafter, in the aggregate, referred to as "Host"). Host family has fully read this Agreement and agree to the terms and conditions contained herein. The parties agree as follows:

Program Requirements

1. Host will abide by the terms and conditions of this Agreement unless and until this Agreement is replaced or modified by a subsequent agreement executed by CHI Au Pair USA and Host.

2. Host understands that CHI Au Pair USA has the exclusive right to determine suitability of Host to participate in the program. Host agrees that in determining suitability, CHI Au Pair USA may make inquiries to third parties about Host and Host's family members. Host represents that all information set forth in the Host Family Application is true and complete.

3. Host understands that au pair is a participant in a cultural exchange program, and agrees to comply with all of the Regulations published by U.S. Department of State in 22 CFR Part 514, as the same may be amended from time to time in the future ("the Regulations"). Host acknowledges receipt of a copy of the U.S. Department of State publication, "The Au Pair Exchange Program".

4. Host understands and agrees that CHI Au Pair USA's function is to locate and present au pair candidates who meet CHI Au Pair USA selection criteria, but that final selection of an au pair is the sole responsibility of Host. Host understands and agrees that CHI Au Pair USA does not guarantee that any particular au pair will be compatible in Host's home or meet Host's expectations.

5. Host agrees to provide au pair with board and lodging in the form of meals and a suitable private bedroom in Host's home which has been approved by the CHI Au Pair USA representative.

6. Host agrees to pay a stipend to au pair in accordance with the Regulations. Said stipend shall be paid on the same mutually agreed upon day each week, and cannot be withheld for any reason, including, but not limited to, outstanding phone bills, auto accidents or lost time due to illness.

7. Host agrees that the au pair will perform childcare services and light housekeeping only related to childcare which shall not exceed forty five (45) hours per week, five and one half (5 1/2) days per week, with a maximum of ten (10) hours per day. Host agrees that au pair will have one full weekend off per month (Friday evening to Monday morning). If a dispute arises as to any of these limits or requirements, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

8. Host will provide au pair with two weeks of paid vacation, to be taken at mutually agreed upon time. If any disputes arise concerning vacation issues, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

9. Host will restrict au pair's responsibilities to childcare and related tasks. This may include duties such as general supervision, preparing children's meals, straightening children's rooms, doing children's laundry and being present when children are sleeping. Host agrees that au pair's responsibilities will not include heavy housework, yard work or other labor related to the household. If a dispute arises concerning the scope of the au pair's responsibilities, CHI Au Pair USA shall resolve said dispute, and its decision shall be final.

10. Host understands that Au Pair cannot accept any form of paid employment other than his/her duties as an Au Pair for the host family for whom he/she will receive a weekly stipend in accordance to current U.S

1

**EXHIBIT A.9**

CHI0018893

Defs.' Appx. 00000523



## Host Family Agreement

government regulations.

11. Host agrees that during the first three (3) days of an au pair's stay in the home, a parent or another responsible adult shall remain in the home to facilitate the adjustment of the au pair into the family, household and community.

12. Host agrees that in the event there is a baby less than three months old living in the home, a parent or other responsible adult shall be present in the home at all times, and the au pair shall not be the sole caregiver for that child at any time.

14. Host understands that in the event there is an infant under the age of two years old, the au pair must have 200 hours of documented experience working with children under the age of two. Such documented experience shall be verified by CHI Au Pair USA prior to placement of the au pair in Host's home.

15. Host will provide automobile insurance with a minimum of $50,000 liability coverage and $10,000 in medical coverage to cover the au pair if she or he is expected or permitted to drive the family car(s). Host agrees that au pair will not be responsible for payment of any automobile insurance deductibles that exceed $250. Host further agrees that Host will not hold CHI Au Pair USA liable for any damage or loss resulting from the au pair's use of a vehicle.

16. Host will provide au pair with adequate time to attend courses for study at an accredited U.S. post secondary institution (for a minimum of six (6) credit hours or its equivalent), adequate transportation to and from the place of instruction, and tuition up to a maximum of $500 per au pair per year.

17. Host will facilitate attendance and provide the au pair time off and transportation to any of CHI Au Pair USA sponsored gatherings. Host agrees to respond to the inquiries of CHI Au Pair USA staff, agents and employees; Host agrees to attend at least one Family Day event sponsored by CHI Au Pair USA per year.

