Defs.' Appx. 00000528



**United States Department of State**

*Bureau of Educational and Cultural Affairs*

*Washington, DC 20522*

November 22, 2013

*Via Email and Facsimile*

Mr. Thomas Areton
Executive Director
Cultural Homestay International
104 Butterfield Road
San Anselmo, CA  94960

Dear Mr. Areton:

The U.S. Department of State (Department) has determined that on-site reviews of Exchange Visitor Program sponsor organizations are necessary to assist the Department in meeting its policy objectives, monitoring responsibilities, and oversight obligations of the Program.  The Department has selected Cultural Homestay International's exchange visitor program (P-3-10092) to take part in this process.

A team of Department representatives from the Office of Private Sector Exchange is scheduling a visit to your headquarters location beginning Tuesday, December 10, 2013, and ending on Wednesday, December 11, 2013.  The visit will be comprised of both interviews and file review.  We ask that you confirm your availability and that of your Alternate Responsible Officer(s) on these dates, and that you provide the Department with certain standard information in advance.  An explanation of what to expect of the review is set forth below:

- **Pre-Visit Document Request** – To minimize disruption to your operations, the Department has identified specific topics it wishes to discuss during the on-site review in the enclosed "Pre-Visit Document Request."  In addition, we ask that you electronically submit certain commonly available business documents prior to the visit as explained in the enclosure.  Please provide these documents and the names of individuals to be interviewed no later than close of business December 2, 2013.

**EXHIBIT A.10**

CONFIDENTIAL

CHI0029173

Defs.' Appx. 00000529

- **On-Site Interviews** – The interviews will take place Tuesday, December 10, 2013, beginning at 9:00am.

- **On-Site Document Collection and File Review** – Upon arrival, the team will provide a list of files and additional documents it wishes to review. Exchange visitor and third party records will be the main focus of the file review, but the team may wish to see certain training, orientation, or other materials. Computer or network access is not necessary, but it would be helpful to have personnel available to assist with file and document retrieval, especially if your organization maintains its records electronically.

Please direct inquiries, requested documents, and other requests to EVPreports@state.gov, which will serve as your organization's central point of email communication with all staff members involved in this project. Please note your Program Name in the subject line and Program Number in the body of all emails. Our preference is that you scan and send the requested documents electronically. If the documents are not available electronically, however, you may send hard copies of them to the address below. Given the schedule of the on-site review, please send the documents via expedited mail delivery.

ECA/EC/ECC
SA-5, Floor C-2
2200 C Street, NW
Department of State
Washington, DC 20522-0582

I thank you in advance for your support and participation in this review process, which we believe will result in a stronger, more vibrant, and engaged Au Pair sponsor community.

Sincerely,

Susan A. Geary
Director, Office of Exchange
Coordination and Compliance

Enclosures:  Pre-Visit Document Request
Pre-Visit Document Request Worksheets

2

SENSITIVE BUT UNCLASSIFIED



**U.S. Department of State**
**Bureau of Educational and Cultural Affairs**

## PRE-VISIT DOCUMENT REQUEST

**Please Note:** Unless otherwise indicated, requested documents and/or information should coincide with the current calendar year (i.e., program start date between January 1st and December 31).

### KEY EMPLOYEES

We would like to interview employees responsible for certain areas of operation. Please provide the name and title of the persons responsible for the following matters, and indicate whether they will be available to meet with us during the on-site review. If they will not be available, please indicate who will be available, and their relation to the persons with primary responsibility in these areas:

- Organizational business operations and finances
- Hiring field staff (i.e., regional and local coordinators)
- Overseeing field staff (i.e., regional and local coordinators)
- Training field staff and preparing training materials
- Recruiting, screening, selecting, and orienting host families (including establishing selection criteria and approving prospective host families)
- Au Pair monitoring
- Au Pair educational component requirements
- Regulatory compliance
- Reporting to the Department of State (as required by 22 CFR 62.31(m) and 22 CFR 62.13(b))
- Maintaining SEVIS and au pair records

### SPONSOR STAFFING

Please provide current organizational chart(s) <u>and</u> complete the attached Excel spreadsheet ("Pre-Visit Document Request Worksheet"), noting that there are two tabs representing headquarters and field staff.

### ORGANIZATIONAL BUSINESS OPERATIONS AND FINANCES

Please provide copies of the following documents for both 2012 (as available) and for the most recent three fiscal years:

- Forms 990*
- Audited Financial Statements
- Board of Directors Meeting Minutes
- List of Directors, Officers, and Key Employees (include names, addresses, and citizenship)

CONFIDENTIAL

CHI0029175

SENSITIVE BUT UNCLASSIFIED

*For sponsors with lines of business in addition to the Au Pair program whose Forms 990 do not provide the following information, please separate the revenue and expense line items listed below for the Au Pair category for the most recent three fiscal years:

- Program Service Revenues
- Program Service Expenses
- Agent Commissions
- Placement Fees

-Sponsor's standard price list (au pair program fees) with a breakdown of all services and associated charges to the exchange visitor

## FOREIGN AND DOMESTIC THIRD PARTIES – *For 2012 through the current fiscal year*

- List of all foreign offices and foreign agents/partners (names and countries) assisting the sponsor in its au pair exchange visitor program.

- Copy of standard foreign agent/partner contract/agreement, if applicable.
    - In the alternative, copies of individual foreign agent/partner contracts/agreements or comprehensive narrative that explains deviations from standard contract.

- Copy of standard foreign agent/partner price lists (au pair program fees) with a breakdown of all services and associated charges to exchange visitor, if applicable.

- In the alternative, copies of all foreign agent/partner price lists (au pair program fees) with a breakdown of all services and associated charges to exchange visitor or comprehensive narrative that explains deviations from standard price lists.

- List of all domestic offices and domestic agents/partners (names and countries) assisting the sponsor in its au pair exchange visitor program.

- Copy of standard domestic agent/partner contract/agreement, if applicable.
    - In the alternative, copies of individual domestic agent/partner contracts/agreements or comprehensive narrative that explains deviations from standard contract.

- Copy of standard domestic agent/partner price lists (au pair program fees) for last three years with a breakdown of all services and associated charges to exchange visitor, if applicable.

- In the alternative, copies of all domestic agent/partner price lists (au pair program fees) for last three years with a breakdown of all services and associated charges to exchange visitor or comprehensive narrative that explains deviations from standard price lists.

CONFIDENTIAL
CHI0029176

SENSITIVE BUT UNCLASSIFIED

**HOST FAMILY FEES** – *For 2012 through the current fiscal year*

- Copy of standard host family price list (both mandatory and optional fees).

_____          _____
Signature of RO/ARO                               Print Name

_____
Date

CONFIDENTIAL

CHI0029177

Defs.' Appx. 00000533



**United States Department of State**

*Bureau of Educational and Cultural Affairs*

*Washington, DC 20522*

June 30, 2014

Mr. Thomas Areton
Responsible Officer
Cultural Homestay International
104 Butterfield Road
San Anselmo, CA 94960

    RE: Cultural Homestay International On-Site Review Follow Up

Dear Mr. Areton:

I am pleased to advise you that the Department has completed its On-Site Review of Cultural Homestay International's Exchange Visitor Program in the au pair category. The findings from the review demonstrate that CHI appears to be operating its au pair program in compliance with program regulations.

Please contact Karen Hawkins, Senior Compliance Officer, at (202) 632-9294 or via e-mail at HawkinsKS@state.gov if you have any questions regarding this matter. Copies of this letter and all related documentation will become part of CHI's au pair program file (P-4-10092).

Thank you for your continued support of this important international exchange initiative.

                    Sincerely,

                    Robin J. Lerner
                    Deputy Assistant Secretary
                      for Private Sector Exchange

**EXHIBIT A.11**

CONFIDENTIAL

CHI0028692

Defs.' Appx. 00000534

Message

| | |
|---|---|
| **From**: | Ammar, Maha G [AmmarMG@state.gov] |
| **Sent**: | 8/11/2011 10:32:41 AM |
| **To**: | Deborah Herlocker [chideborah@chinet.org] |
| **CC**: | Linda Mori [chilinda@chinet.org]; Jackie Sant-Myerhoff [chijackie@chinet.org] |
| **Subject**: | RE: CHI (P.3.10092): CHI Online Brochure Forwarded to DOS on 6/29/11 |

Dear Deborah,

I appreciate the detailed clarification of CHI's business model and the one-on-one attention and support provided to host families.

It is important to note, however, a requirement/subject matter could be addressed in one sentence, a chapter, or book. I am sure CHI staff are familiar with how this is done.

> Example: Health insurance coverage shall be provided to the au-pair as per the Code of Federal Regulations. (Further d are available … (CHI could provide a hyperlink, CHI Head Office, CHI LC, etc.)

I hope this is helpful Deborah.

Thank you.

*Maha*

_____
**Ms. Maha Ammar** ▪ Intl. Educational & Cultural Exchange Program Analyst ▪ Private Sector Programs Division / Office of Designation ▪
ECA/EC/PS ▪ SA-5, 5th Floor ▪ 2200 C Street, NW ▪ Washington, DC 20522-0505 ▪ Tel: 202-632-9293 ▪
http://exchanges.state.gov/jexchanges

This email is UNCLASSIFIED.

**From:** Deborah Herlocker [mailto:chideborah@chinet.org]
**Sent:** Wednesday, August 10, 2011 8:24 PM
**To:** Ammar, Maha G
**Cc:** Linda Mori; Jackie Sant-Myerhoff
**Subject:** CHI (P.3.10092): CHI Online Brochure Forwarded to DOS on 6/29/11

Dear Maha,

I was speaking with Linda and Jackie regarding the confusion regarding these documents and I realized that part of the confusion may be that we run our marketing and screening differently than the larger organizations. As we are smaller, we depend a lot more on one on one meetings and discussions to introduce families to the program and all of the components of the program. We feel that this helps to really make sure families understand all the elements of the program and also helps to develop a relationship with their local coordinator.

Our marketing and informational processes are intertwined and are drawn out over a period of time and extensive

**EXHIBIT A.12**

CONFIDENTIAL
CHI0029126

Defs.' Appx. 00000535

materials are used during this time. This brochure is the most basic flyer that is used to provide the basic summary of the program. As you mentioned this program is very detail oriented so the details on the program are broken up through different documents as the families go through different stages of the screening process.

The first part is informing people about what the Au Pair program is as well as who Cultural Homestay International is. This is what the brochure is for. To introduce the program to families who have no idea what an Au Pair or cultural exchange is. This is the brochure that provides information and is used in the first step of screening and preparing families. Many of the families who are sent this brochure or pick up this brochure do not start an application with us or contact us. After reading through the requirements and the costs, they realize that this does not fit their needs or they do not meet the requirements. Perhaps they need more than 45 hours of childcare a week or they do not have a separate room for an Au Pair in their home. The reasons can vary.

If a family receives this document and has not yet spoken to someone at CHI, they are requested to review our website and to contact someone at CHI. We will then review the government regulations and the set up of the program with them to ensure they understand and meet those basic requirements. Again, many of the families who reach this stage still drop out because we find they simply do not meet requirements or after we speak with them, they realize that the program is not a good fit for them. Although they have been given the brochure, they often do not read it thoroughly or feel that some areas may be negotiable. That is why we insist on being able to speak with families to make sure they understand the program.

If after reviewing the brochure, our website and speaking with someone at CHI, they are still interested, we will move to the next stage of the screening and application process. At this time, we will provide they will be provided with our Host Family Agreement to review and will schedule an interview with our local coordinator.

Our local coordinator will meet in person with them and review the Host Family Agreement, which includes all the very specific details about replacement Au Pairs, refunds and of course, a review of the regulations around the program. She will also review the Host Family Handbook with them that continues on to speak about how to deal with issues that arise, medical insurance, transportation, etc. . . The review of these documents with the coordinator ensures that the family not only has to read and sign something, but that they are given the chance to ask questions and really understand everything. I am attaching our Interview Acknowledgement which has the check off of all the things reviewed during this interview.

If after meeting with the coordinator and reviewing everything, as listed on the interview acknowledgment, the family is still interested in continuing with the program and the interview/placement process. It is true that some families do not continue with us after that. Either they decide that the program is not a good fit for them due to the details that are discussed or we decide that the family and/or home environment is not the right fit for the program.

As you can see our coordinators and CHI do put a lot of importance on transparency, which is why the coordinator must review the Agreement and Handbook with all families before they can place with an Au Pair.

The reason I described the process so in detail is our Host Family Agreement and our Host Family Handbook are a very large part of our informational/screening process of Host Families. The program is very detail oriented with many regulations and possible concerns so it is very hard to cover all of the topics that are of concern to families in a flyer/brochure that is used mostly as a handout at fairs or at stores. Since most people at these places will never host or have any familiarity with the program, we focus on that space to introduce the main set up of the program as well as the regulations. Unfortunately if we included the topics regarding a replacement Au Pair, what is covered under the Au

Defs.' Appx. 00000536

Pair's medical insurance, how to get a driver's license for an Au Pair, etc. . . it would most likely be too much information for a person who just wants to know what an Au Pair is and what an Au Pair can do.

However, our use of the Host Family Agreement and the Handbook during the interview, when a family is familiar with the basics ensures that the coordinator really can make sure that the family has read and understood everything. We pride ourselves on our personal service and I am happy that our small size (less than 200 Au Pairs in country) allows us to do that.

Now on to address your specific concerns:

1) Healthcare: Part of the agency fees that the Host Family pays to CHI covers the insurance the Au Pair has while here. However, beyond that the Host Family has no responsibility for any medical costs from the side of the Au Pair. We do include information in the Host Family handbook about what is covered under the Au Pair's insurance and what deductible the Au Pair is required to pay, if any. The Au Pairs are provided with even more in depth information and they review this during their orientation. The families have no responsibility for paying for the Au Pair's deductible or any medical services the Au Pair may seek that might not be covered by insurance.

