Defs.' Appx. 00000751



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

We, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with a primary residence at ▓▓▓▓▓▓▓▓▓▓▓ ("Host Family") have applied to be a Host Family with Go Au Pair Operations, LLC ("Go Au Pair") with an office at 151 East 6100 South Ste. 200, Murray, UT 84107 in the United States Department of State Au Pair Visitor Exchange Program which is sponsored by American Cultural Exchange, LLC ("ACE"). We have fully read this Host Family Placement Services Agreement ("Agreement") between Host Family and Go Au Pair, the United States Department of State ("DOS") Regulations ("DOS Regulations") included as Appendix B, the DOS Guidelines and the DOS publication "The Au Pair Exchange Program" concerning Au Pair Visitors. We agree, acting on behalf of and including all members of our household and family to adhere to the terms and conditions of the Agreement.

Go Au Pair will perform the following services ( "Services") for the Host Family:
- Perform the initial screening and selection of Au Pair candidates;
- Arrange for Au Pair's transportation to/from the United States and the arrival city of choice;
- Arrange for medical insurance covering the Au Pair;
- Advising the Host Family on techniques as to how to select an Au Pair;
- Provide support services to the Host Family and Au Pair such as facilitating communication between the Host Family and Au Pair, providing assistance in mediating disputes between the Host Family and Au Pair and conducting social/cultural events.

Go Au Pair does not provide child care services or supervision of child care services. The child care services are provided by the Au Pair and contracted for separately. An Au Pair ("Au Pair") is a young person from a foreign country living with a Host Family as an extended member of the Host Family and participating in the DOS Au Pair Visitor Exchange program as defined in the DOS Regulations. The Au Pair provides child care to the Host Family in exchange for room and board plus a small weekly stipend. The Host Family is responsible for supervising the Au Pair.

### Prior to the Au Pair's Arrival and During the Au Pair's stay in the United States:

1.1   We authorize Go Au Pair to contact references and any government agency or other entity regarding suitability of our family and home for an Au Pair.

1.2   We agree that Go Au Pair has the exclusive right to determine admission into the Program. We agree to abide by all Go Au Pair rules and DOS Regulations if accepted to the Program. We agree to abide by any regulation changes made by the DOS including any changes to the regulated amount of the Au Pair's pocket money.

1.3   We agree to provide verification of employment for at least one host parent.

1.4   We warrant that we have the financial ability to afford this Program, including the following: application and program fees, weekly pocket money, tuition, any vehicle or homeowner's insurance which may be required, and any replacement costs or additional transportation costs. We understand that all fees related to this Program are subject to change.

1.5   We agree to interview, by telephone, the Au Pair we select for placement for our family. We understand it is our sole responsibility to carefully choose an Au Pair from the candidates presented to us, and there is no warranty as to our satisfaction or to the compatibility of any particular candidate as an Au Pair in our family. Au Pairs are not professionally trained childcare workers or capable of running an entire household when parents are absent for business or personal travel. Responsibility for the welfare of the children always remains with the parents. If applicable, we acknowledge our responsibility to provide the prior experience, skills and training of the Au Pair regarding the care of special needs children.

1.6   We agree Go Au Pair will use reasonable efforts to screen Au Pair candidates. Go Au Pair cannot guarantee that an Au Pair offered to us will be compatible with our family circumstances or free from behaviors or personal characteristics which we might find objectionable.

1.7   We are fully responsible for making the decision to select the Au Pair. We agree by selecting an Au Pair we are satisfied with the Au Pair's background information provided to us.

1.8   We understand Go Au Pair does not issue a J-1 visa for our Au Pair. United States Consular officers issue all visas and Go Au Pair cannot guarantee any Au Pair will receive a visa. We also understand that Go Au Pair does not issue J-1 extension visa paperwork for our Au Pair. United States Department of State officers grant all extensions of the J1 visa, and Go Au Pair cannot guarantee that any Au Pair will receive an extension visa. The deadline to apply for an extension is 7 weeks before the Au Pairs DS-2019 expires; no extension will be applied for after this date has past. If your Au Pair travels outside of the United States during the extension program, the Au Pair needs to apply for a J-1 visa in the Au Pair's home country.

Date ___6-16-11___      Initials ___RSB___

\

**KAPLER DEC. EXHIBIT B**

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

1.9   We understand and agree as a Host Family we shall pay the required fees to Go Au Pair as the sponsoring organization. Fees shall cover the Au Pair's placement, arrival transportation to our home, return transportation between designated cities abroad and those in the United States, orientation, medical insurance and support services by the Local Area Representative. In addition we shall pay any roundtrip airfare surcharges including domestic and international that Go Au Pair does not cover. International Surcharges include Au Pairs from Asia, Africa, Australia and South Pacific.*

1.10   We warrant that the facts stated in our Host Family application are true and complete.

## During the Au Pair's stay in the United States:

2.1   We agree and understand English will be the primary language spoken in our home and certify we are U.S. Citizens or Permanent U.S. Residents.

2.2   As a condition of our participation in the Program, we agree to attend one family conference day, arranged by the Local Area Representative, during the Au Pair's stay in the United States.

2.3   We agree to provide full board and room in a private suitable bedroom approved by the Local Area Representative in advance.

2.4   We agree to provide the Au Pair with pocket money of not less than $195.75* per week, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair. The intervals of payment shall be agreed upon by the Host Family and Au Pair and reviewed by the Local Area Representative. We agree not to advance or withhold this pocket money from the Au Pair except as outlined below. Stipend cannot be withheld for loss of time through illness.

2.5   We agree the Au Pair will provide up to a maximum of 45 hours of child care and child care related light housekeeping duties per week, no more than 10 hours per day, and not to include heavy housework.

2.6   We agree that a Host Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival to train, observe and to acclimate him/her to his/her child care responsibilities.

2.7   We agree we will not require our Au Pair to care for a child aged less than three months unless a Host Parent or other responsible adult is present in the home.

2.8   We understand the Au Pair shall not be responsible for the administration of any medicine, medical or therapeutic treatment to the Host Family's children.

2.9   We agree to provide time off of one full day and one-half day consecutively each week, plus one free weekend (Friday evening to Monday morning) each month.

2.10   We agree to provide two weeks of paid vacation (10 working days, 4 weekend days) to be taken at a mutually agreed upon time during the 12 month exchange, with pocket money paid at least $195.75* per week, Au Pair Plus weekly stipend $215.00, Premiere Au Pair weekly stipend $255.00.

2.11   We agree to provide adequate time for the Au Pair to attend college courses. We understand the Au Pair is required to complete 6 semester credit hours of post-secondary course work at an accredited institution during the 12 months. We agree to provide up to a maximum of $500.00 per year for costs/tuition, as well as transportation to and from the place of instruction.

2.12   We understand the Au Pair is required to attend at least 4 Au Pair activities held by our Local Area Representative during the 12 month program. We agree to provide adequate time for the Au Pair to attend these activities.

2.13   We agree to provide car insurance at our expense for the Au Pair if he/she is to drive any vehicles we own. We also agree in case of an accident our Au Pair will only be responsible for a maximum of a $500 car insurance deductible per incident that Go Au Pair determines is caused by the Au Pair. We agree to pay for gas for the vehicle(s) used by the Au Pair when performing her/his duties or when driving to/from meetings and/or classes which are requirements of the program. We acknowledge that it is our responsibility to conform to any and all state or local laws regarding the Au Pair's use of the automobile, including obtaining a local driver's license, if required.

---

\* Subject to change without notice

2

Date   _6 -10 - 14_    Initials   _RS_

_MS_

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY



**Host Family
Placement Services
Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

2.14    We agree to ensure the Au Pair leaves the United States, as per Go Au Pair arrangement, at the conclusion of the year. We understand any stay by the Au Pair beyond the year program dates is not within guidelines of the Program and puts the family at risk of criminal penalties and fines as dictated by federal law. We also understand our Au Pair cannot accept employment outside of our home. We understand if the Au Pair does not leave the U.S. at the end of the 13th month or changes her status the Au Pair forfeits transportation to the Au Pair's home country. We will not support or sponsor her for a change of visa status during the travel-month time frame that she is considered in valid program status with Go Au Pair.

2.15    We agree to allow communication with the Au Pair and the Local Area Representative, and allow Go Au Pair to mediate in case of disagreement, misunderstanding or problems between our family and the Au Pair. We agree to allow communication between the Host Family and Go Au Pair and the Local Area Representative. We will facilitate attendance and provide time off and transportation for the Au Pair's activities with the Local Area Representative.

2.16    We agree if the staff of Go Au Pair finds the Au Pair subject to exploitative conditions in our home, (for example, requiring a significant amount of Au Pair's time for activities not related to child care, physical, sexual or emotional abuse, failure to provide at least $195.75*, $215.00 for Au Pair Plus, $255.00 for Premiere Au Pair, weekly pocket money, or failure to provide the agreed upon leisure time, educational or cultural opportunities), the staff, at their sole judgment, may withdraw the Au Pair and we will not be granted a replacement or refund.

2.17    We understand and agree that the Au Pair is not an employee, independent contractor or agent of Go Au Pair. We understand any personal bills incurred by the Au Pair while residing with the Host Family are not the responsibility of Go Au Pair. Personal bills incurred by the Au Pair include, but are not limited to, any credit card charges, phone bills; charges or extra expenses incurred by the Host Family as a result of any acts or omission of the Au Pair, medical expenses not covered by the health insurance are not the responsibility of Go Au Pair or its affiliates. The Au Pair's return airfare cannot be applied to any outstanding bills. We agree not to seek payment from Go Au Pair for any such expense or costs.

2.18    We agree to meet weekly with the Au Pair to discuss scheduling, to clarify duties and to resolve any differences. During our participation with Go Au Pair we endeavor to the best of our ability to assure a successful stay for the Au Pair placed in our home.

2.19    We understand and agree to the terms of payment to Go Au Pair as set forth in this Agreement, which are subject to change. We understand and agree to the terms of refund and replacement policies as stated below, should our family or our Au Pair withdraw from the Program for any reason.

**Refund/Replacement Policies:**

3.1    In the event an Au Pair is removed from our household due to our failure to adhere to the Program guidelines there will be absolutely no refund. We also agree if we fire the Au Pair, or the Au Pair requests to leave and we fail to give the Au Pair the required two weeks notice plus room and board, and 2 weeks pay; we will not receive a refund or replacement. At our discretion we may request the departing Au Pair to provide, or not provide, any childcare services. We understand Go Au Pair is not responsible for any economic damage or loss alleged to arise from loss or unavailability of the Au Pair's service. Go Au Pair cannot guarantee 12-months of uninterrupted childcare. Interim, alternative care at the family's expense may be needed if a change of Au Pair is necessary.

3.2    We agree the application fee is non-refundable. We agree if we withdraw from the Program after the initial Program match fees have been paid, and prior to the Au Pair's arrival, we will be refunded $900.00. If we withdraw from the Program after total payment of the Program fees, but prior to the Au Pair leaving for the United States, we are entitled to a $5,200.00 refund. If we decide to change au pairs before the Au Pair has arrived or our Au Pair's visa is denied, we agree to pay any processing fees acquired.

3.3    We agree that if the placement is unsatisfactory, such dissatisfaction will be reviewed on a case-by-case basis and left to the discretion of Go Au Pair. Notice must be given in order to review potential replacement au pairs. The first two weeks in the placement is viewed as an adjustment period during which no change in placement will be considered. Unsatisfactory placement includes, but is not limited to the following situations: the Au Pair is negligent or delinquent in fulfilling his/her duties as an Au Pair, the Au Pair does not feel that he/she is being treated as a respected member of the family; personality conflicts between the Host Family and Au Pair, Au Pair leaves the family without notice, etc. The Replacement Policy is defined as follows:

•    If the request for a new Au Pair is received within 6 months of the replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Au Pair covered by this Agreement with a new Au Pair from outside the country or

Date_____ 6-10-14_____   Initials_____

3

Defs.' Appx. 00000754



# Host Family Placement Services Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

with an Au Pair already in the United States. If the end date for the new Au Pair is beyond that for the Replaced Au Pair's Agreement, then the Host Family will have the new Agreement extended according to the time on the new Au Pair's program end date. Any extension in time will result in additional fees of $500/month, while a reduced time frame will result in a credit of $500/month for the Host Family's next contract (no refund is available). The Host Family will be required to pay for the Au Pair's one way arrival transportation, above $300. The Host Family will be responsible for any return airfare cost differences.

- If the request for a new Au Pair occurs after the sixth month anniversary of the Replaced Au Pair's arrival in the United States, Go Au Pair will attempt to replace the Replaced Au Pair with a new Au Pair from outside the country under a new contract or with an Au Pair already in the United States. The Host family will receive a credit of $350/month for the remaining number of months on the Replaced Au Pair's Agreement against the fees due for the new Agreement. Fees due or credited for partial months will be prorated based on a 30 day month (for example 10 days becomes 10/30 or .33 months). Unused credits expire 13 months from the end date of the Replaced Au Pair's Agreement. We understand the Go Au Pair staff will attempt to find a replacement and will attempt to locate another placement for the Au Pair. Additionally, we understand there is no guarantee a replacement will be found. In which case, provided the Host Family has acted in accordance with Program guidelines, a standard refund in accordance with the Go Au Pair Refund Policy (defined in 3.9 below) will be issued. A refund, if owed, will be processed thirty (30) days after this request has been received by Go Au Pair.

3.4 We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

3.5 If the Au Pair requests a transfer within the first 60 days, the Au Pair could be responsible for reimbursing the Host Family for the arrival airfare originally paid by the Host Family. It is the Host Family's responsibility to collect this money from the Au Pair. If our Au Pair is replaced after we have given him/her a paid vacation and/or paid the tuition allowance, we agree to provide paid vacation and tuition for the replacement Au Pair as well, in accordance with the terms of this Agreement. The domestic and international transportation, extended payment plan fees, insurance upgrades and any late payments or returned check charges are non-refundable. We understand in the event the Au Pair does not use the return air ticket provided by Go Au Pair for any reason, no refund, credit, or travel voucher will be provided.

3.6 Refunds are calculated based on the date the Au Pair leaves the Host Family's home.

3.7 Go Au Pair reserves the right to refund the Host Family rather than provide a replacement in their home.

3.8 We understand if our full program fees are not paid within 21 business days of the Au Pair's arrival, we will be responsible for an additional courier charge of $75.00 (due before Au Pair's arrival). We understand our Au Pair's flight cannot be confirmed until final payment is made and tickets are issued. Flight schedules are subject to change until they have been ticketed. We also understand any outstanding balance more than 30 days past due will be subject to a finance charge of 1.5% per month, 18 % per annum and the removal of our Au Pair.

3.9 We understand and agree that because the majority of Go Au Pair's operation costs are incurred in the process of recruitment, interviewing, orientation and placement of au pairs, Go Au Pair's refund policy is limited to that shown in the refund calculation schedule shown below for a 12 month contract. There is no prorating of amounts in determining refunds. For example an Agreement in the seventh day of the 6th month falls in the column labeled Agreement Month 7 (<6 months remaining). The Refund Calculation Schedule is based on all payments having been made. Any balance due reduces the refund amount by the full amount of the balance due. Should a refund be due on a contract shorter than 12 months, the amount due is calculated based on the months remaining. For example, if a contract is for 9 months and 3 months and 3 days have been used, the refund amount is shown in the column labeled Agreement Month 7(<6 months remaining).

| Agreement Month | Pre-Arrival | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Months Remaining | | <12 | <11 | <10 | <9 | <8 | <7 | <6 | <5 | <4 | <3 | <2 | <1 |
| Refund | 5200 | 4200 | 3500 | 2800 | 2100 | 1750 | 1400 | 1050 | 700 | 350 | 200 | 0 | 0 |

## Other Terms and Conditions:

4.1 As Host Family, we agree to indemnify and save harmless Go Au Pair and its subsidiaries, related affiliates, and parent, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability or claims, demands, damages, and costs for or arising out of Au Pair referral and matching services whether it be caused by negligence of Go Au Pair, its agents or employees.

Date  6 - 10 - 11     Initials  BS
                                MS.

4



# Host Family
# Placement Services
# Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

4.2 We acknowledge and agree to release and hold harmless Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries, from any and all liability incurred by any person as a result of any act committed by an Au Pair or by any person associated with the Au Pair in any way, as well as liability incurred as a result of any conduct whatsoever committed by Go Au Pair and its officers, employees, agents, and representatives for any personal injury and/or property damages, injury, loss, delay or expense incurred by us or any family member, child, guest, employee, or agent of the Host Family as a result of, but not limited to, any of the following events: Acts of God, acts of war or government restrictions, any events directly or indirectly caused by an unintentional or negligent act or omission by an Au Pair placed in our household, or any unintentional acts or negligence caused by Go Au Pair or any of its officers, employees, representatives or agents.

4.3 If the Host Family breaches the indemnification and hold harmless clause and fails to defend Go Au Pair; Go Au Pair may institute a law suit for all legal fees and costs incurred including those associated with the enforcement of this provision.

