Defs.' Appx. 00000797

GONZALEZ000645

CONFIDENTIAL



## Go Au Pair

### Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax.
www.GoAuPair.com

This agreement is in effect from _____ to _____ and is between
_____, the Host Family, and **Ivette Alexandra Gordar** the Au Pair.

**Work Schedule** — Needs to be Flexible! Hours will change to include some day hours instead of evening

| | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|---|
| From | | 3AM | 3AM | 3AM | 3AM | 3AM | |
| To | | 10AM | 10AM | 10AM | 10AM | 10AM | |
| From | | 9PM | 9PM | 9PM | 9PM | | |
| To | | 11PM | 11PM | 11PM | 11PM | | |

I/we hereby agree that the Au Pair will not provide more than forty-five (45) hours per week, and no more than ten (10) hours per day, of childcare services for us. I/we also agree to provide at least 1.5 consecutive days off per week and one full weekend off per month, starting Friday evening and ending Monday morning.

### House Rules

| Weekday Curfew | 9PM | Telephone Restrictions | NONE |
|---|---|---|---|
| Weekend Curfew | NONE | Visitor Restrictions | NO overnight. Others must |
| Other Restrictions | | | be approved by us. |

### Responsibilities

| Task | Children's Area | Au Pair's Area | Other Tasks Pertaining to the Children |
|---|---|---|---|
| Picking up | ✓ | ✓ | ☐ Driving to lessons, activities |
| Vacuuming | ✓ | ☐ | ☐ Tutoring |
| Dusting | ✓ | ✓ | |
| Making beds | ✓ | ✓ | |
| Children's laundry | ✓ | ☐ | |
| Children's meals | ✓ | ☐ | |
| Washing dishes | ✓ | ☐ | |
| Other (please list) | | | |

### Compensation

The Host Family agrees to pay the Au Pair pocket money in the amount of $ 200.00 (minimum of $195.75, subject to The Department of State regulations and the Department of Labor) per week. The stipend will be paid every 2 weeks.

### Vacation

The Host Family agrees to provide the Au Pair two (2) weeks paid vacation to be taken at a mutually determined time following Au Pair's arrival.

The Host Family agrees to allow the Au Pair a minimum of four (4) U.S. federal paid holidays:

1. Christmas
2. Thanksgiving
3. Memorial Day
4. Labor Day

**KAPLER DEC. EXHIBIT H**

Defs.' Appx. 00000798



GONZALEZ000646

# Go Au Pair

## Written Agreement

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

### Au Pair Accommodations
(please check)

☑ Private bedroom
☐ Separate quarters
☑ Private bathroom

☑ Private bedroom on separate level from family
☐ Other: _____
☐ Shared bathroom with whom: _____

### Use of Car
(please check one)

☐ No use of a car
☑ Limited personal use of a car

☐ Evening/weekend use of a car
☐ Exclusive use of a car

The Host Family must provide car insurance if the Au Pair has any use of their car. Please discuss insurance procedures with your Au Pair prior to initial use. In case of accident that Go Au Pair determines is caused by the Au Pair, the au pair agrees to pay a deductible of $ __300__ (amount must be listed if Au Pair will be driving- minimum $0 and maximum $500).

### Other Benefits
Other Privileges: __N/A__

- Medical benefits for 12 months of basic coverage are provided by Go Au Pair.
- Coverage may be upgraded to either the Gold or Platinum level and is available for a one-time annual fee
- Coverage for the 30 day grace period is available and highly recommended.

### Grievance Policy
We agree we have received a copy of the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated.

### Notes

_____
_____
_____

### Certification

I/We have carefully reviewed the terms and conditions outlined herein and agree to abide by them as witnessed by our signatures below. I/We have spoken to the Au Pair/Host Family and agreed to these conditions before the Au Pair's arrival. I, the Au Pair, verify that I have reviewed the Host Family's application and pre-departure orientation information.

| ████████████ | 5-27-14 | _signature_ | 09-06-14 |
|---|---|---|---|
| Host Family Signature | Date | Au Pair Signature | Date |

| ████████████ | | Ivette Alexandra Gonzalez | |
|---|---|---|---|
| Print Name | | Print Name | |

CONFIDENTIAL

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

Defs.' Appx. 00000799

# Child Care Services Agreement

The Child Care Services Agreement (CCSA) is between the Au Pair and the Host Family



The signature flow for this agreement is as follows:

**1**
- Au Pair receives agreement by email from Go Au Pair
- Initial every page
- Sign and date at the end
- Sign Medical Consent form

**2**
- Host Family receives agreement by email after Au Pair signs
- Initial every page
- Sign and date the end
- Sign Medical Consent from
- Agreement automatically sent to Go Au Pair after Host Family signs

The Child Care Services Agreement includes:

- :: Work Schedule, Duties
- :: Compensation, Accommodations
- :: House Rules
- :: Au Pair Program Guidelines and DOS Regulations, Insurance, Cultural Events, Communications with Go Au Pair
- :: Confidential Information, Termination of Contract, Other Terms
- :: Department of State literature, Au Pair and Host Family Orientation, Go Au Pair Mediation Policy, Hours & Wages Log, Medical Consent Form

The Child Care Services Agreement is signed once per placement.

Exhibit No.: 7
Deponent: Del Pozo
Date/RPR: 2-5-18
Hunter + Geist, Inc.

**KAPLER DEC. EXHIBIT I**   GAP_00070275

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
Defs.' Appx. 00000800



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

This Child Care Services Agreement is between _____ ("Host

Family") with primary residence at _____

and **Michelle Carolina Del Pozo Aguilar** ("Au Pair") from the country of **ECUADOR**
(collectively "Parties" and individually "Party") for a cultural experience and child care services sponsored by Go Au Pair Operations, LLC ("Go Au Pair") through the US Department of State ("DOS") Au Pair Visitor Program ("Au Pair Program"). Each Party warrants they have read and understand the DOS' Au Pair Program goal to increase mutual understanding between the people of the United States and other countries through an educational and cultural exchange so the Au Pair can return home to share their experiences with others in their home country.

This Child Care Services Agreement and the below items (collectively the "Child Care Agreement") document the agreement of the Parties' responsibilities, work schedule, and living arrangements to be followed during the term of the Au Pair Program:
1.  United States Department of State ("DOS") Regulations on the Au Pair Visitor Exchange Program in Title 22 CFR 62 ("DOS Regulations"), specifically 22 CFR 62.31 – Defines the regulations the Au Pair and Host Family must follow to participate in the Au Pair Program.
2.  Au Pair and Host Family Orientation ("Orientation") is to be completed within the first two weeks of the Au Pair's arrival and is conducted by the Go Au Pair Local Area Representative ("LAR") with the Parties and all adults living in the home. The Orientation will be signed by the Host Family, Au Pair, and any other adult living in the home.
3.  Go Au Pair Mediation Policy ("Mediation Policy") - This policy describes the steps to be followed if issues arise during the Au Pair Program.
4.  Hours & Wages Log - The Au Pair will record the hours worked and wages paid. When accurate, the Host Family and Au Pair will initial the log.
5.  Medical Consent Form - If the Host Family requests the Au Pair to perform any Layman Treatment and the Au Pair accepts, this form must be signed by both the Host Family and Au Pair.

This Child Care Agreement is effective on the date both Party sign it and continues to the end date on the Au Pair's Form DS-2019 or until the Au Pair leaves the United States, whichever is later ("Placement End Date"). The Parties acknowledge: the Au Pair is not an employee, independent contractor, or agent of Go Au Pair; the Au Pair is an employee of the Host Family; the Host Family is solely responsible to supervise all Child Care Services performed by the Au Pair. *(Reg. 62.2; 62.31.e.5; 62.31.h.6)*

### 1.    Work Schedule
The work schedule ("Work Schedule") on the next page describes the activities, duties, and hours each day in the week. The work schedule may be periodically modified by mutual agreement. The Parties agree the Au Pair will not work more than 10 hours a day or 45 hours a week (30 hours per week for an EduCare Au Pair) and the Au Pair will receive a minimum of one and one half days off a week in addition to one complete weekend off a month. *(Reg. 62.31.c.2; 62.31.j.2-3)*

### 2.    Duties and Responsibilities
2.1     The Au Pair's duties and responsibilities for child care services ("Child Care Services") are documented by the Host Family on the page after work schedule *(Reg. 62.31.e.5; 62.31.h.6)* Some examples of responsibilities which do NOT comply with DOS guidelines include:
*   Heavy housework – cleaning/dusting entire house, gardening, mowing, painting, etc
*   Caring for pets, elderly or handicapped adults
*   Running the entire household when Host Family is regularly absent
*   Caring of child under the age of 3 months without a Host Family parent or other responsible adult present *(Reg. 62.31.e.2 )*

2.2     The DOS Regulations have three unique requirements that may exist in this placement with the Host Family.   The Host Family has identified on the table in this section whether any of the following are present in the home.
*   **Infant Experience:** If the Host Family has children under the age of two, the Host Family and Au Pair have confirmed the Au Pair has at least 200 hours of documented infant child care experience. *(Reg. 62.31.e.3)*
*   **Special Care Child(ren):** The Host Family must identify all children requiring Special Care (see definition in Section 15.1) and personally review and confirm to their satisfaction that the Au Pair has the necessary experience, skills, and training to care for all such children. *(Reg. 62.31.e.4)*
*   **EduCare:** If Au Pair is with the EduCare program, the Host Family has full time arrangements in place for supervising the pre-school children. *(Reg. 62.31.e.3 )*

AP Initials: _CdPo_

HF Initials: _____



GAP_00070276

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs.' Appx. 00000801



**CHILD CARE SERVICES AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

### Section 1 - Work Schedule

| | Schedule Hours | Description of Duties & Activities | Total Hours |
|---|---|---|---|
| Monday | 8am- 4pm | Feeding, changing diapers, playing and entertaining the child in/outdoors | 8 |
| Tuesday | 8am- 4pm | Feeding, changing diapers, playing and entertaining the child in/outdoors | 8 |
| Wednesday | 8am- 4pm | Feeding, changing diapers, playing and entertaining the child in/outdoors, YMCA swimming program | 8 |
| Thursday | 8am- 4pm | Feeding, changing diapers, playing and entertaining the child in/outdoors | 8 |
| Friday | 8am- 4pm | Feeding, changing diapers, playing and entertaining the child in/outdoors, YMCA swimming program | 8 |
| Saturday | 11am-2pm | Feeding, changing diapers, playing and entertaining the child in/outdoors, YMCA swimming program | 4 |
| Sunday | off | | 0 |
| | | Total Weekly Hours = | 44 |

AP Initials: _Colp_
HF Initials: 

GAP_00070277

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
Defs. Appx. 00000802



**CHILD CARE SERVICES
AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

## Section 2.3 – Duties and Responsibilities

| Child Care Duties | Yes | No | Comments |
|---|---|---|---|
| Playing with child(ren) | ✓ | | |
| Reading & enrichment | ✓ | | |
| Helping with school homework | | ✓ | |
| Tutoring Foreign Language | | ✓ | |
| Walks & Exercise | ✓ | | |
| Driving / transport – to / from school | | ✓ | |
| Driving / transport – to / from activities | ✓ | | |
| Preparing children meals | | ✓ | |
| Cleaning up after child(ren) meals | ✓ | | |
| Washing child(ren) dishes | ✓ | | |
| Pick-up child(ren) areas (play area, bedroom, children belongings) | ✓ | | |
| Making child(ren) beds | ✓ | | |
| Laundry of child(ren) clothes | | ✓ | |
| Vacuuming / Dusting child(ren) rooms | | ✓ | |
| Bathing child(ren) | | ✓ | |
| Changing infant diapers | ✓ | | |
| Being home when children absent from school (illness, vacation, etc) | ✓ | | |
| Other: | ✓ | | Assist in recreational and swimming programs. |
| Other: | | | |
| Other: | | | |
| Special Care (please list) | | | |

| Unique DOS Regulations | Yes | No | Comments |
|---|---|---|---|
| Infant Child (ren) under the Age of 2 Years | ✓ | | |
| Special Care Child(ren) | | | |
| Pre-school Child(ren) AND an EduCare Au Pair | | | |