18. Host acknowledges that CHI Au Pair USA shall not be responsible for any personal bills incurred by the au pair or Host, such as (without limitation) telephone bills, automobile expenses, travel expenses, and/or health expenses not covered by insurance. Accordingly, Host agrees not to seek payment from CHI Au Pair USA for any such expenses or costs.

19. Host agrees that CHI Au Pair USA shall not be liable for, and does not guarantee acceptable performance by, the au pair. Host agrees that au pair is not an employee, agent or independent contractor of CHI Au Pair USA, and that CHI Au Pair USA does not exercise dominion or control over the actions of the au pair. CHI Au Pair USA is not responsible for any act or omission on the part of the au pair.

20. Host must live within one hour's driving time of the home of the local CHI Au Pair USA representative. In the event Host moves outside of the area covered by CHI Au Pair USA, Host will not be eligible to continue in the program, and the au pair will he removed. In this case, Host will be eligible to receive a refund in accordance with CHI Au Pair USA's refund policy.

21. Host agrees to assist CHI Au Pair USA in ensuring that the au pair leaves the United States at the conclusion of her program year. Host understands that any stay by the au pair beyond the program dates specified is a direct breach of the Regulations.

Removal of Au Pair

22. Host understands that any decision regarding an au pair's program status, dismissal, or re placement will be made at the sole discretion of CHI Au Pair USA, and said decisions shall be considered final.

23. Host agrees that CHI Au Pair USA may immediately terminate Host's participation in the program and

2

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000524



# Host Family Agreement

remove the au pair from Host's home, if: a) CHI Au Pair USA determines, at its sole discretion, that the au pair is in an unsuitable environment or is being treated in an inappropriate manner by Host; or b) Host fails to comply with any terms of this Agreement, including, but not limited to, failure to pay the full program fee or any other stipend or payment required hereunder; or c) Host fails to comply with any of the Regulations. In the case of any such termination, Host shall not be eligible for a program fee refund or to obtain a replacement au pair.

24. In the event of accident or serious illness which, in the judgment of CHI Au Pair USA, prevents the au pair from continuing her duties for an extended period, she will end the program early and return home.

Placement Changes

25. Host understands that CHI Au Pair USA requires an initial adjustment period of 60 days following au pair's arrival before any placement change is considered, but, any decision regarding au pair's removal is at CHI Au Pair USA's sole discretion. If a placement is deemed unsatisfactory by Host or au pair for any reason whatsoever, Host agrees to follow CHI Au Pair USA's mediation guidelines (contained in the Host Family Handbook) and to remain in communication with the au pair and CHI Au Pair USA.

26. CHI Au Pair USA will provide Host with ONE replacement au pair within the first six months of Host's original program year without requiring Host to re apply to the program and pay new program fees. Host understands that a replacement au pair will be provided at the sole discretion of CHI Au Pair USA and is dependent upon current au pair availability, and that CHI Au Pair USA will use reasonable efforts to find a replacement. Host understands that if less than six months remain in Host's original program year, CHI Au Pair USA will not provide a replacement au pair. Instead, Host will receive a program credit in the amount of $110 for each remaining week of the program year, which may be applied to future program fees. Host understands that this credit may not be redeemed for cash, and that no monetary refunds will be given beyond the sixth month period of the original program year. Host understands that if its match with a replacement au pair is unsuccessful, FOR ANY REASON WHATSOEVER, and Host wishes to continue in the program, Host will be required to pay new program fees, less a credit in the amount of $110 for each remaining week of the original program year.