2) "Hidden Fees": We do not have any relocation fees. The only thing that might be considered an additional fee or fine print is the airfare surcharge for hosting an Au Pair from Australia/New Zealand or cost of domestic airfare. However those costs are clearly stated in our brochure under "Other Fees and Additional Expenses" in our Program Fees and Costs section in the brochure. It is also listed on our website under the Fees section.

3) The information regarding what to do in case of issues with the Au Pair, replacement Au Pair policies, cancellations and refunds is not included in that first brochure for the reasons I stated above. It is so detail oriented and situation dependent that we feel it is better to make sure the families really understand the policies by not only reading it, but reviewing it with the coordinator. Thus we wait until a family seems pretty sure they want to sign up and then we thoroughly review it with them. This does help a bit in ensuring that the families really read and understand the agreement and the program details.

I agree that transparency is important. The more information that can be provided to a family and to Au Pairs up front, the better. Instead of creating one mega document with all this information we have split up the information into multiple documents which are introduced at different times to help improve the chances of absorption by the host family.

I hope that is helpful.

Sincerely,


Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org
On 9 August 2011 15:35, Ammar, Maha G <AmmarMG@state.gov> wrote:

CONFIDENTIAL

CHI0029128

Defs.' Appx. 00000537

Dear Deborah,

According to complaints filed with the Department regarding designated sponsors' lack of transparency, fine print, and hidden charges.  The tool used to garner initial interest needs to be transparent.  Please note, the topics pointed out are **NOT** covered in that document.

I hope this is helpful Deborah.

Kind regards,

*Maha*

This email is UNCLASSIFIED.

**From:** Deborah Herlocker [mailto:chideborah@chinet.org]
**Sent:** Tuesday, August 09, 2011 5:41 PM
**To:** Ammar, Maha G
**Cc:** Linda Mori; Jackie Sant-Myerhoff
**Subject:** Re: CHI (P.3.10092): CHI Online Brochure Forwarded to DOS on 6/29/11

Dear Maha,

We use the brochure as marketing tool to provide a quick introduction to the main elements of the program and to garner interest in the program. **Thus the specific topics you mentioned are not covered in detail in that document.** If after reviewing the brochure and website, the family is interested in learning more about the program, they will meet with our coordinators who will review the Host Family Handbook and the Host Family Agreement with them. These two documents cover the more specific details of the program, such as what you mentioned below.

Sincerely,

Deborah Herlocker
Operations Manager
CHI Au Pair USA

CHI0029129

Defs.' Appx. 00000538

1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org


On 9 August 2011 10:45, Ammar, Maha G <AmmarMG@state.gov> wrote:

Dear Deborah,

 Thank you for your email below.

 In follow through to item #2 below, I have attached the CHI Brochure that was forwarded to DOS on 6/29/2011 along with the 2010-2011 Annual Report.


I am sure CHI has an Au Pair and Host Family Handbooks with detailed program information.  My questions, however, were related to the attached generic online CHI Brochure provided.


Kindly advise...

-    Since the cost of healthcare in the US is high, do you think it should be briefly addressed in the attached brochure?
-    The attached brochure includes payment options but does not address possible program cost items like relocation and cancellation fees that are charged by other sponsors.
-    The attached brochure does not include information on CHI's refund policy.  Is there a refund policy?  If yes, do you think it should be briefly addressed since it is a concern of many host families?


Thank you Deborah for your input and assistance.


*Maha*


This email is UNCLASSIFIED.

**From:** Deborah Herlocker [mailto:chideborah@chinet.org]
**Sent:** Thursday, August 04, 2011 7:55 PM
**To:** Ammar, Maha G
**Cc:** Linda Mori; Hawkins, Karen S; Jackie Sant-Myerhoff
**Subject:** Re: CHI (P.3.10092): Annual Compliance Report


Dear Maha,

Thanks for your email. I am responding to your questions on behalf of Linda. I hope this helps

Defs.' Appx. 00000539

1) We do not charge any fee to either family or Au Pair specifically for relocation or reassignment of Au Pairs. Au Pairs who are in transition and decide not to stay with their original host family may incur some costs for housing/food during this transition period, but those are fees that are not collected by CHI. Host families requesting a rematch are not charged a fee, but they are responsible for the domestic flight purchase if they are bringing an in country Au Pair from somewhere else in the U.S or from our orientation to their local airport.

2) I'm not sure which brochure you are referring to, but we do include the medical insurance information in the Host Family and Au Pair Manual. In the host family manual it is on page twenty-eight and in the Au Pair Manual it is page 45. Au Pairs are also provided with very detailed information on the medical insurance in a brochure directly from the insurance provider as well as summary provided by CHI. Shall I send the medical insurance information as a pdf attachment?

The cost of medical insurance is covered by the Host Family's fees to CHI which can be found online and in the Host Family Informational Brochure.

3) The $343 is the all inclusive cost which includes the weekly stipend of $195.75, the educational contribution of up to $500 and the agency fees. We give them this amount to give them a better idea of what the total cost will be to them for hosting, beyond just the weekly stipend of $195.75. The Program Fees and Cost lists the costs of the Au Pair program other than the agency fees which include the weekly stipend, the educational component contribution as well as room and board.

Please let us know if you require any additional information or documentation.

Sincerely,


Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 4 August 2011 07:08, Ammar, Maha G <AmmarMG@state.gov> wrote:

Dear Linda,


Thank you so much for the documentation compiled and forwarded.


I enjoyed reading the material and acquainting myself with the many facets of the au pair program and its varied packaging by sponsors. The CHI Brochure is great and the transparent breakdown of program costs is appreciated.

Please confirm the following since I might have overlooked the information whilst reading:

- does CHI charge a fee for relocation/reassignment of au pairs?

- is health insurance information mentioned in the brochure and included in the program costs breakdown?

The brochure includes the two US dollar amounts that I would appreciate your clarifying since I am new to this category:

> Under "Affordability" a $343 per week per family amount is included while under "Program Fees and Costs" a $195.75/week au pair stipend is mentioned.

Thank you Linda.

Best wishes,

*Maha*

———

**Ms. Maha Ammar** • Intl. Educational & Cultural Exchange Program Analyst • Private Sector Programs Division / Office of Designation •

ECA/EC/PS • SA-5, 5th Floor • 2200 C Street, NW • Washington, DC 20522-0505 • Tel: 202-632-9293 • http://exchanges.state.gov/jexchanges

This email is UNCLASSIFIED.

**From:** Linda Mori [mailto:chilinda@chinet.org]
**Sent:** Wednesday, June 29, 2011 12:04 PM
**To:** Ammar, Maha G
**Cc:** Deborah Herlocker; Jackie Sant-Myerhoff
**Subject:** P.3.10092; Annual Compliance Report

Dear Maha,
I hope all is well with you.

Cultural Homestay International's annual compliance report for **P-3-10092**, au pair category, has been sent to you today

CHI0029132

Defs.' Appx. 00000541

via FedEx.  You should receive the report on Thursday, June 30.

Attached is the following supplemental supporting documentation for the compliance review:
- Sample promotional materials/brochures distributed to au pairs and host families.
- Statistical information relative to the standard au pair program and the EduCare program.
- An Excel spreadsheet propagated with the names of active au pairs, extension au pairs, departed au pairs, host families, and EduCare au pairs and their families.

Please feel free to contact me should you have questions or require further information.

Kind regards,
Linda

--
Linda Mori
Compliance Officer/ ARO
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

---------- Forwarded message ----------
From: "Linda Mori" <chilinda@chinet.org>
To: "Ammar, Maha G" <AmmarMG@state.gov>
Date: Wed, 29 Jun 2011 12:03:49 -0400
Subject: P.3.10092; Annual Compliance Report
Dear Maha,
I hope all is well with you.

Cultural Homestay International's annual compliance report for **P-3-10092**, au pair category, has been sent to you today via FedEx.  You should receive the report on Thursday, June 30.

Attached is the following supplemental supporting documentation for the compliance review:
- Sample promotional materials/brochures distributed to au pairs and host families.
- Statistical information relative to the standard au pair program and the EduCare program.
- An Excel spreadsheet propagated with the names of active au pairs, extension au pairs, departed au pairs, host families, and EduCare au pairs and their families.

CONFIDENTIAL
CHI0029133

Defs.' Appx. 00000542

Please feel free to contact me should you have questions or require further information.

Kind regards,
Linda


--
Linda Mori
Compliance Officer/ ARO
**Cultural Homestay International**
Direct Phone: 503-655-6350
Toll free in the U.S.: 877-655-6350
FAX: 503-655-6365
Skype: linda_mori
Web: www.chinet.org
Amazing exchange stories at: http://chinewsblog.wordpress.com/
Opening doors to the world for over 30 years!

CHI0029134

# AUDIT COMPLIANCE PROCEDURE TEMPLATE
## *Au Pair Participants*

## Introduction

**This section governs Department of State designated exchange visitor programs under which foreign nationals are afforded the opportunity to live with an American host family and participate directly in the home life of the host family. All au pair participants provide child care services to the host family and attend a U.S. post-secondary educational institution. Au pair participants provide up to 45 hours of child care services per week and pursue not less than six semester** hours of academic credit or its equivalent during their year of program participation.

*This document is the standard instrument of measurement to be used in the management audit, and is to be used by all sponsors as part of their annual report to the Department. This instrument does not address the EduCare component of the Au Pair Program. Sponsors authorized to administer the EduCare component must also complete the Supplementary Instrument for Educare au pair participants in addition to the standard audit.*

## Program Designation:  [22 CFR 62.31(b)]

**The Department of State may, in its sole discretion, designate bona fide programs satisfying the objectives set forth above. Such designation shall be for a period of two years and may be revoked by the Department of State for good cause.**

a.  Confirm with Department of State that the sponsor's designation is currently in effect.

*We requested confirmation from the Department of State that (the Sponsor) is designated as a bona-fide program Sponsor authorized by the Department of State. (Director), Private Sector Division, Office of Exchange Coordination and Designation, confirmed on (date) that (the Sponsor) was a Department of State designated program for the year ended December 31, _____.*

**EXHIBIT A.13**

ATTORNEY'S EYES ONLY

26

## Reporting Requirements [22 CFR 62.31(m)]

**Along with the Annual Report required by the Exchange Visitor Regulations set forth in 22 CFR62.15, sponsors shall file with the Department of State the following information:**

**(1) A summation of the results of an annual survey of all host families and au pair participants regarding satisfaction with the program, its strengths and weaknesses;**

*We sent confirmations to ___ au pair participants selected for testing. ___ au pair participants have responded to the confirmations. The following presents the responses received from the au pair participants to the confirmation questions*
*.*

a.    ___ *responded that they worked 45 hours or less per week.*

b.    ___ *responded that they were required to provide no more than 10 hours per day of childcare. Of the remaining ___, ___ responded that they worked more than 10 hours per day at least once a week. ___ is the average number of hours per day the au pair participants reported they were expected to provide childcare.*

c.    ___ *responded that they received at least $139.05 per week as compensation.*

d.    ___ *responded that they received at least one-and-a-half days off per week.*

e.    ___ *responded that they received one complete weekend off per month.*

f.    ___ *responded that they did, or will receive two weeks paid vacation.*

g.    ___ *responded that they had a private room.*

h.    ___ *responded that their local organizational representative contacted them within 48 hours of their arrival at the host family's home.*

i.    ___ *responded that they Local organizational representative met, in person, with them and their host family within two weeks of their arrival at the Host Family's home.*

j.    ___ *responded that they had monthly contact with their local organizational representative.*

k.    ___ *responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning.*

l.    ___ *responded that they were reimbursed or paid for the first $500 toward the costs of the  required academic coursework.*

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000545



*OPENING DOORS TO THE WORLD SINCE 1980!*
• **CULTURAL HOMESTAY INTERNATIONAL** •
——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——
104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960
Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603
www.chiaupairusa.org

December 2011

Dear Host Family,

CHI Au Pair USA hopes that your year with your au pair has been rewarding, and we thank you for your participation.

As you are aware, CHI is a designated visa program sponsor and is required to adhere to rules and guidelines set forth by the U.S. Department of State (DoS). On an annual basis, all program sponsors, including CHI, must submit a report to the DoS which assess compliance to program regulations.

**This letter is to advise you that you have been selected to participate in the 2011 U.S. Department of State Audit Compliance review**.

Enclosed you will find a *Host Family Confirmation* form.  Please review the questions on this form and answer the questions in their entirety.

Your assistance is appreciated by returning the questionnaire to the address below as soon as possible.

> **DZH Phillips, LLP**
> **135 Main Street, 9th Floor**
> **San Francisco, CA 94105**
> **Attention:  Nikole MacKenzie**

If you have questions regarding the enclosed form, please contact CHI via email at: chilinda@chinet.org

Thank you again for your cooperation.

Sincerely,

*Jackie Sant-Myerhoff*

Jackie Sant-Myerhoff
Director
CHI Au Pair USA

enclosure

**EXHIBIT A.14**

ATTORNEY'S EYES ONLY

CHI0026946

Defs.' Appx. 00000546



OPENING DOORS TO THE WORLD SINCE 1980!
**CULTURAL HOMESTAY INTERNATIONAL**
——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——
104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960
Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603
www.chiaupairusa.org

### Host Family Confirmation

1. Were you contacted by CHI's local coordinator within 48 hours after the arrival of your au pair into your home?

    Yes        No

2. Did CHI's local coordinator meet with you, your family, and your au pair within two weeks of your au pair's arrival into your home?