4.4 In case a claim should be brought or an action filed with respect to the subject of indemnity, we agree that Go Au Pair may employ attorneys of Go Au Pair's own selection to appear and defend the claim or action on behalf of Go Au Pair. Go Au Pair, at its option, shall have the sole authority for the direction of the defense, and shall be the sole judge of the acceptability of any compromise or settlement of any claims or actions against Go Au Pair.

4.5 The sole liability of Go Au Pair and its subsidiaries, related affiliates, and parent company, any owners, officers, employees, and agents of the parent company, related affiliates, and the subsidiaries for any claim related to this Agreement shall be for Go Au Pair to use commercially reasonable efforts to replace the Au Pair according to the Replacement Policy and then the Refund Policy. In no event shall Go Au Pair be liable for any consequential, incidental, indirect, special, or punitive damages, loss or expenses. Notwithstanding anything to the contrary, in no event shall the payment of any type of damages, due to any cause, including without limitation gross negligence or willful misconduct exceed the fees received by Go Au Pair under this Agreement.

4.6 We acknowledge that it is our responsibility to comply with any federal, state or local laws regulating host relationships with our Au Pair. Go Au Pair does not provide legal advice regarding any such laws and is not responsible for informing the Host Family of, or overseeing compliance with, any federal, state or local laws which may vary from state to state, and are subject to change from time to time.

4.7 During the course of Go Au Pair performing services for Host Family, each party may be given access to information (in hardcopy and/or electronic form) that is confidential ("Confidential Information"). Confidential Information shall include Host Family information on the application to Go Au Pair, all information provided to the Host Family about each potential Au Pair, and other information specifically identified as confidential unless such information is already in the public domain. The Confidential Information received by each party shall be used only in connection with the Services provided under this Agreement and may only be copied or reproduced to the extent reasonably necessary for the receiver to perform its obligations. Each party agrees to use the same degree of care to protect the Confidential Information of the other in the same manner that it protects the confidentiality of its own confidential information of a similar nature, but in no event less than reasonable care. If either party receives a subpoena or other validly issued administrative or judicial process, including without limitation a request from the DOS, performing the procedural audits required by the DOS, or in responding to any legal action, requiring Confidential Information of the other party, it shall be permitted to disclose such information without notifying the other party. Host Family agrees that releasing Confidential Information related to an Au Pair to another Au Pair agency of any type or receiving Confidential Information relating to an Au Pair and then subsequently arranging for that Au Pair to provide services outside of this Agreement is a breach of the Agreement and entitles Go Au Pair to damages of $4500 plus any reasonable, associated legal costs.

4.8 The terms and conditions of this Agreement shall be construed under the laws of the State of Utah. If any of the terms or conditions of this Agreement are found to be illegal, or void, the remaining terms shall remain in full force and effect.

4.9 We agree that any dispute with Go Au Pair that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of American Arbitration Association in the State of Utah. The identity of the arbitrator will be decided by mutual agreement, with the costs to be shared equally between the parties and the decision of the arbitrator shall be final. By signing this Agreement we are waiving our right to have any claim against Go Au Pair decided in Court before a judge or jury, although each party retains the right to have a court confirm the arbitration award in accordance with the law.

Date___6-10-11___   Initials___RSS___
MS.

5



**Host Family Placement Services Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

4.10   Any and all lawsuits, claims or actions involving any issue or contractual requirements under this Agreement shall be commenced within two years and one day from the date the claim or cause of action accrues and all causes of the action shall be brought in the State of Utah.

4.11   Failure to comply with any portion of the above Agreement will result in waiving our right to any refund or replacement Au Pair.

4.12   Changes in Federal Regulations governing Go Au Pair, Au Pair, and/or Host Family supersede any portion of this Agreement.

4.13   This Host Family Agreement may be signed in counterparts and may be delivered by facsimile. A facsimile signature shall be considered the same as an original.

4.14   We acknowledge this document (and documents referenced herein) sets forth our entire Agreement with the Go Au Pair Program, and we have not relied on any warranties or representations other than set forth. Should our family or Au Pair withdraw for any reason we understand and agree to the terms of the refund and replacement policies stated in this Agreement.

4.15   We understand that this document is a legal contract and that we have been advised to seek legal advice if we do not understand its terms. By signing the document, we acknowledge that we have read and understand the provisions of this Agreement and accept and agree to abide by the terms set forth.

Signature _____     Print Name _____     Date  6-18-14

Signature _____     Print Name _____     Date  6/10/14

6

HIGHLY CONFIDENTIAL - FOR ATTORNEY EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000757

# Host Family Placement Services Agreement

| Host Families | ○ | Go Au Pair |
| --- | --- | --- |

The Host Family Placement Services Agreement (HFA) is between the Host Family and Go Au Pair and includes:

- Go Au Pair Services
- Host Family Agreements, Duties and General Responsibilities
- Host Family Duties and Responsibilities during the Au Pair's stay in the U.S.
- Fees / Replacement / Refund Policies
- Other Terms and Conditions

The agreement is signed only once by the Host Family and covers all Au Pair placements with Go Au Pair.

**KAPLER DEC. EXHIBIT C**

GAP_00070300

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
Defs.' Appx. 00000758



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

We, _____ ("Host Family" or "We") with a primary residence at

_____ and individually as parent ("Parent") have applied to be a host family with GoAuPair Operations, LLC ("Go Au Pair") with an office at 151 East 6100 South Ste. 200, Murray, UT 84107 in the United States Department of State Au Pair Visitor Exchange Program ("Au Pair Program"). This Host Family Placement Services Agreement includes the following addenda (collectively the "Agreement"):

- United States Department of State ("DOS") Regulations on the Au Pair Program in Title 22 CFR 62 ("DOS Regulations") specifically 22 CFR 62.31 on the Au Pair program.
- Go Au Pair Mediation Policy ("Mediation Policy") – This describes the steps to be followed if concerns arise during the Au Pair Program.
- Appendix A - "Au Pair Agreement Details" ("Appendix A") – An Appendix A and its attachments will be created for each Au Pair placement that defines specific terms and conditions.

The Agreement is effective as of the date the Host Family submitted their application to Go Au Pair. An Au Pair ("Au Pair") is a young person from a foreign country living with a Host Family as an extended member of the Host Family and participating in the Au Pair Program as defined in the DOS Regulations. The Host Family will sign an Appendix A when the Host Family matches with an Au Pair. In the event of a conflict between Appendix A and this Host Family Placement Services Agreement, the terms of Appendix A will prevail. We agree, acting on our own behalf and on behalf of all family members, relatives, guests, agents, and any other individuals staying with us, no matter how brief ("Family Members"), to adhere to the terms and conditions of this Agreement.

## 1.     Go Au Pair Services

1.1     Go Au Pair will perform the following services ("Services") for the Host Family:
- Perform a preliminary screening and initial selection of Au Pair candidates;
- Prepare the Form DS-2019 used by the Au Pair who applies for the visa in their home country;
- Arrange for Au Pair's transportation to/from the United States and the arrival city of Host Family's choice;
- Arrange for accident & illness insurance covering the Au Pair (Reg. 62.14.a-d);
- Support  the Host Family when the Host Family is selecting and matching with an Au Pair;
- Provide support services to the Host Family and Au Pair, including interview/site visit, in-person orientation with the Host Family and Au Pair, facilitating communication between both, providing mediation assistance for both, and conducting social/cultural events.

Staff in Go Au Pair's office ("Headquarters") and the Local Area Representative ("LAR") will provide the Services.

1.2     Go Au Pair does not provide Child Care Services nor supervision of the Au Pair providing the Child Care Services. We understand and agree that the Au Pair is not an employee, independent contractor or agent of Go Au Pair. Child care services ("Child Care Services") include duties with the Host Family's children without limitation, general supervision of children, preparing children's meals, straightening children's rooms, doing children's laundry and being responsible for the children when they are sleeping. The Child Care Services are provided by the Au Pair as an employee and contracted for separately between the Au Pair and Host Family in the Child Care Services Agreement ("Child Care Agreement"). The Child Care Agreement details the Au Pair's obligations to provide Child Care Services and the Host Family obligations to support the cultural exchange goals of the Au Pair Program. Both Parties must sign this prior to the Au Pair departing to the Host Family's home. The Au Pair provides Child Care Services to the Host Family in exchange for room and board, a weekly stipend, and the educational component. The Host Family has full responsibility for selecting and fully supervising the Au Pair. Go Au Pair has no control or responsibility for the Au Pair's actions or failure to act. (Reg. 62.31.e.5)

## 2.     Host Family Agreements – Duties and Responsibilities – General

2.1     We warrant that all information provided by the Host Family is true and complete.

2.2     Go Au Pair has the exclusive right to determine the Host Family's admission, continued participation, or termination with the Au Pair Program.

2.3     We agree to abide by all DOS Regulations and Go Au Pair rules if accepted into the Au Pair Program.  We also

GAP_00070301

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000759



### HOST FAMILY
### PLACEMENT SERVICES
### AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

agree to abide by any regulation changes made by the DOS including without limitation any changes to the regulated minimum amount of the Au Pair's stipend (in conformance with the Fair Labors Standards Act ("FLSA") as interpreted by the United States Department of Labor ("DOL")) and educational component.  *(Reg. 62.31.j.1; Reg. 62.31.k.1-2)*

2.4     We are fluent in spoken English. We are U.S. Citizens or legal permanent residents. We agree all Parents and other adults residing in the household will be personally interviewed by the LAR and provide personal references and employment verification if applicable.  We authorize Go Au Pair to contact references, background checks, and any government agency or other entities regarding suitability of our family and home for an Au Pair. *(Reg. 62.31.h.1-4)*

2.5     We warrant we have adequate financial resources to undertake and afford the Au Pair Program, including without limitation: application and agency fees, room & board (meals, toiletries, living quarters), weekly stipend, Au Pair educational contribution, any insurances which may be required, and any needed transportation costs.  *(Reg. 62.31.h.5))*

2.6     Au Pairs are not professionally trained child care workers nor capable of running an entire household when the Host Family is absent from the home.  Responsibility for the welfare of the children and supervising the Au Pair always remains with the Host Family.  *(Reg. 62.4.h.5)*

2.7     We will identify all Family Members who have Special Care (defined in Appendix A) and live in the home for an extended period of time.  The Host Family has the full and sole responsibility to evaluate the Au Pair's prior experience, skills, and training in the care of Special Care children and to provide proper supervision and guidance.  We will acknowledge in Appendix A in writing, our selected Au Pair's experience, skills and training are satisfactory.  *(Reg. 62.31.e.4)*

2.8     We agree Go Au Pair will use efforts it deems reasonable to preliminarily screen Au Pair candidates.  We agree to conduct at least two interviews with the Au Pair We select, by telephone or internet equivalency.  We understand it is solely our responsibility to carefully evaluate each applicant and then select an Au Pair for our family.  We agree by selecting an Au Pair We are satisfied with the Au Pair's application and background information provided to us and have verified independently and to our satisfaction the information that is important to the Host Family through direct contact with the Au Pair and/or the Au Pair's references. There is no warranty for the Host Family's satisfaction. Go Au Pair cannot guarantee that an Au Pair selected by the Host Family will be compatible with the Host Family's circumstances or free from child care techniques, behaviors, actions or personal characteristics which We might find unacceptable.  Go Au Pair shall not be liable for and does not guarantee acceptable performance or actions by the Au Pair. *(Reg. 62.31.e.7; 62.31.h.7)*

2.9     We understand Go Au Pair does not issue a J-1 visa or the extension of Form DS-2019 for the Au Pair.  United States Consular Officers issue all visas and DOS officers grant all extensions of the Form DS-2019.  For an Au Pair to participate in the extension program defined in the DOS regulations ("Extension Program"), the Au Pair must demonstrate attendance to at least 4 LAR Cultural Events, and verification of completed educational requirements defined in Appendix A. If the Au Pair travels to countries outside of the United States during the extension program, the Au Pair will have an expired J-1 Visa and may not be readmitted into the United States.  Any travel outside the United States is at the Au Pair's risk and Go Au Pair cannot assist the Au Pair or Host Family in resolving any visa concerns.  *(Reg. 62.31.o)*

2.10    We agree to notify Go Au Pair in writing within five calendar days, when there is a material event ("Event") in the household which may impact the Au Pair Program and/or violate DOS Regulations.  An Event includes without limitation, adding or subtracting any Family Member living in the home for extended period of time, an error in facts, known violation of DOS Regulations, or a change in  marital status, custody, location, contact information, classification of Special Care needs, or other significant event that may change the environment or living situation of the Au Pair.  (Reg. 62.13.b.1-2)

2.11    We agree to review all required DOS publications to understand the philosophy, rules, and regulations regarding the Au Pair Program. *(Reg. 62.31.i.1-3)*

### 3.      Host Family Duties and Responsibilities During the Au Pair's Stay in the United States:

3.1     The Host Family is responsible for supervising/monitoring all Child Care Services and will directly supervise and provide guidance to the Au Pair for all tasks to be performed.

3.2     We agree to provide full room and board in a suitable private bedroom with a door that can be closed in any of the

GAP_00070302

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000760



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

Host Family's residences where Child Care Services are provided and the Au Pair sleeps that complies with local building codes which the LAR will inspect and approve in advance. *(Reg. 62.31.e.6)*

3.3     We agree to pay the Au Pair an amount not less than the specific minimum weekly amount for the Au Pair as will be specified in Appendix A for such Au Pair. This amount is subject to the DOS Regulations concerning the Fair Labors Standards Act as interpreted by the United States Department of Labor and use the higher of federal or state minimum wages laws. The standard Au Pair wage can be increased using the percentage of the increase in the minimum wage laws over the federal minimum wages. Should the federal or state regulations change, the updated rates must be used when they go into effect. The frequency of payment will be defined in the Child Care Agreement signed by the Host Family and Au Pair and confirmed by the LAR. It must be paid at least once every 2 weeks. We agree not to advance or withhold these payments from the Au Pair except as defined in this section. The Au Pair's stipend cannot be withheld for loss of time through short term illness or longer term illness without approval from Go Au Pair. *(Reg. 62.31.j.1)*

3.4     We agree the Au Pair will provide up to a maximum of 45 hours (30 hours for Au Pairs in the EduCare Program ("EduCare Au Pair")) per week and, no more than 10 hours per day, of Child Care Services and child related housekeeping duties which will not include housework for the Parents or other adult. We agree to provide to the Au Pair time off of at least one full and one-half day each week, plus one complete weekend (Friday evening to Monday morning) each month. We agree to provide the Au Pair with two weeks (14 days) of paid vacation during a 12 month Au Pair Program to be taken at a mutually agreed upon time during the placement, at the Au Pair's normal weekly stipend. *(Reg. 61.31.c.2; Reg. 61.31.j.2 - 4)*

3.5     We understand the educational component is a critical part of the Au Pair Program and the Au Pair is required to register and attend classes to complete the educational component. We agree to facilitate the enrollment and attendance of the Au Pair in educational component requirements defined in Appendix A. We agree to provide the Au Pair up to the dollar amount specified in Appendix A for tuition/costs, as well as facilitate transportation to and from the place of instruction. *(Reg. 61.31.c.3; Reg. 61.31.k.1-2)*

3.6     We understand the Au Pair will prepare a hardcopy weekly log of the hours worked by day, stipend paid, vacation days used, and education financial contributions ("Hours & Wages Log"). We agree to review the information, and when correct, approve with initials. If there are any discrepancies or missed initials lasting more than 14 days, We will notify the LAR and Headquarters in writing to mediate any open points. *(Reg. 62.31.j.1-4)*

3.7     We agree at least one of the Parents or other responsible adult will remain in the home for the first three days following the Au Pair's arrival to the Host Family's home in order to acclimate, observe, and train the Au Pair on child care responsibilities and American culture. *(Reg. 61.31.e.1)*

3.8     We agree the Au Pair is prohibited from caring for any child aged less than three months unless a Parent or other responsible adult is present in the home (including sleeping hours). An Au Pair with less than 200 hours of documented experience caring for children under the age of two is not permitted to be placed in a home with children under the age of two. An EduCare Au Pair may not provide care for pre-school age children unless alternate full-time arrangements for supervision of such pre-school age children are in place and Go Au Pair has been provided written confirmation. *(Reg. 61.31.e.2 - 3)*

3.9     We agree the Au Pair is not responsible for the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children. The Au Pair has no verified medical training. If the Host Family's child requires medicine(s) which have been routinely administered in the past by a Parent and can be performed by a trained adult with no special training ("Layman Treatment"), the Host Family may request the Au Pair to administer this Layman Treatment if the Au Pair and the Host Family agree to the following:
    i.)    Host Family supervises and fully trains the Au Pair in the Layman Treatment;
    ii.)   Host Family is fully responsible for any acts or omissions by the Au Pair in the Layman Treatment;
    iii.)  Host Family and Au Pair agree to sign the Medical Consent Form for each child which details the Layman Treatment.
**Go Au Pair does not recommend the Host Family to allow the Au Pair to provide Layman Treatments** due to the potential risks including without limitation: Au Pairs are not familiar with medical names nor standards in the United States, there may be language misunderstandings related to the use of English versus metric measures, or potential medical complications. We agree Go Au Pair and Released Parties have no involvement with Layman Treatment or Special Treatment and have no Liabilities in connection with any intentional or negligent acts or omissions by the Au Pair or the

Copyright © 1990-2015 Go Au Pair Operations, LLC

Initials: CS
Initials: EO

hfa_v15.0_150201_dlk.docx
2/3/2015 3:10 PM

GAP_00070303

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000761



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

Host Family arising from the Layman Treatment or Special Treatment.