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

3 of 9

AP Initials: _CeKa_
HF Initials: _____

GAP_00070278

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Defs.' Appx. 00000803



**CHILD CARE SERVICES AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

### 3.   Compensation, Vacation, & Education

3.1      The Host Family agrees to pay the Au Pair at least the minimum weekly stipend of $195.75 (and if the Au Pair is in EduCare, $146.81). The stipend is subject to the DOS Regulations, the higher of federal or state minimum wages laws, and in conformance with the Fair Labor Standards Act as interpreted by the United States Department of Labor. Should the federal or state regulations change, the updated stipend must be used when they go into effect. The Host Family will provide the Au Pair with accommodations and meals. *(Reg. 62.31.j.1)* The Host Family acknowledges and agrees:

- The Au Pair's stipend cannot be withheld for loss of time through illness.
- The Host Family will not reduce stipend payments to the Au Pair except for bills produced pursuant to in this Child Care Agreement.
- The Host Family will reimburse the Au Pair for all reasonable out of pocket expenses incurred in the performance of Child Care Services provided they are approved by the Host Family and receipts are provided when requested.
- The Host Family will pay for the Au Pair's education costs and in pursuant to section 3.5, either to the Au Pair or directly to the secondary institution.
- The Au Pair is responsible for all other personal costs.
- At the current time, the Au Pair stipend is not subject to withholding tax or FUTA (See the IRS link - http://www.irs.gov/Individuals/International-Taxpayers/Au-Pairs).
- The Au Pair is responsible for all income taxes paid under this Child Care Agreement.
- Should this Child Care Agreement be terminated, all vacation pay and education tuition allowances will be pro-rated using the number of weeks the Au Pair lived with the Host Family over a 50-week year.

**Stipend:**
Weekly stipend is  $ 210.00

**When to be Paid:**
Frequency Paid: Weekly

3.2      The Au Pair will prepare a hardcopy weekly log of the hours worked by day, stipend paid, vacation days used, and educational financial contributions made ("Hours & Wages Log"). The Parties agree to review the information, and when correct, approve with initials. If there are any discrepancies or missed initials lasting more than 14 days, any Party will notify the LAR and Headquarters in writing to mediate any open points. *(Reg. 62.31.j.1-4)*

3.3      The Au Pair will be responsible for paying his/her routine personal costs, some of which the Host Family may pay in advance. The Host Family will provide the Au Pair with written, itemized statements of these costs for which the Au Pair will reimburse the Host Family. The reimbursable costs ("Reimbursable Costs") are listed below; additional costs need to be agreed to in advance.

| Reimbursable Costs - Incurred by the Host Family / Reimbursed by Au Pair to Host Family | Yes | No | Comments |
|---|---|---|---|
| Travel (personal only) - gas & tolls | | ✓ | |
| Phone Bill (personal only) | | ✓ | Cell phone provided by Host family for domestic use. |
| Other: | | | |

3.4      The Host Family agrees to provide the Au Pair two (2) weeks paid vacation at the Au Pair's normal weekly stipend each year at a mutually determined time following Au Pair's arrival. The Au Pair will accrue vacation pay on a pro rata basis in the Vacation / Education Table attached. Optionally, paid holiday(s) are described below. Go Au Pair recommends these be offered as part of the cultural experience. *(Reg. 62.31.j.4)*

| Vacation timing (may be mutually defined later): | TBD |
|---|---|

Holidays:  1. TBD          2. TBD
           3. TBD          4. TBD

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

4 of 9

AP Initials:
HF Initials:

GAP_00070279

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs' Appx. 00000804



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

**Vacation Time for a Full Placement:**

| | Vacation Weeks & Days | | | Transition Au Pair Only | |
|---|---|---|---|---|---|
| | 12 Month including Extension (12 Mos.) | Extension (9 Mos.) | Extension (6 Mos.) | Vacation Weeks | Vacation Pay ($) |
| All Au Pair Types | 2 weeks = 14 days | 1.5 weeks = 10.5 days | 1 week = 7 days | See - Line A attached Vacation/Education Table | |

3.5     The Au Pair is required to register and attend classes to complete at least six semester credit hours (12 semester credit hours for an EduCare Au Pair) in a formal educational setting offered at an accredited post-secondary institution during a 12 month Au Pair Program. The Au Pair is required to provide supporting documentation for the education credits to Go Au Pair. The Host Family agrees to facilitate the enrollment and attendance of the Au Pair in the academic program by providing adequate time and transportation to attend classes. The Host Family agrees to provide the Au Pair the amount specified below for tuition/costs. The Au Pair will accrue tuition costs on a pro rata basis in the Vacation / Education Table attached *(Reg. 61.31.c.3; 61.31.k.1)*

**Education Tuition for a Full Placement:**

| Au Pair Program | 12 Mo & Extensions (9 & 12 Mos.) | | Extension 6 Mos. | | Transition Au Pair Only | |
|---|---|---|---|---|---|---|
| | Education Semester (Hours) | Tuition Costs ($) | Education Semester (Hours) | Tuition Costs ($) | Education Semester (Hours) | Education Contribution ($) |
| All other than EduCare | 6 | $ 500 | 3 | $ 250 | See - Line A attached Vacation/Education Table | |
| EduCare | 12 | $ 1000 | 6 | $ 500 | | |

## 4.     Au Pair Bedroom & Accommodations

The Host Family will provide a suitable, private bedroom (with a door that closes) for the Au Pair in any of the residences where Child Care Services are provided and the Au Pair sleeps as described below. *(Reg. 62.31.e.6)*

| Living Spaces | Please Describe |
|---|---|
| Bedroom – Requires private door<br>- Describe level of home<br>- What else is on this floor | Second floor, bedroom suite for the au pair, three additional bedrooms including the master bedroom. Laundry room and private bathroom for the au pair. |
| Bathroom<br>- Private<br>- If Shared, with whom | Private. |
| Amenities provided in the bedroom<br>- Windows<br>- Furniture<br>- Closet<br>- TV, Cable, other | Closet, reading area, sleeping area, bed, computer desk, chair, small sofa, night stands, dresser, TV, cable, Wifi. |
| Communication<br>- Personal Computer and Internet<br>- Cell phone<br>- Any restrictions | Wifi, cell phone for domestic use. |
| Other Comments | |

| Other benefits / privileges: | Limited use of personal vehicles. |
|---|---|

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

5 of 9

AP Initials: *Cp*

HF Initials: 

GAP_00070280

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Defs.' Appx. 00000805



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

### 5.  Transportation and Use of Car

5.1  If the Au Pair is to operate any vehicle, the Host Family agrees to:

- Determine that the Au Pair has sufficient driving ability to do so
- Ensure that the Au Pair has a valid driver's license
- Provide at least the minimum mandatory car insurance at the Host Family's expense for the Au Pair
- In case of an accident, the Au Pair will only be responsible for the actual costs of damages not covered by insurance up to a maximum of a $500 per incident where the Au Pair is deemed to be at fault.
- Pay for gas, tolls, and parking for the vehicle(s) used by the Au Pair to perform Child Care Services or when driving to/from LAR Cultural Events (defined Section 10.1) and/or classes which are requirements of the Au Pair Program.
- Supervise the Au Pair's use of the automobile.

| | Yes | No |
|---|---|---|
| Driving Required for child care | ✓ | |
| | | |
| **Home Area** | | |
| Rural | | |
| Suburban | ✓ | |
| City – midsize | | |
| City – Large | | |
| **Traffic volume** | | |
| Light | ✓ | |
| Moderate | | |
| Heavy | | |
| Very Heavy | | |
| | | |
| | | |

| | Yes | No |
|---|---|---|
| **Driving Privileges (Select one)** | | |
| No car privileges | | |
| Limited personal use | ✓ | |
| Evening/weekend use | | |
| Exclusive | | |
| **Vehicle Used** | | |
| Private | | |
| Shared | ✓ | |
| **Type of Vehicle** | | |
| Car | ✓ | |
| SUV | | |
| Truck (van or pick-up) | | |
| **Transmission** | | |
| Manual | | |
| Automatic | ✓ | |

5.2  If the Au Pair does not have access to a car, the Host Family will provide suitable, safe transportation between the Host Family's residence and the educational institution and the LAR Cultural Events.

| Public Transportation | Yes | No | Comments |
|---|---|---|---|
| Bus | ✓ | | |
| Train | ✓ | | |
| Subway | | | |
| Other (describe): | | | |

### 6.  House Rules, Curfews, & Restrictions   (See below)

Any house rules concerning restrictions or curfews are defined below.

| | Au Pair | Visitor(s) |
|---|---|---|
| Weekday | | Announced visitors. |
| Weekend | | Announced visitors. |
| Other | No excessive drinking/partying in off hours. | |

### 7.  Administering of Routine Medicine

Host Family agrees the Au Pair is not responsible for the diagnosis of any medical condition, the dispensing of any medicine, or the provision of medical or therapeutic treatment ("Special Treatment") for the Host Family's children.  The Au Pair has no

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

6 of 9

AP Initials: _____
HF Initials: _____

GAP_00070281

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
Defs' Appx. 00000806



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

verified medical training.  If the Host Family's child requires medicine(s) which have been routinely administered in the past by a Parent and can be performed by a layman with no special training ("Layman Treatment"), the Host Family may request the Au Pair to administer this Layman Treatment if the Parties agree to the following:

    i.)   Host Family supervises and fully trains the Au Pair in the Layman Treatment;
    ii.)  Host Family is fully responsible for any acts or omissions by the Au Pair in the Layman Treatment;
    iii.) Host Family and Au Pair agree to sign the Medical Consent Form for each child which details the Layman Treatment.

**Go Au Pair does not recommend the Host Family to allow the Au Pair to provide Layman Treatments** due to the potential risks including without limitation: Au Pairs are not familiar with medical names or standards in the United States, there may be language misunderstandings related to the use of English versus metric measures, or potential medical complications.  The Parties agree Go Au Pair and any party associated with Go Au Pair have no involvement with Laymen Treatment or Special Treatment and have no liability of any type in connection with any intentional or negligent acts or omissions by the Au Pair or the Host Family arising from the Layman Treatment or Special Treatment.

| Medical Consent | |
|---|---|
| Are there any current known Special Care that may require ongoing administration of Layman Treatment? | ☐Yes ☑No |
| If so, please complete the Medical Consent Form to be reviewed with the Au Pair and have both Parties sign | |

### 8.    Au Pair Program Guidelines and DOS Regulations

8.1    The Parties have read, understand, and agree to abide the DOS Regulations.

8.2    Either a Parent or other responsible adult will remain in the home for the first three days following the Au Pair's arrival. *(Reg. 62.31.e.1)*

8.3    The Parties understand the Au Pair cannot accept employment of any type outside of Child Care Services with the Host Family.  If the Au Pair engages in unauthorized employment, he/she is in violation of the Au Pair Program and subject to termination.  *(Reg. 62.16.b)*

8.4    The Host Family agrees to maintain liability and casualty insurance to cover any reasonably foreseeable damages which may be sustained by the Au Pair while in our household.