27. Host understands that the refund policies set forth herein will be the exclusive remedy in the event CHI Au Pair USA is unable to provide a replacement au pair, and that CHI Au Pair USA is not responsible for any economic damage or loss alleged to arise from loss or unavailability of au pair services.

a) Host's program term shall be adjusted to include the remainder of the replacement au pair's full program year. Host shall be responsible for paying CHI Au Pair USA $475 for each additional month of au pair service beyond Host's original twelve (12) month program. Such payment is due no later than sixty days (60) prior to Host's contract completion and will be automatically charged to host's credit card.

b) If the replacement is an au pair currently located in the United States, the Host Family acknowledges that they are responsible for arranging and paying for domestic transportation for the Au Pair. If Host selects a replacement au pair who is a new arrival from overseas, Host agrees to pay any international air surcharge (if applicable, due to immediate request), prior to new au pair's arrival.
c) Host is responsible for additional tuition costs for the replacement au pair(s) if the au pair has not completed the educational component with a previous family (up to a maximum of $500).
d) Host will be responsible to allow the replacement au pair to take any unused vacation time that may still be due to the au pair up to a maximum of two calendar weeks, and the Host shall pay the replacement au pair during such period.
e) If Host's initial placement is with an in country re-match Au Pair, Host acknowledges that sections 27c and 27d apply.

Refunds and Program Credits

28. If Host wishes to request a refund, they must do so in writing. A refund, if owed, will be issued within thirty

3

CHI0018895

Defs.' Appx. 00000525



## Host Family Agreement

(30) days after receipt of the request by CHI Au Pair USA.

29. HOST UNDERSTANDS AND AGREES THAT BECAUSE THE MAJORITY OF CHI AU PAIR USA'S OPERATION COSTS ARE INCURRED IN THE PROCESS OF RECRUITMENT, INTERVIEWING, ORIENTATION, AND PLACEMENT OF AU PAIRS, CHI AU PAIR USA'S REFUND POLICY IS LIMITED TO $90/WEEK IF THE AP HAS BEEN IN THE USA LESS THAN 15 WEEKS AND $80/WEEK IF THE AP HAS BEEN IN THE USA MORE THAN 15 WEEKS, BUT LESS THAN 30 WEEKS. HOST HAS READ AND AGREES TO THE FOLLOWING REFUND POLICY:

Annual Program Fee Refunds and Credit Policy

a) Application/Interview Fees: The application fee is non refundable, unless a family's program application is not accepted.

b) Refund before an au pair match: If Host cancels prior to being matched with an au pair, the Application fee is forfeited.

c) Refund after an au pair match, but prior to au pair's arrival; the Host will forfeit the Application fee, plus 15% of the Placement fee, plus cost of non refundable airline tickets or penalties, if applicable.

d) International and/or domestic airfare surcharges are not refundable after the au pair's arrival.

e) If Host has a one year agreement, a refund after the au pair's arrival will be calculated as follows:
Weeks of childcare paid for: _____ (Includes all weeks in the Host's current program year, which is 52 for a twelve month program)
Less weeks of childcare received: – _____ (Includes all au pairs placed with Host, and includes week(s) at Orientation)
Multiplied by Weekly Rate of Refund: x ($90 or $80) Equals Total Refund Due = _____

f) The refund calculation listed above is based on the Host having paid for a full program year (12 months minimum). If Host is on the Payment Plan and has a balance of fees due, or if any other fees are due to CHI Au Pair USA, this balance due will be subtracted from the total refund amount.
g) If Host has less than six (6) months remaining on their original 12 month program year, no cash refund will be given. Instead Host will receive a $110 per week credit toward a new program year.

30. Host understands that the program credit is calculated by week, and that credit for partial weeks is calculated by rounding up to the nearest week if an au pair was in Host's home for four (4) or more days of a given week, and round down to the nearest week if the au pair was in Host's home for three (3) or less days of a given week.

31. Host understands that in the event the au pair does not elect to use the return air ticket provided by CHI Au Pair USA for any reason, no refund, credit or travel voucher will be provided.

Other Terms and Conditions

32. Host understands and agrees that CHI Au Pair USA does not guarantee continuous child care coverage at any time, including but not limited to, situations involving arrival delays, au pair cancellations, visa denials, illness, and/or inability or unwillingness of an au pair to fulfill her duties hereunder. Host hereby releases CHI Au Pair USA, its subsidiaries, officers, employees and/or agents from any and all claims for financial, incidental or consequential damages, including but not limited to, costs of alternative or interim child care, loss of income, travel costs, emotional or psychological injury, or other loss or damage of any kind which may arise from the unavailability of an au pair's services for any reason whatsoever.

33.Neither CHI nor its Au Pairs can be responsible for other children than those of the Host Family. CHi and its

4

CHI0018896

Defs.' Appx. 00000526



# Host Family Agreement

Au Pairs do not accept any liability for any injury to any person who claims to be supervised by a CHI Au Pair who is not a Host Family member.