    Yes        No

3. Do you have monthly contact with CHI's local coordinator?

    Yes        No

4. If you have _re-matched with a replacement au pair_ please answer this question. If not, please skip to question number five.  Did CHI's local coordinator contact you twice monthly for the first two months following your replacement au pair's arrival?

    Yes        No

5. Were you advised by CHI's local coordinator to attend at least one family day gathering/event sponsored by CHI during the placement year?

    Yes        No

6. Did your au pair provide more than 45 hours per week of childcare?

    Yes        No

    If yes, please indicate the number of hours and explain in detail.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

    Please use the back of this paper if additional space is needed.

Defs.' Appx. 00000547



OPENING DOORS TO THE WORLD SINCE 1980!
• CULTURAL HOMESTAY INTERNATIONAL •
——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——
104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960
Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603
www.chiaupairusa.org

7.  Did your au pair work more than 10 hours per day?

      Yes          No

      If yes, please indicate the number of hours per day and explain in detail.

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

8.  Have you provided a private bedroom to your au pair?
      Yes          No

9.  Have you paid your au pair a weekly stipend of at least $195.75?

      Yes          No

      If No, please explain why _____
      _____
      _____
      _____
      _____
      _____
      _____

10.  Is you au pair currently enrolled (is expecting to enroll, or was enrolled) in a U.S. post-secondary institution of higher learning?

      Yes          No

      If No, please explain why:_____
      _____
      _____

11. Have you provided up to $500 for your au pair's enrollment at an American accredited educational institution of higher learning?

      Yes          No

      If No, please explain why:_____

ATTORNEY'S EYES ONLY
CHI0026948

Defs.' Appx. 00000548



*OPENING DOORS TO THE WORLD SINCE 1980!*

• **CULTURAL HOMESTAY INTERNATIONAL** •

——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——

104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603

www.chiaupairusa.org

Defs.' Appx. 00000549



*OPENING DOORS TO THE WORLD SINCE 1980!*

• **CULTURAL HOMESTAY INTERNATIONAL** •

——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——

104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960

Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603

www.chiaupairusa.org

Over all comments/suggestions:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I have answered the above questions as truthfully as possible.

Host Family Name:   _____

Host Family's Signature:   _____

Date:   _____

*Thank you for your time in completing this form.*

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000550

*OPENING DOORS TO THE WORLD SINCE 1980!*
• **CULTURAL HOMESTAY INTERNATIONAL** •
——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——
104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960
Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603
www.chiaupairusa.org

## Au Pair Confirmation

**1. Were you interviewed by the Host Family by telephone before you came to the U.S.A?**

Yes          No

**2. Did you attend CHI's 2.5 day arrival orientation meeting which included child safety training and childdevelopment (child care) instruction before you arrived in your host family's home?**

Yes          No

**3. Were you contacted by CHI's local coordinator  Within 48 hours (two days) after you arrived at your Host Family?**

Yes          No

**4. Did your CHI's local coordinator meet with you and your host family, in person, within two weeks of your arrival to your host family's home?**

Yes          No

**5.  Did you have contact with (speak with or meet) your coordinator once a  month?**

Yes          No

**6. If you have re-matched with a host family, did your CHI local coordinator contact you twice monthly for the first two months following your arrival to your new host family's home?**

Yes          No          N/A

**7. Do you provide more than 45 hours per week of childcare?**

Yes          No

If yes, please indicate the number of hours and explain in detail.

_____
_____
_____
_____
_____
_____

Please use the back of this paper if additional space is needed.

**8.  Do you work more than 10 hours per day?**

Yes          No

If yes, please indicate the number of hours per day and explain in detail.

**EXHIBIT A.15**

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000551

• **CULTURAL HOMESTAY INTERNATIONAL** •
——NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM——
104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960
Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603
www.chiaupairusa.org

_OPENING DOORS TO THE WORLD SINCE 1980!_

---

**9.   Are you or were you enrolled in a U.S. post-secondary institution of higher learning  (i.e college,university)for not less than six credit hours?**

     Yes          No

     How many credit hours did you earn? _____

     Briefly describe your course work:

**10.  Has your host family paid you or your school for the first $500 in costs spent to help cover the cost of your classes?**

     Yes          No

**11.  Do you have a private room (i.e. Do you have your own bedroom)?**

     Yes          No

**12.  Have you received at least $195.75 a week as a stipend?**

     Yes          No

**13.  Do you receive at least one and a half days off per week?**

     Yes          No

**14.  Do you receive one complete weekend off per month?**

     Yes          No

**15.  Have you received or will you receive two weeks paid vacation?**

     Yes          No

I have answered the above questions as truthfully as possible.

Au Pair Name: _____

Au Pair Signature: _____

Date: _____

_Thank you for your time in completing this form._

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000552

Cultural Homestay International

Agreed Upon Procedures Report

Au Pair Program
January 1, 2013 to December 31, 2013

**EXHIBIT A.16**

ATTORNEY'S EYES ONLY

CHI0025616

Defs.' Appx. 00000553



Certified Public Accountants & Advisors

## INDEPENDENT ACCOUNTANT'S REPORT
## ON APPLYING AGREED-UPON PROCEDURES

To the Management and Board of Directors
Cultural Homestay International

We have performed the procedures included in the Au Pair Compliances Audit Procedures which were supplementally issued in connection with the Exchange Visitor Program Regulations (the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as amended June 27, 1997 by the former United States Information Agency, now administered by the United States Department of State (the "Department of State"), and enumerated below, for Cultural Homestay International (the Sponsor). These procedures were agreed to by the management of Cultural Homestay International solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2013. This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

1.  We confirmed with the United States Department of State's website sponsor list that the Sponsor is currently designated as a bona-fide program sponsor in the "Au Pair" category.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the year ended December 31, 2013, we randomly selected 64 Program Participant files, as well as the associated Host Family files. In connection with those files:

2.  We read the DS-2019 (formerly IAP-66 Form), which is issued by the Sponsor, to determine that the participation of foreign nationals in the program is limited to not more than one year.

3.  We read the program literature and the signed agreement between the Host Family and the Au Pair Participant (the "Host Family/Au Pair Agreement") to determine that these documents limit the number of hours an Au Pair Participant is obligated to provide childcare services to not more than 10 hours per day and 45 hours per week. Of the 64 files tested, 64 Host Family/Au Pair Agreements were located and contained this information. We have confirmed directly with the Au Pair Participants whether this provision was adhered to (see results of number 28a and b, respectively).

dzhphillips.com

DZH Phillips LLP          P  415 781 2500        DZH Phillips LLP            P  510 834 6542
135 Main Street, 9th Floor  F  415 781 2530      1330 Broadway, Suite 630   F  510 834 2556
San Francisco, CA 94105    E  cpas@dzhphillips.com   Oakland, CA 94612      E  cpas@dzhphillips.com

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:

    a.   be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week

    b.   not provide more than ten hours of childcare on any given day

    c.   receive a minimum of one and a half days off per week, in addition to one complete weekend off each month

    d.   receive two weeks of paid vacation

    e.   receive up to $500 toward the costs of required academic course work

Of the 64 Participant Files selected for testing no exceptions were noted. We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e, f and m).

24. We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met. Of the 64 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 2 returned home or left the program prior to the completion of one year and the educational requirement was not met. There were no Host Family/Au Pair Status reports containing evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2013 and have not yet enrolled in an accredited U.S. post-secondary institution.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year. Of the 64 files tested, there were no exceptions noted.

25. We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the Au Pair Participants, Host Families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the Au Pair Participant, Host Families, and the regional counselors. As a result of applying this procedure to the Host Family/Au Pair Status Reports and actual contact records, 64 of the Host Family/Au Pair Status Reports and 64 of the actual contact records contained evidence that the Au Pair Participant/Host Family were contacted monthly. Of the 64 files tested, 62 files contained evidence that the Au Pair host family was contacted quarterly by the regional coordinator. Of the remaining 2 files, we noted that three of the four regional quarterly contacts were documented.

CHI0025623

26. We read the Host Family/Au Pair Status Reports, which counselors are required to prepare for unusual or serious situations, as defined in the Regulations, or incidents involving either the Au Pair or Host Family. Any incidents involving or alleging a crime of moral turpitude or violence, as defined in the Regulations, are to promptly be reported to the Department of State. Of the 64 files tested, 62 files contained all required quarterly Host Family / Au Pair Status Reports. See number 25 above for results of monthly contact testing on the remaining Host Family/Au Pair Status reports.

27a. We have reviewed complaints of the files tested submitted to the sponsor, including those initiated by Au Pair Participants and those initiated by the Host Family Participants for completeness. A summation of complaints is appended.

27b. There were no reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family.

28. We sent confirmations to the 128 Au Pair Participants. Of the 128 confirmations sent, 76 have responded associated with the sample selected for testing. The following outlines the responses to the confirmation questions.
   a. 76 responded that they worked 45 hours or less per week.
   b. 76 responded that they were required to provide no more than 10 hours per day of childcare.
   c. 74 responded that they received at least $195.75 per week as compensation. 2 responded that they did not receive at least $195.75 per week as compensation.
   d. 75 responded that they received at least one-and-a-half days off per week. 1 responded that they did not receive at least one-and-a-half days off per week.
   e. 76 responded that they received one complete weekend off per month.
   f. 74 responded that they did, or will, receive two weeks paid vacation. 1 responded that they did not, or will not, receive two weeks paid vacation and 1 did not respond.
   g. 76 responded that they had a private room.
   h. 75 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home. 1 responded that they were not contacted within 48 hours of their arrival at the Host Family's home.
   i. 76 responded that the Local organizational representative met, in person, with them and their Host Family within two weeks of their arrival at the Host Family's home.
   j. 76 responded that they had monthly contact with their Local organizational representative.
   k. 75 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning. 1 participant did not respond.
   l. 75 responded that they attended the 2.5 day orientation program which included child safety and child development instruction. 1 responded that they did not attend the 2.5 day orientation program.
   m. 56 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework. Out of the 20 remaining, 18 responded they were not reimbursed but also responded that they have not yet enrolled in classes, and 2 responded that they did not require reimbursement.

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000556

**2013 - Update**

## What is an Au Pair?

A young adult who has *the opportunity of a lifetime!* to learn and to discover a new country while living with an American Host Family. This is a cultural exchange program.

## REQUIREMENTS:

- Most importantly need to have a love for children. (Supply child care References and approximately <u>200 hours babysitting for under 2 years</u>) This is highly suggested, for reference for your portfolio!
- Provide no less than 500 hours child care reference hours.
- Provide - **2 x Non-relative** Childcare references.
- **Matric – Grade 12** (secondary education, symbol sheet or Reference Gr 12 letter from your school)
- **Driver's License** is compulsory for this program.
- You need to be between the ages of **18 and 26** years of age.
- **Passport** Valid for at least the next two years.
- **Non-Smoker** – this is a non-smoking program.
- Be Single and have no dependants (never been married/divorced)
- **12 months** program (complete by USA Regulations)
- Police Clearance Certificate (APT will drop and collect your certificate)
- **Attend (4) of the Au Pair Activities (cluster meetings) held by LAR (Local Area Representative) during my year.** (complete by USA Regulations) We suggest you go to every cluster meeting, every month.
- **You must complete your studies in the US, this is compulsory.** (complete by USA Regulations, recognized Colleges and Universities)
- Complete a detailed **Portfolio**, letters, references, photos, etc all that which is requested on the portfolio and program information.
- **To complete a Training Day with AU PAIR TRAVEL. Together with the training program requirements.** (complete by USA Regulations)

## PROGRAM INCLUDES:

- The American family provides you with return **Air Ticket** from your home country to the states.  (Terms and Conditions apply) excluding the air port taxes which the au pair pays ($200.00)
- You receive basic **medical coverage** highly advised to be read!
- <mark>A weekly salary of minimum **$195.75**</mark> (we suggest a save and spend method)
- **2 Weeks paid vacation** (either with your host family or on your own)
- $ 500 ((standard) **Study bursary** (as per chosen program (Compulsory by the US Dept. of State) <u>$1000.00 Educare</u>, salary and hours per week will be different from that of the standard program)).

    Standard program – 45 hours per week, $195.75 p/w and $500 Bursary
    Educare program – 30 hours per week, $146.18 p/w and $1000 Bursary

Rietfontein Pavilion Shopping Centre, Shop 14, C/o Jacobs and Frates Road, Rietfontein, Pretoria, South Africa
Telephone +27 12 329 9853
Facsimile 086 239 3809
angel@aupairtravel.co.za

**Applicant Signature** _____

**EXHIBIT A.17**

ATTORNEY'S EYES ONLY                    CHI0021306

Defs.' Appx. 00000557

Message

| | |
|---|---|
| **From**: | Deborah Herlocker [chideborah@chinet.org] |
| **Sent**: | 4/11/2011 9:20:56 AM |
| **To**: | Chris Burbach [chichris@chinet.org] |
| **Subject**: | Re: Diana/████ |

Hi Chris,

She's already en route but I'll ask Damaris to make sure the agency lets the Au Pairs know that with CHI they would just be making the $195.75. That agency also works with Au Pair International and I see they have the Au Pair Professional program which Diana would probably qualify for. That weekly stipend is $225/week so that is probably where the confusion is coming from. We don't have a higher stipend for applicants who are more highly qualified.

Sincerely,

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 8 April 2011 10:30, Chris Burbach <chichris@chinet.org> wrote:

Hi Deborah,

Diana questioned ██████ about the weekly stipend amount.  She said that her "friends" were making $250!  It might be good to contact her before she arrives to clarify that the amount we pay is the government regulated amount and not open to negotiation!  I'll also talk with her at orientation next week.