3.10    We agree to assess the driving ability of the Au Pair before granting permission to operate a vehicle. If the Au Pair is to operate any vehicle We agree to provide car insurance at the Host Family's expense for the Au Pair for the minimum mandatory coverage required by law in the state the Host Family resides. We also agree, in case of an accident, the Au Pair will only be responsible for the actual costs of damages not covered by insurance up to a maximum of $500 per incident where the Au Pair is deemed to be at fault by a governmental authority. We agree to pay for maintenance, gas, tolls, and parking for the vehicle(s) used by the Au Pair to perform Child Care Services or when driving to/from meetings and/or classes which are requirements of the Au Pair Program. We acknowledge that it is the Host Family's sole responsibility to advise and supervise the Au Pair's use of the automobile, including obtaining a local driver's license if required and conform to any and all federal, state or local driving and licensing laws.

3.11    We agree to use reasonable efforts to encourage the Au Pair to leave the United States per DOS Regulations by the end date on the Au Pair's Form DS-2019 ("Program End Date") plus the 30 day grace period ("Grace Period"). We agree during the Grace Period the Au Pair may not provide Child Care Services to and/or receive compensation from the Host Family. We understand if the Au Pair does not leave the United States before the end of the Grace Period or changes his/her status as it pertains to the Au Pair Program, such Au Pair is terminated in the Au Pair Program and at risk of penalties dictated by federal law. Go Au Pair cannot support, provide information or instructions, nor sponsor the Au Pair for a change of visa status or visa program.

3.12    We understand the Au Pair cannot accept employment of any type outside of Child Care Services with the Host Family and is not permitted to perform Child Care Services for the Host Family as a participant with other Exchange Visitor Programs defined by the DOS such as J-1 College and University Students. If the Au Pair engages in unauthorized employment, he/she is in violation of the DOS regulations and subject to termination. *(Reg. 62.16.b; 62.23.g.1 -2)*

3.13    We agree to respond to inquiries and maintain communication with the LAR in their monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources. This includes both routine matters and issues while the Au Pair is living in the Host Family's home. We agree to timely notify the LAR in writing of any emergency matters, unusual or serious incidents, or problems arising from the Au Pair's participation in the Au Pair Program, especially situations that could potentially affect the Au Pair's completion of the Au Pair Program. If the Au Pair transitions to the Host Family after the Au Pair's initial placement in an Au Pair Program year, the Host Family will communicate with the LAR twice monthly for the first two months. *(Reg. 62.31.c.5 - 7) (Reg. 62.31.l.1 – 3)*

3.14    We agree to follow the Mediation Policy whenever there are issues affecting the relationship between the Host Family and the Au Pair or issues related to the Au Pair providing Child Care Services. Go Au Pair will attempt to mediate any issues or disputes between the Host Family and the Au Pair after reviewing the available written documentation.

3.15    We agree if We have any problems with the LAR, Placement Coordinator, or other agents of Go Au Pair We will submit written notification of the problem to Headquarters via feedback@goaupair.com.

3.16    We agree the use of recording device ("Recording Device"), including but not limited to a "nanny cam", shall be limited to the purpose of evaluating an Au Pair's performance with the child(ren) in the Au Pair's care, and limited to common areas of the home, in which the Au Pair provides Child Care Services. The Recording Device shall not be used in any area of the Host Family's home in which an Au Pair has reasonable expectation of privacy, including but not limited to bathrooms and bedroom used by the Au Pair. The Host Family will notify the Au Pair if a Recording Device is being used in the house

3.17    We understand the Au Pair is required to attend at least four (4) cross-cultural activities ("LAR Cultural Events") held by a LAR during 12 months in the Au Pair Program or prorated if less than 12 months. We agree to support attendance and provide the Au Pair the necessary time off and transportation for all LAR Cultural Events. *(Reg. 62.8.d.1-2)*

3.18    We will attend at least one family day conference ("Family Day Event") arranged by the LAR during the course of a placement year. This is a condition of the Au Pair Program and failure to attend will be grounds for possible termination. *(Reg. 62.31.i.3)*

3.19    We understand any personal bills incurred by the Au Pair while residing with the Host Family are solely the responsibility of the Au Pair and are not the responsibility (financial or otherwise) of Go Au Pair and Released Parties

hfa_v15.0_150201_dlk.docx
2/3/2015 3:10 PM

GAP_00070304

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000762



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

(defined below in Section 5). Personal bills incurred by the Au Pair include, but are not limited to, any credit card charges, phone bills, extra expenses incurred by the Host Family as a result of any act or omission of the Au Pair, or medical expenses not covered by the accident and illness insurance provided to the Au Pair. We agree Go Au Pair and Released Parties have no responsibility or liability for any costs incurred by the Host Family or Au Pair and We shall not seek payment from Go Au Pair and/or Released Parties for any such expenses or costs.

4.     **Fees / Replacement / Refund Policies:**

4.1     An Appendix A for each Au Pair will define the fees to be paid to Go Au Pair, payment terms and replacement and refund policies. When agreed to by the Host Family, it will be signed. We will pay for all taxes (including without limitation any sales, use, excise, value-added, consumption and duties), Workman's Compensation insurance or any other insurance requirements, interest, and penalties mandatory under federal, state and/or local laws in connection with this Agreement. Go Au Pair is responsible for taxes based on Go Au Pair's net income and property.

4.2     We agree if Go Au Pair finds We have violated regulations concerning the Au Pair (without limitation, violating DOS Regulations, failure to provide the agreed upon weekly stipend, failure to provide the agreed upon leisure time, educational or cultural opportunities, causing the Au Pair physical, sexual or emotional abuse, not communicating with the LAR on monthly contacts), Go Au Pair, at its sole discretion, may remove the Host Family from the Au Pair Program.  This would result in terminating Appendix A, withdrawing the Au Pair from the Host Family's home, and We will not be granted a replacement Au Pair nor a refund of any payments made by us, the Host Family.

5.     **Other Terms and Conditions:**

5.1     We, our Family Members, heirs, predecessors, successors and assigns completely release and forever discharge Go Au Pair, its past, present and future officers, managers, members/owners, agents, representatives, employees, consultants, independent contractors, attorneys, insurers, parent companies, subsidiaries, and affiliates (collectively, the "Released Parties"), from any and all past, present or future claims of any kind, including but not limited to, claims for pain, suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages, whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising from, the hiring, placement, or employment of an Au Pair, any activities in the Au Pair Program, the provision of Child Care Services, or from an Au Pair's intentional or negligent acts, or omissions.

5.2     We agree to indemnify and hold harmless the Released Parties, from any and all Claims, demands, or causes of action made by any person or entity who claims any theory of liability or reimbursement arising out of the hiring, employment of an Au Pair, conduct of an Au Pair, including an Au Pair's intentional or negligent acts or omissions. We further agree to indemnify and hold harmless the Released Parties, from all damages, costs, and attorney's fees incurred by any of them in the defense or satisfaction of any Claims, demands, or causes of action made by any person or entity claiming to have paid or claiming responsibility to pay any amounts in connection with or arising out of, the hiring or employment of an Au Pair, or from an Au Pair's intentional or negligent acts or omissions.

5.3     We agree to indemnify and hold harmless the Released Parties, from any and all Claims, demands, or causes of action made by any person or entity who claims any theory of liability or reimbursement arising out of any of the Host Family or Family Member actions related to any activities in the Au Pair Program.

5.4     We agree that this Agreement shall be binding in all respects on ourselves, Family Members, heirs, successors, assigns, and subrogees.

5.5     We agree that our sole legal remedy for any claims whatsoever we have or may have against any or all of the Released Parties and all other persons or entities who have any type of derivative, imputed or vicarious liability for their conduct, is for Go Au Pair to use efforts it deems reasonable to replace an Au Pair and/or pay any fees specified in the Replacement/Refund Policy in Appendix A. In no event shall Go Au Pair be required to pay Host Family any amount in excess of the fees Host Family has paid Go Au Pair under this Agreement.

5.6     We agree Released Parties are neither responsible nor liable for any events beyond their direct control (force majeure) including without limitation Acts of God, government regulations or restrictions, civil strife, actual or threatened war

Initials: CS
Initials: EG

hfa_v15.0_150201_dlk.docx
2/3/2015 3:10 PM

GAP_00070305

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000763



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

or terrorist activity.

5.7     We are responsible to comply with any federal, state, or local laws regulating agreements or contracts with the Au Pair.  Go Au Pair does not provide legal or tax advice regarding any such laws and is not responsible for overseeing or informing the Host Family of compliance by the Host Family with any federal, state, or local laws.

5.8     During the course of Go Au Pair performing services for the Host Family, each party may be given access to information (in hardcopy and/or electronic form) that is confidential ("Confidential Information").  Confidential Information shall include the Host Family's financial or personal information provided on the application furnished to Go Au Pair, all Au Pair information provided by Go Au Pair to the Host Family, Go Au Pair's copyrighted materials, business activities, and technical knowledge, and other information specifically identified as confidential unless such information is already in the public domain.  The Host Family agrees Host Family parent partial names, location without address, photographs, videos, emails, comments, and statements may be used in materials to promote the Go Au Pair program unless the Host Family notifies Go Au Pair in writing this information is specifically considered Confidential Information. The Confidential Information received by each party shall be used only in connection with the Services covered under this Agreement for each to perform its obligations, including without limitation, Go Au Pair providing the Host Family's information to an Au Pair during the matching process.  Each party agrees to use the same degree of care to protect the Confidential Information of the other in the same manner that it protects the confidentiality of its own confidential information of a similar nature, but in no event less than reasonable care.  If either party receives a subpoena or other validly issued administrative or judicial process which requires the disclosure of Confidential Information of the other party, the receiving party shall immediately notify the other party and give that party an opportunity to use all legal tools available to object to the disclosure.  Go Au Pair shall be permitted to disclose information to the DOS and its independent auditor without notifying the Host Family.  We agree that disclosing Confidential Information related to an Au Pair to a third party or child care agency of any type, or receiving Confidential Information relating to an Au Pair and then subsequently assisting that Au Pair to provide services outside of this Agreement is a breach of the Agreement and entitles Go Au Pair to damages of at least $10,000 for each incident plus any associated legal fees and costs in addition to any other liquidated damages Go Au Pair may be entitled under this Agreement.

5.9     If We are a representative of a direct or indirect competitor of Go Au Pair, or requesting to be designated as a sponsor by the DOS in the au pair program. We shall not access Go Au Pair's websites requiring a login for any purpose except by Go Au Pair's prior written consent.  We acknowledge if we were to do so it would harm Go Au Pair and that We would be liable for damages of no less than $20,000 and for legal fees to collect these damages.

5.10    We agree that the terms of this Agreement and/or any extra contractual claims, including tort claims, between Host Family and Released Parties and all other persons or entities who have any type of derivative, imputed or vicarious liability for their conduct, shall in all respects be governed by and construed in accordance with the laws of the State of Utah.  We agree if any term or condition of this Agreement is found to be illegal, invalid, or otherwise unenforceable, such term shall not affect the validity or enforceability of any of the remaining terms and conditions of this Agreement, and such term or condition shall be deemed modified only to the extent necessary in the Arbitrator's opinion to render such term or condition enforceable, preserving to the fullest permissible extent the intent and agreements of the parties.

5.11    We agree that any dispute with Go Au Pair that is not settled informally by the parties shall be submitted to binding arbitration and conducted in Salt Lake County, Utah, in substantial accordance with the rules of the American Arbitration Association ("AAA") before a single arbitrator. The identity of the arbitrator will be decided by mutual agreement, with the arbitrator's fee to be shared equally between the parties.  The decision of the arbitrator shall be final and cannot be appealed.  If the parties cannot agree on an arbitrator then the AAA will appoint one.  By signing this Agreement, We waive our right to have any claim against Go Au Pair decided in any court by a judge or jury, although each party retains the right to have a court enforce an arbitration award in accordance with the law.

5.12    Any and all claims or causes of action involving any issue or contractual requirements under this Agreement, any services performed or to be performed under this Agreement, or any action based in tort, shall be commenced within one year of the date the claim or cause of action arose by providing written notice to Go Au Pair of the intent to arbitrate such claims or causes of action.

5.13    Failure to comply with any term, condition or provision of this Agreement by Host Family will result in waiving any right to any refund or replacement Au Pair.

Copyright © 1990-2015 Go Au Pair Operations, LLC

Page 6 of 7

Initials: CS
Initials: SC

hfa_v15.0_150201_dlk.docx
2/3/2015 3:10 PM

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000764



### HOST FAMILY PLACEMENT SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

5.14   This Agreement may be signed in two or more counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act.  A facsimile or electronically transmitted signature shall be considered the same as an original.  If only one Parent has signed this Agreement or the Child Care Agreement, We warrant that such Parent has authority for both Parents.

5.15   We acknowledge this Agreement sets forth the entire agreement with Go Au Pair.  We have not relied on any warranties or representations other than those set forth herein.  Neither this Agreement nor any Appendix A may be modified or amended except by the mutual written agreement of the parties.  Changes in DOS Regulations or other applicable law governing Go Au Pair, the Au Pair, and/or Host Family shall amend, modify, or supersede any term, condition or provision of this Agreement.

5.16   **We have read this Agreement, understand its contents, and understand it is a legally, binding contract between Host Family (including Family Members) and Go Au Pair.  We have been advised to seek legal advice and have taken the opportunity to consult with an attorney of our choice about its content.  We sign this Agreement of our own free will and choice.**

| | |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | Mar 21, 2016 |
| Signature – Host Family | Date |
| ▮▮▮▮▮▮▮▮▮▮ | Mar 22, 2016 |
| Signature – Host Family | Date |

Copyright © 1990-2015 Go Au Pair Operations, LLC

Page 7 of 7

Initials: CS
Initials: EO

hfa_v15.0_150201_dlk.docx
2/3/2015 3:10 PM

GAP_00070307

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000765

# HFA-Appendix A
## of Host Family Placement Services Agreement

**Host Families** ---○--- **Go Au Pair**

Appendix A of the Host Family Placement Services Agreement is between the Host Family and Go Au Pair and includes:

:: Overall Regulations
:: Fees and Payment Terms
:: Terminating a Placement
:: Replacement/Refund Policy
:: Regulations
:: Confirmations
:: Additional Services and Debits
:: Financial Details

The agreement is signed by the Host Family for every Au Pair placement with Go Au Pair.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000766



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Appendix A – Au Pair Agreement Details

We,  ("Host Family" or "We") with a primary residence
at ███████████████████████████████████████████████

have selected the Au Pair named below ("Current Au Pair") as part of Go Au Pair's Au Pair Program and the United
States Department of State Au Pair Visitor Exchange Program ("Au Pair Program").   This Appendix A ("Appendix A"),
including the attached placement financial details pages ("Financial Details"), defines the specific fees, terms and
conditions with the Current Au Pair including the period of time the Current Au Pair will live with the Host Family and
participate in the Au Pair Program.  Appendix A will become attached and made part of the Host Family Placement
Services Agreement ("Agreement") signed previously by the Host Family.  Appendix A is effective the earlier of the
Placement Start Date or the date this Appendix A is signed.  In the event of a conflict between this Appendix A and the
Agreement, the terms of the Appendix A will prevail.