8.5    The Parties agree they have received the Mediation Policy and will use it whenever there are concerns affecting the relationship between the Host Family and the Au Pair or related to the Au Pair providing Child Care Services.  The Parties agree Go Au Pair will attempt to mediate any issues and disputes between the Host Family and the Au Pair after reviewing the available written documentation and that Go Au Pair Headquarters decisions are final.  *(Reg. 62.31.f.1)*

8.6    For an Au Pair to participate in the extension program as defined in the DOS regulations, the extension application and documentation verifying the educational requirements must be submitted  51 days before the Au Pair's Form DS-2019 expires.

8.7    The Parties agree to use reasonable efforts to ensure the Au Pair leaves the United States by the End Date plus the 30 day grace period ("Grace Period").  If the Au Pair does not leave the United States before the end of the Grace Period, Au Pair is at risk of penalties dictated by federal law. *(Reg 62.13.c.1 )* The Parties further acknowledge that Go Au Pair cannot support nor sponsor the Au Pair for a change of visa status or visa program.

8.8    The Parties agree the use of recording device ("Recording Device"), including but not limited to a "nanny cam", shall be limited to the purpose of evaluating the Au Pair's performance with the child(ren) in the Au Pair's care, and shall be limited to common areas of the home, in which the Au Pair provides Child Care Services.  Recording Devices shall not be used in any area of the Host Family's home in which an Au Pair has reasonable expectation of privacy, including but not limited to bathrooms and bedroom used by the Au Pair.

| Recording Devices | |
|---|---|
| Will the Host Family be using one or more Recording Devices in the home? | ☑Yes ☐No |

### 9.    Insurance

Go Au Pair provides the Au Pair with basic accident and illness insurance coverage which ends on the End Date.
• Upgraded coverage is recommended and available for purchase by the Host Family or Au Pair through Go Au Pair for a one-time annual fee
• Coverage for the Grace Period is available for an additional cost and is highly recommended.

### 10.    Cultural Events

10.1    The Parties understand the Au Pair is required to attend at least four (4) cross-cultural activities ("LAR Cultural Events") throughout the 12 months in the Au Pair Program, or prorated if less than 12 months.  These cross-cultural activities are designed to promote exposure and interchange between exchange visitors and Americans so as to increase their

AP Initials: _Cdp_
HF Initials: _AC_

GAP_00070282

HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY

Defs.' Appx. 00000807



## CHILD CARE SERVICES AGREEMENT

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

understanding of each other's society, culture, and institutions. The Host Family agrees to support attendance and provide the Au Pair with the necessary time off and transportation for the LAR Cultural Events. (Reg. 62.8.d.1-2)

10.2   As required by the Au Pair Program the Host Family agrees to attend one family day event, arranged by the LAR, during the Au Pair's stay in the United States. *(Reg. 62.31.i.3)*

**11.   Communications with Go Au Pair**

11.1   The Parties agree to respond to inquiries and maintain communication with the LAR in their monthly contacts to monitor the placement and to take advantage of the Au Pair Program's resources. This includes both routine matters and issues while the Au Pair is living in the Host Family's home. Parties agree to promptly notify the LAR in writing of any emergency matters, unusual or serious incidents, or problems arising from the Au Pair's participation in the Au Pair Program, especially situations that could potentially affect the Au Pair's completion of the Au Pair Program. This includes without limitation: adherence to DOS regulations, hours or wages, performance/quality of services, quality of relationship between the Au Pair and Host Family or Au Pair and children, and the overall satisfaction of each Party with the Au Pair Program. etc. *Reg. 62.31.*

11.2   The Parties agree the communications and support provided during the Au Pair Program by Go Au Pair including without limitation by any LAR's, employees, agents, do not represent any form of supervision of the Child Care Services or imply any responsibility for the Au Pair's performance.

**12.   Confidential Information**

During the course of the Au Pair's employment, the Parties will legitimately become privy to confidential information about one another. Confidential information ("Confidential Information") includes, without limitation, pictures, videos, email addresses, financial information, personal telephone numbers, birth dates, and Social Security numbers. Confidential Information may not be disclosed to anyone or in any public forum, including without limitation, Facebook, Twitter, Instagram, LinkedIn, MySpace, YouTube, social networks, internet sites, or personal blogs without the prior written consent of the other Party.

**13.   Termination of Contract**

13.1   This Child Care Agreement will terminate on the End Date specified in the Au Pair's Form DS-2019.

13.2   To terminate this Child Care Agreement before the End Date, the Parties must follow the Mediation Policy, especially Step 3. The party(ies) requesting to terminate this Child Care Agreement must notify Headquarters in writing via email, fax or written letter requesting the placement be terminated ("Notification");

13.3   Both Party must submit the written Incident Report from their point of view;

13.4   The Party terminating this Child Care Agreement must give two (2) week notice ("Transition Period") unless otherwise mutually agreed by the Parties.

13.5   Outstanding charges for the Au Pair's personal expenses as defined in this Child Care Agreement may be deducted from his or her final paycheck. The Au Pair may have a financial obligation to the Host Family if the final paycheck does not cover outstanding charges.

13.6   The Host Family agrees to pay the Au Pair vacation pay and tuition allowance based on the number of weeks used in the placement and shown on Vacation / Education Table attached. Vacation pay and education allowance are accrued weekly. The Weekly prorate amounts are calculated by dividing the total amounts due to the Current Au Pair in the placement by the number of weeks in the placements less 2 weeks.

- Vacation pay – the Current Au Pair must be paid at least the minimum allocated amount shown.
- Education allowance – The Current Au Pair is owed additional education allowance if, the number of credit hours and tuition costs after any refund from the institutions ("Tuition Costs Spent"), fall below the allocated amounts in the Vacation / Education Table. The amount to be paid is the lower of:
  a.) the tuition costs in the Vacation/Education Table for prorated Tuition Cost less the Tuition Costs Spent  or
  b.) the number of credit hours below the amounts in the Vacation / Education Table times the dollar cost / credit.
- The Current Au Pair is required to provide supporting documentation for the education credits.
- Go Au Pair will provide a record of the Placement Start Date and end dates of this placement ("Placement Completion Worksheet"). We and the Current Au Pair must complete and sign the Placement Completion Worksheet to mutually confirm the status of payments for pro-rata vacation and tuition, stipend, and any other open issues including debts owed or other property to be returned.

13.7   The Parties must complete and sign the Placement Completion Worksheet to confirm the status of payments for pro-rata vacation and tuition, stipend, and any other open issues including debts owed or other property to be returned.

13.8   If the Au Pair terminates this Child Care Agreement within the first 90 days of arriving at the Host Family's home, then the Au Pair must reimburse the Host Family for his or her airfare cost as below, absent the Host Family violating the Au Pair Program regulations as determined by Go Au Pair.

- Between 0 to 60 days at 100% of his or her airfare cost
- Between 61 to 90 days of arrival at 50% of his or her airfare cost

**14.   Other Terms**

14.1   The Parties and their heirs, predecessors, successors and assigns completely release and forever discharge Go Au Pair, its past, present and future officers, managers, members/owners, agents, representatives, employees, consultants,

AP Initials: 
HF Initials:

GAP_00070283

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY
Defs.' Appx. 00000808



**CHILD CARE SERVICES**
**AGREEMENT**

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

independent contractors, attorneys, insurers, parent companies, subsidiaries, and affiliates, (collectively, the "Released Parties"), from any and all past, present or future claims of any kind, including but not limited to, claims for pain, suffering, personal injuries, attorney's fees, costs, loss of services, mental anguish, disability, medical and hospital expenses, lost wages or earning capacity, all special and general damages, consequential and punitive damages, whether based on a tort, contract, statutory or other theory of recovery ("Claims"), on account of or in any way arising from, the hiring, placement, or employment of an Au Pair, any activities in the Au Pair Program, the provision of Child Care Services, or from an Au Pair's intentional or negligent acts, or omissions.

14.2    The terms and conditions of this Child Care Agreement shall be construed under the laws of the State of Utah.  The Parties agree that any dispute among them that is not settled informally will be submitted to binding arbitration, to be conducted in substantial accordance with the rules of American Arbitration Association by a single arbitrator.  The identity of the arbitrator will be decided by mutual agreement, with the arbitrator's fee to be shared equally between the Host Family and Au Pair.  The decision of the arbitrator shall be final and cannot be appealed.  If the Parties cannot agree on an arbitrator then the AAA will appoint one.  By signing this Child Care Services Agreement, the Parties waive their right to have any claim against the other heard in any court by a judge or jury, although each Party retains the right to have a court enforce an arbitration award in accordance with the law.

14.3    If any of the terms or conditions of this Child Care Agreement are found to be illegal, invalid, or otherwise unenforceable, such term shall not affect the remaining terms and conditions of this Child Care Agreement, and such term or condition shall be deemed modified to the extent necessary in the arbitrator's opinion to render such term or condition enforceable, preserving to the fullest permissible extent the intent and agreements of the parties.

14.4    This Child Care Agreement may be signed in counterparts and may be delivered by facsimile signature or electronic signature under the provisions of the US ESIGN Act.  A facsimile or electronic signature shall be considered the same as an original.

14.5    The Parties each acknowledge this Child Care Agreement sets forth the entire agreement between them related to the Au Pair Program, and neither has relied on any warranties or representations other than set forth.  This Child Care Agreement may be modified or amended only by the mutual written agreement of the Parties.

14.6    The Parties agree changes in the DOS Regulations and DOS formal guidelines governing the Au Pair Program supersede and amend any portion of this Child Care Agreement.

**15.    Definitions**
15.1    "Special Care" means individuals (child or adult) identified by the Host Family with special health care needs ("CSHCN") as "those who have or are at increased risk for a chronic physical, development, behavior, or emotional condition and who also require health and related services of a type or amount beyond that required by children generally" using the US Department of Health & Human Services (DOHHS).  This could include without limitation any of the following areas: breathing, swallowing/digestion/metabolism, blood circulation, chronic pain, hearing even with corrective devices, seeing even with corrective devices, taking care of self, coordination/moving around, learning/understanding/paying attention, speaking/communicating, making/keeping friends, and behavior.

**16.    Parties Representations**

**Each Party warrants that all the information given to the other Party is true, accurate and complete.  Each Party has thoroughly reviewed the other Party's application and personally interviewed the other Party by telephone, or the equivalent, in English at least two times prior to entering into this Child Care Agreement.  Each Party warrants it has carefully reviewed the terms and conditions outlined herein and agrees to abide by them as acknowledged by his or her signature below.** *(62.31.e.7)*

| | | Mar 21, 2016 |
|---|---|---|
| Signature – Host Family – Parent 1 | Print Name | Date |

*Michelle Carolina Del Pozo Aguilar* Michelle Carolina Del Pozo Ag    Mar 18, 2016

Signature –Au Pair                                    Print Name                    Date

Copyright © 1990-2015 Go Au Pair Operations, LLC
CCSA_v15.0_150202_dlk.docx 2/2/2015 6:13 PM

9 of 9

GAP_00070284

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs.'Appx.00000809



## Medical Consent Form

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

This Medical Consent Form ("Medical Consent") gives the Au Pair permission to administer Layman Treatment(s) to the child named in the manner described.  This Medical Consent Form is agreed to by the host family ("Host Family") and the au pair ("Au Pair") if both are signed below (collectively "Parties").  The Au Pair is not required to sign this Medical Consent and perform these tasks.