34. Host hereby irrevocably, unconditionally, and fully remises, releases and forever discharges CHI Au Pair USA, its subsidiaries, officers, employees, and/or agents from any and all claims related to personal and/or property damage, injury, loss, delay or expense incurred by Host or any Host family member, guest, employee or agent, due to: (i) events beyond CHI Au Pair USA's reasonable control, including without limitation acts of God, acts of war or governmental restrictions, and, in the absence of gross negligence or willful misconduct by CHI Au Pair USA (ii) any events directly or indirectly caused by any intentional or negligent acts or omissions by an au pair placed in Host's household. In this respect, Host acknowledges that au pair is not an employee or agent of CHI Au Pair USA and actions or omissions of au pair are not to be attributed in any way to CHI Au Pair USA. Host further agrees to indemnify and hold harmless CHI Au Pair USA, its subsidiaries, officers, employees and/or agents for any liability or expense, including court costs and legal fees incurred, that Host in anyway caused or contributed to, whether directly or indirectly.

35. Host agrees that it has adequate financial resources to satisfy all obligations as a CHI Au Pair USA Host Family.

36. Host understands that program fees are used to cover au pair recruitment and screening, international airfare, orientation and training, medical insurance costs, placement and supervision of local field staff representatives. Host also understands that
au pair may pay an insurance surcharge, airfare surcharge and/or other administrative costs to participate in the program.

37. Host agrees to abide by the payment terms outlined in the current CHI Au Pair USA program materials. Host agrees to pay CHI Au Pair USA the full program fee, plus the cost of domestic travel, should Host select to have CHI Au Pair USA arrange domestic travel. Additionally, Host agrees to pay any other fees established by CHI Au Pair USA related to providing Host with an au pair. Host is aware that an international airfare surcharge of $500 will apply for au pairs from Australia, Argentina, Chile and New Zealand. Additionally a $350 seasonal airfare surcharge will apply for au pairs from South Africa who arrive in January.  Host agrees to pay CHI Au Pair USA a $75 fee for any late payments, returned checks, credit card charge backs, or declined credit cards.

38. Host is hereby advised and acknowledges that in 1994 the U.S. Department of Labor determined that the au pair stipend constitutes "wages" because of an employer employee relationship exists between the au pair and the Host. Au pair wages are essentially in the nature of household employment, and au pairs are required to file individual tax returns. Host understand that CHI Au Pair USA does not provide legal advice regarding labor laws and income tax laws and is not responsible for informing Host of, or overseeing compliance with, any such laws, but that said matters are strictly the responsibility of the Host and the au pair.

39. Host is hereby advised and acknowledges that due to the fact that an employee employer relationship exists between the Host and au pair, Host is responsible for determining whether Workers' Compensation insurance, or any other insurance requirements, is mandatory under federal, state and/or local laws. Host is advised and understands that CHI Au Pair USA is not responsible for providing guidance as to such insurance matters, but that the failure to comply with applicable laws in this regard can potentially have severe consequences to Host.

40. This Host Family Agreement may be signed in counterparts and may be delivered online. An electronic signature shall be considered the same as an original.

41. Dispute Resolution. In the event of any dispute between the parties concerning the performance, enforcement or interpretation of this Agreement, such dispute shall be determined by binding arbitration before the American Arbitration Association or Judicial Arbitration and Mediation Services in San Rafael, California, upon the petition of either party. The decision of the arbitrator shall be final and binding and may be enforced in any court of competent jurisdiction on the petition of either party. Host agrees that California is a fair and reasonable venue for resolution of any such dispute and it submits to jurisdiction of the Courts of the State of

5

CHI0018897

Defs.' Appx. 00000527



## Host Family Agreement

California because, among other reasons, this agreement was negotiated in large part in California, and CHI Au Pair USA is domiciled in California. My (our) signature(s) below indicates acceptance of the terms of this Agreement, and is legally binding. No alteration of the terms of this Agreement will be valid unless approved by CHI Au Pair USA in writing. We do not rely on any promises, statements or representations that are not expressly stated in this Agreement. We have retained a copy of this Agreement for our files.

6

CHI0018898