Thanks!

**Chris Burbach**

**U.S. Regional Manager**

**CHI Au Pair USA Program**

**866-528-5152 (toll free office)**

**703-528-5152 (direct office)**

**EXHIBIT A.18**

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000558

**703-489-3968 (cell)**

**703-528-4699 (fax)**

**www.chiaupairusa.org**

**chichris@chinet.org**

ATTORNEY'S EYES ONLY

CHI0022791

Defs.' Appx. 00000559



# Partner Agent Manual

**Cultural Homestay International**
**104 Butterfield Rd.**
**San Anselmo, CA. 94960**
**www.chiaupairusa.org**
**chiaupairops@chinet.org**

**EXHIBIT A.19**

ATTORNEY'S EYES ONLY

# Table of Contents

PAGE

**Section 1 – Introduction and Program Overview**    **4 - 7**
- **Welcome to CHI Au Pair USA**
- **Who is CHI**
- **CHI Au Pair USA program Definition**
- **Department of State Regulations (DoS)**
- **CHI Au Pair USA Director, Operations and Field Staff**

**Section 2 – Au Pair Applicant**    **7 - 9**
- **Working with our Partner Agencies**
- **Au Pair Applicant Recruitment**
- **Applicant Availability**
- 

**Section 3 – Host Families**    **9 - 11**
- **CHI Au Pair USA Host Families**
- **What host families look for in an Au Pair**

**Section 4 -  Au Pair Candidates**    **12 - 17**
- **What qualities to look for in an candidate**
- **The CHI Au Pair USA Application**

**Section 5-  Candidate Screening/Interview/Evaluation**    **17 - 22**
- **CHI Au Pair USA Screening/Interview Report:**
- **Booraem Flowers Psychometric Test and structured interview**
- **CHI Au Pair USA Screening/Interview information**
  Cultural Shock and Homesickness
  Commitment to the Au Pair program
  Disciplining the children
  American Holidays
  Smoking
  Alcohol and under age drinking
  Driving in the U.S. and access to a car
- **Candidate information and fact checking**

**Section 6 -  The Matching Process**    **24 - 25**
- **Host Family Applications**
- **How the website matching process works**
- **Host Family telephone interview guide**
- **Au Pair candidates receiving calls from host families**
- **Match deadlines, arrivals and orientations**
- **Making the decision to match**
- **The match confirmation process**

**Section 7 – Pre-Arrival Orientation**    **26 - 29**

2

Defs.' Appx. 00000561

- **Pre-departure Orientation**
- **CHI Au Pair USA Pre-departure package**
- **CHI Au Pair USA - Au Pair Handbook**
- **J-1 Visa, form DS 2019 and SEVIS explanation**
- **Second year extension**

**Section 8 -  Travel and flight information**                        **29 - 30**
- **Flight arrangements**
- **International Arrival Flights**
- **Departure flights**

**Section 9 – Au Pair Payment Fees**                        **30 - 31**
- **Weekly Au Pair stipend**
- **Educational Component and fees**
- **Sun Trek Tours and/or Educational Traveling Opportunities**

**Section 10- Arrival Orientation**                        **31 - 32**
- **Arrival Orientation / Training**
- **Arrival Orientation other than training**

**Section 11 – Host Family Homestay year**                        **32 - 36**
- **Arrival at the host family's home**
- **60 day adjustment period**
- **Host Family and Cultural information**
- **Caring for the host family children**
- **Hosting family's community**
- **The thirteenth month**

**Section 12 – Insurance and Tax Information**                        **36 - 37**
- **Au Pair medical insurance**
- **Au Pair car insurance**
- **Social Security Number**
- **Tax information**

3

Defs.' Appx. 00000562

- Transportation from the arrival airport to the orientation site
- Transportation from the host family's home to the international airport (usually the same one that the Au Pair arrived from).
- Any payments due to changes to the original international tickets
- Reviewing the U.S. Department of Homeland Security "Fact Sheet – What to Expect on Arrival in the U.S." (refer to appendix page in the back of this handbook)

## Departure Flights:

The Au Pair should be made aware that she will need to request her return flight. The **Au Pair must complete the "Return Travel Itinerary Form" eight weeks BEFORE the requested departure date.** If the Au Pair chooses to travel for the "13[th]" month, CHI Au Pair USA strongly recommends that the Au Pair extend her medical insurance. She can do so by purchasing a one month extension. **If the Au Pair decides to travel during the "13[th] "month, she will not be able to leave the U.S. and return again for her flight home. During the "13[th]" month of travel, Au Pairs should travel only within the U.S. until they are ready to return to their home country.**

## Section 9 - Au Pair Payment (Stipend) Fees

### Weekly Au Pair Stipend:

As required by the DoS regulations, the host family pays the Au Pair a weekly stipend. **Please refer to the stipend notice for information on the current stipend. The stipend is tied directly to minimum wage, so when the minimum wage increases, the stipend will increase. If the host family pays the Au Pair in cash, CHI Au Pair USA requires that the host family give the Au Pair a receipt at the time of the weekly payment.**

The Au Pair is entitled to two weeks (14 days) paid vacation time during the program year. After the first two months, the Au Pair accrues one day of vacation time per month during the program year. It is important that the Au Pair understands that she must discuss the vacation time with her host family BEFORE she makes any plans.

### Educational Component and Fees:

The DoS requires that every host family pay up to $500 towards the educational component. This educational component is part of the cultural exchange part of the program, and encourages the Au Pair to learn something new, or explore the U.S. **The Au Pair will not**

30

CHI0002730

Defs.' Appx. 00000563

receive any remaining funds should her educational expense be less than $500. The Au Pair is also responsible for paying any additional cost above $500 to fulfill her educational requirements.

# *Section 10 – Arrival Orientation*

## Arrival Orientation/Training:

As of now, CHI Au Pair USA will hold our arrival orientations in Washington, D.C.  We will have an on site Orientation Trainer who will meet the Au Pairs upon arrival at the hotel, conduct training sessions, and assist them throughout the orientation. We will also have an instructor for CPR/child-infant first aid. CHI Au Pair USA believes that the arrival orientation is one of the most important components of the program and can insure that the Au Pair has a positive experience.

Our Orientation Trainer will conduct 32 hours + of training. The training will include the following:
- CPR/Infant first aid
- Child safety, child development and childcare
- Review of the Au Pair Handbook and DoS regulations
- Review of the "What to Expect…" childcare book
- Car safety and road safety
- In depth information on American culture and adjustment period
- Use of videos for training purposes
- Question and answer period at the end of each day

The orientation hours are approximately 8 hours/day. The evenings will be free for the Au Pair participants. It is recommended that the Au Pair bring a minimum of $200 USD to use as pocket money toward dinners.  Please be sure to remind the Au Pair to bring the "What to Expect…Babysitter's Handbook" to the arrival orientation, as this book will be referred to frequently during the orientation sessions.  If the Au Pair arrives without the handbook, she will be able to purchase another one at the orientation.

## Arrival Orientation Other Than Training:

- Hotel located in Washington, D.C area, close to the Reagan Airport. We will send an arrival orientation form with the candidate's air ticket, including all the specific information for each orientation, such as hotel name, address, phone number, coordinator contact phone number, emergency number etc. . . Safe and secure, 2-3 Au Pairs/room

31

ATTORNEY'S EYES ONLY

CHI0002731

Defs.' Appx. 00000564



Opening Doors to the World since 1980!
**CHI- CHI AU PAIR USA**
—— A NON-PROFIT EXCHANGE PROGRAM——
104 Butterfield Rd.  San Anselmo, Ca 94960 USA
Tel: 415-459-5397 ext. 123 FAX: 415-459-5603

# SUPPLEMENTARY DOCUMENTS FOR PARTNER AGENCY

All the following documents will be sent to the partner agency with the au pair pre-departure package.

1) Department of State Program Regulations
2) Department of State Welcome Brochure
3) Department of State Weekly Wage Due To Au Pair Program Participants
4) Travel Tips
5) Preparations for CPR and First Aid Training
6) Arrival Orientation Schedule
7) Partner Agency Pre-departure Orientation
8) Cultural Shock
9) ABC of American Culture
10)   Au Pair tips
11)   Chid care questionnaire (to be completed by the au pair before her departure)

**EXHIBIT A.20**

ATTORNEY'S EYES ONLY

CHI0002398

Defs.' Appx. 00000565



Opening Doors to the World since 1980!

## CHI- CHI AU PAIR USA

—— A NON-PROFIT EXCHANGE PROGRAM——
104 Butterfield Rd.  San Anselmo, Ca 94960 USA
Tel: 415-459-5397 ext. 123 FAX: 415-459-5603

# 3) Department of State Weekly Wage Due To Au Pair Program Participants

CHI0002405

Defs.' Appx. 00000566



Opening Doors to the World since 1980!

• **CULTURAL HOMESTAY INTERNATIONAL** •
------NON-PROFIT EDUCATIONAL EXCHANGE PROGRAM------
**104, BUTTERFIELD ROAD, SAN ANSELMO, CA 94960**
**Tel. 1 (415) 459-5397   Fax. 1 (415) 459-5603**
**www.chiaupairusa.org**

June 14, 2007

To:          CHI Au Pairs and Host Families

From:        Jackie Sant Myerhoff
             Director, CHI Au Pair USA

Subject:     Au Pair Stipend Increase

An increase in the federal minimum wage has been signed into law recently and will result in an increase of an au pair's weekly stipend. This increase will be phased in over the next two years.

**Therefore, host families will be required to pay the following weekly stipend to their au pair:**

| | |
|---|---|
| **As of July 24, 2007** | **$157.95** |
| **As of July 24, 2008** | **$176.85** |
| **As of July 24, 2009** | **$195.75** |

**The increases in the stipend affect all au pairs currently in the country as well as those who arrive after these changes go into effect.**

*Explanation:*
Over the next two years, the federal minimum wage will increase from the current $5.15/hour to $7.25/hour as follows:

July 24, 2007: The minimum wage increases to $5.85/hour

July 24, 2008: Increases to $6.55/hour

July 24, 2009: Increases to $7.25/hour

The weekly stipend for the au pair program is directly connected to the federal minimum wage per the hourly rate above. The stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board host families provide for their au pair. The room and board credit currently is 40% of an au pair's credited compensation.

If you have questions regarding the stipend increase, please contact your Coordinator or Chris Burbach at: 1-866-528-5152.

Thank you for your continued support of this program and international cultural exchange.

Kind Regards,

*Jackie Sant-Myerhoff*

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000567

## Frequently Asked Questions

**Will my au pair be able to speak English?** All CHI au pairs are thoroughly screened and have an in-person interview conducted in English. In order to be accepted into the program, au pairs must meet the minimum language requirement set forth by the Department of State. During the selection process, CHI encourages you and your family to interview the au pair candidate as many times as you wish so you can evaluate the candidate's language ability.

**How much control will my family and I have in selecting our au pair?** Host families have the advantage of being able to review the applications for all available au pairs, and make their own final decision on which au pair best fits their family. We encourage families to interview as many au pairs as they wish.



**What happens if our au pair is not a good fit for our family?** Should any issues arise while your Au Pair is here, your local coordinator and regional coordinator will do their best to help resolve the issue. If the match is simply not a good match, we will work with you to find you a replacement Au Pair to complete your original 12 month program for no additional cost.

### My Family is Ready to Apply!

Go to our website: www.chiaupairusa.org and request an application or call toll free: 800-432-4643 to talk to our Program Operations Department who will assist you with the application process.

## Why CHI Au Pair USA?

**EXPERIENCE:** CHI has 30 years of experience as one of the leaders in the field of international exchange programs.

**AFFORDABILITY:** For $350 a week, _per family_, CHI au pair live-in childcare is a tremendous value, especially for families who have more than one child.

**SUPPORT:** CHI provides your family with a superior program support structure committed to giving top notch personalized assistance, including a local Au Pair Coordinator in your community and a Regional Coordinator who is available 24/7.

**CUSTOMIZATION:** CHI au pairs are from over 50 different countries. Your family reviews a multitude of highly qualified and carefully screened au pair profiles. You make the final decision on which au pair is best suited for your family.

**SPONSORSHIP:** Your family can be assured that you are entering into a legal and regulated program. CHI Au Pair USA is a designated J-1 visa program sponsor by the U.S. Department of State and adheres to stringent government standards.

CHI Au Pair USA
104 Butterfield Road
San Anselmo, California 94960-1565
Web: www.chiaupairusa.org
E-mail: chiaupairops@chinet.org
Host Family Inquiries: 866-528-5152
CHI Main Office: 800-432-4643
FAX: 415-485-4904



# CHI Au Pair USA



_Loving and Affordable Childcare from Around the World!_





www.chiaupairusa.org

**EXHIBIT A.21**
CHI0000219

Defs.' Appx. 00000568

CHI0000220

## What is an Au Pair?

Au pairs are a diverse group of compassionate young adults from around the world who become a member of your family while providing safe, attentive and affordable live-in childcare. They travel to the U.S. on a J-1 Exchange Visitors Visa with the intent of learning and appreciating American customs and lifestyle, and at the same time, your family benefits from the cultural childcare experience.