**Au Pair Name**:   Michelle Carolina Del Pozo Aguilar                                    ("Current Au Pair")


1.     **Overall**

1.1     We have read the U.S. Department of State ("DOS") publication "The Au Pair Exchange Program - Brochure" and
the DOS letter "Dear American Host Family" signed by Rick A. Ruth to understand the philosophy, rules and regulations
regarding the Au Pair Program.  We recognize the overall goal of the Au Pair Program is to increase mutual
understanding between the people of the United States and the people of other countries by means of educational and
cultural exchanges and for the au pair to return home to share their experiences.  This will allow a young person from a
foreign country to live with the Host Family to learn about American culture by providing broad exposure to society and
institutions and share their own local language, culture and history with Americans.  While the Current Au Pair will provide
Child Care Services for the Host Family, We agree to allow the Current Au Pair to be given ample opportunity and
encourage the Current Au Pair to take advantage through active participation in family, educational, and community life in
the region.  *(Reg. 62.31.a; Reg. 62.31.i.1 - 2)*

1.2     We will comply with the DOS Regulations, including without limitation:
- We are fluent in spoken English and both parents are U.S. citizens or legal permanent residents *(Reg. 62.31.h.1;
  Reg. 62.31.h.2)*
- All adults living in the house have been interviewed by the Local Area Representative ("LAR") *(Reg. 62.31.h.3)*
- We interviewed, at least twice, the Current Au Pair by telephone or internet equivalency prior to matching with
  the Current Au Pair and signing the Child Care Services Agreement *(Reg. 62.31.e.7)*
- If We have children under the age of two, we have confirmed the Current Au Pair has at least 200 hours of
  documented infant child care experience. *(Reg. 62.31.e.3)*
- If We have identified as having a Special Care child or other Family Members, we have recorded this in the
  application for Go Au Pair and the Current Au Pair.  We have personally reviewed and acknowledged, in writing,
  the Current Au Pair has the prior experience, skills and training for the care of our Special Care child
  requirements *(Reg. 62.31.e.4)*
- Either a Parent or other responsible adult will remain in the home for the first three days following the Current Au
  Pair's arrival *(Reg. 62.31.e.1)*
- If We have a child aged less than three months, a Parent or other responsible adult must be present in the home
  *(Reg. 62.31.e.2)*
- If the Current Au Pair is with the EduCare program, we have full time arrangements in place for supervising the
  pre-school age children. *(Reg. 62.31.e.3)*
- We and the Current Au Pair have both signed the Child Care Services Agreement ("Child Care Agreement")
  showing the Current Au Pair's duties and the obligations of both Parties. *(Reg. 62.31.e.5; 62.31.h.6)*
- We agree to meet the following requirements with the Current Au Pair based on the information in the attached
  Financial Details:
  - Limit work hours per day and per week *(Reg. 62.31.c.2; 62.31.j.2)*
  - Pay at least the weekly stipend amount.  Stipends are subject to federal and/or state regulations and
    may change during the Placement Period.  Failing to abide by the weekly stipend amount or the

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 1 of 7

Initials: CS
Initials: 

GAP_00070289

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000767



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

> effective dates of increases are a violation of federal and/or state mandated minimum wage laws *(Reg. 62.31.j.1)*
> - o  Provide educational allowance and facilitate enrollment/attendance to complete the educational requirement semester credit hours *(Reg. 62.31.c.3; 62.31.k.1)*
> - o  Provide two weeks (14 days) of paid vacation at the Current Au Pair's normal stipend during a full 12 month program unless the Current Au Pair is a transition and indicates an updated amount of vacation *(Reg. 62.31.j.4)*
> - o  Provide a minimum of one and one half days off per week in addition to one complete weekend each month *(Reg. 62.31.j.3)*
- We agree the Current Au Pair cannot accept employment of any type outside of providing Child Care Services with the Host Family and is not permitted to perform Child Care Services as a participant with other Exchange Visitor Programs such as J-1 College and University Students. *(Reg. 62.16.b; 62.23.g.1 -2)*
- We have arranged for the following when the Current Au Pair lives in our home:
  - o  Suitable private bedroom with a closing door that has been approved by the LAR *(Reg. 62.31.e.6)*
  - o  Means of communication between the Current Au Pair and Go Au Pair and the outside world
  - o  Encourage attendance and provide suitable transportation to LAR cultural events

1.3     We agree the Current Au Pair will provide only Child Care Services.  Child Care Services include duties with the Host Family's children without limitation: general supervision of children, preparing children's meals, straightening children's rooms, doing children's laundry and being responsible for the children when they are sleeping.  We agree the Current Au Pair's responsibilities for Child Care Services will not include cleaning the entire home, heavy housework, yard work, pet care, or other labor related to other adults in the household.  The duties are documented in the Child Care Agreement.

1.4     We take sole responsibility in selecting the Current Au Pair.  We have reviewed the Current Au Pair's application and background information, have thoroughly and personally interviewed at least twice by telephone or internet equivalency, and verified independently to our satisfaction the information that is important to the Host Family through direct contact with the Current Au Pair and/or the Current Au Pair's references.  The important information includes without limitation: driving ability and experience, English speaking skills, experience with children under the age of two, special needs experience, skills and training, overall child care experience, personality, and lifestyle with the Current Au Pair and the Host Family.

1.5     We accept sole responsibility for supervising the Current Au Pair and recognize Go Au Pair does not supervise the Current Au Pair.  We agree to meet frequently with the Current Au Pair to discuss scheduling, to clarify duties and responsibilities, and to resolve any differences, issues or problems in a constructive fashion.  As an employee of the Host Family and under the Host Family's full supervision, Go Au Pair has no control or responsibility for the Current Au Pair's actions or failure to act and does not guarantee acceptable performance by the Current Au Pair.

1.6     If the Current Au Pair is not in the extension period and We wish the Current Au Pair to participate in the Extension Program, the extension application and documentation completing the educational and LAR Cultural Events must be submitted to Go Au Pair by the deadline of 51 calendar days before the Current Au Pair's Form DS-2019 expires.

## 2.     Fees and Payment Terms:

2.1     We understand and agree to pay the required fees to Go Au Pair under the terms of payment as set forth in this Appendix A and the attached Financial Details.  Match fees are due upon matching with the Current Au Pair and all remaining fees are due 30 days before Placement Start Date.  If the Host Family requests a Payment Plan that must be indicated on page 4 of the Financial Details.

2.2     Agency fees ("Agency Fees") shall cover the Current Au Pair's basic placement fees which include application fees, preliminary screening of au pairs, arranging arrival and return transportation between designated cities abroad and the Host Family's arrival airport in the United States, processing Form DS-2019, orientation, training, basic accident and illness insurance, and support services by Go Au Pair.

2.3     Additional Services and Debits are charged only when services are incurred or requested.  The potential list of fees is shown in Attachment 2.

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 2 of 7

Initials: CS
Initials: 

GAP_00070290

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000768



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

2.4     If the Current Au Pair is a Transition-In Country Au Pair, the Host Family will pay one half of the Domestic and International airfares, related to the Current Au Pair's return flights to the home country from the Host Family's city, and the actual air fare costs of the Current Au Pair to the Host Family from the existing location.

2.5     We understand the Current Au Pair's flight cannot be purchased until all payments due are made to Go Au Pair, all required documentation is returned and approved by Go Au Pair, and the Current Au Pair's visa is approved.  Flight schedules are subject to change.

2.6     We agree any Application Fee, matching expenses, flights/transportation costs, accident and illness insurance upgrade, additional services, and banking fees previously paid to Go Au Pair are non-refundable ("Non-refundable Fees"). We understand in the event the Current Au Pair does not use the return air ticket provided by Go Au Pair, no refund, credit, or travel voucher will be provided.  We allow Go Au Pair to charge our credit card(s) in Attachment 3 on the due dates and amounts defined in the Financial Details.

2.7     We agree if we withdraw from the Au Pair Program prior to the Current Au Pair leaving for the United States or change the Current Au Pair to another Au Pair, we must pay a cancellation fee – see Attachment 2.  In some select countries, if the Current Au Pair's visa is denied, we agree to pay any processing fees and costs incurred.

2.8     If We do not pay any of the payment(s) agreed to in the Child Care Agreement to the Current Au Pair including without limitation: stipend, vacation time, education costs, or emergency housing We authorize Go Au Pair to pay these amounts using the credit card on file.

**3.     Terminating a Placement:**

3.1     The first two weeks in the placement with the Current Au Pair is viewed as the "Adjustment Period" during which no change in placement will be considered.

3.2     We agree to follow the Mediation Policy whenever there are issues affecting the relationship or issues between the Host Family and the Current Au Pair.  We agree that if the Current Au Pair's placement is unsatisfactory, such dissatisfaction will be reviewed on a case-by-case basis.  Go Au Pair will review all provided information.  Any differing points of view from the Host Family and Current Au Pair will be mediated by Go Au Pair Headquarters and its decision is final.

3.3     We may terminate this Appendix A by promptly notifying Go Au Pair in writing or electronically via email or fax ("Notification") and including the Incident Report as described in the Mediation Policy.  Terminating Appendix A will also terminate the Child Care Agreement with the Current Au Pair.

3.4     If terminated, We will pay the stipend of the Current Au Pair and house the Current Au Pair with the Host Family for two weeks unless otherwise mutually agreed by both the Host Family and the Current Au Pair ("Transition Period").  If the Host Family requests Go Au Pair remove the Current Au Pair, the Host Family shall pay Go Au Pair the remaining balance of the housing room and board at $100.00 / day in the Transition Period remaining for emergency housing.

3.5     We agree to pay the Current Au Pair vacation pay and tuition allowance based on the number of weeks used in the placement and the Child Care Agreement with the Current Au and also shown in the Refund Table on page 3 of the Financial Details.  Vacation pay and education allowance are accrued weekly.  The weekly prorate amounts are calculated  by dividing the total amounts due to the Current Au Pair in the placement divided by the number of weeks in the placements less 2 weeks.  Go Au Pair will provide the prorated amounts in the Placement Completion Worksheet.

3.6     Go Au Pair will attempt to locate another placement for the Current Au Pair, if, at the sole discretion of Go Au Pair, the reasons for terminating the Current Au Pair do not involve child care safety or other factors that would affect eligibility. We may request the Current Au Pair to not re-match with a new host family within the current LAR's cluster.  Go Au Pair will make the final decision.

3.7     We agree Go Au Pair has the right to terminate this Appendix A at any time and remove the Current Au Pair from the home.  An event requiring termination may include without limitation: the Host Family fails to comply with any terms of DOS regulations or this Agreement, the Host Family is 30 days in arrears, the Current Au Pair is in an unsuitable environment or is being treated in an inappropriate manner by a Family Member(s), the Host Family is not in keeping with

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 3 of 7

Initials: CS
Initials: 

GAP_00070291

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000769



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

the cultural spirit of the Au Pair Program and its goals, or the Host Family is not respectful to Go Au Pair staff and/or LAR.

3.8    We understand Go Au Pair is not responsible for any economic damage or loss alleged to arise from loss or unavailability of the Current Au Pair's Child Care Services. Go Au Pair cannot guarantee uninterrupted Child Care Services. Therefore, interim alternative care at the Host Family's expense may be needed if a change of the Current Au Pair is necessary.

**4.    Replacement/Refund Policy:**

4.1    We agree if we fail to adhere to the Au Pair Program guidelines as determined by Go Au Pair, there will be absolutely no refund of the fees specified in this Appendix A. We also agree if We or the Current Au Pair terminate the placement and We fail to give the Current Au Pair the required Transition Period plus room and board, stipend and/or the pro-rata vacation pay and education component, We will not be entitled to or receive a refund or replacement Au Pair.

4.2    We agree to the refund table ("Refund Table") and calculation of refundable fees ("Refundable Fees") on page 3 of the Financial Details. The refund amount due is based on the following ("Refund Amount")
- Refund Table only applies after the Placement Start Date
- Refunds are based on the weeks remaining ("Remaining Weeks"), which are calculated as the weeks in the original placement less the weeks used. A partial week is calculated by rounding up a week with four or more days and rounding down if there are three or less days in a given week.
- Non-refundable costs include without limitation: all arrival airfare and transportation, matching fee expenses incurred in the initial stage of the placement, including without limitation: recruiting, interviewing, testing, training, orienting, processing visas, transporting and placing of Au Pairs.
- All refundable fees, including return air fares, are amortized on pro-rata basis.
- Refund Table is based on all payments having been made. Any balance due reduces the refund amount by the full amount of the balance due.
- All refunds will be issued to the original credit card.
- Should We withhold valid payments due to the Current Au Pair, Go Au Pair may offset those payments from any available refund due.

4.3    We may request a new Au Pair ("New Au Pair"). Go Au Pair will provide assistance to find a replacement Au Pair for the Host Family. We understand there is no guarantee a replacement Au Pair will be found. If We match with a New Au Pair, We may be eligible for additional credits that will reduce the costs of the New Au Pair ("Re-match Credits"). Rematch Credits include without limitation:
- For In Country Au Pairs the arrival transportation credit of up to $300 offsetting arrival airfare plus transportation costs, if there are more than 26 weeks remaining in this placement
- Reduction in fees related to the New Au Pair

4.4    All unused Re-match Credits expire 15 months from the Placement End Date.

4.5    Go Au Pair reserves the right to refund the Host Family rather than provide a replacement Au Pair.

4.6    If We have acted in accordance with Au Pair Program guidelines, We may request a standard refund in accordance with the Refund Amount in the attached Financial Details. A refund may be requested in writing or electronically via email/fax within 180 days after the Placement End Date. If owed, the Refund Amount will be processed within thirty (30) days after this request has been received and confirmed by Go Au Pair.

**5.    Definitions:**

5.1    The following capitalized terms used in this agreement have the meanings set below:

5.2    "In Country" means an Au Pair currently living in the US who has been in prior placement(s).

5.3    "Out of County" means an Au Pair who is currently living in his/her home country.

5.4    "Placement End Date" means the actual known date on the Current Au Pair's DS-2019, or if the visa has been

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 4 of 7

Initials: CS
Initials: ES

GAP_00070292

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000770



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

confirmed, the best estimated date.  If the Current Au Pair has been terminated this date is the last date of the Transition Period.

5.5   "Placement Start Date" means either the actual known dates below or if flights have not been confirmed, the best estimated dates:
- Arrival date in the US if the Current Au Pair is living outside of the US or
- Departure date of the previous location, if the Current Au Pair is already living in the US.

5.6   "Placement Period" means the time between the Placement Start Date and the Placement End Date.

5.7   "Special Care" means individuals (child or adult) identified by the Host Family with special health care needs ("CSHCN") as "those who have or are at increased risk for a chronic physical, development, behavior, or emotional condition and who also require health and related services of a type or amount beyond that required by children generally" using the US Department of Health & Human Service (DOHHS).  This could include without limitation any of the following areas:  breathing, swallowing/digestion/metabolism, blood circulation, chronic pain, hearing even with corrective devices, seeing even with corrective devices, taking care of self, coordination/moving around, learning/understanding/paying attention, speaking/communicating, making/keeping friends, and behavior.

_____          Mar 21, 2016
                                                 _____
Signature – Host Family                                          Date

_____          Mar 21, 2016
                                                 _____
Signature – Host Family                                          Date

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 5 of 7

Initials: CS
Initials:

GAP_00070293

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000771



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Attachment 1 - - Confirmations

| Confirmation Question | Response |
|---|---|
| **Current *Au Pair's* Interview**<br>We have conducted a detailed, verbal interview in English by telephone (or internet equivalent e.g. Skype)   (Reg. 61.31.e.7) | _CS_<br>CS |
| How many times? | 4 |
| **Experience with children under the age of two**<br>**a.**   If we have children under the age of 2 during this placement, We will confirm the Current Au Pair has at least 200 hours of documented, prior experience with children under the age of two (Reg. 61.31.e.3) | _CS_<br>CS |
| **b.**   If We have a child aged less than 3 months, a Parent or other responsible adult will be present in the home (Reg.62.31.e.2) | _CS_<br>CS |
| **Special Care** (required if needed – see definition in Section 5.7)<br>If We have identified Special Care child(ren) or Family Member residing in the home, We have reviewed the Current Au Pair's prior experience, skills, and/or training for the care of Special Care children and acknowledge it is sufficient (Reg. 61.31.e.4) | _CS_<br>CS |
| **EduCare Au Pair** (required only if an EduCare Au Pair)<br>If We have matched with an EduCare Au Pair & have provided pre-school age child(ren), We have alternate full-time arrangements for supervision of pre-school age child(ren) in place (Reg. 61.31.e.3) | Standard |
| **Layman Treatment**<br>If We have asked the Current Au Pair to provide ongoing administration of Layman Treatment or plan to do so, We have completed the Medical Consent Form & provided a copy to the Current Au Pair.  As such We agree the following:<br>• The Current Au Pair will not perform Special Treatments<br>• We understand the risks involving a foreign person performing Layman Treatments<br>• Go Au Pair and its representatives have no involvement with Layman Treatment and have no Liabilities in connection with Layman Treatment for any intentional, unintentional, negligent or gross negligent acts or omissions by the Current Au Pair or the Host Family | _CS_<br>CS |
| **Au Pair screening by Host Family**<br>We have reviewed the Current Au Pair's full application and conducted at least two telephone (or internet equivalent interviews.  We confirm to the best of our abilities the Current Au Pair's qualifications meet our specific requirements, including without limitation:<br>• Driving – ability & experience<br>• English – ability to speak and understand English<br>• Child care - age group experience, references, and preferences<br>• Personality, lifestyle, and expectations | _CS_<br>CS |