Child Care Service Agreement prevails if there are any conflicts.  Summary points include below:
1.  This Medical Consent is an attachment to the Child Care Services Agreement previously signed by both Parties.
2.  Submit the signed Medical Consent to Go Au Pair Headquarters within 24 hours of signing and before the Au Pair performs the requested tasks.
3.  Both Parties understand that the Au Pair shall not be responsible for Special Treatments.
4.  **Both Parties agree the Host Family will supervise and fully train the Au Pair before performing any steps.  The Host Family is solely responsible for acts or omissions of the Au Pair.**
5.  Both Parties agree the named Parent(s) below are the parent or legal guardian for the child named in this consent form.
6.  Both Parties understand the Au Pair has permission to provide basic first aid for the child named and to take the appropriate measures including contacting emergency medical services and arranging transportation to the nearest medical facility to receive the appropriate level of care as determined by qualified medical professionals.
7.  Both Parties understand the Au Pair will attempt to contact, as defined below, the parent or legal guardian specified in the event the child is injured or ill.
8.  **Go Au Pair and its representatives have no involvement with Layman Treatment and have no Liabilities in connection with Layman Treatment for any intentional, unintentional, negligent or gross negligent acts or omissions by the Au Pair or the Host Family.**

| Name of Child #1: | | Date of Birth: | |
| --- | --- | --- | --- |
| **Medical Condition(s) or Concern:** | | | |
| **Signs or Symptoms to note:** | | | |
| **Allergies of any type:** | | | |

| Physician(s) for treating medical condition (if applicable) | | IN CASE OF EMERGENCY:  Dial 9-1-1 | |
| --- | --- | --- | --- |
| Name 1: | | Phone Number 1: | |
| Name 2: | | Phone Number 2: | |
| **Pharmacy(ies)** where medication was filled: | | | |
| Store/Location 1: | | Phone Number 1: | |
| Store/Location 2: | | Phone Number 2: | |

| Medication 1: | | Storage Instructions: | |
| --- | --- | --- | --- |
| **Dosage & Administration Instructions:** | | | |
| **Special Instructions:** | | Possible Side Effects: | |
| Medication 2: | | Storage Instructions: | |
| **Dosage & Administration Instructions:** | | | |
| **Special Instructions:** | | Possible Side Effects: | |
| Medication 3: | | Storage Instructions: | |
| **Dosage & Administration Instructions:** | | | |
| **Special Instructions:** | | Possible Side Effects: | |

Medical_Consent_Form_v15.0_141120_awk.docx

GAP_00070285

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Defs.' Appx. 00000810



## Medical Consent Form

151 East 6100 South, Suite 200
Murray, Utah 84107
801.255.7722   801.255.7782 fax
www.GoAuPair.com

| Name of Child # 2: | | Date of Birth: | |
|---|---|---|---|
| Medical Condition(s) or Concern: | | | |
| Signs or Symptoms to note: | | | |
| Allergies of any type: | | | |

| Physician(s) for treating medical condition (if applicable) | | IN CASE OF EMERGENCY:  Dial 9-1-1 | |
|---|---|---|---|
| Name 1: | | Phone Number 1: | |
| Name 2: | | Phone Number 2: | |
| Pharmacy(ies) where medication was filled: | | | |
| Store/Location 1: | | Phone Number 1: | |
| Store/Location 2: | | Phone Number 2: | |
| Medication 1: | | Storage Instructions: | |
| Dosage & Administration Instructions: | | | |
| Special Instructions: | | Possible Side Effects: | |
| Medication 2: | | Storage Instructions: | |
| Dosage & Administration Instructions: | | | |
| Special Instructions: | | Possible Side Effects: | |
| Medication 3: | | Storage Instructions: | |
| Dosage & Administration Instructions: | | | |
| Special Instructions: | | Possible Side Effects: | |

Other instructions / information:

Parent/Legal Guardian's Contact Information

| | Signature | Printed | |
|---|---|---|---|
| Parent/Legal Guardian: | ▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | Mar 21, 2016 |
| | | | Date (mm/dd/yy) |
| Au Pair: | *Michelle Carolina Del Pozo Aguilar* | Michelle Carolina Del Pozo Aguilar | Mar 18, 2016 |
| | Michelle Carolina Del Pozo Aguilar (Mar 18, 2016) | | Date (mm/dd/yy) |
| | Signature | Printed | Date (mm/dd/yy) |

Medical_Consent_Form_v15.0_141120_awk.docx

GAP_00070286

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Defs'\Appx. 00000811



## CHILD CARE SERVICES AGREEMENT
Vacation / Education Table

151 East 6100 South, Ste 200
Murray, UT 84107
801.255.7722  801.255.7782 fax
www.GoAuPair.com

Host Family Name: ▮
Placement Number: Opp1616941
Au Pair Name: Michelle Carolina Del Pozo Aguilar

Planned Placement Start Date:  5/2/2016
Planned Placement End Date:  5/2/2017

Placement Days:  366
Placement Weeks:  52

|  | Vacation | | Education | | | |
|---|---|---|---|---|---|---|
|  | Costs | Days | Costs | Credit Hrs | Class Hrs | CEUs |
| A. DOS Regs on this Placement | $391.50 | 14.0 | $500.00 | 6.0 | 72.0 | 7.20 |
| B. # of Weeks to Prorate (exclude last 2 weeks of placement) |  | 50 |  | 50 | 50 | 50 |
| C. Weekly Amounts  (C = A / B) | $7.83 | 0.28 | $10.00 | 0.12 | 1.4 | 0.14 |

| Placement | | Vacation | | Education | | | |
|---|---|---|---|---|---|---|---|
| Week # | Weeks Remaining | Costs | Days | Costs | Credit Hrs | Class Hrs | CEUs |
| 1 | 51 | $ 7.83 | 0.3 | $ 10.00 | 0.1 | 1.4 | 0.1 |
| 2 | 50 | $ 15.66 | 0.6 | $ 20.00 | 0.2 | 2.9 | 0.3 |
| 3 | 49 | $ 23.49 | 0.8 | $ 30.00 | 0.4 | 4.3 | 0.4 |
| 4 | 48 | $ 31.32 | 1.1 | $ 40.00 | 0.5 | 5.8 | 0.6 |
| 5 | 47 | $ 39.15 | 1.4 | $ 50.00 | 0.6 | 7.2 | 0.7 |
| 6 | 46 | $ 46.98 | 1.7 | $ 60.00 | 0.7 | 8.6 | 0.9 |
| 7 | 45 | $ 54.81 | 2.0 | $ 70.00 | 0.8 | 10.1 | 1.0 |
| 8 | 44 | $ 62.64 | 2.2 | $ 80.00 | 1.0 | 11.5 | 1.2 |
| 9 | 43 | $ 70.47 | 2.5 | $ 90.00 | 1.1 | 13.0 | 1.3 |
| 10 | 42 | $ 78.30 | 2.8 | $ 100.00 | 1.2 | 14.4 | 1.4 |
| 11 | 41 | $ 86.13 | 3.1 | $ 110.00 | 1.3 | 15.8 | 1.6 |
| 12 | 40 | $ 93.96 | 3.4 | $ 120.00 | 1.4 | 17.3 | 1.7 |
| 13 | 39 | $ 101.79 | 3.6 | $ 130.00 | 1.6 | 18.7 | 1.9 |
| 14 | 38 | $ 109.62 | 3.9 | $ 140.00 | 1.7 | 20.2 | 2.0 |
| 15 | 37 | $ 117.45 | 4.2 | $ 150.00 | 1.8 | 21.6 | 2.2 |
| 16 | 36 | $ 125.28 | 4.5 | $ 160.00 | 1.9 | 23.0 | 2.3 |
| 17 | 35 | $ 133.11 | 4.8 | $ 170.00 | 2.0 | 24.5 | 2.4 |
| 18 | 34 | $ 140.94 | 5.0 | $ 180.00 | 2.2 | 25.9 | 2.6 |
| 19 | 33 | $ 148.77 | 5.3 | $ 190.00 | 2.3 | 27.4 | 2.7 |
| 20 | 32 | $ 156.60 | 5.6 | $ 200.00 | 2.4 | 28.8 | 2.9 |
| 21 | 31 | $ 164.43 | 5.9 | $ 210.00 | 2.5 | 30.2 | 3.0 |
| 22 | 30 | $ 172.26 | 6.2 | $ 220.00 | 2.6 | 31.7 | 3.2 |
| 23 | 29 | $ 180.09 | 6.4 | $ 230.00 | 2.8 | 33.1 | 3.3 |
| 24 | 28 | $ 187.92 | 6.7 | $ 240.00 | 2.9 | 34.6 | 3.5 |
| 25 | 27 | $ 195.75 | 7.0 | $ 250.00 | 3.0 | 36.0 | 3.6 |
| 26 | 26 | $ 203.58 | 7.3 | $ 260.00 | 3.1 | 37.4 | 3.7 |
| 27 | 25 | $ 211.41 | 7.6 | $ 270.00 | 3.2 | 38.9 | 3.9 |
| 28 | 24 | $ 219.24 | 7.8 | $ 280.00 | 3.4 | 40.3 | 4.0 |
| 29 | 23 | $ 227.07 | 8.1 | $ 290.00 | 3.5 | 41.8 | 4.2 |
| 30 | 22 | $ 234.90 | 8.4 | $ 300.00 | 3.6 | 43.2 | 4.3 |
| 31 | 21 | $ 242.73 | 8.7 | $ 310.00 | 3.7 | 44.6 | 4.5 |
| 32 | 20 | $ 250.56 | 9.0 | $ 320.00 | 3.8 | 46.1 | 4.6 |
| 33 | 19 | $ 258.39 | 9.2 | $ 330.00 | 4.0 | 47.5 | 4.8 |
| 34 | 18 | $ 266.22 | 9.5 | $ 340.00 | 4.1 | 49.0 | 4.9 |
| 35 | 17 | $ 274.05 | 9.8 | $ 350.00 | 4.2 | 50.4 | 5.0 |
| 36 | 16 | $ 281.88 | 10.1 | $ 360.00 | 4.3 | 51.8 | 5.2 |
| 37 | 15 | $ 289.71 | 10.4 | $ 370.00 | 4.4 | 53.3 | 5.3 |
| 38 | 14 | $ 297.54 | 10.6 | $ 380.00 | 4.6 | 54.7 | 5.5 |
| 39 | 13 | $ 305.37 | 10.9 | $ 390.00 | 4.7 | 56.2 | 5.6 |
| 40 | 12 | $ 313.20 | 11.2 | $ 400.00 | 4.8 | 57.6 | 5.8 |
| 41 | 11 | $ 321.03 | 11.5 | $ 410.00 | 4.9 | 59.0 | 5.9 |
| 42 | 10 | $ 328.86 | 11.8 | $ 420.00 | 5.0 | 60.5 | 6.0 |
| 43 | 9 | $ 336.69 | 12.0 | $ 430.00 | 5.2 | 61.9 | 6.2 |
| 44 | 8 | $ 344.52 | 12.3 | $ 440.00 | 5.3 | 63.4 | 6.3 |
| 45 | 7 | $ 352.35 | 12.6 | $ 450.00 | 5.4 | 64.8 | 6.5 |
| 46 | 6 | $ 360.18 | 12.9 | $ 460.00 | 5.5 | 66.2 | 6.6 |
| 47 | 5 | $ 368.01 | 13.2 | $ 470.00 | 5.6 | 67.7 | 6.8 |
| 48 | 4 | $ 375.84 | 13.4 | $ 480.00 | 5.8 | 69.1 | 6.9 |
| 49 | 3 | $ 383.67 | 13.7 | $ 490.00 | 5.9 | 70.6 | 7.1 |
| 50 | 2 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |
| 51 | 1 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |
| 52 | 0 | $ 391.50 | 14.0 | $ 500.00 | 6.0 | 72.0 | 7.2 |

Initials: {{*int_es_:signer1:initials}}

Initials: {{*int_es_:signer2:initials}}
Printed: 3/18/2016

ApxA_PT_v15.08_151012_awk ▮ 60318_ch.xlsx          Page 1 of 1

GAP_00070287

Defs.' Appx. 00000812



## ORIENTATION
## HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • / 801.255.7782
www.GoAuPair.com

### General Information

| Local Area Rep | Amanda Gray | Today's Date | 7/28/14 |
| Au Pair's Name | Ivette Alexandria Gonzalez Cortes | Arrival Date | 7/25/14 |
| Country of Origin | Colombia | Email Address | angive-66@hotmail.com |
| Host Family Name | [redacted] | Home Phone | [redacted] |
| Address | [redacted] | | |
| Au Pair Preferred Phone | TBD | Host Family Preferred Phone | [redacted] |