*"Cindy has become such a blessing to our family. She has started teaching us French and we plan to take the family to visit her in Belgium. What an incredible exchange this year has been and will be for our family!"*

*- A CHI Host Family in California*

## What Can an Au Pair Do?

The au pair provides up to 45 hours per week (30 hours for Educare Au Pairs) of childcare. The duties will take up no more than 5½ days a week and no more than 10 hours per day. All the au pair's duties will be focused specifically on the children; heavy housework is restricted. Some daily tasks may include:

- Waking the children, dressing infants and toddlers, bathing and playing with them
- Preparing meals for the children, tidying their belongings, making their beds and doing their laundry
- Driving the children to or from school, appointments and activities
- Caring for and watching the children while they are asleep if the parents are not at home

## Au Pair vs. Daycare or Nanny

### Incredible Value!

| Comparison | Au Pair | Daycare | Nanny |
|---|---|---|---|
| Only $350 per Week, per Family! | ✔ | No | No |
| Guaranteed 45 Hours of Childcare per Week | ✔ | Varies | Varies |
| Flexible Payment Plans | ✔ | Varies | No |
| Stress Reducer | ✔ | No | Varies |




*"This is an amazing program and I wish more families realized how affordable it is compared to the cost of daycare"*

*- A CHI Host Family in California*

### Peace-of-Mind Benefits

| Comparison | Au Pair | Daycare | Nanny |
|---|---|---|---|
| Consistent Childcare Training | ✔ | Varies | Varies |
| Personal Attention | ✔ | No | Varies |
| Flexible Schedule | ✔ | No | Varies |
| A Helping Hand Around the House | ✔ | No | Varies |
| Cultural Enrichment | ✔ | Varies | Varies |

## Au Pair Qualifications

CHI Au Pair USA maintains a strict and thorough screening and admissions procedure based on program visa requirements. Both the au pair and host family benefit from this detailed process and can feel confident that they are entering a program that exceeds the minimum standards.

Among Other Qualifications, the Au Pair Candidate is:

- Between the ages of 18-26 and is at least a high school graduate;
- Proficient in English language ability;
- Experienced with recent documented practical childcare experience;
- Required to have 200 hours of documented infant care experience if caring for children under the age of two;
- In possession of a driver's license;
- Screened for a criminal background check;
- Able to submit three references and able to pass a psychometric test which measures behavior and personality;
- Personally interviewed by CHI's representing overseas partner organization;
- Willing to share customs and culture from her home country.



Defs.' Appx. 00000569

Message

| | |
|---|---|
| **From**: | Chris Burbach [chichris@chinet.org] |
| **Sent**: | 1/18/2013 5:57:17 AM |
| **To**: | 'Christine Burbach' [cburbach@verizon.net] |
| **Subject**: | TGIF Weekly Update |
| **Attachments**: | CHI's FB group email to participants.doc; In country au pairs.doc |

Hi Everyone,

I hope it's been a good week for you.  This week seems to have hit many folks with the flu and various bugs.  Hopefully, you have escaped!!  Chloe has been home ill for the last two days and I'm now fighting something that I'm trying hard to ignore!  I've had a few calls from au pairs about whether they have to make up sick days.  What we say in the HF Handbook is this:

*The host family is responsible to have an alternative childcare plan if the au pair is too ill to care for your children.  If the au pair misses a day or two of work due to illness, she can make it up by working extra hours that week as long as she does not exceed 10 hours per day or 45 hours per week.  She should still receive her full stipend for the week.*

With illnesses that we are seeing across the country, it is really important for everyone to be as flexible and helpful as possible.  After all, isn't that what being part of a family is all about --- stepping up to the plate when needed.  Hopefully your au pairs and families can work out the hours issue around any illnesses they may face.  When is spring going to be here??!!

In the way of a several other updates, here you go ....

- **We have a new Facebook group for  CHI participants in all our exchange programs (except for AYP; they are too young!).** This group is only for participants to connect and find out about events in their area. For example an au pair in Seattle can check ask if there's anybody else in the area to go out for a coffee or to go to a movie, etc.  All CHI program participants (including all of our au pairs) have been sent an email (attached) to join the group but you may want to forward the attachment again and urge them to connect as desired.  In the future, all au pairs will receive information about this site even before they travel to the US.  It will be a great resource especially for the au pairs who are living in an area with few other CHI au pairs.  The interns and trainees will be in their age group and come from all over the world.   The group is brand new so there's not much traffic yet but as soon as we add all of our work and travel students plus the interns/trainee participants it will be very busy!  CHI literally has thousands of students/interns/trainees/au pairs all over the country!

**EXHIBIT A.22**

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000570

- **Speaking of Facebook ---- if you still aren't up on our APC/Staff group Facebook site, please take a minute and join!** Just ask CHI Kiara to be your friend.  Easy does it!  We now have over 40 of us on it, which is great!!

- **Our current in-country au pair list is much shorter!  See the attached.** We have one au pair available immediately and Ivetka is still available to extend for one year beginning in April.  She is a very strong au pair so I want to urge  you to send out email blasts for her.  The lucky family who gets  her will not be disappointed!

- **Once you have a family who has pretty much completed their application, go ahead and do the in-home interview/orientation.** There is no reason to wait until it gets closer to the arrival date for the au pair.  The sooner you can get the interview/orientation completed, the better.  This step will reassure all of us that the family is appropriate for the program and understand the regulations and expectations for a successful experience.  If the family turns out to not be appropriate, the sooner we can learn that will be best for all involved.

- **Please review the below note from our Au Pair Director, Jackie, referencing an important communication recently received from the State Department.**  Safety issues are always critical to ensure that our participants stay safe.  As always, please be in touch with me right away if you feel that the safety of an au pair could be compromised in any way.

- **One of our families recently question Chelle (APC/NJ/NY) about our fees and the fact that we don't offer as big a discount as some of the other agencies.**  Chelle's response (below) to the host mom was very short and to the point.  The facts speak for themselves and the mom saw that and is likely going to now continue with us.  While you can't be expected to know everything about the pricing, being able to communicate the basics will help lock in some families.

*I'm sure other agencies can be compelling. However, our agency fee is $7,200, so with the available discount you'd pay $6,900. I did a little research, and here is how we stack up against other leading providers;*

*Cultural Care*             $8045

*Au Pair Care*             $8200

*Au Pair in America*     $8195

*While we don't offer a $1000 discount, we're still $1000 less than other agencies, and you have the additional benefit of an established relationship, rather than starting over. We're affordable, and known to you and your family.*

ATTORNEY'S EYES ONLY                          CHI0007134

*I hope that helps frame your decision.*


*Chelle*


- If you have a family wanting to make a placement with a certain au pair, there are **3 easy steps you can guide them** with:


    1) When they login, they should go to the Au Pairs menu and select "Current Au Pairs."

    2) On the Current Au Pairs screen, they should click "Request Placement" beside Rita's name.

    3) They will be prompted to complete a short form confirming they have indeed interviewed Rita at least twice and wish to move forward.


- **To get paid in a quick, timely way, there are a few easy things that you must make sure are done:** 1) Your invoice will not be processed if you have any yellow triangles at the end of lines. Click on the yellow triangle and find out what is wrong. 2) When you complete a monthly report for an au pair who has changed families, there is a drop down box. You should click on that box and change the name to the current family. 3) You shouldn't submit an invoice without having all lines show a green tick.


- **We do state that there is only one rematch for families and au pairs, but we review each case individually.** If we really feel that the circumstances were completely out of the family's and/or au pair's control (so basically bad luck), we've been known to give the family and/or au pair another try and a second rematch. This is one reason the Incident Report is so important. We need to make sure we have all the key facts presented in a balanced way by the local coordinator. Thanks!


- **An au pair who extends for 9 months can look forward to 10 days of vacation, not 14. Six month extensions get one week of vacation.**


    I think that is it for now. Have a wonderful long weekend! CHI will be closed on Monday for the holiday.


**Chris Burbach**

CHI Au Pair USA

Defs.' Appx. 00000572

U.S. Regional Manager

866-528-5152 (office)

703-489-3968 (cell)

www.chiaupairusa.org

chichris@chinet.org

Dear Everyone,

Please read this important and a bit scary report from the DoS. We all need to be careful that our students and Au Pairs are not placed anywhere near Group Homes, Half-Way houses or residential facilities that house ex-prisoners. Sometimes, Group Homes can be located in regular neighborhoods, as the people who run them often rent houses. When you place a student, always check out the area, find out the route to and from school to make sure it is safe. Warn students and AuPairs not to be alone in dark alleys or in questionable parts of a town or city.

Although this case is not a usual occurrence, it nonetheless, requires a warning to the participants in our programs.

APA's and Chris, please send this on to your Coordinators.

Jackie

---------- Forwarded message ----------
From: **Alexander, James T** <AlexanderJT@state.gov>
Date: Tue, Jan 15, 2013 at 3:07 PM
Subject: Recent Issue Regarding Student Safety
To: "Alexander, James T" <AlexanderJT@state.gov>

Dear Sponsors,

ATTORNEY'S EYES ONLY

CHI0007136

Defs.' Appx. 00000573

I am sending this e-mail to all sponsors to raise your awareness of a recent incident involving an exchange student living in Clearwater, FL.  The student was violently assaulted and raped this past December (allegedly) by a resident living at a Goodwill halfway house near the host family home.   Here is recent media coverage of the incident:

http://www.msnbc.msn.com/id/50349298/ns/local_news-tampa_fl/t/man-arrested-sexual-assault-clearwater-student/

http://baynews9.com/content/news/baynews9/news/article.html/content/news/articles/bn9/2013/1/2/arrest_made_in_teen_.html

While some of this e-mail is directed toward sponsors who place students in Florida, the larger issues raised by this incident are applicable to the whole community.

The facility is located at:

Largo Residential Re-Entry Center

16432 US Highway 19 N

Clearwater, FL   33764

For those of you with current students living near this facility or for those considering placing future students in that part of town, please be aware of potential concerns in this geographic area.  As always, the Department wants to stress that sponsors consider all potential threats to student health, safety and welfare when making placements.  We know it is general sponsor practice to have LCs pay attention to the neighborhoods in which they place students and certainly want to encourage extra vigilance when placing students near facilities such as that mentioned above.

For those that do have students placed near the Largo facility—and, we know that there are several sponsors that do— please make sure that these host families and students are being appropriately cautious.

The Department understands that there are thousands of facilities across the United States that have some similar role, whether it be the rehabilitation of felons, drug/alcohol abusers and more.  It is difficult to be aware of all such facilities and it is true that not everybody using their services is a threat .  We are quite cognizant of these facts.  Yet, we simply want to remind sponsors to investigate and use good judgment in choosing the homes and neighborhoods in which you all place your students.

ATTORNEY'S EYES ONLY

Defs.' Appx. 00000574

I recognize you are all working hard to watch over your student charges and appreciate your giving your attention to this matter.


Best,


James


*James Alexander, Ph.D.*

Program Analyst

Private Sector Exchanges, Office of Designation

Bureau of Educational and Cultural Affairs  (ECA/EC/D/PS)

U.S. Department of State

SA-44, Suite 668

301 4th Street, SW

Washington, DC 20547


Ph: (202) 203-7794

Fax: (202) 203-7000 (not yet operational)


E-mail: alexanderjt@state.gov


--------------------------------------------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------

ATTORNEY'S EYES ONLY

CHI0007138

Defs.' Appx. 00000575

ATTORNEY'S EYES ONLY

CHI0007139

**From:** 果 雷 <lg.sunels@yahoo.com.cn>
**Subject:** Re: few questions
**To:** Deborah Herlocker <chideborah@chinet.org>

Defs.' Appx. 00000576

Dear Debroah,

Thank you so much for your honest reply. I will let them know and we will look for really qulified applicants.

Best regards,

LG

--- 11年11月17日，周四, Deborah Herlocker *<chideborah@chinet.org>* 写道：

发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年11月17日,周四,上午12:32

Dear LG,

That is actually a really good question.

The economic issues have influenced all the J1 programs including Au Pair.

Since the Au Pair program can be quite expensive for many host families ( in addition to the weekly stipend they pay an agency fee which covers most of the Au Pair"s costs and this fee is between 6000-7000 dollars) and is a twelve month commitment, some families are comfortable with signing up and hosting an Au Pair. They either cannot afford it or they are uncertain about whether they will still have a job five, six months down the road.

So there are a lot more Au Pairs seeking placements than there are families who are able to host them at this time. This is why I am encouraging agencies to really recruit very qualified applicants (for example: teacher, special needs qualified applicants, etc. . ), which will encourage families to make a big step and host an Au Pair.

I often wish there was a way to decrease the cost for host families, but unfortunately due to the regulations imposed upon us by the U.S government, it is a very expensive program to run! :(

My recommendation is to be honest with applicants - we cannot guarantee placement and let them know that applicants with the following criteria are more likely to be placed:

- Infant Care qualified
- Qualified teachers or nurses ( so they are involved in a field related to childcare)
- Advanced English skills
- Experienced driver.

Sincerely,
Deborah Herlocker
Operations Manager

**EXHIBIT A.23**

CONFIDENTIAL

CHI0003367

CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

Defs.' Appx. 00000577

On 16 November 2011 00:11, 果 雷 <lg.sunels@yahoo.com.cn> wrote:

Dear Decroah,

Right now some students and their parents are asking us about the chances of matching with host families after the financia crisis started in US. They worried about the economy will affect many families drop out from this program thus reduces the chances for the au pairs to find host families.

Since you know better of the situation in American than me. I wanna hear your opinions as this question concerned.

Thank you so much!

LG

--- 11年11月10日，周四, Deborah Herlocker <chideborah@chinet.org> 写道：

发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年11月10日,周四,上午1:35

Dear LG,

I'm glad the snow hasn't come for you yet!

Yes, there is a way for Au Pairs to pay an additional fee and upgrade their insurance so that the deductible is less ($50) or there is no deductible ($100). It can be quite expensive to upgrade to the no deductible option though so we have only had one Au Pair who has actually upgraded.

I'm attaching the document again. Let me know if it is still not opening and I"ll try something else.