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 6 of 7

Initials: _CS_
CS

Initials: 
ES

GAP_00070294

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY
Defs.' Appx. 00000772



**HOST FAMILY
PLACEMENT SERVICES
AGREEMENT**
Appendix A

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

## Attachment 2 - Additional Services and Debits

| Description | Fees |
|---|---|
| | |
| **Pre-Arrival Cancelation Penalties – Out of Country Au Pair needing visa (NON-REFUNDABLE)** | |
| Au Pair Visa denied by the US Embassy consular officers | $ 0 |
| Au Pair DS-2019 issued & Flight not confirmed | $ 500 |
| Au Pair DS-2019 issued  & Visa approved & Flight not confirmed | $ 800 |
| Au Pair Flights confirmed (in addition to DS-2019 or Visa Penalty above) | $ 500 |
| Au Pair Visa denied by the US Embassy consular officers – select countries with Visa issues (this will be identified before the a DS-2019 is requested) | $ 500 |
| | |
| **Pre-Arrival Cancelation Penalties – In Country Au Pair - (NON-REFUNDABLE)** <br> - **Transition or Extension** <br> - **Each situation below** | |
| Extension Applied for or Approved by Department of State | $ 800 |
| Child Care Service Agreement signed with Au Pair | $ 400 |
| Flight Issued | $ 300 |
| | |
| | |
| | |
| **Flight Service Surcharge (only when required)** | |
| International Airfares – generally from Asia, Africa, South Pacific  (see Financial Details page 2) | TBD |
| Domestic Airfare –based on Host Family's arrival airport  (see Financial Details page 2) | TBD |
| Arrival Transportation – Ground transportation to the Host Family | Actual Cost |
| Expedited Flights  (Issued < 15 days before departure date) <br> - Out of Country departures from home country to the US | Higher of $300 or actual increase |
| Changed Flight –flights already purchased that must be canceled or changed at Host Family request incur all increased costs plus the following fee | |
| International Flights | $ 200 |
| Domestic Flight ONLY | $ 100 |
| | |
| **Additional Services – (Only when requested)** | |
| Payment Plans  - <br> - Fees for activation and <br> - Per installment | $ 100 <br> $ 30 |
| Courier Services requested – Ground | $ 15 |
| Courier Services requested –Two (2) Day | $ 30 |
| Courier Services requested – Next Day or Weekend | $ 60 |
| Courier Services requested – International Deliveries | $ 75 |
| Emergency Au Pair room & board costs (Host Family not housing during Transition Period) | $100 / day |
| | |
| **Late Fees (when incurred)** | |
| Late Paperwork – missing any form required to complete the needed forms by Host Family 3 days after signing of Child Care Services Agreement with  the Au Pair | $ 50 |
| Late Payments – Fees not paid 14 days after due date | $ 75 |
| Outstanding Bills – subsequent unpaid bills after 5th of the month | $ 50 |
| Declined Payments - Declined credit cards | $ 50 |
| Requested Credit Charge Changes – (e.g. changing to a Payment Plan; requesting prior charges be credited and applied to different card, or any changes after payment has been processed) | $ 50 |

Copyright © 1990-2015 Go Au Pair Operations, LLC
apxa_v15.01_150928_awk.docx
9/28/2015 5:02 PM

Page 7 of 7

Initials: CS
Initials:



GAP_00070295

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000773



151 East 6100 South, Ste 200
Murray, UT 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Host Family
## Placement Services Agreement
### Appendix A - Financial Details

### General Placement Information

**Host Family Name :**

| | |
|---|---|
| Contract Type: | First Time |
| Placement Number: | Opp1616941 |

**Au Pair Name:** Michelle Carolina Del Pozo Aguilar

| | |
|---|---|
| Country: | Ecuador |
| Program Type: | Standard |
| Type: | Out of Country |
| Term Year: | First Year - 12Mo |
| Match Date: | 3/18/2016 |

| Placement Dates | Planned Dates | Actual Start Date (if known) |
|---|---|---|
| Placement Start Date | 5/2/2016 | |
| Placement End Date | 5/2/2017 | |
| Placement-Days | 366 | |
| Placement Weeks | 52 | |

| DOS Requirements | This Placement |
|---|---|
| Maximum Work Hours (Weekly) | 45 |
| Weekly Stipend (Minimum) | $195.75 |
| Vacation Days | 14.0 |
| Vacation Pay | $391.50 |
| Education Credit Hours | 6.0 |
| Tuition Allowance | $500.00 |

### Standard Payment Terms

| | Total Fees | Credits / Discounts | Payments | Total Balance | | Timing of Payments |
|---|---|---|---|---|---|---|
| 1. Application Fee | $ 250 | $ (250) | $ 0 | $ 0 | $ 0 | Time of Application |
| a) Agency Match Fees | $ 2,700 | $ 0 | $ 0 | $ 2,700 | $ 2,700 | Due at time of Match |
| b) Agency Fee-Balance | $ 4,995 | $ (250) | $ 0 | $ 4,745 | | |
| c) Agency Fee-Premiere Au Pair | $ 0 | | $ 0 | $ 0 | | |
| 2. Total Agency Fees | $ 7,695 | $ (250) | $ 0 | $ 7,445 | | |
| 3. Additional Services | $ - | | $ 0 | $ 0 | | |
| 4. Transportation | $ 300 | | $ 0 | $ 300 | | |
| | | | | | $ 5,045 | 30 days before planned arrival |
| | $ 8,245 | $ (500) | $ 0 | $ 7,745 | $ 7,745 | |

Initials: CS

Initials:

Printed:  3/18/2016

GAP_00070296

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs.' Appx. 00000774



**Host Family**
**Placement Services Agreement**
Appendix A - Financial Details

151 East 6100 South, Ste 200
Murray, UT 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

---

## Detail of Fees, Costs, Discounts, and Credits

| | |
|---|---|
| **Host Family Name:** | Sowell Family |
| **Placement Number:** | Opp1616941 |
| **Au Pair Name:** | Michelle Carolina Del Pozo Aguilar |
| **Placement Start Date:** | 5/2/2016 |

### Go Au Pair Fees

**1. Application Fee**     $ 250

**2. Agency Fees**
a) Agency Match Fees     $ 2,700
b) Agency Fee-Balance     $ 4,995
c) Agency Fee-Premiere Au Pair     $ -
Subtotal - Agency Fee     $ 7,695

**3. Addional Services**

Subtotal - Additional Services     $ -

**4. Transportation**
a) Int'l Air Travel-Out of Country

b) Domestic Air Travel-Out of Country
Airfare Surcharge from S. America to VA, Norfolk (ORF)     $ 300
Round Trip Airfare-Net     $ 300

c) Addiitional Transportation / Airfare to Family Home

Arrival Transportation     $ -
Subtotal - Transportation     $ 300
Total Fees (1 + 2 + 3 + 4) =     $ 8,245

**5. Adjustments**
A. Application Discount     $ (250)
B. Family Discounts or Promotions     $ (250)
C. Misc. Charges / (Credits)     $ -
Subtotal Adjustments (A + B + C) =     $ (500)

**Total Placement Amount = $ 7,745**

**6. Payments & Prior Balances**

Subtotal Payments & Prior Balances     $ -

**Net Balance Due to Go Au Pair = $ 7,745**

### Adjustments

**A. Application Discount**
Application Fee Waiver     $ (250)

**B. Family Discounts or Promotions**
Host Familly Discount for Active Military or Veterans     $ (250)

Subtotal - Family Discounts     $ (250)

**C. Misc Charges or (Credits)**

Subtotal - Misc. Charges or (Credits)     $ -

A, B, & C Totals

---

Initials: CS
Initials: [signature]

Printed: 3/18/2016



GAP_00070297

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000775



**Host Family**
**Placement Services Agreement**
**Appendix A - Financial Details**

151 East 6100 South, Ste 200
Murray, UT 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## REFUND TABLES

| Host Family Name: | Sowell Family |
|---|---|
| Placement Number: | Opp1616941 |
| Au Pair Name: | Michelle Carolina Del Pozo Aguilar |
| Placement Start Date: | 5/2/2016 |

### Calculating Non-Refundable Costs & Balance Refundable

|  |  | Amount |  |
|---|---|---|---|
| Total Amount |  | $ 7,745 | NOTE: |
| Plus Payments (Prior Placement xfer) |  | $ - | 1. Refund amounts are reduced by any open balances |
| Less Non-Refundable Costs |  |  |  |
| Application Fees | $ - |  |  |
| Portion of Agency Match Fees | $ 2,050 |  |  |
| Total Additional Services | $ - |  |  |
| Int'l & Domestic Airfare-Arrival | $ 150 |  | I understand |
| Local Transportation | $ - |  | these costs are |
| Misc charges | $ - |  | not refundable: |
| Non-refundable Amount |  | $ (2,200) |  |
| Refundable Fees |  | $ 5,545 |  |



CS
CS

| Week # | Placement Weeks Remaining | Host Family Refund Amount | Host Family Payments Due to Au Pair | | Au Pair DOS Requirements | |
|---|---|---|---|---|---|---|
|  |  |  | Vacation Costs | Education Costs | Vacation Days | Education Hours |
| 1 | 51 | $ 5,410 | $ 7.83 | $ 10.00 | 0.3 | 0.1 |
| 2 | 50 | $ 5,280 | $ 15.66 | $ 20.00 | 0.6 | 0.2 |
| 3 | 49 | $ 5,150 | $ 23.49 | $ 30.00 | 0.8 | 0.4 |
| 4 | 48 | $ 5,020 | $ 31.32 | $ 40.00 | 1.1 | 0.5 |
| 5 | 47 | $ 4,900 | $ 39.15 | $ 50.00 | 1.4 | 0.6 |
| 6 | 46 | $ 4,770 | $ 46.98 | $ 60.00 | 1.7 | 0.7 |
| 7 | 45 | $ 4,640 | $ 54.81 | $ 70.00 | 2.0 | 0.8 |
| 8 | 44 | $ 4,510 | $ 62.64 | $ 80.00 | 2.2 | 1.0 |
| 9 | 43 | $ 4,380 | $ 70.47 | $ 90.00 | 2.5 | 1.1 |
| 10 | 42 | $ 4,250 | $ 78.30 | $ 100.00 | 2.8 | 1.2 |
| 11 | 41 | $ 4,120 | $ 86.13 | $ 110.00 | 3.1 | 1.3 |
| 12 | 40 | $ 3,990 | $ 93.96 | $ 120.00 | 3.4 | 1.4 |
| 13 | 39 | $ 3,860 | $ 101.79 | $ 130.00 | 3.6 | 1.6 |
| 14 | 38 | $ 3,730 | $ 109.62 | $ 140.00 | 3.9 | 1.7 |
| 15 | 37 | $ 3,610 | $ 117.45 | $ 150.00 | 4.2 | 1.8 |
| 16 | 36 | $ 3,480 | $ 125.28 | $ 160.00 | 4.5 | 1.9 |
| 17 | 35 | $ 3,350 | $ 133.11 | $ 170.00 | 4.8 | 2.0 |
| 18 | 34 | $ 3,220 | $ 140.94 | $ 180.00 | 5.0 | 2.2 |
| 19 | 33 | $ 3,090 | $ 148.77 | $ 190.00 | 5.3 | 2.3 |
| 20 | 32 | $ 2,960 | $ 156.60 | $ 200.00 | 5.6 | 2.4 |
| 21 | 31 | $ 2,830 | $ 164.43 | $ 210.00 | 5.9 | 2.5 |
| 22 | 30 | $ 2,700 | $ 172.26 | $ 220.00 | 6.2 | 2.6 |
| 23 | 29 | $ 2,570 | $ 180.09 | $ 230.00 | 6.4 | 2.8 |
| 24 | 28 | $ 2,450 | $ 187.92 | $ 240.00 | 6.7 | 2.9 |
| 25 | 27 | $ 2,320 | $ 195.75 | $ 250.00 | 7.0 | 3.0 |
| 26 | 26 | $ 2,190 | $ 203.58 | $ 260.00 | 7.3 | 3.1 |
| 27 | 25 | $ 2,060 | $ 211.41 | $ 270.00 | 7.6 | 3.2 |
| 28 | 24 | $ 1,930 | $ 219.24 | $ 280.00 | 7.8 | 3.4 |
| 29 | 23 | $ 1,800 | $ 227.07 | $ 290.00 | 8.1 | 3.5 |
| 30 | 22 | $ 1,670 | $ 234.90 | $ 300.00 | 8.4 | 3.6 |
| 31 | 21 | $ 1,540 | $ 242.73 | $ 310.00 | 8.7 | 3.7 |
| 32 | 20 | $ 1,410 | $ 250.56 | $ 320.00 | 9.0 | 3.8 |
| 33 | 19 | $ 1,280 | $ 258.39 | $ 330.00 | 9.2 | 4.0 |
| 34 | 18 | $ 1,160 | $ 266.22 | $ 340.00 | 9.5 | 4.1 |
| 35 | 17 | $ 1,030 | $ 274.05 | $ 350.00 | 9.8 | 4.2 |
| 36 | 16 | $ 900 | $ 281.88 | $ 360.00 | 10.1 | 4.3 |
| 37 | 15 | $ 770 | $ 289.71 | $ 370.00 | 10.4 | 4.4 |
| 38 | 14 | $ 640 | $ 297.54 | $ 380.00 | 10.6 | 4.6 |
| 39 | 13 | $ 510 | $ 305.37 | $ 390.00 | 10.9 | 4.7 |
| 40 | 12 | $ 380 | $ 313.20 | $ 400.00 | 11.2 | 4.8 |
| 41 | 11 | $ 250 | $ 321.03 | $ 410.00 | 11.5 | 4.9 |
| 42 | 10 | $ 120 | $ 328.86 | $ 420.00 | 11.8 | 5.0 |
| 43 | 9 | $ - | $ 336.69 | $ 430.00 | 12.0 | 5.2 |
| 44 | 8 | $ - | $ 344.52 | $ 440.00 | 12.3 | 5.3 |
| 45 | 7 | $ - | $ 352.35 | $ 450.00 | 12.6 | 5.4 |
| 46 | 6 | $ - | $ 360.18 | $ 460.00 | 12.9 | 5.5 |
| 47 | 5 | $ - | $ 368.01 | $ 470.00 | 13.2 | 5.6 |
| 48 | 4 | $ - | $ 375.84 | $ 480.00 | 13.4 | 5.8 |
| 49 | 3 | $ - | $ 383.67 | $ 490.00 | 13.7 | 5.9 |
| 50 | 2 | $ - | $ 391.50 | $ 500.00 | 14.0 | 6.0 |
| 51 | 1 | $ - | $ 391.50 | $ 500.00 | 14.0 | 6.0 |
| 52 | 0 | $ - | $ 391.50 | $ 500.00 | 14.0 | 6.0 |

Initials: CS
CS
Initials: CS
CS

GAP_00070298

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000776



**Host Family**
**Placement Services Agreement**
Appendix A - Financial Details

151 E 6100 South, Ste 200
Murray, UT 84107
801.255.7722  801.255.7782 fax
www.goaupair.com

## PAYMENT SCHEDULE

| Host Family Name: | Sowell Family |
|---|---|
| Placement Number: | Opp1616941 |
| Au Pair Name: | Michelle Carolina Del Pozo Aguilar |
| Placement Start Date: | 5/2/2016 |

### Most Popular - Standard Payment

| Payment | Date Due | Amount |
|---|---|---|
| Match Payment Due Date | 3/18/2016 | $ 2,700.00 |
| Final Payment Date | 4/2/2016 | $ 5,045.00 |
| | | $ 7,745.00 |

Select Payment:  Option **4**

### Extended Payment Plan - Options

**Extended Payment Plan**

| | Balance | | If Extended Payment Plan desired, |
|---|---|---|---|
| Total Net Fees (from Total Amount on page 2) | $ 7,745.00 | | select payment option above |

| | Payments | Timing of Payments |
|---|---|---|
| Agency Match Fees | $ 2,700.00 | Due at time of Match |
| Program PreArrival Payment | $ 1,600.00 | |
| less Credits | $ 0 | |
| Additional Services | $ 0 | |
| Transportation | $ 300.00 | |
| Total PreArrival Payment | $ 1,900.00 | 30 days before planned arrival |
| Total Payments before Arrival | $ (4,600.00) | |
| Remaining in Payment Plan | $ 3,145.00 | Schedule according to Payment Plan |

| Option 1 -- Payments = 3 | | | | |
|---|---|---|---|---|
| Month Due | Date Due | Fees | Payment Fee | Total Amount |
| Match | 3/18/2016 | $ 2,700.00 | | $ 2,700.00 |
| Pre Arrival | 30 days before Arrival | $ 1,900.00 | $ 100.00 | $ 2,000.00 |
| 2 | 7/10/2016 | $ 1,048.33 | $ 30.00 | $ 1,078.33 |
| 4 | 9/10/2016 | $ 1,048.33 | $ 30.00 | $ 1,078.33 |
| 6 | 11/10/2016 | $ 1,048.33 | $ 30.00 | $ 1,078.33 |
| | | $ 7,745.00 | $ 190.00 | $ 7,935.00 |
| | | | | $ 7,935.00 |

| Option 2 -- Payments = 4 | | | | |
|---|---|---|---|---|
| Month Due | Date Due | Fees | Payment | Total Amount |
| Match | 3/18/2016 | $ 2,700.00 | | $ 2,700.00 |
| Pre Arrival | 30 days before Arrival | $ 1,900.00 | $ 100.00 | $ 2,000.00 |
| 1 | 6/10/2016 | $ 786.25 | $ 30.00 | $ 816.25 |
| 2 | 7/10/2016 | $ 786.25 | $ 30.00 | $ 816.25 |
| 3 | 8/10/2016 | $ 786.25 | $ 30.00 | $ 816.25 |
| 4 | 9/10/2016 | $ 786.25 | $ 30.00 | $ 816.25 |
| | | $ 7,745.00 | $ 220.00 | $ 7,965.00 |
| | | | | $ 7,965.00 |

| Option 3 -- Payments = 6 | | | | |
|---|---|---|---|---|
| Month Due | Date Due | Fees | Payment Fee | Total Amount |
| Match | 3/18/2016 | $ 2,700.00 | | $ 2,700.00 |
| Pre Arrival | 30 days before Arrival | $ 1,900.00 | $ 100.00 | $ 2,000.00 |
| 1 | 6/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| 2 | 7/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| 3 | 8/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| 4 | 9/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| 5 | 10/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| 6 | 11/10/2016 | $ 524.17 | $ 30.00 | $ 554.17 |
| | | $ 7,745.00 | $ 280.00 | $ 8,025.00 |
| | | | | $ 8,025.00 |

| Option 4 -- Payments = 8 | | | | |
|---|---|---|---|---|
| Month Due | Date Due | Fees | Payment | Total Amount |
| Match | 3/18/2016 | $ 2,700.00 | | $ 2,700.00 |
| Pre Arrival | 30 days before Arrival | $ 1,900.00 | $ 100.00 | $ 2,000.00 |
| 1 | 6/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 2 | 7/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 3 | 8/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 4 | 9/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 5 | 10/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 6 | 11/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 7 | 12/10/2016 | $ 393.13 | $ 30.00 | $ 423.13 |
| 8 | 1/10/2017 | $ 393.13 | $ 30.00 | $ 423.13 |
| | | $ 7,745.00 | $ 340.00 | $ 8,085.00 |
| | | | | $ 8,085.00 |

**NOTES:**
Note 1: Flight costs are to be paid 30 days before planned arrival.
Note 2: Due Dates (on the 10th of the month) are scheduled when the placement is signed.