### Host Family

| Communication | Host Family and Au Pair agree to meet every _Sunday_ to discuss the upcoming week's duties, concerns, special events, changes, etc. Open lines of communication are key to building and maintaining good relationships. |
| | Au Pair's Responsibilities |
| Household Responsibilities | may include:<br>• Direct childcare and supervision<br>• Picking up after the child(ren)<br>• Doing the child(ren)'s laundry<br>• Making the child(ren)'s bed<br>• Keeping his/her own living area clean | may NOT include:<br>• any heavy housework<br>• doing the parent's laundry<br>• cleaning the parent's bedroom or bathroom<br>• preparing family meals |
| | • Discuss an appropriate time period for household responsibilities to be completed.<br>• Give a "hands on" tour of the house to show your Au Pair where everything is and how it works.<br>• Please instruct the Au Pair on proper disposal in the wastebasket. Items such as paper towels, Q-tips, sanitary products, cotton balls, etc could cause plumbing problems if flushed down the toilet. |
| Schedule | • Host Family and Au Pair understand and will comply with the 10 hour/day maximum and the 45 hours/week maximum (30 hours for EduCare).<br>• Au Pair will receive at least 1½ consecutive days off per week.<br>• Au Pair will receive at least 1 full weekend off per month (Friday after work to Monday morning).<br>• Overnight care of children is not allowed.<br>• If a child is napping during the day or sleeping at night, that time is considered working time if the Au Pair is the only responsible adult supervising the child(ren).<br>• Host Family agrees to give the Au Pair __two day__ notice if the schedule changes.<br>• Review the Written Agreement signed by both parties. Substantial changes may only be made with the written consent of both parties. |
| Vacation Planning | Au Pairs are allowed 2 weeks paid vacation. Please coordinate with what was agreed on the Written Agreement between the Host Family and Au Pair as well as any holiday time is listed. |
| Stipend | The Au Pair's weekly stipend is $ _200_ (minimum of $195.75 or $146.81 for EduCare).<br>The Au Pair will be paid every _2 weeks_ via _bank_. Go Au Pair strongly recommends payment by check or direct deposit for record keeping purposes. Please inform Go Au Pair immediately if stipend is not paid. |

GONZALEZ000482

**KAPLER DEC. EXHIBIT J**



## ORIENTATION
### HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

### Child Care

| | |
|---|---|
| Please describe the Host Family's discipline methods / guidelines. | N/A ▓▓▓▓ is too little |
| Discipline Regulation | Under no circumstances should an Au Pair yell at, spank, hit or shake a child. Such behavior will result in immediate dismissal from the program and the Au Pair will be sent home at the Au Pair's expense.<br><br>Host Family Initials/Date  PSS  7-28-14<br><br>Au Pair Initials/Date  AG 28/07/14. |
| What developmental stage are the children in and how does that affect hazards and dangers? | baby pratring to be done soon. |
| What can the Au Pair expect in terms of the children's behavior? | N/A Baby |
| Please discuss any limits on food and how the Au Pair should be feeding the children. | already discussed this week the old nanny & Patricia's parents will help |
| Please describe any limits on watching TV, such as duration, time of day, particular programs, etc. | N/A |
| Please describe any limits regarding gaming systems with the children and Au Pair. | N/A |
| Are there any other limits the Au Pair should set for your children? | Tummy time to be done daily |
| What approach works best with each child? | N/A |

Page 2 of 7

GONZALEZ000483

Defs.' Appx. 00000814



## ORIENTATION
### HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

| | |
|---|---|
| Do any of the children have special needs? | N/A |
| Please describe the Host Family's instructions for transporting children. | N/A |
| Car Seats/Seatbelts | A seatbelt and/or car seat must be used for each child on every trip. A child may not be left in the car for any length of time.<br><br>Host Family Initials/Date  PS  7-28-14<br><br>Au Pair Initials/Date  AG  28/07/14 |
| What are the children's activity schedules? Discuss what to do when, where to go and what options to choose from. | None at this time. |
| The Au Pair understands that the Host Family will monitor his/her performance and childcare responsibilities throughout the year. | (Yes)   No |
| Describe any cameras in the home that may be used to monitor the Au Pair's performance. | None |

### House Rules

| | | |
|---|---|---|
| Is there a curfew on weekdays/workdays? | Yes   (No)<br>If yes, please explain | Use best discretion, remember that she has to up at 4am |
| Is there a curfew on weekends/non-work days? | Yes   (No)<br>If yes, please explain | |
| Should the Au Pair call if he/she is going to be late? | (Yes)   No<br>If yes, please explain | Just to make sure she's safe |

GONZALEZ000484



## ORIENTATION
## HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

| | |
|---|---|
| Please note any restrictions on phone usage, including cell phone use. | TBD - will get a cell phone soon. Use shype most of the time. Use Calling card for international calls |
| Is the Au Pair responsible for his/her own long distance charges and/or specific cell phone features? | Yes    No    Host parents pay cell phone bill<br>If yes, please explain |
| Please indicate the preferred method for the Au Pair to make long distance calls. | House Phone<br>Cell Phone<br>Prepaid phone card<br>Skype |
| Please indicate any limits on giving out the home number and/or address. | Don't give at address to protect privacy |
| Is there access to a personal home computer and/or the Internet? | (Yes)    No<br>If yes, please list any restrictions regarding Internet use during working hours or personal time: She brought own Computer hers with code |
| Will there be any restrictions on food in the kitchen or pantry? | Yes    (No)<br>If yes, please describe. |
| Is everything there for personal comfort in the Au Pair's living area? | (Yes)    No    Very nice<br>If no, please explain |
| Is the Au Pair allowed overnight visitors? | Yes  Maybe  No  TBD in future - No men overnight<br>If yes, please describe limits and privileges family from both home = Yes |
| Please describe any restrictions to daytime visitors. | Wants to know ahead of time occasionally having friends over is OK |
| Other | |

## Au Pair

| | |
|---|---|
| General Conduct | • Never carry your passport around with you. Keep it in a safe place.<br>• Always carry identification/drivers license with you. This should include your Host Family address and phone number on it.<br>• Obtaining and using a fake ID is illegal and will result in deportation at the Au Pair's expense.<br>• You must be at least 21 years old to drink alcohol in the United States. The authorities do not care if the drinking age is different in your home country. Drinking under age will result in deportation at the Au Pair's expense. Drinking and driving will also result in deportation at the Au Pair's expense and may include substantial police fines. |
| Did Au Pair receive his/her welcome packet from the Corporate Office? | (Yes)    No |

GONZALEZ000485



## ORIENTATION
## HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

| | | |
|---|---|---|
| Did the Au Pair receive his/her health insurance identification form in the in the welcome packet? | Yes   No | |
| Review Au Pair health insurance comparisons and upgrade availability. | Yes   No | |
| Did the Au Pair purchase an upgrade? | Yes   No   *Maybe*<br>If yes, please indicate level | |
| Has health insurance for the grace period been discussed? | Yes   No | |
| Will the Au Pair be doing any driving? | Yes   No<br>If yes, the Au Pair must be covered by the Host Family's auto insurance. | |
| Please describe availability of a car for the Au Pair's use during working hours. | *Probably won't be driving the baby anywhere*<br>*Yes* | |
| Please describe availability of a car for the Au Pair's use during free time. | *off time - yes* | |
| Auto Insurance | Company Name<br>Policy Number<br>Phone Number<br>Au Pairs liability responsibility limit (must be at $100,000/$300,000 minimum) | |
| | • Discuss the local requirements for a driver's license (this differs from state to state and from insurance company to insurance company).<br>• Discuss what the Au Pair's actions should be in case she/he is pulled over by a police officer.<br>• Discuss what the Au Pair's actions should be in case of an accident<br>• Discuss where registration papers are kept in the car.<br>• Ask Au Pair if she has any questions regarding driving in their area, or in regards to driving laws in the United States. Example: Does she know the procedure for a stopped school bus? | |
| Local Area Literature | • Local map<br>• Driver's License Rules and Regulations Booklet<br>• Visitors Information from Chamber Department<br>• Main points of interest in town and nearest major cities<br>• Churches – location and worship schedule<br>• Shopping – fashionable shopping, practical and affordable shopping<br>• Street smarts –local dangers; where to go and where to avoid | |
| Education | • The Host Family will pay up to $500 ($1000 for EduCare) for the education requirement. This amount includes tuition and books. Au Pairs are not entitled to the remaining money if the entire $500 ($1000 for EduCare) is not expended.<br>• Host Families must facilitate transportation to and from class.<br>• To complete the education component, the course(s) must:<br>   o Total 6 semester credit hours or 72 actual classroom hours (12 semester credit hours/144 actual classroom hours for EduCare)<br>   o Be offered at by an accredited postsecondary college/university<br>• Tuition bills, transcripts, a letter from the professor, or completion certificates are required for verification that the Au Pair enrolled and attended class.<br>• Au Pairs will not be eligible to extend if the education requirement is not fulfilled.<br>• Provide and review Educational Opportunities in their area, as sent to them in their Welcome Packet, and explain that this same list can be accessed in the Host Family's portal. | |
| Requirements for Travel Outside the U.S. | • An Au Pair must make arrangements in advance with the Corporate Office in order to travel outside the U.S., including:<br>   o Send a completed DS-2019 Travel Validation Request Form with your original DS2019 and any copies to the Go Au Pair Corporate Office.<br>   o Send by Federal Express when possible and enclose $30 for 1 day or $20 for 2 day Federal Express return service | |

GONZALEZ000486



## ORIENTATION
### HOST FAMILY & AU PAIR

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

|  |  |
|---|---|
| | o   DO NOT SEND PASSPORT or I-94 to Go Au Pair |
| | o   THE original DS2019 MUST BE TRAVEL VALIDATED BY A GO AU PAIR RESPONSIBLE OFFICER FOR RE-ENTRY INTO THE U.S. |
| | •   Other documents such as visas to the destination country may also be required for travel depending upon the Au Pair's country of origin and the country he/she wants to travel to. It is the Au Pair's responsibility to obtain the proper documentation necessary to enter each country visited. |
| **Year End Departure** | •   The Au Pair will receive a Flight Request Form approximately 4 months before the year ends. |
| | •   This form must be completed and returned to the Corporate Office 2 to 3 months before the Au Pair's departure date. |
| | •   Additional fees are charged for: |
| |    o   Friday, Saturday and Sunday departures |
| |    o   Departing from or arriving to a different airport than the Au Pair's arrival airport |
| |    o   Flying to an airport other than the covered arrival cities |
| |    o   Changing flight arrangements once they have been approved by the Au Pair |
| | •   Be sure to settle all outstanding bills with the Host Family, including phone bills. |
| | •   Au Pairs CANNOT travel outside the U.S. and return during their 30-day grace period |
| **Cultural Events** | Au Pairs are required to attend 1 Cultural Event a year. Not attending will prevent Au Pairs from moving to their Completion Package at the end of their year and possibly from continuing with their Host Family |
| | Host scheduled date/time:     Wed 8/13 or Thurs 8/14 |
| | Location in mind: |
| | Time in mind: |
| | Activity: |
| | List of cultural ideas Au Pairs would like to do while in the U.S.: |
| **Getting Started** | •   Opening a checking and/or savings account |
| | •   Using an ATM machine |
| | •   Obtaining a Social Security Number |
| | •   Obtaining State Driver's license (if necessary) |
| | •   Enrolling in an accredited college |
| **Personal Hygiene** | •   You will be expected to abide by the Host Family's ideas of cleanliness for yourself and for the child(ren). |
| | •   Bathing or showering is usually done at least once a day, including washing your hair. |
| | •   Brush your teeth at least twice a day – morning and night. |
| | •   Perfumes, cologne and other scented products should be used sparingly |
| | •   Most American women shave the hair from their underarms and from their lower legs. |
| | •   Makeup is used in varying amounts and too much is considered unattractive. |
| | •   Clothing should be washed regularly to prevent perspiration odors. |

|  |  |
|---|---|
| **Transition Au Pairs** | |
| **Transition Au Pairs Only** | Host Family and Au Pair agree that $_____ is still remaining to be paid for the Educational Component of the program. |
| | Host Family Initials/Date |
| | Au Pair Initials/Date |
| | Host Family and Au Pair agree that _____ is still remaining for the Au Pair to take of vacation time. |
| | Host Family Initials/Date |
| | Au Pair Initials/Date |