I'm also attaching some more documents for you to review:

- Information on American Culture - we provide this to every Au Pair upon placement
- Tips from a previous Au Pair

- Information on our Orientation in D.C Defs.' Appx. 00000578
- Information on Taxes
- Telephone INterview form to assist with speaking with HFs.

- Travel Tips for Au Pairs on their way to the orientation

I hope those help!

Sincerely,


Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org



On 8 November 2011 23:10, 果 雷 <lg.sunels@yahoo.com.cn> wrote:


Dear Deborah,



Thank you so much for your warm notice about the cold weather. The same to you, wear more and stay warm. It's very ni those days in Chengdu, beautiful sunshine and little breeze.



About the insurance, is there upgraded package with no deductible of $100 for illness or injury? Which means the Au Pai can pay more by herself?



Um i tried many time and cant download the attachment you send to me, do you mind to send it again? and if it's convien please enclosed a few more about the program. Thank you so much.



LG

--- 11年11月9日，周三, **Deborah Herlocker <chideborah@chinet.org>** 写道：


发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年11月9日,周三,上午1:03


Hi LG,

CHI0003369

I hope you are doing well and staying warm as the temperatures decrease.

Let me see if I can answer your questions!:

1) For International Flights, we book from Hong Kong, Shanghai and Beijing. The Au Pair is responsible for her own transportation to one of those airports, but she does not have to pay a surcharge for the flight from either of these three airports. Depending on the luggage regulations, she may have to pay some luggage fees. But there is no surcharge to CHI Au Pair USA.

2) There is a deductible of $100 per illness or injury. If an AP goes to the Emergency Room and is not admitted to the hospital, that deductible increases to $250.00.

3) Unfortunately we cannot guarantee placement in any specific area of the U.S.A, so I cannot guarantee that we would be able to place her around NYC. It is very competitive to find placements, especially for Chinese applicants, so we do tell applicants that they need to focus on finding a family that is the right fit and with whom they'd be happy and not worry about location.

We do not have many promotional materials aimed at Au Pairs as usually our partner agencies develop their own marketing materials. Since you know your  market better, you are usually better able to create materials that will appeal to potential Au Pairs. We focus our marketing more on finding great families for your Au Pairs. The only marketing flyer we have for Au Pairs is attached.

I can send you a few of these as well as some materials that are given to Au Pairs that will help you learn more about the program and thus will help you promote the program in China, if you wish. Let me know if you'd like me to send this along.

Sincerely,


Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org



On 7 November 2011 22:16, 果 雷 <lg.sunels@yahoo.com.cn> wrote:


Hi dear Debroah,


Okay, thanks for explainning it for me. SInce i used to be an Au Pair, so i am quiet understanable on both sides of Chine Au Pairs and American HFs. I will write to her under my name about this issue.



Um I have more questions wanna ask you about the benifits that the Au Pair can get, becasue yesterday a girl who wann apply this program is comparing CHI with Au Pair in America. She wanna choose one agency cheaper and better.

CHI0003370

Defs.' Appx. 00000580

So here are they:

1. Does the Au Pair have to pay for the round trip flight surcharge. I remember I paid 650$ at Au Pair in America. How about CHI?

2. With the insurance coverage, does the Au Pair still have to pay deductible if they visit hospital. I paid 100$ deductibl when i was in US with my baisc insuance package.

3. This girl wanna stay at the Northeast of America, which is surrounding NYC. With CHI does she has less chances to a HF there than in CA?

Last I am wondering if its possible for CHI to mail us some of your color printed brochures about CHI, this program and useful information for the apllicants, because i found we dont have any materials looks pretty to show the visits and universities.

Thanks for your time and best regards,

LG

--- 11年11月8日，周二, Deborah Herlocker <chideborah@chinet.org> 写道：

发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年11月8日,周二,上午1:22

Dear LG,

I know it is a cultural issue. Most of our Chinese, Japanese and Thai Au Pairs have this issue. It's one of the biggest concerns as Americans value open communication highly so our families base their relationships with Au Pairs on the fact that the Au Pair will be honest and let them know if there is a problem. We try to inform them of the cultural values regarding communication, but most of our host families are also very busy and they really rely on the Au Pair speaking up if she needs something or has a problem.

I've heard that a family in New YOrk will be taking Lucy and am waiting on the final documentation. Her coordinator there will be called Becky and Becky has already been in touch with Lucy. As the partner agency I will be the main contact for you though!

Sincerely,

Deborah Herlocker

CHI0003371

Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 6 November 2011 17:40, 果 雷 <lg.sunels@yahoo.com.cn> wrote:

 Dear Deborah,


Okay, i got what you mean and i will try to let her know the importance of communicating with her family actively by herself once there is any problem arose. But i am quiet understandable about why she prefers to keep silent than speak out.  The culture will play a big role although it also depends on individuals.


Thanks for your suggestions and i believe this will helps her a lot in getting along with the next family she is moving to.  And right now she is quiet excited about moving to NYC. Will you still be her CC by then? Or i should contact wi another CC when she is there.



Best regards,


LG

--- 11年10月29日 ，周六, Deborah Herlocker <chideborah@chinet.org> 写道 ：


发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年10月29日,周六,上午12:49


Dear LG,

No worries. She is interviewing with a few families and hopefully one of them will be a good fit. One issue we did come across is that with her current family that she is leaving, she never actually told them about how unhappy she was. She told us and we spoke to the family, but she never told the family. This caused some issues as the family then assumed it was just CHI who was being "evil and mean," and that Lucy was quite happy with them.

I recommend when she moves on to a new family, to try and be communicative regarding her concerns, not just with CHI, but also with the host family. This will help.

Sincerely,

Defs.' Appx. 00000582

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 28 October 2011 00:00, 果 雷 <lg.sunels@yahoo.com.cn> wrote:

   Hello dear Deborah,

Thank you for forwarding me the report and I am so sorry to reply so late. I got news from Lucy already. I was infor
that she was quiet upset about doing some of the works beyond the contract between HF and herself, etc.

I know she is still in rematch process now. I sincerely hope you can help her to contact some potential HFs since she
first Au Pair we sent and now we are going to serveral colleges to promote Au Pair programs. We wish she could sta
the program ends.

Thank you so much~!

Best regrads, LG

--- 11年10月19日，周三, Deborah Herlocker <chideborah@chinet.org> 写道：

发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年10月19日,周三,上午7:57

Dear LG,

Unfortunately I write you with bad news. Lucy's newest placement is not working out. The family has decided that
their needs are beyond what an Au Pair can provide and are withdrawing from the program. ( please see incident
report below). Lucy is now in the rematch stage to find a new host family.

CHI0003373

**Incident Report**

| | | | |
|---|---|---|---|
| **Au Pair code:** | CNSI2131 | **Au Pair name:** | Lu Huang |
| **APC name:** | Shari Shearman | **RAPC name:** | Chris Burbach |
| **Host Family:** | Jennings | | |
| **Date of incident:** | 10/17/2011 | | |
| **Short description of the incident:** | HF not keeping to the rules | | |

Defs.' Appx. 000685

**Full description of the incident:**
HF not following DoS regulations and wanting to end program due to being asked to make changes. In talking with AP and HF over several weeks, I learned several problem areas: - HF expecting AP to do household and HF/HM laundry - AP has been regularly cooking dinner for entire family and the clean-up - HF disgruntled about AP taking a credit dance class at $$ rather than free non-credit ESL class saying they should not have to pay for a 'hobby' class rather than academics even though both are taught at CCSF. - HF continuously asking AP to pay for groceries, bus fares for the kids and herself, etc., and yet not repaying until she asks for reimbursement. Then they give her less money requiring her to either forego difference or ask them to correct payment. - HF insist upon paying AP stipend in cash so she will not get in trouble with IRS even when told there is no concern and program above board. - HF can be late with stipend payment if unable get to the bank for cash. AP prefers check or direct deposit but HF will not agree to this. - AP was taking care of other family's children and HF upset when informed this must stop.

**Proposed solution:**
Meeting with HF and AP to clarify rules, problem solve and move forward.

**Action by the APC:**
We met on 10/9/2011 and went through a list of issues giving everyone a chance to air concerns and to institute problem solving endeavors. It felt productive, although HF said they would consider whether to end program because of the need to stick to various rules.

**APC's comments, suggestions and/or messages:**
After the meeting, some positive changes were made such as a petty cash box, however, the HF was doing some retaliation via attitude, not including AP in family events. They are struggling with the cultural exchange aspects of the program and have informed me they want to drop out. I believe they will do better with another form of care for their children.

**RAPC's additional comments, suggestions and/or messages:**
It seems this family does not want to work within the parameters of the regulations and will in fact be a better fit for childcare that is not so regulated and involving the cross cultural support piece of our program.

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

2011/8/30 Deborah Herlocker <chideborah@chinet.org>

Dear LG,

There is no government regulation about married or divorced applicants. However, we do not in general accept married applicants as they will need to leave their husband behind when they come to the U.S.A. This greatly increases their chances of returning home to China earlier than expected.

For divorced applicants, we can accept them as long as they have no children and are able to pass all of the other requirements of our program.

Sincerely,

CHI0003374

Defs.' Appx. 00000584

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org


On 29 August 2011 18:50, 果 雷 <lg.sunels@yahoo.com.cn> wrote:

Dear Deborah,


Thanks for your promot reply. Which is really clear answers. Just one more question about married or divorced it matter for applying?


Thanks again for your pacience.


Best regrads,

LG

--- 11年8月30日，周二, Deborah Herlocker <chideborah@chinet.org> 写道：


发件人: Deborah Herlocker <chideborah@chinet.org>
主题: Re: few questions
收件人: "果 雷" <lg.sunels@yahoo.com.cn>
日期: 2011年8月30日,周二,上午5:29


Dear LG,

It is nice to meet you! I hope you had a great program year in the U.S.A!

Now let me see if I can answer your questions:


1) The ages are set by the U.S government so they are strict. Once an applicant turns 27, he/she cannot apply for Au Pair program or get the visa. An applicant who is seventeen will need to wait until she is 18 to even apply for visa.

2) We can accept male Au Pairs, but it is much harder to place them. If you accept any male applicants, you should be very honest with them that it will be very hard to find a family and they should be prepared for the chance the

CHI0003375

Defs.' Appx. 00000585

won't find a family.

3) The only government requirement for education is the high school diploma, so we do not require higher educa
We have found it is harder to find families for younger Au Pairs as many families connect young age with lack o
maturity, though.

And that was all for now, I guess!

Take care!

Sincerely,

Deborah Herlocker
Operations Manager
CHI Au Pair USA
1-800-432-4643, ext 176
chideborah@chinet.org
www.chiaupairusa.org

On 29 August 2011 00:27, 果 雷 <lg.sunels@yahoo.com.cn> wrote:

Hi Dearest Deborah,

My name is LG. I am working for Sunels International Co. Right now i am in charge of Au Pair program. And i
an Au Pair in America and just came back this June. So far we did some program promotion and we were asked
applicants few questions below:

1. about ages: does slight difference on ages is possible to participate the program. Say 17 or 27 years old?

2. about gender: I've met with male Au Pair from Germany in US. So i am wondering is there any possiblities fo
applicants from China to do this program;

3. about marriage: does married or divorced applicants have any affect(in bad way or good way) on applying this

4. about education: few people interested in the program are just 18 years old. Thus they only hold high school o
higher education background. Could this be acceptable?

CONFIDENTIAL

CHI0003376

Thanks for your time to reply and its my great honor to work coperatviely with you.

Defs.' Appx. 00000586

Best wishes,

LG

CHI0003377

Defs.' Appx. 00000587

**Alliance Annual Meeting**

**Au Pair Breakout Session**

**October 19, 2016**

Ruth Ferry- Director of Au Pair in America opened the session with brief introductions of ECA staff and AP Sponsor staff.

**Stacey Gomelsky - Program Analyst, Office of Designation** began by thanking all AP Sponsors for utilizing the new reporting template implemented in November 2015. This new format will allow for ECA to more effectively pull data and provide accurate outcomes statistics. Stacy then shared specific ECA data for Au Pair arrivals through September 30, 2016.

The following was reported:

- Top sending countries:
    a. Germany
    b. Brazil
    c. Colombia
    d. France
    e. South Africa
    f. Sweden
    g. Austria
    h. Italy
    i. Poland


- 76 % of Au Pairs placements are in the following top 10 U.S. States:

    a. California
    b. New York
    c. Virginia
    d. New Jersey
    e. Massachusetts
    f. Maryland
    g. Connecticut
    h. Illinois
    i. Washington
    j. Pennsylvania

**EXHIBIT A.24**

CONFIDENTIAL                    CHI0029880

Defs.' Appx. 00000588

The results of the HF/AP satisfaction surveys demonstrated a high satisfaction rate amongst both Au Pairs and Host Families. The following was reported:

93% Au Pairs recommended the Au Pair program

92% Host Families recommended the Au Pair program

The summation of complaints demonstrated that the rematch process and the educational component continue to be areas of weakness that require improvement.

The AP Annual Report containing the full specific breakdown of the satisfaction surveys and ECA data will be readily available for all Au Pair Sponsors very soon.

---

**Joy Proctor – Program Analyst, OPA** began by highlighting the new reporting template and encouraging Sponsors to "when in doubt, report"

Joy then went on to report on the results of the Au Pair meet & greet meetings held during 2015-2016.