Initals: CS
Initals: MS

Printed: 3/18/2016

GAP_00070299

Defs.' Appx. 00000777



## NOTICE

## FEDERAL MINIMUM WAGE INCREASE

All Au Pair sponsors are advised that on May 25, 2007, President Bush signed into law (P.L. 110-28) an appropriations bill, (HR 2206) raising the federal minimum wage by $2.10 an hour. The increase from $5.15 to $7.25 will be phased in over the next two years in three increments as follows:

- On the 60th day following enactment of P.L. 110-28 (July 24), the minimum wage will increase to $5.85
- 12 months after that 60th day, it increases to $6.55 an hour
- 24 months after that 60th day, it increases to $7.25 an hour

The weekly stipends for the standard Au Pair Program and EduCare Program are directly connected to the federal minimum wage. The Au Pair stipend is based on a U.S. Department of Labor's formula that includes credit for the room and board Host Families provide for their Au Pairs. The room and board credit currently is 40% of an au pair's credited compensation. The increases in the stipends affect all au pairs currently in the country as well as those who arrive after these changes go into effect.

The following are the increases in weekly stipend (including room and board) for the standard Au Pair and EduCare participants as follows:

|  | Au Pair | EduCare |
|---|---|---|
| Phase I –July 24, 2007 | $157.95 | $118.46 |
| Phase II – July 24, 2008 | $176.85 | $132.64 |
| Phase III – July 24, 2009 | $195.75 | $146.81 |

Questions regarding this matter can be referred to Ida Abell at (202) 203-5073.

June 14, 2007

**KAPLER DEC. EXHIBIT D**

GAP_00000835

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000778



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

I, _Ivette Alexandra Gonzalez Cortes_, an applicant to be an Au Pair in the Go Au Pair Operations, LLC. Au Pair program, agree to abide by the terms and conditions set forth in this agreement as outlined below.

**Preliminary Requirements**

1. I certify I am between the ages of 18 and 26.
2. I have graduated from secondary school.
3. I agree to submit a certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program.
4. I agree to complete a psychometric profile and personality profile provided by Go Au Pair Operations, LLC.
5. I agree I will complete 32 hours of childcare training provided by Go Au Pair Operations, LLC, prior to arriving at my Host Family's home.
6. I agree to submit a physician's report and hereby state everything contained in the report is complete and accurate.
7. I agree to provide childcare and character references.
8. I agree to pay any Program Fees  and Add-on Airfare as set by Go Au Pair
9. I agree to abide by all appropriate regulations and laws of Go Au Pair Operations, LLC, and the U.S. government. I also agree to cooperate with all those supervising the program and to abide by any reasonable instruction.
10. I agree to be present for all flights and transportation arranged for me by Go Au Pair Operations, LLC.
11. I agree to return home at the end of my program and before the expiration of my DS-2019. I will not attempt to return to the United States without a valid visa.
12. I agree to provide my own transportation to the departure airport at my own expense.

**Duties**

I understand and agree providing quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life. The child care duties I will be responsible for may include, but are not limited to the following:

1. Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing, teaching and caring for the children.
2. Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
3. I understand I am not responsible for the care of an infant less than three months of age.
4. I understand I am not responsible for overall general housework, nor am I responsible for cleaning up after any adult member living in the household.
5. I agree to keep my personal living space clean and tidy.

**Discipline**

I agree to abide by the method of discipline as outlined by the Host Family.  At no time will I strike a child or cause physical harm to a child.  In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program and I will be required to return home at my own expense.

**Education**

I agree to enroll in and attend six semester hours (a minimum of 72 classroom hours)* of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay. I understand my Host Family will pay up to $500 toward tuition and books. I understand my Host Family is responsible for transportation to and from school and any associated costs.  I agree to be responsible for any additional amount over $500 that may be required by the institution.  I agree that my course work will not interfere with my childcare duties. Additionally, I agree should I change families after I receive $500 towards my education, I will not be eligible for further financial help from my new Host Family.

Au Pair Initials _I.A.G.C._  Date _15/01/2014_

**KAPLER DEC. EXHIBIT E**

GAP_00000940

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000779



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

## Host Family

I agree to abide by any mutually agreed upon house rules as set forth in the Written Agreement. This might include, but is not limited to, houseguests and curfew. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, or being coerced to work extra hours, I will bring the matter to the attention of the Host Family and contact my Local Area Representative (LAR). Additionally, should I be subject to any physical, sexual or emotional abuse from any member of the Host Family, I agree to contact my LAR. I agree to abide by all local, state and federal laws, including the 21-year old drinking age restriction during my stay in the United States. I understand failure to do so will result in my immediate termination from the program.

## Stipend and Expenses

I agree my weekly stipend will be no less than $195.75* per week in exchange for working up to ten hours per day for a maximum of 45 hours per week. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.

I accept total responsibility for my own expenses, including but not limited to, long distance telephone calls, dry cleaning, medical expenses not covered by my medical insurance and any other personal expenses incurred by myself or by the Host Family on my behalf. Neither Go Au Pair Operations, LLC, nor the Host Family will accept responsibility for any personal charges or extra expenses I have incurred. If I am transferred to another Host Family for any reason, I understand my present Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe the Host Family. I understand the Host Family must be able to provide me with a copy of the bills.

I understand in the event of a late cancellation by me, where Go Au Pair Operations, LLC, or its agents have issued a DS-2019 form for visa application and/or has booked an airline ticket for me and/or I have received childcare and child development training from Go Au Pair Operations, LLC, I may be required to forfeit my Program Fee and Add-on Airfare.

## J-1 Visa/DS-2019

I agree to complete all visa requirements and to obtain a valid passport. I understand Go Au Pair Operations, LLC, is designated by the U.S. Department of State as an Au Pair Program sponsor. I agree I am a suitable candidate for a J-1 Cultural Exchange visa. I understand Go Au Pair Operations, LLC does not issue my J-1 visa. United States Consular officers issue all visas and Go Au Pair cannot guarantee I will receive a visa. I understand Go Au Pair Operations, LLC issues my DS-2019 form which is required for a visa application.

I agree to obey all United States Department of State regulations and United States laws during my stay in the United States. If I do not return to my own country at the expiration of my DS-2019 or if I leave my Host Family without the approval of Go Au Pair, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings. If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.

I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the program.

---

* $215 for Plus Au Pairs, $255 for Premiere Au Pairs; subject to change based on U.S. Federal Minimum Wage

Au Pair Initials  I.A.G.C    Date 15 |01|2014

GAP_00000941

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000780

 **Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

---

**Completion Package**

I will receive a Completion Package at the end of my successful year in the United States. In order to receive the full Completion Package, I agree to:
- Provide documents showing the fulfillment of my accredited, post-secondary education requirements according to program requirements.
- Attend at least four (4) of the Cultural Events held by my Local Area Representative (LAR) during my year in the United States (attendance will be verified by the Corporate Office) and provide pictures and information about the events.
- Complete end of year surveys by Go Au Pair

I understand all requests for the Completion Package must be submitted no later than 90 days after the expiration of DS-2019. Go Au Pair Operations, LLC has up to 90 days after the expiration of my DS-2019 to send the Completion Package.

I will not receive my Completion Package if:
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate;
- I do not satisfactorily complete my year as an Au Pair, including completing the required education and attending the required Au Pair activities.
- I do not complete the end of year surveys sent by Go Au Pair

**Grievance Policy**

I agree I have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

**Departures**

If I leave my Host Family within the first sixty (60) days of arrival, whether it is to return home or move to a new family, I will be responsible for reimbursing my Host Family for the cost of my arrival airfare. I understand this is my responsibility and not that of Go Au Pair Operations, LLC. If I leave the Host Family at any time, I agree to give the Host Family at least two weeks notice prior to leaving. If I cannot complete my commitment to the program, I will be required to pay for my own airfare home. In addition, I will not receive any accrued paid vacation stipend.

I understand if I remain in the United States past my permitted program duration I forfeit my return ticket home and will not be reimbursed for the amount. I understand the return portion of my travel can only be used at the end of my program duration.

Au Pair Initials \AG.C   Date 15|01|2014

Go Au Pair
Au Pair Agreement

GAP_00000942

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000781



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7782 fax
www.GoAuPair.com

**Non Smoking Declaration**

I understand I am not permitted to smoke in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family. If I am caught doing so I will be terminated from the program, my DS-2019 will be cancelled and I will be forced to return home at my own expense.

If I have indicated on my Au Pair Application I am a non-smoker, I am not permitted to smoke while in the United States. If I am caught doing so, I will be terminated from the program. My DS-2019 will be cancelled and I will be forced to return home at my own expense.

**Agreement**

I hereby warrant that all information I have given to Go Au Pair Operations, LLC, and Go Au Pair Operations, LLC, representatives is true, accurate and complete. I understand if any of the information is found to be false, inaccurate or incomplete, Go Au Pair Operations, LLC, will terminate my DS-2019 and I will return to my home country at my expense.

I agree to perform my duties as an Au Pair to the best of my ability. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any loss or damage suffered by them. I agree to indemnify Go Au Pair Operations, LLC, and its authorized agents and representatives for any claims made against them which result from any breach of contract or negligence I cause during my participation in the program.

I further warrant that Go Au Pair Operations, LLC, its affiliates, agents and employees will act on my behalf in arranging for transportation and that none of them will be under any liability to me in respect to any loss, damage, personal injury, delay or expense suffered by me resulting from any act or omission of any carrier, any member of the Host Family or any other body, corporate or non-corporate, in relation to transportation to and from and within the U.S., my duties as Au Pair or any other facility or service organized on my behalf.

I hereby agree that Go Au Pair Operations, LLC, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety.

I agree that U.S. law applies to this agreement and I agree to submit to the jurisdiction of the U.S. courts.

I understand the above information and will abide by the terms, conditions and rules of Go Au Pair Operations, LLC. I have received a copy of the federal regulations and a copy of the policies and grievance procedures of Go Au Pair Operations, LLC. I have truthfully answered all questions asked of me in the application. If at any time I am found to have falsified information on my application, my DS-2019 will immediately be cancelled. I will be required to return to my home country at my own expense.

Applicant name (print)  Ivette Alexandra Gonzalez Cortes.

Applicant signature

GAP_00000943

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

Defs.' Appx. 00000782

# Au Pair Agreement



The Au Pair Agreement is between the Au Pair and Go Au Pair and includes:

:: Au Pair Program Requirements
:: Hours, Wages, Vacation Pay & Education Tuition Payments
:: Fees and Expenses
:: Child Care Training and  preparing to leave to the United States
:: During the Year and Successfully Completing
:: Terms and Conditions

The agreement is signed by the Au Pair for the initial Au Pair term and an addendum is signed for any subsequent extension term. The Local Country Agency receives a copy automatically of the signed Au Pair Agreement.



Exhibit No.: 6
Deponent: Del Pozo
Date/RPR: 2-5-18
Hunter + Geist, Inc.

**KAPLER DEC. EXHIBIT F**  GAP_00070195

HIGHLY CONFIDENTIAL Defs. Appx. 00000783 EYES ONLY



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722     801.255.7782 fax
www.GoAuPair.com

I,  Michelle Carolina Del Pozo Aguilar                          , am an applicant ("I" or "Applicant") to be an au pair ("Au Pair") in the Go Au Pair Operations, LLC ("Go Au Pair")  Au Pair Program in the United States.  The United States Department of State ("DOS") has designated Go Au Pair as a sponsor ("Sponsor") in the DOS Exchange Visitor Program with Au Pairs ("Au Pair Program").

I agree to abide by the terms and conditions set forth in this agreement ("Au Pair Agreement") and the following attachments:
- DOS publication "The Au Pair Exchange Program Brochure."
- DOS letter, "Dear Au Pair Program Participant" signed by Rick A. Ruth.  This letter describes the philosophy guidelines, and contact information regarding the Au Pair Program.
- DOS regulations on the Au Pair Program in Title 22 CFR 62 ("DOS Regulations") specifically 22 CFR 62.31 on the Au Pair Program – These regulations must be followed by the Applicant and the Host Family.  The DOS Regulations were developed to provide a safe environment and an enjoyable cultural experience.
- Go Au Pair Mediation Policy ("Mediation Policy") – This describes the steps to be followed by both the Applicant and Host Family if concerns arise during year in the Au Pair Program.
- Child Care Services Agreement ("Child Care Services Agreement") – a blank copy is attached.  A completed Child Care Agreement between the Applicant and a Host Family ("Host Family") must be signed before getting a visa.
- Hours / Wages Log (Hours/Wages Log") – manual log for the Applicant to record hours worked, vacation days used, education payments and payment of wages.

This Au Pair Agreement if effective when it is signed by the Applicant and continues as long as the Applicant has any involvement with the Au Pair Program. Host Family, International Representative, or Go Au Pair.

I understand the purpose of the Au Pair Program is: (Reg. 62.1.a-b; Reg. 62.31.a):
- To encourage and provide the opportunity to participate and increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchanges
- For the Applicant to return home to share their experiences
- For exchange visitors to enter the United States on a valid J-1 visa.
- For the Applicant to live with an American Host Family and participate directly in the home life of the Host Family
- For all Applicants to provide Child Care Services to the Host Family and attend a U.S. post-secondary educational institution.

As a Sponsor, Go Au Pair, supports and monitors the Au Pairs and the Host Families using the DOS Regulations.  Go Au Pair uses local representatives ("International Representatives") in foreign countries to perform many of the initial face-to-face activities before the Applicant is matched and arrives to the U.S.  The services provided include the following:

- International Representatives – Local country agency name:  NARVEM Cia. Ltda. (APW)
  - Educate the Applicant of the DOS Regulations to determine if the Applicant is interested in the program
  - Collect and review documents required by the DOS Regulations
  - Preliminarily screen the Applicant using the DOS regulations, including an in person interview
  - Support the Applicant in translating DOS regulations, advice when completing the required application, scheduling visa interviews and preparing for appointment at the US Embassy/Consulates
  - Facilitate the 32 hours of child care training required by the DOS Regulations
  - Provide additional services that will be beneficial to the Applicant
- Go Au Pair
  - Train and support the International Representatives concerning the DOS Regulations and Go Au Pair processes
  - Conduct screening of the complete Au Pair Application and to approve acceptance as an Au Pair
  - Screen Host Families using the DOS regulations, including an in person site visit in the Host Family's home
  - Support Host Families in determining their requirements for an Au Pair and helping the Host Family match with potential Au Pair candidates
  - Produce DOS documentation (Form DS-2019) required to get an embassy visit
  - Arrange for transportation to and from your Host Family
  - Provide Accident and illness insurance while the Applicant is in the Au Pair Program
  - Monitor and support the Applicant and the Host family throughout the year with a Local Area Representative ("LAR") who lives within 60 minutes of the Host Family's home.

The following sections describe the major rules and regulations the Applicant must follow.

## 1.    Au Pair Program Requirements
1.1.  I agree to the following:
- I am between the ages of 18 and 26. (Reg. 62.31.d.1)

apa_v15.02_150831_ljw.docx

Initials: *mCdp*

GAP_00070196

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs. Appx. 00000784



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

- I have graduated from secondary school or equivalent. (Reg. 62.31.d.2)
- I agree to demonstrate I possess sufficient proficiency in English to function as an Au Pair on a day-to-day basis (Reg. 62.31.d.3; Reg. 62.10.a.2)
- I, alone, will speak with Host Families in the 2 phone interviews.   (Reg. 62.31.d.3; Reg. 62.10.a.2)
- I meet the Home-country physical presence requirement in my home country by physically residing in my home country at least two years before previously departing from the United States (Reg. 62.2; Reg.62.10.b)
1.2. I will provide the following documentation ("Au Pair Application") required by the DOS Regulations and Go Au Pair to be a participant of the Au Pair Program:
  - School diploma(s) or equivalent and transcripts of grades. (Reg. 62.31.d.2)
  - Completed core Au Pair application
  - A certified criminal record check or its equivalent. I understand if a criminal history exists I will not be allowed to participate in the program. (Reg. 52.31.d.6)
  - Completed psychometric profile and personality profile provided by Go Au Pair (Reg. 62.31.d.6)
  - A physician's report signed by a doctor.  I hereby state everything contained in the physician's report is complete and accurate. (Reg. 62.31.d.4)
  - Two non-related childcare references and one non-related character reference.  (Reg. 62.31.d.6)
  - Verified experience of hours with any children under the age of 2 years old (if applicable) (Reg. 62.31.e.3)
  - A letter to the Host Family.
  - A video created by me that describes me, my family, friends, and children for which I have cared
  - A valid passport
  - Driver's licenses, both local and international, if my application states I am a driver.
1.3. I agree to:
  - Conduct an in-person interview with the International Representative in English (Reg. 62.31.d.3; Reg. 62.10.a.2)
  - Abide by all of the DOS Regulations and any changes made by the DOS.
  - Cooperate with Go Au Pair, and all those supervising the program, respond to emails and questions from Go Au Pair promptly and to abide by all reasonable instruction.
  - To match with a Host Family, I will need to review and sign the Child Care Services Agreement.  This is a written contract between me and the Host Family. (Reg. 62.31.d.5)
  - I agree I am not an employee, independent contractor, or agent of Go Au Pair.  I will be providing child care services as an employee of the Host Family.