GONZALEZ000487

 **Go AuPair**

**ORIENTATION**
**HOST FAMILY & AU PAIR**

151 East 6100 South, Ste 200,
Murray, Utah 84107
801.255.7722 • f 801.255.7782
www.GoAuPair.com

### Grievance Policy

| Grievance Policy | We have reviewed and discussed the Grievance Policy as set forth by Go Au Pair and agree to follow the steps as stated. |
| | Host Family Initials/Date   PB   7-28-14 |
| | Au Pair Initials/Date   AG   28/07/14 |

### Department of State Regulations

| I have received, read, understand and agree to be bound by the rules and regulations governing the Go Au Pair program. | Print Host Family Names ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | Host Family Signatures ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | Date   7-28-14 |
| I have received, read, understand and agree to be bound by the rules and regulations governing the Go Au Pair program. | Print Au Pair Name  Ivette Alexandra Gonzalez Cortes |
| | Au Pair Signature  ____ |
| | Date  28/07/14 |

GONZALEZ000488

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs.' Appx. 00000819

**AMERICAN CULTURAL EXCHANGE, LLC**
**GOAUPAIR OPERATIONS, LLC**

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**
**December 31, 2010**

**KAPLER DEC. EXHIBIT K**

GAP_00027705

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY
Defs. Appx. 00000820



## Stayner Bates & Jensen P.C.
CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

### Report of Independent Accountants
### On Applying Agreed-Upon Procedures

Mr. A. William Kapler III
American Cultural Exchange, LLC
goAuPair Operations, LLC
Murray, UT  84107

We have performed the procedures included in the Au Pair Compliances Audit Procedures which were supplementally issued in connection with the Exchange Visitor Program Regulations (the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as amended June 27, 1997 by the former United States Information Agency, now administered by the United States Department of State (the "Department of State"), and enumerated below, for American Cultural Exchange, LLC, dba goAuPair.  These procedures were agreed to by the management of American Cultural Exchange, LLC, dba goAuPair, solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2010.  This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants.  The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

1. We requested confirmation from the Department of State that American Cultural Exchange, LLC, dba goAuPair (the Sponsor") is designated as a bona-fide program Sponsor authorized by the Department of State as of December 31, 2010.  Karen Hawkins, Division Chief, Private Sector Programs Division, Office of Designation, confirmed on May 20, 2011 that American Cultural Exchange, LLC, dba goAuPair was a Department of State designated program for the year ended December 31, 2010.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the year ended December 31, 2010, we randomly selected 87 of Program Participant files, as well as the associated Host Family files.   In connection with those files:

510 South 200 West Suite 200 • Salt Lake City, Utah 84101 • 801.531.9100 • Fax 801.531.9147
Mail: P.O. Box 2995 • Salt Lake City, Utah 84110-2995

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs. Appx. 00000821

22. We read the program literature to determine that the Sponsor's counselors are responsible for contacting the Au Pair Participant and the Host Family within 48 hours of the Au Pair Participant's arrival and must meet, in person, at the Host Family's home, with the Au Pair Participant and the Host Family within two weeks of the Au Pair's arrival.  We read the local representative's Two-Week Placement Evaluation Report and the Host Family/Au Pair Status Reports to determine that compliance with these procedures was documented.

Zero of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports could not be located.  Of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports, 20 did not contain evidence of contact within 48 hours or a visit within two weeks of the Au Pair's arrival and 208 contained evidence of both contact and a visit.

14 Placement Evaluation Reports and Host Family/Au Pair Status Reports did not contain evidence of contact within 48 hours but did contain evidence of a visit within two weeks of the Au Pair's arrival.

40 Placement Evaluation Reports and Host Family/Au Pair Status Reports contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks. Of these, 14 contained evidence of a visit within three weeks, 10 contained evidence of a visit within one month, 10 contained evidence of a visit beyond one month, and the remainder (6) did not contain evidence of a visit.  We have confirmed directly with the Au Pair Participants and Host Families whether this requirement was adhered to (see results at number 28h and I and 29a and b, respectively).

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:
   a. be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75;
   b. not provide more than ten hours of childcare on any given day;
   c. receive a minimum of one and a half days off per week, in addition to one complete weekend off each month;
   d. receive two weeks of paid vacation;
   e. receive up to $500 toward the costs of required academic course work.

GAP_00027713

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs. Appx. 00000822

Zero of the Host Family/Au Pair Agreements could not be located.  We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e and f).

24. We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.  We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met.  Of the 601 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 77 returned home or left the program prior to the completion of one year and the educational requirement was not met.  60 of the Host Family/Au Pair Status reports contained evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2010 and have not yet enrolled in an accredited U.S. post-secondary institution.  Through our review of the Host Family/Au Pair Agreement, we noted that these Au Pair Participants have agreed that they will enroll in an accredited U.S. post-secondary institution.  Of the remaining Host Family/Au Pair Status Reports and sponsor documentation reviewed, 233 did not contain evidence of enrollment in or attendance at an accredited U.S. post-secondary institution or its equivalent.  The remaining 231 contained evidence that the Au Pair Participant has enrolled in or attended classes.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year.  Zero of the Host Family/Au Pair Agreements could not be located.

GAP_00027714

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs. Appx. 00000823

27b. We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.

28. We sent confirmations to the active Au Pair Participants.  Of the confirmations sent, 85 have been randomly selected to be part of our sample.   The following outlines the responses to the confirmation questions.

   a.  69 responded that they worked 45 hours or less per week;

   b.  80 responded that they were required to provide no more than 10 hours per day of childcare.   Of the remaining Au Pair Participants, 4 responded that they worked more than 10 hours per day at least once a week.   9 is the average number of hours per day the Au Pair Participants reported they were expected to provide childcare;

   c.  67 responded that they received at least $195.75 per week as compensation;

   d.  81 responded that they received at least one-and-a-half days off per week;

   e.  81 responded that they received one complete weekend off per month;

   f.  68 responded that they did, or will, receive two weeks paid vacation;

   g.  83 responded that they had a private room with a door;

   h.  72 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home;

   i.  53 responded that they had monthly contact with their Local organizational representative;

   j.  65 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning;

   k.  71 responded that the orientation program they attended included 8 hours of child safety and 24 hours of child development instruction; and

   l.  73 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs. Appx. 00000824

This report is intended solely for the use of the management of American Cultural Exchange, LLC, dba goAuPair and the Department of State and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Stayner, Bates & Jensen, P.C.*

Stayner, Bates & Jensen, P.C.
June 03, 2011

GAP_00027718

Defs.' Appx. 00000825

GAP 0027856

# AMERICAN CULTURAL EXCHANGE, LLC
# GOAUPAIR OPERATIONS, LLC

### Report of Independent Accountants
### On Applying Agreed-Upon Procedures
### December 31, 2011

Standard

**KAPLER DEC. EXHIBIT L**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

GAP 0002857



## Stayner Bates & Jensen P.C.

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**

Mr. A. William Kapler III
American Cultural Exchange, LLC
goAuPair Operations, LLC
Murray, UT 84107

We have performed the procedures included in the Au Pair Compliances Audit Procedures which were supplementally issued in connection with the Exchange Visitor Program Regulations (the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as amended June 27, 1997 by the former United States Information Agency, now administered by the United States Department of State (the "Department of State"), and enumerated below, for American Cultural Exchange, LLC, dba goAuPair. These procedures were agreed to by the management of American Cultural Exchange, LLC, dba goAuPair, solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2011. This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

1.  We requested confirmation from the Department of State that American Cultural Exchange, LLC, dba goAuPair (the Sponsor") is designated as a bona-fide program Sponsor authorized by the Department of State as of December 31, 2011. Maha Ammar, Director, Private Sector Division, Office of Designation, confirmed on April 12, 2012 that American Cultural Exchange, LLC, dba goAuPair was a Department of State designated program for the year ended December 31, 2011.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the year ended December 31, 2011, we randomly selected 64 of Program Participant files, as well as the associated Host Family files. In connection with those files:

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs.' Appx. 00000827

GAP_0002786⁴

22. We read the program literature to determine that the Sponsor's counselors are responsible for contacting the Au Pair Participant and the Host Family within 48 hours of the Au Pair Participant's arrival and must meet, in person, at the Host Family's home, with the Au Pair Participant and the Host Family within two weeks of the Au Pair's arrival.  We read the local representative's Two-Week Placement Evaluation Report and the Host Family/Au Pair Status Reports to determine that compliance with these procedures was documented.

3 of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports could not be located.  Of the remaining Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports, 36 did not contain evidence of contact within 48 hours or a visit within two weeks of the Au Pair's arrival and 25 contained evidence of both contact and a visit.

8 Placement Evaluation Reports and Host Family/Au Pair Status Reports did not contain evidence of contact within 48 hours but did contain evidence of a visit within two weeks of the Au Pair's arrival.

3 Placement Evaluation Reports and Host Family/Au Pair Status Reports contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks.  Of these, 2 contained evidence of a visit within three weeks, 1 contained evidence of a visit within one month and the remainder contained evidence of a visit beyond one month.  We have confirmed directly with the Au Pair Participants and Host Families whether this requirement was adhered to (see results at number 28h and I and 29 a and b, respectively).

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:
    a.  be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week;
    b.  not provide more than ten hours of childcare on any given day;
    c.  receive a minimum of one and a half days off per week, in addition to one complete weekend off each month;
    d.  receive two weeks of paid vacation; and
    e.  receive up to $500 toward the costs of required academic course work.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs.' Appx. 00000828

GAP_0002865

1 of the Host Family/Au Pair Agreements could not be located. We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e and f).

24. We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent. We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met. Of the 64 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 7 returned home or left the program prior to the completion of one year and the educational requirement was not met. 16 of the Host Family/Au Pair Status reports contained evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2011 and have not yet enrolled in an accredited U.S. post-secondary institution. Through our review of the Host Family/Au Pair Agreement, we noted that these Au Pair Participants have agreed that they will enroll in an accredited U.S. post-secondary institution. Of the remaining Host Family/Au Pair Status Reports and sponsor documentation reviewed, 16 did not contain evidence of enrollment in or attendance at an accredited U.S. post-secondary institution or its equivalent. The remaining 25 contained evidence that the Au Pair Participant has enrolled in or attended classes.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year. 1 of the Host Family/Au Pair Agreements could not be located.

25. We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the Au Pair Participants, Host Families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the Au Pair Participant, Host Families, and the regional counselors. 6 of the Host Family/Au Pair Status Reports and 6 of the actual contact records could not be located for a minimum of one quarter of the year. As a result of applying this procedure to the remaining Host Family/Au Pair Status Reports and actual contact records, 49 of the Host Family/Au Pair Status Reports and 49 of the actual contact records contained evidence that the Au Pair

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs.' Appx. 00000829

Participant/Host Family were contacted monthly.  The remaining 9 Host Family/Au Pair Status Reports and 9 actual contact records did not contain evidence that the Au Pair Participant/Host Family were contacted on a monthly basis throughout the placement period.  We noted that 58 of the four required regional quarterly contacts were documented.