The following comments and concerns were expressed by the Au Pair participants during the meet and greet:

- 14 day rematch period is too short
- Overall feeling of anxiety related to the rematch process
- Au Pairs feeling that the HF is more a priority
- Local Coordinators encouraging Au Pairs to do things outside Au Pair duties
- Lack of comfort with Local Coordinator (inability to communicate feelings, etc)
- Screening/Vetting (Host Families) – AP expressed that better vetting of Host Families is needed. APs reported being placed with HFs who were not forthcoming  re: special needs, etc
- Lack of funds for return flights – APs reported that they do not have sufficient funds when notified by the sponsors to return home due to shortened program or termination.
- Screening/Vetting (English) – APs contacted the J-1 visa hotline are difficult to understand and at times are requesting a native speaker (Aps should have basic English language skills should they need to report an emergency situation)
- Program support – More guidance and support in regards to tax preparation, etc.
- Sponsors need to ensure that APs are fully informed of the consequences and adverse actions should they decide to leave their placement without following the required protocol.

Defs.' Appx. 00000589

**The following ideas for best practices were shared**:

- Requesting that Local Coordinators conduct regular monthly "in-person" check-ins
- Frequent training of Local Coordinators and Foreign partners
- Thorough vetting of Host Families and their children
- Program transparency – "When in doubt, report'
- Providing guidance and support regarding tax preparation and direction to IRS websites, etc
- Strong Sponsor support for Au Pairs

---

**Staying Connected and Sharing Stories –**

State Department emphasized the importance of sponsors working together to connect and share our stories. Communication leads were encouraged to connect directly with the State Department's Communications Director in an effort to share program highlights and program related content, etc.

Emphasis was placed on creating a platform for our participants to participate in activities that include civic engagement, volunteering in their local community, etc.

The State Department strongly encouraged both Sponsor and Au Pair participation in the NYC Marathon Volunteer Project.

Sponsors inquired on whether the State Department will go beyond the NYC marathon and seek out other volunteer events and opportunities, to which they commented that they were very open to any suggestions from Sponsors.

---

**Q & A Session**

1. State Department on-site audits – Sponsors inquired on whether the on-site audits have been completed and if more were to come. State Department did not provide a clear answer but it did some that most have been completed for the year.

2. Educational component and online courses – Sponsors expressed that it is becoming increasingly difficult for Au Pairs to find courses that do not combine both in-classroom and online courses and therefore requested further clarification as to whether this type

Defs.' Appx. 00000590

of course would be allowed. The State Department maintained that online courses are not allowed and reiterated that the intent of the educational component is to remove the Au Pair from their daily Au Pair duties and allow them opportunity to be exposed to American culture by being immersed in an academic like setting in a classroom environment with other students.

3.  Au Pairs entering into marriage while on program – The State Department confirmed a marriage certificate or a receipt demonstrating that the AP has taken the proper steps to legalize themselves would suffice. State Department also confirmed that termination of a participant that entered into marriage while on program would be left up to the discretion of the Sponsor, given the adverse consequences of termination.

4.  The State Department indicated that all AP Sponsors will be invited to a meeting with the ECA Staff and DAS Keri Lowery sometime in December. All Sponsors were encouraged to participate in creating the agenda. The Department has since sent an invitation to all Sponsors with a tentative meeting date of December 8, 2016.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO


JOHANA PAOLA BELTRAN, et al.,


            Plaintiffs,


vs.                          No. 14-cv-03074-CMA-KMT


INTEREXCHANGE, INC., et al.,


            Defendants.


    Deposition of CARRIE CROMPTON, taken on behalf
of the Plaintiffs, at the offices of GorePerry
Reporting & Video, 515 Olive Street, Suite 300, in
the City of St. Louis, State of Missouri, on the
22nd day of September, 2016, before Kristine A.
Toennies, RMR, CRR, CBC, MO-CCR #769, CSR (IL
#084-004388 & IA), and Notary Public.



**EXHIBIT B**

| Page 2 | |
|---|---|
| 1 | APPEARANCES OF COUNSEL: |
| 2 | |
| 3 | FOR THE PLAINTIFFS: |
| 4 | Ms. Sabria A. McElroy |
| 5 | Boies, Schiller & Flexner LLP |
| 6 | 401 East Las Olas Boulevard, Suite 1200 |
| 7 | Fort Lauderdale, FL  33301-2211 |
| 8 | (954) 356-0011 |
| 9 | smcelroy@bsfllp.com |
| 10 | |
| 11 | FOR THE DEFENDANT AU PAIR FOUNDATION: |
| 12 | Ms. Susan M. Schaecher |
| 13 | Fisher & Phillips LLP |
| 14 | 1801 California Street, Suite 2700 |
| 15 | Denver, CO  80202 |
| 16 | (303) 218-3650 |
| 17 | sschaecher@fisherphillips.com |
| 18 | |
| 19 | FOR THE DEFENDANT CULTURAL HOMESTAY INTERNATIONAL: |
| 20 | Mr. Jonathan S. Bender |
| 21 | Holland & Hart LLP |
| 22 | 555 17th Street, Suite 3200 |
| 23 | Denver, CO  80202 |
| 24 | (303) 295-8456 |
| 25 | jsbender@hollandhart.com |

| Page 3 | |
|---|---|
| 1 | APPEARANCES CONTINUED: |
| 2 | FOR THE DEFENDANT CULTURAL CARE: |
| 3 | Ms. Lyndsey M. Kruzer (By telephone) |
| 4 | Choate, Hall & Stewart |
| 5 | Two International Place |
| 6 | Boston, MA  02110 |
| 7 | (617) 248-5000 |
| 8 | lkruzer@choate.com |
| 9 | |
| 10 | FOR THE DEFENDANT AUPAIRCARE: |
| 11 | Ms. Peggy E. Kozal (By telephone) |
| 12 | Gordon & Rees |
| 13 | 555 17th Street, Suite 3400 |
| 14 | Denver, CO  80202 |
| 15 | (303) 534-5160 |
| 16 | pkozal@gordonrees.com |
| 17 | |
| 18 | FOR THE DEFENDANTS PROAUPAIR AND |
| 19 | INTERNATIONAL AUPAIR EXCHANGE: |
| 20 | Mr. Lawrence D. Stone (By telephone) |
| 21 | Nixon Shefrin Hensen Ogburn P.C. |
| 22 | 5619 DTC Parkway, Suite 1200 |
| 23 | Greenwood Village, CO  80111 |
| 24 | (303) 773-3500 |
| 25 | lstone@nixonshefrin.com |

| Page 4 | |
|---|---|
| 1 | APPEARANCES CONTINUED: |
| 2 | |
| 3 | FOR THE DEFENDANT INTEREXCHANGE: |
| 4 | Ms. Brooke A. Colaizzi (By telephone) |
| 5 | Sherman & Howard LLC |
| 6 | 633 17th Street, Suite 3000 |
| 7 | Denver, CO  80202 |
| 8 | (303) 297-2900 |
| 9 | bcolaizzi@shermanhoward.com |
| 10 | |
| 11 | FOR THE DEFENDANT EXPERT AUPAIR: |
| 12 | Mr. Bogdan Enica (By telephone) |
| 13 | Expert AuPair |
| 14 | 100 2nd Avenue S., Suite 3025 |
| 15 | St. Petersburg, FL  33701 |
| 16 | (727) 225-2649 |
| 17 | bogdan@expertaupair.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| Page 5 | | |
|---|---|---|
| 1 | INDEX | |
| 2 | PAGE | |
| 3 | Examination by Ms. McElroy | 6 |
| 4 | Examination by Ms. Schaecher | 111 |
| 5 | Examination by Mr. Bender | 113 |
| 6 | Examination by Mr. Stone | 116 |
| 7 | Examination cont'd by Mr. Stone | 120 |
| 8 | Examination cont'd by Ms. McElroy | 122 |
| 9 | Examination cont'd by Mr. Stone | 127 |
| 10 | | |
| 11 | EXHIBITS | |
| 12 | | |
| 13 | Exhibit 79 | 44 |
| 14 | Exhibit 80 | 49 |
| 15 | Exhibit 81 | 55 |
| 16 | Exhibit 82 | 67 |
| 17 | Exhibit 83 | 75 |
| 18 | Exhibit 84 | 77 |
| 19 | Exhibit 85 | 83 |
| 20 | Exhibit 86 | 85 |
| 21 | Exhibit 87 | 91 |
| 22 | Exhibit 88 | 93 |
| 23 | Exhibit 89 | 96 |
| 24 | Exhibit 90 | 98 |
| 25 | | |



Page 10

1    Q   You said your current employer is Cultural
2  Homestay International?
3    A   Yes.
4    Q   If I use CHI, will you understand what I
5  mean?
6    A   Perfect.
7    Q   How long have you been employed with CHI?
8    A   Since November 2015.
9    Q   Do you know about how many employees CHI
10  has?
11    A   Well, they have several different programs,
12  so as a company I don't know, but au pair, I think
13  there's five or six.
14    Q   So when you say they have several different
15  programs, what do you mean by that?
16    A   Well, in addition to the au pair program,
17  they have work and travel, they have academic year
18  program, which is kind of like a high school
19  exchange program.
20    Q   So those other programs are unrelated to the
21  au pair program?
22    A   They are.
23    Q   So you said there's only five to six
24  employees for the -- or around five to six for the
25  au pair?

Page 11

1    A   Yeah, full-time staff.
2      MR. BENDER:  Carrie, just make sure she gets
3  her question out before you answer so we have a
4  clean record.
5      THE WITNESS:  Okay.
6    Q   (By Ms. McElroy) Does Cultural Homestay use
7  independent contractors as part of their au pair
8  program?
9    A   They do.
10    Q   And you said -- are there also part-time
11  employees, or are all part-time workers independent
12  contractors, if you know?
13      MR. BENDER:  Object to the form.
14    A   CHI has, like I said, five to six full-time
15  staff.  The field staff are all independent
16  contractors.
17    Q   (By Ms. McElroy) Do they have any part-time
18  employees?
19    A   I do believe that CHI does use interns.  I
20  am not aware of their employment status.
21    Q   What is your current position with CHI?
22    A   I am the regional administrator for the
23  western U.S.
24    Q   What are your duties as regional
25  administrator?

Page 12

1    A   I manage my field staff, so the independent
2  contractors in the region.  I am responsible for
3  customer service in the region.  I am responsible
4  for sales and growth in the region, and I work
5  closely with the field staff in the main office on
6  Department of State required forms and paperwork.
7    Q   When you say that you manage field staff,
8  what are the positions of the people that you
9  manage?
10    A   They are what's called a community
11  administrator.
12    Q   Are they the ones that interact directly
13  with au pairs?
14    A   Yes.
15    Q   Do they also interact directly with the host
16  families?
17    A   Yes.
18    Q   Do you have direct interactions in your
19  position with au pairs?
20    A   Phone and e-mail only.
21    Q   So no in-person contact with au pairs --
22    A   No.
23    Q   -- in this position?  Do you have direct
24  contact with host families?
25    A   Phone and e-mail.

Page 13

1    Q   So no in-person contact with phone -- I'm
2  sorry -- with host families?
3    A   No in-person.
4    Q   When you say customer service, could you
5  explain what you mean by that, what your role is
6  with customer service?
7    A   Sure.  Being an added layer of support for
8  both the host families and the au pairs, also for
9  the community administrators.  If any questions come
10  up, you know, helping them find the answers,
11  providing the answers if there's any issues that
12  come up.  We are a business trying to make people
13  happy.
14    Q   So you provide customer service for both
15  host families as well as for au pairs; is that fair
16  to say?
17    A   Yes.
18    Q   Do you ever speak to host families about the
19  stipend that au pairs receive for their work?
20    A   Yes.
21    Q   Do you ever speak to au pairs about the
22  stipend that they receive for their work?
23    A   Yes.
24    Q   You said you're also responsible for the
25  Department of State forms.  Could you explain what



Page 70

1    A  I do.
2        MS. KRUZER:  Objection.
3    Q  (By Ms. McElroy) Part of that flexibility
4  involves emergency coverage; correct?
5        MS. KRUZER:  Objection.
6    A  I don't know what you mean by emergency
7  coverage.
8    Q  (By Ms. McElroy) So, for example, say a
9  mother goes into labor in the middle of the night.
10  If she has an au pair, she may be able to ask her
11  au pair to provide coverage while she goes to the
12  hospital?
13    A  If there are hours still left in the ten
14  hours per day and there's enough hours in the 45
15  hours per week, she could ask.
16    Q  And if there's an abrupt change in schedule
17  for a host family, an au pair may be able to adjust
18  to the schedule change and provide childcare;
19  correct?
20    A  Correct.
21    Q  Do you consider this an advantage over other
22  forms of childcare?
23    A  I do think having an au pair living in your
24  home does provide some flexibility that would be
25  more so than a daycare that is very restrictive in

Page 71

1  hours and times you have to drop off and pick up or
2  a come-and-go nanny, you know, who gets stuck in
3  traffic, sick, late, any number of -- you know, dog
4  died.
5    Q  Do you know approximately how many au pairs
6  you have interacted with either by phone, e-mail or
7  in person in a professional capacity?
8    A  I have no idea.
9    Q  Would you say it's more than a hundred?
10    A  Probably, yes.
11    Q  Have you ever communicated to an au pair
12  that she could earn more than the $195.75 -- I'm
13  sorry. Let me restate that.
14        I want to ask you about each time you've
15  communicated to an au pair that she could earn more
16  than $195.75 per week. Have you ever communicated
17  that to an au pair?
18        MS. KOZAL:  Objection to form.
19    A  Could you repeat the question?
20    Q  (By Ms. McElroy) Sure. Have you ever
21  communicated to an au pair that she could earn more
22  than $195.75 per week as an au pair?
23    A  I have never directly communicated that to
24  an au pair.
25    Q  Have you ever known an au pair that received

Page 72

1  more than $195.75 per week?
2    A  Yes.
3    Q  Could you please -- how many au pairs have
4  you known that received more than $195.75 per week?
5    A  I've never directly worked with any
6  placements in which an au pair was paid more than
7  $195.75, but I do know from industry blogs and
8  forums and mom -- host mom websites that many do.
9    Q  Just to clarify, I'm not asking you about
10  au pairs you know of. I'm asking you from your
11  personal experience. Have you known an au pair that
12  received more than $195.75 per week?
13    A  Do you mean my personal experience in
14  hosting my own au pairs?
15    Q  Yes, that would count.
16    A  Yes. Frequently when my au pairs first
17  arrive before we set up their bank accounts, I pay
18  them $200 in cash. I have done that on four
19  different occasions. We've hosted four au pairs.
20    Q  Do you continue to pay them $200 per week to
21  their bank accounts?
22    A  No. Once the bank accounts were
23  established, I set up an automatic transfer between
24  my bank account and their bank account, and it
25  deposited $195.75 every Friday.