## 2.   Duties as an Au Pair
2.1. I understand and agree providing safe quality childcare is my primary responsibility and any failure to do so will result in my immediate termination from the program. I understand and agree my childcare responsibilities will take precedence over my own personal and/or social life.
2.2. I agree to abide by the method of discipline as outlined by the Host Family.  **At no time will I strike a child or cause physical harm to a child.**  In the event that I cause physical harm to a child, I understand I will be immediately terminated from the program.
2.3. The child care duties ("Child Care Services") I will be responsible for may include, but are not limited to the following:
  - Daily maintenance of the children, including meal preparation, doing the children's laundry, transporting the children to various activities, assisting with homework, playing. teaching and caring for the children.
  - Minor housekeeping, including but not limited to, washing the children's dishes, tidying up the children's rooms and making their beds, vacuuming and dusting the children's rooms and cleaning their bathrooms. In addition, I agree to pick up after the children in any room in which they have played.
  - Examples of duties are shown in the attached EXAMPLE of the Child Care Agreement
2.4. I understand the DOS Regulations **prohibits** me from the following:
  - Living in a home with an infant less than three months of age unless a parent or other responsible adult is present in the home (Reg. 62.31.e.2).
  - Living in a home with a child under the age of two (2) years unless I meet the DOS requirements (over 200 hours of experience with children under the age of two) (Reg. 62.31.e.2).
  - Overall general housework such as cleaning the entire house, lawn work, etc.
  - Regular cooking for any adult member living in the household.
  - Accepting employment outside of providing Child Care Services with the Host Family or performing Child Care Services as a participant with other Exchange Visitor Programs such as J-1 College and University Students. (Reg. 62.16 b; 62.23.g.1 -2)
2.5. I agree for any Host Family that identifies needing Special Care for their children that I will discuss any skills, or lack thereof, I may have regarding the Special Care.  I agree to assess whether I have the capabilities to provide the Special Care and make sure I am comfortable with the Special Care requirements..

Page **2** of **12**

apa_v15.02_150831_tjw.docx

Initials: _mcdp_

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs' App. 00000785



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

2.6. I agree I am not allowed to perform the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children. If the Host Family's child requires medicine(s) which have been routinely administered in the past by a Parent and can be performed by a layman with no special training ("Layman Treatment"), I may be requested by the Host Family to administer this Layman Treatment if:
  - Host Family supervises and fully trains me in the Layman Treatment;
  - I and the Host Family sign the Medical Consent Form for each child which details the Layman Treatment;
  - I agree I fully understand the instructions from the Host Family and am confident I can perform what is asked.
  - **Go Au Pair does not recommend the Host Family to allow an Au Pair to provide Layman Treatments** due to the potential risks including without limitation: Au Pairs are not familiar with medical names nor standards in the United States, there may be language misunderstandings related to the use of English versus metric measures, or potential medical complications. NOTE: I am not required to sign the Medical Consent Form and perform these tasks and should not perform these duties if I am not comfortable doing so and there is any risk or concern about the safety of the child. I agree Go Au Pair and Released Parties have no involvement with Layman Treatment or Special Treatment and have no Liabilities in connection with any intentional or negligent acts or omissions by me or the Host Family arising from the Layman Treatment or Special Treatment.
2.7. I understand the following is **prohibited** by Go Au Pair:
  - Smoking in the Host Family's home (including my private bedroom), the family car, or around any member of the Host Family
  - Smoking while in the United States at all if I have indicated on my Au Pair Application I am a non-smoker.
2.8. I agree to keep my personal living space clean and tidy.
2.9. I agree to perform my duties as an Au Pair to the best of my ability.

### 3.   Hours, Wages, Vacation Pay, & Education Tuition Payments
3.1. I agree my weekly stipend will be no less than the amount in the table below based upon the type of Au Pair Program you select with the Host Family and no more than the hours shown in a week and single day (Reg. 62.31.j.1-2)

| Au Pair Program | Wages Weekly | Hours Worked | Maximum Hours / Day | Education Semester (Hours) | Education Contribution ($) | Vacation Days |
|---|---|---|---|---|---|---|
| Standard  – 12 mo Extension | $195.75 | 45 | 10 | 6 | $500 | 14 |
| Standard  –  9 mo Extension | $195.75 | 45 | 10 | 6 | $500 | 10.5 |
| Standard  –  6 mo Extension | $195.75 | 45 | 10 | 3 | $250 | 7 |
| EduCare – 12 mo Extension | $146.81 | 30 | 10 | 12 | $1000 | 14 |
| EduCare – 9 mo Extension | $146.81 | 30 | 10 | 12 | $1000 | 10.5 |
| Educare –  6 mo Extension | $146.81 | 30 | 10 | 6 | $500 | 7 |

3.2. I understand I will have one and one-half days off per week with one full weekend off per month. I am entitled to receive two weeks paid vacation to be taken at a time mutually agreed upon with my Host Family. (Reg. 62.31.j.3-4)
3.3. Additionally, I agree should I change families after I have used my vacation time, I will not be eligible for further vacation time from my new Host Family.
3.4. Vacation pay and education allowance are accrued weekly. The amounts and calculations are shown in the Child Care Agreement. If a placement ends before the full term the Host Family will pay the Au Pair vacation pay and tuition allowance based on the number of weeks used in the placement. Go Au Pair will provide prorated amounts in the Placement Completion Worksheet for both parties so agree in writing.
3.5. I may not be paid for accrued tuition if there is no supported document indicating I have made a reasonable attempt in enrolling or attending educational classes. Go Au Pair will review the facts and will make the final decision whether accrued tuition fees are to be paid.
3.6. I will prepare a hardcopy weekly Hours & Wages Log of the hours worked by day, stipend paid, vacation days used, and educational financial contributions made. I will have the Host Family agree to this by initialing the Log. If there are any discrepancies or missed initials lasting more than 14 days, the Applicant is required to notify the LAR and Headquarters in writing to mediate any open points. (Reg. 62.31.j.1-4)
3.7. I understand it is illegal for me to accept any paid employment outside specific program regulations. This includes, but is not limited to, working extra hours for the Host Family for additional pay, as well as working outside of the Host Family's home for additional pay. I understand and agree participation in such illegal employment during my stay in the United States, will result in my immediate termination from the Au Pair Program. (Reg. 62.16.b; 62.23.g.1 -2)

### 4.   Fees and Expenses

apa_v15.02_150831_tjw.docx

Initials  _nccdp_

GAP_00070198

HIGHLY CONFIDENTIAL Defs. App. 00000736 YES ONLY



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722      801.255.7782 fax
www.GoAuPair.com

4.1. I understand the potential costs that may be charged to me from Go Au Pair include the following:
- Program Fees
- Airfare Surcharge
- Insurance Upgrade
- Miscellaneous Expenses
- Return Airfare

4.2. Go Au Pair fees, amounts, when due, and what is refundable are described as follows:

### Go Au Pair - Program/Application Fees

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Fees for processing Au Pair application and support when in America | When Applicant matches with a Host Family | $ 300 | No |
| Airfare Surcharge - partial airfare to United States for countries with high fares | When Applicant matches with a Host Family | $ 200.00 | No |

4.3. Optional Additional Costs – New Prices will be provided in March 2016. At that time new rates will be provided. Generally insurance costs are updated annually but Go Au Pair reserves the right to make updates when our insurance provider makes changes.

### Go Au Pair – Insurance Upgrade Additional Coverage above Basic Policy - VALID ONLY UNTIL MARCH 1, 2016

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Insurance Upgrade to Silver Ultimate | When Applicant requests upgrade | $ 250 / Full Year | No |
| Insurance Upgrade to Gold Basic | When Applicant requests upgrade | $ 200 / Full Year | No |
| Insurance Upgrade to Gold Ultimate | When Applicant requests upgrade | $ 450 / Full Year | No |
| Insurance Upgrade to Platinum Upgrade | When Applicant requests upgrade | $ 900 / Full Year | No |
| Insurance Upgrade to Platinum Ultimate | When Applicant requests upgrade | $ 1075 / Full Year | No |

### Go Au Pair - Other potential cost to an Au Pair DURING her year

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Expedited Flights ((Issued < 15 days before departure date) | In Country departures from US to the Home Country | Higher of $300 or actual increase | No |
| Psychometric Test Retake | If second test is required | $ 40 | No |
| Courier<br>- Ground (in USA)<br>- 2 day (in USA)<br>- 1 day or weekend (in USA)<br>- International delivery | When Au Pair needs changes to DS2019, i.e., a travel validation to leave the country and come back. | $ 15<br>$ 30<br>$ 60<br>$ 75 | No |
| Replacing Go Au manuals or workbooks (Training Manual, etc.) | Replacing Lost manuals | $25 + shipping above | No |
| Requesting flight change after Go Au Pair has issued flight | If Applicant requests change after flight has been issued, prior to change being made | Cost of increase plus Go Au Pair $30 change fee | No |

4.4. I understand the following costs will be incurred if:
- I request to rematch my Host Family within 90 days of arriving to their home, cancel the placement or need to delay my trip after Go Au Pair has issued a Form DS-2019 for a visa application and/or has booked an airline ticket

### Pre-Arrival Cancelation Penalties – Out of Country Au Pair needing visa (NON-REFUNDABLE)

| Description | When Due | Amount (USD) | Refund |
|---|---|---|---|
| Au Pair Visa denied by the US Embassy consular officers | After Embassy visit | $ 0 | NA |

Page **4** of 12

Initials: *mcdp*

GAP_00070199

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs. Appx. 00000787



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

| Au Pair DS-2019 issued & Flight not confirmed | When Au Pair cancels | Program fee | NA |
| Au Pair Visa approved & Flight not confirmed | When Au Pair cancels | Program fee | NA |
| Au Pair Flights confirmed (Added to DS-2019 or Visa Penalty) | When Au Pair cancels | Program Fee & Air Fare Add On | NA |

#### Au Pair ending the Au Pair Program early

| Description | When Due | Amount (USD) | Refund |
| --- | --- | --- | --- |
| 100% of Au Pair's arrival airfare paid by the Host Family | If Applicant leaves the Host Family in the first 60 days | 100% of Host Family airfare for entire flight | NA |
| 50% of Au Pair's arrival airfare paid by the Host Family | If Applicant leaves the Host Family in the first 61 to 90 days | 50% of Host Family airfare for entire flight | NA |
| Total Return Airfare | If Applicant is not able to complete the year. Examples include:<br>- Staying in US after the expiration of the DS-2019<br>- Unable to match with another Host Family<br>- Violating US/state laws<br>- Violating DOS regulations or Go Au Pair program rules<br>- Providing false documentation (e.g. smoking, child care references, etc) | Full Amount of airfare from the US to home country | NA |

4.5. The US Government has the following fees related to the Au Pair Program
- SEVIS Fees – Included in Go Au Pair Program fees
- Embassy/Consulate Interview – approximately $160 / interview (note: some Internationals Representatives include this in their fees)

4.6. Your International Representative usually charges fees for work performed in your home country. These descriptions, costs, when due and whether or not they are refundable are documented in Attachment 1 and 2.

4.7. I accept total responsibility for my own expenses ("Personal Charges"). Examples of Personal Charges include communication, entertainment & recreation, personal care, transportation, and taxes with more shown in the Au Pair Success Workbook in Chapter 4 (Reg. 62.10.b.6).
- The Child Care Services Agreement will document reimbursable costs (incurred by the Host Family / reimbursed by the Applicant to the Host Family)
- Neither Go Au Pair nor the Host Family will accept responsibility for any Personal Charges.
- If I transfer to another Host Family for any reason
  - I understand my current Host Family may withhold my last two weeks of pay in order to cover any outstanding debts I may owe
  - I understand the Host Family must be able to provide me with a copy of the bills.
  - I will sign agreeing to the amounts in the Placement Completion Worksheet

#### 5. Child Care Training

5.1. I agree I will complete 32 hours of childcare multi-media training provided by Go Au Pair Operations, LLC, prior to arriving at my Host Family's home. This includes: (Reg. 62.31.g.1-2)
- Listening to and watching videos
- Completing exercises and practice tests in the training and submitting these to the International Representative and/or Go Au Pair
- Reviewing the text in the workbook
- Completing five online tests with a passing score

5.2. I understand my final test scores, completed exercises and practice tests may be provided to Host Families

5.3. I agree to bring my Go Au Pair Training Workbook to the United States as a reference in performing child care tasks

#### 6. Preparing to leave to the United States

6.1. I agree to have at least two personal phone calls with a prospective Host Family before matching with them.

6.2. I agree to review the following documents before leaving to America
- Au Pair Success Workbook
  - Insurance brochure: Accident insurance description , upgrade costs and requirements (Reg. 62.10.b.7)
- Go Au Pair.com - City page
- Google search & CitySearch.com of Host Family's - town/city

apa_v15.02_150831_tjw.docx

Initials: *mLelp*

GAP_00070200

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
Defs.App.00000788



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

- I will bring at least $250 with me to the United States for personal expenses and for emergency purposes when I arrive.

### 7.   J-1 Visa / Form DS-2019
7.1.  I agree to complete all visa requirements and to obtain a valid passport.
7.2.  I agree to bring my original Form DS-2019 that I took to the Embassy, on my travels to the United States, as I will be required to present it to a Customs Officer upon my arrival to the United States.
7.3.  I understand Go Au Pair does not issue my J-1 visa. United States Consular officers issue all visas and Go Au Pair cannot guarantee I will receive a visa.  I understand Go Au Pair issues my Form DS-2019 which is required for a visa application.
7.4.  I understand if I do not return to my home country at the expiration of my DS-2019 or if I leave my Host Family without the approval of Go Au Pair, my DS-2019 will be canceled and my case details will be turned over to the Department of Homeland Security for deportation proceedings.  If I cannot complete my commitment to the program for any reason my DS-2019 will be cancelled and I will be required to return home at my own expense.
- When I arrive in the United States I understand: I must keep the original copy of my DS 2019 that is stamped and/or signed by the Consular at the U.S. Embassy in my home country
- I must keep any additional copies of the DS 2019 that Go Au Pair sends to me that updates my Program dates or address changes.
- If I plan to travel outside of the United States for any reason and return during my year, I will send in my Original DS 2019 and any copies to be travel validated and signed by an Alternate Responsible Officer for the U.S. Department of State at Go Au Pair.  Without this, you may not be able to return to the United States.  This includes personal travel, travel with your Host Family, or travel back to your home country for a visit.

### 8.   Transportation – Arrival and Return Departures
8.1.  Go Au Pair will schedule flights to and from your home country to the United States to the Host Family's home and provide you with all of the flight information.
8.2.  I agree to
- Be present for all flights and transportation arranged for me by Go Au Pair.
- Provide my own transportation to the departure airport at my own expense.
- Provide no less than 30 days notice when requesting my return flight home at the end of my program.
- Return home at the end of my program.
8.3.  I understand that I will have to return home at my own cost if I:
- Violate a state or federal law
- Am terminated from the Au Pair Program due to not adhering to DOS Regulations or Go Au Pair rules including but not limited to
  - Striking a child or causing physical harm to a child.
  - Putting a child in danger or leaving a child unattended
  - Using poor judgment involving Child Care Services
  - Making threats of any kind against a person or the United States
  - Omitting or providing false information on any Go Au Pair documentation,
  - Smoking
- Stay more than 30 days beyond the End Date on the DS-2019
- Cannot be placed with another Host Family for any reason
- Cannot complete my commitment to the Au Pair Program
8.4.  I understand the return portion of my travel can only be used at successful completion of the Au Pair Program duration and return to my home country.  It cannot be used if I return home early, for vacations, or any other reason.

### 9.   During the Year
9.1.  I agree to respond timely to inquiries and maintain communication with the LAR's monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources.
9.2.  I will contact my LAR within the first 48 hours of arriving to my Host Family.
9.3.  I will communicate with my LAR monthly.  If I transition to a new family during my program year, I will communicate with the LAR twice monthly for the first two months.
9.4.  I will notify Go Au Pair within 24 hours of any changes in the following: Telephone number, email address, actual physical US address  (Reg. 62.10.d.3)
9.5.  I agree to enroll in and attend the required semester hours of post-secondary classes at an accredited, post-secondary institute of higher learning during my year stay.