26.  We read the Host Family/Au Pair Status Reports, which counselors are required to prepare for unusual or serious situations, as defined in the Regulations, or incidents involving either the Au Pair of Host Family.  Any incidents involving or alleging a crime of moral turpitude or violence, as defined in the Regulations, are to promptly be reported to the Department of State.  8 of the Host Family/Au Pair Status Reports could not be located for a minimum of one quarter of the year.  See number 25 above for results of monthly contact testing on the remaining Host Family/Au Pair Status reports.

27a.  We have reviewed all complaints submitted to the sponsor, including those initiated by Au Pair Participants and those initiated by the Host Family Participants for completeness.  A summation each complaint setting forth the following details is appended.

    a.  The name of the host family and the number of years participating in the program;

    b.  The name of the au pair, and whether placement is first or subsequent (rematch);

    c.  Who initiated complaint and date of complaint;

    d.  Whether complaint was reported to the Department of State, and if so, date of report; and

    e.  How complaint was resolved (action taken by Sponsor) and date of resolution.

27b.  We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.

28.  We sent confirmations to the 128 Au Pair Participants selected for testing.  Of the 128 confirmations sent, 53 have responded. The following outlines the responses to the confirmation questions.

    a.  45  responded that they worked 45 hours or less per week;

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

GAP 00027867

b. 35 responded that they were required to provide no more than 10 hours per day of childcare. Of the remaining 18, 18 responded that they worked more than 10 hours per day at least once a week. 8 is the average number of hours per day the Au Pair Participants reported they were expected to provide childcare;

c. 51 responded that they received at least $195.75 per week as compensation;

d. 50 responded that they received at least one-and-a-half days off per week;

e. 48 responded that they received one complete weekend off per month;

f. 47 responded that they did, or will, receive two weeks paid vacation;

g. 52 responded that they had a private room;

h. 47 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home;

i. 49 responded that they Local organizational representative met, in person, with them and their Host Family within two weeks of their arrival at the Host Family's home;

j. 40 responded that they had monthly contact with their Local organizational representative;

k. 43 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning;

l. 52 responded that the orientation program they attended included 8 hours of child safety and 24 hours of child development instruction; and

m. 48 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

29. We sent confirmations to the 250 Host Families (including rematches) selected for testing. Of the 250 confirmations sent, 54 have responded. The following outlines the responses to the confirmation questions:

a. 51 responded that their counselor contacted them within 48 hours of the Au Pair Participant's arrival at their home;

b. 50 responded that their counselor met, in person, with them and their Au Pair Participant within two weeks of the Au Pair Participant's arrival at their home;

c. 37 responded they had monthly contact with their counselor; and

d. 47 responded that their Au Pair Participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.

30. We read a draft of the annual report to be filed by the Sponsor with the Department of State noting that the following requirements were included therein:

Defs.' Appx. 00000831

a. A summation of the results of an annual survey of all Host Families and Au Pair Participants regarding their satisfaction with the Program, and its strengths and weaknesses, as defined in the Regulations;

b. A summation of all complaints involving Host Family or Au Pair Participants in the program.   SEE TABLE D and new SUMMATION REPORT;

c. A summation of all situations which resulted in the placement of an Au Pair with more than one Host Family;

d. A Report detailing the name of the Au Pair Participant, his or her Host Family placement, location and names of the local and regional organizational representatives; and

e. A complete set of all promotional materials, brochures or pamphlets distributed to either Host Family or Au Pair Participants.

We were not engaged to, and did not perform an examination, the objective of which would be the expression of an opinion on management's assertions.  Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the management of American Cultural Exchange, LLC, dba goAuPair, and the Department of State and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

Stayner, Bates & Jensen, P.C.

Stayner, Bates & Jensen, P.C.
June 21, 2012

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000832

**AMERICAN CULTURAL EXCHANGE, LLC**
**GOAUPAIR OPERATIONS, LLC**

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**
**December 31, 2012**

**KAPLER DEC. EXHIBIT M**

GAP_00028059

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Defs' Appx. 00000833



**Stayner Bates & Jensen P.C.**

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**

Mr. A. William Kapler III
American Cultural Exchange, LLC
goAuPair Operations, LLC
Murray, UT  84107

We have performed the procedures included in the Au Pair Compliances Audit Procedures which were supplementally issued in connection with the Exchange Visitor Program Regulations (the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as amended June 27, 1997 by the former United States Information Agency, now administered by the United States Department of State (the "Department of State"), and enumerated below, for American Cultural Exchange, LLC, dba goAuPair.  These procedures were agreed to by the management of American Cultural Exchange, LLC, dba goAuPair, solely to assist you in your assertion of compliance with certain Department of State regulations during the year ended December 31, 2012.  This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants.  The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

1.  We requested confirmation from the Department of State that American Cultural Exchange, LLC, dba goAuPair (the Sponsor") is designated as a bona-fide program Sponsor authorized by the Department of State as of December 31, 2012.   Diane Culkin, Program Analyst, Private Sector Programs Division, Office of Designation, confirmed on May 3, 2013 that American Cultural Exchange, LLC, dba goAuPair was a Department of State designated program for the year ended December 31, 2012.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the year ended December 31, 2012, we randomly selected 64 of Program Participant files, as well as the associated Host Family files.   In connection with those files:

510 South 200 West Suite 200 • Salt Lake City, Utah 84101 • 801.531.9100 • Fax 801.531.9147
Mail: P.O. Box 2995 • Salt Lake City, Utah • 84110-2995

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs. Appx. 00000834

22. We read the program literature to determine that the Sponsor's counselors are responsible for contacting the Au Pair Participant and the Host Family within 48 hours of the Au Pair Participant's arrival and must meet, in person, at the Host Family's home, with the Au Pair Participant and the Host Family within two weeks of the Au Pair's arrival. We read the local representative's Two-Week Placement Evaluation Report and the Host Family/Au Pair Status Reports to determine that compliance with these procedures was documented.

None of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports could not be located. Of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports, 28 did not contain evidence of contact within 48 hours or a visit within two weeks of the Au Pair's arrival and 36 contained evidence of both contact and a visit.

16 Placement Evaluation Reports and Host Family/Au Pair Status Reports did not contain evidence of contact within 48 hours but did contain evidence of a visit within two weeks of the Au Pair's arrival.

4 Placement Evaluation Reports and Host Family/Au Pair Status Reports contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks. Of these, 2 contained evidence of a visit within three weeks, 1 contained evidence of a visit within one month and the remainder contained evidence of a visit beyond one month. We have confirmed directly with the Au Pair Participants and Host Families whether this requirement was adhered to (see results at number 28h and l and 29 a and b, respectively).

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:
    a. be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week;
    b. not provide more than ten hours of childcare on any given day;
    c. receive a minimum of one and a half days off per week, in addition to one complete weekend off each month;
    d. receive two weeks of paid vacation; and
    e. receive up to $500 toward the costs of required academic course work.

GAP_00028067

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs. Appx. 00000835

None of the Host Family/Au Pair Agreements could not be located.  We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e and f).

24.  We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.  We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met.  Of the 64 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 13 returned home or left the program prior to the completion of one year and the educational requirement was not met. 11 of the Host Family/Au Pair Status reports contained evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2012 and have not yet enrolled in an accredited U.S. post-secondary institution.  Through our review of the Host Family/Au Pair Agreement, we noted that these Au Pair Participants have agreed that they will enroll in an accredited U.S. post-secondary institution.  Of the remaining Host Family/Au Pair Status Reports and sponsor documentation reviewed, 9 did not contain evidence of enrollment in or attendance at an accredited U.S. post-secondary institution or its equivalent.  The remaining 31 contained evidence that the Au Pair Participant has enrolled in or attended classes.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year.  None of the Host Family/Au Pair Agreements could not be located.

25.  We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the Au Pair Participants, Host Families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the Au Pair Participant, Host Families, and the regional counselors. None of the Host Family/Au Pair Status Reports and None of the actual contact records could not be located for a minimum of one quarter of the year.  As a result of applying this procedure to the remaining Host Family/Au Pair Status Reports and actual contact records, 56 of the Host Family/Au Pair

Status Reports and 56 of the actual contact records contained evidence that the Au Pair Participant/Host Family were contacted monthly. The remaining 8 Host Family/Au Pair Status Reports and 8 actual contact records did not contain evidence that the Au Pair Participant/Host Family were contacted on a monthly basis throughout the placement period. We noted that 64 of the four required regional quarterly contacts were documented.

26. We read the Host Family/Au Pair Status Reports, which counselors are required to prepare for unusual or serious situations, as defined in the Regulations, or incidents involving either the Au Pair of Host Family. Any incidents involving or alleging a crime of moral turpitude or violence, as defined in the Regulations, are to promptly be reported to the Department of State. None of the Host Family/Au Pair Status Reports could not be located for a minimum of one quarter of the year. See number 25 above for results of monthly contact testing on the remaining Host Family/Au Pair Status reports.

27a. We have reviewed all complaints submitted to the sponsor, including those initiated by Au Pair Participants and those initiated by the Host Family Participants for completeness. A summation each complaint setting forth the following details is appended.
   a. The name of the host family and the number of years participating in the program;
   b. The name of the au pair, and whether placement is first or subsequent (rematch);
   c. Who initiated complaint and date of complaint;
   d. Whether complaint was reported to the Department of State, and if so, date of report; and
   e. How complaint was resolved (action taken by Sponsor) and date of resolution.

27b. We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.

28. We sent confirmations to the 128 Au Pair Participants selected for testing. Of the 128 confirmations sent, 83 have responded. The following outlines the responses to the confirmation questions.
   a. 73 responded that they worked 45 hours or less per week;

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
Defs.' Appx. 00000837

b. 59 responded that they were required to provide no more than 10 hours per day of childcare.  Of the remaining 24, 24 responded that they worked more than 10 hours per day at least once a week.  8 is the average number of hours per day the Au Pair Participants reported they were expected to provide childcare;

c. 79 responded that they received at least $195.75 per week as compensation;

d. 77 responded that they received at least one-and-a-half days off per week;

e. 78 responded that they received one complete weekend off per month;

f. 76 responded that they did, or will, receive two weeks paid vacation;

g. 83 responded that they had a private room;

h. 74 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home;

i. 74 responded that they Local organizational representative met, in person, with them and their Host Family within two weeks of their arrival at the Host Family's home;

j. 75 responded that they had monthly contact with their Local organizational representative;

k. 71 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning;

l. 78 responded that the orientation program they attended included 8 hours of child safety and 24 hours of child development instruction; and

m. 75 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

29.   We sent confirmations to the 155  Host Families (including rematches) selected for testing.  Of the 155 confirmations sent, 100 have responded.   The following outlines the responses to the confirmation questions:

a. 93 responded that their counselor contacted them within 48 hours of the Au Pair Participant's arrival at their home;

b. 92 responded that their counselor met, in person, with them and their Au Pair Participant within two weeks of the Au Pair Participant's arrival at their home;

c. 78 responded they had monthly contact with their counselor; and

d. 76 responded that their Au Pair Participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.