Page 73

1    Q  Besides the four au pairs that you've
2  hosted, have you ever personally known an au pair
3  that received more than $195.75 per week?
4    A  No.
5    Q  Now I want to ask you about each time that
6  you communicated to a host family that they could
7  pay an au pair more than $195.75 per week. Have you
8  ever personally told a host family that they could
9  pay more than $195.75 per week?
10    A  Yes.
11    Q  How many host families have you communicated
12  this to?
13    A  I don't know.
14    Q  Can you give an estimate?
15    A  10 or 15.
16    Q  When you had these communications, did the
17  host family ask you if they could pay more?
18    A  Yes.
19    Q  Did you ever volunteer to a host family that
20  they could pay more than $195.75 per week to the
21  au pair?
22    A  No.
23    Q  These approximately 10 to 15 host families,
24  approximately how many of them have you communicated
25  with while employed at CHI?



19 (Pages 70 to 73)

Page 74

1    A  I don't think any.
2    Q   Approximately how many of these host
3  families did you communicate with while employed at
4  APF?
5        MS. SCHAECHER:  Objection to form.
6    A  I would probably say 10 to 12.
7    Q   (By Ms. McElroy) And approximately how many
8  host families did you communicate that they could
9  pay more than $195.75 per week to au pairs while you
10  were employed at Cultural Care?
11    A  Probably the remaining two or three.
12    Q   Do you know whether any of these families
13  that you communicated that they could pay more than
14  $195.75 per week to au pairs actually paid more than
15  $195.75 per week to their au pair?
16    A  I am not aware.
17    Q   Have you ever seen a host family agreement
18  between an au pair and a host family in which the
19  host family agreed to pay more than $195.75 per
20  week?
21    A  I don't believe so.
22    Q   And have you ever personally known a host
23  family that paid an au pair more than $195.75 per
24  week?
25    A  I did, but I don't know any others

Page 75

1  personally.
2        (Deposition Exhibit Number
3        83 marked for identification.)
4        MS. McELROY:  For counsel on the phone I'm
5  marking a document Bates stamped APF 000271 as
6  Exhibit 83.
7    Q   (By Ms. McElroy) I'll give you a moment to
8  review.  Do you recognize this document?
9    A  I do.
10    Q   Did you write this e-mail?
11    A  I did.
12    Q   In the first line of the e-mail you say,
13  "Hello CRs."  Could you remind us what a CR is?
14    A  Yes.  It is a community representative.
15  This was before we added the term local to it.
16    Q   Did you supervise the community
17  representatives?
18    A  At this time when this e-mail was sent --
19  I'm assuming this April 11 -- I know there's
20  redacted information.  I'm assuming that's April 11,
21  2013, is when it was sent.
22    Q   Yes.
23    A  Yes, then I was supervising.  I was just
24  starting to build a regional team.
25    Q   In April 2013 what was your position at APF?

Page 76

1    A  I really should have all this written down.
2  At that time I was the national director of field
3  operations.  I should have brought my resume.
4    Q   Did you write this e-mail in your capacity
5  as the national director of field operations?
6    A  I did.
7    Q   In the body of the e-mail under "weekly
8  stipend" you say -- you write, "The weekly stipend
9  is currently $195.75.  The Department of State sets
10  the weekly stipend at federal minimum wage minus
11  room and board."
12        Is this statement consistent with what you
13  communicated to the community representatives while
14  you were at APF?
15    A  Yes.
16    Q   Was this statement true at the time that you
17  made it?
18    A  Yes.
19    Q   Is this your current understanding of how
20  the weekly stipend is set?
21    A  Yes.
22    Q   Is this statement consistent with what you
23  told host families about the weekly stipend while
24  you were at APF?
25    A  Yes.

Page 77

1    Q   The next sentence says, "So this is a
2  federally mandated stipend that all au pair agencies
3  must adhere to."
4        Is this your current understanding -- is
5  this statement consistent with your current
6  understanding of the weekly stipend?
7    A  Yes, the weekly stipend is set by the
8  Department of State, and all of the agencies must
9  adhere to this as they do with all rules and
10  regulations set forth.
11    Q   Is this statement consistent with what you
12  told host families about the weekly stipend?
13    A  Yes.
14    Q   You can put that one to the side.
15        MS. McELROY:  For counsel on the phone
16  document APF 000314 has been marked as Exhibit 84.
17        (Deposition Exhibit Number
18        84 marked for identification.)
19    Q   Are you familiar with this document?
20    A  I am.
21    Q   Can you explain what this document is?
22    A  This is a document from APF NFP that we
23  implemented.  It is a copy of a submission from an
24  au pair of the weekly survey.
25    Q   How did the au pairs submit this weekly

MAGNA
LEGAL SERVICES

Page 114

1  what an au pair is paid?
2      A  In working at APF and with CHI I'm in a
3  position to know that -- I'm only in a position to
4  know when an au pair is being paid less than $195.75
5  or at least that amount.  I would have no idea what
6  a host family would be paying if they were paying in
7  excess of 195.75.
8      Q  Would the same be true for your time at
9  Cultural Care?
10     A  I believe so.  I was in a different capacity
11  there.  I wasn't monitoring the placements as they
12  were on the ground.  I was very much so on the
13  recruitment side of things, so I really wouldn't be
14  privy to that information really at all.
15     Q  Understood.  So at Cultural Care you
16  wouldn't have known one way or the other?
17     A  No, no.
18     Q  But at APF and at CHI, you would know if an
19  au pair had not been paid at all; correct?
20     A  Correct.
21     Q  But you would have no way of knowing what a
22  host family's arrangement was with an au pair, for
23  example, to pay in excess of the 195.75?
24     A  Right, that's really their business.  That
25  was a relationship between the host family and the

Page 115

1  au pair, so if they agreed that they were going to
2  pay her $250 a week, we wouldn't necessarily know
3  that because what we're checking for is that they're
4  being paid at least the minimum of 195.75.
5      Q  Would the same be true for the hours worked?
6  In other words, as long as an au pair isn't working
7  in excess of 45 hours a week, would you be in a
8  position to know if she were working less?
9      A  No.
10     Q  So it's certainly possible that an au pair
11  could be working 25 or 30 hours a week for the
12  minimum stipend or in excess of that stipend; isn't
13  that right?
14     A  Correct.  Because the stipend, A, cannot be
15  withheld for any reason, and it's the full stipend.
16  The stipend can never be prorated, so if an au pair
17  works for five minutes, she gets $195.75, and I've
18  always said that.
19          And so the 20 hours a week, for example, I
20  would have no way of knowing.  I would just know
21  that she's not working over 45 hours, and I would
22  also know that she's not working over 10 hours in a
23  given day.  Other than that, I wouldn't know.  She
24  could be working 15 minutes.
25     Q  And she's still entitled at least to the

Page 116

1  minimum stipend of 195.75 per week?
2      A  Correct.
3          MR. BENDER:  I have nothing further.
4          MS. SCHAECHER:  Counsel, did you have
5  questions?
6          MR. STONE:  Yes.  This is Larry Stone.
7                  EXAMINATION
8  QUESTIONS BY MR. STONE:
9      Q  Good afternoon, Ms. Crompton.  How are you
10  today?
11     A  I'm fine.  Thank you.
12     Q  Ms. Crompton, I represent two sponsors.  The
13  first sponsor I represent goes by the legal name of
14  Apex American Professional Exchange, LLC.
15     A  Okay.
16     Q  Are you familiar with that sponsor?
17     A  I'm not familiar with that name.
18     Q  Okay.  They also -- they do business as
19  PROaupair.  Are you familiar with that name?
20     A  I am familiar with that name, yes.
21     Q  Okay.  And then the second sponsor I
22  represent is 20/20 Care Exchange, Inc. doing
23  business as the International Au Pair Exchange.
24  Have you ever heard of that sponsor before?
25     A  I haven't.

Page 117

1      Q  Okay.  Do you know whether you have ever had
2  any communications with either of those two
3  sponsors?
4      A  I don't think so.
5      Q  Do you have any knowledge whatsoever as to
6  what those two sponsors require host families to pay
7  au pairs?
8          MS. McELROY:  Objection.  Foundation.
9      A  As far as a stipend?  I would assume --
10     Q  (By Mr. Stone) Yes.
11     A  I would assume it's at least the minimum of
12  $195.75 for standard and 146.81 for EduCare.
13     Q  Are you aware that PROaupair -- are you
14  aware of the professional au pair program --
15     A  No.
16     Q  -- and what that involves?
17     A  Not specifically.
18     Q  Okay.  And are you aware of what PROaupair
19  requires host families to pay for professional
20  au pairs that it places?
21     A  I'm not aware, no.
22     Q  Let me direct your attention to Exhibit 80,
23  please.
24     A  Okay.
25     Q  I don't have that document in front of me.



Defs.' Appx. 00000597

Page 122

1 being paid at least $195.75.
2     Q   Because you don't inquire about the specific
3 amount that the au pair is being paid, that's the
4 reason why you wouldn't -- you wouldn't -- by
5 sending out these inquiries to au pairs, you
6 wouldn't know if in fact the au pairs are being paid
7 more than the minimum amount of the stipend?
8         MS. McELROY:  Objection.  Form; foundation.
9     A   That is correct.
10     Q   (By Mr. Stone) So for example, for that
11 reason and because you've had no communications with
12 my two sponsor clients, you would have no knowledge
13 about what they require of host families to pay for
14 their au pairs; correct?
15         MS. McELROY:  Objection; form.
16     A   That is correct.
17         MR. STONE:  Thank you very much,
18 Ms. Crompton.
19         MS. McELROY:  I do have a few additional
20 questions, but I need two or three minutes to
21 collect some exhibits.
22         EXAMINATION CONTINUED
23 QUESTIONS BY MS. McELROY:
24     Q   Ms. Crompton, I would like to return to
25 Exhibit 80.  I'm going to refer your attention back

Page 123

1 to the statement halfway down the page that says,
2 "The weekly stipend is $195.75 as with all
3 agencies."  Earlier you testified --
4         MR. STONE:  What document are you referring
5 to, Counsel?
6         MS. McELROY:  Exhibit 80.  Do you need the
7 Bates number?
8         MR. STONE:  I've got it.
9     Q   (By Ms. McElroy) Earlier you testified with
10 respect to the statement that you meant that the
11 minimum weekly stipend was $195.75; is that correct?
12     A   Yes.
13     Q   Can you point me to where in this e-mail you
14 use the word -- is there anywhere in this e-mail
15 where you use the word "minimum"?
16     A   No.
17     Q   Can you point me to anywhere in this e-mail
18 where you express to the prospective host father
19 that the stipend is a minimum?
20     A   No.
21     Q   Did you have any additional phone
22 conversations with this host father about the
23 stipend?
24     A   This is an e-mail.  I don't know that I ever
25 talked to him.

Page 124

1     Q   Let me rephrase.  Do you recall any phone
2 conversations with this host father after this
3 e-mail about the stipend?
4     A   I don't recall.
5     Q   Do you recall any additional e-mail
6 exchanges with this host father about the stipend?
7     A   I don't recall.
8     Q   So sitting here today, you're not in a
9 position to testify whether or not you ever
10 clarified for this host father that what you meant
11 was that the stipend was a minimum?
12     A   That is true.
13     Q   You also testified earlier that you're not
14 aware of any agreement among the sponsors to set the
15 stipend at $195.75; is that correct?
16     A   That is correct.
17     Q   However, you're not in a position to know
18 whether or not there's an agreement among the
19 sponsors to set the stipend at $195.75; is that
20 correct?
21     A   Can you repeat that?
22     Q   You're not in a position to know whether or
23 not there's an agreement among the sponsors to set
24 the stipend at $195.75; correct?
25         MR. STONE:  Objection.  Form and foundation.

Page 125

1         MS. KRUZER:  Join in the objection.
2         MS. KOZAL:  Join in the objection.
3     A   I don't know whether I have ever been in a
4 position to know or not know.  I don't know.
5     Q   (By Ms. McElroy) Is it fair to say you don't
6 know whether or not you're in a position -- never
7 mind.  Strike that.
8         So you don't know whether or not there's an
9 agreement among the sponsors to set the stipend at
10 $195.75?
11     A   I'm not aware that there's any agreement.
12     Q   If there were such an agreement, can you say
13 with certainty that you would know about it?
14         MS. KOZAL:  Objection to form and
15 foundation.
16         MR. STONE:  Objection to form.
17         MS. KRUZER:  Join.
18     A   I think that in some of my roles if there
19 had been an agreement, I think I would have known.
20     Q   (By Ms. McElroy) And on what basis would you
21 know about that agreement?
22     A   I would have been told by my superiors or --
23 if there was an agreement, yeah, I think I would
24 have known.  I would have been told.
25     Q   Are you certain or you think that you would

MAGNA ► LEGAL SERVICES