Page **6** of **12**

Initials: *ncolp*

GAP_00070201



# Au Pair Agreement

151 East 6100 South, Suite 200.
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

9.6.  I understand my Host Family is responsible for transportation to and from school and any associated costs.  I agree to be responsible for any additional tuition over the amount in Section 3.1 above.

9.7.  I agree that my course work will not interfere with my childcare duties.

9.8.  I agree to abide by any mutually agreed upon house rules as set forth in the signed Child Care Services Agreement.

9.9.  I understand my Host Family may use a recording device ("Recording Device") sometimes called a "nanny cam".  The Recording Device shall be limited to the purpose of evaluating my performance with the child(ren), and shall be limited to common areas of the home, in which I provide Child Care Services.  The Recording Device shall not be used in any area of the Host Family's home in which I should have reasonable expectation of privacy, including but not limited to bathrooms and bedroom I use.

9.10. If I want to leave the Host Family at any time, I agree to follow the Mediation Policy and give the Host Family at least two weeks' notice prior to leaving.

9.11. I will immediately notify my LAR and Go Au Pair Headquarters in writing (via email) if I believe there are any exceptions in DOS Regulations.  This is especially important concerning duties, work hours, and stipend payments.

9.12. I agree to leave the United States per DOS Regulations by the end date on the Form DS-2019 ("Program End Date") or Extend for a second year (see Section 12) plus the 30 day grace period ("Grace Period").  I agree during the Grace Period I may not provide Child Care Services nor receive compensation from the Host Family.  I understand if I do not leave the United States before the end of the Grace Period I will be terminated in the Au Pair Program and at risk of penalties dictated by federal law.

9.13. I understand failure to follow the provisions in this Au Pair Agreement will result in my immediate termination from the program.

## 10.  Successfully Completing My Cultural Experience

10.1. I am eligible for an award after demonstrating the Au Pair Program has been successfully completed ("Achievement Package")  After I submit the required information and Go Au Pair approves it is complete,  I will receive the following Achievement Package:
- A $100 gift certificate by email
- A Certificate of Achievement for the Au Pair Cultural Exchange Program
- A gift from Go Au Pair

10.2. To receive the Achievement Package, I understand I must::
- Submit verification of Education Requirements to Go Au Pair within 90 days of the expiration of my Form DS-2019.  Accepted forms include: Official transcripts, completion certificate and a letter from the professor / school on school letterhead.
- Have attended at least four (4) of the Cultural Events held by my LAR during my year in the United States.  Attendance will be verified by the LAR and Headquarters.
- Complete Go Au Pair's Online Survey that is sent to me by email a month before my DS-2019 expires and to be completed before my DS-2019 expires.

10.3. Go Au Pair has up to 90 days after the expiration of my DS-2019 to send the Achievement Package.

10.4. I will not receive my Achievement Package if
- I am asked to leave my Host Family for any reason and no replacement family is available for me;
- I leave the program before my commitment is complete;
- I ask to leave my Host Family and a replacement family does not accept me within two weeks of notifying Corporate;

## 11.  If Issues Occur (Mediation Policy)

11.1. I agree I have reviewed, understand, and abide by the steps in the Mediation Policy.

11.2. If I feel I am being treated unfairly regarding the Host Family's attitudes, workload, housework, payment of stipend, or being coerced to work extra hours or any violation of the DOS regulation, I will bring the matter to the attention of the Host Family and contact my LAR as described in the Mediation Policy.

11.3. I agree to contact my LAR should I be subjected to any physical, sexual or emotional abuse from any member of the Host Family or anyone else.

11.4. If I believe my concerns have not been addressed fairly, I will contact the Go Au Pair Headquarters in writing (e.g. via email) using aupairs@goaupair.com.  I will also review Chapter 5 of the Au Pair Success Workbook that talks about networks of support provided to me during my Program Year in the United States.

11.5. I understand that if I do not document my concerns in writing to Go Au Pair, Go Au Pair will not be able to respond and address my concerns

Initials: *nCelp*

## 12.  Extending my program to a second year

12.1. I understand that I have the option to extend my program year ("Extend") 6, 9 or 12 months with either my same Host Family or a different Host Family

12.2. I understand that in order to extend I must do the following no later than 7 weeks prior to the expiration of my DS 2019.

apa_v15.02_150831_tjw.docx

Initials: *nCelp*

GAP_00070202

HIGHLY CONFIDENTIAL Defs. Appx. 00000790 EYES ONLY



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

- Sign in writing that I want to Extend
- Complete my educational requirement and submit verification of Education Requirements to Go Au Pair prior to my extension being submitted.   Accepted forms include: Official transcripts, completion certificate and a letter from the professor / school on school letterhead.
- Have attended at least four (4) of the Cultural Events held by my LAR during my year in the United States. Attendance will be verified by the LAR and Headquarters.
- Complete any additional documentation required by Go Au Pair to update my application
- Go Au Pair acknowledges in writing that I have been approved

12.3. I understand Go Au Pair does not issue the extension of Form DS-2019 for the Au Pair. DOS officers grant all extensions of the Form DS-2019. I understand that any extensions applied for less than 30 days prior to the expiration of my Form DS-2019 will not be approved.

12.4. I understand if I travel to countries outside of the United States during the extension program, I will have an expired J-1 Visa and may not be readmitted into the United States. Any travel outside the United States is at the Au Pair's risk and Go Au Pair cannot assist the Au Pair or Host Family in resolving any visa concerns.  *(Reg. 62.31.c)*

### 13.  Agreement Terms and Conditions

13.1. I agree all information I have given to Go Au Pair, and Go Au Pair's International Representatives are true, accurate and complete.  I understand if any of the information is found to be false, inaccurate or incomplete, Go Au Pair will terminate my DS-2019 and I will return to my home country at my expense.

13.2. I agree that Go Au Pair, or its affiliates or agents may, without liability or expense to themselves, take whatever action they deem appropriate with regard to my health and safety while in the Au Pair Program.

13.3. I understand I am responsible to comply with any federal, state, or local laws, including the 21-year old drinking age restriction.  Go Au Pair does not provide legal or tax advice and is not responsible for overseeing or informing the Applicant of compliance with any federal, state, or local laws.

13.4. **Confidential Information.**  All information submitted by the Applicant to Go Au Pair shall become the property of Go Au Pair.  Go Au Pair may use this information in the broadest sense of operating the Au Pair Program, including without limitation providing the information to potential Host Families, DOS, and auditors.  The Applicant will not use Go Au Pair's copyrighted materials, business activities, and technical knowledge, and other information (Go Au Pair Knowledge") to build a competitive service nor provide any other third party access to the Go Au Pair Knowledge. During the course of the Applicant's employment with a Host Family, the Applicant will legitimately become privy to confidential information.  Confidential information ("Confidential Information") includes, without limitation, pictures, videos, email addresses, financial information, personal telephone numbers, birth dates, and Social Security numbers.  Confidential Information may not be disclosed to anyone or in any public forum, including without limitation, Facebook, Twitter, Instagram, LinkedIn, MySpace, YouTube, social networks, internet sites, or personal blogs without the prior written consent of the Host Family.

13.5. I, my family members, heirs, and assigns completely release and forever discharge  Go Au Pair, its affiliates, agents and employees ("Released Parties") from any  and all past, present or future claims of any kind, including but not limited to, claims for pain, suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages, whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising from any activity arising from the Au Pair Program.  This includes without limitation: arranging for transportation, any act or omission of any entity related to transportation to and from and within the US, any activities organized by Go Au Pair as part of the Au Pair Program, my duties as an Au Pair, or any actions caused by the Host Family and their family members and for any events beyond Go Au Pair's direct control (force majeure) including without limitation Acts of God, government regulations or restrictions, civil strife, actual or threatened war or terrorist activity.

13.6. I agree to indemnify Go Au Pair, and its authorized agents and representatives from any and all Claims, demands, or causes of action made by any person or entity who claims any theory of liability or reimbursement arising out of my matching with a placement, my employment as an Au Pair, my conduct while in the Au Pair Program, including my intentional or negligent acts or omissions.

13.7. I agree that my sole legal remedy for any Claims I have or may have against any or all of the Released Parties and all other persons or entities who have any type of derivative, imputed or vicarious liability for their conduct, is for Go Au Pair to use efforts it deems reasonable to address the Claim.  In no event shall Go Au Pair be required to pay any amount in excess of the fees the Applicant has paid to Go Au Pair under this Agreement.

13.8. I agree the laws of the State of Utah apply to this Agreement and any claims related to the Agreement and participation with the Au Pair Program. Any dispute with Go Au Pair that is not settled informally by the parties shall be submitted to arbitration and conducted in the Salt Lake County in substantial accordance with the rules of the American Arbitration Association ("AAA") before a single arbitrator. The decision of which is final.

13.9. I agree if any term or condition of this Agreement is found to be illegal, invalid, or otherwise unenforceable, such term shall not affect the validity or enforceability of any of the remaining terms and conditions of this Agreement, and such

Page **8** of **12**

apa_v15.02_150831_tjw.docx

Initials: *ncdp*

GAP_00070203

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
Defs' Appx. 00000791



**Au Pair Agreement**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722     801.255.7782 fax
www.GoAuPair.com

term or condition shall be deemed modified only to the extent necessary in the Arbitrator's opinion to render such term or condition enforceable, preserving to the fullest permissible extent the intent and agreements of the parties.

13.10.   Any and all claims or causes of action involving any issue or contractual requirements under this Agreement, any services performed or to be performed under this Agreement, or any action based in tort, shall be commenced within one year of the date the claim or cause of action arose by providing written notice to Go Au Pair of the intent to arbitrate such claims or causes of action.

13.11.   This Agreement may be signed in two or more counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act. A facsimile or electronically transmitted signature shall be considered the same as an original.

13.12.   I understand this Agreement sets forth the entire agreement with Go Au Pair. I have not relied on any warranties or representations other than those set forth herein. This Agreement may only be modified or amended by the mutual written agreement of the parties. Changes in DOS Regulations or other applicable law governing the Au Pair Program, Go Au Pair and/or the Applicant shall amend, modify, or supersede any term, condition or provision of this Agreement.

**13.13.   I have read this Agreement, understand its contents, and understand it is a legally, binding contract between the Applicant and Go Au Pair. I have been advised to seek language and legal advice. I have taken the opportunity to consult with an advisor and attorney of my choice about its content. I sign this Agreement with my own free will and choice.**

*Michelle Carolina Del Pozo Aguilar*                                    Feb 26, 2016

Applicant signature                                                                  Date


Michelle Carolina Del Poz

Applicant name (print)

apa_v15.02_150831_tjw.docx

Initials: *mCdp*

GAP_00070204

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY

Defs. Appx. 00000792



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

The following important documents concern agreements between me/Host Family and me/Go Au Pair. Also there is information concerning life in America as an Au Pair. I understand I will read, understand, and bring with me when I go to the United States the documents below.

| Documents Attached | Acknowledge Receipt & Commitment to Review & Understand |
|---|---|
| 1) Attachment 1 – International Representative – Required Prices to the Au Pair | Initials: nCcefp |
| 2) Attachment 2 – International Representative – Optional Fees to the Au Pair | Initials: nCcefp |
| 3) Attachment 3 – <u>DOS brochure named:</u> The Au Pair Exchange Program Brochure" | Initials: nCcefp |
| 4) Attachment 4 – <u>DOS Letter:</u> "Dear Au Pair Program Participant" signed by Rick A. Ruth | Initials: nCcefp |
| 5) Attachment 5 – <u>DOS Regulations</u> – critical sections highlighted in yellow | Initials: nCcefp |
| 6) Attachment 6 – <u>Go Au Pair Mediation Policy</u> | Initials: nCcefp |
| 7) Attachment 7 – <u>Child Care Services Agreement</u> - Example | Initials: nCcefp |
| 8) Attachment 8 – <u>Hours / Wages Log</u> | Initials: nCcefp |
| 9) Attachment 9 – <u>Au Pair Success Workbook</u><br>  a.  Chapter 1: Au Pair Program: Activities, Cultural Goals and Purpose (including "The Exchange Visitor Program Welcome Brochure") | Initials: nCcefp |
|   b.  Chapter 2: Health Care and Insurance | Initials: nCcefp |
|   c.  Chapter 3: Travel to and Entry into the United States | Initials: nCcefp |
|   d.  Chapter 4: Description and Amounts of Other Costs I Will Likely Incur | Initials: nCcefp |
|   e.  Chapter 5: Prepare for your Stay in the United States (including Network of Support; RO, ARO, Wilberforce Pamphlet and DOL) | Initials: nCcefp |
|   f.  Chapter 6: Life and Customs in the United States | Initials: nCcefp |
|   g.  Chapter 7: Remaining Logistics | Initials: nCcefp |
|   h.  Chapter 8: Reminder and Disclaimers | Initials: nCcefp |
|   i.  Chapter 9: Appendices and Forms | Initials: nCcefp |

Initials: nCcefp

apa_v15.02_150831_tjw.docx

GAP_00070205

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
Defs.' Appx. 00000793



# Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722     801.255.7782 fax
www.GoAuPair.com

## Appendix 1: Required Agency Fees to Au Pair

Below lists **any and all** standard fees charged to Applicant by the International Representative, including without limitation: any training, personal interview, support for preparing the application, scheduling Embassy visit, matching with Host Families, or other fees. This also shows the refund policy for each fee paid.

Application Fee > Due when registering for the program
Amount = $ 440.00 USD || Refundable = No
-------------------------------------------

Interview Fee > Due when application is complete
Amount = $ 440 USD || Refundable = Yes
-------------------------------------------

Program Fee> Due after applicant gets her visa
Amount = $ 840 USD || Refundable = No

Page **11** of 12

Initials: _ncup_

GAP_00070206

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Defs.' Appx. 00000794



## Au Pair Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722    801.255.7782 fax
www.GoAuPair.com

### Appendix 2: Optional Agency Fees to Au Pair

Below lists **any optional** fees charged to the Applicant by the International Representative.

n/a

apa_v15.02_150831_tjw.docx

Initials: *nLelp*

GAP_00070207



**Go AuPair**
*a cultural child care experience*

## Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

This agreement is in effect from _____ to _____ and is between _____, the Host Family, and _____, the Au Pair.

## Work Schedule — Needs to be Flexible! Hours will change to include some day hours instead of evening

|      | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|------|--------|--------|---------|-----------|----------|--------|----------|
| From |        | 3AM    | 3AM     | 3AM       | 3AM      | 3AM    |          |
| To   |        | 10AM   | 10AM    | 10AM      | 10AM     | 10AM   |          |
| From |        | 9pm    | 9pm     | 9pm       | 9pm      |        |          |
| To   |        | 11pm   | 11pm    | 11pm      | 11pm     |        |          |

I/we hereby agree that the Au Pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

## House Rules

| | | | |
|---|---|---|---|
| Weekday Curfew | 9pm | Telephone Restrictions | NONE |
| Weekend Curfew | NONE | Visitor Restrictions | NO overnight. Others must |
| Other Restrictions | | | be approved by us. |

## Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks Pertaining to the Children |
|------|-----------------|----------------|----------------------------------------|
| Picking up | ☑ | ☑ | ☐ Driving to lessons, activities |
| Vacuuming | ☑ | ☐ | ☐ Tutoring |
| Dusting | ☑ | ☑ | |
| Making beds | ☑ | ☑ | |
| Children's laundry | ☑ | ☐ | |
| Children's meals | ☑ | ☐ | |
| Washing dishes | ☑ | ☐ | |
| Other (please list) | | | |

## Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ 200.00 (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every 2 weeks.

## Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. Christmas
2. Thanksgiving
3. Memorial Day
4. Labor Day

**KAPLER DEC. EXHIBIT G**

CONFIDENTIAL

GONZALEZ000972



# Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

## Au Pair Accommodations

*(please check)*

- ☑ Private bedroom
- ☐ Separate quarters
- ☑ Private bathroom

- ☑ Private bedroom on separate level from family
- ☐ Other: _____
- ☐ Shared bathroom with whom: _____

## Use of Car

*(please check one)*

- ☐ No use of a car
- ☑ Limited personal use of a car

- ☐ Evening/weekend use of a car
- ☐ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car.  Please discuss insurance procedures with your Au Pair prior to initial use.  In case of accident that Go Au Pair determines is caused by the Au Pair, the au pair agrees to pay a deductible of $ _300_ (amount must be listed if Au Pair will be driving- minimum $0 and maximum $500).

## Other Benefits

Other Privileges: _N/A_

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Gold or Platinum level and is available for a one-time annual fee
- Coverage for the 30 day grace period is available and highly recommended.

## Grievance Policy

We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

## Notes

_____
_____
_____

## Certification

I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the Au Pair/Host Family and agreed to these conditions before the Au Pair's arrival. I, the Au Pair, verify that I have reviewed the Host Family's application and pre-departure orientation information.

_____  5-27-14    _____  _____
Host Family Signature     Date       Au Pair Signature       Date

_____              _____
Print Name                          Print Name

CONFIDENTIAL                                    GONZALEZ000973