30.   We read a draft of the annual report to be filed by the Sponsor with the Department of State noting that the following requirements were included therein:

a.  A summation of the results of an annual survey of all Host Families and Au Pair Participants regarding their satisfaction with the Program, and its strengths and weaknesses, as defined in the Regulations;

b.  A summation of all complaints involving Host Family or Au Pair Participants in the program.  SEE TABLE D and new SUMMATION REPORT;

c.  A summation of all situations which resulted in the placement of an Au Pair with more than one Host Family;

d.  A Report detailing the name of the Au Pair Participant, his or her Host Family placement, location and names of the local and regional organizational representatives; and

e.  A complete set of all promotional materials, brochures or pamphlets distributed to either Host Family or Au Pair Participants.

We were not engaged to, and did not perform an examination, the objective of which would be the expression of an opinion on management's assertions.  Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the management of American Cultural Exchange, LLC, dba goAuPair, and the Department of State and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Stayner, Bates & Jensen, PC*

Stayner, Bates & Jensen, P.C.
June 24, 2013

GAP_00028071

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000839

**AMERICAN CULTURAL EXCHANGE, LLC**
**GOAUPAIR OPERATIONS, LLC**

**Report of Independent Accountants**
**On Applying Agreed-Upon Procedures**
**December 31, 2013**

**KAPLER DEC. EXHIBIT N**

GAP_00028312

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs. Appx. 00000840



**Stayner Bates & Jensen P.C.**

CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

**Report of Independent Accountants
On Applying Agreed-Upon Procedures**

Mr. A. William Kapler III
American Cultural Exchange, LLC
goAuPair Operations, LLC
Murray, UT  84107

We have performed the procedures included in the Au Pair Compliances Audit Procedures
which were supplementally issued in connection with the Exchange Visitor Program Regulations
(the "Regulations"), Au Pair "Final Rule" (CFR 22 62.31(m), dated February 15, 1995, as
amended June 27, 1997 by the former United States Information Agency, now administered by
the United States Department of State (the "Department of State"), and enumerated below, for
American Cultural Exchange, LLC, dba goAuPair.  These procedures were agreed to by the
management of American Cultural Exchange, LLC, dba goAuPair, solely to assist you in your
assertion of compliance with certain Department of State regulations during the year ended
December 31, 2013.  This agreed-upon procedures engagement was performed in accordance
with standards established by the American Institute of Certified Public Accountants.  The
sufficiency of these procedures is solely the responsibility of the specified users of the report.
Consequently, we make no representation regarding the sufficiency of the procedures described
below either for the purpose for which this report has been requested or for any other purpose.

1.   We requested confirmation from the Department of State that American Cultural
     Exchange, LLC, dba goAuPair (the Sponsor") is designated as a bona-fide program
     Sponsor authorized by the Department of State as of December 31, 2013.      Holly
     Stephens, Program Analyst, Private Sector Programs Division, Office of Designation,
     confirmed on May 27, 2014 that American Cultural Exchange, LLC, dba goAuPair was a
     Department of State designated program for the year ended December 31, 2013.

From the Sponsor's listing of Au Pair Participants who arrived in the United States during the
year ended December 31, 2013, we randomly selected 64 of Program Participant files, as well
as the associated Host Family files.   In connection with those files:

510 South 200 West Suite 200 • Salt Lake City, Utah 84101 • 801.531.9100 • Fax 801.531.9147
Mail: P.O. Box 2995 • Salt Lake City, Utah • 84110-2995

GAP_00028313

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs' Appx. 00000841

22. We read the program literature to determine that the Sponsor's counselors are responsible for contacting the Au Pair Participant and the Host Family within 48 hours of the Au Pair Participant's arrival and must meet, in person, at the Host Family's home, with the Au Pair Participant and the Host Family within two weeks of the Au Pair's arrival.  We read the local representative's Two-Week Placement Evaluation Report and the Host Family/Au Pair Status Reports to determine that compliance with these procedures was documented.

None of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports could not be located.  Of the Two-Week Placement Evaluation Reports and Host Family/Au Pair Status Reports, 12 did not contain evidence of contact within 48 hours or a visit within two weeks of the Au Pair's arrival and 52 contained evidence of both contact and a visit.

4 Placement Evaluation Reports and Host Family/Au Pair Status Reports did not contain evidence of contact within 48 hours but did contain evidence of a visit within two weeks of the Au Pair's arrival.

8 Placement Evaluation Reports and Host Family/Au Pair Status Reports contained evidence of contact within 48 hours but did not contain evidence of a visit within two weeks.  Of these, 1 contained evidence of a visit within three weeks, 7 contained evidence of a visit within one month and the remainder contained evidence of a visit beyond one month.  We have confirmed directly with the Au Pair Participants and Host Families whether this requirement was adhered to (see results at number 28h and I and 29 a and b, respectively).

23. We read the signed Host Family/Au Pair Agreements to determine that the Host Family has agreed that the Au Pair Participants will:
    a. be compensated at a weekly rate based on 45 hours per week and paid in conformance with the requirements of the Fair Labor Standards Act. Compensation must be no less than $195.75 per week;
    b. not provide more than ten hours of childcare on any given day;
    c. receive a minimum of one and a half days off per week, in addition to one complete weekend off each month;
    d. receive two weeks of paid vacation; and
    e. receive up to $500 toward the costs of required academic course work.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Defs. Appx. 00000842

None of the Host Family/Au Pair Agreements could not be located.  We have confirmed with the Au Pairs whether these provisions were adhered to (see results at number 28b, c, d, e and f).

24. We read the program literature to determine that the Sponsor requires the Au Pair Participants to enroll in an accredited U.S. post-secondary institution for not less than six semester hours of academic credit or its equivalent.  We read Host Family/Au Pair Status Reports and sponsor documentation to confirm that this requirement is being met.  Of the 64 Au Pair Participants covered by the Host Family/Au Pair Status Reports, 7 returned home or left the program prior to the completion of one year and the educational requirement was not met. 15 of the Host Family/Au Pair Status reports contained evidence that the Au Pair Participants arrived at the Host Family's home in the last quarter of 2013 and have not yet enrolled in an accredited U.S. post-secondary institution.  Through our review of the Host Family/Au Pair Agreement, we noted that these Au Pair Participants have agreed that they will enroll in an accredited U.S. post-secondary institution.  Of the remaining Host Family/Au Pair Status Reports and sponsor documentation reviewed, 24 did not contain evidence of enrollment in or attendance at an accredited U.S. post-secondary institution or its equivalent.  The remaining 18 contained evidence that the Au Pair Participant has enrolled in or attended classes.

We also read the Host Family/Au Pair Agreement to determine that as a condition of program participation, the Host Family agrees to facilitate the enrollment and attendance of the Au Pair Participant and to reimburse or pay up to $500 toward the costs of required academic coursework incurred by the Au Pair in meeting this education requirement for the Au Pair Participant's year.  None of the Host Family/Au Pair Agreements could not be located.

25. We read the Host Family/Au Pair Status Reports and actual contact records prepared by the local and regional counselors that document contact between the Au Pair Participants, Host Families and their local organizational representatives, to determine that the Sponsor requires monthly contact among them and quarterly contact between the Au Pair Participant, Host Families, and the regional counselors. None of the Host Family/Au Pair Status Reports and None of the actual contact records could not be located for a minimum of one quarter of the year.  As a result of applying this procedure to the remaining Host Family/Au Pair Status Reports and actual contact records, 59 of the Host Family/Au Pair

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000843

Status Reports and 59 of the actual contact records contained evidence that the Au Pair Participant/Host Family were contacted monthly. The remaining 5 Host Family/Au Pair Status Reports and 5 actual contact records did not contain evidence that the Au Pair Participant/Host Family were contacted on a monthly basis throughout the placement period. We noted that 64 of the four required regional quarterly contacts were documented.

26. We read the Host Family/Au Pair Status Reports, which counselors are required to prepare for unusual or serious situations, as defined in the Regulations, or incidents involving either the Au Pair of Host Family. Any incidents involving or alleging a crime of moral turpitude or violence, as defined in the Regulations, are to promptly be reported to the Department of State. None of the Host Family/Au Pair Status Reports could not be located for a minimum of one quarter of the year. See number 25 above for results of monthly contact testing on the remaining Host Family/Au Pair Status reports.

27a. We have reviewed all complaints submitted to the sponsor, including those initiated by Au Pair Participants and those initiated by the Host Family Participants for completeness. A summation each complaint setting forth the following details is appended.

    a. The name of the host family and the number of years participating in the program;

    b. The name of the au pair, and whether placement is first or subsequent (rematch);

    c. Who initiated complaint and date of complaint;

    d. Whether complaint was reported to the Department of State, and if so, date of report; and

    e. How complaint was resolved (action taken by Sponsor) and date of resolution.

27b. We have reviewed all reports of incidents involving or alleging a crime of moral turpitude or violence, including those committed by the Au Pair Participants and those committed by any member of the Host Family, for completeness and to determine if they were submitted by the Sponsor to the Department of State.

28. We sent confirmations to the 128 Au Pair Participants selected for testing. Of the 128 confirmations sent, 91 have responded. The following outlines the responses to the confirmation questions.

    a. 90 responded that they worked 45 hours or less per week;

HIGHLY CONFIDENTIAL-ATTORNEY EYES ONLY
Defs.' Appx. 00000844

b.   66 responded that they were required to provide no more than 10 hours per day of childcare.  Of the remaining 25, 25 responded that they worked more than 10 hours per day at least once a week.  8 is the average number of hours per day the Au Pair Participants reported they were expected to provide childcare;

c.   91 responded that they received at least $195.75 per week as compensation;

d.   90 responded that they received at least one-and-a-half days off per week;

e.   90 responded that they received one complete weekend off per month;

f.   87 responded that they did, or will, receive two weeks paid vacation;

g.   91 responded that they had a private room;

h.   81 responded that their Local organizational representative contacted them within 48 hours of their arrival at the Host Family's home;

i.   89 responded that they Local organizational representative met, in person, with them and their Host Family within two weeks of their arrival at the Host Family's home;

j.   77 responded that they had monthly contact with their Local organizational representative;

k.   84 responded that they had enrolled, or will enroll before the completion of the year, in a U.S. post-secondary institution of higher learning;

l.   81 responded that the orientation program they attended included 8 hours of child safety and 24 hours of child development instruction; and

m.   86 responded that they were reimbursed or paid up to $500 toward the costs of the required academic coursework.

29.   We sent confirmations to the 144 Host Families (including rematches) selected for testing.  Of the 144 confirmations sent, 102 have responded.  The following outlines the responses to the confirmation questions:

a. 98 responded that their counselor contacted them within 48 hours of the Au Pair Participant's arrival at their home;

b. 100 responded that their counselor met, in person, with them and their Au Pair Participant within two weeks of the Au Pair Participant's arrival at their home;

c. 79 responded they had monthly contact with their counselor; and

d. 93 responded that their Au Pair Participant had enrolled or will enroll before the completion of the year in a U.S. post-secondary institution of higher learning.

30.   We read a draft of the annual report to be filed by the Sponsor with the Department of State noting that the following requirements were included therein:

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
Defs.' Appx. 00000845

a.  A summation of the results of an annual survey of all Host Families and Au Pair Participants regarding their satisfaction with the Program, and its strengths and weaknesses, as defined in the Regulations;

b.  A summation of all complaints involving Host Family or Au Pair Participants in the program.  SEE TABLE D and new SUMMATION REPORT;

c.  A summation of all situations which resulted in the placement of an Au Pair with more than one Host Family;

d.  A Report detailing the name of the Au Pair Participant, his or her Host Family placement, location and names of the local and regional organizational representatives; and

e.  A complete set of all promotional materials, brochures or pamphlets distributed to either Host Family or Au Pair Participants.

We were not engaged to, and did not perform an examination, the objective of which would be the expression of an opinion on management's assertions.  Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the use of the management of American Cultural Exchange, LLC, dba goAuPair, and the Department of State and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*Stayner, Bates & Jensen, PC*

Stayner, Bates & Jensen, P.C.
June 18, 2014

GAP_00028324